## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAb BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, DR. ROGER KINGDON CRAIG,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>TENEOBIO, INC.,<br><br>*Defendant/Counter-Plaintiff*. | C.A. No. 21-1807-MN |

## NOTICE OF WITHDRAWL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that Andrew Regan of DLA Piper LLP (US) withdraws their appearance of behalf of Plaintiffs and Counter-Defendants, Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and Dr. Roger Kingdon Craig in the above-captioned matter.

The undersigned counsel from DLA Piper LLP (US) will continue to represent the Defendants and Counter-Plaintiffs in this action.

| | |
|---|---|
| Date: November 7, 2022 | **DLA PIPER LLP (US)** |
| **OF COUNSEL:** | */s/Stephanie E. O'Byrne*<br>Brian A. Biggs (DE Bar No. 5591) |
| Michael Sitzman (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 836-2500<br>michael.sitzman@us.dlapiper.com | Stephanie E. O'Byrne (DE Bar No. 4446)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Tel: (302) 468-5700<br>brian.biggs@us.dlapiper.com<br>stephanie.obyrne@us.dlapiper.com |
| Susan Krumplitsch (admitted *pro hac vice*) | |

WEST\300568890.1

| | |
|---|---|
| **DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>susan.krumplitsch@us.dlapiper.com<br>andrew.regan@us.dlapiper.com | *Attorneys for Plaintiffs and Counter Defendants* |

Ellen Scordino (Admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
ellen.scordino@us.dlapiper.com

Lisa Lint (Admitted *pro hac vice*)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
lisa.lint@us.dlapiper.com

Henry Fildes (Admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 8th Street NW
Washington, DC 20004
Telephone: (202) 799-4000
henry.fildes@us.dlapiper.com

Stephanie Piper (admitted *pro hac vice)*
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
stephanie.piper@us.dlapiper.com