## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAb BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, DR. ROGER KINGDON CRAIG, | C.A. No. 21-1807-MN |
| *Plaintiffs/Counter-Defendants*, | **JURY TRIAL DEMANDED** |
| v. | |
| TENEOBIO, INC., | |
| *Defendant/Counter-Plaintiff*. | |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure,

Plaintiffs and Counter-Defendants Harbour Antibodies BV, Harbour Antibodies HCAb BV,

Erasmus University Medical Center Rotterdam, and Dr. Roger Kingdon Craig, through their

counsel, intends to serve the attached subpoenas in the above-referenced action:

1. A Subpoena to appear at a deposition on OmniAb, Inc. (Ex. A);

2. A Subpoena to produce documents on OmniAb, Inc. (Ex. B);

3. A Subpoena to appear at a deposition on Ligand Pharmaceuticals, Inc. (Ex. C);

4. A Subpoena to produce documents on Ligand Pharmaceuticals, Inc. (Ex. D);

5. A Subpoena to appear at a deposition on TBio, LLC (Ex. E);

6. A Subpoena to produce documents on TBio, LLC (Ex. F).

| | |
|---|---|
| **OF COUNSEL:** | **DLA PIPER LLP (US)** |
| Michael Sitzman (admitted *pro hac vice*) | */s/ Angela C. Whitesell* |
| **DLA PIPER LLP (US)** | Brian A. Biggs (DE Bar No. 5591) |
| | Stephanie E. O'Byrne (DE Bar No. 4446) |

WEST\300640715.1

555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
michael.sitzman@us.dlapiper.com

Susan Krumplitsch (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
susan.krumplitsch@us.dlapiper.com

Ellen Scordino (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
ellen.scordino@us.dlapiper.com

Lisa Lint (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
lisa.lint@us.dlapiper.com

Henry Fildes (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 8th Street NW
Washington, DC 20004
Telephone: (202) 799-4000
henry.fildes@us.dlapiper.com

Stephanie Piper (admitted *pro hac vice)*
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
stephanie.piper@us.dlapiper.com

Angela C. Whitesell (DE Bar No.5547)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Tel: (302) 468-5700
brian.biggs@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Plaintiffs and Counter-Defendants*

## CERTIFICATE OF SERVICE

I, Angela C. Whitesell, hereby certify that on this 18th day of November 2022, **NOTICE OF SUBPOENAS** was served via e-mail upon the following:

Jack B. Blumenfeld
Jeremy A. Tigan
Megan E. Dellinger
***MORRIS, NICHOLS, ARSHT &***
***  TUNNELL LLP***
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Nicholas P. Groombridge
Eric Alan Stone
Jennifer Gordon
Peter Sandel
Tanya S. Manno
Chih-Wei Wu
Eliza P. Strong
***PAUL, WEISS, RIFKIND, WHARTON &***
***GARRISON LLP***
1258 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
ngroombridge@paulweiss.com
estone@paulweiss.com
jengordon@paulweiss.com
PSandel@paulweiss.com
tmanno@paulweiss.com
cwu@paulweiss.com
estrong@paulweiss.com

　

 */s/ Angela C. Whitesell*
Angela C. Whitesell (DE Bar No. 5547)