# EXHIBIT 1

[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAb BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, and DR. ROGER KINGDON CRAIG,

*Plaintiffs*,

v.

TENEOBIO, INC. and AMGEN, INC.,

*Defendants*.

Civil Action No. 21:-cv-1807-MN

**JURY TRIAL DEMANDED**

**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL AND INJUNCTIVE RELIEF**

Plaintiffs Harbour Antibodies BV ("HBV"), Harbour Antibodies HCAb BV ("HBAB") (together with HBV, the "Harbour Entities"), Erasmus University Medical Center Rotterdam ("Erasmus MC"), and Dr. Roger Kingdon Craig ("Craig") (collectively, "Plaintiffs") hereby assert the following claims for patent infringement against Defendants Teneobio, Inc. ("Teneobio"), and Amgen, Inc. ("Amgen") (collectively, "Defendants"), and allege as follows:

## INTRODUCTION

1. Plaintiffs pioneered a novel method for developing fully human heavy chain-only antibodies (HCAbs) in rodents. Plaintiffs' patented platform technology utilizes transgenic rodents to generate functional HCAbs that can be used for therapeutic or research purposes. One embodiment of Plaintiffs' technology is the Harbour Mice®, which Plaintiffs created using its patented technology and which the Harbour Entities now utilize to generate and develop human therapeutic antibodies for itself and for its partners.

2. Plaintiffs invested significant time, effort, and money to develop the Harbour transgenic rodent platform technology, seeking patent protection on their inventions, raising venture capital to build up the business and platform, and partnering with pharmaceutical companies to utilize the patented technology. But after years of hard work, Plaintiffs' innovations were simply taken without permission by Defendants.

3. In approximately 2015, Plaintiffs are informed and believe that Teneobio made a dramatic shift in its fledgling business plan and pivoted to HCAbs. Teneobio then began developing an antibody discovery platform using transgenic rats, which it later called the UniRat®. Modeled after the Harbour Mice®, Teneobio's UniRat® discovery platform was developed for heavy chain only antibody production.[1] The UniRat® platform incorporates Plaintiffs' technology without Plaintiffs' permission and infringes the Asserted Patents (defined below).

4. Using Plaintiffs' patented technology, Defendants have competed with the Harbour Entities for commercial partners and in the discovery and production of HCAbs. Defendants have profited from the use of Plaintiffs' technology. Indeed, Defendants have taken credit for the technology reflected in its UniRat® platform without ever recognizing the true origin of that technology as reflected in Plaintiffs' patents. In 2021, Amgen announced its acquisition of Teneobio and the UniRat® platform for more than $2.5 billion.[2]

5. As a result of Defendants' infringement, Plaintiffs have suffered, and will continue to suffer, significant damages. This action is to remedy that infringement and to enforce Plaintiffs' patent rights against Defendants.

---

[1] *See, e.g.*, Clarke, et al., "Multispecific Antibody Development Platform Based on Human Heavy Chain Antibodies." *Front. Immunol*., 07 January 2019, attached hereto as Exhibit 5.

[2] https://www.amgen.com/newsroom/press-releases/2021/10/amgen-successfully-completes-acquisition-of-teneobio-inc.

## NATURE OF THE ACTION

6. This is a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

7. Defendants have directly infringed and continue to infringe, have contributed to and continue to contribute to infringement of, and have induced and continue to induce infringement of one or more claims of U.S. Patent Nos. 9,346,877 (the "'877 Patent"), 9,353,179 (the "'179 Patent"), 10,906,970 (the "'970 Patent"), and 10,993,420 (the "'420 Patent") (collectively, the "Asserted Patents") through its development, use, and commercialization of the UniRat® platform and other actions.

8. As explained in more detail below, Plaintiffs are the legal owners and/or have the exclusive right to enforce the Asserted Patents, which were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Plaintiffs seek injunctive relief and monetary damages.

## THE PARTIES

9. Plaintiff HBAB is a corporation existing under the laws of the Netherlands, with its principal place of business at Groothandelsgebouw CIC Rotterdam, Stationsplein 45 unit A4.004, 3013 AK Rotterdam, The Netherlands.

10. Plaintiff HBV is a corporation existing under the laws of the Netherlands, with its principal place of business at Groothandelsgebouw CIC Rotterdam, Stationsplein 45 unit A4.004, 3013 AK Rotterdam, The Netherlands.

11. Plaintiff Erasmus MC is an academic medical center focused on patient care, education, and research and is located at Dr. Molewaterplein 50, 3015 GE Rotterdam, The Netherlands.

12. Plaintiff Craig is an individual who resides at 2, Front Street, Barrasford, Hexham, NE48 4AG, United Kingdom.

13. On information and belief, Defendant Teneobio is a corporation existing under the laws of the State of Delaware, with its principal place of business at 7999 Gateway Blvd., Suite 320, Newark, California 94560.

14. On information and belief, Defendant Amgen is a corporation organized under the laws of the State of Delaware, with its principal place of business at One Amgen Center Drive, Thousand Oaks, California 91320.

15. Amgen exercises control over Teneobio and holds out Teneobio as part of Amgen's own business such that Teneobio is an agent and/or alter ego of Amgen.

16. Amgen announced the completed acquisition of Teneobio on October 19th, 2021.[3] After its acquisition, Teneobio became a wholly owned subsidiary of Amgen.[4]

17. Amgen's website includes the press announcement for the Teneobio acquisition. Teneobio.com redirects to the Amgen acquisition page for Teneobio without a separate logo or subsidiary information page for Teneobio.[5]

---

[3] *See* https://www.amgen.com/newsroom/press-releases/2021/10/amgen-successfully-completes-acquisition-of-teneobio-inc) (attached hereto as Exhibit 7).
[4] D.I. 45 (Declaration of J. Drew Diamond, Associate General Counsel for Intellectual Property & Litigation at Amgen Inc.).
[5] *See* https://www.amgen.com/teneobio (attached hereto as Exhibit 8).




18. Amgen does not operate Teneobio as an independent business: all of Teneobio's employees are Amgen employees, and the Amgen employees who run the Teneobio business report up to Amgen management.[6] Amgen and Teneobio are so interrelated that they operate as one.[7]

19. Amgen makes strategic decisions for Teneobio. Amgen also makes all legal decisions for Teneobio on this case (in collaboration with outside counsel hired by Amgen), and Teneobio itself does not have a separate legal department.[8]

---

[6] D.I. 45 (Declaration of J. Drew Diamond, Associate General Counsel for Intellectual Property & Litigation at Amgen Inc.).
[7] D.I. 71 at 3.
[8] D.I. 45 (Declaration of J. Drew Diamond, Associate General Counsel for Intellectual Property & Litigation at Amgen Inc.).

20. On information and belief, Amgen participates in at least the marketing activity relating to the UniRat® platform, the distribution of the UniRat® platform to customers, and the further development, use, and commercialization of the UniRat® platform.

21. The foregoing facts confirm that Amgen exercises control over Teneobio, that Teneobio is Amgen's alter ego and/or agent, and that Amgen holds out Teneobio as part of its own businesses.

**JURISDICTION AND VENUE**

22. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a) because this is a patent infringement action that arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

23. Defendants are subject to this Court's personal jurisdiction by virtue of the fact that Defendants are corporations existing under the laws of the State of Delaware.

24. Personal jurisdiction also exists over Defendants because Defendants directly or indirectly use, offer for sale, and/or sell products and services throughout the United States, including in this judicial district.

25. This Court also has jurisdiction over Amgen because, upon information and belief, Amgen is vicariously liable for the infringing acts of Teneobio as Amgen has directed or authorized the infringing activities of Teneobio since the October 2021 acquisition. Alternatively, Amgen is the alter ego of Teneobio, where a unity of interest and ownership exists between Amgen and Teneobio such that separate personalities of the two do not in reality exist.

26. Venue is proper in this District under 28 U.S.C §§ 1391(b), (c), and/or 1400(b) because Defendants are incorporated in the State of Delaware, and therefore, resides in this judicial district.

**ASSERTED PATENTS**

27. This cause of action asserts infringement of the ’877 Patent, the ’179 Patent, the ’970 Patent and the ’420 Patent (collectively, the “Asserted Patents”).

28. The USPTO rigorously scrutinizes applications related to biologics inventions, such as the inventions claimed in the Asserted Patents. That includes a strict examination to determine if the patent applications claim patent-eligible subject matter under 35 U.S.C. § 101. Allowance rates for biologics-related inventions are low. The USPTO’s allowance of patents in the biologics technology area thus reflects that the patents are valid and claim eligible subject matter.

29. A true and correct copy of the ’877 Patent, entitled “Binding Molecules,” with Franklin G. Grosveld, Richard W. Janssens, Dubravka Drabek, and Roger K. Craig as the named inventors, is attached hereto as Exhibit 1.

30. The ’877 Patent duly and legally issued on May 24, 2016.

31. When the Complaint was filed, Erasmus MC and Craig were the owners by assignment of all rights, title, and interest in and under the ’877 Patent. HBV had the exclusive right to enforce the ’877 Patent and HBAB was HBV’s exclusive sub-licensee of the ’877 Patent with respect to transgenic mice.[9] In September 2023, Erasmus MC assigned all of its rights, title, and interest in and under the ’877 Patent to HBV.

32. A true and correct copy of the ’179 Patent, entitled “Binding Molecules,” with Franklin G. Grosveld, Richard W. Janssens, Dubravka Drabek, and Roger K. Craig as the named inventors, is attached hereto as Exhibit 2.

33. The ’179 Patent duly and legally issued on May 31, 2016.

[9] Attached hereto as Exhibit 9.

34. When the Complaint was filed, Erasmus MC and Craig were the owners by assignment of all rights, title, and interest in and under the ’179 Patent. HBV had the exclusive right to enforce the ’179 Patent and HBAB was HBV’s exclusive sub-licensee of the ’179 Patent with respect to transgenic mice. In September 2023, Erasmus MC assigned all of its rights, title, and interest in and under the ’179 Patent to HBV.

35. A true and correct copy of the ’970 Patent, entitled “Methods of Making Heavy Chain Only Antibodies Using Transgenic Animals,” with Franklin G. Grosveld, Richard W. Janssens, Dubravka Drabek, and Roger K. Craig as the named inventors, is attached hereto as Exhibit 3.

36. The ’970 Patent duly and legally issued on February 2, 2021.

37. When the Complaint was filed, Erasmus MC and Craig were the owners by assignment of all rights, title, and interest in and under the ’970 Patent. HBV had the exclusive right to enforce the ’970 Patent and HBAB was HBV’s exclusive sub-licensee of the ’970 Patent with respect to transgenic mice. In September 2023, Erasmus MC assigned all of its rights, title, and interest in and under the ’970 Patent to HBV.

38. A true and correct copy of the ’420 Patent, entitled “Production of Heavy Chain Only Antibodies in Transgenic Mammals,” with Franklin G. Grosveld and Richard W. Janssens as the named inventors, is attached hereto as Exhibit 4.

39. The ’420 Patent duly and legally issued on May 4, 2021.

40. When the Complaint was filed, Erasmus MC was the owner by assignment of all rights, title, and interest in and under the ’420 Patent. HBV was the exclusive licensee of the ’420 Patent and HBAB was the exclusive sub-licensee of the ’420 Patent. In September 2023, Erasmus MC assigned all of its rights, title, and interest in and under the ’420 Patent to HBV.

## FACTUAL BACKGROUND

### A. Heavy Chain-only Antibodies

41. An antibody is a protein produced by the immune system to identify and neutralize foreign pathogens such as bacteria, viruses, and even cancer cells. These target molecules are referred to as antigens. Each antibody recognizes and binds to a specific molecular structure on the surface of the antigen, also known as an epitope. Once the antibody binds to the antigen, it can trigger other components of the immune system to destroy the target molecule.

42. There are multiple classes of naturally occurring human antibodies, but all share a similar basic structure consisting of four polypeptide chains, as shown in the figure below. These four polypeptides are made up of two heavy chains and two light chains connected by disulfide bonds. Each chain is a series of domains: light chains consist of one variable domain ($V_L$) and one constant domain ($C_L$), while heavy chains contain one variable domain ($V_H$) and three to four constant domains ($C_H1$, $C_H2$, etc.). The variable regions of the heavy and light chain are responsible for recognizing and binding to a specific antigen. The tremendous variability in the antigen binding regions accounts for the enormous number of structurally distinct antigens that are recognized by antibodies. The heavy chain CH1 domain functions to bind light chain so permitting assembly of the naturally occurring human antibody. In the absence of light chain, the heavy chain is prone to aggregation and is not secreted from the producing cell.

43. Antibodies are generated by certain B cells that have been activated after coming into contact with an antigen. The activated B cell proliferates and differentiates into different types of B cells, including cells that secrete high-affinity antibodies.

44. HCAbs do not have associated light chains. As shown in the figure below, HCAbs contain heavy chain variable regions ($V_H$ regions) and may contain heavy chain constant regions ($C_H$ regions). The $V_H$ regions function as a single domain. Using the Plaintiffs' technology in the absence of associated light chains, HCAbs are highly functional and retain the ability to bind to antigen thereby creating many advantages.




Heavy chain-only antibody

45. Monoclonal antibodies are specifically designed to bind to a particular epitope. Conventional or heavy chain-only monoclonal antibodies can be designed with monovalent affinity, binding only to single epitope, with bispecific affinity, binding simultaneously to epitopes on two different antigens or two different epitopes on one antigen, or with multispecific affinity, binding simultaneously with more than two epitopes.

46. Because monoclonal antibodies can be designed to bind to a specific target, they are useful as therapeutics, and in diagnostic and analytical tests. Because heavy chain-only antibodies are smaller in size and more suitable for designing bispecific or multi-specific antibodies, they can be designed to bind to epitopes that conventional monoclonal antibodies

cannot access. Heavy chain-only antibodies also demonstrate strong antigen-binding affinity and are stable.

47. Soluble heavy-chain only antibodies occur naturally in camels and cartilaginous fish in the absence of light chain, but not in humans. Because of the potential advantages that HCAbs have over conventional antibodies, there was interest in the scientific community to develop a means for producing soluble human HCAbs that could be further developed for therapeutic purposes.

48. Monoclonal HCAbs can be fully rodent, chimeric, humanized, or fully human. At a general level, a fully rodent antibody has no non-rodent protein sequences. Chimeric antibodies have a non-human variable region and human constant regions. A humanized antibody may have small segments of non-human sequences that are designed to be similar to human sequences and a fully human antibody has no non-human protein sequences. This general scheme is depicted in the image below.




**B. Plaintiffs' Invented a Novel Method of Production of Human Heavy Chain-Only Antibodies**

49. The Asserted Patents result from the inventive work of Franklin G. Grosveld, Richard W. Janssens, Dubravka Drabek, and Roger K. Craig over many years. Following the

discovery of naturally occurring HCAbs in camels in the 1990s, the inventors embarked on a research plan to express camelid HCABs in transgenic mice. Then with success, soluble antigen specific human HCAbs in transgenic mice.

50. Facing much skepticism in the field, the inventors spent years of laboratory work and solved numerous technical challenges to demonstrate that transgenic mice could produce soluble human HCAbs. For example, transgenic murine B cells express HCAbs at an early stage in B cell development, and the inventors first had to ensure that the murine B cells would grow and differentiate properly to produce HCAbs with the desired specificity. The inventors also had to ensure that the resulting HCAbs were sufficiently soluble to be functional.

51. These initial experiments were performed with HCAbs that incorporated llama $V_H$ regions. The next step was to replace the llama $V_H$ regions with human $V_H$ regions to produce fully human affinity matured HCAbs. While the inventors were ultimately successful, they faced overwhelming skepticism. Indeed, they had difficulty raising funds from venture capital sources or licensing partnerships as no one in the field believed the idea would work.

52. HBV was founded in 2006 to further develop and commercialize these discoveries and inventions. HBV was subsequently acquired by HBM Holdings Limited in 2016. HBM Holdings Limited ("HBM") was later listed in the Stock Exchange of Hong Kong Limited (stock code: 02142) in 2020. HBV, HBAB and other HBM subsidiaries are collectively called HBM Group.

53. HBAB was established in 2013 as a result of the demerger of HBV and was wholly owned by HBV with the goal of facilitating the licensing and commercialization of novel antibody therapeutics in the areas of oncology and immunological diseases.

54. HBAB, together with HBM Group, has since built a robust pipeline with its integrated Harbour antibody platform that enables it to develop high affinity heavy chain only antibodies against various disease targets with great potency and safety profiles. For example, HBAB's proprietary Harbour Mice® generates soluble fully human heavy chain only antibodies. Integrated with a single B cell cloning platform, HBAB's antibody discovery engine is highly unique and efficient for development of next generation therapeutic antibodies.

55. The claims of the Asserted Patents provide a novel and inventive way of producing high affinity soluble antigen-specific HCAbs and offer a number of benefits, including the production of *in vivo*-derived affinity matured HCAbs with critical quality attributes such as stability, solubility, and high affinity. Some of these benefits include:

a. The antibody formats produced by the Harbour Mice® have shown desirable expression yields and biophysical properties, such as solubility, non-aggregation and thermal stability, allowing for use either as simplified alternatives to conventional antibodies or as components of more complex antibody products.

b. The antibody formats produced by the Harbour Mice® have shown exceptional diversity from selected, frequently expressed and soluble human V-gene germline families. Immunized Harbour Mice® are able to yield non-identical, highly diverse collection of antibodies that recognize different epitopes, or binding regions, on the same target protein.

c. The HCAbs generated on the HCAb Platform have been observed to have a higher range of binding affinity (low nanomolar to picomolar binders) which are significantly higher than those from competing technologies such as naive phage display libraries.

d. Due to the single chain nature of the HCAbs, they can be rapidly and deeply mined following immunization without the use of hybridoma technology, making them ready to progress very quickly into drug development. In addition, HBAB's fully human antibodies do not require any humanization, a process that at times has proven to be challenging and time consuming and can result in antibodies with lowered binding affinities for their respective targets.

e. HCAbs have wide potential applications. When derived from the Harbour Mice®, the HCAbs are easily manipulated into making VH domain only

> molecules, bi-specifics or multi-specifics, VH domain-derived diagnostic or therapeutic molecules.[10]

56. In short, Plaintiffs created a novel, elegant approach to producing antigen-specific human HCAbs and binding domains that can be used in next-generation therapeutic and diagnostic applications.

### C. The Harbour Entities' Development Work, Partnerships and Licensees Have Been Damaged by Defendants' Infringement

57. The Harbour Entities' platforms have significant potential to generate therapeutic antibodies and accelerate drug discovery and development, which has been validated through more than 40 licenses to pharmaceutical and biotechnology companies as well as academic institutions.

58. On information and belief, Teneobio is a clinical stage biotechnology company developing HCAbs for the treatments of cancer, autoimmunity, and infectious diseases.

59. On information and belief, Defendants' discovery platform utilizes genetically engineered animals, including transgenic rats (*e.g.*, UniRat® and OmniFlic®), to identify large numbers of unique binding molecules specific for therapeutic targets of interest.

60. On information and belief, the UniRat® platform is based on immunization of transgenic rats that "result[s] in production of high affinity antigen-specific heavy chain only antibodies."[11]

61. On information and belief, Defendants have licensed the UniRat® platform to several third parties for the production of antigen specific heavy chain only antibodies and licensed binding molecules, including heavy chain only antibodies, identified by its discovery platforms to several third parties.

---

[10] https://www.harbourbiomed.com/technology/1.html.

[11] WO 2018/039180 A1 ("WO '180") (attached hereto as Exhibit 6), p. 22 lns. 26-27; *id*. at 23 lns 2-3.

62. On information and belief, Defendants' UniRat® discovery platform[12] uses Plaintiffs' inventions without Plaintiffs' permission. Defendants' UniRat® discovery platform infringes the Asserted Patents.

63. That Defendants are commercializing an HCAb platform that infringes Plaintiffs' patents is not surprising. Teneobio has known of the inventors' work and the Asserted Patents well before Teneobio introduced its UniRat®. For example, Dr. Marianne Bruggemann, Ph.D., who is now associated with Teneobio, had meetings and discussions with one of the inventors, Professor Grosveld, concerning the patented technology at issue here as far back as 2005, and more recently sought access and license to the patented human chain only technology for exploitation in transgenic mice. Additionally, Teneobio's CEO, Dr. Roland Buelow, PhD, has attended numerous presentations and has discussed the details of Plaintiffs' HCAb technology with Professor Grosveld. Dr. Buelow expressed pessimism as to whether Plaintiffs' HCAb project would actually work.

**D. Defendants' Knowledge of the Harbour Entities Patents**

64. The Harbour Entities, through their outside counsel, first contacted Teneobio's CEO, Dr. Roland Buelow, Ph.D., on October 6, 2017, to discuss Teneobio's infringement and possible resolution. In this initial communication, the Harbour Entities specifically identified the '877 and '179 patents as well as a corresponding European patent, and they identified Teneobio's work with human heavy chain-only antibodies as potentially infringing. The Harbour Entities offered to engage in further discussions with Teneobio but Teneobio refused.

[12] Teneobio's UniRat® multispecific antibody development platform based on human heavy chain antibodies, as accused of infringement in this case, includes the uses of the UniRat® in connection with any form of producing antigen-specific heavy chain only antibodies.

65. Instead, Teneobio's outside counsel responded on March 8, 2018. Defendant rejected the invitation to discuss potential licensing terms. Rather than engage in a productive discussion, Teneobio advanced an unsupported claim construction argument that allegedly absolved it of infringement liability (which it does not) and then baselessly threatened to seek sanctions should Plaintiffs seek legal redress.

66. Since then, Plaintiffs obtained two additional patents (namely, the '420 and '970 patents), both of which cover Teneobio's platform, products and activities. Undaunted by the Harbour Entities' notice, Teneobio has continued to tout Plaintiffs' patented technology as its own and has deprived Plaintiffs of commercial opportunities – the latest of which was its sale to Amgen for more than $2.5 billion.

67. Amgen also has prior knowledge of Plaintiffs' HCAb patent portfolio and technology. In 2013, Amgen entered into a "HCab License Agreement" with HBAB effective December 8, 2011. The purpose of the non-exclusive license agreement was to allow Amgen to "make, use, and import the HCAb Harbour Mice" including any "Antibodies or Antibody Products." The HCAb License Agreement included a comprehensive list of pending Harbour HCAb patent applications, including 13/837,402 (issued as the '179 Patent on May 31, 2016), 13/837,520 (issued as the '877 Patent on May 24, 2016), and PCT/GB2005/002892 (priority application for the '179, '877, and '970 Patents). Amgen failed to make payments and terminated the agreement in November of 2017 after the '179 and '877 Patents issued. On information and belief, Amgen became aware or, at a minimum, should have become aware of the '877 and '179 patents through the aforementioned license agreement.

68. To the extent that Amgen was not aware of the Patents-in-Suit prior to its acquisition of Teneobio, Amgen became aware or at a minimum should have become aware of

each of the Patents-in-Suit during and upon completion of the Teneobio acquisition. Since the acquisition of Teneobio in October 2021, Amgen has infringed the Patents-in-Suit.

**COUNT I**
**INFRINGEMENT OF THE U.S. PATENT NO. 9,346,877**

69. The allegations of each foregoing paragraph are incorporated by reference as if fully set forth herein and from the basis for the following cause of action against Defendant.

70. Defendants' activities, services, products (including UniAb™, UniDab™, TNB-383B, TNB-486 and TNB-585) and platform (including the design, function and use of the UniRat®) (collectively, the "Accused Methods and Products") are covered by at least claim 1 of the '877 Patent.

71. Claim 1 of the '877 Patent recites:

> A method for the production of soluble, antigen-specific $V_H$ binding domain comprising:
> (a) immunising a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen wherein:
> (i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, at least five D gene segment, at least one J gene segment and at least one heavy chain constant region;
> (ii) each constant region does not encode a functional $C_H1$ domain;
> (iii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;
> (iv) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_Hl$ domain with an antigen;
> (b) cloning a $V_H$ locus resulting from recombination between single V, D and J gene segments encoding a soluble, antigen-specific $V_H$ binding domain from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and
> (c) producing said soluble, $V_H$ binding domain from the clone of step (b).

72. Teneobio has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the '877 Patent in violation of 35 U.S.C. § 271(a) by, directly or through intermediaries and without Plaintiff's authority, making, using, selling, and/or offering to sell the Accused Methods and Products in the United States.

73. Amgen has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the '877 Patent in violation of 35 U.S.C. § 271(a) by, using the Accused Methods and Products either themselves, as Teneobio's alter ego, through Teneobio as their agent, and/or by directing and/or controlling the performance of the claimed steps by Teneobio and/or third-party laboratories. On information and belief, Amgen has the ability to direct and control the activities of Teneobio in several ways, including through Amgen's full ownership of Teneobio, through instituting programs and measures (such as policies or protocols) at Teneobio, and through controlling strategic and legal decision making at Teneobio. Teneobio acts on behalf of Amgen, including when Teneobio performs the Accused Methods and Products on Amgen's behalf.

74. By way of illustration and not as a limitation to the full scope of their infringing activities, Defendants infringe claim 1 of the '877 Patent by having designed and used the UniRat® discovery platform to produce antigen-specific heavy chain only antibodies as follows:

(a) Using the UniRat® discovery platform for the production of soluble, antigen-specific $V_H$ binding domain. For example, the UniRat® platform is based on immunization of transgenic rats which "result[s] in production of high affinity antigen-specific heavy chain only antibodies."[13]

(b) The UniRat® discovery platform produces antigen-specific heavy chain only antibodies by immunizing a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen. For example, the UniRat® discovery platform is based on "genetically engineered rats expressing heavy chain only antibodies [that are] immunized in various ways."[14] The "UniRat . . . animals were immunized using standard adjuvants along with recombinant

[13] WO '180, p. 22 lns. 26-27; *id*. at 23 lns. 2-3.
[14] *Id*.

protein antigens."[15] The UniRats "produce chimeric HCAbs with fully human VH domains in response to an antigen challenge."[16]

(c) The $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, at least five D gene segments, at least one J gene segment and at least one heavy chain constant region. For example, the UniRat® discovery platform also "concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments." The platform's IG locus is made up of "two to 40 D gene segments," and the Ig locus "further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality."[17] In "[c]onstruction of UniRat Strains . . . [l]arge IgH loci on BACs carrying human VH, D and JH segments in germline configuration linked to rat Cγ genes were compiled as detailed previously . . . except that a new assembly of rat CH genes lacking CH1 domains was used."[18]

(d) The constant regions in the UniRat discovery platform do not encode a functional $C_H1$ domain. For example, "[c]onstruction of UniRat Strains . . . [l]arge IgH loci on BACs carrying human VH, D and JH segments in germline configuration linked to rat Cγ genes were compiled as detailed previously . . . except that a new assembly of rat CH genes lacking CH1 domains was used."[19] The UniRats® "lack all endogenous Ig expression and efficiently produce chimeric human/rat IgH molecules containing human VH, D, and JH sequences on rat constant regions deleted for CH1."[20] The "UniAbs [Defendants' term for heavy chain only antibodies with

[15] *Clarke, et al.*, at 10.
[16] *Id.* at Abstract.
[17] WO '180 at p. 5, lns. 16-19; *id.* at p. 5, lns. 26-27; *id.* p. 5, lns. 24-25.
[18] *Clarke, et al.*, at p. 2.
[19] *Id.* at p. 2.
[20] *Id.* at p. 7.

fully human variable domains] lack CH1 domains and light chains, resulting in a molecular weight of approximately 80 kDa."[21]

(e) A $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence. For example, the V gene segment of the UniRat® "must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody."[22]

(f) The recombined $V_H$ heavy chain locus, when expressed upon an antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_H1$ domain with an antigen. For example, the V gene segment of the UniRat® "must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody."[23] As part of the UniRat® discovery platform, "the recombinant heavy chain-only Ig locus further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality."[24] "The term 'heavy chain-only locus' as defined [by the UniRat® discovery platform] refers to a locus encoding a VH domain in which the first amino acid residue of the antibody FR4 region is positively charged, comprising one or more V gene segments, one or more D gene segment and one or more J gene segments, optionally linked to one or more heavy chain effector region gene segments, each of which encodes an antibody constant effector region lacking CH1 domain functionality."[25]

---

[21] *Id*. at Fig. 1.
[22] WO '180 at p. 11, ln. 36 - p. 12, ln 2.
[23] *Id*.
[24] WO '180 at p. 5, lns. 24-25.
[25] *Id*. at p. 11, lns. 20-24.

(g) The UniRat® discovery platform clones a $V_H$ locus resulting from recombination between single V, D and J gene segments encoding a soluble antigen-specific $V_H$ binding domain from an antibody-producing cell of the immunized transgenic rodent after affinity maturation via somatic mutation. For example, the UniRat® discovery platform clones the $V_H$ heavy chain locus after affinity maturation via somatic mutation: "Heavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast."[26] This cloning process happens after affinity maturation via somatic mutation: "[T]he invention concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments, which when recombined with each other in the genome of a non-human animal, and following affinity maturation, encode a heavy chain variable (VH) region."[27]

(h) From the cloning step, the UniRat® discovery platform produces a soluble, antigen-specific heavy chain only antibody. For example, "[h]eavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast."[28] Antibodies can be harvested from the discovery platform after several days of expression.[29]

75. Further and in the alternative, Teneobio and Amgen have been actively inducing infringement of at least claim 1 of the '877 Patent in violation of 35 U.S.C. § 271(b). Users of the Accused Methods and Products directly infringed at least claim 1 of the '877 Patent when they use

[26] *Id.* at p. 14, lns. 7-10.
[27] *Id.* at p. 5, lns. 16-19.
[28] WO '180 at p. 14, lns. 7-10.
[29] *Clarke, et al.*, at 10.

the Accused Methods and Products in the ordinary, customary, and intended way as set forth in Teneobio's publications, which include but are not limited to those cited above. Teneobio and Amgen's inducements include, without limitation and with specific intent to encourage the infringement, knowingly inducing consumers to use the Accused Methods and Products within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Methods and Products to consumers within the United States and instructing and encouraging such customers (for example, by offering the UniRat® discovery platform) how to use the Accused Methods and Products in the ordinary, customary, and intended way, which Defendants know or should know infringes at least claim 1 of the '877 Patent.

76. Teneobio and Amgen's inducements may further include, without limitation and with specific intent to encourage the infringement, knowingly inducing customers to use the Accused Methods and Products within the United States, or knowingly inducing customers to use the Accused Methods and Products within the United States, by, directly or through intermediaries, instructing and encouraging such customers to make, use, sell, or offer to sell the Accused Methods and Products in the United States, which Defendants know or should know infringes at least claim 1 of the '877 Patent. At a minimum, Amgen has induced and continues to induce infringement by, without limitation, encouraging Teneobio to perform the Accused Methods or other acts of infringement as such activities are conducted with the knowledge, direction, and specific intent that Teneobio shall perform them.

77. Further and in the alternative, Teneobio and Amgen have been actively contributing to infringement of at least claim 1 of the '877 Patent in violation of 35 U.S.C. § 271(c). Defendants have offered for sale the UniRat®, which is especially made or especially adapted to practice the invention claimed in at least claim 1 of the '877 Patent. The UniRat® constitutes a material part

of the claimed invention recited in at least claim 1 of the ’877 Patent and is not a staple article or commodity of commerce because it is specifically configured according to at least claim 1 of the ’877 Patent. Defendant’s contributions include, without limitation, making, offering to sell, and/or selling within the United States, and/or importing into the United States, the Accused Methods and Products, which include one or more components for use in practicing the patented process, knowing the component to be especially made or especially adapted for use in an infringement of at least claim 1 of the ’877 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

78. Since October 6, 2017, Teneobio has had actual knowledge of the ’877 Patent and should have known of the ’877 Patent and its infringement well before then but for Teneobio’s willful blindness. Amgen has had knowledge of the ’877 Patent since it issued in 2016. Upon acquisition of Teneobio in October 2021, Amgen became aware or at a minimum should have become aware of the ’877 Patent and its infringement. By the time this matter is adjudicated, Defendants will have known about the ’877 Patent for years and intended that its continued actions since receiving such notice would infringe and actively induce and contribute to the infringement of one or more claims of the ’877 Patent. Defendants’ infringement of the ’877 Patent has been willful and deliberate.

79. Defendants’ infringement has caused past and will cause ongoing injury to Plaintiffs. Plaintiffs are entitled to recover damages adequate to compensate for Defendants’ infringement. Because Defendants’ infringement has been and continues to be willful and deliberate, the Court should award enhanced damages under 35 U.S.C. § 284 and find this case exceptional and award attorney’s fees under 35 U.S.C. § 285.

80. Plaintiffs have suffered and will continue to suffer irreparable injury as a direct and proximate result of Defendant's infringement for which there is no adequate remedy at law. Unless Defendants are enjoined, Plaintiffs will continue to suffer such irreparable injury.

81. Defendants' infringement has been without authority and/or license from Plaintiffs.

**COUNT II**
**INFRINGEMENT OF THE U.S. PATENT NO. 9,353,179**

82. The allegations of each foregoing paragraph are incorporated by reference as if fully set forth herein and from the basis for the following cause of action against Defendants.

83. The Accused Methods and Products are covered by at least claim 1 of the '179 Patent.

84. Claim 1 of the '179 Patent recites:

> A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:
> (a) immunising a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen wherein:
> (i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, at least five D gene segments, at least one J gene segment and at least one heavy chain constant region;
> (ii) each constant region does not encode a functional $C_H1$ domain;
> (iii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;
> (iv) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_Hl$ domain with an antigen;
> (b) cloning a soluble heavy chain only antibody from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; ad
> (c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

85. Teneobio has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the '179 Patent in violation of 35 U.S.C. § 271(a) by, directly or

through intermediaries and without HBAB's authority, making, using, selling, and/or offering to sell the Accused Methods and Products in the United States.

86. Amgen has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the '179 Patent in violation of 35 U.S.C. § 271(a) by, using the Accused Methods and Products either themselves, as Teneobio's alter ego, through Teneobio as their agent, and/or by directing and/or controlling the performance of the claimed steps by Teneobio and/or third-party laboratories. On information and belief, Amgen has the ability to direct and control the activities of Teneobio in several ways, including through Amgen's full ownership of Teneobio, through instituting programs and measures (such as policies or protocols) at Teneobio, and through controlling strategic and legal decision making at Teneobio. Teneobio acts on behalf of Amgen, including when Teneobio performs the Accused Methods and Products on Amgen's behalf.

87. By way of illustration and not as a limitation to the full scope of their infringing activities, Defendants infringe claim 1 of the '179 Patent by having designed and used the UniRat® discovery platform to produce antigen-specific heavy chain only antibodies as follows:

(a) Using the UniRat® discovery platform for the production of soluble, antigen-specific heavy chain only antibodies. For example, the UniRat® platform is based on immunization of transgenic rats which "result[s] in production of high affinity antigen-specific heavy chain only antibodies."[30]

(b) The UniRat® discovery platform produces antigen-specific heavy chain only antibodies by immunizing a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen. For example, the UniRat® discovery platform is based on "genetically

---

[30] WO '180, p. 22 lns. 26-27; *id*. at 23 lns 2-3.

engineered rats expressing heavy chain only antibodies [that are] immunized in various ways."[31] The "UniRat… animals were immunized using standard adjuvants along with recombinant protein antigens."[32] The UniRats "produce chimeric HCAbs with fully human VH domains in response to an antigen challenge."[33]

(c) The $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, at least five D gene segments, at least one J gene segment and at least one heavy chain constant region. For example, the UniRat® discovery platform also "concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments." The platform's IG locus is made up of "two to 40 D gene segments," and the Ig locus "further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality."[34] In "[c]onstruction of UniRat Strains . . . [l] arge IgH loci on BACs carrying human VH, D and JH segments in germline configuration linked to rat Cγ genes were compiled as detailed previously (29, 31), except that a new assembly of rat CH genes lacking CH1 domains was used."[35]

(d) The constant regions in the UniRat discovery platform do not encode a functional $C_H1$ domain. For example, "[c]onstruction of UniRat Strains . . . [l] arge IgH loci on BACs carrying human VH, D and JH segments in germline configuration linked to rat Cγ genes were compiled as detailed previously . . . except that a new assembly of rat CH genes lacking CH1 domains was used."[36] The UniRats® "lack all endogenous Ig expression and efficiently produce

---

[31] *Id*.
[32] *Clarke, et al.*, at 10.
[33] *Id*. at Abstract.
[34] WO '180 at p. 5, lns. 16-19; *id*. at p. 5, lns. 26-27; *id*. p. 5, lns. 24-25.
[35] *Clarke, et al.,* at p. 2.
[36] *Id*. at p. 2.

chimeric human/rat IgH molecules containing human VH, D, and JH sequences on rat constant regions deleted for CH1."[37] The "UniAbs [Defendants' term for heavy chain only antibodies with fully human variable domains] lack CH1 domains and light chains, resulting in a molecular weight of approximately 80 kDa."[38]

(e) A $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence. For example, the V gene segment of the UniRat® "must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody."[39]

(f) The recombined $V_H$ heavy chain locus, when expressed upon an antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_H1$ domain with an antigen. For example, the V gene segment of the UniRat® "must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody."[40] As part of the UniRat® discovery platform, "the recombinant heavy chain-only Ig locus further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality."[41] "The term 'heavy chain-only locus' as defined [by the UniRat® discovery platform] refers to a locus encoding a VH domain in which the first amino acid residue of the antibody FR4 region is positively charged, comprising one or more V gene segments, one or more D gene segment and one or more J gene segments, optionally linked to one or more heavy chain

---

[37] *Id* at p. 7.
[38] *Id*. at Fig. 1.
[39] WO '180 at p. 11, ln. 36 - p. 12, ln 2.
[40] *Id*.
[41] WO '180 at p. 5, lns. 24-25.

effector region gene segments, each of which encodes an antibody constant effector region lacking CH1 domain functionality."[42]

(g) The UniRat® discovery platform then clones a soluble heavy chain only antibody from an antibody-producing cell of the immunized transgenic rodent after affinity maturation via somatic mutation. For example, the UniRat® discovery platform clones the $V_H$ heavy chain locus after affinity maturation via somatic mutation: "Heavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast."[43] This cloning process happens after affinity maturation via somatic mutation: "[T]he invention concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments, which when recombined with each other in the genome of a non-human animal, and following affinity maturation, encode a heavy chain variable (VH) region."[44]

(h) From the cloning step, the UniRat® discovery platform produces a soluble, antigen-specific heavy chain only antibody. For example, "[h]eavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast."[45] Antibodies can be harvested from the discovery platform after several days of expression.[46]

[42] *Id*. at p. 11, lns. 20-24.
[43] *Id*. at p. 14, lns. 7-10.
[44] *Id*. at p. 5, lns. 16-19.
[45] WO '180 at p. 14, lns. 7-10.
[46] *Clarke, et al.*, at 10.

88. Further and in the alternative, Teneobio and Amgen have been actively inducing infringement of at least claim 1 of the '179 Patent in violation of 35 U.S.C. § 271(b). Users of the Accused Methods and Products directly infringed at least claim 1 of the '179 Patent when they use the Accused Methods and Products in the ordinary, customary, and intended way as set forth in Teneobio's publications, which include but are not limited to those cited above. Teneobio and Amgen's inducements include, without limitation and with specific intent to encourage the infringement, knowingly inducing consumers to use the Accused Methods and Products within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Methods and Products to consumers within the United States and instructing and encouraging such customers (for example, by offering the UniRat® discovery platform) how to use the Accused Methods and Products in the ordinary, customary, and intended way, which Defendants know or should know infringes at least claim 1 of the '179 Patent.

89. Teneobio and Amgen's inducements may further include, without limitation and with specific intent to encourage the infringement, knowingly inducing customers to use the Accused Methods and Products within the United States, or knowingly inducing customers to use the Accused Methods and Products within the United States, by, directly or through intermediaries, instructing and encouraging such customers to make, use, sell, or offer to sell the Accused Methods and Products in the United States, which Defendants know or should know infringes at least claim 1 of the '179 Patent. At a minimum, Amgen has induced and continues to induce infringement by, without limitation, encouraging Teneobio to perform the Accused Methods or other acts of infringement as such activities are conducted with the knowledge, direction and specific intent that Teneobio shall perform them.

90. Further and in the alternative, Defendants have been actively contributing to infringement of at least claim 1 of the ’179 Patent in violation of 35 U.S.C. § 271(c). Defendants have offered for sale the UniRat®, which is especially made or especially adapted to practice the invention claimed in at least claim 1 of the ’179 Patent. The UniRat® constitutes a material part of the claimed invention recited in at least claim 1 of the ’179 Patent and is not a staple article or commodity of commerce because it is specifically configured according to at least claim 1 of the ’179 Patent. Defendants’ contributions include, without limitation, making, offering to sell, and/or selling within the United States, and/or importing into the United States, the Accused Methods and Products, which include one or more components for use in practicing the patented process, knowing the component to be especially made or especially adapted for use in an infringement of at least claim 1 of the ’179 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

91. Since October 6, 2017, Teneobio has had actual knowledge of the ’179 Patent and should have known of the ’179 Patent and its infringement well before then but for Teneobio’s willful blindness. Amgen has had knowledge of the ’179 Patent since it issued in 2016. Upon acquisition of Teneobio in October 2021, Amgen became aware or at a minimum should have become aware of the ’179 Patent and its infringement. By the time this matter is adjudicated, Defendants will have known about the ’179 Patent for years and intended that its continued actions since receiving such notice would infringe and actively induce and contribute to the infringement of one or more claims of the ’179 Patent. Defendants’ infringement of the ’179 Patent has been willful and deliberate.

92. Defendants’ infringement has caused past and will cause ongoing injury to Plaintiffs. Plaintiffs are entitled to recover damages adequate to compensate for Defendants’

infringement. Because Defendants' infringement has been and continues to be willful and deliberate, the Court should award enhanced damages under 35 U.S.C. § 284 and find this case exceptional and award attorney's fees under 35 U.S.C. § 285.

93. Plaintiffs have suffered and will continue to suffer irreparable injury as a direct and proximate result of Defendants' infringement for which there is no adequate remedy at law. Unless Defendants are enjoined, Plaintiffs will continue to suffer such irreparable injury.

94. Defendants' infringement has been without authority and/or license from Plaintiffs.

**COUNT III**
**INFRINGEMENT OF THE U.S. PATENT NO. 10,906,970**

95. The allegations of each foregoing paragraph are incorporated by reference as if fully set forth herein and from the basis for the following cause of action against Defendants.

96. The Accused Methods and Products are covered by at least claim 1 of the '970 Patent.

97. Claim 1 of the '970 Patent recites:

> A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:
> (a) immunising a transgenic rodent expressing a heterologous VH heavy chain locus with an antigen wherein:
> (i) the VH heavy chain locus comprises a variable region comprising at least one VH gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising at least one constant region gene that does not encode a functional CH1 domain;
> (ii) a VH gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;
> (iii) the recombined VH heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific VH binding domain and a constant effector region devoid of a functional CH1 domain;
> (b) cloning said recombined VH heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and
> (c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

98. Teneobio has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the ’970 Patent in violation of 35 U.S.C. § 271(a) by, directly or through intermediaries and without Plaintiffs’ authority, making, using, selling, and/or offering to sell the Accused Methods and Products in the United States.

99. Amgen has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the ’970 Patent in violation of 35 U.S.C. § 271(a) by, using the Accused Methods and Products either themselves, as Teneobio’s alter ego, through Teneobio as their agent, and/or by directing and/or controlling the performance of the claimed steps by Teneobio and/or third party laboratories. On information and belief, Amgen has the ability to direct and control the activities of Teneobio in several ways, including through Amgen’s full ownership of Teneobio, through instituting programs and measures (such as policies or protocols) at Teneobio, and through controlling strategic and legal decision making at Teneobio. Teneobio acts on behalf of Amgen, including when Teneobio performs the Accused Methods and Products on Amgen’s behalf.

100. By way of illustration and not as a limitation to the full scope of their infringing activities, Defendants infringe claim 1 of the ’970 Patent by having designed and used the UniRat® discovery platform to produce antigen-specific heavy chain only antibodies as follows:

(a) The UniRat® platform is based on immunization of transgenic rats which “result[s] in production of high affinity antigen-specific heavy chain only antibodies.”[47]

(b) The UniRat® discovery platform produces antigen-specific heavy chain only antibodies by immunizing a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen. For example, in the UniRat® discovery platform, the “recombinant heavy

[47] WO ’180, p. 22 lns. 26-27; *id*. at 23 lns 2-3.

chain-only Ig locus encodes a human or humanized heavy chain-only antibody comprising a VH region."[48] The UniRat® animals are "immunized using standard adjuvants along with recombinant protein antigens."[49]

(c) The UniRat's® $V_H$ heavy chain locus is a variable region that consists of at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment, and a heavy chain constant region that has at least one constant region gene that does not encode a functional $C_H1$ domain. For example, the UniRat® discovery platform "concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments." The platform's IG locus is made up of "two to 40 D gene segments," and the Ig locus "further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality."[50] In "[c]onstruction of UniRat Strains . . . [l]arge IgH loci on BACs carrying human VH, D and JH segments in germline configuration linked to rat Cγ genes were compiled as detailed previously . . . except that a new assembly of rat CH genes lacking CH1 domains was used."[51]

(d) A $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence. For example, the V gene segment of the UniRat® "must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody."[52]

---

[48] *Id*. at p. 6 lns. 7-10.
[49] *Clarke, et al*. at 2.
[50] WO '180 at p. 5, lns. 16-19; *id*. at p. 5, lns. 26-27; *id*. p. 5, lns. 24-25.
[51] *Clarke, et al.*, at p. 2.
[52] WO '180 at p. 11, ln. 36 - p. 12, ln 2.

(e) The recombined $V_H$ heavy chain locus, when expressed upon an antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_H1$ domain. For example, the V gene segment of the UniRat® "must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody."[53] As part of the UniRat® discovery platform, "the recombinant heavy chain-only Ig locus further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality."[54] "The term 'heavy chain-only locus' as defined [by the UniRat® discovery platform] refers to a locus encoding a VH domain in which the first amino acid residue of the antibody FR4 region is positively charged, comprising one or more V gene segments, one or more D gene segment and one or more J gene segments, optionally linked to one or more heavy chain effector region gene segments, each of which encodes an antibody constant effector region lacking CH1 domain functionality."[55]

(f) The UniRat® discovery platform recombines $V_H$ heavy chain locus from an antibody-producing cell of the immunized transgenic rodent after affinity maturation via somatic mutation. For example, the UniRat® discovery platform clones the $V_H$ heavy chain locus after affinity maturation via somatic mutation: "Heavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast."[56] This cloning process happens after affinity maturation via somatic mutation: "[T]he

---

[53] *Id.*
[54] WO '180 at p. 5, lns. 24-25.
[55] *Id.* at p. 11, lns. 20-24.
[56] *Id.* at p. 14, lns. 7-10.

invention concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments, which when recombined with each other in the genome of a non-human animal, and following affinity maturation, encode a heavy chain variable (VH) region."[57]

(g) After the cloning step, the UniRat® discovery platform produces a soluble, antigen-specific heavy chain only antibody. For example, "[h]eavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast."[58] Antibodies can be harvested from the discovery platform after several days of expression.[59]

101. Further and in the alternative, Teneobio and Amgen have been actively inducing infringement of at least claim 1 of the '970 Patent in violation of 35 U.S.C. § 271(b). Users of the Accused Methods and Products directly infringed at least claim 1 of the '970 Patent when they use the Accused Methods and Products in the ordinary, customary, and intended way as set forth in Teneobio's publications, which include but are not limited to those cited above. Teneobio and Amgen's inducements include, without limitation and with specific intent to encourage the infringement, knowingly inducing consumers to use the Accused Methods and Products within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Methods and Products to consumers within the United States and instructing and encouraging such customers (for example, by offering the UniRat® discovery

---

[57] *Id.* at p. 5, lns. 16-19.
[58] WO '180 at p. 14, lns. 7-10.
[59] *Clarke, et al.*, at 10.

platform) how to use the Accused Methods and Products in the ordinary, customary, and intended way, which Defendants know or should know infringes at least claim 1 of the ’970 Patent.

102. Teneobio and Amgen’s inducements may further include, without limitation and with specific intent to encourage the infringement, knowingly inducing customers to use the Accused Methods and Products within the United States, or knowingly inducing customers to use the Accused Methods and Products within the United States, by, directly or through intermediaries, instructing and encouraging such customers to make, use, sell, or offer to sell the Accused Methods and Products in the United States, which Defendants know or should know infringes at least claim 1 of the ’970 Patent. At a minimum, Amgen has induced and continues to induce infringement by, without limitation, encouraging Teneobio to perform the Accused Methods or other acts of infringement as such activities are conducted with the knowledge, direction, and specific intent that Teneobio shall perform them.

103. Further and in the alternative, Teneobio and Amgen have been actively contributing to infringement of at least claim 1 of the ’970 Patent in violation of 35 U.S.C. § 271(c). Defendants have offered for sale the UniRat®, which is especially made or especially adapted to practice the invention claimed in at least claim 1 of the ’970 Patent. The UniRat® constitutes a material part of the claimed invention recited in at least claim 1 of the ’970 Patent and is not a staple article or commodity of commerce because it is specifically configured according to at least claim 1 of the ’970 Patent. Defendants’ contributions include, without limitation, making, offering to sell, and/or selling within the United States, and/or importing into the United States, the Accused Methods and Products, which include one or more components for use in practicing the patented process, knowing the component to be especially made or especially adapted for use in an

infringement of at least claim 1 of the ’970 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

104. By reason of the foregoing allegations, Teneobio knew or should have known of the ’970 Patent and its infringement since its issuance but was willfully blind to the existence of the ’970 Patent. Teneobio has had actual knowledge of Plaintiffs on-going prosecution of the application that led to the ’970 Patent since at least October 6, 2017. *See supra*, Factual Background, § D. Upon acquisition of Teneobio in October 2021, Amgen became aware or at a minimum should have become aware of the ’970 Patent and its infringement. By the time this matter is adjudicated, Defendants will have known or should have known about the ’970 Patent for several years and nevertheless intended that its actions during that time would infringe and actively induce and contribute to the infringement of one or more claims of the ’970 Patent. Defendants’ infringement of the ’970 Patent has been willful and deliberate.

105. Defendants’ infringement has caused past and will cause ongoing injury to Plaintiffs. Plaintiffs are entitled to recover damages adequate to compensate for Defendants’ infringement. Because Defendants’ infringement has been and continues to be willful and deliberate, the Court should award enhanced damages under 35 U.S.C. § 284 and find this case exceptional and award attorney’s fees under 35 U.S.C. § 285.

106. Plaintiffs have suffered and will continue to suffer irreparable injury as a direct and proximate result of Defendants’ infringement for which there is no adequate remedy at law. Unless Defendants are enjoined, Plaintiffs will continue to suffer such irreparable injury.

107. Defendants’ infringement has been without authority and/or license from Plaintiffs.

**COUNT IV**
**INFRINGEMENT OF THE U.S. PATENT NO. 10,993,420**

108. The allegations of each foregoing paragraph are incorporated by reference as if fully set forth herein and from the basis for the following cause of action against Defendants.

109. The Accused Methods and Products are covered by at least claim 1 of the ’420 Patent.

110. Claim 1 of the ’420 Patent recites:

> A method for the production of a VH heavy chain-only antibody in a transgenic non-human mammal comprising the steps of
> (a) expressing a transgene comprising a heterologous VH heavy chain locus in said mammal, wherein said locus comprises human VH gene segments and is incorporated into the genome of said mammal, wherein the VH heavy chain locus does not comprise all subclasses of human VH gene segments, and further wherein said heavy chain locus comprises three or more human VH3 gene segments, or three or more human VH3 and one or more human VH4 gene segments, one or more D gene segments, one or more J gene segments and a constant heavy chain region which does not encode a CH1 domain, and
> (b) isolating VH heavy chain-only antibody,
> wherein said VH3 gene segments comprise at least one of VH3-66 or VH3-9, said mammal is a rat or mouse, and the endogenous heavy chain locus and one or both of the endogenous light chain loci of said rat or mouse has been silenced.

111. Teneobio has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the ’420 Patent in violation of 35 U.S.C. § 271(a) by, directly or through intermediaries and without HBAB’s authority, making, using, selling, and/or offering to sell the Accused Methods and Products in the United States.

112. Amgen has infringed and continues to infringe, directly and/or under the doctrine of equivalents, at least claim 1 of the ’420 Patent in violation of 35 U.S.C. § 271(a) by, using the Accused Methods and Products either themselves, as Teneobio’s alter ego, through Teneobio as their agent, and/or by directing and/or controlling the performance of the claimed steps by Teneobio and/or third-party laboratories. On information and belief, Amgen has the ability to direct and control the activities of Teneobio in several ways, including through Amgen’s full

ownership of Teneobio, through instituting programs and measures (such as policies or protocols) at Teneobio, and through controlling strategic and legal decision making at Teneobio. Teneobio acts on behalf of Amgen, including when Teneobio performs the Accused Methods and Products on Amgen's behalf.

113. By way of illustration and not as a limitation to the full scope of their infringing activities, Defendants infringe claim 1 of the '420 Patent by having designed and used the UniRat® discovery platform to produce antigen-specific heavy chain only antibodies as follows:

(a) The UniRat® discovery platform produces a VH heavy chain-only antibody in a transgenic non-human mammal. For example, the UniRat® discovery platform is a method "[f]or the generation of antigen-specific heavy chain-only antibodies in rats" by immunizing "genetically engineered rats expressing heavy chain only antibodies."[60]

(b) The platform expresses a transgene including a heterologous VH heavy chain locus in the transgenic rat. For example, the UniRats "produce chimeric HCAbs with fully human VH domains in response to an antigen challenge."[61] These UniRat strains are "generated, (termed HC27 and HC31), expressing different parts of a complete functional human V gene repertoire together with the full suite of human D and JH genes (Figures 1A, B)."[62] The "recombinant heavy chain-only Ig locus encodes a human or humanized heavy chain-only antibody comprising a VH region . . . In another aspect, the invention concerns a transgenic non-human animal comprising a recombinant heavy chain-only Ig locus."[63]

---

[60] WO '180 at p. 23, lns. 2-3; *see also Clarke, et al.*, at p. 2 ("We have created an antibody discovery platform… in transgenic rats, called UniRats, that produce heavy chain only antibodies with fully human variable domains, termed UniAbs™.").
[61] *Clarke, et al.*, at Abstract.
[62] *Id*. at 2.
[63] WO '180 at p. 6, lns. 7-10.

(c) The VH heavy chain locus is made up of human VH gene segments and is incorporated into the genome of the rat. For example, UniRats "express UniAbs due to genomic insertion of large transgenic loci accommodating the full repertoire of functional human VH, D, and JH genes . . ."[64] Furthermore, the heavy chain-only Ig locus of the UniRat discovery platform consists of "one or more human V gene segments, one or more human D segments, and one or more human J segments, which when recombined with each other in the genome of a non-human animal, and following affinity maturation, encode a heavy chain variable (VH) region."[65]

(d) The VH heavy chain locus of the UniRat discovery platform does not comprise all subclasses of human VH gene segments. For example, the UniRat strains are "generated, (termed HC27 and HC31), expressing different parts of a complete functional human V gene repertoire together with the full suite of human D and JH genes (Figures 1A,B)."[66]

(e) The heavy chain locus of the UniRat discovery platform includes three or more human VH3 gene segments, or three or more human VH3 and one or more human VH4 gene segments, one or more D gene segments, one or more J gene segments and a constant heavy chain region which does not encode a CH1 domain. For example, Figure 1 (reproduced below), shows "two UniRat strains expressing different sets of human V genes, HC27 (A) and HC31 (B)," each having three or more human VH3 gene segments, one or more human VH4 gene segments, one or more D gene segments, one or more J gene segments, and deleted CH1 segments. Moreover, "[c]onstruction of UniRat Strains . . . [l] arge IgH loci on BACs carrying human VH, D and JH segments in germline configuration linked to rat Cγ genes were compiled as detailed previously .

---

[64] *Clarke, et al*., at 2.
[65] WO '180 at Claim 32.
[66] *Clarke, et al*., at 2 (Figs 1A and 1B show the respective parts of the human V genome in each strain).

. . except that a new assembly of rat CH genes lacking CH1 domains was used.”[67] To enable heavy chain antibody expression, Defendants reassemble a rat constant region BAC “by replacement of Cμ and adjacent 3’ regions with Cγ2α as the first gene followed by Cγ1 and Cγ2b; all with CH1 exons removed.”[68]




(f) Defendants isolate the VH heavy chain-only antibody. For example, antibodies from the UniRat discovery platform can be harvested from the discovery platform after several days of expression[69]

(g) Defendants’ VH3 gene segments include at least one of VH3-66 or VH3-9. For example, as depicted above in Figures 1A and 1B of *Clarke, et al.*, UniRat strain HC27 expresses VH3-9, and UniRat strain HC31 expresses VH3-66.

---

[67] *Clarke, et al.*, at p. 2.
[68] *Id*. at 9, Fig. 1A.
[69] *Id*. at 10.

(h) The UniRat "BAC6 contains the human genomic region from VH4-39 to VH3-23, while BAC3 contains a downstream region from VH3-1 1 to VH6-1 (the most D proximal VH gene)... Both fragments were purified and co-injected with the ~ 201 kb Notl fragment from Georg II into rat embryos to construct HC32."[70]

(i) Furthermore, the UniRat "BAC9 contains the human genomic region from VH3-74 to VH3-53. BAC(14+5) contains a downstream region from VH3-53 to VH3-13 and a 6.1 kb region immediately upstream of VH6-1 was added to its 3' to provide an overlap to Georg II . . . Both fragments were purified and co-injected with the ~ 201 kb Notl fragment from Georg II into rat embryos to construct HC33."[71]

(j) The mammal used by Defendants is a rat. For example, the Defendants' discovery platform uses "transgenic rats, called UniRats."[72]

(k) The endogenous heavy chain locus and one or both of the endogenous light chain loci of said rat has been silenced. For example, the "UniRats express UniAbs . . . while endogenous rat Ig expression has been silenced by targeted disruption of the IgH, Igκ and Igλ loci with inserted zinc-finger-nuclease constructs."[73] The heavy chain-only expression in the UniRats is "enforced by silencing of the endogenous heavy and light chain (kappa and lambda) loci."[74]

114. Further and in the alternative, Teneobio and Amgen have been actively inducing infringement of at least claim 1 of the '420 Patent in violation of 35 U.S.C. § 271(b). Users of the Accused Methods and Products directly infringed at least claim 1 of the '420 Patent when they use the Accused Methods and Products in the ordinary, customary, and intended way. Teneobio and

---

[70] WO '180 p. 20, lns. 29-35.
[71] *Id.* at p. 20, ln. 36 – p. 21, ln. 3.
[72] *Clarke, et al.*, at Abstract.
[73] *Id.* at p. 2.
[74] WO '180 at p. 16, lns. 24-26.

Amgen's inducements include, without limitation and with specific intent to encourage the infringement, knowingly inducing consumers to use the Accused Methods and Products within the United States in the ordinary, customary, and intended way by, directly or through intermediaries, supplying the Accused Methods and Products to consumers within the United States and instructing and encouraging such customers (for example, by offering the UniRat® discovery platform) how to use the Accused Methods and Products in the ordinary, customary, and intended way, which Defendants know or should know infringes at least claim 1 of the '420 Patent.

115. Teneobio and Amgen's inducements may further include, without limitation and with specific intent to encourage the infringement, knowingly inducing customers to use the Accused Methods and Products within the United States, or knowingly inducing customers to use the Accused Methods and Products within the United States, by, directly or through intermediaries, instructing and encouraging such customers to make, use, sell, or offer to sell the Accused Methods and Products in the United States, which Defendant knows or should know infringes at least claim 1 of the '420 Patent. At a minimum, Amgen has induced and continues to induce infringement by, without limitation, encouraging Teneobio to perform the Accused Methods or other acts of infringement as such activities are conducted with the knowledge, direction, and specific intent that Teneobio shall perform them.

116. Further and in the alternative, Teneobio and Amgen have been actively contributing to infringement of at least claim 1 of the '420 Patent in violation of 35 U.S.C. § 271(c). Defendants have offered for sale the UniRat®, which is especially made or especially adapted to practice the invention claimed in at least claim 1 of the '420 Patent. The UniRat® constitutes a material part of the claimed invention recited in at least claim 1 of the '420 Patent and is not a staple article or commodity of commerce because it is specifically configured according to at least claim 1 of the

’420 Patent. Defendants’ contributions include, without limitation, making, offering to sell, and/or selling within the United States, and/or importing into the United States, the Accused Methods and Products, which include one or more components for use in practicing the patented process, knowing the component to be especially made or especially adapted for use in an infringement of at least claim 1 of the ’420 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

117. By reason of the foregoing allegations, Teneobio knew or should have known of the ’420 Patent and its infringement since its issuance but was willfully blind to the existence of the ’420 Patent. Teneobio has had actual knowledge of Plaintiffs on-going prosecution of the application that led to the ’420 Patent since at least October 6, 2017. *See supra*, Factual Background, § D. Upon acquisition of Teneobio in October 2021, Amgen became aware or at a minimum should have become aware of the ’420 Patent and its infringement. By the time this matter is adjudicated, Defendant will have known or should have known about the ’420 Patent for many years and nevertheless intended that its actions during that time would infringe and actively induce and contribute to the infringement of one or more claims of the ’420 Patent. Defendants’ infringement of the ’420 Patent has been willful and deliberate.

118. Defendants’ infringement has caused past and will cause ongoing injury to Plaintiffs. Plaintiffs are entitled to recover damages adequate to compensate for Defendants’ infringement. Because Defendants’ infringement has been and continues to be willful and deliberate, the Court should award enhanced damages under 35 U.S.C. § 284 and find this case exceptional and award attorney’s fees under 35 U.S.C. § 285.

119. Plaintiffs have suffered and will continue to suffer irreparable injury as a direct and proximate result of Defendants' infringement for which there is no adequate remedy at law. Unless Defendants are enjoined, Plaintiffs will continue to suffer such irreparable injury.

120. Defendants' infringement has been without authority and/or license from Plaintiffs.

## DEMAND FOR JURY TRIAL

121. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs request a jury trial of all issues triable of right by a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court enter an order providing the following relief:

(a) A judgment in favor of Plaintiffs that Defendants have infringed each Asserted Patent, whether literally or under the doctrine of equivalents;

(b) A judgment that such infringement of each Asserted Patent has been willful and deliberate as described herein;

(c) A judgment and order permanently enjoining Defendants, its officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with it, from further acts of infringement of the Asserted Patents pursuant to 35 U.S.C. § 283;

(d) A judgment and order requiring Defendants to pay Plaintiffs their damages, costs, expenses, and pre-judgment and post-judgment interest for Defendants' infringement of each Asserted Patent as provided under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict or post-judgment infringement with an accounting as needed;

(e) A judgment and order requiring Defendants to pay Plaintiffs enhanced damages for willful infringement as provided under 35 U.S.C. § 284;

(f) A judgment and order finding this case exceptional and requiring Defendants to pay Plaintiffs its reasonable attorneys' fees and costs incurred in this litigation pursuant to 35 U.S.C. § 285, together with pre-judgment and post-judgment interest thereon; and

(g) Awarding Plaintiffs all such other and further relief, in law or equity, as the Court deems just and proper under the circumstances.

Dated:

# EXHIBIT 1

US009346877B2

(12) **United States Patent**
**Grosveld et al.**

(10) **Patent No.: US 9,346,877 B2**
(45) **Date of Patent: *May 24, 2016**

(54) **BINDING MOLECULES**

(71) Applicants: **Erasmus University Medical Centre**, Rotterdam (NL); **Roger Kingdon Craig**, Cheshire (GB)

(72) Inventors: **Franklin Gerardus Grosveld**, Rotterdam (NL); **Richard Wilhelm Janssens**, Rotterdam (NL); **Dubravka Drabek**, Rotterdam (NL); **Roger Kingdon Craig**, Cheshire (GB)

(73) Assignee: **Erasmus University Medical Centre**, Rotterdam (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 207 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/837,520**

(22) Filed: **Mar. 15, 2013**

(65) **Prior Publication Data**

US 2013/0344057 A1 Dec. 26, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/645,653, filed on Dec. 23, 2009, now Pat. No. 8,921,522, which is a continuation of application No. 11/658,361, filed as application No. PCT/GB2005/002892 on Jul. 22, 2005, now abandoned.

(30) **Foreign Application Priority Data**

Jul. 22, 2004 (GB) .................................. 0416392.9
Jun. 10, 2005 (GB) .................................. 0511881.5

(51) **Int. Cl.**

| | |
|---|---|
| ***C07K 16/00*** | (2006.01) |
| ***C07K 16/24*** | (2006.01) |
| ***C07K 16/10*** | (2006.01) |
| ***C07K 16/12*** | (2006.01) |

(52) **U.S. Cl.**

CPC ............... ***C07K 16/241*** (2013.01); ***C07K 16/00*** (2013.01); ***C07K 16/1054*** (2013.01); ***C07K 16/1063*** (2013.01); ***C07K 16/1232*** (2013.01); *C07K 2317/22* (2013.01); *C07K 2317/31* (2013.01); *C07K 2317/53* (2013.01); *C07K 2317/569* (2013.01); *C07K 2319/00* (2013.01)

(58) **Field of Classification Search**

CPC ............... C07K 16/00; C07K 2319/00; C07K 2317/31; C07K 2317/53; C07K 2317/569
USPC ...................................................... 424/133.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,487,890 | A | 1/1996 | Taylor et al. | |
| 8,921,522 | B2 * | 12/2014 | Grosveld et al. | 530/387.1 |
| 8,921,524 | B2 * | 12/2014 | Grosveld et al. | 530/387.3 |
| 2003/0058074 | A1 | 3/2003 | Valle et al. | |
| 2009/0271880 | A1 | 10/2009 | Grosveld et al. | |
| 2009/0307787 | A1 | 12/2009 | Grosveld et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0368684 | B2 | 3/1994 |
| EP | 0463151 | B1 | 6/1996 |
| EP | 0436597 | B1 | 4/1997 |
| EP | 0623679 | B1 | 6/2003 |
| RU | 2335507 | C2 | 10/2008 |
| WO | WO94/04678 | | 3/1994 |
| WO | WO02/12437 | A2 | 2/2002 |
| WO | 02066630 | A1 | 8/2002 |
| WO | WO02/085944 | A2 | 10/2002 |
| WO | WO02/085945 | A2 | 10/2002 |
| WO | WO 02/100348 | A2 | 12/2002 |
| WO | WO03/000737 | A2 | 1/2003 |
| WO | WO03/002609 | A2 | 1/2003 |
| WO | WO2004/003019 | A2 | 1/2004 |
| WO | WO2004/049794 | A2 | 6/2004 |
| WO | WO2004/058820 | A2 | 7/2004 |
| WO | WO2010/109165 | A2 | 9/2010 |
| WO | WO2011/072204 | A1 | 6/2011 |

(Continued)

OTHER PUBLICATIONS

Inquiry by Japanese Patent Office dated Jun. 24, 2014, regarding Russian Patent Application No. 2011/166561, filed on Jul. 29, 2011.

Kriangkum, J. et al., "Bispecific and bifunctional single chain recombinant antibodies," Biomolecular Engineering, vol. 18, pp. 31-40 (2001).

Crescendo Biologics, "Crescendo Biologics Announces the Crescendo Mouse," 2013, retrieved from the Internet, URL: http://www.crescendobiologics.com/dev/uploads/Downloads/160113 Crescendo Mouse Press Release.pdf, retrieved on Jul. 30, 2014.

Pharma Focus Asia, "VelocImmune—A novel platform," 2009, retrieved from the Internet, URL: http://www.pharmafocusasia.com/clinical_trials/human_antibody_discovery.htm, retrieved on Jul. 30, 2014.

"Shin-Seikagaku Jikken Kouza 12, Bunshi-Men'ekigaku III -Kougen, Koutai, Hotai-" (New Biochemical Experimental Seminar 12, Molecular Immnology III—antigen, antibody, and complement-) 1992, K.K. Tokyo Kagaku Dojin, pp. 1-11, English Translation Excerpts.

(Continued)

*Primary Examiner* — Lynn Bristol
(74) *Attorney, Agent, or Firm* — Saul Ewing LLP

(57) **ABSTRACT**

The present invention relates to the manufacture of a diverse repertoire of functional heavy chain-only antibodies that undergo affinity maturation, and uses thereof. The invention also relates to the manufacture and use of a diverse repertoire of class-specific heavy chain-only antibodies and to the manufacture and use of multivalent polypeptide complexes with antibody heavy chain functionality, preferably antibody heavy chain binding functionality, constant region effector activity and, optionally, additional effector functions.

The present invention also relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge. In particular, the present invention relates to a method for the generation of human antigen-specific, high affinity, heavy chain-only antibodies of any class, or mixture of classes and the isolation and expression of fully functional VH antigen-binding domains.

**8 Claims, 26 Drawing Sheets**

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO2012/122512 | A1 | 9/2012 |
| WO | WO2012/141798 | A1 | 10/2012 |

OTHER PUBLICATIONS

Japanese Patent Office Inquiry dispatched on Mar. 11, 2014. English translation.
Biburger, M. et al., "A Novel Bispecific Tetravalent Antibody Fusion Protein to Target Costimulatory Activity for T-cell Activation to Tumor Cells Overexpressing ErbB2/HER2," J. Mol. Biol., vol. 346, pp. 1299-1311, 2005.
Boder, E.T. et al., "Yeast surface display for screening combinatorial polypeptide libraries," Nat. Biotechnol., vol. 15, No. 6, pp. 553-557, 1997.
Bond, C.J. et al., "Contributions of CDR3 to $V_h$H Domain Stability and the Design of Monobody Scaffolds for Naive Antibody Libraries," J. Mol. Biol, vol. 332, pp. 643-655, 2003.
Brandt, C.R. et al., "Loss of a Consensus Splice Signal in a Mutant Immunoglobulin Gene Eliminates the $CH_1$ Domain Exon from the mRNA, Molecular and Cellular Biology," vol. 4, No. 7, pp. 1270-1277, 1984.
Brophy, B. et al., "Cloned transgenic cattle produce milk with higher levels of β-casein and $_k$-casein," Nature Biotechnology, vol. 21, pp. 157-162, 2003.
Brüggemann, M. et al., "A repertoire of monoclonal antibodies with human heavy chains from transgenic mice," Proc. Natl. Acad. Sci. USA, vol. 86, pp. 6709-6713, 1989.
Brüggemann, M. et al., "Strategies for expressing human antibody repertoires in transgenic mice," Immunology Today, vol. 17, No. 8, pp. 391-397, 1996.
Carter, B. et al., "Bispecific human IgG by design," Journal of Immunological Methods, vol. 248, Nos. 1-2, pp. 7-15, 2001.
Damak, S. et al., "Improved Wool Production in Transgenic Sheep Expressing Insulin-like Growth Factor 1," Bio/technology, vol. 14, pp. 185-188, 1996.
Davies, J. et al., "'Camelising' human antibody fragments: NMR studies on VH domains," FEBS Letters, vol. 339, pp. 285-290, 1994.
Davies, J. et al., "Single antibody domains as small recognition units: design and in vitro antigen selection of camelized human VH domains with improved protein stability," Protein Engineering, vol. 9, No. 6, pp. 531-537, 1996.
De Genst, E. et al., "Strong in Vivo Maturation Compensates for Structurally Restricted H3 Loops in Antibody Repertoires," J. Biol. Chem., vol. 280, No. 14, pp. 14114-14121, 2005.
Dekker, S. et al., "Intracellularly Expressed Single-Domain Antibody against p15 Matrix Protein Prevents the Production of Porcine Retroviruses," J. Virol., vol. 77, No. 22, pp. 12132-12139, 2003.
Desmyter, A. et al., "Crystal structure of a camel single-domain $V_H$ antibody fragment in complex with lysozyme," Nature Structural Biology, vol. 3, No. 9, pp. 803-811, 1996.
Echelard, Y., "Year of the Ox," Nature Biotechnology, vol. 27, No. 2, pp. 146-147, 2009.
Ferguson, P.J. et al., "Antigen-Based Heteropolymers," Arthritis and Rheumatism, vol. 38, pp. 190-200, 1995.
Glennie, M.J. et al., "Renaissance of cancer therapeutic antibodies," Drug Discovery Today, vol. 8, pp. 503-510, 2003.
Hamers-Casterman, C. et al., "Naturally occurring antibodies devoid of light chains," Nature, vol. 363, pp. 446-448, 1993.
Hammer, R.E. et al., "Spontaneous Inflammatory Disease in Transgenic Rats Expressing HLA-B27 and Human $β_2$m: An Animal Model of HLA-B27-Associated Human Disorders," Cell, vol. 63, pp. 1099-1112, 1990.
Harmsen, M.M. et al., "Llama heavy-chain V regions consist of at least four distinct subfamilies revealing novel sequence features," Molecular Immunology, vol. 37, pp. 579-590, 2000.
Hendershot, L. et al., "Assembly and secretion of heavy chains that do not associate post-translationally with immunoglobulin heavy chain-binding protein," J. Cell Biol., vol. 104, pp. 761-767, 1987.
Holliger, P. et al., "'Diabodies': Small bivalent and bispecific antibody fragments," Proc. Natl. Acad. Sci. USA, vol. 90, pp. 6444-6448, Jul. 1993.
Holt, L.J. et al., "Domain Antibodies: Proteins for Therapy," Trends in Biotechnology, vol. 21, No. 11, pp. 484-490, 2003.
Hudson, P.J. "Recombinant antibody constructs in cancer therapy," Curr. Opin. Immunol., vol. 11, pp. 548-557, 1999.
Imam, A.M.A. et al., "Modification of human β-globin locus PAC clones by homologous recombination in *Escherichia coli*," Nucleic Acids Research, vol. 18, No. 12, pp. e65 i-vi, 2000.
Janssens, R. et al., "Generation of heavy-chain-only antibodies in mice," PNAS, vol. 103, No. 41, pp. 15130-15135, 2006.
Jaton, J. et al., "Recovery of Antibody Activity upon Reoxidation of Completely Reduced Polyalanyl Heavy Chain and Its Fd Fragment Derived from Anti-2,4-dinitrophenyl Antibody," Biochemistry, vol. 7, No. 12, pp. 4185-4195, Dec. 1968.
Kellermann, S. et al., "Antibody discovery: the use of transgenic mice to generate human monoclonal antibodies for therapeutics," Current Opinion in Biotechnology, vol. 13, pp. 593-597, 2002.
Kitamura, D. et al., "A B cell-deficient mouse by targeted disruption of the membrane exon of the immunoglobulin .mu. chain gene," Nature vol. 350, pp. 423-426, 1991.
Kokubu, F., et al., "Diverse organization of immunoglobulin VH gene loci in a primitive vertebrate," EMBO. J., vol. 7, pp. 3413-3422, 1988.
Kuroiwa, Y., et al., "Cloned transchromosomic calves producing human immunoglobulin," Nature Biotechnology, vol. 20, No. 9, pp. 889-894, 2002.
Lefranc, M., et al., "IMGT, the international ImMunoGeneTics database," Nucleic Acids Research, vol. 27, No. 1, pp. 209-212, 1999.
Leher, H., et al., "Monoclonal IgA antibodies protect against Acanthamoeba keratitis," Exp. Eye. Res., vol. 69, No. 1, pp. 75-84, 1999.
Lonberg, N., "Human antibodies from transgenic animals," Nature Biotechnology, vol. 23, No. 9, pp. 1117-1125, 2005.
Lu, D., et al., "Di-Diabody: A Novel Tetravalent Bispecific Antibody Molecule by Design," J. Immunol. Methods, vol. 279, Nos. 1-2, pp. 219-232, 2003.
Lyden, D., et al., "Impaired recruitment of bone-marrow-derived endothelial and hematopoietic precursor cells blocks tumor angiogenesis and growth," Nat. Med., vol. 7, No. 11, pp. 1194-1201, 2001.
Marian, A.J., et al., "A transgenic rabbit model for human hypertrophic cardiomyopathy," The Journal of Clinical Investigation, vol. 104, No. 12, pp. 1683-1692, 1999.
Mills, F.C., et al., "Enhancer Complexes Located Downstream of Both Human Immunoglobulin Ca Genes," The Journal of Experimental Medicine, vol. 186, No. 6, pp. 845-858, 1997.
Muller, K.M., et al., "The first constant domain (C(H)1 and C(L)) of an antibody used as heterodimerization domain for bispecific miniantibodies," FEBS Letters, vol. 422, Issue 2, pp. 259-264, 1998.
Mullins, J.J., et al., "Fulminant hypertension in transgenic rats harbouring the mouse Ren-2 gene," Letters to Nature, vol. 344, pp. 541-544, 1990.
Muyldermans, S., et al., "Sequence and structure of $V_H$ domain from naturally occurring camel heavy chain immunoglobulins lacking light chains," Protein Engineering , vol. 7, No. 9, pp. 1129-1135, 1994.
Muyldermans, S., "Single domain camel antibodies: current status," Molecular Biotechnology, vol. 74, pp. 277-302, 2001.
Nicholson, I.C., et al., "Antibody Repertoires of Four- and Five-Feature Translocus Mice Carrying Human Immunoglobulin Heavy Chain and {kappa} and {lambda} Light Chain Yeast Artificial Chromosomes," The Journal of Immunology 163 (12), pp. 6898-6906 (Dec. 15, 1999), The William and Wilkins Co, Baltimore, MD.
O'Donnell, J.K., et al., "Production of human hemoglobin in transgenic swine: an approach to a blood substitute," vol. 17, No. 2, pp. 307-312, 1993.
O'Neill, T.P., "HLA-B27 transgenic rats: animal model of human HLA-B27-associated disorders," Toxicologic Pathology, vol. 25, No. 4, pp. 407-408, 1997.
Riechmann L., et al., "Single domain antibodies: comparison of camel VH and camelised human VH domains," Journal of Immunological Methods, vol. 231, pp. 25-38, 1999.

(56) **References Cited**

OTHER PUBLICATIONS

Segal, D.M., et al., "Introduction: Bispecific Antibodies," J. Immunol. Methods, vol. 248, pp. 1-6, 2001.
Sitia, R., et al., "Developmental regulation of IgM secretion: The role of the carboxy-terminal cysteine," Cell, vol. 60, No. 5, pp. 781-790, 1990.
Stanfield, R.L., et al., "Crystal Structure of a Shark Single-Domain Antibody V Region in Complex with Lysozyme," vol. 305, No. 5691, pp. 1770-1773, 2004.
Sung, C., et al., "Yeast surface display for screening combinatorial polypeptide libraries," J. Interferon Cytokine Res., vol. 23, No. 1, pp. 25-36, 2003.
Suresh, M.R., et al., "Advantages of bispecific hybridomas in one-step immunocytochemistry and immunoassays," PNAS, vol. 83, No. 20, pp. 7989-7993, 1986.
Tacken, P.J., et al., "Effective Targeting of Pathogens to Neutrophils via Chimeric Surfactant Protein D/Anti-CD89 Protein," The Journal of Immunology, vol. 172, No. 8, pp. 4934-4940, Apr. 15, 2004.
Tanha, J., et al., "Optimal Design Features of Camelized Human Single-domain Antibody Libraries," The Journal of Biological Chemistry, vol. 276, No. 27, pp. 24774-24780, Jul. 6, 2001.
Tanha, J., et al., "Selection by phage display of llama conventional $V_H$ fragments with heavy chain antibody $V_H$H properties," Journal of Immunological Methods, vol. 263, pp. 97-109, 2002.
To, R., et al., "Isolation of Monomeric Human $V_H$S by a Phage Selection," The Journal of Biological Chemistry, vol. 280, No. 50, pp. 41395-41403, 2005.
Van Dijk, M.A., "Human antibodies as next generation therapeutics," Curr. Opin. Chem. Biol., vol. 5, No. 4, pp. 368-374, 2001.
Van Spriel, A.B., et al., "Effective Phagocytosis and Killing of Candida albicans via Targeting FcyRI (CD64) or FcaRI (CD89) on Neutrophils," Journal of Infectious Diseases, vol. 179, No. 3, pp. 661-669, 1999.
Van Spriel A.B., et al., "Immunotherapeutic perspective for bispecific antibodies," Immunology Today, vol. 21, No. 8, pp. 391-397, 2000.
Vranken, W., et al., "Solution structure of a llama single-domain antibody with hydrophobic residues typical of the VH/VL interface," Biochemistry, vol. 41, pp. 8570-8579, 2002.
Wang, B., et al., "Transgenic goats produced by DNA pronuclear microinjection of in vitro derived zygotes," Molecular Reproduction and Development, vol. 63, pp. 437-443, 2002.
Ward, E.S., et al., "Binding Activities of a Repertoire of Single Immunoglobulin Variable Domains Secreted from *Escherichia coli*," Nature, vol. 341, pp. 544-546, 1989.
Worn, A. and Pluckthun, A., "Different equilibrium stability behavior of ScFv fragments: identification, classification, and improvement by protein engineering," Biochemistry, vol. 38, No. 27, pp. 8739-8750, 1999.
Wright, G., et al., "High level expression of active human alpha-1-antitrypsin in the milk of transgenic sheep," Bio/technology, vol. 9, pp. 830-834, 1991.
Xu, J.L., et al., "Diversity in the CDR3 Region of VH is Sufficient for Most Antibody Specificities," Immunity, vol. 13, pp. 37-45, 2000.
Yau, K.Y.F., et al., "Affinity maturation of a V(H)H by mutational hotspot randomization," J. Imunol. Methods, vol. 297, Nos. 1-2, pp. 213-224, 2005.
International Search Report based on International Application No. PCT/GB2005/002892 dated Apr. 7, 2006.
EP Communication dated Feb. 27, 2014 regarding European Patent Application No. 10179784.3.
Co-pending U.S. Appl. No. 12/645,653, filed Dec. 23, 2009.
Co-pending U.S. Appl. No. 12/645,684, filed Dec. 23, 2009.
Co-pending U.S. Appl. No. 13/013,156, filed Jan. 25, 2011.
Co-pending U.S. Appl. No. 13/837,402, filed Mar. 15, 2013.
Decision of Grant by Russian Patent Office dated May 21, 2014, regarding Russian Patent Application No. 2011/142759, filed on Mar. 19, 2010.
Brorson, K. et al., "Mutational Analysis of Avidity and Fine Specificity of Anti-Levan Antibodies," J. Immunol., vol. 163, pp. 6694-6701 (1999).
Brummell, D.A. et al., "Probing the Combining site of an anti-carbohydrate antibody by saturation-mutagenesis: role of the heavy-chain CDR3 residues."
Burks, E. et al., "In vitro scanning saturation mutagenesis of an antibody binding pocket," PNAS, vol. 94, pp. 412-417 (1997).
Colman, P.M. et al., "Effects of amino acid sequence changes on antibody-antigen interactions," Research in Immunol., vol. 145, pp. 33-36 (1994).
Jang, Y.J. et al., "The structural basis for DNA binding by an anti-DNA autoantibody," Molec. Immunol., vol. 35, pp. 1207-1217 (1997).
Kobayashi, H. et al., "Tryptophan H33 plays an important role in pyrimidine (6-4) pyrimidine photoproduct binding by a high-affinity antibody," Protein Engineering, vol. 12, pp. 879-844 (1999).
Kumar, S. et al., "Molecular Cloning and Expression of the Fabs of Human Autoantibodies in *Escherichia coli*," J. Biol. Chem., vol. 275, pp. 35139-35136 (2000).
Smith-Gill, S. et al., "Contributions of Immunoglobulin Heavy and Light Chains to Antibody Specificity for Lysozyme and Two Haptens," J. Immunol., vol. 139, pp. 4135-4144 (1987).
Song, M.K. et al., "Light Chain of Natural Antibody Plays a Dominant Role in Protein Antigen Binding," Biochem. Biophys. Res. Comm., vol. 268, pp. 390-394 (2000).
Barthelemy, Pierre A. et al., Comprehensive Analysis of the Factors Contributing to the Stability and Solubility of Autonomous Human VH Domains, The Journal of Biological Chemistry, Feb. 8, 2008, pp. 3639-3654, vol. 283, No. 6, Printed in the U.S.A.
Bond, Christopher J. et al., A Structure-Based Database of Antibody Variable Domain Diversity, Journal of Molecular Biology, 2005, pp. 699-709, vol. 348, Elsevier, Ltd.
Brüggemann, Marianne, Human Antibody Expression in Transgenic Mice, Archivum Immunologiac et Therapiac Expermentalis, 2001, pp. 203-208, PL ISSN 0004-069X.
Cai, Xiaohong et al., A melanoma-specific VH antibdy cloned from a fusion phage library of a vaccinated melanoma patient, Proceedings of the National Academy of Science, Jun. 1996, pp. 6280-6285, vol. 93, Medical Sciences.
Cai, Xiaohong et al., Comparison of fusion phage libraries displaying VH or single-chain Fv antibody fragments derived from the antibody repertoire of a vaccinated melanoma patient as a source of melanoma-specific targeting molecules, Proceedings of the National Academy of Science, Aug. 1997, Immunology, pp. 9261-9266, vol. 94, The National Academy of Sciences 0027-8424/97/949261-6.
Clark, Mike, Statement, May 18, 2015, pp. 1-9, Document ID No. 5556275-1-BFLECK.
Clark, Dr. Michael Ronald FSB, Curriculum Vitae, Nov. 18, 2014, pp. 1-21.
Corcoran, Anne, Statement, May 15, 2015, pp. 1-10.
Corcoran, Anne, Curriculum Vitae, pp. 1-3, Aug. 26, 2015.
Corcos, Daniel, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologics Limited, May 20, 2015, pp. 1-13.
Corcos, Daniel, Curriculum Vitae, pp. 1-5, Aug. 26, 2015.
Davies Julian et al., Antibody VH Domains as Small Recognition Units, Bio/Technology, May 13, 1995, vol. 13, pp. 475-479, Nature Publishing Group.
Davies, Julian et al., 'Camelising' human antibody fragments: NMR studies on VH domains, FEBS Letters, 1994, pp. 285-290, vol. 339, FEBS 13683, Elsevier, Federation of European Biochemical Societies.
Decanniere, Klaas et al., A single-domain antibody fragment in complex with Rnase A: non-canonical loop structures and nanomolar affinity using two CDR loops, Structure, Apr. 1999, pp. 361-370, vol. 7, No. 4, Elsevier Science Ltd. ISSN 0969-2126.
Desmyter, Aline et al., Crystal structure of a camel single-domain VH antibody fragment in complex with lysozyme, Nature Publishing Group, Sep. 1996, pp. 803-811, vol. 3, No. 9.
Ehlich, Andreas et al., Immunoglobulin Heavy and Light Chain Genes Rearrange Independently at Early Stages of B Cell Development, Cell, Mar. 12, 1993, pp. 695-704, vol. 72, Cell Press.
Galler, Gunther R. et al., Surface μ Heavy Chain Signals Down-Regulation of the V (D)J-Recombinase Machinery in the Absence of

(56) **References Cited**

OTHER PUBLICATIONS

Surrogate Light Chain Components, The Journal of Experimental Medicine, Jun. 7, 2004, pp. 1523-1532, vol. 199, No. 11, The Rockefeller Univerity Press.
Ghahroudi, M. Arbabi et al., Selection and identification of single domain antibody fragments from camel heavy-chain antibodies, FEBS Letters, FEBS 19210, 1997, pp. 521-526, vol. 414, Federation of European Biochemical Societies.
Green, Larry L., Antibody engineering via genetic engineering of the mouse: XenoMouse strains are a vehicle for the facile generation of therapeutic human monoclonal antibodies, Journal of Immunological Methods, 1999, pp. 11-23, vol. 231, Elsevier Science B.V.
Green, L. L. et al., Antigen-specific human monoclonal antibodies from mice engineered with human Ig heavy and light chain YACs, Nature Genetics, May 1994, pp. 13-21, vol. 7, Nature Publishing Group.
Harmsen, Michiel M. et al., Llama heavy-chain V regions consist of at least four distinct subfamilies revealing novel sequence features, Molecular Immunology, 2000, pp. 579-590, vol. 37, Pergamon, Elsevier.
Hasan, Milena et al., Incomplete block of B cell development and immunoglobulin production in mice carrying the μMT mutation on the BALB/c background, European Journal of Immunology, 2002, pp. 2463-3471, vol. 32, Wiley-Vch Verlag GmbH & Co., Weinheim.
Hendershot, Linda et al., Assembly and Secretion of Heavy Chains that Do Not Associate Posttranslationally with Immunoglobulin Heavy Chain-binding Protein, The Journal of Cell Biology, Mar. 1987, pp. 761-767, vol. 104, The Rockefeller University Press.
Ja'Kemp, Third Party Observation Filed with The European Patent Office, Jul. 1, 2015, pp. 1-7.
Kitamura, Daisuke et al., A B cell-deficient mouse by targeted disruption of the membrane exon of the immunoglobulin μ chain gene, Nature, Apr. 4, 1991, pp. 423-426, vol. 350, Nature Publishing Group.
Kitamura, Daisuke et al., Targeted disruption of μ chain membrane exon causes loss of heavy-chain allelic exclusion, Nature, Mar. 12, 1992, pp. 154-156, vol. 356, Nature Publishing Group.
Lonberg, Nils et al., Antigen-specific human antibodies from mice comprising four distinct genetic modifications, Nature, Apr. 28, 1994, pp. 856-859, vol. 368. Nature Publishing Group.
Macpherson, Andrew J. et al., BLySsful interactions between DCs and B cells, Nature Immunology, Sep. 2002, pp. 798-800, vol. 3, No. 9, Nature Publishing Group.
Muyldermans, Serge et al., Unique single-domain antigen binding fragments derived from naturally occurring camel heavy-chain antibodies, Journal of Molecular Recognition, 1999, pp. 131-140, vol. 12, John Wiley & Sons, Ltd.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Regeneron Pharmaceuticals, Inc., pp. 1-28.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Crescendo Biologics Limited, pp. 1-56.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Ablynx NV, pp. 1-24.
Orinska, Zane et al., Novel B cell population producing functional IgG in the absence of membrane IgM expression, European Journal of Immunology, 2002, pp. 3472-3480, vol. 32, Wiley-VCH Verlag GmbH & Co., KGaA, Weinheim.
Riechmann, Lutz, Declaration, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologics Limited, May 5, 2015, pp. 1-36.
Riechmann, Lutz,Curriculum Vitae, pp. 1-4.
Tanaka, Tomoyuki et al., Single Domain Intracellular Antibodies: A Minimal Fragment for Direct In Vivo Selection of Antigen-specific Intrabodies, Journal of Molecular Biology, 2003, pp. 1109-1120, vol. 331, Elsevier Ltd.
Tanha, Jamshid et al., Selection by phage display of llama conventional VH fragments with heavy chain antibody VHH properties, Recombinant Technology, Journal of Immunological Methods, 2002, pp. 97-109, vol. 263, Published by Elsevier Science B.V.
Vu, Khoa Bang et al., Comparison of Llama VH Sequences From Conventional and Heavy Chain Antibodies, Molecular Immunology, 1997, pp. 1121-1131, vol. 34, No. 16-17, Elsevier Sciences, Ltd., Pergamon PII: S0161-5890 (97)00146-6, Great Britain.
Wu, Tai Te et al., Length Distribution of CDRH3 in Antibodies, Proteins: Structure, Function, and Genetics, 1993, pp. 1-7, vol. 16.Wiley-Liss, Inc.

* cited by examiner

*FIG. 1*


A
$VH_1$
$VH_1$
CH2
CH2
CH3
CH3
Ch4
Ch4
EM
EM
OR
B
EM
EM
CH2
CH2
CH3
CH3
Ch4
Ch4
$VH_2$
$VH_2$
Plus variations of A and B

Case 1:21-cv-01807-MN Document 201-1 Filed 01/21/25 Page 55 of 554 PageID #: 6160



FIG. 2



*FIG. 3*


VH1
VH1
CH2
CH2
Dimerization domain
CH3
CH3
Plus variations
Ch4
Ch4
EM
EM
CBD
CBD
Effector moiety
Effector chain
Effector moiety

*FIG. 4*

**Bivalent secretory IgA**



*FIG. 5*

**Multivalent IgM like**



*FIG. 6*

Generation of heavy chain only IgG



FIG. 7

Generation of heavy chain only IgM



*FIG. 8*


Generation of heavy chain only IgA
HS3 HS12 HS4
Not I
IgA locus,
optionally with
other constant regions
Not I
Frt
VH(1-n) D(1-n) J (1-n)
3'LCR
C
CH1
hinge CH2CH3 M1 M2
generate transgenic mice in mice with a defective heavy chain locus (e.g. MT)
immunize with antigens
generate hybridomas
optional
clone antibodies in expression plasmids
generate phage display libraries
isolate individual clones

FIG. 9


VHH
D
J
VDJg*1 GACACGGCCGTGTAGTATCTGTAAGGCAGATGG....................GGTAGTACTATGGTTCG....GGGA.
VDJg*2 GAC............................................ATTCCCACTTCGATC....T....
VDJg*3 GACACGGCCGTCTATTACTGTAATGCCACTACG....................ATATTTTGACTGGTTAT....TATA.
VDJg*4 GACACGGCCGTCCAATCGGAtACAG.................................CTATGGTTACGTACTTT
VDJg*5 GACACGGCCGTCTATTACTGTAATGCAGATGTATTACTATGGTTCGGGGAGCCTATAGCCTTACTACTACTACGGTATG.
J
CH1
VDJg*1 GTCCACCACTGCGGCTAGAGGGGCCAGGGAACACTGGTCGCGGTGTCATCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*2 .................CTGGGGCCGTGGCACCCTGGTCACTGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*3 GAC.........GCTACTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGCCTCCGCCAAGGGCCCATCGGTCTTCCC
VDJg*4 GACTA............CTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*5 GACGT............CTGGGGCCAAGGGACCACGGTCACCGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
CH1
VDJg*1 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*2 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*3 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*4 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*5 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
CH1
VDJg*1 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*2 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*3 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*4 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*5 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
CH1
VDJg*1 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*2 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*3 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*4 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*5 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
CH1
Hinge
VDJg*1 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*2 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*3 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*4 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*5 CAACACCAAGAGCGCAAATGTTGTGTCGAG
GGTGGACAAGACAGTT

*FIG. 10*


LCR
HS1,2
D (1-n)
VH (1-n)
J (1-n)
HS3
HS4
Frt
C region
H
CH2
CH3
M1
M2
C
or C
or C
or C
or C
or any combination thereof

*FIG. 11*


IgM only locus
Not I
HS4
HS12
HS3
3'LCR
CH1
C
Frt
J (1-n)
D (1-n)
VH (1-n)
Not I
CH2
CH3
CH4
M1
M2




FIG. 12

IgM plus IgG locus, C is optional

*FIG. 13*




IgM plus IgG locus, C is optional

FIG. 14


IMMUNIZATION SCHEDULE
s.c.injections at days 0,14,28,42
i.p or i.v. injection at day 50
day 56
Antigen
10-100 µg
4-6 HLLdeltaMD-1 TMµ-/-
Spleen cells
Myeloma cells Sp2-0-Ag14
Fusion +HAT
Hybrids
Culture in HAT
Screening
Cloning
Hybridoma medium
Antigen prep HSP70
Antigen injected
Bacterial lysate
83Kd
62Kd
47Kd
G18 HCAb (IgG2 class)
VHH2
RLSCAASGSIFSNAMGWSRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKN...


spleen staining dendritic cells and B cells
FACScan staining for splenic B cells with anti Cd19 and anti-B220
MT-/-
WT
HLL/ MT-/-
HLL-MD/ MT-/-
HLL M
b220percp
CD19 PE
B220
CD19
KO background
no B cells
normal animal
B cells
IgM +Ch1 and G locus in KO no rescue of B cells
IgG only locus in KO rescue of B cells
IgM plus IgG locus in KO rescue of B cells
IgM deletion by cre
frt single copy
HLL3/ MT-/- X cre → HLL3-MD/ +/- X +/- → HLL3-MD/ MT-/-
HLL3-MD/ MT-/-
HLL-MD1/ MT-/- X flp → HLL-MD1s.c. MT+/- X MT-/- → HLL-MD1s.c./
HLL-MD1s.c./

FIG. 15

FIG. 16

ELISA of VH against pertussis antigen →

fingerprint by restriction digestion of positive ELISA clones →



-B.Pertussis

CDR3

1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKGPITHVRG*
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKTPITHIRG*
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ARTPITVVRG*
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDKAKNTVYLQMNSLKPEDSAVYYCNRT*GPITHVRG*
5 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNHADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AESPITKVRG*

CDR3 HINGE

....*VHY*WGQGTLVTVSSERKCCV...
....*VHH*WGQGTLVTVSSERKCCV...
....*VHY*WGQGTLVTVSSERKCCV...
....*VDY*WGRGTLVTVSSERKCCV...
....*VSY*WGQGTLVTVSSERKCCV...

Sequence of clones indicated by an asterix in the fingerprint, note the short CDR3 region

ne VHH1 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 1 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 2 RLSCAASGFTLDYVIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 3 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYGDSVKGRFTISRDKAKN
CDR1 CDR2

ne VHH2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTNYADSVKGRFTISRDNAKN
Clone 1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTKYADSVKGRFTISRDNAKN
Clone 2 RLSCAASGSIFSINVMGWYRQPPGKQRELVAGVTSGGSTSYADSVKGRFTISRDNAKN
Clone 3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAP ITSGGSTNYADSVKGRFTISRDNAKN
CDR1 CDR2

CDR1 CDR2
VHH2 germline VHH2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN..........

CDR3

-B.Pertussis
1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKGPITHVRG*
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKTPITHIRG*
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ARTPITVVRG*
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDKAKNTVYLQMNSLKPEDSAVYYCNRT*GPITHVRG*
5 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNHADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AESPITKVRG*

-Tetanus
1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AERAGDP......*
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCG*GVLWFGELSD..*
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ADCWGSRW..*
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ADTSPPRYFDW*

-hsp70 RLSCAASGSIFSSNAMGWSRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVHLQMNSLKPEDTAVYYCN*AGNTMVRGVII*

CDR3 HINGE

-B.Pertussis
1....*VHY*WGQGTLVTVSSERKCCV...
2....*VHH*WGQGTLVTVSSERKCCV...
3....*VHY*WGQGTLVTVSSERKCCV...
4....*VDY*WGRGTLVTVSSERKCCV...
5....*VSY*WGQGTLVTVSSERKCCV...

-Tetanus
1 .....*FDY*WGQGTLVTVSSERKCCV...
2 ..*WFDY*WGQGTLVTVSSERKCCV...
3 ...*YFDHY*WGRGTLVTVSSERKCCV...
4 .*LPFDY*WGQGTLVTVSSERKCCV...

-hsp70 ....*KYRFDY*WGQGTLVTVSSERKCCV...

FIG. 17

FIG. 18




M
Human control sample
KO control mice
different transgenic lines
83 kD
62 kD
47.5 kD
32.5 kD
25 kD
reduced gel
175 kD
83 kD
62 kD
47.5 kD
non reduced gel

*FIG. 19*

FIG. 20

Size fractionation of human IgM mixed with human single chain IgM produced by the IgM plus IgG locus mice



FIG. 21

ELISA of single chain IgM and IgG antibodies raised against human TNF



# FIG. 22

Generation of the diabody expression plasmid





Expression of HCIgm in CHO cells
HSP70
gag
CMV
Actin
VHH DJ
CH2 CH3
h
VHH2
Expression plasmid
superfect into CHO cells and select expressing cells in hygromycin
Test individual clones by ELISA
Western blots
Western blots of clone 1
marker
reduced
non-reduced
175kD
110kD
83kD
62kD
55kD
48kD
HCIgG control
32kD
25kD
detection by human IgG-HRP


FIG. 23

# FIG. 24

Characterisation of the diabody



# *FIG. 25*

Generation of heavy chain only IgA



*FIG. 26*

Generation of multivalent IgM only antibodies



# BINDING MOLECULES

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of application Ser. No. 12/645,653, filed Dec. 23, 2009, now U.S. Pat. No. 8,921,522, issued Dec. 30, 2014, which is a continuation of application Ser. No. 11/658,361, filed Oct. 10, 2008, now abandoned, which is a national stage of PCT International Application No. PCT/GB2005/002892, International Filing Date, Jul. 22, 2005, which claims priority under 35 U.S.C. 119(a) to Great Britain Application No. 0416392.9, Filed Jul. 22, 2004; Great Britain Application No. 0511881.5, Filed Jun. 10, 2005, each of which are incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present invention relates to the manufacture of a diverse repertoire of functional heavy chain-only antibodies that undergo affinity maturation, and uses thereof. The invention also relates to the manufacture and use of a diverse repertoire of class-specific heavy chain-only antibodies and to the manufacture and use of multivalent polypeptide complexes with antibody heavy chain functionality, preferably antibody heavy chain binding functionality, constant region effector activity and, optionally, additional effector functions.

The present invention also relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge. In particular, the present invention relates to a method for the generation of human antigen-specific, high affinity, heavy chain-only antibodies of any class, or mixture of classes and the isolation and expression of fully functional VH antigen-binding domains.

The present invention also relates to the generation of multivalent polypeptide complexes comprising heavy chain functionality, preferably heavy chain effector activity and other binding and effector functions.

Heavy chain-only antibodies and other multivalent binding complexes generated using the methods of the present invention and uses thereof are also described.

## BACKGROUND TO THE INVENTION

Monoclonal antibodies or variants thereof will represent a high proportion of new medicines launched in the 21st century. Monoclonal antibody therapy is already accepted as a preferred route for the treatment for rheumatoid arthritis and Crohn's disease and there is impressive progress in the treatment of cancer. Antibody-based products are also in development for the treatment of cardiovascular and infectious diseases. Most marketed monoclonal antibody products recognize and bind a single, well-defined epitope on the target ligand (eg TNFa). Manufacture of human monoclonal antibodies for therapy remains dependent on mammalian cell culture. The assembly of a complex consisting of two heavy chains and two light chains (the $_{H2L2}$ complex) and subsequent post-translational glycosylation processes preclude the use of bacterial systems. Production costs and capital costs for antibody manufacture by mammalian cell culture are high and threaten to limit the potential of antibody based therapies in the absence of acceptable alternatives. A variety of transgenic organisms are capable of expressing fully functional antibodies. These include plants, insects, chickens, goats and cattle but none as yet has been used to manufacture marketed therapeutic products.



Functional antibody fragments can be manufactured in *E. coli* but the product generally has low serum stability unless pegylated during the manufacturing process.

Bispecific antibody complexes are engineered Ig-based molecules capable of binding two different epitopes on the either the same or different antigens. Bispecific binding proteins incorporating antibodies alone or in combination with other binding agents show promise for treatment modalities where captured human immune functions elicit a therapeutic effect, for example the elimination of pathogens (Van Spriel et al., (1999) *J. Infect. Diseases,* 179, 661-669; Tacken et al., (2004) *J. Immunol.,* 172, 4934-4940; U.S. Pat. No. 5,487,890), the treatment of cancer (Glennie and van der Winkel, (2003) *Drug Discovery Today,* 8, 503-5100); and immunotherapy (Van Spriel et al., (2000) *Immunol. Today,* 21, 391-397; Segal et al., (2001) *J Immunol. Methods,* 248, 1-6; Lyden et al., (2001) *Nat. Med.,* 7, 1194-1201).

Manufacturing issues are compounded where a bi-specific antibody product is based on two or more $_{H2L2}$ complexes. For example, co-expression of two or more sets of heavy and light chain genes can result in the formation of up to 10 different combinations, only one of which is the desired heterodimer (Suresh et al., (1986) *Methods Enzymol.,* 121, 210-228).

To address this issue, a number of strategies have been developed for the production in mammalian cells of full length bispecific IgG formats (BsIgG) which retain heavy chain effector function. BsIgGs require engineered "knob and hole" heavy chains to prevent heterodimer formation and utilise identical L-chains to avoid L-chain mispairing (Carter, (2001) *J. Immunol. Methods,* 248, 7-15). Alternative chemical cross-linking strategies have also been described for the production of complexes from antibody fragments each recognizing different antigens (Ferguson et al., (1995) Arthritis and Rheumatism, 38, 190-200) or the cross-linking of other binding proteins, for example collections, to antibody fragments (Tacken et al., (2004) *J. Immunol.,* 172, 4934-4940).

The development of diabodies or mini antibodies (BsAb) generally lacking heavy chain effector functions also overcomes heterodimer redundancy. These comprise minimal single chain antibodies incorporating VH and VL binding sites (scFv) which subsequently fold and dimerise to form a divalent bispecific antibody monovalent to each of their target antigens (Holliger et al., (1993) *PNAS,* 90, 6444-6448; Muller et al., (1998) *FEBS Lett.,* 422, 259-264). In one instance, CH1 and L-constant domains have been used as heterodimerisation domains for bi-specific mini-antibody formation (Muller et al., (1998) *FEBS Lett.,* 259-264). A variety of recombinant methods based on *E. coli* expression systems have been developed for the production of BsAbs (Hudson, (1999) *Curr. Opin. Immunol.,* 11, 548-557), though it would appear that the cost and scale of production of clinical grade multivalent antibody material remains the primary impediment to clinical development (Segal et al., (2001) *J. Immunol. Methods,* 248, 1-6).

Recently, the BsAb concept has been extended to encompass Di-diabodies, tetravalent bispecific antibodies where the VH and VL domains on each H and L chain have been replaced by engineered pairs of scFv binding domains. Such constructs, whilst complex to engineer, can be assembled in mammalian cells in culture in the absence of hetero-dimer redundancy (Lu et al., (2003) *J. Immunol. Methods,* 279, 219-232).

The structure of immunoglobulins is well known in the art. Most natural immunoglobulins comprise two heavy chains and two light chains. The heavy chains are joined to each other via disulphide bonds between hinge domains located approximately half way along each heavy chain. A light chain is associated with each heavy chain on the N-terminal side of

the hinge domain. Each light chain is normally bound to its respective heavy chain by a disulphide bond close to the hinge domain.

When an Ig molecule is correctly folded, each chain folds into a number of distinct globular domains joined by a more linear polypeptide sequence. For example, the light chain folds into a variable ($V_L$) and a constant ($C_L$) domain. Heavy chains have a single variable domain $V_H$, adjacent the variable domain of the light chain, a first constant domain, a hinge domain and two or three further constant domains. Interaction of the heavy ($V_H$) and light ($V_L$) chain variable domains results in the formation of an antigen binding region (Fv). Generally, both $V_H$ and $V_L$ are required for antigen binding, although heavy chain dimers and amino-terminal fragments have been shown to retain activity in the absence of light chain (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195).

With the advent of new molecular biology techniques, the presence of heavy chain-only antibody (devoid of light chain) was identified in B-cell proliferative disorders in man (Heavy Chain Disease) and in murine model systems. Analysis of heavy chain disease at the molecular level showed that mutations and deletions at the level of the genome could result in inappropriate expression of the heavy chain $C_H1$ domain, giving rise to the expression of heavy chain-only antibody lacking the ability to bind light chain (see Hendershot et al., (1987) *J. Cell Biol.,* 104, 761-767; Brandt et al., (1984) *Mol. Cell. Biol.,* 4, 1270-1277).

Separate studies on isolated human $V_H$ domains derived from phage libraries demonstrated antigen-specific binding of $V_H$ domains but these $V_H$ domains proved to be of low solubility. Furthermore, it was suggested that the selection of human $V_H$ domains with specific binding characteristics displayed on phage arrays could form the building blocks for engineered antibodies (Ward et al., (1989) *Nature,* 341, 544-546).

Studies using other vertebrate species have shown that camelids, as a result of natural gene mutations, produce functional IgG2 and IgG3 heavy chain-only dimers which are unable to bind light chain due to the absence of the $C_H1$ light chain-binding region (Hamers-Casterman et al., (1993) *Nature,* 363, 446-448) and that species such as shark produce a heavy chain-only-like binding protein family, probably related to the mammalian T-cell receptor or immunoglobulin light chain (Stanfield et al., (2004) *Science,* 305, 1770-1773).

A characterising feature of the camelid heavy chain-only antibody is the camelid $V_H$ domain, which provides improved solubility relative to the human $V_H$ domain. Human $V_H$ may be engineered for improved solubility characteristics (see Davies and Riechmann, (1996) *Protein Eng.,* 9 (6), 531-537; Lutz and Muyldermans, (1999) *J. Immuno. Methods,* 231, 25-38) or solubility maybe be acquired by natural selection in vivo (see Tanha et al., (2001) *J. Biol. Chem.,* 276, 24774-24780). However, where $V_H$ binding domains have been derived from phage libraries, intrinsic affinities for antigen remain in the low micromolar to high nanomolar range, in spite of the application of affinity improvement strategies involving, for example, affinity hot spot randomisation (Yau et al., (2005) *J. Immunol. Methods,* 297, 213-224).

Camelid $V_H$ antibodies are also characterised by a modified CDR3 loop. This CDR3 loop is, on average, longer than those found in non-camelid antibodies and is a feature considered to be a major influence on overall antigen affinity and specificity, which compensates for the absence of a $V_L$ domain in the camelid heavy chain-only antibody species (Desmyter et al., (1996) *Nat. Struct. Biol.,* 3, 803-811, Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 23, 25-28).

Recent structural studies on camelid antibody suggests that antibody diversity is largely driven by in vivo maturation processes with dependency on V(D)J recombination events and somatic mutation, (De Genst et al., (2005) *J. Biol. Chem.,* 280 (14), 14114-14121).

Recently, methods for the production of heavy-chain-only antibodies in transgenic mammals have been developed (see WO02/085945 and WO02/085944). Functional heavy chain-only antibody of potentially any class (IgM, IgG, IgD, IgA or IgE) and derived from any mammal (including man) can be produced from transgenic mammals (preferably mice) as a result of antigen challenge.

The normal immunoglobulin heavy chain locus comprises a plurality of V gene segments, a number of D gene segments and a number of J gene segments. Each V gene segment encodes from the N terminal almost to the C terminal of a V domain. The C terminal end of each V domain is encoded by a D gene segment and a J gene segment. VDJ rearrangement in B-cells followed by affinity maturation provides $V_H$ binding domains which then, with $V_L$ binding domains, form an antigen recognition or binding site. Interaction of the heavy and light chains is facilitated by the $C_H1$ region of the heavy chain and the x or X region of the light chain.

For the production of heavy chain-only antibody, the heavy chain locus in the germline comprises gene segments encoding some or all of the possible constant regions. During maturation, a re-arranged $V_H$ binding domain is spliced onto the $C_H2$ constant region-encoding segment, to provide a re-arranged gene encoding a heavy chain which lacks a $C_H1$ domain and is therefore unable to associate with an immunoglobulin light chain.

Heavy chain-only monoclonal antibodies can be recovered from B-cells of the spleen by standard cloning technology or recovered from B-cell mRNA by phage display technology (Ward et al., (1989) *Nature,* 341, 544-546). Heavy chain-only antibodies derived from camelids or transgenic animals are of high affinity. Sequence analysis of normal $H_2L_2$ tetramers demonstrates that diversity results primarily from a combination of VDJ rearrangement and somatic hypermutation (Xu and Davies, (2000) *Immunity,* 13, 37-45). Sequence analysis of expressed heavy chain-only mRNA, whether produced in camelids or transgenic animals, supports this observation (De Genst et al., (2005) *J. Biol. Chem.,* 280, 14114-14121).

An important and common feature of natural camelid and human $V_H$ regions is that each region binds as a monomer with no dependency on dimerisation with a $V_L$ region for optimal solubility and binding affinity. These features have previously been recognised as particularly suited to the production of blocking agents and tissue penetration agents.

Homo- or hetero-dimers can also be generated by enzymatic cleavage of heavy chain-only antibodies or by synthetic routes (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195 and US2003/0058074 A1). However the benefits of a monomeric antibody binding domain have yet to be used to advantage in design of multimeric proteins as reagents, therapeutics and diagnostics.

Human $V_H$ or camelid $V_{HH}$ produced by phage display technology lacks the advantage of improved characteristics as a result of somatic mutations and the additional diversity provided by D and J region recombination in the CDR3 region of the normal antibody binding site (Xu and Davies, (2000) *Immunity,* 13, 37-45). Camelid $V_{HH}$, whilst showing benefits in solubility relative to human $V_H$, is antigenic in man and must be generated by immunisation of camelids or by phage display technology.

The incorporation of $V_H$ binding domains has clear advantage over the use of scFvs which must be engineered from $V_H$

and $V_L$ domains with the associated potential of loss of specificity and avidity. $V_H$ binding domains derived from related gene families such as T-cell receptors or the shark immunoglobulin family also provide alternatives to scFv for the generation of bi- or multi-specific binding molecules. Other naturally occurring binding proteins and domains thereof including, for example, soluble receptor fragments may also be used.

Antibody classes differ in their physiological function. For example, IgG plays a dominant role in a mature immune response. IgM is involved in complement fixing and agglutination. IgA is the major class of Ig in secretions—tears, saliva, colostrum, mucus—and thus plays a role in local immunity. The inclusion of class-specific heavy chain constant regions when engineering multivalent binding complexes provides the therapeutic benefits of effector function in vivo dependent on the functionality required. Engineering of individual effector regions can also result in the addition or deletion of functionality (Van Dijk and van der Winkel, *Curr. Opin. Chem. Biol*., (2001) August 5 (4), 368-374). It seems likely that the optimal production and selection of heavy chain-only antibodies comprising high affinity $V_H$ binding domains (whether of human or camelid or other origin) will benefit from alternative approaches to those dependent on selection from randomised phage libraries which do not facilitate in vivo recombination and affinity maturation.

Thus, the inclusion of IgA constant region functionality would provide improved mucosal function against pathogens (Leher et al., (1999) *Exp. Eye. Res.,* 69, 75-84), whilst the presence of IgG1 constant region functionality provides enhanced serum stability in vivo. The presence of heavy chain $C_H2$ and $C_H3$ constant domains provides the basis for stable dimerisation as seen in natural antibodies, and provides recognition sites for post-translational glycosylation. The presence of CH2 and CH3 also allows for secondary antibody recognition when bispecific and multivalent complexes are used as reagents and diagnostics.

Isolated, pre-rearranged camelid heavy chain-only variable region sequences have previously been cloned in front of a hinge region and human IgG1 effector domain, inserted into vectors and expressed in COS cells to generate antibody. The antibodies expressed in this in vitro environment have already undergone the processes of class (isotype) switching and affinity maturation (hypermutation) in vivo in the camel and can bind to antigen (Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38).

There remains a need in the art to maximise heavy chain-only antibody diversity and B-cell response in vivo and, in particular, to generate a functional repertoire of class specific human heavy chain-only antibodies and functional $V_H$ heavy chain-only binding domains which retain maximum antigen-binding potential for use in diverse clinical, industrial and research applications.

There also remains a need in the art to produce a soluble, bi-valent or multi-valent polypeptide binding complex comprising at least part of an antibody heavy chain, alone or in combination with an effector (light) chain, which is physiologically stable and has effector function.

## BRIEF SUMMARY OF THE INVENTION

The present invention provides a method for the production of a VH heavy chain-only or a camelid $V_{H\ (VHH)}$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a heterologous $V_H$ or camelid $V_{H\ (VHH)}$ heavy chain locus in that mammal, wherein the $V_H$ or camelid $V_{H\ (VHH)}$ heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus, when expressed, is capable of forming heavy chain-only antibodies of defined class or classes.

The $V_H$ or camelid $V_{H\ (VHH)}$ heavy chain locus may comprise one or more camelid or non-camelid V gene segments. Preferably, the V gene segment has been selected or engineered to show improved solubility characteristics. Preferably the V gene segment is derived from a human.

The heavy chain constant region of the heavy chain locus may comprise a $Ca_1$ and/or a $Ca_2$, a Cc, a CS, a Cy and/or a Cg heavy chain constant region gene. Furthermore, the heavy chain constant region of the heavy chain locus may comprise more than one of the following heavy chain constant regions: $Ca_1$, $_{Ca2}$, CC, CS, Cy Cg.

Preferably, the $V_H$ heavy chain locus comprises a variable region comprising at least one human or camelid V gene segment, at least one D segment and at least one J segment wherein a human or camelid V gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence. The heavy chain locus preferably comprises twenty or more D gene segments and/or five or more J gene segments. Preferably, D and J segments are of vertebrate origin, preferably human. The CDR3 loop may be derived using D and J gene segments derived from any vertebrate and are preferably human D and J gene segments.

The $V_H$ heavy chain locus may also comprise a recombination sequence (rss) capable of recombining a J gene segment directly with a heavy chain constant region gene.

The heavy chain constant region of the heterologous heavy chain locus is of human origin or vertebrate origin e.g. of camelid origin. Alternatively the constant region may not be of immunoglobulin heavy chain origin.

Preferably, the methods of the invention result in essentially normal B-cell maturation. The present invention also provides a heavy chain-only antibody, or a fragment thereof, or a mixture of classes of heavy chain-only antibodies obtained or obtainable according to a method of the invention. This heavy chain-only antibody may be a monoclonal antibody, or fragment thereof, such as a human or camelid VH binding domain. The VH binding domain of the invention may lack an extended camelid-like CDR3 loop or, alternatively, may comprise an extended camelid-like CDR3 loop.

The present invention also provides a vector comprising a heterologous heavy chain locus of the invention and a host cell transformed with such a vector.

The invention also provides a transgenic mammal expressing a heterologous heavy chain locus described herein. Preferably, the transgenic mammal of the invention has a reduced capacity to produce antibodies that include light chains.

Also provided is the use of a heavy chain-only antibody, or fragment thereof, according to the invention, in the preparation of a medicament for immunotherapy. The heavy chain-only antibodies of the invention may also be used as diagnostics, reagents, abzymes or inhibitory agents. Also provided is a pharmaceutical composition comprising the heavy chain-only antibody or fragment thereof according to the invention, and a pharmacologically appropriate carrier.

The invention also provides a method of production and selection of heavy chain-only antibodies comprising the steps of:

a) injecting an antigen into the transgenic mammal as described herein;
b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest; and
c) producing a hybridoma from the cell or tissue of step (b) and

d) optionally cloning the heavy chain-only antibody mRNA from said hybridoma for subsequent production in a heterologous expression system such as a mammalian, plant, insect, microbial, fungal or alternative system.

$V_H$ binding domains may then be produced by identifying and isolating an antigen-specific $V_H$ domain from the cloned mRNA of step c).

$V_H$ binding domains of the invention may also be produced by:

a) injecting an antigen into the transgenic mammal described herein;
b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest;
c) cloning the $V_H$ locus from mRNA derived from the isolated cell or tissue;
d) displaying the encoded protein using a phage or similar library;
e) identifying antigen-specific $V_H$ domain(s); and
f) expressing the $V_H$ domain(s) alone or as a fusion protein in bacterial, yeast or alternative expression systems.

## DETAILED DESCRIPTION OF THE INVENTION

The present inventors have overcome the limitations of the prior art and shown that transgenic animals, in particular mice, can be generated using "micro loci" to produce class-specific, heavy chain-only antibodies, or a mixture of different classes of heavy chain-only antibodies which are secreted by plasma or B cells. These can then be used either to generate a reliable supply of class-specific, heavy chain-only antibody using established hybridoma technology or as a source of functional camelid $V_{H\ (VHH)}$ binding domains or $V_H$ heavy chain-only binding domains, preferably a soluble $V_H$ heavy chain-only binding domains of human origin, which are free of effector functions but which retain binding function.

Heavy chain-only antibodies (including camelid antibodies) that can be generated by the methods of the invention show high binding affinity, resulting from V, D and J gene segment rearrangements and somatic mutations, generally in the absence of an enlarged CDR3 loop. Essentially normal B-cell maturation is observed with high levels of heavy chain-only antibody present in isolated plasma (provided that the $C_H1$ domain has been eliminated from all antibody classes present in the recombinant locus). B-cell maturation and the secretion of assembled dimers (eg IgG) or multimers (eg IgM) has no dependency on the presence or expression of light chain genes.

Nucleotide sequence analysis of antigen-specific mRNA encoding an antigen-specific heavy chain isolated from hybridomas derived from transgenic mice has demonstrated that heavy chain antibody diversity is primarily a function of VDJ recombination. Furthermore, the present inventors have shown that antibody diversity is generated in the CDR3 region of the functional antigen-binding domain of the heavy chain-only antibody with a more limited contribution from somatic mutations in the $V_H$ domains. Using the methods described herein, functional $V_H$ domains can be cloned and expressed in bacterial systems to generate $V_H$ binding domains with full retention of antigen binding, specificity and affinity. In addition, class-specific heavy chain dimers and multimers can be secreted by hybridoma cell lines in culture.

The invention also teaches that transgenic mice can be programmed to produce preferred classes of heavy chain-only antibody in response to antigen challenge, eg only IgG as opposed to only IgM or, for example, mixtures of IgA, IgG and IgM.

The inventors have previously described (see WO02/085945 and WO02/085944) the generation of transgenic mice expressing a minimal human IgG heavy chain constant region locus devoid of the $C_H1$ exon and linked by human D and J segments with two llama VHH genes. These produce functional, high affinity, antigen-specific IgG heavy chain-only antibody when challenged with antigen. Mixtures of heavy chain-only antibody classes (IgM and IgG) can be obtained by class switching in vivo through utilisation of gene constructs incorporating heavy chain constant regions in tandem (provided that all constant region genes lack a $C_H1$ domain and, when present, a $C_H4$ domain).

The improvements described herein show that a mouse constructed with the same IgG constant region locus linked by human D and J segments with two llama VHH genes and a human IgM constant region locus devoid of a $C_H1$ exon linked by the same human D and J gene segments with two llama $V_{HH}$ genes, also produces high molecular weight (multimeric) IgM heavy chain-only antibody and IgG (dimer) heavy chain-only antibody. Surprisingly, essentially normal B-cell maturation and antibody production is dependent on the complete absence of $C_H1$ sequences from each heavy chain constant region present in the transgenic locus. Moreover, there is no requirement for the removal of the $C_H4$ exon if present.

Thus, for example, a transgenic animal carrying a human IgM heavy chain locus with a functional $C_H1$ exon linked by the same human D and J gene segments to two llama V gene segments, and IgG constant heavy chain region locus devoid of the $C_H1$ exon linked by the same human D and J gene segments to two llama V gene segments, produces very low levels of heavy chain-only antibody and shows no evidence for B-cell maturation.

Other effector domains, including the $C_H4$ domain, may be incorporated or not, as desired, to introduce to, or eliminate from, the resultant heavy chain-only antibody, effector features.

The inventors have found that productive expression of antibody (ie B-cell maturation) can result from the use of any V gene segment present in the construct. Isolation and sequencing of antibody mRNA derived from B-cells shows that D and J gene segment recombination occurs to generate CDR3 diversity. Sequence comparison of resultant $V_H$ domains reveals somatic mutations, indicating that affinity maturation events have occurred in the recombined D and J gene segments and also in the $V_H$ domain of the resultant expressed antibody mRNA.

Preferred constructs incorporate V gene segments selected or engineered for improved solubility and linked to a D and J chain cluster for recombination and CDR3 generation. Preferably, the VDJ sequences are linked to constant effector domain(s) of choice in tandem, each devoid of a $C_H1$ exon.

The invention is not limited to the derivation and production of human or camelid class-specific, heavy chain-only antibody or human $V_H$ binding domains (preferably soluble $V_H$ binding domains) (alone or linked to the effector domain of choice), but encompasses the production of chaemeric combinations of any V gene segment of vertebrate origin (optionally engineered to improve solubility characteristics) linked to D and J gene segments. Preferably, the V gene segments are of human origin and are not V gene segments derived from a camelid. The resultant $V_H$ domains may not comprise an enlarged camelid-like CDR3 loop unless the D and J segments have been derived from a camelid. This results in a $V_H$ domain exhibiting CDR3 diversity and affinity maturation operationally linked to an effector constant region. The latter ensures functional secretion and optionally assembly in

the parent transgenic vertebrate of choice and also provides subsequent selectable effector function should this be required.

These observations have important implications for the improved and simplified engineering of class-specific, heavy chain-only antibodies and the derivation of high affinity, soluble $V_H$ domains which incorporate affinity maturation via somatic mutation. Incorporation of select heavy chain constant region effector functions (devoid of $C_H1$) or mixtures thereof permits the production of any class of heavy chain-only antibodies or any mixture of heavy chain-only antibodies without the requirement of additional antibody engineering. $V_H$ domains can be expressed alone in bacterial or other micro-organism systems or as functional heavy chain-only antibody incorporating effector domains secreted by hybridomas or transfected cells in culture. Antibodies and $V_H$ binding domains of human origin have wide ranging applications in the field of healthcare as medicines, diagnostics and reagents, with parallel agricultural, environmental and industrial applications.

Thus, in a first aspect, the present invention provides a method for the production of a $V_H$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a heterologous $V_H$ heavy chain locus in that mammal. Preferably, the $V_H$ heavy chain locus comprises a heavy chain constant region which does not encode a CH1 domain and which locus is capable of forming a diverse repertoire of complete heavy chain-only antibodies when expressed.

The first aspect of the present invention also provides a method for the production of a camelid $V_H$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a camelid $V_H$ heavy chain locus in that mammal, wherein the $V_H$ heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus, when expressed, is capable of forming a diverse repertoire of complete heavy chain-only antibodies incorporating VDJ rearrangement and affinity maturation in response to antigen challenge.

Heavy chain effector molecules may be engineered to be free of functional domains, for example the carboxy-terminal $C_H4$ domains, provided that engineering does not affect secretory mechanisms preventing cell surface assembly and consequently B-cell maturation. The $C_H1$ exons alone are deleted from the heterologous locus or are absent from the locus. Additional features maybe engineered into the locus, for example to improve glycosylation, or add function.

Preferably, the heterologous locus, when expressed, is capable of forming functional IgA, IgE, IgG, IgD or IgM molecules or isotypes thereof. Individual antibody classes or mixtures of antibody classes or isotypes thereof may also be produced.

Accordingly, the heterologous heavy chain locus is designed to produce preferred classes or mixtures of heavy chain-only antibody depending on the antibody class(es) required, with essentially normal B-cell maturation. The utilisation of camelid V, D and J gene segments and camelid effector regions will produce camelid antibodies with features peculiar to camelids, such as enlarged CDR3 loops. The use of human V, D and J gene segments comprising V gene segments randomly selected, or selected or engineered for enhanced solubility, will produce functional human heavy chain-only antibodies.

Antibodies obtained according to the invention have the advantage over those of the prior art in that they are of substantially any single or known class and preferably of human origin. Antibodies are of high affinity resulting from a combination of VDJ recombination and affinity maturation in vivo. Antibodies and fragments thereof may be may be isolated, characterised and manufactured using well-established methods known to those skilled in the art.

The Heterologous Heavy Chain Locus

In the context of the present invention, the term 'heterologous' means a nucleotide sequence or a locus as herein described which is not endogenous to the mammal in which it is located.

A "$V_H$ heavy chain locus" in the context of the present invention relates to a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain). Preferably, the primary source of antibody repertoire variability is the CDR3 region formed by the selection of D and J gene segments by the V-D and D-J junctions.

The advantage of the present invention is that antibody repertoire and diversity obtained in the rearranged $V_H$ gene sequences can be maximised through the use of multiple D and J gene segments. Subsequent somatic mutation is achieved whilst using a minimal locus (micro-locus) without the need for a large number of V gene segments or the $V_L$ and $L_C$ (light chain) immunoglobulin loci.

Preferably, the $V_H$ heavy chain locus comprises from two to five V (2, 3, 4 or 5) gene segments derived from any vertebrate species.

Preferably, the V gene segments are of human origin, optionally selected or engineered for improved solubility.

Preferably, the $V_H$ heavy chain locus comprises from two to forty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18, 20, 30 or 40) or more D gene segments. The D gene segments may be derived from any vertebrate species but, most preferably, the D gene segments are human D gene segments (normally 25 functional D gene segments).

Preferably, the $V_H$ heavy chain locus comprises from two to twenty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18 or 20) or more J gene segments. The J gene segments may be derived from any vertebrate species but, most preferably, the J gene segments are human J gene segments (normally 6 J gene segments).

Preferably, the $V_H$ heavy chain locus comprises two or more V gene segments, twenty-five functional human D gene segments and 6 human J gene segments.

The term 'V gene segment' encompasses a naturally occurring V gene segment derived from a vertebrate, including camelids and human, which have optionally been selected, mutated, or engineered for improved characteristics, such as solubility. V gene segments are also found in other species such as shark (see Kokubu et al., (1988) *EMBO. J.,* 7, 3413-3422) or have evolved to provide diverse $V_H$-like families of binding proteins exemplified, for example, in the evolution of the immunoglobulin light chain $V_L$ repertoire or the T-cell receptor $V_H$ repertoire.

Preferred methods of improving solubility of a $V_H$ domain incorporate rational, as opposed to only random, means and are exemplified in Davies and Reichmann, (1996) *Protein Eng.,* 9 (6), 531-537 and Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38. Natural selection can also occur in vivo through affinity maturation and the incorporation of favourable mutations in the $V_H$ gene following VDJ rearrangement.

The V gene segment must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant (effector) region (which may comprise several exons

but excludes a $C_H1$ exon) according to the present invention to generate a $V_H$ heavy chain-only antibody when the nucleic acid is expressed.

A V gene segment according to the present invention also includes within its scope any gene sequence encoding a homologue, derivative or protein fragment, which is capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region (comprising one or more exons but not a $C_H1$ exon) according to the present invention to generate a heavy chain-only antibody as defined herein.

Thus $V_H$ coding sequences may be derived from a naturally occurring source or they may be synthesised using methods familiar to those skilled in the art.

A "$V_H$ domain" in the context of the present invention refers to an expression product of a V gene segment when recombined with a D gene segment and a J gene segment as defined above. Preferably, the $V_H$ domain as used herein remains in solution and is active in a physiological medium without the need for any other factor to maintain solubility. Preferably, the ability of the soluble $V_H$ domain to bind antigen has been improved by VDJ recombination and somatic mutation. There is no dependency on the presence or absence of the enlarged CDR3 loop peculiar to the camelid species. The $V_H$ domain is able to bind antigen as a monomer and, when combined with effector constant regions, may be produced in mono-specific, bi-specific, multi-specific, bi-valent or multivalent forms, dependent on the choice and engineering of the effector molecules used (eg IgG, IgA IgM etc.) or alternative mechanisms of dimerisation and multimerisation. Any likelihood of binding with a $V_L$ domain when expressed as part of a soluble heavy chain-only antibody complex has been eliminated by removal of the $C_H1$ exon (see Sitia et al., (1990) *Cell,* 60, 781-790). The $V_H$ domain alone can also be engineered with diverse protein domains to produce fusion proteins for targeted therapeutic and diagnostic purpose, for example with toxins, enzymes and imaging agents.

In the context of the present invention the terms 'a D gene segment' and 'a J gene segment' includes naturally occurring sequences of D and J gene segments. Preferably, the D and J gene segments are derived from the same vertebrate from which the V gene segment is derived. For example, if a V gene segment is derived from a human and then solubilised or engineered, the D and J gene segments are preferably also derived from a human. Alternatively the V gene segments maybe derived, for example, from camel and the D and J gene segments from human or vice versa.

The terms D gene segment and J gene segment also include within their scope derivatives, homologues and fragments thereof as long as the resultant segment can recombine with the remaining components of a heavy chain antibody locus as herein described to generate a heavy chain-only antibody as herein described. D and J gene segments derived may be from naturally occurring sources or they may be synthesised using methods familiar to those skilled in the art and described herein. The V, D and J gene segments are capable of recombination and preferably undergo somatic mutation.

The V, D and J gene segments are preferably derived from a single vertebrate species. This may be any vertebrate species but is preferably a human.

In addition, a heterologous heavy chain locus according to the present invention comprises a region of DNA encoding a heavy chain constant region providing effector functions in vivo (eg IgG, IgM, IgA, IgE, IgD or isotypes thereof).

The invention also provides an antigen-specific, heavy chain-only antibody obtained or obtainable by the methods of the present invention.

The Heavy Chain Constant Region

Operationally, a heavy chain constant region is encoded by a naturally occurring or engineered gene segment that is capable of recombining with a V gene segment, a D gene segment and a J gene segment in a B cell. Preferably the heavy chain constant region is derived from an immunoglobulin locus.

According to this aspect of the invention, each heavy chain constant region essentially comprises at least one heavy chain constant region gene, which is expressed without a functional $C_H1$ domain so that generation of heavy chain-only antibody can occur. Each heavy chain constant region may also comprise one or more additional heavy chain constant region exons, which are selected from the group consisting of CS, $_{C\gamma 1\text{-}4}$, Cg, Cc and $Ca_{l\text{-}2}$ with the proviso that the additional heavy chain constant region genes also do not express a functional $C_H1$ domain. The heavy chain constant region gene segments are selected depending on the preferred class or mixture of antibody classes required. Optionally, the heterologous heavy chain locus is Cg- and CS-deficient.

For instance, Ig molecules of class M are known to play an important role in the activation of macrophages and the complement pathway. Due to the close proximity of its binding sites, IgM has a high avidity for pathogens, including viruses. However, IgM is also known to be difficult for use in rapid immunoassay techniques whereas Ig of class G can be readily used in these techniques. For such uses, it would be useful to select for the preferred antibody class, ie IgG or IgM.

The expression of all or part of a heterologous heavy chain $C_y$ locus devoid of $C_H1$ will produce optionally some or all IgG isotypes, dependent on the IgG1, IgG2, IgG3 and IgG4 isotypes present in the heterologous IgG locus. Alternatively the heavy chains may comprise CE genes. The resulting IgE molecule might also be used in therapy.

Alternatively, selected mixtures of antibodies may be obtained. For example, IgA and IgM may be obtained when the heavy chain constant region comprises a $C_a$ and a $C_g$ gene.

Preferably, the heavy chain constant region according to the present invention is of human origin, in particular when the heavy chain antibody is to be used for therapeutic applications in humans. Where the heavy chain antibodies are to be used for diagnostic or veterinary purposes, the heavy chain constant region is preferably derived from the target organism, vertebrate or mammal in or on which diagnosis or veterinary therapy is to be performed.

When expressed, the heavy chain constant region lacks a functional $C_H1$ domain. The $C_H1$ exon and, optionally, $C_g$ and $C_8$ constant regions, may be mutated, deleted or substituted. Preferably, the $C_H1$ exon is deleted. The presence, for example, of IgM with a functional $C_H1$ domain inhibits B-cell maturation and consequently limits the productive expression of heavy chain only IgG (devoid of $C_H1$) within the same locus, as B-cell maturation is inhibited.

A 'heavy chain constant region exon' ('$C_H$ exon') as herein defined includes the sequences of naturally occurring vertebrate, but especially mammalian, $C_H$ exons. This varies in a class specific manner. For example, IgG and IgA are naturally devoid of a $C_H4$ domain. The term '$C_H$ exon' also includes within its scope derivatives, homologues and fragments thereof in so far as the $C_H$ exon is able to form a functional heavy chain-only antibody as herein defined when it is a component of a heavy chain constant region.

Optionally, when present, the $C_H4$ or other functional domains maybe engineered or deleted within the transgene provided such a process does not inhibit the intracellular secretory process, B-cell maturation or the binding activity of the resultant antibody polypeptide.

Mammals

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a rodent such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as goats, sheep, cats, dogs or other animals may also be employed.

Preferably transgenic animals are generated using established oocyte injection technology and, where established, ES cell technology or cloning.

Advantageously, immunoglobulin heavy and optionally light chain loci endogenous to the mammal are deleted or silenced when a heavy chain-only antibody is expressed according to the methods of the invention.

This approach of generating heavy chain-only antibodies as described above maybe of particular use in the generation of antibodies for human therapeutic use as often the administration of antibodies to a species of vertebrate which is of different origin from the source of the antibodies results in the onset of an immune response against those administered antibodies.

Therefore, in a further aspect, the present invention provides a transgenic mammal expressing a heterologous heavy chain locus according to the present invention.

The transgenic mammal may be engineered to have a reduced capacity to produce antibodies that include light chains.

Antibody-producing cells may be derived from transgenic animals according to the present invention and used, for example, in the preparation of hybridomas for the production of heavy chain-only antibodies as herein defined. In addition or alternatively, nucleic acid sequences may be isolated from transgenic mammals according to the present invention and used to produce $V_H$ domain heavy chain-only chain antibodies or bi-specific/bi-functional complexes thereof, using recombinant DNA techniques which are familiar to those skilled in the art.

Alternatively or in addition, antigen-specific heavy chain-only antibodies may be generated by immunisation of a transgenic animal according to the present invention.

Thus in a further aspect, the present invention provides a method for the production of heavy chain-only antibodies by immunising a transgenic mammal according to the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the mammal is a mouse.

Heavy Chain-Only Antibodies and Fragments Thereof

In a further aspect, the present invention provides a heavy chain-only antibody obtainable according to a method of the present invention and functional fragments and derivatives thereof. Fragments encompassing the VH binding domain can be derived by enzymic cleavage or cyanogen bromide cleavage of a heavy chain-only antibody of the invention ie devoid of light chains (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195).

A preferred functional fragment is an antigen-specific, heavy chain-only binding domain, ie a $V_H$ binding domain, as expressed by the $V_H$ locus as a result of recombination between single V, D and J gene segments followed subsequently by somatic mutation. According to this aspect of the invention $V_H$ loci can be cloned from, eg, mRNA isolated from an antibody-producing cell of an immunised transgenic animal as described above. Cloned sequences can then be displayed using a phage (Ward et al., (1989) *Nature,* 341, 544-546) or similar display libraries, for example using yeast-based systems (Boder and Wittrup, (1997) *Nat. Biotechnol.,* 15, 553-7) and antigen-specific $V_H$ binding domains identified. Antigen-specific heavy chain binding domains can then be manufactured either alone or as fusion proteins in scalable bacterial, yeast or alternative expression systems. Sequences encoding $V_H$ binding domains can also be cloned from characterised hybridomas derived by classical procedures from immunised transgenic mice. These can then be used for the production of $V_H$ binding domains and derivatives thereof including the engineering of defined antibody classes (eg IgE or IgA) and variants thereof with differing effector functions.



Accordingly, the invention also provides a method of producing a $V_H$ binding domain comprising the steps of:

a) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest (preferably a soluble, antigen-specific heavy chain-only antibody of interest);
b) cloning the sequence encoding the $V_H$ binding domain from mRNA derived from the isolated cell or tissue;
c) displaying the encoded protein using a phage or similar library;
d) identifying antigen-specific $V_H$ binding domains, and
e) expressing the $V_H$ binding domains alone or as a fusion protein in bacterial, yeast, mammalian or alternative expression systems.

Alternatively, $V_H$ domain-containing fragments can be generated from heavy chain-only antibodies of the invention using enzymic or chemical cleavage technology and subsequent separation of the $V_H$ domain-containing fragment from the other cleavage products.

Where the $V_H$ binding domain is isolated from a characterised hybridoma, the cloned $V_H$ binding domain sequence derived from mRNA can be directly cloned into an expression vector without recourse to additional selection steps using phage and other display systems.

Production systems for heavy chain only-antibody incorporating effector regions include mammalian cells in culture (eg CHO cells), plants (eg maize), transgenic goats, rabbits, cattle, sheep, chickens and insect larvae suited to mass rearing technology. Other production systems, including virus infection (eg baculovirus in insect larvae and cell-lines) are alternatives to cell culture and germline approaches. Other production methods will also be familiar to those skilled in the art. Where there is a requirement for heavy chain-only IgA or IgM assembly, the co-expression of a “J chain” is beneficial. Suitable methods for the production of camelid heavy chain-only antibody or $V_H$ binding domains alone are known in the art. For example camelid $V_H$ binding domains have been produced in bacterial systems and camelid heavy chain-only homodimers have been produced in hybridomas and transfected mammalian cells (see Reichmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38).

Methods are also well established for the expression of engineered human $V_H$ binding domains derived using phage display technology (Tanha et al., (2001) *J. Biol. Chem.,* 276, 24774-24780 and references therein).

Insect larvae from transgenic fly lines have been shown to produce functional heavy chain-only antibody fragments in haemolymph with characteristics indistinguishable from the same antibody produced by mammalian cells (PCT/GB2003/0003319). The present invention also provides an antigen-specific monomeric or dimeric $V_H$ binding domain obtainable according to the method of this aspect of present invention.

The present invention also provides a polynucleotide sequence consisting of the heterologous heavy chain locus, an isolated polynucleotide encoding a heavy chain-only antibody of the invention and a vector comprising a heterologous heavy chain locus, or fragment thereof, or isolated polynucleotide encoding a heavy chain-only antibody according to the present invention.

The present invention also provides a host cell transformed with a heterologous heavy chain locus, or fragment thereof, or isolated polynucleotide encoding the heavy chain-only antibody or antibody fragment, according to the present invention.

In a second aspect, the present invention provides a polypeptide complex comprising an antigen-specific $V_H$ binding domain according to the present invention having attached to it an effector moiety which provides effector activity. This effector activity may be in addition to that provided by the heavy chain constant region and may be situated at the amino or carboxy terminus of the molecule. These polypeptide complexes retain the physiological function conferred by the antigen-specific $V_H$ binding domain in combination with additional targeting or effector functions of the effector moieties. Such polypeptide complexes may be in the form of functional monomers or, dependent on the design and interaction of the effector moieties, dimers, tetramers, pentamers, multimers or other complexes incorporating different $V_H$ binding domains, so imparting multi-valency and multi-specificity. $V_H$ binding domains may be present at the amino or carboxy terminus of the binding molecule (see FIG. **1** for dimeric example).

If the effector moiety comprises a binding domain, it may have a different specificity from the antigen-specific $V_H$ binding domain. The advantage of this arrangement is that the polypeptide complex can facilitate cross-linking of different targets. For example, a bispecific polypeptide complex may be utilised to enhance cell-cell interactions and cell/pathogen interactions. In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge between two cell types such as a pathogen and a macrophage (see Biburger et al., (2005) *J. Mol. Biol.,* 346, 1299-1311). The use of $V_H$ binding domains is preferable to the use of scFV binding domains in such bi-specific designs. $V_H$ binding domains have high binding affinity and can be incorporated into such polypeptide complexes with minimal vector construction and in the absence of design considerations necessary to maintain the specificity and affinity of scFVs relative to their tetrameric parental molecule. Where dimers or multimeric polypeptide complexes are envisaged dimerisation domains are incorporated, for example the inclusion of $C_H2$ and $C_H3$ domains derived from immunoglobulin heavy chain constant regions (see FIG. **2**).

The term ‘effector moiety’ as used herein includes any moiety that mediates a desired biological effect on a cell. The effector moiety is preferably soluble and may be a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector moiety may be an enzyme, hormone, cytokine, drug, pro-drug, toxin, in particular a protein toxin, a radionuclide in a chelating structure, a binding domain, a dimerising or interaction domain, an imaging agent, albumin or an inhibitory agent.

Albumin may be utilised as an effector moiety to increase the stability or pharmacokinetic and/or pharmacodynamic properties of the antigen-specific $V_H$ binding domain (Sung et al., (2003) *J. Interferon Cytokine Res.,* 23 (1): 25-36). Alternatively, the effector moiety may be a PEGylated structure or a naturally glycosylated structure so as to improve pharmacodynamic properties.

The effector moiety may be peptide bonded to the antigen-specific $V_H$ binding domain or it may be chemically bonded to the antigen-specific heavy $V_H$ domain, for example by using a chemical linking structure such as a maleimide linker. Alternatively, the polypeptide complexes of the invention may be expressed as fusion proteins. As such, the present invention also encompasses a polynucleotide sequence consisting of the heterologous heavy chain locus, or an isolated polynucleotide encoding the heavy chain-only antibody, of the present invention wherein the polynucleotide further comprises, in reading frame, one or more exon(s) encoding an effector moiety. This exon may be at the 5' or 3' end of the polynucleotide. For example, the polynucleotide may comprise, in the following order and in reading frame, a $V_H$ and a binding domain\effector moiety gene segment.

In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame. Such constructs are of value as diagnostics and therapeutics. As diagnostics, the effector domain can be a fluorescent protein (eg GFP) or enzyme (eg P-gal). Alternatively, the effector domain can be a tag for enhanced binding to a substrate (eg polyhistidine or a biotin), an antigen to provide a site of attachment for secondary antibodies or a leucine zipper or similar binding motif which may serve as a site for the attachment of fluorescent markers.

Polypeptide Complexes

The present inventors have also realised that it is possible to produce a bi-valent or multi-valent polypeptide complex comprising at least part of an antibody heavy chain, alone or in combination with a separate effector (light) chain comprising a complementary assembly domain and having additional effector activity. Polypeptide complexes according to the present invention retain the physiological function conferred by the heavy chain constant region in combination with additional effector moiety functions associated with the effector chain (FIG. **3**).

As such, in a third aspect, the polypeptide complex comprises heavy chains in combination with one or more effector chains (light chains). The second aspect of the present invention provides a polypeptide complex comprising a pair of heavy chains and a pair of effector chains, wherein:

the pair of heavy chains are associated with each other;

one of the effector chains is associated with one of the heavy chains and the other of the effector chains is associated with the other of the heavy chains;

each heavy chain comprises a binding domain, a dimerization domain, preferably comprising at least CH2, CH3 and, optionally, CH4 constant region domains, and an effector moiety capable of binding to a complementary assembly domain of the effector chain; and

the effector chain comprises a complementary assembly domain having attached to it an effector moiety,

wherein the assembly domain and the complementary assembly domain associate with one another through non-covalent interactions.

Preferably, the effector moiety in the heavy chain is different to the effector moiety in the effector chain.

Optionally, the polypeptide complex includes a flexible hinge-like domain at the carboxyl terminus of the CH3 domain (or CH4 domain, if present) linking it to the assembly domain. Preferably, the polypeptide complex includes a natural hinge domain or a flexible engineered hinge-like domain between the binding domain and the CH2 domain. The presence of hinge regions facilitates the independent function of binding domains and effector moieties in the resultant polypeptide complexes.

The effector moiety in the first polypeptide heavy chain optionally has a specificity different from the specificity of the effector moiety in the second polypeptide heavy chain. According to the present invention, the effector moiety of the polypeptide complex may be replaced by a binding domain. Preferably, the binding domain comprises a $V_H$ domain (as

defined in the first aspect of the invention) or a cell receptor binding domain. The resulting tetravalent dimeric binding protein (polypeptide complex) can comprise up to four different effector moieties. Preferably the effector moieties at the amino terminal end of the heavy chain are identical, and those at the carboxyl terminal end are identical (but recognise a different antigen or epitope to that at the amino terminal end), facilitating the assembly of a single homodimer. Such a molecule may prove advantageous for the capture of pathogens, effector functionality being provided by the inclusion of appropriate heavy chain functional domains (eg IgA or IgM).

An exemplary polypeptide complex according to the third aspect of the invention is useful for cytochemical labelling, targeting methods or therapy. For example if the effector molecule comprises an antigen-specific $V_H$ binding domain which targets a cancer cell surface marker and the effector moiety comprises a binding domain specific for a pro-drug converting enzyme (the effector chain). The antigen-specific $V_H$ binding domain binds to the target and brings the effector moiety into close proximity with the target such that on binding the effector chain it can exert a biological effect on the target in the presence of the pro-drug (eg nitroreductase with CB 1954). The inclusion of immunoglobulin heavy chain effector function as the dimerisation domain may also be beneficial in elimination of the target cell.

The Effector Chain

The effector chain comprises a complementary binding domain and an effector moiety, which associates with a heavy chain through the heavy chain effector moiety to form the assembled polypeptide binding complex. The effector chain complementary assembly domain may be an integral component of the effector moiety or a protein or alternative ligand fused or chemically linked to the effector moiety. The heavy chains of the assembled polypeptide binding complex bind to the target and bring the effector (light) chain moiety into close proximity with the target such that it can exert a biological effect of the target.

The Effector Moiety

The term 'effector moiety' as used herein includes any moiety that mediates a desired biological effect on a cell. The effector domain may be a cell, for example a T-cell, a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector domain may be an enzyme, drug, prodrug, toxin, in particular a protein toxin, a radionuclide in a chelating structure or binding domain. The effector moiety associated with the complementary assembly domain maybe cellular, proteinaceous, organic or inorganic in nature, dependent on the desired effect.

The term 'binding domain' as used herein in respect of all the above aspects of the present invention includes any polypeptide domain that is active in a physiological medium. Such a binding domain must also have the ability to bind to a target under physiological conditions.

Such binding domains include domains that can mediate binding or adhesion to a cell surface. Suitable domains which may be used in the polypeptide complexes of the invention are mammalian, prokaryotic and viral cell adhesion molecules, cytokines, growth factors, receptor antagonists or agonists, ligands, cell surface receptors, regulatory factors, structural proteins and peptides, serum proteins, secreted proteins, plasmalemmaassociated proteins, viral antigens, bacterial antigens, protozoal antigens, parasitic antigens, lipoproteins, glycoproteins, hormones, neurotransmitters, clotting factors, engineered single chain Fvs and the like. Preferably the binding domain is a vertebrate $V_H$ domain, more preferably a mammalian $V_H$ domain such as a human $V_H$ domain.

A binding domain may comprise a camelid $V_H$ ($V_{HH}$) domain or may comprise a $V_H$ domain obtained from a non-camelid. Preferably, the binding domain is a human $V_H$ domain. $V_H$ binding domains are preferably of B-cell origin derived from transgenic animals or camelids (as described above) as opposed to $V_H$ domains derived from synthetic phage libraries, since the former will be of higher affinity due to their generation in response to antigen challenge in vivo via VDJ rearrangement and somatic mutation.

If the effector moiety comprises a binding domain, it preferably has different specificity from the binding domain in the heavy chain. The advantage of this arrangement is that polypeptide complex can facilitate cross-linking of different targets or bind different antigens on a target cell (eg pathogen).

The binding domain in the first heavy chain may have a specificity different from that of the binding domain in the second heavy chain. In this way, the polypeptide complex will be at least bivalent and will be able to crosslink different targets and the effector domain will be able to exert its effect on both targets. A multivalent polypeptide complex can be created through the association of these tetravalent heavy chains with effector chains comprising effector domains with yet different specificity(ies) and functionality. Also, the effector moiety in the first heavy chain may have a different specificity from the effector moiety in the second heavy chain, permitting the capture of more than one effector chain, each carrying a different functionality.

The Complementary Assembly Domain Binds to an Effector Moiety

When a heavy chain associates with an effector chain, the terms 'effector moiety' and 'complementary assembly domain' as used herein include any moieties that can form at least a non-covalent attachment to each other. For example, the effector moiety and the complementary assembly domain may be a protein, peptide fragment or consensus sequence capable of forming a protein-protein interaction, such as that seen between: the $C_H1$ domain of an immunoglobulin heavy chain and the constant region of an immunoglobulin light chain; leucine zippers; VCAM and VLA-4; integrins and extracellular matrix proteins; integrins and cell surface molecules such as CD54 or CD102; ALCAMs and SRCR domains; an scFv and antigen or $V_H$ binding domain and antigen.

The Heavy Chains

Where the dimerization domains of the heavy chains comprise immunoglobulin heavy chain constant regions, the constant regions ($C_H$ exons) may give further physiological functionality to the polypeptide binding complex. In particular, the immunoglobulin heavy chain constant domains may provide for, inter alia, complement fixation, macrophage activation and binding to Fc receptors, depending on the class or subclass of the antibody constant domains.

As discussed above, it is well documented that the class of heavy chain expressed has a major role in effector function in vivo. An established cell line may produce a polypeptide complex having a useful targeting and biological effect but the heavy chain constant region may be of a class which is diagnostically or therapeutically undesirable, or it may not be secreted in useful quantities. Accordingly, the heavy chain constant domains of the polypeptide complexes of the invention may be specifically altered or partially or completely omitted to introduce or remove components of immunoglobulin heavy chains.

For instance, Ig molecules of class M are known to play an important role in the activation of macrophages and the complement pathway. Due to the close proximity of its bind-

ing sites, IgM has a high avidity for pathogens, including viruses. However, IgM is also known to be difficult for use in rapid immunoassay techniques whereas Ig of class G can be readily used in these techniques. For such uses, it would be useful to switch the class of the heavy chain from g to y domains.

The expression of the heavy chain Cy locus alone will produce IgG, including IgG1, IgG2, IgG3 and IgG4 isotypes, some of which will also activate complement. IgG antibodies bind and activate macrophages and granulocytes, and can cross the placenta.

Additional applications of various antibody classes have been discussed previously.

The constant regions of the heavy chains of the polypeptide complexes of the present invention may be of human, rabbit, rat or mouse origin as herein defined. Preferably, they are of human origin.

The polypeptide complexes of the present invention can also be used solely to block binding of ligands to their receptors by using dimerisation domains which provide no effector functions. Multiple receptors can be blocked by a multi-specific polypeptide complex.

In a fourth aspect of the invention, the effector molecule may comprise a dimerization domain such that the effector molecule can associate with a separate effector molecule. This dimerization domain may comprise one or more of CH2, CH3 or CH4 antibody constant region domains and/or a J chain. In this embodiment of the invention, two or more effector molecules may associate to produce an effector molecule dimer or multimer. The effector molecules may be the same (enabling the production of an effector molecule homodimer or homomultimer) or different (enabling the production of an effector molecule heterodimer or heteromultimer). Preferably, the effector molecule dimer or multimer is bi-valent or multi-valent. Preferably, the constant regions for the two or more effector molecules (ie the dimerization domains) are identical, thus reducing the possibility of product heterogeneity.

According to the fourth aspect of the present invention, there is provided a polypeptide complex comprising a dimer consisting of a first polypeptide heavy chain and a second polypeptide heavy chain wherein:

each polypeptide heavy chain comprises a binding domain and a dimerization domain which optionally comprises at least CH2, CH3 and, optionally, CH4 antibody constant region domains; and, optionally, an effector moiety, wherein, preferably:

the binding domain in the first polypeptide heavy chain has the same specificity as the binding domain in the second polypeptide heavy chain; and

the constant regions (dimerization domains) for the two polypeptide heavy chains are identical.

Preferably, the first and second chains have the same effector moiety.

Preferably, the dimerization domain comprises at least CH2, CH3 and, optionally, CH4 antibody constant region domains

The fourth aspect of the present invention also provides a polypeptide complex comprising a plurality of polypeptide heavy chain dimers and a J chain, wherein:

the plurality of polypeptide heavy chain dimers are assembled by the J chain;

each polypeptide heavy chain comprises a binding domain and identical μ, c, a or y CH2, CH3 and, optionally, CH4 domains; and

there are at least two binding domains having different specificities in the polypeptide complex (see FIGS. **4** and **5**).

As defined for the first aspect of the invention above, each heavy chain constant region preferably comprises at least one heavy chain constant region gene, which is expressed without a functional CH1 domain so that generation of heavy chain-only antibody can occur. Each heavy chain constant region may also comprise one or more additional heavy chain constant region genes, which are selected from the group consisting of CS, $_{Cy1\text{-}4}$, Cμ, Cc and $_{Cal\text{-}2}$ with the proviso that the additional heavy chain constant region genes also do not express a functional CH1 domain. The heavy chain constant region genes are selected depending on the preferred class or mixture of antibody classes required.

Preferably, there are only two binding domains of different specificities in expressed IgA and IgM.

In one embodiment, the heavy chains each include a CH4 domain, the constant domains are á domains and the polypeptide complex includes a J chain.

In another embodiment, the heavy chains each include a CH4 domain, the constant domains are μ domains and the antibody includes a J chain.

Assembly of the Polypeptide Complex

The modular domain arrangement of the polypeptide complexes of the present invention enables them to be constructed in a large number of possible permutations. Such alterations in the domain architecture and amino acid sequence of the polypeptide complex may be achieved by suitable mutation or partial synthesis and replacement of appropriate regions of the corresponding DNA coding sequences. Substitute or additional domains may be obtained from compatible recombinant DNA sequences. For example, the heavy chains may include a natural hinge or engineered flexible polypeptide domain both between the binding domain and the amino terminus of the CH2 domain and between the effector domain and the C-terminal end of the heavy chain (CH3 or CH4).

The heavy chains in the polypeptide complex of the invention are expressed as fusion proteins. The effector chains in the polypeptide complex of this aspect of the invention may be expressed as fusion proteins or may be assembled by chemical means or, if cellular in nature, may be isolated from blood or tissue, or captured in vivo (for example albumin).

In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame.

The effector moiety, if present as part of a fusion protein, may be located at either the amino or carboxy terminus of the complementary assembly domain.

Alternatively, the domains in the effector chain may be assembled by normal peptide chemical methods, as already known in the art, rather than by being synthesised as a fusion protein.

Linkage may be through a peptide bond or through chemical linkage. For example, the effector moiety may be peptide bonded to the complementary assembly domain or it may be chemically bonded to the complementary assembly domain, for example by using a chemical linking structure such as a maleimide linker.

The effector moiety may be positioned at any location in the heavy chain. For example, the effector moiety may be situated at the C terminal end of the heavy chain or between the binding domain and either the CH2 domain or the hinge domain of the polypeptide complex. It is preferred that the assembly domain is not situated between the CH2 and CH3 domains as this might interfere with an effector function and the dimerization domains. Preferably the effector moiety is attached to the amino terminal or carboxy end of the heavy

chain via a peptidic flexible linker or hinge like region so as to facilitate independent binding/function of effector moieties.

Polynucleotide Sequences, Vectors and Host Cells

The present invention also provides a polynucleotide sequence encoding a heavy chain of any one of the polypeptide complexes of the present invention, a vector comprising one or more of the polynucleotide sequences referred to above and a host cell transformed with a vector encoding the heavy chain of a polypeptide complex of the present invention. The polynucleotides preferably include sequences which allow the expressed heavy chains to be secreted as homodimers into the medium in which the host cell is growing. The host cell may be of any origin, including bacterial and yeast cells, but is preferably a vertebrate host cell, more preferable a mammalian host cell.

Transfection of the same host cell with a second vector encoding a heavy chain comprising a binding domain with specificity for a different target results in co-expression of the two constructs and the assembly of a mixture of homodimers and heterodimers. Homodimers will show specificity to the cognate antigen and heterodimers will bind both antigens.

The present invention also provides a host cell transformed with a vector encoding at least one effector chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferably a mammalian host cell. Alternatively the effector chain may be synthesised using methods which are known in the art.

The present invention also provides a host cell transformed with a vector encoding at least one heavy chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferable a mammalian host cell. Alternatively the heavy chain may be synthesised using methods which are known in the art.

The present invention also provides a host cell transformed with a vector encoding at least one heavy chain and at least one effector chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferable a mammalian host cell. Alternatively the chains may be synthesised independently and assembled using methods which are known in the art.

Furthermore, the present invention provides a transgenic organism expressing at least one heavy chain homo- or hetero-dimer polypeptide complex of the present invention. The transgenic organism maybe a non-human vertebrate or mammal, a plant or an insect.

The present invention also provides a method for the production of class-specific heavy chain-only antibodies and VH domains thereof, according to the first aspect of the invention, by immunising a transgenic organism of the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the organism is a mouse.

The production of antibodies and polypeptide complexes for healthcare applications requires large scale manufacturing systems, examples of which are discussed in detail above. Such systems include plants (e.g. maize), transgenic cattle and sheep, chickens and insect larvae suitable for mass rearing technology. Other production systems, including virus infection (eg baculovirus in insect larvae and cell-lines) as an alternative to cell culture and germline approaches will also be familiar to those skilled in the art.

These methods, and other suitable methods known in the art, can be used for the production of the polypeptide binding complexes of the invention. Production of homodimers and/or of heterodimers can be achieved using these methods.

Uses of the Heavy Chain-Only Antibodies and Polypeptide Complexes of the Invention

The heavy chain-only antibodies and polypeptide binding complexes of the invention have a great number of applications.

For example, the heavy chain-only antibodies and polypeptide complexes of the invention comprise bi- and multi-specific polypeptide complexes. These complexes are particularly advantageous, eg as therapeutics for the treatment and prevention of infectious diseases.

The heavy chain-only antibodies and polypeptide binding complexes of the invention are useful for cytochemical labelling, targeting methods, therapy and diagnostics.

In mono-antibody therapy, pathogen escape, for example due to a mutation leading to loss of a single binding site, will abolish the therapeutic effect of the antibody. The production of heterodimer polypeptide complexes recognising different antigens on the same pathogen can overcome this problem. The use of at least two binding domains having different specificities in the polypeptide complexes of the invention can also be utilised to enhance both cell-cell interactions and cell/pathogen interactions.

In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge polypeptide complexes between two cell types such as a pathogen and a macrophage, or a tumour cell and a T-cell. Alternatively the polypeptide complex may recognise two or more epitopes on the same pathogen with effector function being provided by the heavy chain constant region alone.

Alternatively, bi-specific polypeptide binding complexes may be used to target cells and tissues in vivo, then subsequently to capture circulating effector molecules or imaging agents. For example bi-specific tumour targeting agents can be used to capture pro-drug converting complexes for the subsequent localised conversion of pro-drug to reactive agent. Bi- and multi-specific binding complexes in combination with effector agents may also be used to bind and destroy one or more pathogens dependent on the selection of binding domains. Alternatively the presence of two or more binding domains which recognise different antigens on the same pathogen provide clinical advantages and reduce the likelihood of pathogen escape and drug redundancy as a result of mutation within the pathogen.

The present invention provides heavy chain-only antibodies or fragments thereof according to the first aspect of the invention, polypeptide chains and complexes according to the second aspect of the invention; and effector chains and polypeptide complexes according to the third aspect of the invention. All are suitable for pharmaceutical use in humans, and so the invention provides a pharmaceutical composition comprising a heavy chain-only antibody, polypeptide chain, effector chain or polypeptide complex of the present invention. The invention also provides the use of a heavy chain-only antibody, a polypeptide chain, an effector chain or a polypeptide complex of the present invention in the preparation of a medicament for the prophylaxis and/or treatment of disease. Heavy and effector chains may be formulated together or separately, dependent on the manner of administration and action of the medicament.

The pharmaceutical compositions and medicaments will typically be formulated before administration to patients.

For example, the heavy chain-only antibodies or polypeptide complexes may be mixed with stabilisers, particularly if they are to be lyophilised. Addition of sugars (eg mannitol, sucrose, or trehalose) is typical to give stability during lyo-

philisation, and a preferred stabiliser is mannitol. Human serum albumin (preferably recombinant) can also be added as a stabiliser. Mixtures of sugars can also be used, eg sucrose and mannitol, trehalose and mannitol, etc.

Buffer may be added to the composition, eg a Tris buffer, a histidine buffer, a glycine buffer or, preferably, a phosphate buffer (eg containing sodium dihydrogen phosphate and disodium hydrogen phosphate). Addition of buffer to give a pH between 7.2 and 7.8 is preferred, and in particular a pH of about 7.5.

For reconstitution after lyophilisation, sterile water for injection may be used. It is also possible to reconstitute a lyophilised cake with an aqueous composition comprising human serum albumin (preferably recombinant).

Generally, the heavy chain-only antibodies and polypeptide complexes will be utilised in purified form together with pharmacologically appropriate carriers.

The invention thus provides a method for treating a patient, comprising administering a pharmaceutical composition of the invention to the patient. The patient is preferably a human, and may be a child (eg a toddler or infant), a teenager or an adult, but will generally be an adult.

The invention also provides heavy chain-only antibodies, polypeptide chains, effector chains or a polypeptide complex of the invention for use as a medicament.

The invention also provides the use of the heavy chain-only antibodies, polypeptide chains, effector chains or chain polypeptide complexes of the invention in the manufacture of a medicament for treating a patient.

These uses, methods and medicaments are preferably for the treatment of one of the following diseases or disorders: wound healing, cell proliferative disorders, including neoplasm, melanoma, lung, colorectal, osteosarcoma, rectal, ovarian, sarcoma, cervical, oesophageal, breast, pancreas, bladder, head and neck and other solid tumours; myeloproliferative disorders, such as leukemia, non-Hodgkin lymphoma, leukopenia, thrombocytopenia, angiogenesis disorder, Kaposis' sarcoma; autoimmune/inflammatory disorders, including allergy, inflammatory bowel disease, arthritis, psoriasis and respiratory tract inflammation, asthma, immunodisorders and organ transplant rejection; cardiovascular and vascular disorders, including hypertension, oedema, angina, atherosclerosis, thrombosis, sepsis, shock, reperfusion injury, and ischemia; neurological disorders including central nervous system disease, Alzheimer's disease, brain injury, amyotrophic lateral sclerosis, and pain; developmental disorders; metabolic disorders including diabetes mellitus, osteoporosis, and obesity, AIDS and renal disease; infections including viral infection, bacterial infection, fungal infection and parasitic infection, pathological conditions associated with the placenta and other pathological conditions and for use in immunotherapy.

In a further aspect still, the present invention provides the use of a heavy chain-only antibody or polypeptide binding complex of the present invention as a diagnostic, prognostic, or therapeutic imaging agent. Furthermore, the present invention provides the use of a heavy chain homo- or hetero-dimer of the present invention alone or in combination with one or more effector (light) chains of the present invention as a therapeutic imaging agent, a cytochemical reagent or diagnostic agent.

The present invention provides the use of a heavy chain-only antibody or a fragment thereof as herein described as an intracellular binding reagent, or an abzyme.

Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.



The present invention also provides, the use of an antigen-specific single chain antibody or VH binding domain according to the present invention as an enzyme inhibitor or receptor blocker. Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The present invention also provides the use of a $V_H$ domain fused to an effector molecule for use as a therapeutic, imaging agent, diagnostic, abzyme or reagent.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B: shows a polypeptide complex comprising a binding domain ($V_H$) dimerization domain (optionally $C_H2$, $C_H3$ and $C_H4$) and a effector moiety (EM). Binding domains and effector moieties may be positioned at the amino or carboxy terminal ends of the dimerization domains.

Flexible linkers (←) and hinge ( ) regions are indicated.

FIGS. **2**A and **2**B: shows different configurations of binding domains and the replacement of the effector moiety by further binding domains. A. Preferred option since homodimers are produced. No separation of products required. B. Mixture of homodimers and heterodimers are produced. Separation of products required.

FIG. **3**: shows a heavy chain polypeptide complex in association with an effector chain. The effector chain comprises a complementary binding domain (CBD) and an effector moiety (EM). CBD is recognised by EM of heavy chain. CBD is fused to or part of effector, e.g. enzyme, toxin, chelator, imaging agent. Effector chain can be synthesized separately from heavy chain.

FIG. **4**: shows a bivalent secretory IgA in association with a J chain.

FIG. **5**: shows a multivalent heavy chain-only IgM-like polypeptide complex assembled via a J chain.

FIG. **6**: shows the strategy for the generation of transgenic mice expressing an IgG locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **7**: shows the strategy for the generation of transgenic mice expressing an IgM locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **8**: shows the strategy for the generation of transgenic mice expressing an IgA locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **9**: Sequence alignment of the PCR products obtained from bone marrow cDNA using $V_{H11}1$ and $V_{HH}2$ primers in combination with human Cγ2 primer from mice containing a locus with constant regions that have a camelid splice mutation to remove CH1 (SEQ ID NOs:12-16). The results show that CH1 is not removed.

FIGS. **10-13**: Structure of VH/camelid VH (VHH) constructs. 1-n stands for any number of VH genes, or D or J segments. The normal complement of the human locus is 51 V genes, 25 functional D segments (plus 2 non functional ones) and 6 J segments. In case of a Cμ (for IgM) or Cε (for IgE) region there is no H region and there is an additional CH4 exon between CH3 and M1. The VH genes(s) have been mutated to provide solubility as described in the public domain

The VH genes, D and J segments and C exons are preferably human, but could be from any other species including camelids. In the latter case the camelid VH (VHH) genes would not be mutated as they are naturally soluble.

FIG. **14**: Mouse immunization schedule and antibody assay for the generation of heavy chain-only IgG against *E. coli* HSP70 (SEQ ID NO:35).

FIG. **15**: Flow cytometric analysis and immunohistochemistry results for spleen cells derived from transgenic mice.

FIG. **16**: Results of ELISA analysis of DKTP immunized transgenic mice and sequence analysis of resulting antibody library (SEQ ID NOs:17-21).

FIG. **17**: Examples of somatic mutations and VDJ rearrangement seen in immunized transgenic mice (SEQ ID NOs: 22-29, SEQ ID NO:30, SEQ ID NOs:17-21 and SEQ ID NOs:31-35).

FIG. **18**: Results of immunostaining assay on Tet-on cell line transfected with response plasmid containing A5 antibody.

FIG. **19**: Results of Western bolt analysis of sera of transgenic mouse lines.

FIG. **20**: Size fractionation of human IgM mixed with human single chain IgM produced by the IgM plus IgG locus mice.

FIG. **21**: Results of ELISA analysis of single chain IgM and IgG antibodies raised against human TNFa.

FIG. **22**: shows a strategy for the generation of a homodimer plasmid with binding affinity for HSP70 and aGAG.

FIG. **23**: Functional expression of homodimer polypeptide complex in CHO cells.

FIG. **24**: demonstrates functional binding and simultaneous of homodimer polypeptide complex to alpha aGAG and HSP70. Schematic representation of a bivalent, bi-specific antibody. A second variable region (VHH2 directed against gag) is cloned onto the carboxyterminal end of a heavy chain only antibody containing the other specificity (VHH1 directed against HSP70). The hinge region between CH3 and VHH2 has been replaced by a linker region where all cysteines have been replaced by prolines (arrows). Coat ELISA plate with Gag, block with 1% milk/1% BSA in PBS, incubate first with diabody medium (1:2 dil.) and then with BI21 cell lysate (contains HSP70) (1:2 dil.). Elute bound proteins with sample buffer=2-mercaptoethanol and run on 8% gel. Stain with poly/monoclonal antibodies against Gag, diabody and HSP70. a Gag: Rabbit polyclonal/Swine a rabbit-AP (blue). a HSP70: monoclonal/Goat a Human IgG-HRP (brown). a Diabody: Goat a Human IgG-HRP (brown). Lane 1: Gag/Diabody/BI21 cell lysate. Lane 2: Gag/culture medium (is Diabody negative control)/BI21. Lane 3: -milk-BSA/Diabody/BI21. Lane 4: -milk-BSA/culture medium/ BI21. Lane 5: Gag/Diabody/-milk-BSA. Lane 6: Gag/culture medium/-milk-BSA.

FIG. **25**: shows the strategy for the generation of homodimer polypeptide complexes, optionally in association with effector chains carrying IgA effector function

FIG. **26**: shows the strategy for the generation of homodimer polypeptide complexes, optionally in association with effector chains carrying IgA effector function.

## GENERAL TECHNIQUES

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art (e.g. in cell culture, molecular genetics, nucleic acid chemistry, hybridisation techniques and biochemistry). Standard techniques are used for molecular, genetic and biochemical methods (see generally, Sambrook et al., Molecular Cloning: A Laboratory Manual, 2nd Ed. (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y. and Ausubel et al., Short Protocols in Molecular Biology (1999) 4th Ed., John Wiley & Sons, Inc.) and chemical methods. In addition Harlow & Lane, A Laboratory Manual, Cold Spring Harbor, N.Y., is referred to for standard Immunological Techniques.

Any suitable recombinant DNA technique may be used in the production of the bi- and multi-valent polypeptide complexes, single heavy chain antibodies, and fragments thereof, of the present invention. Typical expression vectors, such as plasmids, are constructed comprising DNA sequences coding for each of the chains of the polypeptide complex or antibody. Any suitable established techniques for enzymic and chemical fragmentation of immunoglobulins and separation of resultant fragments may be used.

The present invention also provides vectors including constructs for the expression of heavy chain-only antibodies in transgenic mice and the construction and expression of polypeptide complexes of the present invention.

It will be appreciated that a single vector may be constructed which contains the DNA sequences coding for more than polypeptide chain. For instance, the DNA sequences encoding two different heavy chains may be inserted at different positions on the same plasmid.

Alternatively, the DNA sequence coding for each polypeptide chain, may be inserted individually into a plasmid, thus producing a number of constructed plasmids, each coding for a particular polypeptide chain. Preferably, the plasmids into which the sequences are inserted are compatible.

Each plasmid is then used to transform a host cell so that each host cell contains DNA sequences coding for each of the polypeptide chains in the polypeptide complex.

Suitable expression vectors which may be used for cloning in bacterial systems include plasmids, such as Col E1, pcR1, pBR322, pACYC 184 and RP4, phage DNA or derivatives of any of these.

For use in cloning in yeast systems, suitable expression vectors include plasmids based on a 2 micron origin.

Any plasmid containing an appropriate mammalian gene promoter sequence may be used in cloning in mammalian systems. Insect or bacculoviral promoter sequences may be used fir insect cell gene expression. Such vectors include plasmids derived from, for instance, pBR322, bovine papilloma virus, retroviruses, DNA viruses and vaccinia viruses.

Suitable host cells which may be used for expression of the polypeptide complex or antibody include bacteria, yeasts and eukaryotic cells, such as insect or mammalian cell lines, transgenic plants, insects, mammalian and other invertebrate or vertebrate expression systems.

### Polypeptide Complexes and Single Heavy Chain Antibodies of the Present Invention

It will be understood that term 'polypeptide complex', 'a single heavy chain antibody' and 'heterlogous heavy chain locus' of the present invention also include homologous polypeptide and nucleic acid sequences obtained from any source, for example related cellular homologues, homologues from other species and variants or derivatives thereof.

Thus, the present invention encompasses variants, homologues or derivatives of the polypeptide complexes and antibodies as herein described.

In the context of the present invention, a homologous sequence is taken to include an amino acid sequence which is at least 80, 85, 90, 95, 96, 97, 98, 99, 99.5, 99.6, 99.7, 99.8, 99.9% identical, preferably at least 98 or 99%, identical, at the amino acid level over at least 30, preferably 50, 70, 90 or 100 amino acids. Although homology can also be considered in terms of similarity (i.e. amino acid residues having similar

chemical properties/functions), in the context of the present invention it is preferred to express homology in terms of sequence identity.

The present invention also includes constructed expression vectors and transformed host cells for use in producing the polypeptide complexes and antibodies of the present invention.

After expression of the individual chains in the same host cell, they may be recovered to provide the complete polypeptide complex or heavy chain-only antibody in active form.

It is envisaged that, in preferred forms of the invention, the individual heavy chains will be processed by the host cell to form the complete polypeptide complex or antibody which advantageously is secreted therefrom. Preferably, the effector chain is produced separately either by a host cell or by synthetic means.

Techniques for the preparation of recombinant antibody polypeptide complexes is described in the above references and also in, for example, EP-A-0 623 679; EP-A-0 368 684 and EP-A-0 436 597.

Immunisation of a Transgenic Organism

In a further aspect, the present invention provides a method for the production of the antibodies of the present invention comprising administering an antigen to a transgenic organism of the present invention.

The antibodies and polypeptide complexes produced from transgenic animals of the present invention include polyclonal and monoclonal antibodies and fragments thereof. If polyclonal antibodies are desired, the transgenic animal (e.g. mouse, rabbit, goat, horse, etc.) may be immunised with an antigen and serum from the immunised animal, collected and treated by known procedures. If serum containing polyclonal antibodies contains antibodies to other antigens, the polyclonal antibodies of interest can be purified by immunoaffinity chromatography and such like techniques which will be familiar to those skilled in the art. Techniques for producing and processing polyclonal antisera are also known in the art.

Uses of the Polypeptide Binding Complexes and Antibodies of the Present Invention

The polypeptide complexes and antibodies including fragments thereof of the present invention may be employed in: in vivo therapeutic and prophylactic applications, in vitro and in vivo diagnostic applications, in vitro assay and reagent applications, and the like.

Therapeutic and prophylactic uses of the polypeptide complexes and antibodies of the invention involve the administration of the above to a recipient mammal, such as a human.

Substantially pure polypeptide complexes and antibodies including fragments thereof of at least 90 to 95% homogeneity are preferred for administration to a mammal, and 98 to 99% or more homogeneity is most preferred for pharmaceutical uses, especially when the mammal is a human. Once purified, partially or to homogeneity as desired, the polypeptide complexes and heavy-chain-only antibodies as herein described may be used diagnostically or therapeutically (including extracorporeally) or in developing and performing assay procedures using methods known to those skilled in the art.

Generally, the polypeptide complexes and antibodies of the present invention will be utilised in purified form together with pharmacologically appropriate carriers. Typically, these carriers include aqueous or alcoholic/aqueous solutions, emulsions or suspensions, which may include saline and/or buffered media. Parenteral vehicles include sodium chloride solution, Ringer's dextrose, dextrose and sodium chloride and lactated Ringer's.

Suitable physiologically-acceptable adjuvants, if necessary to keep a polypeptide complex in suspension, may be chosen from thickeners such as carboxymethylcellulose, polyvinylpyrrolidone, gelatin and alginates.

Intravenous vehicles include fluid and nutrient replenishers and electrolyte replenishers, such as those based on Ringer's dextrose. Preservatives and other additives, such as antimicrobials, antioxidants, chelating agents and inert gases, may also be present (Mack (1982) Remington's Pharmaceutical Sciences, 16th Edition).

The polypeptide complexes and antibodies, including fragments thereof, of the present invention may be used as separately administered compositions or in conjunction with other agents. These can include various immunotherapeutic drugs, such as cyclosporine, methotrexate, adriamycin, cisplatinum or an immunotoxin. Alternatively, the polypeptide complexes can be used in conjunction with enzymes for the conversion of pro-drugs at their site of action.

Pharmaceutical compositions can include "cocktails" of various cytotoxic or other agents in conjunction with the selected antibodies of the present invention or even combinations of the selected antibodies of the present invention.

The route of administration of pharmaceutical compositions of the invention may be any of those commonly known to those of ordinary skill in the art. For therapy, including without limitation immunotherapy, the polypeptide complexes or antibodies of the invention can be administered to any patient in accordance with standard techniques. The administration can be by any appropriate mode, including parenterally, intravenously, intramuscularly, intraperitoneally, transdermally, via the pulmonary route, or also, appropriately, by direct infusion with a catheter. The dosage and frequency of administration will depend on the age, sex and condition of the patient, concurrent administration of other drugs, counter-indications and other parameters to be taken into account by the clinician.

The polypeptide complexes and antibodies of this invention can be lyophilised for storage and reconstituted in a suitable carrier prior to use. Known lyophilisation and reconstitution techniques can be employed. It will be appreciated by those skilled in the art that lyophilisation and reconstitution can lead to varying degrees of functional activity loss and that use levels may have to be adjusted upward to compensate.

In addition, the polypeptide complexes and antibodies of the present invention may be used for diagnostic purposes. For example, antibodies as herein described may be generated or raised against antigens which are specifically expressed during disease states or whose levels change during a given disease states.

For certain purposes, such as diagnostic or tracing purposes, labels may be added. Suitable labels include, but are not limited to, any of the following: radioactive labels, NMR spin labels and fluorescent labels. Means for the detection of the labels will be familiar to those skilled in the art.

The compositions containing the polypeptide complexes and antibodies of the present invention or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments.

A composition containing one or more polypeptide complexes or antibodies of the present invention may be utilised in prophylactic and therapeutic settings to aid in the alteration, inactivation, killing or removal of a select target cell population in a mammal. In addition, the selected repertoires of polypeptide complexes and antibodies described herein may be used extracorporeally or in vitro selectively to kill, deplete or otherwise effectively remove a target cell population from a heterogeneous collection of cells.

EXAMPLE 1

In preliminary experiments, transgenic mice were prepared to express a heavy chain locus wherein two llama VHH exons were linked to the human heavy chain diversity (D) and joining (J) segments, followed by the Cμ, CS, Cγ2, Cγ3 human constant region genes and human heavy chain immunoglobulin 3' LCR. The human Cγ2 and Cγ3 genes contained a G to A splice mutation. The presence of the Frt site enabled the generation of a single copy transgenic mouse from a multi-copy transgene array by Flp mediated recombination. However, sequences from the transgenic locus with a G to A splice mutation, showed aberrant splicing but incomplete CH1 removal (FIG. **9**).

Constructs

To overcome this problem, a genomic cosmid library was screened for clones containing the VH genes using standard methods. One (or more) different germline VHs were randomly chosen based on their sequence (five genera classes in the case of human VH's). Hydrophilic amino acid codons were introduced at positions 42, 49, 50 and 52 according to IMGT numbering (Lefranc et al. (1999)). The VH genes were combined into a BAC vector by standard procedures such as direct cloning using custom made linkers or homologous recombination.

Two clones were selected from the human genomic Pac library RPCI-11 (BACPAC Recource Center, USA): clone 1065 N8 containing human heavy chain D and J segments, Cμ (IgM) and C8 (IgD) and clone 1115 N15 containing the Cγ3 (IgG3) genes. Bac clone 11771 from a different human genomic library (Incyte Genomics, CA, USA) was used as a source of Cγ2 (IgG2) gene and the immunoglobulin heavy chain LCR (Mills et al. (1997) *J. Exp Med.,* 15; 186(6):845-58).

Using standard techniques, the Cγ3 and Cγ2 genes were subcloned separately into pFastBac vector (Invitrogen). Similarly any of the other Ig constant regions can be cloned from these BACs (IgA, IgE). A complete deletion of CH1 exon was achieved by homologous recombination (Imam et al. (2001)) using sequences that flank the CH1 exon of each constant region. An frt site could optionally be introduced in front of the Cμ switch region to allow the generation of single copy loci from multicopy loci by treatment with flp recombinase in vivo by standard means e.g. by breeding to rosa-flp mice (FIG. **10**).

The separate VH genes, D and J segments and C and LCR exons were cloned into one BAC either by conventional restriction digestion and ligations or by homologous recombination (or a mixture of both) or any other cloning technique.

Further constructs could then be created.

IgM-Only Locus

In order to obtain the IgM construct (FIG. **11**), one or more VHs genes (preferably engineered human VH genes to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments and Cμ, were cloned into a BAC. For the methodology see above. In this case only the Cμ region was cloned into the final BAC.

IgM Plus IgG Locus, (C8 is Optional)

In order to obtain the IgM plus IgG construct (FIG. **12**), one or more VHs genes (preferably engineered human VH segments to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments, Cμ (without CH1 but with CH4 exon), (optional CS) and the modified human Cγ2 and Cγ3 genes and 3' LCR were cloned into a BAC. In order to generate an IgG only locus loxP sites were introduced during the standard cloning steps (described above) and the BAC is grown in 294 Cre *E. coli* strain (Buscholz et al.) and cre mediated recombination yields bacteria producing an IgG only locus. For further construction details see above.

IgM Plus IgG Locus (C8 is Optional)

In order to obtain the IgM plus IgG construct (FIG. **13**), one or more VHs genes (preferably engineered human VH genes to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments, Cμ (with CH1 and CH4), (optional CS) and the modified human Cγ2 and Cγ3 genes and 3' LCR were cloned into a BAC. In order to generate an IgG only locus loxP sites were introduced during the standard cloning steps (described above) and the BAC was grown in 294 Cre *E. coli* strain (Buscholz et al.) and cre mediated recombination yielded bacteria producing an IgG only locus.

Transgenic Mice, Breeding and Genotyping

The final BAC was introduced into transgenic mice by standard microinjection of fertilized eggs or via embryonic stem cell transfection technology.

Transgenic loci were checked for integrity and number of copies by Southern blot analysis of tail DNA (Southern 1975) using 5' and 3' end locus probes. Founders were bred as lines in the μMT−/− background. Genotyping was done by standard PCR analysis using primers for each of the different regions of the locus. Sequence analysis of the RT-PCR products derived from BM cDNA of transgenic mice where the entire CH1 exon from both the Cγ2 and the Cγ3 was been deleted (one with (HLL lines) and one without the Cμ and CS genes, showed that the transgenic loci are not only capable of VDJ recombination, but that the IgG transcripts resemble those found in llama and camel HCAbs.

Immunohistochemistry

Spleens were embedded in OCT compound. Frozen 5 μm cryostat sections were fixed in acetone and single or double labeled as previously described (Leenen et al. 1998). Monoclonal antibodies anti B220/RA3-6B2, anti-CD11c/N418 (Steinman et al., 1997), were applied as hybridoma culture supernatants. Peroxidase coupled goat anti-human IgG and anti-human IgM were from Sigma. Second-step reagents were peroxidase labeled goat anti-rat Ig (DAKO, Glostrup, Denmark) or anti-hamster Ig (Jackson ImmunoResearch Laboratories, West Grove, Pa.) and goat anti-rat Ig alkaline phosphatase (Southern Biotechnology, Birmingam, Ala., USA).

FIG. **15** shows the immunohistochemical analysis of 5 μm frozen sections of spleens from $\mu MT^{-/-}$, WT and HLL and HLL-MD transgenic mice in the μMT−/− background. Sections were stained with anti B220 (blue) for B cells and anti-CD1 1c/N418 (brown) for dendritic cells. Arrows indicate the location of small clusters of B cells.

Flow Cytometric Analyses

Single cell suspensions were prepared from lymphoid organs in PBS, as described previously (Slieker et al. 1993). Approximately $1\times10^6$ cells were incubated with antibodies in PBS/0.5% bovine serum albumin (BSA) in 96 well plates for 30 min at 4° C. Cells were washed twice in PBS/0.5% BSA. For each sample, $3\times10^4$ events were scored using a FACScan analyzer (Becton Dickinson, Sunnyvale, Calif.). FACS data were analyzed using CellQuest version 1.0 computer software. Four-color analysis was performed on a Becton Dickinson FACS Calibur. The following mAbs were obtained from BD Pharmingen (San Diego, Calif.): FITC conjugated anti B220-RA3-6B2, PE conjugated anti CD19. FACS scan data of spleen cells, stained with anti-CD19 and anti-B220 are displayed in the bottom panel of FIG. **15**.

On the left of the figure is a representation of Flp recombination in vivo by breeding HLL lines to a FlpeR transgenic line and supporting FACS scan data on spleen cells of the

recombinant, showing B cell rescue as seen in the directly generated original HLL-MD lines. On the right is a representation of Cre recombination in vivo by breeding to Cag Cre transgenic line and FACS data on spleen cells of the single copy recombinant.

Immunization and Hybridoma Production (FIG. **14**)

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions and IgG2 and 3 constant regions (without a CH 1 domain) were created.

8 week old mice were immunized with either *E. Coli* heat shock protein 70 (hsp70). 20 gg or 5 μg of antigen with Specol adjuvant (IDDLO, Lelystadt, NL) was injected respectively s.c. on days 0, 14, 28, 42 and i.p. on day 50. Blood was taken on day 0, 14 and 45. After three boosts a low titer of antigen specific antibodies was detected in 1 out of 3 Hsp70 immunized HLL-MD1 mice (FIG. **14**).

A standard spleen cell fusion with a myeloma cell line was performed to generate a monoclonal antibody resulting in a monoclonal hybridoma cell line against the hsp70 protein. The anti-HSP 70 HCAb consists of the llama VHH segment closest to the D region (VHH 2) recombined to the human IgHD3-10 segment (acc.num. X13972) and the human IgHJ4-02 segment (acc.num.X86355). Although not at high frequency, the VHHs has a few mutations that give rise to the amino acid alterations seen in FIG. **9**A when compared to the germ line configuration. The RT-PCR analysis also showed only one productive IgH transcript in the hybridoma, suggesting that there are no other transcripts made. The aHSP70 IgG2 antibody is secreted as heavy chain only dimer (Western blots under denaturing gel (dimer) and non denaturing gel (monomer) conditions FIG. **14**). Spleen cells were fused with Sp2-O—Ag14 myeloma cells (gift from R. Haperen) on day 56 using a ClonalCellTM-HY kit (StemCell Technologies, UK) according to the manufacturer's instructions.

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions, a human IgM and IgG2 and 3 constant regions (all without a CH1 domain, FIG. **12**) were immunized with TNFa to obtain HC-IgM antibodies. One out of three mice showed positive sera in standard ELISA assays. A standard myeloma fusion yielded a positive IgM hybridoma (FIG. **16**). After gel filtration on Sepharose 6B under non-reduced conditions each fraction was of the column was loaded to a gel under reducing conditions and detected by a human IgM-HRP (FIG. **20**). Fractionation under non reducing conditions showed that the HC-IgM is secreted as a multimeric antibody with the same size as a human control IgM (after subtraction of the molecular weight of light chains and the CH1 domain that are absent from the HC-IgM). The gel fractionation of each column fraction under reducing conditions showed the expected monomer of (FIG. **20**).

Serum Ig ELISA

Blood from 15-25 weeks old mice was collected in EDTA coated tubes, spun for 15' at room temperature (RT) and the supernatant diluted 1:5 in PBS. A 96 well plate was coated for 2 h with 5 mg/ml of a goat anti human IgG (YES Biotechnology) or a goat anti human IgM (Sigma), washed with PBS, blocked for 1 h at RT with blocking solution (1.5% BSA/1.5% powder milk/0.1% tween 20/PBS) and washed three times with PBS. Dilution series of serum samples and standards (human IgG2 or human IgM (Sigma, Zwijndrecht, NL)) were loaded and incubated for 2-4 h and the plates washed 6 times with PBS before addition of a secondary antibody (1:2000 diluted goat anti human IgG or goat anti human IgM coupled to HRP (Sigma, Zwijndrecht, NL)). All dilutions were done in a blocking solution. After 1-2 h incubation at RT and washing in PBS, POD substrate (Roche) was added.

The ELISA for the detection of antigen specific soluble sdAbs from the IgG2 phage library is shown in FIG. **16**. Soluble sdAbs were used as primary antibodies on antigen-coated plates, followed by mouse a-myc antibody and HRP conjugated goat a-mouse antibody. POD was used as a substrate. The bottom panel shows fingerprinting of clones with restriction enzyme Hinf I, showing 5 different inserts coding for sdAb against *B. Pertussis.*

Antibody Library Construction and Screening

Total RNA was isolated from spleens of DKTP immunized single copy IgG only mice (FIG. **12** after cre treatment) using an Ultraspec RNA isolation system (Biotecx Laboratories Inc, Houston, Tex., USA). cDNA was made using oligo dT. DNA fragments encoding VHHDJ fragments were amplified by PCR using specific primers: vh1 back Sfi I primer (Dekker et al 2003) in combination with hIgG2hingrev primer (5'-AATCTGGGCAGCGGCCGCCTCGACACAA-CATTTGCGCTC-3', SEQ ID NO:1). The amplified VHH-DJs (~400 bp) were Sfi I/Not I digested, gel purified and cloned into Sfi I/NotI digested phagemid vector pHEN-1.

Transformation into TG1 electro-competent cells yielded in a human single domain antibody library. Two rounds of selection were performed using panning on vaccine antigens adsorbed onto plastic (immunotubes coated with undiluted vaccine). Restriction analysis and sequencing were standard.

RT-PCR of Heavy Chain-Only Locus

It was then investigated whether HLL-MD locus functions as a normal locus in producing a diverse antibody repertoire by sequencing the RT PCR products obtained using IgG2 and IgG3 specific primers on cDNA from Peyer's patches. FIG. **17** shows some examples of somatic mutations of clones from non immunized mice (left panel) and immunized mice (right panel). The mice were IgG only loci, immunized *E. Coli* hsp70, Pertussis lysate, tetanus toxoid. In grey shade is the IgG2 hinge region starting with ERKCCV.

Although, the RT-PCR analysis on Peyer's patches showed that both $V_H$ are used, all the antibodies sequenced rearranged the $V_H2$. The source of repertoire variability is the CDR3 region formed by the selection of D and J segments and by the V-D and D-J junctions. The use of human J segments is similar to that seen in human rearrangements, with the JH4 and JH6 segments being used most often.

This analysis showed that both VHs, different human D and all of the human J segments are used, to contribute to a diverse antibody repertoire. It also showed the presence of IgG3 switched B cells and the occurrence of somatic mutations by comparison of each rearranged gene with its germline counterpart i.e. the original $V_H$ in the transgenic construct (see FIG. **17**). Therefore, the human heavy chain-only IgG antigen receptor can provide the necessary signals for B cell maturation.

Immunostaining

FIG. **18** shows immunostaining results of one of Tet– on cell line additionally transfected with the response plasmid containing A5 antibody (Dekker et al. 2003). The upper panel shows doxycicline induced production of A5 antibody (red) in cytoplasm and nuclear staining of the cells with DAPI (blue). Lower panel shows that cells expressing rtTA in nucleus are the ones producing the A5 upon induction (upper panel). Staining was done with one of the human HCAb against rtTA (green) with the sequence shown below. The FITC conjugated goat anti human IgG was used as a secondary step. A5 was detected as previously described by Dekker et al 2003. The rTTA antibody was an IgG3 with the following sequence (SEQ ID NOs:2 and 3):

```
241 AGACTCT
 80  R  L

301 CCTGTGCAGCCTCTGGAAGCATCTTCAGTATCAATGCCATGGGCTGGTACCGCCAGGCTC
100 S  C  A  A  S  G  S  I  F  S  I  N  A  M  G  W  Y  R  Q  A

361 CAGGGAAGCAGCGCGAGTTGGTCGCAGCTATTACTAGTGGTGGTAGCACAAGGTATGCAG
120 P  G  K  Q  R  E  L  V  A  A  I  T  S  G  G  S  T  R  Y  A

421 ACTCCGTGAAGGGCCGATTCACCATCTCCAGAGACAACGCCAAGAACACGGTGTATCTGC
140 D  S  V  K  G  R  F  T  I  S  R  D  N  A  K  N  T  V  Y  L

481 AAATGAACAGCCTGAAACCTGAGGACACGGCCGTCTATTACTGTTTGATCTCTATGGTTC
160 Q  M  N  S  L  K  P  E  D  T  A  V  Y  Y  C  L  I  S  M  V

541 GGGGAGCCCGTTTTGACTACTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGAGCTCA
180 R  G  A  R  F  D  Y  W  G  Q  G  T  L  V  T  V  S  S  E  L

601 AAACCCCACTT
200 K  T   P  L
```

The IgG3 hinge starts at amino acid 198 ELKTPL. For comparison see the IgG2 hinge region in FIG. **17**.

Western Blot Analyses

FIG. **19** shows Western blots of sera of different transgenic mouse lines containing the IgM plus IgG locus (FIG. **10**) after cre treatment (ie IgM deleted, only IgG left). Sera were purified by prot G and gel fractionated under reducing (FIG. **19** right panel) and non reducing (FIG. **19**, left panel) conditions. The controls were the background KO mice and a normal human serum sample. Note the size difference between the two gels showing that the human heavy chain only IgG is a dimer.

The signal shown in FIG. **19** was detected with an anti-human IgG antibody by standard procedures.

Size Fractionation of Human IgM Produced by the IgM Plus IgG Locus Mouse

The serum from the IgM plus IgG mice (FIG. **13**) was fractionated by gel filtration under non reducing conditions after mixing with a human serum sample as a control. Results are shown in FIG. **20**. Molecular weights of the complexes on the column decrease with each lane (representing each fraction) from left to right. The fractions (each lane) were analysed by gel electrophoresis under reducing conditions.

ELISA analysis was performed on a number of hybridomas made from mice containing the IgM plus IgG (FIG. **13**) locus immunized with human TNFa. Results are shown in FIG. **21**. The top two rows in FIG. **21** were analysed with an anti-human IgG, the next two rows with an anti human IgM. The serum samples (arrows) show that the mouse has generated both IgG and IgM anti-TNFa antibodies. The single arrow shows a positive IgM hybridoma. The wells were coated with commercially available human TNFa. All procedures were standard.

EXAMPLE 2

The bi-specific bi-valent antibody was generated by combining two heavy chain only mono-specific antibodies. The first antibody forms the backbone bringing in the first specificity and the effector functions (variable region and constant region respectively). This was combined with the second antibody with the second specificity via a newly designed hinge. This hinge was similar to the existing IgG2 hinge sequence but was altered by replacing the cysteins with prolines to prevent crosslinking of the cysteins in the antibody dimer and providing extra flexibility via the prolines to prevent the second antibody being spatially constrained, which otherwise may have inhibited its function.

The starting backbone antibody was an antibody raised against the *E. coli* HSP70 protein. The HSP70 antigen was injected into transgenic mice that contained a heavy chain only antibody locus as described in (see above FIG. **14**). A monoclonal antibody was raised from these animals by standard hybridoma fusion technology (see above). The cDNA coding for the aHSP-antibody was subsequently cloned by standard RT-PCR recombinant DNA methods resulting in a plasmid containing a full length cDNA that included from the 5' end to the 3' end (in the protein from the N terminus to COOH terminus) the start codon ATG, the signal peptide sequence, the variable domain VHH1 (see Janssens et al.), the recombined D and J region and the constant region of Cγ2 (lacking a CH1 region), but including the stop codon and the polyA site (FIG. **22** upper left). The cDNA coding for the aHSP70 antibody was amplified by PCR for cloning using a forward primer and a reverse primer.

The forward primer was: CTGGAATTCTCAACC [illegible] GAGCTGGGGCTGAGC (SEQ ID NO:4) providing an EcoRI site for cloning purposes (underlined) an efficient translation start sequence (bold) and the normal start codon (greyshade).

The reverse primer was: GAC AAGCTTTACCCGGAGACAGGGAGAGGC (SEQ ID NO:5) providing a HindIII cloning site (underlined) and remaining the normal stop codon. The amplification therefore leads to a EcoRI/HindIII fragment containing an EcoRI site (underlined), an efficient translation start sequence (bold) and the normal start codon of the αHSP antibody gene (greyshade, see also FIG. **22**).

The reverse 3' end primer was: GAC AAGCTTTACCCGGAGACAGGGAGAGGC (SEQ ID NO:6) providing a HindIII cloning site (underlined) and removing the normal stop codon. This resulted in a fragment (FIG. **22** left second from top) with an EcoRI site to clone onto a promoter sequence and a HindIII site for cloning the 5'end onto the expression plasmid and the 3' end onto a novel hinge sequence (see below). Lastly the fragment was cut with EcoRI and HindIII to provide the appropriate single stranded ends for cloning.

The second cloned antibody bringing in the second specificity comprised the VHH domain of a llama antibody against the pig retrovirus (PERV) gag antigen (Dekker et al., (2003) *J Virol.,* 77 (22): 12132-9, FIG. **22** top right). The agag was amplified via standard PCR amplification using the following primers:

Forward: GTC [illegible] GCCCAGGTCCAACTGCAG-GAGTCTG (SEQ ID NO:7) and the reverse primer GTC

GAATTCTCATTCCGAGGAGACGGTGACCTGGGTC (SEQ ID NO:8). This provides the amplified fragment (FIG. **22** right second from top) with a XhoI site (greyshade) to clone the 5'end in frame with the novel hinge (see below) and an EcoRI site (underlined) for cloning the 3'end into the expression plasmid (FIG. **22**, right middle). Lastly the fragment was cut with EcoRI and XhoI to generate single stranded ends for cloning.

The two antibody sequences were combined into one diabody sequence via the novel hinge. The novel hinge was generated from two oligonucleotides that together form a double strand oligonucleotide with 5' and 3' overhangs (respectively HindIII and XhoI compatible) for cloning purposes. It was designed to be in frame with the end of the aHSP70 sequence and the start of the agag sequence. Formation of the sulphide bridges normally present in the human IgG2 hinge, was prevented by replacing the cysteins (greyshade) with prolines (underlined). The prolines add extra flexibility to the hinge to allow the proper functioning of the second antibody domain that becomes connected to COOH terminus of the first antibody via the hinge.

The normal IgG hinge sequence (cysteine codons in greyshade, proline codons underlined) GAGCGCAAATG TGTTGT CGAGTGC CCACCGTGC CCA (SEQ ID NO:9) and its complement were replaced by AGCTTCTGAGCGCAAACCACCAGTCGAGCCACCACCGCCACCAC (SEQ ID NO:10) and its complement TCGAGTGGTGGCGGTGGTGGCTCGACTGGTGGTTTGCGCTCAGA (SEQ ID NO:11). This also provided the fragment (white box hinge, FIG. **22**, center) with two single strand ends compatible with HindIII (bold) and XhoI (italic) sites for cloning purposes. Please insert the enclosed Sequence Listing at the end of the application as filed.

This also provided the fragment (white box hinge, FIG. **22**, center) with two single strand ends compatible with HindIII (bold) and XhoI (italic) sites for cloning purposes.

The three fragments (aHSP70 IgG2, hinge and agag) were subsequently ligated into a bluescript (Pbluescript11 sk+) expression plasmid that contains a chicken actin promoter and a CMV enhancer sequence (FIG. **22**, expression plasmid) by standard recombinant DNA technology. When this plasmid is expressed (see below) it results in the diabody shown at the bottom of FIG. **22**.

The diabody expression plasmid was grown and cotransfected with the plasmid pGK-hygro (to allow the selection of transfected cells) by standard methods (Superfect) into CHO cells (FIG. **23**). Positive clones were selected in hygromycin containing medium and positively identified as expressing the diabody by performing a standard a gag ELISA (Dekker et al., J. Virol. 2003) of the growth medium containing secreted diabody by the CHO cells using an ahuman IgG-HRP detection. Positively testing for the a-gag activity makes it most likely that a given clone expresses the entire diabody, because the gag specificity is at the back-end (COOH terminus) of the diabody. A subsequent ELISA for HSP70 was also positive. Western blots of these ELISA selected clones under non-reducing and reducing conditions were performed in order to show that the protein expressed from the plasmid was a dimer of 110 kD (as shown at the bottom of FIG. **23**), compared to the monomer of 55 kD (non reducing and reducing conditions and Western blots, FIG. **23** right). Thus the ELISA and the Western blot together show that the diabody is expressed and secreted into the medium as a dimer by the transfected CHO cells (at >70 ng/ml) and that the antibody can bind the HSP70 and gag antigens. However it does not show that the same dimer diabody molecule can bind both antigens at the same time.



Therefore, a follow-up experiment was carried out. First the gag antigen was fixed to the bottom of a plastic well (first well FIG. **24** center). The diabody (FIG. **24** top) was subsequently captured by the first antigen (gag) after application of the CHO cell supernatant of clone 1 (second well FIG. **24** center). This was followed by extensive washing and then application of the second antigen (HSP 70, FIG. **24** center third well), again followed by extensive washing. If a diabody molecule could bind both antigens at the same time, it should be captured to the bottom of the well by binding the first antigen (gag) and then capture the second antigen (HSP70). When the entire complex was subsequently eluted form the well (FIG. **24** center, right well) both the diabody and the antigens were visible on a Western blot (FIG. **24** bottom).

In order to collect the secreted diabody the CHO clones were grown under the same standard conditions and in media (SIGMA hybridoma medium, serum-free) used for the collection of antibodies from hybridomas.

Methods: Wells of a Nunc-Immuno plate (Maxisorp) were coated with purified recombinant gag protein (12.5 gg/ul in PBS) O/N 4 C. Blocked for two hrs with 1% milk/1% BSA in PBS. CHO-DB clone-1 medium [1]h diluted in PBS-Milk-BSA (or controls) were incubated for 3 hrs at room temperature (RT). Bacterial Bl21 cell lysate (containing HSP70 protein) [1]h diluted in PBS-Milk-BSA was incubated for 3 hrs at RT and washed. Bound proteins were eluted with Laemmli sample buffer containing 2-Mercaptoethanol. The samples were analysed by Western blot and therefore run on a 10% SDS-PAGE and blotted on nitrocellulose membrane. The blot was blocked for two hrs with PBS-Milk-BSA and incubated with primary antibodies. The products were visualized by standard methods using secondary antibodies coupled to enzymes that allow visual staining. The reagent used were:

a Gag: Rabbit polyclonal (1:2000) 2 hrs RT

a Diabody: Goat a human IgG-HRP (1:2500) 2 hrs RT a HSP70: Monoclonal G20-380 medium (1:2) 2 hrs RT.

Secondary antibodies were: Goat a Rabbit-AP (1:2000) 2 hrs RT and Goat a Human IgGHRP (1:2500) 2 hrs RT against the HSP70 monoclonal.

To visualize the protein bands first NBT/BCIP substrate (purple) reacting with alkaline phosphatase (AP) and second DAB substrate (brown) reacting with horseradish peroxidase (HRP) was used.

All washing steps were done with PBS-0.05% Tween-20.

Controls were carried out by leaving out one of the components or adding medium from CHO cells not producing diabodies (FIG. **24**), i.e; lacking no diabody application (medium from non transfected CO cells) and has therefore only gag (lane 2); lacking gag at the bottom of the well (replaced by milk protein) and should therefore have none of the products (lane 3); lacking gag and diabody and should have none of the products (lane 4); lacking HSP70 antigen (replaced by milk antigen) and should therefore have only the diabody and gag (lane 5); lacking HSP70 and diabody and should have only gag (lane 6).

The fact that all three components (the diabody plus both antigens) were only present in the well of lane 1 that received all three components (see also legend bottom of FIG. **24**) shows that the single diabody binds both antigens at the same time.

Generation of Bispecific IgA or Multi-Specific IgM

The generation of bispecific IgA is essentially as described for IgG (above), but using in addition to the Vhsol, D and J, the constant region Ca leading to the generation of IgA (FIG. **25**).

The generation of IgM is largely similar, but offers an additional possibility because IgM molecules can form large

multimers (with or without J chains). Thus in addition to molecules similar to those described above (FIG. **26** right bottom, after elimination of the multimerisation sequences), one can also generate multimers simply by co-expressing IgM's with different specificities (FIG. **26** left bottom).

EXAMPLE 3

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of the leucine zipper motif of Fos is constructed using molecular biology techniques as described in Sambrook et al ((1989) Molecular Cloning—A Laboratory Manual, Cold Spring Harbor Laboratory Press).

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention. Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of 3,3'-diindolylmethane (DIM) is then fused to the complementary assembly domain using techniques known to those skilled in the art.

EXAMPLE 4

An expression vector encoding the heavy chain of the polypeptide complex of the present invention comprising; a soluble VHH binding domain which binds to AFP (Alpha-Fetoprotein) and an assembly domain consisting the leucine zipper motif of Jun, and antibody hinge, CH2 and CH3 domains is constructed using molecular biology techniques as described in Sambrook et al.

A second expression vector encoding the light chain of the polypeptide complex of the present invention is also constructed. This comprises a complementary assembly domain consisting of the leucine zipper motif of Fos.

The expression vectors are then transferred to a suitable host cell by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of 3,3'-diindolylmethane (DIM) is then fused to the complementary assembly domain using techniques known to those skilled in the art.

EXAMPLE 5

VCAM and VLA-4

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting VCAM and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of VLA-4 fused to ricin A toxin is constructed using molecular biology techniques as described in Sambrook et al.

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

EXAMPLE 6

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of the leucine zipper motif of Fos and a soluble effector domain encoding purine nucleoside phosphorylase (PNP) is constructed using molecular biology techniques as described in Sambrook et al.

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

PNP converts fludarabine to the toxic metabolite 2-fluoroadenine which kills the cells that comprise the PNP enzyme and in addition diffuses to kill surrounding uninfected cells, a local bystander effect.

EXAMPLE 7

An expression vector encoding a first heavy chain of the polypeptide complex of the present invention comprising; a soluble VHH binding domain which binds to V3-PND region of glycoprotein antigen gp120 and an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains is constructed using molecular biology techniques as described in Sambrook et al.

A second expression vector encoding a second heavy chain of the polypeptide complex of the present invention is also constructed comprising: a soluble VHH binding domain which binds to GP-41, an assembly domain consisting of the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains.

A third expression vector encoding the light chain of the polypeptide complex of the present invention is also constructed. This comprises a complementary assembly domain consisting of the leucine zipper motif of Fos.

The expression vectors are then transferred to a suitable host cell by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of HIV-1 MN V3 (PND) peptide immunogen is then fused to the complementary assembly domain using techniques known to those skilled in the art.

EXAMPLE 8

An expression vector encoding a first heavy chain of the polypeptide complex of the present invention comprising: a soluble VHH binding domain which binds to V3-PND region of glycoprotein antigen constructed using molecular biology techniques as described in Sambrook et al ((1989) Molecular Cloning—A Laboratory Manual, Cold Spring Harbor Laboratory Press).

A second expression vector encoding a second heavy chain of the polypeptide complex of the present invention is also constructed comprising: a soluble VHH binding domain which binds to GP-41.

The two heavy chains are characterized in that the constant regions for the two heavy chains comprise identical g, CH2, CH3 and CH4 domains.

The expression vectors are then transferred a host cell which constitutively expresses a J chain by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of HIV-1 MN V3 (PND) peptide immunogen is then fused to the complementary assembly domain using techniques known to those skilled in the art.

All publications mentioned in the above specification are herein incorporated by reference.

Various modifications and variations of the described methods and system of the present invention will be apparent to those skilled in the art without departing from the scope and spirit of the present invention. Although the present invention has been described in connection with specific preferred embodiments, it should be understood that the invention as claimed should not be unduly limited to such specific embodiments. Indeed, various modifications of the described modes for carrying out the invention which are obvious to those skilled in biochemistry, molecular biology and biotechnology or related fields are intended to be within the scope of the following claims.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 35

<210> SEQ ID NO 1
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 1

aatctgggca gcggccgcct cgacacaaca tttgcgctc                              39


<210> SEQ ID NO 2
<211> LENGTH: 318
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 2

agactctcct gtgcagcctc tggaagcatc ttcagtatca atgccatggg ctggtaccgc      60

caggctccag ggaagcagcg cgagttggtc gcagctatta ctagtggtgg tagcacaagg     120

tatgcagact ccgtgaaggg ccgattcacc atctccagag acaacgccaa gaacacggtg     180

tatctgcaaa tgaacagcct gaaacctgag gacacggccg tctattactg tttgatctct     240

atggttcggg gagcccgttt tgactactgg ggccagggaa ccctggtcac cgtctcctca     300

gagctcaaaa ccccactt                                                   318


<210> SEQ ID NO 3
<211> LENGTH: 106
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 3

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15
```

-continued

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
20 25 30

Ile Thr Ser Gly Gly Ser Thr Arg Tyr Ala Asp Ser Val Lys Gly Arg
35 40 45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
50 55 60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Leu Ile Ser
65 70 75 80

Met Val Arg Gly Ala Arg Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val
85 90 95

Thr Val Ser Ser Glu Leu Lys Thr Pro Leu
100 105

<210> SEQ ID NO 4
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 4

ctggaattct caaccatgga gctggggctg agc 33

<210> SEQ ID NO 5
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 5

gacaagcttt acccggagac agggagaggc 30

<210> SEQ ID NO 6
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 6

gacaagcttt acccggagac agggagaggc 30

<210> SEQ ID NO 7
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 7

gtcctcgagg cccaggtcca actgcaggag tctg 34

<210> SEQ ID NO 8
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 8

gtcgaattct cattccgagg agacggtgac ctgggtc 37

<210> SEQ ID NO 9
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 9

gagcgcaaat gttgtgtcga gtgcccaccg tgccca 36

<210> SEQ ID NO 10
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 10

agcttctgag cgcaaaccac cagtcgagcc accaccgcca ccac 44

<210> SEQ ID NO 11
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 11

tcgagtggtg gcggtggtgg ctcgactggt ggtttgcgct caga 44

<210> SEQ ID NO 12
<211> LENGTH: 404
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 12

gacacggccg tgtagtatct gtaaggcaga tggggtagta ctatggttcg gggagtccac 60

cactgcggct agaggggcca gggaacactg gtcgcggtgt catcagcctc caccaagggc 120

ccatcggtct tccccctggc gccctgctcc aggagcacct ccgagagcac agcggccctg 180

ggctgcctgg tcaaggacta cttccccgaa ccggtgacgg tgtcgtggaa ctcaggcgct 240

ctgaccagcg gcgtgcacac cttcccagct gtcctacagt cctcaggact ctactccctc 300

agcagcgtgg tgaccgtgcc ctccagcaac ttcggcaccc agacctacac ctgcaacgta 360

gatcacaagc ccagcaacac caagagcgca aatgttgtgt cgag 404

<210> SEQ ID NO 13
<211> LENGTH: 352
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 13

gacattccca cttcgatctc tggggccgtg gcaccctggt cactgtctcc tcagcctcca 60

ccaagggccc atcggtcttc cccctggcgc cctgctccag gagcacctcc gagagcacag 120

cggccctggg ctgcctggtc aaggactact tccccgaacc ggtgacggtg tcgtggaact 180

caggcgctct gaccagcggc gtgcacacct tcccagctgt cctacagtcc tcaggactct 240

actccctcag cagcgtggtg accgtgccct ccagcaactt cggcacccag acctacacct 300

gcaacgtaga tcacaagccc agcaacacca agagcgcaaa tgttgtgtcg ag 352

<210> SEQ ID NO 14
<211> LENGTH: 394
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 14

-continued

```
gacacggccg tctattactg taatgccact acgatatttt gactggttat tatagacgct     60

actggggcca gggaaccctg gtcaccgtct cctcagcctc cgccaagggc ccatcggtct    120

tcccccctggc gccctgctcc aggagcacct ccgagagcac agcggccctg ggctgcctgg   180

tcaaggacta cttccccgaa ccggtgacgg tgtcgtggaa ctcaggcgct ctgaccagcg    240

gcgtgcacac cttcccagct gtcctacagt cctcaggact ctactccctc agcagcgtgg    300

tgaccgtgcc ctccagcaac ttcggcaccc agacctacac ctgcaacgta gatcacaagc    360

ccagcaacac caagagcgca aatgttgtgt cgag                                394


<210> SEQ ID NO 15
<211> LENGTH: 380
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 15

gacacggccg tccaatcgga tacagctatg gttacgtact ttgactactg gggccaggga     60

accctggtca ccgtctcctc agcctccacc aagggcccat cggtcttccc cctggcgccc    120

tgctccagga gcacctccga gagcacagcg gccctgggct gcctggtcaa ggactacttc    180

cccgaaccgg tgacggtgtc gtggaactca ggcgctctga ccagcggcgt gcacaccttc    240

ccagctgtcc tacagtcctc aggactctac tccctcagca gcgtggtgac cgtgccctcc    300

agcaacttcg gcacccagac ctacacctgc aacgtagatc acaagcccag caacaccaag    360

agcgcaaatg ttgtgtcgag                                                380


<210> SEQ ID NO 16
<211> LENGTH: 417
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 16

gacacggccg tctattactg taatgcagat gtattactat ggttcgggga gcctatagcc     60

ttactactac tacggtatgg acgtctgggg ccaagggacc acggtcaccg tctcctcagc    120

ctccaccaag ggcccatcgg tcttccccct ggcgccctgc tccaggagca cctccgagag    180

cacagcggcc ctgggctgcc tggtcaagga ctacttcccc gaaccggtga cggtgtcgtg    240

gaactcaggc gctctgacca gcggcgtgca caccttccca gctgtcctac agtcctcagg    300

actctactcc ctcagcagcg tggtgaccgt gccctccagc aacttcggca cccagaccta    360

cacctgcaac gtagatcaca agcccagcaa caccaagagc gcaaatgttg tgtcgag       417


<210> SEQ ID NO 17
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 17

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60
```

-continued

```
Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Lys
65                  70                  75                  80

Gly Pro Ile Thr His Val Arg Gly Val His Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 18
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 18

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Lys
65                  70                  75                  80

Thr Pro Ile Thr His Ile Arg Gly Val His His Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 19
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 19

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Arg
65                  70                  75                  80

Thr Pro Ile Thr Val Val Arg Gly Val His Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 20
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 20

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
```

```
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Lys Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Ser Ala Val Tyr Tyr Cys Asn Arg Thr
65                  70                  75                  80

Gly Pro Ile Thr His Val Arg Gly Val Asp Tyr Trp Gly Arg Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 21
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 21

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn His Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Glu
65                  70                  75                  80

Ser Pro Ile Thr Lys Val Arg Gly Val Ser Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 22
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 22

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 23
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 23

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30
```

-continued

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
35 40 45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
50 55

<210> SEQ ID NO 24
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 24

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Val Ile
1 5 10 15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
20 25 30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
35 40 45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
50 55

<210> SEQ ID NO 25
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 25

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1 5 10 15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
20 25 30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Gly Asp Ser Val Lys Gly
35 40 45

Arg Phe Thr Ile Ser Arg Asp Lys Ala Lys Asn
50 55

<210> SEQ ID NO 26
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 26

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1 5 10 15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
20 25 30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
35 40 45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
50 55

<210> SEQ ID NO 27
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 27

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1 5 10 15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala

-continued

```
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Lys Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 28
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 28

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Val Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Pro Pro Gly Lys Gln Arg Glu Leu Val Ala Gly
            20                  25                  30

Val Thr Ser Gly Gly Ser Thr Ser Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 29
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 29

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Pro
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 30
<211> LENGTH: 78
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 30

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn
65                  70                  75


<210> SEQ ID NO 31
<211> LENGTH: 105
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 31
```

-continued

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Glu
65                  70                  75                  80

Arg Ala Gly Asp Pro Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val Thr
                85                  90                  95

Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 32
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 32

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Gly Val Leu
65                  70                  75                  80

Trp Phe Gly Glu Leu Ser Asp Trp Phe Asp Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 33
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 33

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Asp
65                  70                  75                  80

Cys Trp Gly Ser Arg Trp Tyr Phe Asp His Tyr Trp Gly Arg Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105
```

-continued

```
<210> SEQ ID NO 34
<211> LENGTH: 111
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 34

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Asp
65                  70                  75                  80

Thr Ser Pro Pro Arg Tyr Phe Asp Trp Leu Pro Phe Asp Tyr Trp Gly
                85                  90                  95

Gln Gly Thr Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105                 110


<210> SEQ ID NO 35
<211> LENGTH: 112
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 35

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ser Asn Ala Met
1               5                   10                  15

Gly Trp Ser Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val His Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Gly
65                  70                  75                  80

Asn Thr Met Val Arg Gly Val Ile Ile Lys Tyr Arg Phe Asp Tyr Trp
                85                  90                  95

Gly Gln Gly Thr Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105                 110
```

What is claimed is:

**1**. A method for the production of a soluble, antigen-specific $V_H$ binding domain comprising:

(a) immunising a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, at least one D gene segment, at least one J gene segment and at least one heavy chain constant region;

(ii) each constant region does not encode a functional $C_H1$ domain;

(iii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iv) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_H1$ domain with an antigen;

(b) cloning a $V_H$ locus resulting from recombination between single V, D and J gene segments encoding a soluble, antigen-specific $V_H$ binding domain from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, $V_H$ binding domain from the clone of step (b).

**2**. The method of claim **1**, wherein steps (a) to (c) of claim **1** are carried out by:

(a) injecting an antigen into said transgenic rodent;

(b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest;

(c) producing a hybridoma from the cell or tissue of step (b);

(d) cloning the heavy chain-only antibody mRNA from said hybridoma; and

(e) producing said soluble, antigen-specific $V_H$ binding domain by isolating and expressing mRNA encoding said soluble, antigen-specific heavy chain only antibody from the mRNA of step (d).

**3**. The method of claim **1**, wherein steps (a) to (c) of claim **1** are carried out by:

(a) injecting an antigen into said transgenic rodent;

(b) isolating a cell or tissue expressing an antigen-specific, soluble heavy chain-only antibody of interest;

(c) cloning the $V_H$ locus from mRNA derived from the isolated cell or tissue; displaying the encoded VH domain using phage or similar library;

(d) identifying soluble, antigen-specific $V_H$ binding domain(s); and

(e) expressing the soluble, antigen-specific $V_H$ domain(s) alone or as a fusion protein.

**4**. The method of any one of claims **1**-**3**, wherein the heterologous $V_H$ heavy chain locus comprises naturally-occurring human $V_H$, human D and human J gene segments.

**5**. The method of claim **4**, wherein the heterologous $V_H$ heavy chain locus comprises more than one human $V_H$ gene segment, 5 or more human D gene segments and more than one human J gene segment.

**6**. The method of claim **5**, wherein the heterologous $V_H$ heavy chain locus comprises 5 human $V_H$ gene segments, all human D gene segments, and all human J gene segments.

**7**. The method of claim **6**, wherein the constant region is from the rat.

**8**. The method of any one of claims **1**-**3**, wherein the endogenous heavy chain locus of the transgenic rodent has been silenced.

* * * * *

# EXHIBIT 2

US009353179B2

(12) **United States Patent**
**Grosveld et al.**

(10) **Patent No.: US 9,353,179 B2**
(45) **Date of Patent: *May 31, 2016**

(54) **BINDING MOLECULES**

(71) Applicant: **Erasmus University Medical Centre**, Rotterdam (NL)

(72) Inventors: **Franklin Gerardus Grosveld**, Rotterdam (NL); **Richard Wilhelm Janssens**, Rotterdam (NL); **Dubravka Drabek**, Rotterdam (NL); **Roger Kingdon Craig**, Cheshire (GB)

(73) Assignee: **Erasmus University Medical Centre**, Rotterdam (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/837,402**

(22) Filed: **Mar. 15, 2013**

(65) **Prior Publication Data**

US 2013/0345405 A1 Dec. 26, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/645,684, filed on Dec. 23, 2009, now Pat. No. 8,921,524, which is a continuation of application No. 11/658,361, filed as application No. PCT/GB2005/002892 on Jul. 22, 2005, now abandoned.

(30) **Foreign Application Priority Data**

Jul. 22, 2004 (GB) .................................. 0416392.9
Jun. 10, 2005 (GB) .................................. 0511881.5

(51) **Int. Cl.**
***C07K 16/24*** (2006.01)
***C07K 16/00*** (2006.01)
***C07K 16/10*** (2006.01)
***C07K 16/12*** (2006.01)

(52) **U.S. Cl.**
CPC ............... ***C07K 16/241*** (2013.01); ***C07K 16/00*** (2013.01); ***C07K 16/1054*** (2013.01); ***C07K 16/1063*** (2013.01); ***C07K 16/1232*** (2013.01); *C07K 2317/22* (2013.01); *C07K 2317/31* (2013.01); *C07K 2317/53* (2013.01); *C07K 2317/569* (2013.01); *C07K 2319/00* (2013.01)

(58) **Field of Classification Search**
CPC ........................ C07K 2319/00; C07K 2317/31
USPC ........................ 530/387.3; 800/14; 424/132.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,487,890 A 1/1996 Taylor et al.
7,534,604 B2 5/2009 Fandl et al.
8,921,522 B2 * 12/2014 Grosveld et al. .......... 530/387.1
8,921,524 B2 * 12/2014 Grosveld et al. .......... 530/387.3
2003/0058074 A1 3/2003 Valle et al.
2003/0166877 A1 9/2003 Gillies et al.
2009/0271880 A1 10/2009 Grosveld et al.
2009/0307787 A1 12/2009 Grosveld et al.
2013/0344057 A1 * 12/2013 Grosveld et al. .......... 424/132.1

FOREIGN PATENT DOCUMENTS

EP 0368684 B2 3/1994
EP 0463151 B1 6/1996
EP 0436597 B1 4/1997
EP 0623679 B1 6/2003
RU 2335507 C2 10/2008
WO WO94/04678 3/1994
WO WO9946300 9/1999
WO WO02/12437 A2 2/2002
WO 02066630 A1 8/2002
WO WO02/085944 A2 10/2002
WO WO02/085945 A2 10/2002
WO WO02085944 10/2002
WO WO 02/100348 A2 12/2002
WO WO03/000737 A2 1/2003
WO WO03/002609 A2 1/2003
WO WO2004/003019 A2 1/2004
WO WO2004/049794 A2 6/2004

(Continued)

OTHER PUBLICATIONS

Inquiry by Japanese Patent Office dated Jun. 24, 2014, regarding Russian Patent Application No. 2011/166561, filed on Jul. 29, 2011.

Kriangkum, J. et al., "Bispecific and bifunctional single chain recombinant antibodies," Biomolecular Engineering, vol. 18, pp. 31-40 (2001).

Crescendo Biologics, "Crescendo Biologics Announces the Crescendo Mouse," 2013, retrieved from the Internet, URL: http://www.crescendobiologics.com/dev/uploads/Downloads/160113 Crescendo Mouse Press Release.pdf, retrieved on Jul. 30, 2014.

(Continued)

*Primary Examiner* — Lynn Bristol
(74) *Attorney, Agent, or Firm* — Saul Ewing LLP

(57) **ABSTRACT**

The present invention relates to the manufacture of a diverse repertoire of functional heavy chain-only antibodies that undergo affinity maturation, and uses thereof. The invention also relates to the manufacture and use of a diverse repertoire of class-specific heavy chain-only antibodies and to the manufacture and use of multivalent polypeptide complexes with antibody heavy chain functionality, preferably antibody heavy chain binding functionality, constant region effector activity and, optionally, additional effector functions.

The present invention also relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge. In particular, the present invention relates to a method for the generation of human antigen-specific, high affinity, heavy chain-only antibodies of any class, or mixture of classes and the isolation and expression of fully functional VH antigen-binding domains.

**8 Claims, 26 Drawing Sheets**

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO2004/058820 | A2 | 7/2004 |
| WO | WO2010/109165 | A2 | 9/2010 |
| WO | WO2011/072204 | A1 | 6/2011 |
| WO | WO2012/122512 | A1 | 9/2012 |
| WO | WO2012/141798 | A1 | 10/2012 |

OTHER PUBLICATIONS

Pharma Focus Asia, "VelocImmune—A novel platform," 2009, retrieved from the Internet, URL: http://www.pharmafocusasia.com/clinical_trials/human_antibody_discovery.htm, retrieved on Jul. 30, 2014.
Biburger, M. et al., "A Novel Bispecific Tetravalent Antibody Fusion Protein to Target Costimulatory Activity for T-cell Activation to Tumor Cells Overexpressing ErbB2/HER2," J. Mol. Biol., vol. 346, pp. 1299-1311, 2005.
Boder, E.T. et al., "Yeast surface display for screening combinatorial polypeptide libraries," Nat. Biotechnol., vol. 15, No. 6, pp. 553-557, 1997.
Bond, C.J. et al., "Contributions of CDR3 to $V_h$H Domain Stability and the Design of Monobody Scaffolds for Naive Antibody Libraries," J. Mol. Biol, vol. 332, pp. 643-655, 2003.
Brandt, C.R. et al., "Loss of a Consensus Splice Signal in a Mutant Immunoglobulin Gene Eliminates the $CH_1$ Domain Exon from the mRNA, Molecular and Cellular Biology," vol. 4, No. 7, pp. 1270-1277, 1984.
Brophy, B. et al., "Cloned transgenic cattle produce milk with higher levels of β-casein and $_{\kappa}$-casein," Nature Biotechnology, vol. 21, pp. 157-162, 2003.
Brüggemann, M. et al., "A repertoire of monoclonal antibodies with human heavy chains from transgenic mice," Proc. Natl. Acad. Sci. USA, vol. 86, pp. 6709-6713, 1989.
Brüggemann, M. et al., "Strategies for expressing human antibody repertoires in transgenic mice," Immunology Today, vol. 17, No. 8, pp. 391-397, 1996.
Carter, B. et al., "Bispecific human IgG by design," Journal of Immunological Methods, vol. 248, Nos. 1-2, pp. 7-15, 2001.
Damak, S. et al., "Improved Wool Production in Transgenic Sheep Expressing Insulin-like Growth Factor 1," Bio/technology, vol. 14, pp. 185-188, 1996.
Davies, J. et al., "'Camelising' human antibody fragments: NMR studies on VH domains," FEBS Letters, vol. 339, pp. 285-290, 1994.
Davies, J. et al., "Single antibody domains as small recognition units: design and in vitro antigen selection of camelized human VH domains with improved protein stability," Protein Engineering, vol. 9, No. 6, pp. 531-537, 1996.
De Genst, E. et al., "Strong in Vivo Maturation Compensates for Structurally Restricted H3 Loops in Antibody Repertoires," J. Biol. Chem., vol. 280, No. 14, pp. 14114-14121, 2005.
Dekker, S. et al., "Intracellularly Expressed Single-Domain Antibody against p15 Matrix Protein Prevents the Production of Porcine Retroviruses," J. Virol., vol. 77, No. 22, pp. 12132-12139, 2003.
Desmyter, A. et al., "Crystal structure of a camel single-domain $V_H$ antibody fragment in complex with lysozyme," Nature Structural Biology, vol. 3, No. 9, pp. 803-811, 1996.
Echelard, Y., "Year of the Ox," Nature Biotechnology, vol. 27, No. 2, pp. 146-147, 2009.
Ferguson, P.J. et al., "Antigen-Based Heteropolymers," Arthritis and Rheumatism, vol. 38, pp. 190-200, 1995.
Glennie, M.J. et al., "Renaissance of cancer therapeutic antibodies," Drug Discovery Today, vol. 8, pp. 503-510, 2003.
Hamers-Casterman, C. et al., "Naturally occurring antibodies devoid of light chains," Nature, vol. 363, pp. 446-448, 1993.
Hammer, R.E. et al., "Spontaneous Inflammatory Disease in Transgenic Rats Expressing HLA-B27 and Human $\beta_2$m: An Animal Model of HLA-B27-Associated Human Disorders," Cell, vol. 63, pp. 1099-1112, 1990.
Harmsen, M.M. et al., "Llama heavy-chain V regions consist of at least four distinct subfamilies revealing novel sequence features," Molecular Immunology, vol. 37, pp. 579-590, 2000.
Hendershot, L. et al., "Assembly and secretion of heavy chains that do not associate post-translationally with immunoglobulin heavy chain-binding protein," J. Cell Biol., vol. 104, pp. 761-767, 1987.
Holliger, P. et al., "Diabodies': Small bivalent and bispecific antibody fragments," Proc. Natl. Acad. Sci. USA, vol. 90, pp. 6444-6448, Jul. 1993.
Holt, L.J. et al., "Domain Antibodies: Proteins for Therapy," Trends in Biotechnology, vol. 21, No. 11, pp. 484-490, 2003.
Hudson, P.J. "Recombinant antibody constructs in cancer therapy," Curr. Opin. Immunol., vol. 11, pp. 548-557, 1999.
Imam, A.M.A. et al., "Modification of human β-globin locus PAC clones by homologous recombination in *Escherichia coli*," Nucleic Acids Research, vol. 18, No. 12, pp. e65 i-vi, 2000.
Janssens, R. et al., "Generation of heavy-chain-only antibodies in mice," PNAS, vol. 103, No. 41, pp. 15130-15135, 2006.
Jaton, J. et al., "Recovery of Antibody Activity upon Reoxidation of Completely Reduced Polyalanyl Heavy Chain and Its Fd Fragment Derived from Anti-2,4-dinitrophenyl Antibody," Biochemistry, vol. 7, No. 12, pp. 4185-4195, Dec. 1968.
Kellermann, S. et al., "Antibody discovery: the use of transgenic mice to generate human monoclonal antibodies for therapeutics," Current Opinion in Biotechnology, vol. 13, pp. 593-597, 2002.
Kitamura, D. et al., "A B cell-deficient mouse by targeted disruption of the membrane exon of the immunoglobulin .mu. chain gene," Nature vol. 350, pp. 423-426, 1991.
Kokubu, F., et al., "Diverse organization of immunoglobulin VH gene loci in a primitive vertebrate," EMBO. J., vol. 7, pp. 3413-3422, 1988.
Kuroiwa, Y., et al., "Cloned transchromosomic calves producing human immunoglobulin," Nature Biotechnology, vol. 20, No. 9, pp. 889-894, 2002.
Lefranc, M., et al., "IMGT, the international ImMunoGeneTics database," Nucleic Acids Research, vol. 27, No. 1, pp. 209-212, 1999.
Leher, H., et al., "Monoclonal IgA antibodies protect against Acanthamoeba keratitis," Exp. Eye. Res., vol. 69, No. 1, pp. 75-84, 1999.
Lonberg, N., "Human antibodies from transgenic animals," Nature Biotechnology, vol. 23, No. 9, pp. 1117-1125, 2005.
Lu, D., et al., "Di-Diabody: A Novel Tetravalent Bispecific Antibody Molecule by Design," J. Immunol. Methods, vol. 279, Nos. 1-2, pp. 219-232, 2003.
Lyden, D., et al., "Impaired recruitment of bone-marrow-derived endothelial and hematopoietic precursor cells blocks tumor angiogenesis and growth," Nat. Med., vol. 7, No. 11, pp. 1194-1201, 2001.
Marian, A.J., et al., "A transgenic rabbit model for human hypertrophic cardiomyopathy," The Journal of Clinical Investigation, vol. 104, No. 12, pp. 1683-1692, 1999.
Mills, F.C., et al., "Enhancer Complexes Located Downstream of Both Human Immunoglobulin Ca Genes," The Journal of Experimental Medicine, vol. 186, No. 6, pp. 845-858, 1997.
Muller, K.M., et al., "The first constant domain (C(H)1 and C(L)) of an antibody used as heterodimerization domain for bispecific miniantibodies," FEBS Letters, vol. 422, Issue 2, pp. 259-264, 1998.
Mullins, J.J., et al., "Fulminant hypertension in transgenic rats harbouring the mouse Ren-2 gene," Letters to Nature, vol. 344, pp. 541-544, 1990.
Muyldermans, S., et al., "Sequence and structure of $V_H$ domain from naturally occurring camel heavy chain immunoglobulins lacking light chains," Protein Engineering , vol. 7, No. 9, pp. 1129-1135, 1994.
Muyldermans, S., "Single domain camel antibodies: current status," Molecular Biotechnology, vol. 74, pp. 277-302, 2001.
Nicholson, I.C., et al., "Antibody Repertoires of Four- and Five-Feature Translocus Mice Carrying Human Immunoglobulin Heavy Chain and {kappa} and {lambda} Light Chain Yeast Artificial Chromosomes," The Journal of Immunology 163 (12), pp. 6898-6906 (Dec. 15, 1999), The William and Wilkins Co, Baltimore, MD.
O'Donnell, J.K., et al., "Production of human hemoglobin in transgenic swine: an approach to a blood substitute," vol. 17, No. 2, pp. 307-312, 1993.
O'Neill, T.P., "HLA-B27 transgenic rats: animal model of human HLA-B27-associated disorders," Toxicologic Pathology, vol. 25, No. 4, pp. 407-408, 1997.

(56) **References Cited**

OTHER PUBLICATIONS

Riechmann L., et al., "Single domain antibodies: comparison of camel VH and camelised human VH domains," Journal of Immunological Methods, vol. 231, pp. 25-38, 1999.
Segal, D.M., et al., "Introduction: Bispecific Antibodies," J. Immunol. Methods, vol. 248, pp. 1-6, 2001.
Sitia, R., et al., "Developmental regulation of IgM secretion: The role of the carboxy-terminal cysteine," Cell, vol. 60, No. 5, pp. 781-790, 1990.
Stanfield, R.L., et al., "Crystal Structure of a Shark Single-Domain Antibody V Region in Complex with Lysozyme," vol. 305, No. 5691, pp. 1770-1773, 2004.
Sung, C., et al., "Yeast surface display for screening combinatorial polypeptide libraries," J. Interferon Cytokine Res., vol. 23, No. 1, pp. 25-36, 2003.
Suresh, M.R., et al., "Advantages of bispecific hybridomas in one-step immunocytochemistry and immunoassays," PNAS, vol. 83, No. 20, pp. 7989-7993, 1986.
Tacken, P.J., et al., "Effective Targeting of Pathogens to Neutrophils via Chimeric Surfactant Protein D/Anti-CD89 Protein," The Journal of Immunology, vol. 172, No. 8, pp. 4934-4940, Apr. 15, 2004.
Tanha, J., et al., "Optimal Design Features of Camelized Human Single-domain Antibody Libraries," The Journal of Biological Chemistry, vol. 276, No. 27, pp. 24774-24780, Jul. 6, 2001.
Tanha, J., et al., "Selection by phage display of llama conventional $V_H$ fragments with heavy chain antibody $V_H$H properties," Journal of Immunological Methods, vol. 263, pp. 97-109, 2002.
To, R., et al., "Isolation of Monomeric Human $V_H$S by a Phage Selection," The Journal of Biological Chemistry, vol. 280, No. 50, pp. 41395-41403, 2005.
Van Dijk, M.A., "Human antibodies as next generation therapeutics," Curr. Opin. Chem. Biol., vol. 5, No. 4, pp. 368-374, 2001.
Van Spriel, A.B., Et Al., "Effective Phagocytosis and Killing of Candida albicans via Targeting FcγRI (CD64) or FcαRI (CD89) on Neutrophils," Journal of Infectious Diseases, vol. 179, No. 3, pp. 661-669, 1999.
Van Spriel A.B., et al., "Immunotherapeutic perspective for bispecific antibodies," Immunology Today, vol. 21, No. 8, pp. 391-397, 2000.
Vranken, W., et al., "Solution structure of a llama single-domain antibody with hydrophobic residues typical of the VH/VL interface," Biochemistry, vol. 41, pp. 8570-8579, 2002.
Wang, B., et al., "Transgenic goats produced by DNA pronuclear microinjection of in vitro derived zygotes," Molecular Reproduction and Development, vol. 63, pp. 437-443, 2002.
Ward, E.S., et al., "Binding Activities of a Repertoire of Single Immunoglobulin Variable Domains Secreted from *Escherichia coli*," Nature, vol. 341, pp. 544-546, 1989.
Worn, A. and Pluckthun, A., "Different equilibrium stability behavior of ScFv fragments: identification, classification, and improvement by protein engineering," Biochemistry, vol. 38, No. 27, pp. 8739-8750, 1999.
Wright, G., et al., "High level expression of active human alpha-1-antitrypsin in the milk of transgenic sheep," Bio/technology, vol. 9, pp. 830-834, 1991.
Xu, J.L., et al., "Diversity in the CDR3 Region of VH Is Sufficient for Most Antibody Specificities," Immunity, vol. 13, pp. 37-45, 2000.
Yau, K.Y.F., et al., "Affinity maturation of a V(H)H by mutational hotspot randomization," J. Imunol. Methods, vol. 297, Nos. 1-2, pp. 213-224, 2005.
International Search Report based on International Application No. PCT/GB2005/002892 dated Apr. 7, 2006.
EP Communication dated Feb. 27, 2014 regarding European Patent Application No. 10179784.3.
Co-pending U.S. Appl. No. 12/645,653, filed Dec. 23, 2009.
Co-pending U.S. Appl. No. 12/645,684, filed Dec. 23, 2009.
Co-pending U.S. Appl. No. 13/013,156, filed Jan. 25, 2011.
Co-pending U.S. Appl. No. 13/837,520, filed Mar. 15, 2013.
Jendreyko, N. et al., "Intradiabodies, Bispecific, Tetravalent Antibodies for the Simultaneous Functional Knockout of Two Cell Surface Receptors," J. Biol. Chem., vol. 278, pp. 47812-47819 (2003).
Reiter, Y. et al., "An Antibody Single-domain Phage Display Library of a Native Heavy Chain Variable Region: Isolation of Functional Single-domain VH Molecules with a Unique Interface," J. Mol. Biol., vol. 290, pp. 685-698 (1999).
"Shin-Seikagaku Jikken Kouza 12, Bunshi-Men'ekigaku III-Kougen, Koutai, Hotai—"(New Biochemical Experimental Seminar 12, Molecular Immnology III-antigen, antibody, and complement—) 1992, K.K. Tokyo Kagaku Dojin, pp. 1-11, English Translation Excerpts.
Japanese Patent Office Inquiry dispatched on Mar. 11, 2014. English translation.
Decision of Grant by Russian Patent Office dated May 21, 2014, regarding Russian Patent Application No. 2011/142759, filed on Mar. 19, 2010.
Brorson, K. et al., "Mutational Analysis of Avidity and Fine Specificity of Anti-Levan Antibodies," J. Immunol., vol. 163, pp. 6694-6701 (1999).
Brummell, D.A. et al., "Probing the Combining site of an anti-carbohydrate antibody by saturation-mutagenesis: role of the heavy-chain CDR3 residues."
Burks, E. et al., "In vitro scanning saturation mutagenesis of an antibody binding pocket," PNAS, vol. 94, pp. 412-417 (1997).
Colman, P.M. et al., "Effects of amino acid sequence changes on antibody-antigen interactions," Research in Immunol., vol. 145, pp. 33-36 (1994).
Jang, Y.J. et al., "The structural basis for DNA binding by an anti-DNA autoantibody," Molec. Immunol., vol. 35, pp. 1207-1217 (1997).
Kobayashi, H. et al., "Tryptophan H33 plays an important role in pyrimidine (6-4) pyrimidine photoproduct binding by a high-affinity antibody," Protein Engineering, vol. 12, pp. 879-844 (1999).
Kumar, S. et al., "Molecular Cloning and Expression of the Fabs of Human Autoantibodies in *Escherichia coli*," J. Biol. Chem., vol. 275, pp. 35139-35136 (2000).
Smith-Gill, S. et al., "Contributions of Immunoglobulin Heavy and Light Chains to Antibody Specificity for Lysozyme and Two Haptens," J. Immunol., vol. 139, pp. 4135-4144 (1987).
Song, M.K. et al., "Light Chain of Natural Antibody Plays a Dominant Role in Protein Antigen Binding," Biochem. Biophys. Res. Comm., vol. 268, pp. 390-394 (2000).
Barthelemy, Pierre A. et al., Comprehensive Analysis of the Factors Contributing to the Stability and Solubility of Autonomous Human VH Domains, The Journal of Biological Chemistry, Feb. 8, 2008, pp. 3639-3654, vol. 283, No. 6, Printed in the U.S.A.
Bond, Christopher J. et al., A Structure-Based Database of Antibody Variable Domain Diversity, Journal of Molecular Biology, 2005, pp. 699-709, vol. 348, Elsevier, Ltd.
Brüggemann, Marianne, Human Antibody Expression in Transgenic Mice, Archivum Immunologiac et Therapiac Expermentalis, 2001, pp. 203-208, PL ISSN 0004-069X.
Cai, Xiaohong et al., A melanoma-specific VH antibdy cloned from a fusion phage library of a vaccinated melanoma patient, Proceedings of the National Academy of Science, Jun. 1996, pp. 6280-6285, vol. 93, Medical Sciences.
Cai, Xiaohong et al., Comparison of fusion phage libraries displaying VH or single-chain Fv antibody fragments derived from the antibody repertoire of a vaccinated melanoma patient as a source of melanoma-specific targeting molecules, Proceedings of the National Academy of Science, Aug. 1997, Immunology, pp. 9261-9266, vol. 94, The National Academy of Sciences 0027-8424/97/949261-6.
Clark, Mike, Statement, May 18, 2015, pp. 1-9, Document ID No. 5556275-1-BFLECK.
Clark, Dr. Michael Ronald FSB, Curriculum Vitae, Nov. 18, 2014, pp. 1-21.
Corcoran, Anne, Statement, May 15, 2015, pp. 1-10.
Corcoran, Anne, Curriculum Vitae, pp. 1-3.
Corcos, Daniel, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologics Limited, May 20, 2015, pp. 1-13.
Corcos, Daniel, Curriculum Vitae, pp. 1-5.
Davies Julian et al., Antibody VH Domains as Small Recognition Units, Bio/Technology, May 13, 1995, vol. 13, pp. 475-479, Nature Publishing Group.

(56) **References Cited**

OTHER PUBLICATIONS

Davies, Julian et al., 'Camelising' human antibody fragments: NMR studies on VH domains, FEBS Letters, 1994, pp. 285-290, vol. 339, FEBS 13683, Elsevier, Federation of European Biochemical Societies.
Decanniere, Klaas et al., A single-domain antibody fragment in complex with Rnase A: non-canonical loop structures and nanomolar affinity using two CDR loops, Structure, Apr. 1999, pp. 361-370, vol. 7, No. 4, Elsevier Science Ltd. ISSN 0969-2126.
Desmyter, Aline et al., Crystal structure of a camel single-domain VH antibody fragment in complex with lysozyme, Nature Publishing Group, Sep. 1996, pp. 803-811, vol. 3, No. 9.
Ehlich, Andreas et al., Immunoglobulin Heavy and Light Chain Genes Rearrange Independently at Early Stages of B Cell Development, Cell, Mar. 12, 1993, pp. 695-704, vol. 72, Cell Press.
Galler, Gunther R. et al., Surface µ Heavy Chain Signals Down-Regulation of the V (D)J-Recombinase Machinery in the Absence of Surrogate Light Chain Components, The Journal of Experimental Medicine, Jun. 7, 2004, pp. 1523-1532, vol. 199, No. 11, The Rockefeller Univerity Press.
Ghahroudi, M. Arbabi et al., Selection and identification of single domain antibody fragments from camel heavy-chain antibodies, FEBS Letters, FEBS 19210, 1997, pp. 521-526, vol. 414, Federation of European Biochemical Societies.
Green, Larry L., Antibody engineering via genetic engineering of the mouse: XenoMouse strains are a vehicle for the facile generation of therapeutic human monoclonal antibodies, Journal of Immunological Methods, 1999, pp. 11-23, vol. 231, Elsevier Science B.V.
Green, L. L. et al., Antigen-specific human monoclonal antibodies from mice engineered with human Ig heavy and light chain YACs, Nature Genetics, May 1994, pp. 13-21, vol. 7, Nature Publishing Group.
Harmsen, Michiel M. et al., Llama heavy-chain V regions consist of at least four distinct subfamilies revealing novel sequence features, Molecular Immunology, 2000, pp. 579-590, vol. 37, Pergamon, Elsevier.
Hasan, Milena et al., Incomplete block of B cell development and immunoglobulin production in mice carrying the µMT mutation on the BALB/c background, European Journal of Immunology, 2002, pp. 2463-3471, vol. 32, Wiley-Vch Verlag GmbH & Co., Weinheim.
Hendershot, Linda et al., Assembly and Secretion of Heavy Chains that Do Not Associate Posttranslationally with Immunoglobulin Heavy Chain-binding Protein, The Journal of Cell Biology, Mar. 1987, pp. 761-767, vol. 104, The Rockefeller University Press.
Ja'Kemp, Third Party Observation Filed with the European Patent Office, Jul. 1, 2015, pp. 1-7.
Kitamura, Daisuke et al., A B cell-deficient mouse by targeted disruption of the membrane exon of the immunoglobulin µ chain gene, Nature, Apr. 4, 1991, pp. 423-426, vol. 350, Nature Publishing Group.
Kitamura, Daisuke et al., Targeted disruption of µ chain membrane exon causes loss of heavy-chain allelic exclusion, Nature, Mar. 12, 1992, pp. 154-156, vol. 356, Nature Publishing Group.
Lonberg, Nils et al., Antigen-specific human antibodies from mice comprising four distinct genetic modifications, Nature, Apr. 28,01994, pp. 856-859, vol. 368. Nature Publishing Group.
MacPherson, Andrew J. et al., BLySsful interactions between DCs and B cells, Nature Immunology, Sep. 2002, pp. 798-800, vol. 3, No. 9, Nature Publishing Group.
Muyldermans, Serge et al., Unique single-domain antigen binding fragments derived from naturally occurring camel heavy-chain antibodies, Journal of Molecular Recognition, 1999, pp. 131-140, vol. 12, John Wiley & Sons, Ltd.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Regeneron Pharmaceuticals, Inc., pp. 1-28.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Crescendo Biologics Limited, pp. 1-56.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Ablynx NV, pp. 1-24.
Orinska, Zane et al., Novel B cell population producing functional IgG in the absence of membrane IgM expression, European Journal of Immunology, 2002, pp. 3472-3480, vol. 32, Wiley-VCH Verlag GmbH & Co., KGaA, Weinheim.
Riechmann, Lutz, Declaration, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologics Limited, May 5, 2015, pp. 1-36.
Riechmann, Lutz,Curriculum Vitae, pp. 1-4.
Tanaka, Tomoyuki et al., Single Domain Intracellular Antibodies: A Minimal Fragment for Direct In Vivo Selection of Antigen-specific Intrabodies, Journal of Molecular Biology, 2003, pp. 1109-1120, vol. 331, Elsevier Ltd.
Tanha, Jamshid et al., Selection by phage display of llama conventional VH fragments with heavy chain antibody VHH properties, Recombinant Technology, Journal of Immunological Methods, 2002, pp. 97-109, vol. 263, Published by Elsevier Science B.V.
Vu, Khoa Bang et al., Comparison of Llama VH Sequences From Conventional and Heavy Chain Antibodies, Molecular Immunology, 1997, pp. 1121-1131, vol. 34, No. 16-17, Elsevier Sciences, Ltd., Pergamon PII: S0161-5890 (97)00146-6, Great Britain.
Wu, Tai TE et al., Length Distribution of CDRH3 in Antibodies, Proteins: Structure, Function, and Genetics, 1993, pp. 1-7, vol. 16.Wiley-Liss, Inc.

* cited by examiner

FIG. 1


A
VH1
VH1
CH2
CH2
CH3
CH3
Ch4
Ch4
EM
EM
OR
B
EM
EM
CH2
CH2
CH3
CH3
Ch4
Ch4
VH2
VH2
Plus variations of A and B

FIG. 2




Plus variations of examples shown in A or B

*FIG. 3*


VH1
VH1
CH2
CH2
Dimerization domain
CH3
CH3
Plus variations
Ch4
Ch4
EM
EM
CBD
CBD
Effector moiety
Effector chain
Effector moiety

*FIG. 4*

**Bivalent secretory IgA**



*FIG. 5*

**Multivalent IgM like**



FIG. 6

Generation of heavy chain only IgG



FIG. 7

Generation of heavy chain only IgM



FIG. 8


Generation of heavy chain only IgA
Not I
VH(1-n)
D(1-n)
J (1-n)
Frt
C
CH1
hinge CH2CH3 M1 M2
HS3 HS12 HS4
3'LCR
Not I
IgA locus, optionally with other constant regions
generate transgenic mice in mice with a defective heavy chain locus (e.g. MT)
immunize with antigens
generate hybridomas
optional
clone antibodies in expression plasmids
generate phage display libraries
isolate individual clones

*FIG. 9*

```
           VHH                  D                                        J
VDJg*1  GACACGGCCGTGTAGTATCTGTAAGGCAGATGG....................GGTAGTACTATGGTTCG....GGGA.
VDJg*2  GAC..............................................ATTCCCACTTCGATC....T....
VDJg*3  GACACGGCCGTCTATTACTGTAATGCCACTACG....................ATATTTTGACTGGTTAT....TATA.
VDJg*4  GACACGGCCGTCCAATCGGAtACAG..................................CTATGGTTACGTACTTT
VDJg*5  GACACGGCCGTCTATTACTGTAATGCAGATGTATTACTATGGTTCGGGGAGCCTATAGCCTTACTACTACTACGGTATG.

                                   J                                    CH1
VDJg*1  GTCCACCACTGCGGCTAGAGGGGCCAGGGAACACTGGTCGCGGTGTCATCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*2  ..................CTGGGGCCGTGGCACCCTGGTCACTGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*3  GAC..........GCTACTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGCCTCCGCCAAGGGCCCATCGGTCTTCCC
VDJg*4  GACTA............CTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*5  GACGT............CTGGGGCCAAGGGACCACGGTCACCGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC

                                          CH1
VDJg*1  CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*2  CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*3  CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*4  CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*5  CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG

                                          CH1
VDJg*1  TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*2  TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*3  TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*4  TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*5  TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC

                                          CH1
VDJg*1  TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*2  TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*3  TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*4  TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*5  TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG

         CH1      Hinge
VDJg*1  CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*2  CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*3  CAACACCAAGAGCGCAAATGTTGTGTCGAG        GGTGGACAAGACAGTT
VDJg*4  CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*5  CAACACCAAGAGCGCAAATGTTGTGTCGAG
```

*FIG. 10*


LCR
HS1,2
D (1-n)
VH (1-n)
J (1-n)
HS3
HS4
Frt
C region
H
CH2
CH3
M1
M2
C
or C
or C
or C
or C
or any combination thereof

*FIG. 11*


IgM only locus
Not I
HS4
HS12
HS3
3'LCR
Frt
C
CH1
CH2
CH3
CH4
M1
M2
J (1-n)
D (1-n)
VH (1-n)
Not I


Not I
5' probe
VH VH
25 funct D
6 J
Frt
LoxP
C CH1 C
LoxP
C CH1
C CH1
HS3
HS12
HS4
3'LCR
3' probe
Not
IgM plus IgG locus, C is optional

*FIG. 12*

*FIG. 13*


5' probe
Not I
VH VH
25 funct D
6 J
Frt LoxP
C
CH1
C
LoxP
C
CH1
C
CH1
HS3
HS12
HS4
3'LCR
Not
3' probe
IgM plus IgG locus, C is optional

FIG. 14


Antigen
10-100 µg
4-6 HLL deltaMD-1
TMµ-/-
IMMUNIZATION SCHEDULE
s.c.injections at days 0,14,28,42
i.p or i.v. injection at day 50
day 56
Spleen cells
Myeloma cells Sp2-0-Ag14
Fusion +HAT
Hybrids
Culture in HAT
Screening
Cloning
Hybridoma medium
Antigen prep HSP70
Antigen injected
Bacterial lysate
83Kd
62Kd
47Kd
G18 HCAb (IgG2 class)
VHH2
RLSCAASGSIFSNAMGWSRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKN...


MT-/-
WT
HLL/ MT-/-
HLL-MD/ MT-/-
HLL M
spleen staining dendritic cells and B cells
FACScan staining for splenic B cells with anti Cd19 and anti-B220
b220percp
CD19 PE
B220
CD19
KO background
no B cells
normal animal
B cells
IgM +Ch1 and G locus in KO no rescue of B cells
IgG only locus in KO rescue of B cells
IgM plus IgG locus in KO rescue of B cells
IgM deletion by cre
frt single copy
HLL3/ MT-/- X cre
HLL3-MD/ +/- X +/-
HLL3-MD/ MT-/-
HLL3-MD/ MT-/-
HLL-MD1/ MT-/- X flp
HLL-MD1s.c. MT+/- X MT-/-
HLL-MD1s.c./
HLL-MD1s.c./

FIG. 15

FIG. 16




-B.Pertussis

CDR3

1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKGPITHVRG*
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKTPITHIRG*
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ARTPITVVRG*
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDKAKNTVYLQMNSLKPEDSAVYYCNRT*GPITHVRG*
5 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNHADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AESPITKVRG*

CDR3 HINGE

....*VHY*WGQGTLVTVSSERKCCV...
....*VHH*WGQGTLVTVSSERKCCV...
....*VHY*WGQGTLVTVSSERKCCV...
....*VDY*WGRGTLVTVSSERKCCV...
....*VSY*WGQGTLVTVSSERKCCV...

Sequence of clones indicated by an asterix in the fingerprint, note the short CDR3 region

ne VHH1 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 1 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 2 RLSCAASGFTLDYYVIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 3 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYGDSVKGRFTISRDKAKN
CDR1 CDR2

ne VHH2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTNYADSVKGRFTISRDNAKN
Clone 1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTKYADSVKGRFTISRDNAKN
Clone 2 RLSCAASGSIFSINVMGWYRQDPGKQRELVAGVTSGGSTSYADSVKGRFTISRDNAKN
Clone 3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAP ITSGGSTNYADSVKGRFTISRDNAKN
CDR1 CDR2

CDR1 CDR2
VHH2 germline VHH2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN.........

CDR3
-B.Pertussis
1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKGPITHVRG*
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKTPITHIRG*
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ARTPITVVRG*
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDKAKNTVYLQMNSLKPEDSAVYYCNRT*GPITHVRG*
5 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNHADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AESPITKVRG*

-Tetanus
1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AERAGDP......*
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYC*GVLWFGELSD..*
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ADCWGSRW..*
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ADTSPPRYFDW*

-hsp70 RLSCAASGSIFSSNAMGWSRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVHLQMNSLKPEDTAVYYCN*AGNTMVRGVII*

CDR3 HINGE
-B.Pertussis
1....*VHY*WGQGTLVTVSSERKCCV...
2....*VHH*WGQGTLVTVSSERKCCV...
3....*VHY*WGQGTLVTVSSERKCCV...
4....*VDY*WGRGTLVTVSSERKCCV...
5....*VSY*WGQGTLVTVSSERKCCV...

-Tetanus
1 .....*FDY*WGQGTLVTVSSERKCCV...
2 ..*WFDY*WGQGTLVTVSSERKCCV...
3 ...*YFDHY*WGRGTLVTVSSERKCCV...
4 .*LPFDY*WGQGTLVTVSSERKCCV...

-hsp70 ....*KYRFDY*WGQGTLVTVSSERKCCV...

FIG. 17

*FIG. 18*




M
Human control sample
KO control mice
different transgenic lines
83 kD
62 kD
47.5 kD
32.5 kD
25 kD
reduced gel
M
Human control sample
KO control mice
different transgenic lines
175 kD
83 kD
62 kD
47.5 kD
non reduced gel

*FIG. 19*

FIG. 20

Size fractionation of human IgM mixed with human single chain IgM produced by the IgM plus IgG locus mice



FIG. 21

ELISA of single chain IgM and IgG antibodies raised against human TNF



*FIG. 22*

**Generation of the diabody expression plasmid**




Expression of HCIgm in CHO cells
HSP70
gag
CMV
Actin
VHH DJ
CH2 CH3
h
VHH2
Expression plasmid
superfect into CHO cells and select expressing cells in hygromycin
Test individual clones by ELISA
Western blots
Western blots of clone 1
marker
reduced
non-reduced
175kD
83kD
62kD
48kD
HCIgG control
32kD
25kD
110kD
55kD
detection by human IgG-HRP

FIG. 23

*FIG. 24*

Characterisation of the diabody



*FIG. 25*



Generation of heavy chain only IgA
Not I
HS3
HS12
HS4
Not I
Frt
VH(1-n)
D(1-n)
J (1-n)
C
CH1
3'LCR
IgA locus, optionally with other constant regions
hinge CH2 CH3 M1 M2
generate transgenic mice in mice with a defective heavy chain locus (e.g. MT)
immunize with antigens
generate hybridomas
optional
clone antibodies in expression plasmids
generate phage display libraries
isolate individual clones
engineer by recominant DNA technology bispecific bivalent antibodies as shown in figures above, e.g.
VH1
VH1
CH2
CH2
CH3
CH3
Ch4
Ch4
VH2
VH2
or
VH1
VH1
CH2
CH2
CH3
CH3
EBF
EBF
Effector
Effector

FIG. 26

Generation of multivalent IgM only antibodies



# BINDING MOLECULES

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of application Ser. No. 12/645,684, filed Dec. 23, 2009, now U.S. Pat. No. 8,921,524, which is a continuation of application Ser. No. 11/658,361, filed Oct. 10, 2008, now abandoned, which is a national stage of PCT International Application No. PCT/GB2005/002892, International Filing Date, Jul. 22, 2005, which claims priority under 35 U.S.C. 119(a) to Great Britain Application No. 0416392.9, Filed Jul. 22, 2004; Great Britain Application No. 0511881.5, Filed Jun. 10, 2005, each of which are incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present invention relates to the manufacture of a diverse repertoire of functional heavy chain-only antibodies that undergo affinity maturation, and uses thereof. The invention also relates to the manufacture and use of a diverse repertoire of class-specific heavy chain-only antibodies and to the manufacture and use of multivalent polypeptide complexes with antibody heavy chain functionality, preferably antibody heavy chain binding functionality, constant region effector activity and, optionally, additional effector functions.

The present invention also relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge. In particular, the present invention relates to a method for the generation of human antigen-specific, high affinity, heavy chain-only antibodies of any class, or mixture of classes and the isolation and expression of fully functional VH antigen-binding domains.

The present invention also relates to the generation of multivalent polypeptide complexes comprising heavy chain functionality, preferably heavy chain effector activity and other binding and effector functions.

Heavy chain-only antibodies and other multivalent binding complexes generated using the methods of the present invention and uses thereof are also described.

## BACKGROUND TO THE INVENTION

Monoclonal antibodies or variants thereof will represent a high proportion of new medicines launched in the 21st century. Monoclonal antibody therapy is already accepted as a preferred route for the treatment for rheumatoid arthritis and Crohn's disease and there is impressive progress in the treatment of cancer. Antibody-based products are also in development for the treatment of cardiovascular and infectious diseases. Most marketed monoclonal antibody products recognise and bind a single, well-defined epitope on the target ligand (eg TNFa). Manufacture of human monoclonal antibodies for therapy remains dependent on mammalian cell culture. The assembly of a complex consisting of two heavy chains and two light chains (the $_{H2L2}$ complex) and subsequent post-translational glycosylation processes preclude the use of bacterial systems. Production costs and capital costs for antibody manufacture by mammalian cell culture are high and threaten to limit the potential of antibody based therapies in the absence of acceptable alternatives. A variety of transgenic organisms are capable of expressing fully functional antibodies. These include plants, insects, chickens, goats and cattle but none as yet has been used to manufacture marketed therapeutic products.



Functional antibody fragments can be manufactured in *E. coli* but the product generally has low serum stability unless pegylated during the manufacturing process.

Bispecific antibody complexes are engineered Ig-based molecules capable of binding two different epitopes on the either the same or different antigens. Bispecific binding proteins incorporating antibodies alone or in combination with other binding agents show promise for treatment modalities where captured human immune functions elicit a therapeutic effect, for example the elimination of pathogens (Van Spriel et al., (1999) *J. Infect. Diseases,* 179, 661-669; Tacken et al., (2004) *J. Immunol.,* 172, 4934-4940; U.S. Pat. No. 5,487,890), the treatment of cancer (Glennie and van der Winkel, (2003) *Drug Discovery Today,* 8, 503-5100); and immunotherapy (Van Spriel et al., (2000) *Immunol. Today,* 21, 391-397; Segal et al., (2001) *J. Immunol. Methods,* 248, 1-6; Lyden et al., (2001) *Nat. Med.,* 7, 1194-1201).

Manufacturing issues are compounded where a bi-specific antibody product is based on two or more $_{H2L2}$ complexes. For example, co-expression of two or more sets of heavy and light chain genes can result in the formation of up to 10 different combinations, only one of which is the desired heterodimer (Suresh et al., (1986) *Methods Enzymol.,* 121, 210-228).

To address this issue, a number of strategies have been developed for the production in mammalian cells of full length bispecific IgG formats (BsIgG) which retain heavy chain effector function. BsIgGs require engineered "knob and hole" heavy chains to prevent heterodimer formation and utilise identical L-chains to avoid L-chain mispairing (Carter, (2001) *J. Immunol. Methods,* 248, 7-15). Alternative chemical cross-linking strategies have also been described for the production of complexes from antibody fragments each recognising different antigens (Ferguson et al., (1995) *Arthritis and Rheumatism,* 38, 190-200) or the cross-linking of other binding proteins, for example collectins, to antibody fragments (Tacken et al., (2004) *J. Immunol.,* 172, 4934-4940).

The development of diabodies or mini antibodies (BsAb) generally lacking heavy chain effector functions also overcomes heterodimer redundancy. These comprise minimal single chain antibodies incorporating $V_H$ and $V_L$ binding sites (scFv) which subsequently fold and dimerise to form a divalent bispecific antibody monovalent to each of their target antigens (Holliger et al., (1993) *PNAS,* 90, 6444-6448; Muller et al., (1998) FEBS Lett., 422, 259-264). In one instance, CH1 and L-constant domains have been used as heterodimerisation domains for bi-specific mini-antibody formation (Muller et al., (1998) FEBS Lett., 259-264). A variety of recombinant methods based on *E. coli* expression systems have been developed for the production of BsAbs (Hudson, (1999) *Curr. Opin. Immunol.,* 11, 548-557), though it would appear that the cost and scale of production of clinical grade multivalent antibody material remains the primary impediment to clinical development (Segal et al., (2001) *J. Immunol. Methods,* 248, 1-6).

Recently, the BsAb concept has been extended to encompass Di-diabodies, tetravalent bispecific antibodies where the VH and VL domains on each H and L chain have been replaced by engineered pairs of scFv binding domains. Such constructs, whilst complex to engineer, can be assembled in mammalian cells in culture in the absence of hetero-dimer redundancy (Lu et al., (2003) *J. Immunol. Methods,* 279, 219-232).

The structure of immunoglobulins is well known in the art. Most natural immunoglobulins comprise two heavy chains and two light chains. The heavy chains are joined to each other via disulphide bonds between hinge domains located approximately half way along each heavy chain. A light chain

is associated with each heavy chain on the N-terminal side of the hinge domain. Each light chain is normally bound to its respective heavy chain by a disulphide bond close to the hinge domain.

When an Ig molecule is correctly folded, each chain folds into a number of distinct globular domains joined by a more linear polypeptide sequence. For example, the light chain folds into a variable ($V_L$) and a constant ($C_L$) domain. Heavy chains have a single variable domain $V_H$, adjacent the variable domain of the light chain, a first constant domain, a hinge domain and two or three further constant domains. Interaction of the heavy ($V_H$) and light ($V_L$) chain variable domains results in the formation of an antigen binding region (Fv). Generally, both $V_H$ and $V_L$ are required for antigen binding, although heavy chain dimers and amino-terminal fragments have been shown to retain activity in the absence of light chain (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195).

With the advent of new molecular biology techniques, the presence of heavy chain-only antibody (devoid of light chain) was identified in B-cell proliferative disorders in man (Heavy Chain Disease) and in murine model systems. Analysis of heavy chain disease at the molecular level showed that mutations and deletions at the level of the genome could result in inappropriate expression of the heavy chain CH1 domain, giving rise to the expression of heavy chain-only antibody lacking the ability to bind light chain (see Hendershot et al., (1987) *J. Cell Biol.,* 104, 761-767; Brandt et al., (1984) *Mol. Cell. Biol.,* 4, 1270-1277).

Separate studies on isolated human $V_H$ domains derived from phage libraries demonstrated antigen-specific binding of $V_H$ domains but these $V_H$ domains proved to be of low solubility. Furthermore, it was suggested that the selection of human $V_H$ domains with specific binding characteristics displayed on phage arrays could form the building blocks for engineered antibodies (Ward et al., (1989) *Nature,* 341, 544-546).

Studies using other vertebrate species have shown that camelids, as a result of natural gene mutations, produce functional IgG2 and IgG3 heavy chain-only dimers which are unable to bind light chain due to the absence of the CH1 light chain-binding region (Hamers-Casterman et al., (1993) *Nature,* 363, 446-448) and that species such as shark produce a heavy chain-only-like binding protein family, probably related to the mammalian T-cell receptor or immunoglobulin light chain (Stanfield et al., (2004) *Science,* 305, 1770-1773).

A characterising feature of the camelid heavy chain-only antibody is the camelid $V_H$ domain, which provides improved solubility relative to the human $V_H$ domain. Human $V_H$ may be engineered for improved solubility characteristics (see Davies and Riechmann, (1996) *Protein Eng.,* 9 (6), 531-537; Lutz and Muyldermans, (1999) *J. Immuno. Methods,* 231, 25-38) or solubility may be be acquired by natural selection in vivo (see Tanha et al., (2001) J. Biol. Chem., 276, 24774-24780). However, where $V_H$ binding domains have been derived from phage libraries, intrinsic affinities for antigen remain in the low micromolar to high nanomolar range, in spite of the application of affinity improvement strategies involving, for example, affinity hot spot randomisation (Yau et al., (2005) *J. Immunol. Methods,* 297, 213-224).

Camelid $V_H$ antibodies are also characterised by a modified CDR3 loop. This CDR3 loop is, on average, longer than those found in non-camelid antibodies and is a feature considered to be a major influence on overall antigen affinity and specificity, which compensates for the absence of a VL domain in the camelid heavy chain-only antibody species (Desmyter et al., (1996) *Nat. Struct. Biol.,* 3, 803-811, Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 23, 25-28).



Recent structural studies on camelid antibody suggests that antibody diversity is largely driven by in vivo maturation processes with dependency on V(D)J recombination events and somatic mutation, (De Genst et al., (2005) *J. Biol. Chem.,* 280 (14), 14114-14121).

Recently, methods for the production of heavy-chain-only antibodies in transgenic mammals have been developed (see WO02/085945 and WO02/085944). Functional heavy chain-only antibody of potentially any class (IgM, IgG, IgD, IgA or IgE) and derived from any mammal (including man) can be produced from transgenic mammals (preferably mice) as a result of antigen challenge.

The normal immunoglobulin heavy chain locus comprises a plurality of V gene segments, a number of D gene segments and a number of J gene segments. Each V gene segment encodes from the N terminal almost to the C terminal of a V domain. The C terminal end of each V domain is encoded by a D gene segment and a J gene segment. VDJ rearrangement in B-cells followed by affinity maturation provides VH binding domains which then, with $V_L$ binding domains, form an antigen recognition or binding site. Interaction of the heavy and light chains is facilitated by the $C_H1$ region of the heavy chain and the x or X region of the light chain.

For the production of heavy chain-only antibody, the heavy chain locus in the germline comprises gene segments encoding some or all of the possible constant regions. During maturation, a re-arranged $V_H$ binding domain is spliced onto the $C_H2$ constant region-encoding segment, to provide a re-arranged gene encoding a heavy chain which lacks a $C_H1$ domain and is therefore unable to associate with an immunoglobulin light chain.

Heavy chain-only monoclonal antibodies can be recovered from B-cells of the spleen by standard cloning technology or recovered from B-cell mRNA by phage display technology (Ward et al., (1989) *Nature,* 341, 544-546). Heavy chain-only antibodies derived from camelids or transgenic animals are of high affinity. Sequence analysis of normal $H_2L_2$ tetramers demonstrates that diversity results primarily from a combination of VDJ rearrangement and somatic hypermutation (Xu and Davies, (2000) *Immunity,* 13, 37-45). Sequence analysis of expressed heavy chain-only mRNA, whether produced in camelids or transgenic animals, supports this observation (De Genst et al., (2005) *J. Biol. Chem.,* 280, 14114-14121).

An important and common feature of natural camelid and human $V_H$ regions is that each region binds as a monomer with no dependency on dimerisation with a $V_L$ region for optimal solubility and binding affinity. These features have previously been recognised as particularly suited to the production of blocking agents and tissue penetration agents.

Homo- or hetero-dimers can also be generated by enzymatic cleavage of heavy chain-only antibodies or by synthetic routes (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195 and US2003/0058074 A1). However the benefits of a monomeric antibody binding domain have yet to be used to advantage in design of multimeric proteins as reagents, therapeutics and diagnostics.

Human $V_H$ or camelid $V_{HH}$ produced by phage display technology lacks the advantage of improved characteristics as a result of somatic mutations and the additional diversity provided by D and J region recombination in the CDR3 region of the normal antibody binding site (Xu and Davies, (2000) *Immunity,* 13, 37-45). Camelid $V_{HH}$, whilst showing

benefits in solubility relative to human $V_H$, is antigenic in man and must be generated by immunisation of camelids or by phage display technology.

The incorporation of $V_H$ binding domains has clear advantage over the use of scFvs which must be engineered from $V_H$ and $V_L$ domains with the associated potential of loss of specificity and avidity. $V_H$ binding domains derived from related gene families such as T-cell receptors or the shark immunoglobin family also provide alternatives to scFv for the generation of bi- or multi-specific binding molecules. Other naturally occurring binding proteins and domains thereof including, for example, soluble receptor fragments may also be used.

Antibody classes differ in their physiological function. For example, IgG plays a dominant role in a mature immune response. IgM is involved in complement fixing and agglutination. IgA is the major class of Ig in secretions—tears, saliva, colostrum, mucus—and thus plays a role in local immunity. The inclusion of class-specific heavy chain constant regions when engineering multivalent binding complexes provides the therapeutic benefits of effector function in vivo dependent on the functionality required. Engineering of individual effector regions can also result in the addition or deletion of functionality (Van Dijk and van der Winkel, *Curr. Opin. Chem. Biol*., (2001) August 5 (4), 368-374). It seems likely that the optimal production and selection of heavy chain-only antibodies comprising high affinity VH binding domains (whether of human or camelid or other origin) will benefit from alternative approaches to those dependent on selection from randomised phage libraries which do not facilitate in vivo recombination and affinity maturation.

Thus, the inclusion of IgA constant region functionality would provide improved mucosal function against pathogens (Leher et al., (1999) *Exp. Eye. Res.,* 69, 75-84), whilst the presence of IgG1 constant region functionality provides enhanced serum stability in vivo. The presence of heavy chain $C_H2$ and $C_H3$ constant domains provides the basis for stable dimerisation as seen in natural antibodies, and provides recognition sites for post-translational glycosylation. The presence of $C_H2$ and $C_H3$ also allows for secondary antibody recognition when bispecific and multivalent complexes are used as reagents and diagnostics.

Isolated, pre-rearranged camelid heavy chain-only variable region sequences have previously been cloned in front of a hinge region and human IgG1 effector domain, inserted into vectors and expressed in COS cells to generate antibody. The antibodies expressed in this in vitro environment have already undergone the processes of class (isotype) switching and affinity maturation (hypermutation) in vivo in the camel and can bind to antigen (Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38).

There remains a need in the art to maximise heavy chain-only antibody diversity and B-cell response in vivo and, in particular, to generate a functional repertoire of class specific human heavy chain-only antibodies and functional $V_H$ heavy chain-only binding domains which retain maximum antigen-binding potential for use in diverse clinical, industrial and research applications.

There also remains a need in the art to produce a soluble, bi-valent or multi-valent polypeptide binding complex comprising at least part of an antibody heavy chain, alone or in combination with an effector (light) chain, which is physiologically stable and has effector function.

## BRIEF SUMMARY OF THE INVENTION

The present invention provides a method for the production of a $V_H$ heavy chain-only or a camelid $V_{H\,(VHH)}$ heavy chain-



only antibody in a transgenic mammal comprising the step of expressing a heterologous VH or camelid $VH_{(VHH)}$ heavy chain locus in that mammal, wherein the $V_H$ or camelid $V_H$ ($V_{HH}$) heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus, when expressed, is capable of forming heavy chain-only antibodies of defined class or classes.

The $V_H$ or camelid $V_{H\,(VHH)}$ heavy chain locus may comprise one or more camelid or non-camelid V gene segments. Preferably, the V gene segment has been selected or engineered to show improved solubility characteristics. Preferably the V gene segment is derived from a human.

The heavy chain constant region of the heavy chain locus may comprise a $C_{\alpha1}$ and/or a $C_{\alpha2}$, a Cc, a CS, a Cy and/or a Cg heavy chain constant region gene. Furthermore, the heavy chain constant region of the heavy chain locus may comprise more than one of the following heavy chain constant regions: $C_{\alpha1}$, $C_{\alpha2}$, CC, CS, Cy Cg.

Preferably, the $V_H$ heavy chain locus comprises a variable region comprising at least one human or camelid V gene segment, at least one D segment and at least one J segment wherein a human or camelid V gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence. The heavy chain locus preferably comprises twenty or more D gene segments and/or five or more J gene segments. Preferably, D and J segments are of vertebrate origin, preferably human. The CDR3 loop may be derived using D and J gene segments derived from any vertebrate and are preferably human D and J gene segments.

The $V_H$ heavy chain locus may also comprise a recombination sequence (rss) capable of recombining a J gene segment directly with a heavy chain constant region gene.

The heavy chain constant region of the heterologous heavy chain locus is of human origin or vertebrate origin e.g. of camelid origin. Alternatively the constant region may not be of immunoglobulin heavy chain origin.

Preferably, the methods of the invention result in essentially normal B-cell maturation. The present invention also provides a heavy chain-only antibody, or a fragment thereof, or a mixture of classes of heavy chain-only antibodies obtained or obtainable according to a method of the invention. This heavy chain-only antibody may be a monoclonal antibody, or fragment thereof, such as a human or camelid $V_H$ binding domain. The $V_H$ binding domain of the invention may lack an extended camelid-like CDR3 loop or, alternatively, may comprise an extended camelid-like CDR3 loop.

The present invention also provides a vector comprising a heterologous heavy chain locus of the invention and a host cell transformed with such a vector.

The invention also provides a transgenic mammal expressing a heterologous heavy chain locus described herein. Preferably, the transgenic mammal of the invention has a reduced capacity to produce antibodies that include light chains.

Also provided is the use of a heavy chain-only antibody, or fragment thereof, according to the invention, in the preparation of a medicament for immunotherapy. The heavy chain-only antibodies of the invention may also be used as diagnostics, reagents, abzymes or inhibitory agents. Also provided is a pharmaceutical composition comprising the heavy chain-only antibody or fragment thereof according to the invention, and a pharmacologically appropriate carrier.

The invention also provides a method of production and selection of heavy chain-only antibodies comprising the steps of:

a) injecting an antigen into the transgenic mammal as described herein;

b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest; and

c) producing a hybridoma from the cell or tissue of step (b) and

d) optionally cloning the heavy chain-only antibody mRNA from said hybridoma for subsequent production in a heterologous expression system such as a mammalian, plant, insect, microbial, fungal or alternative system.

$V_H$ binding domains may then be produced by identifying and isolating an antigen-specific VH domain from the cloned mRNA of step c).

$V_H$ binding domains of the invention may also be produced by:

a) injecting an antigen into the transgenic mammal described herein;

b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest;

c) cloning the VH locus from mRNA derived from the isolated cell or tissue;

d) displaying the encoded protein using a phage or similar library;

e) identifying antigen-specific VH domain(s); and

f) expressing the VH domain(s) alone or as a fusion protein in bacterial, yeast or alternative expression systems.

## DETAILED DESCRIPTION OF THE INVENTION

The present inventors have overcome the limitations of the prior art and shown that transgenic animals, in particular mice, can be generated using "micro loci" to produce class-specific, heavy chain-only antibodies, or a mixture of different classes of heavy chain-only antibodies which are secreted by plasma or B cells. These can then be used either to generate a reliable supply of class-specific, heavy chain-only antibody using established hybridoma technology or as a source of functional camelid $V_{H\ (VHH)}$ binding domains or $V_H$ heavy chain-only binding domains, preferably a soluble $V_H$ heavy chain-only binding domains of human origin, which are free of effector functions but which retain binding function.

Heavy chain-only antibodies (including camelid antibodies) that can be generated by the methods of the invention show high binding affinity, resulting from V, D and J gene segment rearrangements and somatic mutations, generally in the absence of an enlarged CDR3 loop. Essentially normal B-cell maturation is observed with high levels of heavy chain-only antibody present in isolated plasma (provided that the $C_H1$ domain has been eliminated from all antibody classes present in the recombinant locus). B-cell maturation and the secretion of assembled dimers (eg IgG) or multimers (eg IgM) has no dependency on the presence or expression of light chain genes.

Nucleotide sequence analysis of antigen-specific mRNA encoding an antigen-specific heavy chain isolated from hybridomas derived from transgenic mice has demonstrated that heavy chain antibody diversity is primarily a function of VDJ recombination. Furthermore, the present inventors have shown that antibody diversity is generated in the CDR3 region of the functional antigen-binding domain of the heavy chain-only antibody with a more limited contribution from somatic mutations in the $V_H$ domains. Using the methods described herein, functional $V_H$ domains can be cloned and expressed in bacterial systems to generate $V_H$ binding domains with full retention of antigen binding, specificity and affinity. In addition, class-specific heavy chain dimers and multimers can be secreted by hybridoma cell lines in culture.



The invention also teaches that transgenic mice can be programmed to produce preferred classes of heavy chain-only antibody in response to antigen challenge, eg only IgG as opposed to only IgM or, for example, mixtures of IgA, IgG and IgM.

The inventors have previously described (see WO02/085945 and WO02/085944) the generation of transgenic mice expressing a minimal human IgG heavy chain constant region locus devoid of the CH1 exon and linked by human D and J segments with two llama VHH genes. These produce functional, high affinity, antigen-specific IgG heavy chain-only antibody when challenged with antigen. Mixtures of heavy chain-only antibody classes (IgM and IgG) can be obtained by class switching in vivo through utilisation of gene constructs incorporating heavy chain constant regions in tandem (provided that all constant region genes lack a $C_H1$ domain and, when present, a $C_H4$ domain).

The improvements described herein show that a mouse constructed with the same IgG constant region locus linked by human D and J segments with two llama $V_{HH}$ genes and a human IgM constant region locus devoid of a $C_H1$ exon linked by the same human D and J gene segments with two llama $V_{HH}$ genes, also produces high molecular weight (multimeric) IgM heavy chain-only antibody and IgG (dimer) heavy chain-only antibody. Surprisingly, essentially normal B-cell maturation and antibody production is dependent on the complete absence of $C_H1$ sequences from each heavy chain constant region present in the transgenic locus. Moreover, there is no requirement for the removal of the $C_H4$ exon if present.

Thus, for example, a transgenic animal carrying a human IgM heavy chain locus with a functional $C_H1$ exon linked by the same human D and J gene segments to two llama V gene segments, and IgG constant heavy chain region locus devoid of the $C_H1$ exon linked by the same human D and J gene segments to two llama V gene segments, produces very low levels of heavy chain-only antibody and shows no evidence for B-cell maturation.

Other effector domains, including the $C_H4$ domain, may be incorporated or not, as desired, to introduce to, or eliminate from, the resultant heavy chain-only antibody, effector features.

The inventors have found that productive expression of antibody (ie B-cell maturation) can result from the use of any V gene segment present in the construct. Isolation and sequencing of antibody mRNA derived from B-cells shows that D and J gene segment recombination occurs to generate CDR3 diversity. Sequence comparison of resultant VH domains reveals somatic mutations, indicating that affinity maturation events have occurred in the recombined D and J gene segments and also in the VH domain of the resultant expressed antibody mRNA.

Preferred constructs incorporate V gene segments selected or engineered for improved solubility and linked to a D and J chain cluster for recombination and CDR3 generation. Preferably, the VDJ sequences are linked to constant effector domain(s) of choice in tandem, each devoid of a CH1 exon.

The invention is not limited to the derivation and production of human or camelid class-specific, heavy chain-only antibody or human $V_H$ binding domains (preferably soluble $V_H$ binding domains) (alone or linked to the effector domain of choice), but encompasses the production of chaemeric combinations of any V gene segment of vertebrate origin (optionally engineered to improve solubility characteristics) linked to D and J gene segments. Preferably, the V gene segments are of human origin and are not V gene segments derived from a camelid. The resultant $V_H$ domains may not

comprise an enlarged camelid-like CDR3 loop unless the D and J segments have been derived from a camelid. This results in a $V_H$ domain exhibiting CDR3 diversity and affinity maturation operationally linked to an effector constant region. The latter ensures functional secretion and optionally assembly in the parent transgenic vertebrate of choice and also provides subsequent selectable effector function should this be required.

These observations have important implications for the improved and simplified engineering of class-specific, heavy chain-only antibodies and the derivation of high affinity, soluble $V_H$ domains which incorporate affinity maturation via somatic mutation. Incorporation of select heavy chain constant region effector functions (devoid of CH1) or mixtures thereof permits the production of any class of heavy chain-only antibodies or any mixture of heavy chain-only antibodies without the requirement of additional antibody engineering. $V_H$ domains can be expressed alone in bacterial or other micro-organism systems or as functional heavy chain-only antibody incorporating effector domains secreted by hybridomas or transfected cells in culture. Antibodies and $V_H$ binding domains of human origin have wide ranging applications in the field of healthcare as medicines, diagnostics and reagents, with parallel agricultural, environmental and industrial applications.

Thus, in a first aspect, the present invention provides a method for the production of a $V_H$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a heterologous $V_H$ heavy chain locus in that mammal. Preferably, the $V_H$ heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus is capable of forming a diverse repertoire of complete heavy chain-only antibodies when expressed.

The first aspect of the present invention also provides a method for the production of a camelid $V_H$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a camelid $V_H$ heavy chain locus in that mammal, wherein the $V_H$ heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus, when expressed, is capable of forming a diverse repertoire of complete heavy chain-only antibodies incorporating VDJ rearrangement and affinity maturation in response to antigen challenge.

Heavy chain effector molecules may be engineered to be free of functional domains, for example the carboxy-terminal $C_H4$ domains, provided that engineering does not affect secretory mechanisms preventing cell surface assembly and consequently B-cell maturation. The $C_H1$ exons alone are deleted from the heterologous locus or are absent from the locus. Additional features maybe engineered into the locus, for example to improve glycosylation, or add function.

Preferably, the heterologous locus, when expressed, is capable of forming functional IgA, IgE, IgG, IgD or IgM molecules or isotypes thereof. Individual antibody classes or mixtures of antibody classes or isotypes thereof may also be produced.

Accordingly, the heterologous heavy chain locus is designed to produce preferred classes or mixtures of heavy chain-only antibody depending on the antibody class(es) required, with essentially normal B-cell maturation. The utilisation of camelid V, D and J gene segments and camelid effector regions will produce camelid antibodies with features peculiar to camelids, such as enlarged CDR3 loops. The use of human V, D and J gene segments comprising V gene segments randomly selected, or selected or engineered for enhanced solubility, will produce functional human heavy chain-only antibodies.

Antibodies obtained according to the invention have the advantage over those of the prior art in that they are of substantially any single or known class and preferably of human origin. Antibodies are of high affinity resulting from a combination of VDJ recombination and affinity maturation in vivo. Antibodies and fragments thereof may be may be isolated, characterised and manufactured using well-established methods known to those skilled in the art.

The Heterologous Heavy Chain Locus

In the context of the present invention, the term 'heterologous' means a nucleotide sequence or a locus as herein described which is not endogenous to the mammal in which it is located.

A "VH heavy chain locus" in the context of the present invention relates to a minimal micro-locus encoding a VH domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a CH1 domain). Preferably, the primary source of antibody repertoire variability is the CDR3 region formed by the selection of D and J gene segments by the V-D and D-J junctions.

The advantage of the present invention is that antibody repertoire and diversity obtained in the rearranged $V_H$ gene sequences can be maximised through the use of multiple D and J gene segments. Subsequent somatic mutation is achieved whilst using a minimal locus (micro-locus) without the need for a large number of V gene segments or the $V_L$ and $L_C$ (light chain) immunoglobulin loci.

Preferably, the $V_H$ heavy chain locus comprises from two to five V (2, 3, 4 or 5) gene segments derived from any vertebrate species.

Preferably, the V gene segments are of human origin, optionally selected or engineered for improved solubility.

Preferably, the $V_H$ heavy chain locus comprises from two to forty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18, 20, 30 or 40) or more D gene segments. The D gene segments may be derived from any vertebrate species but, most preferably, the D gene segments are human D gene segments (normally 25 functional D gene segments).

Preferably, the $V_H$ heavy chain locus comprises from two to twenty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18 or 20) or more J gene segments. The J gene segments may be derived from any vertebrate species but, most preferably, the J gene segments are human J gene segments (normally 6 J gene segments).

Preferably, the $V_H$ heavy chain locus comprises two or more V gene segments, twenty-five functional human D gene segments and 6 human J gene segments.

The term 'V gene segment' encompasses a naturally occurring V gene segment derived from a vertebrate, including camelids and human, which have optionally been selected, mutated, or engineered for improved characteristics, such as solubility. V gene segments are also found in other species such as shark (see Kokubu et al., (1988) EMBO. J., 7, 3413-3422) or have evolved to provide diverse $V_H$-like families of binding proteins exemplified, for example, in the evolution of the immunoglobulin light chain VL repertoire or the T-cell receptor VH repertoire.

Preferred methods of improving solubility of a $V_H$ domain incorporate rational, as opposed to only random, means and are exemplified in Davies and Reichmann, (1996) *Protein Eng.,* 9 (6), 531-537 and Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38. Natural selection can also occur in vivo through affinity maturation and the incorporation of favourable mutations in the $V_H$ gene following VDJ rearrangement.

The V gene segment must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant (effector) region (which may comprise several exons but excludes a $C_H1$ exon) according to the present invention to generate a $V_H$ heavy chain-only antibody when the nucleic acid is expressed.

A V gene segment according to the present invention also includes within its scope any gene sequence encoding a homologue, derivative or protein fragment, which is capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region (comprising one or more exons but not a CH1 exon) according to the present invention to generate a heavy chain-only antibody as defined herein.

Thus $V_H$ coding sequences may be derived from a naturally occurring source or they may be synthesised using methods familiar to those skilled in the art.

A "$V_H$ domain" in the context of the present invention refers to an expression product of a V gene segment when recombined with a D gene segment and a J gene segment as defined above. Preferably, the $V_H$ domain as used herein remains in solution and is active in a physiological medium without the need for any other factor to maintain solubility. Preferably, the ability of the soluble $V_H$ domain to bind antigen has been improved by VDJ recombination and somatic mutation. There is no dependency on the presence or absence of the enlarged CDR3 loop peculiar to the camelid species. The $V_H$ domain is able to bind antigen as a monomer and, when combined with effector constant regions, may be produced in mono-specific, bi-specific, multi-specific, bi-valent or multivalent forms, dependent on the choice and engineering of the effector molecules used (eg IgG, IgA IgM etc.) or alternative mechanisms of dimerisation and multimerisation. Any likelihood of binding with a $V_L$ domain when expressed as part of a soluble heavy chain-only antibody complex has been eliminated by removal of the $C_H1$ exon (see Sitia et al., (1990) Cell, 60, 781-790). The $V_H$ domain alone can also be engineered with diverse protein domains to produce fusion proteins for targeted therapeutic and diagnostic purpose, for example with toxins, enzymes and imaging agents.

In the context of the present invention the terms 'a D gene segment' and 'a J gene segment' includes naturally occurring sequences of D and J gene segments. Preferably, the D and J gene segments are derived from the same vertebrate from which the V gene segment is derived. For example, if a V gene segment is derived from a human and then solubilised or engineered, the D and J gene segments are preferably also derived from a human. Alternatively the V gene segments maybe derived, for example, from camel and the D and J gene segments from human or vice versa.

The terms D gene segment and J gene segment also include within their scope derivatives, homologues and fragments thereof as long as the resultant segment can recombine with the remaining components of a heavy chain antibody locus as herein described to generate a heavy chain-only antibody as herein described. D and J gene segments may be derived from naturally occurring sources or they may be synthesised using methods familiar to those skilled in the art and described herein. The V, D and J gene segments are capable of recombination and preferably undergo somatic mutation.

The V, D and J gene segments are preferably derived from a single vertebrate species. This may be any vertebrate species but is preferably a human.

In addition, a heterologous heavy chain locus according to the present invention comprises a region of DNA encoding a heavy chain constant region providing effector functions in vivo (eg IgG, IgM, IgA, IgE, IgD or isotypes thereof).

The invention also provides an antigen-specific, heavy chain-only antibody obtained or obtainable by the methods of the present invention.

The Heavy Chain Constant Region

Operationally, a heavy chain constant region is encoded by a naturally occurring or engineered gene segment that is capable of recombining with a V gene segment, a D gene segment and a J gene segment in a B cell. Preferably the heavy chain constant region is derived from an immunoglobulin locus.

According to this aspect of the invention, each heavy chain constant region essentially comprises at least one heavy chain constant region gene, which is expressed without a functional CH1 domain so that generation of heavy chain-only antibody can occur. Each heavy chain constant region may also comprise one or more additional heavy chain constant region exons, which are selected from the group consisting of CS, $_{C\gamma 1\text{-}4}$, Cg, Cc and $C_{a1\text{-}2}$ with the proviso that the additional heavy chain constant region genes also do not express a functional $C_H1$ domain. The heavy chain constant region gene segments are selected depending on the preferred class or mixture of antibody classes required. Optionally, the heterologous heavy chain locus is Cg- and CS-deficient.

For instance, Ig molecules of class M are known to play an important role in the activation of macrophages and the complement pathway. Due to the close proximity of its binding sites, IgM has a high avidity for pathogens, including viruses. However, IgM is also known to be difficult for use in rapid immunoassay techniques whereas Ig of class G can be readily used in these techniques. For such uses, it would be useful to select for the preferred antibody class, ie IgG or IgM.

The expression of all or part of a heterologous heavy chain Cy locus devoid of $C_H1$ will produce optionally some or all IgG isotypes, dependent on the IgG1, IgG2, IgG3 and IgG4 isotypes present in the heterologous IgG locus. Alternatively the heavy chains may comprise $C_E$ genes. The resulting IgE molecule might also be used in therapy.

Alternatively, selected mixtures of antibodies may be obtained. For example, IgA and IgM may be obtained when the heavy chain constant region comprises a $C_a$ and a $C_g$ gene.

Preferably, the heavy chain constant region according to the present invention is of human origin, in particular when the heavy chain antibody is to be used for therapeutic applications in humans. Where the heavy chain antibodies are to be used for diagnostic or veterinary purposes, the heavy chain constant region is preferably derived from the target organism, vertebrate or mammal in or on which diagnosis or veterinary therapy is to be performed.

When expressed, the heavy chain constant region lacks a functional $C_H1$ domain. The $C_H1$ exon and, optionally, $C_g$ and C8 constant regions, may be mutated, deleted or substituted. Preferably, the $C_H1$ exon is deleted. The presence, for example, of IgM with a functional $C_H1$ domain inhibits B-cell maturation and consequently limits the productive expression of heavy chain only IgG (devoid of $C_H1$) within the same locus, as B-cell maturation is inhibited.

A 'heavy chain constant region exon' ('$C_H$ exon') as herein defined includes the sequences of naturally occurring vertebrate, but especially mammalian, $C_H$ exons. This varies in a class specific manner. For example, IgG and IgA are naturally devoid of a $C_H4$ domain. The term '$C_H$ exon' also includes within its scope derivatives, homologues and fragments thereof in so far as the $C_H$ exon is able to form a functional heavy chain-only antibody as herein defined when it is a component of a heavy chain constant region.

Optionally, when present, the $C_H4$ or other functional domains maybe engineered or deleted within the transgene

provided such a process does not inhibit the intracellular secretory process, B-cell maturation or the binding activity of the resultant antibody polypeptide.

Mammals

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a rodent such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as goats, sheep, cats, dogs or other animals may also be employed.

Preferably transgenic animals are generated using established oocyte injection technology and, where established, ES cell technology or cloning.

Advantageously, immunoglobulin heavy and optionally light chain loci endogenous to the mammal are deleted or silenced when a heavy chain-only antibody is expressed according to the methods of the invention.

This approach of generating heavy chain-only antibodies as described above maybe of particular use in the generation of antibodies for human therapeutic use as often the administration of antibodies to a species of vertebrate which is of different origin from the source of the antibodies results in the onset of an immune response against those administered antibodies.

Therefore, in a further aspect, the present invention provides a transgenic mammal expressing a heterologous heavy chain locus according to the present invention.

The transgenic mammal may be engineered to have a reduced capacity to produce antibodies that include light chains.

Antibody-producing cells may be derived from transgenic animals according to the present invention and used, for example, in the preparation of hybridomas for the production of heavy chain-only antibodies as herein defined. In addition or alternatively, nucleic acid sequences may be isolated from transgenic mammals according to the present invention and used to produce $V_H$ domain heavy chain-only chain antibodies or bispecific/bi-functional complexes thereof, using recombinant DNA techniques which are familiar to those skilled in the art.

Alternatively or in addition, antigen-specific heavy chain-only antibodies may be generated by immunisation of a transgenic animal according to the present invention.

Thus in a further aspect, the present invention provides a method for the production of heavy chain-only antibodies by immunising a transgenic mammal according to the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the mammal is a mouse.

Heavy Chain-Only Antibodies and Fragments Thereof.

In a further aspect, the present invention provides a heavy chain-only antibody obtainable according to a method of the present invention and functional fragments and derivatives thereof. Fragments encompassing the $V_H$ binding domain can be derived by enzymic cleavage or cyanogen bromide cleavage of a heavy chain-only antibody of the invention ie devoid of light chains (Jaton et al., (1968) Biochemistry, 7, 4185-4195).

A preferred functional fragment is an antigen-specific, heavy chain-only binding domain, ie a $V_H$ binding domain, as expressed by the $V_H$ locus as a result of recombination between single V, D and J gene segments followed subsequently by somatic mutation. According to this aspect of the invention $V_H$ loci can be cloned from, eg, mRNA isolated from an antibody-producing cell of an immunised transgenic animal as described above. Cloned sequences can then be displayed using a phage (Ward et al., (1989) Nature, 341, 544-546) or similar display libraries, for example using yeast-based systems (Boder and Wittrup, (1997) *Nat. Biotechnol.,* 15, 553-7) and antigen-specific $V_H$ binding domains identified. Antigen-specific heavy chain binding domains can then be manufactured either alone or as fusion proteins in scalable bacterial, yeast or alternative expression systems. Sequences encoding $V_H$ binding domains can also be cloned from characterised hybridomas derived by classical procedures from immunised transgenic mice. These can then be used for the production of $V_H$ binding domains and derivatives thereof including the engineering of defined antibody classes (eg IgE or IgA) and variants thereof with differing effector functions.



Accordingly, the invention also provides a method of producing a $V_H$ binding domain comprising the steps of:

a) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest (preferably a soluble, antigen-specific heavy chain-only antibody of interest);
b) cloning the sequence encoding the $V_H$ binding domain from mRNA derived from the isolated cell or tissue;
c) displaying the encoded protein using a phage or similar library;
d) identifying antigen-specific $V_H$ binding domains, and
e) expressing the $V_H$ binding domains alone or as a fusion protein in bacterial, yeast, mammalian or alternative expression systems.

Alternatively, $V_H$ domain-containing fragments can be generated from heavy chain-only antibodies of the invention using enzymic or chemical cleavage technology and subsequent separation of the $V_H$ domain-containing fragment from the other cleavage products.

[Where the $V_H$ binding domain is isolated from a characterised hybridoma, the cloned $V_H$ binding domain sequence derived from mRNA can be directly cloned into an expression vector without recourse to additional selection steps using phage and other display systems.

Production systems for heavy chain only-antibody incorporating effector regions include mammalian cells in culture (eg CHO cells), plants (eg maize), transgenic goats, rabbits, cattle, sheep, chickens and insect larvae suited to mass rearing technology. Other production systems, including virus infection (eg baculovirus in insect larvae and cell-lines) are alternatives to cell culture and germline approaches. Other production methods will also be familiar to those skilled in the art. Where there is a requirement for heavy chain-only IgA or IgM assembly, the co-expression of a "J chain" is beneficial. Suitable methods for the production of camelid heavy chain-only antibody or $V_H$ binding domains alone are known in the art. For example camelid $V_H$ binding domains have been produced in bacterial systems and camelid heavy chain-only homodimers have been produced in hybridomas and transfected mammalian cells (see Reichmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38).

Methods are also well established for the expression of engineered human $V_H$ binding domains derived using phage display technology (Tanha et al., (2001) *J. Biol. Chem.,* 276, 24774-24780 and references therein).

Insect larvae from transgenic fly lines have been shown to produce functional heavy chain-only antibody fragments in haemolymph with characteristics indistinguishable from the same antibody produced by mammalian cells (PCT/GB2003/0003319). The present invention also provides an antigen-specific monomeric or dimeric $V_H$ binding domain obtainable according to the method of this aspect of present invention.

The present invention also provides a polynucleotide sequence consisting of the heterologous heavy chain locus, an isolated polynucleotide encoding a heavy chain-only antibody of the invention and a vector comprising a heterologous

heavy chain locus, or fragment thereof, or isolated polynucleotide encoding a heavy chain-only antibody according to the present invention.

The present invention also provides a host cell transformed with a heterologous heavy chain locus, or fragment thereof, or isolated polynucleotide encoding the heavy chain-only antibody or antibody fragment, according to the present invention.

In a second aspect, the present invention provides a polypeptide complex comprising an antigen-specific $V_H$ binding domain according to the present invention having attached to it an effector moiety which provides effector activity. This effector activity may be in addition to that provided by the heavy chain constant region and may be situated at the amino or carboxy terminus of the molecule. These polypeptide complexes retain the physiological function conferred by the antigen-specific $V_H$ binding domain in combination with additional targeting or effector functions of the effector moieties. Such polypeptide complexes may be in the form of functional monomers or, dependent on the design and interaction of the effector moieties, dimers, tetramers, pentamers, multimers or other complexes incorporating different $V_H$ binding domains, so imparting multi-valency and multi-specificity. $V_H$ binding domains may be present at the amino or carboxy terminus of the binding molecule (see FIG. **1** for dimeric example).

If the effector moiety comprises a binding domain, it may have a different specificity from the antigen-specific $V_H$ binding domain. The advantage of this arrangement is that the polypeptide complex can facilitate cross-linking of different targets. For example, a bispecific polypeptide complex may be utilised to enhance cell-cell interactions and cell/pathogen interactions. In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge between two cell types such as a pathogen and a macrophage (see Biburger et al., (2005) *J. Mol. Biol.,* 346, 1299-1311). The use of $V_H$ binding domains is preferable to the use of scFV binding domains in such bi-specific designs. $V_H$ binding domains have high binding affinity and can be incorporated into such polypeptide complexes with minimal vector construction and in the absence of design considerations necessary to maintain the specificity and affinity of scFVs relative to their tetrameric parental molecule. Where dimers or multimeric polypeptide complexes are envisaged dimerisation domains are incorporated, for example the inclusion of $C_H2$ and $C_H3$ domains derived from immunoglobulin heavy chain constant regions (see FIG. **2**).

The term 'effector moiety' as used herein includes any moiety that mediates a desired biological effect on a cell. The effector moiety is preferably soluble and may be a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector moiety may be an enzyme, hormone, cytokine, drug, pro-drug, toxin, in particular a protein toxin, a radionuclide in a chelating structure, a binding domain, a dimerising or interaction domain, an imaging agent, albumin or an inhibitory agent.

Albumin may be utilised as an effector moiety to increase the stability or pharmacokinetic and/or pharmacodynamic properties of the antigen-specific $V_H$ binding domain (Sung et al., (2003) *J. Interferon Cytokine Res.,* 23 (1): 25-36). Alternatively, the effector moiety may be a PEGylated structure or a naturally glycosylated structure so as to improve pharmacodynamic properties.

The effector moiety may be peptide bonded to the antigen-specific $V_H$ binding domain or it may be chemically bonded to the antigen-specific heavy $V_H$ domain, for example by using a chemical linking structure such as a maleimide linker. Alternatively, the polypeptide complexes of the invention may be expressed as fusion proteins. As such, the present invention also encompasses a polynucleotide sequence consisting of the heterologous heavy chain locus, or an isolated polynucleotide encoding the heavy chain-only antibody, of the present invention wherein the polynucleotide further comprises, in reading frame, one or more exon(s) encoding an effector moiety. This exon may be at the 5' or 3' end of the polynucleotide. For example, the polynucleotide may comprise, in the following order and in reading frame, a $V_H$ and a binding domain\effector moiety gene segment.

In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame. Such constructs are of value as diagnostics and therapeutics. As diagnostics, the effector domain can be a fluorescent protein (eg GFP) or enzyme (eg P-gal). Alternatively, the effector domain can be a tag for enhanced binding to a substrate (eg polyhistidine or a biotin), an antigen to provide a site of attachment for secondary antibodies or a leucine zipper or similar binding motif which may serve as a site for the attachment of fluorescent markers.

Polypeptide Complexes

The present inventors have also realised that it is possible to produce a bi-valent or multi-valent polypeptide complex comprising at least part of an antibody heavy chain, alone or in combination with a separate effector (light) chain comprising a complementary assembly domain and having additional effector activity. Polypeptide complexes according to the present invention retain the physiological function conferred by the heavy chain constant region in combination with additional effector moiety functions associated with the effector chain (FIG. **3**).

As such, in a third aspect, the polypeptide complex comprises heavy chains in combination with one or more effector chains (light chains). The second aspect of the present invention provides a polypeptide complex comprising a pair of heavy chains and a pair of effector chains, wherein:

the pair of heavy chains are associated with each other;

one of the effector chains is associated with one of the heavy chains and the other of the effector chains is associated with the other of the heavy chains;

each heavy chain comprises a binding domain, a dimerization domain, preferably comprising at least CH2, CH3 and, optionally, CH4 constant region domains, and an effector moiety capable of binding to a complementary assembly domain of the effector chain; and

the effector chain comprises a complementary assembly domain having attached to it an effector moiety,

wherein the assembly domain and the complementary assembly domain associate with one another through non-covalent interactions.

Preferably, the effector moiety in the heavy chain is different to the effector moiety in the effector chain.

Optionally, the polypeptide complex includes a flexible hinge-like domain at the carboxyl terminus of the $C_H3$ domain (or $C_H4$ domain, if present) linking it to the assembly domain. Preferably, the polypeptide complex includes a natural hinge domain or a flexible engineered hinge-like domain between the binding domain and the $C_H2$ domain. The presence of hinge regions facilitates the independent function of binding domains and effector moieties in the resultant polypeptide complexes.

The effector moiety in the first polypeptide heavy chain optionally has a specificity different from the specificity of the effector moiety in the second polypeptide heavy chain.

According to the present invention, the effector moiety of the polypeptide complex may be replaced by a binding domain. Preferably, the binding domain comprises a $V_H$ domain (as defined in the first aspect of the invention) or a cell receptor binding domain. The resulting tetravalent dimeric binding protein (polypeptide complex) can comprise up to four different effector moieties. Preferably the effector moieties at the amino terminal end of the heavy chain are identical, and those at the carboxyl terminal end are identical (but recognise a different antigen or epitope to that at the amino terminal end), facilitating the assembly of a single homodimer. Such a molecule may prove advantageous for the capture of pathogens, effector functionality being provided by the inclusion of appropriate heavy chain functional domains (eg IgA or IgM).

An exemplary polypeptide complex according to the third aspect of the invention is useful for cytochemical labelling, targeting methods or therapy. For example if the effector molecule comprises an antigen-specific $V_H$ binding domain which targets a cancer cell surface marker and the effector moiety comprises a binding domain specific for a pro-drug converting enzyme (the effector chain). The antigen-specific $V_H$ binding domain binds to the target and brings the effector moiety into close proximity with the target such that on binding the effector chain it can exert a biological effect on the target in the presence of the pro-drug (eg nitroreductase with CB 1954). The inclusion of immunoglobulin heavy chain effector function as the dimerisation domain may also be beneficial in elimination of the target cell.

The Effector Chain

The effector chain comprises a complementary binding domain and an effector moiety, which associates with a heavy chain through the heavy chain effector moiety to form the assembled polypeptide binding complex. The effector chain complementary assembly domain may be an integral component of the effector moiety or a protein or alternative ligand fused or chemically linked to the effector moiety. The heavy chains of the assembled polypeptide binding complex bind to the target and bring the effector (light) chain moiety into close proximity with the target such that it can exert a biological effect of the target.

The Effector Moiety

The term 'effector moiety' as used herein includes any moiety that mediates a desired biological effect on a cell. The effector domain may be a cell, for example a T-cell, a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector domain may be an enzyme, drug, pro-drug, toxin, in particular a protein toxin, a radionuclide in a chelating structure or binding domain. The effector moiety associated with the complementary assembly domain maybe cellular, proteinaceous, organic or inorganic in nature, dependent on the desired effect.

The term 'binding domain' as used herein in respect of all the above aspects of the present invention includes any polypeptide domain that is active in a physiological medium. Such a binding domain must also have the ability to bind to a target under physiological conditions.

Such binding domains include domains that can mediate binding or adhesion to a cell surface. Suitable domains which may be used in the polypeptide complexes of the invention are mammalian, prokaryotic and viral cell adhesion molecules, cytokines, growth factors, receptor antagonists or agonists, ligands, cell surface receptors, regulatory factors, structural proteins and peptides, serum proteins, secreted proteins, plasmalemmaassociated proteins, viral antigens, bacterial antigens, protozoal antigens, parasitic antigens, lipoproteins, glycoproteins, hormones, neurotransmitters, clotting factors, engineered single chain Fvs and the like. Preferably the binding domain is a vertebrate $V_H$ domain, more preferably a mammalian $V_H$ domain such as a human VH domain.



A binding domain may comprise a camelid $V_H$ ($V_{HH}$) domain or may comprise a $V_H$ domain obtained from a non-camelid Preferably, the binding domain is a human $V_H$ domain. $V_H$ binding domains are preferably of B-cell origin derived from transgenic animals or camelids (as described above) as opposed to $V_H$ domains derived from synthetic phage libraries, since the former will be of higher affinity due to their generation in response to antigen challenge in vivo via VDJ rearrangement and somatic mutation.

If the effector moiety comprises a binding domain, it preferably has different specificity from the binding domain in the heavy chain. The advantage of this arrangement is that polypeptide complex can facilitate cross-linking of different targets or bind different antigens on a target cell (eg pathogen).

The binding domain in the first heavy chain may have a specificity different from that of the binding domain in the second heavy chain. In this way, the polypeptide complex will be at least bivalent and will be able to crosslink different targets and the effector domain will be able to exert its effect on both targets. A multivalent polypeptide complex can be created through the association of these tetravalent heavy chains with effector chains comprising effector domains with yet different specificity(ies) and functionality. Also, the effector moiety in the first heavy chain may have a different specificity from the effector moiety in the second heavy chain, permitting the capture of more than one effector chain, each carrying a different functionality.

The Complementary Assembly Domain Binds to an Effector Moiety

When a heavy chain associates with an effector chain, the terms 'effector moiety' and 'complementary assembly domain' as used herein include any moieties that can form at least a non-covalent attachment to each other. For example, the effector moiety and the complementary assembly domain may be a protein, peptide fragment or consensus sequence capable of forming a protein-protein interaction, such as that seen between: the CH1 domain of an immunoglobulin heavy chain and the constant region of an immunoglobulin light chain; leucine zippers; VCAM and VLA-4; integrins and extracellular matrix proteins; integrins and cell surface molecules such as CD54 or CD102; ALCAMs and SRCR domains; an scFv and antigen or $V_H$ binding domain and antigen.

The Heavy Chains

Where the dimerization domains of the heavy chains comprise immunoglobulin heavy chain constant regions, the constant regions ($C_H$ exons) may give further physiological functionality to the polypeptide binding complex. In particular, the immunoglobulin heavy chain constant domains may provide for, inter alia, complement fixation, macrophage activation and binding to Fc receptors, depending on the class or subclass of the antibody constant domains.

As discussed above, it is well documented that the class of heavy chain expressed has a major role in effector function in vivo. An established cell line may produce a polypeptide complex having a useful targeting and biological effect but the heavy chain constant region may be of a class which is diagnostically or therapeutically undesirable, or it may not be secreted in useful quantities. Accordingly, the heavy chain constant domains of the polypeptide complexes of the invention may be specifically altered or partially or completely omitted to introduce or remove components of immunoglobulin heavy chains.

For instance, Ig molecules of class M are known to play an important role in the activation of macrophages and the complement pathway. Due to the close proximity of its binding sites, IgM has a high avidity for pathogens, including viruses. However, IgM is also known to be difficult for use in rapid immunoassay techniques whereas Ig of class G can be readily used in these techniques. For such uses, it would be useful to switch the class of the heavy chain from g to y domains.

The expression of the heavy chain Cy locus alone will produce IgG, including IgG1, IgG2, IgG3 and IgG4 isotypes, some of which will also activate complement. IgG antibodies bind and activate macrophages and granulocytes, and can cross the placenta.

Additional applications of various antibody classes have been discussed previously.

The constant regions of the heavy chains of the polypeptide complexes of the present invention may be of human, rabbit, rat or mouse origin as herein defined. Preferably, they are of human origin.

The polypeptide complexes of the present invention can also be used solely to block binding of ligands to their receptors by using dimerisation domains which provide no effector functions. Multiple receptors can be blocked by a multi-specific polypeptide complex.

In a fourth aspect of the invention, the effector molecule may comprise a dimerization domain such that the effector molecule can associate with a separate effector molecule. This dimerization domain may comprise one or more of $C_H2$, $C_H3$ or $C_H4$ antibody constant region domains and/or a J chain. In this embodiment of the invention, two or more effector molecules may associate to produce an effector molecule dimer or multimer. The effector molecules may be the same (enabling the production of an effector molecule homodimer or homomultimer) or different (enabling the production of an effector molecule heterodimer or heteromultimer). Preferably, the effector molecule dimer or multimer is bi-valent or multi-valent. Preferably, the constant regions for the two or more effector molecules (ie the dimerization domains) are identical, thus reducing the possibility of product heterogeneity.

According to the fourth aspect of the present invention, there is provided a polypeptide complex comprising a dimer consisting of a first polypeptide heavy chain and a second polypeptide heavy chain wherein:

each polypeptide heavy chain comprises a binding domain and a dimerization domain which optionally comprises at least $C_H2$, $C_H3$ and, optionally, $C_H4$ antibody constant region domains; and, optionally, an effector moiety, wherein, preferably:

the binding domain in the first polypeptide heavy chain has the same specificity as the binding domain in the second polypeptide heavy chain; and

the constant regions (dimerization domains) for the two polypeptide heavy chains are identical.

Preferably, the first and second chains have the same effector moiety.

Preferably, the dimerization domain comprises at least CH2, CH3 and, optionally, CH4 antibody constant region domains.

The fourth aspect of the present invention also provides a polypeptide complex comprising a plurality of polypeptide heavy chain dimers and a J chain, wherein:

the plurality of polypeptide heavy chain dimers are assembled by the J chain;



each polypeptide heavy chain comprises a binding domain and identical μ, c, a or y CH2, CH3 and, optionally, CH4 domains; and

there are at least two binding domains having different specificities in the polypeptide complex (see FIGS. **4** and **5**).

As defined for the first aspect of the invention above, each heavy chain constant region preferably comprises at least one heavy chain constant region gene, which is expressed without a functional CH1 domain so that generation of heavy chain-only antibody can occur. Each heavy chain constant region may also comprise one or more additional heavy chain constant region genes, which are selected from the group consisting of CS, $_{Cy1\text{-}4}$, Cμ, Cc and $_{Ca1\text{-}2}$ with the proviso that the additional heavy chain constant region genes also do not express a functional $C_H1$ domain. The heavy chain constant region genes are selected depending on the preferred class or mixture of antibody classes required.

Preferably, there are only two binding domains of different specificities in expressed IgA and IgM.

In one embodiment, the heavy chains each include a $C_H4$ domain, the constant domains are a domains and the polypeptide complex includes a J chain.

In another embodiment, the heavy chains each include a CH4 domain, the constant domains are á domains and the antibody includes a J chain.

Assembly of the Polypeptide Complex

The modular domain arrangement of the polypeptide complexes of the present invention enables them to be constructed in a large number of possible permutations. Such alterations in the domain architecture and amino acid sequence of the polypeptide complex may be achieved by suitable mutation or partial synthesis and replacement of appropriate regions of the corresponding DNA coding sequences. Substitute or additional domains may be obtained from compatible recombinant DNA sequences. For example, the heavy chains may include a natural hinge or engineered flexible polypeptide domain both between the binding domain and the amino terminus of the CH2 domain and between the effector domain and the C-terminal end of the heavy chain (CH3 or CH4).

The heavy chains in the polypeptide complex of the invention are expressed as fusion proteins. The effector chains in the polypeptide complex of this aspect of the invention may be expressed as fusion proteins or may be assembled by chemical means or, if cellular in nature, may be isolated from blood or tissue, or captured in vivo (for example albumin).

In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame.

The effector moiety, if present as part of a fusion protein, may be located at either the amino or carboxy terminus of the complementary assembly domain.

Alternatively, the domains in the effector chain may be assembled by normal peptide chemical methods, as already known in the art, rather than by being synthesised as a fusion protein.

Linkage may be through a peptide bond or through chemical linkage. For example, the effector moiety may be peptide bonded to the complementary assembly domain or it may be chemically bonded to the complementary assembly domain, for example by using a chemical linking structure such as a maleimide linker.

The effector moiety may be positioned at any location in the heavy chain. For example, the effector moiety may be situated at the C terminal end of the heavy chain or between the binding domain and either the CH2 domain or the hinge

domain of the polypeptide complex. It is preferred that the assembly domain is not situated between the CH2 and CH3 domains as this might interfere with an effector function and the dimerization domains. Preferably the effector moiety is attached to the amino terminal or carboxy end of the heavy chain via a peptidic flexible linker or hinge like region so as to facilitate independent binding/function of effector moieties.

Polynucleotide Sequences, Vectors and Host Cells

The present invention also provides a polynucleotide sequence encoding a heavy chain of any one of the polypeptide complexes of the present invention, a vector comprising one or more of the polynucleotide sequences referred to above and a host cell transformed with a vector encoding the heavy chain of a polypeptide complex of the present invention. The polynucleotides preferably include sequences which allow the expressed heavy chains to be secreted as homodimers into the medium in which the host cell is growing. The host cell may be of any origin, including baterial and yeast cells, but is preferably a vertebrate host cell, more preferable a mammalian host cell.

Transfection of the same host cell with a second vector encoding a heavy chain comprising a binding domain with specificity for a different target results in co-expression of the two constructs and the assembly of a mixture of homodimers and heterodimers. Homodimers will show specificity to the cognate antigen and heterodimers will bind both antigens.

The present invention also provides a host cell transformed with a vector encoding at least one effector chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferably a mammalian host cell. Alternatively the effector chain may be synthesised using methods which are known in the art.

The present invention also provides a host cell transformed with a vector encoding at least one heavy chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferable a mammalian host cell. Alternatively the heavy chain may be synthesised using methods which are known in the art.

The present invention also provides a host cell transformed with a vector encoding at least one heavy chain and at least one effector chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferable a mammalian host cell. Alternatively the chains may be synthesised independently and assembled using methods which are known in the art.

Furthermore, the present invention provides a transgenic organism expressing at least one heavy chain homo- or hetero-dimer polypeptide complex of the present invention. The transgenic organism maybe a non-human vertebrate or mammal, a plant or an insect.

The present invention also provides a method for the production of class-specific heavy chain-only antibodies and VH domains thereof, according to the first aspect of the invention, by immunising a transgenic organism of the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the organism is a mouse.

The production of antibodies and polypeptide complexes for healthcare applications requires large scale manufacturing systems, examples of which are discussed in detail above. Such systems include plants (e.g. maize), transgenic cattle and sheep, chickens and insect larvae suitable for mass rearing technology. Other production systems, including virus infection (eg baculovirus in insect larvae and cell-lines) as an alternative to cell culture and germline approaches will also be familiar to those skilled in the art.

These methods, and other suitable methods known in the art, can be used for the production of the polypeptide binding complexes of the invention. Production of homodimers and/or of heterodimers can be achieved using these methods.

Uses of the Heavy Chain-Only Antibodies and Polypeptide Complexes of the Invention

The heavy chain-only antibodies and polypeptide binding complexes of the invention have a great number of applications.

For example, the heavy chain-only antibodies and polypeptide complexes of the invention comprise bi- and multi-specific polypeptide complexes. These complexes are particularly advantageous, eg as therapeutics for the treatment and prevention of infectious diseases.

The heavy chain-only antibodies and polypeptide binding complexes of the invention are useful for cytochemical labelling, targeting methods, therapy and diagnostics.

In mono-antibody therapy, pathogen escape, for example due to a mutation leading to loss of a single binding site, will abolish the therapeutic effect of the antibody. The production of heterodimer polypeptide complexes recognising different antigens on the same pathogen can overcome this problem. The use of at least two binding domains having different specificities in the polypeptide complexes of the invention can also be utilised to enhance both cell-cell interactions and cell/pathogen interactions.

In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge polypeptide complexes between two cell types such as a pathogen and a macrophage, or a tumour cell and a T-cell. Alternatively the polypeptide complex may recognise two or more epitopes on the same pathogen with effector function being provided by the heavy chain constant region alone.

Alternatively, bi-specific polypeptide binding complexes may be used to target cells and tissues in vivo, then subsequently to capture circulating effector molecules or imaging agents. For example bi-specific tumour targeting agents can be used to capture pro-drug converting complexes for the subsequent localised conversion of pro-drug to reactive agent. Bi- and multi-specific binding complexes in combination with effector agents may also be used to bind and destroy one or more pathogens dependent on the selection of binding domains. Alternatively the presence of two or more binding domains which recognise different antigens on the same pathogen provide clinical advantages and reduce the likelihood of pathogen escape and drug redundancy as a result of mutation within the pathogen.

The present invention provides heavy chain-only antibodies or fragments thereof according to the first aspect of the invention, polypeptide chains and complexes according to the second aspect of the invention; and effector chains and polypeptide complexes according to the third aspect of the invention. All are suitable for pharmaceutical use in humans, and so the invention provides a pharmaceutical composition comprising a heavy chain-only antibody, polypeptide chain, effector chain or polypeptide complex of the present invention. The invention also provides the use of a heavy chain-only antibody, a polypeptide chain, an effector chain or a polypeptide complex of the present invention in the preparation of a medicament for the prophylaxis and/or treatment of disease. Heavy and effector chains may be formulated together or separately, dependent on the manner of administration and action of the medicament.

The pharmaceutical compositions and medicaments will typically be formulated before administration to patients.

For example, the heavy chain-only antibodies or polypeptide complexes may be mixed with stabilisers, particularly if they are to be lyophilised. Addition of sugars (eg mannitol, sucrose, or trehalose) is typical to give stability during lyophilisation, and a preferred stabiliser is mannitol. Human serum albumin (preferably recombinant) can also be added as a stabiliser. Mixtures of sugars can also be used, eg sucrose and mannitol, trehalose and mannitol, etc.

Buffer may be added to the composition, eg a Tris buffer, a histidine buffer, a glycine buffer or, preferably, a phosphate buffer (eg containing sodium dihydrogen phosphate and disodium hydrogen phosphate). Addition of buffer to give a pH between 7.2 and 7.8 is preferred, and in particular a pH of about 7.5.

For reconstitution after lyophilisation, sterile water for injection may be used. It is also possible to reconstitute a lyophilised cake with an aqueous composition comprising human serum albumin (preferably recombinant).

Generally, the heavy chain-only antibodies and polypeptide complexes will be utilised in purified form together with pharmacologically appropriate carriers.

The invention thus provides a method for treating a patient, comprising administering a pharmaceutical composition of the invention to the patient. The patient is preferably a human, and may be a child (eg a toddler or infant), a teenager or an adult, but will generally be an adult.

The invention also provides heavy chain-only antibodies, polypeptide chains, effector chains or a polypeptide complex of the invention for use as a medicament.

The invention also provides the use of the heavy chain-only antibodies, polypeptide chains, effector chains or chain polypeptide complexes of the invention in the manufacture of a medicament for treating a patient.

These uses, methods and medicaments are preferably for the treatment of one of the following diseases or disorders: wound healing, cell proliferative disorders, including neoplasm, melanoma, lung, colorectal, osteosarcoma, rectal, ovarian, sarcoma, cervical, oesophageal, breast, pancreas, bladder, head and neck and other solid tumours; myeloproliferative disorders, such as leukemia, non-Hodgkin lymphoma, leukopenia, thrombocytopenia, angiogenesis disorder, Kaposis' sarcoma; autoimmune/inflammatory disorders, including allergy, inflammatory bowel disease, arthritis, psoriasis and respiratory tract inflammation, asthma, immunodisorders and organ transplant rejection; cardiovascular and vascular disorders, including hypertension, oedema, angina, atherosclerosis, thrombosis, sepsis, shock, reperfusion injury, and ischemia; neurological disorders including central nervous system disease, Alzheimer's disease, brain injury, amyotrophic lateral sclerosis, and pain; developmental disorders; metabolic disorders including diabetes mellitus, osteoporosis, and obesity, AIDS and renal disease; infections including viral infection, bacterial infection, fungal infection and parasitic infection, pathological conditions associated with the placenta and other pathological conditions and for use in immonotherapy.

In a further aspect still, the present invention provides the use of a heavy chain-only antibody or polypeptide binding complex of the present invention as a diagnostic, prognostic, or therapeutic imaging agent. Furthermore, the present invention provides the use of a heavy chain homo- or hetero-dimer of the present invention alone or in combination with one or more effector (light) chains of the present invention as a therapeutic imaging agent, a cytochemical reagent or diagnostic agent.

The present invention provides the use of a heavy chain-only antibody or a fragment thereof as herein described as an intracellular binding reagent, or an abzyme.

Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The present invention also provides, the use of an antigen-specific single chain antibody or VH binding domain according to the present invention as an enzyme inhibitor or receptor blocker. Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The present invention also provides the use of a VH domain fused to an effector molecule for use as a therapeutic, imaging agent, diagnostic, abzyme or reagent.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B: shows a polypeptide complex comprising a binding domain (VH) dimerization domain (optionally CH2, CH3 and CH4) and a effector moiety (EM). Binding domains and effector moieties may be positioned at the amino or carboxy terminal ends of the dimerization domains.

Flexible linkers (←) and hinge ( ) regions are indicated.

FIGS. **2**A and **2**B: shows different configurations of binding domains and the replacement of the effector moiety by further binding domains. A. Preferred option since homodimers are produced. No separation of products required. B. Mixture of homodimers and heterodimers are produced. Separation of products required.

FIG. **3**: shows a heavy chain polypeptide complex in association with an effector chain. The effector chain comprises a complementary binding domain (CBD) and an effector moiety (EM). CBD is recognised by EM of heavy chain. CBD is fused to or part of effector, e.g. enzyme, toxin, chelator, imaging agent. Effector chain can be synthesized separately from heavy chain.

FIG. **4**: shows a bivalent secretory IgA in association with a J chain.

FIG. **5**: shows a multivalent heavy chain-only IgM-like polypeptide complex assembled via a J chain.

FIG. **6**: shows the strategy for the generation of transgenic mice expressing an IgG locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **7**: shows the strategy for the generation of transgenic mice expressing an IgM locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **8**: shows the strategy for the generation of transgenic mice expressing an IgA locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **9**: Sequence alignment of the PCR products obtained from bone marrow cDNA using $V_{HH}1$ and $V_{HH}2$ primers in combination with human Cγ2 primer from mice containing a locus with constant regions that have a camelid splice mutation to remove CH1 (SEQ ID NOs:12-16). The results show that CH1 is not removed.

FIGS. **10-13**: Structure of VH/camelid VH (VHH) constructs. 1-n stands for any number of VH genes, or D or J segments. The normal complement of the human locus is 51 V genes, 25 functional D segments (plus 2 non functional ones) and 6 J segments. In case of a Cμ (for IgM) or Cε (for IgE) region there is no H region and there is an additional CH4 exon between CH3 and M1. The VH genes(s) have been mutated to provide solubility as described in the public domain.

The VH genes, D and J segments and C exons are preferably human, but could be from any other species including camelids. In the latter case the camelid VH (VHH) genes would not be mutated as they are naturally soluble.

FIG. **14**: Mouse immunization schedule and antibody assay for the generation of heavy chain-only IgG against *E. coli* HSP70 (SEQ ID NO:35).

FIG. **15**: Flow cytometric analysis and immunohistochemistry results for spleen cells derived from transgenic mice.

FIG. **16**: Results of ELISA analysis of DKTP immunized transgenic mice and sequence analysis of resulting antibody library (SEQ ID NOs:17-21).

FIG. **17**: Examples of somatic mutations and VDJ rearrangement seen in immunized transgenic mice (SEQ ID NOs: 22-29, SEQ ID NO:30, SEQ ID NOs:17-21 and SEQ ID NOs:31-35).

FIG. **18**: Results of immunostaining assay on Tet-on cell line transfected with response plasmid containing A5 antibody.

FIG. **19**: Results of Western bolt analysis of sera of transgenic mouse lines.

FIG. **20**: Size fractionation of human IgM mixed with human single chain IgM produced by the IgM plus IgG locus mice.

FIG. **21**: Results of ELISA analysis of single chain IgM and IgG antibodies raised against human TNFa.

FIG. **22**: shows a strategy for the generation of a homodimer plasmid with binding affinity for HSP70 and aGAG.

FIG. **23**: Functional expression of homodimer polypeptide complex in CHO cells.

FIG. **24**: demonstrates functional binding and simultaneous of homodimer polypeptide complex to alpha aGAG and HSP70. Schematic representation of a bivalent, bi-specific antibody. A second variable region (VHH2 directed against gag) is cloned onto the carboxyterminal end of a heavy chain only antibody containing the other specificity (VHH1 directed against HSP70). The hinge region between CH3 and VHH2 has been replaced by a linker region where all cysteines have been replaced by prolines (arrows). Coat ELISA plate with Gag, block with 1% milk/1% BSA in PBS, incubate first with diabody medium (1:2 dil.) and then with BI21 cell lysate (contains HSP70) (1:2 dil.). Elute bound proteins with sample buffer=2-mercaptoethanol and run on 8% gel. Stain with poly/monoclonal antibodies against Gag, diabody and HSP70. a Gag: Rabbit polyclonal/Swine a rabbit-AP (blue). a HSP70: monoclonal/Goat a Human IgG-HRP (brown). a Diabody: Goat a Human IgG-HRP (brown). Lane 1: Gag/Diabody/BI21 cell lysate. Lane 2: Gag/culture medium (is Diabody negative control)/BI21. Lane 3: -milk-BSA/Diabody/BI21. Lane 4: -milk-BSA/culture medium/BI21. Lane 5: Gag/Diabody/-milk-BSA. Lane 6: Gag/culture medium/-milk-BSA

FIG. **25**: shows the strategy for the generation of homodimer polypeptide complexes, optionally in association with effector chains carrying IgA effector function.

FIG. **26**: shows the strategy for the generation of homodimer polypeptide complexes, optionally in association with effector chains carrying IgA effector function.

## GENERAL TECHNIQUES

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art (e.g. in cell culture, molecular genetics, nucleic acid chemistry, hybridisation techniques and biochemistry). Standard techniques are used for molecular, genetic and biochemical methods (see generally, Sambrook et al., Molecular Cloning: A Laboratory Manual, 2nd Ed. (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y. and Ausubel et al., Short Protocols in Molecular Biology (1999) 4th Ed., John Wiley & Sons, Inc.) and chemical methods. In addition Harlow & Lane, A Laboratory Manual, Cold Spring Harbor, N.Y., is referred to for standard Immunological Techniques.

Any suitable recombinant DNA technique may be used in the production of the bi- and multi-valent polypeptide complexes, single heavy chain antibodies, and fragments thereof, of the present invention. Typical expression vectors, such as plasmids, are constructed comprising DNA sequences coding for each of the chains of the polypeptide complex or antibody. Any suitable established techniques for enzymic and chemical fragmentation of immunoglobulins and separation of resultant fragments may be used.

The present invention also provides vectors including constructs for the expression of heavy chain-only antibodies in transgenic mice and the construction and expression of polypeptide complaxes of the present invention.

It will be appreciated that a single vector may be constructed which contains the DNA sequences coding for more than polypeptide chain. For instance, the DNA sequences encoding two different heavy chains may be inserted at different positions on the same plasmid.

Alternatively, the DNA sequence coding for each polypeptide chain, may be inserted individually into a plasmid, thus producing a number of constructed plasmids, each coding for a particular polypeptide chain. Preferably, the plasmids into which the sequences are inserted are compatible.

Each plasmid is then used to transform a host cell so that each host cell contains DNA sequences coding for each of the polypeptide chains in the polypeptide complex.

Suitable expression vectors which may be used for cloning in bacterial systems include plasmids, such as Col E1, pcR1, pBR322, pACYC 184 and RP4, phage DNA or derivatives of any of these.

For use in cloning in yeast systems, suitable expression vectors include plasmids based on a 2 micron origin.

Any plasmid containing an appropriate mammalian gene promoter sequence may be used in cloning in mammalian systems. Insect or bacculoviral promoter sequences may be used fir insect cell gene expression. Such vectors include plasmids derived from, for instance, pBR322, bovine papilloma virus, retroviruses, DNA viruses and vaccinia viruses.

Suitable host cells which may be used for expression of the polypeptide complex or antibody include bacteria, yeasts and eukaryotic cells, such as insect or mammalian cell lines, transgenic plants, insects, mammalian and other invertebrate or vertebrate expression systems.

### Polypeptide Complexes and Single Heavy Chain Antibodies of the Present Invention

It will be understood that term 'polypeptide complex', 'a single heavy chain antibody' and 'heterlogous heavy chain locus' of the present invention also include homologous polypeptide and nucleic acid sequences obtained from any source, for example related cellular homologues, homologues from other species and variants or derivatives thereof.

Thus, the present invention encompasses variants, homologues or derivatives of the polypeptide complexes and antibodies as herein described.

In the context of the present invention, a homologous sequence is taken to include an amino acid sequence which is at least 80, 85, 90, 95, 96, 97, 98, 99, 99.5, 99.6, 99.7, 99.8, 99.9% identical, preferably at least 98 or 99%, identical, at the amino acid level over at least 30, preferably 50, 70, 90 or 100

amino acids. Although homology can also be considered in terms of similarity (i.e. amino acid residues having similar chemical properties/functions), in the context of the present invention it is preferred to express homology in terms of sequence identity.

The present invention also includes constructed expression vectors and transformed host cells for use in producing the polypeptide complexes and antibodies of the present invention.

After expression of the individual chains in the same host cell, they may be recovered to provide the complete polypeptide complex or heavy chain-only antibody in active form.

It is envisaged that, in preferred forms of the invention, the individual heavy chains will be processed by the host cell to form the complete polypeptide complex or antibody which advantageously is secreted therefrom. Preferably, the effector chain is produced separately either by a host cell or by synthetic means.

Techniques for the preparation of recombinant antibody polypeptide complexes is described in the above references and also in, for example, EP-A-0 623 679; EP-A-0 368 684 and EP-A-0 436 597.

Immunisation of a Transgenic Organism

In a further aspect, the present invention provides a method for the production of the antibodies of the present invention comprising administering an antigen to a transgenic organism of the present invention.

The antibodies and polypeptide complexes produced from transgenic animals of the present invention include polyclonal and monoclonal antibodies and fragments thereof. If polyclonal antibodies are desired, the transgenic animal (e.g. mouse, rabbit, goat, horse, etc.) may be immunised with an antigen and serum from the immunised animal, collected and treated by known procedures. If serum containing polyclonal antibodies contains antibodies to other antigens, the polyclonal antibodies of interest can be purified by immunoaffinity chromatography and such like techniques which will be familiar to those skilled in the art. Techniques for producing and processing polyclonal antisera are also known in the art.

Uses of the Polypeptide Binding Complexes and Antibodies of the Present Invention

The polypeptide complexes and antibodies including fragments thereof of the present invention may be employed in: in vivo therapeutic and prophylactic applications, in vitro and in vivo diagnostic applications, in vitro assay and reagent applications, and the like.

Therapeutic and prophylactic uses of the polypeptide complexes and antibodies of the invention involve the administration of the above to a recipient mammal, such as a human.

Substantially pure polypeptide complexes and antibodies including fragments thereof of at least 90 to 95% homogeneity are preferred for administration to a mammal, and 98 to 99% or more homogeneity is most preferred for pharmaceutical uses, especially when the mammal is a human. Once purified, partially or to homogeneity as desired, the polypeptide complexes and heavy-chain-only antibodies as herein described may be used diagnostically or therapeutically (including extracorporeally) or in developing and performing assay procedures using methods known to those skilled in the art.

Generally, the polypeptide complexes and antibodies of the present invention will be utilised in purified form together with pharmacologically appropriate carriers. Typically, these carriers include aqueous or alcoholic/aqueous solutions, emulsions or suspensions, which may include saline and/or buffered media. Parenteral vehicles include sodium chloride solution, Ringer's dextrose, dextrose and sodium chloride and lactated Ringer's.



Suitable physiologically-acceptable adjuvants, if necessary to keep a polypeptide complex in suspension, may be chosen from thickeners such as carboxymethylcellulose, polyvinylpyrrolidone, gelatin and alginates.

Intravenous vehicles include fluid and nutrient replenishers and electrolyte replenishers, such as those based on Ringer's dextrose. Preservatives and other additives, such as antimicrobials, antioxidants, chelating agents and inert gases, may also be present (Mack (1982) Remington's Pharmaceutical Sciences, 16th Edition).

The polypeptide complexes and antibodies, including fragments thereof, of the present invention may be used as separately administered compositions or in conjunction with other agents. These can include various immunotherapeutic drugs, such as cyclosporine, methotrexate, adriamycin, cisplatinum or an immunotoxin. Alternatively, the polypeptide complexes can be used in conjunction with enzymes for the conversion of pro-drugs at their site of action.

Pharmaceutical compositions can include "cocktails" of various cytotoxic or other agents in conjunction with the selected antibodies of the present invention or even combinations of the selected antibodies of the present invention.

The route of administration of pharmaceutical compositions of the invention may be any of those commonly known to those of ordinary skill in the art. For therapy, including without limitation immunotherapy, the polypeptide complexes or antibodies of the invention can be administered to any patient in accordance with standard techniques. The administration can be by any appropriate mode, including parenterally, intravenously, intramuscularly, intraperitoneally, transdermally, via the pulmonary route, or also, appropriately, by direct infusion with a catheter. The dosage and frequency of administration will depend on the age, sex and condition of the patient, concurrent administration of other drugs, counter-indications and other parameters to be taken into account by the clinician.

The polypeptide complexes and antibodies of this invention can be lyophilised for storage and reconstituted in a suitable carrier prior to use. Known lyophilisation and reconstitution techniques can be employed. It will be appreciated by those skilled in the art that lyophilisation and reconstitution can lead to varying degrees of functional activity loss and that use levels may have to be adjusted upward to compensate.

In addition, the polypeptide complexes and antibodies of the present invention may be used for diagnostic purposes. For example, antibodies as herein described may be generated or raised against antigens which are specifically expressed during disease states or whose levels change during a given disease states.

For certain purposes, such as diagnostic or tracing purposes, labels may be added. Suitable labels include, but are not limited to, any of the following: radioactive labels, NMR spin labels and fluorescent labels. Means for the detection of the labels will be familiar to those skilled in the art.

The compositions containing the polypeptide complexes and antibodies of the present invention or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments.

A composition containing one or more polypeptide complexes or antibodies of the present invention may be utilised in prophylactic and therapeutic settings to aid in the alteration, inactivation, killing or removal of a select target cell population in a mammal. In addition, the selected repertoires of polypeptide complexes and antibodies described herein

may be used extracorporeally or in vitro selectively to kill, deplete or otherwise effectively remove a target cell population from a heterogeneous collection of cells.

EXAMPLE 1

In preliminary experiments, transgenic mice were prepared to express a heavy chain locus wherein two llama VHH exons were linked to the human heavy chain diversity (D) and joining (J) segments, followed by the Cμ, CS, Cy2, Cy3 human constant region genes and human heavy chain immunoglobulin 3' LCR. The human Cy2 and Cy3 genes contained a G to A splice mutation. The presence of the Frt site enabled the generation of a single copy transgenic mouse from a multi-copy transgene array by Flp mediated recombination. However, sequences from the transgenic locus with a G to A splice mutation, showed aberrant splicing but incomplete CH1 removal (FIG. **9**).

Constructs

To overcome this problem, a genomic cosmid library was screened for clones containing the VH genes using standard methods One (or more) different germline VHs were randomly chosen based on their sequence (five genera classes in the case of human VH's). Hydrophilic amino acid codons were introduced at positions 42, 49, 50 and 52 according to IMGT numbering (Lefranc et al. (1999)). The VH genes were combined into a BAC vector by standard procedures such as direct cloning using custom made linkers or homologous recombination.

Two clones were selected from the human genomic Pac library RPCI-11 (BACPAC Recource Center, USA): clone 1065 N8 containing human heavy chain D and J segments, Cμ (IgM) and C8 (IgD) and clone 1115 N15 containing the Cy3 (IgG3) genes. Bac clone 11771 from a different human genomic library (Incyte Genomics, Calif., USA) was used as a source of Cy2 (IgG2) gene and the immunoglobulin heavy chain LCR (Mills et al. (1997) *J. Exp Med.,* 15; 186(6):845-58).

Using standard techniques, the Cy3 and Cy2 genes were subcloned separately into pFastBac vector (Invitrogen). Similarly any of the other Ig constant regions can be cloned from these BACs (IgA, IgE). A complete deletion of CH1 exon was achieved by homologous recombination (Imam et al. (2001)) using sequences that flank the CH1 exon of each constant region. An frt site could optionally be introduced in front of the Cμ switch region to allow the generation of single copy loci from multicopy loci by treatment with flp recombinase in vivo by standard means e.g. by breeding to rosa-flp mice (FIG. **10**).

The separate VH genes, D and J segments and C and LCR exons were cloned into one BAC either by conventional restriction digestion and ligations or by homologous recombination (or a mixture of both) or any other cloning technique.

Further constructs could then be created.

IgM-Only Locus

In order to obtain the IgM construct (FIG. **11**), one or more VHs genes (preferably engineered human VH genes to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments and Cμ, were cloned into a BAC. For the methodology see above. In this case only the Cμ region was cloned into the final BAC.

IgM Plus IgG Locus, (C8 is Optional)

In order to obtain the IgM plus IgG construct (FIG. **12**), one or more VHs genes (preferably engineered human VH segments to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments, Cμ (without CH 1 but with CH4 exon), (optional CS) and the modified human Cy2 and Cy3 genes and 3' LCR were cloned into a BAC. In order to generate an IgG only locus loxP sites were introduced during the standard cloning steps (described above) and the BAC is grown in 294 Cre *E. coli* strain (Buscholz et al.) and cre mediated recombination yields bacteria producing an IgG only locus. For further construction details see above.

IgM Plus IgG Locus (C8 is Optional)

In order to obtain the IgM plus IgG construct (FIG. **13**), one or more VHs genes (preferably engineered human VH genes to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments, Cμ (with CH1 and CH4), (optional CS) and the modified human Cy2 and Cy3 genes and 3' LCR were cloned into a BAC. In order to generate an IgG only locus loxP sites were introduced during the standard cloning steps (described above) and the BAC was grown in 294 Cre *E. coli* strain (Buscholz et al.) and cre mediated recombination yielded bacteria producing an IgG only locus.

Transgenic Mice, Breeding and Genotyping

The final BAC was introduced into transgenic mice by standard microinjection of fertilized eggs or via embryonic stem cell transfection technology.

Transgenic loci were checked for integrity and number of copies by Southern blot analysis of tail DNA (Southern 1975) using 5' and 3' end locus probes. Founders were bred as lines in the μMT−/− background. Genotyping was done by standard PCR analysis using primers for each of the different regions of the locus. Sequence analysis of the RT-PCR products derived from BM cDNA of transgenic mice where the entire CH1 exon from both the Cy2 and the Cy3 was been deleted (one with (HLL lines) and one without the Cμ and CS genes, showed that the transgenic loci are not only capable of VDJ recombination, but that the IgG transcripts resemble those found in llama and camel HCAbs.

Immunohistochemistry

Spleens were embedded in OCT compound. Frozen 5 μm cryostat sections were fixed in acetone and single or double labeled as previously described (Leenen et al. 1998). Monoclonal antibodies anti B220/RA3-6B2, anti-CD11c/N418 (Steinman et al., 1997), were applied as hybridoma culture supernatants. Peroxidase coupled goat anti-human IgG and anti-human IgM were from Sigma. Second-step reagents were peroxidase labeled goat anti-rat Ig (DAKO, Glostrup, Denmark) or anti-hamster Ig (Jackson ImmunoResearch Laboratories, West Grove, Pa.) and goat anti-rat Ig alkaline phosphatase (Southern Biotechnology, Birmingam, Ala., USA).

FIG. **15** shows the immunohistochemical analysis of 5 μm frozen sections of spleens from $\mu MT^{-/-}$, WT and HLL and HLL-MD transgenic mice in the μMT−/− background. Sections were stained with anti B220 (blue) for B cells and anti-CD11c/N418 (brown) for dendritic cells. Arrows indicate the location of small clusters of B cells.

Flow Cytometric Analyses

Single cell suspensions were prepared from lymphoid organs in PBS, as described previously (Slieker et al. 1993). Approximately $1\times10^6$ cells were incubated with antibodies in PBS/0.5% bovine serum albumin (BSA) in 96 well plates for 30 min at 4° C. Cells were washed twice in PBS/0.5% BSA. For each sample, $3\times10^4$ events were scored using a FACScan analyzer (Becton Dickinson, Sunnyvale, Calif.). FACS data were analyzed using CellQuest version 1.0 computer software. Four-color analysis was performed on a Becton Dickinson FACS Calibur. The following mAbs were obtained from BD Pharmingen (San Diego, Calif.): FITC conjugated anti B220-RA3-6B2, PE conjugated anti CD19. FACS scan

data of spleen cells, stained with anti-CD19 and anti-B220 are displayed in the bottom panel of FIG. **15**.

On the left of the figure is a representation of Flp recombination in vivo by breeding HLL lines to a FlpeR transgenic line and supporting FACS scan data on spleen cells of the recombinant, showing B cell rescue as seen in the directly generated original HLL-MD lines. On the right is a representation of Cre recombination in vivo by breeding to Cag Cre transgenic line and FACS data on spleen cells of the single copy recombinant.

Immunization and Hybridoma Production (FIG. **14**)

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions and IgG2 and 3 constant regions (without a CH 1 domain) were created.

8 week old mice were immunized with either *E. Coli* heat shock protein 70 (hsp70). 20 gg or 5 μg of antigen with Specol adjuvant (IDDLO, Lelystadt, NL) was injected respectively s.c. on days 0, 14, 28, 42 and i.p. on day 50. Blood was taken on day 0, 14 and 45. After three boosts a low titer of antigen specific antibodies was detected in 1 out of 3 Hsp70 immunized HLL-MD1 mice (FIG. **14**).

A standard spleen cell fusion with a myeloma cell line was performed to generate a monoclonal antibody resulting in a monoclonal hybridoma cell line against the hsp70 protein. The anti-HSP 70 HCAb consists of the llama VHH segment closest to the D region (VHH 2) recombined to the human IgHD3-10 segment (acc.num. X13972) and the human IgHJ4-02 segment (acc.num.X86355). Although not at high frequency, the VHHs has a few mutations that give rise to the amino acid alterations seen in FIG. **9**A when compared to the germ line configuration. The RT-PCR analysis also showed only one productive IgH transcript in the hybridoma, suggesting that there are no other transcripts made. The aHSP70 IgG2 antibody is secreted as heavy chain only dimer (Western blots under denaturing gel (dimer) and non denaturing gel (monomer) conditions FIG. **14**). Spleen cells were fused with Sp2-O-Ag14 myeloma cells (gift from R. Haperen) on day 56 using a ClonalCell™-HY kit (StemCell Technologies, UK) according to the manufacturer's instructions.

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions, a human IgM and IgG2 and 3 constant regions (all without a CH1 domain, FIG. **12**) were immunized with TNFa to obtain HCIgM antibodies. One out of three mice showed positive sera in standard ELISA assays. A standard myeloma fusion yielded a positive IgM hybridoma (FIG. **16**). After gel filtration on Sepharose 6B under non-reduced conditions each fraction was of the column was loaded to a gel under reducing conditions and detected by a human IgM-HRP (FIG. **20**). Fractionation under non reducing conditions showed that the HC-IgM is secreted as a multimeric antibody with the same size as a human control IgM (after subtraction of the molecular weight of light chains and the CH1 domain that are absent from the HC-IgM). The gel fractionation of each column fraction under reducing conditions showed the expected monomer of (FIG. **20**).

Serum Ig ELISA

Blood from 15-25 weeks old mice was collected in EDTA coated tubes, spun for 15' at room temperature (RT) and the supernatant diluted 1:5 in PBS. A 96 well plate was coated for 2 h with 5 mg/ml of a goat anti human IgG (YES Biotechnology) or a goat anti human IgM (Sigma), washed with PBS, blocked for 1 h at RT with blocking solution (1.5% BSA/1.5% powder milk/0.1% tween 20/PBS) and washed three times with PBS. Dilution series of serum samples and standards (human IgG2 or human IgM (Sigma, Zwijndrecht, NL)) were loaded and incubated for 2-4 h and the plates washed 6 times with PBS before addition of a secondary antibody (1:2000 diluted goat anti human IgG or goat anti human IgM coupled to HRP (Sigma, Zwijndrecht, NL)). All dilutions were done in a blocking solution. After 1-2 h incubation at RT and washing in PBS, POD substrate (Roche) was added.

The ELISA for the detection of antigen specific soluble sdAbs from the IgG2 phage library is shown in FIG. **16**. Soluble sdAbs were used as primary antibodies on antigen-coated plates, followed by mouse a-myc antibody and HRP conjugated goat a-mouse antibody. POD was used as a substrate. The bottom panel shows fingerprinting of clones with restriction enzyme Hinf I, showing 5 different inserts coding for sdAb against *B. Pertusis.*

Antibody Library Construction and Screening

Total RNA was isolated from spleens of DKTP immunized single copy IgG only mice (FIG. **12** after cre treatment) using an Ultraspec RNA isolation system (Biotecx Laboratories Inc, Houston, Tex., USA). cDNA was made using oligo dT. DNA fragments encoding VHHDJ fragments were amplified by PCR using specific primers: vh1 back Sfi I primer (Dekker et al 2003) in combination with hlgG2hingrev primer (5'-AATCTGGGCAGCGGCCGCCTCGACACAA-CATTTGCGCTC-3', SEQ ID NO:1). The amplified VHH-DJs (~400 bp) were Sfi I/Not I digested, gel purified and cloned into Sfi I/NotI digested phagemid vector pHEN-1.

Transformation into TG1 electro-competent cells yielded in a human single domain antibody library. Two rounds of selection were performed using panning on vaccine antigens adsorbed onto plastic (immunotubes coated with undiluted vaccine). Restriction analysis and sequencing were standard.

RT-PCR of Heavy Chain-Only Locus

It was then investigated whether HLL-MD locus functions as a normal locus in producing a diverse antibody repertoire by sequencing the RT PCR products obtained using IgG2 and IgG3 specific primers on cDNA from Peyer's patches. FIG. **17** shows some examples of somatic mutations of clones from non immunized mice (left panel) and immunized mice (right panel). The mice were IgG only loci, immunized *E. Coli* hsp70, Pertussis lysate, tetanus toxoid. In grey shade is the IgG2 hinge region starting with ERKCCV

Although, the RT-PCR analysis on Peyer's patches showed that both VH are used, all the antibodies sequenced rearranged the VH2. The source of repertoire variability is the CDR3 region formed by the selection of D and J segments and by the V-D and D-J junctions. The use of human J segments is similar to that seen in human rearrangements, with the JH4 and JH6 segments being used most often.

This analysis showed that both VHs, different human D and all of the human J segments are used, to contribute to a diverse antibody repertoire. It also showed the presence of IgG3 switched B cells and the occurrence of somatic mutations by comparison of each rearranged gene with its germline counterpart i.e. the original VH in the transgenic construct (see FIG. **17**). Therefore, the human heavy chain-only IgG antigen receptor can provide the necessary signals for B cell maturation.

Immunostaining

FIG. **18** shows immunostaining results of one of Tet-on cell line additionally transfected with the response plasmid containing A5 antibody (Dekker et al. 2003). The upper panel shows doxycicline induced production of A5 antibody (red) in cytoplasm and nuclear staining of the cells with DAPI (blue). Lower panel shows that cells expressing rtTA in nucleus are the ones producing the A5 upon induction (upper panel). Staining was done with one of the human HCAb against rtTA (green) with the sequence shown below. The

FITC conjugated goat anti human IgG was used as a secondary step. A5 was detected as previously described by Dekker et al 2003. The rTTA antibody was an IgG3 with the following sequence (SEQ ID NOs:2 and 3):

```
241 AGACTCT
 80  R  L

301 CCTGTGCAGCCTCTGGAAGCATCTTCAGTATCAATGCCATGGGCTGGTACCGCCAGGCTC
100 S  C  A  A  S  G  S  I  F  S  I  N  A  M  G  W  Y  R  Q  A

361 CAGGGAAGCAGCGCGAGTTGGTCGCAGCTATTACTAGTGGTGGTAGCACAAGGTATGCAG
120 P  G  K  Q  R  E  L  V  A  A  I  T  S  G  G  S  T  R  Y  A

421 ACTCCGTGAAGGGCCGATTCACCATCTCCAGAGACAACGCCAAGAACACGGTGTATCTGC
140 D  S  V  K  G  R  F  T  I  S  R  D  N  A  K  N  T  V  Y  L

481 AAATGAACAGCCTGAAACCTGAGGACACGGCCGTCTATTACTGTTTGATCTCTATGGTTC
160 Q  M  N  S  L  K  P  E  D  T  A  V  Y  Y  C  L  I  S  M  V

541 GGGGAGCCCGTTTTGACTACTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGAGCTCA
180 R  G  A  R  F  D  Y  W  G  Q  G  T  L  V  T  V  S  S  E  L

601 AAACCCCACTT
200 K   T  P  L
```

The IgG3 hinge starts at amino acid 198 ELKTPL. For comparison see the IgG2 hinge region in FIG. **17**.

Western Blot Analyses

FIG. **19** shows Western blots of sera of different transgenic mouse lines containing the IgM plus IgG locus (FIG. **10**) after cre treatment (ie IgM deleted, only IgG left). Sera were purified by prot G and gel fractionated under reducing (FIG. **19** right panel) and non reducing (FIG. **19**, left panel) conditions. The controls were the background KO mice and a normal human serum sample. Note the size difference between the two gels showing that the human heavy chain only IgG is a dimer.

The signal shown in FIG. **19** was detected with an anti-human IgG antibody by standard procedures.

Size Fractionation of Human IgM Produced by the IgM Plus IgG Locus Mouse

The serum from the IgM plus IgG mice (FIG. **13**) was fractionated by gel filtration under non reducing conditions after mixing with a human serum sample as a control. Results are shown in FIG. **20**. Molecular weights of the complexes on the column decrease with each lane (representing each fraction) from left to right. The fractions (each lane) were analysed by gel electrophoresis under reducing conditions.

ELISA analysis was performed on a number of hybridomas made from mice containing the IgM plus IgG (FIG. **13**) locus immunized with human TNFa. Results are shown in FIG. **21**. The top two rows in FIG. **21** were analysed with an anti-human IgG, the next two rows with an anti human IgM. The serum samples (arrows) show that the mouse has generated both IgG and IgM anti-TNFa antibodies. The single arrow shows a positive IgM hybridoma. The wells were coated with commercially available human TNFa. All procedures were standard.

## EXAMPLE 2

The bi-specific bi-valent antibody was generated by combining two heavy chain only mono-specific antibodies. The first antibody forms the backbone bringing in the first specificity and the effector functions (variable region and constant region respectively). This was combined with the second antibody with the second specificity via a newly designed hinge. This hinge was similar to the existing IgG2 hinge sequence but was altered by replacing the cysteins with prolines to prevent crosslinking of the cysteins in the antibody dimer and providing extra flexibility via the prolines to prevent the second antibody being spatially constrained, which otherwise may have inhibited its function.

The starting backbone antibody was an antibody raised against the *E. coli* HSP70 protein. The HSP70 antigen was injected into transgenic mice that contained a heavy chain only antibody locus as described in (see above FIG. **14**). A monoclonal antibody was raised from these animals by standard hybridoma fusion technology (see above). The cDNA coding for the aHSP-antibody was subsequently cloned by standard RT-PCR recombinant DNA methods resulting in a plasmid containing a full length cDNA that included from the 5' end to the 3' end (in the protein from the N terminus to COOH terminus) the start codon ATG, the signal peptide sequence, the variable domain VHH1 (see Janssens et al.), the recombined D and J region and the constant region of Cγ2 (lacking a CH1 region), but including the stop codon and the polyA site (FIG. **22** upper left). The cDNA coding for the aHSP70 antibody was amplified by PCR for cloning using a forward primer and a reverse primer.

The forward primer was: CTGGAATTCTCAACC [illegible]GAGCTGGGGCTGAGC (SEQ ID NO:4) providing an EcoRI site for cloning purposes (underlined) an efficient translation start sequence (bold) and the normal start codon (greyshade).

The reverse primer was: GAC AAGCTTTACCCGGAGACAGGGAGAGGC (SEQ ID NO:5) providing a HindIII cloning site (underlined) and remaining the normal stop codon. The amplification therefore leads to a EcoRI/HindIII fragment containing an EcoRI site (underlined), an efficient translation start sequence (bold) and the normal start codon of the αHSP antibody gene (greyshade, see also FIG. **22**).

The amplification therefore leads to a EcoRI/HindIII fragment containing an EcoRI site (underlined), an efficient translation start sequence (bold) and the normal start codon of the aHSP antibody gene (greyshade, see also FIG. **22**).

The reverse 3' end primer was: GAC AAGCTTTACCCGGAGACAGGGAGAGGC (SEQ ID NO:6) providing a HindIII cloning site (underlined) and removing the normal stop codon. This resulted in a fragment (FIG. **22** left second from top) with an EcoRI site to clone onto a promoter sequence and a HindIII site for cloning the 5' end onto the expression plasmid and the 3' end onto a novel hinge sequence (see below). Lastly the fragment was cut with EcoRI and HindIII to provide the appropriate single stranded ends for cloning.

The second cloned antibody bringing in the second specificity comprised the VHH domain of a llama antibody against the pig retrovirus (PERV) gag antigen (Dekker et al., (2003) J. Virol., 77 (22): 12132-9, FIG. **22** top right). The agag was amplified via standard PCR amplification using the following primers:

Forward: GTC[illegible]GCCCAGGTCCAACTGCAG-GAGTCTG (SEQ ID NO:7) and the reverse primer GTC GAATTCTCATTCCGAGGAGACGGTGACCTGGGTC(SEQ ID NO:8). This provides the amplified fragment (FIG. **22** right second from top) with a XhoI site (greyshade) to clone the 5' end in frame with the novel hinge (see below) and an EcoRI site (underlined) for cloning the 3' end into the expression plasmid (FIG. **22**, right middle). Lastly the fragment was cut with EcoRI and XhoI to generate single stranded ends for cloning.

The two antibody sequences were combined into one diabody sequence via the novel hinge. The novel hinge was generated from two oligonucleotides that together form a double strand oligonucleotide with 5' and 3' overhangs (respectively HindIII and XhoI compatible) for cloning purposes. It was designed to be in frame with the end of the aHSP70 sequence and the start of the agag sequence. Formation of the sulphide bridges normally present in the human IgG2 hinge, was prevented by replacing the cysteins (greyshade) with prolines (underlined). The prolines add extra flexibility to the hinge to allow the proper functioning of the second antibody domain that becomes connected to COOH terminus of the first antibody via the hinge.

The normal IgG hinge sequence (cysteine codons in greyshade, proline codons underlined) GAGCGCAAATG [illegible] CGAG[illegible] CCACCG[illegible] CCA (SEQ ID NO:9) and its complement were replaced by AGCTTCTGAGCGCAAA CCACCAGTCGAGCCACCACCGCCACCAC (SEQ ID NO:10) and its complement TCGAGTGGTGGCGGTG-GTGGCTCGACTGGTGGTTTGCGCTCAGA (SEQ ID NO:11). This also provided the fragment (white box hinge, FIG. **22**, center) with two single strand ends compatible with HindIII (bold) and XhoI (italic) sites for cloning purposes.

This also provided the fragment (white box hinge, FIG. **22**, center) with two single strand ends compatible with HindIII (bold) and XhoI (italic) sites for cloning purposes.

The three fragments (aHSP70 IgG2, hinge and agag) were subsequently ligated into a bluescript (Pbluescript11 sk+) expression plasmid that contains a chicken actin promoter and a CMV enhancer sequence (FIG. **22**, expression plasmid) by standard recombinant DNA technology. When this plasmid is expressed (see below) it results in the diabody shown at the bottom of FIG. **22**.

The diabody expression plasmid was grown and cotransfected with the plasmid pGK-hygro (to allow the selection of transfected cells) by standard methods (Superfect) into CHO cells (FIG. **23**). Positive clones were selected in hygromycin containing medium and positively identified as expressing the diabody by performing a standard a gag ELISA (Dekker et al., J. Virol. 2003) of the growth medium containing secreted diabody by the CHO cells using an ahuman IgG-HRP detection. Positively testing for the a-gag activity makes it most likely that a given clone expresses the entire diabody, because the gag specificity is at the back-end (COOH terminus) of the diabody. A subsequent ELISA for HSP70 was also positive. Western blots of these ELISA selected clones under non-reducing and reducing conditions were performed in order to show that the protein expressed from the plasmid was a dimer of 110 kD (as shown at the bottom of FIG. **23**), compared to the monomer of 55 kD (non reducing and reducing conditions and Western blots, FIG. **23** right). Thus the ELISA and the Western blot together show that the diabody is expressed and secreted into the medium as a dimer by the transfected CHO cells (at >70 ng/ml) and that the antibody can bind the HSP70 and gag antigens. However it does not show that the same dimer diabody molecule can bind both antigens at the same time.

Therefore, a follow-up experiment was carried out. First the gag antigen was fixed to the bottom of a plastic well (first well FIG. **24** center). The diabody (FIG. **24** top) was subsequently captured by the first antigen (gag) after application of the CHO cell supernatant of clone 1 (second well FIG. **24** center). This was followed by extensive washing and then application of the second antigen (HSP 70, FIG. **24** center third well), again followed by extensive washing. If a diabody molecule could bind both antigens at the same time, it should be captured to the bottom of the well by binding the first antigen (gag) and then capture the second antigen (HSP70). When the entire complex was subsequently eluted form the well (FIG. **24** center, right well) both the diabody and the antigens were visible on a Western blot (FIG. **24** bottom).

In order to collect the secreted diabody the CHO clones were grown under the same standard conditions and in media (SIGMA hybridoma medium, serum-free) used for the collection of antibodies from hybridomas.

Methods: Wells of a Nunc-Immuno plate (Maxisorp) were coated with purified recombinant gag protein (12.5 gg/ul in PBS) O/N 4C. Blocked for two hrs with 1% milk/1% BSA in PBS. CHO-DB clone-1 medium [1]h diluted in PBS-Milk-BSA (or controls) were incubated for 3 hrs at room temperature (RT). Bacterial Bl21 cell lysate (containing HSP70 protein) [1]h diluted in PBS-Milk-BSA was incubated for 3 hrs at RT and washed. Bound proteins were eluted with Laemmli sample buffer containing 2-Mercaptoethanol. The samples were analysed by Western blot and therefore run on a 10% SDS-PAGE and blotted on nitrocellulose membrane. The blot was blocked for two hrs with PBS-Milk-BSA and incubated with primary antibodies. The products were visualized by standard methods using secondary antibodies coupled to enzymes that allow visual staining. The reagent used were:

a Gag: Rabbit polyclonal (1:2000) 2 hrs RT

a Diabody: Goat a human IgG-HRP (1:2500) 2 hrs RT a HSP70: Monoclonal G20-380 medium (1:2) 2 hrs RT.

Secondary antibodies were: Goat a Rabbit-AP (1:2000) 2 hrs RT and Goat a Human IgGHRP (1:2500)2 hrs RT against the HSP70 monoclonal.

To visualize the protein bands first NBT/BCIP substrate (purple) reacting with alkaline phosphatase (AP) and second DAB substrate (brown) reacting with horseradish peroxidase (HRP) was used.

All washing steps were done with PBS-0.05% Tween-20.

Controls were carried out by leaving out one of the components or adding medium from CHO cells not producing diabodies (FIG. **24**), i.e; lacking no diabody application (medium from non transfected CO cells) and has therefore only gag (lane 2); lacking gag at the bottom of the well (replaced by milk protein) and should therefore have none of the products (lane 3); lacking gag and diabody and should have none of the products (lane 4); lacking HSP70 antigen (replaced by milk antigen) and should therefore have only the diabody and gag (lane 5); lacking HSP70 and diabody and should have only gag (lane 6).

The fact that all three components (the diabody plus both antigens) were only present in the well of lane 1 that received all three components (see also legend bottom of FIG. **24**) shows that the single diabody binds both antigens at the same time.

Generation of Bispecific IgA or Multi-Specific IgM

The generation of bispecific IgA is essentially as described for IgG (above), but using in addition to the Vhsol, D and J, the constant region Ca leading to the generation of IgA (FIG. **25**).

The generation of IgM is largely similar, but offers an additional possibility because IgM molecules can form large multimers (with or without J chains). Thus in addition to molecules similar to those described above (FIG. **26** right bottom, after elimination of the multimerisation sequences), one can also generate multimers simply by co-expressing IgM's with different specificities (FIG. **26** left bottom).

EXAMPLE 3

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of the leucine zipper motif of Fos is constructed using molecular biology techniques as described in Sambrook et al ((1989) Molecular Cloning—A Laboratory Manual, Cold Spring Harbor Laboratory Press).

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of 3,3'-diindolylmethane (DIM) is then fused to the complementary assembly domain using techniques known to those skilled in the art.

EXAMPLE 4

An expression vector encoding the heavy chain of the polypeptide complex of the present invention comprising; a soluble VHH binding domain which binds to AFP (AlphaFetoprotein) and an assembly domain consisting the leucine zipper motif of Jun, and antibody hinge, CH2 and CH3 domains is constructed using molecular biology techniques as described in Sambrook et al.

A second expression vector encoding the light chain of the polypeptide complex of the present invention is also constructed. This comprises a complementary assembly domain consisting of the leucine zipper motif of Fos.

The expression vectors are then transferred to a suitable host cell by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of 3,3'-diindolylmethane (DIM) is then fused to the complementary assembly domain using techniques known to those skilled in the art.

EXAMPLE 5

VCAM and VLA-4

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting VCAM and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of VLA-4 fused to ricin A toxin is constructed using molecular biology techniques as described in Sambrook et al.

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

EXAMPLE 6

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of the leucine zipper motif of Fos and a soluble effector domain encoding purine nucleoside phosphorylase (PNP) is constructed using molecular biology techniques as described in Sambrook et al.

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

PNP converts fludarabine to the toxic metabolite 2-fluoroadenine which kills the cells that comprise the PNP enzyme and in addition diffuses to kill surrounding uninfected cells, a local bystander effect.

EXAMPLE 7

An expression vector encoding a first heavy chain of the polypeptide complex of the present invention comprising; a soluble VHH binding domain which binds to V3-PND region of glycoprotein antigen gp120 and an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains is constructed using molecular biology techniques as described in Sambrook et al.

A second expression vector encoding a second heavy chain of the polypeptide complex of the present invention is also constructed comprising: a soluble VHH binding domain which binds to GP-41, an assembly domain consisting of the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains.

A third expression vector encoding the light chain of the polypeptide complex of the present invention is also con-

structed. This comprises a complementary assembly domain consisting of the leucine zipper motif of Fos.

The expression vectors are then transferred to a suitable host cell by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of HIV-1 MN V3 (PND) peptide immunogen is then fused to the complementary assembly domain using techniques known to those skilled in the art.

## EXAMPLE 8

An expression vector encoding a first heavy chain of the polypeptide complex of the present invention comprising: a soluble VHH binding domain which binds to V3-PND region of glycoprotein antigen constructed using molecular biology techniques as described in Sambrook et al ((1989) Molecular Cloning—A Laboratory Manual, Cold Spring Harbor Laboratory Press).

A second expression vector encoding a second heavy chain of the polypeptide complex of the present invention is also constructed comprising: a soluble VHH binding domain which binds to GP-41.

The two heavy chains are characterised in that the constant regions for the two heavy chains comprise identical g, CH2, CH3 and CH4 domains.

The expression vectors are then transferred a host cell which constitutively expresses a J chain by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of HIV-1 MN V3 (PND) peptide immunogen is then fused to the complementary assembly domain using techniques known to those skilled in the art.

All publications mentioned in the above specification are herein incorporated by reference.

Various modifications and variations of the described methods and system of the present invention will be apparent to those skilled in the art without departing from the scope and spirit of the present invention. Although the present invention has been described in connection with specific preferred embodiments, it should be understood that the invention as claimed should not be unduly limited to such specific embodiments. Indeed, various modifications of the described modes for carrying out the invention which are obvious to those skilled in biochemistry, molecular biology and biotechnology or related fields are intended to be within the scope of the following claims.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 35

<210> SEQ ID NO 1
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 1

aatctgggca gcggccgcct cgacacaaca tttgcgctc                              39


<210> SEQ ID NO 2
<211> LENGTH: 318
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 2

agactctcct gtgcagcctc tggaagcatc ttcagtatca atgccatggg ctggtaccgc      60

caggctccag ggaagcagcg cgagttggtc gcagctatta ctagtggtgg tagcacaagg     120

tatgcagact ccgtgaaggg ccgattcacc atctccagag acaacgccaa gaacacggtg     180

tatctgcaaa tgaacagcct gaaacctgag gacacggccg tctattactg tttgatctct     240

atggttcggg gagcccgttt tgactactgg ggccagggaa ccctggtcac cgtctcctca     300

gagctcaaaa ccccactt                                                   318


<210> SEQ ID NO 3
<211> LENGTH: 106
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens
```

-continued

<400> SEQUENCE: 3

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1 5 10 15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
20 25 30

Ile Thr Ser Gly Gly Ser Thr Arg Tyr Ala Asp Ser Val Lys Gly Arg
35 40 45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
50 55 60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Leu Ile Ser
65 70 75 80

Met Val Arg Gly Ala Arg Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val
85 90 95

Thr Val Ser Ser Glu Leu Lys Thr Pro Leu
100 105

<210> SEQ ID NO 4
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 4

ctggaattct caaccatgga gctggggctg agc 33

<210> SEQ ID NO 5
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 5

gacaagcttt acccggagac agggagaggc 30

<210> SEQ ID NO 6
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 6

gacaagcttt acccggagac agggagaggc 30

<210> SEQ ID NO 7
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 7

gtcctcgagg cccaggtcca actgcaggag tctg 34

<210> SEQ ID NO 8
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

-continued

<400> SEQUENCE: 8

gtcgaattct cattccgagg agacggtgac ctgggtc 37

<210> SEQ ID NO 9
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 9

gagcgcaaat gttgtgtcga gtgcccaccg tgccca 36

<210> SEQ ID NO 10
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 10

agcttctgag cgcaaaccac cagtcgagcc accaccgcca ccac 44

<210> SEQ ID NO 11
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 11

tcgagtggtg gcggtggtgg ctcgactggt ggtttgcgct caga 44

<210> SEQ ID NO 12
<211> LENGTH: 404
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 12

gacacggccg tgtagtatct gtaaggcaga tggggtagta ctatggttcg gggagtccac 60

cactgcggct agaggggcca gggaacactg gtcgcggtgt catcagcctc caccaagggc 120

ccatcggtct tccccctggc gccctgctcc aggagcacct ccgagagcac agcggccctg 180

ggctgcctgg tcaaggacta cttccccgaa ccggtgacgg tgtcgtggaa ctcaggcgct 240

ctgaccagcg gcgtgcacac cttcccagct gtcctacagt cctcaggact ctactccctc 300

agcagcgtgg tgaccgtgcc ctccagcaac ttcggcaccc agacctacac ctgcaacgta 360

gatcacaagc ccagcaacac caagagcgca aatgttgtgt cgag 404

<210> SEQ ID NO 13
<211> LENGTH: 352
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 13

gacattccca cttcgatctc tggggccgtg gcaccctggt cactgtctcc tcagcctcca 60

ccaagggccc atcggtcttc cccctggcgc cctgctccag gagcacctcc gagagcacag 120

cggccctggg ctgcctggtc aaggactact tccccgaacc ggtgacggtg tcgtggaact 180

caggcgctct gaccagcggc gtgcacacct tcccagctgt cctacagtcc tcaggactct 240

actccctcag cagcgtggtg accgtgccct ccagcaactt cggcacccag acctacacct 300

gcaacgtaga tcacaagccc agcaacacca agagcgcaaa tgttgtgtcg ag 352

<210> SEQ ID NO 14

-continued

<211> LENGTH: 394
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 14

```
gacacggccg tctattactg taatgccact acgatatttt gactggttat tatagacgct     60

actggggcca gggaaccctg gtcaccgtct cctcagcctc cgccaagggc ccatcggtct    120

tcccccctggc gccctgctcc aggagcacct ccgagagcac agcggccctg ggctgcctgg   180

tcaaggacta cttccccgaa ccggtgacgg tgtcgtggaa ctcaggcgct ctgaccagcg    240

gcgtgcacac cttcccagct gtcctacagt cctcaggact ctactccctc agcagcgtgg    300

tgaccgtgcc ctccagcaac ttcggcaccc agacctacac ctgcaacgta gatcacaagc    360

ccagcaacac caagagcgca aatgttgtgt cgag                                394
```

<210> SEQ ID NO 15
<211> LENGTH: 380
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 15

```
gacacggccg tccaatcgga tacagctatg gttacgtact ttgactactg ggccagggga     60

accctggtca ccgtctcctc agcctccacc aagggcccat cggtcttccc cctggcgccc    120

tgctccagga gcacctccga gagcacagcg gccctgggct gcctggtcaa ggactacttc    180

cccgaaccgg tgacggtgtc gtggaactca ggcgctctga ccagcggcgt gcacaccttc    240

ccagctgtcc tacagtcctc aggactctac tccctcagca gcgtggtgac cgtgccctcc    300

agcaacttcg gcacccagac ctacacctgc aacgtagatc acaagcccag caacaccaag    360

agcgcaaatg ttgtgtcgag                                                380
```

<210> SEQ ID NO 16
<211> LENGTH: 417
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 16

```
gacacggccg tctattactg taatgcagat gtattactat ggttcgggga gcctatagcc     60

ttactactac tacggtatgg acgtctgggg ccaagggacc acggtcaccg tctcctcagc    120

ctccaccaag ggcccatcgg tcttccccct ggcgccctgc tccaggagca cctccgagag    180

cacagcggcc ctgggctgcc tggtcaagga ctacttcccc gaaccggtga cggtgtcgtg    240

gaactcaggc gctctgacca gcggcgtgca caccttccca gctgtcctac agtcctcagg    300

actctactcc ctcagcagcg tggtgaccgt gccctccagc aacttcggca cccagaccta    360

cacctgcaac gtagatcaca agcccagcaa caccaagagc gcaaatgttg tgtcgag       417
```

<210> SEQ ID NO 17
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 17

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
```

-continued

```
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Lys
65                  70                  75                  80

Gly Pro Ile Thr His Val Arg Gly Val His Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 18
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 18

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Lys
65                  70                  75                  80

Thr Pro Ile Thr His Ile Arg Gly Val His His Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 19
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 19

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Arg
65                  70                  75                  80

Thr Pro Ile Thr Val Val Arg Gly Val His Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 20
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 20
```

-continued

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1 5 10 15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
20 25 30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
35 40 45

Phe Thr Ile Ser Arg Asp Lys Ala Lys Asn Thr Val Tyr Leu Gln Met
50 55 60

Asn Ser Leu Lys Pro Glu Asp Ser Ala Val Tyr Tyr Cys Asn Arg Thr
65 70 75 80

Gly Pro Ile Thr His Val Arg Gly Val Asp Tyr Trp Gly Arg Gly Thr
85 90 95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
100 105

<210> SEQ ID NO 21
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 21

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1 5 10 15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
20 25 30

Ile Thr Ser Gly Gly Ser Thr Asn His Ala Asp Ser Val Lys Gly Arg
35 40 45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
50 55 60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Glu
65 70 75 80

Ser Pro Ile Thr Lys Val Arg Gly Val Ser Tyr Trp Gly Gln Gly Thr
85 90 95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
100 105

<210> SEQ ID NO 22
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 22

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1 5 10 15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
20 25 30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
35 40 45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
50 55

<210> SEQ ID NO 23
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 23

-continued

```
Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 24
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 24

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Val Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 25
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 25

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Gly Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Lys Ala Lys Asn
    50                  55


<210> SEQ ID NO 26
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 26

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 27
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 27
```

-continued

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Lys Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 28
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 28

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Val Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Pro Pro Gly Lys Gln Arg Glu Leu Val Ala Gly
            20                  25                  30

Val Thr Ser Gly Gly Ser Thr Ser Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 29
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 29

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Pro
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 30
<211> LENGTH: 78
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 30

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn
65                  70                  75


<210> SEQ ID NO 31
<211> LENGTH: 105
```

```
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 31

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Glu
65                  70                  75                  80

Arg Ala Gly Asp Pro Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val Thr
                85                  90                  95

Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 32
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 32

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Gly Val Leu
65                  70                  75                  80

Trp Phe Gly Glu Leu Ser Asp Trp Phe Asp Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 33
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 33

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Asp
65                  70                  75                  80

Cys Trp Gly Ser Arg Trp Tyr Phe Asp His Tyr Trp Gly Arg Gly Thr
```

-continued

```
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 34
<211> LENGTH: 111
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 34

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Asp
65                  70                  75                  80

Thr Ser Pro Pro Arg Tyr Phe Asp Trp Leu Pro Phe Asp Tyr Trp Gly
                85                  90                  95

Gln Gly Thr Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105                 110


<210> SEQ ID NO 35
<211> LENGTH: 112
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 35

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ser Asn Ala Met
1               5                   10                  15

Gly Trp Ser Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val His Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Gly
65                  70                  75                  80

Asn Thr Met Val Arg Gly Val Ile Ile Lys Tyr Arg Phe Asp Tyr Trp
                85                  90                  95

Gly Gln Gly Thr Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105                 110
```

What is claimed is:

**1**. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, at least five D gene segments, at least one J gene segment and at least one heavy chain constant region;

(ii) each constant region does not encode a functional $C_H1$ domain;

(iii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iv) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_H1$ domain with an antigen;

(b) cloning a soluble heavy chain only antibody from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

**2**. The method of claim **1**, wherein steps (b) to (d) of claim **1** are carried out by:

(a) injecting an antigen into said transgenic rodent;

(b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest;

(c) producing a hybridoma from the cell or tissue of step (b);

(d) cloning the heavy chain-only antibody mRNA from said hybridoma; and

(e) producing said soluble, antigen-specific heavy chain only antibody by isolating and expressing mRNA encoding said soluble, antigen-specific heavy chain only antibody from the mRNA of step (d).

**3**. The method of claim **1**, wherein steps (b) to (d) of claim **1** are carried out by:

(a) injecting an antigen into said transgenic rodent;

(b) isolating a cell or tissue expressing an antigen-specific, soluble heavy chain-only antibody of interest;

(c) cloning the VH locus from mRNA derived from the isolated cell or tissue; displaying the encoded VH domain using phage or similar library;



(d) identifying soluble, antigen-specific $V_H$ domain(s) and cloning into an expression vector comprising an immunoglobulin heavy chain effector region of choice; and

(e) expressing the soluble, antigen-specific heavy chain only antibody.

**4**. The method of any one of claims **1**-**3**, wherein the heterologous $V_H$ heavy chain locus comprises naturally-occurring human $V_H$, D and J gene segments.

**5**. The method of claim **4**, wherein the heterologous $V_H$ heavy chain locus comprises more than one $V_H$ gene segment, and more than one J gene segment.

**6**. The method of claim **5**, wherein the heterologous $V_H$ heavy chain locus comprises five or more human $V_H$ gene segments, all human D gene segments, and all human J gene segments.

**7**. The method of claim **6**, wherein the constant region is from the rat.

**8**. The method of any one of claims **1**-**3**, wherein the endogenous heavy chain locus of the transgenic rodent has been silenced.

* * * * *

# EXHIBIT 3

US010906970B2

(12) **United States Patent**
**Grosveld et al.**

(10) **Patent No.: US 10,906,970 B2**
(45) **Date of Patent: *Feb. 2, 2021**

(54) **METHODS OF MAKING HEAVY CHAIN ONLY ANTIBODIES USING TRANSGENIC ANIMALS**

(71) Applicants: **ERASMUS UNIVERSITY MEDICAL CENTRE ROTTERDAM**, Rotterdam (NL); **Roger Kingdon Craig**, Sandbach (GB)

(72) Inventors: **Franklin Gerardus Grosveld**, Rotterdam (NL); **Richard Willhelm Janssens**, Rotterdam (NL); **Dubravka Drabek**, Rotterdam (NL); **Roger Kingdon Craig**, Sandbach (GB)

(73) Assignee: **Erasmus University Medical Centre**, Rotterdam (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/953,622**

(22) Filed: **Apr. 16, 2018**

(65) **Prior Publication Data**

US 2018/0244765 A1 Aug. 30, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 13/013,156, filed on Jan. 25, 2011, which is a continuation of application No. 12/645,653, filed on Dec. 23, 2009, now Pat. No. 8,921,522, which is a continuation of application No. 11/658,361, filed as application No. PCT/GB2005/002892 on Jul. 22, 2005, now abandoned.

(30) **Foreign Application Priority Data**

Jul. 22, 2004 (GB) .................................. 0416392.9
Jun. 10, 2005 (GB) .................................. 0511881.5

(51) **Int. Cl.**
***C07K 16/00*** (2006.01)
***C07K 16/24*** (2006.01)
***C07K 16/10*** (2006.01)
***C07K 16/12*** (2006.01)

(52) **U.S. Cl.**
CPC ............ ***C07K 16/241*** (2013.01); ***C07K 16/00*** (2013.01); ***C07K 16/1054*** (2013.01); ***C07K 16/1063*** (2013.01); ***C07K 16/1232*** (2013.01); *C07K 2317/22* (2013.01); *C07K 2317/31* (2013.01); *C07K 2317/53* (2013.01); *C07K 2317/569* (2013.01); *C07K 2317/64* (2013.01); *C07K 2319/00* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,487,890 A | | 1/1996 | Taylor | |
| 5,591,669 A | | 1/1997 | Krimpenfort | |
| 5,843,440 A | | 12/1998 | Pouletty | |
| 5,877,397 A | | 3/1999 | Lonberg | |
| 6,150,584 A | * | 11/2000 | Kucherlapati | C07K 16/1282 424/93.21 |
| 6,162,963 A | | 12/2000 | Kucherlapati | |
| 6,638,732 B1 | | 10/2003 | Evans | |
| 7,534,604 B2 | | 5/2009 | Fandl | |
| 7,731,969 B1 | | 6/2010 | Tucker | |
| 7,785,903 B2 | | 8/2010 | Bond | |
| 8,754,287 B2 | | 6/2014 | MacDonald | |
| 8,883,150 B2 | * | 11/2014 | Craig | C07K 16/00 424/133.1 |
| 8,921,522 B2 | * | 12/2014 | Grosveld | C07K 16/00 530/387.1 |
| 8,921,524 B2 | * | 12/2014 | Grosveld | C07K 16/00 530/387.3 |
| 9,346,877 B2 | * | 5/2016 | Grosveld | C07K 16/00 |
| 9,353,179 B2 | * | 5/2016 | Grosveld | C07K 16/00 |
| 9,365,655 B2 | * | 6/2016 | Craig | C07K 16/00 |
| 2003/0022240 A1 | | 1/2003 | Luo | |
| 2003/0058074 A1 | | 3/2003 | Valle | |
| 2003/0070185 A1 | | 4/2003 | Jakobovits | |
| 2003/0091561 A1 | | 5/2003 | vandeWinkel | |
| 2003/0166877 A1 | | 9/2003 | Gillies | |
| 2006/0026703 A1 | | 2/2006 | Lonberg | |
| 2006/0246477 A1 | | 11/2006 | Hermans | |
| 2007/0292936 A1 | | 12/2007 | Barthelemy | |
| 2009/0271880 A1 | | 10/2009 | Grosveld | |
| 2009/0307787 A1 | | 12/2009 | Grosveld | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0143151 A2 | 6/1985 |
| EP | 0368684 B1 | 5/1990 |

(Continued)

OTHER PUBLICATIONS

Janeway et al., Immunobiology, 3rd edition, 1997, Garland Publishing Inc., pp. 3:1-3:21.*
Ji, D. et al., "Efficient creation of an APOE knockout rabbit," Transgenic Research 24, 2015, pp. 227-235.
Tong, C. et al., "Rapid and Cost-Effective Gene Targeting inn Rat Embryonic Stem Cells by TALENs," Journal of Genetics and Genomics 39, 2012, pp. 275-280.
'Shin-Seikagaku Jikken Kouza 12, Bunshi-Men'ekigaku III-Kougen, Koutai, Hotai-' (New Biochemical Experimental Seminar 12, Molecular Immnology III-antigen, antibody, and complement-) 1992, K.K. Tokyo Kagaku Dojin, pp. 1-11, English Translation Excerpts.

(Continued)

*Primary Examiner* — Michael Szperka
(74) *Attorney, Agent, or Firm* — Saul Ewing Arnstein & Lehr LLP; Doreen Y. Trujillo

(57) **ABSTRACT**

The present invention relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge.

**2 Claims, 26 Drawing Sheets**

**Specification includes a Sequence Listing.**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0197897 | A1 | 8/2010 | Grosveld |
| 2010/0216974 | A1 | 8/2010 | Grosveld |
| 2011/0145937 | A1 | 6/2011 | MacDonald |
| 2012/0151610 | A1 | 6/2012 | Craig |
| 2013/0323235 | A1 | 12/2013 | Craig |
| 2013/0344057 | A1 | 12/2013 | Grosveld |
| 2013/0345405 | A1 | 12/2013 | Grosveld |
| 2014/0356908 | A1 | 12/2014 | Grosveld |
| 2015/0113668 | A1 | 4/2015 | Bruggemann |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0368684 B2 | 3/1994 | | |
| EP | 0463151 B1 | 6/1996 | | |
| EP | 0436597 B1 | 4/1997 | | |
| EP | 0623679 B1 | 6/2003 | | |
| EP | 1399559 B1 | 3/2004 | | |
| RU | 2335507 C2 | 10/2008 | | |
| WO | 9404678 | 3/1994 | | |
| WO | 9946300 | 9/1999 | | |
| WO | 0212437 A2 | 2/2002 | | |
| WO | 02066630 A1 | 8/2002 | | |
| WO | 0285944 A2 | 10/2002 | | |
| WO | 02085945 A2 | 10/2002 | | |
| WO | 02100348 A2 | 12/2002 | | |
| WO | 0300737 A3 | 1/2003 | | |
| WO | 03000737 A2 | 1/2003 | | |
| WO | 03002609 A2 | 1/2003 | | |
| WO | 03035694 A2 | 5/2003 | | |
| WO | 2004003019 A2 | 1/2004 | | |
| WO | 2004049794 A2 | 6/2004 | | |
| WO | WO-2004049794 A2 * | 6/2004 | ......... | A01K 67/0275 |
| WO | 2004058820 A2 | 7/2004 | | |
| WO | 2004076677 A2 | 9/2004 | | |
| WO | 2005005638 | 1/2005 | | |
| WO | 2005070966 | 8/2005 | | |
| WO | 2006008548 A2 | 1/2006 | | |
| WO | 2006047367 | 5/2006 | | |
| WO | 2006122825 A2 | 11/2006 | | |
| WO | 2007096779 A2 | 8/2007 | | |
| WO | 2008035216 A2 | 3/2008 | | |
| WO | 2008151081 A1 | 12/2008 | | |
| WO | 2009013620 A2 | 1/2009 | | |
| WO | 2010109165 A2 | 9/2010 | | |
| WO | 2011072204 A1 | 6/2011 | | |
| WO | 2012122512 A1 | 9/2012 | | |
| WO | 2012141798 A1 | 10/2012 | | |
| WO | 2013171505 | 11/2013 | | |

OTHER PUBLICATIONS

Alexander, Alice et al., "Y Heavy Chain Disease in Man: cDNA Sequence Supports Partial Gene Deletion Model," Proc Natl Acad Sci. USA, vol. 79, May 1982, pp. 3260-3264.
Anderson, S.M. et al., 'New markers for murine memory B cells that define mutated and unmutated subsets,' J. Exp. Med., vol. 204, No. 9, pp. 2103-2114, 2007.
Arbabi Ghahroudi etal., "Selection and identification of single domain antibody fragments from camel heavy-chain antibodies," FEBS Letters, vol. 414, pp. 521-526, 1997.
Babcock, John S. et al., A novel strategy for generating monoclonal antibodies from single, isolated lymphocytes producing antibodies of defined specificities (PCR/antibody-forming cells/VH and VL genes/immunoglobulin/plaque assays), Proceedings of the National Academy of Science, Jul. 1996, pp. 7843-7848, vol. 93, Immunology, USA.
Barthelemy, Pierre A. et al., Comprehensive Analysis of the Factors Contributing to the Stability and Solubility of Autonomous Human VH Domains, The Journal of Biological Chemistry, Feb. 8, 2008, pp. 3639-3654, vol. 283, No. 6, Printed in the U.S.A.
Bernasconi, N. L., et al., 'Maintenance of Serological Memory by Polyclonal Activation of Human Memory B Cells', Science, vol. 298, No. 5601, pp. 2199-2202, 2002.
Biburger, M., et al., 'A Novel Bispecific Tetravalent Antibody Fusion Protein to Target Costimulatory Activity for T-cell Activation to Tumor Cells Overexpressing ErbB2/HER2', J. Mol. Biol., vol. 346, pp. 1299-1311, 2005.
Boder, E.T., et al., 'Yeast surface display for screening combinatorial polypeptide libraries', Nat. Biotechnol., vol. 15, No. 6, pp. 553-557, 1997.
Boersma, W.J.A., et al., 'Summary of workshop findings for porcine B-cell markers', Veterinary Immunology and Immunopathology, vol. 80, Nos. 1-2, pp. 63-78, 2001.
Boland, MJ et al., "Adult mice generated from induced pluripotent stem cells," Nature, Sep. 3, 2009, 461(7260), pp. 91-94.
Bond C.J. et al., "A structure-based database of antibody variable domain diversity," J Mol Biol, May 6, 2005, vol. 348, No. 3, pp. 699-709.
Bond, C.J., et al., 'Contributions of CDR3 to VHH domain stability and the design of monobody scaffolds for naive antibody libraries', J. Mol. Biol., vol. 332, No. 3, pp. 643-655, 2003.
Brandt, C.R., et al., Loss of a Consensus Splice Signal in a Mutant Immunoglobulin Gene Eliminates the CH.sub.1 Domain Exon from the mRNA, Molecular and Cellular Biology, vol. 4, No. 7, pp. 1270-1277, 1984.
Brophy, B., et al., 'Cloned transgenic cattle produce milk with higher levels of .beta.-casein and .kappa.-casein', Nature Biotechnology, vol. 21, pp. 157-162, 2003.
Brorson, K. et al., 'Mutational Analysis of Avidity and Fine Specificity of Anti-Levan Antibodies,' J. Immunol., vol. 163, pp. 6694-6701 (1999).
Bruggemann M., "Human antibody expression in transgenic mice," Arch Immunol Ther Exp, 2001, vol. 49, No. 3, pp. 203-208.
Bruggemann, M., et al., 'A repertoire of monoclonal antibodies with human heavy chains from transgenic mice', Proc. Natl. Acad. Sci. USA, vol. 86, pp. 6709-6713, 1989.
Bruggemann, M., et al., 'Heavy-chain-only antibody expression and B-cell development in the mouse', Critical Reviews in Immunology, vol. 26, No. 5, pp. 377-390, 2006.
Bruggemann, M., et al., 'Strategies for expressing human antibody repertoires in transgenic mice', Immunology Today, vol. 17, No. 8, pp. 391-397, 1996.
Bruggemann, Marianne, Human Antibody Expression in Transgenic Mice, Archivum Immunologiac et Therapiac Expermentalis, 2001, pp. 203-208, PL ISSN 0004-069X.
Brummell, D.A. et al., "Probing the Combining site of an anti-carbohydrate antibody by saturation-mutagenesis: role of the heavy-chain CDR3 residues," Biochemistry, vol. 32, pp. 1180-1187 (1993).
Burks, E. et al., 'In vitro scanning saturation mutagenesis of an antibody binding pocket,' PNAS, vol. 94, pp. 412-417 (1997).
Cai X. and Garen A., "Comparison of fusion phage libraries displaying VH or single-chain Fv antibody fragments derived from the antibody repertoire of a vaccinated melanoma patient as a source of melanoma-specific targeting molecules," Proc Natl Acad Sci USA, Aug. 19, 1997, vol. 94, No. 17, pp. 9261-9266.
Cai, Xiaohong et al., A melanoma-specific VH antibdy cloned from a fusion phage library of a vaccinated melanoma patient, Proceedings of the National Academy of Science, Jun. 1996, pp. 6280-6285, vol. 93, Medical Sciences.
Carlson et al., "Efficient TALEN-mediated gene knockout in livestock," PNAS vol. 109, No. 43, 2012, pp. 17382-17387.
Carter, B., et al., 'Bispecific human IgG by design,' Journal of Immunological Methods, vol. 248, Nos. 1-2, pp. 7-15, 2001.
Chothia, Cyrus et al., "Domain Association in Immunoglobulin Molecules the Packing of Variable Domains," J. Mol. Biol, vol. 186, No. 3, pp. 651-663.
Clark, Dr. Michael Ronald FSB, Curriculum Vitae, Nov. 18, 2014, pp. 1-21.
Clark, Mike, Statement, May 18, 2015, pp. 1-9, Document ID No. 5556275-1-BFLECK.
Co-pending U.S. Appl. No. 14/211,243, filed Mar. 14, 2014.
Co-pending U.S. Appl. No. 13/013,156, filed Jan. 25, 2011.
Colbere-Garapin, F., et al., 'A new dominant hybrid selective marker for higher eukaryotic cells', J. Mol. Biol., vol. 150, pp. 1-14, 1981.

(56) **References Cited**

OTHER PUBLICATIONS

Colman, P.M. et al., "Effects of amino acid sequence changes on antibody-antigen interactions," Research in Immunol., vol. 145, pp. 33-36 (1994).
Coloma, M.J. and Morrison, S.L., "Design and production of novel tetravalent bispecific antibodies," Nature Biotechnology, vol. 15, Feb. 1997, pp. 159-163.
Conrath, Katja Els et al., "Camel Single-domain Antibodies as Modular Building Units in Bispecific and Bivalent Antibody Constructs," The Journal of Biological Chemistry, vol. 276, No. 10, Mar. 9, 2001, pp. 7346-7350.
Corcoran, Anne, Curriculum Vitae, pp. 1-3.
Corcoran, Anne, Statement, May 15, 2015, pp. 1-10.
Corcos, Daniel, Curriculum Vitae, pp. 1-5.
Corcos, Daniel, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologies Limited, May 20, 2015, pp. 1-13.
Coronella, J. A. et al., Amplification of IgG VH and VL (Fab) from single human plasma cells and B cells, Nucleic Acids Research, 2000, pp. 1-7, vol. 28, No. 20 e85, Oxford University Press.
Crescendo Biologics, "Crescendo Biologics Announces the Crescendo Mouse," 2013, retrieved from the Internet, URL: http://www.crescendobiologics.com/dev/uploads/Downloads/160113 Crescendo Mouse Press Release, pdf, retrieved on Jul. 30, 2014.
Crotty, S., et al., 'Cutting Edge: Long-Term B Cell Memory in Humans after Smallpox Vaccination', J. Immunology, vol. 171, pp. 4969-4973, 2003.
Damak, S., et al., 'Improved Wool Production in Transgenic Sheep Expressing Insulin-like Growth Factor 1', Bio/technology, vol. 14, pp. 185-188, 1996.
Davies & Riechmann, "Antibody VH Domains as Small Recognition Units," BioTechnology, May 1995, vol. 13, pp. 475-479, Nature Publishing Group.
Davies, J., 'Single antibody domains as small recognition units: design and in vitro antigen selection of camelized, human VH domains with improved protein stability', Protein Engineering, vol. 9, No. 6, pp. 531-537, 1996.
Davies, Julian et al., 'Camelising' human antibody fragments: NMR studies on VH domains, FEBS Letters, 1994, pp. 285-290, vol. 339, FEBS 13683, Elsevier, Federation of European Biochemical Societies.
De Bruijn, Marella, et al., "Distinct mouse bone marrow macrophage precursors identified by differential expression of ER-MP12 and ER-MP20 antigens," Eur. J. Immunol., 1994, vol. 24, pp. 2279-2284.
De Genst, et al., 'Strong in Vivo Maturation Compensates for Structurally Restricted H3 Loops in Antibody Repertoires', J. Biol. Chem., vol. 280, No. 14, pp. 14114-14121, 2005.
Decanniere K. et al., "A single-domain antibody fragment in complex with RNase A: non-canonical loop structures and nanomolar affinity using two CDR loops," Struct Lond Engl, Apr. 15, 1999, vol. 7, No. 4, pp. 361-370.
Decision of Grant by Russian Patent Office dated May 21, 2014, regarding Russian Patent Application No. 2011/142759, filed on Mar. 19, 2010.
Declaration of Dr. Daniel Corcos & Curriculum Vitae cited in May 20, 2015 opposition in EP 1776383, pp. 1-18.
Declaration of Dr. Lutz Riechmann & Curriculum Vitae cited in May 20, 2015 opposition in EP 1776383, pp. 1-40.
Declaration of Processor Kerry Chester, cited in Opposition dated Oct. 17, 2016, in European Patent No. 1776383, pp. 1-14.
Declaration of Professor Peter Delves, cited in Opposition dated Nov. 10, 2016 in European Patent No. 1864998, pp. 1-29.
Dekker, et al., 'Intracellularly Expressed Single-Domain Antibody against p15 Matrix Protein Prevents the Production of Porcine Retroviruses', J Virol., vol. 77, No. 22, pp. 12132-12139, 2003.
Denham, S., et al., 'Monoclonal antibodies putatively identifying porcine B cells', Veterinary Immunology and Immunopathology, vol. 60, Nos. 3-4, pp. 317-328, 1998.
Desmyter, A., et al., 'Crystal structure of a camel single-domain VH antibody fragment in complex with lysozyme', Nature Structural Biology, vol. 3, No. 9, pp. 803-811, 1996.
Dolk, E., et al., 'Isolation of Llama Antibody Fragments for Prevention of Dandruff by Phage Display in Shampoo', Applied Environmental Microbiology, vol. 71, No. 1, pp. 442-450, 2005.
Dudgeon, Kip et al., "General strategy for the generation of human antibody variable domains with increased aggregation resistance," PNAS Early Edition, vol. 109, 2012, pp. 10879-10884.
Dumoulin, M., et al., Single-domain antibody fragments with high conformational stability:, Protein Science, vol. 11, No. 3, pp. 500-515, 2002.
Echelard, Y., 'Year of the ox', Nature Biotechnology, vol. 27, No. 2, pp. 146-147, 2009.
Ehlich, Andreas et al., Immunoglobulin Heavy and Light Chain Genes Rearrange Independently at Early Stages of B Cell Development, Cell, Mar. 12, 1993, pp. 695-704, vol. 72, Cell Press.
Ellyard, J.I., et al., 'Antigen-selected, immunoglobulin-secreting cells persist in human spleen and bone marrow', Blood, vol. 103, No. 10, pp. 3805-3812, 2004.
EP Communication dated Feb. 27, 2014 regarding European Patent Application No. 10179784.3.
Ewert, S., et al., 'Biophysical Properties of Camelid VHH Domains Compared to Those of Human VH3 Domains', Biochemistry, vol. 41, No. 11, pp. 3628-3636, 2002.
Exhibit illustrating relevant stages in development cited in Opposition against EP 1776383 on Apr. 28, 2017.
Fahrner, R.L., et al., Industrial purification of pharmaceutical anitbodies: development, operation, and validation of chromatography processes:, Biotechnol. Gen. Eng. Rev., vol. 18, pp. 301-327, 2001.
Ferguson, P.J., et al., 'Antigen-Based Heteropolymers', Arthritis and Rheumatism, vol. 38, pp. 190-200, 1995.
Final Written Submissions dated Nov. 2016 in Opposition in European Patent No. 1864998.
Flajnik et al., "A case of convergence: Why did a simple alternative to canonical antibodies arise in sharks and camels," PLoS Biology 9(8):e1001120, 2011.
Gaj et al., "ZFN, TALEN, and CRISPR/Cas-based methods for genome engineering," Trends in Biotechnology, vol. 31, No. 7, 2013, pp. 397-405.
Galler G.R. et al., "Surface mu heavy chain signals down-regulation of the V(D)J-recombinase machinery in the absence of surrogate light chain components," J Exp Med, Jun. 7, 2004, vol. 199, No. 11, pp. 1523-1532.
Geraldes, P. et al., "Immunoglobulin heavy chain and the life of memory B cells," FASEB Journal, vol. 19, No. 4, Suppl. S. Part 1., pp. A21-A22, 2005.
Geraldes, P., et al., 'Ig heavy chain promotes mature B cell survival in the absence of light chain', Journal of Immunology, vol. 179, No. 3, pp. 1659-1668, 2007.
Ghahroudi, M. Arbabi et al., Selection and identification of single domain antibody fragments from camel heavy-chain antibodies, FEBS Letters, FEBS 19210, 1997, pp. 521-526, vol. 414, Federation of European Biochemical Societies.
Glennie, M.J., et al., 'Renaissance of cancer therapeutic antibodies', Drug Discovery Today, vol. 8, pp. 503-510, 2003.
Green et al., "Antigen-specific human monoclonal antibodies from mice engineered with human Ig heavy chain and light chain YACs," Nature Genetics, vol. 7, May 1994, pp. 13-21.
Green, Larry L., Antibody engineering via genetic engineering of the mouse: XenoMouse strains are a vehicle for the facile generation of therapeutic human monoclonal antibodies, Journal of Immunological Methods, 1999, pp. 11-23, vol. 231, Elsevier Science B.V.
Hamers-Casterman, C., et al., 'Naturally occurring antibodies devoid of light chains', Nature, vol. 363, No. 6428, pp. 446-448, 1993.
Hammer, R.E., et al., 'Spontaneous Inflammatory Disease in Transgenic Rats Expressing HLA-B27 and Human Beta2m: an Animal Model of HLA-B27-Associated Human Disorders', Cell, vol. 63, pp. 1099-1112, 1990.
Harmsen, Michiel M. et al., Llama heavy-chain V regions consist of at least four distinct subfamilies revealing novel sequence features, Molecular Immunology, 2000, pp. 579-590, vol. 37, Pergamon, Elsevier.

(56) **References Cited**

OTHER PUBLICATIONS

Hartman, S.C., et al., 'Two dominant-acting selectable markers for gene transfer studies in mammalian cells', Proc. Natl. Acad. Sci. USA, vol. 85, No. 21, pp. 8047-8051, 1988.
Hasan, Milena et al., Incomplete block of B cell development and immunoglobulin production in mice carrying the uMT mutation on the BALB/c background, European Journal of Immunology, 2002, pp. 2463-3471, vol. 32, Wiley-Vch Verlag GmbH & Co., Weinheim.
Heinrich, G., et al., Characterization of a human T cell specific chimeric antibody (CD7) with human constant and mouse variable regions, J. Immunol.., vol. 143, No. 11, pp. 3589-3597, 1989.
Hendershot, Linda et al., Assembly and Secretion of Heavy Chains that Do Not Associate Posttranslationally with Immunoglobulin Heavy Chain-binding Protein, The Journal of Cell Biology, Mar. 1987, pp. 761-767, vol. 104, The Rockefeller University Press.
Holliger, P., et al., 'Diabodies': Small bivalent and bispecific antibody fragments, Proc. Natl. Acad. Sci. USA, vol. 90, pp. 6444-6448, Jul. 1993.
Holt, L.J. et al., "Domain Antibodies: Proteins for Therapy," Trends in Biotechnology, vol. 21, No. 11, pp. 484-490, 2003.
Honjo, T. et al., "Molecular Biology of B Cells," First Edition, 2003, Chapter 12, "Regulation of Antigen Receptor Signaling by the Co-Receptors, CD19 and CD22," pp. 171-186.
Honjo, T. et al., "Molecular Biology of B Cells," First Edition, 2003, Chapter 15, "Characteristics of Mucosal B Cells with Emphasis on the Human Secretory Immune System" pp. 223-246.
Hudson, P.J., 'Recombinant antibody constructs in cancer therapy', Curr. Opin. Immunol., vol. 11, pp. 548-557, 1999.
Imam, A.M.A. et al., 'Modification of human p-globin locus PAC clones by homologous recombination in *Escherichia coli*,' Nucleic Acids Research, vol. 18, No. 12, pp. e65 i-vi, 2000.
Inquiry by Japanese Patent Office dated Jun. 24, 2014, regarding Russian Patent Application No. 2011/166561, filed on Jul. 29, 2011.
International Search Report and Written Opinion dated Jul. 15, 2014 for International Application No. PCT/IB2014/059824.
International Search Report based on International Application No. PCT/GB2010/000500 dated Dec. 21, 2010.
International Search Report based on PCT/GB2005/002892 dated Apr. 7, 2006.
JA'KEMP, Third Party Observation Filed with the European Patent Office, Jul. 1, 2015, pp. 1-7.
JA'KEMP, Third Party Observations, The European Patent Office, Munich, Germany, Jul. 1, 2015, pp. 1-5.
Janeway Jr., Charles A. et al, "Immuno Biology The Immune System in Health and Disease, Fourth Edition, 1999 by Elsevier Science Ltd/Garland Publishing, Chapter 6," The Developement of B Lymphocytes, 34 pages.
Janeway-Travers, Immunobiology The Immune System in Health and Disease, 1st Edition, 1994, 11 pp., (selected excerpts).
Janeway, C.A. et al., 'The Development of B Lymphocytes,' Immunobiology, 3rd Edition, Garland Publishing Inc., pp. 5:1-5:33 and 8:1-8:17, 1997.
Jang, Y.J. et al., 'The structural basis for DNA binding by an anti-DNA autoantibody,' Molec. Immunol., vol. 35, pp. 1207-1217 (1998).
Janssens, R., et al., 'Generation of heavy-chain-only antibodies in mice', Proc. Natl. Acad. Sci. USA, vol. 103, No. 41, pp. 15130-15135, 2006.
Japanese Patent Office Inquiry dispatched on Mar. 11, 2014. English translation.
Jaton, J.C., et al., 'Recovery of Antibody Activity upon Reoxidation of Completely Reduced Polyalanyl Heavy Chain and Its Fd Fragment Derived from Anti-2,4-dinitrophenyl Antibody', Biochemistry, vol. 7, No. 12, pp. 4185-4195, Dec. 1968.
Jendreyko, N. et al., 'Intradiabodies, Bispecific, Tetravalent Antibodies for the Simultaneous Functional Knockout of Two Cell Surface Receptors,' J. Biol. Chem., vol. 278, pp. 47812-47819 (2003).
Jespers, et al., 'Crystal structure of HEL4, a soluble, refoldable human V(H) single domain with a germ-line scaffold', J. Mol. Biol., vol. 337, No. 4, pp. 893-903, 2004.
Kandavelou, K., et al., 'Targeted manipulation of mammalian genomes using designed zinc finger nucleases', Biochem. Biophys. Res. Commun., vol. 388, No. 1, pp. 56-61, 2009.
Kellerman, S., 'Antibody discovery: the use of transgenic mice to generate human monoclonal antibodies for therapeutics', Current Opinion in Biotechnology, vol. 13, pp. 593-597, 2002.
Kim, C.W., et al., 'Members of the syndecan family of heparan sulfate proteoglycans are expressed in distinct cell-, tissue-, and development-specific patterns', Mol. Biol. Cell., vol. 5, No. 7, pp. 797-805, 1994.
Kitamura D and Rajewsky K, "Targeted disruption of mu chain membrane exon causes loss of heavy-chain allelic exclusion," Nature, Mar. 12, 1992, vol. 356, No. 6365, pp. 154-156.
Kitamura, Daisuke et al., A B cell-deficient mouse by targeted disruption of the membrane exon of the immunoglobulin u chain gene, Nature, Apr. 4, 1991, pp. 423-426, vol. 350, Nature Publishing Group.
Kitamura, Daisuke et al., Targeted disruption of u chain membrane exon causes loss of heavy-chain allelic exclusion, Nature, Mar. 12, 1992, pp. 154-156, vol. 356, Nature Publishing Group.
Klein, U., et al., Human immunoglobulin (Ig)M+IgD+ peripheral blood B-cells expressing the CD27 cell surface antigen carry somatically mutated variable region genes: CD27 as a general markerfor somatically mutated (memory) B Cells, J. Exp. Med., vol. 188, No. 9, pp. 1679-1689, 1998.
Kobayashi, H. et al., 'Tryptophan H33 plays an important role in pyrimidine (6-4) pyrimidine photoproduct binding by a high-affinity antibody,' Protein Engineering, vol. 12, pp. 879-844 (1999).
Kokubu, F., et al., 'Diverse Organization of Immunoglobulin VH-Gene Loci in a Primitive Vertebrate', EMBO J., vol. 7, No. 11, pp. 3413-3422, 1988.
Kriangkum, J. et al., 'Bispecific and bifunctional single chain recombinant antibodies,' Biomolecular Engineering, vol. 18, pp. 31-40 (2001).
Kumar, Ramest, "Recombinant Hemoglobins as Blood Substitutes: A Biotechnology Perspective" P.S.E.B.M. 1995, vol. 208, pp. 150-158.
Kumar, S. et al., 'Molecular Cloning and Expression of the Fabs of Human Autoantibodies in *Escherichia coli*,' J. Biol. Chem., vol. 275, pp. 35139-35136 (2000).
Kuroiwa, Y., et al., 'Cloned transchromosomic calves producing human immunoglobulin', Nature Biotechnology, vol. 20, No. 9, pp. 889-894, 2002.
Laible et al., "Improving livestock for agriculture—technological progress from random transgenesis to precision genome editing heralds a new era," Biotechnology Journal vol. 10, 2015, pp. 109-120.
Laventie, BJ "Heavy chain-only antibodies and tetravalent bispecific antibody neutralizing *Staphyloccus aureus* leukotoxins," Sep. 27, 2011, vol. 108, No. 39, pp. 16404-16409.
Lee, Young-Kwang et al., BiP and Immunoglobulin Light Chain Cooperate to Control the Folding of Heavy Chain and Ensure the Fidelity of Immunoglobulin Assembly, Molecular Biology of the Cell, vol. 10, Jul. 1999, pp. 2209-2219.
Leenan, P.J., et al., "Heterogeneity of Mouse Spleen Dendritic Cells: In Vivo Phagocytic Activity, Expression of Macrophage Markers, and Subpopulation Turnover", The Journal of Immunology, vol. 160, pp. 2166-2173, 1998.
Lefranc et al., 'IMGT, the international ImMunoGeneTics database,' Nucleic Acids Research, vol. 27, No. 1, pp. 209-212(1999).
Lefranc et al., Immunoglobulin Facts Book, Academic Press, pp. 3-44, 97-428, 2001.
Leher, et al., Monoclonal IgA antibodies protect against Acanthamoeba keratitis, Exp. Eye. Res., vol. 69, No. 1, pp. 75-84, 1999.
Lillico et al., "Live pigs produced from genome edited zygotes," Scientific Reports, vol. 3, No. 2847, 2013, pp. 1-4.
Lonberg, N., 'Human antibodies from transgenic animals', Nature Biotechnology, vol. 23, No. 9, pp. 1117-1125, 2005.

(56) **References Cited**

OTHER PUBLICATIONS

Lonberg, Nils et al., Antigen-specific human antibodies from mice comprising four distinct genetic modifications, Nature, Apr. 28, 01994, pp. 856-859, vol. 368. Nature Publishing Group.
Lu, D., et al., 'Di-Diabody: A Novel Tetravalent Bispecific Antibody Molecule by Design', J. Immunol. Methods, vol. 279, Nos. 1-2, pp. 219-232, 2003.
Lyden, D., et al., 'Impaired recruitment of bone-marrow-derived endothelial and hematopoietic precursor cells blocks tumor angiogenesis and growth', Nat. Med., vol. 7, No. 11, pp. 1194-1201, 2001.
MacPherson, Andrew J. et al., BLySsful interactions between DCs and B cells, Nature Immunology, Sep. 2002, pp. 798-800, vol. 3, No. 9, Nature Publishing Group.
Marian, A.J., et al., 'A transgenic rabbit model for human hypertrophic cardiomyopathy', The Journal of Clinical Investigation, vol. 104, No. 12, pp. 1683-1692, 1999.
Maruyama, M., et al., 'Memory B-cell persistence is independent of persisting immunizing antigen', Nature, vol. 407, No. 6804, pp. 636-642, 2000.
Meijer, P.J., et al., 'Human Antibody Repertoires', Therapeutic Antibodies: Methods and Protocols, vol. 525, pp. 261-277, 2009.
Mills, et al., Enhancer Complexes Located Downstream of Both Human Immunoglobulin Ca Genes, The Journal of Experimental Medicine, vol. 186, No. 6, pp. 845-858, 1997.
Morrison, S.L., et al., 'Chimeric human antibody molecules: Mouse antigen-binding domains with human constant region domains', Proc. Natl. Acad. Sci. USA, vol. 81, pp. 6851-6855, Nov. 1984.
Muller, K.M., et al., 'The first constant domain (C(H)1 and C(L)) of an antibody used as heterodimerization domain for bispecific miniantibodies', FEBS Letters, vol. 422, Issue 2, pp. 259-264, 1998.
Mullins, JH.J., et al., 'Fulminant hypertension in transgenic rats harbouring the mouse Ren-2 gene', Letters to Nature, vol. 344, pp. 541-544, 1990.
Murphy, A., "VelocImmune: Immunoglobulin Variable Region Humanized Mice," in M. Little (ed.), Recombinant Antibodies for Immunotherapy, pp. 100-107, Cambridge University Press, New York, NY, 2009.
Muyldermans S. and Lauwereys M., "Unique single-domain antigen binding fragments derived from naturally occurring camel heavy-chain antibodies," J Mol Recognit, Apr. 1999, vol. 12, No. 2, pp. 131-140.
Muyldermans, S., 'Single domain camel antibodies: current status', Molecular Biotechnology, vol. 74, pp. 277-302, 2001.
Muyldermans, S., et al., 'Sequence and structure of VHdomain from naturally occurring camel heavy chain immunoglobulins lacking light chains', Protein Engineering , vol. 7, No. 9, pp. 1129-1135, 1994.
Muyldermans, Serge et al., "Recognition of antigens by single-domain antibody fragments: the superfluous lxury of paired domains," TRENDS in Biochemical Sciences, vol. 26, No. 4, Apr. 2001, pp. 230-235.
Naessens, J., 'Surface Ig on B lymphocytes from cattle and sheep', Int. Immunol., vol. 9, No. 3, pp. 349-354, 1997.
Naito et al., "Expression of exogenous DNA in the gonads of chimaeric chicken embryos produced by transfer of primordial germ cells transfected in vitro and subsequent fate of the introduced DNA," J of Reproduction and Fertility 113, pp. 137-134, 1998.
Navas, Patrick A., et al., "Developmental Specificity of the Interaction between the Locus Control Region and Embryonic or Fetal Globin Genes in Transgenic Mice with an HS3 Core Deletion," Molecular and Cellular Biology, Jul. 1998, vol. 18, No. 7, pp. 4188-4196.
Neuberger, M.S., et al., 'A hapten-specific chimaeric IgE antibody with Human physiological effector function', Nature, vol. 314, No. 6008, pp. 268-270, 1985.
Neuberger, M.S., et al., 'Construction of novel antibodies by use of DNA transfection: design of plasmid vectors', Phil. Trans. R. Soc. Lond., vol. 317, No. 1540, pp. 425-432, 1986.
Nguyen, V.K., et al., 'Heavy-chain only antibodies derived from dromedary are secreted and displayed by mouse B cells', Immunology, vol. 109, No. 1, pp. 93-101, 2003.
Nicholson, I.C., et al., 'Antibody Repertoires of Four- and Five-Feature Translocus Mice Carrying Human Immunoglobulin Heavy Chain and {kappa} and {lambda} Light Chain Yeast Artificial Chromosomes,' The Journal of Immunology 163 (12), pp. 6898-6906 (Dec. 15, 1999), The William and Wilkins Co, Baltimore, MD.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Ablynx NV, pp. 1-24.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Crescendo Biologies Limited, pp. 1-56.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Regeneron Pharmaceuticals, Inc., pp. 1-28.
O'Donnell, J.K., et al., 'Production of human hemoglobin in transgenic swine: an approach to a blood substitute,' vol. 17, No. 2, pp. 307-312, 1993.
O'Neill, T.P., 'HLA-B27 transgenic rats: animal model of human HLA-B27-associated disorders,' Toxicologic Pathology, vol. 25, No. 4, pp. 407-408, 1997.
O'Neill, T.P., "Apoliproprotein E-Deficient Mouse Model of Human Atherosclerosis," Toxicology Pathology, vol. 25, No. 1, 1997, pp. 20-21.
Opposition by Ablynx N.V. to European Patent No. 1776383 B1, dated May 20, 2015, pp. 1-20.
Opposition by Crescendo Biologics Limited to European Patent No. EP 1776383 B1 dated May 20, 2015, pp. 1-46.
Orinska, Zane et al., Novel B cell population producing functional IgG in the absence of membrane IgM expression, European Journal of Immunology, 2002, pp. 3472-3480, vol. 32, Wiley-VCH Verlag GmbH & Co., KGaA, Weinheim.
Padlan, Eduardo et al., "Antibody Fab Assembly: The Interface Residues Between CH1 and CL," Molecular Immunology, vol. 23, No. 9, pp. 951-960, 1986.
Pharma Focus Asia, 'Veloclmmune—A novel platform,' 2009, retrieved from the Internet, URL: http://www.pharmafocusasia.com/clinical_trials/human_antibody_discovery.htm, retrieved on Jul. 30, 2014.
Radbruch, A., et al., 'Competence and competition: the challenge of becoming a long-lived plasma cell', Nature Reviews Immunology, vol. 6, No. 10, pp. 741-750, 2006.
Raina et al. "Testis mediated gene transfer: In vitro transfection in goat testis by electroporation," Gene 554, pp. 96-100, 2015.
Reiter, Y. et al., "An Antibody Single-domain Phage Display Library of a Native Heavy Chain Variable Region: Isolation of Functional Single-domain VH Molecules with a Unique Interface," J. Mol. Biol., vol. 290, pp. 685-698 (1999).
Related U.S. Appl. No. 13/815,812, filed Mar. 15, 2013, now U.S. Pat. No. 9,365,655, issued Jun. 14, 2016.
Related U.S. Appl. No. 11/658,361, filed Oct. 10, 2008, now abandoned.
Related U.S. Appl. No. 12/645,653, filed Dec. 23, 2009, now U.S. Pat. No. 8,921,522, issued Dec. 30, 2014.
Related U.S. Appl. No. 12/645,684, filed Dec. 23, 2009, now U.S. Pat. No. 8,921,524, issued Dec. 30, 2014.
Related U.S. Appl. No. 13/259,472, filed Feb. 22, 2012, now U.S. Pat. No. 8,883,150, issued Nov. 11, 2014.
Related U.S. Appl. No. 13/837,402, filed Mar. 15, 2013, now U.S. Pat. No. 9,353,179, issued May 31, 2016.
Related U.S. Appl. No. 13/837,520, filed Mar. 15, 013, now U.S. Pat. No. 9,346,877, issued May 24, 2016.
Remy, et al., 'Zinc-finger nucleases: a powerful tool for genetic engineering of animals', Transgenic Res., vol. 19, No. 3, pp. 363-371, 2010, (Sep. 26, 2009 [Epub ahead of print]).
Response to Oral Proceedings in Opposition by Regeneron Pharmaceuticals, Inc. to Erasmus University Medical Center Rotterdam, dated Oct. 17, 2016 in European Patent No. 1776383, pp. 1-13.

(56) **References Cited**

OTHER PUBLICATIONS

Response to Oral Proceedings in Opposition to Erasmus University Medical Center Rotterdam, dated Nov. 10, 2016, in European Patent No. 1864998.
Riechmann, L., 'Rearrangement of the Former VL Interface in the Solution Structure of a Camelised, Single Antibody VH Domain', J. Mol. Biol., vol. 259, No. 5, pp. 957-969, 1996.
Riechmann, L., et al., 'Single domain antibodies: comparison of camel VH and camelised human VH domains', J. Immunol. Methods, vol. 231, Nos. 1-2, pp. 25-38, 1999.
Riechmann, Lutz, Declaration, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologies Limited, May 5, 2015, pp. 1-36.
Riechmann, Lutz.Curriculum Vitae, pp. 1-4.
Rosenberg, A.S., 'Effects of protein aggregates: an immunologic perspective', The AAPS Journal, vol. 8, No. 3, Article 59, pp. E501-E507, 2006.
Rouet, Romain et al., "Fully Human VH Single Domains That Rival the Stability and Cleft Recognition of Camelid Antibodies," The Journal of Biological Chemistry, vol. 290, No. 19, May 8, 2015, pp. 11905-11917.
Sakurai, K., et al., 'Efficient integration of transgenes into a defined locus in human embryonic stem cells', Nucleic Acids Res., vol. 38, No. 7, e96., [Epub Jan. 13, 2010].
Sanderson, R.D., et al., 'B lymphocytes express and lose syndecan at specific stages of differentiation', Cell Regulation, vol. 1, No. 1, pp. 27-35, 1989.
Santerre, R.F., et al., 'Expression of Prokaryotic Genes for Hygromycin B and G418 Resistance as Dominant-Selection Markers in Mouse L Cells', Gene, vol. 30, Nos. 1-3, pp. 147-156, 1984.
Scheid, J.F. et al., "Broad Diversity of Neutralizing Antibodies Isolated from Memory B Cells in HIV-infected Individuals," Nature, vol. 458, No. 7238, pp. 636-640, 2009.
Schroeder, H.W. and Cavacini, L., Structure and function of immunoglobulins, J Allergy Clin Immunol, vol. 125, No. 2, Feb. 2010, S41-S52.
Segal, D.M., et al., 'Introduction: Bispecific Antibodies,' J. Immunol. Methods, vol. 248, pp. 1-6, 2001.
Sehgal, D., et al., 'Distinct clonal Ig diversification patterns in young appendix compared to antigen-specific clones', J. Immunol., vol. 168, No. 11, pp. 5424-5433, 2002.
Singh, N., et al., 'Biallelic germline transcription at the kappa immunoglobulin locus', J Exp. Med., vol. 197, No. 6, pp. 743-750, 2003.
Sitia, R., et al., 'Developmental regulation of IgM secretion: The role of the carboxy-terminal cysteine,' Cell, vol. 60, No. 5, pp. 781-790, 1990.
Slieker, WA. et al., "ER-MP12 antigen, a new cell surface marker on mouse bone marrow cells with thymus-repopulating ability: I. Intrathymic repopulating ability of ER-MP12-positive bone marrow cells," Int. Immunol., Sep. 1993, vol. 5, No. 9, pp. 1093-1098.
Slifka, M.K., et al., 'Humoral immunity due to long-lived plasma cells', Immunity, vol. 8, No. 3, pp. 363-372, 1998.
Smith-Gill, S. et al., 'Contributions of Immunoglobulin Heavy and Light Chains to Antibody Specificity for Lysozyme and Two Haptens,' J. Immunol., vol. 139, pp. 4135-4144 (1987).
Smith, B., et al., Prolonged in Vivo Residence Times of antibody Fragments Associated with Albumin:, Bioconjugate Chem., vol. 12, pp. 750-756, 2001.
Smolarek et al., "Variable fragments of heavy chain antibodies (VHHs): a new magic bullet molecule of medicine?" Postepy Hig Med Dosw 66:348-358, 2012.
Song, M.K. et al., 'Light Chain of Natural Antibody Plays a Dominant Role in Protein Antigen Binding,' Biochem. Biophys. Res. Comm., vol. 268, pp. 390-394 (2000).
Southern, EM., "Detection of specific sequences among DNA fragments separated by gel electrophoresis," J. Mol. Biol., Nov. 5, 1975, 98(3), pp. 503-517.
Stanfield, et al., 'Crystal Structure of a Shark Single-Domain Antibody V Region in Complex with Lysozyme', Science, vol. 305, No. 5691, pp. 1770-1773, 2004.
Statement by Dr. Anne Corcoran & Curriculum Vitae cited in May 20, 2015 opposition in EP 1776383, pp. 1-13.
Statement Dr. Michael Ronald Clark & Curriculum Vitae cited in May 20, 2015 opposition in EP 1776383, pp. 1-30.
Statement of Facts and Arguments in Support of Opposition dated May 19, 2015 for Opposition against EP 1776383, pp. 1-22.
Statement of Grounds of Appeal on Behalf of Regeneron Pharmaceuticals, Inc. dated Apr. 28, 2017 for Opposition against EP 1776383, pp. 1-36.
Sun, L.K., et al., 'Chimeric antibody with human constant regions and mouse variable regions directed against carcinoma-associated antigen 17-1A', Proc. Natl. Acad. Sci. USA, vol. 84, (No. 1), pp. 214-218, Jan. 1987.
Sung, C, et al., 'An IFN-Beta-Albumin Fusion Protein That Displays Improved Pharmacokinetic and Pharmacodynamic Properties in Nonhuman Primates', J. Interferon Cytokine Res., vol. 23, No. 1, pp. 25-36, 2003.
Suresh et al., "Bispecific monoclonal antibodies from hybrid hybridomas," (1986) Methods Enzymol., vol. 121, 210-228.
Suresh, M.R., et al., 'Advantages of bispecific hybridomas in one-step immunocytochemistry and immunoassays,' PNAS, vol. 83, No. 20, pp. 7989-7993, 1986.
Tacken, P.J., et al., 'Effective Targeting of Pathogens to Neutrophils via Chimeric Surfactant Protein D/Anti-CD89 Protein', The Journal of Immunology, vol. 172, No. 8, pp. 4934-4940, Apr. 15, 2004.
Tanaka T. et al., "Single domain intracellular antibodies: a minimal fragment for direct in vivo selection of antigen-specific intrabodies," J Mol Biol, Aug. 29, 2003, vol. 331, No. 5, pp. 1109-1120.
Tangye, S.G.,, and Tarlington, D.M., 'Memory B cells: effectors of long-lived immune responses', Eur. J. Immunol., vol. 39, No. 8, pp. 2065-2075, 2009.
Tanha, et al., Selection by phage display of llama conventional VH fragments with heavy chain antibody VHH properties, Recombinant Technology, Journal of Immunological Methods, 2002, pp. 97-109, vol. 263, Published by Elsevier Science B.V.
Tanha, J., et al., 'Optimal Design Features of Camelized Human Single-domain Antibody Libraries', The Journal of Biological Chemistry, vol. 276, No. 27, pp. 24774-24780, Jul. 6, 2001.
To, R., et al., 'Isolation of Monomeric Human VHS by a Phage Selection', The Journal of Biological Chemistry, vol. 280, No. 50, pp. 41395-41403, 2005.
Van Dijk and Van Der Winkel, 'Human antibodies as next generation therapeutics', Curr. Opin. Chem. Biol., vol. 5, No. 4, pp. 368-374, 2001.
Van Spriel, A.B., et al, 'Effective Phagocytosis and Killing of Candida albicans via Targeting FcyRI (CD64) or FcaRI (CD89) on Neutrophils', Journal if Infectious Diseases, vol. 179, No. 3, pp. 661-669, 1999.
Van Spriel, et al., 'Immunotherapeutic perspective for bispecific antibodies', Immunology Today, vol. 21, No. 8, pp. 391-397, 2000.
Vara, et al., 'Expression in Mammalian Cells of a Gene from Streptomyces alboniger Conferring Puromycin Resistance', Nucleic Acids Research, vol. 14, No. 11, pp. 4617-4624, 1986.
Vranken, W., et al., 'Solution structure of a llama single-domain antibody with hydrophobic residues typical of the VH/VL interface,' Biochemistry, vol. 41, pp. 8570-8579, 2002.
Vu, K.B. et al., "Comparison of llama VH sequences from conventional and heavy chain antibodies," Mol Immunol, Dec. 1997, vol. 34, No. 16-17, pp. 1121-1131.
Wang, B., et al., 'Transgenic goats produced by DNA pronuclear microinjection of in vitro derived zygotes,' Molecular Reproduction and Development, vol. 63, pp. 437-443, 2002.
Ward, et al., 'Binding activities of a repertoire of single immunoglobulin variable domains secreted from *Escherichia coli*', Nature, vol. 341, pp. 544-546, 1989.
Watson et al., Recombinant DNA, 2nd edition, Scientifican American Books, 1992, chapter 14 "The Introduction of Foreign Genes into Mice" pp. 255-272.
Wols, Heather A. Minges, Plasma Cells, Encyclopedia of Life Sciences, 2005, pp. 1-8, John Wiley & Sons, Ltd., USA.

(56) **References Cited**

OTHER PUBLICATIONS

Worn, A., and Pluckthun, A., 'Different equilibrium stability behavior of ScFv fragments: identification, classification, and improvement by protein engineering', Biochemistry, vol. 38, No. 27, pp. 8739-8750, 1999.
Wrammert, J. et al., "Rapid Cloning of High-Affinity Human Monoclonal Antibodies Against Influenza Virus," Nature, vol. 453, No. 7195, pp. 667-672, 2008.
Wright, G., et al., 'High level expression of active human alpha-1-antitrypsin in the milk of transgenic sheep,' Bio/technology, vol. 9, pp. 830-834, 1991.
Wu, Tai Te et al., Length Distribution of CDRH3 in Antibodies, PROTEINS: Structure, Function, and Genetics, 1993, pp. 1-7, vol. 16.WILEY-LISS, INC.
Xu, J.L., and Davis, M.M., 'Diversity in the CDR3 region of V(H) is sufficient for most antibody specificities', Immunity, vol. 13, pp. 37-45, 2000.
Yau, et al., 'Affinity maturation of a V(H)H by mutational hotspot randomization', J. Imunol. Methods, vol. 297, Nos. 1-2, pp. 213-224, 2005.
Zou, X. et al., "Dominant Expression of a 1.3 Mb Human IgK Locus Replacing Mouse Light Chain Production," The FASEB J., vol. 10, No. 10, pp. 1227-1232, 1996.
Zou, X., et al., 'Heavy chain—only antibodies are spontaneously produced in light chain—deficient mice', J. Exp. Med., vol. 204, No. 13, pp. 3271-3283, 2007.
Zou, X., et al., "Expression of a Dromedary Heavy Chain-Only Antibody and B Cell Development in the Mouse," J. Immunology, vol. 175, pp. 3769-3779, 2005.
Rudikoff et al., Proc Natl Acad Sci USA. Mar. 1982; 79(6): 1979-83.
Ghahroudi et al., FEBS Letters, 1997, 414:521-526.
Lu et al., "Tailoring in Vitro Selection for a Picomolar Affinity Human Antibody Directed against Vascular Endothelial Growth Factor Receptor 2 for Enhanced Neutralizing Activity", J. Biol. Chem. Oct. 31, 2003; 278(44): 43496-507. Epub Aug. 12, 2003.
Skottrup et al., "Diagnostic evaluation of a nanobody with picomolar affinity toward the protease RgpB from Porphyromonas gingivalis", Anal. Biochem. Aug. 15, 2011; 415(2): 158-167.
Lonberg, N., 'Fully human antibodies from transgenic mouse and phage display platforms', Current Opinion in Immunology, vol. 20, pp. 450-459, 2008.

* cited by examiner

FIG. 1A

FIG. 1B



FIG. 2B

FIG. 2A


$VH_2$
$VH_1$
CH2
CH3
Ch4
$VH_4$
$VH_3$
OR
$VH_1$
$VH_1$
CH2
CH3
Ch4
$VH_2$
$VH_2$
Plus variations of examples shown in A or B

*FIG. 3*


VH1
VH1
Dimerization domain
CH2
CH2
CH3
CH3
Plus variations
Ch4
Ch4
EM
EM
CBD
CBD
Effector moiety
Effector chain
Effector moiety

FIG. 4

Bivalent secretory IgA



FIG. 5

Multivalent IgM like



*FIG. 6*

**Generation of heavy chain only IgG**



FIG. 7

Generation of heavy chain only IgM



*FIG. 8*


Generation of heavy chain only IgA
Not I
VH(1-n)
D(1-n)
J (1-n)
Frt
HS3 HS12 HS4
3'LCR
Not I
IgA locus, optionally with other constant regions
CαΔCH1
hinge CH2CH3 M1 M2
generate transgenic mice in mice with a defective heavy chain locus (e.g, μMT)
immunize with antigens
generate hybridomas
optional
clone antibodies in expression plasmids
generate phage display libraries
isolate individual clones

FIG. 9


VHH
D
J
VDJg*1 GACACGGCCGTGTAGTATCTGTAAGGCAGATGG....................GGTAGTACTATGGTTCG....GGGA.
VDJg*2 GAC..................................................ATTCCCACTTCGATC....T....
VDJg*3 GACACGGCCGTCTATTACTGTAATGCCACTACG...................ATATTTTGACTGGTTAT....TATA.
VDJg*4 GACACGGCCGTCCAATCGGAtACAG.................................CTATGGTTACGTACTTT
VDJg*5 GACACGGCCGTCTATTACTGTAATGCAGATGTATTACTATGGTTCGGGGAGCCTATAGCCTTACTACTACTACGGTATG.
J
CH1
VDJg*1 GTCCACCACTGCGGCTAGAGGGGCCAGGGAACACTGGTCGCGGTGTCATCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*2 .................CTGGGGCCGTGGCACCCTGGTCACTGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*3 GAC..........GCTACTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGCCTCCGCCAAGGGCCCATCGGTCTTCCC
VDJg*4 GACTA............CTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
VDJg*5 GACGT............CTGGGGCCAAGGGACCACGGTCACCGTCTCCTCAGCCTCCACCAAGGGCCCATCGGTCTTCCC
CH1
VDJg*1 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*2 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*3 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*4 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
VDJg*5 CCTGGCGCCCTGCTCCAGGAGCACCTCCGAGAGCACAGCGGCCCTGGGCTGCCTGGTCAAGGACTACTTCCCCGAACCGG
CH1
VDJg*1 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*2 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*3 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*4 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
VDJg*5 TGACGGTGTCGTGGAACTCAGGCGCTCTGACCAGCGGCGTGCACACCTTCCCAGCTGTCCTACAGTCCTCAGGACTCTAC
CH1
VDJg*1 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*2 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*3 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*4 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
VDJg*5 TCCCTCAGCAGCGTGGTGACCGTGCCCTCCAGCAACTTCGGCACCCAGACCTACACCTGCAACGTAGATCACAAGCCCAG
CH1 ♦ Hinge
VDJg*1 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*2 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*3 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*4 CAACACCAAGAGCGCAAATGTTGTGTCGAG
VDJg*5 CAACACCAAGAGCGCAAATGTTGTGTCGAG
♦ GGTGGACAAGACAGTT

*FIG. 10*


LCR
HS1,2
D (1-n)
VH (1-n)
J (1-n)
HS3
HS4
Frt
C region
H
CH2
CH3
M1
M2
Cμ
or Cδ
or Cα
or Cγ
or Cε
or any combination thereof

FIG. 11


IgM only locus
Not I
HS4
HS12
HS3
3'LCR
Frt
CμΔCH1
CH2
CH3
CH4
M1
M2
VH (1-n)
D (1-n)
J (1-n)
Not I




FIG. 12

IgM plus IgG locus, Cδ is optional

FIG. 13


Not I
5' probe
VH VH
25 funct D
6 J
Frt LoxP
Cμ+CH1
Cδ
LoxP
Cγ2ΔCH1
Cγ3ΔCH1
HS3
HS12
3' probe
HS4
3'LCR
Not
IgM plus IgG locus, Cδ is optional

FIG. 14



Antigen
10-100 µg
4-6 HLL deltaMD-1
TMµ-/-
IMMUNIZATION SCHEDULE
s.c.injections at days 0,14,28,42
i.p or i.v. injection at day 50
day 56
Spleen cells
Myeloma cells Sp2-0-Ag14
Fusion +HAT
Hybrids
Culture in HAT
Screening
Cloning
Hybridoma medium
Antigen prep HSP70
Antigen injected
Bacterial lysate
83Kd
62Kd
47Kd
G18 HCAb (IgG2 class)
VHH2
RLSCAASGSIFSNAMGWSRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKN


spleen staining dendritic cells and B cells
FACScan staining for splenic B cells with anti Cd19 and anti-B220
MT-/-
WT
HLL/ MT-/-
HLL-MD/ MT-/-
HLL M
b220percp
B220
CD19 PE
CD19
KO background
no B cells
normal animal
B cells
IgM +Ch1 and G locus in KO no rescue of B cells
IgG only locus in KO rescue of B cells
IgM plus IgG locus in KO rescue of B cells
IgM deletion by cre
frt single copy
HLL3/ MT-/- X cre
HLL3-MD/ +/- X
HLL3-MD/ MT-/-
HLL-MD1/ MT-/- X flp
HLL-MD1s.c. MT+/- X MT-/-
HLL-MD1s.c./
HLL-MD1s.c./
HLL3-MD/ MT-/-

FIG. 15

FIG. 16




α-B.Pertussis

CDR3

1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKGPITHVRG*

2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AKTPITHIRG*

3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*ARTPITVVRG*

4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDKAKNTVYLQMNSLKPEDSAVYYCNRT*GPITHVRG*

5 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNHADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN*AESPITKVRG*

CDR3 HINGE

....*VHY*WGQGTLVTVSSERKCCV...

....*VHH*WGQGTLVTVSSERKCCV...

....*VHY*WGQGTLVTVSSERKCCV...

....*VDY*WGRGTLVTVSSERKCCV...

....*VSY*WGQGTLVTVSSERKCCV...

Sequence of clones indicated by an asterix in the fingerprint, note the short CDR3 region

```
ne VHH1 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 1 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 2 RLSCAASGFTLDYYVIGWFRQAEGKEREGVSCISSSDGSTYYADSVKGRFTISRDNAKN
Clone 3 RLSCAASGFTLDYYAIGWFRQAEGKEREGVSCISSSDGSTYYGDSVKGRFTISRQKAKN
                 CDR1                              CDR2

ne VHH2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTNYADSVKGRFTISRDNAKN
Clone 1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTKYADSVKGRFTISRDNAKN
Clone 2 RLSCAASGSIFSINVMGWYRQPPGKQRELVAGVTSGGSTSYADSVKGRFTISRDNAKN
Clone 3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAP ITSGGSTNYADSVKGRFTISRDNAKN
                 CDR1                              CDR2

                                   CDR1                        CDR2
VHH2 germline VHH2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAA ITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCN........

                                                                                                        CDR3
α-B.Pertussis
1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNAKGPITHVRG
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNAKTPITHIRG
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNARTPITVVRG
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDKAKNTVYLQMNSLKPEDSAVYYCNRTGPITHVRG
5 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNHADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNAESPITKVRG

α-Tetanus
1 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNAERAGDP.....
2 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCGVLWFGELSD..
3 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNADCWGSRW..
4 RLSCAASGSIFSINAMGWYRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVYLQMNSLKPEDTAVYYCNADTSPPRYFDW

α-hsp70 RLSCAASGSIFSSNAMGWSRQAPGKQRELVAAITSGGSTNYADSVKGRFTISRDNAKNTVHLQMNSLKPEDTAVYYCNAGNTMVRGVII

       CDR3          HINGE
α-B.Pertussis
1....VHYWGQGTLVTVSSERKCCV...
2....VHHWGQGTLVTVSSERKCCV...
3....VHYWGQGTLVTVSSERKCCV...
4....VDYWGRGTLVTVSSERKCCV...
5....VSYWGQGTLVTVSSERKCCV...

α-Tetanus
1 .....FDYWGQGTLVTVSSERKCCV...
2 ..WFDYWGQGTLVTVSSERKCCV...
3 ...YFDHYWGRGTLVTVSSERKCCV...
4 .LPFDYWGQGTLVTVSSERKCCV...

α-hsp70 ....KYRFDYWGQGTLVTVSSERKCCV...
```

FIG. 17

FIG. 18





M
Human control sample
KO control mice
different transgenic lines
83 kD
62 kD
47.5 kD
32.5 kD
25 kD
reduced gel
M
Human control sample
KO control mice
different transgenic lines
175 kD
83 kD
62 kD
47.5 kD
non reduced gel


FIG. 19

FIG. 20

Size fractionation of human IgM mixed with human single chain IgM produced by the IgM plus IgG locus mice



*FIG. 21*

ELISA of single chain IgM and IgG antibodies raised against human TNFα



# FIG. 22

Generation of the diabody expression plasmid





Expression of HCIgm in CHO cells
αHSP70
αgag
CMV
Actin
VHH
DJ
CH2
CH3
h
VHH2
Expression plasmid
superfect into CHO cells and select expressing cells in hygromycin
Test individual clones by ELISA
Western blots
Western blots of clone 1
marker
reduced
non-reduced
175kD
83kD
62kD
48kD
HCIgG control
32kD
25kD
110kD
55kD
detection by αhuman IgG-HRP


FIG. 23

## FIG. 24

Characterisation of the diabody



FIG. 25



Generation of heavy chain only IgA
Not I
HS3
HS12
HS4
Not I
Frt
VH(1-n)
D(1-n)
J (1-n)
CαΔCH1
3'LCR
IgA locus, optionally with other constant regions
hinge CH2 CH3 M1 M2
generate transgenic mice in mice with a defective heavy chain locus (e.g. μMT)
immunize with antigens
generate hybridomas
generate phage display libraries
optional
clone antibodies in expression plasmids
isolate individual clones
engineer by recominant DNA technology bispecific bivalent antibodies as shown in figures above, e.g.
VH1
VH1
CH2
CH2
CH3
CH3
Ch4
Ch4
VH2
VH2
or
VH1
VH1
CH2
CH2
CH3
CH3
EBF
EBF
Effector
Effector

FIG. 26

Generation of multivalent IgM only antibodies



# METHODS OF MAKING HEAVY CHAIN ONLY ANTIBODIES USING TRANSGENIC ANIMALS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of application Ser. No. 13/013,156, filed Jan. 25, 2011, which is a continuation of application Ser. No. 12/645,653, filed Dec. 23, 2009, now U.S. Pat. No. 8,921,522, issued Dec. 30, 2014, which is a continuation of application Ser. No. 11/658,361, filed Oct. 10, 2008, now abandoned, which is a national stage of PCT International Application No. PCT/GB2005/002892, International Filing Date, Jul. 22, 2005, which claims priority under 35 U.S.C. 119(a) to Great Britain Application No. 0416392.9, Filed Jul. 22, 2004; Great Britain Application No. 0511881.5, Filed Jun. 10, 2005, each of which are incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present invention relates to the manufacture of a diverse repertoire of functional heavy chain-only antibodies that undergo affinity maturation, and uses thereof. The invention also relates to the manufacture and use of a diverse repertoire of class-specific heavy chain-only antibodies and to the manufacture and use of multivalent polypeptide complexes with antibody heavy chain functionality, preferably antibody heavy chain binding functionality, constant region effector activity and, optionally, additional effector functions.

The present invention also relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge. In particular, the present invention relates to a method for the generation of human antigen-specific, high affinity, heavy chain-only antibodies of any class, or mixture of classes and the isolation and expression of fully functional VH antigen-binding domains.

The present invention also relates to the generation of multivalent polypeptide complexes comprising heavy chain functionality, preferably heavy chain effector activity and other binding and effector functions.

Heavy chain-only antibodies and other multivalent binding complexes generated using the methods of the present invention and uses thereof are also described.

## BACKGROUND TO THE INVENTION

Monoclonal antibodies or variants thereof will represent a high proportion of new medicines launched in the 21st century. Monoclonal antibody therapy is already accepted as a preferred route for the treatment for rheumatoid arthritis and Crohn's disease and there is impressive progress in the treatment of cancer. Antibody-based products are also in development for the treatment of cardiovascular and infectious diseases. Most marketed monoclonal antibody products recognise and bind a single, well-defined epitope on the target ligand (eg TNFα). Manufacture of human monoclonal antibodies for therapy remains dependent on mammalian cell culture. The assembly of a complex consisting of two heavy chains and two light chains (the $H_2L_2$ complex) and subsequent post-translational glycosylation processes preclude the use of bacterial systems. Production costs and capital costs for antibody manufacture by mammalian cell



culture are high and threaten to limit the potential of antibody based therapies in the absence of acceptable alternatives. A variety of transgenic organisms are capable of expressing fully functional antibodies. These include plants, insects, chickens, goats and cattle but none as yet has been used to manufacture marketed therapeutic products.

Functional antibody fragments can be manufactured in *E. coli* but the product generally has low serum stability unless pegylated during the manufacturing process.

Bispecific antibody complexes are engineered Ig-based molecules capable of binding two different epitopes on the either the same or different antigens. Bispecific binding proteins incorporating antibodies alone or in combination with other binding agents show promise for treatment modalities where captured human immune functions elicit a therapeutic effect, for example the elimination of pathogens (Van Spriel et al., (1999) *J. Infect. Diseases,* 179, 661-669; Tacken et al., (2004) *J. Immunol.,* 172, 4934-4940; U.S. Pat. No. 5,487,890), the treatment of cancer (Glennie and van der Winkel, (2003) *Drug Discovery Today,* 8, 503-5100); and immunotherapy (Van Spriel et al., (2000) *Immunol. Today,* 21, 391-397; Segal et al., (2001) *J. Immunol. Methods,* 248, 1-6; Lyden et al., (2001) *Nat. Med.,* 7, 1194-1201).

Manufacturing issues are compounded where a bi-specific antibody product is based on two or more $H_2L_2$ complexes. For example, co-expression of two or more sets of heavy and light chain genes can result in the formation of up to 10 different combinations, only one of which is the desired heterodimer (Suresh et al., (1986) *Methods Enzymol.,* 121, 210-228).

To address this issue, a number of strategies have been developed for the production in mammalian cells of full length bispecific IgG formats (BsIgG) which retain heavy chain effector function. BsIgGs require engineered "knob and hole" heavy chains to prevent heterodimer formation and utilise identical L-chains to avoid L-chain mispairing (Carter, (2001) *J. Immunol. Methods,* 248, 7-15). Alternative chemical cross-linking strategies have also been described for the production of complexes from antibody fragments each recognising different antigens (Ferguson et al., (1995) Arthritis and Rheumatism, 38, 190-200) or the cross-linking of other binding proteins, for example collectins, to antibody fragments (Tacken et al., (2004) *J. Immunol.,* 172, 4934-4940).

The development of diabodies or mini antibodies (BsAb) generally lacking heavy chain effector functions also overcomes heterodimer redundancy. These comprise minimal single chain antibodies incorporating VH and VL binding sites (scFv) which subsequently fold and dimerise to form a divalent bispecific antibody monovalent to each of their target antigens (Holliger et al., (1993) *PNAS,* 90, 6444-6448; Muller et al., (1998) *FEBS Lett.,* 422, 259-264). In one instance, CH1 and L-constant domains have been used as heterodimerisation domains for bi-specific mini-antibody formation (Muller et al., (1998) *FEBS Lett.,* 259-264). A variety of recombinant methods based on *E. coli* expression systems have been developed for the production of BsAbs (Hudson, (1999) *Curr. Opin. Immunol.,* 11, 548-557), though it would appear that the cost and scale of production of clinical grade multivalent antibody material remains the primary impediment to clinical development (Segal et al., (2001) *J. Immunol. Methods,* 248, 1-6).

Recently, the BsAb concept has been extended to encompass Di-diabodies, tetravalent bispecific antibodies where the $V_H$ and $V_L$ domains on each H and L chain have been replaced by engineered pairs of scFv binding domains. Such constructs, whilst complex to engineer, can be assembled in

mammalian cells in culture in the absence of hetero-dimer redundancy (Lu et al., (2003) *J. Immunol. Methods,* 279, 219-232).

The structure of immunoglobulins is well known in the art. Most natural immunoglobulins comprise two heavy chains and two light chains. The heavy chains are joined to each other via disulphide bonds between hinge domains located approximately half way along each heavy chain. A light chain is associated with each heavy chain on the N-terminal side of the hinge domain. Each light chain is normally bound to its respective heavy chain by a disulphide bond close to the hinge domain.

When an Ig molecule is correctly folded, each chain folds into a number of distinct globular domains joined by a more linear polypeptide sequence. For example, the light chain folds into a variable ($V_L$) and a constant ($C_L$) domain. Heavy chains have a single variable domain $V_H$, adjacent the variable domain of the light chain, a first constant domain, a hinge domain and two or three further constant domains. Interaction of the heavy ($V_H$) and light ($V_L$) chain variable domains results in the formation of an antigen binding region (Fv). Generally, both $V_H$ and $V_L$ are required for antigen binding, although heavy chain dimers and amino-terminal fragments have been shown to retain activity in the absence of light chain (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195).

With the advent of new molecular biology techniques, the presence of heavy chain-only antibody (devoid of light chain) was identified in B-cell proliferative disorders in man (Heavy Chain Disease) and in murine model systems. Analysis of heavy chain disease at the molecular level showed that mutations and deletions at the level of the genome could result in inappropriate expression of the heavy chain $C_H1$ domain, giving rise to the expression of heavy chain-only antibody lacking the ability to bind light chain (see Hendershot et al., (1987) *J. Cell Biol.,* 104, 761-767; Brandt et al., (1984) *Mol. Cell. Biol.,* 4, 1270-1277).

Separate studies on isolated human $V_H$ domains derived from phage libraries demonstrated antigen-specific binding of $V_H$ domains but these $V_H$ domains proved to be of low solubility. Furthermore, it was suggested that the selection of human $V_H$ domains with specific binding characteristics displayed on phage arrays could form the building blocks for engineered antibodies (Ward et al., (1989) *Nature,* 341, 544-546).

Studies using other vertebrate species have shown that camelids, as a result of natural gene mutations, produce functional IgG2 and IgG3 heavy chain-only dimers which are unable to bind light chain due to the absence of the $C_H1$ light chain-binding region (Hamers-Casterman et al., (1993) *Nature,* 363, 446-448) and that species such as shark produce a heavy chain-only-like binding protein family, probably related to the mammalian T-cell receptor or immunoglobulin light chain (Stanfield et al., (2004) *Science,* 305, 1770-1773).

A characterising feature of the camelid heavy chain-only antibody is the camelid $V_H$ domain, which provides improved solubility relative to the human $V_H$ domain. Human $V_H$ may be engineered for improved solubility characteristics (see Davies and Riechmann, (1996) *Protein Eng.,* 9 (6), 531-537; Lutz and Muyldermans, (1999) *J. Immuno. Methods,* 231, 25-38) or solubility may be be acquired by natural selection in vivo (see Tanha et al., (2001) *J. Biol. Chem.,* 276, 24774-24780). However, where $V_H$ binding domains have been derived from phage libraries, intrinsic affinities for antigen remain in the low micromolar to high nanomolar range, in spite of the application of affinity improvement strategies involving, for example, affinity hot spot randomisation (Yau et al., (2005) *J. Immunol. Methods,* 297, 213-224).

Camelid $V_H$ antibodies are also characterised by a modified CDR3 loop. This CDR3 loop is, on average, longer than those found in non-camelid antibodies and is a feature considered to be a major influence on overall antigen affinity and specificity, which compensates for the absence of a $V_L$ domain in the camelid heavy chain-only antibody species (Desmyter et al., (1996) *Nat. Struct. Biol.,* 3, 803-811, Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 23, 25-28).

Recent structural studies on camelid antibody suggests that antibody diversity is largely driven by in vivo maturation processes with dependency on V(D)J recombination events and somatic mutation, (De Genst et al., (2005) *J. Biol. Chem.,* 280 (14), 14114-14121).

Recently, methods for the production of heavy-chain-only antibodies in transgenic mammals have been developed (see WO02/085945 and WO02/085944). Functional heavy chain-only antibody of potentially any class (IgM, IgG, IgD, IgA or IgE) and derived from any mammal (including man) can be produced from transgenic mammals (preferably mice) as a result of antigen challenge.

The normal immunoglobulin heavy chain locus comprises a plurality of V gene segments, a number of D gene segments and a number of J gene segments. Each V gene segment encodes from the N terminal almost to the C terminal of a V domain. The C terminal end of each V domain is encoded by a D gene segment and a J gene segment. VDJ rearrangement in B-cells followed by affinity maturation provides $V_H$ binding domains which then, with $V_L$ binding domains, form an antigen recognition or binding site. Interaction of the heavy and light chains is facilitated by the $C_H1$ region of the heavy chain and the κ or λ region of the light chain.

For the production of heavy chain-only antibody, the heavy chain locus in the germline comprises gene segments encoding some or all of the possible constant regions. During maturation, a re-arranged $V_H$ binding domain is spliced onto the $C_H2$ constant region-encoding segment, to provide a re-arranged gene encoding a heavy chain which lacks a $C_H1$ domain and is therefore unable to associate with an immunoglobulin light chain.

Heavy chain-only monoclonal antibodies can be recovered from B-cells of the spleen by standard cloning technology or recovered from B-cell mRNA by phage display technology (Ward et al., (1989) *Nature,* 341, 544-546). Heavy chain-only antibodies derived from camelids or transgenic animals are of high affinity. Sequence analysis of normal $H_2L_2$ tetramers demonstrates that diversity results primarily from a combination of VDJ rearrangement and somatic hypermutation (Xu and Davies, (2000) *Immunity,* 13, 37-45). Sequence analysis of expressed heavy chain-only mRNA, whether produced in camelids or transgenic animals, supports this observation (De Genst et al., (2005) *J. Biol. Chem.,* 280, 14114-14121).

An important and common feature of natural camelid and human $V_H$ regions is that each region binds as a monomer with no dependency on dimerisation with a $V_L$ region for optimal solubility and binding affinity. These features have previously been recognised as particularly suited to the production of blocking agents and tissue penetration agents.

Homo- or hetero-dimers can also be generated by enzymatic cleavage of heavy chain-only antibodies or by synthetic routes (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195

and US2003/0058074 A1). However the benefits of a monomeric antibody binding domain have yet to be used to advantage in design of multimeric proteins as reagents, therapeutics and diagnostics.

Human $V_H$ or camelid $V_{HH}$ produced by phage display technology lacks the advantage of improved characteristics as a result of somatic mutations and the additional diversity provided by D and J region recombination in the CDR3 region of the normal antibody binding site (Xu and Davies, (2000) *Immunity,* 13, 37-45). Camelid $V_{HH}$, whilst showing benefits in solubility relative to human $V_H$, is antigenic in man and must be generated by immunisation of camelids or by phage display technology.

The incorporation of $V_H$ binding domains has clear advantage over the use of scFvs which must be engineered from $V_H$ and $V_L$ domains with the associated potential of loss of specificity and avidity. $V_H$ binding domains derived from related gene families such as T-cell receptors or the shark immunoglobin family also provide alternatives to scFv for the generation of bi- or multi-specific binding molecules. Other naturally occurring binding proteins and domains thereof including, for example, soluble receptor fragments may also be used.

Antibody classes differ in their physiological function. For example, IgG plays a dominant role in a mature immune response. IgM is involved in complement fixing and agglutination. IgA is the major class of Ig in secretions—tears, saliva, colostrum, mucus—and thus plays a role in local immunity. The inclusion of class-specific heavy chain constant regions when engineering multivalent binding complexes provides the therapeutic benefits of effector function in vivo dependent on the functionality required. Engineering of individual effector regions can also result in the addition or deletion of functionality (Van Dijk and van der Winkel, *Curr. Opin. Chem. Biol*., (2001) August 5 (4), 368-374). It seems likely that the optimal production and selection of heavy chain-only antibodies comprising high affinity $V_H$ binding domains (whether of human or camelid or other origin) will benefit from alternative approaches to those dependent on selection from randomised phage libraries which do not facilitate in vivo recombination and affinity maturation.

Thus, the inclusion of IgA constant region functionality would provide improved mucosal function against pathogens (Leher et al., (1999) *Exp. Eye. Res.,* 69, 75-84), whilst the presence of IgG1 constant region functionality provides enhanced serum stability in vivo. The presence of heavy chain $C_H2$ and $C_H3$ constant domains provides the basis for stable dimerisation as seen in natural antibodies, and provides recognition sites for post-translational glycosylation. The presence of $C_H2$ and $C_H3$ also allows for secondary antibody recognition when bispecific and multivalent complexes are used as reagents and diagnostics.

Isolated, pre-rearranged camelid heavy chain-only variable region sequences have previously been cloned in front of a hinge region and human IgG1 effector domain, inserted into vectors and expressed in COS cells to generate antibody. The antibodies expressed in this in vitro environment have already undergone the processes of class (isotype) switching and affinity maturation (hypermutation) in vivo in the camel and can bind to antigen (Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38).

There remains a need in the art to maximise heavy chain-only antibody diversity and B-cell response in vivo and, in particular, to generate a functional repertoire of class specific human heavy chain-only antibodies and functional $V_H$ heavy chain-only binding domains which retain maximum antigen-binding potential for use in diverse clinical, industrial and research applications.



There also remains a need in the art to produce a soluble, bi-valent or multi-valent polypeptide binding complex comprising at least part of an antibody heavy chain, alone or in combination with an effector (light) chain, which is physiologically stable and has effector function.

## BRIEF SUMMARY OF THE INVENTION

The present invention provides a method for the production of a VH heavy chain-only or a camelid $V_H$ ($V_{HH}$) heavy chain-only antibody in a transgenic mammal comprising the step of expressing a heterologous $V_H$ or camelid $V_H$ ($V_{HH}$) heavy chain locus in that mammal, wherein the $V_H$ or camelid $V_H$ ($V_{HH}$) heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus, when expressed, is capable of forming heavy chain-only antibodies of defined class or classes.

The $V_H$ or camelid $V_H$ ($V_{HH}$) heavy chain locus may comprise one or more camelid or non-camelid V gene segments. Preferably, the V gene segment has been selected or engineered to show improved solubility characteristics. Preferably the V gene segment is derived from a human.

The heavy chain constant region of the heavy chain locus may comprise a $C\alpha_1$ and/or a $C\alpha_2$, a $C\varepsilon$, a $C\delta$, a $C\gamma$ and/or a $C\mu$ heavy chain constant region gene. Furthermore, the heavy chain constant region of the heavy chain locus may comprise more than one of the following heavy chain constant regions: $C\alpha_1$, $C\alpha_2$, $C\varepsilon$, $C\delta$, $C\gamma$ $C\mu$.

Preferably, the $V_H$ heavy chain locus comprises a variable region comprising at least one human or camelid V gene segment, at least one D segment and at least one J segment wherein a human or camelid V gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence. The heavy chain locus preferably comprises twenty or more D gene segments and/or five or more J gene segments. Preferably, D and J segments are of vertebrate origin, preferably human. The CDR3 loop may be derived using D and J gene segments derived from any vertebrate and are preferably human D and J gene segments.

The $V_H$ heavy chain locus may also comprise a recombination sequence (rss) capable of recombining a J gene segment directly with a heavy chain constant region gene.

The heavy chain constant region of the heterologous heavy chain locus is of human origin or vertebrate origin e.g. of camelid origin. Alternatively the constant region may not be of immunoglobulin heavy chain origin.

Preferably, the methods of the invention result in essentially normal B-cell maturation. The present invention also provides a heavy chain-only antibody, or a fragment thereof, or a mixture of classes of heavy chain-only antibodies obtained or obtainable according to a method of the invention. This heavy chain-only antibody may be a monoclonal antibody, or fragment thereof, such as a human or camelid $V_H$ binding domain. The $V_H$ binding domain of the invention may lack an extended camelid-like CDR3 loop or, alternatively, may comprise an extended camelid-like CDR3 loop.

The present invention also provides a vector comprising a heterologous heavy chain locus of the invention and a host cell transformed with such a vector.

The invention also provides a transgenic mammal expressing a heterologous heavy chain locus described herein. Preferably, the transgenic mammal of the invention has a reduced capacity to produce antibodies that include light chains.

Also provided is the use of a heavy chain-only antibody, or fragment thereof, according to the invention, in the preparation of a medicament for immunotherapy. The heavy chain-only antibodies of the invention may also be used as diagnostics, reagents, abzymes or inhibitory agents. Also provided is a pharmaceutical composition comprising the heavy chain-only antibody or fragment thereof according to the invention, and a pharmacologically appropriate carrier.

The invention also provides a method of production and selection of heavy chain-only antibodies comprising the steps of:

(a) injecting an antigen into the transgenic mammal as described herein;

b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest; and

c) producing a hybridoma from the cell or tissue of step (b) and

d) optionally cloning the heavy chain-only antibody mRNA from said hybridoma for subsequent production in a heterologous expression system such as a mammalian, plant, insect, microbial, fungal or alternative system.

$V_H$ binding domains may then be produced by identifying and isolating an antigen-specific $V_H$ domain from the cloned mRNA of step c).

$V_H$ binding domains of the invention may also be produced by:

(a) injecting an antigen into the transgenic mammal described herein;

b) isolating a cell or tissue expressing an antigen-specific, heavy chain-only antibody of interest;

c) cloning the $V_H$ locus from mRNA derived from the isolated cell or tissue;

d) displaying the encoded protein using a phage or similar library;

e) identifying antigen-specific $V_H$ domain(s); and

f) expressing the $V_H$ domain(s) alone or as a fusion protein in bacterial, yeast or alternative expression systems.

## DETAILED DESCRIPTION OF THE INVENTION

The present inventors have overcome the limitations of the prior art and shown that transgenic animals, in particular mice, can be generated using "micro loci" to produce class-specific, heavy chain-only antibodies, or a mixture of different classes of heavy chain-only antibodies which are secreted by plasma or B cells. These can then be used either to generate a reliable supply of class-specific, heavy chain-only antibody using established hybridoma technology or as a source of functional camelid $V_H$ ($V_{HH}$) binding domains or $V_H$ heavy chain-only binding domains, preferably a soluble $V_H$ heavy chain-only binding domains of human origin, which are free of effector functions but which retain binding function.

Heavy chain-only antibodies (including camelid antibodies) that can be generated by the methods of the invention show high binding affinity, resulting from V, D and J gene segment rearrangements and somatic mutations, generally in the absence of an enlarged CDR3 loop. Essentially normal B-cell maturation is observed with high levels of heavy chain-only antibody present in isolated plasma (provided that the $C_H1$ domain has been eliminated from all antibody classes present in the recombinant locus). B-cell maturation and the secretion of assembled dimers (eg IgG) or multimers (eg IgM) has no dependency on the presence or expression of light chain genes.

Nucleotide sequence analysis of antigen-specific mRNA encoding an antigen-specific heavy chain isolated from hybridomas derived from transgenic mice has demonstrated that heavy chain antibody diversity is primarily a function of VDJ recombination. Furthermore, the present inventors have shown that antibody diversity is generated in the CDR3 region of the functional antigen-binding domain of the heavy chain-only antibody with a more limited contribution from somatic mutations in the $V_H$ domains. Using the methods described herein, functional $V_H$ domains can be cloned and expressed in bacterial systems to generate $V_H$ binding domains with full retention of antigen binding, specificity and affinity. In addition, class-specific heavy chain dimers and multimers can be secreted by hybridoma cell lines in culture.

The invention also teaches that transgenic mice can be programmed to produce preferred classes of heavy chain-only antibody in response to antigen challenge, eg only IgG as opposed to only IgM or, for example, mixtures of IgA, IgG and IgM.

The inventors have previously described (see WO02/085945 and WO02/085944) the generation of transgenic mice expressing a minimal human IgG heavy chain constant region locus devoid of the $C_H1$ exon and linked by human D and J segments with two llama VHH genes. These produce functional, high affinity, antigen-specific IgG heavy chain-only antibody when challenged with antigen. Mixtures of heavy chain-only antibody classes (IgM and IgG) can be obtained by class switching in vivo through utilisation of gene constructs incorporating heavy chain constant regions in tandem (provided that all constant region genes lack a $C_H1$ domain and, when present, a $C_H4$ domain).

The improvements described herein show that a mouse constructed with the same IgG constant region locus linked by human D and J segments with two llama $V_{HH}$ genes and a human IgM constant region locus devoid of a $C_H1$ exon linked by the same human D and J gene segments with two llama $V_{HH}$ genes, also produces high molecular weight (multimeric) IgM heavy chain-only antibody and IgG (dimer) heavy chain-only antibody. Surprisingly, essentially normal B-cell maturation and antibody production is dependent on the complete absence of $C_H1$ sequences from each heavy chain constant region present in the transgenic locus. Moreover, there is no requirement for the removal of the $C_H4$ exon if present.

Thus, for example, a transgenic animal carrying a human IgM heavy chain locus with a functional $C_H1$ exon linked by the same human D and J gene segments to two llama V gene segments, and IgG constant heavy chain region locus devoid of the $C_H1$ exon linked by the same human D and J gene segments to two llama V gene segments, produces very low levels of heavy chain-only antibody and shows no evidence for B-cell maturation.

Other effector domains, including the $C_H4$ domain, may be incorporated or not, as desired, to introduce to, or eliminate from, the resultant heavy chain-only antibody, effector features.

The inventors have found that productive expression of antibody (ie B-cell maturation) can result from the use of any V gene segment present in the construct. Isolation and sequencing of antibody mRNA derived from B-cells shows that D and J gene segment recombination occurs to generate CDR3 diversity. Sequence comparison of resultant $V_H$ domains reveals somatic mutations, indicating that affinity

maturation events have occurred in the recombined D and J gene segments and also in the $V_H$ domain of the resultant expressed antibody mRNA.

Preferred constructs incorporate V gene segments selected or engineered for improved solubility and linked to a D and J chain cluster for recombination and CDR3 generation. Preferably, the VDJ sequences are linked to constant effector domain(s) of choice in tandem, each devoid of a $C_H1$ exon.

The invention is not limited to the derivation and production of human or camelid class-specific, heavy chain-only antibody or human $V_H$ binding domains (preferably soluble $V_H$ binding domains) (alone or linked to the effector domain of choice), but encompasses the production of chaemeric combinations of any V gene segment of vertebrate origin (optionally engineered to improve solubility characteristics) linked to D and J gene segments. Preferably, the V gene segments are of human origin and are not V gene segments derived from a camelid. The resultant $V_H$ domains may not comprise an enlarged camelid-like CDR3 loop unless the D and J segments have been derived from a camelid. This results in a $V_H$ domain exhibiting CDR3 diversity and affinity maturation operationally linked to an effector constant region. The latter ensures functional secretion and optionally assembly in the parent transgenic vertebrate of choice and also provides subsequent selectable effector function should this be required.

These observations have important implications for the improved and simplified engineering of class-specific, heavy chain-only antibodies and the derivation of high affinity, soluble $V_H$ domains which incorporate affinity maturation via somatic mutation. Incorporation of select heavy chain constant region effector functions (devoid of $C_H1$) or mixtures thereof permits the production of any class of heavy chain-only antibodies or any mixture of heavy chain-only antibodies without the requirement of additional antibody engineering. $V_H$ domains can be expressed alone in bacterial or other micro-organism systems or as functional heavy chain-only antibody incorporating effector domains secreted by hybridomas or transfected cells in culture. Antibodies and $V_H$ binding domains of human origin have wide ranging applications in the field of healthcare as medicines, diagnostics and reagents, with parallel agricultural, environmental and industrial applications.

Thus, in a first aspect, the present invention provides a method for the production of a $V_H$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a heterologous $V_H$ heavy chain locus in that mammal. Preferably, the $V_H$ heavy chain locus comprises a heavy chain constant region which does not encode a CH1 domain and which locus is capable of forming a diverse repertoire of complete heavy chain-only antibodies when expressed.

The first aspect of the present invention also provides a method for the production of a camelid $V_H$ heavy chain-only antibody in a transgenic mammal comprising the step of expressing a camelid $V_H$ heavy chain locus in that mammal, wherein the $V_H$ heavy chain locus comprises a heavy chain constant region which does not encode a $C_H1$ domain and which locus, when expressed, is capable of forming a diverse repertoire of complete heavy chain-only antibodies incorporating VDJ rearrangement and affinity maturation in response to antigen challenge.

Heavy chain effector molecules may be engineered to be free of functional domains, for example the carboxy-terminal $C_H4$ domains, provided that engineering does not affect secretory mechanisms preventing cell surface assembly and consequently B-cell maturation. The $C_H1$ exons alone are deleted from the heterologous locus or are absent from the locus. Additional features may be engineered into the locus, for example to improve glycosylation, or add function.



Preferably, the heterologous locus, when expressed, is capable of forming functional IgA, IgE, IgG, IgD or IgM molecules or isotypes thereof. Individual antibody classes or mixtures of antibody classes or isotypes thereof may also be produced.

Accordingly, the heterologous heavy chain locus is designed to produce preferred classes or mixtures of heavy chain-only antibody depending on the antibody class(es) required, with essentially normal B-cell maturation. The utilisation of camelid V, D and J gene segments and camelid effector regions will produce camelid antibodies with features peculiar to camelids, such as enlarged CDR3 loops. The use of human V, D and J gene segments comprising V gene segments randomly selected, or selected or engineered for enhanced solubility, will produce functional human heavy chain-only antibodies.

Antibodies obtained according to the invention have the advantage over those of the prior art in that they are of substantially any single or known class and preferably of human origin. Antibodies are of high affinity resulting from a combination of VDJ recombination and affinity maturation in vivo. Antibodies and fragments thereof may be may be isolated, characterised and manufactured using well-established methods known to those skilled in the art.

The Heterologous Heavy Chain Locus

In the context of the present invention, the term 'heterologous' means a nucleotide sequence or a locus as herein described which is not endogenous to the mammal in which it is located.

A "$V_H$ heavy chain locus" in the context of the present invention relates to a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain). Preferably, the primary source of antibody repertoire variability is the CDR3 region formed by the selection of D and J gene segments by the V-D and D-J junctions.

The advantage of the present invention is that antibody repertoire and diversity obtained in the rearranged $V_H$ gene sequences can be maximised through the use of multiple D and J gene segments. Subsequent somatic mutation is achieved whilst using a minimal locus (micro-locus) without the need for a large number of V gene segments or the $V_L$ and $L_C$ (light chain) immunoglobulin loci.

Preferably, the $V_H$ heavy chain locus comprises from two to five V (2, 3, 4 or 5) gene segments derived from any vertebrate species.

Preferably, the V gene segments are of human origin, optionally selected or engineered for improved solubility.

Preferably, the $V_H$ heavy chain locus comprises from two to forty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18, 20, 30 or 40) or more D gene segments. The D gene segments may be derived from any vertebrate species but, most preferably, the D gene segments are human D gene segments (normally 25 functional D gene segments).

Preferably, the $V_H$ heavy chain locus comprises from two to twenty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18 or 20) or more J gene segments. The J gene segments may be derived from any vertebrate species but, most preferably, the J gene segments are human J gene segments (normally 6 J gene segments).

Preferably, the $V_H$ heavy chain locus comprises two or more V gene segments, twenty-five functional human D gene segments and 6 human J gene segments.

The term 'V gene segment' encompasses a naturally occurring V gene segment derived from a vertebrate, including camelids and human, which have optionally been selected, mutated, or engineered for improved characteristics, such as solubility. V gene segments are also found in other species such as shark (see Kokubu et al., (1988) *EMBO. J.,* 7, 3413-3422) or have evolved to provide diverse $V_H$-like families of binding proteins exemplified, for example, in the evolution of the immunoglobulin light chain $V_L$ repertoire or the T-cell receptor $V_H$ repertoire.

Preferred methods of improving solubility of a $V_H$ domain incorporate rational, as opposed to only random, means and are exemplified in Davies and Reichmann, (1996) *Protein Eng.,* 9 (6), 531-537 and Riechmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38. Natural selection can also occur in vivo through affinity maturation and the incorporation of favourable mutations in the $V_H$ gene following VDJ rearrangement.

The V gene segment must be capable of recombining with a D gene segment, a J gene segment and a heavy chain constant (effector) region (which may comprise several exons but excludes a $C_H1$ exon) according to the present invention to generate a $V_H$ heavy chain-only antibody when the nucleic acid is expressed.

A V gene segment according to the present invention also includes within its scope any gene sequence encoding a homologue, derivative or protein fragment, which is capable of recombining with a D gene segment, a J gene segment and a heavy chain constant region (comprising one or more exons but not a $C_H1$ exon) according to the present invention to generate a heavy chain-only antibody as defined herein.

Thus $V_H$ coding sequences may be derived from a naturally occurring source or they may be synthesised using methods familiar to those skilled in the art.

A "$V_H$ domain" in the context of the present invention refers to an expression product of a V gene segment when recombined with a D gene segment and a J gene segment as defined above. Preferably, the $V_H$ domain as used herein remains in solution and is active in a physiological medium without the need for any other factor to maintain solubility. Preferably, the ability of the soluble $V_H$ domain to bind antigen has been improved by VDJ recombination and somatic mutation. There is no dependency on the presence or absence of the enlarged CDR3 loop peculiar to the camelid species. The $V_H$ domain is able to bind antigen as a monomer and, when combined with effector constant regions, may be produced in mono-specific, bi-specific, multi-specific, bi-valent or multivalent forms, dependent on the choice and engineering of the effector molecules used (eg IgG, IgA IgM etc.) or alternative mechanisms of dimerisation and multimerisation. Any likelihood of binding with a $V_L$ domain when expressed as part of a soluble heavy chain-only antibody complex has been eliminated by removal of the $C_H1$ exon (see Sitia et al., (1990) *Cell,* 60, 781-790). The $V_H$ domain alone can also be engineered with diverse protein domains to produce fusion proteins for targeted therapeutic and diagnostic purpose, for example with toxins, enzymes and imaging agents.

In the context of the present invention the terms 'a D gene segment' and 'a J gene segment' includes naturally occurring sequences of D and J gene segments. Preferably, the D and J gene segments are derived from the same vertebrate from which the V gene segment is derived. For example, if a V gene segment is derived from a human and then solubilised or engineered, the D and J gene segments are preferably also derived from a human. Alternatively the V gene segments may be derived, for example, from camel and the D and J gene segments from human or vice versa.

The terms D gene segment and J gene segment also include within their scope derivatives, homologues and fragments thereof as long as the resultant segment can recombine with the remaining components of a heavy chain antibody locus as herein described to generate a heavy chain-only antibody as herein described. D and J gene segments may be derived from naturally occurring sources or they may be synthesised using methods familiar to those skilled in the art and described herein. The V, D and J gene segments are capable of recombination and preferably undergo somatic mutation.

The V, D and J gene segments are preferably derived from a single vertebrate species. This may be any vertebrate species but is preferably a human.

In addition, a heterologous heavy chain locus according to the present invention comprises a region of DNA encoding a heavy chain constant region providing effector functions in vivo (eg IgG, IgM, IgA, IgE, IgD or isotypes thereof).

The invention also provides an antigen-specific, heavy chain-only antibody obtained or obtainable by the methods of the present invention.

The Heavy Chain Constant Region

Operationally, a heavy chain constant region is encoded by a naturally occurring or engineered gene segment that is capable of recombining with a V gene segment, a D gene segment and a J gene segment in a B cell. Preferably the heavy chain constant region is derived from an immunoglobulin locus.

According to this aspect of the invention, each heavy chain constant region essentially comprises at least one heavy chain constant region gene, which is expressed without a functional $C_H1$ domain so that generation of heavy chain-only antibody can occur. Each heavy chain constant region may also comprise one or more additional heavy chain constant region exons, which are selected from the group consisting of Cδ, $C\gamma_{1-4}$, Cμ, Cε and $C\alpha_{1-2}$ with the proviso that the additional heavy chain constant region genes also do not express a functional $C_H1$ domain. The heavy chain constant region gene segments are selected depending on the preferred class or mixture of antibody classes required. Optionally, the heterologous heavy chain locus is Cμ- and Cδ-deficient.

For instance, Ig molecules of class M are known to play an important role in the activation of macrophages and the complement pathway. Due to the close proximity of its binding sites, IgM has a high avidity for pathogens, including viruses. However, IgM is also known to be difficult for use in rapid immunoassay techniques whereas Ig of class G can be readily used in these techniques. For such uses, it would be useful to select for the preferred antibody class, ie IgG or IgM.

The expression of all or part of a heterologous heavy chain $C_\gamma$ locus devoid of $C_H1$ will produce optionally some or all IgG isotypes, dependent on the IgG1, IgG2, IgG3 and IgG4 isotypes present in the heterologous IgG locus. Alternatively the heavy chains may comprise Cε genes. The resulting IgE molecule might also be used in therapy.

Alternatively, selected mixtures of antibodies may be obtained. For example, IgA and IgM may be obtained when the heavy chain constant region comprises a Cα and a Cμ gene.

Preferably, the heavy chain constant region according to the present invention is of human origin, in particular when

the heavy chain antibody is to be used for therapeutic applications in humans. Where the heavy chain antibodies are to be used for diagnostic or veterinary purposes, the heavy chain constant region is preferably derived from the target organism, vertebrate or mammal in or on which diagnosis or veterinary therapy is to be performed.

When expressed, the heavy chain constant region lacks a functional $C_H1$ domain. The $C_H1$ exon and, optionally, Cμ and Cδ constant regions, may be mutated, deleted or substituted. Preferably, the $C_H1$ exon is deleted. The presence, for example, of IgM with a functional $C_H1$ domain inhibits B-cell maturation and consequently limits the productive expression of heavy chain only IgG (devoid of $C_H1$) within the same locus, as B-cell maturation is inhibited.

A 'heavy chain constant region exon' ('$C_H$ exon') as herein defined includes the sequences of naturally occurring vertebrate, but especially mammalian, $C_H$ exons. This varies in a class specific manner. For example, IgG and IgA are naturally devoid of a $C_H4$ domain. The term '$C_H$ exon' also includes within its scope derivatives, homologues and fragments thereof in so far as the $C_H$ exon is able to form a functional heavy chain-only antibody as herein defined when it is a component of a heavy chain constant region.

Optionally, when present, the $C_H4$ or other functional domains may be engineered or deleted within the transgene provided such a process does not inhibit the intracellular secretory process, B-cell maturation or the binding activity of the resultant antibody polypeptide.

Mammals

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a rodent such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as goats, sheep, cats, dogs or other animals may also be employed.

Preferably transgenic animals are generated using established oocyte injection technology and, where established, ES cell technology or cloning.

Advantageously, immunoglobulin heavy and optionally light chain loci endogenous to the mammal are deleted or silenced when a heavy chain-only antibody is expressed according to the methods of the invention.

This approach of generating heavy chain-only antibodies as described above may be of particular use in the generation of antibodies for human therapeutic use as often the administration of antibodies to a species of vertebrate which is of different origin from the source of the antibodies results in the onset of an immune response against those administered antibodies.

Therefore, in a further aspect, the present invention provides a transgenic mammal expressing a heterologous heavy chain locus according to the present invention.

The transgenic mammal may be engineered to have a reduced capacity to produce antibodies that include light chains.

Antibody-producing cells may be derived from transgenic animals according to the present invention and used, for example, in the preparation of hybridomas for the production of heavy chain-only antibodies as herein defined. In addition or alternatively, nucleic acid sequences may be isolated from transgenic mammals according to the present invention and used to produce $V_H$ domain heavy chain-only chain antibodies or bi-specific/bi-functional complexes thereof, using recombinant DNA techniques which are familiar to those skilled in the art.



Alternatively or in addition, antigen-specific heavy chain-only antibodies may be generated by immunisation of a transgenic animal according to the present invention.

Thus in a further aspect, the present invention provides a method for the production of heavy chain-only antibodies by immunising a transgenic mammal according to the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the mammal is a mouse.

Heavy Chain-Only Antibodies and Fragments Thereof

In a further aspect, the present invention provides a heavy chain-only antibody obtainable according to a method of the present invention and functional fragments and derivatives thereof. Fragments encompassing the VH binding domain can be derived by enzymic cleavage or cyanogen bromide cleavage of a heavy chain-only antibody of the invention ie devoid of light chains (Jaton et al., (1968) *Biochemistry,* 7, 4185-4195).

A preferred functional fragment is an antigen-specific, heavy chain-only binding domain, ie a $V_H$ binding domain, as expressed by the $V_H$ locus as a result of recombination between single V, D and J gene segments followed subsequently by somatic mutation. According to this aspect of the invention $V_H$ loci can be cloned from, eg, mRNA isolated from an antibody-producing cell of an immunised transgenic animal as described above. Cloned sequences can then be displayed using a phage (Ward et al., (1989) *Nature,* 341, 544-546) or similar display libraries, for example using yeast-based systems (Boder and Wittrup, (1997) *Nat. Biotechnol.,* 15, 553-7) and antigen-specific $V_H$ binding domains identified. Antigen-specific heavy chain binding domains can then be manufactured either alone or as fusion proteins in scalable bacterial, yeast or alternative expression systems. Sequences encoding $V_H$ binding domains can also be cloned from characterised hybridomas derived by classical procedures from immunised transgenic mice. These can then be used for the production of $V_H$ binding domains and derivatives thereof including the engineering of defined antibody classes (eg IgE or IgA) and variants thereof with differing effector functions.

Accordingly, the invention also provides a method of producing a $V_H$ binding domain comprising the steps of:

a) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest (preferably a soluble, antigen-specific heavy chain-only antibody of interest);
b) cloning the sequence encoding the $V_H$ binding domain from mRNA derived from the isolated cell or tissue;
c) displaying the encoded protein using a phage or similar library;
d) identifying antigen-specific $V_H$ binding domains, and
e) expressing the $V_H$ binding domains alone or as a fusion protein in bacterial, yeast, mammalian or alternative expression systems.

Alternatively, $V_H$ domain-containing fragments can be generated from heavy chain-only antibodies of the invention using enzymic or chemical cleavage technology and subsequent separation of the $V_H$ domain-containing fragment from the other cleavage products.

Where the $V_H$ binding domain is isolated from a characterised hybridoma, the cloned $V_H$ binding domain sequence derived from mRNA can be directly cloned into an expression vector without recourse to additional selection steps using phage and other display systems.

Production systems for heavy chain only-antibody incorporating effector regions include mammalian cells in culture (eg CHO cells), plants (eg maize), transgenic goats, rabbits,

cattle, sheep, chickens and insect larvae suited to mass rearing technology. Other production systems, including virus infection (eg baculovirus in insect larvae and cell-lines) are alternatives to cell culture and germline approaches. Other production methods will also be familiar to those skilled in the art. Where there is a requirement for heavy chain-only IgA or IgM assembly, the co-expression of a "J chain" is beneficial. Suitable methods for the production of camelid heavy chain-only antibody or $V_H$ binding domains alone are known in the art. For example camelid $V_H$ binding domains have been produced in bacterial systems and camelid heavy chain-only homodimers have been produced in hybridomas and transfected mammalian cells (see Reichmann and Muyldermans, (1999) *J. Immunol. Methods,* 231, 25-38).

Methods are also well established for the expression of engineered human $V_H$ binding domains derived using phage display technology (Tanha et al., (2001) *J. Biol. Chem.,* 276, 24774-24780 and references therein).

Insect larvae from transgenic fly lines have been shown to produce functional heavy chain-only antibody fragments in haemolymph with characteristics indistinguishable from the same antibody produced by mammalian cells (PCT/GB2003/0003319). The present invention also provides an antigen-specific monomeric or dimeric $V_H$ binding domain obtainable according to the method of this aspect of present invention.

The present invention also provides a polynucleotide sequence consisting of the heterologous heavy chain locus, an isolated polynucleotide encoding a heavy chain-only antibody of the invention and a vector comprising a heterologous heavy chain locus, or fragment thereof, or isolated polynucleotide encoding a heavy chain-only antibody according to the present invention.

The present invention also provides a host cell transformed with a heterologous heavy chain locus, or fragment thereof, or isolated polynucleotide encoding the heavy chain-only antibody or antibody fragment, according to the present invention.

In a second aspect, the present invention provides a polypeptide complex comprising an antigen-specific $V_H$ binding domain according to the present invention having attached to it an effector moiety which provides effector activity. This effector activity may be in addition to that provided by the heavy chain constant region and may be situated at the amino or carboxy terminus of the molecule. These polypeptide complexes retain the physiological function conferred by the antigen-specific $V_H$ binding domain in combination with additional targeting or effector functions of the effector moieties. Such polypeptide complexes may be in the form of functional monomers or, dependent on the design and interaction of the effector moieties, dimers, tetramers, pentamers, multimers or other complexes incorporating different $V_H$ binding domains, so imparting multivalency and multi-specificity. $V_H$ binding domains may be present at the amino or carboxy terminus of the binding molecule (see FIG. **1** for dimeric example).

If the effector moiety comprises a binding domain, it may have a different specificity from the antigen-specific $V_H$ binding domain. The advantage of this arrangement is that the polypeptide complex can facilitate cross-linking of different targets. For example, a bispecific polypeptide complex may be utilised to enhance cell-cell interactions and cell/pathogen interactions. In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge between two cell types such as a pathogen and a macrophage (see Biburger et al., (2005) *J. Mol. Biol.,* 346, 1299-1311). The use of $V_H$ binding domains is preferable to the use of scFV binding domains in such bi-specific designs. $V_H$ binding domains have high binding affinity and can be incorporated into such polypeptide complexes with minimal vector construction and in the absence of design considerations necessary to maintain the specificity and affinity of scFVs relative to their tetrameric parental molecule. Where dimers or multimeric polypeptide complexes are envisaged dimerisation domains are incorporated, for example the inclusion of $C_H2$ and $C_H3$ domains derived from immunoglobulin heavy chain constant regions (see FIG. **2**).



The term 'effector moiety' as used herein includes any moiety that mediates a desired biological effect on a cell. The effector moiety is preferably soluble and may be a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector moiety may be an enzyme, hormone, cytokine, drug, pro-drug, toxin, in particular a protein toxin, a radionuclide in a chelating structure, a binding domain, a dimerising or interaction domain, an imaging agent, albumin or an inhibitory agent.

Albumin may be utilised as an effector moiety to increase the stability or pharmacokinetic and/or pharmacodynamic properties of the antigen-specific $V_H$ binding domain (Sung et al., (2003) *J. Interferon Cytokine Res.,* 23 (1): 25-36). Alternatively, the effector moiety may be a PEGylated structure or a naturally glycosylated structure so as to improve pharmacodynamic properties.

The effector moiety may be peptide bonded to the antigen-specific $V_H$ binding domain or it may be chemically bonded to the antigen-specific heavy $V_H$ domain, for example by using a chemical linking structure such as a maleimide linker. Alternatively, the polypeptide complexes of the invention may be expressed as fusion proteins. As such, the present invention also encompasses a polynucleotide sequence consisting of the heterologous heavy chain locus, or an isolated polynucleotide encoding the heavy chain-only antibody, of the present invention wherein the polynucleotide further comprises, in reading frame, one or more exon(s) encoding an effector moiety. This exon may be at the 5' or 3' end of the polynucleotide. For example, the polynucleotide may comprise, in the following order and in reading frame, a $V_H$ and a binding domain\effector moiety gene segment.

In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame. Such constructs are of value as diagnostics and therapeutics. As diagnostics, the effector domain can be a fluorescent protein (eg GFP) or enzyme (eg β-gal). Alternatively, the effector domain can be a tag for enhanced binding to a substrate (eg polyhistidine or a biotin), an antigen to provide a site of attachment for secondary antibodies or a leucine zipper or similar binding motif which may serve as a site for the attachment of fluorescent markers.

Polypeptide Complexes

The present inventors have also realised that it is possible to produce a bi-valent or multi-valent polypeptide complex comprising at least part of an antibody heavy chain, alone or in combination with a separate effector (light) chain comprising a complementary assembly domain and having additional effector activity. Polypeptide complexes according to the present invention retain the physiological function conferred by the heavy chain constant region in combination with additional effector moiety functions associated with the effector chain (FIG. **3**).

As such, in a third aspect, the polypeptide complex comprises heavy chains in combination with one or more effector chains (light chains). The second aspect of the present invention provides a polypeptide complex comprising a pair of heavy chains and a pair of effector chains, wherein:

the pair of heavy chains are associated with each other;

one of the effector chains is associated with one of the heavy chains and the other of the effector chains is associated with the other of the heavy chains;

each heavy chain comprises a binding domain, a dimerization domain, preferably comprising at least $C_H2$, $C_H3$ and, optionally, $C_H4$ constant region domains, and an effector moiety capable of binding to a complementary assembly domain of the effector chain; and

the effector chain comprises a complementary assembly domain having attached to it an effector moiety,

wherein the assembly domain and the complementary assembly domain associate with one another through non-covalent interactions.

Preferably, the effector moiety in the heavy chain is different to the effector moiety in the effector chain.

Optionally, the polypeptide complex includes a flexible hinge-like domain at the carboxyl terminus of the $C_H3$ domain (or $C_H4$ domain, if present) linking it to the assembly domain. Preferably, the polypeptide complex includes a natural hinge domain or a flexible engineered hinge-like domain between the binding domain and the $C_H2$ domain. The presence of hinge regions facilitates the independent function of binding domains and effector moieties in the resultant polypeptide complexes.

The effector moiety in the first polypeptide heavy chain optionally has a specificity different from the specificity of the effector moiety in the second polypeptide heavy chain. According to the present invention, the effector moiety of the polypeptide complex may be replaced by a binding domain. Preferably, the binding domain comprises a $V_H$ domain (as defined in the first aspect of the invention) or a cell receptor binding domain. The resulting tetravalent dimeric binding protein (polypeptide complex) can comprise up to four different effector moieties. Preferably the effector moieties at the amino terminal end of the heavy chain are identical, and those at the carboxyl terminal end are identical (but recognise a different antigen or epitope to that at the amino terminal end), facilitating the assembly of a single homodimer. Such a molecule may prove advantageous for the capture of pathogens, effector functionality being provided by the inclusion of appropriate heavy chain functional domains (eg IgA or IgM).

An exemplary polypeptide complex according to the third aspect of the invention is useful for cytochemical labelling, targeting methods or therapy. For example if the effector molecule comprises an antigen-specific $V_H$ binding domain which targets a cancer cell surface marker and the effector moiety comprises a binding domain specific for a pro-drug converting enzyme (the effector chain). The antigen-specific $V_H$ binding domain binds to the target and brings the effector moiety into close proximity with the target such that on binding the effector chain it can exert a biological effect on the target in the presence of the pro-drug (eg nitroreductase with CB1954). The inclusion of immunoglobulin heavy chain effector function as the dimerisation domain may also be beneficial in elimination of the target cell.

The Effector Chain

The effector chain comprises a complementary binding domain and an effector moiety, which associates with a heavy chain through the heavy chain effector moiety to form the assembled polypeptide binding complex. The effector chain complementary assembly domain may be an integral component of the effector moiety or a protein or alternative ligand fused or chemically linked to the effector moiety. The heavy chains of the assembled polypeptide binding complex bind to the target and bring the effector (light) chain moiety into close proximity with the target such that it can exert a biological effect of the target.



The Effector Moiety

The term 'effector moiety' as used herein includes any moiety that mediates a desired biological effect on a cell. The effector domain may be a cell, for example a T-cell, a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector domain may be an enzyme, drug, pro-drug, toxin, in particular a protein toxin, a radionuclide in a chelating structure or binding domain. The effector moiety associated with the complementary assembly domain may be cellular, proteinaceous, organic or inorganic in nature, dependent on the desired effect.

The term 'binding domain' as used herein in respect of all the above aspects of the present invention includes any polypeptide domain that is active in a physiological medium. Such a binding domain must also have the ability to bind to a target under physiological conditions.

Such binding domains include domains that can mediate binding or adhesion to a cell surface. Suitable domains which may be used in the polypeptide complexes of the invention are mammalian, prokaryotic and viral cell adhesion molecules, cytokines, growth factors, receptor antagonists or agonists, ligands, cell surface receptors, regulatory factors, structural proteins and peptides, serum proteins, secreted proteins, plasmalemma-associated proteins, viral antigens, bacterial antigens, protozoal antigens, parasitic antigens, lipoproteins, glycoproteins, hormones, neurotransmitters, dotting factors, engineered single chain Fvs and the like. Preferably the binding domain is a vertebrate $V_H$ domain, more preferably a mammalian $V_H$ domain such as a human $V_H$ domain.

A binding domain may comprise a camelid $V_H$ ($V_{HH}$) domain or may comprise a $V_H$ domain obtained from a non-camelid. Preferably, the binding domain is a human $V_H$ domain. $V_H$ binding domains are preferably of B-cell origin derived from transgenic animals or camelids (as described above) as opposed to $V_H$ domains derived from synthetic phage libraries, since the former will be of higher affinity due to their generation in response to antigen challenge in vivo via VDJ rearrangement and somatic mutation.

If the effector moiety comprises a binding domain, it preferably has different specificity from the binding domain in the heavy chain. The advantage of this arrangement is that polypeptide complex can facilitate cross-linking of different targets or bind different antigens on a target cell (eg pathogen).

The binding domain in the first heavy chain may have a specificity different from that of the binding domain in the second heavy chain. In this way, the polypeptide complex will be at least bivalent and will be able to crosslink different targets and the effector domain will be able to exert its effect on both targets. A multivalent polypeptide complex can be created through the association of these tetravalent heavy chains with effector chains comprising effector domains with yet different specificity(ies) and functionality. Also, the effector moiety in the first heavy chain may have a different specificity from the effector moiety in the second heavy chain, permitting the capture of more than one effector chain, each carrying a different functionality.

The Complementary Assembly Domain Binds to an Effector Moiety

When a heavy chain associates with an effector chain, the terms 'effector moiety' and 'complementary assembly domain' as used herein include any moieties that can form at least a non-covalent attachment to each other. For example, the effector moiety and the complementary assembly domain may be a protein, peptide fragment or consensus sequence capable of forming a protein-protein interaction, such as that seen between: the $C_H1$ domain of an immunoglobulin heavy chain and the constant region of an immunoglobulin light chain; leucine zippers; VCAM and VLA-4; integrins and extracellular matrix proteins; integrins and cell surface molecules such as CD54 or CD102; ALCAMs and SRCR domains; an scFv and antigen or $V_H$ binding domain and antigen.

The Heavy Chains

Where the dimerization domains of the heavy chains comprise immunoglobulin heavy chain constant regions, the constant regions ($C_H$ exons) may give further physiological functionality to the polypeptide binding complex. In particular, the immunoglobulin heavy chain constant domains may provide for, inter alia, complement fixation, macrophage activation and binding to Fc receptors, depending on the class or subclass of the antibody constant domains.

As discussed above, it is well documented that the class of heavy chain expressed has a major role in effector function in vivo. An established cell line may produce a polypeptide complex having a useful targeting and biological effect but the heavy chain constant region may be of a class which is diagnostically or therapeutically undesirable, or it may not be secreted in useful quantities. Accordingly, the heavy chain constant domains of the polypeptide complexes of the invention may be specifically altered or partially or completely omitted to introduce or remove components of immunoglobulin heavy chains.

For instance, Ig molecules of class M are known to play an important role in the activation of macrophages and the complement pathway. Due to the close proximity of its binding sites, IgM has a high avidity for pathogens, including viruses. However, IgM is also known to be difficult for use in rapid immunoassay techniques whereas Ig of class G can be readily used in these techniques. For such uses, it would be useful to switch the class of the heavy chain from μ to γ domains.

The expression of the heavy chain Cγ locus alone will produce IgG, including IgG1, IgG2, IgG3 and IgG4 isotypes, some of which will also activate complement. IgG antibodies bind and activate macrophages and granulocytes, and can cross the placenta.

Additional applications of various antibody classes have been discussed previously.

The constant regions of the heavy chains of the polypeptide complexes of the present invention may be of human, rabbit, rat or mouse origin as herein defined. Preferably, they are of human origin.

The polypeptide complexes of the present invention can also be used solely to block binding of ligands to their receptors by using dimerisation domains which provide no effector functions. Multiple receptors can be blocked by a multi-specific polypeptide complex.

In a fourth aspect of the invention, the effector molecule may comprise a dimerization domain such that the effector molecule can associate with a separate effector molecule. This dimerization domain may comprise one or more of $C_H2$, $C_H3$ or $C_H4$ antibody constant region domains and/or a J chain. In this embodiment of the invention, two or more effector molecules may associate to produce an effector molecule dimer or multimer. The effector molecules may be the same (enabling the production of an effector molecule homodimer or homomultimer) or different (enabling the production of an effector molecule heterodimer or heteromultimer). Preferably, the effector molecule dimer or multimer is bi-valent or multi-valent. Preferably, the constant regions for the two or more effector molecules (ie the dimerization domains) are identical, thus reducing the possibility of product heterogeneity.

According to the fourth aspect of the present invention, there is provided a polypeptide complex comprising a dimer consisting of a first polypeptide heavy chain and a second polypeptide heavy chain wherein:

each polypeptide heavy chain comprises a binding domain and a dimerization domain which optionally comprises at least $C_H2$, $C_H3$ and, optionally, $C_H4$ antibody constant region domains; and, optionally, an effector moiety, wherein, preferably:

the binding domain in the first polypeptide heavy chain has the same specificity as the binding domain in the second polypeptide heavy chain; and

the constant regions (dimerization domains) for the two polypeptide heavy chains are identical.

Preferably, the first and second chains have the same effector moiety.

Preferably, the dimerization domain comprises at least $C_H2$, $C_H3$ and, optionally, $C_H4$ antibody constant region domains

The fourth aspect of the present invention also provides a polypeptide complex comprising a plurality of polypeptide heavy chain dimers and a J chain, wherein:

the plurality of polypeptide heavy chain dimers are assembled by the J chain;

each polypeptide heavy chain comprises a binding domain and identical μ, ε, α or γ $C_H2$, $C_H3$ and, optionally, $C_H4$ domains; and

there are at least two binding domains having different specificities in the polypeptide complex (see FIGS. **4** and **5**).

As defined for the first aspect of the invention above, each heavy chain constant region preferably comprises at least one heavy chain constant region gene, which is expressed without a functional $C_H1$ domain so that generation of heavy chain-only antibody can occur. Each heavy chain constant region may also comprise one or more additional heavy chain constant region genes, which are selected from the group consisting of Cδ, $C\gamma_{1-4}$, Cμ, Cε and $C\alpha_{1-2}$ with the proviso that the additional heavy chain constant region genes also do not express a functional $C_H1$ domain. The heavy chain constant region genes are selected depending on the preferred class or mixture of antibody classes required.

Preferably, there are only two binding domains of different specificities in expressed IgA and IgM.

In one embodiment, the heavy chains each include a $C_H4$ domain, the constant domains are α domains and the polypeptide complex includes a J chain.

In another embodiment, the heavy chains each include a $C_H4$ domain, the constant domains are μ domains and the antibody includes a J chain.

Assembly of the Polypeptide Complex

The modular domain arrangement of the polypeptide complexes of the present invention enables them to be constructed in a large number of possible permutations. Such alterations in the domain architecture and amino acid sequence of the polypeptide complex may be achieved by suitable mutation or partial synthesis and replacement of appropriate regions of the corresponding DNA coding

sequences. Substitute or additional domains may be obtained from compatible recombinant DNA sequences. For example, the heavy chains may include a natural hinge or engineered flexible polypeptide domain both between the binding domain and the amino terminus of the $C_H2$ domain and between the effector domain and the C-terminal end of the heavy chain ($C_H3$ or $C_H4$).

The heavy chains in the polypeptide complex of the invention are expressed as fusion proteins. The effector chains in the polypeptide complex of this aspect of the invention may be expressed as fusion proteins or may be assembled by chemical means or, if cellular in nature, may be isolated from blood or tissue, or captured in vivo (for example albumin).

In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame.

The effector moiety, if present as part of a fusion protein, may be located at either the amino or carboxy terminus of the complementary assembly domain.

Alternatively, the domains in the effector chain may be assembled by normal peptide chemical methods, as already known in the art, rather than by being synthesised as a fusion protein.

Linkage may be through a peptide bond or through chemical linkage. For example, the effector moiety may be peptide bonded to the complementary assembly domain or it may be chemically bonded to the complementary assembly domain, for example by using a chemical linking structure such as a maleimide linker.

The effector moiety may be positioned at any location in the heavy chain. For example, the effector moiety may be situated at the C terminal end of the heavy chain or between the binding domain and either the $C_H2$ domain or the hinge domain of the polypeptide complex. It is preferred that the assembly domain is not situated between the $C_H2$ and $C_H3$ domains as this might interfere with an effector function and the dimerization domains. Preferably the effector moiety is attached to the amino terminal or carboxy end of the heavy chain via a peptidic flexible linker or hinge like region so as to facilitate independent binding/function of effector moieties.

Polynucleotide Sequences, Vectors and Host Cells

The present invention also provides a polynucleotide sequence encoding a heavy chain of any one of the polypeptide complexes of the present invention, a vector comprising one or more of the polynucleotide sequences referred to above and a host cell transformed with a vector encoding the heavy chain of a polypeptide complex of the present invention. The polynucleotides preferably include sequences which allow the expressed heavy chains to be secreted as homodimers into the medium in which the host cell is growing. The host cell may be of any origin, including bacterial and yeast cells, but is preferably a vertebrate host cell, more preferable a mammalian host cell.

Transfection of the same host cell with a second vector encoding a heavy chain comprising a binding domain with specificity for a different target results in co-expression of the two constructs and the assembly of a mixture of homodimers and heterodimers. Homodimers will show specificity to the cognate antigen and heterodimers will bind both antigens.

The present invention also provides a host cell transformed with a vector encoding at least one effector chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferably a mammalian host cell. Alternatively the effector chain may be synthesised using methods which are known in the art.

The present invention also provides a host cell transformed with a vector encoding at least one heavy chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferable a mammalian host cell. Alternatively the heavy chain may be synthesised using methods which are known in the art.

The present invention also provides a host cell transformed with a vector encoding at least one heavy chain and at least one effector chain of a polypeptide complex of the present invention. The host cell may be of any origin, including a bacterial or yeast cell, but is preferably a vertebrate host cell, more preferable a mammalian host cell. Alternatively the chains may be synthesised independently and assembled using methods which are known in the art.

Furthermore, the present invention provides a transgenic organism expressing at least one heavy chain homo- or hetero-dimer polypeptide complex of the present invention. The transgenic organism may be a non-human vertebrate or mammal, a plant or an insect.

The present invention also provides a method for the production of class-specific heavy chain-only antibodies and VH domains thereof, according to the first aspect of the invention, by immunising a transgenic organism of the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the organism is a mouse.

The production of antibodies and polypeptide complexes for healthcare applications requires large scale manufacturing systems, examples of which are discussed in detail above. Such systems include plants (e.g. maize), transgenic cattle and sheep, chickens and insect larvae suitable for mass rearing technology. Other production systems, including virus infection (eg baculovirus in insect larvae and cell-lines) as an alternative to cell culture and germline approaches will also be familiar to those skilled in the art.

These methods, and other suitable methods known in the art, can be used for the production of the polypeptide binding complexes of the invention. Production of homodimers and/or of heterodimers can be achieved using these methods.

Uses of the Heavy Chain-Only Antibodies and Polypeptide Complexes of the Invention

The heavy chain-only antibodies and polypeptide binding complexes of the invention have a great number of applications.

For example, the heavy chain-only antibodies and polypeptide complexes of the invention comprise bi- and multi-specific polypeptide complexes. These complexes are particularly advantageous, eg as therapeutics for the treatment and prevention of infectious diseases.

The heavy chain-only antibodies and polypeptide binding complexes of the invention are useful for cytochemical labelling, targeting methods, therapy and diagnostics.

In mono-antibody therapy, pathogen escape, for example due to a mutation leading to loss of a single binding site, will abolish the therapeutic effect of the antibody. The production of heterodimer polypeptide complexes recognising different antigens on the same pathogen can overcome this problem. The use of at least two binding domains having different specificities in the polypeptide complexes of the invention can also be utilised to enhance both cell-cell interactions and cell/pathogen interactions.

In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge polypeptide complexes between two cell types such as a pathogen and a macrophage, or a tumour cell and a T-cell. Alternatively the polypeptide complex may recognise two or more epitopes on the same pathogen with effector function being provided by the heavy chain constant region alone.

Alternatively, bi-specific polypeptide binding complexes may be used to target cells and tissues in vivo, then subsequently to capture circulating effector molecules or imaging agents. For example bi-specific tumour targeting agents can be used to capture pro-drug converting complexes for the subsequent localised conversion of pro-drug to reactive agent. Bi- and multi-specific binding complexes in combination with effector agents may also be used to bind and destroy one or more pathogens dependent on the selection of binding domains. Alternatively the presence of two or more binding domains which recognise different antigens on the same pathogen provide clinical advantages and reduce the likelihood of pathogen escape and drug redundancy as a result of mutation within the pathogen.

The present invention provides heavy chain-only antibodies or fragments thereof according to the first aspect of the invention, polypeptide chains and complexes according to the second aspect of the invention; and effector chains and polypeptide complexes according to the third aspect of the invention. All are suitable for pharmaceutical use in humans, and so the invention provides a pharmaceutical composition comprising a heavy chain-only antibody, polypeptide chain, effector chain or polypeptide complex of the present invention. The invention also provides the use of a heavy chain-only antibody, a polypeptide chain, an effector chain or a polypeptide complex of the present invention in the preparation of a medicament for the prophylaxis and/or treatment of disease. Heavy and effector chains may be formulated together or separately, dependent on the manner of administration and action of the medicament.

The pharmaceutical compositions and medicaments will typically be formulated before administration to patients.

For example, the heavy chain-only antibodies or polypeptide complexes may be mixed with stabilisers, particularly if they are to be lyophilised. Addition of sugars (eg mannitol, sucrose, or trehalose) is typical to give stability during lyophilisation, and a preferred stabiliser is mannitol. Human serum albumin (preferably recombinant) can also be added as a stabiliser. Mixtures of sugars can also be used, eg sucrose and mannitol, trehalose and mannitol, etc.

Buffer may be added to the composition, eg a Tris buffer, a histidine buffer, a glycine buffer or, preferably, a phosphate buffer (eg containing sodium dihydrogen phosphate and disodium hydrogen phosphate). Addition of buffer to give a pH between 7.2 and 7.8 is preferred, and in particular a pH of about 7.5.

For reconstitution after lyophilisation, sterile water for injection may be used. It is also possible to reconstitute a lyophilised cake with an aqueous composition comprising human serum albumin (preferably recombinant).

Generally, the heavy chain-only antibodies and polypeptide complexes will be utilised in purified form together with pharmacologically appropriate carriers.

The invention thus provides a method for treating a patient, comprising administering a pharmaceutical composition of the invention to the patient. The patient is preferably a human, and may be a child (eg a toddler or infant), a teenager or an adult, but will generally be an adult.

The invention also provides heavy chain-only antibodies, polypeptide chains, effector chains or a polypeptide complex of the invention for use as a medicament.

The invention also provides the use of the heavy chain-only antibodies, polypeptide chains, effector chains or chain polypeptide complexes of the invention in the manufacture of a medicament for treating a patient.

These uses, methods and medicaments are preferably for the treatment of one of the following diseases or disorders: wound healing, cell proliferative disorders, including neoplasm, melanoma, lung, colorectal, osteosarcoma, rectal, ovarian, sarcoma, cervical, oesophageal, breast, pancreas, bladder, head and neck and other solid tumours; myeloproliferative disorders, such as leukemia, non-Hodgkin lymphoma, leukopenia, thrombocytopenia, angiogenesis disorder, Kaposis' sarcoma; autoimmune/inflammatory disorders, including allergy, inflammatory bowel disease, arthritis, psoriasis and respiratory tract inflammation, asthma, immunodisorders and organ transplant rejection; cardiovascular and vascular disorders, including hypertension, oedema, angina, atherosclerosis, thrombosis, sepsis, shock, reperfusion injury, and ischemia; neurological disorders including central nervous system disease, Alzheimer's disease, brain injury, amyotrophic lateral sclerosis, and pain; developmental disorders; metabolic disorders including diabetes mellitus, osteoporosis, and obesity, AIDS and renal disease; infections including viral infection, bacterial infection, fungal infection and parasitic infection, pathological conditions associated with the placenta and other pathological conditions and for use in immonotherapy.

In a further aspect still, the present invention provides the use of a heavy chain-only antibody or polypeptide binding complex of the present invention as a diagnostic, prognostic, or therapeutic imaging agent. Furthermore, the present invention provides the use of a heavy chain homo- or hetero-dimer of the present invention alone or in combination with one or more effector (light) chains of the present invention as a therapeutic imaging agent, a cytochemical reagent or diagnostic agent.

The present invention provides the use of a heavy chain-only antibody or a fragment thereof as herein described as an intracellular binding reagent, or an abzyme.

Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The present invention also provides, the use of an antigen-specific single chain antibody or VH binding domain according to the present invention as an enzyme inhibitor or receptor blocker. Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The present invention also provides the use of a $V_H$ domain fused to an effector molecule for use as a therapeutic, imaging agent, diagnostic, abzyme or reagent.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A and FIG. **1**B: shows a polypeptide complex comprising a binding domain ($V_H$) dimerization domain (optionally $C_H2$, $C_H3$ and $C_H4$) and a effector moiety (EM). Binding domains and effector moieties may be positioned at the amino or carboxy terminal ends of the dimerization domains.

Flexible linkers (←) and hinge (∫) regions are indicated.

FIG. **2**A and FIG. **2**B: shows different configurations of binding domains and the replacement of the effector moiety by further binding domains. A. Preferred option since homodimers are produced. No separation of products

required. B. Mixture of homodimers and heterodimers are produced. Separation of products required.

FIG. **3**: shows a heavy chain polypeptide complex in association with an effector chain. The effector chain comprises a complementary binding domain (CBD) and an effector moiety (EM). CBD is recognised by EM of heavy chain. CBD is fused to or part of effector, e.g. enzyme, toxin, chelator, imaging agent. Effector chain can be synthesized separately from heavy chain.

FIG. **4**: shows a bivalent secretory IgA in association with a J chain.

FIG. **5**: shows a multivalent heavy chain-only IgM-like polypeptide complex assembled via a J chain.

FIG. **6**: shows the strategy for the generation of transgenic mice expressing an IgG locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **7**: shows the strategy for the generation of transgenic mice expressing an IgM locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **8**: shows the strategy for the generation of transgenic mice expressing an IgA locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **9**: Sequence alignment of the PCR products obtained from bone marrow cDNA using $V_{HH}1$ and $V_{HH}2$ primers in combination with human Cγ2 primer from mice containing a locus with constant regions that have a camelid splice mutation to remove CH1 (SEQ ID NOs:12-16). The results show that CH1 is not removed.

FIGS. **10-13**: Structure of VH/camelid VH (VHH) constructs. 1-n stands for any number of VH genes, or D or J segments. The normal complement of the human locus is 51 V genes, 25 functional D segments (plus 2 non functional ones) and 6 J segments. In case of a Cμ (for IgM) or CE (for IgE) region there is no H region and there is an additional CH4 exon between CH3 and M1. The VH genes(s) have been mutated to provide solubility as described in the public domain

The VH genes, D and J segments and C exons are preferably human, but could be from any other species including camelids. In the latter case the camelid VH (VHH) genes would not be mutated as they are naturally soluble.

FIG. **14**: Mouse immunization schedule and antibody assay for the generation of heavy chain-only IgG against *E. coli* HSP70 (SEQ ID NO:35).

FIG. **15**: Flow cytometric analysis and immunohistochemistry results for spleen cells derived from transgenic mice.

FIG. **16**: Results of ELISA analysis of DKTP immunized transgenic mice and sequence analysis of resulting antibody library (SEQ ID NOs:17-21).

FIG. **17**: Examples of somatic mutations and VDJ rearrangement seen in immunized transgenic mice (SEQ ID NOs:22-29, SEQ ID NO:30, SEQ ID NOs:17-21 and SEQ ID NOs:31-35).

FIG. **18**: Results of immunostaining assay on Tet-on cell line transfected with response plasmid containing A5 antibody.

FIG. **19**: Results of Western bolt analysis of sera of transgenic mouse lines.

FIG. **20**: Size fractionation of human IgM mixed with human single chain IgM produced by the IgM plus IgG locus mice.

FIG. **21**: Results of ELISA analysis of single chain IgM and IgG antibodies raised against human TNFα.

FIG. **22**: shows a strategy for the generation of a homodimer plasmid with binding affinity for HSP70 and αGAG.

FIG. **23**: Functional expression of homodimer polypeptide complex in CHO cells.

FIG. **24**: demonstrates functional binding and simultaneous of homodimer polypeptide complex to alpha αGAG and HSP70. Schematic representation of a bivalent, bi-specific antibody. A second variable region (VHH2 directed against gag) is cloned onto the carboxyterminal end of a heavy chain only antibody containing the other specificity (VHH1 directed against HSP70). The hinge region between CH3 and VHH2 has been replaced by a linker region where all cysteines have been replaced by prolines (arrows). Coat ELISA plate with Gag, block with 1% milk/1% BSA in PBS, incubate first with diabody medium (1:2 dil.) and then with BI21 cell lysate (contains HSP70) (1:2 dil.). Elute bound proteins with sample buffer=2-mercaptoethanol and run on 8% gel. Stain with poly/monoclonal antibodies against Gag, diabody and HSP70. α Gag: Rabbit polyclonal/Swine α rabbit-AP (blue). α HSP70: monoclonal/Goat α Human IgG-HRP (brown). α Diabody: Goat α Human IgG-HRP (brown). Lane 1: Gag/Diabody/BI21 cell lysate. Lane 2: Gag/culture medium (is Diabody negative control)/BI21. Lane 3: —milk-BSA/Diabody/BI21. Lane 4: —milk-BSA/culture medium/BI21. Lane 5: Gag/Diabody/—milk-BSA. Lane 6: Gag/culture medium/—milk-BSA

FIG. **25**: shows the strategy for the generation of homodimer polypeptide complexes, optionally in association with effector chains carrying IgA effector function

FIG. **26**: shows the strategy for the generation of homodimer polypeptide complexes, optionally in association with effector chains carrying IgA effector function.

## GENERAL TECHNIQUES

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art (e.g. in cell culture, molecular genetics, nucleic acid chemistry, hybridisation techniques and biochemistry). Standard techniques are used for molecular, genetic and biochemical methods (see generally, Sambrook et al., Molecular Cloning: A Laboratory Manual, 2nd Ed. (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y. and Ausubel et al., Short Protocols in Molecular Biology (1999) 4th Ed., John Wiley & Sons, Inc.) and chemical methods. In addition Harlow & Lane, A Laboratory Manual, Cold Spring Harbor, N. Y, is referred to for standard Immunological Techniques.

Any suitable recombinant DNA technique may be used in the production of the bi- and multi-valent polypeptide complexes, single heavy chain antibodies, and fragments thereof, of the present invention. Typical expression vectors, such as plasmids, are constructed comprising DNA sequences coding for each of the chains of the polypeptide complex or antibody. Any suitable established techniques for enzymic and chemical fragmentation of immunoglobulins and separation of resultant fragments may be used.

The present invention also provides vectors including constructs for the expression of heavy chain-only antibodies in transgenic mice and the construction and expression of polypeptide complaxes of the present invention.

It will be appreciated that a single vector may be constructed which contains the DNA sequences coding for more than polypeptide chain. For instance, the DNA sequences encoding two different heavy chains may be inserted at different positions on the same plasmid.

Alternatively, the DNA sequence coding for each polypeptide chain, may be inserted individually into a plasmid, thus producing a number of constructed plasmids, each coding for a particular polypeptide chain. Preferably, the plasmids into which the sequences are inserted are compatible.

Each plasmid is then used to transform a host cell so that each host cell contains DNA sequences coding for each of the polypeptide chains in the polypeptide complex.

Suitable expression vectors which may be used for cloning in bacterial systems include plasmids, such as Col E1, pcR1, pBR322, pACYC 184 and RP4, phage DNA or derivatives of any of these.

For use in cloning in yeast systems, suitable expression vectors include plasmids based on a 2 micron origin.

Any plasmid containing an appropriate mammalian gene promoter sequence may be used in cloning in mammalian systems. Insect or bacculoviral promoter sequences may be used fir insect cell gene expression. Such vectors include plasmids derived from, for instance, pBR322, bovine papilloma virus, retroviruses, DNA viruses and vaccinia viruses.

Suitable host cells which may be used for expression of the polypeptide complex or antibody include bacteria, yeasts and eukaryotic cells, such as insect or mammalian cell lines, transgenic plants, insects, mammalian and other invertebrate or vertebrate expression systems.

Polypeptide Complexes and Single Heavy Chain Antibodies of the Present Invention

It will be understood that term ‘polypeptide complex’, ‘a single heavy chain antibody’ and ‘heterlogous heavy chain locus’ of the present invention also include homologous polypeptide and nucleic acid sequences obtained from any source, for example related cellular homologues, homologues from other species and variants or derivatives thereof.

Thus, the present invention encompasses variants, homologues or derivatives of the polypeptide complexes and antibodies as herein described.

In the context of the present invention, a homologous sequence is taken to include an amino acid sequence which is at least 80, 85, 90, 95, 96, 97, 98, 99, 99.5, 99.6, 99.7, 99.8, 99.9% identical, preferably at least 98 or 99%, identical, at the amino acid level over at least 30, preferably 50, 70, 90 or 100 amino acids. Although homology can also be considered in terms of similarity (i.e. amino acid residues having similar chemical properties/functions), in the context of the present invention it is preferred to express homology in terms of sequence identity.

The present invention also includes constructed expression vectors and transformed host cells for use in producing the polypeptide complexes and antibodies of the present invention.

After expression of the individual chains in the same host cell, they may be recovered to provide the complete polypeptide complex or heavy chain-only antibody in active form.

It is envisaged that, in preferred forms of the invention, the individual heavy chains will be processed by the host cell to form the complete polypeptide complex or antibody which advantageously is secreted therefrom. Preferably, the effector chain is produced separately either by a host cell or by synthetic means.

Techniques for the preparation of recombinant antibody polypeptide complexes is described in the above references and also in, for example, EP-A-0 623 679; EP-A-0 368 684 and EP-A-0 436 597.



Immunisation of a Transgenic Organism

In a further aspect, the present invention provides a method for the production of the antibodies of the present invention comprising administering an antigen to a transgenic organism of the present invention.

The antibodies and polypeptide complexes produced from transgenic animals of the present invention include polyclonal and monoclonal antibodies and fragments thereof. If polyclonal antibodies are desired, the transgenic animal (e.g. mouse, rabbit, goat, horse, etc.) may be immunised with an antigen and serum from the immunised animal, collected and treated by known procedures. If serum containing polyclonal antibodies contains antibodies to other antigens, the polyclonal antibodies of interest can be purified by immunoaffinity chromatography and such like techniques which will be familiar to those skilled in the art. Techniques for producing and processing polyclonal antisera are also known in the art.

Uses of the Polypeptide Binding Complexes and Antibodies of the Present Invention

The polypeptide complexes and antibodies including fragments thereof of the present invention may be employed in: in vivo therapeutic and prophylactic applications, in vitro and in vivo diagnostic applications, in vitro assay and reagent applications, and the like.

Therapeutic and prophylactic uses of the polypeptide complexes and antibodies of the invention involve the administration of the above to a recipient mammal, such as a human.

Substantially pure polypeptide complexes and antibodies including fragments thereof of at least 90 to 95% homogeneity are preferred for administration to a mammal, and 98 to 99% or more homogeneity is most preferred for pharmaceutical uses, especially when the mammal is a human. Once purified, partially or to homogeneity as desired, the polypeptide complexes and heavy-chain-only antibodies as herein described may be used diagnostically or therapeutically (including extracorporeally) or in developing and performing assay procedures using methods known to those skilled in the art.

Generally, the polypeptide complexes and antibodies of the present invention will be utilised in purified form together with pharmacologically appropriate carriers. Typically, these carriers include aqueous or alcoholic/aqueous solutions, emulsions or suspensions, which may include saline and/or buffered media. Parenteral vehicles include sodium chloride solution, Ringer’s dextrose, dextrose and sodium chloride and lactated Ringer’s.

Suitable physiologically-acceptable adjuvants, if necessary to keep a polypeptide complex in suspension, may be chosen from thickeners such as carboxymethylcellulose, polyvinylpyrrolidone, gelatin and alginates.

Intravenous vehicles include fluid and nutrient replenishers and electrolyte replenishers, such as those based on Ringer’s dextrose. Preservatives and other additives, such as antimicrobials, antioxidants, chelating agents and inert gases, may also be present (Mack (1982) Remington’s Pharmaceutical Sciences, 16th Edition).

The polypeptide complexes and antibodies, including fragments thereof, of the present invention may be used as separately administered compositions or in conjunction with other agents. These can include various immunotherapeutic drugs, such as cyclosporine, methotrexate, adriamycin, cisplatinum or an immunotoxin. Alternatively, the polypeptide complexes can be used in conjunction with enzymes for the conversion of pro-drugs at their site of action.

Pharmaceutical compositions can include “cocktails” of various cytotoxic or other agents in conjunction with the

selected antibodies of the present invention or even combinations of the selected antibodies of the present invention.

The route of administration of pharmaceutical compositions of the invention may be any of those commonly known to those of ordinary skill in the art. For therapy, including without limitation immunotherapy, the polypeptide complexes or antibodies of the invention can be administered to any patient in accordance with standard techniques. The administration can be by any appropriate mode, including parenterally, intravenously, intramuscularly, intraperitoneally, transdermally, via the pulmonary route, or also, appropriately, by direct infusion with a catheter. The dosage and frequency of administration will depend on the age, sex and condition of the patient, concurrent administration of other drugs, counter-indications and other parameters to be taken into account by the clinician.

The polypeptide complexes and antibodies of this invention can be lyophilised for storage and reconstituted in a suitable carrier prior to use. Known lyophilisation and reconstitution techniques can be employed. It will be appreciated by those skilled in the art that lyophilisation and reconstitution can lead to varying degrees of functional activity loss and that use levels may have to be adjusted upward to compensate.

In addition, the polypeptide complexes and antibodies of the present invention may be used for diagnostic purposes. For example, antibodies as herein described may be generated or raised against antigens which are specifically expressed during disease states or whose levels change during a given disease states.

For certain purposes, such as diagnostic or tracing purposes, labels may be added. Suitable labels include, but are not limited to, any of the following: radioactive labels, NMR spin labels and fluorescent labels. Means for the detection of the labels will be familiar to those skilled in the art.

The compositions containing the polypeptide complexes and antibodies of the present invention or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments.

A composition containing one or more polypeptide complexes or antibodies of the present invention may be utilised in prophylactic and therapeutic settings to aid in the alteration, inactivation, killing or removal of a select target cell population in a mammal. In addition, the selected repertoires of polypeptide complexes and antibodies described herein may be used extracorporeally or in vitro selectively to kill, deplete or otherwise effectively remove a target cell population from a heterogeneous collection of cells.

## Example 1

In preliminary experiments, transgenic mice were prepared to express a heavy chain locus wherein two llama VHH exons were linked to the human heavy chain diversity (D) and joining (J) segments, followed by the Cμ, Cδ, Cγ2, Cγ3 human constant region genes and human heavy chain immunoglobulin 3' LCR. The human Cγ2 and Cγ3 genes contained a G to A splice mutation. The presence of the Frt site enabled the generation of a single copy transgenic mouse from a multi-copy transgene array by Flp mediated recombination. However, sequences from the transgenic locus with a G to A splice mutation, showed aberrant splicing but incomplete CH1 removal (FIG. **9**).

Constructs

To overcome this problem, a genomic cosmid library was screened for clones containing the VH genes using standard methods. One (or more) different germline VHs were randomly chosen based on their sequence (five genera classes in the case of human VH's). Hydrophilic amino acid codons were introduced at positions 42, 49, 50 and 52 according to IMGT numbering (Lefranc et al. (1999)). The VH genes were combined into a BAC vector by standard procedures such as direct cloning using custom made linkers or homologous recombination.

Two clones were selected from the human genomic Pac library RPCI-11 (BACPAC Recource Center, USA): clone 1065 N8 containing human heavy chain D and J segments, Cμ (IgM) and Cδ (IgD) and clone 1115 N15 containing the Cγ3 (IgG3) genes. Bac clone 11771 from a different human genomic library (Incyte Genomics, CA, USA) was used as a source of Cγ2 (IgG2) gene and the immunoglobulin heavy chain LCR (Mills et al. (1997) *J. Exp Med.,* 15; 186(6):845-58).

Using standard techniques, the Cγ3 and Cγ2 genes were subcloned separately into pFastBac vector (Invitrogen). Similarly any of the other Ig constant regions can be cloned from these BACs (IgA, IgE). A complete deletion of CH1 exon was achieved by homologous recombination (Imam et al. (2001)) using sequences that flank the CH1 exon of each constant region. An frt site could optionally be introduced in front of the Cμ switch region to allow the generation of single copy loci from multicopy loci by treatment with flp recombinase in vivo by standard means e.g. by breeding to rosa-flp mice (FIG. **10**).

The separate VH genes, D and J segments and C and LCR exons were cloned into one BAC either by conventional restriction digestion and ligations or by homologous recombination (or a mixture of both) or any other cloning technique.

Further constructs could then be created.

IgM-Only Locus

In order to obtain the IgM construct (FIG. **11**), one or more VHs genes (preferably engineered human VH genes to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments and Cμ, were cloned into a BAC. For the methodology see above. In this case only the Cμ region was cloned into the final BAC.

IgM Plus IgG Locus, (Cδ is Optional)

In order to obtain the IgM plus IgG construct (FIG. **12**), one or more VHs genes (preferably engineered human VH segments to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments, Cμ (without CH1 but with CH4 exon), (optional Cδ) and the modified human Cγ2 and Cγ3 genes and 3' LCR were cloned into a BAC. In order to generate an IgG only locus loxP sites were introduced during the standard cloning steps (described above) and the BAC is grown in 294 Cre *E. coli* strain (Buscholz et al.) and cre mediated recombination yields bacteria producing an IgG only locus. For further construction details see above.

IgM Plus IgG Locus (Cδ is Optional)

In order to obtain the IgM plus IgG construct (FIG. **13**), one or more VHs genes (preferably engineered human VH genes to provide solubility or camelid VHH genes), followed by human D and J heavy chain segments, Cμ (with CH1 and CH4), (optional Cδ) and the modified human Cγ2 and Cγ3 genes and 3' LCR were cloned into a BAC. In order to generate an IgG only locus loxP sites were introduced during the standard cloning steps (described above) and the BAC was grown in 294 Cre *E. coli* strain (Buscholz et al.) and cre mediated recombination yielded bacteria producing an IgG only locus.

Transgenic Mice, Breeding and Genotyping

The final BAC was introduced into transgenic mice by standard microinjection of fertilized eggs or via embryonic stem cell transfection technology.

Transgenic loci were checked for integrity and number of copies by Southern blot analysis of tail DNA (Southern 1975) using 5' and 3'end locus probes. Founders were bred as lines in the μMT−/− background. Genotyping was done by standard PCR analysis using primers for each of the different regions of the locus. Sequence analysis of the RT-PCR products derived from BM cDNA of transgenic mice where the entire CH1 exon from both the Cγ2 and the Cγ3 was been deleted (one with (HLL lines) and one without the Cμ and Cδ genes, showed that the transgenic loci are not only capable of VDJ recombination, but that the IgG transcripts resemble those found in llama and camel HCAbs.

Immunohistochemistry

Spleens were embedded in OCT compound. Frozen 5 μm cryostat sections were fixed in acetone and single or double labeled as previously described (Leenen et al. 1998). Monoclonal antibodies anti B220/RA3-6B2, anti-CD11c/N418 (Steinman et al., 1997), were applied as hybridoma culture supernatants. Peroxidase coupled goat anti-human IgG and anti-human IgM were from Sigma. Second-step reagents were peroxidase labeled goat anti-rat Ig (DAKO, Glostrup, Denmark) or anti-hamster Ig (Jackson ImmunoResearch Laboratories, West Grove, Pa.) and goat anti-rat Ig alkaline phosphatase (Southern Biotechnology, Birmingham, Ala., USA).

FIG. **15** shows the immunohistochemical analysis of 5 μm frozen sections of spleens from $\mu MT^{-/-}$, WT and HLL and HLL-MD transgenic mice in the $\mu MT^{-/-}$ background. Sections were stained with anti B220 (blue) for B cells and anti-CD11c/N418 (brown) for dendritic cells. Arrows indicate the location of small clusters of B cells.

Flow Cytometric Analyses

Single cell suspensions were prepared from lymphoid organs in PBS, as described previously (Slieker et al. 1993). Approximately $1\times10^6$ cells were incubated with antibodies in PBS/0.5% bovine serum albumin (BSA) in 96 well plates for 30 min at 4° C. Cells were washed twice in PBS/0.5% BSA. For each sample, $3\times10^4$ events were scored using a FACScan analyzer (Becton Dickinson, Sunnyvale, Calif.). FACS data were analyzed using CellQuest version 1.0 computer software. Four-color analysis was performed on a Becton Dickinson FACS Calibur. The following mAbs were obtained from BD Pharmingen (San Diego, Calif.): FITC conjugated anti B220-RA3-6B2, PE conjugated anti CD19. FACS scan data of spleen cells, stained with anti-CD19 and anti-B220 are displayed in the bottom panel of FIG. **15**.

On the left of the figure is a representation of Flp recombination in vivo by breeding HLL lines to a FlpeR transgenic line and supporting FACS scan data on spleen cells of the recombinant, showing B cell rescue as seen in the directly generated original HLL-MD lines. On the right is a representation of Cre recombination in vivo by breeding to Cag Cre transgenic line and FACS data on spleen cells of the single copy recombinant.

Immunization and Hybridoma Production (FIG. **14**)

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions and IgG2 and 3 constant regions (without a CH1 domain) were created.

8 week old mice were immunized with either *E. Coli* heat shock protein 70 (hsp70). 20 μg or 5 μg of antigen with Specol adjuvant (IDDLO, Lelystadt, NL) was injected respectively s.c. on days 0, 14, 28, 42 and i.p. on day 50.



Blood was taken on day 0, 14 and 45. After three boosts a low titer of antigen specific antibodies was detected in 1 out of 3 Hsp70 immunized HLL-MD1 mice (FIG. **14**).

A standard spleen cell fusion with a myeloma cell line was performed to generate a monoclonal antibody resulting in a monoclonal hybridoma cell line against the hsp70 protein. The anti-HSP 70 HCAb consists of the llama VHH segment closest to the D region (VHH 2) recombined to the human IgHD3-10 segment (acc.num. X13972) and the human IgHJ4-02 segment (acc.num.X86355). Although not at high frequency, the VHHs has a few mutations that give rise to the amino acid alterations seen in FIG. **9**A when compared to the germ line configuration. The RT-PCR analysis also showed only one productive IgH transcript in the hybridoma, suggesting that there are no other transcripts made. The αHSP70 IgG2 antibody is secreted as heavy chain only dimer (Western blots under denaturing gel (dimer) and non denaturing gel (monomer) conditions FIG. **14**). Spleen cells were fused with Sp2-O—Ag14 myeloma cells (gift from R. Haperen) on day 56 using a ClonalCell™-HY kit (StemCell Technologies, UK) according to the manufacturer's instructions.

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions, a human IgM and IgG2 and 3 constant regions (all without a CH1 domain, FIG. **12**) were immunized with TNFα to obtain HC-IgM antibodies. One out of three mice showed positive sera in standard ELISA assays. A standard myeloma fusion yielded a positive IgM hybridoma (FIG. **16**). After gel filtration on Sepharose 6B under non-reduced conditions each fraction was of the column was loaded to a gel under reducing conditions and detected by αhuman IgM-HRP (FIG. **20**). Fractionation under non reducing conditions showed that the HC-IgM is secreted as a multimeric antibody with the same size as a human control IgM (after subtraction of the molecular weight of light chains and the CH1 domain that are absent from the HC-IgM). The gel fractionation of each column fraction under reducing conditions showed the expected monomer of (FIG. **20**).

Serum Ig ELISA

Blood from 15-25 weeks old mice was collected in EDTA coated tubes, spun for 15' at room temperature (RT) and the supernatant diluted 1:5 in PBS. A 96 well plate was coated for 2 h with 5 mg/ml of a goat anti human IgG (YES Biotechnology) or a goat anti human IgM (Sigma), washed with PBS, blocked for 1 h at RT with blocking solution (1.5% BSA/1.5% powder milk/0.1% tween 20/PBS) and washed three times with PBS. Dilution series of serum samples and standards (human IgG2 or human IgM (Sigma, Zwijndrecht, NL)) were loaded and incubated for 2-4 h and the plates washed 6 times with PBS before addition of a secondary antibody (1:2000 diluted goat anti human IgG or goat anti human IgM coupled to HRP (Sigma, Zwijndrecht, NL)). All dilutions were done in a blocking solution. After 1-2 h incubation at RT and washing in PBS, POD substrate (Roche) was added.

The ELISA for the detection of antigen specific soluble sdAbs from the IgG2 phage library is shown in FIG. **16**. Soluble sdAbs were used as primary antibodies on antigen-coated plates, followed by mouse α-myc antibody and HRP conjugated goat α-mouse antibody. POD was used as a substrate. The bottom panel shows fingerprinting of clones with restriction enzyme Hinf I, showing 5 different inserts coding for sdAb against *B. Pertusis.*

Antibody Library Construction and Screening

Total RNA was isolated from spleens of DKTP immunized single copy IgG only mice (FIG. **12** after cre treat-

ment) using an Ultraspec RNA isolation system (Biotecx Laboratories Inc, Houston, Tex., USA). cDNA was made using oligo dT. DNA fragments encoding VHHDJ fragments were amplified by PCR using specific primers: vh1 back Sfi I primer (Dekker et al 2003) in combination with hIgG2hingrev primer (5'-AATCTGGGCAGCGGCCGCCTCGACACAACAT-TTGCGCTC-3', SEQ ID NO:1). The amplified VHHDJs (~400 bp) were Sfi I/Not I digested, gel purified and cloned into Sfi I/NotI digested phagemid vector pHEN-1.

Transformation into TG1 electro-competent cells yielded in a human single domain antibody library. Two rounds of selection were performed using panning on vaccine antigens adsorbed onto plastic (immunotubes coated with undiluted vaccine). Restriction analysis and sequencing were standard.

RT-PCR of Heavy Chain-Only Locus

Immunostaining

FIG. **18** shows immunostaining results of one of Tet– on cell line additionally transfected with the response plasmid containing A5 antibody (Dekker et al. 2003). The upper panel shows doxycicline induced production of A5 antibody (red) in cytoplasm and nuclear staining of the cells with DAPI (blue). Lower panel shows that cells expressing rtTA in nucleus are the ones producing the A5 upon induction (upper panel). Staining was done with one of the human HCAb against rtTA (green) with the sequence shown below. The FITC conjugated goat anti human IgG was used as a secondary step. A5 was detected as previously described by Dekker et al 2003. The rTTA antibody was an IgG3 with the following sequence (SEQ ID NOs:2 and 3):

```
241 AGACTCT

 80 R  L

301 CCTGTGCAGCCTCTGGAAGCATCTTCAGTATCAATGCCATGGGCTGGTACCGCCAGGCTC

100 S  C  A  A  S  G  S  I  F  S  I  N  A  M  G  W  Y  R  Q  A

361 CAGGGAAGCAGCGCGAGTTGGTCGCAGCTATTACTAGTGGTGGTAGCACAAGGTATGCAG

120 P  G  K  Q  R  E  L  V  A  A  I  T  S  G  G  S  T  R  Y  A

421 ACTCCGTGAAGGGCCGATTCACCATCTCCAGAGACAACGCCAAGAACACGGTGTATCTGC

140 D  S  V  K  G  R  F  T  I  S  R  D  N  A  K  N  T  V  Y  L

481 AAATGAACAGCCTGAAACCTGAGGACACGGCCGTCTATTACTGTTTGATCTCTATGGTTC

160 Q  M  N  S  L  K  P  E  D  T  A  V  Y  Y  C  L  I  S  M  V

541 GGGGAGCCCGTTTTGACTACTGGGGCCAGGGAACCCTGGTCACCGTCTCCTCAGAGCTCA

180 R  G  A  R  F  D  Y  W  G  Q  G  T  L  V  T  V  S  S  E  L

601 AAACCCCACTT

200 K  T  P  L
```

It was then investigated whether HLL-MD locus functions as a normal locus in producing a diverse antibody repertoire by sequencing the RT PCR products obtained using IgG2 and IgG3 specific primers on cDNA from Peyer's patches. FIG. **17** shows some examples of somatic mutations of clones from non immunized mice (left panel) and immunized mice (right panel). The mice were IgG only loci, immunized *E. Coli* hsp70, Pertussis lysate, tetanus toxoid. In grey shade is the IgG2 hinge region starting with ERKCCV

Although, the RT-PCR analysis on Peyer's patches showed that both VH are used, all the antibodies sequenced rearranged the VH2. The source of repertoire variability is the CDR3 region formed by the selection of D and J segments and by the V-D and D-J junctions. The use of human J segments is similar to that seen in human rearrangements, with the JH4 and JH6 segments being used most often.

This analysis showed that both VHs, different human D and all of the human J segments are used, to contribute to a diverse antibody repertoire. It also showed the presence of IgG3 switched B cells and the occurrence of somatic mutations by comparison of each rearranged gene with its germline counterpart i.e. the original VH in the transgenic construct (see FIG. **17**). Therefore, the human heavy chain-only IgG antigen receptor can provide the necessary signals for B cell maturation.

The IgG3 hinge starts at amino acid 198 ELKTPL. For comparison see the IgG2 hinge region in FIG. **17**.

Western Blot Analyses

FIG. **19** shows Western blots of sera of different transgenic mouse lines containing the IgM plus IgG locus (FIG. **10**) after cre treatment (ie IgM deleted, only IgG left). Sera were purified by prot G and gel fractionated under reducing (FIG. **19** right panel) and non reducing (FIG. **19**, left panel) conditions. The controls were the background KO mice and a normal human serum sample. Note the size difference between the two gels showing that the human heavy chain only IgG is a dimer.

The signal shown in FIG. **19** was detected with an anti-human IgG antibody by standard procedures.

Size Fractionation of Human IgM Produced by the IgM Plus IgG Locus Mouse

The serum from the IgM plus IgG mice (FIG. **13**) was fractionated by gel filtration under non reducing conditions after mixing with a human serum sample as a control. Results are shown in FIG. **20**. Molecular weights of the complexes on the column decrease with each lane (representing each fraction) from left to right. The fractions (each lane) were analysed by gel electrophoresis under reducing conditions.

ELISA analysis was performed on a number of hybridomas made from mice containing the IgM plus IgG (FIG. **13**)

locus immunized with human TNFα. Results are shown in FIG. **21**. The top two rows in FIG. **21** were analysed with an anti-human IgG, the next two rows with an anti human IgM. The serum samples (arrows) show that the mouse has generated both IgG and IgM anti-TNFα antibodies. The single arrow shows a positive IgM hybridoma. The wells were coated with commercially available human TNFα. All procedures were standard.

Example 2

The bi-specific bi-valent antibody was generated by combining two heavy chain only mono-specific antibodies. The first antibody forms the backbone bringing in the first specificity and the effector functions (variable region and constant region respectively). This was combined with the second antibody with the second specificity via a newly designed hinge. This hinge was similar to the existing IgG2 hinge sequence but was altered by replacing the cysteins with prolines to prevent crosslinking of the cysteins in the antibody dimer and providing extra flexibility via the prolines to prevent the second antibody being spatially constrained, which otherwise may have inhibited its function.

The starting backbone antibody was an antibody raised against the *E. coli* HSP70 protein. The HSP70 antigen was injected into transgenic mice that contained a heavy chain only antibody locus as described in (see above FIG. **14**). A monoclonal antibody was raised from these animals by standard hybridoma fusion technology (see above). The cDNA coding for the αHSP-antibody was subsequently cloned by standard RT-PCR recombinant DNA methods resulting in a plasmid containing a full length cDNA that included from the 5' end to the 3' end (in the protein from the N terminus to COOH terminus) the start codon ATG, the signal peptide sequence, the variable domain VHH1 (see Janssens et al.), the recombined D and J region and the constant region of Cγ2 (lacking a CH1 region), but including the stop codon and the polyA site (FIG. **22** upper left). The cDNA coding for the αHSP70 antibody was amplified by PCR for cloning using a forward primer and a reverse primer.

The forward primer was: CTGGAATTCTCAACC ATG GAGCTGGGGCTGAGC (SEQ ID NO:4) providing an EcoRI site for cloning purposes (underlined) an efficient translation start sequence (bold) and the normal start codon (greyshade).

The reverse primer was: GAC AAGCTTTACCCGGAGACAGGGAGAGGC (SEQ ID NO:5) providing a HindIII cloning site (underlined) and remaining the normal stop codon.

The amplification therefore leads to a EcoRI/HindIII fragment containing an EcoRI site (underlined), an efficient translation start sequence (bold) and the normal start codon of the αHSP antibody gene (greyshade, see also FIG. **22**).

The reverse 3'end primer was: GAC AAGCTTTACCCGGAGACAGGGAGAGGC (SEQ ID NO:6) providing a HindIII cloning site (underlined) and removing the normal stop codon. This resulted in a fragment (FIG. **22** left second from top) with an EcoRI site to clone onto a promoter sequence and a HindIII site for cloning the 5'end onto the expression plasmid and the 3' end onto a novel hinge sequence (see below). Lastly the fragment was cut with EcoRI and HindIII to provide the appropriate single stranded ends for cloning.

The second cloned antibody bringing in the second specificity comprised the VHH domain of a llama antibody against the pig retrovirus (PERV) gag antigen (Dekker et al., (2003) *J Virol.*, 77 (22): 12132-9, FIG. **22** top right). The agag was amplified via standard PCR amplification using the following primers:

Forward: GTC CTCGAG GCCCAGGTCCAACTGC AGGAGTCTG (SEQ ID NO:7) and the reverse primer GTC GAATTCTCATTCCGAGGAGACGGTGACCTGGGTC (SEQ ID NO:8). This provides the amplified fragment (FIG. **22** right second from top) with a XhoI site (greyshade) to clone the 5'end in frame with the novel hinge (see below) and an EcoRI site (underlined) for cloning the 3'end into the expression plasmid (FIG. **22**, right middle). Lastly the fragment was cut with EcoRI and XhoI to generate single stranded ends for cloning.

The two antibody sequences were combined into one diabody sequence via the novel hinge. The novel hinge was generated from two oligonucleotides that together form a double strand oligonucleotide with 5' and 3' overhangs (respectively HindIII and XhoI compatible) for cloning purposes. It was designed to be in frame with the end of the αHSP70 sequence and the start of the agag sequence. Formation of the sulphide bridges normally present in the human IgG2 hinge, was prevented by replacing the cysteins (greyshade) with prolines (underlined). The prolines add extra flexibility to the hinge to allow the proper functioning of the second antibody domain that becomes connected to COOH terminus of the first antibody via the hinge.

The normal IgG hinge sequence (cysteine codons in greyshade, proline codons underlined) GAGCGCAAATG TTGTGT CGAG TGC CCACCG TGC CCA (SEQ ID NO:9) and its complement were replaced by AGCTTCT-GAGCGCAAACCACCAGTCGAGCCACCACCGCCA CCAC (SEQ ID NO:10) and its complement TCGAGTGGTGGCGGTGGTGGCTCGACTGGTGGTTT GCGCTCAGA) (SEQ ID NO:11).

This also provided the fragment (white box hinge, FIG. **22**, center) with two single strand ends compatible with HindIII (bold) and XhoI (italic) sites for cloning purposes.

The three fragments (αHSP70 IgG2, hinge and agag) were subsequently ligated into a bluescript (Pbluescript11 sk+) expression plasmid that contains a chicken actin promoter and a CMV enhancer sequence (FIG. **22**, expression plasmid) by standard recombinant DNA technology. When this plasmid is expressed (see below) it results in the diabody shown at the bottom of FIG. **22**.

The diabody expression plasmid was grown and cotransfected with the plasmid pGK-hygro (to allow the selection of transfected cells) by standard methods (Superfect) into CHO cells (FIG. **23**). Positive clones were selected in hygromycin containing medium and positively identified as expressing the diabody by performing a standard a gag ELISA (Dekker et al., J. Virol. 2003) of the growth medium containing secreted diabody by the CHO cells using an αhuman IgG-HRP detection. Positively testing for the α-gag activity makes it most likely that a given clone expresses the entire diabody, because the gag specificity is at the back-end (COOH terminus) of the diabody. A subsequent ELISA for HSP70 was also positive. Western blots of these ELISA selected clones under non-reducing and reducing conditions were performed in order to show that the protein expressed from the plasmid was a dimer of 110 kD (as shown at the bottom of FIG. **23**), compared to the monomer of 55 kD (non reducing and reducing conditions and Western blots, FIG. **23** right). Thus the ELISA and the Western blot together show that the diabody is expressed and secreted into the medium as a dimer by the transfected CHO cells (at >70 ng/ml) and

that the antibody can bind the HSP70 and gag antigens. However it does not show that the same dimer diabody molecule can bind both antigens at the same time.

Therefore, a follow-up experiment was carried out. First the gag antigen was fixed to the bottom of a plastic well (first well FIG. **24** center). The diabody (FIG. **24** top) was subsequently captured by the first antigen (gag) after application of the CHO cell supernatant of clone 1 (second well FIG. **24** center). This was followed by extensive washing and then application of the second antigen (HSP 70, FIG. **24** center third well), again followed by extensive washing. If a diabody molecule could bind both antigens at the same time, it should be captured to the bottom of the well by binding the first antigen (gag) and then capture the second antigen (HSP70). When the entire complex was subsequently eluted form the well (FIG. **24** center, right well) both the diabody and the antigens were visible on a Western blot (FIG. **24** bottom).

In order to collect the secreted diabody the CHO clones were grown under the same standard conditions and in media (SIGMA hybridoma medium, serum-free) used for the collection of antibodies from hybridomas.

Methods: Wells of a Nunc-Immuno plate (Maxisorp) were coated with purified recombinant gag protein (12.5 μg/ul in PBS) O/N 4 C. Blocked for two hrs with 1% milk/1% BSA in PBS. CHO-DB clone-1 medium ½ diluted in PBS-Milk-BSA (or controls) were incubated for 3 hrs at room temperature (RT). Bacterial B121 cell lysate (containing HSP70 protein) ½ diluted in PBS-Milk-BSA was incubated for 3 hrs at RT and washed. Bound proteins were eluted with Laemmli sample buffer containing 2-Mercaptoethanol. The samples were analysed by Western blot and therefore run on a 10% SDS-PAGE and blotted on nitrocellulose membrane. The blot was blocked for two hrs with PBS-Milk-BSA and incubated with primary antibodies. The products were visualized by standard methods using secondary antibodies coupled to enzymes that allow visual staining. The reagent used were:

□α Gag: Rabbit polyclonal (1:2000) 2 hrs RT
α Diabody: Goat α human IgG-HRP (1:2500) 2 hrs RT
α HSP70: Monoclonal G20-380 medium (1:2) 2 hrs RT.
Secondary antibodies were: Goat α Rabbit-AP (1:2000) 2 hrs RT and Goat α Human IgG-HRP (1:2500) 2 hrs RT against the HSP70 monoclonal.

To visualize the protein bands first NBT/BCIP substrate (purple) reacting with alkaline phosphatase (AP) and second DAB substrate (brown) reacting with horseradish peroxidase (HRP) was used.

All washing steps were done with PBS-0.05% Tween-20.

Controls were carried out by leaving out one of the components or adding medium from CHO cells not producing diabodies (FIG. **24**), i.e. lacking no diabody application (medium from non transfected CO cells) and has therefore only gag (lane 2); lacking gag at the bottom of the well (replaced by milk protein) and should therefore have none of the products (lane 3); lacking gag and diabody and should have none of the products (lane 4); lacking HSP70 antigen (replaced by milk antigen) and should therefore have only the diabody and gag (lane 5); lacking HSP70 and diabody and should have only gag (lane 6).

The fact that all three components (the diabody plus both antigens) were only present in the well of lane 1 that received all three components (see also legend bottom of FIG. **24**) shows that the single diabody binds both antigens at the same time.



Generation of Bispecific IgA or Multi-Specific IgM

The generation of bispecific IgA is essentially as described for IgG (above), but using in addition to the Vhsol, D and J, the constant region Cα leading to the generation of IgA (FIG. **25**).

The generation of IgM is largely similar, but offers an additional possibility because IgM molecules can form large multimers (with or without J chains). Thus in addition to molecules similar to those described above (FIG. **26** right bottom, after elimination of the multimerisation sequences), one can also generate multimers simply by co-expressing IgM's with different specificities (FIG. **26** left bottom).

## Example 3

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of the leucine zipper motif of Fos is constructed using molecular biology techniques as described in Sambrook et al ((1989) Molecular Cloning—A Laboratory Manual, Cold Spring Harbor Laboratory Press).

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of 3,3'-diindolylmethane (DIM) is then fused to the complementary assembly domain using techniques known to those skilled in the art.

## Example 4

An expression vector encoding the heavy chain of the polypeptide complex of the present invention comprising; a soluble VHH binding domain which binds to AFP (Alpha-Fetoprotein) and an assembly domain consisting the leucine zipper motif of Jun, and antibody hinge, CH2 and CH3 domains is constructed using molecular biology techniques as described in Sambrook et al.

A second expression vector encoding the light chain of the polypeptide complex of the present invention is also constructed. This comprises a complementary assembly domain consisting of the leucine zipper motif of Fos.

The expression vectors are then transferred to a suitable host cell by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of 3,3'-diindolylmethane (DIM) is then fused to the complementary assembly domain using techniques known to those skilled in the art.

Example 5

VCAM and VLA-4

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting VCAM and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of VLA-4 fused to ricin A toxin is constructed using molecular biology techniques as described in Sambrook et al.

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

Example 6

An expression vector encoding a polypeptide complex comprising: a heavy chain including a binding domain which binds to PSCA (prostate stem cell antigen), an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains; and a light chain including a complementary assembly domain consisting of the leucine zipper motif of Fos and a soluble effector domain encoding purine nucleoside phosphorylase (PNP) is constructed using molecular biology techniques as described in Sambrook et al.

The expression vector is then transferred to a suitable host cell by conventional techniques to produce a transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

PNP converts fludarabine to the toxic metabolite 2-fluoroadenine which kills the cells that comprise the PNP enzyme and in addition diffuses to kill surrounding uninfected cells, a local bystander effect.

Example 7

An expression vector encoding a first heavy chain of the polypeptide complex of the present invention comprising; a soluble VHH binding domain which binds to V3-PND region of glycoprotein antigen gp120 and an assembly domain consisting the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains is constructed using molecular biology techniques as described in Sambrook et al.

A second expression vector encoding a second heavy chain of the polypeptide complex of the present invention is also constructed comprising: a soluble VHH binding domain which binds to GP-41, an assembly domain consisting of the leucine zipper motif of Jun and antibody hinge, CH2 and CH3 domains.

A third expression vector encoding the light chain of the polypeptide complex of the present invention is also constructed. This comprises a complementary assembly domain consisting of the leucine zipper motif of Fos.



The expression vectors are then transferred to a suitable host cell by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of HIV-1 MN V3 (PND) peptide immunogen is then fused to the complementary assembly domain using techniques known to those skilled in the art.

Example 8

An expression vector encoding a first heavy chain of the polypeptide complex of the present invention comprising: a soluble VHH binding domain which binds to V3-PND region of glycoprotein antigen constructed using molecular biology techniques as described in Sambrook et al ((1989) Molecular Cloning—A Laboratory Manual, Cold Spring Harbor Laboratory Press).

A second expression vector encoding a second heavy chain of the polypeptide complex of the present invention is also constructed comprising: a soluble VHH binding domain which binds to GP-41.

The two heavy chains are characterised in that the constant regions for the two heavy chains comprise identical μ, CH2, CH3 and CH4 domains.

The expression vectors are then transferred a host cell which constitutively expresses a J chain by conventional techniques to produce a co-transfected host cell for optimized expression of the vector. The transfected or transformed host cell is then cultured using any suitable technique known to these skilled in the art to produce the polypeptide complex of the invention.

Once produced, the polypeptide complexes are purified by standard procedures of the art, including cross-flow filtration, ammonium sulphate precipitation and affinity column chromatography (e.g., protein A).

The soluble effector domain consisting of HIV-1 MN V3 (PND) peptide immunogen is then fused to the complementary assembly domain using techniques known to those skilled in the art.

All publications mentioned in the above specification are herein incorporated by reference.

Various modifications and variations of the described methods and system of the present invention will be apparent to those skilled in the art without departing from the scope and spirit of the present invention. Although the present invention has been described in connection with specific preferred embodiments, it should be understood that the invention as claimed should not be unduly limited to such specific embodiments. Indeed, various modifications of the described modes for carrying out the invention which are obvious to those skilled in biochemistry, molecular biology and biotechnology or related fields are intended to be within the scope of the following claims.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 35

<210> SEQ ID NO 1
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 1

aatctgggca gcggccgcct cgacacaaca tttgcgctc 39

<210> SEQ ID NO 2
<211> LENGTH: 318
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 2

agactctcct gtgcagcctc tggaagcatc ttcagtatca atgccatggg ctggtaccgc 60

caggctccag ggaagcagcg cgagttggtc gcagctatta ctagtggtgg tagcacaagg 120

tatgcagact ccgtgaaggg ccgattcacc atctccagag acaacgccaa gaacacggtg 180

tatctgcaaa tgaacagcct gaaacctgag gacacggccg tctattactg tttgatctct 240

atggttcggg gagcccgttt tgactactgg ggccagggaa ccctggtcac cgtctcctca 300

gagctcaaaa ccccactt 318

<210> SEQ ID NO 3
<211> LENGTH: 106
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 3

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1 5 10 15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
20 25 30

Ile Thr Ser Gly Gly Ser Thr Arg Tyr Ala Asp Ser Val Lys Gly Arg
35 40 45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
50 55 60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Leu Ile Ser
65 70 75 80

Met Val Arg Gly Ala Arg Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val
85 90 95

Thr Val Ser Ser Glu Leu Lys Thr Pro Leu
100 105

<210> SEQ ID NO 4
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 4

ctggaattct caaccatgga gctggggctg agc 33

<210> SEQ ID NO 5
<211> LENGTH: 30
<212> TYPE: DNA

<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 5

gacaagcttt acccggagac agggagaggc 30

<210> SEQ ID NO 6
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 6

gacaagcttt acccggagac agggagaggc 30

<210> SEQ ID NO 7
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 7

gtcctcgagg cccaggtcca actgcaggag tctg 34

<210> SEQ ID NO 8
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PCR primer

<400> SEQUENCE: 8

gtcgaattct cattccgagg agacggtgac ctgggtc 37

<210> SEQ ID NO 9
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 9

gagcgcaaat gttgtgtcga gtgcccaccg tgccca 36

<210> SEQ ID NO 10
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 10

agcttctgag cgcaaaccac cagtcgagcc accaccgcca ccac 44

<210> SEQ ID NO 11
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 11

tcgagtggtg gcggtggtgg ctcgactggt ggtttgcgct caga 44

<210> SEQ ID NO 12
<211> LENGTH: 404
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

-continued

<400> SEQUENCE: 12

```
gacacggccg tgtagtatct gtaaggcaga tggggtagta ctatggttcg gggagtccac     60

cactgcggct agaggggcca gggaacactg gtcgcggtgt catcagcctc caccaagggc    120

ccatcggtct tccccctggc gccctgctcc aggagcacct ccgagagcac agcggccctg    180

ggctgcctgg tcaaggacta cttccccgaa ccggtgacgg tgtcgtggaa ctcaggcgct    240

ctgaccagcg gcgtgcacac cttcccagct gtcctacagt cctcaggact ctactccctc    300

agcagcgtgg tgaccgtgcc ctccagcaac ttcggcaccc agacctacac ctgcaacgta    360

gatcacaagc ccagcaacac caagagcgca aatgttgtgt cgag                     404
```

<210> SEQ ID NO 13
<211> LENGTH: 352
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 13

```
gacattccca cttcgatctc tggggccgtg gcaccctggt cactgtctcc tcagcctcca     60

ccaagggccc atcggtcttc cccctggcgc cctgctccag gagcacctcc gagagcacag    120

cggccctggg ctgcctggtc aaggactact tccccgaacc ggtgacggtg tcgtggaact    180

caggcgctct gaccagcggc gtgcacacct tcccagctgt cctacagtcc tcaggactct    240

actccctcag cagcgtggtg accgtgccct ccagcaactt cggcacccag acctacacct    300

gcaacgtaga tcacaagccc agcaacacca agagcgcaaa tgttgtgtcg ag            352
```

<210> SEQ ID NO 14
<211> LENGTH: 394
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 14

```
gacacggccg tctattactg taatgccact acgatatttt gactggttat tatagacgct     60

actggggcca gggaaccctg gtcaccgtct cctcagcctc cgccaagggc ccatcggtct    120

tccccctggc gccctgctcc aggagcacct ccgagagcac agcggccctg ggctgcctgg    180

tcaaggacta cttccccgaa ccggtgacgg tgtcgtggaa ctcaggcgct ctgaccagcg    240

gcgtgcacac cttcccagct gtcctacagt cctcaggact ctactccctc agcagcgtgg    300

tgaccgtgcc ctccagcaac ttcggcaccc agacctacac ctgcaacgta gatcacaagc    360

ccagcaacac caagagcgca aatgttgtgt cgag                                394
```

<210> SEQ ID NO 15
<211> LENGTH: 380
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 15

```
gacacggccg tccaatcgga tacagctatg gttacgtact ttgactactg gggccaggga     60

accctggtca ccgtctcctc agcctccacc aagggcccat cggtcttccc cctggcgccc    120

tgctccagga gcacctccga gagcacagcg gccctgggct gcctggtcaa ggactacttc    180

cccgaaccgg tgacggtgtc gtggaactca ggcgctctga ccagcggcgt gcacaccttc    240

ccagctgtcc tacagtcctc aggactctac tccctcagca gcgtggtgac cgtgccctcc    300

agcaacttcg gcacccagac ctacacctgc aacgtagatc acaagcccag caacaccaag    360
```

-continued

```
agcgcaaatg ttgtgtcgag                                                380

<210> SEQ ID NO 16
<211> LENGTH: 417
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 16

gacacggccg tctattactg taatgcagat gtattactat ggttcgggga gcctatagcc     60

ttactactac tacggtatgg acgtctgggg ccaagggacc acggtcaccg tctcctcagc    120

ctccaccaag ggcccatcgg tcttccccct ggcgccctgc tccaggagca cctccgagag    180

cacagcggcc ctgggctgcc tggtcaagga ctacttcccc gaaccggtga cggtgtcgtg    240

gaactcaggc gctctgacca gcggcgtgca caccttccca gctgtcctac agtcctcagg    300

actctactcc ctcagcagcg tggtgaccgt gccctccagc aacttcggca cccagaccta    360

cacctgcaac gtagatcaca agcccagcaa caccaagagc gcaaatgttg tgtcgag       417


<210> SEQ ID NO 17
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 17

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Lys
65                  70                  75                  80

Gly Pro Ile Thr His Val Arg Gly Val His Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 18
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 18

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Lys
65                  70                  75                  80

Thr Pro Ile Thr His Ile Arg Gly Val His His Trp Gly Gln Gly Thr
                85                  90                  95
```

-continued

```
Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 19
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 19

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Arg
65                  70                  75                  80

Thr Pro Ile Thr Val Val Arg Gly Val His Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 20
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 20

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Lys Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Ser Ala Val Tyr Tyr Cys Asn Arg Thr
65                  70                  75                  80

Gly Pro Ile Thr His Val Arg Gly Val Asp Tyr Trp Gly Arg Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 21
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 21

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn His Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
```

-continued

```
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Glu
65                  70                  75                  80

Ser Pro Ile Thr Lys Val Arg Gly Val Ser Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 22
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 22

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 23
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 23

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 24
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 24

Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Val Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Ala Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 25
<211> LENGTH: 59
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 25
```

-continued

```
Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Leu Asp Tyr Tyr Ala Ile
1               5                   10                  15

Gly Trp Phe Arg Gln Ala Glu Gly Lys Glu Arg Glu Gly Val Ser Cys
            20                  25                  30

Ile Ser Ser Ser Asp Gly Ser Thr Tyr Tyr Gly Asp Ser Val Lys Gly
        35                  40                  45

Arg Phe Thr Ile Ser Arg Asp Lys Ala Lys Asn
    50                  55


<210> SEQ ID NO 26
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 26

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 27
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 27

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Lys Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 28
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 28

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Val Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Pro Pro Gly Lys Gln Arg Glu Leu Val Ala Gly
            20                  25                  30

Val Thr Ser Gly Gly Ser Thr Ser Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55


<210> SEQ ID NO 29
<211> LENGTH: 58
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 29
```

-continued

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Pro
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
    50                  55
```

<210> SEQ ID NO 30
<211> LENGTH: 78
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 30

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn
65                  70                  75
```

<210> SEQ ID NO 31
<211> LENGTH: 105
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 31

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Glu
65                  70                  75                  80

Arg Ala Gly Asp Pro Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val Thr
                85                  90                  95

Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105
```

<210> SEQ ID NO 32
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 32

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30
```

-continued

```
Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Gly Val Leu
65                  70                  75                  80

Trp Phe Gly Glu Leu Ser Asp Trp Phe Asp Tyr Trp Gly Gln Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 33
<211> LENGTH: 108
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 33

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Asp
65                  70                  75                  80

Cys Trp Gly Ser Arg Trp Tyr Phe Asp His Tyr Trp Gly Arg Gly Thr
                85                  90                  95

Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105


<210> SEQ ID NO 34
<211> LENGTH: 111
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 34

Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ile Asn Ala Met
1               5                   10                  15

Gly Trp Tyr Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val Tyr Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Asp
65                  70                  75                  80

Thr Ser Pro Pro Arg Tyr Phe Asp Trp Leu Pro Phe Asp Tyr Trp Gly
                85                  90                  95

Gln Gly Thr Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105                 110


<210> SEQ ID NO 35
<211> LENGTH: 112
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens
```

-continued

<400> SEQUENCE: 35

```
Arg Leu Ser Cys Ala Ala Ser Gly Ser Ile Phe Ser Ser Asn Ala Met
1               5                   10                  15

Gly Trp Ser Arg Gln Ala Pro Gly Lys Gln Arg Glu Leu Val Ala Ala
            20                  25                  30

Ile Thr Ser Gly Gly Ser Thr Asn Tyr Ala Asp Ser Val Lys Gly Arg
        35                  40                  45

Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Thr Val His Leu Gln Met
    50                  55                  60

Asn Ser Leu Lys Pro Glu Asp Thr Ala Val Tyr Tyr Cys Asn Ala Gly
65                  70                  75                  80

Asn Thr Met Val Arg Gly Val Ile Ile Lys Tyr Arg Phe Asp Tyr Trp
                85                  90                  95

Gly Gln Gly Thr Leu Val Thr Val Ser Ser Glu Arg Lys Cys Cys Val
            100                 105                 110
```

What is claimed is:

**1**. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous $V_H$ heavy chain locus with an antigen wherein:
  (i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising at least one constant region gene that does not encode a functional $C_H1$ domain;
  (ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;
  (iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

**2**. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:
  (i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;
  (ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;
  (iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

* * * * *

# EXHIBIT 4

US010993420B2

(12) **United States Patent**
**Grosveld et al.**

(10) **Patent No.: US 10,993,420 B2**
(45) **Date of Patent: May 4, 2021**

(54) **PRODUCTION OF HEAVY CHAIN ONLY ANTIBODIES IN TRANSGENIC MAMMALS**

(71) Applicant: **ERASMUS UNIVERSITY MEDICAL CENTER**, Rotterdam (NL)

(72) Inventors: **Franklin Gerardus Grosveld**, Rotterdam (NL); **Richard Wilhelm Janssens**, Rotterdam (NL)

(73) Assignee: **ERASMUS UNIVERSITY MEDICAL CENTER**, Rotterdam (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 313 days.

(21) Appl. No.: **14/211,243**

(22) Filed: **Mar. 14, 2014**

(65) **Prior Publication Data**

US 2014/0356908 A1 Dec. 4, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/852,343, filed on Mar. 15, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| ***A01K 67/027*** | (2006.01) |
| ***C12N 15/85*** | (2006.01) |
| ***C07K 16/06*** | (2006.01) |
| ***C07K 16/18*** | (2006.01) |
| ***C07K 16/00*** | (2006.01) |
| *C12P 21/00* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... ***A01K 67/0278*** (2013.01); ***C07K 16/00*** (2013.01); ***C07K 16/06*** (2013.01); ***C07K 16/18*** (2013.01); ***C12N 15/8509*** (2013.01); *A01K 2207/15* (2013.01); *A01K 2217/052* (2013.01); *A01K 2217/072* (2013.01); *A01K 2217/075* (2013.01); *A01K 2217/15* (2013.01); *A01K 2227/105* (2013.01); *A01K 2267/01* (2013.01); *C07K 2317/569* (2013.01); *C07K 2317/60* (2013.01); *C07K 2317/92* (2013.01); *C12N 2015/8518* (2013.01); *C12N 2830/46* (2013.01); *C12P 21/005* (2013.01)

(58) **Field of Classification Search**

CPC . A01K 67/0278; A01K 2217/15; C07K 16/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,487,890 | A | 1/1996 | Taylor | |
| 5,591,669 | A | 1/1997 | Krimpenfort | |
| 5,843,440 | A | 12/1998 | Pouletty | |
| 5,877,397 | A | 3/1999 | Lonberg | |
| 6,150,584 | A | 11/2000 | Kucherlapati | |
| 6,162,963 | A | 12/2000 | Kucherlapati | |
| 7,534,604 | B2 | 5/2009 | Fandl | |
| 7,731,969 | B1 | 6/2010 | Tucker | |
| 7,785,903 | B2 | 8/2010 | Bond | |
| 8,754,287 | B2 * | 6/2014 | MacDonald | A01K 67/0275 800/18 |
| 8,883,150 | B2 | 11/2014 | Craig | |
| 8,921,522 | B2 | 12/2014 | Grosveld | |
| 8,921,524 | B2 | 12/2014 | Grosveld | |
| 9,346,877 | B2 | 5/2016 | Grosveld | |
| 9,353,179 | B2 | 5/2016 | Grosveld | |
| 2003/0022240 | A1 | 1/2003 | Luo | |
| 2003/0058074 | A1 | 3/2003 | Valle | |
| 2003/0070185 | A1 | 4/2003 | Jakobovits | |
| 2003/0091561 | A1 | 5/2003 | vandeWinkel | |
| 2003/0166877 | A1 | 9/2003 | Gillies | |
| 2006/0026703 | A1 | 2/2006 | Lonberg | |
| 2006/0246477 | A1 | 11/2006 | Hermans | |
| 2007/0292936 | A1 | 12/2007 | Barthelemy | |
| 2009/0271880 | A1 | 10/2009 | Grosveld | |
| 2009/0307787 | A1 | 12/2009 | Grosveld | |
| 2010/0197897 | A1 | 8/2010 | Grosveld | |
| 2010/0216974 | A1 | 8/2010 | Grosveld | |
| 2011/0145937 | A1 † | 6/2011 | MacDonald | |
| 2012/0151610 | A1 | 6/2012 | Craig | |
| 2013/0046079 | A1 * | 2/2013 | Bruggemann | A01K 67/0276 530/387.3 |
| 2013/0323235 | A1 | 12/2013 | Craig | |
| 2013/0344057 | A1 | 12/2013 | Grosveld | |
| 2013/0345405 | A1 | 12/2013 | Grosveld | |
| 2015/0113668 | A1 * | 4/2015 | Bruggemann | A01K 67/0278 800/4 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0143151 | A2 | 6/1985 |
| EP | 0368684 | B1 | 5/1990 |
| EP | 0368684 | B2 | 3/1994 |
| EP | 0463151 | B1 | 6/1996 |
| EP | 0436597 | B1 | 4/1997 |

(Continued)

OTHER PUBLICATIONS

Raina et al. Gene 554:96-100, 2015.*
Naito et al. J of Reproduction and Fertility 113:137-134, 1998.*
Liable et al. Biotechnology Journal 10:109-120, 2015.*
Carlson et al. PNAS 109(43):17382-17387, Oct. 2012.*
Lilico et al. Scientific Reports 3:Article No. 2847. Dio:10.1038/srep02847. pp. 1-4, Oct. 10, 2013.*
Gaj et al. Trends in Technology 31(7):397-405, Jul. 2013.*
Tong et al. Journal of Genetics and Genomics 39:275-280, 2012.*
Ji et al. Transgenic Research 24:227-235, 2015.*
Crescentod Claims Triple Knockout Mice Have No IgH, Kappa Light Chain or Lamda Light Cains, genengnews.com/topics/drug-discovery, dated Sep. 2010. printed Feb. 4, 2010, pp. 1-2. (Year: 2010).*

(Continued)

*Primary Examiner* — Marcia S Noble
(74) *Attorney, Agent, or Firm* — Saul Ewing Arnstein & Lehr LLP; Doreen Y. Trujillo

(57) **ABSTRACT**

A transgenic non-human mammal containing a heterologous heavy chain gene locus that is capable of producing soluble heavy chain only antibodies and antigen-binding fragments thereof following immunization.

**18 Claims, 87 Drawing Sheets**
**(53 of 87 Drawing Sheet(s) Filed in Color)**
**Specification includes a Sequence Listing.**

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0623679 | B1 | 6/2003 | |
| EP | 1399559 | B1 | 3/2004 | |
| GB | 1 956 092 | A1 * | 9/2008 | ............ C12N 15/13 |
| RU | 2335507 | C2 | 10/2008 | |
| WO | 9404678 | | 3/1994 | |
| WO | 9946300 | | 9/1999 | |
| WO | 0212437 | A2 | 2/2002 | |
| WO | 02/066630 | A1 † | 8/2002 | |
| WO | 0285944 | A2 | 10/2002 | |
| WO | 02085945 | A2 | 10/2002 | |
| WO | 02100348 | A2 | 12/2002 | |
| WO | 03000737 | A2 | 1/2003 | |
| WO | 03002609 | A2 | 1/2003 | |
| WO | 03035694 | A2 | 5/2003 | |
| WO | 2004003019 | A2 | 1/2004 | |
| WO | 2004049794 | A2 | 6/2004 | |
| WO | 2004058820 | A2 | 7/2004 | |
| WO | 2004076677 | A2 | 9/2004 | |
| WO | 2006008548 | A2 | 1/2006 | |
| WO | 2006047367 | | 5/2006 | |
| WO | 2006122825 | A2 | 11/2006 | |
| WO | 2007/096779 | A2 † | 8/2007 | |
| WO | 2008035216 | A2 | 3/2008 | |
| WO | 2008151081 | A1 | 12/2008 | |
| WO | 2009/013620 | A2 † | 1/2009 | |
| WO | 2010/109165 | A2 † | 9/2010 | |
| WO | 2011072204 | A1 | 6/2011 | |
| WO | 2012122512 | A1 | 9/2012 | |
| WO | 2012141798 | A1 | 10/2012 | |
| WO | 2013171505 | | 11/2013 | |

OTHER PUBLICATIONS

Matheson et al. International Immunology 21 (8):957-966, 2009 (Year: 2009).*
Lonberg. Current Opinions in Immunology 20:450-459, 2009 (Year: 2009).*
'Shin-Seikagaku Jikken Kouza 12, Bunshi-Men'ekigaku III-Kougen, Koutai, Hotai-' (New Biochemical Experimental Seminar 12, Molecular Immnology III-antigen, antibody, and complement-) 1992, K.K. Tokyo Kagaku Dojin, pp. 1-11, English Translation Excerpts.
Anderson, S.M. et al., 'New markers for murine memory B cells that define mutated and unmutated subsets,' J. Exp. Med., vol. 204, No. 9, pp. 2103-2114, 2007.
Babcock, John S. et al., A novel strategy for generating monoclonal antibodies from single, isolated lymphocytes producing antibodies of defined specificities (PCR/antibody-forming cells/VH and VL genes/immunoglobulin/plaque assays), Proceedings of the National Academy of Science, Jul. 1996, pp. 7843-7848, vol. 93, Immunology, USA.
Barthelemy, Pierre A. et al., Comprehensive Analysis of the Factors Contributing to the Stability and Solubility of Autonomous Human VH Domains, The Journal of Biological Chemistry, Feb. 8, 2008, pp. 3639-3654, vol. 283, No. 6, Printed in the U.S.A.
Bernasconi, N.L., et al., 'Maintenance of Serological Memory by Polyclonal Activation of Human Memory B Cells', Science, vol. 298, No. 5601, pp. 2199-2202, 2002.
Biburger, M., et al., 'A Novel Bispecific Tetravalent Antibody Fusion Protein to Target Costimulatory Activity for T-cell Activation to Tumor Cells Overexpressing ErbB2/HER2', J. Mol. Biol., vol. 346, pp. 1299-1311, 2005.
Boder, E.T., et al., 'Yeast surface display for screening combinatorial polypeptide libraries', Nat. Biotechnol., vol. 15, No. 6, pp. 553-557, 1997.
Boersma, W.J.A., et al., 'Summary of workshop findings for porcine B-cell markers', Veterinary Immunology and Immunopathology, vol. 80, Nos. 1-2, pp. 63-78, 2001.
Boland, MJ et al., "Adult mice generated from induced pluripotent stem cells," Nature, Sep. 3, 2009, 461(7260), pp. 91-94.
Bond, C.J., et al., 'Contributions of CDR3 to VHH domain stability and the design of monobody scaffolds for naive antibody libraries', J. Mol. Biol., vol. 332, No. 3, pp. 643-655, 2003.
Bond, Christopher J. et al., A Structure-Based Database of Antibody Variable Domain Diversity, Journal of Molecular Biology, 2005, pp. 699-709, vol. 348, Elsevier, Ltd.
Brandt, C.R., et al., Loss of a Consensus Splice Signal in a Mutant Immunoglobulin Gene Eliminates the CH.sub.1 Domain Exon from the mRNA, Molecular and Cellular Biology, vol. 4, No. 7, pp. 1270-1277, 1984.
Brophy, B., et al., 'Cloned transgenic cattle produce milk with higher levels of .beta.-casein and .kappa.-casein', Nature Biotechnology, vol. 21, pp. 157-162, 2003.
Brorson, K. et al., 'Mutational Analysis of Avidity and Fine Specificity of Anti-Levan Antibodies,' J. Immunol., vol. 163, pp. 6694-6701 (1999).
Bruggemann, M., et al., 'A repertoire of monoclonal antibodies with human heavy chains from transgenic mice', Proc. Natl. Acad. Sci. USA, vol. 86, pp. 6709-6713, 1989.
Bruggemann, M., et al., 'Heavy-chain-only antibody expression and B-cell development in the mouse', Critical Reviews in Immunology, vol. 26, No. 5, pp. 377-390, 2006.
Bruggemann, M., et al., 'Strategies for expressing human antibody repertoires in transgenic mice', Immunology Today, vol. 17, No. 8, pp. 391-397, 1996.
Bruggemann, Marianne, Human Antibody Expression in Transgenic Mice, Archivum Immunologiac et Therapiac Expermentalis, 2001, pp. 203-208, PL ISSN 0004-069X.
Brummell, D.A. et al., "Probing the Combining site of an anti-carbohydrate antibody by saturation-mutagenesis: role of the heavy-chain CDR3 residues," Biochemistry, vol. 32, pp. 1180-1187 (1993).
Burks, E. et al., 'In vitro scanning saturation mutagenesis of an antibody binding pocket,' PNAS, vol. 94, pp. 412-417 (1997).
Cai, Xiaohong et al., A melanoma-specific VH antibdy cloned from a fusion phage library of a vaccinated melanoma patient, Proceedings of the National Academy of Science, Jun. 1996, pp. 6280-6285, vol. 93, Medical Sciences.
Cai, Xiaohong et al., Comparison of fusion phage libraries displaying VH or single-chain Fv antibody fragments derived from the antibody repertoire of a vaccinated melanoma patient as a source of melanoma-specific targeting molecules, Proceedings of the National Academy of Sciences, Aug. 1997, Immunology, pp. 9261-9266, vol. 94, The National Academy of Sciences 0027-8424/97/949261-6.
Carter, B., et al., 'Bispecific human IgG by design,' Journal of Immunological Methods, vol. 248, Nos. 1-2, pp. 7-15, 2001.
Clark, Dr. Michael Ronald FSB, Curriculum Vitae, Nov. 18, 2014, pp. 1-21.
Clark, Mike, Statement, May 18, 2015, pp. 1-9, Document ID No. 5556275-1-BFLECK.
Colbere-Garapin, F., et al., 'A new dominant hybrid selective marker for higher eukaryotic cells', J. Mol. Biol., vol. 150, pp. 1-14, 1981.
Colman, P.M. et al., "Effects of amino acid sequence changes on antibody-antigen interactions," Research in Immunol., vol. 145, pp. 33-36 (1994).
Corcoran, Anne, Curriculum Vitae, pp. 1-3.
Corcoran, Anne, Statement, May 15, 2015, pp. 1-10.
Corcos, Daniel, Curriculum Vitae, pp. 1-5.
Corcos, Daniel, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologies Limited, May 20, 2015, pp. 1-13.
Coronella, J. A. et al., Amplification of IgG VH and VL (Fab) from single human plasma cells and B cells, Nucleic Acids Research, 2000, pp. 1-7, vol. 28, No. 20 e85, Oxford University Press.
Crescendo Biologics, "Crescendo Biologies Announces the Crescendo Mouse," 2013, retrieved from the Internet, URL: http://www.crescendobiologics.com/dev/uploads/Downloads/160113 Crescendo Mouse Press Release, pdf, retrieved on Jul. 30, 2014.
Crotty, S., et al., 'Cutting Edge: Long-Term B Cell Memory in Humans after Smallpox Vaccination', J. Immunology, vol. 171, pp. 4969-4973, 2003.

(56) **References Cited**

OTHER PUBLICATIONS

Damak, S., et al., 'Improved Wool Production in Transgenic Sheep Expressing Insulin-like Growth Factor 1', Bio/technology, vol. 14, pp. 185-188, 1996.
Davies, J., 'Single antibody domains as small recognition units: design and in vitro antigen selection of camelized, human VH domains with improved protein stability', Protein Engineering, vol. 9, No. 6, pp. 531-537, 1996.
Davies, Julian et al., 'Camelising' human antibody fragments: NMR studies on VH domains, FEBS Letters, 1994, pp. 285-290, vol. 339, FEBS 13683, Elsevier, Federation of European Biochemical Societies.
Davies Julian et al., Antibody VH Domains as Small Recognition Units, BioTechnology, May 13, 1995, vol. 13, pp. 475-479, Nature Publishing Group.
De Bruijn, Marella, et al., "Distinct mouse bone marrow macrophage precursors identified by differential expression of ER-MP12 and ER-MP20 antigens," Eur. J. Immunol., 1994, vol. 24, pp. 2279-2284.
De Genst, et al., 'Strong in Vivo Maturation Compensates for Structurally Restricted H3 Loops in Antibody Repertoires', J. Biol. Chem., vol. 280, No. 14, pp. 14114-14121, 2005.
Decanniere, Klaas et al., A single-domain antibody fragment in complex with Rnase A: non-canonical loop structures and nanomolar affinity using two CDR loops, Structure, Apr. 1999, pp. 361-370, vol. 7, No. 4, Elsevier Science Ltd. ISSN 0969-2126.
Decision of Grant by Russian Patent Office dated May 21, 2014, regarding Russian Patent Application No. 2011/142759, filed on Mar. 19, 2010.
Dekker, et al., 'Intracellularly Expressed Single-Domain Antibody against p15 Matrix Protein Prevents the Production of Porcine Retroviruses', J Virol., vol. 77, No. 22, pp. 12132-12139, 2003.
Denham, S., et al., 'Monoclonal antibodies putatively identifying porcine B cells', Veterinary Immunology and Immunopathology, vol. 60, Nos. 3-4, pp. 317-328, 1998.
Desmyter, A., et al., 'Crystal structure of a camel single-domain V.sub.H antibody fragment in complex with lysozyme', Nature Structural Biology, vol. 3, No. 9, pp. 803-811, 1996.
Dolk, E., et al., 'Isolation of Llama Antibody Fragments for Prevention of Dandruff by Phage Display in Shampoo', Applied Environmental Microbiology, vol. 71, No. 1, pp. 442-450, 2005.
Dumoulin, M., et al., Single-domain antibody fragments with high conformational stability:, Protein Science, vol. 11, No. 3, pp. 500-515, 2002.
Echelard, Y., 'Year of the ox', Nature Biotechnology, vol. 27, No. 2, pp. 146-147, 2009.
Ehlich, Andreas et al., Immunoglobulin Heavy and Light Chain Genes Rearrange Independently at Early Stages of B Cell Development, Cell, Mar. 12, 1993, pp. 695-704, vol. 72, Cell Press.
Ellyard, J.I., et al., 'Antigen-selected, immunoglobulin-secreting cells persist in human spleen and bone marrow', Blood, vol. 103, No. 10, pp. 3805-3812, 2004.
EP Communication dated Feb. 27, 2014 regarding European Patent Application No. 10179784.3.
Ewert, S., et al., 'Biophysical Properties of Camelid VHH Domains Compared to Those of Human VH3 Domains', Biochemistry, vol. 41, No. 11, pp. 3628-3636, 2002.
Fahrner, R.L., et al., Industrial purification of pharmaceutical anitbodies: development, operation, and validation of chromatography processes:, Biotechnol. Gen. Eng. Rev., vol. 18, pp. 301-327, 2001.
Ferguson, P.J., et al., 'Antigen-Based Heteropolymers', Arthritis and Rheumatism, vol. 38, pp. 190-200, 1995.
Galler, Gunther R. et al., Surface u Heavy Chain Signals Down-Regulation of the V (D)J-Recombinase Machinery in the Absence of Surrogate Light Chain Components, The Journal of Experimental Medicine, Jun. 7, 2004, pp. 1523-1532, vol. 199, No. 11, The Rockefeller Univerity Press.
Geraldes, P., et al., 'Ig heavy chain promotes mature B cell survival in the absence of light chain', Journal of Immunology, vol. 179, No. 3, pp. 1659-1668, 2007.
Geraldes, P. et al., "Immunoglobulin heavy chain and the life of memory B cells," FASEB Journal, vol. 19, No. 4, Suppl. S. Part 1., pp. A21-A22, 2005.
Ghahroudi, M. Arbabi et al., Selection and identification of single domain antibody fragments from camel heavy-chain antibodies, FEBS Letters, FEBS 19210, 1997, pp. 521-526, vol. 414, Federation of European Biochemical Societies.
Glennie, M.J., et al., 'Renaissance of cancer therapeutic antibodies', Drug Discovery Today, vol. 8, pp. 503-510, 2003.
Green, L. L. et al., Antigen-specific human monoclonal antibodies from mice engineered with human Ig heavy and light chain YACs, Nature Genetics, May 1994, pp. 13-21, vol. 7, Nature Publishing Group.
Green, Larry L., Antibody engineering via genetic engineering of the mouse: XenoMouse strains are a vehicle for the facile generation of therapeutic human monoclonal antibodies, Journal of Immunological Methods, 1999, pp. 11-23, vol. 231, Elsevier Science B.V.
Hamers-Casterman, C., et al., 'Naturally occurring antibodies devoid of light chains', Nature, vol. 363, No. 6428, pp. 446-448, 1993.
Hammer, R.E., et al., 'Spontaneous Inflammatory Disease in Transgenic Rats Expressing HLA-B27 and Human Beta2m: an Animal Model of HLA-B27-Associated Human Disorders', Cell, vol. 63, pp. 1099-1112, 1990.
Harmsen, Michiel M. et al., Llama heavy-chain V regions consist of at least four distinct subfamilies revealing novel sequence features, Molecular Immunology, 2000, pp. 579-590, vol. 37, Pergamon, Elsevier.
Hartman, S.C., et al., 'Two dominant-acting selectable markers for gene transfer studies in mammalian cells', Proc. Natl. Acad. Sci. USA, vol. 85, No. 21, pp. 8047-8051, 1988.
Hasan, Milena et al., Incomplete block of B cell development and immunoglobulin production in mice carrying the uMT mutation on the BALB/c background, European Journal of Immunology, 2002, pp. 2463-3471, vol. 32, Wiley-Vch Verlag GmbH & Co., Weinheim.
Heinrich, G., et al., Characterization of a human T cell specific chimeric antibody (CD7) with human constant and mouse variable regions, J. Immunol.,, vol. 143, No. 11, pp. 3589-3597, 1989.
Hendershot, Linda et al., Assembly and Secretion of Heavy Chains that Do Not Associate Posttranslationally with Immunoglobulin Heavy Chain-binding Protein, The Journal of Cell Biology, Mar. 1987, pp. 761-767, vol. 104, The Rockefeller University Press.
Holliger, P., et al., 'Diabodies': Small bivalent and bispecific antibody fragments', Proc. Natl. Acad. Sci. USA, vol. 90, pp. 6444-6448, Jul. 1993.
Holt, L.J. et al., "Domain Antibodies: Proteins for Therapy," Trends in Biotechnology, vol. 21, No. 11, pp. 484-490, 2003.
Hudson, P.J., 'Recombinant antibody constructs in cancer therapy', Curr. Opin. Immunol., vol. 11, pp. 548-557, 1999.
Imam, A.M.A. et al., 'Modification of human p-globin locus PAC clones by homologous recombination in *Escherichia coli*,' Nucleic Acids Research, vol. 18, No. 12, pp. e65 i-vi, 2000.
Inquiry by Japanese Patent Office dated Jun. 24, 2014, regarding Russian Patent Application No. 2011/166561, filed on Jul. 29, 2011.
International Search Report and Written Opinion dated Jul. 15, 2014 for International Application No. PCT/IB2014/059824.
International Search Report based on International Application No. PCT/GB2010/000500 dated Dec. 21, 2010.
International Search Report based on PCT/GB2005/002892 dated Apr. 7, 2006.
Ja'Kemp, Third Party Observation Filed with the European Patent Office, Jul. 1, 2015, pp. 1-7.
Ja'Kemp, Third Party Observations, The European Patent Office, Munich, Germany, Jul. 1, 2015, pp. 1-5.
Janeway, C.A. et al., 'The Development of B Lymphocytes,' Immunobiology, 3rd Edition, Garland Publishing Inc., pp. 5:1-5:33 and 8:1-8:17, 1997.
Janeway-Travers, Immunobiology The Immune System in Health and Disease, 1st Edition, 1994, 11 pp., (selected excerpts).
Jang, Y.J. et al., 'The structural basis for DNA binding by an anti-DNA autoantibody,' Molec. Immunol., vol. 35, pp. 1207-1217 (1997).

(56) **References Cited**

OTHER PUBLICATIONS


Janssens, R., et al., 'Generation of heavy-chain-only antibodies in mice', Proc. Natl. Acad. Sci. USA, vol. 103, No. 41, pp. 15130-15135, 2006.
Japanese Patent Office Inquiry dispatched on Mar. 11, 2014.
Japanese Patent Office Inquiry dispatched on Mar. 11, 2014. English translation.
Jaton, J.C., et al., 'Recovery of Antibody Activity upon Reoxidation of Completely Reduced Polyalanyl Heavy Chain and Its Fd Fragment Derived from Anti-2,4-dinitrophenyl Antibody', Biochemistry, vol. 7, No. 12, pp. 4185-4195, Dec. 1968.
Jendreyko, N. et al., 'Intradiabodies, Bispecific, Tetravalent Antibodies for the Simultaneous Functional Knockout of Two Cell Surface Receptors,' J. Biol. Chem., vol. 278, pp. 47812-47819 (2003).
Jespers, et al., 'Crystal structure of HEL4, a soluble, refoldable human V(H) single domain with a germ-line scaffold', J. Mol. Biol., vol. 337, No. 4, pp. 893-903, 2004.
Kandavelou, K., et al., 'Targeted manipulation of mammalian genomes using designed zinc finger nucleases', Biochem. Biophys. Res. Commun., vol. 388, No. 1, pp. 56-61, 2009.
Kellerman, S., 'Antibody discovery: the use of transgenic mice to generate human monoclonal antibodies for therapeutics', Current Opinion in Biotechnology, vol. 13, pp. 593-597, 2002.
Kim, C.W., et al., 'Members of the syndecan family of heparan sulfate proteoglycans are expressed in distinct cell-, tissue-, and development-specific patterns', Mol. Biol. Cell., vol. 5, No. 7, pp. 797-805, 1994.
Kitamura, Daisuke et al., A B cell-deficient mouse by targeted disruption of the membrane exon of the immunoglobulin u chain gene, Nature, Apr. 4, 1991, pp. 423-426, vol. 350, Nature Publishing Group.
Kitamura, Daisuke et al., Targeted disruption of u chain membrane exon causes loss of heavy-chain allelic exclusion, Nature, Mar. 12, 1992, pp. 154-156, vol. 356, Nature Publishing Group.
Klein, U., et al., Human immunoglobulin (Ig)M+IgD+ peripheral blood B-cells expressing the CD27 cell surface antigen carry somatically mutated variable region genes: CD27 as a general markerfor somatically mutated (memory) B Cells, J. Exp. Med., vol. 188, No. 9, pp. 1679-1689, 1998.
Kobayashi, H. et al., 'Tryptophan H33 plays an important role in pyrimidine (6-4) pyrimidine photoproduct binding by a high-affinity antibody,' Protein Engineering, vol. 12, pp. 879-844 (1999).
Kobayashi et al. (Protein Engineering 12:879-844 (1999)).
Kokubu, F., et al., 'Diverse Organization of Immunoglobulin VH-Gene Loci in a Primitive Vertebrate', EMBO J., vol. 7, No. 11, pp. 3413-3422, 1988.
Kriangkum, J. et al., 'Bispecific and bifunctional single chain recombinant antibodies,' Biomolecular Engineering, vol. 18, pp. 31-40 (2001).
Kumar, Ramest, "Recombinant Hemoglobins as Blood Substitutes: A Biotechnology Perspective" P.S.E.B.M. 1995, vol. 208, pp. 150-158.
Kumar, S. et al., 'Molecular Cloning and Expression of the Fabs of Human Autoantibodies in *Escherichia coli*,' J. Biol. Chem., vol. 275, pp. 35139-35136 (2000).
Kuroiwa, Y., et al., 'Cloned transchromosomic calves producing human immunoglobulin', Nature Biotechnology, vol. 20, No. 9, pp. 889-894, 2002.
Laventie, BJ "Heavy chain-only antibodies and tetravalent bispecific antibody neutralizing *Staphyloccus aureus* leukotoxins," Sep. 27, 2011, vol. 108, No. 39, pp. 16404-16409.
Leenan, P.J., et al., "Heterogeneity of Mouse Spleen Dendritic Cells: In Vivo Phagocytic Activity, Expression of Macrophage Markers, and Subpopulation Turnover", The Journal of Immunology, vol. 160, pp. 2166-2173, 1998.
Lefranc et al., 'IMGT, the international ImMunoGeneTics database,' Nucleic Acids Research, vol. 27, No. 1, pp. 209-212(1999).
Leher, et al., Monoclonal IgA antibodies protect against Acanthamoeba keratitis, Exp. Eye. Res., vol. 69, No. 1, pp. 75-84, 1999.
Lonberg, N., 'Human antibodies from transgenic animals', Nature Biotechnology, vol. 23, No. 9, pp. 1117-1125, 2005.
Lonberg, Nils et al., Antigen-specific human antibodies from mice comprising four distinct genetic modifications, Nature, Apr. 28, 1994, pp. 856-859, vol. 368. Nature Publishing Group.
Lu, D., et al., 'Di-Diabody: A Novel Tetravalent Bispecific Antibody Molecule by Design', J. Immunol. Methods, vol. 279, Nos. 1-2, pp. 219-232, 2003.
Lyden, D., et al., 'Impaired recruitment of bone-marrow-derived endothelial and hematopoietic precursor cells blocks tumor angiogenesis and growth', Nat. Med., vol. 7, No. 11, pp. 1194-1201, 2001.
Macpherson, Andrew J. et al., BLySsful interactions between DCs and B cells, Nature Immunology, Sep. 2002, pp. 798-800, vol. 3, No. 9, Nature Publishing Group.
Marian, A.J., et al., 'A transgenic rabbit model for human hypertrophic cardiomyopathy', The Journal of Clinical Investigation, vol. 104, No. 12, pp. 1683-1692, 1999.
Maruyama, M., et al., 'Memory B-cell persistence is independent of persisting immunizing antigen', Nature, vol. 407, No. 6804, pp. 636-642, 2000.
Meijer, P.J., et al., 'Human Antibody Repertoires', Therapeutic Antibodies: Methods and Protocols, vol. 525, pp. 261-277, 2009.
Mills, et al., Enhancer Complexes Located Downstream of Both Human Immunoglobulin Ca Genes, The Journal of Experimental Medicine, vol. 186, No. 6, pp. 845-858, 1997.
Morrison, S.L., et al., 'Chimeric human antibody molecules: Mouse antigen-binding domains with human constant region domains', Proc. Natl. Acad. Sci. USA, vol. 81, pp. 6851-6855, Nov. 1984.
Muller, K.M., et al., 'The first constant domain (C(H)1 and C(L)) of an antibody used as heterodimerization domain for bispecific miniantibodies', FEBS Letters, vol. 422, Issue 2, pp. 259-264, 1998.
Mullins, JH.J., et al., 'Fulminant hypertension in transgenic rats harbouring the mouse Ren-2 gene', Letters to Nature, vol. 344, pp. 541-544, 1990.
Muyldermans, S., 'Single domain camel antibodies: current status', Molecular Biotechnology, vol. 74, pp. 277-302, 2001.
Muyldermans, S., et al., 'Sequence and structure of VHdomain from naturally occurring camel heavy chain immunoglobulins lacking light chains', Protein Engineering , vol. 7, No. 9, pp. 1129-1135, 1994.
Muyldermans, Serge et al., Unique single-domain antigen binding fragments derived from naturally occurring camel heavy-chain antibodies, Journal of Molecular Recognition, 1999, pp. 131-140, vol. 12, John Wiley & Sons, Ltd.
Naessens, J., 'Surface Ig on B lymphocytes from cattle and sheep', Int. Immunol., vol. 9, No. 3, pp. 349-354, 1997.
Neuberger, M.S., et al., 'A hapten-specific chimaeric IgE antibody with Human physiological effector function', Nature, vol. 314, No. 6008, pp. 268-270, 1985.
Neuberger, M.S., et al., 'Construction of novel antibodies by use of DNA transfection: design of plasmid vectors', Phil. Trans. R. Soc. Lond., vol. 317, No. 1540, pp. 425-432, 1986.
Nguyen, V.K., et al., 'Heavy-chain only antibodies derived from dromedary are secreted and displayed by mouse B cells', Immunology, vol. 109, No. 1, pp. 93-101, 2003.
Nicholson, I.C., et al., 'Antibody Repertoires of Four- and Five-Feature Translocus Mice Carrying Human Immunoglobulin Heavy Chain and {kappa} and {lambda} Light Chain Yeast Artificial Chromosomes,' The Journal of Immunology 163 (12), pp. 6898-6906 (Dec. 15, 1999), The William and Wilkins Co, Baltimore, MD.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Ablynx NV, pp. 1-24.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Crescendo Biologies Limited, pp. 1-56.
Notice of Opposition to a European Patent, European Patent Office, Aug. 20, 2014, Patent No. EP1776383, Title of Invention: Binding Molecules, Proprietor of Patent, Erasmus University Medical Center, Opponent: Regeneron Pharmaceuticals, Inc., pp. 1-28.

(56) **References Cited**

OTHER PUBLICATIONS

O'Donnell, J.K., et al., 'Production of human hemoglobin in transgenic swine: an approach to a blood substitute,' vol. 17, No. 2, pp. 307-312, 1993.
O'Neill, T.P., 'HLA-B27 transgenic rats: animal model of human HLA-B27-associated disorders,' Toxicologic Pathology, vol. 25, No. 4, pp. 407-408, 1997.
O'Neill, T.P., "Apoliproprotein E-Deficient Mouse Model of Human Atherosclerosis," Toxicology Pathology, vol. 25, No. 1, 1997, pp. 20-21.
Orinska, Zane et al., Novel B cell population producing functional IgG in the absence of membrane IgM expression, European Journal of Immunology, 2002, pp. 3472-3480, vol. 32, Wiley-VCH Verlag GmbH & Co., KGaA, Weinheim.
Pharma Focus Asia, 'VelocImmune—A novel platform,' 2009, retrieved from the Internet, URL: http://www. pharmafocusasia. com/clinical_trials/human_antibody_discovery.htm, retrieved on Jul. 30, 2014.
Radbruch, A., et al., 'Competence and competition: the challenge of becoming a long-lived plasma cell', Nature Reviews Immunology, vol. 6, No. 10, pp. 741-750, 2006.
Reiter, Y. et al., "An Antibody Single-domain Phage Display Library of a Native Heavy Chain Variable Region: Isolation of Functional Single-domain VH Molecules with a Unique Interface," J. Mol. Biol., vol. 290, pp. 685-698 (1999).
Related U.S. Appl. No. 13/815,812, filed Mar. 15, 2013.
Related U.S. Appl. No. 11/658,361, filed Oct. 10, 2008, now abandoned.
Related U.S. Appl. No. 12/645,653, filed Dec. 23, 2009.
Related U.S. Appl. No. 12/645,684, filed Dec. 23, 2009.
Related U.S. Appl. No. 13/259,472, filed Feb. 22, 2012.
Related U.S. Appl. No. 13/837,402, filed Mar. 15, 2013.
Related U.S. Appl. No. 13/837,520, filed Mar. 15, 2013.
Remy, et al., 'Zinc-finger nucleases: a powerful tool for genetic engineering of animals', Transgenic Res., vol. 19, No. 3, pp. 363-371, 2010, (Sep. 26, 2009 [Epub ahead of print]).
Riechmann, L., 'Rearrangement of the Former VL Interface in the Solution Structure of a Camelised, Single Antibody VH Domain', J. Mol. Biol., vol. 259, No. 5, pp. 957-969, 1996.
Riechmann, L., et al., 'Single domain antibodies: comparison of camel VH and camelised human VH domains', J. Immunol. Methods, vol. 231, Nos. 1-2, pp. 25-38, 1999.
Riechmann, Lutz, Declaration, In the Matter of European Patent No. EP 1776383 and the opposition thereto by Crescendo Biologies Limited, May 5, 2015, pp. 1-36.
Riechmann, Lutz.Curriculum Vitae, pp. 1-4.
Rosenberg, A.S., 'Effects of protein aggregates: an immunologic perspective', The AAPS Journal, vol. 8, No. 3, Article 59, pp. E501-E507, 2006.
Sakurai, K., et al., 'Efficient integration of transgenes into a defined locus in human embryonic stem cells', Nucleic Acids Res., vol. 38, No. 7, e96., [Epub Jan. 13, 2010].
Sanderson, R.D., et al., 'B lymphocytes express and lose syndecan at specific stages of differentiation', Cell Regulation, vol. 1, No. 1, pp. 27-35, 1989.
Santerre, R.F., et al., 'Expression of Prokaryotic Genes for Hygromycin B and G418 Resistance as Dominant-Selection Markers in Mouse L Cells', Gene, vol. 30, Nos. 1-3, pp. 147-156, 1984.
Scheid, J.F. et al., "Broad Diversity of Neutralizing Antibodies Isolated from Memory B Cells in HIV-infected Individuals," Nature, vol. 458, No. 7238, pp. 636-640, 2009.
Scheid et al., Nature. Apr. 2, 2009;458(7238):636-40. doi: 10.1038/nature07930. Epub Mar. 15, 2009.
Segal, D.M., et al., 'Introduction: Bispecific Antibodies,' J. Immunol. Methods, vol. 248, pp. 1-6, 2001.
Sehgal, D., et al., 'Distinct clonal Ig diversification patterns in young appendix compared to antigen-specific clones', J. Immunol., vol. 168, No. 11, pp. 5424-5433, 2002.
Singh, N., et al., 'Biallelic germline transcription at the kappa immunoglobulin locus', J Exp. Med., vol. 197, No. 6, pp. 743-750, 2003.
Sitia, R., et al., 'Developmental regulation of IgM secretion: The role of the carboxy-terminal cysteine,' Cell, vol. 60, No. 5, pp. 781-790, 1990.
Slieker, WA. et al., "ER-MP12 antigen, a new cell surface marker on mouse bone marrow cells with thymus-repopulating ability: I. Intrathymic repopulating ability of ET-MP12-positive bone marrow cells," Int. Immunol., Sep. 1993, vol. 5, No. 9, pp. 1093-1098.
Slifka, M.K., et al., 'Humoral immunity due to long-lived plasma cells', Immunity, vol. 8, No. 3, pp. 363-372, 1998.
Smith, B., et al., Prolonged in Vivo Residence Times of antibody Fragments Associated with Albumin:, Bioconjugate Chem., vol. 12, pp. 750-756, 2001.
Smith-Gill, S. et al., 'Contributions of Immunoglobulin Heavy and Light Chains to Antibody Specificity for Lysozyme and Two Haptens,' J. Immunol., vol. 139, pp. 4135-4144 (1987).
Song, M.K. et al., 'Light Chain of Natural Antibody Plays a Dominant Role in Protein Antigen Binding,' Biochem. Biophys. Res. Comm., vol. 268, pp. 390-394 (2000).
Southern, EM., "Detection of specific sequences among DNA fragments separated by gel electrophoresis," J. Mol. Biol., Nov. 5, 1975, 98(3), pp. 503-517.
Stanfield, et al., 'Crystal Structure of a Shark Single-Domain Antibody V Region in Complex with Lysozyme', Science, vol. 305, No. 5691, pp. 1770-1773, 2004.
Sun, L.K., et al., 'Chimeric antibody with human constant regions and mouse variable regions directed against carcinoma-associated antigen 17-1A', Proc. Natl. Acad. Sci. USA, vol. 84, (No. 1), pp. 214-218, Jan. 1987.
Sung, C, et al., 'An IFN-Beta-Albumin Fusion Protein That Displays Improved Pharmacokinetic and Pharmacodynamic Properties in Nonhuman Primates', J. Interferon Cytokine Res., vol. 23, No. 1, pp. 25-36, 2003.
Suresh, M.R., et al., 'Advantages of bispecific hybridomas in one-step immunocytochemistry and immunoassays,' PNAS, vol. 83, No. 20, pp. 7989-7993, 1986.
Tacken, P.J., et al., 'Effective Targeting of Pathogens to Neutrophils via Chimeric Surfactant Protein D/Anti-CD89 Protein', The Journal of Immunology, vol. 172, No. 8, pp. 4934-4940, Apr. 15, 2004.
Tanaka, Tomoyuki et al., Single Domain Intracellular Antibodies: A Minimal Fragment for Direct In Vivo Selection of Antigen-specific Intrabodies, Journal of Molecular Biology, 2003, pp. 1109-1120, vol. 331, Elsevier Ltd.
Tangye, S.G.,, and Tarlington, D.M., 'Memory B cells: effectors of long-lived immune responses', Eur. J. Immunol., vol. 39, No. 8, pp. 2065-2075, 2009.
Tanha, et al., Selection by phage display of llama conventional VH fragments with heavy chain antibody VHH properties, Recombinant Technology, Journal of Immunological Methods, 2002, pp. 97-109, vol. 263, Published by Elsevier Science B.V.
Tanha, J., et al., 'Optimal Design Features of Camelized Human Single-domain Antibody Libraries', The Journal of Biological Chemistry, vol. 276, No. 27, pp. 24774-24780, Jul. 6, 2001.
To, R., et al., 'Isolation of Monomeric Human VHS by a Phage Selection', The Journal of Biological Chemistry, vol. 280, No. 50, pp. 41395-41403, 2005.
Van Dijk and Van Der Winkel, 'Human antibodies as next generation therapeutics', Curr. Opin. Chem. Biol., vol. 5, No. 4, pp. 368-374, 2001.
Van Spriel, A.B., et al, 'Effective Phagocytosis and Killing of Candida albicans via Targeting FcyRI (CD64) or FcaRI (CD89) on Neutrophils', Journal if Infectious Diseases, vol. 179, No. 3, pp. 661-669, 1999.
Van Spriel, et al., 'Immunotherapeutic perspective for bispecific antibodies', Immunology Today, vol. 21, No. 8, pp. 391-397, 2000.
Vara, et al., 'Expression in Mammalian Cells of a Gene from Streptomyces alboniger Conferring Puromycin Resistance', Nucleic Acids Research, vol. 14, No. 11, pp. 4617-4624, 1986.
Vranken, W., et al., 'Solution structure of a llama single-domain antibody with hydrophobic residues typical of the VH/VL interface,' Biochemistry, vol. 41, pp. 8570-8579, 2002.

(56) **References Cited**

OTHER PUBLICATIONS

Vu, Khoa Bang et al., Comparison of Llama VH Sequences From Conventional and Heavy Chain Antibodies, Molecular Immunology, 1997, pp. 1121-1131, vol. 34, No. 16-17, Elsevier Sciences, Ltd., Pergamon PII: S0161-5890 (97)00146-6, Great Britain.
Wang, B., et al., 'Transgenic goats produced by DNA pronuclear microinjection of in vitro derived zygotes,' Molecular Reproduction and Development, vol. 63, pp. 437-443, 2002.
Ward, et al., 'Binding activities of a repertoire of single immunoglobulin variable domains secreted from *Escherichia coli*', Nature, vol. 341, pp. 544-546, 1989.
Watson et al., Recombinant DNA, 2nd edition, Scientifican American Books, 1992, chapter 14 "The Introduction of Foreign Genes into Mice" pp. 255-272.
Wols, Heather A. Minges, Plasma Cells, Encyclopedia of Life Sciences, 2005, pp. 1-8, John Wiley & Sons, Ltd., USA.
Worn, A., and Pluckthun, A., 'Different equilibrium stability behavior of ScFv fragments: identification, classification, and improvement by protein engineering', Biochemistry, vol. 38, No. 27, pp. 8739-8750, 1999.
Wrammert, J. et al., "Rapid Cloning of High-Affinity Human Monoclonal Antibodies Against Influenza Virus," Nature, vol. 453, No. 7195, pp. 667-672, 2008.
Wright, G., et al., 'High level expression of active human alpha-1-antitrypsin in the milk of transgenic sheep,' Bio/technology, vol. 9, pp. 830-834, 1991.
Wu, Tai Te et al., Length Distribution of CDRH3 in Antibodies, Proteins: Structure, Function, and Genetics, 1993, pp. 1-7, vol. 16.Wiley-Liss, Inc.
Xu, J.L., and Davis, M.M., 'Diversity in the CDR3 region of V(H) is sufficient for most antibody specificities', Immunity, vol. 13, pp. 37-45, 2000.
Yau, et al., 'Affinity maturation of a V(H)H by mutational hotspot randomization', J. Imunol. Methods, vol. 297, Nos. 1-2, pp. 213-224, 2005.
Zou, X., et al., 'Heavy chain-only antibodies are spontaneously produced in light chain-deficient mice', J. Exp. Med., vol. 204, No. 13, pp. 3271-3283, 2007.
Zou, X., et al., "Expression of a Dromedary Heavy Chain-Only Antibody and B Cell Development in the Mouse," J. Immunology, vol. 175, pp. 3769-3779, 2005.
Zou, X. et al., "Dominant Expression of a 1.3 Mb Human IgK Locus Replacing Mouse Light Chain Production," The FASEB J., vol. 10, No. 10, pp. 1227-1232, 1996.
Navas, Patrick A., et al., "Developmental Specificity of the Interaction between the Locus Control Region and Embryonic or Fetal Globin Genes in Transgenic Mice with an HS3 Core Deletion," Molecular and Cellular Biology, Jul. 1998, vol. 18, No. 7, pp. 4188-4196.
Lu et al., "Tailoring in Vitro Selection for a Picomolar Affinity Human Antibody Directed against Vascular Endothelial Growth Factor Receptor 2 for Enhanced Neutralizing Activity", J. Biol. Chem. Oct. 31, 2003; 278(44): 43496-507. Epub Aug. 12, 2003.
Skottrup et al., "Diagnostic evaluation of a nanobody with picomolar affinity toward the protease RgpB from Porphyromonas gingivalis", Anal. Biochem. Aug. 15, 2011; 415(2): 158-167.
Janeway et al., Immunobiology, 3rd edition, 1997, Garland Press, pp. 3:1-3:11.
Rudikoff et al., Proc Natl Acad Sci USA. Mar. 1982; 79(6): 1979-83.
Ghahroudi et al., FEBS Letters, 1997, 414:521-526.
Flajnik et al. A case of convergence: Why did a simple alternative to canonical antibodies arise in sharks and camels. PLoS Biology 9(8): e1001120, 2011.†
Smolarek et al. Variable fragments of heavy chain antibodies (VHHs): a new magic bullet molecule of medicine? Postepy Hig Med Dosw 66: 348-358, 2012.†
Lefranc, Marie-Paule, and Gérard Lefranc. Immunoglobulin Facts Book. London: Academic Press, 2001. Print. (pp. 3-44, 97-428).†
Murphy, A. 2009. VelocImmune: Immunoglobulin Variable Region Humanized Mice. In M. Little (ed.), Recombinant Antibodies for Immunotherapy (pp. 100-107). New York, NY: Cambridge University Press.†

* cited by examiner
† cited by third party


HCAb Locus V18
LCR
Cγ1 Δ CH1
6 JH's
21 D's
VH 6-1
VH 1- 2
VH 4- 4
VH 2- 5
VH 3- 07
VH 1- 8
VH 4- b
VH 3- 15
VH 1- 18
VH 3- 23
VH 3- 33
VH 3- 30
VH 3- 48
VH 4- 34
VH 3- 49
VH 3- 53
VH 4- 59
VH 1- 69
V18
human sequences
mouse sequences

Fig. 1


HCAb Locus 8V3
8V3
VH 3- 48
VH 3- 30
VH 3- 33
VH 3- 23
VH 3- 64
VH 3- 74
VH 3- 66
VH 3- 53
VH 6-1
All human D's
6 JH's
Cγ1 Δ CH1
LCR
human sequences
mouse sequences

Fig. 2

Fig. 3

STARTVHLOCUSSEQUENCEATCCCTAGCTGAAGCTTCTGATGGAATTAGAACTTGGCAAAACAATACTGAGAATGA
AGTGTATGTGGAACAGAGGCTGCTGATCTCGTTCTTCAGGCTATGAAACTGACACATTTGGAAACCACAGTACTTAG
AACCACAAAGTGGGAATCAAGAGAAAAACAATGATCCCACGAGAGATCTATAGATCTATAGATCATGAGTGGGAGGA
ATGAGCTGGCCCTTAATTTGGTTTTGCTTGTTTAAATTATGATATCCAACTATGAAACATTATCATAAAGCAATAGT
AAAGAGCCTTCAGTAAAGAGCAGGCATTTATCTAATCCCACCCCACCCCCACCCCCGTAGCTCCAATCCTTCCATTC
AAAATGTAGGTACTCTGTTCTCACCCTTCTTAACAAAGTATGACAGGAAAAACTTCCATTTTAGTGGACATCTTTAT
TGTTTAATAGATCATCAATTTCTCGATTTCTCGACTATTCCTTTGCCCTCGGACGAGTGCTGGGGCGTCGGTTTCCA
CTATCGGCCAGTACTTCTACACAGCCATCGGTCCAGACGGCCGCGCTTCTGCGGGCGATTTGTGTACGCCCGACAGT
CCCGGCTCCGGATCGGACGATTGCGTCGCATCGACCCTGCGCCCAAGCTGCATCATCGAAATTGCCGTCAACCAAGC
TCTGATAGAGTTGGTCAAGACCAATGCGGAGCATATACGCCCGGAGCCGCGGCGATCCTGCAAGCTCCGGATGCCTC
CGCTCGAAGTAGCGCGTCTGCTGCTCCATACAAGCCAACCACGGCCTCCAGAAGAAGATGTTGGCGACCTCGTATTG
GGAATCCCCGAACATCGCCTCGCTCCAGTCAATGACCGCTGTTATGCGGCCATTGTCCGTCAGGACATTGTTGGAGC
CGAAATCCGCGTGCACGAGGTGCCGGACTTCGGGGCAGTCCTCGGCCCAAAGCATCAGCTCATCGAGAGCCTGCGCG
ACGGACGCACTGACGGTGTCGTCCATCACAGTTTGCCAGTGATACACATGGGGATCAGCAATCGCGCATATGAAATC
ACGCCATGTAGTGTATTGACCGATTCCTTGCGGTCCGAATGGGCCGAACCCGCTCGTCTGGCTAAGATCGGCCGCAG
CGATCGCATCCATGGCCTCCGCGACCGGCTGCAGAACAGCGGGCAGTTCGGTTTCAGGCAGGTCTTGCAACGTGACA
CCCTGTGCACGGCGGGAGATGCAATAGGTCAGGCTCTCGCTGAATTCCCCAATGTCAAGCACTTCCGGAATCGGGAG
CGCGGCCGATGCAAAGTGCCGATAAACATAACGATCTTTGTAGAAACCATCGGCGCAGCTATTTACCCGCAGGACAT
ATCCACGCCCTCNTACATCGAAGCTGAAAGCACGAGATTCTTCGCCCTCCGAGAGCTGCATCAGGTCGGAGACGCTG
TCGAACTTTTCGATCAGAAACTTCTCGACAGACGTCGCGGTGAGTTCAGGCTTTTTCATGGTGGCGGCTCGATCGGT
CGGTCGAAAGGCCCGGAGATGAGGAAGAGGAGAACAGCGCGGCAGACGTGCGCTTTTGAAGCGTGCAGAATGCCGGG
CCTCCGGAGGACCTTCGGGCGCCCGCCCCGCCCCTGAGCCCGCCCCTGAGCCCGCCCCCGGACCCACCCCTTCCCAG
CCTCTGAGCCCAGAAAGCGAAGGAGCAAAGCTGCTATTGGCCGCTGCCCCAAAGGCCTACCCGCTTCCATTGCTCAG
CGGTGCTGTCCATCTGCACGAGACTAGTGAGACGTGCTACTTCCATTTGTCACGTCCTGCACGACGCGAGCTGCGG
GCGGGGGGGAACTTCCTGACTAGGGGAGGAGTAGAAGGTGGCGCGAAGGGGCCACCAAAGAACGGAGCCGGTTGGCG
CCTACCGGTGGATGTGGAATGTGTGCGAGGCCAGAGGCCACTTGTGTAGCGCCAAGTGCCCAGCGGGGCTGCTAAAG
CGCATGCTCCAGACTGCCTTGGGAAAAGCGCCTCCCCTACCCGGTAGAATTCATCGCTCGAGCAATTGGCTAGATAA
CTTCGTATAATGTATGCTATACGAAGTTATCTAGCTCTAGA[illegible]

hygro

GTCTTGTTACACTTCATCAAGAATTAACCTCTGCTGTTTCCTCAAAGTGTTTAATTGGATAATGAATTTGTCTATAA
ATTGAAGAGTTGAAATACATCAAATATTAATTTGTAATAATCTGGCACAAATTATCTAAGCAAATTCAATAACTAGA
TGTTTTTTCATTTATTTTTATTTAAAATCAGGATCTAAGCACTGACATGCTTTAATAACATCTGTGACCCTCTCAGC
AGTTTTCTCTTCTGAGTATATGATCTGCTGTGGCAGTTTTCTTAGCTTCAATGTTACCTCTTTTGGCAATGACTACC
GTCTTTATATTTGCCAGGAATCTGGGATAAGGGAGTGCTTCTAAGAGTTCCCTAACTTGCCCATTTTGGTGGGTGTT
CCAGAACATATGAGATGCTCTGTTGTTAACAAAGCATCCCAAAGCCATGCACTGCCCTAAAATGTGTTTGTTTCCTA
GTTTGACAAATTGGAAGTTCTAATAAATACAATCACTTCTGCCATCTGGGCTGATTTTACATCAGATAGAGGGCTGT
ATTCCAAAGAAAAGCTTACATTAGTAATAGCAATTCTAGTCAGAAACCTAGAGTTTTATCATTGAGGTGCAATTCAT
AACAAATAATATTAGGTCGAGGTTCTCAGTGGCAGTGTCTAAATCTCTTAGGTGTACAGGGTCTTCCCTGTTAACAT
GAAGCATTTATAAGCACAGTCATAGTTTCCAGCTATGCTTCTCCCTGTCTCATTATCACCACAAACTATGGCCTCAC
CTGGAACTTGGGTTAATTTCCAAATAAGTAATTTTTAGTGTTTATGCCTCTAGATTATTATGTGAGAAAGTTAACA
TTCAGTAGAAAGTTAAAAAGAACATTTGAACTGACTAAACAACACAGACAATCAAGAATAAAATTCAAAGCCTAGAT
GTGAGAGGCTCCAGGCCTGGATAATGCAATAGTTCATGTATGCAGGCAGTTTCTTTGCCCAGTTCTACACTGATACA
CCCAGAATGTCAGCTTCATGCCAGATTTGACTCCTATTATGTAGAGACATGGCAATACATTCTCAAGGGTCACATGA
AATAATATGAAAATTGGTGGGAATAGGGGAGGAGACAACTCTGCAATTCTCATCTGAAGGACCAGGAAAGCCTGGAC
AGACCATCTCCCCAGCCTCCGTGACTGCACCACGTGCCCACATGGACGCTCATCCCTGATAGGGTAAGAAGACTCCA
TTGATGGGGCTGAGCATTTTATGATAGAAATTACTAGAGACTGACGTGGAGGTTTCAACAACTAATATTTATAACCA
AAATTTAATTACCCCCACATTGTTACCATTTTCTTCAGTGAAAAATTGCTTGCCATGATTAAGTTTTAAGTAGATTT
CCAATGTTCACAACTGAGCTTCCAAGAGAGTCTTGAGAACAAAAACAATGAGGGCAGAGAAATCTACCTTTTCTGCA
TTCACCACTAAACTCAAGTGGACTCAGCACTGCCTTTGATCACTGCTACTTCTCTGCAGAGTTCAGGTTTCTACTTC
TCACAATTCTGACACACATTCTACCTCTCCTCAGATGTTTGGCCTCTGCTTCTTGTAAGGTCACCCTCTGTTCTTAA
CTTCTTCTCTGAGTCATTTTGTGAGGTGGTCATGAGCCATTAAATGGATATTTTATATTTTCCCAACATGAATCACA
TGAGTGGTCATGAATTATACTTCTGATTATGGCAGTTGATTTTTCTTGGCATGTTCATGACTAGTAATATTTGAAGC
CATTTCATTCAAATCTTCGGGGCTTCGTTTTTGTTGCTATGACATTTTTTCTTCTATTGAGTCTTTCCACTAGTATT
ATAACATGACCTAGTATCCAGGCTCAGTTGTCATTAATAATAACCACATATGTCAAAAATCATGCATTCTTTTCACA

Fig. 3 (cont.)

GCAGACATAATTTCCTCTTTTCTGCAGATGAAGACACACTGCTGAGCTACCCCCACTTACAAGAATATATGCACAAT
TATGATATCTTCATTTATTTGACTAATAAGCTATATCATTCTCCCTTCAAATTCTTTACCCCCCAGAAGTCCTGGAC
AAATTTCTGCATCTGCTCAAACGATAAACTCAGAACTACATGGTGAGTAAAAGTCACCTGGTTCTGGATATTGGGTC
CATCTCTTCCCCTCCAATGTCCCAGAGCACCTCAGCACACCCGTCCAGGTTCTATCAAGAAAGAGTAGCTCCTGCAC
ACTGAAGGAAACAATTGAGTTAAGAGAGGACCTGCAGATGATAGACAATATTGAAAACTGTTAATATGACAAAGGAT
TACTACCAAGCATGTGAAATAAGCTCAACGGGTGCGGTGGTTCATGTCTGTAGTACCAGCAATTTGGGAGGCAAGTT
GCGCAGATCACCTGAGGTTAGGAGCTCGACACCAGCCTGACCAACATAAAGAACACCCTGTCTCTACTAAAAGTACA
AAATTAGCCGGGCATGGTGGCATGCGCCTGTAATCCCAGCTACTCGGGAGGCTGAGGCAGGAGCATCACTTGAACCT
GGGAAGTGGAGGTTGCGGTGAGCTGAGATGGCACCATTGCACTCCAGCCTGGGCAACAAGAGGGAAACTCCATCTCA
AAAAAAAAATTACAAAAAATTAGCTGAGCGTGGTGGTGGGCGCCTGTATACCCAGCTGCTAGGGAGACTGAGGCAGG
AGAATGGCTTGAACCCAGGAGGTGAAGGTTGCAGTGAGCTGAGATTGCGCCATTGCACTCCATCCTGGGCAACAAGA
GTGAAACTCCATCTCAAAAAAAAAAAAAAGAGACTTGCAAAGGGCAAATAGATCATAGACAGACAGATAGATAGATAG
ACCTATTAGTATACATACATACATATATATACACTAATATTCAGGAAAATGCAAATTCATAATGAGATGTCTTTTCA
CCCTTCATCTCTGCTAGAAAGTTTGTTATCTGAAAAACAAATACATACATACATACTTATTAAAAGCTGGCCAGGAT
GCCTAGAAAGTAAAACTCATAGACCACTGGTGGAAATGTAAATTAGTGCAGCCATCAAGGGAAAAAAATAGAACTAC
CATATATTCCAGCAATCCAACTGCTAAGTATATATCTATTTAAATATTTAAAAGAAAAAACTAATATTGAAGAGATA
CCTGTACACCCATGTTTATTGCAGCACTAATCACAATTTCTAGGATATGAAATCAACATATGTGTCCATCAACAGAT
GAATGGATACATAAAATGTGATATATTTACACAATGGAATATTATTCAGCCTTAACAATGAAATTCTGCCGTTTGAA
GCAACATGGATGGAATGGGACACCTCTATGTTGAGTGAAATGAGTCAGACACAGAAAAATAAATACCGCATTTCTCA
GCGTTACTTCTAGAAGTAAATAGTAGAGTAGTGGTGATGAGATGCCAGGAATGAGAGAAGGCTGAGATAAGAAGAGG
TTTGTTAACAAACACACAATTACAGGTAGACAGGAGGGATGTGCTCTAGTGTTCTACAGCACAGTAGGGTGACTACA
GTTAACAATATATTGTACGTTTTCTGTTTACAAGAAGCCAGAAGAGAGAATTTTCTATGCTACCAACACAAATAAAT
GTTAGTGTCTGAACTGACGAATTTGCTCATTGTTCTGATTTTAGTCATACCAAGTGGCACACATGTATTCAAATATC
ACACTGTACCCCATAAACATAAGCAGTTATTATGTGCCAAATTTGAAAAATCCTTTAATTAGAAGGAATTATATTGG
CGTACATTACAAATGATTCAACACAGAGACAGGAATAAATACCATTTTTCTTTGAAATAGTTAATTAACTAACAATG
TAGTTACATTCATTTGCACCAAATCGTGTATTTGATAATGGTATGCATAGACAGATTTATGCATAGGATAATATCTT
TTAATTTTAGACTACTACTTAATACTATAAATATAAATAATTTTAAAACAACTAAGTAAAAAGAATAAAGCTGAGAA
AATGTGTGTGTGGTGTGTGATGTGTGAGCTTTTTCTTGTGCACCACTGTGTCCTTGGTGGATGTGTGGTTCATGTGT
TTGTTTTTATTTACTCTGTTTGGGGTTCTCTTTGCTTCTAGGATCTGTAGTTCAGTTTCTTTCACAAAATTGGGAAC
ATTCTTCGCTATTATCTTTTTCAAATAGTTTCTGTGTATTTATAATTTCTCCTTCTCAGATTTAAAATATACACATA
CTATAATTTTGATATTAATGTTTAGTTTCTTTCTTCACTCTCTTTTCGTTTGCAATTTACTTTGTGAAATTTCTAAT
GACATACTAATCACATGGTTTTATTGAAAAGCTGAGCCAGCTCTACTGAGGTGTGTGCCAAAAGATTGCTCGATGTT
TATACAGCATTGCTTTTGATTTCTTATGCATTTCCATTTGATTTATTCTTAGTATTTTCATATTTCAGTTCCCTATC
TATGTCCACGATTTCTTTAAGAGATTCTTGCGTGTGAATTATAGTTACTTTACATATCTTGTTTAATTAGATATTTA
TAACATCTGTTTCATCTACAAATCTCATGCTGATCATTTGTTTATTACAACTTTGGTACTTCTCATTAATGTATGTA
ATAATTGTTGATAGCCACAGATACTGGGATGGACAGTGGATACTGGCCTTATTATTTCATTTTATGCATTTCTGCCT
GTATTTGACCACACTTTACCTTTGCCAGGCCTTTACTGTGGAAGTATCTGTGAATCTTCTCAGAACTATATTTGACA
TTCACTTTTGCAGTGGACATCAAAGTTGAAGTCTGTTCTTCTGTGTCCACCAGAGACTTCAGTTCCTCCAGTGATAC
CTTGTTTTTCTTTCCTGCTTGGCTTTGTCTCTTCACCTGTTCCCTCCTCCAGAGAATCATGTTCAGCTCCCTCAGGT
GGATTAAAATGTTATCTAACTGACAATTGTGAAATTGGTGGAAAGCAATAGAATAAAGGGAGATTTTCTGACCTTTC
TTGGGTTCATATTGTGAACATGAGTCTGGGTGTGACCTTCCCAATGTTTCTGAACTTCCTCCAGATGAGATGTTGGT
CTGTGTGTTCTTGCTCTTTTCCCTGCTGTGGAGTCCTCTTGTTTCCCCCAGTTGTTCCCTCCCGCAGCTCCAATGTT
CTCTTTTTGTGTTATCACCTTACAGATTTGCTGACTAGAACTGCAGATTAGGGCTCTGATTAAATAAGAAGGAGGGG
AGATACTTCTCAATGGAACTTAGGTGAAGACCTCTTTTCCCATCTCAGTTCTTAAGGGATTGCCCCAGTGNNNNNNN
ACTGGTTTTGGTGGCTTGCCCCTCCAAAAAATTTCTTTGTTCTCCAGTGGGGATATGGAAGGTGGGTCTGAACACTT
TTCAGAAGGGTGGGCACTTTTTCTCTCCTAGACAGACACAATGGGACAGAACAATTTTGGTGACTGTCCCCATTTTG
GGGAAAAAGGATTCAATAGGATAGGAAAACTCTTCAGTCTGTGGTCCCTTAGAAATTCACCCTACAACACATTTACC
ACACTTGACTTCAAGAAATCCAATATATATGTGTGTTTTCATCTTGTAATAGCCTACATTTTACATGCCATACTCTG
CCTCAGTTCAGCTCATACCCCAGCTTTGTTACTCTTTACAAGAACTTGCCTCTCCCTAGATTTCACATTTGCTGTTT
ATCTTAAAACTTCAAGTATCTAAAGTATTATTTTTAAAAAATGGCCAGTTGTGGTGGCTCACACCTGTAATCCCAAC
GCTTTGGGAGGCTGAGGTATGTGGATCACCTGAGGTCAGGAGTTTGAGACCACCCTGGCCAACATGGTAAAACCTGT
CTCTACTAAAAATACAAAAAAAAAAAAAATAGCTTGGCATGGTGGCAGGCACCTGTAATCCCAGCTACTCGGGAGGCT
GATACTGGAGAATAGCTTGAACCCACGAGGCAGAGTTTGCAAGTCGTACCATTGCACTCCAGCCTGGGCGACAGAGT

Fig. 3 (cont.)

GAGACTCTGTCTCAAAAAAAAAAAATTCCAAAATTCCAGCTCCTCTGTTTATCTATTTTTGTTGATACTGTTGTTGTA
AAACATAAGTAAAATATATTATTCATCTATGTACATTTCCAAGCTGTGTAGAAGAATTTTTAATAAGACCCAGAGTA
AAAAAAGAATGCAAATATGTAGGGGCCAGCCCTACAGGGTCTGTGGATCTTTCTCCCCATGTGCAGAGATGAGAGAT
CATAGAAATAAAGGCACAAGACAAAGAGATAGAAGAAAAAACAGCCGGGCCCAGGGGACCACTACCACCAAGACACA
GACTAGAAGTGGCCCCAAATGCCTGGCTCTGCTGTTATTTATTGGATACAAGGCAAAAGGGGAAGGGTAAGGAGTGT
GAGTCATCTGCAATGATTGATAAGGTCATGTGTGTCACGTGTCCGCCAGACAGAGGGCACTTCCCTGTTTGGCAGCC
GAGGCGGAGAGAGAGAGAGGACAGCTTAGGTCATTATTTCTTCCATTCTCTTCTCAGAAAGATCAAAGACTTTAATA
CTTTCACTAATTCTGCTACTGCTATCTAGAGGGCGGAGCAAGTGTACAGAGTGGAACATGAGAGTGAAACAGGAGTG
TGACCGCTGAAGCACAGCATCACAGAGAGACGTTTAGGCCTCTGGAGGGCTGCGGGCAGGTTTGACTGATGTCAGGC
CTTCCACAAGAGGTGGTGGAGCAGAGTCTTCTCTAACTCCCCCGGGGAAAGGGAGACTCCCTTTCCAGGTCTTCTAA
GTAATGGGTGCCTTCCCAGGCACTGGCGCTACCGCTAGACTGAGGAGCCCTCTAGTGGCCCTGTCCGGGCGTGACAG
AGGCTCACACTCCTGTCTTCTGGTCACTTCTCACCGTGTCCCTTCAGCTCCTATTGCTGTATGGCCTGGTTTTTCCT
AGGTTATAATTGTAGAGCAAGGATTGTTATAATGTTGGAATAAAGAGTAATGCTACAGACTGATGATTAATGATATT
CATATATAAACATATCTATAACCTATTACTAGTACAACTATTCTTATTTTACATATTCTCTTCATTACACTGGAACA
GCTTGTGCCCTCAGTCTCTTGCCTCAGCACCTGGGTGGCTTGCCGCCCAGACAAATATTGTTAAGCTTCTTAATAGA
AAAACAAATTATGGTAAATGTGTTCACTGGAATACTACCCGTCATTTATAATAAATTAATGCCTGATACACAGAGCA
ACAAGGTAAAATATCTAAGTATTTATGTTGAGTAAAATAAGCTAAACAAATAAGAATATATACTATGTAATTTCATT
TTTATAAATTCTGATAAATAAAAATGCATCTGAAGTAAAATAATGAAGATAAGTAGTTGCCTGGGGAAATGGTAGAA
GAAGGGAGGGGGAGAGGAGGAGGAATACAGCAGAACAAAGGGAAAATGTTGAGAAGAATTCACTTGTCCACTTTCTT
GATAATGATAGCAGTTACATCATTTTTATTAGTTGTACATTTTAAATATGTGAAGTTTATCATCTTTCAATTAAGCC
TCATAAAATGTCTTACAAGCAAACAAATGGAAACTTAGACAAGGAAAGAGTAATAGAAAGATAGAAAAAATAAGTTC
AATGTCAGAAGTACCTGAAAATTAATGTGCCTGGATCCTAGTTCTCTCCATATTTTCAGAAGAGTGCTGGAGGGCAG
CAAAACCACACATGCTCTTATTACGCAAAGTGGGTTCTGATAAAAACACTAGACACATCCAGCTTTGTCCTGGAGTT
GGTTTAGGGGGATGTCAGAGACAGTGATGAAGAGCACAGGGCCAGATACCGGGGTTCACTCATCCCAGACATGAGCT
CCTAGATGCATACAGAGCCCCCCCATGTGTGGGTTTACTTCCACTTCTGTAAATGGAGAAAATATTGTCTCCTACAG
AACATAGTTTACATGAATACTTAAAATGAAATAGGGTGATTAGTGCAAAGTGTTTATCACAGCACAATTTCATAATA
AGACAGCATATTTTCCAAATGCAATCATTGCCAGCAAACTTCTACAGGGCACCGTCGTCTTATCTGGGTACAGCCTA
CTCCTCAAGGGTCCCACCCTAGAGCTTGCTATATAGTAGGAGATATGCAAATAGGGCCCTCCCTCTACTGATGAAAA
CCAACCCAACCCTGACCCTGCAGCTCTCAGAGAGGTGCCTTAGCCCTGGATTCCAAGGCATTTCCACTTGGTGATCA
GCACTGAACACAGAGGACTCACC[illegible]CACAGTGAGGGGAGGTCAGTGTGAGCCCAGACACAAACCTCCCTGCAGGGGTCCGCAGGA

VH 3-48

CCACCAGGGGGCGACAGGACACTGAGCACGGGGCTGTCTCCAGGGCAGGTGCAGGTGCTGCTGAGGGCTGGCTTCCT
GTCATGGCCTGGGGCGGCCTCATTGTCAAGTTTCCCCAGGGAACTTCTCCAGATTTACAATCCTGTACTAATATTTG
ATGTCTCTAAATGCAACCTTTTTTTTCCTTTTTGTGTCTGTTTTTTTTTTTTAAAAACAGGAGGACACATCCTCAC
CTCCACAGAAGCCACAGTGTCACTTTGGGGGCGGAAATAATCCTTTCGTGGTCAACAGGGTGAGAGTTTTGAGGAAT
CCCAGGGAAACCTGGGGAATGTTTTCCAATTAGACTCAGGGCAGAGACCTCCATGGGAATCCCTGATTAGAACAGGC
TTTGAGTTCTGATGGGAGCCAAAAGAGAGGCTCACCCAGGGTCAGGGTTCTTAAAACCTGATGGTTTTCACAGCAAT
CCCCCTTCATCTTGTGAAACTGGGCACATCTGACTCAGACTGATTCAGTTGACCCTCTTTCTGCTAATCCATTTTCC
TTCCCAGTAGACTTGATTCTCACAGATCCCTTTCTTCTTCTCTTTCCTGAAAACAGAGGATGTGTTTTCTGTAGTC[illegible]
CCTTGATTGAACTGCTGAGTAAATGGTTGCAAACATAGGTCTACATTTTTCAAATCATTCACCATAAATTTG
AATTATTTATTAATTACACTCGAATAAAGCAATAAAGAAACTGATGAGATAATATTTGACTGAATTGCATCAATAAA
TAGATCGATATTAACACAAGGAATATAACTGATTTCCAAAAACATACACATGAACCGTGGTTCACTCTGCGTATTTA
GATAAATTACAGAAAGTTGTCATAACAGATGGGGAATCCTGCAGACTTCACTAGGCATGGGCCATGCTGCCCTGGAG
TTGTCTCAGGGGAGCTGCCTCCTCCAGAGGTTAGAGCACAGGCCCAGGTAATAGGACTAAATTTTTAGATGTGTTAT
CTTAGACACACTGCACAACTGCTGTGTTCTCTATGTAAATTATCTCCTGTAAAATATAACATTGAAGCCTGCATTAA
ATATATTGTGTAAATATGTAAGAATAAAAGAAAGTTATGAGAGCTAAGTGTTAATCAAGGCACAAGCATATAAGATA
TAACTATATTTTCCTGAATGATGGAATTACTACCAGTCTCCCCCAGGACACTTCATCTGCCCTGAGCCCAGCCTCTC

Fig. 3 (cont.)

CTCAGATGTCCCACCCAGAGCTTGCTATATAGTGGGGGACATGCAAATAGGGCCCTCCCTCTACTGATGAAAACCAG
CCCAGCCCTGACCCTGCAGCTCTGGGAGAGGAGCCCAGCACTAGAAGTCGGCGGTGTTTCCATTCGGTGATCAGCAC
TGAACACAGAGGACTCACC[illegible]
[illegible]GACACAGTGAGGGGAGGTCATTGTGCGCCCAGACACAAACCTCCCTGCAGGAACGCTGGGGGGAAATC
VH 3-30
AGCTGCAGGGGGCGCTCAGGAGCCACTGATCAGAGTCAGCCCTGGAGGCAGGTGCAGATGGAGGCTGTTTCCTGTCA
GGATGTGGGACTTTGTCTTCTTCTGACAGTTCCCCAGGGAACCTCTTAAATTTAGAAAACTGTGCCTAACAATGTCT
TCTCTATGCATATGAGGACCTTTTCTCCCTGGCACAAAATGCAGATTGACGCTGACACGGATG[redacted]GCTGCTGA
CATTCCTAGATAACTGCAGCTGTAGTTATGCCTGCTAAGGTTTGGGCGCATGGGGCTTGGCTTTTGTCAGCTCCCTG
GGATTTATTTTCCCAAACAAAGAAACCTCCAGGTTAGGGGCACCCTATTCATTCCCATCACCTGGCATGATTTAAAG
GATAATTGCTTAGAATTAAAATATTGATCCAGATTTTTTATATTCCCCATCGCTTTTTGTTTCTTCTGGGCTGTAGC
CAGAGATCATTGATTGGCGCTCAGGAATAAGCAGAGTTAGTCTAAAATGCAGGCAAATACTTAAACAACTGAAGAGA
TTAGAATTTAAAGACAAGTGTATGATATGTTTTGAAATACAATGTTTCTCTTTCCAGTTTTGGTTTTTGTCAGCAGC
AAATAATGATAAGACTGAGTTGTTTGCAAAATAAACTTTAGTCTTAAACTTGGCCTGATTATTTGCATAAAGTGCAG
CAAGAATATTAATAATAATTCTGTAGGAAAAGCCTGCAAGCACCAGGAGCTTCACAGTCTAACACTATGAGCACGTG
CATCCTCACGCAACTCACTGAATATGTCCAAGTCAGCCTGTTCCGATCTTAAATGCCATCCAGTGGCATCTGCCCCA
GGTACACTAATACATGGGTCCTGCTTCTCTCTGCAGCCGCCTCTCTCCTCAGATTTCAGGTTTTGTGTATTGTTTGT
TTTCTCTCTGACATCAACACAGATATGTTGAAGGTTTTCTTTTTTTTATTTGTAGTTGTTCAGCTTTGTTGTTAATG
AGGTCAGAATAAGCTCATAGTTTACACATTTTTACATTCCCATGCCGAGTAGCTGCTTTTCTCTATCAAATCCATTA
ACTGAGAGAACAATCACATTTCGTTACAGGTGAACAGTTAAATAGTTTGGCATATATTTCTGTGCTGGAATCTAATG
CAGCTTGAAATCAAGTCATGCCTCACTCATTGAAAAAAACATGGCTAAATTCTCAAAGAATTGTGCTGAGTGAAAGA
AACTAAGGAATGAAGAGTAAATTTTATATGATACATTTGTAGAAATTTTAGAAGATGCCACTATTATAAATTAACAT
GGAGAAGATTTAAGTGTTTCTGAGAATATGCTATTGGGAGTAATGGGGATGTGAGTTAAATTTCAGAGGAATAAGAG
AAAGATTTAGGGATTAATTTTTTCAAACCTTGATTGAAGTGCTGAGTAAATGGTTGCAAACATAGGTCTACATTTTT
CAAATCATTCACCATAAATTTGAATTATTTATTAATTACACTCGAATAAAGCAATAAAGAAACTGATGAGATAATAT
TTGACTGAATTGCATCAATAAATAGATCGATATTAACACAAGGAATATAACTGATTTCCAAAAACATACACATGAAC
CGTGGTTCACTCTGCGTATTTAGATAAATTACAGAAAGTTGTCATAACAGATGGGGAATCCTGCAGACTTCACTAGG
CATGGGCCATGCTGCCCTGGAGTTGTCTCAGGGGAGCTGCCTCCTCCAGAGGTTAGAGCACAGGCCCAGGTAATAGG
ACTAAATTTTTAGATGTGTTATCTTAGACACACTGCACAACTGCTGTGTTCTCTATGTAAATTATCTCCTGTAAAAT
ATAACATTGAAGCCTGCATTAAATATATTGTGTAAATATGTAAGAATAAAAGAAAGTTATGAGAGCTAAGTGTTAAT
CAAGGCACAAGCATATAAGATATAACTATATTTTCCTGAATGATGGAATTACTACCAGTCTCCCCCAGGACACTTCA
TCTGCCCTGAGCCCAGCCTCTCCTCAGATGTCCCACCCAGAGCTTGCTATATAGTGGGGGACATGCAAATAGGGCCC
TCCCTCTACTGATGAAAACCAGCCCAGCCCTGACCCTGCAGCTCTGGGAGAGGAGCCCAGCACTAGAAGTCGGCGGT
GTTTCCATTCGGTGATCAGCACTGAACACAGAGGACTCACC[illegible]
[illegible]CACAGTGAGGGGAGGTCATTGTGCGCCCAGACACAAACCTCCCT
VH 3-33
GCAGGAACGCTGGGGGGAAATCAGCTGCAGGGGGCGCTCAGGAGCCACTGATCAGAGTCAGCCCTGGAGGCAGGTGC
AGATGGAGGCTGTTTCCTGTCAGGATGTGGGACTTTGTCTTCTTCTGACAGTTCCCCAGGGAACCTCTTAAATTTAG
AAAACTGTGCCTAACAATGTCTTCTCTATGCATATGAGGACCTTTTCTCCCTGGCACAAAATGCAGATTGACGCTGA
CACGGATGAAAATTCCTCAACCATGGTCACAAGGATCAGAGTCCTGAGTAACCTCAGGGCTTCCTGGTGATTCTTCT
CCAATCAGACCCAGGACAGGGACCTCCGTGAGATTCCCTGACTGGAACAGTCTTTATGGATCCTGGTCACAGACAAT
AGAGAGGCTGAACCAGGGTCAGCGTCATGTAGAACGTCACAGATTTCACGTCTGATCCTTCTCCTGACACGAAAGTA
TGCAAATCAGTATCAGCACCGATCTG[redacted]GATGGAAAGATAGATACCAACATGAGAAATGTATGACACTCAAGA

Fig. 3 (cont.)

AAATAAAACTGTAGGAAACTTGCTTTTCTTTATATTTGTTAGGTAATCACCACAGTGTGTACACATCACACCATGTT
CCCATTACAGAGAAAAGGTTCTGCGAACCTCACGAGCTGTGACCCCTGTGTGCTGGGCTTGGTTCAGGGAGAAGTCA
GGTCCAGTGGTGAGAAGCACAGGCCCAGATGCCCAGGCTCACTCTGACCAAAAGTGAGCACTGGGGACATTGTAAAA
CCCACCTGTGCTTTTGCTGATAATTTTTCATCTTTAACATGGAAATAATATTGATACTATATACCATGGTTTCTCTG
CGTATGTAAAAATAAAAGATGATTGGTGCTAACTTTAAAAATATGCAGTTTATGTAGATCTATGGTACCTCAATAAA
ACTGTTTTAAAATAAAAATTACAAAATTATAAGATTTTTAGGTTTTAAGGTTTAAGTTTATCACAAAACAAACTGAC
AATAGGAAAGCACAATTTCCCAATGCTTTCAATATCACAGATCTCCCCGAGGACATTCTGACATGCTCTGAGCCCCA
CTATCTCCAAAGGCCTCTCACCCCAGAGCTTACTATATAGTAGGAGATATGCAAATAGAGCCCTCCGTCTGCTGATG
AAAACCAGCCCAGCCCTGACCCTGCAGCTCTGAGAGAGGAGCCCAGCCCTGGGATTTTCAGGTGTTTTCATTTGGTG
ATCAGGACTGAACAGAGAGAACTCACC[illegible]CACAGTGAGGGGAAGTCATTGTGAGCCCAGACACAAACCTCCCTGCAGGAACGATG

VH 3-23

GGGGGGAAATCAGCGGCAGGGGGCGCTCAGGACCCGCTGATCAGAGTCATCCGCAGAGGCAGGTGCAGATGGAGGCT
GTTTCCTGTCAGGGTGTGGGACTTCATCTTCTTCTGACAGTTTCTCTAGTGAACCTCTCTAACCTCAGAATTCTGTG
CTTACTAATGTCATCTCTACGTATTTTTTAAAAGATCATTTTAATATGAGCACCTATTCTCACACGCACCAAATGCA
GATTGACGCTTACAGAGATG[redacted]GAGGAATGCTGAGGGGAGTTGACTTGTCACCTTCTTAAAAATAGAGATTTT
ATTTTTCAAAGTTTACTATTGTACAGAATAAATATGTGAATTTTCTTATCTGTCAATTAAACCTCATAAAATTTATT
ACAAAAAAACTGAAATTTTAGACAAAAAGAGGGTGATAGGAAGGAACAAATAAATATGTTAAATGTCAAATATACCT
AAAAATTTATTTGTCTGACCCCTAGTTTTCTCCGTATTTTTAGGTAAATGCAGCAAAATCACACAAGTTGTCGTGGC
AGGAAGTGGATTCTGCAAACCACACTAGGCCCGTTTATCTCTGTCCTAGAGTTGGTTAAAAGAGCAACTGAGGCCAG
CTGTGAGGAGCATAGGCCCGGGTACTAGGACTCACTCATGCCAGATATAAGCCCTTAGACACATACATAGCCCCTCC
ATGTGTGGGTTCACTTTTACATCTGTACATGAAGAAACCACTGATTCCTAAATAACATAATTTATACACATAGGTAA
AAATAATTAAAAATGTGATAGTTATTAAGTGTTTATCACACAACAATTTCACAATAAAACAGCATTTTCCCAAATGT
AATCATTGTCATCGAAATCCCCAAGGACACTCTCATCTGCCCTGGGCCCTGCCCTCTCCTCAGGCATCTCACCCCAG
AGCTTGCTATATAGTAGGAGACATGCAAATAGGTCCCTCCCTCTCCTGATGAAAACCAGCCCAGCCCTGACTCCGCA
GCTCTGGGAGAGGAGCCCCCGCCCTGGGATTCCCAGGTGTTTTCATTTGGTGATCAGCACTGAACACAGAAGAGTC[illegible]CACA

VH3-64

GTGAGGAGAAGTTAATGTGGGACCATGCAGAAACCTCCCTGCGGGAACGCTGGGGAAAGTCATCTGCAGGGGGCGCT
CAGGAGCCACTGATCAGAGTCAGCCCCAGCGGCAGGTGCAGATGAAGGCTGATTTCCTGTCACGATGTGGGACTTCA
TCTTCTTAAAGTTTCTCTACTGAACCTAAGTTCGGAATTCTGTGATTACTAGGGTCATTTCTA[redacted]GAAGTTGA
GGCAATTTCACTTGTCCACCTTCCTTATAATGGTAATAGTTATGCCATGATTATCAGTTTTACACTTTAAATATGTA
AAGTTTATAATCTGTCAATCAAATCTTATAAAATGTATTATGAGGAAACAAGTTGAAAATTAGACAATGTAGGAGTG
ACAGAAAGATAGATATGAGTATGTTGAATGTCAGAGATACCTGAAAGTTTATCTACCTGAACCCTAGTTCTCTCCAT
AGTTTAAGGTAAACAGGAGAGTGCAGGAAAATCATCCATATTCTGATTAGGCAGTGGCTTCTGCAAACCACACTAGG
CCTGGCCGGCTGTGTCCTGGAGTTGGCTAAGGGAGGAGTCAGGGCCAGTGGTGAGAAGTGCAGGCCCAGATACCAGA
ACTCACTCATCCCAGACATGAGCTCTTAGATACACAGAGAGCCCATCCATGTGTGGATTTATCTTACATCTGTAAGT
AGAGAACATTGACTCTTACAGAACATAATTTACACACATAGGTAAATCTGAAATAAGGTGATCAGTGTGAAGATTTT
ATCACAGCACAGTTTCATAATAAGCACAATTTCTCAAATCCCATTGTTGTCACCCATCTTCCTCAGGACACTTTCAT
CTGCCCTGGGTCCTGCTCTTTCTTCAGGTGTCTCACCCCAGAGCTTGATATATAGTAGGAGACATGCAAATAGGGCC
CTCACTCTGCTGAAGAAAACCAGCCCTGCAGCTCTGGGAGAGGAGCCCCAGCCCTGGGATTCCCAGCTGTTTCTGCT
TGCTGATCAGGACTGCACACAGAGAACTCACC[illegible]

Fig. 3 (cont.)

[illegible]CACAGTGAGGGGAAGTCAATGTGAGCCCAGACACAAACCTCGCTGCAGGGG
VH3-74
CATCTGAGACCACGAGGGGGTGTCCTGGGCCCTGTGAACTGGGCTGCTCTCCGTGGCAGCGGCTGGTGGTGCTAAAG
GCTGATTTTCTCTCAGCATCTGGGGCTGATTCATCAAGTTTCCTCAGAGACCTTTCAGATTACAATTCTGTACTTAC
GTTTAATGTCTCTGAATGTGACACTTTCCTTCCCTGGTGTGTCTTTGTTTTTGTGACAAGAGGACACATTCTCACCT
CCACAG[redacted]GAAGTGCCGAGTGAATGGCTGCAAACATAGCTCTACATTTTTCAAATCATTCCCTATAAATCTGA
ATTAATTATTTATTTATTATACTTGAATAAAGCAATAACGAAGAAATAAATGAATATTTTTGCTAAAATGGAGCAAT
AAAAAGACTGATATTGACAGAAGAAATATGACTGACTTCTGAAAACACACATGAACCATGGTTCTCTCTGCATATTT
AGGTGAATTACAGAAAGTTGTCATAACAGATGGGGAATCCTGCAGACTTCACTAGGCATGGTCCACGCTGCCCTGGA
GTTGTCTCAGGGGAGCTGCCTCCTCCGGTGATTAGAGCACAGGCCCAGATAATAGGATTACATTTTTTTAGATGTGT
AAACTTAGACGCACTGCACAGCTGCTGTATTCTCTATGTAAATTATCTTCTGTAAAATACAACATTAAAGGCTGCAT
TAAATATATTGTGTAAATATGTAAAAATAAAATCAGATTATGAGAGCTAAATGTTAATCAAGGCACAATCACATAAT
ATAAAATTATATTTTCCTGAATGATGGAATTACTACCAATCTCCCCCAGGAGACTTCATCTGCACTGGGCCCGGCCT
CTCCTCAGATGTCCCATCACAGAGCTTGCTATATAATGGGGGACATGCAAATAGGGCCCTCCCTCTGCTGATGAAAA
CCAGCCCAGCCCTGACCCTGCAGCTCTGGGAGAGGAGCCCAGCACTGGGATTCCGAGGTGTTTCCATTCAGTGATCT
GCACTGAACACAGAGGACTCGCC[illegible]CACAGTGAGGGGAGGCCATTGTGCGCCCAGACACAAACCTCCCTGCAGGAACGTTGGGGGAATCA
VH3-66
GCGGCAGGGGGCGCTCAGGAGCCACTGATCAGAGTCAGCCCCGGAGGCAGGTGCAGGTGGAGGCTGTTTCCTGTCAG
GATGTGGGACTTCATCTTCTTCCAACAGTTTCTCTAATGAACCTCTCTAATTTTAGAATTCTGTGGTTCCTAATGTC
ATCTCTAC[redacted]CTCCAGCATGCCCATCTGATTTAAGTTTCAGAGGAATAAGAAAAAAGATTTAGGGATTAATTT
AATTATTCAAAACTTGATTGAAGTGCCGAGTGAATGGCTCCAAACATAGTCTACATTTTTCAAATCATTCCCTATAA
ATTTGAATTAATTATTTATTTTTATACTTGAATAAAGCAATAACAAAGAAATAAATGAATATTTTTGCTAAAATGGA
GCAATAAAAAGACTGATATTGACAGAAGAAATATGACTGACTTCTGAAAATACACACACATGAGCCGTGGTTCTCTC
TACATATTTAGATAAATTACAGAAAGTTGTCATAACTGATGGGGAATCCTGCAGACTTCACTAGGCATAGTCCACAC
TGCCCTGGAGTTGTCTCAGGGGAGCTGCCTCCTCCAGTGGTTAGAGCACAGGCCCAGGTAATAGGACTCATTTTTTT
AGATGTGTAATTTTAGACACACTGCACAACTGCTGTGTTCTCTGTGCAAATTATCTCCTGTAAAATGTAACATTGAA
ACCTGCCTTAAATATATTGTGTAAATATGTAAAAATAAAATCAGATTGTGAGAGCTAAATGCTAATCAAGGCGCAAT
CACGTAATATACAATTATATTTTCCTGAATGATGGAATTAATACCAATCTCCCCCAGGACACTTCATCTGCACGGAG
CCCGGCCTCTCCTCAGATGTCCCACCCCAGAGCTTGCTATATAGTCGGGGACATCCAAATAGGGCCCTCCCTCTGCT
GATGAAAACCAGCCCAGCTGACCCTGCAGCTCTGGGAGAGGAGCCCAGCACTGGGATTCCGAGGTGTTTCCATTCGG
TGATCAGCACTGAACACAGAGGACTCACC[illegible]CACAGTGAGGGGAAGTCATTGTGCGCCCAGACACAAACCTCCCTGCAGGAACGCTGGGG
VH3-53
GGAAATCAGCGGCAGGGGGCGCTCAGGAGCCACTGATCAGAGTCAGCCCCGGAGGCAGGTGCAGATGGAGGCTGATT
TCCTGTCAGGATGTGGGACTTTGTCTTCTTCTGACGGTTCCCCAGGGAACCTCTCTAAGTTTAGCATTCTGTGCCTA
TGAACGTCTTCTCTAAGTATTTGAAAGAGATTATTTTAATATGAAGAGCAGTTCTCACTCGCC[redacted]GAGCATGT
GCACATTTCATTAAACCCACTGTGTATGCAGCCCCTCCCAAGTGCTGGCAGGCCACTGTACATGTGGGCAGCCCACT

Fig. 3 (cont.)

CCAAGGGAAGAATCAAGGGAGAAGAAATACAAACCCCAGAACCATGTCAATGTATAAAACCCCAAGTCAAGGGCCGG
ACAGAGCACTTAGATCTCTCAAGTCGCCCACTTAGCCCTCTTCCAAGTGTACTTTACTTCCTTTAGTTCCCACTTTA
AAACTTTAATAAACATTTACTCCTGCTCTAAAACTTGCTTGGGTCTCTCACTCTTCTGTATGCCCCTTGGCCAAATT
CTTTCCTCCAAGGAGGCGAGAATCAAGTTGCTGCAGACCTGTATGGATTCGCTCCTGCTAACAGATAGCTGGATGGG
TGGACAGATGCATGAATTAGTGGATGGACGTTTGGATGTGTGGGTGGGTGGGTGGATTGTGGGATGGCTGGATGAAT
GCATGGCTGGATGGGTGGACAGATGCATGAATTAGTGGATGGATGTTTGGATGTGTGAGTGGGTGGGTGGATTGTGG
GATGGCTGGATGAATGCATGGCTGGATGGGTGGACAGATGCATGAATTCGTGGATGGACGTTTGGATGTGTGGGTGG
GTGGGTGGATTGTGGGATGGCTGGATGAATGCATGGCTGGATGGGTGGACAGATGCATGAATTCGTGGATGGACGTT
TGGATGTGTGGGTGGGTGGGTGGATTGTGGGATGGCTGGATGAATGCATGGCTGGATGGGTGGACAGATGCATGAAT
TCGTGGATGGACGTTTGGATGTGTGGGTGGGTGGGTGGATTGTGGGATGGCTGGATGAATGCATGGCTGGGTGGGTG
GATGGATGCATGGATAAGTGGTGGACGGATGGACGGGTGAGTGGATGGGTGGATGTGTGTGTGGATGGGTGGATAGG
AAAGCCCTCTAATTGATTACAGGGCTCAGTGTGTGCTTCAACATCATGATGGCATCATCACATTGGTCCCTGTATGA
AGCAGTGGGGGAGGAGAGTGTACCAGGGGAGCAGGAATGACTCTTCTCCAGAATCGACCTCTCCCACCCTGCAGCCT
GGGCTGTGCAGGCCACATTGGAGAAGGTGCGGTCGACTACTCCTAAATGTTGTTGTGTCCAATGGCTTTTTGACGTT
GATGTAGGAATGAGCCTACATCTCCACCATAGATGGAACTGTTTGGGTCCCCAAAGCAGAAAGCCTCTTCTGTTGCA
GGTGCTGAAGTTTCCATCTTCTTCTGCTTATACGGAAGCTCACGCATCCCTTGGATGGCAGGCGTCAGGTTCCTGTG
CGCACTGAGTTCCCCCCTTACATGCTTTGGACAGAAGTGTGAGACACACAAGATTGCTGCAGGAAGTCCACCTGTGG
GGATGCTGCGACTTCTCCAGCAAGAACACGAGTCTGCTCATTGACCATCACCACACATAACAAATTAAGTGTCCCTT
TTTTGATAACACGTCATTGTTTCACAGAGTATTCTTTTAAAGTGTATAAGTTGACTGCAGTTATTATTTTTTACTTC
TGTTACTAATTTACTCATAATTAGGCACAATTTACACTTAAGAAATTTCTTAATAGTTTTTTCCTCCTTAAGGTGAA
CTACAGTCAGATAACATACTTATCAATTGTCTCTAGCTCTTGTCAGAAAAGCATATAGATGTGTGTGTGCGTGTGTC
TTGGCCTTTCCAATGATGAATTAAGATGTGCATTGAGAAGGCATTCACTTTATTTGACGTTAAGGAAGTACCAAGAA
GACGCTCTCCACAGACCCTGGGAAAGCCAGCAGCTGCACCCCGAGGCTGTGCCAGGCAGGGAACAAGGAGGCAGCAC
CACCTGCTGGGCAGGGAAAATGTCCTCCCAGTCCCTGCCGCTTCTCTGCAGAGGCACAAAGAGCTGCCCCTTCTCCT
GGGCCTTCTCCTGGGCTGATGAGATTGCTCCCCGATATGCCAAATCAGGGTTGTGCATCTGAGGCTCTGTCTAGACT
CTCAGCTCCTTCCTACTCCTGCAAAGTGAAGAAAACAATGCCAAGGGGTCCTGGAGGCGTCTCTACCCCTGGAGAGT
TTTGACTCTCTTCAATAGTCTCCACTACCCTGCCCTCACTCCATGTCCTCCGTTTCTCCCTAAAGCGGTGCCCAGTC
TGATTGCACTGTGGCAGGGATAACGAGGGGCCAGGACATCAGGGGAGAGAAGTTTCTACCTGAGTCACAGCAGCGGC
TGCCCTGCAGACTCCTGAAGACACAAGACACATTTCCATCCCAGAGACCCAGCGAAATGCAACCTCAGGCTAGAGAC
AGCCAGTTATTTTTTCTTGTTCTGTCCTGGAGAGGCCACTGAGAAAGTCGAGCCCCTTGTTGAGGAAAACATGAGAT
CTCTGTGTGTCGTCCTCTGCCTGATGGCTGTACCTCCATGTGAGTGTCTCAGAGATTTCAGAACGGGGGCTGTGGGC
TGTGGTGTCCGCTTGTGACTCATCTCTTTGCTTCTTGTCCCTGAGTGTCCTGCATCAGATGCAGCTACTGGAGTCAT
GCCCAGGGCTGGTGAGGTCCTCACAGACCTCTGGGCCTGGACCCAGCAGCCCTCTGGGAAGGCGCTGGGGCACCTCA
GCTCCAGGGGCAGCACACACTTCAGCCCAGCCTTTCTGGGCCAACTCTCCATCTGTAGAGACACATCCAAGGCCCAG
TTATCCCTGCAGCTGAGCTCCGTGATGGCCAAGGGCAGGGCCGCACATTCCCGTGGGAGACAGAATGGGGACCTCAG
CGTGAGCCCAGACACAAACCTCCCTGCAGGGAAGCACAAGACCACCAGGCGGCGCTCCAGACCACACAGCGGCCCCA
GAAGCAGGTTTTAGGGGGCGGGGCAGACGTGTCCGCGTTGAGTCAGGTCACTGGTTTTACTTTCCCTGAACAAACGG
CCTCTGCCAAGGACTCACTGCACCTCTCACCTTCACAGTTGTTTTTTTTTTTTTTTTAATCACCCTGTAGGGTTTTG
CTAGCTAATTTAGATATTGAGGAGTGCTTCATACTTCCTTGGGCCTCTGCTTGCAGAAACATAGCAATTGTAAGGAG
GCACGTGGGAAAGCCCCGGCTCGGTGACCCGGGGGATGCTGCTGTAGCCCTGGCAAGAGGGCGTCGGGCCGCAGTAA
CAAAGGTGCAGACGGCTCTCAGCCTGCGCCCGCGGAGTACAACACATAAGGGCTGTAACCTAACGAAAAAGAATCG
CAGTGCAACTGTCCTGCATTTGAGTTTGTGATCAGTTTTGCCCTTTGTCTTTAACAGGTTCTAACATAAAATTTTGA
ATGCTGGTTCAAGCCCTGTGGGTAAAATGCACTTACCCACATTCCTTAAACAAATAGAACACTGAGGTGGAAATGTT
TTGAAAAAGTAGTTTTCAGACATTTGGAAACAAGCATCACAGGATCATAACCCCTGAGAAAAGAAAAACAAATGAAC
GAATCCTGCTATTGCCTGAAAGCAGCTGCCAGGACACACGGAAAGGCTTAGTGAGCTGAGCGGACAGAGAGCAGAGT
TCAAGGCAGCAGCAGCCCGAGGGGAGGAGCACCGGGGAGCAGGCTGCTGTGCAGCCAGGATGGGCCGGGGTGGGGCG
GGGGGAGAACAGCTGGAGACTTGCCGCAGGGAGGGGGATCCCTCAGGTTTGGGGCTGAGAACTGACTTATGCCTGAC
TTATGCCTGCATGAAAAGAAACTACTCGATATCAGGGGGAAATCACCAGAAACCTGTGGACCCAAAACTACACAGAG
CCTACACAAGGAAAGCATTGTTTGTGTTCTCCCAGCCAGGGTGGAAAGACCTTGAGATATGTAAAGCTTCAAGCAAT
CTTCCGAAGTAATCTCGTGAGTAGTGGTGCCACATTAATTCAGGACTAAAGACTGCTCTGAACTGAACCTAAGAAAT
GCTTCAAGTGTAGCCTGGAGCCCGGGTGCAGTGGCTCACACCTGTAATCCCAGCACTGTGGGAGGCCGAGGCAGGCG
GATCACTTGAGGTCAGGACTTTGAGACCAGCCTGGCCAACATGGCAAAACCTGTCTCTACTAAAAACACAAAAATTA
GCTGGGCATGGTGGCAGATGCCTGTAATCACCTCCCACCTGGACCCTTCCTTGATACATCAGAATTACAACTAGAGA

Fig. 3 (cont.)

TGAGATTGGGGTGGGGACACAGAGCCAGACCGTATCACATAGGAACCTAAAAGGATAATAAAGTAGGAAAACTTCCC
ACATCAGTAACCCTTTATCCGATAGTAATCCCAATCTGCAAAGTAAAACTGTGTGATTTTACTAAGATAACGGAATC
TTCTCTACAGAAGGACTTTCCAGTGCAAAAGCTCCCCACCCTCACCATGAAATGCACGTGACCATTTCCAATTTGTG
TAAAGTCCTCAGTTAGTACTGAGACTTCGGAAGGTTAGAAATCCCTTTGCTCATGCTGCATGGTCCGGATGAGATGT
AAGAATCATTAGCTAATAGACATGCAACAGCTTTTGTGCGAAAGATGTTATGAGACATTTAAGGTATTTGCTTGTGC
TTACTAAGCATTCATTGTATCATTGGAGCACATGTGCTTTTATACCCTGGAGAAATTCCAGTAATTGAATTGCTGGG
TTGAATGGGATTTTGATTTGGATTAAATTTAAACTATAGATTTTATTTAGGGAAAACTGGCATCTTAATTATGTTAT
TGGGGGGCCCTTGCTCCCAGAGCTCCCAAGATGGTGGCAGGCCGCTTCCAAAATGACCGCAGGCCACTTCCAAGATG
GTGGCAAGCCTCATGTTCTCTGACCTGGGGTTCTTGGCCTCACGGATTCCAAGGAATGGAAGCTTGGGCCATGCAGT
GAGTGTTATAGCTCTATTAGAAGCCGTGGGTCACGGAAGAGAACCGTGGAACCCAGTGACTAGTGTTCAGCTCGATT
AGGACGAACCCAGGCACTTAGCCGTGCAGGAACAATGGCGAGCATTTGGCCCGATCGAGAGTGGCAATGGGCGCCTC
GCCGGATCAGGAGCACAGCGGATACCCTGATGGATCCGGAGGGATGGAAGCCAGCGGTGGGTCTCCCACGGGGGCAA
ACAGCAGTGGTGGACGGTGAGCGAAAGCGAAGCTCGAGCCGTAACAAACATGGACCAGAAGAGTGCAGTTGCAAGAT
TTAGTAGAGTGAAGACAGAGCTCCCATACAAAGGCAGGGGACCCAAAGAGGGTAGCTGTTACCGGCTCGAATGCCTG
GGTTTATATCCCGATCATTGTCCCTCCCGCTGTGCTCTCAGGTGATAGATGATTGGCTATTTCTTTACCTCCTGCTT
TTGCCTAATTAGCATTTTAGTGAACTCTCTTTACTATCTGATTGGTCGGGTGTGAGCTGAGTTGCAAGCCCCGTGTT
TAAAGGTGGAAGTGGTCACCTTCCCAGCTGGGCTTAGGGATTCTTAGTCGGCCTAGGAAATCCAGCTAGTCCTGTCT
CTCAATTACACTGAGTTTTCCAATCCATGCATCCAATATGTGGTGTATCTCTTCATATGTTCATAGCCTCTGAGCAA
TGTTTTACAATTTTCTGTGTAAAGAACTCCACATCGTTTTATGTTTCTTCTAAGGTATATCCTGATTGCTTTTTATG
TCTTCACAAGTTTTTCCCTTTCAAAATTAATTTTCCAATTGTTTGGTGCTAATATGCTCAAATGTCCTTGATTTTCT
TAGTTTGAACAGTCCGTTTTCGTTTTGGGGATTTATTTTTTTTTCAGATTCTTTAAGATTTTCTATGTCTATAACCA
TATAATCTCTGAACAGAGACAGTTTTGCTTTTCCCTTTCAACTTGAGGTAGGTTTTCTGGGTAGTTCAGGACGCGCA
GGCACTGGGTGGGTGGTGTTAGCAGCTGCACGATGCCTTGGAGAGGACACTCTCGGGGGACTGTGGCCGCTGCTCAG
CTGTGACTGTTCTTATAGCACCAGCAGCTGCGGCCACCATTCTTATCCAATTTCCAAAGCCACACCACAGGCCCTCT
CAAGAACGAGGCGTGGAGGCTATGCCCTCTCCTGGACACATCATCATTCCCAAGCCCCACGATGTGGGCCCCATGGG
ACGCACACCTTTGTCTGTCCAGACCTCAGCCCCACCTCCTCATCCTGCACCAGAACTCTTCAGAGCCCAGTGCATGA
AATGGGCTACCAAGGAAATGAGGGTAGGTTCCTGAGAGGAAACTGGCCCTGCATTTGGGAGCTAAGAGTCTGCTAAT
TCGCCTGGCAGCCCTGTGCAGCCCTCCGTGGCTACAGTCCACCCCGTGCCCATCAGTGCCTCCTTCCTGTGCAAGCC
TGGACCTCGCCCTGGGCTCAGGATGGGCTGTAGACCGAGAATGCAGGCGGGAAAGTCGTTGTCTATCGGGGCCATAG
TCAGGTTCTACAGTGAGTCAGGGAAAGACCTGTGGAGGTGTGGATGAGGACAATGGGTCCACCATCAACAGGAGGAC
ACGGGTTCGACCCCTTGCAGAGGCACAGTCCCACATCACTGGGAGGCAGCCACACTCACTGCCTCGCCCTCTCCTCA
CACAGTGCAGTTTCCACGTTCACAGCCCCAGCCAGTCACCAGGAATGCCCTGGGGGCGGCCTTTCCCCAGTGCACCC
CGAGCCCTCCCTTGGCTGTGCGGTGAGCTCCATGCCCAGGAGATATCCACCCATAGTCCTCCGGAAAGCAGCTGACC
TGCCATGCCCTGGAACCACAAATCCCCACAGATCAGCCAGCCTGCAGTGGGCCTTGGATGTGGTGAGGAGTGGTGGC
ACCCCCGTTCCCACCCCACAGATGCAACGCCTGTGGGTGACGCATGTGAGTACTGAGGAGTAGAGGGTAGAACTGTA
GGCCCCGAGAACCACAGAAACTCGGGTGTTACACTCTGGGGCCATGTAAGGAGAAAGTGTCACTGGACAGAAACAGG
CCCCTCCTAGACACTGTGTGCGCCATAGTCACCTGTCATTAGCTCTCACTCTTGCAGATTCATGATTGAGGTGGTTA
AAAAAAAAAAAGCTCCTACTCACCCATCCAACCCCATCCTGGGGTGTTTCCACCACCCTTGGGGTTTGGGATGAGCT
GCCCTTGCCCACTGTGCTCTGTGGACCTCCCTTTAGAAGCTCACAGCTCCCTGCACTCGGCTCCATCCTGCCCCACC
ACACAGAAGCAAAACCCCTCTCCTTTCCACTGCAGGCTTTTCCTGGACCAGAATGCTGACCTGCTGCCCTTCACTCC
CGAAGTGGTGGGACTGCCTGGGGTGGTGTGGGTGTTGAGCCTTCTTACTCTAGGGACCTGGCACCTGGCCCCAGGGG
CACAGGGATGGTGCATCTGCCTAGGGATGCCTCCTCATGCCAGGGGGTGGGGGTTAGTACCATCGGCCCTCAGGATT
TGTTGCATGAATGAGTGAATGGGTGAATAAATGAAGGGGATCTGATCTATGAATAAGGGTATATGGACTTTGGTTGA
TGTAGGACGCCAAATGCTGGAATTTCGGAGTCATCACACCCAGGGGCCCTGCCTCTGAGCTCCTCTTTGCATCCAAT
CTGCTGAAGAACATGGCTCTAGGGAAACCCAGTTGTAGACCTGAGGGCCCCGGCTCTTCAATGAGCCATCTCCGTCC
CGGGGCCTTATATCAGCAAGTGACGCACACAGGCAAATGCCAGGGTGTGGTTTCCTGTTTAAATGTAGCCTCCCCCG
CTGCAGAGCTGCAGAGCCTGCTGAATTCTGGCTGACCAGGGCAGTCACCCGAGCTCCAGACA[illegible]
[illegible]

Fig. 3 (cont.)

[redacted]CACAGTGAGGGGAAGTCAGTGTGAGCCCA
VH 6-1
GACACAAACCTCCCTGCAGGGATGCTCAGGACCCCAGAAGGCACCCAGCACTACCAGCGCAGGGCCCAGACCAGGAG
CAGGTGTGGAGTTAAGCAAAAATGGAACTTCTTGCTGTGTCTTAAACTGTTGTTGTTTTTTTTTTTTTTTGGCTCA
GCAACAGAGATCATAGAAAACCCTTTTTCATATTTTTGAAATCTGTTCTTAGTCTAATGGAGATTCTCTGATATGTG
ACAATGTTTTTCTCTTGCTGTTTTGGAATTCTTTGTCTTTGACTTTTGACAACTTGACTTTTGACAGTGTGCCTCA
AAGAAGTTCTATTTTGGGTTCTGTGAACCTCCTGGATCTGGGAAGTTTTCAGCTATGATTTCATTAAACGTGTTTTC
TACACCATTTCCCTACTCTTTTGGAATACCCATAATGCAAATATTTGTTCACTTAATTGTGTCCCATAAATGCTGGG
GATTTTCTTCATTCCTTTTACTCTTTTTTTCTTTTTATTCATCTGCCTGAATTATTTCAAAAGATCTGTCTTCAAC
TTCAGAAACTCTTTTGCTTGGCCTAGTCTAATCTTGAAGGTCTCAATTGTACTTTTAATTTCATTCATTGAATTCTT
CAACTCTGGAATTTCTGTTGGTTCTTTTTTATGATACTTATCTCTTTGTTGAATTCCTCATTCAAATGATAAATTGT
TTTCCTGATTTCACTGAATTTTCTATCTGTACACTATTGTATCTCCCTGAGTTTCTTAGAGATTATCCTTTTGAATT
ATTTTTCTGACATTCTGTATATTTCCTTATGATTGGGGTCTGCTACTGGAGAATGACTGTTGTCTTTTTCAGGTGCC
GTGTTTCCTGGCCTTTTCATGTTTTATGTGTTCCTACGTTGATTTCTACACATCTGGCGGACCAGTCATCCCTTGCA
ATTTAATGGAGTAGGTTTTGCAGGAAAAGACTTCCTAGTACAGACGGGTCTCAGGGTGTCAGTGTGGCGGGGCGTGC
TGGCTTTAGTTCTAGGTTGACGCAGTAGCGTAGTCTCCATGTCGTTTCTTCAGCTGCCGTCCACATTGGTGACGTTT
GCGAGTGTCTCAGTGGCCTGGGCTGAGAGGTTTGTGGCAGTGGAAGTGCAACGTTGCTAGAGGTGGACTCACCAGGC
TGTTTCTGAGGTCGAGGCACATGCATGCACATGGTGGATTGACCAACTTGGTGCCAGGCTCACTAGGGTTGGGGACA
TGGGGCTGTTTCTCAGGCCCAGGATGCAAACACAAGTCTCTTTGGCTGGCCTGGGGGTGTGGCTTCTGAGGGCAATC
CACAGGGCTGTTTCTCAGGTTCAGGACACAAGTGCATGGCCGCTCAACTGGCCTGGGCATGTGTCTCCCAGGGCCAC
CCCATGGGCTCTCTCTCAGACCCAGGACATGGCCACATGGCTTCCTCAGCTGGCCTGGGTGTGTGTCTGCTTGGGGC
CTGCAGGGGCACAGGGTTATTTCTCAGGCCGGGGTCATGGGCGCACAGCTGCTTGCTGGCTTATAGGAGTGCCTGCC
AGGGGTGGCCCATCATGCTGTTTCTCACCCC[redacted]ACTGAATACATAAACAGGACACAGCATTTTGCTGCATAAA
GCAAACACAGCGTTACTTTTTTTTTCTAAATGACATTTTTATTAGATATTGTCTTTATTGACATTTCAAATGTTA
TCCCCTTTCCTGGTTTACCCTCTGAAATCCCCTATCTCCTCCCCCTCCCCCTGCTCACCAATCCACCCACTCCCACT
TCCAGGCCCTGGCAATCCCCTATATTTGGGCATAGAGCCTTCACAGGACCAAGGTACTCTCCTTGCATTGATGACCA
ACTAGTCCATTCTCTGCTACAAATGCAGCTAGATCTATGAGTCCCACCATGTTTTCTTTTGTTGGTGGTTTCATGCC
AGGGAGCTCTTGGAGTACTGATTGGTTCATATTGTTGTTCTCCCTATGGGGTTACAAAACCCTTCAACTTCTTGGGT
CCTTTCTCTGGCTGCCTCATTGGGGACCTTGTGCGAAGTCCAATGGATGACTGTGAGCATCCACTTCTGTATTTGCC
AGGCACTGGCAGAGCCTCTCAGAAGACAGCTATATCAAGATCCTGGCAGCAAGCTCTTGTTGGTATCCACAAAAGTG
TCTGGTGGTTGTCTATGGGATGGATCCCCAAAGGGGCAGTCTCTGGATGGTCATTCCTTCAGTCTCTGTTCCACACT
TTGTCTCTTTAACTCCTTCCATGACTATTTTATTCCTCCCTCTAAGAAGGACCGAAGTATTCATACTTTGGTCTTCC
TTCTTGAAATTCATGTGTTTTGTGAATTGTATCTTTGATATTCCGAACTTCTGGGCTAATATCCACTTATCAGTGAG
TGAATATCATGTGTGTTCTTATGTGATTGAGTTACCTCACTCAGGATGATATCCTCCAGAACCATCCATTTGTCTAA
GAATTTAATGAATTCATTGTTTTTAATAGCTGAGGAGTACTCCATTGTGTAAATGTACCACATTTTCTGTACCCATT
GTTCTCTTGAGGGACATCTGGGTTCTTTAAAGCTTCTGGACATTAAATATAAGGCTGCTATGGAAATAGTGGAGAAT
GTGTCCTTATTACATGTTGGAGCATCTTCTGGGTATATGCCCAGGAGTGCTATTGCTGGATCCTCTGATAGTACTAT
GTCCAATTTTCTGAGGAACTGCCAAACTGGTTTACAGAGTGGTTGTGCCAGCTTGCAATTCCACCAGCAATGGAGAA
ATGTTCCCCTTCCTCCACATCCTCACCAACATCTGCTGTCACCTCAATTTGTTCTTAGTGATTCAGACAGGTGTGAG
GTGGAATATCAGGGTTGTTTGGCATTTCCCTGATGACTAGTGATATTGAAAAAAATTTTAAGTGTTTCTCAGCCATT
CAGTATTCTTCAGTTGAGAATTCACTGTTTAGCTCTGTACTCAGGTTTTTTTAATAGGGTTATTTGGTTTTCTGGAG
TCTAACGTCTTGAATTCTTTCTATATATTGGATATTAGCCCTCTGTCATATTTAGGATTGGTAAAGATCTTTCCCAA
TATGTTGGCTGCCTTTTTGTGTCCTTTGCCTTACAGAACCTTTTTAATTTTATGAGGTCCCATTTGCTAATTCTTCA
TTTTACAGCAAAAGCCATTGGTGTTCTGTTCAAAAATCTTTCCCCCTGAACCCTATCTTCGAGGATCTTCCCCACTT
TCTCCTCTATAAGTTTCAGTGTCTCTATTATTGTGCTGAGGTCCTTGATCCACTTGAACTTGAGCATTGTTCAAGGA
GATAAGAATGGATCAATTCGAATTCTTCTACATGATAACAGCCAGTTGAGCCAGCACCATTTGTTGAAAATTCTCTT
TTTTGCACTGGATAGTTTTAGCACTTTTGTCAAAGATCAAGTGACTATGGCTCTTCAACTATGGCTCATTCCATTGA
TCAACTTGTCTGTCACTGTACAAGCACCATGCAATTTTTATTGCAATTGCTTAGTATTACACCTTGAGGTCAAGGAT
GGTCATTCCACCAGAGGTTCTTCTATGGTTGAGAAGAGTTTTTGCTATCCTAGGTTTTTGTTATTCCAGATGAATTT
GCAAATGGCCCTTTCTAACTCAGTGAAGAATTGAGGTGGAATTTTGATGGGAATTTTATTGAATCTGTAGATTGCAT
TCAACAAGATAGCCATTTATAATACATTAATCCTGCCAGTCCATGAGCATGGGAGATCTTTCCATCTTCCGAGATCT
TCTTCGATTTCTTTCTTCAGAGACTTGAAGTTTTTATCATACAGATCTTTCACTTCCTTAGTTAGAGTCACACCAAG
GTATTTTATATTATTTGTGACTACTGTGAAGGTTGTTGTTTCCCTGATTTCTTCCTCAGCCTGTTCATCCTTTGTGT

Fig. 3 (cont.)

AGAGAAAGGCCACTGATTTATTTGAGTTAATATTGTATCCAGCTAATTCACTGAAGTTGTTTATCAGGTTTAGGAGT
TCTCTTGTGGAATTTTTGGAATCACATGTGTATACTATTATATCATCTGCAATTAGTGATATTTTGACTTCTTCTTT
CCCAAATTGTATCCCTTTGATCTCCTTTTGTTGTCTAATTGCCCACACTAGGACTCGGGCAGCCTTAGTGCCTAGTC
CCTGATTTTAGTGTGATTTGTTCAAGTTTCTCTCCACTTAGTCGGATGTTGGCTACTGATTTGCTGTATATTGCTTT
TATTATGTTTAGGTATGGGCCTTGAATTCCTGATCTTTCCAATACTTTTATCATGAATGGGTGTTGAATTTTGTCAA
ATGCTTTCTCAACACCTACAAAGATGATCATGTAGATTTTGTCTTTCAGTTTGATTATATAGTGTATTATGTTGATG
GATTTCCATATATTAAACCATCCCTGCATCCCTGGGATGAAGCCTACTTGGTCATGATAGACGATTGTTTTGATGTG
TTCTTGGATTCAGTTAGTGAGAAATATATTGAGTATTTTTACATCGATATTCATAAGGGAAATTGGTCTGAAGTTCT
CTTTCTTTGTTGGGTCTTTATGTGGTTTAGTTATCAGAGTCATCGTAGCTTCATAGAACAAATTGAGTAGAGTACCT
TCTGTCTCTATTTTGTGGTATAGTTTGAGGAGATTTGGAAATATGTCTTCTTGGGACGTCTGAGAGAATTCTGCACT
AAACCCATCTGATCCTGGGCTTCTTTGGGGGGGGGGACTATTAATGACTGCTTCTATTTCTTTAGGGGAAATGGGA
CTGTTTAGATTGTTAATATGATCCTGAATAGAAATCTGATCTGATCTAGAAAATTGTCCATTTTATTCAGGTTTTCC
AGTTTTGTTGAGTATTGCCTTTTGTGGTAGGGTCTGATGATGTTTTGGATTTCCTTAGGTTCTGTTGTTATGTCTTC
TTTTCCATTTCTCATTTTGTTAATTAGGATACTGTCCCTGTGTCCTCTAGTTACTCTGGCTAAGCGTTTATCTATCT
TATTGATTTTCTCAAAGAACCAGCTCCTGGTTTGGTTGATTCTTTGTATAGTTCTTTTTGTTTCCACTTGATTGATT
TCTGCCCTAAGTTTGATTGTTTCCTGCTGTCTACTCCTCTTGGGTGAATTTGCTTCCTTTTGTTCTAGAGCTTTTAG
GTGTGCTGTCAAGCTGATAGGGTATGCTCTCTCTAGTTTCTTTTTGGCGGCACTCATAGCTAGGAGTTTTCCTCTTA
GCAGTGCTTTCATTACGTCCTGTAAGTTTGGGTATGTTGTGGCTTCATTTGCATTAAATTCTAATAAGTCTTTAATC
TCTTTCCTTCTTTCTTCCTTGACCGAGTTATCATTGACTAGAGTGTTCATCAGCTTCCACATCAATGTTGGCTTTTA
ATTATTTATGTTTTTATTGAGGATCAGCCTTTGTCGGTGGTGATCTTCTAGGATGCACGGGAAATTTTCAATATTTT
TGTATCTATTGAGGCCTGTTTTGTGACCAATTATACGGTCAATTTTGGAGAAAGTACCGTGAGGTACTGAGAAGATG
GTATATCTTTTTGTTTTAGGATAAAATGTTCTGTAGATATCTGTTAAATCCATTTGTTTCATAACTTCTGTTAGTTT
CACTGTGTCTCTGCTTAGTTTCTGATTCCAGAATCTGTCCAATGATAAGAGTAGGGTATTAAATTCTCCCACTACTA
TTGTGTGAGGTACAATGTGTGGTTTGAGCTTTAAAAGAGTTTCCTTAATGAATGTGGATGGCCTTGCATTTGGAGCA
TAGTTATTCAGAATTGAGAGTTCCTCTTGGAAGATTTTACCTTTGATGAGTATAAAATGCCCCTCCTTGTCTTTTTT
GATACCTTTGGGTTAGAAGTGGATTTTATTCGATATTAGAATGGCTAATCCATCTTGTTTCTTTGAGATGTTTGCTT
GGAAAATTATTTTCCTGCCCTTTACTCGGTGGTAGTGTCTGTCTTAGTCCCTGAGGTGGGTTTCCTGTATACAGCAA
AATGTTGGGTCCTGGTTATGTAGCCAGTCTGTTAGTCTGTCTTTTTATCAGGTAATTGAGTCCATTGATATTAAGAG
CTATTAAGGAAAAGTAATTGGTGCTTCCTGTTATTTTTGTTGTTAGACTTGGGATTCTGTTCTTGTGGCTATCTTCT
TTTAGGTTTGTTGAAGGATTACTTTCTTGCTTTTTTTAGGGTGTAATTTCCCTCTTTGTGTTGGAGTTTTCTCTTTA
TTATCCTTTGAAGGGCTGGATTCATGGAAAGATGTTGGGTGAATTTGGTTTTGTCATGGAATTCTTTGGTTTCTCCA
TCTATAATTGAGAGTTTTGCTGGGTATAGTAGCCTAAGCTGGCATTTGTGCTCTCTTAGTGTCTATAACATCTGTCC
AGGATCTTCTGGCTTTCATAATCTCTGGTGAGAAGTCTGGTGTAATTCTGATAGGCCTGCCTTTATATGTTACTTGA
CCTTTTTCCCTTACTGCTTTAAATATTCTATCTTCATTTAGTGCATTTTTTTTCTGATTTTTTATGTGTCAGGAGGA
ATTTCTTTTCTGCTCCAGTCTATTCGGATTCTGTAGGCTACTTCTATGTTCATGGGCATCTCCTTCTTTAGGTTACG
GACGTTTTCTTCTATAATTTTGTTGAAGATATTTACTGGCCCTTTAAGTTGAAAATCTCCATTCTCATCTATACCTA
TTATCTTTAGGTTTGGTCTTCTCATTGTGTCCTGGATTTCCTGGATGTTTTGAGTTAGGATCTTTTTTTGCATTTTGC
ATTTTTTTTTATTGTTGTGCCCATGTTTTCTACGGAATCTTATGCACCTGAGACTCTCTCTTCTACCTCTTGTATTC
TATTGGCTGATGCTTCCACCTATGTTTCTCGATTTCTTTCCTAGGATTTCTATCCCCAGAGTTGTCTCCCTTTGTGA
TTTCTTTATTGTTTCTACTTCCATTTTTAGATTTTGAATGGTTCTGTTCGATTCCATCGCCTGTTGGGTTGTGTTTT
TCTGTATTTCTTTGAGGGATTTTTGTGCTTCATCTTTAAGGTCTTCTACCTGTTTAGGAGTGTTTTCCTATAATTCT
TTGAGGGATTTTTGTGTTTTCTCTTTAAGGGCTTCTAGCAATTTAGCAGTGTTCTCCTGTATTTCTTTAAGTGAGTT
ATTAATGCCCTTCTTAAAATCCTCTACCAACATCATTAGATATGATTTTAAATCCGAATCTTGCTTTTCAGGTGTGT
TGGGGTATCCAGGACTCACTGTGGGGGGAGTACTGGGTTCTGATGATGAAAACTGGTCTTGGTTTTTATTAGTAAGA
TTCCTACTTTTGCCTTCCACCATCTGATAATATCTGTTGTTAGATATTCTAGCTGTCTCTGGCTGGAGCTTGTTCCT
CCTGTGATTCTGTCAGCCTCTGTCAGCACTCCTGGGAGTACAACTCTTTTCTGAGTCCCAATGTTCAGAGCATTCTC
TGCAGGCAAGCTCTCCTCTGGCAGGTAAGGTGCCCAGAGCTCTTGAGCTCAGCTCCACCTCCTGACTGCAGATGAAG
ACCCAAAGGGACCCTGTCCAATAAGCTCTGTTGCTTCTGCCACCCACATGCTCTCCTGTGCGAACTGGTCTCTGAGA
GACCCGGGATACAAGATGGTACTCTCACCTGAATCCCAGGGTCAAAGCCCTCCCTGGAGGCTGACTCTCCTCTTGTG
GGAAGGTGCACAGAGGTCTGGAGCTCAGCTCTGCCTCCTGGCTGAAGATGAAGGCCCGAAGGGACCCTGTCCAAGAA
GCTTTGTTGCTTCTGGGACCCACATGCTCTCCTACATGGACTGGTCTCTGAGAGACCAGGGATTCAAGATGGTGCTC
TCACCTGAGTCCCAGGGTCAGAGCCCTCTCTGGAGGCCAACTCTCCTCAGTGATCCTAAGATCCTGGGTATGCTAGG
GTGCCTATGGCATGGAGAGTCCTCTGAGGAATGTGGGACTGTCTGCTGAGTTTCCACCCAAGGTGGTGCTGGGCTGG

Fig. 3 (cont.)

CTCCAGTCAGAATGAACCCAGACTCTGGTTGGGCAGGTTTCCAGTCCTGTTGGCCCAAGCCCCTCTGGGTTGTTTTA
GAACAGATGTTGCTTTCCACTCACCAGTGATCCCAAGATCCTGGGCGTGCTAGGGTGCCTGCTATGTGGAGAGTCCA
CTGGGGACCTTAGGAGCATACATCAAGTTCACACCCATGGTGGCAAGGAGCTGGTGCCTACCAGAACAAACCCCGGG
CACTTTTACTGACCCTTTAAGTTGAAAATCTTCATTCTCATCTATACCTATTATCCTTAGGTTTGGTCTTCTCATTG
TGTCCTGGATTTCCTGGATGTTTTGACTTAAGATCTTTTTGCATTTTGCATTTTTTTGATTGTTGTGTCCATGTTCT
CTCTGGAATCTTCTACACCTGAGATTCTCTCCTCTGTATCTTGTATTCTGTTGGTGATGCTTGCATCTATTGCTCCT
GATCTCTTTCCTAGGGTTTCTATCTCCAGAGTTTTCTCCCTTTGTGATTTCTTTATTATTTCTACTTCCATTTTTAG
ATCCTAGATGATTTTGTTAAATTCCTTCACCTGTTTGGTTGTGTGTTCCTGTAATTCTTTAAGGGATTTTTGTATTT
CCTCTTTAAGGGCTTCTACCTGTTTAGCTGTGTTCTACTGTATTTCTTTAAAGGACTTATGAATGTCCTTCTTAAAA
ACCTCTACCAGCATCATGAGATGTGATCTTAAATGTCAATCTTCCCTTTCTGGTGTGTTGGGGTATCCAGGACTTGC
TGTGGTTGGAGTTCTGGGTTCTGGTAAACCTGCCTTAGAGGGTCACCACAGAGTAATGATAGCACTACTTTTAAACA
GGGGAAGATGATGAAATAATTGCTGTGGGAAAATGCAAGGAAGGCTCCAACACATGTAGGCATCTATGAAGGTCTCA
AATCTTCAAAATCCAAAACCACCAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAA
GAAAGAAAGAAAGAAAGAAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAG
GAAGGAAGGAAGGAAGATTCTAAAAGTAGTCACCTGCACCAGGTGCCTGGGGAGTCACTCAGCAGCCCTAGACTGAG
AAAGCTTGAAGAAAGTAGAAATAGAGAAAGTGTACAGCCAGTATCCTCTAGCTACTCACATCCAAACAGGGCCTCCT
GACTGCTCTGAGCCTGTCCTAAGAACAGCAATGATGCCACAGAAATTTTTAGAGTGAACCCTGAAGGAACTTGAGGC
CGATATGAGAAAGCCAGTCCCAGAGGAAAGGAAAACCCGTAGAGAGAAAACAGGTGAGTTAGTGCATTAAAGGGGCT
GAGCAGGCAACGCGCCGTCGACCGGAGGAGTTTCTTCCCTGTGCGGAGTCCACGGGCCTCCTGTGAGTGTGTGCATG
GGCACAAGTGTGTGTGTGGCTCTGCTGTGTGTCTGTACACACATATGTTTTGGGTTTTTTTGTGTCTCAGACCACAG
AGTCTGCCCCTCCCACCAAAGCCCAGGCAGAAGGATGAACCCACGCCCCTGGGGCCCAGGCCTCAGCAGCCTCTGCG
GGATCATTGTTCCCAGTTGTCACTTGCCTTTGCCACAGCCCTATTTCTCCACAATTCCTTAAAGTCCTCAACATGCA
TTTAAGGCACAAAGGTGAAACTGCCCAGAAACATCTGACTCCGCCGTGGAACCCAGGAGCAAGCTGGGTTAGCTAAG
GAGCGGGGCCGTTGGCAGAGGCTGGGGATCCAGGCTGAACTTTGGAGGAGGCATGTCCCAGCATGGGCTCCTGACTA
TGTCCTCCTGGGACAAACCCAAACCCACTCTTTGAATATGGGAGGGACTTTGCTGGCCCCGGCCCTGACCGCAGCAC
TTGGAAACTGAGGAGTGGTCGCCTCCTCCGTGTCACAGCTGCCCGTTCACCATCATAGAAGCAACTCTGTCACCTCC
ATGGGCCCCTCTGTGGCTGCTGCCTGGGTCCAAGCTGAGCCCAGCTGCCCAGGCCCAGAAGGAAAGCCCAGGCCAGG
TGCCCAGCACAGAGGCAGTCACATACCCCGGGGAGAGCCACAGCAAGCAGCCAATATTGCCCAGGAGAGGAGTAGCT
GACAAGGCAGAACGTGAGCTGCCATCGGCTCGAGAGGCTTTGCTGGTCCTCCTGGGGCTCTGGACATGACCAGGAGG
AGCGAGGGAAGAAGTCGCATGGTGGTCCCATCCTGGGTGGGGCCTGATGGCAGCTGGCCACCCGTCCCAGAGTGGCA
GCCAGATGCCAGCGCCATTCCCACAGTCACATCATTGGTCACAGAATGCAGGACATAGAGTGTCTTCTTTCCATCAC
AGTGCTGTCCAGACCCATAGCCTAGGGTAGACCTGGAAGATTCAATGTCCACACCCGGGGCTGGAGCGTAGCCATGA
GCCACGCCCCCTGCCCGTGCATGGAAAGCCAGCCCAAGCTCTGCTCCATCCCTAGCCAAAGTCAGTGTCCTTTCCCC
TTCTCCCAAGTGAGCTCTAGCCACCTGCCTACCCTGCCATCTGAGGATGACAGCCTTCATTCCATTGGAACCTGGCT
CTGCCACCAGCAGGCTTGCAGTCCTGGGCAGACTCCGTCACCTCTCTATGCCTCAGCCTTTCCATCTGCACAGGAGG
AAGATGATGATGGTGGTGATGATGATGGCGATGGTTTCCTTTTGCATCTGAGGCAAGGACTAATTGAGATGATACAC
ATCAGGCACTGGGTATGGTGCTGGTCCTTCCTGAGCACTCAATCTATGTGAGCTGTCCTTGTGAAATGGGTGTCACC
ACATTTCCCCACGCAGAACATCCTTTGTCTGCCATACTTGAAACGTCTGCCCCAATACTAACAGCTCCTCATGGAAG
ATGTGCCCACCCACCCACCCTCATACTCCCAAAGGTGCCCGTGCTTTATCAAGCCAAAGTCCAGCCAGGAACTTTAC
AGCAGCATCCCTTTCCCTCTCCAAGCACCAAGGAGCAAGGCAAAGCACTACATCTTCCATCTGGAGGCAATGCCACC
CTCTTCTCCCATTTTCACTGCCATCCCTAAGAGGCAGTGCTTCCCCAAAAGGTTCCATAGCAGCCTGCCTACAGCAA
CTCTGTTCACACGAGTTTCAGCATCCTTGCAGTGGCTCCCCTGCCATGCTGTGGCTCTTCATTCACCCTCTTCTCCT
GCTCCCCGTGACAGGCATAGATTCTGAGTGATCTGGATACATTGCTTTGTTTAATAACATTACAGCTTCTGTGCTGA
AAAAGATACAGCAGATAGAGAAGGCAATTGTTGAACACAAAATAGTGACAGCAGAGATGACGGCAAGTTGGCATTTT
TCTTTTCTAGCAATAAAACTTAAAGCTGACTCAAGGAGAAATGGAAATCATAATTGGAACAGTAATCCTCAAGAAAG
CATTAAGATTATTAAATAATTGCCCTCACAGATGACTTCAGGCCAAGATGGCTTTATGGGTGAAGTTTAGACTTTCA
CAAAACTAATCAGTTCCCATAAGAACTGCTCCAGGATTTGGAGGAACATGGGAAAGTCTATTAAAGGGATCACAATT
CACAGTCCCCAGAGTAAAACATGGGCTAACTTGCATTTTGGCAAAGAGCCAAATGTTATAAATGACATCCTAGAAGG
CCAAATTCTGTCCATCTCGTTGAACAAGGACTTACACCAGGAATTTAGAACTATTTATAGCTCATCCCACCACTCAG
GCCAATGATGACCCATGATCATCTCACCAGAAATGGAAAGACTCAGATGATTAATAGAGTCTCAATTTCTCTGAGAC
ATCTAAGAGCCCAGCCCAAGCCCAGACCCAGGAGGGCACCCAGGCCTGGACAGAGAACACTGATATCACACCAGCCC
TCCAGAGGGAAGCAGAGACTCCTTCAAGCTCTGGAAACACAGGCCCAGACAGCTGCCCAAAGTTGGGCAGGCTTCAC
TGCAAACCCAAATCATGAAGCTAGGTAACACCTTTACAGATTCTTTACATTTAAAAATCATCAAAACAAGAGTAAAT

Fig. 3 (cont.)

AATAAACTCAAATAATATTAATCTAATATGTAAAGGTCTTGTACCATTATTATGCAAACAACATACATAAGCTAATA
AGAAAAAGAACAAATCCCTTAAGAAATCAGCAAAAAGGATATAACACAATTTCTAAAAGAAAACAAATGGCTAGCAC
ACATAAGGAAAACACTTTGTGAACAGACATTCTTCAGAACATTATTTATAATTATAAAATAGTTGAAAGCAAGATAG
TGCCTGAAGAAATTATGGTGCATACATTAGTGGGACTATTCTGCAAACATTCCCAATTATACTTGTCACATATCTGT
GATAACGTGACAGCCAGCATTCATGGGGTGACCTCATTTGGTAAAAGGGTGCAAAGCTCAACACGCATTGTGAGATG
ACTGTGGTGTAAAATTAGTGGGATTATTCCGCAAACATTCCCAATTATACTTACCGCATATCTGTGATAACATGACA
GCATTCATGGGGTGACCTCATTTGGTAAAAGGGTGCAAAGCTCAACACGCATTGTGAGATGACTGGTGTAAATACAA
AGACCAAACTGTGAAAAGGAGTCCATCAATTAATCGATGCTTACCTTCAGTTTTGGGCTAATTTTTAAAGTATGCTA
TAAGCATATGCTCCTGTTATAACAGAATGGAGGGATTATGAGAGATGATGCAGGTGTGTCCTGGGCCTCCCCTGGCC
CACTGGGCCCTAGAGATGCCTTCCCAGGCATCGCTGTCAGGGCTTCCCTCAGAGGGAGTCCTGTATTGACCTCACCA
CCAAGGTCTGGAGCAGGGGATCCTTAGATATTGGTTGGGGTTATCTCACCTTAGGTCTGAATATGGGGTTGTCTTAG
ACTGTTTTGTGCTGTTAGAATAGAATACCCAAGACTGGGAAATTTATACTGAACGGAAATTTATTTCTCACAGTTCT
AGAGGCTGTGAAGTCCAAGAGCACAGGTGCCAGAGCAAGTCCAAGAGCAAGGGAAAGTCCAAAGCAAGTCCAGGAGC
ATCTGGCGAGGACCTTCTTGCTGTGTCATCACATGGCGGAAGGCAAGAAAGAGAGCAAGAGGGGGCCGAACTCACCC
TTTTATAACAGCACCAATCCCACCCATGAGGTGGGGACCTTATGACCTAATCACTCTTCATACTGTTACAATGGCAA
TGAAATTTCAACATGAGTTTTGGAGGAGAGAAGCATTCAAACCACAGCAAGGGTGCTCCTACCTCCTCTCTCAGGGC
ATCTGCAGAAAGAGCTGCAACTGCACGTCCTTCCTCCGTCCATCCTCCATCCCTTCCCAATGTCCGTGCATATCCTG
TGACCCAGGAGGTCTGGCATAGGGGGTGCTCCTGCCTTAGGTCTGAGGCCCTGTCTGAAGAGGGGTAGGTGAGGAGG
CCATCTGATGGTCTGGGCCAAGACAGTCACAGGACGCATCATTTATCATCAAGGAGGCTGAGGGTTGAGTCTCCAGG
TCCAGGGAACTCCCCACAAAGTGGGAACCCTGCCCAGCTCCACACAGCCTCTGCTGGGGGACCCTGCTCTGGTGCAG
AGCCTGGGGACAGGTCTTGAGCTCAGCCAGAGTCTGCCTCCCTGTCATTTAGGAACTAAACCAAGCGGCAGGATGCT
GGAGCCCAGCCCCCATCTGACCTTACAGGGCCAAGGCTGGGGCCCTGGGTTCCCCTCAAGGCACAGCAGGACTGGAG
CCCCAGGCAGTGCAGGAGTGGCCAAAGCTGGGGCTTCCTCCAGAGCCCCCAAGCATCATGGCACCAAGAAGGGTAGG
ACCCTGGCCTGAGGAATTGGCACCAAAGCCCCAGAAACTACCCTGGACACCATGGAGAGAGGCTTGGAGGGGAAGCA
CCAGGCACTGCCTCCCCTTCTGATCCCACCTGAGGTGGCTGCCAAGCCCAGAGAGCCGCTCTGATGTCCCCCAGCCC
TGCAGCCCAGGGATACCTGTACTGTGCCCCTGGGGGACCCCTGGCCAGTCTGTGCAAAGAAGTCACCACCCTACACT
CAGAGACAGTGGGGGTCCTCGTCCCACATCCTCAGAGCATGGCCCGGCTGCTGCAGGGATGGTCTCCTTGTCCTCAG
AGCATGGCCCGGCTGCTGCAGGGATGGTCTCCTTGTCCTCAGAGCATGGCCCAGCTGCTGCAGGGATGGTCTCCTGG
AGGCCCCCCAGTGCTCTATTGTCAGGGCTCCCTCCACCCCCCCGCACCAAGAGAGAGCCAGACCCCAGCAAGGCTTC
CAGTGGCTTCAGGTCACACCCCTAGGCTGACCCCAGCCCCATTAACACCTGCCTGAGAAAGCTCCACGCACCAGAAC
TGACCGTCTGCTCCAACTCTTGACCTCCCGTTCTCAGGGCGTCTGCTGAAAAGGCTGCAACTGCACATCCTTCCTCC
GTCCGTTCCCGATGTCCGTGTGTCTCCTGTGGCCAGGAAGGTCTTTCTCGGGACCTGAGAGCCGCTCCCTGAAGTGT
CCCCATTGGGAAGGATGGGGCCTGTGTCTCCAGGCTCTGGGAGGACAGAATCCTGACCTCAACAGTGGCCGGCACGG
ACACAACTGGCCCCATCCCGGGGACGCTGACCAGCGCTGGGCAACTTTTCCCTTCCCCGACGACTGAGCCCCGAGCA
CCCTCCCTGCTCCCCTACCACCTCCCTTTACAAGGCTGTGGCCTCTGCACAGATGATAATGGAGCTTGGCTCATTCC
CCTAGAGTCGGTAGGGAGTTAAGGACAAAACTCAGTTTCCTCCACCTGAACTCAAGTCTGCCTATGTTTACCTAATC
ACACCTGGTGGACAGTTTGGACAAACTTGCACACTCAGAGACACAGACACTTCTAGAAATCATTATCTCCCTGCCCC
GGGGACCCCACTCCAGCAGAAGTCTGCTAGGCACTGGCCTGGGCCCTCCTGCTGTCCTAGGAGGCTGCTGACCTCCT
GCCTGGCTCCTCTCCCCAGGTCCAGAGTCAGAGCAGACTCCAGGGACGCTGCAGGCTAGGAAGCCGCCCCCTCCAGG
CCAGGGTCTAGTGCAGGTGCCCAGGACAAGAAAGATTGTGAATGCAGGAATGACTGGGCCACACCCCTCCCGTGCAC
GCCCCCTCCTGCCCTGCACCCCACAGCCCAGCCCCCCGTGCTGGATGCCCCCCCACAGCAGAGGTGCTGTTCTGTGA
TCCCCTGGGAAAGACGCCCTCAACCTCCACCCTGTCCCACGGCCCAAGGAAGACAAGACACAGGCCCTCTCCTCACA
GTCTCCCCACCTGGCTCCTGCTGGGACCCTCAAGGTGTGAACAGGGAGGATGGTTGTCTGGGTGGCCCCTAGGAGCC
CAGATCTTCACTCCACAGACCCCAACCCAAGCACCCCCTTCTGCAGGGCCCAGCTCATCCCCCTCCTCCTCCCTCTG
CTCTCCTCTCGTCGCCTCTACGGGAAATCCGGGACTCAGCAGTAACCCTCAGGAAGCAGGGCCCAGGCGCCGTTTAA
TAGGAGGCTTCCTCACAATGAAACTTTTAGAAAGCCTTGACTACAATGATGACCTTGGTGTGGCTGTGAACACTGTC
AGCTCCCACAGCTGCTGCAGCAAAAAATGTCCATAGACAGGGTGGGGGCCCGGGGTCGTCTGCTGTCCTGCTCAGCC
CACAGCACGCATGGAGGATCTGAGGTGCCACACCTGACGCCCAGGCCAGAACATGCCTCCCTCCAGGGTGACCTGCC
ATGTCCTGCATTGCTGGAGGGACAGGGGCAGCCTATGAGGATCTGGGGCCAGGAGATGAATCCTATTAACCCAGAGG
AAAACTAACAGGACCCAAGCACCCTCCCCGTTGAAGCTGACCTGCCCAGAGGGGCCTGGGCCCACCCCACACACCGG
GGCGGAATGTGTACAGGCCCCGGTCTCTGTGGGTGTTCCGCTAACTGGGGCTCCCAGTGCTCACCCCACAACTAAAG
CGAGCCCCAGCCTCCAGAGCCCCCGAAGGAGATGCCGCCCACAAGCCCAGCCCCCATCCAGGAGGCCCCAGAGCTCA
GGGCGCCGGGGCAGATTCTGAACAGCCCCGAGTCACGGTG[redacted]CACCGTGAGAAAAACTGTGT

Fig. 3 (cont.)

D1-1

**CCAAAACTGTCTCCTGGCCCCTGCTGGAGGCCGCGCCAGAGAGGGGAGCAGCCGCCCCGAACCTAGGTCCTGCTCAG
CTCACACGACCCCCAGCACCCAGAGCACAGTGGAGTCCCCACTGAATGGTGAGGATGGGGACCAGGGCTCCAGGGGG
TCATGGAAGGGGCTGGACCCCATCCTACTGCTATGGTCCCAGTGCTCCTGGCCAGAAACGACCCTACCACCGACAAG
AGTCCCTCAGGGAAACGGGGGTCACTGGCACCTCCCAGCATCAACCCCAGGCAGCACAGGCATAAACCCCACATCCA
GAGCCGACTCCAGGAGCAGAGACACCCCAGTACCCTGGGGGACACCGACCCTGATGACTCCCCACTGGAATCCACCC
CAGAGTCCACCAGGACCAAAGACCCCGCCCCTGTCTCTGTCCCTCACTCAGGACCTGCTGCGGGGCGGGCCATGAGA
CCAGACTCGGGCTTAGGGAACACCACTGTGGCCCCAACCTCGACCAGGCCACAGGCCCTTCCTTCCTGCCCTGCGGC
AGCACAGACTTTGGGGTCTGTGCAGAGAGGAATCACAGAGGCCCCAGGCTGAGGTGGTGGGGGTGGAAGGCCCCCAG
GAGGTGGCCCACTTCCCTTCCTCCCAGCTGGAACCCACCATGACCTTCTTAAGATAGGGGTGTCATCCGAGGCAGGT
CCTCCATGGAGCTCCCTTCAGGCTCCTCCCTGGTCCTCACTAGGCCTCAGTCCCGGCTGTGGGAATGCAGCCACCAC
AGGCACACCAGGCAGCCCAGACCCAGCCAGCCTGCAGTGCCCAAGCCCACATTCTGGAGCAGAGCAGGCTGTGTCTG
GGAGAGTCTGGGCTCCCCACCGCCCCCCCGCACACCCCACCCACCCCTGTCCAGGCCCTATGCAGGAGGGTCAGAGC
CCCCCATGGGGTATGGACTTAGGGTCTCACTCACGCGGCTCCCCTCCTGGGTGAAGGGGTCTCATGCCCAGATCCCC
ACAGCAGAGCTGGTCAAAGGTGGAGGCAGTGGCCCCAGGGCCACCCTGACCTGGACCCTCAGGCTCCTCTAGCCCTG
GCTGCCCTGCTGTCCCTGGGAGGCCTGGACTCCACCAGACCACAGGTCCAGGGCACCGCCCATAGGTGCTGCCCACA
CTCAGTTCACAGGAAGAAGATAAGCTCCAGACCCCCAAGACTGGGACCTGCCTTCCTGCCACCGCTTGTAGCTCCAG
ACCTCCGTGCCTCCCCCGACCACTTACACACGGGCCAGGGAGCTGTTCCACAAAGATCAACCCCAAACCGGGACCGC
CTGGCACTCGGGCCGCTGCCACTTCCCTCTCCATTTGCTCCCAGCACCTCTGTGCTCCCTCCCTCCTCCCTCCTTCA
GGGGAACAGCCTGTGCAGCCCCTCCCTGCACCCCACACCCTGGGGAGGCCCAACCCTGCCTCCAGCCCTTTCTCCCC
CGCTGCTCTTCCTGCCCATCCAGACAACCCTGGGGTCCCATCCCTGCAGCCTACACCCTGGTCTCCACCCAGACCCC
TGTCTCTCCCTCCAGATACCCCTCCCAGGCCAACCCTGCACATGCAGGCCCTCCCCTTTTCTGCTGCCAGAGCCTCA
GTTTCTACCCTCTGTGCCTACCCCCTGCCTCCTCCTGCCCACAACTCGAGCTCTTCCTCTCCTGGGGCCCCTGAGCC
ATGGCACTGACCGTGCACTCCCACCCCCACACTGCCCATGCCCTCACCTTCCTCCTGGACACTCTGACCCCGCTCCC
CTCTTGGACCCAGCCCTGGTATTTCCAGGACAAAGGCTCACCCAAGTCTTCCCCATGCAGGCCCTTGCCCTCACTGC
CCGGTTACACGGCAGCCTCCTGTGCACAGAAGCAGGGAGCTCAGCCCTTCCACAGGCAGAAGGCACTGAAAGAAATC
GGCCTCCAGCACCCTGATGCACGTCCGCCTGTGTCTCTCACTGCCCGCACCTGCAGGGAGGCTCGGCACTCCCTGTA
AAGACGAGGGATCCAGGCAGCAACATCATGGGAGAATGCAGGGCTCCCAGACAGCCCAGCCCTCTCGCAGGCCTCTC
CTGGGAAGAGACCTGCAGCCACCACTGAACAGCCACGGAGCCCGCTGGATAGTAACTGAGTCAGTGACCGACCTGGA
GGGCAGGGGAGCAGTGAACCGGAGCCCAGACCATAGGGACAGAGACCAGCCGCTGACATCCCGAGCCCCTCACTGGC
GGCCCCAGAACACCGCGTGGAAACAGAACAGACCCACATTCCCACCTGGAACAGGGCAGACACTGCTGAGCCCCCAG
CACCAGCCCTGAGAAACACCAGGCAACGGCATCAGAGGGGGCTCCTGAGAAAGAAAGGAGGGGAGGTCTCCTTCACC
AGCAAGTACTTCCCTTGACCAAAAACAGGGTCCACGCAACTCCCCCAGGACAAAGGAGGAGCCCCCTGTACAGCACT
GGGCTCAGAGTCCTCTCCAACACACCCTGAGTTTCAGACAAAAACCCCCTGGAAATCATAGTATCAGCAGGAGAACT
AGCCAGAGACAGCAAGAGGGGACTCAGTGACTCCCGCGGGACAGGAGGATTTTGTGGGGGCTCGTGTCACTGTG[redacted]CACAGTGACACAGCCCCATTCCCAAAGCCCTGCTGTAAACGCTTCCAC**

**D2-2**

TTCTGGAGCTGAGGGGCTGGGGGGAGCGTCTGGGAAGTAGGGCCTAGGGGTGGCCATCAATGCCCAAAACGCACCAG
ACTCCCCCCCAGACATCACCCCACTGGCCAGTGAGCAGAGTAAACAGAAAATGAGAAGCAGCTGGGAAGCTTGCACA
GGCCCCAAGGAAAGAGCTTTGGCGGGTGTGCAAGAGGGGATGCGGGCAGAGCCTGAGCAGGGCCTTTTGCTGTTTCT
GCTTTCCTGTGCAGATAGTTCCATAAACTGGTGTTCAAGATCGATGGCTGGGAGTGAGCCCAGGAGGACAGTGTGGG
AAGGGCACAGGGAAGGAGAAGCAGCCGCTATCCTACACTGTCATCTTTCAAGAGTTTGCCCTGTGCCCACAATGCTG
CATCATGGGATGCTTAACAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAAATGGATTTGCAGCACAGATCTG
AATAAATTCTCCAGAATGTGGAGCCACACAGAAGCAAGCACAAGGAAAGTGCCTGATGCAAGGGCAAAGTACAGTGT
GTACCTTCAGGCTGGGCACAGACACTCTGAAAAGCCTTGGCAGGAACTCCCTGCAACAAAGCAGAGCCCTGCAGGCA
ATGCCAGCTCCAGAGCCCTCCCTGAGAGCCTCATGGGCAAAGATGTGCAGAACATATGTTTGTCATAGCCCCAAACT
GAGAATGAAGCAAACAGCCATCTGAAGGAAAACAGGCAAATAAACGATGGCAGGTTCATGAAATGCAAACCCAGACA
GCCAGAAGGACAACAGTGAGGGTTACAGGTGACTCTGTGGTTGAGTTCATGACAATGCTGAGTAATTGGAGTAACAA
AGGAAAGTCCAAAAAATACTTTCAATGTGATTTCTTCTAAATAAAATTTACAGCCGGCAAAATGAACTATCTTCTTA
AGGGATAAACTTTCCACTAGGAAAACTATAAGGAAAATCAAGAAAAGGATGATCACATAAACACAGTGGTCGTTACT
TCTACTGGGGAAGGAAGAGGGTATGAACTGAGACACACAGGGTTGGCAAGTCTCCTAACAAGAAGAGAACAAATACA
TTACAGTACCTTGAAAACAGCAGTTAAAATTCTAAATTGCAAGAAGAGGAAAATGCACACAGCTGTGTTTAGAAAAT
TCTCAGTCCAGCACTGTTCATAATAGCAAAGACATTAACCCAGGTTGGATAAATAAACGATGACACAGGCAATTGCA
CAATGATACAGACATACATTCAGTATATGAGACATTGATGATGTATCCCCAAAGAAATGACTTTAAAGAGAAAAGGC

Fig. 3 (cont.)

CTGATATGTGGTGGCACTCACCTCCCTGGGCATCCCCGGACAGGCTGCAGGCACACTGTGTGGCAGGGCAGGCTGGT
ACCTGCTGGCAGCTCCTGGGGCCTGATGTGGAGCAGGCACAGAGCCGTATCCCCCCGAGGACATATACCCCCAAGGA
CGGCACAGTTGGTACATTCCGGAGACAAGCAACTCAGCCACACTCCCAGGCCAGAGCCCGAGAGGGACGCCCATGCA
CAGGGAGGCAGAGCCCAGCTCCTCCACAGCCAGCAGCACCTGTGCAGGGGCCGCCATCTGGCAGGCACAGAGCATGG
GCTGGGAGGAGGGGCAGGGACACCAGGCAGGGTTGGCACCAACTGAAAATTACAGAAGTCTCATACATCTACCTCAG
CCTTGCCTGACCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGACCTCACCTGGCCTAGACCTCACCTCTGGG
CTTCACCTGAGCTCGGCCTCACCTGACTTGGACCTTGCCTGTCCTGAGCTCACATGATCTGGGCCTCACCTGACCTG
GGTTTCACCTGACCTGGGCTTCACCTGACCTGGGCCTCATCTGACCTGGGCCTCACTGGCCTGGACCTCACCTGGCC
TGGGCTTCACCTGGCCTCAGGCCTCATCTGCACCTGCTCCAGGTCTTGCTGGAACCTCAGTAGCACTGAGGCTGCAG
GGGCTCATCCAGGGTTGCAGAATGACTCTAGAACCTCCCACATCTCAGCTTTCTGGGTGGAGGCACCTGGTGGCCCA
GGGAATATAAAAAGCCTGAATGATGCCTGCGTGATTTGGGGGCAATTTATAAACCCAAAAGGACATGGCCATGCAGC
GGGTAGGGACAATACAGACAGATATCAGCCTGAAATGGAGCCTCAGGGCACAGGTGGGCACGGACACTGTCCACCTA
AGCCAGGGGCAGACCCGAGTGTCCCCGCAGTAGACCTGAGAGCGCTGGGCCCACAGCCTCCCCTCGGTGCCCTGCTA
CCTCCTCAGGTCAGCCCTGGACATCCCGGGTTTCCCCAGGCCTGGCGGTAGGTTTGGGGTGAGGTCTGTGTCACTGT
G[redacted]CACAGTGTCACAGAGTCCATCAAAAACCCATCCCTGGGAACCTGC
D3-3
TGCCACAGCCCTCCCTGTGGGGCACCGCCGCGTGCCATGTTAGGATTTTGACTGAGGACACAGCACCATGGGTATGG
TGGCTACCGCAGCAGTGCAGCCTGTGACCCAAACACACAGGGCAGCAGGCACAACAGACAAGCCCACAAGTGACCAC
CCTGAGCTCCTGCCTGCCAGCCCTGGAGACCATGAAACAGATGGCCAGGATTATCCCATAGGTCAGCCAGACCTCAG
TCCAACAGGTCTGCATCGCTGCTGCCCTCCAATACCAGTCCGGATGGGGACAGGGCCGGCCCACATTACCATTTGCT
GCCATCCGGCCAACAGTCCCAGAAGCCCCTCCCTCAAGGCTGGGCCACATGTGTGGACCCTGAGAGCCCCCCATGTC
TGAGTAGGGGCACCAGGAAGGTGGGGCTGGCCCTGTGCACTGTCACTGCCCCTGTGGTCCCTGGCCTGCCTGGCCCT
GACACCTGGGCCTCTCCTGGGTCATTTCCAAGACAGAAGACATTCCCAGGACAGCTGGAGCTGGGAGTCCATCATCC
TGCCTGGCCATCCTGAGTCCTGCGCCTTTCCAAACCTCACCCGGGAAGCCAACAGAGGAATCACCTCCCACAGGCAG
AGACAAAGACCTTCCAGAAATCTCTGTCTCTCTCCCCAGTGGGCACCCTCTTCCAGGGCAGTCCTCAGTGATATCAC
AGTGGGAACCCACATCTGGATCGGGACTGCCCCCAGAACACAAGATGGCCCACAGGGACAGCCCCACAGCCCAGCCC
TTCCCAGACCCCTAAAAGGCGTCCCACCCCCTGCATCTGCCCCAGGGCTCAAACTCCAGGAGGACTGACTCCTGCAC
ACCCTCCTGCCAGACATCACCTCAGCCCCTCCTGGAAGGGACAGGAGCGCGCAAGGGTGAGTCAGACCCTCCTGCCC
TCGATGGCAGGCGGAGAAGATTCAGAAAGGTCTGAGATCCCCAGGACGCAGCACCACTGTCAATGGGGGCCCCAGAC
GCCTGGACCAGGGCCTGCGTGGGAAAGGCCTCTGGGCACACTCAGGGGCTTTTTGTGAAGGGTCCTCCTACTGTG[redacted]CACAGTGATGAACCCAGCAGCAAAAACTGACCGGACTCCCAAGGTTTATGCACACTTCTCCGC
D4-4
TCAGAGCTCTCCAGGATCAGAAGAGCCGGGCCCAAGGGTTTCTGCCCAGACCCTCGGCCTCTAGGGACATCTTGGCC
ATGACAGCCCATGGGCTGGTGCCCCACACATCGTCTGCCTTCAAACAAGGGCTTCAGAGGGCTCTGAGGTGACCTCA
CTGATGACCACAGGTGCCCTGGCCCCTTCCCCGCCAGCTGCACCAGACCCCGTCCTGACAGATGCCCCGATTCCAAC
AGCCAATTCCTGGGGCCAGGAATCGCTGTAGACACCAGCCTCCTTCCAACACCTCTTGCCAATTGCCTGGATTCCCA
TCCCGGTTGGAATCAAGAGGACAGCATCCCCCAGGCTCCCAACAGGCAGGACTCCCACACCCTCCTCTGAGAGGCCG
CTGTGTTCCGTAGGGCCAGGCTGCAGACAGTCCCCCTCACCTGCCACTAGACAAATGCCTGCTGTAGATGTCCCCAC
CTGGAAAAGACCACTCATGGAGCCCCCAGCCCCAGGTACAGCCATAGAGAGAGTCTCTGAGGCCCCTAAGAAGTAGC
CATGCCCAGTTCTGCCGGGACCCTCGGCCAGGCTGACAGGAGTGGACGCTGGAGCTGGGCCCACACTGGGCCACATA
GGAGCTCACCAGTGAGGGCAGGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGACCAGAGGCCCGTCCCAGAG
CCCAGGAGGCTGCAGAGGCCTCTCCAGGGGGACACTGTGCATGTCTGGTCCCTGAGCAGCCCCCCATGTCCCCAGTC
CTGGGGGCCCCTGGCACAGCTGTCTGGACCCTCTCTATTCCCTGGGAAGCTCCTCCTGACAGCCCCGCCTCCAGTTC
CAGGTGTGGTTATTGTCAGGGGGTGTCAGACTGTG[redacted]CACAGTGGTGCTGCCCATAGCA
D5-5
GCAACCAGGCCAAGTAGACAGGCCCCTGCTGTGCAGCCCCAGGCCTCCAGCTCACCTGCTTCTCCTGGGGCTCTCAA
GGCTGCTGTTTTCTGCACTCTCCCCTCTGTGGGGAGGGTTCCCTCAGTGGGAGATCTGTTCTCAACATCCCAGGGCC
TCATTCCTGCAAGGAAGGCCAATGGATGGGCAACCTCACATGCCGCGGCTAAGATAGGGTGGGCAGCCTGGCGGGGA
CAGGACATCCTGCTGGGGTATCTGTCACTGTGCCTAGTGGGGCACTGGCTCCCAAACAACGCAGTCCTCGCCAAAAT
CCCCACGGCCTCCCCCGCTAGGGGCTGGCCTGATCTCCTGCAGTCCTAGGAGGCTGCTGACCTCCAGAATGGCTCCG
TCCCCAGTTCCAGGGCGAGAGCAGATCCCAGGCCGGCTGCAGACTGGGAGGCCACCCCCTCCTTCCCAGGGTTCACT
GCAGGTGACCAGGGCAGGAAATGGCCTGAACACAGGGATAACCGGGCCATCCCCCAACAGAGTCCACCCCCCTCCTGC
TCTGTACCCCGCACCCCCAAGGCCAGCCCATGACATCCGACAACCCCACACCAGAGTCACTGCCCGGTGCTGCCCTA

Fig. 3 (cont.)

GGGAGGACCCCTCAGCCCCCACCCTGTCTAGAGGACTGGGGAGGACAGGACACGCCCTCTCCTTATGGTTCCCCCAC
CTGGCTCTGGCTGGGACCCTTGGGGTGTGGACAGAAAGGACGCTTGCCTGATTGGCCCCCAGGAGCCCAGAACTTCT
CTCCAGGGACCCCAGCCCGAGCACCCCCTTACCCAGGACCCAGCCCTGCCCCTCCTCCCATCTGCTCTCCTCTCATC
ACCCCATGGGAATCCAGAATCCCCAGGAAGCCATCAGGAAGGGCTGAGGGAGGAAGTGGGGCCACTGCACCACCAGG
CAGGAGGCTCCGTCTTTGTGAACCCAGGGAGGTGCCAGCCTCCTAGAGGGTATGGTCCACCCTGCCTATGGCTCCCA
CAGTGGCAGGCTGCAGGGAAGGACCAGGGACGGTGTGGGGGAGGGCTCAGGGCCCCGCGGGTGCTCCATCTTGGATG
AGCCCATCTCTCTCACCCACGGACTCACCCACCTCCTCTCCACCCTGGCCACACGTCGTCCACACCATCCTAAGTCC
CACCTACACCAGAGCCGGCACAGCCAGTGCAGACAGAGGCTGGGGTGCAGGGGGGCCGCCAGGGCAGCTTTGGGGAG
GGAAGGATGGAGGAAGGGGAGTTCAGTGAAGAGGCCCCCCTCCCCTGGGTCCAGGATCCTCCTCTGGGACCCCCGGA
TCCCATCCCCTCCAGGCTCTGGGAGGAGAAGCAGGATGGGAGAATCTGTGCGGGACCCTCTCACAGTGGAATACCTC
CACAGCGGCTCAGGCAAGACCCAAAAGCCCCTCAGTGAGCCCTCCACTGCAGTCCTGGGCCTGGGTAGCAGCCCCTC
CCACAGAGGATGAACCCAGCACCCCGAGGATGTCCTGCCAGGGGGAGCTCAGAGCCATGAAGGAGCAGGATATGGGA
CCCCCGATACAGGCACAGACCTCAGCTCCATTCAGGACTGCCACGTCCTGCCCTGGGAGGAACCCCTTTCTCTAGTC
CCTGCAGGCCAGGAGGCAGCTGACTCCTGACTTGGACGCCTATTCCAGACACCAGACAGAGGGGCAGGCCCCCCAGA
ACCAGGGATGAGGACGCCCCGTCAAGGCCAGAAAAGACCAAGTTGTGCTGAGCCCAGCAAGGGAAGGTCCCCAAACA
AACCAGGAAGTTTCTGAAGGTGTCTGTGTCACAGTG[redacted]CACAGTGACACTCGCCAGGCCAG
D6-6
AAACCCCATCCCAAGTCAGCGGAATGCAGAGAGAGCAGGGAGGACATGTTTAGGATCTGAGGCCGCACCTGACACCC
AGGCCAGCAGACGTCTCCTGTCCATGGCACCCTGCCATGTCCTGCATTTCTGGAAGAACAAGGGCAGGCTGAAGGGG
GTCCAGGACCAGGAGATGGGTCCCCTCTACCCAGAGAAGGAGCCAGGCAGGACACAAGCCCCCTCCCCATTGAGGCT
GACCTGCCCAGAGGGTCCTGGGCCCACCCCACACACCGGGGCGGAATGTGTGCAGGCCTCGGTCTCTGTGGGTGTTC
CGCTAGCTGGGGCTCACAGTGCTCACCCCACACCTAAAACGAGCCACAGCCTCAGAGCCCCTGAAGGAGACCCCGCC
CACAAGCCCAGCCCCCACCCAGGAGGCCCCAGAGCACAGGGCGCCCCGTCGGATTCTGAACAGCCCCGAGTCACAGT
G[redacted]CACTGTGAGAAAAGCTTCGTCCAAAACGGTCTCCTGGCCACAGTCGGAGGCCCCGCCAG
D1-7
AGAGGGGAGCAGCCACCCCAAACCCATGTTCTGCCGGCTCCCATGACCCCGTGCACCTGGAGCCCCACAGTGTCCCC
ACTGGATGGGAGGACAAGGGCCGGGGGCTCCGGCGGGTCGGGGCAGGGGCTTGATGGCTTCCTTCTGCCGTGGCTCC
AGTGCCCCTGGCTGGAGTTGACCCTTCTGACAAGTGTCCTCAGAGAGTCAGGGATCAGTGGCACCTCCCTAACATCA
ACCCCACGCAGCGCAGGCACAAACCCCACATCCAGGGCCAACTCCAGGAACAGAGACACCCCAATACCCTGGGGGAC
CCCAACCCTGATGACTCCCGTCCCATCTCTGTCCCTCACTTGGGGCCTGCTGCGGGGCGAGCACCTGGGAGCAAACT
CAGGATTAGGGGACACCACTGTGGGCCTGACCTCGAGCAGGCCACAGACCCTTCCCTCCTGCCCTGGTGCAGCACAG
ACTTTGGGGTCTGGGCAGGGAGGAACTTCTGGCAGGTCACCAAGCACAGAGCCCCCAGGCTGAGGTGGCCCCAGGGG
GAACCCCAGCAGGTGGCCCACTACCCTTCCTCCCAGCTGGACCCCATGTCTTCCCCAAGATAGGGGTGCCATCCAAG
GCAGGTCCTCCATGGAGCCCCCTTCAGGCTCCTCTCCAGACCCCACTGGGCCTCAGTCCCCACTCTAGGAATGCAGC
CACCACGGGCACACCAGGCAGCCCAGGCCCAGCCACCCTGCAGTGCCCAAGCCCACACCCTGGAGGAGAGCAGGGTG
CGTCTGGGAGGGGCTGGGCTCCCCACCCCCACCCCCACCTGCACACCCCACCCACCCTTGCCCGGGCCCCCTGCAGG
AGGGTCAGAGCCCCCATGGGATATGGACTTAGGGTCTCACTCACGCACCTCCCCTCCTGGGAGAAGGGGTCTCATGC
CCAGATCCCCCCAGCAGCGCTGGTCACAGGTAGAGGCAGTGGCCCCAGGGCCACCCTGACCTGGCCCCTCAGGCTCC
TCTAGCCCTGGCTGCCCTGCTGTCCCTGGGAGGCCTGGGCTCCACCAGACCACAGGTCTAGGGCACCGCCCACACTG
GGGCCGCCCACACACAGCTCACAGGAAGAAGATAAGCTCCAGACCCCCAGGCCCGGGACCTGCCTTGCTGCTACGAC
TTCCTGCCCCAGACCTCGTTGCCCTCCCCCGTCCACTTACACACAGGCCAGGAAGCTGTTCCCACACAGACCAACCC
CAGACGGGGACCACCTGGCACTCAGGTCACTGCCATTTCCTTCTCCATTCACTTCCAATGCCTCTGTGCTTCCTCCC
TCCTCCTTCCTTCGGGGGAGCACCCTGTGCAGCTCCTCCCTGCAGTCCACACCCTGGGGAGACCCGACCCTGCAGCC
CACACCCTGGGGAGACCTGACCCTCCTCCAGCCCTTTCTCCCCCGCTGCTCTTGCCACCCACCAAGACAGCCCTGGG
GTCCTGTCCCTACAGCCCCCACCCAGTTCTCTACCTAGACCCGTCTTCCTCCCTCTAAACACCTCTCCCAGGCCAAC
CCTACACCTGCAGGCCCTCCCCTCCACTGCCAAAGACCCTCAGTTTCTCCTGCCTGTGCCCACCCCCGTGCTCCTCC
TGCCCACAGCTCGAGCTCTTCCTCTCCTAGGGCCCCTGAGGGATGGCATTGACCGTGCCCTCGCACCCACACACTGC
CCATGCCCTCACATTCCTCCTGGCCACTCCAGCCCCACTCCCCTCTCAGGCCTGGCTCTGGTATTTCTGGGACAAAG
CCTTACCCAAGTCTTTCCCATGCAGGCCTGGGCCCTTACCCTCACTGCCCGGTTACAGGGCAGCCTCCTGTGCACAG
AAGCAGGGAGCTCAGCCCTTCCACAGGCAGAAGGCACTGAAAGAAATCGGCCTCCAGCGCCTTGACACACGTCTGCC
TGTGTCTCTCACTGCCCGCACCTGCAGGGAGGCTCGGCACTCCCTCTAAAGACGAGGGATCCAGGCAGCAGCATCAC
AGGAGAATGCAGGGCTACCAGACATCCCAGTCCTCTCACAGGCCTCTCCTGGGAAGAGACCTGAAGACGCCCAGTCA
ACGGAGTCTAACACCAAACCTCCCTGGAGGCCGATGGGTAGTAACGGAGTCATTGCCAGACCTGGAGGCAGGGGAGC

Fig. 3 (cont.)

AGTGAGCCCGAGCCCACACCATAGGGCCAGAGGACAGCCACTGACATCCCAAGCCACTCACTGGTGGTCCCACAACA
CCCCATGGAAAGAGGACAGACCCACAGTCCCACCTGGACCAGGGCAGAGACTGCTGAGACCCAGCACCAGAACCAAC
CAAGAAACACCAGGCAACAGCATCAGAGGGGGCTCTGGCAGAACAGAGGAGGGGAGGTCTCCTTCACCAGCAGGCGC
TTCCCTTGACCGAAGACAGGATCCATGCAACTCCCCCAGGACAAAGGAGGAGCCCCTTGTTCAGCACTGGGCTCAGA
GTCCTCTCCAAGACACCCAGAGTTTCAGACAAAAACCCCCTGGAATGCACAGTCTCAGCAGGAGAGCCAGCCAGAGC
CAGCAAGATGGGGCTCAGTGACACCCGCAGGGACAGGAGGATTTTGTGGGGGCTCGTGTCACTGTG[redacted]CACAGTGACACAGCCCCATTCCCAAAGCCCTACTGCAAACGCATTCCACTTCTGGGG
D2-8
CTGAGGGGCTGGGGGAGCGTCTGGGAAATAGGGCTCAGGGGTGTCCATCAATGCCCAAAACGCACCAGACTCCCCTC
CATACATCACACCCACCAGCCAGCGAGCAGAGTAAACAGAAAATGAGAAGCAAGCTGGGGAAGCTTGCACAGGCCCC
AAGGAAAGAGCTTTGGCGGGTGTGTAAGAGGGGATGCGGGCAGAGCCTGAGCAGGGCCTTTTGCTGTTTCTGCTTTC
CTGTGCAGAGAGTTCCATAAACTGGTGTTCGAGATCAATGGCTGGGAGTGAGCCCAGGAGGACAGCGTGGGAAGAGC
ACAGGGAAGGAGGACCAGCCGCTATCCTACACTGTCATCTTTCGAAAGTTTGCCTTGTGCCCACACTGCTGCATCAT
GGGATGCTTAACAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAGATGGATTTGCAGCACAGATCTGAATAAA
TTCTCCAGAATGTGGAGCAGCACAGAAGCAAGCACACAGAAAGTGCCTGATGCAAGGACAAAGTTCAGTGGGCACCT
TCAGGCATTGCTGCTGGGCACAGACACTCTGAAAAGCCCTGGCAGGAACTCCCTGTGACAAAGCAGAACCCTCAGGC
AATGCCAGCCCCAGAGCCCTCCCTGAGAGCCTCATGGGCAAAGATGTGCACAACAGGTGTTTCTCATAGCCCCAAAC
TGAGAGCAAAGCAAACGTCCATCTGAAGGAGAACAGGCAAATAAACGATGGCAGGTTCATGAAATGCAAACCCAGAC
AGCCACAAGCACAAAAGTACAGGGTTATAAGCGACTCTGGTTGAGTTCATGACAATGCTGAGTAATTGGAGTAACAA
AGTAAACTCCAAAAAATACTTTCAATGTGATTTCTTCTAAATAAAATTTACACCCTGCAAAATGAACTGTCTTCTTA
AGGGATACATTTCCCAGTTAGAAAACCATAAAGAAAACCAAGAAAAGGATGATCACATAAACACAGTGGTGGTTACT
TCTGCTGGGGAAGGAAGAGGGTATGAACTGAGATACACAGGGTGGGCAAGTCTCCTAACAAGAACAGAACGAATACA
TTACAGTACCTTGAAAACAGCAGTTAAACTTCTAAATTGCAAGAAGAGGAAAATGCACACAGTTGTGTTTAGAAAAT
TCTCAGTCCAGCACTGTTCATAATAGCAAAGACATTAACCCAGGTCGGATAAATAAGCGATGACACAGGCAATTGCA
CAATGATACAGACATATATTTAGTATATGAGACATCGATGATGTATCCCCAAATAAACGACTTTAAAGAGATAAAGG
GCTGATGTGTGGTGGCATTCACCTCCCTGGGATCCCCGGACAGGTTGCAGGCTCACTGTGCAGCAGGGCAGGCGGGT
ACCTGCTGGCAGTTCCTGGGGCCTGATGTGGAGCAAGCGCAGGGCCATATATCCCGGAGGACGGCACAGTCAGTGAA
TTCCAGAGAGAAGCAACTCAGCCACACTCCCCAGGCAGAGCCCGAGAGGGACGCCCACGCACAGGGAGGCAGAGCCC
AGCACCTCCGCAGCCAGCACCACCTGTGCACGGGCCACCACCTTGCAGGCACAGAGTGGGTGCTGAGAGGAGGGGCA
GGGACACCAGGCAGGGTGAGCACCCAGAGAAAACTGCAGACGCCTCACACATCCACCTCAGCCTCCCCTGACCTGGA
CCTCACTGGCCTGGGCCTCACTTAACCTGGGCTTCACCTGACCTTGGCCTCACCTGACTTGGACCTCGCCTGTCCCA
AGCTTTACCTGACCTGGGCCTCAACTCACCTGAACGTCTCCTGACCTGGGTTTAACCTGTCCTGGAACTCACCTGGC
CTTGGCTTCCCCTGACCTGGACCTCATCTGGCCTGGGCTTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCATCT
GGCCTGGACCTCACCTGGCCTGGACTTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACCTGGCCTCAGGCCTC
ACCTGCACCTGCTCCAGGTCTTGCTGGAGCCTGAGTAGCACTGAGGGTGCAGAAGCTCATCCAGGGTTGGGGAATGA
CTCTAGAAGTCTCCCACATCTGACCTTTCTGGGTGGAGGCAGCTGGTGGCCCTGGGAATATAAAAATCTCCAGAATG
ATGACTCTGTGATTTGTGGGCAACTTATGAACCCGAAAGGACATGGCCATGGGGTGGGTAGGGACATAGGGACAGAT
GCCAGCCTGAGGTGGAGCCTCAGGACACAGGTGGGCACGGACACTATCCACATAAGCGAGGGATAGACCCGAGTGTC
CCCACAGCAGACCTGAGAGCGCTGGGCCCACAGCCTCCCCTCAGAGCCCTGCTGCCTCCTCCGGTCAGCCCTGGACA
TCCCAGGTTTCCCCAGGCCTGGCGGTAGGTTTAGAATGAGGTCTGTGTCACTGTG[redacted]CACAGTGTCACAGAGTCCATCAAAAACCCATGCCTGGAAGCTTCCCGCCACAGCCCTCCCCATGGGGC
D3-9
CCTGCTGCCTCCTCAGGTCAGCCCCGGACATCCTGGGTTTCCCCAGGCTGGGCGGTAGGTTTGGGGTGAGGTCTGTG
TCACTGTG[redacted]CACAGTGTCACAGAGTCCATCAAAAACCCATCCCTGGG
D3-10
AGCCTCCCGCCACAGCCCTCCCTGCAGGGGACCGGTACGTGCCATGTTAGGATTTTGATCGAGGAGACAGCACCATG
GGTATGGTGGCTACCACAGCAGTGCAGCCTGTGACCCAAACCCGCAGGGCAGCAGGCACGATGGACAGGCCCGTGAC
TGACCACGCTGGGCTCCAGCCTGCCAGCCCTGGAGATCATGAAACAGATGGCCAAGGTCACCCTACAGGTCATCCAG
ATCTGGCTCCGAGGGGTCTGCATCGCTGCTGCCCTCCCAACGCCAGTCCAAATGGGACAGGGACGGCCTCACAGCAC
CATCTGCTGCCATCAGGCCAGCGATCCCAGAAGCCCCTCCCTCAAGGCTGGCCACATGTGTGGACACTGAGAGCCCT
CATATCTGAGTAGGGGCACCAGGAGGGAGGGGCTGGCCCTGTGCACTGTCCCTGCTCCTGTGGTCTCTGGCCTGCCT
GGCCCTGACACCTGAGCCTCTCCTGGGTCATTTCCAAGACAGAAGACATTCCTGGGGACAGCCGGAGCTGGGCGTCG
CTCATCCTGCCCGGCCGTCCTGAGTCCTGCTCATTTCCAGACCTCACCGGGGAAGCCAACAGAGGACTCGCCTCCCA

Fig. 3 (cont.)

CATTCAGAGACAAAGAACCTTCCAGAAATCCCTGCCTCTCTCCCCAGTGGACACCCTCTTCCAGGACAGTCCTCAGT
GGCATCACAGCGGCCTGAGATCCCCAGGACGCAGCACCGCTGTCAATAGGGGCCCCAAATGCCTGGACCAGGGCCTG
CGTGGGAAAGGCCTCTGGCCACACTCGGGCTTTTGTGAAGGGCCCTCCTGCTGTG[redacted]CATAG
D4-11
TGATGAACCCAGTGGCAAAAACTGGCTGGAAACCCAGGGGCTGTGTGCACGCCTCAGCTTGGAGCTCTCCAGGAGCA
CAAGAGCCGGGCCCAAGGATTTGTGCCCAGACCCTCAGCCTCTAGGGACACCTGGGCCATCTCAGCCTGGGCTGGTG
CCCTGCACACCATCTTCCTCCAAATAGGGGCTTCAGAGGGCTCTGAGGTGACCTCACTCATGACCACAGGTGACCTG
GCCCTTCCCTGCCAGCTATACCAGACCCTGTCTTGACAGATGCCCCGATTCCAACAGCCAATTCCTGGGACCCTGAA
TAGCTGTAGACACCAGCCTCATTCCAGTACCTCCTGCCAATTGCCTGGATTCCCATCCTGGCTGGAATCAAGAAGGC
AGCATCCGCCAGGCTCCCAACAGGCAGGACTCCCGCACACCCTCCTCTGAGAGGCCGCTGTGTTCCGCAGGGCCAGG
CCCTGGACAGTTCCCCTCACCTGCCACTAGAGAAACACCTGCCATTGTCGTCCCCACCTGGAAAAGACCACTCGTGG
AGCCCCCAGCCCCAGGTACAGCTGTAGAGACAGTCCTCGAGGCCCCTAAGAAGGAGCCATGCCCAGTTCTGCCGGGA
CCCTCGGCCAGGCCGACAGGAGTGGACGCTGGAGCTGGGCCCACACTGGGCCACATAGGAGCTCACCAGTGAGGGCA
GGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGACCAGAGGCCTGCCCCAGAGCCCAGGAGGCTGCAGAGGCC
TCTCCAGGGAGACACTGTGCATGTCTGGTACCTAAGCAGCCCCCCACGTCCCCAGTCCTGGGGGCCCCTGGCTCAGC
TGTCTGGGCCCTCCCTGCTCCCTGGGAAGCTCCTCCTGACAGCCCCGCCTCCAGTTCCAGGTGTGGTTATTGTCAGG
CGATGTCAGACTGTG[redacted]CACAGTGGTGCCGCCCATAGCAGCAACCAGGCCAAGTAG
D5-12
ACAGGCCCCTGCTGCGCAGCCCCAGGCATCCACTTCACCTGCTTCTCCTGGGGCTCTCAAGGCTGCTGTCTGTCCTC
TGGCCCTCTGTGGGGAGGGTTCCCTCAGTGGGAGGTCTGTGCTCCAGGGCAGGGATGATTGAGATAGAAATCAAAGG
CTGGCAGGGAAAGGCAGCTTCCCGCCCTGAGAGGTGCAGGCAGCACCACGGAGCCACGGAGTCACAGAGCCACGGAG
CCCCCATTGTGGGCATTTGAGAGTGCTGTGCCCCCGGCAGGCCCAGCCCTGATGGGGAAGCCTGTCCCATCCCACAG
CCCGGGTCCCACGGGCAGCGGGCACAGAAGCTGCCAGGTTGTCCTCTATGATCCTCATCCCTCCAGCAGCATCCCCT
CCACAGTGGGGAAACTGAGGCTTGGAGCACCACCCGGCCCCCTGGAAATGAGGCTGTGAGCCCAGACAGTGGGCCCA
GAGCACTGTGAGTACCCCGGCAGTACCTGGCTGCAGGGATCAGCCAGAGATGCCAAACCCTGAGTGACCAGCCTACA
GGAGGATCCGGCCCCACCCAGGCCACTCGATTAATGCTCAACCCCCTGCCCTGGAGACCTCTTCCAGTACCACCAGC
AGCTCAGCTTCTCAGGGCCTCATCCCTGCAAGGAAGGTCAAGGGCTGGGCCTGCCAGAAACACAGCACCCTCCCTAG
CCCTGGCTAAGACAGGGTGGGCAGACGGCTGTGGACGGGACATATTGCTGGGGCATTTCTCACTGTCACTTCTGGGT
GGTAGCTCTGACAAAAACGCAGACCCTGCCAAAATCCCCACTGCCTCCCGCTAGGGGCTGGCCTGGAATCCTGCTGT
CCTAGGAGGCTGCTGACCTCCAGGATGGCTCCGTCCCCAGTTCCAGGGCGAGAGCAGATCCCAGGCAGGCTGTAGGC
TGGGAGGCCACCCCTGCCCTTGCCGGGGTTGAATGCAGGTGCCCAAGGCAGGAAATGGCATGAGCACAGGGATGACC
GGGACATGCCCCACCAGAGTGCGCCCCTTCCTGCTCTGCACCCTGCACCCCCCAGGCCAGCCCACGACGTCCAACAA
CTGGGCCTGGGTGGCAGCCCCACCCAGACAGGACAGACCCAGCACCCTGAGGAGGTCCTGCCAGGGGGAGCTAAGAG
CCATGAAGGAGCAAGATATGGGGCCCCCGATACAGGCACAGATGTCAGCTCCATCCAGGACCACCCAGCCCACACCC
TGAGAGGAACGTCTGTCTCCAGCCTCTGCAGGTCGGGAGGCAGCTGACCCCTGACTTGGACCCCTATTCCAGACACC
AGACAGAGGCGCAGGCCCCCCAGAACCAGGGTTGAGGGACGCCCCGTCAAAGCCAGACAAAACCAAGGGGTGTTGAG
CCCAGCAAGGGAAGGCCCCCAAACAGACCAGGAGGTTTCTGAAGGTGTCTGTGTCACAGTG[redacted]CACAGTGACACTCACCCAGCCAGAAACCCCATTCCAAGTCAGCGGAAGCAGAGAGAGCACGGAGGACACGTT
D6-13
TAGGATCTGAGACTGCACCTGACACCCAGGCCAGCAGACGTCTCCCCTCCAGGGCACCCCACCCTGTCCTGCATTTC
TGCAAGATCAGGGGCGGCCTGAGGGGGGGTCTAGGGTGAGGAGATGGGTCCCCTGTACACCAAGGAGGAGTTAGGCA
GGTCCCGAGCACTCTCCCCATTGAGGCTGACCTGCCCAGAGAGTCCTGGGCCCACCCCACACACCGGGGCGGAATGT
GTGCAGGCCTCGGTCTCTGTGGGTGTTCCGCTAGCTGGGGCTCACAGTGCTCACCCCACACCTAAAATGAGCCACAG
CCTCCGGAGCCCCCGCAGGAGACCCCGCCCACAAGCCCAGCCCCCACCCAGGAGGCCCCAGAGCTCAGGGCGCCCCG
TCGGATTCCGAACAGCCCCGAGTCACAGCG[redacted]CACTGTCAGAATAGCTACGTCAAAAACTGT
D1-14
CCAGTGGCCACTGCCGGAGGCCCCGCCAGAGAGGGCAGCAGCCACTCTGATCCCATGTCCTGCCGGCTCCCATGACC
CCCAGCACGCGGAGCCCCACAGTGTCCCCACTGGATGGGAGGACAAGAGCTGGGGATTCCGGCGGGTCGGGGCAGGG
GCTTGATCGCATCCTTCTGCCGTGGCTCCAGTGCCCCTGGCTGGAGTTGACCCTTCTGACAAGTGTCCTCAGAGAGA
CAGGCATCACCGGCGCCTCCCAACATCAACCCCAGGCAGCACAGGCACAAACCCCACATCCAGAGCCAACTCCAGGA
GCAGAGACACCCCAATACCCTGGGGGACCCCGACCCTGATGACTTCCCACTGGAATTCGCCGTAGAGTCCACCAGGA
CCAAAGACCCTGCCTCTGCCTCTGTCCCTCACTCAGGACCTGCTGCCGGGCGAGGCCTTGGGAGCAGACTTGGGCTT
AGGGGACACCAGTGTGACCCCGACCTTGACCAGGACGCAGACCTTTCCTTCCTTTCCTGGGGCAGCACAGACTTTGG

Fig. 3 (cont.)

GGTCTGGGCCAGGAGGAACTTCTGGCAGGTCGCCAAGCACAGAGGCCACAGGCTGAGGTGGCCCTGGAAAGACCTCC
AGGAGGTGGCCACTCCCCTTCCTCCCAGCTGGACCCCATGTCCTCCCCAAGATAAGGGTGCCATCCAAGGCAGGTGC
TCCTTGGAGCCCCATTCAGACTCCTCCCTGGACCCCACTGGGCCTCAGTCCCAGCTCTGGGGATGAAGCCACCACAA
GCACACCAGGCAGCCCAGGCCCAGCCACCCTGCAGTGCCCAAGCACACACTCTGGAGCAGAGCAGGGTGCCTCTGGG
AGGGGCTGAGCTCCCCACCCCACCCCCACCTGCACACCCCACCCACCCCTGCCCAGCGGCTCTGCAGGAGGGTCAGA
GCCCCACATGGGGTATGGACTTAGGGTCTCACTCACGTGGCTCCCATCATGAGTGAAGGGGCCTCAAGCCCAGGTTC
CCACAGCAGCGCCTGTCGCAAGTGGAGGCAGAGGCCCGAGGGCCACCCTGACCTGGTCCCTGAGGTTCCTGCAGCCC
AGGCTGCCCTGCTGTCCCTGGGAGGCCTGGGCTCCACCAGACCACAGGTCCAGGGCACCGGGTGCAGGAGCCACCCA
CACACAGCTCACAGGAAGAAGATAAGCTCCAGACCCCCAGGGCCAGAACCTGCCTTCCTGCTACTGCTTCCTGCCCC
AGACCTGGGCGCCCTCCCCCGTCCACTTACACACAGGCCAGGAAGCTGTTCCCACACAGAACAACCCCAAACCAGGA
CCGCCTGGCACTCAGGTGGCTGCCATTTCCTTCTCCATTTGCTCCCAGCGCCTCTGTCCTCCCTGGTTCCTCCTTCG
GGGGAACAGCCTGTGCAGCCAGTCCCTGCAGCCCACACCCTGGGGAGACCCAACCCTGCCTGGGGCCCTTCCAACCC
TGCTGCTCTTACTGCCCACCCAGAAAACTCTGGGGTCCTGTCCCTGCAGTCCCTACCCTGGTCTCCACCCAGACCCC
TGTGTATCACTCCAGACACCCCTCCCAGGCAAACCCTGCACCTGCAGGCCCTGTCCTCTTCTGTCGCTAGAGCCTCA
GTTTCTCCCCCCTGTGCCCACACCCTACCTCCTCCTGCCCACAACTCTAACTCTTCTTCTCCTGGAGCCCCTGAGCC
ATGGCATTGACCCTGCCCTCCCACCACCCACAGCCCATGCCCTCACCTTCCTCCTGGCCACTCCGACCCCGCCCCCT
CTCAGGCCAAGCCCTGGTATTTCCAGGACAAAGGCTCACCCAAGTCTTTCCCAGGCAGGCCTGGGCTCTTGCCCTCA
CTTCCCGGTTACACGGGAGCCTCCTGTGCACAGAAGCAGGGAGCTCAGCCCTTCCACAGGCAGAAGGCACTGAAAGA
AATCGGCCTCCAGCACCTTGACACACGTCCGCCCGTGTCTCTCACTGCCCGCACCTGCAGGGAGGCTCCGCACTCCC
TCTAAAGACAAGGGATCCAGGCAGCAGCATCACGGGAGAATGCAGGGCTCCCAGACATCCCAGTCCTCTCACAGGCC
TCTCCTGGGAAGAGACCTGCAGCCACCACCAAACAGCCACAGAGGCTGCTGGATAGTAACTGAGTCAATGACCGACC
TGGAGGGCAGGGGAGCAGTGAGCCGGAGCCCATACCATAGGGACAGAGACCAGCCGCTGACATCCCGAGCTCCTCAA
TGGTGGCCCCATAACACACCTAGGAAACATAACACACCCACAGCCCCACCTGGAACAGGGCAGAGACTGCTGAGCCC
CCAGCACCAGCCCCAAGAAACACCAGGCAACAGTATCAGAGGGGGCTCCCGAGAAAGAGAGGAGGGGAGATCTCCTT
CACCATCAAATGCTTCCCTTGACCAAAAACAGGGTCCACGCAACTCCCCCAGGACAAAGGAGGAGCCCCCTATACAG
CACTGGGCTCAGAGTCCTCTCTGAGACACCCTGAGTTTCAGACAACAACCCGCTGGAATGCACAGTCTCAGCAGGAG
AACAGACCAAAGCCAGCAAAAGGGACCTCGGTGACACCAGTAGGGACAGGAGGATTTTGTGGGGGCTCGTGTCACTG
TG[redacted]CACAGTGACACAGACCCATTCCCAAAGCCCTACTGCAAACACAC
D2-15
CCACTCCTGGGGCTGAGGGGCTGGGGGAGCATCTGGGAAGTAGGGTCCAGGGGTGTCTATCAATGTCCAAAATGCAC
CAGACTCCCCGCCAAACACCACCCCACCAGCCAGCGAGCAGGGTAAACAGAAAATGAGAGGCTCTGGGAAGCTTGCA
CAGGCCCCAAGGAAAGAGCTTTGGCAGGTGTGCAAGAGGGGATGCAGGCAGAGCCTGAGCAGGGCCTTTTGCTGTTT
CTGCTTTCCTGTGCAGAGAGTTCCATAAACTGGTGTTCAAGATCAGTGGCTGGGAATGAGCCCAGGAGGGCAGTCTG
TGGGAAGAGCACAGGGAAGGAGGACCAGCCGCTATCCTACACTGTCATCTTTCAAAAGTTTGCCTTGTGACCACACT
ATTGCATCATGGGATGCTTAAGAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAGATGAATTTGCAGCATAGA
TCTGAATAAACTCTCCAGAATGTGGAGCAGTACAGAAGCAAACACACAGAAAGTGCCTGATGCAAGGACAAAGTTCA
GTGGGCACCTTCAGGCATTGCTGCTGGGCACAGACACTCTGAAAAGCCCTGGCAGGATCTCCCTGCGACAAAGCAGA
ACCCTCAGGCAATGCCAGCCCCAGAGCCCTCCCTGAGAGCGTCATGGGGAAAGATGTGCAGAACAGCTGATTATCAT
AGACTCAAACTGAGAACAGAGCAAACGTCCATCTGAAGAACAGTCAAATAAGCAATGGTAGGTTCATGCAATGCAAA
CCCAGACAGCCAGGGGACAACAGTAGAGGGCTACAGGCGGCTTTGCGGTTGAGTTCATGACAATGCTGAGTAATTGG
AGTAACAGAGGAAAGCCCAAAAAATACTTTTAATGTGATTTCTTCTAAATAAAATTTACACCAGGCAAAATGAACTG
TCTTCTTAAGGGATAAACTTTCCCCTGGAAAAACTACAAGGAAAATTAAGAAAACGATGATCACATAAACACAGTTG
TGGTTACTTCTACTGGGGAAGGAAGAGGGTATGAGCTGAGACACACAGAGTCGGCAAGTCTCCAAGCAAGCACAGAA
CGAATACATTACAGTACCTTGAATACAGCAGTTAAACTTCTAAATCGCAAGAAGAGGAAAATGCACACAGCTGTGTT
TAGAAAATTCTCAGTCCAGCACTATTCATAATAGCAAAGACATTAACCCAGGTTGGATAAATAAATGATGACACAGG
CAATTGCACAATGATACAGACATACATTTAGTACATGAGACATCGATGATGTATCCCCAAAGAAATGACTTTAAAGA
GAAAAGGCCTGATGTGTGGTGGCACTCACCTCCCTGGGATCCCCGGACAGGTTGCAGGCACACTGTGTGGCAGGGCA
GGCTGGTACATGCTGGCAGCTCCTGGGGCCTGATGTGGAGCAAGCGCAGGGCTGTATACCCCCAAGGATGGCACAGT
CAGTGAATTCCAAAGAGAAGCAGCTCAGCCACACTGCCCAGGCAGAGCCCGAGAGGGACGCCCACGCACAGGGAGGC
AGAGCCCAGCTCCTCCACAGCCACCACCACCTGTGCACGGGCCACCACCTTGCAGGCACAGAGTGGGTGCTGAGAGG
AGGGGCAGGGACACCAGGCAGGGTGAGCACCCAGAGAAAACTGCAGAAGCCTCACACATCCACCTCAGCCTCCCCTG
ACCTGGACCTCACCTGGTCTGGACCTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGGCTTCAC
CTGACCTGGACCTCACCTGGCCTCCGGCCTCACCTGCACCTGCTCCAGGTCTTGCTGGAACCTGAGTAGCACTGAGG

Fig. 3 (cont.)

CTGCAGAAGCTCATCCAGGGTTGGGGAATGACTCTGGAACTCTCCCACATCTGACCTTTCTGGGTGGAGGCATCTGG
TGGCCCTGGGAATATAAAAAGCCCCAGAATGGTGCCTGCGTGATTTGGGGGCAATTTATGAACCCGAAAGGACATGG
CCATGGGGTGGGTAGGGACATAGGGACAGATGCCAGCCTGAGGTGGAGCCTCAGGACACAGTTGGACGCGGACACTA
TCCACATAAGCGAGGGACAGACCCGAGTGTTCCTGCAGTAGACCTGAGAGCGCTGGGCCCACAGCCTCCCCTCGGTG
CCCTGCTGCCTCCTCAGGTCAGCCCTGGACATCCCGGGTTTCCCCAGGCCAGATGGTAGG[redacted]CACAGCATCACACGGTCCATCAGAAACCCAT
D3-16
GCCACAGCCCTCCCCGCAGGGGACCGCCGCGTGCCATGTTACGATTTTGATCGAGGACACAGCGCCATGGGTATGGT
GGCTACCACAGCAGTGCAGCCCATGACCCAAACACACAGGGCAGCAGGCACAATGGACAGGCCTGTGAGTGACCATG
CTGGGCTCCAGCCCGCCAGCCCCGGAGACCATGAAACAGATGGCCAAGGTCACCCCACAGTTCAGCCAGACATGGCT
CCGTGGGGTCTGCATCGCTGCTGCCCTCTAACACCAGCCCAGATGGGGACAAGGCCAACCCCACATTACCATCTCCT
GCTGTCCACCCAGTGGTCCCAGAAGCCCCTCCCTCATGGCTGAGCCACATGTGTGAACCCTGAGAGCACCCCATGTC
AGAGTAGGGGCAGCAGAAGGGCGGGGCTGGCCCTGTGCACTGTCCCTGCACCCATGGTCCCTCGCCTGCCTGGCCCT
GACACCTGAGCCTCTTCTGAGTCATTTCTAAGATAGAAGACATTCCCGGGGACAGCCGGAGCTGGGCGTCGCTCATC
CTGCCCGGCCGTCCTGAGTCCTGCTTGTTTCCAGACCTCACCAGGGAAGCCAACAGAGGACTCACCTCACACAGTCA
GAGACAAAGAACCTTCCAGAAATCCCTGTCTCACTCCCCAGTGGGCACCTTCTTCCAGGACATTCCTCGGTCGCATC
ACAGCAGGCACCCACATCTGGATCAGGACGGCCCCCAGAACACAAGATGGCCCATGGGGACAGCCCCACAACCCAGG
CCTTCCCAGACCCCTAAAAGGCGTCCCACCCCCTGCACCTGCCCCAGGGCTAAAAATCCAGGAGGCTTGACTCCCGC
ATACCCTCCAGCCAGACATCACCTCAGCCCCCTCCTGGAGGGGACAGGAGCCCGGGAGGGTGAGTCAGACCCACCTG
CCCTCGATGGCAGGCGGGGAAGATTCAGAAAGGCCTGAGATCCCCAGGACGCAGCACCACTGTCAATGGGGGCCCCA
GACGCCTGGACCAGGGCCTGCGTGGGAAAGGCCGCTGGGCACACTCAGGGGCTTTTTGTGAAGGCCCCTCCTACTGT
G[redacted]CACAGTGATGAAACTAGCAGCAAAAACTGGCCGGACACCCAGGGACCATGCACACTTCTC
D3-17
AGCTTGGAGCTCTCCAGGACCAGAAGAGTCAGGTCTGAGGGTTTGTAGCCAGACCCTCGGCCTCTAGGGACACCCTG
GCCATCACAGCGGATGGGCTGGTGCCCCACATGCCATCTGCTCCAAACAGGGGCTTCAGAGGGCTCTGAGGTGACTT
CACTCATGACCACAGGTGCCCTGGCCCCTTCCCCGCCAGCTACACCGAACCCTGTCCCAACAGCTGCCCCAGTTCCA
ACAGCCAATTCCTGGGGCCCAGAATTGCTGTAGACACCAGCCTCGTTCCAGCACCTCCTGCCAATTGCCTGGATTCA
CATCCTGGCTGGAATCAAGAGGGCAGCATCCGCCAGGCTCCCAACAGGCAGGACTCCCGCACACCCTCCTCTGAGAG
GCCGCTGTGTTCCGCAGGGCCAGGCCCTGGACAGTTCCCCTCACCTGCCACTAGAGAAACACCTGCCATTGTCGTCC
CCACCTGGAAAAGACCACTCGTGGAGCCCCCAGCCCCAGGTACAGCTGTAGAGAGACTCCCCGAGGGATCTAAGAAG
GAGCCATGCGCAGTTCTGCCGGGACCCTCGGCCAGGCCGACAGGAGTGGACACTGGAGCTGGGCCCACACTGGGCCA
CATAGGAGCTCACCAGTGAGGGCAGGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGACCAGAGGCCTGCCCC
AGAGCCCAGGAGGCTGCAGAGGCCTCTCCAGGGGGACACTGTGCATGTCTGGTCCCTGAGCAGCCCCCCACGTCCCC
AGTCCTGGGGGCCCCTAGCACAGCTGTCTGGACCCTCCCTGTTCCCTGGGAAGCTCCTCCTGACAGCCCCGCCTCCA
GTTCCAGGTGTGGTTATTGTCAGGGGGTGTCAGACTGTG[redacted]CACAGTGGTGCTGCCCAT
D5-18
AGCAGCAACCAGGCCAAGTAGACAGGCCCCTGCTGTGCAGCCCCAGGCCTCCAGCTCACCTGCTTCTCCTGGGGCTC
TCAAGGTCACTGTTGTCTGTACTCTGCCCTCTGTGGGGAGGGTTCTCTCAGTGGGAGGTCTGTTCTCAACATCCCAG
GGCCTCATGTCTGCACGGAAGGCCAATGGATGGGCAACCTCACATGCCGCGGCTAAGATAGGGTGGGCAGCCTGGCG
GGGGACAGTACATACTGCTGGGGTGTCTGTCACTGTGCCTAGTGGGGCACTGGCTCCCAAACAACGCAGTCCTCACC
AAAATCCCCACAGCCTCCCCTGCTAGGGGCTGGCCTGATCTCCTGCAGTCCTAGGAGGCTGCTGACCTCCAGAATGT
CTCCGTCCCCAGTTCCAGGGCGAGAGCAGATCCCAGGCCGGCTGCAGACTGGGAGGCCACCCCCTCCTTCCCAGGGT
TCACTGGAGGTGACCAAGGTAGGAAATGGCCTTAACACAGGGATGACTGCGCCATCCCCCAACAGAGTCAGCCCCCT
CCTGCTCTGTACCCCGCACCCCCCAGGCCAGTCCACGAAAACCAGGGCCCCACATCAGAGTCACTGCCTGGCCCGGC
CCTGGGGCGGACCCCTCAGCCCCCACCCTGTCTAGAGGACTTGGGGGGACAGGACACAGGCCCTCTCCTTATGGTTC
CCCCACCTGCCTCCGGCCGGGACCCTTGGGGTGTGGACAGAAAGGACACCTGCCTAATTGGCCCCCAGGAACACAGA
ACTTCTCTCCAGGGACCCCAGCCCGAGCACCCCCTTACCCAGGACCCAGCCCTGCCCCTCCTCCCCTCTGCTCTCCT
CTCATCACCCCATGGGAATCCGGTATCCCCAGGAAGCCATCAGGAAGGGCTGAAGGAGGAAGCGGGGCCGTGCACCA
CCGGGCAGGAGGCTCCGTCTTCGTGAACCCAGGGAAGTGCCAGCCTCCTAGAGGGTATGGTCCACCCTGCCTGGGGC
TCCCACCGTGGCAGGCTGCGGGGAAGGACCAGGGACGGTGTGGGGGAGGGCTCAGGGCCCTGCGGGTGCTCCTCCAT
CTTCGGTGAGCCTCCCCCTTCACCCACCGTCCCGCCCACCTCCTCTCCACCCTGGCTGCACGTCTTCCACACCATCC
TGAGTCCTACCTACACCAGAGCCAGCAAAGCCAGTGCAGACAAAGGCTGGGGTGCAGGGGGGCTGCCAGGGCAGCTT
CGGGGAGGGAAGGATGGAGGGAGGGGAGGTCAGTGAAGAGGCCCCCTTCCCCTGGGTCCAGGATCCTCCTCTGGGAC

Fig. 3 (cont.)

CCCCGGCTCCCATCCCCTCCTGGCTCTGGGAGGAGAAGCAGGATGGGAGAATCTGTGCGGGACCCTCTCACAGTGGA
ATATCCCCACAGCGGCTCAGGCCAGACCCAAAAGCCCCTCAGTGAGCCCTCCACTGCAGTCCTGGGCCTGGGTAGCA
GCCCCTCCCACAGAGGACAGACCCAGCACCCCGAAGAAGTCCTGCCAGGGGGAGCTCAGAGCCATGAAAGAGCAGGA
TATGGGGTCCCCGATACAGGCACAGACCTCAGCTCCATCCAGGCCCACCGGGACCCACCATGGGAGGAACACCTGTC
TCCGGGTTGTGAGGTGGCTGGCCTCTGTCTCGGACCCCACTCCAGACACCAGACAGAGGGGCAGGCCCCCCAAAACC
AGGGTTGAGGGATGATCCGTCAAGGCAGACAAGACCAAGGGGCACTGACCCCAGCAAGGGAAGGCTCCCAAACAGAC
GAGGAGGTTTCTGAAGCTGTCTGTATCACAGTG[redacted]CACAGTGACACTCGCCAGGCCAG
D6-19
AAACCCCGTCCCAAGTCAGCGGAAGCAGAGAGAGCAGGGAGGACACGTTTAGGATCTGAGGCCGCACCTGACACCCA
GGGCAGCAGACGTCTCCCCTCCAGGGCACCCTCCACCGTCCTGCGTTTCTTCAAGAATAGGGGCGGCCTGAGGGGGT
CCAGGGCCAGGCGATAGGTCCCCTCTACCCCAAGGAGGAGCCAGGCAGGACCCGAGCACCGTCCCCATTGAGGCTGA
CCTGCCCAGACGGGCCTGGGCCCACCCCACACACCGGGGCGGAATGTGTGCAGGCCCCAGTCTCTGTGGGTGTTCCG
CTAGCTGGGGCCCCCAGTGCTCACCCCACACCTAAAGCGAGCCCCAGCCTCCAGAGCCCCCTAAGCATTCCCCGCCC
AGCAGCCCAGCCCCTGCCCCCACCCAGGAGGCCCCAGAGCTCAGGGCGCCTGGTCGGATTCTGAACAGCCCCGAGTC
ACAGTG[redacted]CACCGTGAGAAAAACTGTGTCCAAAACTGACTCCTGGCAGCAGTCGGAGGCCCC
D1-20
GCCAGAGAGGGGAGCAGCCGCCCTGAACCCATGTCCTGCCGGTTCCCATGACCCCCAGCACCCAGAGCCCCACGGTG
TCCCCGTTGGATAATGAGGACAAGGGCTGGGGGCTCCGGTGGTTTGCGGCAGGGACTTGATCACATCCTTCTGCTGT
GGCCCCATTGCCTCTGGCTGGAGTTGACCCTTCTGACAAGTGTCCTCAGAAAGACAGGGATCACCGGCACCTCCCAA
TATCAACCCCAGGCAGCACAGACACAAACCCCACATCCAGAGCCAACTCCAGGAGCAGAGACACCCCAACACTCTGG
GGGACCCCAACCGTGATAACTCCCCACTGGAATCCGCCCCAGAGTCTACCAGGACCAAAGGCCCTGCCCTGTCTCTG
TCCCTCACTCAGGGCCTCCTGCAGGGCGAGCGCTTGGGAGCAGACTCGGTCTTAGGGGACACCACTGTGGGCCCCAA
CTTTGATGAGGCCACTGACCCTTCCTTCCTTTCCTGGGGCAGCACAGACTTTGGGGTCTGGGCAGGGAAGAACTACT
GGCTGGTGGCCAATCACAGAGCCCCCAGGCCGAGGTGGCCCCAAGAAGGCCCTCAGGAGGTGGCCACTCCACTTCCT
CCCAGCTGGACCCCAGGTCCTCCCCAAGATAGGGGTGCCATCCAAGGCAGGTCCTCCATGGAGCCCCCTTCAGACTC
CTCCCGGGACCCCACTGGACCTCAGTCCCTGCTCTGGGAATGCAGCCACCACAAGCACACCAGGAAGCCCAGGCCCA
GCCACCCTGCAGTGGGCAAGCCCACACTCTGGAGCAGAGCAGGGTGCGTCTGGGAGGGGCTAACCTCCCCACCCCCC
ACCCCCCATCTGCACACAGCCACCTACCACTGCCCAGACCCTCTGCAGGAGGGCCAAGCCACCATGGGGTATGGACT
TAGGGTCTCACTCACGTGCCTCCCCTCCTGGGAGAAGGGGCCTCATGCCGAGATCCCTGCAGCACTAGACACAGCTG
GAGGCAGTGGCCCCAGGGCCACCCTGACCTGGCATCTAAGGCTGCTCCAGCCCAGACAGCACTGCCGTTCCTGGGAA
GCCTGGGCTCCACCAGACCACAGGTCCAGGGCACAGCCCACAGGAGCCACCCACACACAGCTCACAGGAAGAAGATA
AGCTCCAGACCCCAGGGCGGGACCTGCCTTCCTGCCACCACTTACACACAGGCCAGGGAGCTGTTCCCACACAGATC
AACCCCAAACCGGGACTGCCTGGCACTAGGGTCACTGCCATTTCCCTCTCCATTCCCTCCCAGTGCCTCTGTGCTCC
CTCCTTCTGGGGAACACCCTGTGCAGCCCCTCCCTGCAGCCCACACGCTGGGGAGACCCCACCCTGCCTCGGGCCTT
TTCTACCTGCTGCACTTGCCGCCCACCCAAACAACCCTGGGTACGTGACCCTGCAGTCCTCACCCTGATCTGCAACC
AGACCCCTGTCCCTCCCTCTAAACACCCCTCCCAGGCCAACTCTGCACCTGCAGGCCCTCCGCTCTTCTGCCACAAG
AGCCTCAGGTTTTCCTACCTGTGCCCACCCCCTAACCCCTCCTGCCCACAACTTGAGTTCTTCCTCTCCTGGAGCCC
TTGAGCCATGGCACTGACCCTACACTCCCACCCACACACTGCCCATGCCATCACCTTCCTCCTGGACACTCTGACCA
CGCTCCCCTCCCTCTCAGACCCGGCCCTGGTATTTCCAGGACAAAGGCTCACCCAAGTCTTCCCCATGCAGGCCCTT
GCCCTCACTGCCTGGTTACACGGGAGCCTCCTGTGCGCAGAAGCAGGGAGCTCAGCTCTTCCACAGGCAGAAGGCAC
TGAAAGAAATCGGCCTCCAGTGCCTTGACACACGTCCGCCTGTGTCTCTCACTGCCTGCACCTGCAGGGAGGCTCCG
CACTCCCTCTAAAGATGAGGGATCCAGGCAGCAACATCACGGGAGAATGCAGGGCTCCCAGACAGCCCAGCCCTCTC
GCAGGCCTCTCCTGGGAAGAGACCTGCAGCCACCACTGAACAGCCACGGAGGTCGCTGGATAGTAACCGAGTCAGTG
ACCGACCTGGAGGGCAGGGGAGCAGTGAACCGGAGCCCATACCATAGGGACAGACACCAGCCGCTAACATCCCGAGC
CCCTCACTGGCGGCCCCAGAACACCCCGTGGAAACAGAACAGACCCACAGTCCCACCTGGAACAGGGCAGACACTGC
TGAGCCCCCAGCACCAGCCCCAAGAAACACTAGGCAACAGCATCAGAGGGGGCTCCTGAGAAAGAGAGGAGGGGAGG
TCTCCTTCACCATCAAATGCTTCCCTTGACCAAAAACAGGGTCCACGCAACTCCCCCAGGACAAAGGAGGAGCCCCC
TGTACAGCACTGGGCTCAGAGTCCTCTCTGAGACAGGCTCAGTTTCAGACAACAACCCGCTGGAATGCACAGTCTCA
GCAGGAGAGCCAGGCCAGAGCCAGCAAGAGGAGACTCGGTGACACCAGTCTCCTGTAGGGACAGGAGGATTTTGTGG
GGGTTCGTGTCACTGTG[redacted]CACAGTGACACAACCCCATTCCTAAAGCCCTA
D2-21
CTGCAAACGCACCCACTCCTGGGGCTGAGGGGCTGGGGAGCATCTGGGAAGTATGGCCTAGGGGTGTCCATCAATG
CCCAAAATGCACCAGACTCTCCCCAAGACATCACCCCACCAGCCAGTGAGCAGAGTAAACAGAAAATGAGAAGCAGC

Fig. 3 (cont.)

TGGGAAGCTTGCACAGGCCCCAAGGAAAGAGCTTTGGCAGGTGTGCAAGAGGGGATGTGGGCAGAGCCTGAGCAGGG
CCTTTTGCTGTTTCTGCTTTCCTGTGCAGAGAGTTCCATAAACTGGTATTCAGGATCAATGGCTGGGAGTGAGCCCA
GGAGGACAGTGTGGGAAGAGCACAGGGAAGGAGGACCAGCCGCTATCCTACACTGTCATCTTTTGAAAGTTTGCCCT
GTGCCCACAATGCTGCATCATGGGATGCTTAACAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAAATGCATT
TGCAGCACAGATCTGAATAAATCCTCCAGAATGTGGAGCAGCACAGAAGCAAGCACACAGAAAGTGCCTGATGCCAA
GGCAAAGTTCAGTGGGCACCTTCAGGCATTGCTGCTGGGCACAGACACTCTGAAAAGCACTGGCAGGAACTGCCTGT
GACAAAGCAGAACCCTCAGGCAATGCCAGCCCTAGAGCCCTTCCTGAGAACCTCATGGGCAAAGATGTGCAGAACAG
CTGTTTGTCATAGCCCCAAACTATGGGGCTGGACAAAGCAAACGTCCATCTGAAGGACAACAGACAAATAAACGATG
GCAGGTTCATGAAATGCAAACTAGGACAGCCAGAGGACAACAGTAGAGAGCTACAGGCGGCTTTGCGGTTGAGTTCA
TGACAATGCTGAGTAATTGGAGTAACAGAGGAAAGCCCAAAAAATACTTTTAATGTGATTTCTTCTAAATAAAATTT
ACACCCGGCAAAATGAACTATCTTCTTAAGGGATAAACTTTCCCCTGGAAAAACTATAAGGAAAATCAAGAAAACGA
TGATCACATAAACACAGTGGTGGTTACTTCTACTGGGGAAGGAAGAGGGTATGAGCTGAGACACACAGAGTCGGCAA
GTCTCCTAACAAGAACAGAACAAATACATTACAGTACCTTGAAAACAGCAGTTAAACTTCTAAATCGCAAGAAGAGG
AAAATGCACACACCTGTGTTTAGAAAATTCTCAGTCCAGCACTGTTCATAATAGCAAAGACATTAACCCAGGTTGGA
TAAATAAGCGATGACACAGGCAATTGCACAATGATACAGACATACATTCAGTATATGAGACATCGATGATGTATCCC
CAAAGAAATGACTTTAAAGAGAAAAGGCCTGATGTGTGGTGGCAATCACCTCCCTGGGCATCCCCGGACAGGCTGCA
GGCTCACTGTGTGGCAGGGCAGGCAGGCACCTGCTGGCAGCTCCTGGGGCCTGATGTGGAGCAGGCACAGAGCTGTA
TATCCCCAAGGAAGGTACAGTCAGTGCATTCCAGAGAGAAGCAACTCAGCCACACTCCCTGGCCAGAACCCAAGATG
CACACCCATGCACAGGGAGGCAGAGCCCAGCACCTCCGCAGCCACCACCACCTGCGCACGGGCCACCACCTTGCAGG
CACAGAGTGGGTGCTGAGAGGAGGGGCAGGGACACCAGGCAGGGTGAGCACCCAGAGAAAACTGCAGAAGCCTCACA
CATCCACCTCAGCCTCCCCTGACCTGGACCTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGGC
TTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACCTGGCCTCGGGCCTCACCTGGCCTGGGCTTCACCTGGCCT
GGGCTTCACCTGACCTGGACCTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGGCTTCACCTGG
CCTGGGCTTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACC
TGGCCTCAGGCCTCACCTGCACCTGCTCCAGGTCTTGCTGGAGCCTGAGTAGCACTGAGGCTGTAGGGACTCATCCA
GGGTTGGGGAATGACTCTGCAACTCTCCCACATCTGACCTTTCTGGGTGGAGGCACCTGGTGGCCCAGGGAATATAA
AAAGCCCCAGAATGATGCCTGTGTGATTTGGGGGCAATTTATGAACCCGAAAGGACATGGCCATGGGGTGGGTAGGG
ACAGTAGGGACAGATGTCAGCCTGAGGTGAAGCCTCAGGACACAGGTGGGCATGGACAGTGTCCACCTAAGCGAGGG
ACAGACCCGAGTGTCCCTGCAGTAGACCTGAGAGCGCTGGGCCCACAGCCTCCCCTCGGGGCCCTGCTGCCTCCTCA
GGTCAGCCCTGGACATCCCGGGTTTCCCCAGGCCTGGCGGTAGGTTTGAAGTGAGGTCTGTGTCACTGTG[redacted]
CACAGTGTCACAGAGTCCATCAAAAACTCATGCCTGGGAGCCTCCCACCACAG
D3-22
CCCTCCCTGCGGGGGACCGCTGCATGCCGTGTTAGGATTTTGATCGAGGACACGGCGCCATGGGTATGGTGGCTACC
ACAGCAGTGCAGCCCATGACCCAAACACACGGGGCAGCAGAAACAATGGACAGGCCCACAAGTGACCATGATGGGCT
CCAGCCCACCAGCCCCAGAGACCATGAAACAGATGGCCAAGGTCACCCTACAGGTCATCCAGATCTGGCTCCAAGGG
GTCTGCATCGCTGCTGCCCTCCCAACGCCAAACCAGATGGAGACAGGGCCGGCCCCATAGCACCATCTGCTGCCGTC
CACCCAGCAGTCCCGGAAGCCCCTCCCTGAACGCTGGGCCACGTGTGTGAACCCTGCGAGCCCCCCATGTCAGAGTA
GGGGCAGCAGGAGGGCGGGGCTGGCCCTGTGCACTGTCACTGCCCCTGTGGTCCCTGGCCTGCCTGGCCCTGACACC
TGAGCCTCTCCTGGGTCATTTCCAAGACATTCCCAGGGACAGCCGGAGCTGGGAGTCGCTCATCCTGCCTGGCTGTC
CTGAGTCCTGCTCATTTCCAGACCTCACCAGGGAAGCCAACAGAGGACTCACCTCACACAGTCAGAGACAACGAACC
TTCCAGAAATCCCTGTTTCTCTCCCCAGTGAGAGAAACCCTCTTCCAGGGTTTCTCTTCTCTCCCACCCTCTTCCAG
GACAGTCCTCAGCAGCATCACAGCGGGAACGCACATCTGGATCAGGACGGCCCCCAGAACACGCGATGGCCCATGGG
GACAGCCCAGCCCTTCCCAGACCCCTAAAAGGTATCCCCACCTTGCACCTGCCCCAGGGCTCAAACTCCAGGAGGCC
TGACTCCTGCACACCCTCCTGCCAGATATCACCTCAGCCCCCTCCTGGAGGGGACAGGAGCCCGGGAGGGTGAGTCA
GACCCACCTGCCCTCAATGGCAGGCGGGGAAGATTCAGAAAGGCCTGAGATCCCCAGGACGCAGCACCACTGTCAAT
GGGGGCCCCAGACGCCTGGACCAGGGCCTGTGTGGGAAAGGCCTCTGGCCACACTCAGGGGCTTTTTGTGAAGGGCC
CTCCTGCTGTG[redacted]CACAGTGATGAAACCAGCAGCAAAAACTGACTGGACTCGCAGGGTTT
D4-23
ATGCACACTTCTCGGCTCGGAGCTCTCCAGGAGCACAAGAGCCAGGCCCGAGGGTTTCTGCCCAGACCCTCGGCCTC
TAGGGACACCCGGGCCATCTTAGCCGATGGGCTGGTGCCCTGCACACCGTGTGCTGCCAAACAGGGGCTTCAGAGGG
CTCTGAGGTGACTTCACTCATGACCACAGGTGCCCTGGTCCCTTCACTGCCAGCTGCACCAGACCCTGTTCCGAGAG
ATGCCCCAGTTCCAAAAGCCAATTCCTGGGGCCGGGAATTACTGTAGACACCAGCCTCATTCCAGTACCTCCTGCCA
ATTGCCTGGATTCCCATCCTGGCTGGAATCAAGAGGGCAGCATCCGCCAGGCTCCCAACAGGCAGGACTCCCACACA

Fig. 3 (cont.)

CCCTCCTCTGAGAGGCCGCTGTGTTCCGCAGGGCCAGGCCGCAGACAGTTCCCCTCACCTGCCCATGTAGAAACACC
TGCCATTGTCGTCCCCACCTGGAAAAGACCACTTGTGGAGCCCCCAGCCCCAGGTACAGCTGTAGAGAGAGTCCTCG
AGGCCCCTAAGAAGGAGCCATGCCCAGTTCTGCCGGGACCCTCGGCCAGGCCGACAGGAGTGGACGCTGGAGCTGGG
CCCACACTGGGCCACATAGGAGCTCACCAGTGAGGGCAGGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGAC
CAGAGACCCGTCCCAGAGCCCAGGAGGCTGCAGAGGCCTCTCCAGGGGGACACAGTGCATGTCTGGTCCCTGAGCAG
CCCCCAGGCTCTCTAGCACTGGGGGCCCCTAGCACAGCTGTCTGGACCCTCCCTGTTCCCTGGGAAGCTCCTCCTGA
CAGCCCCGCCTCCAGTTCCAGGTGTGGTTATTGTCAGGGGGTGCCAGGCCGTG[redacted]CACA
D5-24
GTGGTGCCGCCCATAGCAGCAACCAGGCCAAGTAGACAGACCCCTGCCACGCAGCCCCAGGCCTCCAGCTCACCTGC
TTCTCCTGGGGCTCTCAAGGCTGCTGTCTGCCCTCTGGCCCTCTGTGGGGAGGGTTCCCTCAGTGGGAGGTCTGTGC
TCCAGGGCAGGGATGACTGAGATAGAAATCAAAGGCTGGCAGGGAAAGGCAGCTTCCCGCCCTGAGAGGTGCAGGCA
GCACCACAGAGCCATGGAGTCACAGAGCCACGGAGCCCCCAGTGTGGGCGTGTGAGGGTGCTGGGCTCCCGGCAGGC
CCAGCCCTGATGGGGAAGCCTGCCCCGTCCCACAGCCCAGGTCCCCAGGGGCAGCAGGCACAGAAGCTGCCAAGCTG
TGCTCTACGATCCTCATCCCTCCAGCAGCATCCACTCCACAGTGGGGAAACTGAGCCTTGGAGAACCACCCAGCCCC
CTGGAAACAAGGCGGGGAGCCCAGACAGTGGGCCCAGAGCACTGTGTGTATCCTGGCACTAGGTGCAGGGACCACCC
GGAGATCCCCATCACTGAGTGGCCAGCCTGCAGAAGGACCCAACCCCAACCAGGCCGCTTGATTAAGCTCCATCCCC
CTGTCCTGGGAACCTCTTCCCAGCGCCACCAACAGCTCGGCTTCCCAGGCCCTCATCCCTCCAAGGAAGGCCAAAGG
CTGGGCCTGCCAGGGGCACAGTACCCTCCCTTGCCCTGGCTAAGACAGGGTGGGCAGACGGCTGCAGATAGGACATA
TTGCTGGGGCATCTTGCTCTGTGACTACTGGGTACTGGCTCTCAACGCAGACCCTACCAAAATCCCCACTGCCTCCC
CTGCTAGGGGCTGGCCTGGTCTCCTCCTGCTGTCCTAGGAGGCTGCTGACCTCCAGGATGGCTTCTGTCCCCAGTTC
TAGGGCCAGAGCAGATCCCAGGCAGGCTGTAGGCTGGGAGGCCACCCCTGTCCTTGCCGAGGTTCAGTGCAGGCACC
CAGGACAGGAAATGGCCTGAACACAGGGATGACTGTGCCATGCCCTACCTAAGTCCGCCCCTTTCTACTCTGCAACC
CCCACTCCCCAGGTCAGCCCATGACGACCAACAACCCAACACCAGAGTCACTGCCTGGCCCTGCCCTGGGGAGGACC
CCTCAGCCCCCACCCTGTCTAGAGGACTTGGGGGGACAGGACACAGGCCCTCTCCTTATGGTTCCCCCACCTGGCTC
CTGCCGGGACCCTTGGGGTGTGGACAGAAAGGACGCCTGCCTAATTGGCCCCCAGGAACACAGAACTTCTCTCCAGG
GACCCCAGCCCGAGCACCCCCTTACCCAGGACCCAGCCCTGCCCCTCCTCCCCTCTGCTCTCCTCTCATCACTCCAT
GGGAATCCAGAATCCCCAGGAAGCCATCAGGAAGGGCTGAAGGAGGAAGCGGGGCCGCTGCACCACCGGGCAGGAGG
CTCCGTCTTCGTGAACCCAGGGAAGTGCCAGCCTCCTAGAGGGTATGGTCCACCCTGCCTGGGGCTCCCACCGTGGC
AGGCTGCGGGGAAGGACCAGGGACGGTGTGGGGGAGGGCTCAGGGCCCTGCAGGTGCTCCATCTTGGATGAGCCCAT
CCCTCTCACCCACCGACCCGCCCACCTCCTCTCCACCCTGGCCACACGTCGTCCACACCATCCTGAGTCCCACCTAC
ACCAGAGCCAGCAGAGCCAGTGCAGACAGAGGCTGGGGTGCAGGGGGGCCGCCAGGGCAGCTTTGGGGAGGGAGGAA
TGGAGGAAGGGGAGGTCAGTGAAGAGGCCCCCCTCCCCTGGGTCTAGGATCCACCTTTGGGACCCCCGGATCCCATC
CCCTCCAGGCTCTGGGAGGAGAAGCAGGATGGGAGATTCTGTGCAGGACCCTCTCACAGTGGAATACCTCCACAGCG
GCTCAGGCCAGATACAAAAGCCCCTCAGTGAGCCCTCCACTGCAGTGCTGGGCCTGGGGCCAGCCCCTCCCACAGAG
GACAGACCCAGCACCCCGAAGAAGTCCTGCCAGGGGGAGCTCAGAGCCATGAAGGAGCAAGATATGGGGACCCCAAT
ACTGGCACAGACCTCAGCTCCATCCAGGCCCACCAGGACCCACCATGGGTGGAACACCTGTCTCCGGCCCCTGCTGG
CTGTGAGGCAGCTGGCCTCTGTCTCGGACCCCCATTCCAGACACCAGACAGAGGGACAGGCCCCCCAGAACCAGTGT
TGAGGGACACCCCTGTCCAGGGCAGCCAAGTCCAAGAGGCGCGCTGAGCCCAGCAAGGGAAGGCCCCCAAACAAACC
AGGAGGTTTCTGAAGCTGTCTGTGTCACAGTC[redacted]CACAATGACACTGGCAGGACAGAAAC
D6-25
CCCATCCCAAGTCAGCCGAAGGCAGAGAGAGCAGGCAGGACACATTTAGGATCTGAGGCCACACCTGACACTCAAGC
CAACAGATGTCTCCCCTCCAGGGCGCCCTGCCCTGTTCAGTGTTCCTGAGAAAACAGGGGCAGCCTGAGGGGATCCA
GGGCCAGGAGATGGGTCCCCTCTACCCCGAGGAGGAGCCAGGCGGGAATCCCAGCCCCCTCCCCATTGAGGCCATCC
TGCCCAGAGGGGCCCGGACCCACCCCACACACCCAGGCAGAATGTGTGCAGGCCTCAGGCTCTGTGGGTGCCGCTAG
CTGGGGCTGCCAGTCCTCACCCCACACCTAAGGTGAGCCACAGCCGCCAGAGCCTCCACAGGAGACCCCACCCAGCA
GCCCAGCCCCTACCCAGGAGGCCCCAGAGCTCAGGGCGCCTGGGTGGATTCTGAACAGCCCCGAGTCACGGTG[redacted]CACTGTGAGAAAAGCTATGTCCAAAACTGTCTCCCGGCCACTGCTGGAGGCCCAGCCAGAG
D1-26
AAGGGACCAGCCGCCCGAACATACGACCTTCCCAGCCCTCATGACCCCCAGCACTTGGAGCTCCACAGTGTCCCCAT
TGGATGGTGAGGATGGGGGCCGGGGCCATCTGCACCTCCCAACATCACCCCCAGGCAGCACAGGCACAAACCCCAAA
TCCAGAGCCGACACCAGGAACACAGACACCCCAATACCCTGGGGGACCCTGGCCCTGGTGACTTCCCACTGGGATCC
ACCCCCGTGTCCACCTGGATCAAAGACCCCACCGCTGTCTCTGTCCCTCACTCAGGGCCTGCTGAGGGGCGGGTGCT
TTGGAGCAGACTCAGGTTTAGGGGCCACCATTGTGGGGCCCAACCTCGACCAGGACACAGATTTTTCTTTCCTGCCC

Fig. 3 (cont.)

TGGGGCAACACAGACTTTGGGGTCTGGGCAGGGAGGACCTTCTGGAAAGTCACCAAGCACAGAGCCCTGACTGAGGT
GGTCTCAGGAAGACCCCCAGGAGGGGGCTTGTGCCCCTTCCTCTCATGTGGACCCCATGCCCCCCAAGATAGGGGCA
TCATGCAGGGCAGGTCCTCCATGCAGCCACCACTAGGCAACTCCCTGGCGCCGGTCCCCACTGCGCCTCCATCCCGG
CTCTGGGGATGCAGCCACCATGGCCACACCAGGCAGCCCGGGTCCAGCAACCCTGCAGTGCCCAAGCCCTTGGCAGG
ATTCCCAGAGGCTGGAGCCCACCCCTCCTCATCCCCCCACACCTGCACACACACACCTACCCCCTGCCCAGTCCCCC
TCCAGGAGGGTTGGAGCCACCCATAGGGTGGGCGCTCCAGGTCTCACTCACTCGCTTCCCTTCCTGGGCAAAGGAGC
CTCGTGCCCCGGTCCCCCCTGACGGCGCTGGGCACAGGTGTGGGTACTGGGCCCCAGGGCTCCTCCAGCCCCAGCTG
CCCTGCTCTCCCTGGGAGGCCTGGGCACCACCAGACCACCAGTCCAGGGCACAGCCCCAGGGAGCCGCCCACTGCCA
GCTCACAGGAAGAAGATAAGCTTCAGACCCTCAGGGCCGGGAGCTGCCTTCCTGCCACCCCTTCCTGCCCCAGACCT
CCATGCCCTCCCCCAACCACTTACACACAAGCCAGGGAGCTGTTTCCACACAGTTCAACCCCAAACCAGGACGGCCT
GGCACTCGGGTCACTGCCATTTCTGTCTGCATTCGCTCCCAGCGCCCCTGTGTTCCCTCCCTCCTCCCTCCTTCCTT
TCTTCCTGCATTGGGTTCATGCCGCAGAGTGCCAGGTGCAGGTCAGCCCTGAGCTTGGGGTCACCTCCTCACTGAAG
GCAGCCTCAGGGTGCCCAGGGGCAGGCAGGGTGGGGGTGAGGCTTCCAGCTCCAACCGCTCCACTAGCCGAGACTAA
GGAAGTGAGAGGCAGCCAGAAATCCAGACCATTCCATAGCAAATGGATTTCATTAAAGTTACCAGACTTCAGTGTAA
GTAACATGAGCCCCATGCACAACAATCCCTTATGAAGGGGAAGTCAGTGTCGCCTCGGATTTCTTGAAAAACACAAA
AACTTATCAATGCCTGTAAAAGTCTGTTGGAAAGAAAATATGATTCAAGAATGTTATGCCCAACAAAGCTGGCATAT
TTTCTACCCGGACACACTCAGGGAATGTGGTCCCTTGAGTGCTTCTCTCACTGCGTAAATCCTACGTGGTGTTTAAG
CATATTCATAAATGTGTATGTCTATTTTTATGTGTAAGATGGTTCATTTTTATTTTATTTATTCAATATGTACAATA
AAGAATATTGACAAATAGGCTGGACATGGTGGCTCCCACCTGTAATCCCAGCCCTTTGGGAGGCCGAGGCGGGCAGA
TCACCTGAGGTCTGGAGTTCGAGACCAGCCTGGCCAACATGATGAAAACCCATCTCTACTAAAAATACAAAGATTAG
CCAGGCATGGTGGTGCATGCCTGTAATCCCAGCCACTCAGGAGGCTGAGACAGGAGAAATGCGTGAACCCGGAAGGC
GGAGGTTGCAGTGAGCCGAGATCACACCACTGCACTCCAGCCTGGCGACAGAGCAAGATTCCATCTCAAAAAAAAAA
AAAGACAAAGAAATTTGTTTTTTTGAATAAAGACAAATTTCATCACACGAAGATAAAGATGCAAAGCTCCAGACAGG
AAGGCACGGACAGCACAGTGAAGCCCGGAGCGGGCGCTGGGGGGCCAGGGGCATGGCGGGGGTGCCAGCGTCTCTCG
GTGCCTACCATGGCCACTCCAGCCTGTGTTCTCACGAGGATGGCTGTGCAATGCTAGGAGCGTGTTCGAAGCTCTAG
GGCAACCACTGGAAGTGAGGCTGAGGAGCAGAGCCCAGAGGCCCGTGGAGCTGATGAAAAGAAAGCTGGAGAAAGTG
TTTGCTGCCTCCCAACATGGTAAGAAAAGATAGAAAGAGAGAGCACACGGCAAAGGGAGCTTGCTGAGGGACTCTTT
ACAATGGCTTGCACAGAGCTCAGGGGGTCTGGGAGGCTAGGGCCCTGCGCAGGGCAGTCACCCCAGCCTGCTGACCA
AGGTTTGCTGCAGGCAGCTCTGGGGGTGGTTGAGGCGCGGTCCCTGGAGCCACCCCTCAAGGGAACGAGGCAGCAGA
GTGGGCCAAGGCCCAGGTCGGCTGCAAGGCTGCCCAGGACTTGGGGTCCTTACATCAGCAGCCACTGATGCAGCTGG
CCCAGAGAGAGGCGCCGAGCAGGTTGCCTCCAGGGGACAAACCAGGTCGGAGAGGGTGAGGCAGTGGATGGAGCCAC
AACAACCCCGGGCACGGGTGACACGCACGTTCATGCACATCTGACCCTTCCTCCCTCACCAAACAGGTCCCCCTGCC
TTCCCCATGGTTGCGAAAAAGCAAAATGTAGACGTTTTTTCTTTTTTAATTCATGTTTTAATTGACAAATGAAGCCG
TATATATTTATTGTGTACAACATGATGCTTTAAAATATGTATACATCGTGGAACAGCAACGTTGAGCTAATTTAACA
CGCATTACTTCACATACTTGTCATCTTTTGTGGCGAGAATGCTTAAAATCCACTCTCTTAGTATTTTTTAAGAATGC
AATACATTGTTGTCAACTGTGGTCACCGTCATGCATAGCCAAGCTCCCGACCTCACCCTCCTGCCAGCTCAGGCTGT
GCATCCTTTCACCAGCATCCCCCACCCCGGCCCCTGGCCCTGGTAACTACCACTCTATACTCTACGTATGAGTTCAG
CTTTTTAAGATTCCACAGATGAATGAGATCATACAGTATTTGCTTTCTATGCCTGGCTTATTTTAGTTAACACACTG
TCCTCCAGATCCATCCGTTGTTGCAAATGACAGGGTTTCATTCTTTTTAAAGTCTAAAGAGTATTCCATTGTGTCAA
TGGACCTCATTTGCTTTATCCATGCATCAACTATGGACATTTAGGTTGATTCCATTTCTTAGCTGTTGTGGATGGTG
CTGCAGTAAACATGGGGCTGCAGATGTCTCTTCAACATACTGACATCATGTCCTTTGGATAAATACCCAGTAGTGGG
ATCGCTGGATCACAATGTACAGTTTGTTTTTTAATGGAAACTTTCATTTTTTGGTGAAATTAGGAAAACAGATAAAA
CCCACAGAATCCAAAATATATGTGAAGATGCCAAAAACAGTTGACATTGGGCAGAGGTCACATGGAAGGAAGTGAAT
ACATGACGGGGTGTGAGGGCCCAGAGGCAGCTGAAATACGCTTTCTAAACACAAGGACCTCTTCTGAGAGGGCAGAA
GTTTTATCCTGCACATGCAATGACCAGCACAGCTAAAATACACTTTCTAAACATGAGGACCTCTTCTGAGAGGGCAG
CTTTATCCTGCAAATGCAATGACCAGCACAGGACCCAGAATAAAGAGAGTTGCCAGCGGACGCCTGGTGTCCATGTG
TCCAGGTGAGTTCGAGATGCGGACGGCGCTGGCCAGCCAGTCACACCCTAAGTCAATCTGCTGCATGCATTTGTCCT
TGCCACAGCAGAAAACGAGAAAGCCTTTGGGCTGCAAAGCTTCACAGGCTCCTCTTCTCCCGACTCCATGGAAACAG
CTACAAAGAGCAGGCCCAGTAGAGCTTAATTCATGAAAATGAGTAATAAACTTGAACTGGAACAGTATCGACTTTTT
AGAAACGGCAGCAAAGTGTATAAAAAATATTCACCAGAACAATATTTCCAAACGATGAGATGAGAATTTCAGCCAAG
TAATCCTCCATGGATAGAAAATAATGAAGGGATTGGATTTATGAAGGAAAATCATGGAGCTCAAATACAAGAGAAGA
GAATCAAAAATGAACAGGAGGAGATAAAATATGGTTTGGCCAAAGTTACAAAATAAATTTTTTAAAAACCCTTCATC
ATGGCAAGTAGAAAGAGCGAGAGGAAAAACAGATCCCGTGGAAGACACAAATAGGACATGGGGAGAAAAATGAATGA

Fig. 3 (cont.)

GATGAAACAGAGCAGAAATAAAATTTTACGGAACTAAAGACAAGTGATCTGAACCTGCCTGGGGCCTGGGGGACCTC
GCCACCCTGAAGGGAAAGAACATGCCTGGCTGGCTTTGCCACCTGCTCATTGCAGAGCCCCACAGCTTGCAACAAAC
ATAGGCGGTAGCCAGGGAGTGGTTACAGCAGGCCTTGAGCAAGACCCAGTGTTGTGCTGACTTCAGGTCTGACCCAG
CACTGTCATAGTGGTGGTGTCCATAGTGGTAGTGGGGGTGCTTGTGTCACTCCACCCCCATCTCCAGGAGGCTCAGA
ACAGACAGAGAGAGACTCCATTTGTTTGGGAGAAAGTAAGGGATGAGAACAAGAGTCTCTGCCTGGTAATCCAGAGA
ATTATTCTAGATCTTGGCCAAGATTATCAAAGCAGTACCTCTATGAGTCTTTTGGGCTTGGAGTCCCCCTAAAGCAG
ATATAGCTAAGATCACAACACCCAAGTCCTTTTGAATATGTGGGAAGACTTCCCAAGGACAGGAGCAAACAAACAAG
CCCAGACTGCAAAAAAACAAGCCCAGACTGCAATAAACACCTCACTCTTCAATGCCCAGGCACTGAAGAACATCTCC
TAGCAGCAACACCATCCAGGAAAACATGGCCTCAACCAGTGAACTAAATAAGGCACCAGGGACCAGTCTCGGAGAAA
TAGAGGTATGTTATCTTTCAGAGAATTCAAAGTAGCTTTGTTGAGGAAACTCAAAGAAATTCAAGATAACACAGTGA
AGGAATTCAGAATCCTATCCGATAAATTTAACAGAGATTGAAGCAATTAAAAAGAATTAAGCAGAAATTATGGAGCT
GAAAAATGCAATTGGCATACTGAAAAATGCATCAGAGTATTTTCATAGCCTCTTATATCAAGTAGAAGAAAGAATTA
GTGAGCTTGAAAACAGGCTATTTGGAAAAGCACGATAAAAGGAGACAAAAGAGAAAAGAATAAATAACAATGAAGCA
TATCTACAGGATCTAGAAAATAGCCTCAAAAGGCCAAATCTAAGAATTATTAGCCTTAAAGAGGAGGTAGAGAAAGA
GGGATGGAGAGTTTATTCAAAGGGATAATAACAGAAAACTTCCCAAACCTAGAGAAAGATATCAATATCCAAATGCA
AGAAGGATGTAGTACACCAAGGAGATTTAATGCAAAGAAGACTACCTCAAGGCATTCAATACTCAAACTCCCATATG
ACAAGGACTTTAAAAAGATCCTAAAAGCAGCAAAAGAAAAGAAATGAATAAAATACTATGGAGCTCCAATATGTCTG
GCAGCAGACTTTTCAGTGAAGACTTTATATGCCAGGAGAGAGTGTCATAATGGATTTAAAGTGCTGAAGGAAAAAAC
TTTTACCCTCGAACAGTATAGCTGGTGAAATTATCCTTCAAACATGAAGGAGAAATAATTTGTTTCCAGACAAATGT
TGAGGGATTTCATGAACACCAGACCTGTCTTTTAAGAAATGCTAAAGGGAGTACTTCAATCAGAAAGAAACACGTTA
GTGAACAATAAGAAATCATCTGAAGGCACAAAACTCACCGGTAATAGTAAGTACACAGAAAAACACAGAATATTATA
ACACTGTAACTGTGGTGTGTAAACTCCTTTTGTTTGTTTGTTTGTTTGTTTGTTTTTGTTTTTAGACGGAGTT
TTGCTCCAGCCCAGGCTGGAGTGCAATGGCACAATCTCAGCTCACTGCAACTTCCACCTCCCGGGTTCAAGCAATTC
TCCTGCCTCAGCCTCCCAAGTAGCTGGGATTACAGGCATGTGCTACCATGTCCAGCTAATTTTGTATTTTAGTAGAG
ACGGTGTTTCACCATGTTGGTCAGGCTAGCCTTATCTTGAGTAGAAAAACTAAATGATGAAGCAATGAAAAATAATA
ACTACAACTTTTCAAGACATAGTACAATAAGATATAAATCATAACAAAAAGTTAAAAGGTGGAGGGATGAAGTTAAG
GCAAAGAGTCTTTATTAGTTTTCTTTTTACTTGTCTGTTTATGCAAACAGTGTTAAGTTGTCATCAGTTTAAAATAA
TGGGTCATAAGATACTATTTGCAAGCCTCATGGTAACGTCAAACCAAAAGCAATACAACAGATACACAAAAAACAAA
AAGCAAGAAGCTAAATTACGTCATCAGAGAAAATCACCTTCACTAAAAGGAAGACGGAGAAAAGAATGAAGAGAGAG
AAGACCAAAAGCAAATAGCAATATGGCAGGAGTAAGTCCTTACTTATCAATAATACCATTGAATGTAAATGGACTAA
ACTCTCCAATCAAAAGACATAGAGTGGCTGAATCAATTAAAGAAAAAACAAGACCCATTGATCTGTTGTCCACAAGA
AACACACTTTATCTATAAAGACACACATAGACTGAAAACAAAGGGATGGAAAAAGATACTCCACGCCAATGGAAACC
AAAGAAAGAGCAGGAGTAGCTACACTTATATCAGGCAAAATAGATTTCAAGACAAAAACTATAAGAAGAGACAAGGT
CACTAATGATAAACAGGTCAATTCAGCAAGAGGATATAACAATTGTAAATATATATGCACCCAATGCTGGAGCACCC
AGATATATAAAGCAAGTATTTACTAGAGCTAAAGAGAGAAATAGACTCCAATGCAATAATAGCTGGAGATTTCAACA
TCCCACTTTCAACATTGAACAGATCCTCCAGATAGAAAATCAACAAAGAAATATTGGACTTAATCTGCACTATCGAC
CAAATGGATCTAACAGATATTTACAGAACATTTCATCCAACAGCTGCAGAACACACATTCTTTTCCTCAGCACATAG
ATCATTCTCAAGGATAGACCATATGTTGGGTCACAAAACAAGTTTTAAAATATTCAAATACATTGAAATAATATCAA
GCATCTTCTGTGACCACAATGGACTAAAACTAGAAATCAATAACAAGAGGAATTTTGGAAACTATATAAATATATGG
AAATTAATGAATGCTGAGTGGGTCAATGAAGCAATTAAGAAGGAAACTGAAATTTTTCTTGGAACGAATGATCATGG
AAACAGAAAATACCAAAACCTATGGGATACAGCAAAAGCAGTACTAAGAGGGAAGTTTACAGCTACAAATGCTTACA
TTAAAAAAGAAGAAAAACTTCAATAAAAAAACCTAACAATGCATCTTAAAGAACTAGAAAAGCAAGAGGAAATCAAA
TCCAAAATTAGTAGAAGAAAACAGTAAAGGTCAGAGCAGAAATAAGTAAAATTGAAATGAAGAAAACAATACAAAAG
ATCAATAAAACAACAGGTTGTTTTCTTGAAAAGTTAAACAAAATTGACAAACCTTTAGCCAGACTAAGAAAAAAAGA
CAGAAGATCCAAATAAATAAAATCAGAGATGAAAAAGGTGACATTACAACTTACACCACAGAAATTCAAAGGATCAT
TAGTGGCTACTATAAGCAACTATATGCCAATAAATTGGAAAATCTAGAAGAAATGCAGAAATTCCTAGACACATACA
ACCTCCCAAGATTAAACCAAGAAGAAATTCAAAACCTGAACAGACTGATAACAAGTAATGAGATCAAAGCCGTAATA
AAAAGCCTCCCAGTAAAGAGAAGCCCAGGACCCGACGGCTTCACTGCTGAATTCTACCAAACATTTAAAGTAGAACT
AATACCAATCCTACTCAAACTATTCCAAAAAATAGAGGTGGAAGGAATACTTCAAAACTCATTATACGAGGCCAGTA
TTAACCTGACACCAAAACTAGACAAAGACACATGAAAAAAAGAAAACTACAGGCCAATATGTCTGATGAATATTGAC
ACAAAAATCCTCAACAAAATACTAGCAAACCAAATTCAACTACACATTAGAAAGTTCACTCATCATGACCAAGTGGA
ATTTATCTAACTTGGGATGCAAAGATGGTTCAACATATGCAAATCAATCAATGTGATACATCATATCAACAGAATGA
ACAACAAAAACCATTTGATCATTTAATTGATACTGAAAAAGCATTTGATAAAATTCAACATTCCTTCATAATAAAAA

Fig. 3 (cont.)

TTCTCTTCTATACTAGGTACAAAAGAAACTTACCTCAACATAATAAAGCCATATATGACAGTCCCACAGTATGATAC
TAAATGAGGAAAAACTGAGAGCCTTTCCTCTACGATCTGGAACATGACAAAGATGCCCACTTTCATCACTGTTATTC
AACATAGTACTGGAAGTCCTAGCTGGAGCGATCAGACAAGAGAAAGATATAAAAGACATCCAAATTGGAAAGGAATA
AGTCAAATTATCCTCATTTGCATATGGTATGATCTTCTATTTAGAGCTAACTAAAGACTCCACCAAAAAAAGTTATT
AGAACTGACGAACAAATTCAGTAAAGCTGCAGGATACAAAATCAACATACAAAAATCAGTAGCATTTCTATATGCCA
ACAATGACCAATGTGAAAAAGAAATTAAAAAGTAACCCTATTTACAATAACCACAAATAAACACCTAGGAATTAACC
AAAGAGGTAAAAGATTTCTGTAATGAAAACTATAAAAAACTGATGAAAGAAATTGAAGAGTACACCAAAAAATGGAA
AGCAATTGCATGTTCATGGATTAGAAGAATCAGTGTTGTTATAATGTCCATACTATCCAAAGCAATCTACAGATTCA
ATGCAATCCTTATCAAAATACCAATGACATCATTCACAGAAATAGAAAAAAAAAATCCTAAAATTTACGTGGAACCA
CAAAGACCCAGAATAGCCAAAGCTCTCCTAAGCAAAAAGAACGAAACTGTAGGAATGACATTGCCTGTCTTCAAATT
CTACTACAGAGCTATAGATAGTAACCAAAACAGCGTGGTACTAGCATAAAAACAGACACAGAGACAAACAGAACAAA
ATTTAAAAACCCAGAAATAAATCCACACACCTACAGCAAATTCATTTTTGACAAAGTTGCCAAGAACATACTCTGGG
GAATAGATAATGATATCTCTTCAATAAATAATGTGGGGAAAACTGGATATCCATATACATAACAGTGAAACTAGACC
CCTCTCTCTCTCACTATATACAAAAATCAAATCAAAATTGTTTAAGGACTTAAATCTAAGACCTCATACTATGAAAC
CACTGCAAGACAACCTTGGCGGAAACTCTCCAAGACATCAGTCCAGGCAAAGATTTCTTGAGTAATATCCCACAAGC
ACAGACAACCAAAGCAAAAATGGACAAATGGGATCACATCAAGTTAAAAAGCTTCTGCACAGTAAGGGAAACAACCA
ACAAAATGAAGAGACAACCCACAGAATGGGAGAAAATATTTGAAAAATACCCATCTGGCAAGGGATTAAAAACCAGA
ATATATGCAGAATATATAAGGAGCTCAAACAGTGCTATAGAAAAAAAAATCTAATAATCTGATTTAAAAATGGGAAA
AATGTTAGAATAGACATTTCTTAAAATAAGACATACAGATGGCAAACCGACATGGAACGGTGCTCAACATCATGGAT
TATCACAGAAACACAATCAATCAAAACTAAAACTAAAATGTGCTATCATCTCACCCCAGTTAAAATGGCTGATATCC
AGAAGACAGGCAATAACAAATGCTGGCAAGGATGTGGGGAAAAGGGAGCCCCCATACACTGTTGCTGGGATTGTAAA
TTAGTACAACCACTGTGGAGAGCAGCATGAAAGTTCCTCAAAAAACTGAAAGAAAGCTACCATAGGATCCAGCAATC
CCACTGCTGTGTATATACTACAAAAGAAAGGAAGTCAGTATATGAAGAGGTATCTGCACTCCCATGTTTGTTGCAGC
CCTGTTCACAACAGCCAAGATTTGGAAGCAACCTAAGTGTCCATCAGCAGTTGAATGTATAAAGAAAATGTGGTGCA
TATACACAATGGAGTATTATTCAATAATAAAAAGGAATGAGATTGAGTCATTTGCAACAACATGGATGGAACTGGAG
ATCATTATGTGAAGTGAAATAAGCCAGGCACAGAAAGACAAACATTACAATGTTCTTACTTATTAATGAGATCTAAA
AATCAAAACAATTGCACCCATGTTCATAAAGAGTAAAAGGATGGTTACCAGATGCTGAGAACGGTGGTGGGGGATA
GGGAAAGGTGGCAGTGGTTAACGGGTACAAAAAAATAGAAAGAATGAATAAGACTTACTACTTGATAGCACAGCAAG
GTGGCTATAGTCAGTAATTTAGTTGTATATTTTTAATAATGAAAGGTGTATAATTGGATTGTTTCTAACACAAAGGA
TAATGCTTAAGAGGATGGATACCCCATTTTCCATGATGTGATTATTTCACATTGCACGCCTAGATCAAAACATCCAA
TGTACCCCATAAATATATACATCTTCTATGTACCCATAAAAATTCTGTAAAATAAAATATATAAAAAGAGGTGACAG
ATATGGAAGACAGGCAAAGAAGAGACGACATCCACATAATCCGAGTACCTAAGAAAGAATGGAGTCCAGTGCATCTC
AGGAGCCACCATTCTAAGCCAATTTTCTCTGGTTCTCTCAGTCACCCTACCAATACGTGGGCAATCTTGTTTTATTT
CAGGATAGAGTTTTTGAAATTATAGATTTAAGTATGCTTTCTGTTCTATTACTTTTGGTAATTAATTTTAGAAAGAA
CTAATTTGGGCACAAATTTGAAAAAATTCTAAATCCAAAAAAAAAAAGAAAAAAACACACACACAATCATCTATAAG
GGGGATGATGACCAGTCCTAGATTTCTCACCAGCCACATTCAAGATCAGTAAATGGTAGGACAAAACCTGTAGGGTC
CTTAAGGGGGAAAGAAGTAGTGGATAGTCCAGAGTCTATATACAGCCAACTGTTCTTGAAGAAAAAAGGCTGCTGAA
AAGGAGTTCCAAACATTCTATAATCCATAATCTCATGATGAAACTACTAGAGGAAGACCACCAGCCATCAAAAGGTG
CTTGGAGAACCCAGGGCCAAGAACCAAAAGTAAATATTAAGTGTCCTTAACTGCGAGACTAAGATAGAAATGACTGT
GGGGGACCATGTGGCCTCAACAGAGGTGAAATGGTGTCTGCCTGACAAAGTGGACATTTTACAATGATCAAAACACA
GAATATGAGATAGAGAGCACTTCTGAATTACTGCCTCACTCCAAATAACTCTCAGCCAAAGGACTTCAGTAAAACCA
AATTGGGCATATTAGACAGTACAAACAAATTCTAAGAAAATAATATTACTGATTACAATCACATGATGCTAGAGATG
GAGGGGAAAAGGAAGAGGAAACCAGGTAATTTCATACTCGTATATAGTAAAGAACTAAAGTACATTGTCCAAAGAAG
AACAAAGAATATTTTGGAAAGTTATAAAGGTAGCCACTACACATAGAAGATAGCAAAGAACAAGAAAACTTAAGATG
GAAAACTTTTTGGAAGCATAAAAATAGAAAATATAAACTACTAAGATAAGATTGAAGCCAAACAGATCTATGAAAAC
AACAAACATCAATGGCCTTAACTTGCCTATTAAAAGGAAGAGACTTTCAAATTGGACCACAAGATAAAACCCAACTC
TATATAGCATATGAGTATTACACACAAAATGGGAAAAGCTGAAAAAACTTGGGCAAAATTCACCCCAAGCAAATTCC
ACTGTTTCCTTTGGGACAAAATGCCAAGCTCCATGCCAGGGAAGATGATTCTCCTCAGACCTTCTCCTCACTCTCCC
AGTCCTCTTAGGGAAGGAATTGGGTGTTAGAGGAGGGAGACTCTGTCGATTATCAGCTGAAGCAGTGGTGTGCTCCT
GCGTTGCTTCTGACCTGGGAAATGAAGCAGCAAGACTCTTTCTGCTGTGTCTTTGCCCAGAAGGGCCATCCCCCCAG
AGCAGAGTACCCAGGCCGGCAGGAGCAGTGGTGGAAGCGTGGAAACCACGTCTCCTACAGCAGAGACCATCAGAAGC
GGAGCCTCGGGTATAAGGGAAACAACGCGTTCTCCCTAACCTGGGAGTGACAGACAGCGTCATTCCTCACAGTGATA
CCCTGTGTTCTAGCCATCTGGCCCATGACAGAGCCAGCCCAGAGCCAGCCCAGAGCCAGCCCCTGACCATCCTGGAG

Fig. 3 (cont.)

CCTGGCCAGCTCGCCAAGCTGCACCATAGGCCTGGAAGGCGTGGAGACCTGCGGCAGTGCCCTGTCCTCCCGTGAGG
CCTGCCATCCCTGCCAGGGGTCGCCTCTGGCTTCTCCTTCTCCAGGACCGCACGGTCCAGAGGCTCAGTGCCTGGAG
TAGGTGTTGCCTCCCTGCTTCTAGGCCCAGACCCTCCCTTGTTCCTGACCCCGGGCCTTTCCCTCTGGCTTGGACAT
CCAGGGCCCTGTCTCAGCTGGGGAGCTGCTCCTGCTCAAGGACTGTCTTCCGCGGGATCGAAAGGCCGCGTCCTGAA
CAATGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCA
GGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGT
GCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCT
CTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGT
GGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAA
AGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGC
CACGGGAGCGGAGCAGACTCTAAAGGCCGCGTCCTAAACAGTGTGTGGGCCACGTGAGCGAAGCGCCCTCTCCACTG
CCCTCGGGGCCGCAGCTCCCAGCTCAGCTCCCAGCCCTGCTCAGGGCAGCCAGGCCAGGAGGTACCATCCAGGCTAA
GTGACCCTCAGGGGGGACAGGTGCCCCAGGAGATGCCAGCTGTTGGGAGAGGCTGGGGGACCAACTCGACCTGGCCT
GTGGGCCCTGCCCTGGCCACCCATTGTAGGATCCAGCCGCCACGCCTGTGACACTCGTGTGCTTTCCCTGGTGTGTG
CTTGTGGCAGGTGGGGGCAGAGGGTCCTCAGGCCAGAGAGCCACTCCCCCAGCGCCAGACCACCCTCTTCCTCACTC
CCCCACCTCACCCCCTCACAGGTGCCTCCCAGGCCATCAGGGCCCAACCACCCCTAAACAAATGGGTTCTCGGCCCC
TCGTGGCTGGAGGTGGGTTCTCTCACCATTCCCAGCCTAAGACTCCATCCCCATGCTGGCAGCTGTTCAACCATGTC
TAGAGAGATCCACTGTCCCAGACAGCACCTCAGGGTCCCCCGTCCTGCCTGGAACCCTGTAGGAAACTCCACAAACC
GCCGCCATTCTGTCCACACCCCTACAGGAGCCCCAACCCTCTCCCCACATCCAGGCTTCCCTCCCAGACCCCTCATC
CCTGCCCGCACGGTGCCTGAGGGGGCCTTCTTGGGCAGCGCCTAAGCAAGCCCCCAGCACCCTTCGGCCCCTTCAAG
GCACACAGGCCCCCTTTCCACCCAGCCTCAGGAAACCACCTGTGTCCTCCAACGACAGGTCCCAGCCTCCCAGCCTT
TGCCTTGCCTGTTCCTCTCCCTGGAACTCTGCCCCGACACAGACCCTCCCCAGCAAGCCCGCAGGGGCACCTCCCCT
GCCCCCAGACACCCTGTGCCCGTCAGTTCATCCCCAGCAGAGGCCCTCACCAGGCACACCCCCATGCTCACACCTGG
CCCCAGGCCTCAGCCTCCCTGAGGGCCCCACCCAGCCCGCGTCTGGCCAGTGGTGCGTGCAAAGCCCCTCACCCAGA
CTCGGCGGAAGGCAGCCAGTGCAGGCCTGGGGAGGGGCTCTCCTTAGACCACCTTGCACCTTCCCTGGCACCCACCA
TGGGAAGAGCTGAGACTCACTGAGGACCAGCTGAGGCTCAGAGAAGGGACCCAGCACTGGTGGACACGCAGGGAGCC
CACGCCAGGGCGCCGTGGTGAGTGAGGCCCAGTGCCACCCACTGAGGCCTCCCGTTCAGTGGGACGACGGTGAACAG
GTGGAACCAACCAGGCAACCCCCGCCGGGCCCCACAGACGGGATCAGAGCAGGAAAGGCTTCCTGCCCCTGCAGGCC
AGCGAGGAGCCCTGGCGGGGGCCGTGGCCCTCCAGGCGAGGAGGCTCCCCTGGCCACCGCCACCCGGGCCTCTCTGC
TGCTGGGAAAACAAGTCAGAAAGCAAGTGGATGAGAGGTGGCGTGACAGACCCAGCTTCAGATCTGCTCTAATTTAC
AAAAGAAAAGGAAAAACACACTTGGCAGCCTTCAGCACTCTAATGATTCTTAACAGCAGCAAATTATTGGCACAAGA
CTCCAGAGTGACTGGCAGGGTTGAGGGCTGGGGTCTCCCACGTGTTTTGGGGCTAACAGCGGAAGGGAGAGCACTGG
CAAAGGTGCTGGGGGCCCCTGGACCCGACCCGCCCTGGAGACCGCAGCCACATCAGCCCCCAGCCCCACAGGCCCCC
TACCAGCCGCAGGGTTTTGGCTGAGCTGAGAACCACTGTG[redacted]CACAGTGATTGGCAGCTCTACAAAAA
D7-27
CCATGCTCCCCCGGGACCCCGGGCTGTGGGTTTCTGTAGCCCCTGGCTCAGGGCTGACTCACCGTG[redacted]
GTGAGTCTGCTGTCTJ1GGGGATAGCGGGGAGCCAG
JH1
GTGTACTGGGCCAGGCAAGGGCTTTGGCTTCAGACTTGGGGACAGGTGCTCAGCAAAGGAGGTCGGCAGGAGGGCGG
AGGGTGTGTTTTTGTATGGGAGAAGCAGGAGGGCAGAGGCTGTG[redacted]
GTGAGTCCCACTGCAGCCCCCTCCCAGTCTTCTCTGTCCAGGCACCAJ2GGCCAGGT
JH2
ATCTGGGGTCTGCAGCCGGCCTGGGTCTGGCCTGAGGCCACACCAGCTGCCATCCCTGGGGTCTCCGCCATGGCTG
CATGCCAGAGCCCTGCTGTCACTTAGCCCTGGGGCCAGCTGGAGCCCCCAAGGACAGGCAGGGACCCCGCTGGGCTT
CAGCCCCGTCAGGGACCCTCCACAGGTAGCAAGCAGGCCGAGGGCAGGGACGGGAAGGAGAAGTTGTGGGCAGAGCC
TGGGCTGGGGCTGGGCGCTGGCTGTTCATGTGCCGGGGACCAGGCCTGCGCTTTAGTGTGGCTACAAGTGCTTGGAG
CACTGGGGCCAGGGCAGCCCGGCCACCGTCTCCCTGGGAACGTCACCCCTCCCTGCCTGGGTCTCAGCCCGGGGGTC
TGTGTGGCTGGGGACAGGGACGCCGGCTGCCTCTGCTCTGTGCTTGGGCCATGTGACCCATTCGAGTGTCCTGCACG
GGCACAGGTTTGTGTCTGGGCAGGAACAGGGACTGTGTCCCTGTG[redacted]
GTAAGATGGCTTTCCTTCTGCCTCCTTTCTCTGGGCCCAGCGTCCTCTGTCCTGGAGCT
JH3
GGGAGATAATGTCCGGGGGCTCCTTGGTCTGCGCTGGGCCATGTGGGGCCCTCCGGGGCTCCTTCTCCGGCTGTTTG
GGACCACGTTCAGCAGAAGGCCTTTCTTTGGGAACTGGGACTCTGCTGCTGGGGCAAAGGGTGGGCAGAGTCATGCT

Fig. 3 (cont.)

TGTGCTGGGGACAAAATGACCTTGGGACACGGGGCTGGCTGCCACGGCCGGCCCGGGACAGTCGGAGAGTCAGGTTT
TTGTGCACCCCTTAATGGGGCCTCCCACAATGTG[redacted]GTGAGTCCTCACAACCTCTCTCCTGCTTTAACTCTGAAGGGTTTTGCTGCATTTTTGGGGGGAAATAAGGGT
JH4
GCTGGGTCTCCTGCCAAGAGAGCCCCGGAGCAGCCTGGGGGGCTCAGGAGGATGCCCTGAGGCAACAGCGGCCACAC
AGACGAGGGGCAAGGGCTCCAGATGCTCCTTCCTCCTGAGCCCAGCAGCACGGGTCTCTCTGTGGCCAGGGCCACCC
TAGGCCTCTGGGGTCCAATGCCCAACAACCCCCGGGCCCTCCCCGGGCTCAGTCTGAGAGGGTCCCAGGGACGTAGC
GGGGCGCCAGTTCTTGCCTGGGGTCCTGGCATTGTTGTCACAATGTG[redacted]GTGAGTCCTCACCACCCCCTCTCTGAGTCCACTTAGGGAGACTCAGCTTGCCAGGG
JH5
TCTCAGGGTCAGAGTCTTGGAGGCATTTTGGAGGTCAGGAAAGAAAGCCGGGGAGAGGGACCCTTCGAATGGGAACC
CAGCCTGTCCTCCCCAAGTCCGGCCACAGATGTCGGCAGCTGGGGGGCTCCTTCGGCTGGTCTGGGGTGACCTCTCT
CCGCTTCACCTGGAGCATTCTCAGGGGCTGTCGTGATGATTGCGTGGTGGGACTCTGTCCCGCTCCAAGGCACCCGC
TCTCTGGGACGGGTGCCCCCCGGGGTTTTGGACTCCTGGGGGTGACTTAGCAGCCGTCTGCTTGCAGTTGGACTTC
CCAGGCCGACAGTGGTCTGGCTTCTGAGGGGTCAGGCCAGAATGTGGGGTACGTGGGAGGCCAGCAGAGGGTTCCAT
GAGAAGGGCAGGACAGGGCCACGGACAGTCAGCTTCCATGTGACGCCCGGAGACAGAAGGTCTCTGGGTGGCTGGGT
TTTTGTGGGGTGAGGATGGACATTCTGCCATTGTG[redacted]GTAAGAATGGCCACTCTAGGGCCTTTGTTTTCTGCTACTGCCTGTG
JH6
GGGTTTCCTGAGCATTGCAGGTTGGTCCTCGGGGCATGTTCCGAGGGGACCTGGGCGGACTGGCCAGGAGGGGACGG
GCACTGGGGTGCCTTGAGGATCTGGGAGCCTCTGTGGATTTTCCGATGCCTTTGGAAAATGGGACTCAGGTTGGGTG
CGTCTGATGGAGTAACTGAGCCTGGGGGCTTGGGGAGCCACATTTGGACGAGATGCCTGAACAAACCAGGGGTCTTA
GTGATGGCTGAGGAATGTGTCTCAGGAGCGGTGTCTGTAGGACTGCAAGATCGCTGCACAGCAGCGAATCGTGAAAT
ATTTTCTTTAGAATTATGAGGTGCGCTGTGTGTCAACCTGCATCTTAAATTCTTTATTGGCTGGAAAGAGAACTGTC
GGAGTGGGTGAATCCAGCCAGGAGGGACGCGTAGCCCCGGTCTTGATGAGAGCAGGGTTGGGGGCAGGGGTAGCCCA
GAAACGGTGGCTGCCGTCCTGACAGGGGCTTAGGGAGGCTCCAGGACCTCAGTGCCTTGAAGCTGGTTTCCATGAGA
AAAGGATTGTTTATCTTAGGAGGCATGCTTACTGTTAAAAGACAGGATATGTTTGAAGTGGCTTCTGAGAAAAATGG
TTAAGAAAATTATGACTTAAAAATGTGAGAGATTTTCAAGTATATTAATTTTTTTAACTGTCCAAGTATTTGAAATT
CTTATCATTTGATTAACACCCATGAGTGATATGTGTCTGGAATTGAGGCCAAAGCAAGCTCAGCTAAGAAATACTAG
CACAGTGCTGTCGGCCCCGATGCGGGACTGCGTTTTGACCATCATAAATCAAGTTTATTTTTTTAATTAATTGGCGC
GCGCCCTCTGTGACAGCATTTATACAGTATCCGATGCATAGGGACAAAGAGTGGAGTGGGGCACTTTCTTTAGATTT
GTGAGGAATGTTCCGCACTAGATTGTTTAAAACTTCATTTGTTGGAAGGAGAGCTGTCTTAGTGATTGAGTCAAGGG
AGAAAGGCATCTAGCCTCGGTCTCAAAAGGGTAGTTGCTGTCTAGAGAGGTCTGGTGGAGCCTGCAAAAGTCCAGCT
TTCAAAGGAACACAGAAGTATGTGTATGGAATATTAGAAGATGTTGCTTTTACTCTTAAGTTGGTTCCTAGGAAAAA
TAGTTAAATACTGTGACTTTAAAATGTGAGAGGGTTTTCAAGTACTCATTTTTTTAAATGTCCAAAATTCTTGTCAA
TCAGTTTGAGGTCTTGTTTGTGTAGAACTGATATTACTTAAAGTTTAACCGAGGAATGGGAGTGAGGCTCTCTCATA
ACCTATTCAGAACTGACTTTTAACAATAATAAATTAAGTTTCAAATATTTTTAAATGAATTGAGCAATGTTGAGTTG
GAGTCAAGATGGCCGATCAGAACCAGAACACCTGCAGCAGCTGGCAGGAAGCAGGTCATGTGGCAAGGCTATTTGGG
GAAGGGAAAATAAAACCACTAGGTAAACTTGTAGCTGTGGTTTGAAGAAGTGGTTTTGAAACACTCTGTCCAGCCCC
ACCAAACCGAAAGTCCAGGCTGAGCAAAACACCACCTGGGTAATTTGCATTTCTAAAATAAGTTGAGGATTCAGCCG
AAACTGGAGAGGTCCTCTTTTAACTTATTGAGTTCAACCTTTTAATTTTAGCTTGAGTAGTTCTAGTTTCCCCAAAC
TTAAGTTTATCGACTTCTAAAATGTATTTAGAATTCATTTTCAAAATTAGGTTATGTAAGAAATTGAAGGACTTTAG
TGTCTTTAATTTCTAATATATTTAGAAAACTTCTTAAAATTACTCTATTATTCTTCCCTCTGATTATTGGTCTCCAT
TCAATTCTTTTCCAATACCCGAAGCATTTACAGTGACTTTGTTCATGATCTTTTTTAGTTGTTTGTTTTGCCTTACT
ATTAAGACTTTGACATTCTGGTCAAAACGGCTTCACAAATCTTTTTCAAGACCACTTTCTGAGTATTCATTTTAGGA
GAAAGACTTTTTTTTTAAATGAATGCAATTATCTAGACTTATTTCAGTTGAACATGCTGGTTGGTGGTTGAGAGGAC
ACTCAGTCAGTCAGTGACGTGAAGGGCTTCTAAGCCAGTCCACATGCTCTGTGTGAACTCCCTCTGGCCCTGCTTAT
TGTTGAATGGGCCAAAGGTCTGAGACCAGGCTGCTGCTGGGTAGGCCTGGACTTTGGGTCTCCCACCCAGACCTGGG
AATGTATGGTTGTGGCTTCTGCCACCCATCCACCTGGCTGCTCATGGACCAGCCAGCCTCGGTGGCTTTGAAGGAAC
AATTCCACACAAAGACTCTGGACCTCTCCGAAACCAGGCACCGCAAATGGTAAGCCAGAGGCAGCCACAGCTGTGGC
TGCTGCTCTTAAAGCTTGTAAACTGTTTCTGCTTAAGAGGGACTGAGTCTTCAGTCATTGCTTTAGGGGGAGAAAGA
GACATTTGTGTGTCTTTTGAGTACCGTTGTCTGGGTCACTCACATTTAACTTTCCTTGAAAAACTAGTAAAAGAAAA
ATGTTGCCTGTTAACCAATAATCATAGAGCTCATGGTACTTTGAGGAAATCTTAGAAAGCGTGTATACAATTGTCTG

Fig. 3 (cont.)

GAATTATTTCAGTTAAGTGTATTAGTTGAGGTACTGATGCTGTCTCTACTTCAGTTATACATGTGGGTTTGAATTTT
GAATCTATTCTGGCTCTTCTTAAGCAGAAAATTTAGATAAAATGGATACCTCAGTGGTTTTTAATGGTGGGTTTAAT
ATAGAAGGAATTTAAATTGGAAGCTAATTTAGAATCAGTAAGGAGGGACCCAGGCTAAGAAGGCAATCCTGGGATTC
TGGAAGAAAAGATGTTTTTAGTTTTTATAGAAAACACTACTACATTCTTGATCTACAACTCAATGTGGTTTAATGAA
TTTGAAGTTGCCAGTAAATGTACTTCCTGGTTGTTAAAGAATGGTATCAAAGGACAGTGCTTAGATCCGAGGTGAGT
GTGAGAGGACAGGGGCTGGGGTATGGATACGCAGAAGGAAGGCCACAGCTGTACAGAATTGAGAAAGAATAGAGACC
TGCAGTTGAGGCCAGCAGGTCGGCTGGACTAACTCTCCAGCCACAGTAATGACCCAGACAGAGAAAGCCAGACTCAT
AAAGCTTGCTGAGCAAAATTAAGGGAACAAGGTTGAGAGCCCTAGTAAGCGAGGCTCTAAAAAGCACAGCTGAGCTG
AGATGGGTGGGCTTCTCTGAGTGCTTCTAAAATGCGCTAAACTGAGGTGATTACTCTGAGGTAAGCAAAGCTGGGCT
TGAGCCAAAATGAAGTAGACTGTAATGAACTGGAATGAGCTGGGCCGCTAAGCTAAACTAGGCTGGCTTAACCGAGA
TGAGCCAAACTGGAATGAACTTCATTAATCTAGGTTGAATAGAGCTAAACTCTACTGCCTACACTGGACTGTTCTGA
GCTGAGATGAGCTGGGGTGAGCTCAGCTATGCTACGCTGTGTTGGGGTGAGCTGATCTGAAATGAGATACTCTGGAG
TAGCTGAGATGGGGTGAGATGGGGTGAGCTGAGCTGGGCTGAGCTAGACTGAGCTGAGCTAGGGTGAGCTGAGCTGG
GTGAGCTGAGCTAAGCTGGGGTGAGCTGAGCTGAGCTTGGCTGAGCTAGGGTGAGCTGGGCTGAGCTGGGGTGAGCT
GAGCTGAGCTGGGGTAAGCTGGGATGAGCTGGGGTGAGCTGAGCTGAGCTGGAGTGAGCTGAGCTGGGCTGAGCTGG
GGTGAGCTGGGCTGAGCTGGGCTGAGCTGGGCTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGG
TGAGCTGAGCTGAGCTGGGGTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTG
GGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGAG
CTGGGGTGAGCTGGGGTGAGCTGAGCTGAGCTGGAGTGAGCTGAGCTGGGCTGAGCTGGGGTGAGCTGGGCTGAGCT
GGGGTGAGCTGAGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGG
GCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGC
TGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGCTGAGCTGGGGTGAGCTGGGCTGAGCTGGGCTGAGCTGGGCTG
AGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAG
CTGGGGTGAGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGGGCTGAGCAGGGCTGAGCTGGGGTGAGCTGAGCT
GAGCTGGGGTGAGCTGGGCTGAGCTGGGCTGAGCTGAGCTGAGCTGGGCTGAGCTGGGCTGAGCTGGGCTGAGCTGG
GCTGAGCTGGGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGC
TGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTG
GGGTGAGCTGAGCTAGGGTGAACTGGGCTGGGTGAGCTGGAGTGAGCTGAGCTGAGGTGAACTGGGGTGAGCCGGGA
TGTTTTGAGTTGAGCTGGGGTAAGATGAGCTGAACTGGGGTAAACTGGGATGAGCTGTGGTGAGCGGAGCTGGATTG
AACTGAGCTGTGTGAGCTGAGCTGGGGTCAGCTGAGCAAGAGTGAGTAGAGCTGGCTGGCCAGAACCAGAATCAATT
AGGCTAAGTGAGCCAGATTGTGCTGGGATCAGCTGTACTCAGATGAGCTGGGATGAGGTAGGCTGGGATGAGCTGGG
CTAGCTGACATGGATTATGTGAGGCTGAGCTAGCATGGGCTGGCCTAGCTGATGAGCTAAGCTTGAATGAGCGGGGC
TGAGCTGGACTCAGATGTGCTAGACTGAGCTGTACTGGATGATCTGGTGTAGGGTGATCTGGACTCAACTGGGCTGG
CTGATGGGATGCGCCAGGTTGAACTAGGCTCAGATAAGTTAGGCTGAGTAGGGCCTGGTTGAGATGGTTCGGGATGA
GCTGGGAAAAGATGGACTCGGACCATGAACTGGGCTGAGCTGGGTTGGGAGACCATGAATTGAGCTGAACTGAGTGC
AGCTGGGATAAACTGGGTTGAGCTAAGAATAGACTACCTGAATTGTGCCAAACTCGGCTGGGATCAATTGGAAATTA
TCAGGATTTAGATGAGCCGGACTAAACTATGCTGAGCTGGACTGGTTGGATGTGTTGAACTGGCCTGCTGCTGGGCT
GGCATAGCTGAGTTGAACTTAAATGAGGAAGGCTGAGCAAGGCTAGCCTGCTTGCATAGAGCTGAACTTTAGCCTAG
CCTGAGCTGGACCAGCCTGAGCTGAGTAGGTCTAAACTGAGTTAAAAATCAACAGGGATAATTTAACAGCTAATTTA
ACAAGCCTGAGGTCTGAGATTGAATGAGCAGAGCTGGGATGAACTGAATGAGTTTCACCAGGCCTGGACCAGTTAGG
CTAGGACCTCGTTCTATAGAGGCAGACTGTGTGCTACAGTGGAGTTTCAAGATGATTCCATGAGTCCTCCCCGCCCC
CAACATAACCCACCTTCCTCCTACCCTACACGCCTGTCTGGTGTGTAAATCCCAGCTTTGTGTGCTGATACAGAAGC
CTGAGCCCCTCCCCCACCTCCACCTACCTATTACTTTGGATGAGAATAGTTCTCCCAGCCAGTGTCTCAGAGGGAA
GCCAAGCAGGACAGGCCCAAGGCTACTTGAGAAGCCAGGATCTAGGCCTCTCCCTGAGAACGGGTGTTCATGCCCCT
AGAGTTGGCTGAAGGGCCAGATCCACCTACTCTAGAGGCATCTCTCCCTGTCTGTGAAGGCTTCCAAAGTCACGTTC
CTGTGGCTAGAAGGCAGCTCCATAGCCCTGCTGCAGTTTCGTCCTGTATACCAGGTTCACCTACTACCATATCTAGC
CCTGCCTGCCTTAAGAGTAGCAACAAGGCGCGTCAAACTTACCCTACCTTTATCCTGGTGGCTTCTCATCTCCAGAC
CCCAGTAACACATAGCTTTCTCTCCACA[redacted]

Fig. 3 (cont.)

[illegible]
[illegible]ATGATCCCAGTGTCCTTGGAGCCCTCTGGTCCTACAGGACTCTGACACCTACCTCCACCCCTCCCTGTG

mouse IGHγ1 - ΔCH1

TAAATAAAGCACCCAGCACTGCCTTGGGACCCTGCAATAATGTCCTGGTGATTTCTGAGATGTAGAGTCTAGCTAGG
TCATGGAATGAGGGGTCTCCATGGTTTGAGGCCTGAGTTGTGACTAAGGAAAAACCCATAGGCCTACACTGCCACAC
CCAGCACTTTTGAATTTGCCTGACATGAAAAGAATTTACCTCTCCCTGGAAAGTGGAGCCTTATCCCTAGGCAGTTC
CCTTACCAGACCTTCCTCTAGCTTGCACTTTGTTCTGGGCACAGAATGTGTCTAACCCCCCAAAGCAAGGAAGACAC
AACCTCTACCTCCCTCACTCTGTCCTTACCCCTTTTCCTGGCTAAGCATCTCACTGAGTGCGCTGAATAGATGCATG
TGGCCACAGTCTTGCAGACAGACCCTTGCCATCTCTCCACTCAGCTTTCCAGAGGCTAAGTCTAGCCCGTATGGTGA
TAATGCAGGGAGCTCTATGCTATCTCAGTGCTATCAGACTCCCAAGTGGAGGATGAACATGGACCCATTAAAACCAA
CCTGCGCAGCAACACCCTGCCAATAAGGCCCGTATGTGAAAATGTGCACACATCTACACATGCACAGGCACACACAC
ACACACATGCATGGGCACACACACATACAGAGAGAGAGAATCACAGAAACTCCCATGAGCATCCTATACAGTACTCA
AAGATAAAAAGGTACCAGGTCTACCCACATGATCATCCTCGGCATTTACAAGTGGGCCAACTGATACAGATAAAACT
TTTCTATGCCAAGGACGCCAACATATACACAAGTCCGCTCATGACAAATCTGTCCCTGAACCTCAGACTGGCGCCCG
TGACTCATACAGTGGACACTCCTCCAAAGCTGTATAGCTTCCTTTACTTCCCTGTGTGTACTTTCTCTGAAGTACAC
TCATCACACAGAAGAGGCCCTGTGATTACTCTGGCCCTCTGTTCTTGGTCATCAGAGAATAGACAGAAGATCAGGCA
AACTACACAGACACTTCCCACAATCATCACAGGCCCTGACTCTGCTCTCCAGTCTCAAAACTGAAGGCTGGAGCACA
CAGAATAAGCTCCTGCACAGGCCAGGCCAGTATCGGGTCCAGTGTGTCTGACTGAGCCCAGGGACAAAATGGCAGCA
CTTTGGGGAACTGAGGTTTCTGGTCCAAGAAGGAGAGATGGAGGCCCAGGGAGGGTCTGCTGACCCAGCCCAGCCCA
GCCCAGCTGCAGCTTTCTCCTGGGCCTCCATACAGCCTCCTGCCACACAGGGAATGGCCCTAGCCCCACCTTATTGG
GACAAACACTGACCGCCCTCTCTGTCCAGGGCTGCAACTGGACGAGACCTGTGCTGAGGCCCAGGACGGGGAGCTGG
ACGGGCTCTGGACGACCATCACCATCTTCATCAGCCTCTTCCTGCTCAGTGTGTGCTACAGCGCTGCTGTCACACTC
TTCAAGGTCAGCCATACTGTCCCCACAGTGTCTACAATGTCCTCATACTCTTCCCCATACTGTCCCTGTGGTGACCT
ATACCCCACACTGTCCCATGCTAATGACCACAGTCTTACATGCTATGTAATGCTGTCTACCCTTCTGTATGCACAGT
CTCACAATGTCCCATGCAGTCTCCACGATGCTCCATACTGTCCCCATTCCAACCCATGCTGCCCCTTGTTCCCCGCT
ATGCTGTCCCATGCTATTGTCTGTATTTTCATGCTCTTTTCACACTGTCCCTAGTGTCACATTCTGCCCATGTTGTC
CACCACATTGTCCCCACTCTGTACACAGCCTCACACTGTACCCTGCTACCCGATAATGTTCCCTGTTGTCCCCAACT
CTCTCCCTGCACCATTTGTCAACTGTCCCCTGAATTCCCATGTTGTTCCCACACTGTTAGTGTGTAATGTGCTCTGT
CCCAGGTGTACCTTGTTCCGTGCTGTCTCACTTCATCGCCCATTCTGTCCTTGTACTAACCCCACTCTATCACCACA
CTGTCCCTATGCACTGCCCACATTGTCCTCATACTGTCCCATTTTGTATCTTCATCCTGTCCCCATAGTGTCCAATG
ATCTACCCCACACTATTCCCACTTCATGCCCCTACAATTTCCCTATTCCATTCCTCTCTGGTCACCATGCCATCCTT
CCCACTCCTGCACAGCTGGAGAGGGACTCCCGGGATGAGTCCTTGCCCAGATGAGCTACCTATCTAGAGGAGTCTTC
AGGTGGGAAGGGAATGCAGTCTTGATCTTGGTCTTATTCACCCTGTCTCACAGGTAAAGTGGATCTTCTCCTCGGTG
GTGGAGCTGAAGCAGACACTGGTTCCTGAATACAAGAACATGATTGGGCAAGCACCCTAGGCCACCTCCTGTAATGG
CATTTCCCAGGCCCCGAAGGACCCTGTCCAATATGCCAAGCAGCACAACTGAGATCACACTGTCTGCTCATCTCGCT
TTCCTCCGACCCCGAGACTCAGCTACTCTCAAATTTTCCCTCTCTGAAGGACCATGTGGACATTACATTGCTCCAGG
CCACAGCCACCAGGACCTAAAACACCATCACAGCAGCACCAAAGACACTGGATAGACCCACAAGGGCAATAGTTTCC
TCAACAGTATATCCAAACTGTTGGGACAAACGAGCAATCACTGAAGAAGTGACAAGTTCCCACAATGTCAGTGTCCA
GCTGAGAAGGGACAAAAAGTGGTACCAGCCCTGTCCACACCACCTTCTAATTCACAGGAATACGTGATAGAAGAGGC
AGGTTGTAGATCCGAAAGATGAGACAGATTTTATCAACTCCAGAAAGAGCTGGCTCCAACTGAATTATTCTAGCGAC
CTTGGCATTGTCATGACCTGCCATGACCTTCCTCCTTAACACTTCGATAAACCCTGGGATATGGAAAATGCCTGTGT
TTCTCAGGGTTTGGGAAAGAACCATCCATGTTGGGATTCTTGTGTAGATCCTCCTTCTGGTCACAGATGCAATACAC
TGGATTTTCAGGCAAAGGAGCAAATTCACAGACAACTCTGGCCCTACAGCCCTAAGACCTAGACACCACCATCTCCT
TGGAATTATCAAATTTAACACCCGGCACACAACAAAGAAGGACTGGGACTTTGAGGCCTTTGTGTAGCCCTAGAGGG
GGCAGAGGCCACTGAGCAGGGATTGGGTGATCACAAGGACCTCCTGGAGAGGGACCTGAGGAGCAGGTTCCAATTGG
GCCAAAGAAAGAAGAACAACAATAGAGATGAAGGATGCTGGAAAGAGCCATGGTACAGCAGTCTTGTCCTTCAGACA
TGACTCTTACAGCCCAGGACTCTTACAGTAGCTAGCTGGAGCAGAAGTCCAAGGGATTACCATGCCCTAGGGCCACA
GGCTACTGGAGGGTGGAGTGAGTCTACTACACAGGTCCAATGCCTGTTTCTCCATTGCTTCTCAGCCAATGAGAAAT

Fig. 3 (cont.)

CAGAGTCTCCACCTCCAAGAAAAAGGAAGGTGGAAATGAAAGGTGAGCACCTGCCTTCCCGTGACTGGCAGAAAGAT
CTCCACGGACTCAAGGCTTTGACTTCAAACGGCGCGCCAATCTTCCAGAAGCCAGGCTGGGACCTCAGCAAAAGGGA
AGACATAACCCAACTCCAGGATGCCCTGTGGCTGATCACTCTTGTCTTGGCGGGGATGAAGGTTGGAGAAAGGCCTC
CACGTTTCAGAGCTAAGACCGACGTGACAACTTCCCAGCCCACTCACAGACTTTCCTGAGCAATAAATTGATGCAAA
ACCACAAATTCCTACTCTCAAAAACAAACATTAACAAAGGATTGGGGGAGGGGGTCAGGGGTAGTATGGTGGCGTTG
GGCAGGGTAAACTCAGGGTACCCATTGTCTAATGTCTGAGACATAACTTGAACATATGTGTAGCTGCAGCCAAAGAT
GAACAAGTGATGGTATTTGTGTCCTCTTCAGACCCGATACCAGGTCATTAAGCTTGAGATCTGGACCTGATTTCTAA
ACATTTGGCCTCTGTGAGCACCCTTGGCAAATACTGAACAGCAAACCCTGGTCCTGGCTGTGAACCTTGGTCCTGAT
CACTGAGCCCTATATTGGTAACTGAACCGTGATCCTGATCTCTGACCTCAGTCATGGTCATGAGGCCCTGGTCCTGG
CCACTCATTCTAATAACTGGTCCCTAGTCCTGAGCCCTGAACCTTGGTCCAGGTCACTGAATCCTAGTCATGATCAC
TGGGTTTGATCCTCATTACTGAGCCTAGTCTTGATCACCGATGACTGGTTTTGATCATAGCAATTAACCTGATCACT
AGTCCCCGTTCCTCATCACTGGGCCATGATACTGGTCACTGGGTCCTGATCCTGATCACTAAATCCTGTTTCTAAAC
AATGTGTAGTGGAATGTATAGTGAAGCCTTTGTGTCTGGCTCTGGGTGAAATGTCTCAGCAGAGCCTTTGCTAGGTT
TGGGTTAATCAGTTGGGGCTGAGAAATGTTTTTGAGGCTGTTTGAACTTCAAAAGAAGAAATGTCTCCCTGGACAAT
CTGCACATTTGCAGCTGCGCAAACCTTCATCCTAAAACTTAACTCCTGGCAAACTTAGAATTCTTACTTTTAATAAT
GGCTAGCCATGGTTGAAAGGGACTGAGATGTCTGTGGGTGGGTGGAACCTTTCCCAGCTCCAAGTAACTCTGTATAC
TGTTTGAATAAAGTAACTGAAGTGAGCTAGCTGGGGTCAATCTTCTTTCCAAGGAGAATAAAGCCCTCCGCTCCTCC
AGAAAATGAAGGCTTAGCTCCTTGGTTAGCTTCTCTCTCTACTGCGGCACCTACAACCAACTCAGCAGTCCTAGGTT
CCTGTCACCAGATCCAGTCCTGATAGCTAAGTGTCAATCCTCGTCACTAAGGCCTGATCCTTAGCAATATGCCTGGG
GTCTGATAATCAGACTGACATTCTGATAACTGGACCCAGATTCTTATCACTGGGTCTTTGTCCTGGTCATGGGCATT
TGACCCTAGTCTACAGCACTGAGTTCTGGGCATGGACCCTGGGTCCCAGTTCTAGATACTGAGTTCTGGTTCTAATA
ACTGGCTCCTGTACTGATCGATGGGTCCTGACCTAGTCATTGGGCCCTGATCCTCAACATTGACTTCAAAACCTGAA
CTCTAGCCCCATGCCTCATTCACATTAGGAGGATCCCTACAGGGGATTCCTGCAGAAGATTCCAGAATCCCCACAAC
ACTGTTCACACACTGGGCTGCAACTGGGACAGTGACCCCTTTGCTCATAGGACTTGCCCAGGCTCAGATGCACTGAA
TGGAGACAAAGCAAGCCCAGGCCCTGGGAGATGGAGCCTCTGGCCTGGGGTCTACAGATGTGGGGTCAGCATCATAG
GGAGGTTTGCAGGGCAGGTGTGGGGCAGGGCAGAAGTGGTCATGCTTGTAGATACTATTTTTCTCTCCTCTGGAGCC
TCCTTTGTCTATCACCTGCTGTCCTGGGATCTCTATCTGGGGTCAACAATGTTTGCAGTACAGGTGTGGGGGTAGGG
CAGGGATGTTCACATTAGCAACTTGTTTTTCTCTCTTCTGAAGTCTCTGTTGTCTATCACCTGCTGAAACATTCAAA
GCAGCTCTGAGCTGAGGGCAGCTGAGTCATCCTGAGCCTGTCTCAGCACAGGTGCCCCAAACCAGAGCTACTGTTCT
GAGAATCACACCACACTGGACCAGGCCAGGTGGGCCTGGGGCCTGGATGAGGGGTGGGAGCCAGGGGAGCCCTGCCA
GGGGCTGAGGAGGCCCCAACCCCCATCACCCAAGGCCATCCACACTCGTGCCTTAATGAGGCCATGTTCTGTCCCAA
TGAGAACAAGTCCAATTAAGATTAAGTATGGTCTTCCCAGGATCATCCAGAGTCAAGGGGTGTCAGCCAGGGACAAC
CCAGACCAGCCTGAGGTCAGCCAGCATCACCCAAGGCCACACAGCTATTCTGGCAGAGGACTAGAATAGTCAGCTCA
TCGAGGCCCTGGAGATGCAGAATGGAGAGTTTATCCCTGCCAGACAGGGTTCCTCAGATAGGCAGGTCCCTCACCAC
ACATGACCTCCCTGAATATTTCCCAGAGTCCAGTTGGTTCTAGACTATCACAATAGTCTTCTGTATTCCTGATAAGC
ATGCAGAAAGCTAACAGGATGACAAGAAATTTTATGCAGAAAACAGAAGCATCTACAGGATAGAACAGAGGAGAATA
GATACTGGAAGTCTGCTGGAGACCCCAGTGGAGTCTCTTTGTAGAGTCAAGCTGTAAGATCAAACCTGCACTGAGCC
TCAAGATTGAGTCAAGTACAGAGGCAACCTTCAGGACCCTAAAGACCTTACAGGCAATGGACAGGATGGAGTCCAGG
CAGACAAGTAAACGGGCAGTCATATGTAACATAATGAACCATGTCAACAGAGGGTACTGAGCCAAGGAAGGCTCTGG
GACACTTGTGGATAATCTGCCACTGGATCTCTTGATGTATATACCAGGTGATCAGATGACAGTTTAGTGGCGCCATC
GCCGTTACAGTGTTAGGTGTTGTCCTCGTCATGGGTTCACGTGAGAATGTGACACCTTTTTAGTTGGATGTGTACAG
TAAGCTCTCAGGCCTGGTGTTCCTGGTATGATTTTAATGATCCATGTGTTCCTATATCTTTAATAAGTTTATAGGGT
GACATTAAGCTTGGGGATAAGTTGTTTATCAGGCTGTGCCTTTAGAAGTTGATGTGCAGGGATTGTTGTTTACACCA
AGATGCCCAGTCTTCCTCCAGCTTCCAAACGGAGTCAAAGGCCATTTGAAAATGTGAAACCTCTCAGGGCAAGGTAC
AATCTTTTTTTTTTTTAAAGCCACTACCTCACACAACATGGAGTAATTTAAAGCAGGGTACAGCTTGATCGAAACAC
ACACACACACACACGCATACACACAATGTAAGATACCGAGAAGGGGATCAAGGGACACAGAAGTAGAGAGAGAATGA
GACAGTTCAGGGATGTAGAGATGAGAGGTAACTAGAGGAAAGGAGAAACACAAGGACTGGAGGGTAAAGAGCCAGGG
ACAGAAAGATCCATGCAAGCAAGACAGACAGACACAAGGAAGGGAAAGGTGGGAAGAGACAGACAGACAAGGTGCAG
CAATGTAGCCCACCTGAGACTCCCATGAAAGTCTGGCACCCACTCTCAGATGAAAGCCAAGTACCTACAGACACGTA
CCCACAGCACCCACACAGAGCACCTGCCTGCCTAACTCAAGCCCACCTACCCATCGCCTCTCCTCCAGGCCTCTGTC
CTCAGGAAGCACACTGAGGGTAACTCAGTCTGGACACTTCTAACTATGGCTTAGTGAACAGCCTGAGAGGCTCTGGA
TCCACAGGTCACTACCACTTGCTGGCCCTGTGCTCCATGCCATGCTTCAGGGGGGGATTCACTGAATGCATGAACCA
TAGTCTGGGGTCAACATGTACTAAGGGATAGGATCCTATCAGGATTTGTCCAAATAAGGTCCAAACAAAGTGAAGAA

Fig. 3 (cont.)

GGTGATAGGCGAGAACAGCTGGCAGCTGAGAGAACGCTGGCCAGTTCTTAGGCCAGAGCTTAGGGACAATTTCCAGA
CCTAGCCTTTCATCTCAACTCTAGGTCATGGGTAACTTCCCAGATCTCTATTTTGTTCCTGGTAACTATGCATGCTG
GTACAAGTCTAAGAACCTCGGTGAGACACAGAACCAGTAAGATGAAAGCATCCGTGGATAAGGAAGAAAGGAGAAGA
GTAGAAGGGACAGGACCCTGGACACATGAGATTCCCACACCCAGGAACTGCTCATCCAGCCCGAGAAACGGTATACC
CCTAGCACACAGAAAGAAAACAGTACCACAGGTCTAAAAGAGTAGAGTCAGTGGGAAGGGGTACTACTAGGGCGCCT
CCTGCCTGGTCCAGGAGCAGAGGCTGGGAAGGGGCACTAAACAGGGGGAAGCATGGAGACAGGGAGATGAAGGAGCC
TTTGGGACTGCATGGTGGGAACTAGACTGTTCTCTGAATGAGCCTGTGTGTGTGGCAGCTGCCTGAGAGGGAAGACA
CCCAGAGGCCAGGCAGAGGAAAAGAGTAATCAGGGCTGAGGGGACTGGGGTGGGGGTCTGAGGAAGTCAAGGTAGCT
ATCGCCCATTTATCAGGGCCATGACATGCACTTCATGGGCACATATCTAAAACCAGACCTGGCCCTCACCTACACTC
AGACAATGTCCCTTTTGTGGATTTAGGGATTTCAGTACTTCATCCCATGGCCTCTCAAACTGGAAGATCCATCTAAA
AGGCTGATGTTGTGGTATCAGGGCCCAGGACTAGAGAATGGGACACTGAGTGGCAGAGGTGCAGAGGACACATACAC
TCACTCAGATGAAAGCAATGCACAAGAAGACAGAGCCATGTATGAACACTCCTCAGACTCAGACCCACAGCACTCAC
ACCCAGCTCCCCACAGACACACACAGCCCCTGCCTGCCTGTTCCAAAAATCAAACCCATCTACCCACTCCCTCTCCT
GCAGGCCTTTGTCCTCAGAGTGGCACACTGAAGGTAGCTCAGCCTGAACACTTCCCATGGGACCTGGTGAACAGCAG
GAGCCTCTGGTCCACACTCCCCACCTCTTGTTAGCCCTGTAGTCTATGTGATGCTGTTGAGAACAGGGTACATGGCC
TCTGCCTGGTACAGTCTGGGGTGCAGGCTTCAGGTGAGGCCCAAGTGTGAAGAGTGCAGAAGACAGTGGGCAGAGCT
GAGAGACTGCTAGCCAGTTTTGTTCAAAGGACTGTGATGGCTGCTCCAGGCTACTGAACATTCCAGGACTGCTTCCT
ACCCTCCTCAAAGATGCTGGAACACAACCAATCCTCAACACAATCCAATGTAGTTGCCTGTAGCAGGGCATGCCTCT
GTACAGCAGGGAGTCACACAGAGCCACATGAGACTCTAGACCTGGGGACTGCAGAGGGGAAGGCATGTCCAAGACGG
CCTCCTCCTTGTTACCCTAGGTTTTCAGGCCTCAGGATAACCACTGAACAACATATGCTGAGTCCTGTTCCCCAGGA
TGCTGATGGACACCAGGTCACAGGGCTAGAGGCCAGGAGGGCTAGAGCCTGTGGGCAGGGGGGCTATATTCATTCTT
CCTGTGCTTGCCCAGGAGCAGGTGCTGGGCAGGGGCACAGGACAGGGTGAGGCAGGGAGACAGGGGCATGAAGGGGC
CTCTGGGACCACAAGGTGGGAACTAGGCTGTGCCTGACTGAGCCTGTGTGTGTGACAGCTGATTCATGGGGAAGACA
CCCAGAGACCAGGCAGAGGAAAAGAGTAATCAGGGCTGAGGTGACTGGGGGTTGGGAGGTCTGAGGAGGTAGAGGCA
GCTATGTCCCATTTGTCAGGGTATGGGGACATGTACTTCATAGACACAGATCTAAGAACCAGGCGTGGTTCCCACCT
ACCCCCAGACAGTGTCCCTCATATGGGCTTAGGGATTTCAGTACTTCATCCCACGGCCTCACACCTTGGAAGATCCA
CCTCAAAGGCTGATGTTGTGGTGTGGGGGTCCAGGACTGGGGCCAGGGACACTGGTTGGCAGAGGTGCCCAGGACAT
AGAGTGCTCAGAGTGTAGTTGGGGACATGCTGAGCACTGTTCCTCTGTGAGGGGACAGGCTGAGACAGGGACTGAAG
TCCATCCATAGGCTCAGCACATACCAGGCTCTGGATGGGAACACTGAGCTCTGCCACCCTCCAACATCTGGCACAGC
AGCCTCCTGTGCCAGGGAAGCTAGTCAGCAGGGACAGAGTTCCTGTCCGGGCTGGATGGAGTCTTCTCTGCTAGCAT
CCAAAATAAGTGCATCTTCAGCAATAAGGTCCAGTCATGGTGGACGGCCAGGAACAAAGGCAGTAAACAGCCTGGTT
TGTGTTTGGTTATCTACAGTCTCTCTCACTAAAGCATCAAGACTTCTTTTAATAAATTTAGAAGTTGTTTTCTTTTG
AAACACGGTCTCTCTATGTAGTCCTGGGGGTCCTGGAACTCCCTGTGTAGAAGACCAGACTGTCTTCAAACTTAAGG
AGATCCTCCTGTCTCTGCTTCCTGAATGCTGGGATTAAAAGCATGTGCCACCACACCCAACCTAACCCTTTCTTCTG
AGAGCAACATGCATACAATTTCCCCTCTTATTTCCCCAGATTTTCAATCCTTTTATCCACACTTAAATCTTTAATGC
TAAAATCTCCCTCCCTCCATTTCCAAGCTGCATGTGTTCTACTATTCCCTCAAATTATTTTTCCTTGTGTGCAGGTT
TTAGATTTGAATGCAGGAAGCCTTCACTCTGGCAAAGCCTCCCCCAACCCAGCCTTTCCCATTTCCACACCTCCTAA
CACGTGATTTAGCCCACATCCCCTCATGTGTATGGTGTTTCCCTTCAGTCTGAGGTATTACCCCCAGTGTCCCCTTA
CAGCTGCCTATGGTCACAAATACCTTTCATCTGTTTTTGCTGTGGAAAGCGTTTATTTCCCCTTGAATTTTAATAGC
TTTCTGGGTATACTACCCTGGGTTGAGAGTTTAGATTTTTCAGATCTTGGAATATGTCTTTCTAGACATCTAGCCTT
AAATGTTTCTACTGGGGGCTACAGAAATGGCTTGGTGGTTGACAACACATGATGTTCTTGCAGAGGAGTGGGTTTTG
ATTCCTAGTACCCCATATCAGCTAAGAGCTATGGAAGACACAAATGGAAGAGGGGACTCTGAGATTCTGAGAAAAGC
CTCATGGTTAAGGGTACACTGAGATACTGAGAGAGAAAGACAGAGACACTGAGAAAGACAGAAGCACAGACCACTAA
AAGAGACAGGGAAACAGAGAGAGACAGTGATGAGATGCAGGGACAGAGCAACCCAGAGAGACAGACAGAGACATAGA
CACTGATAGAGACACAAAGAAGAGAGGGGTCGTGGAAGTTTTGAGAGAAACTGGTAGGAGGTGAGAGAGACACAGAG
CCAATACAGACACAGAAAGACAGAGACTCCAGAGAGACAGAGACTGAGAGAGACAGAGACTGGGAGAGACAAAGATA
CTGAGACAGTCAGAGACACCAATGGGTGCTTTTCCAGGGGATCCAGATTCAATTCCCAGCACCCACATGGCAGCTCT
CTACTGTAATCCCAGTTCCAGGGTGCCCTGAAAAATCCTTCATGCATGTGAAGCTTAGAAGCTCACACACAAACACA
CAGACAGACAGACAGACAGACAGACAGACAGACACACACACACACACACACTCAAATGAAGAGTGTGGTTCTCTTTC
TCTCTCTCTGATGAAAGCCATGCACCAGAAGACAGAGCCATGTGTGAACACTCCTCAGACTCAGACCCACAGCACTC
ACACCCAGCTCCCCACAGACACACACAGCCCTGCCTGCCTGCCTGTTCCAAAACTCAAACCCATCTACCCACTCCCT
CTCCTGCAGGCCTTTGTCCTCAGAGTGGCACACTGAAGGTAGCTCAGCCTGGACACTTCCCATGGGACCTGGTGAAC
AGCAGGAGCCTCTGGTCCACACTCCCCACCTCTTGTTAGCCCTGTAGTCTATGTGATGCTGTTGAGAACAGGGTACA

Fig. 3 (cont.)

TGGCCTCTGCCTGGTACAGTCTGGGGTGCAGGCTTCAGGGGAGGCCCAAGTGTGAAGAGTTCAGAAGACAGTAGGCA
GATCTGAGAGACTGCTAACCAATTTTGTTCAAAGGACAGTGATGGCTGCTCCAGGCTACTGAACATCCCAGGTCTGC
TTCCTACCCTCCTCCAAGCTGTTGGAGCACAACCAACCATCTTTGTAATTGCCCAGTTGTTTGTTATTGCCTATAGC
AGGGCATGCCTCTGCACACCAGGGAGTCACACAGAGCCACATGAGACTCTAGACCTGGGGACTGCAGAGGGAAAGGC
ATGTCCAAGAGGGCCTCCTCCTTGGGACACTGGGATTCCAGGTCTCAGGATAACCACTGAACAACATCTGCTGAGTC
CTGTTCCCCAGGATCCTGATGGACCCCAGGAGGTCACAGAGCTAGAGGCCAGGAGGGCTAGAGCCTTTGGGAAGGGG
GAATGTTAGGGTTTCTCCCATCCTGGTCCAGGAGCTGCTCACCTGACAGTGATACAGGACAGGGTAAGGCAGAGACA
GGGGGATGAAGGAAACTTTGGGAGCACATGGTGGGAGTGTAGGTTGTGCTTTTGCTTAGCCTGTGTATATAGCAGCT
GCATCATTGGGAAGACACTCAGAGGCCCGACAGAGGAAGAGTAATCAAGGCTGAGGGGACAGCAGTGTCTAAGGAAG
TGGAGGCAGCTATGGTCCATTTGTCATAGTATTGGGACATGTACTTCATGAACACTGATCTATGGACCAAGCCTGGT
TGTCATCTGCCCTCAGTCAGTGTCCCTCATGTGGGTTTAGGAATTTCAGTACTTCATCCCACAAGCCAGTCACATTG
GAACATAAATGAAATGCTGATGCTGTGGTGCTGGGGCCCAGGAGTGCGGGGTTAGTATACTGGGTGACAGAGGGTGT
CCAGTAAATAGATTGCTTAGAGTGTAGGTGGGGACAAGCTGTGCAGTGTTCCTCCATGAGGGGAAAGACTGGTACAG
GTTTTGACATCTCTTTCGTATCCATAGGCCCTGCCATACTGCCCTTGTCCATGGTCCCTGTGGGGTCACATACTTAG
TGTCAAGTAAACCATACCACAAACTGGAAGGGTCTACACTATCCTTGTAGGTTCTACACTCTCCATGACTTCTCCCA
ACTCACACAGACTGTTCCAATACACTACTCTCTTCAGTGGGCAATCATGCCATGAACAGAGAGTGGAGGGTTATGGT
TGCCCTATATTCTGACACATCCAACAGTCTTGTGCATTTGACTCTCATGTGTACAAGCGTGCTCAGGCCTGCTGTAG
TCCCCTCGAGACAGTGATGCCTTCCTTGAGAGCCGATTCTCACTGTCAGCATCTCCTCAGACCAAAGCCCTATAGAT
CCAGCCTCTTTGAGGAGCTAATGTAGTCAGTCACAGGGCTTGATGTTGGTGGCTATAGCTGCTGTCCCCATGGCTGC
CAGAGATGCTTGACCACCATAATCCCAGACTTGAGCATAGGAATAACCTGGAATCAACAGCATCCAGACACTGTAGG
GACTGGCCAGAGATGTGCATAGACCCTATGTCATGTGACCAAGACCTCTTTTTCTAGTATCTTATTTCATGAAAGTC
TACAAAATACGATCTTCTATTCCTTTTATTCCTCTTTGCCTGCTAACATGGAACCTTCTAGAAAGAGGGTCCCCTCT
CTGTCTACTGACTGTGAAGATAGATCCTGTAGGTGTGATCACAGAGTAATGTTTCATTTCTTGGCCAGTCTCAAGCC
AGGGGACTCAGGGAGAGAGACAGGAGAAGGAGAGATGGGGAGAGAGACAGAAAGACAGAAAAACAAAGCAAGGGAGA
GACAGAAGCAGGCAGACCTGGAGACTGGGTGCTTAGGAAAGAGATAAATGTGGATACAGGGAGTGAAAGATAGGGAA
TTGAAGACAGAGGTGGAGATAAAGACCAGAATATGGGAGTCAGAGACAGACAAGAGATATAGAGATCAATATAGGCA
AACAGAGACTGAGAAAGACAGTGATGAGACAGAGAGACATGGAGACAGACAAGGAGACAGACATGGAGACAGACAAG
GAGACAGAGATAGAAATAGGGAGAGAAAATAATACATAATTAGTGGTTGATTAAGGAAGAGATAATGAATGGCAAGA
AGAGACAGAGGCAGGGAGAGACATATACAGGTAGAGAAAAAGATGAAGACAGACAGAGAGAGACTGAAAGAGGGAGA
AAGATACAGAGAGAAGAGAGACTATGAAACAGGCAGAGATATAAAGACAGTGAGAGAAAAACAGAGAGACAGAGATG
GAAGAGAGACAGAGAGACAGGGAGATAGAGAAATGGGAAGACAGGAGGACCAAGAGAAGAGACACACGGCGAGGCAA
GATGTAGTAGAGAGACCTCTGATGGAATCGGCATAGGTGGAGGCAAACATAGATAGACTCTCTCCAACTGCAGTTGA
CAGACTGAGCAGAGAGAATACCATTCAGAGAGAAACAGAGGCTAAGGCTAGGAAAGGCAAGAGTAGCCAGAGGAGAC
AGAGTTGAGCCTGTGGGACAGGACCAGACGCCATCTTGGAAGAGGCAGTGACAAGCCAGGGAGGTGACAGGCTGGTA
CAGTTTCTATCCCACAGTCCACAGGCTGGTGTCACAGGCCTGTCTCCTCGTGGCCACAGTCTATCCCTGCCTGCCAA
GCCTGTCTGTGGAGGGATGGGGGGGGGGGGGCTGGGCTGAGGCAGGCCAGGACTTTTCCAGTGGAGTGGCCAGGCA
CTGGGCTGAGGGCATGATCCCTGCCCACCATCCCAGTGGGTCTGGGTAATGGATGGCCTTGATTATTTTCCTTCGTG
TTTAGGGTGGAACCTGCTTAGAGGCAGCTAGGGCTCTCCATGATGGCCTAGCCTGTGGTGAGTTAATGAACCCCTAA
GGGTAGTTCTTCCACATGGGCTAGGGTTACAATCTGGGGGTTGGGGGCTCAGATATCAGTACCAGAAACAAGGCTTA
CTCCCAACATGTCACACTCGCACACACACAGCTGCCGAGTTACTCATTCTGTGCAGAGTTGGCTCACAAGGGCACAT
GCAAATGGATGTTTGTTTCATACAGAAAAACATGTTTCTCACTTTCTGAGGTTGTTTCCAGAAATAGCATCAGTGAC
TCCCCCACCTGCAGCTGCAGGTTCACCCCAACCTGGCCAGGCTGACCAGCCTTGGGGATGGGGGACTCCCAGCATAG
GCCACTGGGACTGGGGGTCCATGACCCCTATTGATGATGTTGAATTCAGTGTTTCCCAGTTATCACCACTGCTGGAA
TCTGACCCACCAAGAGGACATGACAGGAGATGGGCAAGGATGGGTGGCTCAACACCCCAGGGAAGTGAGAGAGGCAG
GAAGGCTGTAGGTGTGCTCCAGATCCTGGGTCTACCCAGAACCATGGGAATGGTGGGCAGTGATCATGCCCTCAGCC
CAGTCCCTGGCCACTCCACTGGAAAAGTCTTGGCCTGCCTCAGCCCAGACCCCCTCCCCCACCCCTTCTCAGACAGA
CTTGGCAGACAGGGAGCTAGCCTGTGGCCACATGGAGACAGGCCTGTGACTCCAACCTGTGGACTGTGGGATAGAAA
CTGTACCAGCCTGTCACCTCCCTGCTTGTCACTGGCTCTTTCAAGATGGTGTCTGACCCTGGCTCCATCTCTGGCCA
ACCCTGCCTTTCCCAGCCTTAGCCTCTGCCTCTTTCTCTCTCTCTCAGTGTGATTCTTGCTCAGTCTGTCCCTCAGT
TACTGTCTCTCCATCTCTAACAAAACATAAGAGCTGTCTCTATTAACACCTTGTCTCTCCTCTTTCTTCTTCTCCTT
CTCCTTCTCCTTCTCCTTCCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCT
CTCTCTCTCATCTCTGCTTGTGCCCCCTTTCTCTAGGTGCACATCTCCTACCTCTGTCTGTCTATCTGTGTCTCTTC
CTTCTGTCATCTCCTCTCTATCATTCTTTCAGTCCTTCTCTATGTCTCTTTTCTGTTGATGTCTGTCTTTGTGTGTC

Fig. 3 (cont.)

TCTCTCTCCATCCCATTCCTTTTATGACTCTGGCTCCCCTTATCTCTCTGTCTGTATTTCTGCCCCACTTCTCTGTC
TTCCTATCTTTTTGTCTTTTCTCTGTTTCTGATTTTTCTCTCCATGTCTTTCTCTCCACTTTTCTCTCTCCCTTTCT
GAGTCTTCCTGCATCTGTCTCATTGCTTCTCCATCTCGCTCTCTCTTTCTCTGTTTTCTGTCTCTGTTCTTGTATCT
CTGTGTGCCTCTCCATGTCTCTCTGCTGTCTCTTTTTCTCCATACAGCAATTTACTAAAAGAACAAACATCAAGGCA
GGAAAGTATATATATATTTCAAATAAAAGTTCTTCAAATTGCTATGTCCTATACTCCAAGAAGCATTTCCAAAGTATAG
ATTAATTTAACCCTTTTAAATGAAAAGATACATTTTTAACTTCTAAAGTGTCTCCACAAAGAAATGAATGTTTTTAA
TTAAGAAATGTTGTAATTTAGTGTTGGGCTCCTGTCTTATAATGTACACTTCCTTATAAATCTAGCCATGTGGCTTA
TATCCATTTGGTATGCTCGGAGCTTTATGTAATAAACGTCTTCCCGATAGGTGCAAGGATTGGTGTTTTGTACTGCT
TACTACATACATGCTTTTAATCATTCCAGGACATACCGTCCCTCTGCTGCTGCTTCTCACCGTCTTTGCCTTTCTCT
CACCCTGTCCATCTTTCTCTCTCCCCATCTCTCTGTTTCTGTCCCTTCCTGTTTCAGTCTCTCTCCAATCTCCCTGT
GTTTCTCTCTCTCTCTCTCTCCTGATGTCTCTTTCTCTGTGGGCTTGTCTCCCCATCTGTCCTCTTCATTTCTGTAT
TTCTCCTTATCTTTCTATCTCTGTCCATGACTCTGTCTCTTTCTGCCTCGTTCATCCCCTGCCCCCCTGAAGGCACA
ATGACACTTTTATCAGGGTTTAATAGGAAAGTTTCAGGGCAGGAAAGTTGTAAGACTCAAGCAGCTGCCCCGAGGAG
GCCAGTGGGGGAGATTGGTAAAAAGCCATGACATCTAATCTGACATGGAGGTCAGGCACATGTCCCACAAGCAGCCA
CATGGCGAGAAGGGGGCAGTTAGAGAACAAGTAAGAAAGCCCAGCATGTTGGGGAGGAAGCCAAGGTGTTAAGGAAA
ACTTGCTCAGAGGGAGACAGAAAGAAGGAAGCTACAATTCTGTGAATTCAGAAAGGAAGCTGACTTACAGCCCCACA
TGGCTATAGCCCCTAAGCTTCTGGCCCTTCCTCTTCTGTCTCTTCCTGTTCTCTGTCACCCCTGTTTCTCCCTATTC
TCTGTCACACCTGTCTCTGTGCTCCCATTAATCTCTCTCTGTCTCTACACATCTCCACCTCTGCCTCCTTCATCTCT
GTCTTTTCCGGAACCCTGTCTGTCTCTGTCAGGCTTCTCCTTGTCTCCCCCTGCAGACTTGCAGTTTCTCCCTTTGT
CTTCCTCTGTCTTACCTTTATTATGTCTCCCCGTCTTTCCTACCTTCCTGACTTTCTGTCTCTTACCCTGAGTCCCC
TGGCCTGAAACTGGCCAAGAAGGAAAACATCAGTCTGTGATCACTCCTACAGGGTCTGTCTCCATAGCCAGCAGAGA
GGGGACCCTCTTTCTAGAAGGTTCCCTGTTCGCAGGCAATGAAGAATAAAAGGAATAGAAGATCCCGTTGCATTAAG
GTTTCATGAGATAACATACTAGGAAAAGAGACCTTGGTCTACGTAGAAGTCTGGTCAGTCCCTGAAGTGTCTAGACG
CACTTGATCCCTAGGCCATCACTATGTCTGAGGTCATGGTGGTCAAGCATCTCTGGCAGTCACAGTGAAAGCAGCTG
TGGTCACCAACATCAAGCCCTGTGACTACAATAGCTCCTCAAAGAGGCTGGGTCTGTGGGGTTTTGTTTTGAGGGTC
AGCTAGAAATGGGAGTGAGTCCAAGGAAGACCCACTGCCCCCGCCCCCGAGAGATAGGGGAATGAGCATGCTTGCAC
ACGTGGACATGAAAGGCACAAGAGTGTTGTATGTGACAGTTTGAGGTGACCACATTCTGCCCTCTCTGTGCCTGTCA
TGGTTACAACTGAGGACAGTGGTGGATTTGGGCAGAGTCTGTGTGAGCTGGGAGAAGCTGTGGAGAGTTGCAAGCAT
GGCATGTAGATATCAGAAGCCCTGGTCTTCCAGCAGTCCTCATGGTGATGGTTCAGTAGGACACTGGATGTGTGGCC
CATGCTAGGGTCATGGGCAAGGCTGGTATGGGTTGACTCTATGGCTGGACAAAGAGCTTTAACCTCGTCAGCTTCCG
CAATATGGAGGAACACTGCACAGCTTGCCCCCACCTGCACTCTGAGCACTCTGTACACTGGACATGCTCTACTACCC
AGTGTCTCAGACTCCAGTCCTGGGCCCCAGCCCCATAGCACAACCATGTTTATAATCCCTCCAGTGTGAGAGGCCAT
GAAATGTTGTGGAGCTCAGTCTGAAGGCAGGTGGGAGACAGGCATGCTTTTGGATCCATGTCCATGAAGTATATGTC
CACATTCCATGACAAAGGAGCCGAAGCCACCTCTATTTTCTCAAGGACCCCCTCAGTCCTCATTACTCTTCCTCTGC
CTGGCCTCTGGATGTCTTCCCCATGAATCAGCTGTCACAAACACAGGCTCAGTCAGAGCACAGTCTAGTTCCCACCT
TGTGGTCCCAAAGGCTCTTTCACGCCAGTGTCTCCCTGCCTTACCCTGTCATGCACCTCTGGCCAGCCAGCTGCTCC
TGGGCAAGGACGAGAAGAAGCCAAGTAGTTCCTCTTCTCACAGACTCTAGTCCTGCTGGCCTCTAACTCTGTAACCT
TCTGGTGTCCATCAGGATCCTGGGGCCACATCACTCTGAGTGTGTTTATCACCGGCAATCCTGAGGGCTAAGATTTC
AGATTCTAAAGGAGGAGGCCCCCGTGGACATGCCTTCCCCTCTGCAGTCCCCAGGTCTAGAGTCTCATGTGGCTCTG
TGTGACTCCCTGATGTACAGAGGCATGCCCTGCTACAGGCAATTACAATGGATTGGGTAGAGGGTTGGTTGTGCTCC
AACATCTTTGAGGAGGGTAGGAAGCAGACCTGGGATGTTCAGTAGCCTGGAGCAGCCATCACTGTCCTTTGAACAAA
ACTGGCCAGCACTCTCTCAGCTCTGCCCACTGTCTTCTGTACTCTTCACACTTGGGCCTCACCTGAAGCCTGCACCC
CAGACTGTACCAGGCAGAGGCCATGTACCCTGCTCTCAGATGATGTTTCATACAGATTACAGAGCTAACAAGAGGTG
TGGTGTGTGGACCAGAGGCTCATGCTGTGTAGTCACCCATGGTCCTGCTGAAAAGCAGGCTGGGGCTAAAAAGAGAA
TAGAGTATGAGACACACCAAGACAAATGCTGATCAAAGCCCAATGTTTACTAAAAATCTGTGCTTATATAAAAGGAA
AGCCCTTCTCCTGCAGATCCACTTTTGATGTCTGTTGCCAGCCTGTAAGCAATTTGTCTGACAGCACTAGTTTGACA
AGAAGGTGTCAATCACTGCTGTCTTTGGAATCTCTCAGCCTCTCAGCAGGTATCAGTGTCTTGGAGAAGAAGAGCAA
TGGTGACAGAACAATAGAATCATCTAGGTGGGAAGGCTCTACCCCAGGTGGTCTCATTCTCAGTGGCAGCAAGGTCT
GAGCCAGCCTGCTCAAGGCTGGGGGAGGCTACAATGTTATTCAACAGGTCCCATGGGAAGTGTCCAGGCTGAGCTAC
TCAGTGTGCCACTCTGAGGACAAAGGCCTGCAGGAGAGGGAATGGGTAGATGGGTTTGAGGTTTGGAACAGGCAGGC
AGGGGCTGTGTGTGTCTGTGGGGAGCTGGGTGTGAGTGCTGTGGGTCTGAGTCTGAGGGGTGTTCACACATGGCTCT
GTCTTCTGGTGCATGGCTTTCATCTGAGAGAGAGAAAGAGAACCACACTCTTCATTAGAGTGTGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTTTGTATGTGAGTCTGTCTGCTGTCTGTGTGTAAATGTGAGCTTCT

Fig. 3 (cont.)

ATGCTTCACATGCATGAAGGATCCTTCAGGGCACCCTGGAACTGGGATTACAGTAGAGAGCTGCCATGTGGGTGCTG
GGAATTGAATCTGGATCCCCTGGAAAAGCAGCCAGTGCTCTTAATCCTTTTGGTGTCTCTGCCTGTCTCAGTATCTC
TGTCTCTCTCAGTCTCTGTCTCTCTGGAGTCTCTGTCTTTCTGTGTCTGTACTGCCTCTGTGTCTCCCACACCTCCT
ACCAGTTGCTCTCAAAACTTCCACGTCCCCCCTCTTCTTCATGTCTCTATCAGTGTCTGTGTCTCTGTCTGTCTCTC
TGTGTCTCTCTGTCCCTGCAGCTCATGACTGTTTCTCTCTAAGTGTTTCCCTGTCTCTTTCAGTGGTCTGTGCTTCT
GTCTTTCTCAGTGTCTCTGTCTTTCTACTTCAGAATCTCAGAGTCCCCTCTTCCATTTGTGTCCCTTCTTGGGCTCA
TTCACTCTGCCTCCAGTGTCATCACTTGTGAGACCAGAACCTACTATGAGTCCAGAGGACTGTCCTTCATGGTCTGT
GACCAGCTGTGATCTGGGGAACACTGGGGAAGGCATGAACAGGGAGGGACCTGCCTGTCTGTGGAGCCCTGCCTGTC
AGCATGAACTCCCCATTCTGCACCACCAGAGCCCTGCTGAGCTGACTATTCCACACCACCTCCAGAAAAGGGCATTG
AATCCTGTGGAACCGATGGCTCTTAGCTGATACGGGGTACTAGGAATCAAAACCCACTCCTCTGCAAGAACATCATG
TGTTGTCAACCACCAAGCCATTTCTGTAGCCCCACAGTAGAAACATTTAAGGCTAGATGTCTAGAAAGACATATTCC
AAGATCTGAAAAATCTAAACTCTCAACCCAGGGTAGTATACCCAGAAAGCTATTAAATTTCAGGAGAAAATAAAAAA
GCTTTCCACAGCAAAAACAGATGAAAGGTATTTGTGACCATAGACAGCTGTAAGGGGACACTGGGGGTAATACCTCA
GACTGAAGGGAAACACCATACACATGAGGGGACGTGGGCTAAATCACGTGTTAGGAGGTGTGGAGATGGGAAAGGCT
GGGTGGGGGGAGGCTTTGCCAGAGTGAAGGCTTCCTGCACTCAAATCTAAAACCTGCACACAAGGAAAAATAATTTG
AGGGAATAGTAGAACACATGCAGCTTGGAAATGGAGGGAGGGAGATTTTAGCATTAAAGTTTTAAGTGTGGATAAAA
GGATTGGAAATCTGGGGAAATAAGAGGGGAAATTGTATGCATGTTGTTCTCAGAAGAAAGGGTTAGGTTGGGTGTGG
TGGCACATGCTTTTAATCCCAGCATTCAGGAAGCAGAGACAGGAGGATCTCCTTAAGTTTGAAGACAGCCTGGTCTT
CTACACAGGGAGTTCCAGGACACCCAGGACTACATAGAGAGACCGTGTTTCAAAAGAAAACAGTTTCTAAATTTATT
AAAAGAAGTCTTGATGCTTTAGTGAGGGAGACTGTAGATAACCAAACACAAACCAGGCTGTTTACTGCCTTTGATCC
TGGCCCTCCACCATGACTGGACCTTATTGCTGAAGATGCACTTATTTTGGATGCAGAGCAAAGAAGACTCCATCCAG
CCTGGACAGGAACTCTGTCCCTGCTGACTAGCTTCCCTGGCACGGGAGGCTGCTGTGCCAGCTGTTGGAGGGTGGCA
GAGCTTAGTGTTCCCATCCAGAGCCTGGTATGTGCTGAGCCTATGAATGGACTTCAGTCCCTGTCTCAGCCTGTCCC
CTCACAGAGGAACAGTGCTCAGCATGTCCCCAACTACACTCTGAGCACTCTATGTCCTGGGTACCTCTGCCAACCAG
TGTCCCTGACCCCAGTCCTGGACCCCCACACCACAACATCAGCCTTTGAGGTGGATCTTCCAAAGTGTGAGGCCGTG
GGATGAAGTACTGAAATCCCTAAGCCCATATGAGGGACACTGTTTGGGGGTAGGTGGGAACCACGCCTGGTTCTTAG
ATCTGTGTCTATGAAGTACATGTCCCAATACCCTAACAAATGGGACATAGCTGCCTCTACCTCCTCAGACCCCCCAA
ACCGCAGTCCCCTCAGCCCTGATTACTCTTTTCCTCTGCCTGGTCTCTGGGTGTCTTCCCCATGAATCAGCTGTCAC
ACACACACAGGCTCAGTCAGGCACAGCCTAGTCCCCACCTTGTGGTCCCAAAGGCCCCTTCATGCCCCTGTCTCCCT
GCCTCACCCTGTCCTGTGCCCCTGCCCAGCACCTGCTCCTGGGCAAGCACAGGAAGAATGAATATAGTCCCCCTGCC
CACAGGCTCTAGCCTTCCTGGCCTCTAGCCCTGTGACCTGGTGTCCATCAGCATCCTGCACAACAGGACTCAGCATA
TGTTGTTCAGTGGTTATCCTGAGGCCTGAAAACCTAGGGTAACAAGGAGGAGGCCCTCTTGGACATGCCTTCCCCTC
TGCAGTCCCCAGGTCTAGAGTCTCATGTGGCTCTGTGTGACTCCCTGCTGTACAGAGGCATGCCCTGCTATAGGCAA
CTACAATGGATTGTGTTGAGGGTTGGTTGTGTTTCAGCAGCTTGGAGGAGGGTAGGAAGCAGACCTGGGATGTTCAG
TAGCCTGGAGCAGCCATCACTGTCCTTTGAACAAAACTGGCCAGCACTCTCTCAGCTCTGCCCACTGTCTTCTGCAC
TCTTCACACTTGGGCATCCCCTGAAGCCTGCACCCCAGACTGTACCAGGCAGAGGCCATGTACCCTGCTCTCAACAG
CATCACATAGACTACAGGGCTAACAAGAGGTGGGGAGTGTGGACCAGAGGCTCCTGCTGTTCACCAGGTCCCATGGG
AAGTGTCCAGGCTGAGCTACCTTCAGTGTGCCACTCTGAGGACAAAGGCCTGCAGGAGAGGGAGTGGGCAGATGGGT
TTGAGGTTTGGAACAGGCAGGCAGGCAGGCAGGGGCTGTGTGTGTCTGTGGGGAGCTGGGTGTGAGTACTGTGGGTC
TGAGTCTGAGGAGTGTTCACACATGGCTCTGTCTTCTGGTGCATGGCTTCCATCTGAGGGGGTGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGAGCTTCTAAGCTTCGCATGCATGAATGATCCTTCAGAGCACCCTGGAA
CTGGGATTACAGAGGTGAGCTGCCATGTGGGTGCTGGGAATTGAATCTGGATCCCCTGGAAATCAGCCAGTGCTCTT
AATCCTTTTTGTGTCTCTGCCTGTCTCAGTATCTCTGTCTCTCTCAGTCTCTGTCTCTCTGGAGTCTCTGTCTTTCT
ATGTCTGTACTGCCTCTGTGTCTCCCTCACCTCCTACCAGTTGCTCTCAAAACTTCCATGTCCCCCCCTTCTCTGAG
TTTCTATCAGTGTCTGTGTCTCCGTCTGTCTCTCTGTGTCTCTCTGTCCCTGCAGCCCATGACTGTTTCTCTCTAAG
TGTTTCCCTGTCTCTTTCAGTGGTCTGTGCTTCTGTCTTTCTCAGTGTCTCTGTCTTTCTCTCTCAGAATCTCAGTG
TCCCCTCTTCCATTTGTGTCCCTTCTTGGGCTCATTCACTCTGCCTTCAGTGTCATCACTTGTGAGACCAGAACCTA
CTATGAGTCCAGAGGACTGTCCTTCATGGTCTGTGACCAGCTGTGATCTGGGGAACACTGGGGAAGGCATGAGCAGG
GAGGGACCTGCCTGTCTGTGGAGCCCTGCCTGTCCGCATGAACTCCCCATTCTGCACCACCAGAGCCCTGCTGAGCT
GACTATTCCACACCACCTCCAGAAAGGGGCATTGAATCACGTGGAACCTAAGAACACCGTGTTGTCAACCACCAAGC
CATTTCTGTAGCCCCACAGTAGAAACATTTAAGGCTAGATGTCTAGAAAGACATATTCCAAGATCTGAAAAAAATCT
AAACTCTCAACCCAGGGTAGTATACCCAGAAAGCTATTAAATTTCAGGAGAAAATAAAAAAGCTTTCCACAGCAAAA
ACAGATGAAAGGTATTTGTGACCATAGACAGCTGTAAGGGGACACTGGGGGTAATACCTCAGACTGAAGGGAAACAC

Fig. 3 (cont.)

CATACACATGAGGGGACGTGGGCTAAATCACGTGTTAGGAGGTGTGGAGATGGGAAAGGCTGGGTGGGGGGAGGCTT
TGCCAGAGTGAAGGCTTCCTGCACTCAAATCTAAAACCTGCACACAAGGAAAAATAATTTGAGGGAATAGTAGAACA
CATGCAGCTTGGAAATGGAGGGAGGGAGATTTTAGCATTAAAGTTTTAAGTGTGGATAAAAGGATTGGAAATCTGGG
GAAATAAGAGGGGAAATTGTATGCATGTTGTTCTCAGAAGAAAGGGTTAGGTTGGGTGTGGTGGCACATGCTTTTAA
TCCCAGCATTCAGGAAGCAGAGACAGGAGGATCTCCTTAAGTTTGAAGACAGCTTGGTCTTCTACACAGGGAGTTCC
AGGACACCCAGGACTACATAGAGAGACCGTGTTTTAAAAGAAAACAGTTTCTAAATTTATTAAAAGAAGTCTTGATG
CTTTAGTGAGGGAGACTGTAGATAACCAAACACAAACCAGGCTGTTTACTGCCTTTGATCCTGGCCCTCCACCATGA
CTGGACCTTATTGCTGAAGATGCACTTATTTTGGATGCAGAGCAGAGAAGACTCCATCCAGCCTGGACAGGAACTCT
GTCCCTGCTGACTAGCTTCCCTGGCACGGGAGGCTGCTGTGCCAGCTGTTGGAGGGTGGCAGAGCTCAGTGTTCCCA
TCCAGAGCCTGGTATGTGCTGAGCCTATGGATGGACTTCAGTCCCTGTCTCAGCCTGTCCCCTCACAGAGGAACAGT
GCTCAGCATGTCCCCAACTGCACTCTGAGCACTCTATGTCCTGGGTACCTCTGCCAACCAGTGTCCCTGACCCCAGT
CCTAGACCCCCACACCACAACATCAGCCTTTGAGGTGGATCTTCCAAAGTGTGAGGCCGTGGGATGAAGTACTGAAA
TCCCTAAGCCCATATGAGGGACACTGTCTGGGGGTAGGTGGGAACCACGCCTGGTTCTTAGATCTGTGTCTATGAAG
TACATGTCCCCATACCCTGACAAATGGGACATAGCTGCCTCTACCTCCTCAGACCTCCCCAACCCCCAGTCCCCTCA
GCCCTGATTACTCTTTTCCTCTGCCTGGTCTCTGGGTGTCTTCCCCATGAATCAGCTGTCACACACACACAGGCTCA
GTCAGGCACAGCCTAGTTCCCACCTTGTGGTCCCAGAGGCCCCTTCATGCCCCTGTCTCCCTGCCTCACCCTGTCCT
GTGCCCCTGCCCAGCACCTGCTCCTGGGCAAGCACAGGAAGAATGAATATAGTCCCCCTGCCCACAGGCTCTAGCCC
TCCTGGCCTCTAGCCCTGTGACCTGGTGTCCATCAGCATCCTGGGGAACAGGACTCAGCATATGTTGTTCAGTGGTT
ATCCTGAGGCCTGAAAACCTAGGGTAACAAGGAGGAGGCCCTCTTGGACATGCCTTCCCCTCTGCAGTCCCCAGGTC
TAGAGTCTCATGTGGCTCTGTGTGACTCCCTGATGTACAGAGGCATGCCCTGCTATAGGCAACTACAATGGATTATG
TTGAGGGTTGGTTGTGTTTCAGCAGCTTTGAGGAGGGTAGGAAGCAGTCCTGGAATGTTCAGTAGCCTGGAGCAGCC
ATCACTGTCCTTTGAACAAAACTGGCCAGCACTCTCTCAGCTCTGCCCACTGTCTTCTGCACTCTTCACACTTGGGC
ATCCCCTGAAGCCTGCACCCCAGACTGTACCAGGCAGAGGCCATGTACCCTGCTCTCAACAGCATCACATAGACTAC
AGGGCTAGCAAAGAGGTGGGGAGTGTGGACCAGAGGCTCCTACTGTTCACCAGGTCCCATGGGAAGTGTCCAGGCTG
AGCTACCTTCAGTGTGCCACTCTGAGGACAAAGGCCTGCAGGAGAGGGAATGGGTAGATGGGTTTGATGTTTGGAAC
AGGCAGGCAGGGGCTGTGTGTGTCTGTGGGGAGCTGGGTGTGAGTGCTATGGGTCTGAGTCTGAGGGGTGTTCACAC
ATGGCTCTGGTGCATGGCTCTCATCTGTGTGTGTGTGTGCCACAGGCTCCATTTGAGTGCTCGGTTGGCTCCATTGC
TGTACCTCTGTCTCCCTTGTTTTCTATCTGTCTGTCCTCCCTGTCTGTCTGTCTCTCCTTTCCTATGCCTCCTCCTC
ATATCCATGTCTGCATCTCTTTCTATCAGTCTCTATCCCTGTGACCCCTGGTTTCCATTTCTGTCTTTCTGCATATC
TTTCCATCTTTCTCTCTGTGTGTCTGTCCTCATCTCTTCCAGTGTCCGTGTTTCTGTTTCCCTCTGTTCCCATGCGG
AGGTATGTTCTCACAATCCTTAAGTTCCCTGGTCCCCTGTCCCCCATTTCTTGTCATATTATCCCATCAGTGTCTCT
GTGCCTCTCTGTCTGTGTCTCTGTGTTGTCTCTGTGTGTGTCTCTCAGTATCTCTCTCTCTCTCTCTCTCTCTCTCT
CTCTCAGTATCTGTATTTCTTTTAGTAACTTTGCTATCTTTTTAAGTATCTCTGTCTTTCTTCATCTCTGTCTCTCT
TGAGGTCTCTGTCTTTCTGCATGTCTAATGTTTCTGTATCTCTCTCACCTCATCTCTGCCTCTCTCAATATTCAGTA
GATCCATGCCCCTTTATTCTTTGTGCCTCTGTCTCTGTTTGTCTCTTTCTCTGTCTCTCTGTCTTTCTCTCTCTCAG
AATCTGTGTCCCTCATGTTATTTCTCAAAATGCCTCCCTAACTCTTTCAATAACAGTTTCTGCCTCTTCTTTCTGGG
CCTGGCTCAATCTTCCTTCTTGGACCTCAGTTTCATTGGTTGTGAGACCATACCCTGCTATGAGTCCAGAGGACTGT
CCTCCATAGTCTAGAACCACATGCTATCTAAGGGATATTGGGGCAATACATGTGTAGTGAGATACCTGCCTTTCTGA
TGAGCCCTGTCTGGCAGGGATAAATTCTCCATTCTGCATCTCCAGGGCCTTGCTGAGCTGACTATTCTAGTCCTCTG
CCAGAATAGCTGTGTGGCCTTGGGTGATGCTGGCTGACCTCAGGCTGGTCTGGGTTGTCTCTGGCTGACACCCCTTG
ACTCTGGATGACCCTGGGAAGACCATACTTAATCTTAATTGGACTTGTTCTCATTGGGACAGAACATGGCCTCACTA
AGGCACGAGTGTGGATGGCCTTGGGTGATGGGGGTTGGGGCCTCCTCAGCCCCTGGCAGGGCTCCCCTGGCTCCCAC
CCCTCATCCAGGTCCCAGGCCCACCTGGCCTGGTCCAGTGTGGTGTGATTCTCAGAACAGTAGCTCTGGTTTGGGGC
ACCTGTGCTGAGAAAGGCTCAGGATGACTCAGCTGCCCTCAGCTCAGAGCTGCTTTGAATGTTTCAGCAGGTGATAG
ACAACAGAGACTTCAGAAGAGAGAAAAACAAGTTGCTAATGTGAACATCCCTGCCCTACCCCCACACCTGTACTGCA
AACATTGTTGACCCCAGATAGAGATCCCAGGACAGCAAGTGATAGACAAAGGAGGCTCCAGAGGAGAGAAAAATAGT
ATCTACAAGCATGACCACTTCTGCCCTGCCCCACACCTGCCCTGCAAAGCTCCCCAGGATGCTGACCCCACATCTGT
AGACCCCAGGCCAGAGGCTCCATCTCCCAGGGCCTGGGCTTGCTTTGTCTCCATTCTGTGCCTCTGAGCCTGGGCAA
GGCCAATGAGCAAAGGGGTCACTGTCCCAGTTGCAGCCCAGTGTGTGAACAGTGTTGTGGGGATTCTGGAATCTTCT
GCAGGAATCCCCTGTAGGGATCCTCCTAATGTGAATGAGGCTTGGAATAGCAAAGGGACGTCTTGTAAAATACCACT
GATTCCTTGGGCCTCAGACAATGGATTTGAGATGAGGACCAAGGTCCAGGGCCAGTGTTGGTAAGCAGAATTTGGGG
CTAGAGTTCAGGCTTAGAAGTCAATGATGAGGGCCAGGGCCCAGTGACTAGGTCAGGGCCCATTGATCAGTACAGGA
CCCAGTTGTTAGAGCCGGAGCTCAATGATCTGGACCAAGTCACAAGGCCAAATGATCAGGATCAGTAGCCAGTTACC

Fig. 3 (cont.)

AGGACCGAGATCCAGGTTTCACAGCCAAAGCCAGGTTACCCCAACCAGAGACCATTCATCGGAATCTGGGTCTGTTG
ATCGGAGCCCAAGCACGCTGCTGTAAACCAGAGCTGCTCTAAAGCAGAACTCAGTGCTGAGCACCAGAGATAAGTGA
TGAGACCAGGATTCAGTGATTAAGGAAACAAAACCAAAGGTCAATAGGATATTATGTGGAGAGAGGGGAGAGAGAGA
GAGAGAGAGGACAGAGAGAGAAAGAGCGGTAGGTTCAGGACTAAGTCTCAGTGAGGAGGGTCAGGAGTCAGTGGTTT
GAACCCAGACACACTGCTCAGGTCCACAGTTCAACGGTGAGAGCCAGGGGTCAGCTATCAGAACCAGGTCCAGTAAC
TACAACCAAAAACCAGTGGCCCCAACCAAAAACCAGTTACTAAAACCCGAATAGAATAGAAACTAGCCAGGCAGTGA
TAGCTTTAATCCCAATACTCAGGAGTCAGAGGCAGGTGGATCTCTGAGTTCAAGGTCAGCCTGGTCTACACAATGAG
TTCTAAGACAGCCAGGGCTACACAGAGAAACCCTGTCTGGAAAACAAGCAAAAGCCTAGAAACCGTGGACTCAGTGG
TCAGTGGCAGTTCTTGGTGACTAAGACCATGGTCAAGAGGTCAAGCAGGACTCAGCGGTTAGAATCAGGGCATGGGT
GATGACAGCCTGTTCCAGGGATCAGAACCAGGTCTAAGGGCAAAGGCCATGACTGAGTCATCAAACAGTGTCTCTTC
ATAAGTCCTAGCCAGGCCCAACCAGGCCTAGGGTGTCAGATCAGGCAAGACTGATGCGGTATGTGTGAGGTGGTATG
ACAATACATCTCAGTATCTCTGGGACCCCACCACCATCTTCCCTGCCTCGGTCCACTCACAAATCTCTGGCTCTCTC
ACTGTCTTTGTCTCATTCTTGTCTAGCTTTCTACCGTGTCCCCTCTCCCCACATTTGTCTCTCCCAGTATCTGTCTC
TCTGAAAGTCTCTGTGTCCCCTCTGACTTTCTCAGTGCTTATGTTCCCTGCCCCTTGATCATTTGAGAGGGGGATGG
TAAGTAGAGAATTATGGAACAGTGAGTGTGTGTCTCTATATGTGTGTGTGTGTCTGTGGGGCTGGCAGTGGGTATGT
GTGAGTATGTGTGTGTCTGTGTGAGTGTGTGTCTGTGGGGTGACAGTATGTATGAGTGTCAGTGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTCTGTGTGTCTGTGTGTCTGTGTGTCTGTGTGTCTGTGTGTCTGTG
GGGTGGCAGTGTACATGTGTGAGTGTGTGAATCAAAATGTGTGAGCATGTGTGTGTGGAGGTGGTAATGTATGTATG
TATGTCTGTGTGTATGAGTGTGTGTCTATGGGAGTGGCAGTGTATATGTGTGAGTATATTGTGTATTGTGGGTACGG
GTGTGTGTCTGTGTGAGTGTGTGTTTCTATGTGTCTGTGGAGGTAACAGTGTGTATGTGTGAGTGTGTGTCTATATG
AGTGTCTGTATGTGTGTGTGTATGAGAGAGAGAGAGAGAGAGAAAGAGAGAGTGTGTGCAGGGTGATAGTGTATATATG
TGAGTTTGTGTGTATGTGAGTGTGTGTTTGTGTGTATGAATGTGTGTGTTTATGGGGTGACAGTATGTATGTATGAG
TGCATGTGTCTGTGGGGTAGCAGTGTGTATGTGTGAGTGTGTGTGTGTGTGTGTGTGTGTGTGTGGTATGTGTGTGT
GTGAGAGAGAGAGTGCAGGGTGATAGTGTATATATGTGAGTGTGTGTGTCTGTTTGTGAGAGTGTGTGTTTGTGTGT
ATGAGTGTGTGTGTCTATGGAGTGACACTATGTATGCATGAGTGCATGTGTCTGTGGGATAGCAGTGTATATGTGGG
AGTGTGTGTGTGTGTGTATGTGCAGGGTGGTAGTGTATATATGTGAGAGTGTGTGTTTGTGTGTATGAGTGTGTATG
TCTATGGGGTGACAGTATGGATGGATGTATGAGTGCCTGTGGGGCAGCAGTGTGTATATGTGAGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGCAGTGTGAGAGTGTATATATGTGAGTGTGTGTGTCTGTGTGTGTGAGTGTGT
GTGTTTGTGTGTATGAGTGTGTGTGTCTATGGGATGACAGTATGTATGTATGAGTGCATGTGTCTGTGGGGCAGCAG
TGTGTATGGTGAGTGTGTGTGTGAGTGTGTGTGTCTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTG
TGTGCCACTTCCCTAATATGTTCTCTTCCAGCTATGGCTTCTGCTTCATCCTTCACTCAAGGCCAGACCTCACTGGC
CAGTCCACAGCATAATACCAGCCATGCCTCTACCCAATAATTGTATGTGTCAGGGAGCCAAGAGGATGGACAGGGAT
CTTGTTCTTGGGGTGAGAATGTGAGAACTTTTGGGGAGCCCTTCCACACACCCATGCAGTAGTAGACACCTCTGCAA
AGCTATGCACATCCTCACACTAGCACACTGCACAACCATGCACTCTCTGCAGACTCACTGTTCACCATGAACCCAGC
TAGTCAGATTCATATGTGAAACTCATATCAGCCTCTGCACACACATACACACATATTACACCCATGCACACACATGT
ACACATACATACACATGTACACATACATGTGTACACACACATATAGAGAAGGCATTGGTGGGGAAAACATTAGGCCA
TGGCTACAGTACAGGGCACAAGGATGGTGGTACAGAATGAGGTCAGGCTGGGTCAGCATAACAAGAACACTTGGACA
AAGTGAGGGTAGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTATGTGTGTGTGTGTGTACACGTTGAAAG
TCTTCAGTAGACTGGTATCACTAGCCCTGATATGGGCAACACAGCAAGCCTGGGTCACACTCAAGCTGAGTATCAGG
GTAACCAGGGCCTTCTAACCAAGGGTAGATGCAGCCTGTGTTCCGTTTACTGACCAGTGAGAAGCCATGAGCTGAAC
CAGACCAGAAGACCCTTACTGTTCCCACCCAACCCCCACCCAGTTTAGTCTCAGCAAGACCCTGTACTGTGGGCCAC
AGCTCTCCCCCACACCCCACCTGTAGCACAAACACTATTTGCAAACATTTCTAAAAATGATGAGAACAGGAACCACA
GAGCAGAGGGGGGGACTGGCGTGGAAAGCCCCATTCACCCATGGGACTGAAACTCGGGGAACCAGAACCGTAAGGAG
ATTTGCATGGTGCTGGGGGAGGTTGGCCCTGGATCAGTGAGCCCAGAGAGTTACTGGTTTCTCACTTCCATCAGGTC
AACCTCCTCAACCCCCAAAAATGGCCAGGCCTAGGCTATGGATGAGTTTCAATGACCAGGCCCTAAGGACGAGTCAC
AGAGGACTTCCTGGTGGGCTCAGGCAGCAGACCTGCCCAGATGGATTGCAGAACCAGGGGGAGCCATGGCCAGGAAG
GCCAGACGCCTTAGGGGTGTGCTGTCTCTGCATCCTTTGCCCTCTCTGCTCCTCACAGTCCATCTGCCATCTCACAA
TCCCTCCTGTCGCTCTGGGGCCCAGACCTGGCCAGTCTGGGTACCTGTGGAATACACCCAAAGAAGCAATCCCCAGC
CTCAGGACCCACAACTACTTCCCCTACAGACATGAGTGATCTCAGCCCACATGTCTGGGGGCCACAGAAGCCCCTAA
GACCCTACTCTGCTAATAGGCCCTCCTCCCACCAGCCAAGACAATACACAGGCAAGGTGATGTGGATGAGTCACCCC
ATGGGTACCTGTGTCTGAGATACACCCTGTGGGTATCCTGGCCAGAATCTGGTGACCAACCCAACCTGTGTCCCTAG
AGGAGAACTCTGTGCCTGCACTCACCTACCCACCTAACTCCAAGCTTGGTATGATGCAGAGCCCCTGTGTAGACCTA
AAAGTCAGCCATAGGACAGGGTCAAGAATGACTCTTCCTACACATAAAGTCTTCTACTAAGACAGTAAGGTAGACAC

Fig. 3 (cont.)

ACAAACATACCCGGATGCAGAGACACACAGGCATGCAGAGAAGGCATGTAGACACAAACGCATGCATAAACGCACAA
ACATACAGATATATGCTGACAAATATACACAGCAACTTACAAGTACACAGACACACAAACAGACAAACATGCACAGA
CAGAAACACACAGAGCTCAAAATCAAGTATACACAGACAAATTTACACAGAGACTTACAGATACACAGATATATGAG
ACACACCCAAACAGACACACACATGGGGGCACAGAAAAACATACAAGCAGACACATGCAGACTTAAAGACCCACAAG
ACATGGAGAGATACAAAAACACACAACACAGACACAGAGATATAGAGACACACAGACCCACAAATATGAACAGACAC
AGAGACACCCAGAAACAAAAACACACTCAGGCATTCCACTCCCAATGGGCGTACACATGGGCATACACAGCCCAGTC
ACACAGACAAACATAACACATACAGAAGTGCAGGCATACATATCACACAATACACGCTGGTATTCACACACAGGTGT
GCTCACAAACCCCACACACTCACACATAAAAGTTGACACTGGCACTCCCACTCCGAGGCACATGCTTAGCCACAGCC
GGCTGACACTGCACACCCCACACACGTTCCAGAGACTCCCACAGAACTGGAAGCTCACCCAGGCCCACCCAGGCTCT
CAGGCCACACACATGGGACATCTCAGAGACATGTGGGATACAGTTGCTCACAGGTTTCATGAGGACTCACAGGCCTG
TCCTTGAACATTCCCCTGAGCAGGGGCTCCCTTCTTAAAGCACAGGGATCCCATTCTTTACAGATAAGCACCCAGAC
AGAGGCACTACCAGGCCCAGACCACACTAGACACACACAGCTCTGCATTGTCCCACACTCAAACACAGCTCTGTCGC
CTGAGCTCATGCCAGTCACACAGAACACAGACATGGGCTCGTGTGCTAGAGAGACATAAGCAATGGTAGCCAAGGTG
CTCACATCATGCCCATACACACACACACACACACACACACACACACACACACACACACACACACACACACCCTGTGAAC
AGGCCTGCAGTCCTGACTGAAGCCCTGCTCTACCCAATTTAGTGAGTCCTGCACCTGAACCCTCTTACCCTCACAGC
CCCTGACCTCTCCCTGTGTGCTGCTCAGCTATGGCCCCTTCCCATTCCTAACGTGCCACCCTAAGATGTCGGTTCCG
TGCATCACCGCACACATGCTCTTGGGATAAGGCCTTAGAAGGCTCTGTACCATCTGCAGCTCATGCCACTGCCTTCC
CTGGTAACCCTCTCCTGCATACAAGGGCTGCAAGGGTCAATGATATGAATCCATCCATGCTCTGACCCCAGCTTGGC
CCAGGGCAGCCATGATGGGAGGACAACCCCTGACCCCAGCCTAAGATAGTTGTTGCACAGAGCAGTCCCTTAACGCA
GGATAACTGTTGGAGGTAGGCAGCACTTGACCCCTGCCCAAGCTAGATGATGGGAGAGGATAGGTCCAGCCATTGAC
AGCTGCTGTAGCAAGGCAGGCCCTGGTCCCAGGTTAACTCAAGGCTGCTGCTTAGGCAACCCCTGACTCCAGCTCCA
GAAGTCTGCTGGGGGTGTATCCTCTGGCTACAGGAGCTGAACAAATGGCGCGCCGCGGCCGCTCGACCAATTCTCAT
GTTTGACAGCTTATCATCGAATTTCTGCCATTCATCCGCTTATTATCACTTATTCAGGCGTAGCAACCAGGCGTTTA
AGGGCACCAATAACTGCCTTAAAAAAATTACGCCCCGCCCTGCCACTCATCGCAGTACTGTTGTAATTCATTAAGCA
TTCTGCCGACATGGAAGCCATCACAAACGGCATGATGAACCTGAATCGCCAGCGGCATCAGCACCTTGTCGCCTTGC
GTATAATATTTGCCCATGGTGAAAACGGGGGCGAAGAAGTTGTCCATATTGGCCACGTTTAAATCAAAACTGGTGAA
ACTCACCCAGGGATTGGCTGAGACGAAAAACATATTCTCAATAAACCCTTTAGGGAAATAGGCCAGGTTTTCACCGT
AACACGCCACATCTTGCGAATATATGTGTAGAAACTGCCGGAAATCGTCGTGGTATTCACTCCAGAGCGATGAAAAC
GTTTCAGTTTGCTCATGGAAAACGGTGTAACAAGGGTGAACACTATCCCATATCACCAGCTCACCGTCTTTCATTGC
CATACGGAACTCCGGATGAGCATTCATCAGGCGGGCAAGAATGTGAATAAAGGCCGGATAAAACTTGTGCTTATTTT
TCTTTACGGTCTTTAAAAAGGCCGTAATATCCAGCTGAACGGTCTGGTTATAGGTACATTGAGCAACTGACTGAAAT
GCCTCAAAATGTTCTTTACGATGCCATTGGGATATATCAACGGTGGTATATCCAGTGATTTTTTTCTCCATTTTAGC
TTCCTTAGCTCCTGAAAATCTCGATAACTCAAAAAATACGCCCGGTAGTGATCTTATTTCATTATGGTGAAAGTTGG
AACCTCTTACGTGCCGATCAACGTCTCATTTTCGCCAAAAGTTGGCCCAGGGCTTCCCGGTATCAACAGGGACACCA
GGATTTATTTATTCTGCGAAGTGATCTTCCGTCACAGGTATTTATTCGCGATAAGCTCATGGAGCGGCGTAACCGTC
GCACAGGAAGGACAGAGAAAGCGCGGATCTGGGAAGTGACGGACAGAACGGTCAGGACCTGGATTGGGGAGGCGGTT
GCCGCCGCTGCTGCTGACGGTGTGACGTTCTCTGTTCCGGTCACACCACATACGTTCCGCCATTCCTATGCGATGCA
CATGCTGTATGCCGGTATACCGCTGAAAGTTCTGCAAAGCCTGATGGGACATAAGTCCATCAGTTCAACGGAAGTCT
ACACGAAGGTTTTTGCGCTGGATGTGGCTGCCCGGCACCGGGTGCAGTTTGCGATGCCGGAGTCTGATGCGGTTGCG
ATGCTGAAACAATTATCCTGAGAATAAATGCCTTGGCCTTTATATGGAAATGTGGAACTGAGTGGATATGCTGTTTT
TGTCTGTTAAACAGAGAAGCTGGCTGTTATCCACTGAGAAGCGAACGAAACAGTCGGGAAAATCTCCCATTATCGTA
GAGATCCGCATTATTAATCTCAGGAGCCTGTGTAGCGTTTATAGGAAGTAGTGTTCTGTCATGATGCCTGCAAGCGG
TAACGAAAACGATTTGAATATGCCTTCAGGAACAATAGAAATCTTCGTGCGGTGTTACGTTGAAGTGGAGCGGATTA
TGTCAGCAATGGACAGAACAACCTAATGAACACAGAACCATGATGTGGTCTGTCCTTTTACAGCCAGTAGTGCTCGC
CGCAGTTGAGCGACAGGGCGAAGCCCTCGAGTGAGCGAGGAAGCACCAGGGAACAGCACTTATATATTCTGCTTACA
CACGATGCCTGAAAAAACTTCCCTTGGGGTTATCCACTTATCCACGGGGATATTTTTATAATTATTTTTTTTATAGT
TTTTAGATCTTCTTTTTTAGAGCGCCTTGTAGGCCTTTATCCATGCTGGTTCTAGAGAAGGTGTTGTGACAAATTGC
CCTTTCAGTGTGACAAATCACCCTCAAATGACAGTCCTGTCTGTGACAAATTGCCCTTAACCCTGTGACAAATTGCC
CTCAGAAGAAGCTGTTTTTTCACAAAGTTATCCCTGCTTATTGACTCTTTTTTATTTAGTGTGACAATCTAAAAACT
TGTCACACTTCACATGGATCTGTCATGGCGGAAACAGCGGTTATCAATCACAAGAAACGTAAAAATAGCCCGCGAAT
CGTCCAGTCAAACGACCTCACTGAGGCGGCATATAGTCTCTCCCGGGATCAAAAACGTATGCTGTATCTGTTCGTTG
ACCAGATCAGAAAATCTGATGGCACCCTACAGGAACATGACGGTATCTGCGAGATCCATGTTGCTAAATATGCTGAA
ATATTCGGATTGACCTCTGCGGAAGCCAGTAAGGATATACGGCAGGCATTGAAGAGTTTCGCGGGGAAGGAAGTGGT

Fig. 3 (cont.)

TTTTTATCGCCCTGAAGAGGATGCCGGCGATGAAAAAGGCTATGAATCTTTTCCTTGGTTTATCAAACGTGCGCACA
GTCCATCCAGAGGGCTTTACAGTGTACATATCAACCCATATCTCATTCCCTTCTTTATCGGGTTACAGAACCGGTTT
ACGCAGTTTCGGCTTAGTGAAACAAAAGAAATCACCAATCCGTATGCCATGCGTTTATACGAATCCCTGTGTCAGTA
TCGTAAGCCGGATGGCTCAGGCATCGTCTCTCTGAAAATCGACTGGATCATAGAGCGTTACCAGCTGCCTCAAAGTT
ACCAGCGTATGCCTGACTTCCGCCGCCGCTTCCTGCAGGTCTGTGTTAATGAGATCAACAGCAGAACTCCAATGCGC
CTCTCATACATTGAGAAAAAGAAAGGCCGCCAGACGACTCATATCGTATTTTCCTTCCGCGATATCACTTCCATGAC
GACAGGATAGTCTGAGGGTTATCTGTCACAGATTTGAGGGTGGTTCGTCACATTTGTTCTGACCTACTGAGGGTAAT
TTGTCACAGTTTTGCTGTTTCCTTCAGCCTGCATGGATTTTCTCATACTTTTTGAACTGTAATTTTTAAGGAAGCCA
AATTTGAGGGCAGTTTGTCACAGTTGATTTCCTTCTCTTTCCCTTCGTCATGTGACCTGATATCGGGGGTTAGTTCG
TCATCATTGATGAGGGTTGATTATCACAGTTTATTACTCTGAATTGGCTATCCGCGTGTGTACCTCTACCTGGAGTT
TTTCCCACGGTGGATATTTCTTCTTGCGCTGAGCGTAAGAGCTATCTGACAGAACAGTTCTTCTTTGCTTCCTCGCC
AGTTCGCTCGCTATGCTCGGTTACACGGCTGCGGCGAGCGCTAGTGATAATAAGTGACTGAGGTATGTGCTCTTCTT
ATCTCCTTTTGTAGTGTTGCTCTTATTTTAAACAACTTTGCGGTTTTTTGATGACTTTGCGATTTTGTTGTTGCTTT
GCAGTAAATTGCAAGATTTAATAAAAAAACGCAAAGCAATGATTAAAGGATGTTCAGAATGAAACTCATGGAAACAC
TTAACCAGTGCATAAACGCTGGTCATGAAATGACGAAGGCTATCGCCATTGCACAGTTTAATGATGACAGCCCGGAA
GCGAGGAAAATAACCCGGCGCTGGAGAATAGGTGAAGCAGCGGATTTAGTTGGGGTTTCTTCTCAGGCTATCAGAGA
TGCCGAGAAAGCAGGGCGACTACCGCACCCGGATATGGAAATTCGAGGACGGGTTGAGCAACGTGTTGGTTATACAA
TTGAACAAATTAATCATATGCGTGATGTGTTTGGTACGCGATTGCGACGTGCTGAAGACGTATTTCCACCGGTGATC
GGGGTTGCTGCCCATAAAGGTGGCGTTTACAAAACCTCAGTTTCTGTTCATCTTGCTCAGGATCTGGCTCTGAAGGG
GCTACGTGTTTTGCTCGTGGAAGGTAACGACCCCCAGGGAACAGCCTCAATGTATCACGGATGGGTACCAGATCTTC
ATATTCATGCAGAAGACACTCTCCTGCCTTTCTATCTTGGGGAAAAGGACGATGTCACTTATGCAATAAAGCCCACT
TGCTGGCCGGGGCTTGACATTATTCCTTCCTGTCTGGCTCTGCACCGTATTGAAACTGAGTTAATGGGCAAATTTGA
TGAAGGTAAACTGCCCACCGATCCACACCTGATGCTCCGACTGGCCATTGAAACTGTTGCTCATGACTATGATGTCA
TAGTTATTGACAGCGCGCCTAACCTGGGTATCGGCACGATTAATGTCGTATGTGCTGCTGATGTGCTGATTGTTCCC
ACGCCTGCTGAGTTGTTTGACTACACCTCCGCACTGCAGTTTTTCGATATGCTTCGTGATCTGCTCAAGAACGTTGA
TCTTAAAGGGTTCGAGCCTGATGTACGTATTTTGCTTACCAAATACAGCAATAGTAATGGCTCTCAGTCCCCGTGGA
TGGAGGAGCAAATTCGGGATGCCTGGGGAAGCATGGTTCTAAAAAATGTTGTACGTGAAACGGATGAAGTTGGTAAA
GGTCAGATCCGGATGAGAACTGTTTTTGAACAGGCCATTGATCAACGCTCTTCAACTGGTGCCTGGAGAAATGCTCT
TTCTATTTGGGAACCTGTCTGCAATGAAATTTTCGATCGTCTGATTAAACCACGCTGGGAGATTAGATAATGAAGCG
TGCGCCTGTTATTCCAAAACATACGCTCAATACTCAACCGGTTGAAGATACTTCGTTATCGACACCAGCTGCCCCGA
TGGTGGATTCGTTAATTGCGCGCGTAGGAGTAATGGCTCGCGGTAATGCCATTACTTTGCCTGTATGTGGTCGGGAT
GTGAAGTTTACTCTTGAAGTGCTCCGGGGTGATAGTGTTGAGAAGACCTCTCGGGTATGGTCAGGTAATGAACGTGA
CCAGGAGCTGCTTACTGAGGACGCACTGGATGATCTCATCCCTTCTTTTCTACTGACTGGTCAACAGACACCGGCGT
TCGGTCGAAGAGTATCTGGTGTCATAGAAATTGCCGATGGGAGTCGCCGTCGTAAAGCTGCTGCACTTACCGAAAGT
GATTATCGTGTTCTGGTTGGCGAGCTGGATGATGAGCAGATGGCTGCATTATCCAGATTGGGTAACGATTATCGCCC
AACAAGTGCTTATGAACGTGGTCAGCGTTATGCAAGCCGATTGCAGAATGAATTTGCTGGAAATATTTCTGCGCTGG
CTGATGCGGAAAATATTTCACGTAAGATTATTACCCGCTGTATCAACACCGCCAAATTGCCTAAATCAGTTGTTGCT
CTTTTTTCTCACCCCGGTGAACTATCTGCCCGGTCAGGTGATGCACTTCAAAAAGCCTTTACAGATAAAGAGGAATT
ACTTAAGCAGCAGGCATCTAACCTTCATGAGCAGAAAAAAGCTGGGGTGATATTTGAAGCTGAAGAAGTTATCACTC
TTTTAACTTCTGTGCTTAAAACGTCATCTGCATCAAGAACTAGTTTAAGCTCACGACATCAGTTTGCTCCTGGAGCG
ACAGTATTGTATAAGGGCGATAAAATGGTGCTTAACCTGGACAGGTCTCGTGTTCCAACTGAGTGTATAGAGAAAAT
TGAGGCCATTCTTAAGGAACTTGAAAAGCCAGCACCCTGATGCGACCACGTTTTAGTCTACGTTTATCTGTCTTTAC
TTAATGTCCTTTGTTACAGGCCAGAAAGCATAACTGGCCTGAATATTCTCTCTGGGCCCACTGTTCCACTTGTATCG
TCGGTCTGATAATCAGACTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGGACCACGGTCCCA
CTCGTATCGTCGGTCTGATTATTAGTCTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATAATCAGACTGGGACC
ACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGGACCATGGTCCCACTCGTATCGTCGGTCTGATTATTAG
TCTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGAACCACGGTCCCACTCGTATCGTCGGTCT
GATTATTAGTCTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGGACCACGATCCCACTCGTGT
TGTCGGTCTGATTATCGGTCTGGGACCACGGTCCCACTTGTATTGTCGATCAGACTATCAGCGTGAGACTACGATTC
CATCAATGCCTGTCAAGGGCAAGTATTGACATGTCGTCGTAACCTGTAGAACGGAGTAACCTCGGTGTGCGGTTGTA
TGCCTGCTGTGGATTGCTGCTGTGTCCTGCTTATCCACAACATTTTGCGCACGGTTATGTGGACAAAATACCTGGTT
ACCCAGGCCGTGCCGGCACGTTAACCGGGCTGCATCCGATGCAAGTGTGTCGCTGTCGAGCGGCCGC

*End of Figure 3*


V18
8V3
20.008
Sc27 V18
0.17%
R2
B220fitc
CD19 PerCP-Cy5.5
23.011
Sc4 8V3
31.53%
R2
18.004
Sc5 V18
0.44%
R2
22.010
Sc6 8V3
28.11%

*Fig. 4*




The antibodies were purified using a standard proteinA pull down
All V18 and 8V3 mice were endogenous heavy and kappa light chain null

*Fig. 5*


sc mouse tg4
vh10
mouse hc
sc mouse tg27
vh18
mouse hc
sc 8vh3 tg6
mouse hc
sc 8vh3 tg5
mouse hc
0,75
0,6
0,45
0,3
0,15
0
200
1000
3000
7500
15000
30000
60000
120000

*Fig. 6*

*Fig. 7*

STARTVHLOCUSSEQUENCEATCCCTAGCTGAAGCTTCTGATGGAATTAGAACTTGGCAAAACAATACTGAGAATGA
AGTGTATGTGGAACAGAGGCTGCTGATCTCGTTCTTCAGGCTATGAAACTGACACATTTGGAAACCACAGTACTTAG
AACCACAAAGTGGGAATCAAGAGAAAAACAATGATCCCACGAGAGATCTATAGATCTATAGATCATGAGTGGGAGGA
ATGAGCTGGCCCTTAATTTGGTTTTGCTTGTTTAAATTATGATATCCAACTATGAAACATTATCATAAAGCAATAGT
AAAGAGCCTTCAGTAAAGAGCAGGCATTTATCTAATCCCACCCCACCCCCACCCCCGTAGCTCCAATCCTTCCATTC
AAAATGTAGGTACTCTGTTCTCACCCTTCTTAACAAAGTATGACAGGAAAAACTTCCATTTTAGTGGACATCTTTAT
TGTTTAATAGATCATCAATTTCTCGATTTCTCGACTATTCCTTTGCCCTCGGACGAGTGCTGGGGCGTCGGTTTCCA
CTATCGGCGAGTACTTCTACACAGCCATCGGTCCAGACGGCCGCGCTTCTGCGGGCGATTTGTGTACGCCCGACAGT
CCCGGCTCCGGATCGGACGATTGCGTCGCATCGACCCTGCGCCCAAGCTGCATCATCGAAATTGCCGTCAACCAAGC
TCTGATAGAGTTGGTCAAGACCAATGCGGAGCATATACGCCCGGAGCCGCGGCGATCCTGCAAGCTCCGGATGCCTC
CGCTCGAAGTAGCGCGTCTGCTGCTCCATACAAGCCAACCACGGCCTCCAGAAGAAGATGTTGGCGACCTCGTATTG
GGAATCCCCGAACATCGCCTCGCTCCAGTCAATGACCGCTGTTATGCGGCCATTGTCCGTCAGGACATTGTTGGAGC
CGAAATCCGCGTGCACGAGGTGCCGGACTTCGGGGCAGTCCTCGGCCCAAAGCATCAGCTCATCGAGAGCCTGCGCG
ACGGACGCACTGACGGTGTCGTCCATCACAGTTTGCCAGTGATACACATGGGGATCAGCAATCGCGCATATGAAATC
ACGCCATGTAGTGTATTGACCGATTCCTTGCGGTCCGAATGGGCCGAACCCGCTCGTCTGGCTAAGATCGGCCGCAG
CGATCGCATCCATGGCCTCCGCGACCGGCTGCAGAACAGCGGGCAGTTCGGTTTCAGGCAGGTCTTGCAACGTGACA
CCCTGTGCACGGCGGGAGATGCAATAGGTCAGGCTCTCGCTGAATTCCCCAATGTCAAGCACTTCCGGAATCGGGAG
CGCGGCCGATGCAAAGTGCCGATAAACATAACGATCTTTGTAGAAACCATCGGCGCAGCTATTTACCCGCAGGACAT
ATCCACGCCCTCNTACATCGAAGCTGAAAGCACGAGATTCTTCGCCCTCCGAGAGCTGCATCAGGTCGGAGACGCTG
TCGAACTTTTCGATCAGAAACTTCTCGACAGACGTCGCGGTGAGTTCAGGCTTTTTCATGGTGGCGGCTGGATCGGT
CGGTCGAAAGGCCCGGAGATGAGGAAGAGGAGAACAGCGCGGCAGACGTGCGCTTTTGAAGCGTGCAGAATGCCGGG
CCTCCGGAGGACCTTCGGGCGCCCGCCCCGCCCCTGAGCCCGCCCCTGAGCCCGCCCCCGGACCCACCCCTTCCCAG
CCTCTGAGCCCAGAAAGCGAAGGAGCAAAGCTGCTATTGGCCGCTGCCCCAAAGGCCTACCCGCTTCCATTGCTCAG
CGGTGCTGTCCATCTGCACGAGACTAGTGAGACGTGCTACTTCCATTTGTCACGTCCTGCACGACGCGAGCTGCGGG
GCGGGGGGGAACTTCCTGACTAGGGGAGGAGTAGAAGGTGGCGCGAAGGGGCCACCAAAGAACGGAGCCGGTTGGCG
CCTACCGGTGGATGTGGAATGTGTGCGAGGCCAGAGGCCACTTGTGTAGCGCCAAGTGCCCAGCGGGGCTGCTAAAG
CGCATGCTCCAGACTGCCTTGGGAAAAGCGCCTCCCCTACCCGGTAGAATTCATCGCTCGAGCAATTGGCTAGATAA
CTTCGTATAATGTATGCTATACGAAGTTATCTAGCTCTAGAGTCG[redacted]GATTGAAGAGTGTGATAAGTGCCCAGACCA
hygro
AGCAGAACAGAAATCAGCATGTAAAGATGATGATCTATGGATATGATCTAAAACCATGTAAATACTTCAAATAATTC
TATTTAATGCAGTTTGAAATAAAACACAAACTTATTCAAAATACAAATTACTTGGTAATTATTTTGGGAGCTATGAG
TTCACCAAGAAACTCAAATTCCTATTTCTATTTCAACCCCTGATTCCTACTGTCAATGGGAGGGAAGTCTCAGAACC
AATCACACATCAGACGGCAAATCTGTCAACCAAGAGTCTTTCCACTGAAGGACCTGGGAGGTCAGGACCCTCAGGAA
AGTGCTGGGGACCCTGTCTTGGGAGTGCCCAGCAGATCTCAGAACTCTCCATGGGTCCTGCTGGACACTCATGTAGG
GTAACGAGTGGCCACCTTTTCAGTGTTACCAGTGAGCTCTGAGTGTTCCTAACGGGACCAGGATGGGTCTAGGTGCC
TGCTCAATGTCAGAGACAGCAATGGTCCCACAAAAAACCCAGGTAATCTTTAGGCCAATAAAATGTGGGTTCACAGT
GAGGAGTGCATCCTGGGGTTGGGGTTTGTTCTGCAGCGGGAAGAGCGCTGTGCACAGAAAGCTTAGAAATGGGGCAA
GAGATGCTTTTCCTCAGGCAGGATTTAGGGCTTGGTCTCTCAGCATCCCACACTTGTACAGCTGATGTGGCATCTGT
GTTTTCTTTCTCATCCTAGATCAGGCTTTGAGCTGTGAAATACCCTGCCTCATGCATATGCAAATAACCTGAGGTCT
TCTGAGATAAATATAGATATATTGGTGCCCTGAGAGCATCACATAACAACCACATTCCTCCTCTGAAGAAGCCCCTG
GGAGCACAGCTCATCACC[illegible]CACAG
VH 1-69
TGTGAAAACCCACATCCTGAGAGTGTCAGAAACCCTGAGGGAGAAGGCAGCTGTGCCGGGCTGAGGAGATGACAGGG
GTTATTACGTTTAAGGCTGTTTACAAAATGGGTTATATATTTGAGAAAAAAAGAACAGTAGAAACAAGTACATACTC
TAATTTTAAGATAAATATTCCATTCAAGAGTCGTAATATAAGCCAAATTCACAGAGTGGAAAAGGCCACACTCTATA
ACGTTGATACAAACATTCCATGAAGGTGCTACTGTGAACAAGTTTTCAAATTGGATGAATACATGATTTGGAGCAAG
GTTATTTGATCATGTGCTGAGACTAAGAATG[redacted]TCTGGACTTGAGTGTCATTGTCCAGCCATGTTGCACAAGT
GTGTCCTGTCAGGGAAGGATCAGAGTTCCTTGTGCTCTCAGAGGGAAGGGGTCACAGAGTTCCTCTCTGGTTCCCAG

Fig. 7 (cont.)

GAAAGGTAATCGCACTAATCTTCATGATCTTCATGAGACTATCCTCCAGTGCTGACCTGTTATAGAGTTTTTGTCTG
AAGTTCTCACTGCAATCCCCAATCTACATATTTTCAATCAGAAGTGTTTAGAGGCCAGGACACATCTTCAAGGTCAC
ACATTGAGAAGGATGTAGATATGTCCCACTACCTTCTCCTGAGATCTCAGACAGAATCCCAGATTTCAAAAGGACAC
AGAAGGACAGCTCTCAGGTGCTTTTAAAAAATGACCCACTTCCAGGGACAGGGAGCTTCCCTATAACCATGGTGGAT
GTTCTGAACTACAATAAACATTGGATGGATCCAGGATTGTTTGAAGTCACTGTCATTATTACATTCAGCTGCTGTTT
CAATGTGTCTGAAGTAGTAAATGACAATTTAGATGACAATTTATATGAATCTTCAAGGGTAGAACAATATTGACCAT
ATTCCAAAATCTGTCCTTGATCCATGATCACACTCATCTCCCAGACCAGGTCCTTCAGCACGTCTCTTTACCTGAAA
GAAGAGGACTCTGGGCTTGGAGAGGGGAGACCCCAAGAAGACAACTGAGTTCTCAAAGGGCACAGCCAGCATCCTAC
TCCCAGGGCGAGCCCAAAAGACTGGGGCCTCCCTCCTCCTTTTTCACCTCTCCATACAAAGGCACCACCCACATGCA
AATCCTCACTTAAGCACCCACAGGAAACCACCACACATTTCCTTAAATTCAGGTTCCAGCTCACATGGGAAATACTT
TCTGAGAGTCCTGGACCTCCTGTGCAAGAAC[illegible]
CACAGTGAGGGGAGGTGAGTGTGAGCCCAGACAAAAACCTCCGTGCAGGGAGGCGGAGGGGACCGGCGCAGGTGCT
VH 4-59
GCTCAGAGCCAGCAGGGGGCGCGCGGGGCCCACAGAGCAGGAGGCCCGGTCAGGAGCAGGTGCAGGGAGGGCGGGGC
TTCCTCATCTGCTCAGTGGTCTCCCTCCTCGCCAGCACCTCAGCTGTCCCCAGGGGTCCTCTTTCTTTATTATCTGT
GGTTCTGCTTCCTCACATTCTTGTGCCAAGAAAGAAATGAGGAAGACAAATTTTCGTCTGTAGTTGAAGTTTCACCA
AT[redacted]ACGATGCGGATGTGATTTAAGTTTCAGAGGAATAAAAAAAAAGATTTAGGGATTAATTTAATTATTCAA
AAGTTGATTGAAGTGCCGAGTGAATGGCTGCAAACATAGTCTACATTTTTCAAATCATTCCCTATAAATTTGAATTA
ATTATTTATTTTTATACTTGAATAAAGCAATAACAAAGAAATAAATGAATATTTTTGCTAAAATGGAGCAATAAAAA
GACTGATATTGACAGAAGAAATATGACTGACTTCTGAAAATACACACACATGAGCCGTGGTTCTCTCTACATATTTA
GATAAATTACAGAAAGTTGTCATAACTGATGGGGAATCCTGCAGACTTCACTAGGCATAGTCCACACTGCCCTGGAG
TTGTCTCAGGGGAGCTGCCTCCTCCAGTGGTTAGAGCACAGGCCCAGGTAATAGGACTCATTTTTTTAGATGTGTAA
TTTTAGACACACTGCACAACTGCTGTGTTCTCTGCGCAAATTATCTCCTGTAAAATGCAACATTGAAACCTGCCTTA
AATATATTGTGTAAATATGTAAAAATAAAATCAGATTGTGAGAGCTAAATGCTAATCAAGGCGCAATCACGTAATAT
ACAATTATATTTTCCTGAATGATGGAATTAATACCAATCTCCCCCAGGACACTTCATCTGCACGGAGCCCGGCCTCT
CCTCAGATGTCCCACCCCAGAGCTTGCTATATAGTCGGGGACATGCAAATAGGGCCCTCCCTCTGCTGATGAAAACC
AGCCCAGCTGACCCTGCAGCTCTGGGAGAGGAGCCCAGCACTGGGATTCCGAGGTGTTTCCATTCGGTGATCAGCAC
TGAACACAGAGGACTCACC[illegible]AGTGAGGGGAAGTCATTGTGCGCCCAGACACAAACCTCCCTGCAGGAACGCTGGGGGGAAATCAGC
VH 3-53
TGCAGGGGGCGCTCAGGAGCCACTGATCAGAGTCAGCCCCGGAGGCAGGTGCAGATGGAGGCTGATTTCCTGTCAGG
ATGTGGGACTCTGTCTTCTTCTGACGGTTCCCCAGGGAACCTCTCTAAGTTTAGCATTCTGTGCCTATGAACGTCTT
CTCTAAGTATTTGAAAGAGATTATTTTAATATGAAGAGCAGTTCTCACTC[redacted]CTCTTCTGAAGGACCATGAAT
GCCTCAACCAACCATCTCCCCTGCCTCCATGACCAGAAATGCACCACGTGCCCACACGGATATTCATCCCTCATGGG
GATAAGACTCCATTGATGAGGCTGACTATTTTATCATATAAAATTACTAAAGACTGATTTAAGGGTTTCAAAAACTA
ATTGAACTCTGTTGTTCTATGTCCACCAGAGATTACAAATCTTCCAATGATGCCTTCTTTGTTTTTTGTCTGCTTGA
CTTTGTCTCTTCAACTTGTTCTGTACCCCAGAGAATCTCTTTCAGCTCCCTCAGGTGCATTCAATTGTTTTATTTAA
CTGACAATTTCTAAATCAGTTAAAGACATTACGCTAAAGACTCCATATTCCTAGGTCCATATTCCTTTTTCCATATT
CCTAGGAAGGCATTGTGACCCAGAGTCTGGGCATGACCTTGTGAGTGTTCCTGACCCTCCTCCATATGAGATGCTGG
TCTGGGTGTTCTTGCCCCTTTCCCTGGGGTAGAGTCCTCCTGTTTTCCCCAGGTGCTCCCTCCCACAGCTCTAGTGT
TCTCAATCAGTGTCATCACCTTCCAGATCTTCTGCCCTGCCCTGCAGACTAAGGCTCTGATTCCATAAGCAAGATAG
GGGAGCTGCTCCTCAATAGATCTTTGGTGAGGATCTCTGTTCCCATCTCAATTCCTGTAGGGTGGAACCAGTGTTCC
TAGGATTCTGGTTTCAGTAGCTTGTCCCTGCAGAGTAAATTCTTAGTTCTGTAGGGGGGATTAAGGGAGTTGGGTCTG

Fig. 7 (cont.)

AATACATTTTAGATGTCGAGGATCTTGTTCTCTCCCAGAAAGACACTTCGGGAAAGTAAGACTTTGGTAACTGTCCC
CTTTCTTGGGGAAAGGGATTCAAGAGGATAGGTTGCTTTTGGGCATGTGGTCCCTTAAAATTTCACACTAAAAAGCG
TTTCCCACACTCAATTTCAAGCAGCCCAATATATATTTGTATTTTTTCTTGGAACAGACAATATTTTATATTCCAGA
CTCTGCCTTAGGTAATTTCAAACCCCGGCTTTGTTACTCTCTACAAGAAATTGCTTCTCCATAAGCTTCAGATTTGT
TGTGTGTTTTGAAATTTTATCAGAAATATTAAAGAAAATTGGCAAAATTCCATCCTCCATGTTTATCTGTTATTGTT
GATGCAGTTGTAAAAAAATAAGAAAAAATATATTCCTTTTTTCTGTACATTTCCAAGCTTAGTAGCAAATTTTTAGTAA
CACCCAGAATAATAAAAAATTCAAATATTGTTTAGCTGCTTAATAGGAAAACAAATTATAGTAAATTTGTTTGCTAG
AATGCTACCCAGCATTTATAATAAGTAAACATTTGATATACCCAACTACAAGGTAAAATATCCATTTATGCTAACTA
AAATAAGCCAAACAAATGAGAATATATACTGTTATTTCATTTTTATAAATTCTGAAAAATTAAAATGAATTTGCAGC
AATGTAAAGATCAGTAGTTGCCAGGGAAATGGTAGAAGAAAGAAAGGAAAAGGAGAAAGAATACAGAAAAACAAAAG
GAAATGTTAAGAATTCTCTTGTCCAACTTGATAAGGATGACGGTTACATCATTTTTATCAACTGTAATCTTTAAATA
TGTGAAAGTTTATTATCCGTAAACTAAACGTTATAAACTTTATTACAAGCAAAAATTGAAAGTTAGACAACAAGGAG
TGATAGAAAGAGAAAATGTATATTAAATTTCAGAAATATTTAAGAATGTATCTGCCTGAACCCTAGTTCTCACCATA
TCTTTAGGTGAATGCTAAAATGCAGCAAAATCACGCATGTTCTCACTACAGAAAGTGGGTTCTACAAACCACACTCG
GCACATTTAGCTTTGTCCTGGAGTTGGTGCAGGGAGTTATTGGGGCCAGTGATGAGGAGCACAGGCCAAGATACCAG
CGATTACTTATCCCAAACATGAGCTCTAACATACACACTTAGTCCCTTTTCCGTGTGTGGTTTACTTCCACATCTGT
ACATGGAGAGACCACTGACTGACAAAATATAATTTATACAAATATGTAAAATTAAATAGGGTGATCAGTTCAAGGTG
TTTATCACAGCATAATTTTACAATAAGACAGCATATTTCCCAAATACCATCATTGTCACCAAACTCCTTCAAGGCAC
AGTCATCTTATCTGGGCCCCGTCCTCTCCTCAGGTGTCCCACCCCAGAGCTTGGTATATAGTAGGAGACATGCAAAT
AAGGCCCTCCCTCTGCTGATGAAAATGAGCCCAGCCCTGACCCTGCAGCTCTGGGAGAGGAGCCCCAGCCGTGAGAT
TCCCAGGAGTTTCCACTTGGTGATCAGCACTGAACACAGACCACCAACC[illegible]
[illegible]
[illegible]ACTAGAGACACAGTGAGGGGAGGTCAATGTGAGCCC

VH 3-49

AGACACAAACCTCCCTGCAGGGGCGCACAGAGCCACCAGGGGGCGCTAGGGACCGACTGAGTACGGGACAGGTCCCA
GGAGCAGGTGCAGGGGGAGGTTTCCTTTTTCCTTGGCTGGAAAAGTCACCTTTATCTTCCCAGGA[redacted]GATGAG
ACTATCCTCCAGTGCTGATGTACTATAGAGTTTTCATCTGAAGCTGTCACTGCTATCCCCAATGTACATCTTTTCAC
ACAGAAATGTTTAGAGGTCAGGCCATATTCTCAGGGTTACACATTGAGAAGGATGGAGATATATTCTACTACCTTCT
CCTGAGATCTCACACACAATCTCAAATTTCAAAAGGTCTCAGAAGGGCAGCTCTCAGGTACTATTTAAAAATAACCC
ACTTCCTGGGACAGGTAGCATCCTTCTAACCATGATGGATGTTCTGAACTACAGTACACATTGCATGGATCCGGGTT
TGTCTCAATTCACTGTGATTATTACACTCAGCAGCTGTTTCAATATGTCTGAAGGGGTAAATGACAATTTAGGTGAC
CTGGGTGTATGGTTGGTGTTATATGAATCTTTAAATGTAGAACAGTATTAACTGTATTCCAAAATCTGTCTTTGATC
CATGATCACACTTGTCTCCCAGACCAGCTCCTTCAGCACATTTCCTACCTGGAAGAAGAGGACTCTGGGTTTGGTGA
GGGGAGGCCACAGGAAGAGAACTGAGTTCTCAGAGGGCACAGCCAGCATACACCTCCCAGGGTGAGCCCAAAAGACT
GGGGCCTCCCTCATCCCTTTTTACCTATCCATACAAAGGCACCACCCACATGCAAATCCTCACTTAGGCACCCACAG
GAAATGACTACACATTTCCTTAAATTCAGGGTCCAGCTCACATGGGAAGTGCTTTCTGAGAGTCATGGACCTCCTGC
ACAAGAAC[illegible]
[illegible]
[illegible]GCACAGTGAGGGGAGGTGAGTG

VH 4-34

TGAGCCCAGACAAAAACCCCCCTGCAGGTAGGCAGAGGGGGCGGGCGCAGGTACTGCTCAAGACCAGCAGGTGGCGC
GCGGCGCCCACAGATCCCGAGGCCGGGTCCGGAGCAGGTGCAAGGAGGGCGGGGCTTCCTCAACAGCTCAGTGGTCT
GTCTCCTCGCCAGCACCTCAGATGTCCCCAGGACTCTCTTTCTTTATTATCTGTGGTTCTGCTTCCTCACATCCTTG
TGGCAGGGAAGAAAGGAGGAAGACAATTTTTCTGTTTACTGTTGAGGTTTCACCAATTAC[redacted]GTCTTGTTACA
CTTCATCAAGAATTAACCTCTGCTGTTTCCTCAAAGTGTTTAATTGGATAATGAATTTGTCTATAAATTGAAGAGTT
GAAATACATCAAATATTAATTTGTAATAATCTGGCACAAATTATCTAAGCAAATTCAATAACTAGATGTTTTTTCAT

Fig. 7 (cont.)

TTATTTTTATTTAAAATCAGGATCTAAGCACTGACATGCTTTAATAACATCTGTGACCCTCTCAGCAGTTTTCTCTT
CTGAGTATATGATCTGCTGTGGCAGTTTTCTTAGCTTCAATGTTACCTCTTTTGGCAATGACTACCGTCTTTATATT
TGCCAGGAATCTGGGATAAGGGAGTGCTTCTAAGAGTTCCCTAACTTGCCCATTTTGGTGGGTGTTCCAGAACATAT
GAGATGCTCTGTTGTTAACAAAGCATCCCAAAGCCATGCACTGCCCTAAAATGTGTTTGTTTCCTAGTTTGACAAAT
TGGAAGTTCTAATAAATACAATCACTTCTGCCATCTGGGCTGATTTTACATCAGATAGAGGGCTGTATTCCAAAGAA
AAGCTTACATTAGTAATAGCAATTCTAGTCAGAAACCTAGAGTTTTATCATTGAGGTGCAATTCATAACAAATAATA
TTAGGTCGAGGTTCTCAGTGGCAGTGTCTAAATCTCTTAGGTGTACAGGGTCTTCCCTGTTAACATGAAGCATTTAT
AAGCACAGTCATAGTTTCCAGCTATGCTTCTCCCTGTCTCATTATCACCACAAACTATGGCCTCACCTGGAACTTGG
GTTAATTTCCAAATAAGTAATTTTTTAGTGTTTATGCCTCTAGATTATTATGTGAGAAAGTTAACATTCAGTAGAAA
GTTAAAAAGAACATTTGAACTGACTAAACAACACAGACAATCAAGAATAAAATTCAAAGCCTAGATGTGAGAGGCTC
CAGGCCTGGATAATGCAATAGTTCATGTATGCAGGCAGTTTCTTTGCCCAGTTCTACACTGATACACCCAGAATGTC
AGCTTCATGCCAGATTTGACTCCTATTATGTAGAGACATGGCAATACATTCTCAAGGGTCACATGAAATAATATGAA
AATTGGTGGGAATAGGGGAGGAGACAACTCTGCAATTCTCATCTGAAGGACCAGGAAAGCCTGGACAGACCATCTCC
CCAGCCTCCGTGACTGCACCACGTGCCCACATGGACGCTCATCCCTGATAGGGTAAGAAGACTCCATTGATGGGGCT
GAGCATTTTATGATAGAAATTACTAGAGACTGACGTGGAGGTTTCAACAACTAATATTTATAACCAAAATTTAATTA
CCCCCACATTGTTACCATTTTCTTCAGTGAAAAATTGCTTGCCATGATTAAGTTTTAAGTAGATTTCCAATGTTCAC
AACTGAGCTTCCAAGAGAGTCTTGAGAACAAAAACAATGAGGGCAGAGAAATCTACCTTTTCTGCATTCACCACTAA
ACTCAAGTGGACTCAGCACTGCCTTTGATCACTGCTACTTCTCTGCAGAGTTCAGGTTTCTACTTCTCACAATTCTG
ACACACATTCTACCTCTCCTCAGATGTTTGGCCTCTGCTTCTTGTAAGGTCACCCTCTGTTCTTAACTTCTTCTCTG
AGTCATTTTGTGAGGTGGTCATGAGCCATTAAATGGATATTTTATATTTTCCCAACATGAATCACATGAGTGGTCAT
GAATTATACTTCTGATTATGGCAGTTGATTTTTCTTGGCATGTTCATGACTAGTAATATTTGAAGCCATTTCATTCA
AATCTTCGGGGCTTCGTTTTTGTTGCTATGACATTTTTTCTTCTATTGAGTCTTTCCACTAGTATTATAACATGACC
TAGTATCCAGGCTCAGTTGTCATTAATAATAACCACATATGTCAAAAATCATGCATTCTTTTCACAGCAGACATAAT
TTCCTCTTTTCTGCAGATGAAGACACACTGCTGAGCTACCCCCACTTACAAGAATATATGCACAATTATGATATCTT
CATTTATTTGACTAATAAGCTATATCATTCTCCCTTCAAATTCTTTACCCCCCAGAAGTCCTGGACAAATTTCTGCA
TCTGCTCAAACGATAAACTCAGAACTACATGGTGAGTAAAAGTCACCTGGTTCTGGATATTGGGTCCATCTCTTCCC
CTCCAATGTCCCAGAGCACCTCAGCACACCCGTCCAGGTTCTATCAAGAAAGAGTAGCTCCTGCACACTGAAGGAAA
CAATTGAGTTAAGAGAGGACCTGCAGATGATAGACAATATTGAAAACTGTTAATATGACAAAGGATTACTACCAAGC
ATGTGAAATAAGCTCAACGGGTGCGGTGGTTCATGTCTGTAGTACCAGCAATTTGGGAGGCAAGTTGCGCAGATCAC
CTGAGGTTAGGAGCTCGACACCAGCCTGACCAACATAAAGAACACCCTGTCTCTACTAAAAGTACAAAATTAGCCGG
GCATGGTGGCATGCGCCTGTAATCCCAGCTACTCGGGAGGCTGAGGCAGGAGCATCACTTGAACCTGGGAAGTGGAG
GTTGCGGTGAGCTGAGATGGCACCATTGCACTCCAGCCTGGGCAACAAGAGGGAAACTCCATCTCAAAAAAAAAATT
ACAAAAAATTAGCTGAGCGTGGTGGTGGGCGCCTGTATACCCAGCTGCTAGGGAGACTGAGGCAGGAGAATGGCTTG
AACCCAGGAGGTGAAGGTTGCAGTGAGCTGAGATTGCGCCATTGCACTCCATCCTGGGCAACAAGAGTGAAACTCCA
TCTCAAAAAAAAAAAAAGAGACTTGCAAAGGGCAAATAGATCATAGACAGACAGATAGATAGATAGACCTATTAGTA
TACATACATACATATATATACACTAATATTCAGGAAAATGCAAATTCATAATGAGATGTCTTTTCACCCTTCATCTC
TGCTAGAAAGTTTGTTATCTGAAAAACAAATACATACATACATACTTATTAAAAGCTGGCCAGGATGCCTAGAAAGT
AAAACTCATAGACCACTGGTGGAAATGTAAATTAGTGCAGCCATCAAGGGAAAAAAATAGAACTACCATATATTCCA
GCAATCCAACTGCTAAGTATATATCTATTTAAATATTTAAAAGAAAAAACTAATATTGAAGAGATACCTGTACACCC
ATGTTTATTGCAGCACTAATCACAATTTCTAGGATATGAAATCAACATATGTGTCCATCAACAGATGAATGGATACA
TAAAATGTGATATATTTACACAATGGAATATTATTCAGCCTTAACAATGAAATTCTGCCGTTTGAAGCAACATGGAT
GGAATGGACACCTCTATGTTGAGTGAAATGAGTCAGACACAGAAAAATAAATACCGCATTTCTCAGCGTTACTTCT
AGAAGTAAATAGTAGAGTAGTGGTGATGAGATGCCAGGAATGAGAGAAGGCTGAGATAAGAAGAGGTTTGTTAACAA
ACACACAATTACAGGTAGACAGGAGGGATGTGCTCTAGTGTTCTACAGCACAGTAGGGTGACTACAGTTAACAATAT
ATTGTACGTTTTCTGTTTACAAGAAGCCAGAAGAGAGAATTTTCTATGCTACCAACACAAATAAATGTTAGTGTCTG
AACTGACGAATTTGCTCATTGTTCTGATTTTAGTCATACCAAGTGGCACACATGTATTCAAATATCACACTGTACCC
CATAAACATAAGCAGTTATTATGTGCCAAATTTGAAAAATCCTTTAATTAGAAGGAATTATATTGGCGTACATTACA
AATGATTCAACACAGAGACAGGAATAAATACCATTTTTCTTTGAAATAGTTAATTAACTAACAATGTAGTTACATTC
ATTTGCACCAAATCGTGTATTTGATAATGGTATGCATAGACAGATTTATGCATAGGATAATATCTTTTAATTTTAGA
CTACTACTTAATACTATAAATATAAATAATTTTAAAACAACTAAGTAAAAAGAATAAAGCTGAGAAAATGTGTGTGT
GGTGTGTGATGTGTGAGCTTTTTCTTGTGCACCACTGTGTCCTTGGTGGATGTGTGGTTCATGTGTTTGTTTTTATT
TACTCTGTTTGGGGTTCTCTTTGCTTCTAGGATCTGTAGTTCAGTTTCTTTCACAAAATTGGGAACATTCTTCGCTA
TTATCTTTTTCAAATAGTTTCTGTGTATTTATAATTTCTCCTTCTCAGATTTAAAATATACACATACTATAATTTTG
ATATTAATGTTTAGTTTCTTTCTTCACTCTCTTTTCGTTTGCAATTTACTTTGTGAAATTTCTAATGACATACTAAT

Fig. 7 (cont.)

CACATGGTTTTATTGAAAAGCTGAGCCAGCTCTACTGAGGTGTGTGCCAAAAGATTGCTCGATGTTTATACAGCATT
GCTTTTGATTTCTTATGCATTTCCATTTGATTTATTCTTAGTATTTTCATATTTCAGTTCCCTATCTATGTCCACGA
TTTCTTTAAGAGATTCTTGCGTGTGAATTATAGTTACTTTACATATCTTGTTTAATTAGATATTTATAACATCTGTT
TCATCTACAAATCTCATGCTGATCATTTGTTTATTACAACTTTGGTACTTCTCATTAATGTATGTAATAATTGTTGA
TAGCCACAGATACTGGGATGGACAGTGGATACTGGCCTTATTATTTCATTTTATGCATTTCTGCCTGTATTTGACCA
CACTTTACCTTTGCCAGGCCTTTACTGTGGAAGTATCTGTGAATCTTCTCAGAACTATATTTGACATTCACTTTTGC
AGTGGACATCAAAGTTGAAGTCTGTTCTTCTGTGTCCACCAGAGACTTCAGTTCCTCCAGTGATACCTTGTTTTTCT
TTCCTGCTTGGCTTTGTCTCTTCACCTGTTCCCTCCTCCAGAGAATCATGTTCAGCTCCCTCAGGTGGATTAAAATG
TTATCTAACTGACAATTGTGAAATTGGTGGAAAGCAATAGAATAAAGGGAGATTTTCTGACCTTTCTTGGGTTCATA
TTGTGAACATGAGTCTGGGTGTGACCTTCCCAATGTTTCTGAACTTCCTCCAGATGAGATGTTGGTCTGTGTGTTCT
TGCTCTTTTCCCTGCTGTGGAGTCCTCTTGTTTCCCCCAGTTGTTCCCTCCCGCAGCTCCAATGTTCTCTTTTTGTG
TTATCACCTTACAGATTTGCTGACTAGAACTGCAGATTAGGGCTCTGATTAAATAAGAAGGAGGGGAGATACTTCTC
AATGGAACTTAGGTGAAGACCTCTTTTCCCATCTCAGTTCTTAAGGGATTGCCCCAGTGNNNNNNNACTGGTTTTGG
TGGCTTGCCCCTCCAAAAAATTTCTTTGTTCTCCAGTGGGGATATGGAAGGTGGGTCTGAACACTTTTCAGAAGGGT
GGGCACTTTTTCTCTCCTAGACAGACACAATGGGACAGAACAATTTTGGTGACTGTCCCCATTTTGGGGAAAAAGGA
TTCAATAGGATAGGAAAACTCTTCAGTCTGTGGTCCCTTAGAAATTCACCCTACAACACATTTACCACACTTGACTT
CAAGAAATCCAATATATATGTGTGTTTTCATCTTGTAATAGCCTACATTTTACATGCCATACTCTGCCTCAGTTCAG
CTCATACCCCAGCTTTGTTACTCTTTACAAGAACTTGCCTCTCCCTAGATTTCACATTTGCTGTTTATCTTAAAACT
TCAAGTATCTAAAGTATTATTTTTAAAAAATGGCCAGTTGTGGTGGCTCACACCTGTAATCCCAACGCTTTGGGAGG
CTGAGGTATGTGGATCACCTGAGGTCAGGAGTTTGAGACCACCCTGGCCAACATGGTAAAACCTGTCTCTACTAAAA
ATACAAAAAAAAAAAAAATAGCTTGGCATGGTGGCAGGCACCTGTAATCCCAGCTACTCGGGAGGCTGATACTGGAGA
ATAGCTTGAACCCACGAGGCAGAGTTTGCAAGTCGTACCATTGCACTCCAGCCTGGGCGACAGAGTGAGACTCTGTC
TCAAAAAAAAAAAATTCCAAAATTCCAGCTCCTCTGTTTATCTATTTTTGTTGATACTGTTGTTGTAAAACATAAGTA
AAATATATTATTCATCTATGTACATTTCCAAGCTGTGTAGAAGAATTTTTAATAAGACCCAGAGTAAAAAAAGAATG
CAAATATGTAGGGGCCAGCCCTACAGGGTCTGTGGATCTTTCTCCCCATGTGCAGAGATGAGAGATCATAGAAATAA
AGGCACAAGACAAAGAGATAGAAGAAAAAACAGCCGGGCCCAGGGGACCACTACCACCAAGACACAGACTAGAAGTG
GCCCCAAATGCCTGGCTCTGCTGTTATTTATTGGATACAAGGCAAAAGGGGAAGGGTAAGGAGTGTGAGTCATCTGC
AATGATTGATAAGGTCATGTGTGTCACGTGTCCGCCAGACAGAGGGCACTTCCCTGTTTGGCAGCCGAGGCGGAGAG
AGAGAGAGGACAGCTTAGGTCATTATTTCTTCCATTCTCTTCTCAGAAAGATCAAAGACTTTAATACTTTCACTAAT
TCTGCTACTGCTATCTAGAGGGCGGAGCAAGTGTACAGAGTGGAACATGAGAGTGAAACAGGAGTGTGACCGCTGAA
GCACAGCATCACAGAGAGACGTTTAGGCCTCTGGAGGGCTGCGGGCAGGTTTGACTGATGTCAGGCCTTCCACAAGA
GGTGGTGGAGCAGAGTCTTCTCTAACTCCCCCGGGGAAAGGGAGACTCCCTTTCCAGGTCTTCTAAGTAATGGGTGC
CTTCCCAGGCACTGGCGCTACCGCTAGACTGAGGAGCCCTCTAGTGGCCCTGTCCGGGCGTGACAGAGGCTCACACT
CCTGTCTTCTGGTCACTTCTCACCGTGTCCCTTCAGCTCCTATTGCTGTATGGCCTGGTTTTTCCTAGGTTATAATT
GTAGAGCAAGGATTGTTATAATGTTGGAATAAAGAGTAATGCTACAGACTGATGATTAATGATATTCATATATAAAC
ATATCTATAACCTATTACTAGTACAACTATTCTTATTTTACATATTCTCTTCATTACACTGGAACAGCTTGTGCCCT
CAGTCTCTTGCCTCAGCACCTGGGTGGCTTGCCGCCCAGACAAATATTGTTAAGCTTCTTAATAGAAAAACAAATTA
TGGTAAATGTGTTCACTGGAATACTACCCGTCATTTATAATAAATTAATGCCTGATACACAGAGCAACAAGGTAAAA
TATCTAAGTATTTATGTTGAGTAAAATAAGCTAAACAAATAAGAATATATACTATGTAATTTCATTTTTATAAATTC
TGATAAATAAAAATGCATCTGAAGTAAAATAATGAAGATAAGTAGTTGCCTGGGGAAATGGTAGAAGAAGGGAGGGG
GAGAGGAGGAGGAATACAGCAGAACAAAGGGAAAATGTTGAGAAGAATTCACTTGTCCACTTTCTTGATAATGATAG
CAGTTACATCATTTTTATTAGTTGTACATTTTAAATATGTGAAGTTTATCATCTTTCAATTAAGCCTCATAAAATGT
CTTACAAGCAAACAAATGGAAACTTAGACAAGGAAAGAGTAATAGAAAGATAGAAAAAATAAGTTCAATGTCAGAAG
TACCTGAAAATTAATGTGCCTGGATCCTAGTTCTCTCCATATTTTCAGAAGAGTGCTGGAGGGCAGCAAAACCACAC
ATGCTCTTATTACGGAAAGTGGGTTCTGATAAAAACACTAGACACATCCAGCTTTGTCCTGGAGTTGGTTTAGGGGG
ATGTCAGAGACAGTGATGAAGAGCACAGGGCCAGATACCGGGGTTCACTCATCCCAGACATGAGCTCCTAGATGCAT
ACAGAGCCCCCCCATGTGTGGGTTTACTTCCACTTCTGTAAATGGAGAAAATATTGTCTCCTACAGAACATAGTTTA
CATGAATACTTAAAATGAAATAGGGTGATTAGTGCAAAGTGTTTATCACAGCACAATTTCATAATAAGACAGCATAT
TTTCCAAATGCAATCATTGCCAGCAAACTTCTACAGGGCACCGTCGTCTTATCTGGGTACAGCCTACTCCTCAAGGG
TCCCACCCTAGAGCTTGCTATATAGTAGGAGATATGCAAATAGGGCCCTCCCTCTACTGATGAAAACCAACCCAACC
CTGACCCTGCAGCTCTCAGAGAGGTGCCTTAGCCCTGGATTCCAAGGCATTTCCACTTGGTGATCAGCACTGAACAC
AGAGGACTCACC[illegible]
[illegible]
[illegible]

Fig. 7 (cont.)

```
[illegible]
[illegible]
[illegible]
[illegible]CACAGTGAGGGGAGGTCAGTGTGAGCCCAGACACAAACCTCCCTGCAGGGGTCCGCAGGACCACCAGGGGG
VH 3-48
CGACAGGACACTGAGCACGGGGCTGTCTCCAGGGCAGGTGCAGGTGCTGCTGAGGGCTGGCTTCCTGTCATGGCCTG
GGGCGGCCTCATTGTCAAGTTTCCCCAGGGAACTTCTCCAGATTTACAATCCTGTACTAATATTTGATGTCTCTAAA
TGCAACCTTTTTTTCCTTTTTGTGTCTGTTTTTTTTTTTTAAAAACAGGAGGACACATCCTCACCTCCACAGAAG
CCACAGTGTCACTTTGGGGGCGGAAATAATCCTTTCGTGGTCAACAGGGTGAGAGTTTTGAGGAATCCCAGGGAAAC
CTGGGGAATGTTTTCCAATTAGACTCAGGGCAGAGACCTCCATGGGAATCCCTGATTAGAACAGGCTTTGAGTTCTG
ATGGGAGCCAAAAGAGAGGCTCACCCAGGGTCAGGGTTCTTAAAACCTGATGGTTTTCACAGCAATCCCCCTTCATC
TTGTGAAACTGGGCACATCTGACTCAGACTGATTCAGTTGACCCTCTTTCTGCTAATCCATTTTCCTTCCCAGTAGA
CTTGATTCTCACAGATCCCTTTCTTCTTCTCTTTCCTGAAAACAGAGGATGTGTTTTCTGTAGTC[redacted]CCTTGA
TTGAAGTGCTGAGTAAATGGTTGCAAACATAGGTCTACATTTTTCAAATCATTCACCATAAATTTGAATTATTTATT
AATTACACTCGAATAAAGCAATAAAGAAACTGATGAGATAATATTTGACTGAATTGCATCAATAAATAGATCGATAT
TAACACAAGGAATATAACTGATTTCCAAAAACATACACATGAACCGTGGTTCACTCTGCGTATTTAGATAAATTACA
GAAAGTTGTCATAACAGATGGGGAATCCTGCAGACTTCACTAGGCATGGGCCATGCTGCCCTGGAGTTGTCTCAGGG
GAGCTGCCTCCTCCAGAGGTTAGAGCACAGGCCCAGGTAATAGGACTAAATTTTTAGATGTGTTATCTTAGACACAC
TGCACAACTGCTGTGTTCTCTATGTAAATTATCTCCTGTAAAATATAACATTGAAGCCTGCATTAAATATATTGTGT
AAATATGTAAGAATAAAAGAAAGTTATGAGAGCTAAGTGTTAATCAAGGCACAAGCATATAAGATATAACTATATTT
TCCTGAATGATGGAATTACTACCAGTCTCCCCCAGGACACTTCATCTGCCCTGAGCCCAGCCTCTCCTCAGATGTCC
CACCCAGAGCTTGCTATATAGTGGGGGACATGCAAATAGGGCCCTCCCTCTACTGATGAAAACCAGCCCAGCCCTGA
CCCTGCAGCTCTGGGAGAGGAGCCCAGCACTAGAAGTCGGCGGTGTTTCCATTCGGTGATCAGCACTGAACACAGAG
GACTCACC[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]GA
VH 3-30
CACAGTGAGGGGAGGTCATTGTGCGCCCAGACACAAACCTCCCTGCAGGAACGCTGGGGGAAATCAGCTGCAGGGG
GCGCTCAGGAGCCACTGATCAGAGTCAGCCCTGGAGGCAGGTGCAGATGGAGGCTGTTTCCTGTCAGGATGTGGGAC
TTTGTCTTCTTCTGACAGTTCCCCAGGGAACCTCTTAAATTTAGAAAACTGTGCCTAACAATGTCTTCTCTATGCAT
ATGAGGACCTTTTCTCCCTGGCACAAAATGCAGATTGACGCTGACACGGATG[redacted]GCTGCTGACATTCCTAGAT
AACTGCAGCTGTAGTTATGCCTGCTAAGGTTTGGGCGCATGGGGCTTGGCTTTTGTCAGCTCCCTGGGATTTATTTT
CCCAAACAAAGAAACCTCCAGGTTAGGGGCACCCTATTCATTCCCATCACCTGGCATGATTTAAAGGATAATTGCTT
AGAATTAAAATATTGATCCAGATTTTTTATATTCCCCATCGCTTTTTGTTTCTTCTGGGCTGTAGCCAGAGATCATT
GATTGGCGCTCAGGAATAAGCAGAGTTAGTCTAAAATGCAGGCAAATACTTAAACAACTGAAGAGATTAGAATTTAA
AGACAAGTGTATGATATGTTTTGAAATACAATGTTTCTCTTTCCAGTTTTGGTTTTTGTCAGCAGCAAATAATGATA
AGACTGAGTTGTTTGCAAAATAAACTTTAGTCTTAAACTTGGCCTGATTATTTGCATAAAGTGCAGCAAGAATATTA
ATAATAATTCTGTAGGAAAAGCCTGCAAGCACCAGGAGCTTCACAGTCTAACACTATGAGCACGTGCATCCTCACGC
AACTCACTGAATATGTCCAAGTCAGCCTGTTCCGATCTTAAATGCCATCCAGTGGCATCTGCCCCAGGTACACTAAT
ACATGGGTCCTGCTTCTCTCTGCAGCCGCCTCTCTCCTCAGATTTCAGGTTTTGTGTATTGTTTGTTTTCTCTCTGA
CATCAACACAGATATGTTGAAGGTTTTCTTTTTTTTATTTGTAGTTGTTCAGCTTTGTTGTTAATGAGGTCAGAATA
AGCTCATAGTTTACACATTTTTACATTCCCATGCCGAGTAGCTGCTTTTCTCTATCAAATCCATTAACTGAGAGAAC
AATCACATTTCGTTACAGGTGAACAGTTAAATAGTTTGGCATATATTTCTGTGCTGGAATCTAATGCAGCTTGAAAT
CAAGTCATGCCTCACTCATTGAAAAAAACATGGCTAAATTCTCAAAGAATTGTGCTGAGTGAAAGAAACTAAGGAAT
GAAGAGTAAATTTTATATGATACATTTGTAGAAATTTTAGAAGATGCCACTATTATAAATTAACATGGAGAAGATTT
AAGTGTTTCTGAGAATATGCTATTGGGAGTAATGGGGATGTGAGTTAAATTTCAGAGGAATAAGAGAAAGATTTAGG
GATTAATTTTTTCAAACCTTGATTGAAGTGCTGAGTAAATGGTTGCAAACATAGGTCTACATTTTTCAAATCATTCA
CCATAAATTTGAATTATTTATTAATTACACTCGAATAAAGCAATAAAGAAACTGATGAGATAATATTTGACTGAATT
GCATCAATAAATAGATCGATATTAACACAAGGAATATAACTGATTTCCAAAAACATACACATGAACCGTGGTTCACT
CTGCGTATTTAGATAAATTACAGAAAGTTGTCATAACAGATGGGGAATCCTGCAGACTTCACTAGGCATGGGCCATG
CTGCCCTGGAGTTGTCTCAGGGGAGCTGCCTCCTCCAGAGGTTAGAGCACAGGCCCAGGTAATAGGACTAAATTTTT
```

Fig. 7 (cont.)

AGATGTGTTATCTTAGACACACTGCACAACTGCTGTGTTCTCTATGTAAATTATCTCCTGTAAAATATAACATTGAA
GCCTGCATTAAATATATTGTGTAAATATGTAAGAATAAAAGAAAGTTATGAGAGCTAAGTGTTAATCAAGGCACAAG
CATATAAGATATAACTATATTTTCCTGAATGATGGAATTACTACCAGTCTCCCCCAGGACACTTCATCTGCCCTGAG
CCCAGCCTCTCCTCAGATGTCCCACCCAGAGCTTGCTATATAGTGGGGGACATGCAAATAGGGCCCTCCCTCTACTG
ATGAAAACCAGCCCAGCCCTGACCCTGCAGCTCTGGGAGAGGAGCCCAGCACTAGAAGTCGGCGGTGTTTCCATTCG
GTGATCAGCACTGAACACAGAGGACTCACC[illegible]
[illegible]CACAGTGAGGGGAGGTCATTGTGCGCCCAGACACAAACCTCCCTGCAGGAACGCT
VH 3-33
GGGGGGAAATCAGCTGCAGGGGGCGCTCAGGAGCCACTGATCAGAGTCAGCCCTGGAGGCAGGTGCAGATGGAGGCT
GTTTCCTGTCAGGATGTGGGACTTTGTCTTCTTCTGACAGTTCCCCAGGGAACCTCTTAAATTTAGAAAACTGTGCC
TAACAATGTCTTCTCTATGCATATGAGGACCTTTTCTCCCTGGCACAAAATGCAGATTGACGCTGACACGGATGAAA
ATTCCTCAACCATGGTCACAAGGATCAGAGTCCTGAGTAACCTCAGGGCTTCCTGGTGATTCTTCTCCAATCAGACC
CAGGACAGGGACCTCCGTGAGATTCCCTGACTGGAACAGTCTTTATGGATCCTGGTCACAGACAATAGAGAGGCTGA
ACCAGGGTCAGCGTCATGTAGAACGTCACAGATTTCACGTCTGATCCTTCTCCTGACACGAAAGTATGCAAATCAGT
ATCAGCACCGATCTG[redacted]GATGCAAAGATAGATACCAACATGAGAAATGTATGACACTCAAGAAAATAAAACTG
TAGGAAACTTGCTTTTCTTTATATTTGTTAGGTAATCACCACAGTGTGTACACATCACACCATGTTCCCATTACAGA
GAAAAGGTTCTGCGAACCTCACGAGCTGTGACCCCTGTGTGCTGGGCTTGGTTCAGGGAGAAGTCAGGTCCAGTGGT
GAGAAGCACAGGCCCAGATGCCCAGGCTCACTCTGACCAAAAGTGAGCACTGGGGACATTGTAAAACCCACCTGTGC
TTTTGCTGATAATTTTTCATCTTTAACATGGAAATAATATTGATACTATATACCATGGTTTCTCTGCGTATGTAAAA
ATAAAAGATGATTGGTGCTAACTTTAAAAATATGCAGTTTATGTAGATCTATGGTACCTCAATAAAACTGTTTTAAA
ATAAAAATTACAAAATTATAAGATTTTTAGGTTTTAAGGTTTAAGTTTATCACAAAACAAACTGACAATAGGAAAGC
ACAATTTCCCAATGCTTTCAATATCACAGATCTCCCCGAGGACATTCTGACATGCTCTGAGCCCCACTATCTCCAAA
GGCCTCTCACCCCAGAGCTTACTATATAGTAGGAGATATGCAAATAGAGCCCTCCGTCTGCTGATGAAAACCAGCCC
AGCCCTGACCCTGCAGCTCTGAGAGAGGAGCCCAGCCCTGGGATTTTCAGGTGTTTTCATTTGGTGATCAGGACTGA
ACAGAGAGAACTCACC[illegible]
[illegible]CACAGTGAGGGGAAGTCATTGTGAGCCCAGACACAAACCTCCCTGCAGGAACGATGGGGGGGAAATC
VH 3-23
AGCGGCAGGGGGCGCTCAGGACCCGCTGATCAGAGTCATCCGCAGAGGCAGGTGCAGATGGAGGCTGTTTCCTGTCA
GGGTGTGGGACTTCATCTTCTTCTGACAGTTTCTCTAGTGAACCTCTCTAACCTCAGAATTCTGTGCTTACTAATGT
CATCTCTACGTATTTTTTAAAAGATCATTTTAATATGAGCACCTATTCTCACACGCACCAAATGCACATTCACGCTT
ACAGAGATG[redacted]CACTGGGATTCCTAAGGCCAATTCAGTATTTCAAAAGATGGTGTGAGAAGCACAGGCTGTCA
CTAAAGGAGAATTCTGAGCCAGGGCACAGCCACTTTATACTTGGCTGGGGACACTGGTAGGAATATACTCTGTGAGA
TCAGACACAGGAACCTCCTTGCAGGGGCAGGGCAGGGCTGCAGGGGGGCGCTCAGGACACACAGAGCACAGGCTTCCGCC
CCAGAGCAGGTGAAGGAGGCTGGGGAGGGGTTCCTCTCAGGGCCTGGGACTTCCTTTAAAAAATCTAAAATAAGTAT
TTCACAAGGACTGCCGATGTTTATATAAATATCCTATTCAATTGTGAGCATTTATGAAACTCGATGTTGTAATGAGA
ACCACTTTTACAATGGGAATTTCAAACTTCCCTAGACATCTTAATAGTAAGCAGCTGGAGGTCAGGAGGAGATCCTT
TCTTATAAATAAGTGCAATTTTTGGAGAAACACACTCATTCCCAAAATAGCACATTCACATATTAAGGTCTAGAAAT
GATTCGAGTTGCCCCTGAGACAGTCAAATGTGGGTTCTAAGTGAGGTGCGTGTCCTGGGGGAGCTTGTTCTCCAGTG
GGGGAAGCTCTGTCAACACAGAGTTCAGGGATGGATAGGGGATGCGTGGCCTCTAACAGGATTACGGCTTTAACCCT
CAGCTTCTACAATTGTGTCGTCCATGTGTCATGTATTTGCTCTTTCTCATCCTGGGTCAGGAATTGGGCTATTAAAT
AGCATCCTTCATGAATATGCAAATAACTGAGGTGAATATAGATATCTGTGTGCCCTGAGAGCATCACCCAAAAACCA
CACCCCTCCTTGGGAGAATCCCCTAGATCACAGCTCCTCACC[illegible]

Fig. 7 (cont.)

[illegible]
[illegible]
[illegible]
[illegible]CACAGTGTGAAAACCCACATCCTGAGGGTGTCAGAAACCCCAGGGAGGAGGCAGCTGCAG
VH 1-18
TGAATTTGAGGAGATTACAGGGCTTACAATGTTTAAAGTTGTTTAGAAAATGAGCTGAGCAACTGAGGAATGTAAGT
AATAGAAACATGGATGCACTCTATATAGGAAATGTTTCTTTCAGCTGTCACCCTATATGCAAAATTCAGAGTGGTAA
AGACAGCAATCAGTGAGGCTGATGCAAAGAATCCCATGGAGGCCTTGTGCAGACATATAGGTTTTAAAATCAGATAG
ATAAATAATTTGGAACAAGATTGCTGGTAACGTGGCTAAGACTA[redacted]CACCTTGGTAACTAGGATGGTTACATC
AGGTTTATCAATTGTACACTTTAAATATGTGAAGTTTATTATCAGTAAACTGAAATTTATAAAATTTATTACCAGCA
AACAAATGAAAACTTGCACAAGAAATAAGTGACATAAAGATAGAAAAAATATTAAATTTCAGAAACACCTAATAATT
TATCTTCGTGAACCCTAGTTCTCACCATATTTTTAGGTGAATGCTAGAATGCAGCAAAATTACACATGCTCTCAATA
CAGAAAGTGGGTTTCACAAACCACACTAGGCATGCTCAGCTCTGTCCTGGAGTTGGGTTAGGGAGTAATATAGGGCC
AGTGGATGAGGAGCACAGGCCTAGATACTGGGGCTCACTAACCTCAGGTATGAGCTCTTAGATACATACAAAGCCCC
TCCACGCATGGGTTTACTTCCCCATCTGTAAATTGAGAAACCATTGACCCCTAAAAATATGATTTACACAAATATGT
AAAAATGTAAGAGAGTGATTAGTGCAAAGTGTTTATCACAGCACAATTTCATAACAAGACAGCAAGTTTTCCAAACA
GCATCATTGTCATTAGATTCCTGCAGGGCATCATTACCTTATCTGGGCCCTGCCCTCTGTTCAGGCATCCCACCCCA
GAGCTTGCTATATAGTAGGTGACATGCAAATAGGGCCCTCCCTCTCCTGATGAAAACCAGCCCAGTCCTGACCCTGC
AGCTCTGGGAGAGGAGCCCCAGCCTTGGGATTCCCAAGTGTTTTCATTCAGTGATCAGGACTGAACACAGAGGACTC
ACC[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]CACAGTGAGGGGAGGTCAGTGTGAGCCCGGACACAAACCTCCCTGCAGGGGCGCGGGGCCACCAGGGGGCGC
VH 3-15
TCGTGACCCACTGAGGGCGGGACAGGTCCCAGGAGCAGGTGCCGGGAGAGGTTTCCTTTCTCCTCAGCTGGAAAAGT
CAGGTTTATCTTCGCAGGACTCTGGAGTCTTCTAGGCTGTG[redacted]AGTGCAATGATATAGTTTAGATGTTTTCCC
TTCCAAATGTCATGGTGAAATGTGATTCTCAATGTTGGAGGTGGGACCGACTGGGAGGTTTTGGGTCATGGGGAAAG
ATCCTTCAGGAATGGCTTGGGAACCACCCCATGGCACTTAGTGAATTCTTGCTGTGTTAGCTACTATGAGATCTGAT
TGTTAAAAAGAGTCTGGCAACCCTTCTTGCCACTCATGTCCCAGCTCTCACCATGTGACATAGCCTGTTCCCCCTTT
GCCTTCCATCATGATTGTAAAGCAGATCCTGGTGCCATGCTTCTCACACAGCCTTCAGAACTGTAAGCCAAATGTGC
CTCCTTTCTTTGTAAATCACTTGGCCTCAGGTATTAATTTATAGGAATGCAAAAGAGACTAACACACCGTCCAAAGC
ATTACACAGATTCAACACTATTTTTATCAAATGACCAATATAATTGATTACATATTTAGAAAAAAAATACTAAAATT
CCTACAGAATCAAAAAAGAGTCTGAATAGCAAAAGCAATCCTAAGCAAAAAGACCGAAGCTGGAAGCACCACATTCT
CTGACCTCAAATTATACTACATGAATATAATAAGAAAGACAGCATGCTACTAGTAGAAAAAAACAGCCCAGAAAGAA
AGCCAAATATCTAAAACCAACTGTTGTTTGACAAAACTGACAAAAATATACACTGGAGAAACAACCCTCTATTCAAT
AAGTGGTGCAGGGAAAATTAGGTGGCTTATGTGGAAGAATAGAACGAGACTTCCATATCACCGTAGACACAAATTAA
CTGAATATGGATTCAGTGTTTAAATTTATAAACTAAAACTATAAAAATACTTGAATAAAATCTAAAAAGAGTCCTCT
GGACATTGGTCTAAGCAAACAATATACGACTAAGACTTCAAAAGCAAATGCAATAAAAACAGAAGTAGACAAACAGG
ATTTAGTTGAACTAAAGGTCTTCTGCACAGCAAAAGAAATAACCAACATGGTGACCAGACAATCTGCAAATGGAAAA
AATATCTGGAATCTATTCATCTTGCAAAGGGCTAATATATAGAATCTACAAGTAACTCAAATAAGTCAACTAAAAAT
TACAAATAACTTCATTAAAGAATAGACATAAACAGACATTTATCAAAAGAATACACAGAAGTGGCCAACACAAATAA
GAAAATATACTCAGCATCACCAATCATCTGATAAATGTAAATTAGAAACAACGTGATACGGCATCTTCCACCAGTCA
GAATGGCTGTTATTACAAATAAAAACAGCAGGTTTTTGCAGACAAACATAGGAAAAATAATGATTTATATATGCTTG
GTGAGAATGTAAATTAGTACAACCTCCATGAAAAACAACATAGAAATTTCTCAAAGAACTAAAATTAGAATTACCAT
TTCTTCCAGTGAGCTGTCCCAGTAGGCATGTTCCTCCCAAACTTTTATATCAGAGAATGTTGCCTGCACTCATATGT
TTATTTCAACACCATTTTCAATAGAAAAGTCAAATAATCTAAGTGTCAATCAGTGGATGATTAGATAAAATATGATA
TATGTAAATCATGGAATACTATGCAGCCAGTATGGTATGAATTCAGTGTGACCAGCCCCTGGACAAGGGCTTGAGTG
GATGGGATGGATCATCACCTACACTGGGAACCCAACATATACCAACGGCTTCACAGGACGGTTTCTATTCTCCATGG
ACACCTCTGTCAGCATGGCGTATCTGCAGATCAGCAGCCTAAAGGCTGAGGACACGGCCGTGTATGACTGTATGAGA
GACACAGTGTGGAGACCCACATCCCGAGGGAGTCAGAAACCCCGAGGGAGGAGGCAGCTGTGCTGAGCTGAGGCAGT
GGTGCAGCAGTTTCTTTAACTTCCATATGATCTCATTTTGCATCATCTTCTACTTTTATATTAGCTAAGAACTTGGG

Fig. 7 (cont.)

GTAGACAGGTGCTCCTAAGAGATCCTTAACTTGCCCATTTTGATGGTTTTCCAGAAGACGTGAGAAGCCACTTTGTT
AGCAAAGCATCCCAAATCCATGCCCTGTTCTAGATACATGTGAGCCCATTTCCTGGTCTTTGCTTAACTGACAAGCT
CTCATCAGTGCACCTGGGCTAATTTCACATCAGGTAGAGGAACGCGTTATAAAGGAAAGCTAATGTTGTAATGGCAA
TTCCTGCTTAAAAACCTTCAGCTTCATTGTTTTTGTGTAATCCATCAGCAAATTATGTTAGTTCAAGGTTCTCAATG
GGAGTTTCTAATAAATAGAAAGGTTGTATAGAGCTTCCCCTAATTAAAATGAAACAATTGTGAACTCAACCTCGGTA
TTCAGCCATGTCTCCACCCTTCACACCCTTCGCCACAAAGGAATTTTCACCTCTCCTGGAAGCTGGGTTCATTTTCA
AATTAGTTATTTTTTTCAATGTAATATCTCAAGATTATCGTATATGACTATTTTAGCAGAAAGTGAATTATGGGAAC
TTGAACTAAACAACTGAAAACAAATTCACAACTAATTAAACAAGATGCCAGAATGTGATTGGCTCCAGGCTTTGTAA
TTCAGCAGTTCATGTACCCAGACTGGAAATTTACATGTCTTCTTGTTACCTTCACAGCACAGTCAACTCCCATTATG
TAAGAAATGGTGACTGCATTCCCAAGGGTTATGCATAGATATGAAAATAGACTGGGTAAGGTGAGGAGTTGATTGTT
TAAATTCCCCTCTGAAGAAGCAGCATCAACTCAACAAACCACCTCTCTTCACTCTGTGACTAGAGCTATGTCACACG
CCACATGGACCTAAATCCTTGATGGATATAACATGACTACATAAATTGGGCTGATCATTTTTATGCTATAAAATTAA
TAGATGACACTGCACTCCAGCCTGCACAACCAAGCAAGTCTTCATCTGTAAAATCTAAAAAAGAAAAATTAGTAGGT
ACTGACTTCGAAATTTTTGATAATAATATTTTCACCACCCAAATTTAATCACACCCACATGTTACCTGCATCTTCAC
TGAAAAGTTCCCAGTCACGATGAGTTCCTTCAATGCTCCATGTGTTCAAATCTGGACATCAAGAGAGTCCAGAGAAT
AAAACACAATGACGGCAGTGAAACTGATATATATTCAGCACCTCTTAACTCAGGAGGACTCCATACACCCTGGCACA
CAGCTGCTTTTCTAAATGGCTCACAATGACTCCAGCTCACTCACAGAGCTCAGACAGAAACCTCCCTTCAGGGTGGG
AGCTGGGTGGCAGGGGGCACTCAGTACCCGCAGAGGTGAAAATGAGTTTCAGATGGAACTTCCCTGTCACCTCAACA
TGGAATTTATTGTTCCATTTCATTACCTCTCTTTCCATAATGGTTCATTTCTTTTGGCCTGTTCATTACTGATATTT
TTCAGAGCAATCTCACTTGAATCTTTACTCTTTTGCATTTTGTCTCCTTGACAATGTTGGGAAGTTTTACCTCCAGC
ATCATAACATGATCTAGTGATCTGACACATTGTGCAAACAATACCTACAAATTCAGAACCTCTTTGTTTTTCTTTCC
ACAAAATATAATTCTTTCTGTTCTGTGTATGAGCATGTCTTAGCAACCCTGTACACACCCACATAGATGTCTACAAG
CCTATGAATTGTTCTCTGTAAATAAAAATTTATCTCAAATTCCTTCAATGTTCATAATTCTGAGAGTGAGGAAGGTC
CTTCTCAATCTGTTCAAACAAAATGCCCAGAGACCATCCAGTAGGTAAGGAGTTCACCTGGCTCTGGTGTGGGGTCT
GTCTCTTTCCCTCTGTTGTCCCACAGGTCAGCCCAGTTGTTCACGTCCTAACAAGAAAGCCCAGGTTTGTCCTGATT
TTAAAACACATCAAACTTCTGATGACTCTCCTGTTACCCACATCCATGGAGATAGATTATTTATTATATAATTCAGC
AAACTAATGTCAAATGCCCAAGTTGCAATACCGCACATCCTAGGGTATGTTCATGCAATTCAATGGAGGAGAAAATC
TTTCAGAGACAGATGGATCTGAAATGATAAATATGTGGGTAAGGACTCTGGGCTTGAGTATCATTGTCCAGCCATGT
TTCACAAGTGTGTCCTGTCAGGGAAGGATCAGAGTTCCTTGTGCTCTCAGAGGGAAGGGGTCACAGAGTTCCTCTCT
GGTTCCCAGGAAAGGTAATCGCACTAATCTTCATGATCTTCATGAGACTATCCTCCAGTGCTGACCTGTTACGGAGT
TTTTGTCTGAAGTTCTCACTGCAATCCCCAATCTACATATTTTCAATCAGAAGTGTTTAGAGGGCAGGACACATCTT
CAAGGTCACACATTGAGAAGGATGGAGATATGTCCCACTACCTTCTCCTACGATCTCAGACAGAATCCCAAATTTCA
AAAGGACACAGAAGGACAGCTCTCAGGTGCTTTTAAAAAATGACCCACTTCCAGGGACAGTGAGCTTCCCTGTAACC
ATGGTGGATGTTCTGAACTACAATAAACATTGGATGGATCCAGTATTGTTTGAAGTCACTGTCATTATTACATTCAG
CTGTTGTTTCAATGTGTCTGAAAGGGTAAATGACTATTTAGATGGCCTGGGTGTGTGGTTGGTTTTATATGAATCTT
TAAGGGTTGAACAGTATTGACCCTATTCCACAATCTGTCCTTGATCCATGATCACACTCATCTCTCAGACAAGCTCC
TTCAGCACATCTCTTTACCTGGAAGAAGAGCACTCTGGGCTTGGCGAGGGCAGCCCCAAGAAGAGAACTGAGTTCTC
AAAGGGCACAGCCAGCATTCTACTCCCAGGGTGAGCCCAAAAGACCGGCGCCTCTCTCATCCCTTTTCACTGCTCCG
TACAAAGGCACCACCCACATGCAAATCCTCACTTAGGCGCCCACAGGAAGCCACAACACATTTCCTTAAATTCAGGT
CCAACTCATAAGGGAAATGCTTTCTGAGAGTCATGGACCTCCTGTGCAAGAAC[illegible]
[illegible]
[illegible]TGCGAGACACACAGTGAGGGGAGGTGAGTGTGAGCCCAGACAAAAACCTCCCTGCA
VH 4-b
GGGAGGCTGAGGGGACCGGCGCAGGTGCAGCTCACGGCCAGCAGGGGGCGCGGAGCTCACGGAATACAAGGCCGG
GTCAGGAGCAGGTGCAGGGTGAGCGGGGCTTGCTCATCTTCTCAAACATCTCCCTCCTCGCCAGCACCTCAGCTTTC
CGTAGAGGTCCTCTTTCTTTATTGTCTGTGGTTCTACTTCCTCACATCCTTGTGCCAGGAAAGAAAGGAGTAAGGCA
AATTTTCCTGTTACAATTGAAGTTTCACCAATTACTAAAAACTTTCCTGCAAGTACCTGCACAGCCCATTATACCTT
ATTTATATATATATATATTCTAATGCTTCTCACCATCTCTTGATTTGTGTCATCAATTTAATTGTGCCCTTTTTGAA
ATTCATATGCTGAAACTTTAAATCCAATGGATCTATATCGGAATTTTAATGGTATAATTAACGTTAAATGTGGTCAT
AAGTGAGACCCTAATGCAATAGACCTGTTGTCTTTATAAGAAGAGGAAGAGACACCAGAGACCTCTCACTTCTCACA

Fig. 7 (cont.)

TGCACACAGAGAAGAGGCCACGTGGAGACATAGTGCACTAGAAGGTGGGCCTCTGCAAGCCAGGAAGAAGCCGCACC
AAGAACCAACCCTGCCAGCACCTTGATCTTCTACATTCAGACTGCAGAATTGTAAGAAAACCAATATTTGTTGTTTA
AGCCACCCACTCCTTTTGTCTTCTTACGAAGACCCAGACAGGCTAATACCACACAACTCTGTTAGCTCCATCTCCTG
GAGGGAGAAGCAGCCCCCTGAGGCTGGGCACATCGCTCAGATTTTCACATGAATTAGGCAAAAACAGTAGCTCTCAT
ATAAAAACTGTCACGTCCCTGTTGGGACAAGGTCTTCTAAACAACCCCTGGGGCTTTGTCACAAATGTTGCATTTTA
TCCTTTATTAGGACTTAACTAATTGACAATGAGTACCAGCTGGATGGAAACTGACCACTGACCATCTTCTGCTGTCT
CCTTATTATATCACAGAAAACCACAGCAACATTACTCTATGTCTTCAACTTTCTAAATTTGTACTGAATCTATTGCT
AAATGAGGAGCTACATGGGGTCTGAGTTTTGTTATCTTCTCCCCAGTCTTCCCCAATTACCAAGCACAGAAGATACT
TTCAGTGAAATTTAGCTGTCAATGCCCCCAACACCACATCATGTTTTAAGGTCCAAGGACTTTCTTTGGGGGGCTAT
TTAAAAACACTTTTGAATGGAAAATCCTAAAGCATACAACAGCTGAAAGAATGGCCCCTGTGCACGTGAAGGCTGAA
GGGATGGATGATAGGGTACGTTCCTCCAAGGTGTTCCTGGGCATGTGATGGTTGGATACCTCATG[redacted]CTATGG
ATGTGAACTACAAGTATGTAAGTACTTCAAGTAATTCTATTTAATGGAGTTTGAAATAAAACTCAAACTTATTCAAA
ACACTAATTACTTGGTATTTATTTTGAGATCTATGAGTTTATCAAGAAATTCAAATTCCTATTTCTATTTAAACTCC
CGATTCCTACTCTCAGTGGGAGGGAAAACTCACAGCCAATCACACATCACAGGACAAATCTGTAAACGAAGAGTCAT
TCCTCTGAAGGTCCTGGGTGTTCAGGACTCTCAGGCAGGTGCTGAGGACCCTGTCTTGGGAGTGCCCAGCAGATCTC
AGAACCCTACATGGGGCCTGCTGGACACTCATGTGGGATAACTAGTCGCCACTTATTCAGAGTTACCAGTGAGCTTT
GACTGTTCCGAATGGGACCAGCATGGAGTCAAGGTGCCTGCTCAATGTCAGAGACAGCGATGGTCTCAGAAACAATC
CAGGTAATCTCTAGGCCAATAAAATGTGGATTCACAGTGAGAAGTACATCCTGGAGGTGGAGCTTGTTCTTCAGTGG
GAAGAGTGCTGTGCACAGAAAGCTTAGAAATGGGGAAGGGGGTGCGTTTCCTCAGGCAGGATTAGGGCTTCGTCCCT
CAGCGTCCCACTCTTGTATGGCTGATGTGGCATCTGTGTTTTCTTTTTCATACTAGATAAGGCTTTGAGCTGTGAAA
TACCCTGCCTCATGAATATGCAAATAACCTGAGCTCTTCTGAGGTAAATATAGGTATATTGGTGCCCTGAGAGCATC
ACTCAACAACCACATCTGTCCTCTAGAGAAAACCCTGTGAGCACAGCTCCTCACC[illegible]
[illegible]CACAGTGTGAAAAACCACATCCTCAGAGAGTCAGAAACCCTAGGG

VH 1-8

GAGAAGGCAGCTGTGCTGGGCTGAGCAGATGACAGGGGTTATCAGGTTTAAGGCTTTTTTGAAAATGGGTTATATAT
TTGAGAAAAAAATAACAATAGAAACAAGTACACACTCTAATTTTAAGAGATATATTCAATTCAAGAATTGTAGAAGC
CGAATTCACAGTGGAAAGGCCACACTCAATAAAGTTGATAAAAACATTCCAGGAAGGTGCTACTG[redacted]CCTGT
GTTTATCTGTTATGTTCATGCTGTAAAACAGTAAGTAAAATATACTCCTCATCTATGTACATTTTGAAGCTGAGTTG
CAGGTTTTTTGGTAAGACCCAGAGTCACAGAGAATTCAAATATTGTTAAGCTGCTTAATAGAAAAACAAATTATGGT
AAATGTGTTCACTGGAATACTACCCATGATTTATAATAAATAAATGCCTGACACACAGAACAGCAGCAAAACCACAC
ATGCTCTTATTACAGAAAGTGGCTTCTGAAAACCACACCGGGCACGTACAGCTTTGTCCTGGAGTTGGTTTAGGGGG
ATGTCAGAGCCAGTGACGAGAAGCACAGGGCCAGATGGCAGCGTTCACTCATCCCAGACATGAGCTCCTGGATGCAT
ACAGAGCCCCCCCATGTGTGGGTTTACTTCCACTTCTGTAAAAGGAGAAAATACTGACTCCTACAGAGCATAATTTA
CACATTTTTTAAAAAATGTAATAGGGTGATCAGGGCAAAGTGTTTATCACAGCACAATTTCATAAGACAGCATATTT
TCCAAATACCATCATTGTCAGCAAACTTCTGCAGAGCACCGTCTTCTTATATGGGTACAGCCTATTCCTCCAGCATC
CCACTAGAGCTTCTTATATAGTAGGAGACATGCAAATAGGGCCCTCCCTCTACTGATGAAAACCAACCCAACCCTGA
CCCTGCAGGTCTCAGAGAGGAGCCTTAGCCCTGGACTCCAAGGCCTTTCCACTTGGTGATCAGCACTGAGCACAGAG
GACTCACT[illegible]
[illegible]CACAGTGAGGGGAAGTCAGTGTGAGCCCAGACACAAACCTCCCTGCAGGGGTCCCTTGGGACCACCAGGGGGCGA

VH 3-7

CAGGGCATTGAGCACTGGGCTGTCTCCAGGGCAGGTGCAGGTGCTGCTGAGGGCTGGCTTCCTGTCGCGGTCTGGGG
CTGCCTCGTCGTCAAATTTCCCCAGGAACTTCTCCAGATTTACAATTCTGTACTGACATTTCATGTCTCTAAATGCA
ATACTTTTTTTGTCCTTTTTGTTTCTTTGTTTTTTTGCAACAGGAGTACATATCCTCAGCTCCACACAAGCCAGGC[redacted]
[redacted]CATGGTCAGTGTCATATAGAATATGGGGACCCTCACAAGTTTTTTGTCTGACCCTTCTCCTGACACTAAATT

Fig. 7 (cont.)

```
ATGCAAATTAATAACACTGATCTGGTGCTTCTTTTGATTCTAATTTATTTTATTTTAGTTGTCGTTCTCACTTTTC
CTTTGGATTTTCCTGCTCCCTGGAAAAGGTAAATGTGGTCTCCGTGACCTCAATTCAAGGGCTGAAGCCCCTTTCCCT
GTAGCTCAGCTGGGGCTCAGGCTGTGGCTACTGCAGCCATGTGGAAGAGGCTGAAGGGACTTTCTTCACTCTCCTTG
CTCAGGACCATCCACTGTATTGTGTATAGGCTTCTCTGGAAATGCAAGTGGCCATTTGTAGTGAAAGAAATATGTTT
GTCTGGTTAAAATGGGAGGTGGATGTAGAGTTAATTGGCTGCTACATAAACTGTCCTTCTCCACCAGTGCTTTTAGG
ATGAGATTGTGAAATTTGTAAGAATCAAAATGGAGTCACATATGTTAAAACCCTGACAAATGGATTCAGGAAGTGTA
GGGAGAATTCTTACACACATATCCCTGACAACAAGAACTATCATAAAATAGTTCTTGCAAAAAGACCAACATGACCT
CATAATCATGACTTCTGCAAAGACTTCTACTCAGAATCTACTTGCCCAGCCTTAGATTAATGCCATCTGAATTACAC
TGATCATGTTACTATCACTGCTCCTCACCACAGATGCAACACCCTCCTGAGTCCTGAAACCTGACTCCATCCCATAG
AGTAGGGCACAGATGAGGGGAATGCAAATCTCCACCAGCTCCACCCTCCTCTGGGTTGAAAAAGCCGAGCACAGGTC
CCAGCTCAGTGACTCCTGTGCCCCACC[illegible]
[illegible]CACAAAGACACAGCCCAGGGCACCTCCTGTACAAAAACCCAGGCTGCTTCTCATTGGTGCTCCCTCCC
VH 2-5
CACCTTTGCAGAACAGGAAAGTGCAGCTGAGATACGTTTTCCTGCCAGGGCCTGCATTTCCCATCCCCATTAGACTC
AGAGCCCTGTCTTCCTCCTTCTTCTTTAATAATAAATGGCATGACTCCTGTTAATAGTTCATAGAAGCAGAAGCTGA
GTCCTGTTTGTCAAACATTCAGCATGAAATGTTCATGTTACCTGGGCCAGATGCATCACTGGTATGTGGCCGCCAG[redacted]
[redacted]GGTCACACATTGAGAATGATGAAGATATGTCCCACGAGTTTTTCCTAAGGTCTCAGAAAGAATTCCAGGACT
CAAAAGGTCTCAGAGGGCAGCTCCCAGTGCCTTAATTAAAATGGTGGCTCAGGCCTGTAATCCCAGCATTTTGGGAG
GCTAAGGCAAGTGGATCACCTGAGGTCGGGACATTGAGACTAGCTTGGCCAACATGGTGAAACCTTATCTCTACTAA
AAATATAAAAATTAGACGGGGGTGGTTGTGCGTGCCTGTACTCCCAGCTACTCGGGAGGCTGAGGCAGGAGAATCAC
TTGAACCCAGGAGGCGGAGGTTGCGGTGAGCCGAGATCGGGACACTGCACTCTAGCCTGGGCAAAGGAGCAAAAGTT
CATCTAAAAAAATTTATTTTAATTTAAAAATTTTGAAAAAATGGCCCACTCCCTAGAACAGAGAGATTCCCTCTAAAC
ATGATGGAGGTCCCGAACTATACATTAAGTGAATCCTGGTGTGTCTGAACTCACATGATTATTACGTTAAGCTGCTG
TTCCAATCTACTTCCTCACCTGGGAAAAGAGGAGCCAGGGCATGGCTAGTTGAGGCCCCAGGAAGAGAACTGAGTTC
TCAAAGGACAAAGCAAGCATCCTCATCCCAGGGCGAGCCTAAAAGACTGGGGCCTCCCTCATCCCTTTTCACCTCTT
TATACAAAGGCACCACCTACATGCAAATCCTCACTTAGGCACCCACAGGAAACCACCACACATTTCCTTAAATTCAG
GGTCCAGCTCACATGGGAAATACTTTCTGAGAGTCATGGACCTCCTGCACAAGAAC[illegible]
[illegible]CACAGTGAGGGGAGGTGAGTGTGAGCCCAGACACAAACCTCCCTGCAGGGA
VH 4-4
GGCTGAGGGGACCGGCGCAGGTGCAGCTCAAAGCCAGCAGGGGGCGCGCGGGGCCCACAGAGCAAGAGGCCGGGTCT
GGAGCAGGTGCAGGGAGGGCGGGGCTTCCTCATCAGCTCAGTGCTCTCCCTCCTCGCCAGGACCTCAGCTGTCCCCA
GGCCTCCTCTTTCTTTATTATCTGTGGTTCTGCTTCCTCAC[redacted]GTCACTGAAGGAGCATTCTGAGCCAGGGCA
CAGTCACTTCCTAGTGAGCTACAGACGCTGAGAGAAAAATGCTCTGTGAGACCCAATGGGAAGCTCCCTGCAGTGCA
AGGTCTGGGTGGCAGGGAGCGCTAGGGCCTCGCCCAGCACAGGCTGCAGCCCTGGAGCAGGTGCAAGGGAGGCTGGG
GAGGGGTTCCTCCCAGGGTCTGATGTCTTCCTTTTCTCGGACAAACATGCTTTAATAAGTTAAACAAGACTTTAGTA
AAGACTATTGATGTGTCTTTGTGTCTTTCAGTATACAGTTCTATTTGTAGGATTTATCTAACCTAACAAGTCAATGA
GAATCACATGTAAAAGGAGAAATTTCTAGGATTTTCAGATATCTTAATAGGTAGGAGATGGAGAAAAGGGATGGTTT
TATTAATTCAGTGCTTGCCAATCTTAACAGAGACAGTAGTAAGACATGCAGAAAGCAAAGCCCAGAAAAGTATGAAG
GTGTCAAAGTGCCATTTAAGTATGGGTTCACTTGGAGGACCATGTTCTGCGGGAACTTGTTTTCAGCAGACAATCTA
TTTTAGCAGAGTTCTGGGCATACAAGGGGACACACATCATTAAACAAGGATTGGGACAGGGACTTCAGCGTCCCACT
GTTGCATGGCCCATAAATTATGTGTGTTCTCTTTCTCATCTTGGATCAAGTCTAGAGCTATGAAATAGTATCCCTCA
TGAATATGCAAATAACCTGAGATTTACTGAAGTAAATACAGACCTGTCCTGTGCCCTGAGAGCATCACCCAGCAACC
ACATCTGTCCTCTAGAGAATCCCCTGAGAGCTCCGTTCCTCACC[illegible]
```

Fig. 7 (cont.)

```
[redacted]CACAGTGTGAAAACCCACATCCTGAGGGTGTCAGAAACCCAAGGGAGGAGGCAGCTG
VH 1-2
TGCTGGGGCTGAGAAATGAAAGGGATTATTATTTTTAATGTTGTTTACAGTATGTCATTAATAAATTGAAAAAAAGT
AACAATAGAAGTATATACTCTAATTATATGGGAACTTTGTTTTTTCAGTTTTTTCATTTTTTTTTTTTTTTTTTGGTT
TGTTTGTGACAGAGTCTCACTCTGCCACCCAGGCTGGAGTGTAACGGCACAAT[redacted]GAGCATGTGCACATTTCA
TTAAACCCACTGTGTATGCAGCCCCTCCCAAGTGCTGGCAGGCCACTGTACATGTGGGCAGCCCACTCCAAGGGAAG
AATCAAGGGAGAAGAAATACAAACCCCAGAACCATGTCAATGTATAAAACCCCAAGTCAAGGGCCGGACAGAGCACT
TAGATCTCTCAAGTCGCCCACTTAGCCCTCTTCCAAGTGTACTTTACTTCCTTTAGTTCCCACTTTAAAACTTTAAT
AAACATTTACTCCTGCTCTAAAACTTGCTTGGGTCTCTCACTCTTCTGTATGCCCCTTGGCCAAATTCTTTCCTCCA
AGGAGGCGAGAATCAAGTTGCTGCAGACCTGTATGGATTCGCTCCTGCTAACAGATAGCTGGATGGGTGGACAGATG
CATGAATTAGTGGATGGACGTTTGGATGTGTGGGTGGGTGGGTGGATTGTGGGATGGCTGGATGAATGCATGGCTGG
ATGGGTGGACAGATGCATGAATTAGTGGATGGATGTTTGGATGTGTGAGTGGGTGGGTGGATTGTGGGATGGCTGGA
TGAATGCATGGCTGGATGGGTGGACAGATGCATGAATTCGTGGATGGACGTTTGGATGTGTGGGTGGGTGGGTGGAT
TGTGGGATGGCTGGATGAATGCATGGCTGGATGGGTGGACAGATGCATGAATTCGTGGATGGACGTTTGGATGTGTG
GGTGGGTGGGTGGATTGTGGGATGGCTGGATGAATGCATGGCTGGATGGGTGGACAGATGCATGAATTCGTGGATGG
ACGTTTGGATGTGTGGGTGGGTGGGTGGATTGTGGGATGGCTGGATGAATGCATGGCTGGGTGGGTGGATGGATGCA
TGGATAAGTGGTGGACGGATGGACGGGTGAGTGGATGGGTGGATGTGTGTGTGGATGGGTGGATAGGAAAGCCCCTCT
AATTGATTACAGGGCTCAGTGTGTGCTTCAACATCATGATGGCATCATCACATTGGTCCCTGTATGAAGCAGTGGGG
GAGGAGAGTGTACCAGGGGAGCAGGAATGACTCTTCTCCAGAATCGACCTCTCCCACCCTGCAGCCTGGGCTGTGCA
GGCCACATTGGAGAAGGTGCGGTCGACTACTCCTAAATGTTGTTGTGTCCAATGGCTTTTTGACGTTGATGTAGGAA
TGAGCCTACATCTCCACCATAGATGGAACTGTTTGGGTCCCCAAAGCAGAAAGCCTCTTCTGTTGCAGGTGCTGAAG
TTTCCATCTTCTTCTGCTTATACGGAAGCTCACGCATCCCTTGGATGGCAGGCGTCAGGTTCCTGTGCGCACTGAGT
TCCCCCCTTACATGCTTTGGACAGAAGTGTGAGACACACAAGATTGCTGCAGGAAGTCCACCTGTGGGGATGCTGCG
ACTTCTCCAGCAAGAACACGAGTCTGCTCATTGACCATCACCACACATAACAAATTAAGTGTCCCTTTTTTGATAAC
ACGTCATTGTTTCACAGAGTATTCTTTTAAAGTGTATAAGTTGACTGCAGTTATTATTTTTTACTTCTGTTACTAAT
TTACTCATAATTAGGCACAATTTACACTTAAGAAATTTCTTAATAGTTTTTTCCTCCTTAAGGTGAACTACAGTCAG
ATAACATACTTATCAATTGTCTCTAGCTCTTGTCAGAAAAGCATATAGATGTGTGTGTGCGTGTGTCTTGGCCTTTC
CAATGATGAATTAAGATGTGCATTGAGAAGGCATTCACTTTATTTGACGTTAAGGAAGTACCAAGAAGACGCTCTCC
ACAGACCCTGGGAAAGCCAGCAGCTGCACCCCGAGGCTGTGCCAGGCAGGGAACAAGGAGGCAGCACCACCTGCTGG
GCAGGGAAAATGTCCTCCCAGTCCCTGCCGCTTCTCTGCAGAGGCACAAAGAGCTGCCCCTTCTCCTGGGCCTTCTC
CTGGGCTGATGAGATTGCTCCCCGATATGCCAAATCAGGGTTGTGCATCTGAGGCTCTGTCTAGACTCTCAGCTCCT
TCCTACTCCTGCAAAGTGAAGAAAACAATGCCAAGGGGTCCTGGAGGCGTCTCTACCCCTGGAGAGTTTTGACTCTC
TTCAATAGTCTCCACTACCCTGCCCTCACTCCATGTCCTCCGTTTCTCCCTAAAGCGGTGCCCAGTCTGATTGCACT
GTGGCAGGGATAACGAGGGGCCAGGACATCAGGGGAGAGAAGTTTCTACCTGAGTCACAGCAGCGGCTGCCCTGCAG
ACTCCTGAAGACACAAGACACATTTCCATCCCAGAGACCCAGCGAAATGCAACCTCAGGCTAGAGACAGCCAGTTAT
TTTTTCTTGTTCTGTCCTGGAGAGGCCACTGAGAAAGTCGAGCCCCTTGTTGAGGAAAACATGAGATCTCTGTGTGT
CGTCCTCTGCCTGATGGCTGTACCTCCATGTGAGTGTCTCAGAGATTTCAGAACGGGGGCTGTGGGCTGTGGTGTCC
GCTTGTGACTCATCTCTTTGCTTCTTGTCCCTGAGTGTCCTGCATCAGATGCAGCTACTGGAGTCATGCCCAGGGCT
GGTGAGGTCCTCACAGACCTCTGGGCCTGGACCCAGCAGCCCTCTGGGAAGGCGCTGGGGCACCTCAGCTCCAGGGG
CAGCACACACTTCAGCCCAGCCTTTCTGGGCCAACTCTCCATCTGTAGAGACACATCCAAGGCCCAGTTATCCCTGC
AGCTGAGCTCCGTGATGGCCAAGGGCAGGGCCGCACATTCCCGTGGGAGACAGAATGGGGACCTCAGCGTGAGCCCA
GACACAAACCTCCCTGCAGGGAAGCACAAGACCACCAGGCGGCGCTCCAGACCACACAGCGGCCCCAGAAGCAGGTT
TTAGGGGGCGGGGCAGACGTGTCCGCGTTGAGTCAGGTCACTGGTTTTACTTTCCCTGAACAAACGGCCTCTGCCAA
GGACTCACTGCACCTCTCACCTTCACAGTTGTTTTTTTTTTTTTTTTAATCACCCTGTAGGGTTTTGCTAGCTAATT
TAGATATTGAGGAGTGCTTCATACTTCCTTGGGCCTCTGCTTGCAGAAACATAGCAATTGTAAGGAGGCACGTGGGA
AAGCCCCGGCTCGGTGACCCGGGGGATGCTGCTGTAGCCCTGGCAAGAGGGCGTCGGGCCGCAGTAACAAAGGTGCA
GACGGCTCTCAGCCTGCGCCCGCGGAGTACAACACATAAGGGCTGTAACCTAACGAAAAAAGAATCGCAGTGCAACT
GTCCTGCATTTGAGTTTGTGATCAGTTTTGCCCTTTGTCTTTAACAGGTTCTAACATAAAATTTTGAATGCTGGTTC
AAGCCCTGTGGGTAAAATGCACTTACCCACATTCCTTAAACAAATAGAACACTGAGGTGGAAATGTTTTGAAAAAGT
AGTTTTCAGACATTTGGAAACAAGCATCACAGGATCATAACCCCTGAGAAAAGAAAAACAAATGAACGAATCCTGCT
```

Fig. 7 (cont.)

ATTGCCTGAAAGCAGCTGCCAGGACACACGGAAAGGCTTAGTGAGCTGAGCGGACAGAGAGCAGAGTTCAAGGCAGC
AGCAGCCCGAGGGGAGGAGCACCGGGGAGCAGGCTGCTGTGCAGCCAGGATGGGCCGGGGTGGGGCGGGGGGAGAAC
AGCTGGAGACTTGCCGCAGGGAGGGGGATCCCTCAGGTTTGGGGCTGAGAACTGACTTATGCCTGACTTATGCCTGC
ATGAAAAGAAACTACTCGATATCAGGGGGAAATCACCAGAAACCTGTGGACCCAAAACTACACAGAGCCTACACAAG
GAAAGCATTGTTTGTGTTCTCCCAGCCAGGGTGGAAAGACCTTGAGATATGTAAAGCTTCAAGCAATCTTCCGAAGT
AATCTCGTGAGTAGTGGTGCCACATTAATTCAGGACTAAAGACTGCTCTGAACTGAACCTAAGAAATGCTTCAAGTG
TAGCCTGGAGCCCGGGTGCAGTGGCTCACACCTGTAATCCCAGCACTGTGGGAGGCCGAGGCAGGCGGATCACTTGA
GGTCAGGACTTTGAGACCAGCCTGGCCAACATGGCAAAACCTGTCTCTACTAAAAACACAAAAATTAGCTGGGCATG
GTGGCAGATGCCTGTAATCACCTCCCACCTGGACCCTTCCTTGATACATCAGAATTACAACTAGAGATGAGATTGGG
GTGGGGACACAGAGCCAGACCGTATCACATAGGAACCTAAAAGGATAATAAAGTAGGAAAACTTCCCACATCAGTAA
CCCTTTATCCGATAGTAATCCCAATCTGCAAAGTAAAACTGTGTGATTTTACTAAGATAACGGAATCTTCTCTACAG
AAGGACTTTCCAGTGCAAAAGCTCCCCACCCTCACCATGAAATGCACGTGACCATTTCCAATTTGTGTAAAGTCCTC
AGTTAGTACTGAGACTTCGGAAGGTTAGAAATCCCTTTGCTCATGCTGCATGGTCCGGATGAGATGTAAGAATCATT
AGCTAATAGACATGCAACAGCTTTTGTGCGAAAGATGTTATGAGACATTTAAGGTATTTGCTTGTGCTTACTAAGCA
TTCATTGTATCATTGGAGCACATGTGCTTTTATACCCTGGAGAAATTCCAGTAATTGAATTGCTGGGTTGAATGGGA
TTTTGATTTGGATTAAATTTAAACTATAGATTTTATTTAGGGAAAACTGGCATCTTAATTATGTTATTGGGGGGCCC
TTGCTCCCAGAGCTCCCAAGATGGTGGCAGGCCGCTTCCAAAATGACCGCAGGCCACTTCCAAGATGGTGGCAAGCC
TCATGTTCTCTGACCTGGGGTTCTTGGCCTCACGGATTCCAAGGAATGGAAGCTTGGGCCATGCAGTGAGTGTTATA
GCTCTATTAGAAGCCGTGGGTCACGGAAGAGAACCGTGGAACCCAGTGACTAGTGTTCAGCTCGATTAGGACGAACC
CAGGCACTTAGCCGTGCAGGAACAATGGCGAGCATTTGGCCCGATCGAGAGTGGCAATGGGCGCCTCGCCGGATCAG
GAGCACAGCGGATACCCTGATGGATCCGGAGGGATGGAAGCCAGCGGTGGGTCTCCCACGGGGGCAAACAGCAGTGG
TGGACGGTGAGCGAAAGCGAAGCTCGAGCCGTAACAAACATGGACCAGAAGAGTGCAGTTGCAAGATTTAGTAGAGT
GAAGACAGAGCTCCCATACAAAGGGAGGGGACCCAAAGAGGGTAGCTGTTACCGGCTCGAATGCCTGGGTTTATATC
CCGATCATTGTCCCTCCCGCTGTGCTCTCAGGTGATAGATGATTGGCTATTTCTTTACCTCCTGCTTTTGCCTAATT
AGCATTTTAGTGAACTCTCTTTACTATCTGATTGGTCGGGTGTGAGCTGAGTTGCAAGCCCCGTGTTTAAAGGTGGA
AGTGGTCACCTTCCCAGCTGGGCTTAGGGATTCTTAGTCGGCCTAGGAAATCCAGCTAGTCCTGTCTCTCAATTACA
CTGAGTTTTCCAATCCATGCATCCAATATGTGGTGTATCTCTTCATATGTTCATAGCCTCTGAGCAATGTTTTACAA
TTTTCTGTGTAAAGAACTCCACATCGTTTTATGTTTCTTCTAAGGTATATCCTGATTGCTTTTTATGTCTTCACAAG
TTTTTCCCTTTCAAAATTAATTTTCCAATTGTTTGGTGCTAATATGCTCAAATGTCCTTGATTTTCTTAGTTTGAAC
AGTCCGTTTTCGTTTTGGGGATTTATTTTTTTTTCAGATTCTTTAAGATTTTCTATGTCTATAACCATATAATCTCT
GAACAGAGACAGTTTTGCTTTTCCCTTTCAACTTGAGGTAGGTTTTCTGGGTAGTTCAGGACGCGCAGGCACTGGGT
GGGTGGTGTTAGCAGCTGCACGATGCCTTGGAGAGGACACTCTCGGGGGACTGTGGCCGCTGCTCAGCTGTGACTGT
TCTTATAGCACCAGCAGCTGCGGCCACCATTCTTATCCAATTTCCAAAGCCACACCACAGGCCCTCTCAAGAACGAG
GCGTGGAGGCTATGCCCTCTCCTGGACACATCATCATTCCCAAGCCCCACGATGTGGGCCCCATGGGACGCACACCT
TTGTCTGTCCAGACCTCAGCCCCACCTCCTCATCCTGCACCAGAACTCTTCAGAGCCCAGTGCATGAAATGGGCTAC
CAAGGAAATGAGGGTAGGTTCCTGAGAGGAAACTGGCCCTGCATTTGGGAGCTAAGAGTCTGCTAATTCGCCTGGCA
GCCCTGTGCAGCCCTCCGTGGCTACAGTCCACCCCGTGCCCATCAGTGCCTCCTTCCTGTGCAAGCCTGGACCTCGC
CCTGGGCTCAGGATGGGCTGTAGACCGAGAATGCAGGCGGGAAAGTCGTTGTCTATCGGGGCCATAGTCAGGTTCTA
CAGTGAGTCAGGGAAAGACCTGTGGAGGTGTGGATGAGGACAATGGGTCCACCATCAACAGGAGGACACGGGTTCGA
CCCCTTGCAGAGGCACAGTCCCACATCACTGGGAGGCAGCCACACTCACTGCCTCGCCCTCTCCTCACACAGTGCAG
TTTCCACGTTCACAGCCCCAGCCAGTCACCAGGAATGCCCTGGGGGCGGCCTTTCCCCAGTGCACCCCGAGCCCTCC
CTTGGCTGTGCGGTGAGCTCCATGCCCAGGAGATATCCACCCATAGTCCTCCGGAAAGCAGCTGACCTGCCATGCCC
TGGAACCACAAATCCCCACAGATCAGCCAGCCTGCAGTGGGCCTTGGATGTGGTGAGGAGTGGTGGCACCCCCGTTC
CCACCCCACAGATGCAACGCCTGTGGGTGACGCATGTGAGTACTGAGGAGTAGAGGGTAGAACTGTAGGCCCCGAGA
ACCACAGAAACTCGGGTGTTACACTCTGGGGCCATGTAAGGAGAAAGTGTCACTGGACAGAAACAGGCCCCTCCTAG
ACACTGTGTGCGCCATAGTCACCTGTCATTAGCTCTCACTCTTGCAGATTCATGATTGAGGTGGTTAAAAAAAAAAA
AGCTCCTACTCACCCATCCAACCCCATCCTGGGGTGTTTCCACCACCCTTGGGGTTTGGGATGAGCTGCCCTTGCCC
ACTGTGCTCTGTGGACCTCCCTTTAGAAGCTCACAGCTCCCTGCACTCGGCTCCATCCTGCCCCACCACACAGAAGC
AAAACCCCTCTCCTTTCCACTGCAGGCTTTTCCTGGACCAGAATGCTGACCTGCTGCCCTTCACTCCCGAAGTGGTG
GGACTGCCTGGGGTGGTGTGGGTGTTGAGCCTTCTTACTCTAGGGACCTGGCACCTGGCCCCAGGGGCACAGGGATG
GTGCATCTGCCTAGGGATGCCTCCTCATGCCAGGGGGTGGGGGTTAGTACCATCGGCCCTCAGGATTTGTTGCATGA
ATGAGTGAATGGGTGAATAAATGAAGGGGATCTGATCTATGAATAAGGGTATATGGACTTTGGTTGATGTAGGACGC
CAAATGCTGGAATTTCGGAGTCATCACACCCAGGGGCCCTGCCTCTGAGCTCCTCTTTGCATCCAATCTGCTGAAGA
ACATGGCTCTAGGGAAACCCAGTTGTAGACCTGAGGGCCCCGGCTCTTCAATGAGCCATCTCCGTCCCGGGGCCTTA

Fig. 7 (cont.)

TATCAGCAAGTGACGCACACAGGCAAATGCCAGGGTGTGGTTTCCTGTTTAAATGTAGCCTCCCCCGCTGCAGAGCT
GCAGAGCCTGCTGAATTCTGGCTGACCAGGGCAGTCACCCGAGCTCCAGACA[illegible]CACAGTGAGGGGAAGTCAGTGTGAGCCCAGACACAAACC
VH 6-1
TCCCTGCAGGGATGCTCAGGACCCCAGAAGGCACCCAGCACTACCAGCGCAGGGCCCAGACCAGGAGCAGGTGTGGA
GTTAAGCAAAAATGGAACTTCTTGCTGTGTCTTAAACTGTTGTTGTTTTTTTTTTTTTTTTTGGCTCAGCAACAGAGA
TCATAGAAAACCCTTTTTCATATTTTTGAAATCTGTTCTTAGTCTAATGGAGATTCTCTGATATGTGACAATGTTTT
TCTCTTGCTGTTTTTGGAATTCTTTGTCTTTGACTTTTGACAACTTGACTTTTGACAGTGTGCCTCAAAGAAGTTCT
ATTTTGGGTTCTGTGAACCTCCTGGATCTGGGAAGTTTTCAGCTATGATTTCATTAAACGTGTTTTCTACACCATTT
CCCTACTCTTTTGGAATACCCATAATGCAAATATTTGTTCACTTAATTGTGTCCCATAAATGCTGGGGATTTTCTTC
ATTCCTTTTTACTCTTTTTTTCTTTTTATTCATCTGCCTGAATTATTTCAAAAGATCTGTCTTCAACTTCAGAAACT
CTTTTGCTTGGCCTAGTCTAATCTTGAAGGTCTCAATTGTACTTTTAATTTCATTCATTGAATTCTTCAACTCTGGA
ATTTCTGTTGGTTCTTTTTTATGATACTTATCTCTTTGTTGAATTCCTCATTCAAATGATAAATTGTTTTCCTGATT
TCACTGAATTTTCTATCTGTACACTATTGTATCTCCCTGAGTTTCTTAGAGATTATCCTTTTGAATTATTTTTCTGA
CATTCTGTATATTTCCTTATGATTGGGGTCTGCTACTGGAGAATGACTGTTGTCTTTTTCAGGTGCCGTGTTTCCTG
GCCTTTTCATGTTTTATGTGTTCCTACGTTGATTTCTACACATCTGGCGGACCAGTCATCCCTTGCAATTTAATGGA
GTAGGTTTTGCAGGAAAAGACTTCCTAGTACAGACGGGTCTCAGGGTGTCAGTGTGGCGGGGCGTGCTGGCTTTAGT
TCTAGGTTGACGCAGTAGCGTAGTCTCCATGTCGTTTCTTCAGCTGCCGTCCACATTGGTGACGTTTGCGAGTGTCT
CAGTGGCCTGGGCTGAGAGGTTTGTGGCAGTGGAAGTGCAACGTTGCTAGAGGTGGACTCACCAGGCTGTTTCTGAG
GTCGAGGCACATGCATGCACATGGTGGATTGACCAACTTGGTGCCAGGCTCACTAGGGTTGGGGACATGGGGCTGTT
TCTCAGGCCCAGGATGCAAACACAAGTCTCTTTGGCTGGCCTGGGGGTGTGGCTTCTGAGGGCAATCCACAGGGCTG
TTTCTCAGGTTCAGGACACAAGTGCATGGCCGCTCAACTGGCCTGGGCATGTGTCTCCCAGGGCCACCCCATGGGCT
CTCTCTCAGACCCAGGACATGGCCACATGGCTTCCTCAGCTGGCCTGGGTGTGTGTCTGCTTGGGGCCTGCAGGGGC
ACAGGGTTATTTCTCAGGCCGGGGTCATGGGCGCACAGCTGCTTGCTGGCTTATAGGAGTGCCTGCCAGGGGTGGCC
CATGATGCTGTTTCTCAGGCC[redacted]ACTGAATACATAAACAGGACACAGCATTTTGCTGCATAAAGCAAACACAG
CGTTACTTTTTTTTTCTAAATGACATTTTTTATTAGATATTGTCTTTATTGACATTTCAAATGTTATCCCCTTTCC
TGGTTTACCCTCTGAAATCCCCTATCTCCTCCCCCTCCCCCTGCTCACCAATCCACCCACTCCCACTTCCAGGCCCT
GGCAATCCCCTATATTTGGGCATAGAGCCTTCACAGGACCAAGGTACTCTCCTTGCATTGATGACCAACTAGTCCAT
TCTCTGCTACAAATGCAGCTAGATCTATGAGTCCCACCATGTTTTCTTTTGTTGGTGGTTTCATGCCAGGGAGCTCT
TGGAGTACTGATTGGTTCATATTGTTGTTCTCCCTATGGGGTTACAAAACCCTTCAACTTCTTGGGTCCTTTCTCTG
GCTGCCTCATTGGGGACCTTGTGCGAAGTCCAATGGATGACTGTGAGCATCCACTTCTGTATTTGCCAGGCACTGGC
AGAGCCTCTCAGAAGACAGCTATATCAAGATCCTGGCAGCAAGCTCTTGTTGGTATCCACAAAAGTGTCTGGTGGTT
GTCTATGGGATGGATCCCCAAAGGGGCAGTCTCTGGATGGTCATTCCTTCAGTCTCTGTTCCACACTTTGTCTCTTT
AACTCCTTCCATGACTATTTTATTCCTCCCTCTAAGAAGGACCGAAGTATTCATACTTTGGTCTTCCTTCTTGAAAT
TCATGTGTTTTGTGAATTGTATCTTTGATATTCCGAACTTCTGGGCTAATATCCACTTATCAGTGAGTGAATATCAT
GTGTGTTCTTATGTGATTGAGTTACCTCACTCAGGATGATATCCTCCAGAACCATCCATTTGTCTAAGAATTTAATG
AATTCATTGTTTTTAATAGCTGAGGAGTACTCCATTGTGTAAATGTACCACATTTTCTGTACCCATTGTTCTCTTGA
GGGACATCTGGGTTCTTTAAAGCTTCTGGACATTAAATATAAGGCTGCTATGGAAATAGTGGAGAATGTGTCCTTAT
TACATGTTGGAGCATCTTCTGGGTATATGCCCAGGAGTGCTATTGCTGGATCCTCTGATAGTACTATGTCCAATTTT
CTGAGGAACTGCCAAACTGGTTTACAGAGTGGTTGTGCCAGCTTGCAATTCCACCAGCAATGGAGAAATGTTCCCCT
TCCTCCACATCCTCACCAACATCTGCTGTCACCTCAATTTGTTCTTAGTGATTCAGACAGGTGTGAGGTGGAATATC
AGGGTTGTTTGGCATTTCCCTGATGACTAGTGATATTGAAAAAAATTTTAAGTGTTTCTCAGCCATTCAGTATTCTT
CAGTTGAGAATTCACTGTTTAGCTCTGTACTCAGGTTTTTTTAATAGGGTTATTTGGTTTTCTGGAGTCTAACGTCT
TGAATTCTTTCTATATATTGGATATTAGCCCTCTGTCATATTTAGGATTGGTAAAGATCTTTCCCAATATGTTGGCT
GCCTTTTTGTGTCCTTTGCCTTACAGAACCTTTTTAATTTTATGAGGTCCCATTTGCTAATTCTTCATTTTACAGCA
AAAGCCATTGGTGTTCTGTTCAAAAATCTTTCCCCCTGAACCCTATCTTCGAGGATCTTCCCCACTTTCTCCTCTAT
AAGTTTCAGTGTCTCTATTATTGTGCTGAGGTCCTTGATCCACTTGAACTTGAGCATTGTTCAAGGAGATAAGAATG
GATCAATTCGAATTCTTCTACATGATAACAGCCAGTTGAGCCAGCACCATTTGTTGAAAATTCTCTTTTTTTGCACTG
GATAGTTTTAGCACTTTTGTCAAAGATCAAGTGACTATGGCTCTTCAACTATGGCTCATTCCATTGATCAACTTGTC

Fig. 7 (cont.)

TGTCACTGTACAAGCACCATGCAATTTTTATTGCAATTGCTTAGTATTACACCTTGAGGTCAAGGATGGTCATTCCA
CCAGAGGTTCTTCTATGGTTGAGAAGAGTTTTTGCTATCCTAGGTTTTTGTTATTCCAGATGAATTTGCAAATGGCC
CTTTCTAACTCAGTGAAGAATTGAGGTGGAATTTTGATGGGAATTTTATTGAATCTGTAGATTGCATTCAACAAGAT
AGCCATTTATAATACATTAATCCTGCCAGTCCATGAGCATGGGAGATCTTTCCATCTTCCGAGATCTTCTTCGATTT
CTTTCTTCAGAGACTTGAAGTTTTTATCATACAGATCTTTCACTTCCTTAGTTAGAGTCACACCAAGGTATTTTATA
TTATTTGTGACTACTGTGAAGGTTGTTGTTTCCCTGATTTCTTCCTCAGCCTGTTCATCCTTTGTGTAGAGAAAGGC
CACTGATTTATTTGAGTTAATATTGTATCCAGCTAATTCACTGAAGTTGTTTATCAGGTTTAGGAGTTCTCTTGTGG
AATTTTTGGAATCACATGTGTATACTATTATATCATCTGCAATTAGTGATATTTTGACTTCTTCTTTCCCAAATTGT
ATCCCTTTGATCTCCTTTTGTTGTCTAATTGCCCACACTAGGACTCGGGCAGCCTTAGTGCCTAGTCCCTGATTTTA
GTGTGATTTGTTCAAGTTTCTCTCCACTTAGTCGGATGTTGGCTACTGATTTGCTGTATATTGCTTTTATTATGTTT
AGGTATGGGCCTTGAATTCCTGATCTTTCCAATACTTTTATCATGAATGGGTGTTGAATTTTGTCAAATGCTTTCTC
AACACCTACAAAGATGATCATGTAGATTTTGTCTTTCAGTTTGATTATATAGTGTATTATGTTGATGGATTTCCATA
TATTAAACCATCCCTGCATCCCTGGGATGAAGCCTACTTGGTCATGATAGACGATTGTTTTGATGTGTTCTTGGATT
CAGTTAGTGAGAAATATATTGAGTATTTTTACATCGATATTCATAAGGGAAATTGGTCTGAAGTTCTCTTTCTTTGT
TGGGTCTTTATGTGGTTTAGTTATCAGAGTCATCGTAGCTTCATAGAACAAATTGAGTAGAGTACCTTCTGTCTCTA
TTTTGTGGTATAGTTTGAGGAGATTTGGAAATATGTCTTCTTGGGACGTCTGAGAGAATTCTGCACTAAACCCATCT
GATCCTGGGCTTCTTTGGGGGGGGGGGACTATTAATGACTGCTTCTATTTCTTTAGGGGAAATGGGACTGTTTAGAT
TGTTAATATGATCCTGAATAGAAATCTGATCTGATCTAGAAAATTGTCCATTTTATTCAGGTTTTCCAGTTTTGTTG
AGTATTGCCTTTTGTGGTAGGGTCTGATGATGTTTTGGATTTCCTTAGGTTCTGTTGTTATGTCTTCTTTTCCATTT
CTCATTTTGTTAATTAGGATACTGTCCCTGTGTCCTCTAGTTACTCTGGCTAAGCGTTTATCTATCTTATTGATTTT
CTCAAAGAACCAGCTCCTGGTTTGGTTGATTCTTTGTATAGTTCTTTTTGTTTCCACTTGATTGATTTCTGCCCTAA
GTTTGATTGTTTCCTGCTGTCTACTCCTCTTGGGTGAATTTGCTTCCTTTTGTTCTAGAGCTTTTAGGTGTGCTGTC
AAGCTGATAGGGTATGCTCTCTCTAGTTTCTTTTTGGCGGCACTCATAGCTAGGAGTTTTCCTCTTAGCAGTGCTTT
CATTACGTCCTGTAAGTTTGGGTATGTTGTGGCTTCATTTGCATTAAATTCTAATAAGTCTTTAATCTCTTTCCTTC
TTTCTTCCTTGACCGAGTTATCATTGACTAGAGTGTTCATCAGCTTCCACATCAATGTTGGCTTTTAATTATTTATG
TTTTTATTGAGGATCAGCCTTTGTCGGTGGTGATCTTCTAGGATGCACGGGAAATTTTCAATATTTTTGTATCTATT
GAGGCCTGTTTTGTGACCAATTATACGGTCAATTTTGGAGAAAGTACCGTGAGGTACTGAGAAGATGGTATATCTTT
TTGTTTTAGGATAAAATGTTCTGTAGATATCTGTTAAATCCATTTGTTTCATAACTTCTGTTAGTTTCACTGTGTCT
CTGCTTAGTTTCTGATTCCAGAATCTGTCCAATGATAAGAGTAGGGTATTAAATTCTCCCACTACTATTGTGTGAGG
TACAATGTGTGGTTTGAGCTTTAAAAGAGTTTCCTTAATGAATGTGGATGGCCTTGCATTTGGAGCATAGTTATTCA
GAATTGAGAGTTCCTCTTGGAAGATTTTACCTTTGATGAGTATAAAATGCCCCTCCTTGTCTTTTTTGATACCTTTG
GGTTAGAAGTGGATTTTATTCGATATTAGAATGGCTAATCCATCTTGTTTCTTTGAGATGTTTGCTTGGAAAATTAT
TTTCCTGCCCTTTACTCGGTGGTAGTGTCTGTCTTAGTCCCTGAGGTGGGTTTCCTGTATACAGCAAAATGTTGGGT
CCTGGTTATGTAGCCAGTCTGTTAGTCTGTCTTTTTATCAGGTAATTGAGTCCATTGATATTAAGAGCTATTAAGGA
AAAGTAATTGGTGCTTCCTGTTATTTTTGTTGTTAGACTTGGGATTCTGTTCTTGTGGCTATCTTCTTTTAGGTTTG
TTGAAGGATTACTTTCTTGCTTTTTTTAGGGTGTAATTTCCCTCTTTGTGTTGGAGTTTTCTCTTTATTATCCTTTG
AAGGGCTGGATTCATGGAAAGATGTTGGGTGAATTTGGTTTTGTCATGGAATTCTTTGGTTTCTCCATCTATAATTG
AGAGTTTTGCTGGGTATAGTAGCCTAAGCTGGCATTTGTGCTCTCTTAGTGTCTATAACATCTGTCCAGGATCTTCT
GGCTTTCATAATCTCTGGTGAGAAGTCTGGTGTAATTCTGATAGGCCTGCCTTTATATGTTACTTGACCTTTTTCCC
TTACTGCTTTAAATATTCTATCTTCATTTAGTGCATTTTTTTTCTGATTTTTTATGTGTCAGGAGGAATTTCTTTTC
TGCTCCAGTCTATTCGGATTCTGTAGGCTACTTCTATGTTCATGGGCATCTCCTTCTTTAGGTTACGGACGTTTTCT
TCTATAATTTTGTTGAAGATATTTACTGGCCCTTTAAGTTGAAAATCTCCATTCTCATCTATACCTATTATCTTTAG
GTTTGGTCTTCTCATTGTGTCCTGGATTTCCTGGATGTTTTGAGTTAGGATCTTTTTTGCATTTTGCATTTTTTTTT
ATTGTTGTGCCCATGTTTTCTACGGAATCTTATGCACCTGAGACTCTCTCTTCTACCTCTTGTATTCTATTGGCTGA
TGCTTCCACCTATGTTTCTCGATTTCTTTCCTAGGATTTCTATCCCCAGAGTTGTCTCCCTTTGTGATTTCTTTATT
GTTTCTACTTCCATTTTTAGATTTTGAATGGTTCTGTTCGATTCCATCGCCTGTTGGGTTGTGTTTTTCTGTATTTC
TTTGAGGGATTTTTGTGCTTCATCTTTAAGGTCTTCTACCTGTTTAGGAGTGTTTTCCTATAATTCTTTGAGGGATT
TTTGTGTTTTCTCTTTAAGGGCTTCTAGCAATTTAGCAGTGTTCTCCTGTATTTCTTTAAGTGAGTTATTAATGCCC
TTCTTAAAATCCTCTACCAACATCATTAGATATGATTTTAAATCCGAATCTTGCTTTTCAGGTGTGTTGGGGTATCC
AGGACTCACTGTGGGGGGAGTACTGGGTTCTGATGATGAAAACTGGTCTTGGTTTTTATTAGTAAGATTCCTACTTT
TGCCTTCCACCATCTGATAATATCTGTTGTTAGATATTCTAGCTGTCTCTGGCTGGAGCTTGTTCCTCCTGTGATTC
TGTCAGCCTCTGTCAGCACTCCTGGGAGTACAACTCTTTTCTGAGTCCCAATGTTCAGAGCATTCTCTGCAGGCAAG
CTCTCCTCTGGCAGGTAAGGTGCCCAGAGCTCTTGAGCTCAGCTCCACCTCCTGACTGCAGATGAAGACCCAAAGGG
ACCCTGTCCAATAAGCTCTGTTGCTTCTGCCACCCACATGCTCTCCTGTGCGAACTGGTCTCTGAGAGACCCGGGAT

Fig. 7 (cont.)

ACAAGATGGTACTCTCACCTGAATCCCAGGGTCAAAGCCCTCCCTGGAGGCTGACTCTCCTCTTGTGGGAAGGTGCA
CAGAGGTCTGGAGCTCAGCTCTGCCTCCTGGCTGAAGATGAAGGCCCGAAGGGACCCTGTCCAAGAAGCTTTGTTGC
TTCTGGGACCCACATGCTCTCCTACATGGACTGGTCTCTGAGAGACCAGGGATTCAAGATGGTGCTCTCACCTGAGT
CCCAGGGTCAGAGCCCTCTCTGGAGGCCAACTCTCCTCAGTGATCCTAAGATCCTGGGTATGCTAGGGTGCCTATGG
CATGGAGAGTCCTCTGAGGAATGTGGGACTGTCTGCTGAGTTTCCACCCAAGGTGGTGCTGGGCTGGCTCCAGTCAG
AATGAACCCAGACTCTGGTTGGGCAGGTTTCCAGTCCTGTTGGCCCAAGCCCCTCTGGGTTGTTTTAGAACAGATGT
TGCTTTCCACTCACCAGTGATCCCAAGATCCTGGGCGTGCTAGGGTGCCTGCTATGTGGAGAGTCCACTGGGGACCT
TAGGAGCATACATCAAGTTCACACCCATGGTGGCAAGGAGCTGGTGCCTACCAGAACAAACCCCGGGCACTTTTACT
GACCCTTTAAGTTGAAAATCTTCATTCTCATCTATACCTATTATCCTTAGGTTTGGTCTTCTCATTGTGTCCTGGAT
TTCCTGGATGTTTTGACTTAAGATCTTTTTGCATTTTGCATTTTTTTGATTGTTGTGTCCATGTTCTCTCTGGAATC
TTCTACACCTGAGATTCTCTCCTCTGTATCTTGTATTCTGTTGGTGATGCTTGCATCTATTGCTCCTGATCTCTTTC
CTAGGGTTTCTATCTCCAGAGTTTTCTCCCTTTGTGATTTCTTTATTATTTCTACTTCCATTTTTAGATCCTAGATG
ATTTTGTTAAATTCCTTCACCTGTTTGGTTGTGTGTTCCTGTAATTCTTTAAGGGATTTTTGTATTTCCTCTTTAAG
GGCTTCTACCTGTTTAGCTGTGTTCTACTGTATTTCTTTAAAGGACTTATGAATGTCCTTCTTAAAAACCTCTACCA
GCATCATGAGATGTGATCTTAAATGTCAATCTTCCCTTTCTGGTGTGTTGGGGTATCCAGGACTTGCTGTGGTTGGA
GTTCTGGGTTCTGGTAAACCTGCCTTAGAGGGTCACCACAGAGTAATGATAGCACTACTTTTAAACAGGGGAAGATG
ATGAAATAATTGCTGTGGGAAAATGCAAGGAAGGCTCCAACACATGTAGGCATCTATGAAGGTCTCAAATCTTCAAA
ATCCAAAACCACCAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGAAAGA
AAGAAAGAAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGAAGGA
AGGAAGATTCTAAAAGTAGTCACCTGCACCAGGTGCCTGGGGAGTCACTCAGCAGCCCTAGACTGAGAAAGCTTGAA
GAAAGTAGAAATAGAGAAAGTGTACAGCCAGTATCCTCTAGCTACTCACATCCAAACAGGGCCTCCTGACTGCTCTG
AGCCTGTCCTAAGAACAGCAATGATGCCACAGAAATTTTTAGAGTGAACCCTGAAGGAACTTGAGGCCGATATGAGA
AAGCCAGTCCCAGAGGAAAGGAAAACCCGTAGAGAGAAAACAGGTGAGTTAGTGCATTAAAGGGGCTGAGCAGGCAA
CGCGCCGTCGACCGGAGGAGTTTCTTCCCTGTGCGGAGTCCACGGGCCTCCTGTGAGTGTGTGCATGGGCACAAGTG
TGTGTGTGGCTCTGCTGTGTGTCTGTACACACATATGTTTTGGGTTTTTTTGTGTCTCAGACCACAGAGTCTGCCCC
TCCCACCAAAGCCCAGGCAGAAGGATGAACCCACGCCCCTGGGGCCCAGGCCTCAGCAGCCTCTGCGGGATCATTGT
TCCCAGTTGTCACTTGCCTTTGCCACAGCCCTATTTCTCCACAATTCCTTAAAGTCCTCAACATGCATTTAAGGCAC
AAAGGTGAAACTGCCCAGAAACATCTGACTCCGCCGTGGAACCCAGGAGCAAGCTGGGTTAGCTAAGGAGCGGGGCC
GTTGGCAGAGGCTGGGGATCCAGGCTGAACTTTGGAGGAGGCATGTCCCAGCATGGGCTCCTGACTATGTCCTCCTG
GGACAAACCCAAACCCACTCTTTGAATATGGGAGGGACTTTGCTGGCCCCGGCCCTGACCGCAGCACTTGGAAACTG
AGGAGTGGTCGCCTCCTCCGTGTCACAGCTGCCCGTTCACCATCATAGAAGCAACTCTGTCACCTCCATGGCCCCT
CTGTGGCTGCTGCCTGGGTCCAAGCTGAGCCCAGCTGCCCAGGCCCAGAAGGAAAGCCCAGGCCAGGTGCCCAGCAC
AGAGGCAGTCACATACCCCGGGGAGAGCCACAGCAAGCAGCCAATATTGCCCAGGAGAGGAGTAGCTGACAAGGCAG
AACGTGAGCTGCCATCGGCTCGAGAGGCTTTGCTGGTCCTCCTGGGGCTCTGGACATGACCAGGAGGAGCGAGGGAA
GAAGTCGCATGGTGGTCCCATCCTGGGTGGGGCCTGATGGCAGCTGGCCACCCGTCCCAGAGTGGCAGCCAGATGCC
AGCGCCATTCCCACAGTCACATCATTGGTCACAGAATGCAGGACATAGAGTGTCTTCTTTCCATCACAGTGCTGTCC
AGACCCATAGCCTAGGGTAGACCTGGAAGATTCAATGTCCACACCCGGGGCTGGAGCGTAGCCATGAGCCACGCCCC
CTGCCCGTGCATGGAAAGCCAGCCCAAGCTCTGCTCCATCCCTAGCCAAAGTCAGTGTCCTTTCCCCTTCTCCCAAG
TGAGCTCTAGCCACCTGCCTACCCTGCCATCTGAGGATGACAGCCTTCATTCCATTGGAACCTGGCTCTGCCACCAG
CAGGCTTGCAGTCCTGGGCAGACTCCGTCACCTCTCTATGCCTCAGCCTTTCCATCTGCACAGGAGGAAGATGATGA
TGGTGGTGATGATGATGGCGATGGTTTCCTTTTGCATCTGAGGCAAGGACTAATTGAGATGATACACATCAGGCACT
GGGTATGGTGCTGGTCCTTCCTGAGCACTCAATCTATGTGAGCTGTCCTTGTGAAATGGGTGTCACCACATTTCCCC
ACGCAGAACATCCTTTGTCTGCCATACTTGAAACGTCTGCCCCAATACTAACAGCTCCTCATGGAAGATGTGCCCAC
CCACCCACCCTCATACTCCCAAAGGTGCCCGTGCTTTATCAAGCCAAAGTCCAGCCAGGAACTTTACAGCAGCATCC
CTTTCCCTCTCCAAGCACCAAGGAGCAAGGCAAAGCACTACATCTTCCATCTGGAGGCAATGCCACCCTCTTCTCCC
ATTTTCACTGCCATCCCTAAGAGGCAGTGCTTCCCCAAAAGGTTCCATAGCAGCCTGCCTACAGCAACTCTGTTCAC
ACGAGTTTCAGCATCCTTGCAGTGGCTCCCCTGCCATGCTGTGGCTCTTCATTCACCCTCTTCTCCTGCTCCCCGTG
ACAGGCATAGATTCTGAGTGATCTGGATACATTGCTTTGTTTAATAACATTACAGCTTCTGTGCTGAAAAAGATACA
GCAGATAGAGAAGGCAATTGTTGAACACAAAATAGTGACAGCAGAGATGACGGCAAGTTGGCATTTTTCTTTTCTAG
CAATAAAACTTAAAGCTGACTCAAGGAGAAATGGAAATCATAATTGGAACAGTAATCCTCAAGAAAGCATTAAGATT
ATTAAATAATTGCCCTCACAGATGACTTCAGGCCAAGATGGCTTTATGGGTGAAGTTTAGACTTTCACAAAACTAAT
CAGTTCCCATAAGAACTGCTCCAGGATTTGGAGGAACATGGGAAAGTCTATTAAAGGGATCACAATTCACAGTCCCC
AGAGTAAAACATGGGCTAACTTGCATTTTGGCAAAGAGCCAAATGTTATAAATGACATCCTAGAAGGCCAAATTCTG
TCCATCTCGTTGAACAAGGACTTACACCAGGAATTTAGAACTATTTATAGCTCATCCCACCACTCAGGCCAATGATG

Fig. 7 (cont.)

ACCCATGATCATCTCACCAGAAATGGAAAGACTCAGATGATTAATAGAGTCTCAATTTCTCTGAGACATCTAAGAGC
CCAGCCCAAGCCCAGACCCAGGAGGGCACCCAGGCCTGGACAGAGAACACTGATATCACACCAGCCCTCCAGAGGGA
AGCAGAGACTCCTTCAAGCTCTGGAAACACAGGCCCAGACAGCTGCCCAAAGTTGGGCAGGCTTCACTGCAAACCCA
AATCATGAAGCTAGGTAACACCTTTACAGATTCTTTACATTTAAAAATCATCAAAACAAGAGTAAATAATAAACTCA
AATAATATTAATCTAATATGTAAAGGTCTTGTACCATTATTATGCAAACAACATACATAAGCTAATAAGAAAAAGAA
CAAATCCCTTAAGAAATCAGCAAAAAGGATATAACACAATTTCTAAAAGAAAACAAATGGCTAGCACACATAAGGAA
AACACTTTGTGAACAGACATTCTTCAGAACATTATTTATAATTATAAAATAGTTGAAAGCAAGATAGTGCCTGAAGA
AATTATGGTGCATACATTAGTGGGACTATTCTGCAAACATTCCCAATTATACTTGTCACATATCTGTGATAACGTGA
CAGCCAGCATTCATGGGGTGACCTCATTTGGTAAAAGGGTGCAAAGCTCAACACGCATTGTGAGATGACTGTGGTGT
AAAATTAGTGGGATTATTCCGCAAACATTCCCAATTATACTTACCGCATATCTGTGATAACATGACAGCATTCATGG
GGTGACCTCATTTGGTAAAAGGGTGCAAAGCTCAACACGCATTGTGAGATGACTGGTGTAAATACAAAGACCAAACT
GTGAAAAGGAGTCCATCAATTAATCGATGCTTACCTTCAGTTTTGGGCTAATTTTTAAAGTATGCTATAAGCATATG
CTCCTGTTATAACAGAATGGAGGGATTATGAGAGATGATGCAGGTGTGTCCTGGGCCTCCCCTGGCCCACTGGGCCC
TAGAGATGCCTTCCCAGGCATCGCTGTCAGGGCTTCCCTCAGAGGGAGTCCTGTATTGACCTCACCACCAAGGTCTG
GAGCAGGGGATCCTTAGATATTGGTTGGGGTTATCTCACCTTAGGTCTGAATATGGGGTTGTCTTAGACTGTTTTGT
GCTGTTAGAATAGAATACCCAAGACTGGGAAATTTATACTGAACGGAAATTTATTTCTCACAGTTCTAGAGGCTGTG
AAGTCCAAGAGCACAGGTGCCAGAGCAAGTCCAAGAGCAAGGGAAAGTCCAAAGCAAGTCCAGGAGCATCTGGCGAG
GACCTTCTTGCTGTGTCATCACATGGCGGAAGGCAAGAAAGAGAGCAAGAGGGGGCCGAACTCACCCTTTTATAACA
GCACCAATCCCACCCATGAGGTGGGGACCTTATGACCTAATCACTCTTCATACTGTTACAATGGCAATGAAATTTCA
ACATGAGTTTTGGAGGAGAGAAGCATTCAAACCACAGCAAGGGTGCTCCTACCTCCTCTCTCAGGGCATCTGCAGAA
AGAGCTGCAACTGCACGTCCTTCCTCCGTCCATCCTCCATCCCTTCCCAATGTCCGTGCATATCCTGTGACCCAGGA
GGTCTGGCATAGGGGGTGCTCCTGCCTTAGGTCTGAGGCCCTGTCTGAAGAGGGGTAGGTGAGGAGGCCATCTGATG
GTCTGGGCCAAGACAGTCACAGGACGCATCATTTATCATCAAGGAGGCTGAGGGTTGAGTCTCCAGGTCCAGGGAAC
TCCCCACAAAGTGGGAACCCTGCCCAGCTCCACACAGCCTCTGCTGGGGGACCCTGCTCTGGTGCAGAGCCTGGGGA
CAGGTCTTGAGCTCAGCCAGAGTCTGCCTCCCTGTCATTTAGGAACTAAACCAAGCGGCAGGATGCTGGAGCCCAGC
CCCCATCTGACCTTACAGGGCCAAGGCTGGGGCCCTGGGTTCCCCTCAAGGCACAGCAGGACTGGAGCCCCAGGCAG
TGCAGGAGTGGCCAAAGCTGGGGCTTCCTCCAGAGCCCCCAAGCATCATGGCACCAAGAAGGGTAGGACCCTGGCCT
GAGGAATTGGCACCAAAGCCCCAGAAACTACCCTGGACACCATGGAGAGAGGCTTGGAGGGGAAGCACCAGGCACTG
CCTCCCCTTCTGATCCCACCTGAGGTGGCTGCCAAGCCCAGAGAGCCGCTCTGATGTCCCCCAGCCCTGCAGCCCAG
GGATACCTGTACTGTGCCCCTGGGGGACCCCTGGCCAGTCTGTGCAAAGAAGTCACCACCCTACACTCAGAGACAGT
GGGGGTCCTCGTCCCACATCCTCAGAGCATGGCCCGGCTGCTGCAGGGATGGTCTCCTTGTCCTCAGAGCATGGCCC
GGCTGCTGCAGGGATGGTCTCCTTGTCCTCAGAGCATGGCCCAGCTGCTGCAGGGATGGTCTCCTGGAGGCCCCCCA
GTGCTCTATTGTCAGGGCTCCCTCCACCCCCCCGCACCAAGAGAGAGCCAGACCCCAGCAAGGCTTCCAGTGGCTTC
AGGTCACACCCCTAGGCTGACCCCAGCCCCATTAACACCTGCCTGAGAAAGCTCCACGCACCAGAACTGACCGTCTG
CTCCAACTCTTGACCTCCCGTTCTCAGGGCGTCTGCTGAAAAGGCTGCAACTGCACATCCTTCCTCCGTCCGTTCCC
GATGTCCGTGTGTCTCCTGTGGCCAGGAAGGTCTTTCTCGGGACCTGAGAGCCGCTCCCTGAAGTGTCCCCATTGGG
AAGGATGGGGCCTGTGTCTCCAGGCTCTGGGAGGACAGAATCCTGACCTCAACAGTGGCCGGCACGGACACAACTGG
CCCCATCCCGGGGACGCTGACCAGCGCTGGGCAACTTTTCCCTTCCCCGACGACTGAGCCCCGAGCACCCTCCCTGC
TCCCCTACCACCTCCCTTTACAAGGCTGTGGCCTCTGCACAGATGATAATGGAGCTTGGCTCATTCCCCTAGAGTCG
GTAGGGAGTTAAGGACAAAACTCAGTTTCCTCCACCTGAACTCAAGTCTGCCTATGTTTACCTAATCACACCTGGTG
GACAGTTTGGACAAACTTGCACACTCAGAGACACAGACACTTCTAGAAATCATTATCTCCCTGCCCCGGGGACCCCA
CTCCAGCAGAAGTCTGCTAGGCACTGGCCTGGGCCCTCCTGCTGTCCTAGGAGGCTGCTGACCTCCTGCCTGGCTCC
TGTCCCCAGGTCCAGAGTCAGAGCAGACTCCAGGGACGCTGCAGGCTAGGAAGCCGCCCCCTCCAGGCCAGGGTCTA
GTGCAGGTGCCCAGGACAAGAAAGATTGTGAATGCAGGAATGACTGGGCCACACCCCTCCCGTGCACGCCCCCTCCT
GCCCTGCACCCCACAGCCCAGCCCCCCGTGCTGGATGCCCCCCCACAGCAGAGGTGCTGTTCTGTGATCCCCTGGGA
AAGACGCCCTCAACCTCCACCCTGTCCCACGGCCCAAGGAAGACAAGACACAGGCCCTCTCCTCACAGTCTCCCCAC
CTGGCTCCTGCTGGGACCCTCAAGGTGTGAACAGGGAGGATGGTTGTCTGGGTGGCCCCTAGGAGCCCAGATCTTCA
CTCCACAGACCCCAACCCAAGCACCCCCTTCTGCAGGGCCCAGCTCATCCCCCTCCTCCTCCCTCTGCTCTCCTCTC
GTCGCCTCTACGGGAAATCCGGGACTCAGCAGTAACCCTCAGGAAGCAGGGCCCAGGCGCCGTTTAATAGGAGGCTT
CCTCACAATGAAACTTTTAGAAAGCCTTGACTACAATGATGACCTTGGTGTGGCTGTGAACACTGTCAGCTCCCACA
GCTGCTGCAGCAAAAAATGTCCATAGACAGGGTGGGGGCCCGGGGTCGTCTGCTGTCCTGCTCAGCCCACAGCACGC
ATGGAGGATCTGAGGTGCCACACCTGACGCCCAGGCCAGAACATGCCTCCCTCCAGGGTGACCTGCCATGTCCTGCA
TTGCTGGAGGGACAGGGGCAGCCTATGAGGATCTGGGGCCAGGAGATGAATCCTATTAACCCAGAGGAAAACTAACA
GGACCCAAGCACCCTCCCCGTTGAAGCTGACCTGCCCAGAGGGGCCTGGGCCCACCCCACACACCGGGGCGGAATGT

Fig. 7 (cont.)

GTACAGGCCCCGGTCTCTGTGGGTGTTCCGCTAACTGGGGCTCCCAGTGCTCACCCCACAACTAAAGCGAGCCCCAG
CCTCCAGAGCCCCCGAAGGAGATGCCGCCCACAAGCCCAGCCCCCATCCAGGAGGCCCCAGAGCTCAGGGCGCCGGG
GCAGATTCTGAACAGCCCCGAGTCACGGTG[redacted]CACCGTGAGAAAAACTGTGT
D1-1
CCAAAACTGTCTCCTGGCCCCTGCTGGAGGCCGCGCCAGAGAGGGGAGCAGCCGCCCCGAACCTAGGTCCTGCTCAG
CTCACACGACCCCCAGCACCCAGAGCACAGTGGAGTCCCCACTGAATGGTGAGGATGGGGACCAGGGCTCCAGGGGG
TCATGGAAGGGGCTGGACCCCATCCTACTGCTATGGTCCCAGTGCTCCTGGCCAGAAACGACCCTACCACCGACAAG
AGTCCCTCAGGGAAACGGGGGTCACTGGCACCTCCCAGCATCAACCCCAGGCAGCACAGGCATAAACCCCACATCCA
GAGCCGACTCCAGGAGCAGAGACACCCCAGTACCCTGGGGGACACCGACCCTGATGACTCCCCACTGGAATCCACCC
CAGAGTCCACCAGGACCAAAGACCCCGCCCCTGTCTCTGTCCCTCACTCAGGACCTGCTGCGGGGCGGGCCATGAGA
CCAGACTCGGGCTTAGGGAACACCACTGTGGCCCCAACCTCGACCAGGCCACAGGCCCTTCCTTCCTGCCCTGCGGC
AGCACAGACTTTGGGGTCTGTGCAGAGAGGAATCACAGAGGCCCCAGGCTGAGGTGGTGGGGGTGGAAGGCCCCCAG
GAGGTGGCCCACTTCCCTTCCTCCCAGCTGGAACCCACCATGACCTTCTTAAGATAGGGGTGTCATCCGAGGCAGGT
CCTCCATGGAGCTCCCTTCAGGCTCCTCCCTGGTCCTCACTAGGCCTCAGTCCCGGCTGTGGGAATGCAGCCACCAC
AGGCACACCAGGCAGCCCAGACCCAGCCAGCCTGCAGTGCCCAAGCCCACATTCTGGAGCAGAGCAGGCTGTGTCTG
GGAGAGTCTGGGCTCCCCACCGCCCCCCCGCACACCCCACCCACCCCTGTCCAGGCCCTATGCAGGAGGGTCAGAGC
CCCCCATGGGGTATGGACTTAGGGTCTCACTCACGCGGCTCCCCTCCTGGGTGAAGGGGTCTCATGCCCAGATCCCC
ACAGCAGAGCTGGTCAAAGGTGGAGGCAGTGGCCCCAGGGCCACCCTGACCTGGACCCTCAGGCTCCTCTAGCCCTG
GCTGCCCTGCTGTCCCTGGGAGGCCTGGACTCCACCAGACCACAGGTCCAGGGCACCGCCCATAGGTGCTGCCCACA
CTCAGTTCACAGGAAGAAGATAAGCTCCAGACCCCCAAGACTGGGACCTGCCTTCCTGCCACCGCTTGTAGCTCCAG
ACCTCCGTGCCTCCCCCGACCACTTACACACGGGCCAGGGAGCTGTTCCACAAAGATCAACCCCAAACCGGGACCGC
CTGGCACTCGGGCCGCTGCCACTTCCCTCTCCATTTGCTCCCAGCACCTCTGTGCTCCCTCCCTCCTCCCTCCTTCA
GGGGAACAGCCTGTGCAGCCCCTCCCTGCACCCCACACCCTGGGGAGGCCCAACCCTGCCTCCAGCCCTTTCTCCCC
CGCTGCTCTTCCTGCCCATCCAGACAACCCTGGGGTCCCATCCCTGCAGCCTACACCCTGGTCTCCACCCAGACCCC
TGTCTCTCCCTCCAGATACCCCTCCCAGGCCAACCCTGCACATGCAGGCCCTCCCCTTTTCTGCTGCCAGAGCCTCA
GTTTCTACCCTCTGTGCCTACCCCCTGCCTCCTCCTGCCCACAACTCGAGCTCTTCCTCTCCTGGGGCCCCTGAGCC
ATGGCACTGACCGTGCACTCCCACCCCCACACTGCCCATGCCCTCACCTTCCTCCTGGACACTCTGACCCCGCTCCC
CTCTTGGACCCAGCCCTGGTATTTCCAGGACAAAGGCTCACCCAAGTCTTCCCCATGCAGGCCCTTGCCCTCACTGC
CCGGTTACACGGCAGCCTCCTGTGCACAGAAGCAGGGAGCTCAGCCCTTCCACAGGCAGAAGGCACTGAAAGAAATC
GGCCTCCAGCACCCTGATGCACGTCCGCCTGTGTCTCTCACTGCCCGCACCTGCAGGGAGGCTCGGCACTCCCTGTA
AAGACGAGGGATCCAGGCAGCAACATCATGGGAGAATGCAGGGCTCCCAGACAGCCCAGCCCTCTCGCAGGCCTCTC
CTGGGAAGAGACCTGCAGCCACCACTGAACAGCCACGGAGCCCGCTGGATAGTAACTGAGTCAGTGACCGACCTGGA
GGGCAGGGGAGCAGTGAACCGGAGCCCAGACCATAGGGACAGAGACCAGCCGCTGACATCCCGAGCCCCTCACTGGC
GGCCCCAGAACACCGCGTGGAAACAGAACAGACCCACATTCCCACCTGGAACAGGGCAGACACTGCTGAGCCCCCAG
CACCAGCCCTGAGAAACACCAGGCAACGGCATCAGAGGGGGCTCCTGAGAAAGAAAGGAGGGAGGTCTCCTTCACC
AGCAAGTACTTCCCTTGACCAAAAACAGGGTCCACGCAACTCCCCCAGGACAAAGGAGGAGCCCCCTGTACAGCACT
GGGCTCAGAGTCCTCTCCAACACACCCTGAGTTTCAGACAAAAACCCCCTGGAAATCATAGTATCAGCAGGAGAACT
AGCCAGAGACAGCAAGAGGGGACTCAGTGACTCCCGCGGGACAGGAGGATTTTGTGGGGGCTCGTGTCACTGTG[redacted]
CACAGTGACACAGCCCCATTCCCAAAGCCCTGCTGTAAACGCTTCCAC
D2-2
TTCTGGGGGTGTGTAAGAGGGGATGCGGGCAGAGCCTGAGCAGGGCCTTTTGCTGTTTCTGCTTTCCTGTGCAGAGA
GTTCCATAAACTGGTGTTCGAGATCAATGGCTGGGAGTGAGCCCAGGAGGACAGCGTGGGAAGAGCACAGGGAAGGA
GGACCAGCCGCTATCCTACACTGTCATCTTTCGAAAGTTTGCCTTGTGCCCACACTGCTGCATCATGGGATGCTTAA
CAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAGATGGATTTGCAGCACAGATCTGAATAAATTCTCCAGAAT
GTGGAGCAGCACAGAAGCAAGCACACAGAAAGTGCCTGATGCAAGGACAAAGTTCAGTGGGCACCTTCAGGCATTGC
TGCTGGGCACAGACACTCTGAAAAGCCCTGGCAGGAACTCCCTGTGACAAAGCAGAACCCTCAGGCAATGCCAGCCC
CAGAGCCCTCCCTGAGAGCCTCATGGGCAAAGATGTGCACAACAGGTGTTTCTCATAGCCCCAAACTGAGAGCAAAG
CAAACGTCCATCTGAAGGAGAACAGGCAAATAAACGATGGCAGGTTCATGAAATGCAAACCCAGACAGCCACAAGCA
CAAAAGTACAGGGTTATAAGCGACTCTGGTTGAGTTCATGACAATGCTGAGTAATTGGAGTAACAAAGTAAACTCCA
AAAAATACTTTCAATGTGATTTCTTCTAAATAAAATTTACACCCTGCAAAATGAACTGTCTTCTTAAGGGATACATT
TCCCAGTTAGAAAACCATAAAGAAAACCAAGAAAAGGATGATCACATAAACACAGTGGTGGTTACTTCTGCTGGGGA
AGGAAGAGGGTATGAACTGAGATACACAGGGTGGGCAAGTCTCCTAACAAGAACAGAACGAATACATTACAGTACCT
TGAAAACAGCAGTTAAACTTCTAAATTGCAAGAAGAGGAAAATGCACACAGTTGTGTTTAGAAAATTCTCAGTCCAG
CACTGTTCATAATAGCAAAGACATTAACCCAGGTCGGATAAATAAGCGATGACACAGGCAATTGCACAATGATACAG

Fig. 7 (cont.)

ACATATATTTAGTATATGAGACATCGATGATGTATCCCCAAATAAACGACTTTAAAGAGATAAAGGGCTGATGTGTG
GTGGCATTCACCTCCCTGGGATCCCCGGACAGGTTGCAGGCTCACTGTGCAGCAGGGCAGGCGGGTACCTGCTGGCA
GTTCCTGGGGCCTGATGTGGAGCAAGCGCAGGGCCATATATCCCGGAGGACGGCACAGTCAGTGAATTCCAGAGAGA
AGCAACTCAGCCACACTCCCCAGGCAGAGCCCGAGAGGGACGCCCACGCACAGGGAGGCAGAGCCCAGCACCTCCGC
AGCCAGCACCACCTGTGCACGGGCCACCACCTTGCAGGCACAGAGTGGGTGCTGAGAGGAGGGGCAGGGACACCAGG
CAGGGTGAGCACCCAGAGAAAACTGCAGACGCCTCACACATCCACCTCAGCCTCCCCTGACCTGGACCTCACTGGCC
TGGGCCTCACTTAACCTGGGCTTCACCTGACCTTGGCCTCACCTGACTTGGACCTCGCCTGTCCCAAGCTTTACCTG
ACCTGGGCCTCAACTCACCTGAACGTCTCCTGACCTGGGTTTAACCTGTCCTGGAACTCACCTGGCCTTGGCTTCCC
CTGACCTGGACCTCATCTGGCCTGGGCTTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCATCTGGCCTGGACCT
CACCTGGCCTGGACTTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACCTGGCCTCAGGCCTCACCTGCACCTG
CTCCAGGTCTTGCTGGAGCCTGAGTAGCACTGAGGGTGCAGAAGCTCATCCAGGGTTGGGGAATGACTCTAGAAGTC
TCCCACATCTGACCTTTCTGGGTGGAGGCAGCTGGTGGCCCTGGGAATATAAAAATCTCCAGAATGATGACTCTGTG
ATTTGTGGGCAACTTATGAACCCGAAAGGACATGGCCATGGGGTGGGTAGGGACATAGGGACAGATGCCAGCCTGAG
GTGGAGCCTCAGGACACAGGTGGGCACGGACACTATCCACATAAGCGAGGGATAGACCCGAGTGTCCCCACAGCAGA
CCTGAGAGCGCTGGGCCCACAGCCTCCCCTCAGAGCCCTGCTGCCTCCTCCGGTCAGCCCTGGACATCCCAGGTTTC
CCCAGGCCTGGCGGTAGGTTTAGAATGAGGTCTGTGTCACTGTG[redacted]CA
CAGTGTCACAGAGTCCATCAAAAACCCATGCCTGGAAGCTTCCCGCCACAGCCCTCCCCATGGGGC D3-9
CCTGCTGCCTCCTCAGGTCAGCCCCGGACATCCTGGGTTTCCCCAGGCTGGGCGGTAGGTTTGGGGTGAGGTCTGTG
TCACTGTG[redacted]CACAGTGTCACAGAGTCCATCAAAAACCCATCCCTGGG
D3-10
AGCCTCCCGCCACAGCCCTCCCTGCAGGGGACCGGTACGTGCCATGTTAGGATTTTGATCGAGGAGACAGCACCATG
GGTATGGTGGCTACCACAGCAGTGCAGCCTGTGACCCAAACCCGCAGGGCAGCAGGCACGATGGACAGGCCCGTGAC
TGACCACGCTGGGCTCCAGCCTGCCAGCCCTGGAGATCATGAAACAGATGGCCAAGGTCACCCTACAGGTCATCCAG
ATCTGGCTCCGAGGGGTCTGCATCGCTGCTGCCCTCCCAACGCCAGTCCAAATGGGACAGGGACGGCCTCACAGCAC
CATCTGCTGCCATCAGGCCAGCGATCCCAGAAGCCCCTCCCTCAAGGCTGGCCACATGTGTGGACACTGAGAGCCCT
CATATCTGAGTAGGGGCACCAGGAGGGAGGGGCTGGCCCTGTGCACTGTCCCTGCTCCTGTGGTCTCTGGCCTGCCT
GGCCCTGACACCTGAGCCTCTCCTGGGTCATTTCCAAGACAGAAGACATTCCTGGGGACAGCCGGAGCTGGGCGTCG
CTCATCCTGCCCGGCCGTCCTGAGTCCTGCTCATTTCCAGACCTCACCGGGGAAGCCAACAGAGGACTCGCCTCCCA
CATTCAGAGACAAAGAACCTTCCAGAAATCCCTGCCTCTCTCCCCAGTGGACACCCTCTTCCAGGACAGTCCTCAGT
GGCATCACAGCGGCCTGAGATCCCCAGGACGCAGCACCGCTGTCAATAGGGGCCCCAAATGCCTGGACCAGGGCCTG
CGTGGGAAAGGCCTCTGGCCACACTCGGGCTTTTTGTGAAGGGCCCTCCTGCTGTG[redacted]CATAG
D4-11
TGATGAACCCAGTGGCAAAAACTGGCTGGAAACCCAGGGGCTGTGTGCACGCCTCAGCTTGGAGCTCTCCAGGAGCA
CAAGAGCCGGGCCCAAGGATTTGTGCCCAGACCCTCAGCCTCTAGGGACACCTGGGCCATCTCAGCCTGGGCTGGTG
CCCTGCACACCATCTTCCTCCAAATAGGGGCTTCAGAGGGCTCTGAGGTGACCTCACTCATGACCACAGGTGACCTG
GCCCTTCCCTGCCAGCTATACCAGACCCTGTCTTGACAGATGCCCCGATTCCAACAGCCAATTCCTGGGACCCTGAA
TAGCTGTAGACACCAGCCTCATTCCAGTACCTCCTGCCAATTGCCTGGATTCCCATCCTGGCTGGAATCAAGAAGGC
AGCATCCGCCAGGCTCCCAACAGGCAGGACTCCCGCACACCCTCCTCTGAGAGGCCGCTGTGTTCCGCAGGGCCAGG
CCCTGGACAGTTCCCCTCACCTGCCACTAGAGAAACACCTGCCATTGTCGTCCCCACCTGGAAAAGACCACTCGTGG
AGCCCCCAGCCCCAGGTACAGCTGTAGAGACAGTCCTCGAGGCCCCTAAGAAGGAGCCATGCCCAGTTCTGCCGGGA
CCCTCGGCCAGGCCGACAGGAGTGGACGCTGGAGCTGGGCCCACACTGGGCCACATAGGAGCTCACCAGTGAGGGCA
GGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGACCAGAGGCCTGCCCCAGAGCCCAGGAGGCTGCAGAGGCC
TCTCCAGGGAGACACTGTGCATGTCTGGTACCTAAGCAGCCCCCCACGTCCCCAGTCCTGGGGGCCCCTGGCTCAGC
TGTCTGGGCCCTCCCTGCTCCCTGGGAAGCTCCTCCTGACAGCCCCGCCTCCAGTTCCAGGTGTGGTTATTGTCAGG
CGATGTCAGACTGTG[redacted]CACAGTGGTGCCGCCCATAGCAGCAACCAGGCCAAGTAG
D5-12
ACAGGCCCCTGCTGCGCAGCCCCAGGCATCCACTTCACCTGCTTCTCCTGGGGCTCTCAAGGCTGCTGTCTGTCCTC
TGGCCCTCTGTGGGGAGGGTTCCCTCAGTGGGAGGTCTGTGCTCCAGGGCAGGGATGATTGAGATAGAAATCAAAGG
CTGGCAGGGAAAGGCAGCTTCCCGCCCTGAGAGGTGCAGGCAGCACCACGGAGCCACGGAGTCACAGAGCCACGGAG
CCCCCATTGTGGGCATTTGAGAGTGCTGTGCCCCCGGCAGGCCCAGCCCTGATGGGGAAGCCTGTCCCATCCCACAG
CCCGGGTCCCACGGGCAGCGGGCACAGAAGCTGCCAGGTTGTCCTCTATGATCCTCATCCCTCCAGCAGCATCCCCT
CCACAGTGGGGAAACTGAGGCTTGGAGCACCACCCGGCCCCCTGGAAATGAGGCTGTGAGCCCAGACAGTGGGCCCA
GAGCACTGTGAGTACCCCGGCAGTACCTGGCTGCAGGGATCAGCCAGAGATGCCAAACCCTGAGTGACCAGCCTACA
GGAGGATCCGGCCCCACCCAGGCCACTCGATTAATGCTCAACCCCCTGCCCTGGAGACCTCTTCCAGTACCACCAGC

Fig. 7 (cont.)

AGCTCAGCTTCTCAGGGCCTCATCCCTGCAAGGAAGGTCAAGGGCTGGGCCTGCCAGAAACACAGCACCCTCCCTAG
CCCTGGCTAAGACAGGGTGGGCAGACGGCTGTGGACGGACATATTGCTGGGGCATTTCTCACTGTCACTTCTGGGT
GGTAGCTCTGACAAAAACGCAGACCCTGCCAAAATCCCCACTGCCTCCCGCTAGGGGCTGGCCTGGAATCCTGCTGT
CCTAGGAGGCTGCTGACCTCCAGGATGGCTCCGTCCCCAGTTCCAGGGCGAGAGCAGATCCCAGGCAGGCTGTAGGC
TGGGAGGCCACCCCTGCCCTTGCCGGGGTTGAATGCAGGTGCCCAAGGCAGGAAATGGCATGAGCACAGGGATGACC
GGGACATGCCCCACCAGAGTGCGCCCCTTCCTGCTCTGCACCCTGCACCCCCAGGCCAGCCCACGACGTCCAACAA
CTGGGCCTGGGTGGCAGCCCCACCCAGACAGGACAGACCCAGCACCCTGAGGAGGTCCTGCCAGGGGGAGCTAAGAG
CCATGAAGGAGCAAGATATGGGGCCCCCGATACAGGCACAGATGTCAGCTCCATCCAGGACCACCCAGCCCACACCC
TGAGAGGAACGTCTGTCTCCAGCCTCTGCAGGTCGGGAGGCAGCTGACCCCTGACTTGGACCCCTATTCCAGACACC
AGACAGAGGCGCAGGCCCCCAGAACCAGGGTTGAGGGACGCCCCGTCAAAGCCAGACAAAACCAAGGGGTGTTGAG
CCCAGCAAGGGAAGGCCCCCAAACAGACCAGGAGGTTTCTGAAGGTGTCTGTGTCACAGTG[redacted]
[redacted]CACAGTGACACTCACCCAGCCAGAAACCCCATTCCAAGTCAGCGGAAGCAGAGAGAGCAGGGAGGACACGTT
D6-13
TAGGATCTGAGACTGCACCTGACACCCAGGCCAGCAGACGTCTCCCCTCCAGGGCACCCCACCCTGTCCTGCATTTC
TGCAAGATCAGGGGCGGCCTGAGGGGGGGTCTAGGGTGAGGAGATGGGTCCCCTGTACACCAAGGAGGAGTTAGGCA
GGTCCCGAGCACTCTCCCCATTGAGGCTGACCTGCCCAGAGAGTCCTGGGCCCACCCCACACACCGGGGCGGAATGT
GTGCAGGCCTCGGTCTCTGTGGGTGTTCCGCTAGCTGGGGCTCACAGTGCTCACCCCACACCTAAAATGAGCCACAG
CCTCCGGAGCCCCCGCAGGAGACCCCGCCCACAAGCCCAGCCCCCACCCAGGAGGCCCCAGAGCTCAGGGCGCCCCG
TCGGATTCCGAACAGCCCCGAGTCACAGCG[redacted]CACTGTCAGAATAGCTACGTCAAAAACTGT
D1-14
CCAGTGGCCACTGCCGGAGGCCCCGCCAGAGAGGGCAGCAGCCACTCTGATCCCATGTCCTGCCGGCTCCCATGACC
CCCAGCACGCGGAGCCCCACAGTGTCCCCACTGGATGGGAGGACAAGAGCTGGGGATTCCGGCGGGTCGGGGCAGGG
GCTTGATCGCATCCTTCTGCCGTGGCTCCAGTGCCCCTGGCTGGAGTTGACCCTTCTGACAAGTGTCCTCAGAGAGA
CAGGCATCACCGGCGCCTCCCAACATCAACCCCAGGCAGCACAGGCACAAACCCCACATCCAGAGCCAACTCCAGGA
GCAGAGACACCCCAATACCCTGGGGGACCCCGACCCTGATGACTTCCCACTGGAATTCGCCGTAGAGTCCACCAGGA
CCAAAGACCCTGCCTCTGCCTCTGTCCCTCACTCAGGACCTGCTGCCGGGCGAGGCCTTGGGAGCAGACTTGGGCTT
AGGGGACACCAGTGTGACCCCGACCTTGACCAGGACGCAGACCTTTCCTTCCTTTCCTGGGCAGCACAGACTTTGG
GGTCTGGGCCAGGAGGAACTTCTGGCAGGTCGCCAAGCACAGAGGCCACAGGCTGAGGTGGCCCTGGAAAGACCTCC
AGGAGGTGGCCACTCCCCTTCCTCCCAGCTGGACCCCATGTCCTCCCCAAGATAAGGGTGCCATCCAAGGCAGGTGC
TCCTTGGAGCCCCATTCAGACTCCTCCCTGGACCCCACTGGGCCTCAGTCCCAGCTCTGGGGATGAAGCCACCACAA
GCACACCAGGCAGCCCAGGCCCAGCCACCCTGCAGTGCCCAAGCACACACTCTGGAGCAGAGCAGGGTGCCTCTGGG
AGGGGCTGAGCTCCCCACCCCACCCCCACCTGCACACCCCACCCACCCCTGCCCAGCGGCTCTGCAGGAGGGTCAGA
GCCCCACATGGGGTATGGACTTAGGGTCTCACTCACGTGGCTCCCATCATGAGTGAAGGGGCCTCAAGCCCAGGTTC
CCACAGCAGCGCCTGTCGCAAGTGGAGGCAGAGGCCCGAGGGCCACCCTGACCTGGTCCCTGAGGTTCCTGCAGCCC
AGGCTGCCCTGCTGTCCCTGGGAGGCCTGGGCTCCACCAGACCACAGGTCCAGGGCACCGGGTGCAGGAGCCACCCA
CACACAGCTCACAGGAAGAAGATAAGCTCCAGACCCCCAGGGCCAGAACCTGCCTTCCTGCTACTGCTTCCTGCCCC
AGACCTGGGCGCCCTCCCCCGTCCACTTACACACAGGCCAGGAAGCTGTTCCCACACAGAACAACCCCAAACCAGGA
CCGCCTGGCACTCAGGTGGCTGCCATTTCCTTCTCCATTTGCTCCCAGCGCCTCTGTCCTCCCTGGTTCCTCCTTCG
GGGGAACAGCCTGTGCAGCCAGTCCCTGCAGCCCACACCCTGGGGAGACCCAACCCTGCCTGGGGCCCTTCCAACCC
TGCTGCTCTTACTGCCCACCCAGAAAACTCTGGGGTCCTGTCCCTGCAGTCCCTACCCTGGTCTCCACCCAGACCCC
TGTGTATCACTCCAGACACCCCTCCCAGGCAAACCCTGCACCTGCAGGCCCTGTCCTCTTCTGTCGCTAGAGCCTCA
GTTTCTCCCCCCTGTGCCCACACCCTACCTCCTCCTGCCCACAACTCTAACTCTTCTTCTCCTGGAGCCCCTGAGCC
ATGGCATTGACCCTGCCCTCCCACCACCCACAGCCCATGCCCTCACCTTCCTCCTGGCCACTCCGACCCCGCCCCCT
CTCAGGCCAAGCCCTGGTATTTCCAGGACAAAGGCTCACCCAAGTCTTTCCCAGGCAGGCCTGGGCTCTTGCCCTCA
CTTCCCGGTTACACGGGAGCCTCCTGTGCACAGAAGCAGGGAGCTCAGCCCTTCCACAGGCAGAAGGCACTGAAAGA
AATCGGCCTCCAGCACCTTGACACACGTCCGCCCGTGTCTCTCACTGCCCGCACCTGCAGGGAGGCTCCGCACTCCC
TCTAAAGACAAGGGATCCAGGCAGCAGCATCACGGGAGAATGCAGGGCTCCCAGACATCCCAGTCCTCTCACAGGCC
TCTCCTGGGAAGAGACCTGCAGCCACCACCAAACAGCCACAGAGGCTGCTGGATAGTAACTGAGTCAATGACCGACC
TGGAGGGCAGGGGAGCAGTGAGCCGGAGCCCATACCATAGGGACAGAGACCAGCCGCTGACATCCCGAGCTCCTCAA
TGGTGGCCCCATAACACACCTAGGAAACATAACACACCCACAGCCCCACCTGGAACAGGGCAGAGACTGCTGAGCCC
CCAGCACCAGCCCCAAGAAACACCAGGCAACAGTATCAGAGGGGGCTCCCGAGAAAGAGAGGAGGGGAGATCTCCTT
CACCATCAAATGCTTCCCTTGACCAAAAACAGGGTCCACGCAACTCCCCCAGGACAAAGGAGGAGCCCCCTATACAG
CACTGGGCTCAGAGTCCTCTCTGAGACACCCTGAGTTTCAGACAACAACCCGCTGGAATGCACAGTCTCAGCAGGAG
AACAGACCAAAGCCAGCAAAAGGACCTCGGTGACACCAGTAGGGACAGGAGGATTTTGTGGGGGCTCGTGTCACTG

Fig. 7 (cont.)

TG[redacted]CACAGTGACACAGACCCATTCCCAAAGCCCTACTGCAAACACAC
D2-15
CCACTCCTGGGGCTGAGGGGCTGGGGGAGCATCTGGGAAGTAGGGTCCAGGGGTGTCTATCAATGTCCAAAATGCAC
CAGACTCCCCGCCAAACACCACCCCACCAGCCAGCGAGCAGGGTAAACAGAAAATGAGAGGCTCTGGGAAGCTTGCA
CAGGCCCCAAGGAAAGAGCTTTGGCAGGTGTGCAAGAGGGGATGCAGGCAGAGCCTGAGCAGGGCCTTTTGCTGTTT
CTGCTTTCCTGTGCAGAGAGTTCCATAAACTGGTGTTCAAGATCAGTGGCTGGGAATGAGCCCAGGAGGGCAGTCTG
TGGGAAGAGCACAGGGAAGGAGGACCAGCCGCTATCCTACACTGTCATCTTTCAAAAGTTTGCCTTGTGACCACACT
ATTGCATCATGGGATGCTTAAGAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAGATGAATTTGCAGCATAGA
TCTGAATAAACTCTCCAGAATGTGGAGCAGTACAGAAGCAAACACACAGAAAGTGCCTGATGCAAGGACAAAGTTCA
GTGGGCACCTTCAGGCATTGCTGCTGGGCACAGACACTCTGAAAAGCCCTGGCAGGATCTCCCTGCGACAAAGCAGA
ACCCTCAGGCAATGCCAGCCCCAGAGCCCTCCCTGAGAGCGTCATGGGGAAAGATGTGCAGAACAGCTGATTATCAT
AGACTCAAACTGAGAACAGAGCAAACGTCCATCTGAAGAACAGTCAAATAAGCAATGGTAGGTTCATGCAATGCAAA
CCCAGACAGCCAGGGGACAACAGTAGAGGGCTACAGGCGGCTTTGCGGTTGAGTTCATGACAATGCTGAGTAATTGG
AGTAACAGAGGAAAGCCCAAAAAATACTTTTAATGTGATTTCTTCTAAATAAAATTTACACCAGGCAAAATGAACTG
TCTTCTTAAGGGATAAACTTTCCCCTGGAAAAACTACAAGGAAAATTAAGAAAACGATGATCACATAAACACAGTTG
TGGTTACTTCTACTGGGGAAGGAAGAGGGTATGAGCTGAGACACACAGAGTCGGCAAGTCTCCAAGCAAGCACAGAA
CGAATACATTACAGTACCTTGAATACAGCAGTTAAACTTCTAAATCGCAAGAAGAGGAAAATGCACACAGCTGTGTT
TAGAAAATTCTCAGTCCAGCACTATTCATAATAGCAAAGACATTAACCCAGGTTGGATAAATAAATGATGACACAGG
CAATTGCACAATGATACAGACATACATTTAGTACATGAGACATCGATGATGTATCCCCAAAGAAATGACTTTAAAGA
GAAAAGGCCTGATGTGTGGTGGCACTCACCTCCCTGGGATCCCCGGACAGGTTGCAGGCACACTGTGTGGCAGGGCA
GGCTGGTACATGCTGGCAGCTCCTGGGGCCTGATGTGGAGCAAGCGCAGGGCTGTATACCCCCAAGGATGGCACAGT
CAGTGAATTCCAAAGAGAAGCAGCTCAGCCACACTGCCCAGGCAGAGCCCGAGAGGGACGCCCACGCACAGGGAGGC
AGAGCCCAGCTCCTCCACAGCCACCACCACCTGTGCACGGGCCACCACCTTGCAGGCACAGAGTGGGTGCTGAGAGG
AGGGGCAGGGACACCAGGCAGGGTGAGCACCCAGAGAAAACTGCAGAAGCCTCACACATCCACCTCAGCCTCCCCTG
ACCTGGACCTCACCTGGTCTGGACCTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGGCTTCAC
CTGACCTGGACCTCACCTGGCCTCCGGCCTCACCTGCACCTGCTCCAGGTCTTGCTGGAACCTGAGTAGCACTGAGG
CTGCAGAAGCTCATCCAGGGTTGGGGAATGACTCTGGAACTCTCCCACATCTGACCTTTCTGGGTGGAGGCATCTGG
TGGCCCTGGGAATATAAAAAGCCCCAGAATGGTGCCTGCGTGATTTGGGGGCAATTTATGAACCCGAAAGGACATGG
CCATGGGGTGGGTAGGGACATAGGGACAGATGCCAGCCTGAGGTGGAGCCTCAGGACACAGTTGGACGCGGACACTA
TCCACATAAGCGAGGGACAGACCCGAGTGTTCCTGCAGTAGACCTGAGAGCGCTGGGCCCACAGCCTCCCCTCGGTG
CCCTGCTGCCTCCTCAGGTCAGCCCTGGACATCCCGGGTTTCCCCAGGCCAGATGGTAGG[redacted]CACAGCATCACACGGTCCATCAGAAACCCAT
D3-16
GCCACAGCCCTCCCCGCAGGGGACCGCCGCGTGCCATGTTACGATTTTGATCGAGGACACAGCGCCATGGGTATGGT
GGCTACCACAGCAGTGCAGCCCATGACCCAAACACACAGGGCAGCAGGCACAATGGACAGGCCTGTGAGTGACCATG
CTGGGCTCCAGCCCGCCAGCCCCGGAGACCATGAAACAGATGGCCAAGGTCACCCCACAGTTCAGCCAGACATGGCT
CCGTGGGGTCTGCATCGCTGCTGCCCTCTAACACCAGCCCAGATGGGGACAAGGCCAACCCCACATTACCATCTCCT
GCTGTCCACCCAGTGGTCCCAGAAGCCCCTCCCTCATGGCTGAGCCACATGTGTGAACCCTGAGAGCACCCCATGTC
AGAGTAGGGGCAGCAGAAGGGCGGGGCTGGCCCTGTGCACTGTCCCTGCACCCATGGTCCCTCGCCTGCCTGGCCCT
GACACCTGAGCCTCTTCTGAGTCATTTCTAAGATAGAAGACATTCCCGGGGACAGCCGGAGCTGGGCGTCGCTCATC
CTGCCCGGCCGTCCTGAGTCCTGCTTGTTTCCAGACCTCACCAGGGAAGCCAACAGAGGACTCACCTCACACAGTCA
GAGACAAAGAACCTTCCAGAAATCCCTGTCTCACTCCCCAGTGGGCACCTTCTTCCAGGACATTCCTCGGTCGCATC
ACAGCAGGCACCCACATCTGGATCAGGACGGCCCCCAGAACACAAGATGGCCCATGGGGACAGCCCCACAACCCAGG
CCTTCCCAGACCCCTAAAAGGCGTCCCACCCCCTGCACCTGCCCCAGGGCTAAAAATCCAGGAGGCTTGACTCCCGC
ATACCCTCCAGCCAGACATCACCTCAGCCCCCTCCTGGAGGGGACAGGAGCCCGGGAGGGTGAGTCAGACCCACCTG
CCCTCGATGGCAGGCGGGGAAGATTCAGAAAGGCCTGAGATCCCCAGGACGCAGCACCACTGTCAATGGGGGCCCCA
GACGCCTGGACCAGGGCCTGCGTGGGAAAGGCCGCTGGGCACACTCAGGGGCTTTTGTGAAGGCCCCTCCTACTGT
G[redacted]CACAGTGATGAAACTAGCAGCAAAAACTGGCCGGACACCCAGGGACCATGCACACTTCTC
D3-17
AGCTTGGAGCTCTCCAGGACCAGAAGAGTCAGGTCTGAGGGTTTGTAGCCAGACCCTCGGCCTCTAGGGACACCCTG
GCCATCACAGCGGATGGGCTGGTGCCCCACATGCCATCTGCTCCAAACAGGGGCTTCAGAGGGCTCTGAGGTGACTT
CACTCATGACCACAGGTGCCCTGGCCCCTTCCCCGCCAGCTACACCGAACCCTGTCCCAACAGCTGCCCCAGTTCCA
ACAGCCAATTCCTGGGGCCCAGAATTGCTGTAGACACCAGCCTCGTTCCAGCACCTCCTGCCAATTGCCTGGATTCA
CATCCTGGCTGGAATCAAGAGGGCAGCATCCGCCAGGCTCCCAACAGGCAGGACTCCCGCACACCCTCCTCTGAGAG

Fig. 7 (cont.)

GCCGCTGTGTTCCGCAGGGCCAGGCCCTGGACAGTTCCCCTCACCTGCCACTAGAGAAACACCTGCCATTGTCGTCC
CCACCTGGAAAAGACCACTCGTGGAGCCCCCAGCCCCAGGTACAGCTGTAGAGAGACTCCCCGAGGGATCTAAGAAG
GAGCCATGCGCAGTTCTGCCGGGACCCTCGGCCAGGCCGACAGGAGTGGACACTGGAGCTGGGCCCACACTGGGCCA
CATAGGAGCTCACCAGTGAGGGCAGGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGACCAGAGGCCTGCCCC
AGAGCCCAGGAGGCTGCAGAGGCCTCTCCAGGGGGACACTGTGCATGTCTGGTCCCTGAGCAGCCCCCACGTCCCC
AGTCCTGGGGGCCCCTAGCACAGCTGTCTGGACCCTCCCTGTTCCCTGGGAAGCTCCTCCTGACAGCCCCGCCTCCA
GTTCCAGGTGTGGTTATTGTCAGGGGGTGTCAGACTGTG[redacted]CACAGTGGTGCTGCCCAT
D5-18
AGCAGCAACCAGGCCAAGTAGACAGGCCCCTGCTGTGCAGCCCCAGGCCTCCAGCTCACCTGCTTCTCCTGGGGCTC
TCAAGGTCACTGTTGTCTGTACTCTGCCCTCTGTGGGGAGGGTTCTCTCAGTGGGAGGTCTGTTCTCAACATCCCAG
GGCCTCATGTCTGCACGGAAGGCCAATGGATGGGCAACCTCACATGCCGCGGCTAAGATAGGGTGGGCAGCCTGGCG
GGGGACAGTACATACTGCTGGGGTGTCTGTCACTGTGCCTAGTGGGGCACTGGCTCCCAAACAACGCAGTCCTCACC
AAAATCCCCACAGCCTCCCCTGCTAGGGGCTGGCCTGATCTCCTGCAGTCCTAGGAGGCTGCTGACCTCCAGAATGT
CTCCGTCCCCAGTTCCAGGGCGAGAGCAGATCCCAGGCCGGCTGCAGACTGGGAGGCCACCCCCTCCTTCCCAGGGT
TCACTGGAGGTGACCAAGGTAGGAAATGGCCTTAACACAGGGATGACTGCGCCATCCCCCAACAGAGTCAGCCCCCT
CCTGCTCTGTACCCCGCACCCCCCAGGCCAGTCCACGAAAACCAGGGCCCCACATCAGAGTCACTGCCTGGCCCGGC
CCTGGGGCGGACCCCTCAGCCCCCACCCTGTCTAGAGGACTTGGGGGGACAGGACACAGGCCCTCTCCTTATGGTTC
CCCCACCTGCCTCCGGCCGGGACCCTTGGGGTGTGGACAGAAAGGACACCTGCCTAATTGGCCCCCAGGAACACAGA
ACTTCTCTCCAGGGACCCCAGCCCGAGCACCCCCTTACCCAGGACCCAGCCCTGCCCCTCCTCCCCTCTGCTCTCCT
CTCATCACCCCATGGGAATCCGGTATCCCCAGGAAGCCATCAGGAAGGGCTGAAGGAGGAAGCGGGGCCGTGCACCA
CCGGGCAGGAGGCTCCGTCTTCGTGAACCCAGGGAAGTGCCAGCCTCCTAGAGGGTATGGTCCACCCTGCCTGGGGC
TCCCACCGTGGCAGGCTGCGGGGAAGGACCAGGGACGGTGTGGGGGAGGGCTCAGGGCCCTGCGGGTGCTCCTCCAT
CTTCGGTGAGCCTCCCCCTTCACCCACCGTCCCGCCCACCTCCTCTCCACCCTGGCTGCACGTCTTCCACACCATCC
TGAGTCCTACCTACACCAGAGCCAGCAAAGCCAGTGCAGACAAAGGCTGGGGTGCAGGGGGGCTGCCAGGGCAGCTT
CGGGGAGGGAAGGATGGAGGGAGGGGAGGTCAGTGAAGAGGCCCCCTTCCCCTGGGTCCAGGATCCTCCTCTGGGAC
CCCCGGCTCCCATCCCCTCCTGGCTCTGGGAGGAGAAGCAGGATGGGAGAATCTGTGCGGGACCCTCTCACAGTGGA
ATATCCCCACAGCGGCTCAGGCCAGACCCAAAAGCCCCTCAGTGAGCCCTCCACTGCAGTCCTGGGCCTGGGTAGCA
GCCCCTCCCACAGAGGACAGACCCAGCACCCCGAAGAAGTCCTGCCAGGGGGAGCTCAGAGCCATGAAAGAGCAGGA
TATGGGGTCCCCGATACAGGCACAGACCTCAGCTCCATCCAGGCCCACCGGGACCCACCATGGGAGGAACACCTGTC
TCCGGGTTGTGAGGTGGCTGGCCTCTGTCTCGGACCCCACTCCAGACACCAGACAGAGGGGCAGGCCCCCCAAAACC
AGGGTTGAGGGATGATCCGTCAAGGCAGACAAGACCAAGGGGCACTGACCCCAGCAAGGGAAGGCTCCCAAACAGAC
GAGGAGGTTTCTGAAGCTGTCTGTATCACAGTG[redacted]CACAGTGACACTCGCCAGGCCAG
D6-19
AAACCCCGTCCCAAGTCAGCGGAAGCAGAGAGAGCAGGGAGGACACGTTTAGGATCTGAGGCCGCACCTGACACCCA
GGGCAGCAGACGTCTCCCCTCCAGGGCACCCTCCACCGTCCTGCGTTTCTTCAAGAATAGGGGCGGCCTGAGGGGGT
CCAGGGCCAGGCGATAGGTCCCCTCTACCCCAAGGAGGAGCCAGGCAGGACCCGAGCACCGTCCCCATTGAGGCTGA
CCTGCCCAGACGGGCCTGGGCCCACCCCACACACCGGGGCGGAATGTGTGCAGGCCCCAGTCTCTGTGGGTGTTCCG
CTAGCTGGGGCCCCCAGTGCTCACCCCACACCTAAAGCGAGCCCCAGCCTCCAGAGCCCCCTAAGCATTCCCCGCCC
AGCAGCCCAGCCCCTGCCCCCACCCAGGAGGCCCCAGAGCTCAGGGCGCCTGGTCGGATTCTGAACAGCCCCGAGTC
ACAGTG[redacted]CACCGTGAGAAAAACTGTGTCCAAAACTGACTCCTGGCAGCAGTCGGAGGCCCC
D1-20
GCCAGAGAGGGGAGCAGCCGCCCTGAACCCATGTCCTGCCGGTTCCCATGACCCCCAGCACCCAGAGCCCCACGGTG
TCCCCGTTGGATAATGAGGACAAGGGCTGGGGGCTCCGGTGGTTTGCGGCAGGGACTTGATCACATCCTTCTGCTGT
GGCCCCATTGCCTCTGGCTGGAGTTGACCCTTCTGACAAGTGTCCTCAGAAAGACAGGGATCACCGGCACCTCCCAA
TATCAACCCCAGGCAGCACAGACACAAACCCCACATCCAGAGCCAACTCCAGGAGCAGAGACACCCCAACACTCTGG
GGGACCCCAACCGTGATAACTCCCCACTGGAATCCGCCCCAGAGTCTACCAGGACCAAAGGCCCTGCCCTGTCTCTG
TCCCTCACTCAGGGCCTCCTGCAGGGCGAGCGCTTGGGAGCAGACTCGGTCTTAGGGGACACCACTGTGGGCCCCAA
CTTTGATGAGGCCACTGACCCTTCCTTCCTTTCCTGGGGCAGCACAGACTTTGGGGTCTGGGCAGGGAAGAACTACT
GGCTGGTGGCCAATCACAGAGCCCCCAGGCCGAGGTGGCCCCAAGAAGGCCCTCAGGAGGTGGCCACTCCACTTCCT
CCCAGCTGGACCCCAGGTCCTCCCCAAGATAGGGGTGCCATCCAAGGCAGGTCCTCCATGGAGCCCCCTTCAGACTC
CTCCCGGGACCCCACTGGACCTCAGTCCCTGCTCTGGGAATGCAGCCACCACAAGCACACCAGGAAGCCCAGGCCCA
GCCACCCTGCAGTGGGCAAGCCCACACTCTGGAGCAGAGCAGGGTGCGTCTGGGAGGGGCTAACCTCCCCACCCCCC
ACCCCCCATCTGCACACAGCCACCTACCACTGCCCAGACCCTCTGCAGGAGGGCCAAGCCACCATGGGGTATGGACT
TAGGGTCTCACTCACGTGCCTCCCCTCCTGGGAGAAGGGGCCTCATGCCGAGATCCCTGCAGCACTAGACACAGCTG

Fig. 7 (cont.)

GAGGCAGTGGCCCCAGGGCCACCCTGACCTGGCATCTAAGGCTGCTCCAGCCCAGACAGCACTGCCGTTCCTGGGAA
GCCTGGGCTCCACCAGACCACAGGTCCAGGGCACAGCCCACAGGAGCCACCCACACACAGCTCACAGGAAGAAGATA
AGCTCCAGACCCCAGGGCGGGACCTGCCTTCCTGCCACCACTTACACACAGGCCAGGGAGCTGTTCCCACACAGATC
AACCCCAAACCGGGACTGCCTGGCACTAGGGTCACTGCCATTTCCCTCTCCATTCCCTCCCAGTGCCTCTGTGCTCC
CTCCTTCTGGGGAACACCCTGTGCAGCCCCTCCCTGCAGCCCACACGCTGGGGAGACCCCACCCTGCCTCGGGCCTT
TTCTACCTGCTGCACTTGCCGCCCACCCAAACAACCCTGGGTACGTGACCCTGCAGTCCTCACCCTGATCTGCAACC
AGACCCCTGTCCCTCCCTCTAAACACCCCTCCCAGGCCAACTCTGCACCTGCAGGCCCTCCGCTCTTCTGCCACAAG
AGCCTCAGGTTTTCCTACCTGTGCCCACCCCCTAACCCCTCCTGCCCACAACTTGAGTTCTTCCTCTCCTGGAGCCC
TTGAGCCATGGCACTGACCCTACACTCCCACCCACACACTGCCCATGCCATCACCTTCCTCCTGGACACTCTGACCA
CGCTCCCCTCCCTCTCAGACCCGGCCCTGGTATTTCCAGGACAAAGGCTCACCCAAGTCTTCCCCATGCAGGCCCTT
GCCCTCACTGCCTGGTTACACGGGAGCCTCCTGTGCGCAGAAGCAGGGAGCTCAGCTCTTCCACAGGCAGAAGGCAC
TGAAAGAAATCGGCCTCCAGTGCCTTGACACACGTCCGCCTGTGTCTCTCACTGCCTGCACCTGCAGGGAGGCTCCG
CACTCCCTCTAAAGATGAGGGATCCAGGCAGCAACATCACGGGAGAATGCAGGGCTCCCAGACAGCCCAGCCCTCTC
GCAGGCCTCTCCTGGGAAGAGACCTGCAGCCACCACTGAACAGCCACGGAGGTCGCTGGATAGTAACCGAGTCAGTG
ACCGACCTGGAGGGCAGGGGAGCAGTGAACCGGAGCCCATACCATAGGGACAGACACCAGCCGCTAACATCCCGAGC
CCCTCACTGGCGGCCCCAGAACACCCCGTGGAAACAGAACAGACCCACAGTCCCACCTGGAACAGGGCAGACACTGC
TGAGCCCCCAGCACCAGCCCCAAGAAACACTAGGCAACAGCATCAGAGGGGGCTCCTGAGAAAGAGAGGAGGGGAGG
TCTCCTTCACCATCAAATGCTTCCCTTGACCAAAAACAGGGTCCACGCAACTCCCCCAGGACAAAGGAGGAGCCCCC
TGTACAGCACTGGGCTCAGAGTCCTCTCTGAGACAGGCTCAGTTTCAGACAACAACCCGCTGGAATGCACAGTCTCA
GCAGGAGAGCCAGGCCAGAGCCAGCAAGAGGAGACTCGGTGACACCAGTCTCCTGTAGGGACAGGAGGATTTTGTGG
GGGTTCGTGTCACTGTG[redacted]CACAGTGACACAACCCCATTCCTAAAGCCCTA
D2-21
CTGCAAACGCACCCACTCCTGGGGCTGAGGGGCTGGGGGAGCATCTGGGAAGTATGGCCTAGGGGTGTCCATCAATG
CCCAAAATGCACCAGACTCTCCCCAAGACATCACCCCACCAGCCAGTGAGCAGAGTAAACAGAAAATGAGAAGCAGC
TGGGAAGCTTGCACAGGCCCCAAGGAAAGAGCTTTGGCAGGTGTGCAAGAGGGGATGTGGGCAGAGCCTGAGCAGGG
CCTTTTGCTGTTTCTGCTTTCCTGTGCAGAGAGTTCCATAAACTGGTATTCAGGATCAATGGCTGGGAGTGAGCCCA
GGAGGACAGTGTGGGAAGAGCACAGGGAAGGAGGACCAGCCGCTATCCTACACTGTCATCTTTTGAAAGTTTGCCCT
GTGCCCACAATGCTGCATCATGGGATGCTTAACAGCTGATGTAGACACAGCTAAAGAGAGAATCAGTGAAATGCATT
TGCAGCACAGATCTGAATAAATCCTCCAGAATGTGGAGCAGCACAGAAGCAAGCACACAGAAAGTGCCTGATGCCAA
GGCAAAGTTCAGTGGGCACCTTCAGGCATTGCTGCTGGGCACAGACACTCTGAAAAGCACTGGCAGGAACTGCCTGT
GACAAAGCAGAACCCTCAGGCAATGCCAGCCCTAGAGCCCTTCCTGAGAACCTCATGGGCAAAGATGTGCAGAACAG
CTGTTTGTCATAGCCCCAAACTATGGGGCTGGACAAAGCAAACGTCCATCTGAAGGACAACAGACAAATAAACGATG
GCAGGTTCATGAAATGCAAACTAGGACAGCCAGAGGACAACAGTAGAGAGCTACAGGCGGCTTTGCGGTTGAGTTCA
TGACAATGCTGAGTAATTGGAGTAACAGAGGAAAGCCCAAAAAATACTTTTAATGTGATTTCTTCTAAATAAAATTT
ACACCCGGCAAAATGAACTATCTTCTTAAGGGATAAACTTTCCCCTGGAAAAACTATAAGGAAAATCAAGAAAACGA
TGATCACATAAACACAGTGGTGGTTACTTCTACTGGGGAAGGAAGAGGGTATGAGCTGAGACACACAGAGTCGGCAA
GTCTCCTAACAAGAACAGAACAAATACATTACAGTACCTTGAAAACAGCAGTTAAACTTCTAAATCGCAAGAAGAGG
AAAATGCACACACCTGTGTTTAGAAAATTCTCAGTCCAGCACTGTTCATAATAGCAAAGACATTAACCCAGGTTGGA
TAAATAAGCGATGACACAGGCAATTGCACAATGATACAGACATACATTCAGTATATGAGACATCGATGATGTATCCC
CAAAGAAATGACTTTAAAGAGAAAAGGCCTGATGTGTGGTGGCAATCACCTCCCTGGGCATCCCCGGACAGGCTGCA
GGCTCACTGTGTGGCAGGGCAGGCAGGCACCTGCTGGCAGCTCCTGGGGCCTGATGTGGAGCAGGCACAGAGCTGTA
TATCCCCAAGGAAGGTACAGTCAGTGCATTCCAGAGAGAAGCAACTCAGCCACACTCCCTGGCCAGAACCCAAGATG
CACACCCATGCACAGGGAGGCAGAGCCCAGCACCTCCGCAGCCACCACCACCTGCGCACGGGCCACCACCTTGCAGG
CACAGAGTGGGTGCTGAGAGGAGGGGCAGGGACACCAGGCAGGGTGAGCACCCACAGAAAACTGCAGAAGCCTCACA
CATCCACCTCAGCCTCCCCTGACCTGGACCTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGGC
TTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACCTGGCCTCGGGCCTCACCTGGCCTGGGCTTCACCTGGCCT
GGGCTTCACCTGACCTGGACCTCACCTGGCCTGGGCCTCACCTGACCTGGACCTCACCTGGCCTGGGCTTCACCTGG
CCTGGGCTTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACCTGGCCTGGGCTTCACCTGACCTGGACCTCACC
TGGCCTCAGGCCTCACCTGCACCTGCTCCAGGTCTTGCTGGAGCCTGAGTAGCACTGAGGCTGTAGGGACTCATCCA
GGGTTGGGGAATGACTCTGCAACTCTCCCACATCTGACCTTTCTGGGTGGAGGCACCTGGTGGCCCAGGGAATATAA
AAAGCCCCAGAATGATGCCTGTGTGATTTGGGGGCAATTTATGAACCCGAAAGGACATGGCCATGGGGTGGGTAGGG
ACAGTAGGGACAGATGTCAGCCTGAGGTGAAGCCTCAGGACACAGGTGGGCATGGACAGTGTCCACCTAAGCGAGGG
ACAGACCCGAGTGTCCCTGCAGTAGACCTGAGAGCGCTGGGCCCACAGCCTCCCCTCGGGGCCCTGCTGCCTCCTCA
GGTCAGCCCTGGACATCCCGGGTTTCCCCAGGCCTGGCGGTAGGTTTGAAGTGAGGTCTGTGTCACTGTG[redacted]

Fig. 7 (cont.)

[redacted]CACAGTGTCACAGAGTCCATCAAAAACTCATGCCTGGGAGCCTCCCACCACAG
D3-22
CCCTCCCTGCGGGGGACCGCTGCATGCCGTGTTAGGATTTTGATCGAGGACACGGCGCCATGGGTATGGTGGCTACC
ACAGCAGTGCAGCCCATGACCCAAACACACGGGGCAGCAGAAACAATGGACAGGCCCACAAGTGACCATGATGGGCT
CCAGCCCACCAGCCCCAGAGACCATGAAACAGATGGCCAAGGTCACCCTACAGGTCATCCAGATCTGGCTCCAAGGG
GTCTGCATCGCTGCTGCCCTCCCAACGCCAAACCAGATGGAGACAGGGCCGGCCCCATAGCACCATCTGCTGCCGTC
CACCCAGCAGTCCCGGAAGCCCCTCCCTGAACGCTGGGCCACGTGTGTGAACCCTGCGAGCCCCCCATGTCAGAGTA
GGGGCAGCAGGAGGGCGGGGCTGGCCCTGTGCACTGTCACTGCCCCTGTGGTCCCTGGCCTGCCTGGCCCTGACACC
TGAGCCTCTCCTGGGTCATTTCCAAGACATTCCCAGGGACAGCCGGAGCTGGGAGTCGCTCATCCTGCCTGGCTGTC
CTGAGTCCTGCTCATTTCCAGACCTCACCAGGGAAGCCAACAGAGGACTCACCTCACACAGTCAGAGACAACGAACC
TTCCAGAAATCCCTGTTTCTCTCCCCAGTGAGAGAAACCCTCTTCCAGGGTTTCTCTTCTCTCCCACCCTCTTCCAG
GACAGTCCTCAGCAGCATCACAGCGGGAACGCACATCTGGATCAGGACGGCCCCCAGAACACGCGATGGCCCATGGG
GACAGCCCAGCCCTTCCCAGACCCCTAAAAGGTATCCCCACCTTGCACCTGCCCCAGGGCTCAAACTCCAGGAGGCC
TGACTCCTGCACACCCTCCTGCCAGATATCACCTCAGCCCCCTCCTGGAGGGGACAGGAGCCCGGGAGGGTGAGTCA
GACCCACCTGCCCTCAATGGCAGGCGGGGAAGATTCAGAAAGGCCTGAGATCCCCAGGACGCAGCACCACTGTCAAT
GGGGGCCCCAGACGCCTGGACCAGGGCCTGTGTGGGAAAGGCCTCTGGCCACACTCAGGGGCTTTTTGTGAAGGGCC
CTCCTGCTGTG[redacted]CACAGTGATGAAACCAGCAGCAAAAACTGACTGGACTCGCAGGGTTT
D4-23
ATGCACACTTCTCGGCTCGGAGCTCTCCAGGAGCACAAGAGCCAGGCCCGAGGGTTTCTGCCCAGACCCTCGGCCTC
TAGGGACACCCGGGCCATCTTAGCCGATGGGCTGGTGCCCTGCACACCGTGTGCTGCCAAACAGGGGCTTCAGAGGG
CTCTGAGGTGACTTCACTCATGACCACAGGTGCCCTGGTCCCTTCACTGCCAGCTGCACCAGACCCTGTTCCGAGAG
ATGCCCCAGTTCCAAAAGCCAATTCCTGGGGCCGGGAATTACTGTAGACACCAGCCTCATTCCAGTACCTCCTGCCA
ATTGCCTGGATTCCCATCCTGGCTGGAATCAAGAGGGCAGCATCCGCCAGGCTCCCAACAGGCAGGACTCCCACACA
CCCTCCTCTGAGAGGCCGCTGTGTTCCGCAGGGCCAGGCCGCAGACAGTTCCCCTCACCTGCCCATGTAGAAACACC
TGCCATTGTCGTCCCCACCTGGAAAAGACCACTTGTGGAGCCCCCAGCCCCAGGTACAGCTGTAGAGAGAGTCCTCG
AGGCCCCTAAGAAGGAGCCATGCCCAGTTCTGCCGGGACCCTCGGCCAGGCCGACAGGAGTGGACGCTGGAGCTGGG
CCCACACTGGGCCACATAGGAGCTCACCAGTGAGGGCAGGAGAGCACATGCCGGGGAGCACCCAGCCTCCTGCTGAC
CAGAGACCCGTCCCAGAGCCCAGGAGGCTGCAGAGGCCTCTCCAGGGGGACACAGTGCATGTCTGGTCCCTGAGCAG
CCCCCAGGCTCTCTAGCACTGGGGGCCCCTAGCACAGCTGTCTGGACCCTCCCTGTTCCCTGGGAAGCTCCTCCTGA
CAGCCCCGCCTCCAGTTCCAGGTGTGGTTATTGTCAGGGGGTGCCAGGCCGTG[redacted]CACA
D5-24
GTGGTGCCGCCCATAGCAGCAACCAGGCCAAGTAGACAGACCCCTGCCACGCAGCCCCAGGCCTCCAGCTCACCTGC
TTCTCCTGGGGCTCTCAAGGCTGCTGTCTGCCCTCTGGCCCTCTGTGGGGAGGGTTCCCTCAGTGGGAGGTCTGTGC
TCCAGGGCAGGGATGACTGAGATAGAAATCAAAGGCTGGCAGGGAAAGGCAGCTTCCCGCCCTGAGAGGTGCAGGCA
GCACCACAGAGCCATGGAGTCACAGAGCCACGGAGCCCCCAGTGTGGGCGTGTGAGGGTGCTGGGCTCCCGGCAGGC
CCAGCCCTGATGGGGAAGCCTGCCCCGTCCCACAGCCCAGGTCCCCAGGGGCAGCAGGCACAGAAGCTGCCAAGCTG
TGCTCTACGATCCTCATCCCTCCAGCAGCATCCACTCCACAGTGGGGAAACTGAGCCTTGGAGAACCACCCAGCCCC
CTGGAAACAAGGCGGGGAGCCCAGACAGTGGGCCCAGAGCACTGTGTGTATCCTGGCACTAGGTGCAGGGACCACCC
GGAGATCCCCATCACTGAGTGGCCAGCCTGCAGAAGGACCCAACCCCAACCAGGCCGCTTGATTAAGCTCCATCCCC
CTGTCCTGGGAACCTCTTCCCAGCGCCACCAACAGCTCGGCTTCCCAGGCCCTCATCCCTCCAAGGAAGGCCAAAGG
CTGGGCCTGCCAGGGGCACAGTACCCTCCCTTGCCCTGGCTAAGACAGGGTGGGCAGACGGCTGCAGATAGGACATA
TTGCTGGGGCATCTTGCTCTGTGACTACTGGGTACTGGCTCTCAACGCAGACCCTACCAAAATCCCCACTGCCTCCC
CTGCTAGGGGCTGGCCTGGTCTCCTCCTGCTGTCCTAGGAGGCTGCTGACCTCCAGGATGGCTTCTGTCCCCAGTTC
TAGGGCCAGAGCAGATCCCAGGCAGGCTGTAGGCTGGGAGGCCACCCCTGTCCTTGCCGAGGTTCAGTGCAGGCACC
CAGGACAGGAAATGGCCTGAACACAGGGATGACTGTGCCATGCCCTACCTAAGTCCGCCCCTTTCTACTCTGCAACC
CCCACTCCCCAGGTCAGCCCATGACGACCAACAACCCAACACCAGAGTCACTGCCTGGCCCTGCCCTGGGGAGGACC
CCTCAGCCCCCACCCTGTCTAGAGGACTTGGGGGGACAGGACACAGGCCCTCTCCTTATGGTTCCCCCACCTGGCTC
CTGCCGGGACCCTTGGGGTGTGGACAGAAAGGACGCCTGCCTAATTGGCCCCCAGGAACACAGAACTTCTCTCCAGG
GACCCCAGCCCGAGCACCCCCTTACCCAGGACCCAGCCCTGCCCCTCCTCCCCTCTGCTCTCCTCTCATCACTCCAT
GGGAATCCAGAATCCCCAGGAAGCCATCAGGAAGGGCTGAAGGAGGAAGCGGGGCCGCTGCACCACCGGGCAGGAGG
CTCCGTCTTCGTGAACCCAGGGAAGTGCCAGCCTCCTAGAGGGTATGGTCCACCCTGCCTGGGGCTCCCACCGTGGC
AGGCTGCGGGGAAGGACCAGGGACGGTGTGGGGGAGGGCTCAGGGCCCTGCAGGTGCTCCATCTTGGATGAGCCCAT
CCCTCTCACCCACCGACCCGCCCACCTCCTCTCCACCCTGGCCACACGTCGTCCACACCATCCTGAGTCCCACCTAC
ACCAGAGCCAGCAGAGCCAGTGCAGACAGAGGCTGGGGTGCAGGGGGGCCGCCAGGGCAGCTTTGGGGAGGGAGGAA

Fig. 7 (cont.)

TGGAGGAAGGGGAGGTCAGTGAAGAGGCCCCCCTCCCCTGGGTCTAGGATCCACCTTTGGGACCCCCGGATCCCATC
CCCTCCAGGCTCTGGGAGGAGAAGCAGGATGGGAGATTCTGTGCAGGACCCTCTCACAGTGGAATACCTCCACAGCG
GCTCAGGCCAGATACAAAAGCCCCTCAGTGAGCCCTCCACTGCAGTGCTGGGCCTGGGGGCAGCCCCTCCCACAGAG
GACAGACCCAGCACCCCGAAGAAGTCCTGCCAGGGGGAGCTCAGAGCCATGAAGGAGCAAGATATGGGGACCCCAAT
ACTGGCACAGACCTCAGCTCCATCCAGGCCCACCAGGACCCACCATGGGTGGAACACCTGTCTCCGGCCCCTGCTGG
CTGTGAGGCAGCTGGCCTCTGTCTCGGACCCCCATTCCAGACACCAGACAGAGGGACAGGCCCCCCAGAACCAGTGT
TGAGGGACACCCCTGTCCAGGGCAGCCAAGTCCAAGAGGCGCGCTGAGCCCAGCAAGGGAAGGCCCCCAAACAAACC
AGGAGGTTTCTGAAGCTGTCTGTGTCACAGTC[redacted]CACAATGACACTGGGCAGGACAGAAAC
D6-25
CCCATCCCAAGTCAGCCGAAGGCAGAGAGAGCAGGCAGGACACATTTAGGATCTGAGGCCACACCTGACACTCAAGC
CAACAGATGTCTCCCCTCCAGGGCGCCCTGCCCTGTTCAGTGTTCCTGAGAAAACAGGGGCAGCCTGAGGGGATCCA
GGGCCAGGAGATGGGTCCCCTCTACCCCGAGGAGGAGCCAGGCGGGAATCCCAGCCCCCTCCCCATTGAGGCCATCC
TGCCCAGAGGGGCCCGGACCCACCCCACACACCCAGGCAGAATGTGTGCAGGCCTCAGGCTCTGTGGGTGCCGCTAG
CTGGGGCTGCCAGTCCTCACCCCACACCTAAGGTGAGCCACAGCCGCCAGAGCCTCCACAGGAGACCCCACCCAGCA
GCCCAGCCCCTACCCAGGAGGCCCCAGAGCTCAGGGCGCCTGGGTGGATTCTGAACAGCCCCGAGTCACGGTG[redacted]
CACTGTGAGAAAAGCTATGTCCAAAACTGTCTCCCGGCCACTGCTGGAGGCCCAGCCAGAG
D1-26
AAGGGACCAGCCGCCCGAACATACGACCTTCCCAGCCCTCATGACCCCCAGCACTTGGAGCTCCACAGTGTCCCCAT
TGGATGGTGAGGATGGGGGCCGGGGCCATCTGCACCTCCCAACATCACCCCCAGGCAGCACAGGCACAAACCCCAAA
TCCAGAGCCGACACCAGGAACACAGACACCCCAATACCCTGGGGGACCCTGGCCCTGGTGACTTCCCACTGGGATCC
ACCCCCGTGTCCACCTGGATCAAAGACCCCACCGCTGTCTCTGTCCCTCACTCAGGGCCTGCTGAGGGGCGGGTGCT
TTGGAGCAGACTCAGGTTTAGGGGCCACCATTGTGGGGCCCAACCTCGACCAGGACACAGATTTTTCTTTCCTGCCC
TGGGGCAACACAGACTTTGGGGTCTGGGCAGGGAGGACCTTCTGGAAAGTCACCAAGCACAGAGCCCTGACTGAGGT
GGTCTCAGGAAGACCCCCAGGAGGGGGCTTGTGCCCCTTCCTCTCATGTGGACCCCATGCCCCCCAAGATAGGGGCA
TCATGCAGGGCAGGTCCTCCATGCAGCCACCACTAGGCAACTCCCTGGCGCCGGTCCCCACTGCGCCTCCATCCCGG
CTCTGGGGATGCAGCCACCATGGCCACACCAGGCAGCCCGGGTCCAGCAACCCTGCAGTGCCCAAGCCCTTGGCAGG
ATTCCCAGAGGCTGGAGCCCACCCCTCCTCATCCCCCCACACCTGCACACACACACCTACCCCCTGCCCAGTCCCCC
TCCAGGAGGGTTGGAGCCACCCATAGGGTGGGCGCTCCAGGTCTCACTCACTCGCTTCCCTTCCTGGGCAAAGGAGC
CTCGTGCCCCGGTCCCCCCTGACGGCGCTGGGCACAGGTGTGGGTACTGGGCCCCAGGGCTCCTCCAGCCCCAGCTG
CCCTGCTCTCCCTGGGAGGCCTGGGCACCACCAGACCACCAGTCCAGGGCACAGCCCCAGGGAGCCGCCCACTGCCA
GCTCACAGGAAGAAGATAAGCTTCAGACCCTCAGGGCCGGGAGCTGCCTTCCTGCCACCCCTTCCTGCCCCAGACCT
CCATGCCCTCCCCCAACCACTTACACACAAGCCAGGGAGCTGTTTCCACACAGTTCAACCCCAAACCAGGACGGCCT
GGCACTCGGGTCACTGCCATTTCTGTCTGCATTCGCTCCCAGCGCCCCTGTGTTCCCTCCCTCCTCCCTCCTTCCTT
TCTTCCTGCATTGGGTTCATGCCGCAGAGTGCCAGGTGCAGGTCAGCCCTGAGCTTGGGGTCACCTCCTCACTGAAG
GCAGCCTCAGGGTGCCCAGGGGCAGGCAGGGTGGGGGTGAGGCTTCCAGCTCCAACCGCTCCACTAGCCGAGACTAA
GGAAGTGAGAGGCAGCCAGAAATCCAGACCATTCCATAGCAAATGGATTTCATTAAAGTTACCAGACTTCAGTGTAA
GTAACATGAGCCCCATGCACAACAATCCCTTATGAAGGGGAAGTCAGTGTCGCCTCGGATTTCTTGAAAAACACAAA
AACTTATCAATGCCTGTAAAAGTCTGTTGGAAAGAAAATATGATTCAAGAATGTTATGCCCAACAAAGCTGGCATAT
TTTCTACCCGGACACACTCAGGGAATGTGGTCCCTTGAGTGCTTCTCTCACTGCGTAAATCCTACGTGGTGTTTAAG
CATATTCATAAATGTGTATGTCTATTTTTATGTGTAAGATGGTTCATTTTTATTTTATTTATTCAATATGTACAATA
AAGAATATTGACAAATAGGCTGGACATGGTGGCTCCCACCTGTAATCCCAGCCCTTTGGGAGGCCGAGGCGGGCAGA
TCACCTGAGGTCTGGAGTTCGAGACCAGCCTGGCCAACATGATGAAAACCCATCTCTACTAAAAATACAAAGATTAG
CCAGGCATGGTGGTGCATGCCTGTAATCCCAGCCACTCAGGAGGCTGAGACAGGAGAAATGCGTGAACCCGGAAGGC
GGAGGTTGCAGTGAGCCGAGATCACACCACTGCACTCCAGCCTGGCGACAGAGCAAGATTCCATCTCAAAAAAAAAA
AAAGACAAAGAAATTTGTTTTTTTGAATAAAGACAAATTTCATCACACGAAGATAAAGATGCAAAGCTCCAGACAGG
AAGGCACGGACAGCACAGTGAAGCCCGGAGCGGGCGCTGGGGGGCCAGGGGCATGGCGGGGGTGCCAGCGTCTCTCG
GTGCCTACCATGGCCACTCCAGCCTGTGTTCTCACGAGGATGGCTGTGCAATGCTAGGAGCGTGTTCGAAGCTCTAG
GGCAACCACTGGAAGTGAGGCTGAGGAGCAGAGCCCAGAGGCCCGTGGAGCTGATGAAAAGAAAGCTGGAGAAAGTG
TTTGCTGCCTCCCAACATGGTAAGAAAAGATAGAAAGAGAGAGCACACGGCAAAGGGAGCTTGCTGAGGGACTCTTT
ACAATGGCTTGCACAGAGCTCAGGGGGTCTGGGAGGCTAGGGCCCTGCGCAGGGCAGTCACCCCAGCCTGCTGACCA
AGGTTTGCTGCAGGCAGCTCTGGGGGTGGTTGAGGCGCGGTCCCTGGAGCCACCCCTCAAGGGAACGAGGCAGCAGA
GTGGGCCAAGGCCCAGGTCGGCTGCAAGGCTGCCCAGGACTTGGGGTCCTTACATCAGCAGCCACTGATGCAGCTGG
CCCAGAGAGAGGCGCCGAGCAGGTTGCCTCCAGGGGACAAACCAGGTCGGAGAGGGTGAGGCAGTGGATGGAGCCAC
AACAACCCCGGGCACGGGTGACACGCACGTTCATGCACATCTGACCCTTCCTCCCTCACCAAACAGGTCCCCCTGCC

Fig. 7 (cont.)

TTCCCCATGGTTGCGAAAAAGCAAAATGTAGACGTTTTTTCTTTTTTAATTCATGTTTTAATTGACAAATGAAGCCG
TATATATTTATTGTGTACAACATGATGCTTTAAAATATGTATACATCGTGGAACAGCAACGTTGAGCTAATTTAACA
CGCATTACTTCACATACTTGTCATCTTTTGTGGCGAGAATGCTTAAAATCCACTCTCTTAGTATTTTTTAAGAATGC
AATACATTGTTGTCAACTGTGGTCACCGTCATGCATAGCCAAGCTCCCGACCTCACCCTCCTGCCAGCTCAGGCTGT
GCATCCTTTCACCAGCATCCCCCACCCCGGCCCCTGGCCCTGGTAACTACCACTCTATACTCTACGTATGAGTTCAG
CTTTTTAAGATTCCACAGATGAATGAGATCATACAGTATTTGCTTTCTATGCCTGGCTTATTTTAGTTAACACACTG
TCCTCCAGATCCATCCGTTGTTGCAAATGACAGGGTTTCATTCTTTTTAAAGTCTAAAGAGTATTCCATTGTGTCAA
TGGACCTCATTTGCTTTATCCATGCATCAACTATGGACATTTAGGTTGATTCCATTTCTTAGCTGTTGTGGATGGTG
CTGCAGTAAACATGGGGCTGCAGATGTCTCTTCAACATACTGACATCATGTCCTTTGGATAAATACCCAGTAGTGGG
ATCGCTGGATCACAATGTACAGTTTGTTTTTTAATGGAAACTTTCATTTTTTGGTGAAATTAGGAAAACAGATAAAA
CCCACAGAATCCAAAATATATGTGAAGATGCCAAAAACAGTTGACATTGGGCAGAGGTCACATGGAAGGAAGTGAAT
ACATGACGGGGTGTGAGGGCCCAGAGGCAGCTGAAATACGCTTTCTAAACACAAGGACCTCTTCTGAGAGGGCAGAA
GTTTTATCCTGCACATGCAATGACCAGCACAGCTAAAATACACTTTCTAAACATGAGGACCTCTTCTGAGAGGGCAG
CTTTATCCTGCAAATGCAATGACCAGCACAGGACCCAGAATAAAGAGAGTTGCCAGCGGACGCCTGGTGTCCATGTG
TCCAGGTGAGTTCGAGATGCGGACGGCGCTGGCCAGCCAGTCACACCCTAAGTCAATCTGCTGCATGCATTTGTCCT
TGCCACAGCAGAAAACGAGAAAGCCTTTGGGCTGCAAAGCTTCACAGGCTCCTCTTCTCCCGACTCCATGGAAACAG
CTACAAAGAGCAGGCCCAGTAGAGCTTAATTCATGAAAATGAGTAATAAACTTGAACTGGAACAGTATCGACTTTTT
AGAAACGGCAGCAAAGTGTATAAAAAATATTCACCAGAACAATATTTCCAAACGATGAGATGAGAATTTCAGCCAAG
TAATCCTCCATGGATAGAAAATAATGAAGGGATTGGATTTATGAAGGAAAATCATGGAGCTCAAATACAAGAGAAGA
GAATCAAAAATGAACAGGAGGAGATAAAATATGGTTTGGCCAAAGTTACAAAATAAATTTTTTAAAAACCCTTCATC
ATGGCAAGTAGAAAGAGCGAGAGGAAAAACAGATCCCGTGGAAGACACAAATAGGACATGGGGAGAAAAATGAATGA
GATGAAACAGAGCAGAAATAAAATTTTACGGAACTAAAGACAAGTGATCTGAACCTGCCTGGGGCCTGGGGGACCTC
GCCACCCTGAAGGGAAAGAACATGCCTGGCTGGCTTTGCCACCTGCTCATTGCAGAGCCCCACAGCTTGCAACAAAC
ATAGGCGGTAGCCAGGGAGTGGTTACAGCAGGCCTTGAGCAAGACCCAGTGTTGTGCTGACTTCAGGTCTGACCCAG
CACTGTCATAGTGGTGGTGTCCATAGTGGTAGTGGGGGTGCTTGTGTCACTCCACCCCCATCTCCAGGAGGCTCAGA
ACAGACAGAGAGAGACTCCATTTGTTTGGGAGAAAGTAAGGGATGAGAACAAGAGTCTCTGCCTGGTAATCCAGAGA
ATTATTCTAGATCTTGGCCAAGATTATCAAAGCAGTACCTCTATGAGTCTTTTGGGCTTGGAGTCCCCCTAAAGCAG
ATATAGCTAAGATCACAACACCCAAGTCCTTTTGAATATGTGGGAAGACTTCCCAAGGACAGGAGCAAACAAACAAG
CCCAGACTGCAAAAAAACAAGCCCAGACTGCAATAAACACCTCACTCTTCAATGCCCAGGCACTGAAGAACATCTCC
TAGCAGCAACACCATCCAGGAAAACATGGCCTCAACCAGTGAACTAAATAAGGCACCAGGGACCAGTCTCGGAGAAA
TAGAGGTATGTTATCTTTCAGAGAATTCAAAGTAGCTTTGTTGAGGAAACTCAAAGAAATTCAAGATAACACAGTGA
AGGAATTCAGAATCCTATCCGATAAATTTAACAGAGATTGAAGCAATTAAAAAGAATTAAGCAGAAATTATGGAGCT
GAAAAATGCAATTGGCATACTGAAAAATGCATCAGAGTATTTTCATAGCCTCTTATATCAAGTAGAAGAAAGAATTA
GTGAGCTTGAAAACAGGCTATTTGGAAAAGCACGATAAAAGGAGACAAAAGAGAAAAGAATAAATAACAATGAAGCA
TATCTACAGGATCTAGAAAATAGCCTCAAAAGGCCAAATCTAAGAATTATTAGCCTTAAAGAGGAGGTAGAGAAAGA
GGGATGGAGAGTTTATTCAAAGGGATAATAACAGAAAACTTCCCAAACCTAGAGAAAGATATCAATATCCAAATGCA
AGAAGGATGTAGTACACCAAGGAGATTTAATGCAAAGAAGACTACCTCAAGGCATTCAATACTCAAACTCCCATATG
ACAAGGACTTTAAAAAGATCCTAAAAGCAGCAAAAGAAAAGAAATGAATAAAATACTATGGAGCTCCAATATGTCTG
GCAGCAGACTTTTCAGTGAAGACTTTATATGCCAGGAGAGAGTGTCATAATGGATTTAAAGTGCTGAAGGAAAAAC
TTTTACCCTCGAACAGTATAGCTGGTGAAATTATCCTTCAAACATGAAGGAGAAATAATTTGTTTCCAGACAAATGT
TGAGGGATTTCATGAACACCAGACCTGTCTTTTAAGAAATGCTAAAGGGAGTACTTCAATCAGAAAGAAACACGTTA
GTGAACAATAAGAAATCATCTGAAGGCACAAAACTCACCGGTAATAGTAAGTACACAGAAAAACACAGAATATTATA
ACACTGTAACTGTGGTGTGTAAACTCCTTTTGTTTGTTTGTTTGTTTGTTTGTTTGTTTTTGTTTTTAGACGGAGTT
TTGCTCCAGCCCAGGCTGGAGTGCAATGGCACAATCTCAGCTCACTGCAACTTCCACCTCCCGGGTTCAAGCAATTC
TCCTGCCTCAGCCTCCCAAGTAGCTGGGATTACAGGCATGTGCTACCATGTCCAGCTAATTTTGTATTTTAGTAGAG
ACGGTGTTTCACCATGTTGGTCAGGCTAGCCTTATCTTGAGTAGAAAAACTAAATGATGAAGCAATGAAAAATAATA
ACTACAACTTTTCAAGACATAGTACAATAAGATATAAATCATAACAAAAAGTTAAAAGGTGGAGGGATGAAGTTAAG
GCAAAGAGTCTTTATTAGTTTTCTTTTTACTTGTCTGTTTATGCAAACAGTGTTAAGTTGTCATCAGTTTAAAATAA
TGGGTCATAAGATACTATTTGCAAGCCTCATGGTAACGTCAAACCAAAAGCAATACAACAGATACACAAAAAACAAA
AAGCAAGAAGCTAAATTACGTCATCAGAGAAAATCACCTTCACTAAAAGGAAGACGGAGAAAAGAATGAAGAGAGAG
AAGACCAAAAGCAAATAGCAATATGGCAGGAGTAAGTCCTTACTTATCAATAATACCATTGAATGTAAATGGACTAA
ACTCTCCAATCAAAAGACATAGAGTGGCTGAATCAATTAAAGAAAAAACAAGACCCATTGATCTGTTGTCCACAAGA
AACACACTTTATCTATAAAGACACACATAGACTGAAAACAAAGGGATGGAAAAAGATACTCCACGCCAATGGAAACC
AAAGAAAGAGCAGGAGTAGCTACACTTATATCAGGCAAAATAGATTTCAAGACAAAAACTATAAGAAGAGACAAGGT

Fig. 7 (cont.)

CACTAATGATAAACAGGTCAATTCAGCAAGAGGATATAACAATTGTAAATATATATGCACCCAATGCTGGAGCACCC
AGATATATAAAGCAAGTATTTACTAGAGCTAAAGAGAGAAATAGACTCCAATGCAATAATAGCTGGAGATTTCAACA
TCCCACTTTCAACATTGAACAGATCCTCCAGATAGAAAATCAACAAAGAAATATTGGACTTAATCTGCACTATCGAC
CAAATGGATCTAACAGATATTTACAGAACATTTCATCCAACAGCTGCAGAACACACATTCTTTTCCTCAGCACATAG
ATCATTCTCAAGGATAGACCATATGTTGGGTCACAAAACAAGTTTTAAAATATTCAAATACATTGAAATAATATCAA
GCATCTTCTGTGACCACAATGGACTAAAACTAGAAATCAATAACAAGAGGAATTTTGGAAACTATATAAATATATGG
AAATTAATGAATGCTGAGTGGGTCAATGAAGCAATTAAGAAGGAAACTGAAATTTTTCTTGGAACGAATGATCATGG
AAACAGAAAATACCAAAACCTATGGGATACAGCAAAAGCAGTACTAAGAGGGAAGTTTACAGCTACAAATGCTTACA
TTAAAAAAGAAGAAAAACTTCAATAAAAAAACCTAACAATGCATCTTAAAGAACTAGAAAAGCAAGAGGAAATCAAA
TCCAAAATTAGTAGAAGAAAACAGTAAAGGTCAGAGCAGAAATAAGTAAAATTGAAATGAAGAAAACAATACAAAAG
ATCAATAAAACAACAGGTTGTTTTCTTGAAAAGTTAAACAAAATTGACAAACCTTTAGCCAGACTAAGAAAAAAAGA
CAGAAGATCCAAATAAATAAAATCAGAGATGAAAAAGGTGACATTACAACTTACACCACAGAAATTCAAAGGATCAT
TAGTGGCTACTATAAGCAACTATATGCCAATAAATTGGAAAATCTAGAAGAAATGCAGAAATTCCTAGACACATACA
ACCTCCCAAGATTAAACCAAGAAGAAATTCAAAACCTGAACAGACTGATAACAAGTAATGAGATCAAAGCCGTAATA
AAAAGCCTCCCAGTAAAGAGAAGCCCAGGACCCGACGGCTTCACTGCTGAATTCTACCAAACATTTAAAGTAGAACT
AATACCAATCCTACTCAAACTATTCCAAAAAATAGAGGTGGAAGGAATACTTCAAAACTCATTATACGAGGCCAGTA
TTAACCTGACACCAAAACTAGACAAAGACACATGAAAAAAAGAAAACTACAGGCCAATATGTCTGATGAATATTGAC
ACAAAAATCCTCAACAAAATACTAGCAAACCAAATTCAACTACACATTAGAAAGTTCACTCATCATGACCAAGTGGA
ATTTATCTAACTTGGGATGCAAAGATGGTTCAACATATGCAAATCAATCAATGTGATACATCATATCAACAGAATGA
ACAACAAAAACCATTTGATCATTTAATTGATACTGAAAAAGCATTTGATAAAATTCAACATTCCTTCATAATAAAAA
TTCTCTTCTATACTAGGTACAAAAGAAACTTACCTCAACATAATAAAGCCATATATGACAGTCCCACAGTATGATAC
TAAATGAGGAAAAACTGAGAGCCTTTCCTCTACGATCTGGAACATGACAAAGATGCCCACTTTCATCACTGTTATTC
AACATAGTACTGGAAGTCCTAGCTGGAGCGATCAGACAAGAGAAAGATATAAAAGACATCCAAATTGGAAAGGAATA
AGTCAAATTATCCTCATTTGCATATGGTATGATCTTCTATTTAGAGCTAACTAAAGACTCCACCAAAAAAAGTTATT
AGAACTGACGAACAAATTCAGTAAAGCTGCAGGATACAAAATCAACATACAAAAATCAGTAGCATTTCTATATGCCA
ACAATGACCAATGTGAAAAAGAAATTAAAAAGTAACCCTATTTACAATAACCACAAATAAACACCTAGGAATTAACC
AAAGAGGTAAAAGATTTCTGTAATGAAAACTATAAAAAACTGATGAAAGAAATTGAAGAGTACACCAAAAAATGGAA
AGCAATTGCATGTTCATGGATTAGAAGAATCAGTGTTGTTATAATGTCCATACTATCCAAAGCAATCTACAGATTCA
ATGCAATCCTTATCAAAATACCAATGACATCATTCACAGAAATAGAAAAAAAAAATCCTAAAATTTACGTGGAACCA
CAAAGACCCAGAATAGCCAAAGCTCTCCTAAGCAAAAAGAACGAAACTGTAGGAATGACATTGCCTGTCTTCAAATT
CTACTACAGAGCTATAGATAGTAACCAAAACAGCGTGGTACTAGCATAAAAACAGACACAGAGACAAACAGAACAAA
ATTTAAAAACCCAGAAATAAATCCACACACCTACAGCAAATTCATTTTTGACAAAGTTGCCAAGAACATACTCTGGG
GAATAGATAATGATATCTCTTCAATAAATAATGTGGGAAAACTGGATATCCATATACATAACAGTGAAACTAGACC
CCTCTCTCTCTCACTATATACAAAAATCAAATCAAAATTGTTTAAGGACTTAAATCTAAGACCTCATACTATGAAAC
CACTGCAAGACAACCTTGGCGGAAACTCTCCAAGACATCAGTCCAGGCAAAGATTTCTTGAGTAATATCCCACAAGC
ACAGACAACCAAAGCAAAAATGGACAAATGGGATCACATCAAGTTAAAAAGCTTCTGCACAGTAAGGGAAACAACCA
ACAAAATGAAGAGACAACCCACAGAATGGGAGAAAATATTTGAAAAATACCCATCTGGCAAGGGATTAAAAACCAGA
ATATATGCAGAATATATAAGGAGCTCAAACAGTGCTATAGAAAAAAAAATCTAATAATCTGATTTAAAAATGGGAAA
AATGTTAGAATAGACATTTCTTAAAATAAGACATACAGATGGCAAACCGACATGGAACGGTGCTCAACATCATGGAT
TATCACAGAAACACAATCAATCAAAACTAAAACTAAAATGTGCTATCATCTCACCCCAGTTAAAATGGCTGATATCC
AGAAGACAGGCAATAACAAATGCTGGCAAGGATGTGGGGAAAAGGGAGCCCCCATACACTGTTGCTGGGATTGTAAA
TTAGTACAACCACTGTGGAGAGCAGCATGAAAGTTCCTCAAAAAACTGAAAGAAAGCTACCATAGGATCCAGCAATC
CCACTGCTGTGTATATACTACAAAAGAAAGGAAGTCAGTATATGAAGAGGTATCTGCACTCCCATGTTTGTTGCAGC
CCTGTTCACAACAGCCAAGATTTGGAAGCAACCTAAGTGTCCATCAGCAGTTGAATGTATAAAGAAAATGTGGTGCA
TATACACAATGGAGTATTATTCAATAATAAAAAGGAATGAGATTGAGTCATTTGCAACAACATGGATGGAACTGGAG
ATCATTATGTGAAGTGAAATAAGCCAGGCACAGAAAGACAAACATTACAATGTTCTTACTTATTAATGAGATCTAAA
AATCAAAACAATTGCACCCATGTTCATAAAGAGTAAAAGGATGGTTACCAGATGCTGAGAACGGTGGTGGGGGATA
GGGAAAGGTGGCAGTGGTTAACGGGTACAAAAAAATAGAAAGAATGAATAAGACTTACTACTTGATAGCACAGCAAG
GTGGCTATAGTCAGTAATTTAGTTGTATATTTTTAATAATGAAAGGTGTATAATTGGATTGTTTCTAACACAAAGGA
TAATGCTTAAGAGGATGGATACCCCATTTTCCATGATGTGATTATTTCACATTGCACGCCTAGATCAAAACATCCAA
TGTACCCCATAAATATATACATCTTCTATGTACCCATAAAAATTCTGTAAAATAAAATATATAAAAAGAGGTGACAG
ATATGGAAGACAGGCAAAGAAGAGACGACATCCACATAATCCGAGTACCTAAGAAAGAATGGAGTCCAGTGCATCTC
AGGAGCCACCATTCTAAGCCAATTTTCTCTGGTTCTCTCAGTCACCCTACCAATACGTGGCAATCTTGTTTTATTT
CAGGATAGAGTTTTTGAAATTATAGATTTAAGTATGCTTTCTGTTCTATTACTTTTGGTAATTAATTTTAGAAAGAA

Fig. 7 (cont.)

CTAATTTGGGCACAAATTTGAAAAAATTCTAAATCCAAAAAAAAAAAGAAAAAAACACACACACAATCATCTATAAG
GGGGATGATGACCAGTCCTAGATTTCTCACCAGCCACATTCAAGATCAGTAAATGGTAGGACAAAACCTGTAGGGTC
CTTAAGGGGGAAAGAAGTAGTGGATAGTCCAGAGTCTATATACAGCCAACTGTTCTTGAAGAAAAAAGGCTGCTGAA
AAGGAGTTCCAAACATTCTATAATCCATAATCTCATGATGAAACTACTAGAGGAAGACCACCAGCCATCAAAAGGTG
CTTGGAGAACCCAGGGCCAAGAACCAAAAGTAAATATTAAGTGTCCTTAACTGCGAGACTAAGATAGAAATGACTGT
GGGGGACCATGTGGCCTCAACAGAGGTGAAATGGTGTCTGCCTGACAAAGTGGACATTTTACAATGATCAAAACACA
GAATATGAGATAGAGAGCACTTCTGAATTACTGCCTCACTCCAAATAACTCTCAGCCAAAGGACTTCAGTAAAACCA
AATTGGGCATATTAGACAGTACAAACAAATTCTAAGAAAATAATATTACTGATTACAATCACATGATGCTAGAGATG
GAGGGGAAAAGGAAGAGGAAACCAGGTAATTTCATACTCGTATATAGTAAAGAACTAAAGTACATTGTCCAAAGAAG
AACAAAGAATATTTTGGAAAGTTATAAAGGTAGCCACTACACATAGAAGATAGCAAAGAACAAGAAAACTTAAGATG
GAAAACTTTTTGGAAGCATAAAAATAGAAAATATAAACTACTAAGATAAGATTGAAGCCAAACAGATCTATGAAAAC
AACAAACATCAATGGCCTTAACTTGCCTATTAAAAGGAAGAGACTTTCAAATTGGACCACAAGATAAAACCCAACTC
TATATAGCATATGAGTATTACACACAAAATGGGAAAAGCTGAAAAAACTTGGGCAAAATTCACCCCAAGCAAATTCC
ACTGTTTCCTTTGGACAAAATGCCAAGCTCCATGCCAGGGAAGATGATTCTCCTCAGACCTTCTCCTCACTCTCCC
AGTCCTCTTAGGGAAGGAATTGGGTGTTAGAGGAGGGAGACTCTGTCGATTATCAGCTGAAGCAGTGGTGTGCTCCT
GCGTTGCTTCTGACCTGGGAAATGAAGCAGCAAGACTCTTTCTGCTGTGTCTTTGCCCAGAAGGGCCATCCCCCCAG
AGCAGAGTACCCAGGCCGGCAGGAGCAGTGGTGGAAGCGTGGAAACCACGTCTCCTACAGCAGAGACCATCAGAAGC
GGAGCCTCGGGTATAAGGGAAACAACGCGTTCTCCCTAACCTGGGAGTGACAGACAGCGTCATTCCTCACAGTGATA
CCCTGTGTTCTAGCCATCTGGCCCATGACAGAGCCAGCCCAGAGCCAGCCCAGAGCCAGCCCCTGACCATCCTGGAG
CCTGGCCAGCTCGCCAAGCTGCACCATAGGCCTGGAAGGCGTGGAGACCTGCGGCAGTGCCCTGTCCTCCCGTGAGG
CCTGCCATCCCTGCCAGGGGTCGCCTCTGGCTTCTCCTTCTCCAGGACCGCACGGTCCAGAGGCTCAGTGCCTGGAG
TAGGTGTTGCCTCCCTGCTTCTAGGCCCAGACCCTCCCTTGTTCCTGACCCCGGGCCTTTCCCTCTGGCTTGGACAT
CCAGGGCCCTGTCTCAGCTGGGGAGCTGCTCCTGCTCAAGGACTGTCTTCCGCGGGATCGAAAGGCCGCGTCCTGAA
CAATGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCA
GGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGT
GCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCT
CTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGT
GGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAA
AGGCCGCGTCCTAAACAGTGCGTGGGCCACGTGAGCGGAGCAGGCTCTAAAGGCCGCGTCCTAAACAGTGCGTGGGC
CACGGGAGCGGAGCAGACTCTAAAGGCCGCGTCCTAAACAGTGTGTGGGCCACGTGAGCGAAGCGCCCTCTCCACTG
CCCTCGGGGCCGCAGCTCCCAGCTCAGCTCCCAGCCCTGCTCAGGGCAGCCAGGCCAGGAGGTACCATCCAGGCTAA
GTGACCCTCAGGGGGGACAGGTGCCCCAGGAGATGCCAGCTGTTGGGAGAGGCTGGGGGACCAACTCGACCTGGCCT
GTGGGCCCTGCCCTGGCCACCCATTGTAGGATCCAGCCGCCACGCCTGTGACACTCGTGTGCTTTCCCTGGTGTGTG
CTTGTGGCAGGTGGGGGCAGAGGGTCCTCAGGCCAGAGAGCCACTCCCCCAGCGCCAGACCACCCTCTTCCTCACTC
CCCCACCTCACCCCCTCACAGGTGCCTCCCAGGCCATCAGGGCCCAACCACCCCTAAACAAATGGGTTCTCGGCCCC
TCGTGGCTGGAGGTGGGTTCTCTCACCATTCCCAGCCTAAGACTCCATCCCCATGCTGGCAGCTGTTCAACCATGTC
TAGAGAGATCCACTGTCCCAGACAGCACCTCAGGGTCCCCCGTCCTGCCTGGAACCCTGTAGGAAACTCCACAAACC
GCCGCCATTCTGTCCACACCCCTACAGGAGCCCCAACCCTCTCCCCACATCCAGGCTTCCCTCCCAGACCCCTCATC
CCTGCCCGCACGGTGCCTGAGGGGGCCTTCTTGGGCAGCGCCTAAGCAAGCCCCCAGCACCCTTCGGCCCCTTCAAG
GCACACAGGCCCCCTTTCCACCCAGCCTCAGGAAACCACCTGTGTCCTCCAACGACAGGTCCCAGCCTCCCAGCCTT
TGCCTTGCCTGTTCCTCTCCCTGGAACTCTGCCCCGACACAGACCCTCCCCAGCAAGCCCGCAGGGGCACCTCCCCT
GCCCCCAGACACCCTGTGCCCGTCAGTTCATCCCCAGCAGAGGCCCTCACCAGGCACACCCCCATGCTCACACCTGG
CCCCAGGCCTCAGCCTCCCTGAGGGCCCCACCCAGCCCGCGTCTGGCCAGTGGTGCGTGCAAAGCCCCTCACCCAGA
CTCGGCGGAAGGCAGCCAGTGCAGGCCTGGGGAGGGGCTCTCCTTAGACCACCTTGCACCTTCCCTGGCACCCACCA
TGGGAAGAGCTGAGACTCACTGAGGACCAGCTGAGGCTCAGAGAAGGGACCCAGCACTGGTGGACACGCAGGGAGCC
CACGCCAGGGCGCCGTGGTGAGTGAGGCCCAGTGCCACCCACTGAGGCCTCCCGTTCAGTGGGACGACGGTGAACAG
GTGGAACCAACCAGGCAACCCCCGCCGGGCCCCACAGACGGGATCAGAGCAGGAAAGGCTTCCTGCCCCTGCAGGCC
AGCGAGGAGCCCTGGCGGGGGCCGTGGCCCTCCAGGCGAGGAGGCTCCCCTGGCCACCGCCACCCGGGCCTCTCTGC
TGCTGGGAAAACAAGTCAGAAAGCAAGTGGATGAGAGGTGGCGTGACAGACCCAGCTTCAGATCTGCTCTAATTTAC
AAAAGAAAAGGAAAAACACACTTGGCAGCCTTCAGCACTCTAATGATTCTTAACAGCAGCAAATTATTGGCACAAGA
CTCCAGAGTGACTGGCAGGGTTGAGGGCTGGGGTCTCCCACGTGTTTTGGGGCTAACAGCGGAAGGGAGAGCACTGG
CAAAGGTGCTGGGGGCCCCTGGACCCGACCCGCCCTGGAGACCGCAGCCACATCAGCCCCCAGCCCCACAGGCCCCC
TACCAGCCGCAGGGTTTTGGCTGAGCTGAGAACCACTGTG[redacted]CACAGTGATTGGCAGCTCTACAAAAA
D7-27

Fig. 7 (cont.)

CCATGCTCCCCCGGGACCCCGGGCTGTGGGTTTCTGTAGCCCCTGGCTCAGGGCTGACTCACCGTG[redacted]GTGAGTCTGCTGTCTJ1GGGATAGCGGGGAGCCAG
JH1
GTGTACTGGGCCAGGCAAGGGCTTTGGCTTCAGACTTGGGGACAGGTGCTCAGCAAAGGAGGTCGGCAGGAGGGCGG
AGGGTGTGTTTTTGTATGGGAGAAGCAGGAGGGCAGAGGCTGTG[redacted]GTGAGTCCCACTGCAGCCCCCTCCCAGTCTTCTCTGTCCAGGCACCAJ2GGCCAGGT
JH2
ATCTGGGGTCTGCAGCCGGCCTGGGTCTGGCCTGAGGCCACACCAGCTGCCATCCCTGGGGTCTCCGCCATGGGCTG
CATGCCAGAGCCCTGCTGTCACTTAGCCCTGGGGCCAGCTGGAGCCCCCAAGGACAGGCAGGGACCCCGCTGGGCTT
CAGCCCCGTCAGGGACCCTCCACAGGTAGCAAGCAGGCCGAGGGCAGGGACGGGAAGGAGAAGTTGTGGGCAGAGCC
TGGGCTGGGGCTGGGCGCTGGCTGTTCATGTGCCGGGGACCAGGCCTGCGCTTTAGTGTGGCTACAAGTGCTTGGAG
CACTGGGGCCAGGGCAGCCCGGCCACCGTCTCCCTGGGAACGTCACCCCTCCCTGCCTGGGTCTCAGCCCGGGGGTC
TGTGTGGCTGGGGACAGGGACGCCGGCTGCCTCTGCTCTGTGCTTGGGCCATGTGACCCATTCGAGTGTCCTGCACG
GGCACAGGTTTGTGTCTGGGCAGGAACAGGGACTGTGTCCCTGTG[redacted]GTAAGATGGCTTTCCTTCTGCCTCCTTTCTCTGGGCCCAGCGTCCTCTGTCCTGGAGCT
JH3
GGGAGATAATGTCCGGGGGCTCCTTGGTCTGCGCTGGGCCATGTGGGGCCCTCCGGGGCTCCTTCTCCGGCTGTTTG
GGACCACGTTCAGCAGAAGGCCTTTCTTTGGGAACTGGGACTCTGCTGCTGGGGCAAAGGGTGGGCAGAGTCATGCT
TGTGCTGGGGACAAAATGACCTTGGACACGGGGCTGGCTGCCACGGCCGGCCCGGGACAGTCGGAGAGTCAGGTTT
TTGTGCACCCCTTAATGGGGCCTCCCACAATGTG[redacted]GTGAGTCCTCACAACCTCTCTCCTGCTTTAACTCTGAAGGGTTTTGCTGCATTTTTGGGGGGAAATAAGGGT
JH4
GCTGGGTCTCCTGCCAAGAGAGCCCCGGAGCAGCCTGGGGGGCTCAGGAGGATGCCCTGAGGCAACAGCGGCCACAC
AGACGAGGGGCAAGGGCTCCAGATGCTCCTTCCTCCTGAGCCCAGCAGCACGGGTCTCTCTGTGGCCAGGGCCACCC
TAGGCCTCTGGGGTCCAATGCCCAACAACCCCCGGGCCCTCCCCGGGCTCAGTCTGAGAGGGTCCCAGGGACGTAGC
GGGGCGCCAGTTCTTGCCTGGGGTCCTGGCATTGTTGTCACAATGTG[redacted]GTGAGTCCTCACCACCCCCTCTCTGAGTCCACTTAGGGAGACTCAGCTTGCCAGGG
JH5
TCTCAGGGTCAGAGTCTTGGAGGCATTTTGGAGGTCAGGAAAGAAAGCCGGGGAGAGGGACCCTTCGAATGGGAACC
CAGCCTGTCCTCCCCAAGTCCGGCCACAGATGTCGGCAGCTGGGGGGCTCCTTCGGCTGGTCTGGGGTGACCTCTCT
CCGCTTCACCTGGAGCATTCTCAGGGGCTGTCGTGATGATTGCGTGGTGGGACTCTGTCCCGCTCCAAGGCACCCGC
TCTCTGGGACGGGTGCCCCCCGGGGTTTTTGGACTCCTGGGGGTGACTTAGCAGCCGTCTGCTTGCAGTTGGACTTC
CCAGGCCGACAGTGGTCTGGCTTCTGAGGGGTCAGGCCAGAATGTGGGGTACGTGGAGGCCAGCAGAGGGTTCCAT
GAGAAGGGCAGGACAGGGCCACGGACAGTCAGCTTCCATGTGACGCCCGGAGACAGAAGGTCTCTGGGTGGCTGGGT
TTTTGTGGGGTGAGGATGGACATTCTGCCATTGTG[redacted]GTAAGAATGGCCACTCTAGGGCCTTTGTTTTCTGCTACTGCCTGTG
JH6
GGGTTTCCTGAGCATTGCAGGTTGGTCCTCGGGGCATGTTCCGAGGGGACCTGGGCGGACTGGCCAGGAGGGGACGG
GCACTGGGGTGCCTTGAGGATCTGGGAGCCTCTGTGGATTTTCCGATGCCTTTGGAAAATGGGACTCAGGTTGGGTG
CGTCTGATGGAGTAACTGAGCCTGGGGGCTTGGGGAGCCACATTTGGACGAGATGCCTGAACAAACCAGGGGTCTTA
GTGATGGCTGAGGAATGTGTCTCAGGAGCGGTGTCTGTAGGACTGCAAGATCGCTGCACAGCAGCGAATCGTGAAAT
ATTTTCTTTAGAATTATGAGGTGCGCTGTGTGTCAACCTGCATCTTAAATTCTTTATTGGCTGGAAAGAGAACTGTC
GGAGTGGGTGAATCCAGCCAGGAGGGACGCGTAGCCCCGGTCTTGATGAGAGCAGGGTTGGGGGCAGGGGTAGCCCA
GAAACGGTGGCTGCCGTCCTGACAGGGGCTTAGGGAGGCTCCAGGACCTCAGTGCCTTGAAGCTGGTTTCCATGAGA
AAAGGATTGTTTATCTTAGGAGGCATGCTTACTGTTAAAAGACAGGATATGTTTGAAGTGGCTTCTGAGAAAAATGG
TTAAGAAAATTATGACTTAAAAATGTGAGAGATTTTCAAGTATATTAATTTTTTTAACTGTCCAAGTATTTGAAATT
CTTATCATTTGATTAACACCCATGAGTGATATGTGTCTGGAATTGAGGCCAAAGCAAGCTCAGCTAAGAAATACTAG
CACAGTGCTGTCGGCCCCGATGCGGGACTGCGTTTTGACCATCATAAATCAAGTTTATTTTTTTAATTAATTGGCGC
GCGCCCTCTGTGACAGCATTTATACAGTATCCGATGCATAGGGACAAAGAGTGGAGTGGGGCACTTTCTTTAGATTT
GTGAGGAATGTTCCGCACTAGATTGTTTAAAACTTCATTTGTTGGAAGGAGAGCTGTCTTAGTGATTGAGTCAAGGG
AGAAAGGCATCTAGCCTCGGTCTCAAAAGGGTAGTTGCTGTCTAGAGAGGTCTGGTGGAGCCTGCAAAAGTCCAGCT
TTCAAAGGAACACAGAAGTATGTGTATGGAATATTAGAAGATGTTGCTTTTACTCTTAAGTTGGTTCCTAGGAAAAA
TAGTTAAATACTGTGACTTTAAAATGTGAGAGGGTTTTCAAGTACTCATTTTTTTAAATGTCCAAAATTCTTGTCAA
TCAGTTTGAGGTCTTGTTTGTGTAGAACTGATATTACTTAAAGTTTAACCGAGGAATGGAGTGAGGCTCTCTCATA

Fig. 7 (cont.)

ACCTATTCAGAACTGACTTTTAACAATAATAAATTAAGTTTCAAATATTTTTAAATGAATTGAGCAATGTTGAGTTG
GAGTCAAGATGGCCGATCAGAACCAGAACACCTGCAGCAGCTGGCAGGAAGCAGGTCATGTGGCAAGGCTATTTGGG
GAAGGGAAAATAAAACCACTAGGTAAACTTGTAGCTGTGGTTTGAAGAAGTGGTTTTGAAACACTCTGTCCAGCCCC
ACCAAACCGAAAGTCCAGGCTGAGCAAAACACCACCTGGGTAATTTGCATTTCTAAAATAAGTTGAGGATTCAGCCG
AAACTGGAGAGGTCCTCTTTTAACTTATTGAGTTCAACCTTTTAATTTTAGCTTGAGTAGTTCTAGTTTCCCCAAAC
TTAAGTTTATCGACTTCTAAAATGTATTTAGAATTCATTTTCAAAATTAGGTTATGTAAGAAATTGAAGGACTTTAG
TGTCTTTAATTTCTAATATATTTAGAAAACTTCTTAAAATTACTCTATTATTCTTCCCTCTGATTATTGGTCTCCAT
TCAATTCTTTTCCAATACCCGAAGCATTTACAGTGACTTTGTTCATGATCTTTTTTAGTTGTTTGTTTTGCCTTACT
ATTAAGACTTTGACATTCTGGTCAAAACGGCTTCACAAATCTTTTTCAAGACCACTTTCTGAGTATTCATTTTAGGA
GAAAGACTTTTTTTTTAAATGAATGCAATTATCTAGACTTATTTCAGTTGAACATGCTGGTTGGTGGTTGAGAGGAC
ACTCAGTCAGTCAGTGACGTGAAGGGCTTCTAAGCCAGTCCACATGCTCTGTGTGAACTCCCTCTGGCCCTGCTTAT
TGTTGAATGGGCCAAAGGTCTGAGACCAGGCTGCTGCTGGGTAGGCCTGGACTTTGGGTCTCCCACCCAGACCTGGG
AATGTATGGTTGTGGCTTCTGCCACCCATCCACCTGGCTGCTCATGGACCAGCCAGCCTCGGTGGCTTTGAAGGAAC
AATTCCACACAAAGACTCTGGACCTCTCCGAAACCAGGCACCGCAAATGGTAAGCCAGAGGCAGCCACAGCTGTGGC
TGCTGCTCTTAAAGCTTGTAAACTGTTTCTGCTTAAGAGGGACTGAGTCTTCAGTCATTGCTTTAGGGGGAGAAAGA
GACATTTGTGTGTCTTTTGAGTACCGTTGTCTGGGTCACTCACATTTAACTTTCCTTGAAAAACTAGTAAAAGAAAA
ATGTTGCCTGTTAACCAATAATCATAGAGCTCATGGTACTTTGAGGAAATCTTAGAAAGCGTGTATACAATTGTCTG
GAATTATTTCAGTTAAGTGTATTAGTTGAGGTACTGATGCTGTCTCTACTTCAGTTATACATGTGGGTTTGAATTTT
GAATCTATTCTGGCTCTTCTTAAGCAGAAAATTTAGATAAAATGGATACCTCAGTGGTTTTTAATGGTGGGTTTAAT
ATAGAAGGAATTTAAATTGGAAGCTAATTTAGAATCAGTAAGGAGGGACCCAGGCTAAGAAGGCAATCCTGGGATTC
TGGAAGAAAAGATGTTTTTAGTTTTTATAGAAAACACTACTACATTCTTGATCTACAACTCAATGTGGTTTAATGAA
TTTGAAGTTGCCAGTAAATGTACTTCCTGGTTGTTAAAGAATGGTATCAAAGGACAGTGCTTAGATCCGAGGTGAGT
GTGAGAGGACAGGGGCTGGGGTATGGATACGCAGAAGGAAGGCCACAGCTGTACAGAATTGAGAAAGAATAGAGACC
TGCAGTTGAGGCCAGCAGGTCGGCTGGACTAACTCTCCAGCCACAGTAATGACCCAGACAGAGAAAGCCAGACTCAT
AAAGCTTGCTGAGCAAAATTAAGGGAACAAGGTTGAGAGCCCTAGTAAGCGAGGCTCTAAAAAGCACAGCTGAGCTG
AGATGGGTGGGCTTCTCTGAGTGCTTCTAAAATGCGCTAAACTGAGGTGATTACTCTGAGGTAAGCAAAGCTGGGCT
TGAGCCAAAATGAAGTAGACTGTAATGAACTGGAATGAGCTGGGCCGCTAAGCTAAACTAGGCTGGCTTAACCGAGA
TGAGCCAAACTGGAATGAACTTCATTAATCTAGGTTGAATAGAGCTAAACTCTACTGCCTACACTGGACTGTTCTGA
GCTGAGATGAGCTGGGGTGAGCTCAGCTATGCTACGCTGTGTTGGGGTGAGCTGATCTGAAATGAGATACTCTGGAG
TAGCTGAGATGGGGTGAGATGGGGTGAGCTGAGCTGGGCTGAGCTAGACTGAGCTGAGCTAGGGTGAGCTGAGCTGG
GTGAGCTGAGCTAAGCTGGGGTGAGCTGAGCTGAGCTTGGCTGAGCTAGGGTGAGCTGGGCTGAGCTGGGGTGAGCT
GAGCTGAGCTGGGGTAAGCTGGGATGAGCTGGGGTGAGCTGAGCTGAGCTGGAGTGAGCTGAGCTGGGCTGAGCTGG
GGTGAGCTGGGCTGAGCTGGGCTGAGCTGGGCTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGG
TGAGCTGAGCTGAGCTGGGGTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTG
GGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGAG
CTGGGGTGAGCTGGGGTGAGCTGAGCTGAGCTGGAGTGAGCTGAGCTGGGCTGAGCTGGGGTGAGCTGGGCTGAGCT
GGGGTGAGCTGAGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGG
GCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGCTGAGC
TGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGCTGAGCTGGGGTGAGCTGGGCTGAGCTGGGCTGAGCTGGGCTG
AGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAG
CTGGGGTGAGCTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGGGCTGAGCAGGGCTGAGCTGGGGTGAGCTGAGCT
GAGCTGGGGTGAGCTGGGCTGAGCTGGGCTGAGCTGAGCTGAGCTGGGCTGAGCTGGGCTGAGCTGGGCTGAGCTGG
GCTGAGCTGGGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGC
TGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTGGGGTGAGCTGAGCTGAGCTG
GGGTGAGCTGAGCTAGGGTGAACTGGGCTGGGTGAGCTGGAGTGAGCTGAGCTGAGGTGAACTGGGGTGAGCCGGGA
TGTTTTGAGTTGAGCTGGGGTAAGATGAGCTGAACTGGGGTAAACTGGATGAGCTGTGGTGAGCGGAGCTGGATTG
AACTGAGCTGTGTGAGCTGAGCTGGGGTCAGCTGAGCAAGAGTGAGTAGAGCTGGCTGGCCAGAACCAGAATCAATT
AGGCTAAGTGAGCCAGATTGTGCTGGGATCAGCTGTACTCAGATGAGCTGGGATGAGGTAGGCTGGGATGAGCTGGG
CTAGCTGACATGGATTATGTGAGGCTGAGCTAGCATGGGCTGGCCTAGCTGATGAGCTAAGCTTGAATGAGCGGGGC
TGAGCTGGACTCAGATGTGCTAGACTGAGCTGTACTGGATGATCTGGTGTAGGGTGATCTGGACTCAACTGGGCTGG
CTGATGGGATGCGCCAGGTTGAACTAGGCTCAGATAAGTTAGGCTGAGTAGGGCCTGGTTGAGATGGTTCGGGATGA
GCTGGGAAAAGATGGACTCGGACCATGAACTGGGCTGAGCTGGGTTGGGAGACCATGAATTGAGCTGAACTGAGTGC
AGCTGGGATAAACTGGGTTGAGCTAAGAATAGACTACCTGAATTGTGCCAAACTCGGCTGGGATCAATTGGAAATTA
TCAGGATTTAGATGAGCCGGACTAAACTATGCTGAGCTGGACTGGTTGGATGTGTTGAACTGGCCTGCTGCTGGGCT

Fig. 7 (cont.)

GGCATAGCTGAGTTGAACTTAAATGAGGAAGGCTGAGCAAGGCTAGCCTGCTTGCATAGAGCTGAACTTTAGCCTAG
CCTGAGCTGGACCAGCCTGAGCTGAGTAGGTCTAAACTGAGTTAAAAATCAACAGGGATAATTTAACAGCTAATTTA
ACAAGCCTGAGGTCTGAGATTGAATGAGCAGAGCTGGGATGAACTGAATGAGTTTCACCAGGCCTGGACCAGTTAGG
CTAGGACCTCGTTCTATAGAGGCAGACTGTGTGCTACAGTGGAGTTTCAAGATGATTCCATGAGTCCTCCCCGCCCC
CAACATAACCCACCTTCCTCCTACCCTACACGCCTGTCTGGTGTGTAAATCCCAGCTTTGTGTGCTGATACAGAAGC
CTGAGCCCCTCCCCCACCTCCACCTACCTATTACTTTGGGATGAGAATAGTTCTCCCAGCCAGTGTCTCAGAGGGAA
GCCAAGCAGGACAGGCCCAAGGCTACTTGAGAAGCCAGGATCTAGGCCTCTCCCTGAGAACGGGTGTTCATGCCCCT
AGAGTTGGCTGAAGGGCCAGATCCACCTACTCTAGAGGCATCTCTCCCTGTCTGTGAAGGCTTCCAAAGTCACGTTC
CTGTGGCTAGAAGGCAGCTCCATAGCCCTGCTGCAGTTTCGTCCTGTATACCAGGTTCACCTACTACCATATCTAGC
CCTGCCTGCCTTAAGAGTAGCAACAAGGCGCGTCAAACTTACCCTACCTTTATCCTGGTGGCTTCTCATCTCCAGAC
CCCAGTAACACATAGCTTTCTCTCCACA[redacted]ATGATCCCAGTGTCCTTGGAGCCCTCTGGTCCTACAGGACTCTGACACCTACCTCCACCCCTCCCTGTG

mouse IGHγ1 - ΔCH1

TAAATAAAGCACCCAGCACTGCCTTGGGACCCTGCAATAATGTCCTGGTGATTTCTGAGATGTAGAGTCTAGCTAGG
TCATGGAATGAGGGGTCTCCATGGTTTGAGGCCTGAGTTGTGACTAAGGAAAAACCCATAGGCCTACACTGCCACAC
CCAGCACTTTTGAATTTGCCTGACATGAAAAGAATTTACCTCTCCCTGGAAAGTGGAGCCTTATCCCTAGGCAGTTC
CCTTACCAGACCTTCCTCTAGCTTGCACTTTGTTCTGGGCACAGAATGTGTCTAACCCCCCAAAGCAAGGAAGACAC
AACCTCTACCTCCCTCACTCTGTCCTTACCCCTTTTCCTGGCTAAGCATCTCACTGAGTGCGCTGAATAGATGCATG
TGGCCACAGTCTTGCAGACAGACCCTTGCCATCTCTCCACTCAGCTTTCCAGAGGCTAAGTCTAGCCCGTATGGTGA
TAATGCAGGGAGCTCTATGCTATCTCAGTGCTATCAGACTCCCAAGTGGAGGATGAACATGGACCCATTAAAACCAA
CCTGCGCAGCAACACCCTGCCAATAAGGCCCGTATGTGAAAATGTGCACACATCTACACATGCACAGGCACACACAC
ACACACATGCATGGGCACACACACATACAGAGAGAGAGAATCACAGAAACTCCCATGAGCATCCTATACAGTACTCA
AAGATAAAAAGGTACCAGGTCTACCCACATGATCATCCTCGGCATTTACAAGTGGGCCAACTGATACAGATAAAACT
TTTCTATGCCAAGGACGCCAACATATACACAAGTCCGCTCATGACAAATCTGTCCCTGAACCTCAGACTGGCGCCCG
TGACTCATACAGTGGACACTCCTCCAAAGCTGTATAGCTTCCTTTACTTCCCTGTGTGTACTTTCTCTGAAGTACAC
TCATCACACAGAAGAGGCCCTGTGATTACTCTGGCCCTCTGTTCTTGGTCATCAGAGAATAGACAGAAGATCAGGCA
AACTACACAGACACTTCCCACAATCATCACAGGCCCTGACTCTGCTCTCCAGTCTCAAAACTGAAGGCTGGAGCACA
CAGAATAAGCTCCTGCACAGGCCAGGCCAGTATCGGGTCCAGTGTGTCTGACTGAGCCCAGGGACAAAATGGCAGCA
CTTTGGGGAACTGAGGTTTCTGGTCCAAGAAGGAGAGATGGAGGCCCAGGGAGGGTCTGCTGACCCAGCCCAGCCCA
GCCCAGCTGCAGCTTTCTCCTGGGCCTCCATACAGCCTCCTGCCACACAGGGAATGGCCCTAGCCCCACCTTATTGG
GACAAACACTGACCGCCCTCTCTGTCCAGGGCTGCAACTGGACGAGACCTGTGCTGAGGCCCAGGACGGGGAGCTGG
ACGGGCTCTGGACGACCATCACCATCTTCATCAGCCTCTTCCTGCTCAGTGTGTGCTACAGCGCTGCTGTCACACTC
TTCAAGGTCAGCCATACTGTCCCCACAGTGTCTACAATGTCCTCATACTCTTCCCCATACTGTCCCTGTGGTGACCT
ATACCCCACACTGTCCCATGCTAATGACCACAGTCTTACATGCTATGTAATGCTGTCTACCCTTCTGTATGCACAGT
CTCACAATGTCCCATGCAGTCTCCACGATGCTCCATACTGTCCCCATTCCAACCCATGCTGCCCCTTGTTCCCCGCT
ATGCTGTCCCATGCTATTGTCTGTATTTTCATGCTCTTTTCACACTGTCCCTAGTGTCACATTCTGCCCATGTTGTC
CACCACATTGTCCCCACTCTGTACACAGCCTCACACTGTACCCTGCTACCCGATAATGTTCCCTGTTGTCCCCAACT
CTCTCCCTGCACCATTTGTCAACTGTCCCCTGAATTCCCATGTTGTTCCCACACTGTTAGTGTGTAATGTGCTCTGT
CCCAGGTGTACCTTGTTCCGTGCTGTCTCACTTCATCGCCCATTCTGTCCTTGTACTAACCCCACTCTATCACCACA
CTGTCCCTATGCACTGCCCACATTGTCCTCATACTGTCCCATTTTGTATCTTCATCCTGTCCCCATAGTGTCCAATG
ATCTACCCCACACTATTCCCACTTCATGCCCCTACAATTTCCCTATTCCATTCCTCTCTGGTCACCATGCCATCCTT
CCCACTCCTGCACAGCTGGAGAGGGACTCCCGGGATGAGTCCTTGCCCAGATGAGCTACCTATCTAGAGGAGTCTTC
AGGTGGGAAGGGAATGCAGTCTTGATCTTGGTCTTATTCACCCTGTCTCACAGGTAAAGTGGATCTTCTCCTCGGTG

Fig. 7 (cont.)

GTGGAGCTGAAGCAGACACTGGTTCCTGAATACAAGAACATGATTGGGCAAGCACCCTAGGCCACCTCCTGTAATGG
CATTTCCCAGGCCCCGAAGGACCCTGTCCAATATGCCAAGCAGCACAACTGAGATCACACTGTCTGCTCATCTCGCT
TTCCTCCGACCCCGAGACTCAGCTACTCTCAAATTTTCCCTCTCTGAAGGACCATGTGGACATTACATTGCTCCAGG
CCACAGCCACCAGGACCTAAAACACCATCACAGCAGCACCAAAGACACTGGATAGACCCACAAGGGCAATAGTTTCC
TCAACAGTATATCCAAACTGTTGGGACAAACGAGCAATCACTGAAGAAGTGACAAGTTCCCACAATGTCAGTGTCCA
GCTGAGAAGGGACAAAAAGTGGTACCAGCCCTGTCCACACCACCTTCTAATTCACAGGAATACGTGATAGAAGAGGC
AGGTTGTAGATCCGAAAGATGAGACAGATTTTATCAACTCCAGAAAGAGCTGGGTCCAACTGAATTATTCTAGCGAC
CTTGGCATTGTCATGACCTGCCATGACCTTCCTCCTTAACACTTCGATAAACCCTGGGATATGGAAAATGCCTGTGT
TTCTCAGGGTTTGGGAAAGAACCATCCATGTTGGGATTCTTGTGTAGATCCTCCTTCTGGTCACAGATGCAATACAC
TGGATTTTCAGGCAAAGGAGCAAATTCACAGACAACTCTGGCCCTACAGCCCTAAGACCTAGACACCACCATCTCCT
TGGAATTATCAAATTTAACACCCGGCACACAACAAAGAAGGACTGGGACTTTGAGGCCTTTGTGTAGCCCTAGAGGG
GGCAGAGGCCACTGAGCAGGGATTGGGTGATCACAAGGACCTCCTGGAGAGGGACCTGAGGAGCAGGTTCCAATTGG
GCCAAAGAAAGAAGAACAACAATAGAGATGAAGGATGCTGGAAAGAGCCATGGTACAGCAGTCTTGTCCTTCAGACA
TGACTCTTACAGCCCAGGACTCTTACAGTAGCTAGCTGGAGCAGAAGTCCAAGGGATTACCATGCCCTAGGGCCACA
GGCTACTGGAGGGTGGAGTGAGTCTACTACACAGGTCCAATGCCTGTTTCTCCATTGCTTCTCAGCCAATGAGAAAT
CAGAGTCTCCACCTCCAAGAAAAAGGAAGGTGGAAATGAAAGGTGAGCACCTGCCTTCCCGTGACTGGCAGAAAGAT
CTCCACGGACTCAAGGCTTTGACTTCAAACGGCGCGCCAATCTTCCAGAAGCCAGGCTGGGACCTCAGCAAAAGGGA
AGACATAACCCAACTCCAGGATGCCCTGTGGCTGATCACTCTTGTCTTGGCGGGGATGAAGGTTGGAGAAAGGCCTC
CACGTTTCAGAGCTAAGACCGACGTGACAACTTCCCAGCCCACTCACAGACTTTCCTGAGCAATAAATTGATGCAAA
ACCACAAATTCCTACTCTCAAAAACAAACATTAACAAAGGATTGGGGGAGGGGGTCAGGGGTAGTATGGTGGCGTTG
GGCAGGGTAAACTCAGGGTACCCATTGTCTAATGTCTGAGACATAACTTGAACATATGTGTAGCTGCAGCCAAAGAT
GAACAAGTGATGGTATTTGTGTCCTCTTCAGACCCGATACCAGGTCATTAAGCTTGAGATCTGGACCTGATTTCTAA
ACATTTGGCCTCTGTGAGCACCCTTGGCAAATACTGAACAGCAAACCCTGGTCCTGGCTGTGAACCTTGGTCCTGAT
CACTGAGCCCTATATTGGTAACTGAACCGTGATCCTGATCTCTGACCTCAGTCATGGTCATGAGGCCCTGGTCCTGG
CCACTCATTCTAATAACTGGTCCCTAGTCCTGAGCCCTGAACCTTGGTCCAGGTCACTGAATCCTAGTCATGATCAC
TGGGTTTGATCCTCATTACTGAGCCTAGTCTTGATCACCGATGACTGGTTTTGATCATAGCAATTAACCTGATCACT
AGTCCCCGTTCCTCATCACTGGGCCATGATACTGGTCACTGGGTCCTGATCCTGATCACTAAATCCTGTTTCTAAAC
AATGTGTAGTGGAATGTATAGTGAAGCCTTTGTGTCTGGCTCTGGGTGAAATGTCTCAGCAGAGCCTTTGCTAGGTT
TGGGTTAATCAGTTGGGGCTGAGAAATGTTTTTGAGGCTGTTTGAACTTCAAAAGAAGAAATGTCTCCCTGGACAAT
CTGCACATTTGCAGCTGCGCAAACCTTCATCCTAAAACTTAACTCCTGGCAAACTTAGAATTCTTACTTTTAATAAT
GGCTAGCCATGGTTGAAAGGGACTGAGATGTCTGTGGGTGGGTGGAACCTTTCCCAGCTCCAAGTAACTCTGTATAC
TGTTTGAATAAAGTAACTGAAGTGAGCTAGCTGGGGTCAATCTTCTTTCCAAGGAGAATAAAGCCCTCCGCTCCTCC
AGAAAATGAAGGCTTAGCTCCTTGGTTAGCTTCTCTCTCTACTGCGGCACCTACAACCAACTCAGCAGTCCTAGGTT
CCTGTCACCAGATCCAGTCCTGATAGCTAAGTGTCAATCCTCGTCACTAAGGCCTGATCCTTAGCAATATGCCTGGG
GTCTGATAATCAGACTGACATTCTGATAACTGGACCCAGATTCTTATCACTGGGTCTTTGTCCTGGTCATGGGCATT
TGACCCTAGTCTACAGCACTGAGTTCTGGGCATGGACCCTGGGTCCCAGTTCTAGATACTGAGTTCTGGTTCTAATA
ACTGGCTCCTGTACTGATCGATGGGTCCTGACCTAGTCATTGGGCCCTGATCCTCAACATTGACTTCAAAACCTGAA
CTCTAGCCCCATGCCTCATTCACATTAGGAGGATCCCTACAGGGGATTCCTGCAGAAGATTCCAGAATCCCCACAAC
ACTGTTCACACACTGGGCTGCAACTGGGACAGTGACCCCTTTGCTCATAGGACTTGCCCAGGCTCAGATGCACTGAA
TGGAGACAAAGCAAGCCCAGGCCCTGGGAGATGGAGCCTCTGGCCTGGGGTCTACAGATGTGGGGTCAGCATCATAG
GGAGGTTTGCAGGGCAGGTGTGGGGCAGGGCAGAAGTGGTCATGCTTGTAGATACTATTTTTCTCTCCTCTGGAGCC
TCCTTTGTCTATCACCTGCTGTCCTGGGATCTCTATCTGGGGTCAACAATGTTTGCAGTACAGGTGTGGGGGTAGGG
CAGGGATGTTCACATTAGCAACTTGTTTTTCTCTCTTCTGAAGTCTCTGTTGTCTATCACCTGCTGAAACATTCAAA
GCAGCTCTGAGCTGAGGGCAGCTGAGTCATCCTGAGCCTGTCTCAGCACAGGTGCCCCAAACCAGAGCTACTGTTCT
GAGAATCACACCACACTGGACCAGGCCAGGTGGGCCTGGGGCCTGGATGAGGGGTGGGAGCCAGGGGAGCCCTGCCA
GGGGCTGAGGAGGCCCCAACCCCCATCACCCAAGGCCATCCACACTCGTGCCTTAATGAGGCCATGTTCTGTCCCAA
TGAGAACAAGTCCAATTAAGATTAAGTATGGTCTTCCCAGGATCATCCAGAGTCAAGGGGTGTCAGCCAGGGACAAC
CCAGACCAGCCTGAGGTCAGCCAGCATCACCCAAGGCCACACAGCTATTCTGGCAGAGGACTAGAATAGTCAGCTCA
TCGAGGCCCTGGAGATGCAGAATGGAGAGTTTATCCCTGCCAGACAGGGTTCCTCAGATAGGCAGGTCCCTCACCAC
ACATGACCTCCCTGAATATTTCCCAGAGTCCAGTTGGTTCTAGACTATCACAATAGTCTTCTGTATTCCTGATAAGC
ATGCAGAAAGCTAACAGGATGACAAGAAATTTTATGCAGAAAACAGAAGCATCTACAGGATAGAACAGAGGAGAATA
GATACTGGAAGTCTGCTGGAGACCCCAGTGGAGTCTCTTTGTAGAGTCAAGCTGTAAGATCAAACCTGCACTGAGCC
TCAAGATTGAGTCAAGTACAGAGGCAACCTTCAGGACCCTAAAGACCTTACAGGCAATGGACAGGATGGAGTCCAGG
CAGACAAGTAAACGGGCAGTCATATGTAACATAATGAACCATGTCAACAGAGGGTACTGAGCCAAGGAAGGCTCTGG

Fig. 7 (cont.)

GACACTTGTGGATAATCTGCCACTGGATCTCTTGATGTATATACCAGGTGATCAGATGACAGTTTAGTGGCGCCATC
GCCGTTACAGTGTTAGGTGTTGTCCTCGTCATGGGTTCACGTGAGAATGTGACACCTTTTTAGTTGGATGTGTACAG
TAAGCTCTCAGGCCTGGTGTTCCTGGTATGATTTTAATGATCCATGTGTTCCTATATCTTTAATAAGTTTATAGGGT
GACATTAAGCTTGGGGATAAGTTGTTTATCAGGCTGTGCCTTTAGAAGTTGATGTGCAGGGATTGTTGTTTACACCA
AGATGCCCAGTCTTCCTCCAGCTTCCAAACGGAGTCAAAGGCCATTTGAAAATGTGAAACCTCTCAGGGCAAGGTAC
AATCTTTTTTTTTTTTTAAAGCCACTACCTCACACAACATGGAGTAATTTAAAGCAGGGTACAGCTTGATCGAAACAC
ACACACACACACACGCATACACACAATGTAAGATACCGAGAAGGGGATCAAGGGACACAGAAGTAGAGAGAGAATGA
GACAGTTCAGGGATGTAGAGATGAGAGGTAACTAGAGGAAAGGAGAAACACAAGGACTGGAGGGTAAAGAGCCAGGG
ACAGAAAGATCCATGCAAGCAAGACAGACAGACACAAGGAAGGGAAAGGTGGGAAGAGACAGACAGACAAGGTGCAG
CAATGTAGCCCACCTGAGACTCCCATGAAAGTCTGGCACCCACTCTCAGATGAAAGCCAAGTACCTACAGACACGTA
CCCACAGCACCCACACAGAGCACCTGCCTGCCTAACTCAAGCCCACCTACCCATCGCCTCTCCTCCAGGCCTCTGTC
CTCAGGAAGCACACTGAGGGTAACTCAGTCTGGACACTTCTAACTATGGCTTAGTGAACAGCCTGAGAGGCTCTGGA
TCCACAGGTCACTACCACTTGCTGGCCCTGTGCTCCATGCCATGCTTCAGGGGGGGATTCACTGAATGCATGAACCA
TAGTCTGGGGTCAACATGTACTAAGGGATAGGATCCTATCAGGATTTGTCCAAATAAGGTCCAAACAAAGTGAAGAA
GGTGATAGGCGAGAACAGCTGGCAGCTGAGAGAACGCTGGCCAGTTCTTAGGCCAGAGCTTAGGGACAATTTCCAGA
CCTAGCCTTTCATCTCAACTCTAGGTCATGGGTAACTTCCCAGATCTCTATTTTGTTCCTGGTAACTATGCATGCTG
GTACAAGTCTAAGAACCTCGGTGAGACACAGAACCAGTAAGATGAAAGCATCCGTGGATAAGGAAGAAAGGAGAAGA
GTAGAAGGGACAGGACCCTGGACACATGAGATTCCCACACCCAGGAACTGCTCATCCAGCCCGAGAAACGGTATACC
CCTAGCACACAGAAAGAAAACAGTACCACAGGTCTAAAAGAGTAGAGTCAGTGGGAAGGGGTACTACTAGGGCGCCT
CCTGCCTGGTCCAGGAGCAGAGGCTGGGAAGGGGCACTAAACAGGGGGAAGCATGGAGACAGGGAGATGAAGGAGCC
TTTGGGACTGCATGGTGGGAACTAGACTGTTCTCTGAATGAGCCTGTGTGTGTGGCAGCTGCCTGAGAGGGAAGACA
CCCAGAGGCCAGGCAGAGGAAAAGAGTAATCAGGGCTGAGGGGACTGGGGTGGGGGTCTGAGGAAGTCAAGGTAGCT
ATCGCCCATTTATCAGGGCCATGACATGCACTTCATGGGCACATATCTAAAACCAGACCTGGCCCTCACCTACACTC
AGACAATGTCCCTTTTGTGGATTTAGGGATTTCAGTACTTCATCCCATGGCCTCTCAAACTGGAAGATCCATCTAAA
AGGCTGATGTTGTGGTATCAGGGCCCAGGACTAGAGAATGGGACACTGAGTGGCAGAGGTGCAGAGGACACATACAC
TCACTCAGATGAAAGCAATGCACAAGAAGACAGAGCCATGTATGAACACTCCTCAGACTCAGACCCACAGCACTCAC
ACCCAGCTCCCCACAGACACACACAGCCCCTGCCTGCCTGTTCCAAAAATCAAACCCATCTACCCACTCCCTCTCCT
GCAGGCCTTTGTCCTCAGAGTGGCACACTGAAGGTAGCTCAGCCTGAACACTTCCCATGGGACCTGGTGAACAGCAG
GAGCCTCTGGTCCACACTCCCCACCTCTTGTTAGCCCTGTAGTCTATGTGATGCTGTTGAGAACAGGGTACATGGCC
TCTGCCTGGTACAGTCTGGGGTGCAGGCTTCAGGTGAGGCCCAAGTGTGAAGAGTGCAGAAGACAGTGGGCAGAGCT
GAGAGACTGCTAGCCAGTTTTGTTCAAAGGACTGTGATGGCTGCTCCAGGCTACTGAACATTCCAGGACTGCTTCCT
ACCCTCCTCAAAGATGCTGGAACACAACCAATCCTCAACACAATCCAATGTAGTTGCCTGTAGCAGGGCATGCCTCT
GTACAGCAGGGAGTCACACAGAGCCACATGAGACTCTAGACCTGGGGACTGCAGAGGGGAAGGCATGTCCAAGACGG
CCTCCTCCTTGTTACCCTAGGTTTTCAGGCCTCAGGATAACCACTGAACAACATATGCTGAGTCCTGTTCCCCAGGA
TGCTGATGGACACCAGGTCACAGGGCTAGAGGCCAGGAGGGCTAGAGCCTGTGGGCAGGGGGGCTATATTCATTCTT
CCTGTGCTTGCCCAGGAGCAGGTGCTGGGCAGGGGCACAGGACAGGGTGAGGCAGGGAGACAGGGGCATGAAGGGGC
CTCTGGGACCACAAGGTGGGAACTAGGCTGTGCCTGACTGAGCCTGTGTGTGTGACAGCTGATTCATGGGGAAGACA
CCCAGAGACCAGGCAGAGGAAAAGAGTAATCAGGGCTGAGGTGACTGGGGGTTGGGAGGTCTGAGGAGGTAGAGGCA
GCTATGTCCCATTTGTCAGGGTATGGGGACATGTACTTCATAGACACAGATCTAAGAACCAGGCGTGGTTCCCACCT
ACCCCCAGACAGTGTCCCTCATATGGGCTTAGGGATTTCAGTACTTCATCCCACGGCCTCACACCTTGGAAGATCCA
CCTCAAAGGCTGATGTTGTGGTGTGGGGGTCCAGGACTGGGGCCAGGGACACTGGTTGGCAGAGGTGCCCAGGACAT
AGAGTGCTCAGAGTGTAGTTGGGGACATGCTGAGCACTGTTCCTCTGTGAGGGGACAGGCTGAGACAGGGACTGAAG
TCCATCCATAGGCTCAGCACATACCAGGCTCTGGATGGGAACACTGAGCTCTGCCACCCTCCAACATCTGGCACAGC
AGCCTCCTGTGCCAGGGAAGCTAGTCAGCAGGGACAGAGTTCCTGTCCGGGCTGGATGGAGTCTTCTCTGCTAGCAT
CCAAAATAAGTGCATCTTCAGCAATAAGGTCCAGTCATGGTGGACGGCCAGGAACAAAGGCAGTAAACAGCCTGGTT
TGTGTTTGGTTATCTACAGTCTCTCTCACTAAAGCATCAAGACTTCTTTTAATAAATTTAGAAGTTGTTTTCTTTTG
AAACACGGTCTCTCTATGTAGTCCTGGGGGTCCTGGAACTCCCTGTGTAGAAGACCAGACTGTCTTCAAACTTAAGG
AGATCCTCCTGTCTCTGCTTCCTGAATGCTGGGATTAAAAGCATGTGCCACCACACCCAACCTAACCCTTTCTTCTG
AGAGCAACATGCATACAATTTCCCCTCTTATTTCCCCAGATTTTCAATCCTTTTATCCACACTTAAATCTTTAATGC
TAAAATCTCCCTCCCTCCATTTCCAAGCTGCATGTGTTCTACTATTCCCTCAAATTATTTTTCCTTGTGTGCAGGTT
TTAGATTTGAATGCAGGAAGCCTTCACTCTGGCAAAGCCTCCCCCAACCCAGCCTTTCCCATTTCCACACCTCCTAA
CACGTGATTTAGCCCACATCCCCTCATGTGTATGGTGTTTCCCTTCAGTCTGAGGTATTACCCCCAGTGTCCCCTTA
CAGCTGCCTATGGTCACAAATACCTTTCATCTGTTTTTGCTGTGGAAAGCGTTTATTTCCCCTTGAATTTTAATAGC
TTTCTGGGTATACTACCCTGGGTTGAGAGTTTAGATTTTTCAGATCTTGGAATATGTCTTTCTAGACATCTAGCCTT

Fig. 7 (cont.)

AAATGTTTCTACTGGGGGCTACAGAAATGGCTTGGTGGTTGACAACACATGATGTTCTTGCAGAGGAGTGGGTTTTG
ATTCCTAGTACCCCATATCAGCTAAGAGCTATGGAAGACACAAATGGAAGAGGGGACTCTGAGATTCTGAGAAAAGC
CTCATGGTTAAGGGTACACTGAGATACTGAGAGAGAAAGACAGAGACACTGAGAAAGACAGAAGCACAGACCACTAA
AAGAGACAGGGAAACAGAGAGAGACAGTGATGAGATGCAGGGACAGAGCAACCCAGAGAGACAGACAGAGACATAGA
CACTGATAGAGACACAAAGAAGAGAGGGGTCGTGGAAGTTTTGAGAGAAACTGGTAGGAGGTGAGAGAGACACAGAG
CCAATACAGACACAGAAAGACAGAGACTCCAGAGAGACAGAGACTGAGAGAGACAGAGACTGGGAGAGACAAAGATA
CTGAGACAGTCAGAGACACCAATGGGTGCTTTTCCAGGGGATCCAGATTCAATTCCCAGCACCCACATGGCAGCTCT
CTACTGTAATCCCAGTTCCAGGGTGCCCTGAAAAATCCTTCATGCATGTGAAGCTTAGAAGCTCACACACAAACACA
CAGACAGACAGACAGACAGACAGACAGACAGACACACACACACACACACACTCAAATGAAGAGTGTGGTTCTCTTTC
TCTCTCTCTGATGAAAGCCATGCACCAGAAGACAGAGCCATGTGTGAACACTCCTCAGACTCAGACCCACAGCACTC
ACACCCAGCTCCCCACAGACACACACAGCCCTGCCTGCCTGCCTGTTCCAAAACTCAAACCCATCTACCCACTCCCT
CTCCTGCAGGCCTTTGTCCTCAGAGTGGCACACTGAAGGTAGCTCAGCCTGGACACTTCCCATGGGACCTGGTGAAC
AGCAGGAGCCTCTGGTCCACACTCCCCACCTCTTGTTAGCCCTGTAGTCTATGTGATGCTGTTGAGAACAGGGTACA
TGGCCTCTGCCTGGTACAGTCTGGGGTGCAGGCTTCAGGGGAGGCCCAAGTGTGAAGAGTTCAGAAGACAGTAGGCA
GATCTGAGAGACTGCTAACCAATTTTGTTCAAAGGACAGTGATGGCTGCTCCAGGCTACTGAACATCCCAGGTCTGC
TTCCTACCCTCCTCCAAGCTGTTGGAGCACAACCAACCATCTTTGTAATTGCCCAGTTGTTTGTTATTGCCTATAGC
AGGGCATGCCTCTGCACACCAGGGAGTCACACAGAGCCACATGAGACTCTAGACCTGGGGACTGCAGAGGGAAAGGC
ATGTCCAAGAGGGCCTCCTCCTTGGGACACTGGGATTCCAGGTCTCAGGATAACCACTGAACAACATCTGCTGAGTC
CTGTTCCCCAGGATCCTGATGGACCCCAGGAGGTCACAGAGCTAGAGGCCAGGAGGGCTAGAGCCTTTGGGAAGGGG
GAATGTTAGGGTTTCTCCCATCCTGGTCCAGGAGCTGCTCACCTGACAGTGATACAGGACAGGGTAAGGCAGAGACA
GGGGGATGAAGGAAACTTTGGGAGCACATGGTGGGAGTGTAGGTTGTGCTTTTGCTTAGCCTGTGTATATAGCAGCT
GCATCATTGGGAAGACACTCAGAGGCCCGACAGAGGAAGAGTAATCAAGGCTGAGGGGACAGCAGTGTCTAAGGAAG
TGGAGGCAGCTATGGTCCATTTGTCATAGTATTGGGACATGTACTTCATGAACACTGATCTATGGACCAAGCCTGGT
TGTCATCTGCCCTCAGTCAGTGTCCCTCATGTGGGTTTAGGAATTTCAGTACTTCATCCCACAAGCCAGTCACATTG
GAACATAAATGAAATGCTGATGCTGTGGTGCTGGGGCCCAGGAGTGCGGGGTTAGTATACTGGGTGACAGAGGGTGT
CCAGTAAATAGATTGCTTAGAGTGTAGGTGGGGACAAGCTGTGCAGTGTTCCTCCATGAGGGGAAAGACTGGTACAG
GTTTTGACATCTCTTTCGTATCCATAGGCCCTGCCATACTGCCCTTGTCCATGGTCCCTGTGGGGTCACATACTTAG
TGTCAAGTAAACCATACCACAAACTGGAAGGGTCTACACTATCCTTGTAGGTTCTACACTCTCCATGACTTCTCCCA
ACTCACACAGACTGTTCCAATACACTACTCTCTTCAGTGGGCAATCATGCCATGAACAGAGAGTGGAGGGTTATGGT
TGCCCTATATTCTGACACATCCAACAGTCTTGTGCATTTGACTCTCATGTGTACAAGCGTGCTCAGGCCTGCTGTAG
TCCCCTCGAGACAGTGATGCCTTCCTTGAGAGCCGATTCTCACTGTCAGCATCTCCTCAGACCAAAGCCCTATAGAT
CCAGCCTCTTTGAGGAGCTAATGTAGTCAGTCACAGGGCTTGATGTTGGTGGCTATAGCTGCTGTCCCCATGGCTGC
CAGAGATGCTTGACCACCATAATCCCAGACTTGAGCATAGGAATAACCTGGAATCAACAGCATCCAGACACTGTAGG
GACTGGCCAGAGATGTGCATAGACCCTATGTCATGTGACCAAGACCTCTTTTTCTAGTATCTTATTTCATGAAAGTC
TACAAAATACGATCTTCTATTCCTTTTATTCCTCTTTGCCTGCTAACATGGAACCTTCTAGAAAGAGGGTCCCCTCT
CTGTCTACTGACTGTGAAGATAGATCCTGTAGGTGTGATCACAGAGTAATGTTTCATTTCTTGGCCAGTCTCAAGCC
AGGGGACTCAGGGAGAGAGACAGGAGAAGGAGAGATGGGGAGAGAGACAGAAAGACAGAAAAACAAAGCAAGGGAGA
GACAGAAGCAGGCAGACCTGGAGACTGGGTGCTTAGGAAAGAGATAAATGTGGATACAGGGAGTGAAAGATAGGGAA
TTGAAGACAGAGGTGGAGATAAAGACCAGAATATGGGAGTCAGAGACAGACAAGAGATATAGAGATCAATATAGGCA
AACAGAGACTGAGAAAGACAGTGATGAGACAGAGAGACATGGAGACAGACAAGGAGACAGACATGGAGACAGACAAG
GAGACAGAGATAGAAATAGGGAGAGAAAATAATACATAATTAGTGGTTGATTAAGGAAGAGATAATGAATGGCAAGA
AGAGACAGAGGCAGGGAGAGACATATACAGGTAGAGAAAAAGATGAAGACAGACAGAGAGAGACTGAAAGAGGGAGA
AAGATACAGAGAGAAGAGAGACTATGAAACAGGCAGAGATATAAAGACAGTGAGAGAAAAACAGAGAGACAGAGATG
GAAGAGAGACAGAGAGACAGGGAGATAGAGAAATGGGAAGACAGGAGGACCAAGAGAAGAGACACACGGCGAGGCAA
GATGTAGTAGAGAGACCTCTGATGGAATCGGCATAGGTGGAGGCAAACATAGATAGACTCTCTCCAACTGCAGTTGA
CAGACTGAGCAGAGAGAATACCATTCAGAGAGAAACAGAGGCTAAGGCTAGGAAAGGCAAGAGTAGCCAGAGGAGAC
AGAGTTGAGCCTGTGGGACAGGACCAGACGCCATCTTGGAAGAGGCAGTGACAAGCCAGGGAGGTGACAGGCTGGTA
CAGTTTCTATCCCACAGTCCACAGGCTGGTGTCACAGGCCTGTCTCCTCGTGGCCACAGTCTATCCCTGCCTGCCAA
GCCTGTCTGTGGAGGGATGGGGGGGGGGGGGCTGGGCTGAGGCAGGCCAGGACTTTTCCAGTGGAGTGGCCAGGCA
CTGGGCTGAGGGCATGATCCCTGCCCACCATCCCAGTGGGTCTGGGTAATGGATGGCCTTGATTATTTTCCTTCGTG
TTTAGGGTGGAACCTGCTTAGAGGCAGCTAGGGCTCTCCATGATGGCCTAGCCTGTGGTGAGTTAATGAACCCCTAA
GGGTAGTTCTTCCACATGGGCTAGGGTTACAATCTGGGGGTTGGGGGCTCAGATATCAGTACCAGAAACAAGGCTTA
CTCCCAACATGTCACACTCGCACACACACAGCTGCCGAGTTACTCATTCTGTGCAGAGTTGGCTCACAAGGGCACAT
GCAAATGGATGTTTGTTTCATACAGAAAAACATGTTTCTCACTTTCTGAGGTTGTTTCCAGAAATAGCATCAGTGAC

Case 1:21-cv-01807-MN Document 201-1 Filed 01/21/25 Page 319 of 554 PageID #: 6424



Fig. 7 (cont.)

TCCCCCACCTGCAGCTGCAGGTTCACCCCAACCTGGCCAGGCTGACCAGCCTTGGGGATGGGGGACTCCCAGCATAG
GCCACTGGGACTGGGGGTCCATGACCCCTATTGATGATGTTGAATTCAGTGTTTCCCAGTTATCACCACTGCTGGAA
TCTGACCCACCAAGAGGACATGACAGGAGATGGGCAAGGATGGGTGGCTCAACACCCCAGGGAAGTGAGAGAGGCAG
GAAGGCTGTAGGTGTGCTCCAGATCCTGGGTCTACCCAGAACCATGGGAATGGTGGGCAGTGATCATGCCCTCAGCC
CAGTCCCTGGCCACTCCACTGGAAAAGTCTTGGCCTGCCTCAGCCCAGACCCCCTCCCCCACCCCTTCTCAGACAGA
CTTGGCAGACAGGGAGCTAGCCTGTGGCCACATGGAGACAGGCCTGTGACTCCAACCTGTGGACTGTGGGATAGAAA
CTGTACCAGCCTGTCACCTCCCTGCTTGTCACTGGCTCTTTCAAGATGGTGTCTGACCCTGGCTCCATCTCTGGCCA
ACCCTGCCTTTCCCAGCCTTAGCCTCTGCCTCTTTCTCTCTCTCTCAGTGTGATTCTTGCTCAGTCTGTCCCTCAGT
TACTGTCTCTCCATCTCTAACAAAACATAAGAGCTGTCTCTATTAACACCTTGTCTCTCCTCTTTCTTCTTCTCCTT
CTCCTTCTCCTTCTCCTTCCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCTCT
CTCTCTCTCATCTCTGCTTGTGCCCCCTTTCTCTAGGTGCACATCTCCTACCTCTGTCTGTCTATCTGTGTCTCTTC
CTTCTGTCATCTCCTCTCTATCATTCTTTCAGTCCTTCTCTATGTCTCTTTTCTGTTGATGTCTGTCTTTGTGTGTC
TCTCTCTCCATCCCATTCCTTTTATGACTCTGGCTCCCCTTATCTCTCTGTCTGTATTTCTGCCCCACTTCTCTGTC
TTCCTATCTTTTTGTCTTTTCTCTGTTTCTGATTTTTCTCTCCATGTCTTTCTCTCCACTTTTCTCTCTCCCTTTCT
GAGTCTTCCTGCATCTGTCTCATTGCTTCTCCATCTCGCTCTCTCTTTCTCTGTTTTCTGTCTCTGTTCTTGTATCT
CTGTGTGCCTCTCCATGTCTCTCTGCTGTCTCTTTTTCTCCATACAGCAATTTACTAAAAGAACAAACATCAAGGCA
GGAAAGTATATATATTTCAAATAAAAGTTCTTCAAATTGCTATGTCCTATACTCCAAGAAGCATTTCCAAAGTATAG
ATTAATTTAACCCTTTTAAATGAAAAGATACATTTTTAACTTCTAAAGTGTCTCCACAAAGAAATGAATGTTTTTAA
TTAAGAAATGTTGTAATTTAGTGTTGGGCTCCTGTCTTATAATGTACACTTCCTTATAAATCTAGCCATGTGGCTTA
TATCCATTTGGTATGCTCGGAGCTTTATGTAATAAACGTCTTCCCGATAGGTGCAAGGATTGGTGTTTTGTACTGCT
TACTACATACATGCTTTTAATCATTCCAGGACATACCGTCCCTCTGCTGCTGCTTCTCACCGTCTTTGCCTTTCTCT
CACCCTGTCCATCTTTCTCTCTCCCCATCTCTCTGTTTCTGTCCCTTCCTGTTTCAGTCTCTCTCCAATCTCCCTGT
GTTTCTCTCTCTCTCTCTCTCTCCTGATGTCTCTTTCTCTGTGGGCTTGTCTCCCCATCTGTCCTCTTCATTTCTGTAT
TTCTCCTTATCTTTCTATCTCTGTCCATGACTCTGTCTCTTTCTGCCTCGTTCATCCCCTGCCCCCCTGAAGGCACA
ATGACACTTTTATCAGGGTTTAATAGGAAAGTTTCAGGGCAGGAAAGTTGTAAGACTCAAGCAGCTGCCCCGAGGAG
GCCAGTGGGGGAGATTGGTAAAAAGCCATGACATCTAATCTGACATGGAGGTCAGGCACATGTCCCACAAGCAGCCA
CATGGCGAGAAGGGGGCAGTTAGAGAACAAGTAAGAAAGCCCAGCATGTTGGGGAGGAAGCCAAGGTGTTAAGGAAA
ACTTGCTCAGAGGGAGACAGAAAGAAGGAAGCTACAATTCTGTGAATTCAGAAAGGAAGCTGACTTACAGCCCCACA
TGGCTATAGCCCCTAAGCTTCTGGCCCTTCCTCTTCTGTCTCTTCCTGTTCTCTGTCACCCCTGTTTCTCCCTATTC
TCTGTCACACCTGTCTCTGTGCTCCCATTAATCTCTCTCTGTCTCTACACATCTCCACCTCTGCCTCCTTCATCTCT
GTCTTTTCCGGAACCCTGTCTGTCTCTGTCAGGCTTCTCCTTGTCTCCCCCTGCAGACTTGCAGTTTCTCCCTTTGT
CTTCCTCTGTCTTACCTTTATTATGTCTCCCCGTCTTTCCTACCTTCCTGACTTTCTGTCTCTTACCCTGAGTCCCC
TGGCCTGAAACTGGCCAAGAAGGAAAACATCAGTCTGTGATCACTCCTACAGGGTCTGTCTCCATAGCCAGCAGAGA
GGGGACCCTCTTTCTAGAAGGTTCCCTGTTCGCAGGCAATGAAGAATAAAAGGAATAGAAGATCCCGTTGCATTAAG
GTTTCATGAGATAACATACTAGGAAAAGAGACCTTGGTCTACGTAGAAGTCTGGTCAGTCCCTGAAGTGTCTAGACG
CACTTGATCCCTAGGCCATCACTATGTCTGAGGTCATGGTGGTCAAGCATCTCTGGCAGTCACAGTGAAAGCAGCTG
TGGTCACCAACATCAAGCCCTGTGACTACAATAGCTCCTCAAAGAGGCTGGGTCTGTGGGGTTTTGTTTTGAGGGTC
AGCTAGAAATGGGAGTGAGTCCAAGGAAGACCCACTGCCCCCGCCCCCGAGAGATAGGGGAATGAGCATGCTTGCAC
ACGTGGACATGAAAGGCACAAGAGTGTTGTATGTGACAGTTTGAGGTGACCACATTCTGCCCTCTCTGTGCCTGTCA
TGGTTACAACTGAGGACAGTGGTGGATTTGGGCAGAGTCTGTGTGAGCTGGGAGAAGCTGTGGAGAGTTGCAAGCAT
GGCATGTAGATATCAGAAGCCCTGGTCTTCCAGCAGTCCTCATGGTGATGGTTCAGTAGGACACTGGATGTGTGGCC
CATGCTAGGGTCATGGGCAAGGCTGGTATGGGTTGACTCTATGGCTGGACAAAGAGCTTTAACCTCGTCAGCTTCCG
CAATATGGAGGAACACTGCACAGCTTGCCCCCACCTGCACTCTGAGCACTCTGTACACTGGACATGCTCTACTACCC
AGTGTCTCAGACTCCAGTCCTGGGCCCCAGCCCCATAGCACAACCATGTTTATAATCCCTCCAGTGTGAGAGGCCAT
GAAATGTTGTGGAGCTCAGTCTGAAGGCAGGTGGGAGACAGGCATGCTTTTGGATCCATGTCCATGAAGTATATGTC
CACATTCCATGACAAAGGAGCCGAAGCCACCTCTATTTTCTCAAGGACCCCCTCAGTCCTCATTACTCTTCCTCTGC
CTGGCCTCTGGATGTCTTCCCCATGAATCAGCTGTCACAAACACAGGCTCAGTCAGAGCACAGTCTAGTTCCCACCT
TGTGGTCCCAAAGGCTCTTTCACGCCAGTGTCTCCCTGCCTTACCCTGTCATGCACCTCTGGCCAGCCAGCTGCTCC
TGGGCAAGGACGAGAAGAAGCCAAGTAGTTCCTCTTCTCACAGACTCTAGTCCTGCTGGCCTCTAACTCTGTAACCT
TCTGGTGTCCATCAGGATCCTGGGGCCACATCACTCTGAGTGTGTTTATCACCGGCAATCCTGAGGGCTAAGATTTC
AGATTCTAAAGGAGGAGGCCCCCGTGGACATGCCTTCCCCTCTGCAGTCCCCAGGTCTAGAGTCTCATGTGGCTCTG
TGTGACTCCCTGATGTACAGAGGCATGCCCTGCTACAGGCAATTACAATGGATTGGGTAGAGGGTTGGTTGTGCTCC
AACATCTTTGAGGAGGGTAGGAAGCAGACCTGGGATGTTCAGTAGCCTGGAGCAGCCATCACTGTCCTTTGAACAAA
ACTGGCCAGCACTCTCTCAGCTCTGCCCACTGTCTTCTGTACTCTTCACACTTGGGCCTCACCTGAAGCCTGCACCC

Fig. 7 (cont.)

CAGACTGTACCAGGCAGAGGCCATGTACCCTGCTCTCAGATGATGTTTCATACAGATTACAGAGCTAACAAGAGGTG
TGGTGTGTGGACCAGAGGCTCATGCTGTGTAGTCACCCATGGTCCTGCTGAAAAGCAGGCTGGGGCTAAAAAGAGAA
TAGAGTATGAGACACACCAAGACAAATGCTGATCAAAGCCCAATGTTTACTAAAAATCTGTGCTTATATAAAAGGAA
AGCCCTTCTCCTGCAGATCCACTTTTGATGTCTGTTGCCAGCCTGTAAGCAATTTGTCTGACAGCACTAGTTTGACA
AGAAGGTGTCAATCACTGCTGTCTTTGGAATCTCTCAGCCTCTCAGCAGGTATCAGTGTCTTGGAGAAGAAGAGCAA
TGGTGACAGAACAATAGAATCATCTAGGTGGGAAGGCTCTACCCCAGGTGGTCTCATTCTCAGTGGCAGCAAGGTCT
GAGCCAGCCTGCTCAAGGCTGGGGGAGGCTACAATGTTATTCAACAGGTCCCATGGGAAGTGTCCAGGCTGAGCTAC
TCAGTGTGCCACTCTGAGGACAAAGGCCTGCAGGAGAGGGAATGGGTAGATGGGTTTGAGGTTTGGAACAGGCAGGC
AGGGGCTGTGTGTGTCTGTGGGGAGCTGGGTGTGAGTGCTGTGGGTCTGAGTCTGAGGGGTGTTCACACATGGCTCT
GTCTTCTGGTGCATGGCTTTCATCTGAGAGAGAGAAAGAGAACCACACTCTTCATTAGAGTGTGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTTTGTATGTGAGTCTGTCTGCTGTCTGTGTGTAAATGTGAGCTTCT
ATGCTTCACATGCATGAAGGATCCTTCAGGGCACCCTGGAACTGGGATTACAGTAGAGAGCTGCCATGTGGGTGCTG
GGAATTGAATCTGGATCCCCTGGAAAAGCAGCCAGTGCTCTTAATCCTTTTGGTGTCTCTGCCTGTCTCAGTATCTC
TGTCTCTCTCAGTCTCTGTCTCTCTGGAGTCTCTGTCTTTCTGTGTCTGTACTGCCTCTGTGTCTCCCACACCTCCT
ACCAGTTGCTCTCAAAACTTCCACGTCCCCCCTCTTCTTCATGTCTCTATCAGTGTCTGTGTCTCTGTCTGTCTCTC
TGTGTCTCTCTGTCCCTGCAGCTCATGACTGTTTCTCTCTAAGTGTTTCCCTGTCTCTTTCAGTGGTCTGTGCTTCT
GTCTTTCTCAGTGTCTCTGTCTTTCTACTTCAGAATCTCAGAGTCCCCTCTTCCATTTGTGTCCCTTCTTGGGCTCA
TTCACTCTGCCTCCAGTGTCATCACTTGTGAGACCAGAACCTACTATGAGTCCAGAGGACTGTCCTTCATGGTCTGT
GACCAGCTGTGATCTGGGGAACACTGGGGAAGGCATGAACAGGGAGGGACCTGCCTGTCTGTGGAGCCCTGCCTGTC
AGCATGAACTCCCCATTCTGCACCACCAGAGCCCTGCTGAGCTGACTATTCCACACCACCTCCAGAAAAGGGCATTG
AATCCTGTGGAACCGATGGCTCTTAGCTGATACGGGGTACTAGGAATCAAAACCCACTCCTCTGCAAGAACATCATG
TGTTGTCAACCACCAAGCCATTTCTGTAGCCCCACAGTAGAAACATTTAAGGCTAGATGTCTAGAAAGACATATTCC
AAGATCTGAAAAATCTAAACTCTCAACCCAGGGTAGTATACCCAGAAAGCTATTAAATTTCAGGAGAAAATAAAAAA
GCTTTCCACAGCAAAAACAGATGAAAGGTATTTGTGACCATAGACAGCTGTAAGGGGACACTGGGGGTAATACCTCA
GACTGAAGGGAAACACCATACACATGAGGGGACGTGGGCTAAATCACGTGTTAGGAGGTGTGGAGATGGGAAAGGCT
GGGTGGGGGGAGGCTTTGCCAGAGTGAAGGCTTCCTGCACTCAAATCTAAAACCTGCACACAAGGAAAAATAATTTG
AGGGAATAGTAGAACACATGCAGCTTGGAAATGGAGGGAGGGAGATTTTAGCATTAAAGTTTTAAGTGTGGATAAAA
GGATTGGAAATCTGGGGAAATAAGAGGGGAAATTGTATGCATGTTGTTCTCAGAAGAAAGGGTTAGGTTGGGTGTGG
TGGCACATGCTTTTAATCCCAGCATTCAGGAAGCAGAGACAGGAGGATCTCCTTAAGTTTGAAGACAGCCTGGTCTT
CTACACAGGGAGTTCCAGGACACCCAGGACTACATAGAGAGACCGTGTTTCAAAAGAAAACAGTTTCTAAATTTATT
AAAAGAAGTCTTGATGCTTTAGTGAGGGAGACTGTAGATAACCAAACACAAACCAGGCTGTTTACTGCCTTTGATCC
TGGCCCTCCACCATGACTGGACCTTATTGCTGAAGATGCACTTATTTTGGATGCAGAGCAAAGAAGACTCCATCCAG
CCTGGACAGGAACTCTGTCCCTGCTGACTAGCTTCCCTGGCACGGGAGGCTGCTGTGCCAGCTGTTGGAGGGTGGCA
GAGCTTAGTGTTCCCATCCAGAGCCTGGTATGTGCTGAGCCTATGAATGGACTTCAGTCCCTGTCTCAGCCTGTCCC
CTCACAGAGGAACAGTGCTCAGCATGTCCCCAACTACACTCTGAGCACTCTATGTCCTGGGTACCTCTGCCAACCAG
TGTCCCTGACCCCAGTCCTGGACCCCCACACCACAACATCAGCCTTTGAGGTGGATCTTCCAAAGTGTGAGGCCGTG
GGATGAAGTACTGAAATCCCTAAGCCCATATGAGGGACACTGTTTGGGGGTAGGTGGGAACCACGCCTGGTTCTTAG
ATCTGTGTCTATGAAGTACATGTCCCAATACCCTAACAAATGGGACATAGCTGCCTCTACCTCCTCAGACCCCCCAA
ACCGCAGTCCCCTCAGCCCTGATTACTCTTTTCCTCTGCCTGGTCTCTGGGTGTCTTCCCCATGAATCAGCTGTCAC
ACACACACAGGCTCAGTCAGGCACAGCCTAGTCCCCACCTTGTGGTCCCAAAGGCCCCTTCATGCCCCTGTCTCCCT
GCCTCACCCTGTCCTGTGCCCCTGCCCAGCACCTGCTCCTGGGCAAGCACAGGAAGAATGAATATAGTCCCCCTGCC
CACAGGCTCTAGCCTTCCTGGCCTCTAGCCCTGTGACCTGGTGTCCATCAGCATCCTGCACAACAGGACTCAGCATA
TGTTGTTCAGTGGTTATCCTGAGGCCTGAAAACCTAGGGTAACAAGGAGGAGGCCCTCTTGGACATGCCTTCCCCTC
TGCAGTCCCCAGGTCTAGAGTCTCATGTGGCTCTGTGTGACTCCCTGCTGTACAGAGGCATGCCCTGCTATAGGCAA
CTACAATGGATTGTGTTGAGGGTTGGTTGTGTTTCAGCAGCTTGGAGGAGGGTAGGAAGCAGACCTGGGATGTTCAG
TAGCCTGGAGCAGCCATCACTGTCCTTTGAACAAAACTGGCCAGCACTCTCTCAGCTCTGCCCACTGTCTTCTGCAC
TCTTCACACTTGGGCATCCCCTGAAGCCTGCACCCCAGACTGTACCAGGCAGAGGCCATGTACCCTGCTCTCAACAG
CATCACATAGACTACAGGGCTAACAAGAGGTGGGGAGTGTGGACCAGAGGCTCCTGCTGTTCACCAGGTCCCATGGG
AAGTGTCCAGGCTGAGCTACCTTCAGTGTGCCACTCTGAGGACAAAGGCCTGCAGGAGAGGGAGTGGGCAGATGGGT
TTGAGGTTTGGAACAGGCAGGCAGGCAGGCAGGGGCTGTGTGTGTCTGTGGGGAGCTGGGTGTGAGTACTGTGGGTC
TGAGTCTGAGGAGTGTTCACACATGGCTCTGTCTTCTGGTGCATGGCTTCCATCTGAGGGGGTGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGAGCTTCTAAGCTTCGCATGCATGAATGATCCTTCAGAGCACCCTGGAA
CTGGGATTACAGAGGTGAGCTGCCATGTGGGTGCTGGGAATTGAATCTGGATCCCCTGGAAATCAGCCAGTGCTCTT
AATCCTTTTTGTGTCTCTGCCTGTCTCAGTATCTCTGTCTCTCTCAGTCTCTGTCTCTCTGGAGTCTCTGTCTTTCT

Fig. 7 (cont.)

ATGTCTGTACTGCCTCTGTGTCTCCCTCACCTCCTACCAGTTGCTCTCAAAACTTCCATGTCCCCCCCTTCTCTGAG
TTTCTATCAGTGTCTGTGTCTCCGTCTGTCTCTCTGTGTCTCTCTGTCCCTGCAGCCCATGACTGTTTCTCTCTAAG
TGTTTCCCTGTCTCTTTCAGTGGTCTGTGCTTCTGTCTTTCTCAGTGTCTCTGTCTTTCTCTCTCAGAATCTCAGTG
TCCCCTCTTCCATTTGTGTCCCTTCTTGGGCTCATTCACTCTGCCTTCAGTGTCATCACTTGTGAGACCAGAACCTA
CTATGAGTCCAGAGGACTGTCCTTCATGGTCTGTGACCAGCTGTGATCTGGGGAACACTGGGGAAGGCATGAGCAGG
GAGGGACCTGCCTGTCTGTGGAGCCCTGCCTGTCCGCATGAACTCCCCATTCTGCACCACCAGAGCCCTGCTGAGCT
GACTATTCCACACCACCTCCAGAAAGGGGCATTGAATCACGTGGAACCTAAGAACACCGTGTTGTCAACCACCAAGC
CATTTCTGTAGCCCCACAGTAGAAACATTTAAGGCTAGATGTCTAGAAAGACATATTCCAAGATCTGAAAAAAATCT
AAACTCTCAACCCAGGGTAGTATACCCAGAAAGCTATTAAATTTCAGGAGAAAATAAAAAAGCTTTCCACAGCAAAA
ACAGATGAAAGGTATTTGTGACCATAGACAGCTGTAAGGGGACACTGGGGGTAATACCTCAGACTGAAGGGAAACAC
CATACACATGAGGGGACGTGGGCTAAATCACGTGTTAGGAGGTGTGGAGATGGGAAAGGCTGGGTGGGGGGAGGCTT
TGCCAGAGTGAAGGCTTCCTGCACTCAAATCTAAAACCTGCACACAAGGAAAAATAATTTGAGGGAATAGTAGAACA
CATGCAGCTTGGAAATGGAGGGAGGGAGATTTTAGCATTAAAGTTTTAAGTGTGGATAAAAGGATTGGAAATCTGGG
GAAATAAGAGGGGAAATTGTATGCATGTTGTTCTCAGAAGAAAGGGTTAGGTTGGGTGTGGTGGCACATGCTTTTAA
TCCCAGCATTCAGGAAGCAGAGACAGGAGGATCTCCTTAAGTTTGAAGACAGCTTGGTCTTCTACACAGGGAGTTCC
AGGACACCCAGGACTACATAGAGAGACCGTGTTTTAAAAGAAAACAGTTTCTAAATTTATTAAAAGAAGTCTTGATG
CTTTAGTGAGGGAGACTGTAGATAACCAAACACAAACCAGGCTGTTTACTGCCTTTGATCCTGGCCCTCCACCATGA
CTGGACCTTATTGCTGAAGATGCACTTATTTTGGATGCAGAGCAGAGAAGACTCCATCCAGCCTGGACAGGAACTCT
GTCCCTGCTGACTAGCTTCCCTGGCACGGGAGGCTGCTGTGCCAGCTGTTGGAGGGTGGCAGAGCTCAGTGTTCCCA
TCCAGAGCCTGGTATGTGCTGAGCCTATGGATGGACTTCAGTCCCTGTCTCAGCCTGTCCCCTCACAGAGGAACAGT
GCTCAGCATGTCCCCAACTGCACTCTGAGCACTCTATGTCCTGGGTACCTCTGCCAACCAGTGTCCCTGACCCCAGT
CCTAGACCCCCACACCACAACATCAGCCTTTGAGGTGGATCTTCCAAAGTGTGAGGCCGTGGGATGAAGTACTGAAA
TCCCTAAGCCCATATGAGGGACACTGTCTGGGGGTAGGTGGAACCACGCCTGGTTCTTAGATCTGTGTCTATGAAG
TACATGTCCCCATACCCTGACAAATGGGACATAGCTGCCTCTACCTCCTCAGACCTCCCCAACCCCCAGTCCCCTCA
GCCCTGATTACTCTTTTCCTCTGCCTGGTCTCTGGGTGTCTTCCCCATGAATCAGCTGTCACACACACACAGGCTCA
GTCAGGCACAGCCTAGTTCCCACCTTGTGGTCCCAGAGGCCCCTTCATGCCCCTGTCTCCCTGCCTCACCCTGTCCT
GTGCCCCTGCCCAGCACCTGCTCCTGGGCAAGCACAGGAAGAATGAATATAGTCCCCCTGCCCACAGGCTCTAGCCC
TCCTGGCCTCTAGCCCTGTGACCTGGTGTCCATCAGCATCCTGGGGAACAGGACTCAGCATATGTTGTTCAGTGGTT
ATCCTGAGGCCTGAAAACCTAGGGTAACAAGGAGGAGGCCCTCTTGGACATGCCTTCCCCTCTGCAGTCCCCAGGTC
TAGAGTCTCATGTGGCTCTGTGTGACTCCCTGATGTACAGAGGCATGCCCTGCTATAGGCAACTACAATGGATTATG
TTGAGGGTTGGTTGTGTTTCAGCAGCTTTGAGGAGGGTAGGAAGCAGTCCTGGAATGTTCAGTAGCCTGGAGCAGCC
ATCACTGTCCTTTGAACAAAACTGGCCAGCACTCTCTCAGCTCTGCCCACTGTCTTCTGCACTCTTCACACTTGGGC
ATCCCCTGAAGCCTGCACCCCAGACTGTACCAGGCAGAGGCCATGTACCCTGCTCTCAACAGCATCACATAGACTAC
AGGGCTAGCAAAGAGGTGGGGAGTGTGGACCAGAGGCTCCTACTGTTCACCAGGTCCCATGGGAAGTGTCCAGGCTG
AGCTACCTTCAGTGTGCCACTCTGAGGACAAAGGCCTGCAGGAGAGGGAATGGGTAGATGGGTTTGATGTTTGGAAC
AGGCAGGCAGGGGCTGTGTGTGTCTGTGGGGAGCTGGGTGTGAGTGCTATGGGTCTGAGTCTGAGGGGTGTTCACAC
ATGGCTCTGGTGCATGGCTCTCATCTGTGTGTGTGTGTGCCACAGGCTCCATTTGAGTGCTCGGTTGGCTCCATTGC
TGTACCTCTGTCTCCCTTGTTTTCTATCTGTCTGTCCTCCCTGTCTGTCTGTCTCTCCTTTCCTATGCCTCCTCCTC
ATATCCATGTCTGCATCTCTTTCTATCAGTCTCTATCCCTGTGACCCCTGGTTTCCATTTCTGTCTTTCTGCATATC
TTTCCATCTTTCTCTCTGTGTGTCTGTCCTCATCTCTTCCAGTGTCCGTGTTTCTGTTTCCCTCTGTTCCCATGCGG
AGGTATGTTCTCACAATCCTTAAGTTCCCTGGTCCCCTGTCCCCCATTTCTTGTCATATTATCCCATCAGTGTCTCT
GTGCCTCTCTGTCTGTGTCTCTGTGTTGTCTCTGTGTGTGTCTCTCAGTATCTCTCTCTCTCTCTCTCTCTCTCTCT
CTCTCAGTATCTGTATTTCTTTTAGTAACTTTGCTATCTTTTTAAGTATCTCTGTCTTTCTTCATCTCTGTCTCTCT
TGAGGTCTCTGTCTTTCTGCATGTCTAATGTTTCTGTATCTCTCTCACCTCATCTCTGCCTCTCTCAATATTCAGTA
GATCCATGCCCCTTTATTCTTTGTGCCTCTGTCTCTGTTTGTCTCTTTCTCTGTCTCTCTGTCTTTCTCTCTCTCAG
AATCTGTGTCCCTCATGTTATTTCTCAAAATGCCTCCCTAACTCTTTCAATAACAGTTTCTGCCTCTTCTTTCTGGG
CCTGGCTCAATCTTCCTTCTTGGACCTCAGTTTCATTGGTTGTGAGACCATACCCTGCTATGAGTCCAGAGGACTGT
CCTCCATAGTCTAGAACCACATGCTATCTAAGGGATATTGGGGCAATACATGTGTAGTGAGATACCTGCCTTTCTGA
TGAGCCCTGTCTGGCAGGGATAAATTCTCCATTCTGCATCTCCAGGGCCTTGCTGAGCTGACTATTCTAGTCCTCTG
CCAGAATAGCTGTGTGGCCTTGGGTGATGCTGGCTGACCTCAGGCTGGTCTGGGTTGTCTCTGGCTGACACCCCTTG
ACTCTGGATGACCCTGGGAAGACCATACTTAATCTTAATTGGACTTGTTCTCATTGGGACAGAACATGGCCTCACTA
AGGCACGAGTGTGGATGGCCTTGGGTGATGGGGTTGGGGCCTCCTCAGCCCCTGGCAGGGCTCCCCTGGCTCCCAC
CCCTCATCCAGGTCCCAGGCCCACCTGGCCTGGTCCAGTGTGGTGTGATTCTCAGAACAGTAGCTCTGGTTTGGGGC
ACCTGTGCTGAGAAAGGCTCAGGATGACTCAGCTGCCCTCAGCTCAGAGCTGCTTTGAATGTTTCAGCAGGTGATAG

Fig. 7 (cont.)

ACAACAGAGACTTCAGAAGAGAGAAAAACAAGTTGCTAATGTGAACATCCCTGCCCTACCCCCACACCTGTACTGCA
AACATTGTTGACCCCAGATAGAGATCCCAGGACAGCAAGTGATAGACAAAGGAGGCTCCAGAGGAGAGAAAAATAGT
ATCTACAAGCATGACCACTTCTGCCCTGCCCCACACCTGCCCTGCAAAGCTCCCCAGGATGCTGACCCCACATCTGT
AGACCCCAGGCCAGAGGCTCCATCTCCCAGGGCCTGGGCTTGCTTTGTCTCCATTCTGTGCCTCTGAGCCTGGGCAA
GGCCAATGAGCAAAGGGGTCACTGTCCCAGTTGCAGCCCAGTGTGTGAACAGTGTTGTGGGGATTCTGGAATCTTCT
GCAGGAATCCCCTGTAGGGATCCTCCTAATGTGAATGAGGCTTGGAATAGCAAAGGGACGTCTTGTAAAATACCACT
GATTCCTTGGGCCTCAGACAATGGATTTGAGATGAGGACCAAGGTCCAGGGCCAGTGTTGGTAAGCAGAATTTGGGG
CTAGAGTTCAGGCTTAGAAGTCAATGATGAGGGCCAGGGCCCAGTGACTAGGTCAGGGCCCATTGATCAGTACAGGA
CCCAGTTGTTAGAGCCGGAGCTCAATGATCTGGACCAAGTCACAAGGCCAAATGATCAGGATCAGTAGCCAGTTACC
AGGACCGAGATCCAGGTTTCACAGCCAAAGCCAGGTTACCCCAACCAGAGACCATTCATCGGAATCTGGGTCTGTTG
ATCGGAGCCCAAGCACGCTGCTGTAAACCAGAGCTGCTCTAAAGCAGAACTCAGTGCTGAGCACCAGAGATAAGTGA
TGAGACCAGGATTCAGTGATTAAGGAAACAAAACCAAAGGTCAATAGGATATTATGTGGAGAGAGGGGAGAGAGAGA
GAGAGAGAGGACAGAGAGAGAAAGAGCGGTAGGTTCAGGACTAAGTCTCAGTGAGGAGGGTCAGGAGTCAGTGGTTT
GAACCCAGACACACTGCTCAGGTCCACAGTTCAACGGTGAGAGCCAGGGGTCAGCTATCAGAACCAGGTCCAGTAAC
TACAACCAAAAACCAGTGGCCCCAACCAAAAACCAGTTACTAAAACCCGAATAGAATAGAAACTAGCCAGGCAGTGA
TAGCTTTAATCCCAATACTCAGGAGTCAGAGGCAGGTGGATCTCTGAGTTCAAGGTCAGCCTGGTCTACACAATGAG
TTCTAAGACAGCCAGGGCTACACAGAGAAACCCTGTCTGGAAAACAAGCAAAAGCCTAGAAACCGTGGACTCAGTGG
TCAGTGGCAGTTCTTGGTGACTAAGACCATGGTCAAGAGGTCAAGCAGGACTCAGCGGTTAGAATCAGGGCATGGGT
GATGACAGCCTGTTCCAGGGATCAGAACCAGGTCTAAGGGCAAAGGCCATGACTGAGTCATCAAACAGTGTCTCTTC
ATAAGTCCTAGCCAGGCCCAACCAGGCCTAGGGTGTCAGATCAGGCAAGACTGATGCGGTATGTGTGAGGTGGTATG
ACAATACATCTCAGTATCTCTGGGACCCCACCACCATCTTCCCTGCCTCGGTCCACTCACAAATCTCTGGCTCTCTC
ACTGTCTTTGTCTCATTCTTGTCTAGCTTTCTACCGTGTCCCCTCTCCCCACATTTGTCTCTCCCAGTATCTGTCTC
TCTGAAAGTCTCTGTGTCCCCTCTGACTTTCTCAGTGCTTATGTTCCCTGCCCCTTGATCATTTGAGAGGGGGATGG
TAAGTAGAGAATTATGGAACAGTGAGTGTGTGTCTCTATATGTGTGTGTGTGTCTGTGGGGCTGGCAGTGGGTATGT
GTGAGTATGTGTGTGTCTGTGTGAGTGTGTGTCTGTGGGGTGACAGTATGTATGAGTGTCAGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTCTGTGTGTCTGTGTGTCTGTGTGTCTGTGTGTCTGTGTGTCTGTG
GGGTGGCAGTGTACATGTGTGAGTGTGTGAATCAAAATGTGTGAGCATGTGTGTGTGGAGGTGGTAATGTATGTATG
TATGTCTGTGTGTATGAGTGTGTGTCTATGGGAGTGGCAGTGTATATGTGTGAGTATATTGTGTATTGTGGGTACGG
GTGTGTGTCTGTGTGAGTGTGTGTTTCTATGTGTCTGTGGAGGTAACAGTGTGTATGTGTGAGTGTGTGTCTATATG
AGTGTCTGTATGTGTGTGTGTATGAGAGAGAGAGAGAGAGAAAGAGAGAGTGTGTGCAGGGTGATAGTGTATATATG
TGAGTTTGTGTGTATGTGAGTGTGTGTTTGTGTGTATGAATGTGTGTGTTTATGGGGTGACAGTATGTATGTATGAG
TGCATGTGTCTGTGGGGTAGCAGTGTGTATGTGTGAGTGTGTGTGTGTGTGTGTGTGTGTGTGTGGTATGTGTGTGT
GTGAGAGAGAGAGTGCAGGGTGATAGTGTATATATGTGAGTGTGTGTGTCTGTTTGTGAGAGTGTGTGTTTGTGTGT
ATGAGTGTGTGTGTCTATGGAGTGACACTATGTATGCATGAGTGCATGTGTCTGTGGGATAGCAGTGTATATGTGGG
AGTGTGTGTGTGTGTGTATGTGCAGGGTGGTAGTGTATATATGTGAGAGTGTGTGTTTGTGTGTATGAGTGTGTATG
TCTATGGGGTGACAGTATGGATGGATGTATGAGTGCCTGTGGGGCAGCAGTGTGTATATGTGAGTGTGTGTGTGTGT
GTGTGTGTGTGTGTGTGTGTGTGTGCAGTGTGAGAGTGTATATATGTGAGTGTGTGTGTCTGTGTGTGTGAGTGTGT
GTGTTTGTGTGTATGAGTGTGTGTGTCTATGGGATGACAGTATGTATGTATGAGTGCATGTGTCTGTGGGGCAGCAG
TGTGTATGGTGAGTGTGTGTGTGAGTGTGTGTGTCTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTG
TGTGCCACTTCCCTAATATGTTCTCTTCCAGCTATGGCTTCTGCTTCATCCTTCACTCAAGGCCAGACCTCACTGGC
CAGTCCACAGCATAATACCAGCCATGCCTCTACCCAATAATTGTATGTGTCAGGGAGCCAAGAGGATGGACAGGGAT
CTTGTTCTTGGGGTGAGAATGTGAGAACTTTTGGGGAGCCCTTCCACACACCCATGCAGTAGTAGACACCTCTGCAA
AGCTATGCACATCCTCACACTAGCACACTGCACAACCATGCACTCTCTGCAGACTCACTGTTCACCATGAACCCAGC
TAGTCAGATTCATATGTGAAACTCATATCAGCCTCTGCACACACATACACACATATTACACCCATGCACACACATGT
ACACATACATACACATGTACACATACATGTGTACACACACATATAGAGAAGGCATTGGTGGGGAAAACATTAGGCCA
TGGCTACAGTACAGGGCACAAGGATGGTGGTACAGAATGAGGTCAGGCTGGGTCAGCATAACAAGAACACTTGGACA
AAGTGAGGGTAGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTGTATGTGTGTGTGTGTGTACACGTTGAAAG
TCTTCAGTAGACTGGTATCACTAGCCCTGATATGGGCAACACAGCAAGCCTGGGTCACACTCAAGCTGAGTATCAGG
GTAACCAGGGCCTTCTAACCAAGGGTAGATGCAGCCTGTGTTCCGTTTACTGACCAGTGAGAAGCCATGAGCTGAAC
CAGACCAGAAGACCCTTACTGTTCCCACCCAACCCCCACCCAGTTTAGTCTCAGCAAGACCCTGTACTGTGGGCCAC
AGCTCTCCCCCACACCCCACCTGTAGCACAAACACTATTTGCAAACATTTCTAAAAATGATGAGAACAGGAACCACA
GAGCAGAGGGGGGGACTGGCGTGGAAAGCCCCATTCACCCATGGGACTGAAACTCGGGGAACCAGAACCGTAAGGAG
ATTTGCATGGTGCTGGGGGAGGTTGGCCCTGGATCAGTGAGCCCAGAGAGTTACTGGTTTCTCACTTCCATCAGGTC
AACCTCCTCAACCCCCAAAAATGGCCAGGCCTAGGCTATGGATGAGTTTCAATGACCAGGCCCTAAGGACGAGTCAC

Fig. 7 (cont.)

AGAGGACTTCCTGGTGGGCTCAGGCAGCAGACCTGCCCAGATGGATTGCAGAACCAGGGGGAGCCATGGCCAGGAAG
GCCAGACGCCTTAGGGGTGTGCTGTCTCTGCATCCTTTGCCCTCTCTGCTCCTCACAGTCCATCTGCCATCTCACAA
TCCCTCCTGTCGCTCTGGGGCCCAGACCTGGCCAGTCTGGGTACCTGTGGAATACACCCAAAGAAGCAATCCCCAGC
CTCAGGACCCACAACTACTTCCCCTACAGACATGAGTGATCTCAGCCCACATGTCTGGGGGCCACAGAAGCCCCTAA
GACCCTACTCTGCTAATAGGCCCTCCTCCCACCAGCCAAGACAATACACAGGCAAGGTGATGTGGATGAGTCACCCC
ATGGGTACCTGTGTCTGAGATACACCCTGTGGGTATCCTGGCCAGAATCTGGTGACCAACCCAACCTGTGTCCCTAG
AGGAGAACTCTGTGCCTGCACTCACCTACCCACCTAACTCCAAGCTTGGTATGATGCAGAGCCCCTGTGTAGACCTA
AAAGTCAGCCATAGGACAGGGTCAAGAATGACTCTTCCTACACATAAAGTCTTCTACTAAGACAGTAAGGTAGACAC
ACAAACATACCCGGATGCAGAGACACACAGGCATGCAGAGAAGGCATGTAGACACAAACGCATGCATAAACGCACAA
ACATACAGATATATGCTGACAAATATACACAGCAACTTACAAGTACACAGACACACAAACAGACAAACATGCACAGA
CAGAAACACACAGAGCTCAAAATCAAGTATACACAGACAAATTTACACAGAGACTTACAGATACACAGATATATGAG
ACACACCCAAACAGACACACACATGGGGGCACAGAAAAACATACAAGCAGACACATGCAGACTTAAAGACCCACAAG
ACATGGAGAGATACAAAAACACACAACACAGACACAGAGATATAGAGACACACAGACCCACAAATATGAACAGACAC
AGAGACACCCAGAAACAAAAACACACTCAGGCATTCCACTCCCAATGGGCGTACACATGGGCATACACAGCCCAGTC
ACACAGACAAACATAACACATACAGAAGTGCAGGCATACATATCACACAATACACGCTGGTATTCACACACAGGTGT
GCTCACAAACCCCACACACTCACACATAAAAGTTGACACTGGCACTCCCACTCCGAGGCACATGCTTAGCCACAGCC
GGCTGACACTGCACACCCCACACACGTTCCAGAGACTCCCACAGAACTGGAAGCTCACCCAGGCCCACCCAGGCTCT
CAGGCCACACACATGGGACATCTCAGAGACATGTGGGATACAGTTGCTCACAGGTTTCATGAGGACTCACAGGCCTG
TCCTTGAACATTCCCCTGAGCAGGGGCTCCCTTCTTAAAGCACAGGGATCCCATTCTTTACAGATAAGCACCCAGAC
AGAGGCACTACCAGGCCCAGACCACACTAGACACACACAGCTCTGCATTGTCCCACACTCAAACACAGCTCTGTCGC
CTGAGCTCATGCCAGTCACACAGAACACAGACATGGGCTCGTGTGCTAGAGAGACATAAGCAATGGTAGCCAAGGTG
CTCACATCATGCCCATACACACACACACACACACACACACACACACACACACACACACACACACCCTGTGAAC
AGGCCTGCAGTCCTGACTGAAGCCCTGCTCTACCCAATTTAGTGAGTCCTGCACCTGAACCCTCTTACCCTCACAGC
CCCTGACCTCTCCCTGTGTGCTGCTCAGCTATGGCCCCTTCCCATTCCTAACGTGCCACCCTAAGATGTCGGTTCCG
TGCATCACCGCACACATGCTCTTGGGATAAGGCCTTAGAAGGCTCTGTACCATCTGCAGCTCATGCCACTGCCTTCC
CTGGTAACCCTCTCCTGCATACAAGGGCTGCAAGGGTCAATGATATGAATCCATCCATGCTCTGACCCCAGCTTGGC
CCAGGGCAGCCATGATGGGAGGACAACCCCTGACCCCAGCCTAAGATAGTTGTTGCACAGAGCAGTCCCTTAACGCA
GGATAACTGTTGGAGGTAGGCAGCACTTGACCCCTGCCCAAGCTAGATGATGGGAGAGGATAGGTCCAGCCATTGAC
AGCTGCTGTAGCAAGGCAGGCCCTGGTCCCAGGTTAACTCAAGGCTGCTGCTTAGGCAACCCCTGACTCCAGCTCCA
GAAGTCTGCTGGGGGTGTATCCTCTGGCTACAGGAGCTGAACAAATGGCGCGCCGCGGCCGCTCGACCAATTCTCAT
GTTTGACAGCTTATCATCGAATTTCTGCCATTCATCCGCTTATTATCACTTATTCAGGCGTAGCAACCAGGCGTTTA
AGGGCACCAATAACTGCCTTAAAAAAATTACGCCCCGCCCTGCCACTCATCGCAGTACTGTTGTAATTCATTAAGCA
TTCTGCCGACATGGAAGCCATCACAAACGGCATGATGAACCTGAATCGCCAGCGGCATCAGCACCTTGTCGCCTTGC
GTATAATATTTGCCCATGGTGAAAACGGGGGCGAAGAAGTTGTCCATATTGGCCACGTTTAAATCAAAACTGGTGAA
ACTCACCCAGGGATTGGCTGAGACGAAAAACATATTCTCAATAAACCCTTTAGGGAAATAGGCCAGGTTTTCACCGT
AACACGCCACATCTTGCGAATATATGTGTAGAAACTGCCGGAAATCGTCGTGGTATTCACTCCAGAGCGATGAAAAC
GTTTCAGTTTGCTCATGGAAAACGGTGTAACAAGGGTGAACACTATCCCATATCACCAGCTCACCGTCTTTCATTGC
CATACGGAACTCCGGATGAGCATTCATCAGGCGGGCAAGAATGTGAATAAAGGCCGGATAAAACTTGTGCTTATTTT
TCTTTACGGTCTTTAAAAAGGCCGTAATATCCAGCTGAACGGTCTGGTTATAGGTACATTGAGCAACTGACTGAAAT
GCCTCAAAATGTTCTTTACGATGCCATTGGGATATATCAACGGTGGTATATCCAGTGATTTTTTTCTCCATTTTAGC
TTCCTTAGCTCCTGAAAATCTCGATAACTCAAAAAATACGCCCGGTAGTGATCTTATTTCATTATGGTGAAAGTTGG
AACCTCTTACGTGCCGATCAACGTCTCATTTTCGCCAAAAGTTGGCCCAGGGCTTCCCGGTATCAACAGGGACACCA
GGATTTATTTATTCTGCGAAGTGATCTTCCGTCACAGGTATTTATTCGCGATAAGCTCATGGAGCGGCGTAACCGTC
GCACAGGAAGGACAGAGAAAGCGCGGATCTGGGAAGTGACGGACAGAACGGTCAGGACCTGGATTGGGGAGGCGGTT
GCCGCCGCTGCTGCTGACGGTGTGACGTTCTCTGTTCCGGTCACACCACATACGTTCCGCCATTCCTATGCGATGCA
CATGCTGTATGCCGGTATACCGCTGAAAGTTCTGCAAAGCCTGATGGGACATAAGTCCATCAGTTCAACGGAAGTCT
ACACGAAGGTTTTTGCGCTGGATGTGGCTGCCCGGCACCGGGTGCAGTTTGCGATGCCGGAGTCTGATGCGGTTGCG
ATGCTGAAACAATTATCCTGAGAATAAATGCCTTGGCCTTTATATGGAAATGTGGAACTGAGTGGATATGCTGTTTT
TGTCTGTTAAACAGAGAAGCTGGCTGTTATCCACTGAGAAGCGAACGAAACAGTCGGGAAAATCTCCCATTATCGTA
GAGATCCGCATTATTAATCTCAGGAGCCTGTGTAGCGTTTATAGGAAGTAGTGTTCTGTCATGATGCCTGCAAGCGG
TAACGAAAACGATTTGAATATGCCTTCAGGAACAATAGAAATCTTCGTGCGGTGTTACGTTGAAGTGGAGCGGATTA
TGTCAGCAATGGACAGAACAACCTAATGAACACAGAACCATGATGTGGTCTGTCCTTTTACAGCCAGTAGTGCTCGC
CGCAGTTGAGCGACAGGGCGAAGCCCTCGAGTGAGCGAGGAAGCACCAGGGAACAGCACTTATATATTCTGCTTACA
CACGATGCCTGAAAAAACTTCCCTTGGGGTTATCCACTTATCCACGGGGATATTTTTATAATTATTTTTTTTATAGT

Fig. 7 (cont.)

TTTTAGATCTTCTTTTTTAGAGCGCCTTGTAGGCCTTTATCCATGCTGGTTCTAGAGAAGGTGTTGTGACAAATTGC
CCTTTCAGTGTGACAAATCACCCTCAAATGACAGTCCTGTCTGTGACAAATTGCCCTTAACCCTGTGACAAATTGCC
CTCAGAAGAAGCTGTTTTTTCACAAAGTTATCCCTGCTTATTGACTCTTTTTTATTTAGTGTGACAATCTAAAAACT
TGTCACACTTCACATGGATCTGTCATGGCGGAAACAGCGGTTATCAATCACAAGAAACGTAAAAATAGCCCGCGAAT
CGTCCAGTCAAACGACCTCACTGAGGCGGCATATAGTCTCTCCCGGGATCAAAAACGTATGCTGTATCTGTTCGTTG
ACCAGATCAGAAAATCTGATGGCACCCTACAGGAACATGACGGTATCTGCGAGATCCATGTTGCTAAATATGCTGAA
ATATTCGGATTGACCTCTGCGGAAGCCAGTAAGGATATACGGCAGGCATTGAAGAGTTTCGCGGGGAAGGAAGTGGT
TTTTTATCGCCCTGAAGAGGATGCCGGCGATGAAAAAGGCTATGAATCTTTTCCTTGGTTTATCAAACGTGCGCACA
GTCCATCCAGAGGGCTTTACAGTGTACATATCAACCCATATCTCATTCCCTTCTTTATCGGGTTACAGAACCGGTTT
ACGCAGTTTCGGCTTAGTGAAACAAAAGAAATCACCAATCCGTATGCCATGCGTTTATACGAATCCCTGTGTCAGTA
TCGTAAGCCGGATGGCTCAGGCATCGTCTCTCTGAAAATCGACTGGATCATAGAGCGTTACCAGCTGCCTCAAAGTT
ACCAGCGTATGCCTGACTTCCGCCGCCGCTTCCTGCAGGTCTGTGTTAATGAGATCAACAGCAGAACTCCAATGCGC
CTCTCATACATTGAGAAAAAGAAAGGCCGCCAGACGACTCATATCGTATTTTCCTTCCGCGATATCACTTCCATGAC
GACAGGATAGTCTGAGGGTTATCTGTCACAGATTTGAGGGTGGTTCGTCACATTTGTTCTGACCTACTGAGGGTAAT
TTGTCACAGTTTTGCTGTTTCCTTCAGCCTGCATGGATTTTCTCATACTTTTTGAACTGTAATTTTTAAGGAAGCCA
AATTTGAGGGCAGTTTGTCACAGTTGATTTCCTTCTCTTTCCCTTCGTCATGTGACCTGATATCGGGGGTTAGTTCG
TCATCATTGATGAGGGTTGATTATCACAGTTTATTACTCTGAATTGGCTATCCGCGTGTGTACCTCTACCTGGAGTT
TTTCCCACGGTGGATATTTCTTCTTGCGCTGAGCGTAAGAGCTATCTGACAGAACAGTTCTTCTTTGCTTCCTCGCC
AGTTCGCTCGCTATGCTCGGTTACACGGCTGCGGCGAGCGCTAGTGATAATAAGTGACTGAGGTATGTGCTCTTCTT
ATCTCCTTTTGTAGTGTTGCTCTTATTTTAAACAACTTTGCGGTTTTTTGATGACTTTGCGATTTTGTTGTTGCTTT
GCAGTAAATTGCAAGATTTAATAAAAAAACGCAAAGCAATGATTAAAGGATGTTCAGAATGAAACTCATGGAAACAC
TTAACCAGTGCATAAACGCTGGTCATGAAATGACGAAGGCTATCGCCATTGCACAGTTTAATGATGACAGCCCGGAA
GCGAGGAAAATAACCCGGCGCTGGAGAATAGGTGAAGCAGCGGATTTAGTTGGGGTTTCTTCTCAGGCTATCAGAGA
TGCCGAGAAAGCAGGGCGACTACCGCACCCGGATATGGAAATTCGAGGACGGGTTGAGCAACGTGTTGGTTATACAA
TTGAACAAATTAATCATATGCGTGATGTGTTTGGTACGCGATTGCGACGTGCTGAAGACGTATTTCCACCGGTGATC
GGGGTTGCTGCCCATAAAGGTGGCGTTTACAAAACCTCAGTTTCTGTTCATCTTGCTCAGGATCTGGCTCTGAAGGG
GCTACGTGTTTTGCTCGTGGAAGGTAACGACCCCCAGGGAACAGCCTCAATGTATCACGGATGGGTACCAGATCTTC
ATATTCATGCAGAAGACACTCTCCTGCCTTTCTATCTTGGGGAAAAGGACGATGTCACTTATGCAATAAAGCCCACT
TGCTGGCCGGGGCTTGACATTATTCCTTCCTGTCTGGCTCTGCACCGTATTGAAACTGAGTTAATGGGCAAATTTGA
TGAAGGTAAACTGCCCACCGATCCACACCTGATGCTCCGACTGGCCATTGAAACTGTTGCTCATGACTATGATGTCA
TAGTTATTGACAGCGCGCCTAACCTGGGTATCGGCACGATTAATGTCGTATGTGCTGCTGATGTGCTGATTGTTCCC
ACGCCTGCTGAGTTGTTTGACTACACCTCCGCACTGCAGTTTTTCGATATGCTTCGTGATCTGCTCAAGAACGTTGA
TCTTAAAGGGTTCGAGCCTGATGTACGTATTTTGCTTACCAAATACAGCAATAGTAATGGCTCTCAGTCCCCGTGGA
TGGAGGAGCAAATTCGGGATGCCTGGGGAAGCATGGTTCTAAAAAATGTTGTACGTGAAACGGATGAAGTTGGTAAA
GGTCAGATCCGGATGAGAACTGTTTTTGAACAGGCCATTGATCAACGCTCTTCAACTGGTGCCTGGAGAAATGCTCT
TTCTATTTGGGAACCTGTCTGCAATGAAATTTTCGATCGTCTGATTAAACCACGCTGGGAGATTAGATAATGAAGCG
TGCGCCTGTTATTCCAAAACATACGCTCAATACTCAACCGGTTGAAGATACTTCGTTATCGACACCAGCTGCCCCGA
TGGTGGATTCGTTAATTGCGCGCGTAGGAGTAATGGCTCGCGGTAATGCCATTACTTTGCCTGTATGTGGTCGGGAT
GTGAAGTTTACTCTTGAAGTGCTCCGGGGTGATAGTGTTGAGAAGACCTCTCGGGTATGGTCAGGTAATGAACGTGA
CCAGGAGCTGCTTACTGAGGACGCACTGGATGATCTCATCCCTTCTTTTCTACTGACTGGTCAACAGACACCGGCGT
TCGGTCGAAGAGTATCTGGTGTCATAGAAATTGCCGATGGGAGTCGCCGTCGTAAAGCTGCTGCACTTACCGAAAGT
GATTATCGTGTTCTGGTTGGCGAGCTGGATGATGAGCAGATGGCTGCATTATCCAGATTGGGTAACGATTATCGCCC
AACAAGTGCTTATGAACGTGGTCAGCGTTATGCAAGCCGATTGCAGAATGAATTTGCTGGAAATATTTCTGCGCTGG
CTGATGCGGAAAATATTTCACGTAAGATTATTACCCGCTGTATCAACACCGCCAAATTGCCTAAATCAGTTGTTGCT
CTTTTTTCTCACCCCGGTGAACTATCTGCCCGGTCAGGTGATGCACTTCAAAAAGCCTTTACAGATAAAGAGGAATT
ACTTAAGCAGCAGGCATCTAACCTTCATGAGCAGAAAAAAGCTGGGGTGATATTTGAAGCTGAAGAAGTTATCACTC
TTTTAACTTCTGTGCTTAAAACGTCATCTGCATCAAGAACTAGTTTAAGCTCACGACATCAGTTTGCTCCTGGAGCG
ACAGTATTGTATAAGGGCGATAAAATGGTGCTTAACCTGGACAGGTCTCGTGTTCCAACTGAGTGTATAGAGAAAAT
TGAGGCCATTCTTAAGGAACTTGAAAAGCCAGCACCCTGATGCGACCACGTTTTAGTCTACGTTTATCTGTCTTTAC
TTAATGTCCTTTGTTACAGGCCAGAAAGCATAACTGGCCTGAATATTCTCTCTGGGCCCACTGTTCCACTTGTATCG
TCGGTCTGATAATCAGACTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGGACCACGGTCCCA
CTCGTATCGTCGGTCTGATTATTAGTCTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATAATCAGACTGGGACC
ACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGGACCATGGTCCCACTCGTATCGTCGGTCTGATTATTAG
TCTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGAACCACGGTCCCACTCGTATCGTCGGTCT

Fig. 7 (cont.)

GATTATTAGTCTGGGACCACGGTCCCACTCGTATCGTCGGTCTGATTATTAGTCTGGGACCACGATCCCACTCGTGT
TGTCGGTCTGATTATCGGTCTGGGACCACGGTCCCACTTGTATTGTCGATCAGACTATCAGCGTGAGACTACGATTC
CATCAATGCCTGTCAAGGGCAAGTATTGACATGTCGTCGTAACCTGTAGAACGGAGTAACCTCGGTGTGCGGTTGTA
TGCCTGCTGTGGATTGCTGCTGTGTCCTGCTTATCCACAACATTTTGCGCACGGTTATGTGGACAAAATACCTGGTT
ACCCAGGCCGTGCCGGCACGTTAACCGGGCTGCATCCGATGCAAGTGTGTCGCTGTCGAGCGGCCGC

*Fig. 10*



Fig. 8

Strategy to disable IgH




Frame Shift Insertion Inhibits Expression of Mouse Kappa Light Chain
0
50
100
150
200
250
300kb
3'
C
I T S Y C I H Y T L L C stop out of frame
GG ATA ACT TCG TAT A GC ATA CAT TAT ACG AAG TTA T GCT GAT GCT GCA CCA ACT GTA TCC
in frame
Insert lox site plus stop codons
A D A A P T V S
intron GG GCT GAT GCT GCA CCA ACT GTA TCC
5' end of the murine κ constant region with codon usage

Fig. 9

*Fig. 11*


Peptide α immunisation, TG6 is 8V3 line 2, tg 4 is V18 line 4
1,2
0,9
0,6
0,3
0
200
1000
3000
7500
15000
30000
60000
120000
22664-06 tg2
22664-07 tg2
22664-08 tg2
23272-04 tg4
23272-05 tg4
23272-06 tg4

# PRODUCTION OF HEAVY CHAIN ONLY ANTIBODIES IN TRANSGENIC MAMMALS

## FIELD OF THE INVENTION

The present invention relates to the improved manufacture of a diverse repertoire of functional heavy chain-only antibodies that undergo affinity maturation, and uses thereof. The present invention also relates to a method for the generation of heavy chain-only antibodies by mature B-cells in transgenic animals, such as mice. In particular, the present invention relates to a method for efficiently generating human antigen-specific, high affinity, heavy chain-only antibodies of class VH3 and the isolation and expression of fully functional VH3 antigen-binding domains through the use of human VH genes belonging to subclass 3 and preferably excluding those from other subclasses.

## BACKGROUND TO THE INVENTION

Before the advent of gene cloning technology, it was established in a number of laboratories that antibody heavy chains retained the ability to bind antigen when stripped of light chains (see Jaton et al. (1968) *Biochemistry* 7, 4185-4195). With the advent of new molecular biology techniques, the presence of heavy chain-only antibody (devoid of light chain) was identified in B-cell proliferative disorders in man (Heavy Chain Disease) and in murine model systems. Analysis of heavy chain disease at the molecular level showed that mutations and deletions at the level of the genome could result in inappropriate expression of the heavy chain CH1 domain, giving rise to the expression of heavy chain-only antibody lacking the ability to bind light chain (see Hendershot et al. (1987) *J. Cell Biol.* 104, 761-767; Brandt et al. (1984) *Mol. Cell. Biol.* 4, 1270-1277). Separate studies on isolated human VH domains derived from phage libraries demonstrated antigen-specific binding of VH domains but that the VH domains proved to be of low solubility. Furthermore it was suggested that the selection of human VH domains with specific binding characteristics displayed on phage arrays could form the building blocks for engineered antibodies (Ward et al. (1989) *Nature* 341, 544-546).

Studies using other vertebrate species have shown that camelids, as a result of a gene mutation, produce functional IgG2 and IgG3 heavy chain-only dimers which are unable to bind light chain due to the absence of the CH1 light chain-binding region (Hamers-Casterman et al. (1993) *Nature,* 363, 446-448) and that species such as shark produce a heavy chain like binding protein family, probably related to the mammalian T-cell receptor or immunoglobulin light chain (Stanfield et al. (2004) *Science,* 305, 1770-1773).

A characterising feature of the camelid heavy chain-only antibody is the camelid VH region (VHH), which provides improved solubility relative to the human VH region. Human VH may be engineered for improved solubility characteristics (see Davies and Riechmann (1996) *Protein Eng.* 9(6), 531-537; Lutz and Muyldermans (1999) *J. Immuno. Methods* 231, 25-38); or solubility maybe be acquired by natural selection in vivo (see Tanha et al., (2001) *J. Biol. Chem.* 276, 24774-24780). However, where VH binding domains have been derived from phage libraries, intrinsic affinities for antigen remain in the low micromolar/high nanomolar range, in spite of the application of affinity improvement strategies involving, for example, affinity hot spot randomisation (Yau et al., (2005) *J. Immunol. Methods* 297, 213-224).



Camelid VHH antibodies are also characterised by a CDR3 loop that is on average larger than VH antibodies. This CDR3 loop is a feature considered to be a major influence on overall antigen affinity and specificity that compensates for the absence of a VL domain with the camelid heavy chain only antibody species (see Desmyter et al., (1996) *Nat. Struct. Biol.* 3, 803-811), Riechmann and Muyldermans (1999) *J. Immunological Methods* 23, 25-28) Recent structural studies on camelid antibody suggests that antibody diversity is largely driven by in vivo maturation processes with dependency on V(D)J recombination events and somatic mutation (De Genst et al. (2005) *J. Biol. Chem.* 280 (14) 14114-14121).

An important and common feature of natural camelid VH (VHH) and engineered human VH regions is that each region binds as a monomer with no dependency on dimerisation with a VL region for optimal solubility and binding affinity. These features are particularly suited to the production of blocking agents and tissue penetration agents with improved characteristics over whole antibodies. Exploitation of this technology, however, has limitations.

Human VH produced by phage display technology lacks the advantage of improved characteristics as a result of somatic mutations and the additional diversity provided by D and J region recombination in the CDR3 region of the normal antibody binding site (see Xu and Davies (2000) *Immunity* 13, 37-45). Camelid VH (VHH), (whilst showing benefits in solubility relative to human VH) is antigenic in man, and must be generated by immunisation of camelids or phage display technology.

It seems likely that the optimal production and selection of heavy chain-only antibodies comprising high affinity VH binding domains (whether of human or camelid or other origin) will benefit from alternative approaches.

Thus there remains a need in the art to maximise heavy chain-only antibody generation and B-cell response in vivo and, in particular, to generate a functional repertoire of human heavy chain-only antibodies and functional VH heavy chain binding domains which retain maximum antigen-binding potential for use in diverse clinical, industrial and research applications.

## SUMMARY OF THE INVENTION

The present invention provides a transgenic non-human mammal comprising a heterologous immunoglobulin heavy chain locus comprising human VH gene segments of the subclass VH3, human D gene segments, human J gene segments and a mouse constant region gene segment lacking CH1.

When compared to human VH domains, camelid VHH domains show the highest homology with human VH domains belonging to subclass 3. Camelid VHH domains (Janssens et al. 2006 Proc Natl Acad Sci USA. 103:15130-5, incorporated herein by reference in its entirety) and human VH domains (Janssens, Drabek and Grosveld, unpubl., U.S. Patent Publication 20090307787) can be generated in non-human animals. However, using a combination of all subclasses of human VH genes from loci where the constant region is devoid of CH1, did not allow the efficient generation of high affinity soluble heavy chain only antibodies (HCAbs) (Janssens, Drabek and Grosveld, unpubl. and .S. Patent Publication 20120151610, incorporated by reference herein in its entirety). We noticed that the antibodies that were produced in these animals were almost exclusively of the VH3 subclass and, to a lesser extent, VH4 subclasses. This suggested that the inefficiency may be a result of the

intrinsic insolubility of the other human VH subclass domains. Optimizing the number of VH3 genes and reducing the number of VH domains from other intrinsically less soluble subclasses, could result in a much more efficient generation of HCAbs with improved solubility.

The heterologous immunoglobulin heavy chain locus (VH heavy chain locus) comprises a variable region comprising at least one VH gene segment of the VH3 subclass, or a VH derived from any vertebrate species but homologous to human VH3, at least one D gene segment and at least one J gene segment wherein a VH gene, a D segment and a J segment are capable of recombining to form a VDJ coding sequence.

The VH heavy chain locus may comprise 1, 2, 3, 4, 5, 6, 7, 8 or more VH3 gene segments. In one embodiment, the VH3 genes may be selected from VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53, VH3-49, VH3-15, and VH3-07. The VH heavy chain locus may comprise 1, 2, 3, 4, 5, 6, 7 or 8 VH-3 genes selected from VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53. Alternatively, the VH heavy chain locus may comprise 1, 2, 3, 4, 5, 6, 7 or 8 VH-3 genes selected from VH3-53, VH3-49, VH3-48, VH3-30, VH3-33, VH3-23, VH3-15, and VH3-07.

The VH heavy chain locus may additionally comprise VH gene segments from subclasses other than VH3. For example, the VH heavy chain locus may comprise one or more VH genes such as VH4-59, VH4-34, VH4-b, VH4-39 and VH4-4.

The VH heavy chain locus may comprise one or more of VH3-6, VH3-7, VH3-9, VH3-11, VH3-13, VH3-15, VH3-16, VH3-19, VH3-20, VH3-21, VH3-22, VH3-23, VH3-25, VH3-29, VH3-30, VH3-32, VH3-33, VH3-35, VH3-37, VH3-38, VH3-41, VH3-42, VH3-43, VH3-48, VH3-49, VH3-50, VH3-52, VH3-53, VH3-54, VH3-57, VH3-60, VH3-62, VH3-63, VH3-64, VH3-65, VH3-66, VH3-71, VH3-72, VH3-73, VH3-74, VH3-75, VH3-76, VH3-79, and one or more of VH4-4, VH4-28, VH4-30, VH4-31, VH4-34, VH4-39, VH4-55, VH4-59, VH4-61, and VH4-b. The VH heavy chain locus may comprise all VH3 gene segments. The VH locus may further comprise all VH4 gene segments.

In one embodiment, the VH heavy chain locus comprises a variable region comprising VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53 and VH6-1. In particular, the invention provides that the VH heavy chain locus may comprise in the following order 5' to 3' VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53 and VH6-1.

In another embodiment, the VH heavy chain locus comprises a variable region comprising VH3-53, VH3-49, VH3-48, VH3-30, VH3-33, VH3-23, VH3-15, VH3-07, VH6-1, VH4-59, VH4-34, VH4-b, and VH4-4. In particular, the invention provides that the VH heavy chain locus may comprise in the following order 5' to 3' VH4-59, VH3-53, VH3-49, VH4-34, VH3-48, VH3-30, VH3-33, VH3-23, VH3-15, VH4-b, VH3-07, and VH4-4.

The heavy chain locus can comprise all D gene segments and all J gene segments. Preferably, the D and J gene segments are derived from human. Preferably, the heavy chain locus comprises all 27 human D segments and all 6 human J segments. Alternatively, the heavy chain locus may comprise 21 human D gene segments and all 6 J gene segments. Where the heavy chain locus comprises 21 human D gene segments, the D gene segments may comprise in the following order 5' to 3', D 1-1, D2-2, D3-9, D3-10, D 4-11, D 5-12, D 6-13, D, 1-14, D 2-15, D 3-16, D 3-17, D 5-18, D 6-19, D 1-20, D 2-21, D 3-22, D 4-23, D 5-24, D 6-25, D 1-26, and D-7-27.

The constant heavy chain region gene segments of the heavy chain locus may comprise a $C\alpha_1$ and/or a $C\alpha_2$ constant heavy chain gene, a Cε constant heavy chain gene, a Cδ constant heavy chain gene, a Cγ constant heavy chain gene and/or a Cμ constant heavy chain gene. In particular, the constant region gene segment may comprise Cγ1, lacking CH1, Furthermore, the constant heavy chain region gene segments of the heavy chain locus may comprise more than one of the following constant heavy chain regions: $C\alpha_1$, $C\alpha_2$, Cε, Cδ, Cγ Cμ, Cα. The constant region gene segments may be murine.

In one embodiment, the invention provides a transgenic non-human mammal comprising a heterologous immunoglobulin heavy chain locus comprising human VH gene segments, human D gene segments, human J gene segments, and a mouse constant region gene segment, wherein the human VH gene segments comprise, in the following order 5' to 3', VH1-69, VH4-59, VH3-53, VH3-49, VH4-34, VH3-48, VH3-30, VH3-33, VH3-23, VH1-18, VH3-15, VH4-b, VH1-8, VH3-07, VH2-5, VH4-4, VH1-2, and VH6-1, the human J gene segments comprise all six human J gene segments, the human D gene segments comprise 21 human D gene segments and the mouse constant region gene segment comprises Cγ1, lacking CH1, optionally where the D segments comprise in the following order 5' to 3', D 1-1, D2-2, D3-9, D3-10, D 4-11, D 5-12, D 6-13, D, 1-14, D 2-15, D 3-16, D 3-17, D 5-18, D 6-19, D 1-20, D 2-21, D 3-22, D 4-23, D 5-24, D 6-25, D 1-26, and D-7-27.

The invention also provides a transgenic non-human mammal comprising a heterologous immunoglobulin heavy chain locus comprising human VH gene segments, human D gene segments, human J gene segments, and a mouse constant region gene segment, wherein the human VH gene segments comprise VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH-74, VH3-66, VH3-53, VH6-1, the human D gene segments comprise all 27 human D gene segments, the human J gene segments comprise all six human J gene segments, and the mouse constant region gene segment comprises Cγ1, lacking CH1.

The VH heavy chain locus may further comprise a recombination sequence (rss) capable of recombining a J segment directly with a constant heavy chain gene. The VH heavy chain locus may further comprise a selectable marker.

The constant heavy chain region of the heterologous heavy chain locus is of non-camelid vertebrate origin e.g. of human or mouse origin. Alternatively the constant region may not be of heavy chain origin.

According to particular aspects of the invention, there is provided a transgenic non-human mammal comprising an immunoglobulin heavy chain locus comprising the sequence of SEQ ID NO:1. and a transgenic non-human mammal comprising an immunoglobulin heavy chain locus comprising the sequence of SEQ ID NO:2.

The transgenic non-human mammal may be a rodent, optionally a mouse. Where the transgenic non-human mammal of the invention is a mouse, the endogenous mouse heavy chain locus and the endogenous mouse kappa light chain locus may be disabled.

The invention further provides a vector comprising an immunoglobulin heavy chain locus as described herein.

The invention further provides methods relating to the transgenic non-human mammal described herein. In particular, the invention provides a method of producing an antigen-specific heterologous hybrid VH heavy chain-only anti-

body comprising: (a) immunising a non-human transgenic mammal described herein with the antigen; (b) preparing hybridomas, B cells, plasmablasts, memory B-cells or plasma cells each of which produces a VH heavy chain-only antibody from the immunised transgenic mammal; (c) optionally selecting at least one hybridoma or B cell, plasmablast, memory B-cell or plasma cell expressing the heterologous hybrid VH heavy chain-only antibody by use of the dominant selective marker genes present in the transgenes comprising the heterologous immunoglobulin heavy chain locus; and (d) selecting at least one hybridoma or B cell, plasmablast, memory B-cell or plasma cell which produces an antibody which binds specifically to the antigen.

The invention further provides a method of deriving a human VH heavy chain-only antibody from a hybrid antibody comprising performing steps (a)-(d) above and subsequently (e) selecting at least one hybridoma or B cell, plasmablast, memory B-cell or plasma cell which produces an antibody which binds specifically to the antigen and comprises a human $V_H$ binding domain; (f) cloning and sequencing the $V_H$ domain; (g) recloning selected sequences comprising the $V_H$ binding domain coding sequences with human constant effector domains of choice from; and (h) expressing the recloned sequences encoding the human heavy chain polypeptides using an expression vector in a cell type of choice. The invention further provides methods for the production of human VH heavy chain-only antibody in a non-human transgenic mammal described herein comprising the step of expressing a human VH locus in that mammal, wherein the VH heavy chain only locus comprises one or more human VH3 gene segments, one or more D gene segments, one or more J gene segments and a at least one constant heavy chain region which does not encode a CH1 domain as described above and which locus, when expressed, is capable of forming heavy chain-only antibodies of defined class or classes, and isolating VH heavy chain-only antibody.

Preferably, the methods of the invention result in essentially normal B-cell maturation. The present invention also provides a heavy chain-only antibody, or a fragment thereof, or mixture of classes of heavy chain-only antibodies obtained or obtainable according to a method of the invention. This human VH based heavy chain-only antibody may be a monoclonal antibody, or fragment thereof, such as a VH binding domain.

The present invention also provides a vector comprising a heterologous heavy chain locus of the invention and a host cell transformed with such a vector.

The invention also provides a transgenic non-human mammal expressing a heterologous heavy chain locus described herein. Preferably, the transgenic non-human mammal of the invention has a reduced capacity to produce antibodies that include light chains.

Also provided is the heavy chain-only antibody, or fragment thereof, according to the invention, for use in the preparation of a medicament for immunotherapy. The heavy chain-only antibodies of the invention may also be used as diagnostics, reagents, abzymes, or inhibitory agents. Also provided is a pharmaceutical composition comprising the heavy chain-only antibody or fragment thereof according to the invention, and a pharmacologically appropriate carrier.

Finally, the invention provides a method of production and selection of heavy chain-only antibodies comprising the steps of:

a) injecting an antigen into the transgenic mammal as described herein;



b) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest; and

c) producing a hybridoma from the cell or tissue of step (b) or cloning the heavy chain only antibody mRNA from said cell or tissue for subsequent production in a heterologous expression system such as a mammalian, plant, insect, microbial, fungal or alternative system or

d) sequencing the mRNA/cDNA directly from said cell or tissue for subsequent production in a heterologous expression system such as a mammalian, plant, insect, microbial, fungal or alternative system

or

e) obtaining the amino acid sequence directly from said cell or tissue for subsequent generation of a DNA or RNA molecule for the production of the antibody in a heterologous expression system such as a mammalian, plant, insect, microbial, fungal or alternative system. VH binding domains of the invention may be produced by:

a) injecting an antigen into the transgenic mammal described herein;
b) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest;
c) cloning the VH locus from mRNA derived from the isolated cell or tissue;
d) displaying the encoded protein using a phage or similar library
e) identifying antigen-specific VH domain(s); and
f) expressing the VH domain(s) alone or as a fusion protein in bacterial, yeast or alternative expression systems.

Alternatively, after step b),

c) directly cloning the VH into a mammalian HCAb expression system;
d) identifying antigen-specific VH domain expressing cells; and
e) expressing the VH domain(s) alone or as a fusion protein in bacterial, yeast or alternative expression systems.

## BRIEF DESCRIPTION OF THE FIGURES

The patent or application file contains at least one drawing executed in color. Copies of this patent or patent application publication with color drawings(s) will be provided by the Office upon request and payment of the necessary fee.

FIG. **1**: depicts the structure of the V18 locus containing 18 human VH segments, 21 human D segments, all 6 human J segments and the murine Cγ1ΔCH1 constant region and murine LCR.

FIG. **2**: depicts the structure of the 8V3 locus containing 8 human VH3 segments plus Vh6-1, all 27 human D and all 6 human J segments, the murine Cγ1ΔCH1 constant region and murine LCR.

FIG. **3**: depicts the sequence of the 8V3 locus (SEQ ID NO:1). The human VH coding segments are in green. Red surrounded by yellow indicates the joint between genomic fragments of the relevant part of the Ig locus. Human DH and JH segments are in red, the mouse Cγ1 constant region lacking CH1 is in purple.

FIG. **4**: depicts an example of B cell comparison between V18 and 8V3 mice. Spleen cells were sorted using CD19 (horizontal axis) and B220 (vertical axis). The number of B cells (center group of cells in each picture, boxed R2) is indicated as a percentage of the total number of cells.

FIG. **5**: depicts an example of Western blot analysis to determine the level of HCAb production, Sc4 and Sc27 are different V18 lines, 8V3 represents lines 4, 5 and 6. Wild

type mice (wt) are shown on the right, –/– is a nontransgenic mice with inactivated heavy and kappa light chain loci, i.e the background mice of the transgenic lines. M is a marker lane.

FIG. **6**: depicts an example of results of ELISA analysis of CD34 immunized transgenic mice. The curves in each panel represent a separate mouse of a particular line (lines tg4 containing 21 D regions and tg27 containing all human D regions for V18; lines tg5 and tg6 for 8V3). Points on the line indicate the serum dilution shown at the bottom. The vertical axis is absorbance.

FIG. **7** depicts the sequence of the V18 locus (SEQ ID NO:2). The human VH coding segments are highlighted in green. Red surrounded by yellow indicates the joint between genomic fragments of the relevant part of the Ig locus. Human DH and JH segments are in red, the, mouse Cγ1 constant region lacking CH1 is in purple.

FIG. **8** depicts a strategy to disable mouse IgH.

The top line shows the Cμ region of the mouse with the different exons including the two exons coding for the membrane form of IgM. To the left are the J, D and $V_H$ region of the locus, to the right the other constant regions starting with Cδ. The bottom lines show part of the amino acid sequence of the normal M1 exon before and after recombination (SEQ ID NOs: 7 and 5, respectively). The DNA sequence (SEQ ID NO: 6) shows the integration sequence. The stop codon is in red, the Spe I site in red and blue.

FIG. **9**: depicts a mouse $C_κ$ insertion to inactivate the κ locus.

The locus is shown on the top line. The bottom shows the sequence at the 5' end of the $C_κ$ exon (blue in top line, SEQ ID NO: 11) with the amino acid coding written above the bases (SEQ ID NO:10). The GG base pair at the start is immediately flanking the splice acceptor site coding for the amino acid R after splicing. The middle line shows the insertion of a 34 basepair lox site insertion (blue and red inverted repeat sequence, SEQ ID NO: 9; amino acid sequence SEQ ID NO: 8), which puts the codon usage of the constant region out of frame and creating downstream stop codons (e.g. TGA bold print underlined). Black circle κ-enhancer and red circle κ-LCR sequences.

FIG. **10**: depicts an example of results of ELISA analysis of transgenic mice immunized with a peptide (VHLTPVEKSAVTALC, SEQ ID NO: 3) specific for the $β^S$ form of the β-globin polypeptide. The curves represent three separate mice of a particular 8V3 line (line tg6 containing 27 human D regions) and a particular V18 line (tg27 containing 27 human D regions). Points on the line indicate the serum dilution shown at the bottom. The vertical axis is absorbance.

FIG. **11**: depicts an example of results of ELISA analysis of transgenic mice immunized with a peptide (VLSPADKTNVKAAC, SEQ ID NO:4) form the α-globin polypeptide. The curves represent three separate mice of a particular 8V3 line (line tg2 containing 27 human D regions) and a particular V18 line (tg4 containing 21 human D regions). Points on the line indicate the serum dilution shown at the bottom. The vertical axis is absorbance.

## DETAILED DESCRIPTION OF THE INVENTION

The present inventors have overcome the limitations of the prior art and shown that transgenic animals, in particular mice, can be generated to produce heavy chain only antibodies which are secreted by plasma cells much more efficiently than heavy chain only antibody loci that contain VH genes from many different subclasses and/or lack VH3 genes. These animals can then be used either to generate a reliable supply of class-specific heavy chain-only antibody using established hybridoma technology or phage display or mammalian HCAb expression technology or direct cloning technology as a source of functional soluble VH heavy chain binding domains which are free of effector functions but which retain full binding function.

Heavy chain-only antibodies (excepting camelid antibodies) which can be generated by the methods of the invention show high binding affinity resulting from VH, D and J rearrangements and somatic mutations. Essentially normal B-cell maturation is observed with high levels of heavy chain-only antibody present in isolated plasma (provided that the CH1 domain has been eliminated from all antibody classes present in the recombinant locus). B-cell maturation and the secretion of assembled dimers (e.g., IgG) has no dependency on the presence or expression of light chain genes.

Nucleotide sequence analysis of antigen-specific mRNA coding for human VH gene containing heavy chain only antibodies derived from transgenic mice has demonstrated that heavy chain antibody diversity is primarily a function of VDJ recombination. Further affinity is generated by somatic mutations in the VH domains (U.S. Patent Publication 20120151610). Using the methods described herein, functional HCAb can be cloned and expressed in mammalian systems, functional VH domains can be cloned and expressed in mammalian and bacterial systems to generate VH binding domains with full retention of antigen binding, specificity and affinity. In addition, class specific heavy chain dimers and multimers can efficiently be secreted by mammalian cell lines in culture.

By varying the number and type of constant domains (lacking a CH1 domain) the transgenic mice can be programmed to produce preferred classes of heavy chain-only antibody in response to antigen challenge, e.g., only IgG as opposed to only IgM or, for example, mixtures of IgA and IgG.

The inventors have previously described (U.S. Patent Publication 20120151610, incorporated herein by reference in its entirety) the preparation of transgenic mice expressing a minimal human IgG heavy chain constant region locus devoid of the CH1 exon and linked by human D and J segments with a concatamer of 18 human VH genes. These mice produce functional, antigen-specific IgG heavy chain-only antibody when challenged with antigen. Mixtures of heavy chain-only antibody classes can be obtained by class switching in vivo through utilisation of gene constructs incorporating heavy chain constant regions in tandem (provided that all antibodies lack a CH1 domain). However, transgenic mammals (mice) containing such loci cannot produce heavy chain only antibodies efficiently—B cell development is not efficient (low cell numbers), the heavy chain only antibody titer is low and only low numbers of high affinity antigen specific heavy chain only antibodies or VH region can be obtained after immunisation. The invention/improvements described herein show that a mouse constructed with the same constant region locus linked by human D and J segments with eight VH3 genes (rather than a mixture of VH genes of many subclasses) results in good B-cell maturation and high antigen specific heavy chain only antibody titers in the serum. The human VH3 genes (or VH genes from other vertebrates homologous to human VH3) show the best homology to camelid VHH genes which are naturally soluble as heavy chain only antibodies without

association to an immunoglobulin light chain (Muyldermans, S. 2001. Single domain camel antibodies: Current status. J. Biotechnol. 74: 277-302); Davies, J., Riechmann, L., Camelising human antibody fragments: NMR studies on VH domains. FEBS Lett. (1994). 339, 285-290; Jespers L, Schon O, James L C, Veprintsev D, Winter G. Crystal structure of HEL4, a soluble, refoldable human V(H) single domain with a germ-line scaffold. J Mol Biol. 2004 Apr. 2; 337(4):893-903 and refs therein.) Moreover, the soluble HCAb (heavy chain only antibodies) generated from the V18 locus were almost exclusively of the VH3 and to a lesser extent the VH4 subclass.

The inventors have found that large heavy chain antibody loci containing many human VH genes from all or many of the subclasses of human VH genes do not efficiently result in the generation of high affinity heavy chain antibodies because such loci contain too many VH genes from subclasses that are intrinsically insoluble. As a result, during B cell differentiation and the period of heavy chain rearrangement too many VDJ rearrangements take place which result in insoluble (or weakly soluble) heavy chain only antibodies resulting in low numbers of B cells and low heavy chain only antibody titers. The inventors have found that, by restricting heavy chain antibody loci to comprise primarily VH genes of the VH3 subclass, this problem is solved through the reduction of non-productive rearrangements and that much larger numbers of B cells and antibody titers are obtained.

This observation has important implications for the improved engineering of class-specific heavy chain-only antibodies and the derivation of high affinity, soluble VH domains which incorporate affinity maturation via somatic mutation. Incorporation of selected VH3 (and optionally VH4) segments permits the production of any class of heavy chain-only antibodies or any mixture of heavy chain-only antibodies without the requirement to resort to the immunisation of large numbers of animals to obtain a few high affinity heavy chain only antibodies and soluble VH domains retaining specific antigen binding. Such VH3-derived domains can be expressed alone in bacterial (or other micro-organism systems) or mammalian systems or as functional heavy chain-only antibody incorporating effector domains secreted by hybridomas or transfected cells in culture. Antibodies and VH binding domains of human origin have wide ranging applications in the field of healthcare as medicines, diagnostics, and reagents, with parallel agricultural, environmental and industrial applications.

Thus, the present invention provides a method for the efficient production of a VH heavy chain antibody in a transgenic mammal comprising the step of expressing a heterologous VH3-based heavy chain locus in that mammal which is capable of forming a diverse repertoire of complete heavy chain-only antibodies when expressed.

The improved methods/vectors/animals for making antibodies according to the invention have the advantage over those of the prior art in that antibodies can be obtained much more efficiently and are of substantially a single subclass VH gene preferably of the human subclass of VH3 domains (or VH domains from other species representing the same human subclass) linked to human D and J regions and different mammalian constant regions or single region lacking the CH1 domain. Antibodies are of high affinity resulting from a combination of VDJ recombination and affinity maturation in vivo. Antibodies and fragments thereof may be may be isolated, characterised and manufactured using well-established methods known to those skilled in the art.



The Heterologous Heavy Chain Only Antibody (HCAb) Locus

In the context of the present invention, the term 'heterologous' means a nucleotide sequence or a locus as herein described, which is not endogenous to the mammal in which it is located.

A "VH heavy chain locus" in the context of the present invention relates to an engineered locus encoding a VH domain comprising one or more VH genes, preferably of the human VH3 subclass or homologous to the human VH3 subclass, one or more D segments and one or more J segments, operationally linked to one or more heavy chain effector regions (each devoid of a CH1 domain).

The advantage of the present invention is that the antibody repertoire generated from these VH3 loci is intrinsically more soluble than that derived from other VH subclasses and as a result that the generation of soluble high affinity HCAb occurs with much greater efficiency than those derived from a locus that contains a minority of VH3 domains, if any, amongst VH domains of different subclasses. Diversity can be maximised through the use of multiple VH3 (and VH4), D and J segments. For example, preferably the locus comprises 8VH3 segments, all 27 human D segments and all 6 human J segments. Subsequent somatic mutation is achieved without the need for the VL and LC immunoglobulin loci.

Preferably, the VH heavy chain locus comprises at least one VH subclass 3 (VH3) gene of human origin or a VH derived from any vertebrate species but homologous to human VH3 subclass. A VH from another vertebrate species is homologous to human VH3 subclass if it shows at least 60%, 70%, 75%, 80%, 85%, 90%, 95%, or greater homology with camelid VHH in the amino acid sequence. Preferably the locus should contain more VH3 genes and these should form the majority of the genes in the locus. The VH-3 genes may be selected from VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53, VH3-49, VH3-15, and VH3-07. The VH heavy chain locus may comprise 1, 2, 3, 4, 5, 6, 7 or 8 VH-3 genes selected from VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53. Alternatively, the VH heavy chain locus may comprise 1, 2, 3, 4, 5, 6, 7 or 8 VH-3 genes selected from VH3-53, VH3-49, VH3-48, VH3-30, VH3-33, VH3-23, VH3-15, and VH3-07. The VH heavy chain locus may additionally comprise VH gene segments from subclasses other than VH3. For example, the VH heavy chain locus may comprise one or more VH gene segments selected from VH1-18, VH1-69, VH1-2, VH1-8, VH6-1, VH4-59, VH4-34, VH4-b, and VH4-4. In one embodiment, the VH heavy chain locus comprises a variable region comprising VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53 and VH6-1. In particular, the invention provides that the VH heavy chain locus may comprise in the following order 5' to 3' VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, VH3-53 and VH6-1. In another embodiment, the VH heavy chain locus comprises a variable region comprising VH3-53, VH3-49, VH3-48, VH3-30, VH3-33, VH3-23, VH3-15, VH3-07, VH1-18, VH1-69, VH1-2, VH1-8, VH6-1, VH4-59, VH4-34, VH4-b, and VH4-4. In particular, the invention provides that the VH heavy chain locus may comprise in the following order 5' to 3' VH1-69, VH4-59, VH3-53, VH3-49, VH4-34, VH3-48, VH3-30, VH3-33, VH3-23, VH1-18, VH3-15, VH4-b, VH1-8, VH3-07, VH2-5, H-4, VH1-2 and VH1-6.

Preferably, the VH heavy chain locus comprises from two to forty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18, 20, 30 or 40), or more, D segments. The D segments may be derived

from any vertebrate species but, most preferably, the D segments are human D segments (normally 27 functional D segments).). Preferably, the heavy chain locus comprises all 27 human D gene segments and all 6 human J gene segments. Alternatively, the heavy chain locus may comprise 21 human D gene segments and all 6 J gene segments. Where the heavy chain locus comprises 21 human D gene segments, the D gene segments may comprise in the following order 5' to 3', D 1-1, D2-2, D3-9, D3-10, D 4-11, D 5-12, D 6-13, D, 1-14, D 2-15, D 3-16, D 3-17, D 5-18, D 6-19, D 1-20, D 2-21, D 3-22, D 4-23, D 5-24, D 6-25, D 1-26, and D-7-27.

Preferably, the VH heavy chain locus comprises from two to twenty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18 or 20) or more J segments. The J segments may be derived from any vertebrate species but, most preferably, the J segments are human J segments (normally 6 J segments).

Preferably, the VH heavy chain locus comprises one or more VH3 genes, one or more human D segments and one or more human J segments.

The term 'VH gene' encompasses a naturally occurring VH coding sequence derived from human and VH genes from other vertebrates.

The VH gene must be capable of recombining with a D segment, a J segment and a constant heavy chain effector region (which may comprise several exons but excludes a CH1 exon) according to the present invention to generate a VH heavy chain only antibody, when the nucleic acid is expressed.

A VH gene according to the present invention also includes within its scope any gene sequence from other species encoding a homologue, derivative or protein fragment, which is capable of recombining with a D segment, a J segment and a constant heavy chain region (comprising one or more exons) according to the present invention to generate a heavy chain-only antibody as defined herein.

Thus VH coding sequences or homologues thereof may be derived from several naturally occurring sources using methods familiar to those skilled in the art.

A "VH domain" in the context of the present invention refers to an expression product of a VH gene when recombined with a D and a J segment as defined above. Preferably, the VH (or homologues thereof) domain is a VH3 domain and remains in solution and is active in a physiological medium without the need for any other factor to maintain solubility. Preferably, the ability of the soluble VH domain to bind antigen has been improved by VH, D and J recombination and somatic mutation. There is no dependency on the presence or otherwise of the enlarged CDR3 loop peculiar to the camelid species. The VH domain is able to bind antigen as a monomer, and, when combined with effector constant regions may be produced in mono-specific, bi-specific, multi-specific, bi-valent or multivalent forms, dependent on the choice and engineering of effector molecules used (eg IgG, IgA IgM etc) or alternative mechanisms of dimerisation and multimerisation. Any likelihood of binding with a VL domain when expressed as part of a soluble heavy chain-only antibody complex has been eliminated by removal of the CH1 exon (see Sitia et al. (1990) *Cell,* 60, 781-790; Janssens et al. 2006 Proc Natl Acad Sci USA. 103:15130-5). The VH domain alone can also be engineered with diverse protein domains to produce fusion proteins for targeted therapeutic and diagnostic purpose, for example with toxins, enzymes and imaging agents.

In the context of the present invention the terms 'a D segment' and 'a J segment' include naturally occurring sequences of D and J segments. Preferably, the D and J segments are derived from the same vertebrate from which the VH gene is derived. For example, if a VH3 gene is derived from a human and then solubilised or engineered, the D and J segments are preferably also derived from a human. Alternatively the VH3 homologous genes maybe derived, for example, from other primates or rodents and the D and J segments from human or visa versa.



The terms D segment and J segment also include within their scope derivatives, homologues and fragments thereof as long as the resultant segment can recombine with the remaining components of a heavy chain antibody locus as herein described to generate a heavy chain-only antibody as herein described. D and J segments may be derived from naturally occurring sources or they may be synthesised using methods familiar to those skilled in the art and described herein. The VH genes or homologues and the D and J segments are capable of recombination and preferably undergo somatic mutation.

The VH genes or homologues, the D segments and the J segments are preferably derived from a single vertebrate species. This may be any vertebrate species but is preferably a human.

In addition, a heterologous heavy chain locus according to the present invention comprises a region of DNA encoding a heavy chain constant polypeptide (a heavy chain constant region) providing effector functions in vivo (eg IgG, IgM, IgA, IgE, IgD or isotypes thereof).

The invention also provides a more efficient method to generate an antigen-specific heavy chain-only antibody by the methods of the present invention using, primarily, VH3 domains, D and J domains and constant regions. The latter would lack a CH1 region as described (U.S. Patent Publication 20090307787).

Mammals

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a rodent such as a guinea pig, rat or mouse; rabbits are also included. Mice are especially preferred. Alternative mammals such as goats, sheep, cats, dogs or other animals may also be employed.

Transgenic animals are generated using established oocyte injection technology, ES cell technology, cloning or iPS (induced pluripotent stem cells) technology.

Advantageously, heavy and optionally light chain loci endogenous to the mammal are deleted or silenced when a heavy chain-only antibody is expressed according to the methods of the invention or have an otherwise reduced capacity to produce endogenous immunoglobulin chains. For example, if mice are used, they can be μMTE mice as depicted in FIG. **8**, obtained by homologous recombination of ES cells. The IgH locus can be inactivated by a strategy similar to that published by Kitamura and Rajewsky with the difference being that the stop codon is introduced into the $C_{\mu}$ regions at a position one amino acid before that described by Kitamura et al. (1991) Nature, 350, 423-426. Preferably, the mice are μMTE. Additionally, the mice can have the κ light chain locus inactivated as depicted in FIG. **9**. Additionally the lambda light chin locus may be inactivated although it should be noted that the mouse lambda locus is used very infrequently.

Antibody-producing cells may be derived from transgenic animals according to the present invention and used, for example, in the preparation of hybridomas for the production of heavy chain-only antibodies as herein defined. In addition or alternatively, nucleic acid sequences may be isolated from transgenic mammals according to the present invention and used to produce VH domain heavy chain-only

chain antibodies or bi-specific/bi-functional complexes thereof, using recombinant DNA techniques which are familiar to those skilled in the art.

Alternatively or in addition, antigen-specific heavy chain-only antibodies may be generated by immunisation of a transgenic animal according to the present invention.

Thus in a further aspect, the present invention provides a more efficient method for the production of heavy chain-only antibodies by immunising a transgenic mammal according to the present invention with an antigen.

In a preferred embodiment of this aspect of the invention, the mammal is a mouse.

Heavy Chain-Only Antibodies and Fragments Thereof.

In a further aspect, the present invention provides a heavy chain only antibody obtainable according to a method of the present invention and functional fragments and derivatives thereof.

A preferred functional fragment is an antigen-specific heavy chain binding domain i.e. a VH3 or homologous binding domain, as expressed by the VH, D, J locus as a result of recombination between single VH, D and J exons followed subsequently by somatic mutation. According to this aspect of the invention VH, D, J loci can be cloned from, e.g., mRNA isolated from an antibody-producing cell of an immunised transgenic animal as described above. Cloned sequences can then be displayed using a phage (Ward et al. *Nature* (1989) 341, 544-546) or similar display libraries, for example using yeast-based systems (Boder E T and Wittrup K D. (1997) *Nat. Biotechnol.* 15:553-7) and antigen-specific VH binding domains identified. Antigen-specific heavy chain binding domains can then be manufactured either alone or as fusion proteins in scalable bacterial, yeast or alternative expression systems. Sequences encoding VH binding domain can also be cloned from characterised hybridomas derived by classical procedures from immunised transgenic mice or by direct expression or cloning of the sequences from the B cells (and derivative cells) from immunised mice. These can then be used for the production of VH binding domains and derivatives thereof including the engineering of defined antibody classes (eg IgE or IgA) and variants thereof with differing effector functions.

Accordingly, the invention also provides a method of producing a VH (or homologous subclass) binding domain comprising the steps of:

a) isolating a cell or tissue expressing a soluble, antigen-specific heavy chain-only antibody of interest;

b) cloning the sequence encoding the VH binding domain from mRNA derived from the isolated cell or tissue;

c) displaying the encoded protein using a phage or similar library; or expressing the VH cDNA directly in mammalian cells or making hybridomas or directly obtaining the HCAb by DNA or protein sequencing

d) identifying antigen-specific VH binding domains, and

e) expressing the VH binding domains alone or as a fusion protein in bacterial, yeast, mammalian or alternative expression systems.

Where the VH binding domain is isolated from a characterised hybridoma or any B cell, the cloned VH binding domain sequence derived from mRNA can be directly cloned into an expression vector without recourse to additional selection steps using phage and other display systems.

Production systems for heavy chain only-antibody incorporating effector regions include mammalian cells in culture (eg CHO cells), plants (e.g. maize), transgenic goats, rabbits, cattle, sheep, chickens and insect larvae suited to mass rearing technology. Other production systems, including virus infection (e.g. baculovirus in insect larvae and cell-lines) are alternatives to cell culture and germline approaches. Other production methods will also be familiar to those skilled in the art. Where there is a requirement for heavy chain-only IgA or IgM assembly, the co-expression of a "J chain" is beneficial. Suitable methods for the production of camelid heavy chain-only antibody or VH binding domains alone are known in the art. For example camelid VH (VHH) binding domains have been produced in bacterial systems and camelid heavy chain-only homodimers have been produced in hybridomas and transfected mammalian cells (see Reichmann and Muyldermans (1999) *J. Immunol. Methods* 231, 25-38).

The present invention also provides a cultured host cell transformed with a heterologous heavy chain locus, or fragment thereof, according to the present invention.

The present invention also provides an effector molecule fusion protein comprising an antigen-specific VH binding domain according to the present invention having attached to an effector moiety (which provides additional effector activity). These effector molecules retain the physiological function conferred by the antigen-specific VH binding domain in combination with additional targeting or effector functions. Such combinations may provide functional monomers or, dependent on the design and interaction of effector domains, result in dimers, tetramers, pentamers, multimers or other complexes of molecules incorporating different VH binding domains, so imparting multi-valency and multi-specificity.

If the effector moiety comprises a binding domain, it may have a different specificity from the antigen-specific VH binding domain. The advantage of this arrangement is that the effector molecule can facilitate cross-linking of different targets. For example, a bispecific effector molecule may be utilised to enhance cell-cell interactions and cell/pathogen interactions. In this embodiment, the polypeptide complexes of the invention can be utilised, for example, to bridge polypeptide complexes between two cell types such as a pathogen and a macrophage (see Biburger, M et al. (2005) *J. Mol. Biol.* 346, 1299-1311)) or to capture both peptides of a toxin to improve efficacy (Laventie B J, Rademaker H J, et al Heavy chain-only antibodies and tetravalent bispecific antibody neutralizing Staphylococcus aureus leukotoxins. Proc Natl Acad Sci USA. 2011 Sep. 27; 108(39):16404-9). The use of VH binding domains is preferable to the use of scFV binding domains in such bi-specific designs. VH binding domains have high binding affinity and can be incorporated into such constructs with minimal vector construction and in the absence of design considerations necessary to maintain the specificity and affinity of scFVs relative to their tetrameric parental molecule.

The term 'effector moiety' as used herein includes any moiety that mediates a desired biological effect on a cell. The soluble effector moiety may be a peptide, polypeptide or protein or may be a non-peptidic structure. For example, the effector moiety may be an enzyme, hormone, cytokine, drug, pro-drug, toxin, in particular a protein toxin, a radionuclide in a chelating structure, a binding domain, a dimerising or interaction domain, an imaging agent, albumin, or an inhibitory agent.

Albumin may be utilised as an effector molecule to increase the stability, pharmacokinetic and/or pharmacodynamic properties of the antigen-specific VH binding domain (Sung C et al. (2003) *J. Interferon Cytokine Res;* 23(1):25-36). Alternatively, effector domains maybe chemically pegylated or naturally glycosylated so as to improve pharmacodynamic properties.

The effector moiety may be peptide bonded to the antigen-specific VH binding domain or it may be chemically bonded to the antigen specific heavy chain binding domain, for example by using a chemical linking structure such as a maleimide linker. Alternatively, the effector molecules of the invention may be expressed as fusion proteins. In the case of genetic fusions, the attachment of the various domains may be achieved using a recombinant DNA construct that encodes the amino acid sequence of the fusion protein, with the DNA encoding the various domains placed in the same reading frame. Such constructs are of value as diagnostics and therapeutics. As diagnostics the effector molecule can be a fluorescent protein (eg GFP) or enzyme (eg β-gal). Alternatively, the effector molecule can be a tag for enhanced binding to a substrate (eg poly histidine or a biotinylation site), an antigen to provide a site of attachment for secondary antibodies or a site for the attachment of fluorescent markers via a leucine zipper or similar binding motif.

Additionally, the effector molecule may comprise one or more of CH2, CH3 or CH4 antibody constant region domains and/or a J chain. In this embodiment of the invention, two or more effector molecules may associate to produce an effector molecule dimer or multimer. The effector molecules may be the same (enabling the production of an effector molecule homodimer or homomultimer) or different (enabling the production of an effector molecule heterodimer or heteromultimer). Preferably, the effector molecule dimer or multimer is bi-valent or multi-valent. Preferably, the constant regions for the two or more effector molecules are identical.

An exemplary effector molecule according to the invention is useful for cytochemical labelling, targeting methods or therapy. The effector molecule comprises an antigen-specific VH binding domain which targets a cancer cell surface marker and, as the soluble effector moiety, a pro-drug converting enzyme. The antigen-specific VH binding domain binds to the target and brings the effector domain into close proximity with the target such that it can exert a biological effect on the target in the presence of the pro-drug (e.g. nitroreductase with CB1954).

The present invention provides the use of a heavy chain-only antibody or a fragment thereof as herein described as an intracellular binding reagent, or an abzyme. Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The present invention also provides, the use of an antigen-specific single chain antibody or VH binding domain according to the present invention as an enzyme inhibitor or receptor blocker. Preferred heavy chain-only antibody fragments are soluble antigen-specific VH binding domains.

The methods of the invention provide heavy chain-only antibodies, or fragments thereof, that are suitable for pharmaceutical use in humans, and so the invention provides a pharmaceutical composition comprising a heavy chain-only antibody, or a fragment thereof of the invention. These will typically be formulated before administration to patients.

For example, the antibodies, or fragments thereof, may be mixed with stabilisers, particularly if they are to be lyophilised. Addition of sugars (e.g. sucrose, trehalose) is typical to give stability during lyophilisation, and a preferred stabiliser is mannitol. Human serum albumin (preferably recombinant) can also be added as a stabiliser. Mixtures of sugars can also be used, e.g. sucrose and mannitol, trehalose and mannitol, etc.

Buffer may be added to the composition e.g. a Tris buffer, a histidine buffer, a glycine buffer or, preferably, a phosphate buffer (e.g. containing sodium dihydrogen phosphate and disodium hydrogen phosphate). Addition of buffer to give a pH between 7.2 and 7.8 is preferred, and in particular a pH of about 7.5.

For reconstitution after lyophilisation, sterile water for injection may be used. It is also possible to reconstitute a lyophilised cake with an aqueous composition comprising human serum albumin (preferably recombinant).

Generally, the antibodies of the invention, or fragments thereof, will be utilised in purified form together with pharmacologically appropriate carriers.

The invention thus provides a method for treating a patient, comprising administering a pharmaceutical composition of the invention to the patient. The patient is preferably a human, and may be a child (e.g. a toddler or infant), a teenager or an adult, but will generally be an adult.

The invention also provides heavy chain-only antibodies of the invention, or fragments thereof, for use as a medicament.

The invention also provides the use of the heavy chain-only antibodies of the invention, or fragments thereof of the invention in the manufacture of a medicament for treating a patient.

These uses, methods and medicaments are preferably for the treatment of one of the following diseases or disorders: wound healing, cell proliferative disorders, including neoplasm, melanoma, lung, colorectal, breast, pancreas, head and neck and other solid tumours; myeloproliferative disorders, such as leukemia, non-Hodgkin lymphoma, leukopenia, thrombocytopenia, angiogenesis disorder, Kaposis' sarcoma; autoimmune/inflammatory disorders, including allergy, inflammatory bowel disease, arthritis, psoriasis and respiratory tract inflammation, asthma, immunodisorders and organ transplant rejection; cardiovascular and vascular disorders, including hypertension, oedema, angina, atherosclerosis, thrombosis, sepsis, shock, reperfusion injury, and ischemia; neurological disorders including central nervous system disease, Alzheimer's disease, brain injury, amyotrophic lateral sclerosis, and pain; developmental disorders; metabolic disorders including diabetes mellitus, osteoporosis, and obesity, AIDS and renal disease; infections including viral infection, bacterial infection, fungal infection and parasitic infection, pathological conditions associated with the placenta and other pathological conditions.

In a further aspect still, the present invention provides the use of an antigen-specific heavy chain-only antibody or VH binding domain obtainable by the method of the present invention as a diagnostic, prognostic, or imaging agent.

## EXAMPLES

Any suitable materials and/or methods known to those of skill can be utilized in carrying out the methods described herein.

General Techniques

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art (e.g., in cell culture, molecular genetics, nucleic acid chemistry, hybridisation techniques and biochemistry). Standard techniques are used for molecular, genetic and biochemical methods (see generally, Sambrook et al., Molecular Cloning: A Laboratory Manual, 2d ed. (1989) Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y. and Ausubel et al., Short Protocols in Molecular Biology (1999) 4th Ed, John Wiley & Sons, Inc. which are incorporated herein by reference) and chemical methods. In addition Harlow &

Lane., A Laboratory Manual Cold Spring Harbor, N.Y., is referred to for standard Immunological Techniques.

In the following examples, the transgenic mice can be modified to have no or very low expression of the endogenous mouse heavy chain genes and mouse light chain genes. For example, the mice can be μMTE mice as depicted in FIG. **8**, obtained by homologous recombination of ES cells. The IgH locus can be inactivated by a strategy similar to that published by Kitamura and Rajewsky with the difference being that the stop codon is introduced into the $C_\mu$ regions at a position one amino acid before that described by Kitamura et al. (1991) Nature, 350, 423-426. Additionally, the mice can have the κ light chain locus inactivated as depicted in FIG. **9**.

Methodology used for the generation and screening of transgenic mice following antigen challenge are essentially as previously described (Janssens et al. (2006) PNAS, 10, 103(41), 15130-5, WO2006/008548, WO2007/096779). General methods for deriving vertebrates, including mammals, other than mice, which express functional heterologous immunoglobulin loci and/or have engineered endogenous loci are as described in WO2006/047367. In the examples below, recombination in ES cells is used and the modified ES cells are used to generate mice with the desired properties. However, the same procedures could be carried out in induced pluripotent stem cells (iPS cells) which are then used to generate mice (e.g. Boland, Hazen, Nazor, Rodriguez, Gifford, Martin, Kupriyanov and Baldwin (2009), 461, 7260, 91-4 and references therein). Alternatively, the modifications are carried out in somatic cells or somatic stem cells which are subsequently reprogrammed into iPS cells to generate modified mice. Also, modified hematopoietic stem cells could be transplanted into recipient mice lacking B cells to generate human or human hybrid antibody

## Example 1

In previous experiments, transgenic mice were prepared to express a heavy chain locus wherein 18 human VH segments were linked to 21 human heavy chain diversity (D) and all 6 joining (J) segments, followed by the Cγ1 (minus CH1) murine constant region gene and murine heavy chain immunoglobulin 3' LCR (FIG. **1**, designated "line 4"). The locus was also "repaired" by providing the additional D regions to obtain all 27 D regions in line sc27 (see example 2).

The transgene construct was introduced by breeding to mice where the heavy chain locus of the mouse was inactivated as discussed above, i.e., by the introduction of a stop codon in the mouse Cμ gene through homologous recombination and neomycin selection in ES cells. Similarly the mouse Ck locus was inactivated through the insertion of a short sequence that results causes out of frame reading containing novel stop codons. However this locus contains many VH segments that are intrinsically insoluble. Hence recombination with one of these segments does not lead to a soluble HCAb (even after antibody maturation through hypermutations) and as a result a loss of B cells. Thus, although these mice are capable to produce soluble HCAb, there are a low number of B cells producing a limited number of soluble high affinity HCAb.

## Example 2

### 8V3 Constructs

To overcome this problem, a transgenic HCAb locus was generated containing intrinsically more soluble VH segments and reducing the number of insoluble VH segments. The most and second most soluble class of VH segments are the VH3 and VH4 class, while the other classes are much less soluble. A locus was generated by removing almost all of the VH segments in the V18 locus discussed above using a unique restriction I-Sce1 site just 5' of the VH6-1 (FIG. **1**) leaving all of the D, J, C and LCR regions intact (BAC V18 decap). The V18 locus also lacked 6 of the DH regions which were not present on the original clone 1065 N8 containing human heavy chain D and J segments (BACPAC Recource Center, USA). The 6 missing DH segments were therefore isolated on one fragment using PCR amplification of human DNA and introduced into the BAC V18 decap at their normal position to restore the full complement of DH (27) segments in their normal order (V18decap-allD). This same procedure was carried out to generate the V18 line sc27 (above in example 1) to exclude any effect of the additional D segments.

Next, four new VH segments VH3-64, VH3-74, VH3-66, VH3-53 were isolated using PCR amplification and human DNA and each cloned as a SalI and XhoI restriction fragment. Ligation of such fragments is efficient (SalI and XhoI provide the same 5'-overhang), but destroys the ligated sites leaving a unique SalI and Xhoi at each end. This allows the continuous addition of fragments using a (unique) SalI cut of the receiving vector V18decap-allD containing the DJC and LCR segments. After introducing these 4 VH fragments the existing cluster of 4VH fragments (VH3-48:VH3-30:VH3-33:Vh3-23) used in V18 was ligated in to generate the locus designated 8V3 (FIG. **2**). This locus contains, from 5' to 3,' VH3-48:VH3-30:VH3-33:Vh3-23:VH3-64:VH3-74:VH3-66; VH3-53, all of the human D and J regions including the regulatory sequences in their normal configuration in the genome, the murine Cγ1 (minus CH1) gene and the murine LCR with the sequence illustrated in FIG. **3**. The founder mice were bred to mice with the same inactivated murine IgH and Ig□ background.

## Example 3

### Transgenic Mice, Breeding and Genotyping

The final BAC was introduced into transgenic mice by standard microinjection of fertilized eggs. Obviously, it could also be introduced via other technologies using ES cells or iPS cells. This could involve homologous recombination, TALE or ZnFinger technologies. These mice had an inactivated endogenous heavy chain locus and light chain □ locus (□MTE/□null) as described above. Similarly ES or iPS cells would have the endogenous Ig loci inactivated.

Transgenic loci were checked for integrity and number of copies by Southern blot and PCR analysis of tail DNA (Southern E M J. Mol. Biol. 1975 98: 503-517) using 5' and 3' end locus probes. Founders were bred as lines in the □MTE/□null background. Genotyping was done by standard PCR analysis using primers for each of the different regions of the locus.

## Example 4

### Flow Cytometric Analyses

Single cell suspensions were prepared from lymphoid organs in PBS, as described previously (Slieker W A, de Rijk-de Bruijn M F, Leenen P J, van Ewijk W. Int Immunol. 1993 September; 5(9):1093-8.). Approximately $1\times10^6$ cells were incubated with antibodies in PBS/0.5% bovine serum

albumin (BSA) in 96 well plates for 30 min at 4° C. Cells were washed twice in PBS/0.5% BSA. For each sample, $3\times10^4$ events were scored using a FACScan analyzer (Becton Dickinson, Sunnyvale, Calif.). FACS data were analyzed using CellQuest version 1.0 computer software. Four-color analysis was performed on a Becton Dickinson FACS Calibur. The following mAbs were obtained from BD Pharmingen (San Diego, Calif.): FITC conjugated anti B220-RA3-6B2, PE conjugated anti CD19. FACS scan data of spleen cells, stained with anti-CD19 and anti-B220 are displayed in the bottom panel of FIG. **4**.

Example 5

Western Blot Analyses

FIG. **5** shows Western blots of sera of different transgenic mouse lines containing an HCAb locus V18 (line 4 and line 27, FIG. **1**) or different 8V3 lines (lines 4, 5, 6) versus a non transgenic wt control mouse and the background heavy chain/kappa chain inactivated line (–/–). Sera were purified by prot A and gel fractionated under reducing conditions.

The signal shown in FIG. **5** was detected with an anti mouse IgG antibody by standard procedures.

Example 6

Immunization

8 week old mice were immunized with using Ribi as the adjuvant. 20 μg of CD34 antigen was injected respectively in the tail vein on days 0, 14, 28, 42 and i.p. on day 50. Blood was taken on day 0, 14 and 45. Spleen cells were fused with Sp2-O—Ag14 myeloma cells (gift from R. Haperen) on day 56 using a ClonalCell™-HY kit (StemCell Technologies, UK) according to the manufacturer's instructions.

Example 7

Serum Ig ELISA

Blood from 15-25 weeks old mice was collected in EDTA coated tubes, spun for 15' at room temperature (RT) and the supernatant diluted 1:5 in PBS. A 96 well plate was coated for 2 h with 5 mg/ml of a goat anti mouse IgG, washed with PBS, blocked for 1 h at RT with blocking solution (1.5% BSA/1.5% powder milk/0.1% tween 20/PBS) and washed three times with PBS. Dilution series of serum samples and standards were loaded and incubated for 2-4 h and the plates washed 6 times with PBS before addition of a secondary antibody (1:2000 diluted goat anti mouse IgG coupled to HRP (Sigma, Zwijndrecht, NL)). All dilutions were done in a blocking solution. After 1-2 h incubation at RT and washing in PBS, POD substrate (Roche) was added.



The ELISA for the detection of antigen specific soluble HCAb from the serum of the different mice is shown in FIG. **6**.

This results show that the 8VH3 mice have a much more efficient response than the corresponding V18 mice containing all the different subclasses of VH segments. The immunised mice are subsequently used to isolate HCAb using previously described methods, such as standard hybridoma generation, the construction of phage display libraries or direct cloning and expression methods.

Example 8

8 week old mice were immunized as in the above example but with a peptide of human haemoglobin α (VLSPADKTNVKAAC, SEQ ID NO:4) and haemoglobin $\beta^S$ (VHLTPVEKSAVTALC, SEQ ID NO:3) with using Ribi as the adjuvant. The $\beta^S$ peptide is derived from the region where the normal β-globin protein differs from sickle cell β-globinx. 20 μg of peptide antigen was injected respectively in the tail vein on days 0, 14, 28, 42 and i.p. on day 50. Blood was taken on day 0, 14 and 45. Spleen cells will be fused with Sp2-O—Ag14 myeloma cells (gift from R. Haperen) on day 56 using a ClonalCell™-HY kit (StemCell Technologies, UK) according to the manufacturer's instructions.

Serum Ig ELISA

Blood was collected after the third immunisation in EDTA coated tubes, spun for 15' at room temperature (RT) and the supernatant diluted 1:5 in PBS. A 96 well plate was coated for 2 h with 5 mg/ml of a goat anti mouse IgG, washed with PBS, blocked for 1 h at RT with blocking solution (1.5% BSA/1.5% powder milk/0.1% tween 20/PBS) and washed three times with PBS. Dilution series of serum samples and standards were loaded and incubated for 2-4 h and the plates washed 6 times with PBS before addition of a secondary antibody (1:2000 diluted goat anti mouse IgG coupled to HRP (Sigma, Zwijndrecht, NL)). All dilutions were done in a blocking solution. After 1-2 h incubation at RT and washing in PBS, POD substrate (Roche) was added.

The ELISA for the detection of antigen specific soluble HCAb from the serum of four mice of the different V18 or 8V3 lines is shown in FIGS. **10** and **11**.

These results show again that the 8VH3 mice have a much more efficient response than the corresponding V18 mice containing all the different subclasses of VH segments. The immunised mice are subsequently used to isolate HCAb using previously described methods, such as standard hybridoma generation, the construction of phage display libraries or direct cloning and expression methods.

The foregoing examples are meant to illustrate the invention and do not limit it in any way. Modifications within the spirit and scope of the invention are contemplated and included. All references cited herein are herein incorporated by reference in their entirety.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 11

<210> SEQ ID NO 1
<211> LENGTH: 151549
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Hybrid immunoglobulin locus
<220> FEATURE:
<221> NAME/KEY: unsure
```

-continued

```
<222> LOCATION: 1379
<223> OTHER INFORMATION: "n" represents any nucleotide
<220> FEATURE:
<221> NAME/KEY: unsure
<222> LOCATION: 7413-7419
<223> OTHER INFORMATION: "n" represents any nucleotide

<400> SEQUENCE: 1

atccctagct gaagcttctg atggaattag aacttggcaa aacaatactg agaatgaagt     60

gtatgtggaa cagaggctgc tgatctcgtt cttcaggcta tgaaactgac acatttggaa    120

accacagtac ttagaaccac aaagtgggaa tcaagagaaa aacaatgatc ccacgagaga    180

tctatagatc tatagatcat gagtgggagg aatgagctgg cccttaattt ggttttgctt    240

gtttaaatta tgatatccaa ctatgaaaca ttatcataaa gcaatagtaa agagccttca    300

gtaaagagca ggcatttatc taatcccacc ccaccccccac ccccgtagct ccaatccttc    360

cattcaaaat gtaggtactc tgttctcacc cttcttaaca aagtatgaca ggaaaaactt    420

ccattttagt ggacatcttt attgtttaat agatcatcaa tttctcgatt tctcgactat    480

tcctttgccc tcggacgagt gctggggcgt cggtttccac tatcggcgag tacttctaca    540

cagccatcgg tccagacggc cgcgcttctg cgggcgattt gtgtacgccc gacagtcccg    600

gctccggatc ggacgattgc gtcgcatcga ccctgcgccc aagctgcatc atcgaaattg    660

ccgtcaacca agctctgata gagttggtca agaccaatgc ggagcatata cgcccggagc    720

cgcggcgatc ctgcaagctc cggatgcctc cgctcgaagt agcgcgtctg ctgctccata    780

caagccaacc acggcctcca gaagaagatg ttggcgacct cgtattggga atccccgaac    840

atcgcctcgc tccagtcaat gaccgctgtt atgcggccat tgtccgtcag gacattgttg    900

gagccgaaat ccgcgtgcac gaggtgccgg acttcggggc agtcctcggc ccaaagcatc    960

agctcatcga gagcctgcgc gacggacgca ctgacggtgt cgtccatcac agtttgccag   1020

tgatacacat ggggatcagc aatcgcgcat atgaaatcac gccatgtagt gtattgaccg   1080

attccttgcg gtccgaatgg gccgaacccg ctcgtctggc taagatcggc cgcagcgatc   1140

gcatccatgg cctccgcgac cggctgcaga acagcgggca gttcggtttc aggcaggtct   1200

tgcaacgtga caccctgtgc acggcgggag atgcaatagg tcaggctctc gctgaattcc   1260

ccaatgtcaa gcacttccgg aatcgggagc gcggccgatg caaagtgccg ataaacataa   1320

cgatctttgt agaaaccatc ggcgcagcta tttacccgca ggacatatcc acgccctcnt   1380

acatcgaagc tgaaagcacg agattcttcg ccctccgaga gctgcatcag gtcggagacg   1440

ctgtcgaact tttcgatcag aaacttctcg acagacgtcg cggtgagttc aggcttttc    1500

atggtggcgg ctggatcggt cggtcgaaag gcccggagat gaggaagagg agaacagcgc   1560

ggcagacgtg cgcttttgaa gcgtgcagaa tgccgggcct ccggaggacc ttcgggcgcc   1620

cgccccgccc ctgagcccgc ccctgagccc gcccccggac ccaccccttc ccagcctctg   1680

agcccagaaa gcgaaggagc aaagctgcta ttggccgctg ccccaaaggc ctacccgctt   1740

ccattgctca gcggtgctgt ccatctgcac gagactagtg agacgtgcta cttccatttg   1800

tcacgtcctg cacgacgcga gctgcggggc gggggggaac ttcctgacta ggggaggagt   1860

agaaggtggc gcgaaggggc caccaaagaa cggagccggt tggcgcctac cggtggatgt   1920

ggaatgtgtg cgaggccaga ggccacttgt gtagcgccaa gtgcccagcg gggctgctaa   1980

agcgcatgct ccagactgcc ttgggaaaag cgcctcccct acccggtaga attcatcgct   2040

cgagcaattg gctagataac ttcgtataat gtatgctata cgaagttatc tagctctaga   2100
```

-continued

```
gtcgacgtct tgttacactt catcaagaat taacctctgc tgtttcctca aagtgtttaa   2160
ttggataatg aatttgtcta taaattgaag agttgaaata catcaaatat taatttgtaa   2220
taatctggca caaattatct aagcaaattc aataactaga tgttttttca tttattttta   2280
tttaaaatca ggatctaagc actgacatgc tttaataaca tctgtgaccc tctcagcagt   2340
tttctcttct gagtatatga tctgctgtgg cagttttctt agcttcaatg ttacctcttt   2400
tggcaatgac taccgtcttt atatttgcca ggaatctggg ataagggagt gcttctaaga   2460
gttccctaac ttgcccattt tggtgggtgt tccagaacat atgagatgct ctgttgttaa   2520
caaagcatcc caaagccatg cactgcccta aaatgtgttt gtttcctagt ttgacaaatt   2580
ggaagttcta ataaatacaa tcacttctgc catctgggct gattttacat cagatagagg   2640
gctgtattcc aaagaaaagc ttacattagt aatagcaatt ctagtcagaa acctagagtt   2700
ttatcattga ggtgcaattc ataacaaata atattaggtc gaggttctca gtggcagtgt   2760
ctaaatctct taggtgtaca gggtcttccc tgttaacatg aagcatttat aagcacagtc   2820
atagtttcca gctatgcttc tccctgtctc attatcacca caaactatgg cctcacctgg   2880
aacttgggtt aatttccaaa taagtaattt tttagtgttt atgcctctag attattatgt   2940
gagaaagtta acattcagta gaaagttaaa aagaacattt gaactgacta aacaacacag   3000
acaatcaaga ataaaattca aagcctagat gtgagaggct ccaggcctgg ataatgcaat   3060
agttcatgta tgcaggcagt ttctttgccc agttctacac tgatacaccc agaatgtcag   3120
cttcatgcca gatttgactc ctattatgta gagacatggc aatacattct caagggtcac   3180
atgaaataat atgaaaattg gtgggaatag gggaggagac aactctgcaa ttctcatctg   3240
aaggaccagg aaagcctgga cagaccatct ccccagcctc cgtgactgca ccacgtgccc   3300
acatggacgc tcatccctga tagggtaaga agactccatt gatggggctg agcattttat   3360
gatagaaatt actagagact gacgtggagg tttcaacaac taatatttat aaccaaaatt   3420
taattacccc cacattgtta ccattttctt cagtgaaaaa ttgcttgcca tgattaagtt   3480
ttaagtagat ttccaatgtt cacaactgag cttccaagag agtcttgaga acaaaaacaa   3540
tgagggcaga gaaatctacc ttttctgcat tcaccactaa actcaagtgg actcagcact   3600
gcctttgatc actgctactt ctctgcagag ttcaggtttc tacttctcac aattctgaca   3660
cacattctac ctctcctcag atgtttggcc tctgcttctt gtaaggtcac cctctgttct   3720
taacttcttc tctgagtcat tttgtgaggt ggtcatgagc cattaaatgg atattttata   3780
ttttcccaac atgaatcaca tgagtggtca tgaattatac ttctgattat ggcagttgat   3840
ttttcttggc atgttcatga ctagtaatat ttgaagccat ttcattcaaa tcttcggggc   3900
ttcgtttttg ttgctatgac atttttttctt ctattgagtc tttccactag tattataaca   3960
tgacctagta tccaggctca gttgtcatta ataataacca catatgtcaa aaatcatgca   4020
ttcttttcac agcagacata atttcctctt ttctgcagat gaagacacac tgctgagcta   4080
cccccactta caagaatata tgcacaatta tgatatcttc atttatttga ctaataagct   4140
atatcattct cccttcaaat tctttacccc ccagaagtcc tggacaaatt tctgcatctg   4200
ctcaaacgat aaactcagaa ctacatggtg agtaaaagtc acctggttct ggatattggg   4260
tccatctctt cccctccaat gtcccagagc acctcagcac acccgtccag gttctatcaa   4320
gaaagagtag ctcctgcaca ctgaaggaaa caattgagtt aagagaggac ctgcagatga   4380
tagacaatat tgaaaactgt taatatgaca aaggattact accaagcatg tgaaataagc   4440
tcaacgggtg cggtggttca tgtctgtagt accagcaatt tgggaggcaa gttgcgcaga   4500
```

-continued

```
tcacctgagg ttaggagctc gacaccagcc tgaccaacat aaagaacacc ctgtctctac   4560
taaaagtaca aaattagccg ggcatggtgg catgcgcctg taatcccagc tactcgggag   4620
gctgaggcag gagcatcact tgaacctggg aagtggaggt tgcggtgagc tgagatggca   4680
ccattgcact ccagcctggg caacaagagg gaaactccat ctcaaaaaaa aaattacaaa   4740
aaattagctg agcgtggtgg tgggcgcctg tatacccagc tgctagggag actgaggcag   4800
gagaatggct tgaacccagg aggtgaaggt tgcagtgagc tgagattgcg ccattgcact   4860
ccatcctggg caacaagagt gaaactccat ctcaaaaaaa aaaaaagaga cttgcaaagg   4920
gcaaatagat catagacaga cagatagata gatagaccta ttagtataca tacatacata   4980
tatatacact aatattcagg aaaatgcaaa ttcataatga gatgtctttt caccccttcat   5040
ctctgctaga aagtttgtta tctgaaaaac aaatacatac atacatactt attaaaagct   5100
ggccaggatg cctagaaagt aaaactcata gaccactggt ggaaatgtaa attagtgcag   5160
ccatcaaggg aaaaaaatag aactaccata tattccagca atccaactgc taagtatata   5220
tctatttaaa tatttaaaag aaaaaactaa tattgaagag atacctgtac acccatgttt   5280
attgcagcac taatcacaat ttctaggata tgaaatcaac atatgtgtcc atcaacagat   5340
gaatggatac ataaaatgtg atatatttac acaatggaat attattcagc cttaacaatg   5400
aaattctgcc gtttgaagca acatggatgg aatgggacac ctctatgttg agtgaaatga   5460
gtcagacaca gaaaaataaa taccgcattt ctcagcgtta cttctagaag taaatagtag   5520
agtagtggtg atgagatgcc aggaatgaga gaaggctgag ataagaagag gtttgttaac   5580
aaacacacaa ttacaggtag acaggaggga tgtgctctag tgttctacag cacagtaggg   5640
tgactacagt taacaatata ttgtacgttt tctgtttaca agaagccaga agagagaatt   5700
ttctatgcta ccaacacaaa taaatgttag tgtctgaact gacgaatttg ctcattgttc   5760
tgattttagt cataccaagt ggcacacatg tattcaaata tcacactgta ccccataaac   5820
ataagcagtt attatgtgcc aaatttgaaa aatcctttaa ttagaaggaa ttatattggc   5880
gtacattaca aatgattcaa cacagagaca ggaataaata ccatttttct ttgaaatagt   5940
taattaacta acaatgtagt tacattcatt tgcaccaaat cgtgtatttg ataatggtat   6000
gcatagacag atttatgcat aggataatat cttttaattt tagactacta cttaatacta   6060
taaatataaa taattttaaa acaactaagt aaaaagaata aagctgagaa aatgtgtgtg   6120
tggtgtgtga tgtgtgagct ttttcttgtg caccactgtg tccttggtgg atgtgtggtt   6180
catgtgtttg tttttattta ctctgtttgg ggttctcttt gcttctagga tctgtagttc   6240
agtttctttc acaaaattgg gaacattctt cgctattatc tttttcaaat agtttctgtg   6300
tatttataat ttctccttct cagatttaaa atatacacat actataattt tgatattaat   6360
gtttagtttc tttcttcact ctcttttcgt ttgcaattta ctttgtgaaa tttctaatga   6420
catactaatc acatggtttt attgaaaagc tgagccagct ctactgaggt gtgtgccaaa   6480
agattgctcg atgtttatac agcattgctt ttgatttctt atgcatttcc atttgattta   6540
ttcttagtat tttcatattt cagttcccta tctatgtcca cgatttcttt aagagattct   6600
tgcgtgtgaa ttatagttac tttacatatc ttgtttaatt agatatttat aacatctgtt   6660
tcatctacaa atctcatgct gatcatttgt ttattacaac tttggtactt ctcattaatg   6720
tatgtaataa ttgttgatag ccacagatac tgggatggac agtggatact ggccttatta   6780
tttcatttta tgcatttctg cctgtatttg accacacttt acctttgcca ggcctttact   6840
```

-continued

```
gtggaagtat ctgtgaatct tctcagaact atatttgaca ttcacttttg cagtggacat   6900
caaagttgaa gtctgttctt ctgtgtccac cagagacttc agttcctcca gtgatacctt   6960
gtttttcttt cctgcttggc tttgtctctt cacctgttcc ctcctccaga gaatcatgtt   7020
cagctccctc aggtggatta aaatgttatc taactgacaa ttgtgaaatt ggtggaaagc   7080
aatagaataa agggagattt tctgaccttt cttgggttca tattgtgaac atgagtctgg   7140
gtgtgacctt cccaatgttt ctgaacttcc tccagatgag atgttggtct gtgtgttctt   7200
gctcttttcc ctgctgtgga gtcctcttgt ttcccccagt tgttccctcc cgcagctcca   7260
atgttctctt tttgtgttat caccttacag atttgctgac tagaactgca gattagggct   7320
ctgattaaat aagaaggagg ggagatactt ctcaatggaa cttaggtgaa gacctctttt   7380
cccatctcag ttcttaaggg attgccccag tgnnnnnnna ctggttttgg tggcttgccc   7440
ctccaaaaaa tttctttgtt ctccagtggg gatatggaag gtgggtctga acacttttca   7500
gaagggtggg cactttttct ctcctagaca gacacaatgg gacagaacaa ttttggtgac   7560
tgtccccatt ttggggaaaa aggattcaat aggataggaa aactcttcag tctgtggtcc   7620
cttagaaatt caccctacaa cacatttacc acacttgact tcaagaaatc caatatatat   7680
gtgtgttttc atcttgtaat agcctacatt ttacatgcca tactctgcct cagttcagct   7740
catacccag ctttgttact ctttacaaga acttgcctct ccctagattt cacatttgct   7800
gtttatctta aaacttcaag tatctaaagt attattttta aaaaatggcc agttgtggtg   7860
gctcacacct gtaatcccaa cgctttggga ggctgaggta tgtggatcac ctgaggtcag   7920
gagtttgaga ccaccctggc caacatggta aaacctgtct ctactaaaaa tacaaaaaaa   7980
aaaaaatagc ttggcatggt ggcaggcacc tgtaatccca gctactcggg aggctgatac   8040
tggagaatag cttgaaccca cgaggcagag tttgcaagtc gtaccattgc actccagcct   8100
gggcgacaga gtgagactct gtctcaaaaa aaaaaattcc aaaattccag ctcctctgtt   8160
tatctatttt tgttgatact gttgttgtaa aacataagta aaatatatta ttcatctatg   8220
tacatttcca agctgtgtag aagaattttt aataagaccc agagtaaaaa aagaatgcaa   8280
atatgtaggg gccagcccta cagggtctgt ggatctttct ccccatgtgc agagatgaga   8340
gatcatagaa ataaaggcac aagacaaaga gatagaagaa aaaacagccg ggcccagggg   8400
accactacca ccaagacaca gactagaagt ggccccaaat gcctggctct gctgttattt   8460
attggataca aggcaaaagg ggaagggtaa ggagtgtgag tcatctgcaa tgattgataa   8520
ggtcatgtgt gtcacgtgtc cgccagacag agggcacttc cctgtttggc agccgaggcg   8580
gagagagaga gaggacagct taggtcatta tttcttccat tctcttctca gaaagatcaa   8640
agactttaat actttcacta attctgctac tgctatctag agggcggagc aagtgtacag   8700
agtggaacat gagagtgaaa caggagtgtg accgctgaag cacagcatca cagagagacg   8760
tttaggcctc tggagggctg cgggcaggtt tgactgatgt caggccttcc acaagaggtg   8820
gtggagcaga gtcttctcta actcccccgg ggaaagggag actccctttc caggtcttct   8880
aagtaatggg tgccttccca ggcactggcg ctaccgctag actgaggagc cctctagtgg   8940
ccctgtccgg gcgtgacaga ggctcacact cctgtcttct ggtcacttct caccgtgtcc   9000
cttcagctcc tattgctgta tggcctggtt tttcctaggt tataattgta gagcaaggat   9060
tgttataatg ttggaataaa gagtaatgct acagactgat gattaatgat attcatatat   9120
aaacatatct ataacctatt actagtacaa ctattcttat tttacatatt ctcttcatta   9180
cactggaaca gcttgtgccc tcagtctctt gcctcagcac ctgggtggct tgccgcccag   9240
```

-continued

```
acaaatattg ttaagcttct taatagaaaa acaaattatg gtaaatgtgt tcactggaat   9300
actacccgtc atttataata aattaatgcc tgatacacag agcaacaagg taaaatatct   9360
aagtatttat gttgagtaaa ataagctaaa caaataagaa tatatactat gtaatttcat   9420
ttttataaat tctgataaat aaaaatgcat ctgaagtaaa ataatgaaga taagtagttg   9480
cctggggaaa tggtagaaga agggaggggg agaggaggag gaatacagca gaacaaaggg   9540
aaaatgttga gaagaattca cttgtccact ttcttgataa tgatagcagt tacatcattt   9600
ttattagttg tacattttaa atatgtgaag tttatcatct ttcaattaag cctcataaaa   9660
tgtcttacaa gcaaacaaat ggaaacttag acaaggaaag agtaatagaa agatagaaaa   9720
aataagttca atgtcagaag tacctgaaaa ttaatgtgcc tggatcctag ttctctccat   9780
attttcagaa gagtgctgga gggcagcaaa accacacatg ctcttattac ggaaagtggg   9840
ttctgataaa aacactagac acatccagct ttgtcctgga gttggtttag ggggatgtca   9900
gagacagtga tgaagagcac agggccagat accggggttc actcatccca gacatgagct   9960
cctagatgca tacagagccc ccccatgtgt gggtttactt ccacttctgt aaatggagaa  10020
aatattgtct cctacagaac atagtttaca tgaatactta aaatgaaata gggtgattag  10080
tgcaaagtgt ttatcacagc acaatttcat aataagacag catattttcc aaatgcaatc  10140
attgccagca aacttctaca gggcaccgtc gtcttatctg ggtacagcct actcctcaag  10200
ggtcccaccc tagagcttgc tatatagtag gagatatgca aatagggccc tccctctact  10260
gatgaaaacc aacccaaccc tgaccctgca gctctcagag aggtgcctta gccctggatt  10320
ccaaggcatt tccacttggt gatcagcact gaacacagag gactcaccat ggagttgggg  10380
ctgtgctggg ttttccttgt tgctatttta gaaggtgatt cacggaaaac tagagagatt  10440
tagtgtgtgt ggatatgagt gagagaaaca gtggatatgt gtggcagttt ctgaccttgg  10500
tgtctctttg tttgcaggtg tccagtgtga ggtgcagctg gtggagtctg gggaggcttt  10560
ggtacagcct ggggggtccc tgagactctc ctgtgcagcc tctggattca ccttcagtag  10620
ctatagcatg aactgggtcc gccaggctcc agggaagggg ctggagtggg tttcatacat  10680
tagtagtagt agtagtacca tatattacgc agactctgtg aagggccgat tctccatctc  10740
cagagacaat gccaagaact cactgtatct gcaaatgaac agcctgagag acgaggacac  10800
ggctgtgtat tactgtgcga gagacacagt gaggggaggt cagtgtgagc ccagacacaa  10860
acctccctgc aggggtccgc aggaccacca gggggcgaca ggacactgag cacggggctg  10920
tctccagggc aggtgcaggt gctgctgagg gctggcttcc tgtcatggcc tggggcggcc  10980
tcattgtcaa gtttccccag ggaacttctc cagatttaca atcctgtact aatatttgat  11040
gtctctaaat gcaacctttt ttttcctttt tgtgtctgtt tttttttttt taaaaacagg  11100
aggacacatc ctcacctcca cagaagccac agtgtcactt tgggggcgga aataatcctt  11160
tcgtggtcaa cagggtgaga gttttgagga atcccaggga aacctgggga atgttttcca  11220
attagactca gggcagagac ctccatggga atccctgatt agaacaggct ttgagttctg  11280
atgggagcca aaagagaggc tcacccaggg tcagggttct taaaacctga tggttttcac  11340
agcaatcccc cttcatcttg tgaaactggg cacatctgac tcagactgat tcagttgacc  11400
ctctttctgc taatccattt tccttcccag tagacttgat tctcacagat ccctttcttc  11460
ttctctttcc tgaaaacaga ggatgtgttt tctgtagtcc tcgagccttg attgaagtgc  11520
tgagtaaatg gttgcaaaca taggtctaca tttttcaaat cattcaccat aaatttgaat  11580
```

-continued

```
tatttattaa ttacactcga ataaagcaat aaagaaactg atgagataat atttgactga  11640
attgcatcaa taaatagatc gatattaaca caaggaatat aactgatttc caaaaacata  11700
cacatgaacc gtggttcact ctgcgtattt agataaatta cagaaagttg tcataacaga  11760
tggggaatcc tgcagacttc actaggcatg ggccatgctg ccctggagtt gtctcagggg  11820
agctgcctcc tccagaggtt agagcacagg cccaggtaat aggactaaat ttttagatgt  11880
gttatcttag acacactgca caactgctgt gttctctatg taaattatct cctgtaaaat  11940
ataacattga agcctgcatt aaatatattg tgtaaatatg taagaataaa agaaagttat  12000
gagagctaag tgttaatcaa ggcacaagca tataagatat aactatattt tcctgaatga  12060
tggaattact accagtctcc cccaggacac ttcatctgcc ctgagcccag cctctcctca  12120
gatgtcccac ccagagcttg ctatatagtg ggggacatgc aaatagggcc ctccctctac  12180
tgatgaaaac cagcccagcc ctgaccctgc agctctggga gaggagccca gcactagaag  12240
tcggcggtgt ttccattcgg tgatcagcac tgaacacaga ggactcacca tggagtttgg  12300
gctgagctgg gttttcctcg ttgctctttt aagaggtgat tcatggagaa atagagagac  12360
tgagtgtgag tgaacatgag tgagaaaaac tggatttgtg tggcattttc tgataacggt  12420
gtccttctgt ttgcaggtgt ccagtgtcag gtgcagctgg tggagtctgg gggaggcgtg  12480
gtccagcctg ggaggtccct gagactctcc tgtgcagcgt ctggattcac cttcagtagc  12540
tatggcatgc actgggtccg ccaggctcca ggcaaggggc tggagtgggt ggcagttata  12600
tggtatgatg gaagtaataa atactatgca gactccgtga agggccgatt caccatctcc  12660
agagacaatt ccaagaacac gctgtatctg caaatgaaca gcctgagagc cgaggacacg  12720
gctgtgtatt actgtgcgag agacacagtg aggggaggtc attgtgcgcc cagacacaaa  12780
cctccctgca ggaacgctgg ggggaaatca gctgcagggg gcgctcagga gccactgatc  12840
agagtcagcc ctggaggcag gtgcagatgg aggctgtttc ctgtcaggat gtgggacttt  12900
gtcttcttct gacagttccc cagggaacct cttaaattta gaaaactgtg cctaacaatg  12960
tcttctctat gcatatgagg accttttctc cctggcacaa aatgcagatt gacgctgaca  13020
cggatggtcg acgctgctga cattcctaga taactgcagc tgtagttatg cctgctaagg  13080
tttgggcgca tggggcttgg cttttgtcag ctccctggga tttattttcc caaacaaaga  13140
aacctccagg ttaggggcac cctattcatt cccatcacct ggcatgattt aaaggataat  13200
tgcttagaat taaaatattg atccagattt tttatattcc ccatcgcttt ttgtttcttc  13260
tgggctgtag ccagagatca ttgattggcg ctcaggaata agcagagtta gtctaaaatg  13320
caggcaaata cttaaacaac tgaagagatt agaatttaaa gacaagtgta tgatatgttt  13380
tgaaatacaa tgtttctctt tccagttttg gtttttgtca gcagcaaata atgataagac  13440
tgagttgttt gcaaaataaa ctttagtctt aaacttggcc tgattatttg cataaagtgc  13500
agcaagaata ttaataataa ttctgtagga aaagcctgca agcaccagga gcttcacagt  13560
ctaacactat gagcacgtgc atcctcacgc aactcactga atatgtccaa gtcagcctgt  13620
tccgatctta aatgccatcc agtggcatct gccccaggta cactaataca tgggtcctgc  13680
ttctctctgc agccgcctct ctcctcagat ttcaggtttt gtgtattgtt tgttttctct  13740
ctgacatcaa cacagatatg ttgaaggttt tcttttttt atttgtagtt gttcagcttt  13800
gttgttaatg aggtcagaat aagctcatag tttacacatt tttacattcc catgccgagt  13860
agctgctttt ctctatcaaa tccattaact gagagaacaa tcacatttcg ttacaggtga  13920
acagttaaat agtttggcat atatttctgt gctggaatct aatgcagctt gaaatcaagt  13980
```

-continued

```
catgcctcac tcattgaaaa aaacatggct aaattctcaa agaattgtgc tgagtgaaag  14040
aaactaagga atgaagagta aattttatat gatacatttg tagaaatttt agaagatgcc  14100
actattataa attaacatgg agaagattta agtgtttctg agaatatgct attgggagta  14160
atggggatgt gagttaaatt tcagaggaat aagagaaaga tttagggatt aatttttca   14220
aaccttgatt gaagtgctga gtaaatggtt gcaaacatag gtctacattt ttcaaatcat  14280
tcaccataaa tttgaattat ttattaatta cactcgaata aagcaataaa gaaactgatg  14340
agataatatt tgactgaatt gcatcaataa atagatcgat attaacacaa ggaatataac  14400
tgatttccaa aaacatacac atgaaccgtg gttcactctg cgtatttaga taaattacag  14460
aaagttgtca taacagatgg ggaatcctgc agacttcact aggcatgggc catgctgccc  14520
tggagttgtc tcaggggagc tgcctcctcc agaggttaga gcacaggccc aggtaatagg  14580
actaaatttt tagatgtgtt atcttagaca cactgcacaa ctgctgtgtt ctctatgtaa  14640
attatctcct gtaaaatata acattgaagc ctgcattaaa tatattgtgt aaatatgtaa  14700
gaataaaaga aagttatgag agctaagtgt taatcaaggc acaagcatat aagatataac  14760
tatattttcc tgaatgatgg aattactacc agtctccccc aggacacttc atctgccctg  14820
agcccagcct ctcctcagat gtcccaccca gagcttgcta tatagtgggg gacatgcaaa  14880
tagggccctc cctctactga tgaaaaccag cccagccctg accctgcagc tctgggagag  14940
gagcccagca ctagaagtcg gcggtgtttc cattcggtga tcagcactga acacagagga  15000
ctcaccatgg agtttgggct gagctgggtt ttcctcgttg ctcttttaag aggtgattca  15060
tggagaaata gagagactga gtgtgagtga acatgagtga gaaaaactgg atttgtgtgg  15120
cattttctga taacggtgtc cttctgtttg caggtgtcca gtgtcaggtg cagctggtgg  15180
agtctggggg aggcgtggtc cagcctggga ggtccctgag actctcctgt gcagcgtctg  15240
gattcacctt cagtagctat ggcatgcact gggtccgcca ggctccaggc aaggggctgg  15300
agtgggtggc agttatatgg tatgatggaa gtaataaata ctatgcagac tccgtgaagg  15360
gccgattcac catctccaga gacaattcca agaacacgct gtatctgcaa atgaacagcc  15420
tgagagccga ggacacggct gtgtattact gtgcgagaga cacagtgagg ggaggtcatt  15480
gtgcgcccag acacaaacct ccctgcagga acgctggggg gaaatcagct gcagggggcg  15540
ctcaggagcc actgatcaga gtcagccctg gaggcaggtg cagatggagg ctgtttcctg  15600
tcaggatgtg ggactttgtc ttcttctgac agttccccag ggaacctctt aaatttagaa  15660
aactgtgcct aacaatgtct tctctatgca tatgaggacc ttttctccct ggcacaaaat  15720
gcagattgac gctgacacgg atgaaaattc ctcaaccatg gtcacaagga tcagagtcct  15780
gagtaacctc agggcttcct ggtgattctt ctccaatcag acccaggaca gggacctccg  15840
tgagattccc tgactggaac agtctttatg gatcctggtc acagacaata gagaggctga  15900
accagggtca gcgtcatgta gaacgtcaca gatttcacgt ctgatccttc tcctgacacg  15960
aaagtatgca aatcagtatc agcaccgatc tgctcgacga tggaaagata gataccaaca  16020
tgagaaatgt atgacactca agaaaataaa actgtaggaa acttgctttt ctttatattt  16080
gttaggtaat caccacagtg tgtacacatc acaccatgtt cccattacag agaaaaggtt  16140
ctgcgaacct cacgagctgt gacccctgtg tgctgggctt ggttcaggga gaagtcaggt  16200
ccagtggtga gaagcacagg cccagatgcc caggctcact ctgaccaaaa gtgagcactg  16260
gggacattgt aaaacccacc tgtgcttttg ctgataattt ttcatcttta acatggaaat  16320
```

-continued

```
aatattgata ctatatacca tggtttctct gcgtatgtaa aaataaaaga tgattggtgc  16380
taactttaaa aatatgcagt ttatgtagat ctatggtacc tcaataaaac tgttttaaaa  16440
taaaaattac aaaattataa gatttttagg ttttaaggtt taagtttatc acaaaacaaa  16500
ctgacaatag gaaagcacaa tttcccaatg ctttcaatat cacagatctc cccgaggaca  16560
ttctgacatg ctctgagccc cactatctcc aaaggcctct caccccagag cttactatat  16620
agtaggagat atgcaaatag agccctccgt ctgctgatga aaaccagccc agccctgacc  16680
ctgcagctct gagagaggag cccagccctg ggattttcag gtgttttcat ttggtgatca  16740
ggactgaaca gagagaactc accatggagt ttgggctgag ctggcttttt cttgtggcta  16800
ttttaaaagg taattcatgg agaaatagaa aaattgagtg tgaatggata agagtgagag  16860
aaacagtgga tacgtgtggc agtttctgac cagggtttct ttttgtttgc aggtgtccag  16920
tgtgaggtgc agctgttgga gtctggggga ggcttggtac agcctggggg gtccctgaga  16980
ctctcctgtg cagcctctgg attcaccttt agcagctatg ccatgagctg ggtccgccag  17040
gctccaggga aggggctgga gtgggtctca gctattagtg gtagtggtgg tagcacatac  17100
tacgcagact ccgtgaaggg ccggttcacc atctccagag acaattccaa gaacacgctg  17160
tatctgcaaa tgaacagcct gagagccgag gacacggccg tatattactg tgcgaaagac  17220
acagtgaggg gaagtcattg tgagcccaga cacaaacctc cctgcaggaa cgatgggggg  17280
gaaatcagcg gcagggggcg ctcaggaccc gctgatcaga gtcatccgca gaggcaggtg  17340
cagatggagg ctgtttcctg tcagggtgtg ggacttcatc ttcttctgac agtttctcta  17400
gtgaacctct ctaacctcag aattctgtgc ttactaatgt catctctacg tattttttaa  17460
aagatcattt taatatgagc acctattctc acacgcacca aatgcagatt gacgcttaca  17520
gagatgctcg acgaggaatg ctgaggggag ttgacttgtc accttcttaa aaatagagat  17580
tttatttttc aaagtttact attgtacaga ataaatatgt gaattttctt atctgtcaat  17640
taaacctcat aaaatttatt acaaaaaaac tgaaatttta gacaaaaaga gggtgatagg  17700
aaggaacaaa taaatatgtt aaatgtcaaa tatacctaaa aatttatttg tctgacccct  17760
agttttctcc gtatttttag gtaaatgcag caaaatcaca caagttgtcg tggcaggaag  17820
tggattctgc aaaccacact aggcccgttt atctctgtcc tagagttggt taaaagagca  17880
actgaggcca gctgtgagga gcataggccc gggtactagg actcactcat gccagatata  17940
agcccttaga cacatacata gcccctccat gtgtgggttc acttttacat ctgtacatga  18000
agaaaccact gattcctaaa taacataatt tatacacata ggtaaaaata attaaaaatg  18060
tgatagttat taagtgttta tcacacaaca atttcacaat aaaacagcat tttcccaaat  18120
gtaatcattg tcatcgaaat ccccaaggac actctcatct gccctgggcc ctgccctctc  18180
ctcaggcatc tcaccccaga gcttgctata tagtaggaga catgcaaata ggtccctccc  18240
tctcctgatg aaaaccagcc cagccctgac tccgcagctc tgggagagga gcccccgccc  18300
tgggattccc aggtgttttc atttggtgat cagcactgaa cacagaagag tcatgatgga  18360
gtttgggctg agctgggttt tccttgttgc tatttttaaa ggtgattcat gaggaaatag  18420
agatattgag tgtgagtgga catgagtgag agaaacagtg gatttgtgtg gcagtttctg  18480
accttggtgt ctctgtgttt gcaggtgtcc agtgtgaggt gcagctggtg gagtctgggg  18540
aaggcttggt ccagcctggg gggtccctga gactctcctg tgcagcctct ggattcacct  18600
tcagtagcta tgctatgcac tgggtccgcc aggctccagg gaagggactg gaatatgttt  18660
cagctattag tagtaatggg ggtagcacat attatgcaga ctctgtgaag ggcagattca  18720
```

-continued

```
ccatctccag agacaattcc aagaacacgc tgtatcttca aatgggcagc ctgagagctg  18780
aggacatggc tgtgtattac tgtgcgagag acacagtgag gagaagttaa tgtgggacca  18840
tgcagaaacc tccctgcggg aacgctgggg aaagtcatct gcagggggcg ctcaggagcc  18900
actgatcaga gtcagcccca gcggcaggtg cagatgaagg ctgatttcct gtcacgatgt  18960
gggacttcat cttcttaaag tttctctact gaacctaagt tcggaattct gtgattacta  19020
gggtcatttc tactcgacga agttgaggga atttcacttg tccaccttcc ttataatggt  19080
aatagttatg ccatgattat cagttttaca ctttaaatat gtaaagttta taatctgtca  19140
atcaaatctt ataaaatgta ttatgaggaa acaagttgaa aattagacaa tgtaggagtg  19200
acagaaagat agatatgagt atgttgaatg tcagagatac ctgaaagttt atctacctga  19260
accctagttc tctccatagt ttaaggtaaa caggagagtg caggaaaatc atccatattc  19320
tgattaggca gtggcttctg caaaccacac taggcctggc cggctgtgtc ctggagttgg  19380
ctaagggagg agtcagggcc agtggtgaga agtgcaggcc cagataccag aactcactca  19440
tcccagacat gagctcttag atacacagag agcccatcca tgtgtggatt tatcttacat  19500
ctgtaagtag agaacattga ctcttacaga acataattta cacacatagg taaatctgaa  19560
ataaggtgat cagtgtgaag attttatcac agcacagttt cataataagc acaatttctc  19620
aaatcccatt gttgtcaccc atcttcctca ggacactttc atctgccctg ggtcctgctc  19680
tttcttcagg tgtctcaccc cagagcttga tatatagtag gagacatgca aatagggccc  19740
tcactctgct gaagaaaacc agccctgcag ctctgggaga ggagccccag ccctgggatt  19800
cccagctgtt tctgcttgct gatcaggact gcacacagag aactcaccat ggagtttggg  19860
ctgagctggg ttttccttgt tgctatttta aaaggtgatt catggagaac tggagatatg  19920
gagtgtgaat ggacatgagt gagataagca gtggatgtgt gtggcagttt ctgaccaggg  19980
tgtctctgtg tttgcaggtg tccagtgtga ggtgcagctg gtggagtccg ggggaggctt  20040
agttcagcct ggggggtccc tgagactctc ctgtgcagcc tctggattca ccttcagtag  20100
ctactggatg cactgggtcc gccaagctcc agggaagggg ctggtgtggg tctcacgtat  20160
taatagtgat gggagtagca caagctacgc ggactccgtg aagggccgat tcaccatctc  20220
cagagacaac gccaagaaca cgctgtatct gcaaatgaac agtctgagag ccgaggacac  20280
ggctgtgtat tactgtgcaa gagacacagt gaggggaagt caatgtgagc ccagacacaa  20340
acctcgctgc aggggcatct gagaccacga gggggtgtcc tgggccctgt gaactgggct  20400
gctctccgtg gcagcggctg gtggtgctaa aggctgattt tctctcagca tctggggctg  20460
attcatcaag tttcctcaga gacctttcag attacaattc tgtacttacg tttaatgtct  20520
ctgaatgtga cactttcctt ccctggtgtg tctttgtttt tgtgacaaga ggacacattc  20580
tcacctccac agctcgacga agtgccgagt gaatggctgc aaacatagct ctacattttt  20640
caaatcattc cctataaatc tgaattaatt atttatttat tatacttgaa taaagcaata  20700
acgaagaaat aaatgaatat ttttgctaaa atggagcaat aaaaagactg atattgacag  20760
aagaaatatg actgacttct gaaaacacac atgaaccatg gttctctctg catatttagg  20820
tgaattacag aaagttgtca taacagatgg ggaatcctgc agacttcact aggcatggtc  20880
cacgctgccc tggagttgtc tcaggggagc tgcctcctcc ggtgattaga gcacaggccc  20940
agataatagg attacatttt tttagatgtg taaacttaga cgcactgcac agctgctgta  21000
ttctctatgt aaattatctt ctgtaaaata caacattaaa ggctgcatta aatatattgt  21060
```

-continued

```
gtaaatatgt aaaaataaaa tcagattatg agagctaaat gttaatcaag gcacaatcac  21120
ataatataaa attatatttt cctgaatgat ggaattacta ccaatctccc ccaggagact  21180
tcatctgcac tgggcccggc ctctcctcag atgtcccatc acagagcttg ctatataatg  21240
ggggacatgc aaatagggcc ctccctctgc tgatgaaaac cagcccagcc ctgaccctgc  21300
agctctggga gaggagccca gcactgggat tccgaggtgt ttccattcag tgatctgcac  21360
tgaacacaga ggactcgcca tggagtttgg gctgagctgg gttttccttg ttgctatttt  21420
aaaaggtgat tcatggagaa ctagagatat tgagtgtgag tgaacacgag tgagagaaac  21480
agtggatatg tgtggcagtt tctaaccaat gtctctgtgt ttgcaggtgt ccagtgtgag  21540
gtgcagctgg tggagtctgg aggaggcttg atccagcctg gggggtccct gagactctcc  21600
tgtgcagcct ctgggttcac cgtcagtagc aactacatga gctgggtccg ccaggctcca  21660
gggaaggggc tggagtgggt ctcagttatt tatagctgtg gtagcacata ctacgcagac  21720
tccgtgaagg gccgattcac catctccaga gacaattcca agaacacgct gtatcttcaa  21780
atgaacagcc tgagagctga ggacacggct gtgtattact gtgcgagaga cacagtgagg  21840
ggaggccatt gtgcgcccag acacaaacct ccctgcagga acgttggggg aatcagcggc  21900
agggggcgct caggagccac tgatcagagt cagccccgga ggcaggtgca ggtggaggct  21960
gtttcctgtc aggatgtggg acttcatctt cttccaacag tttctctaat gaacctctct  22020
aattttagaa ttctgtggtt cctaatgtca tctctacctc gacgtcgagg atgcggatgt  22080
gatttaagtt tcagaggaat aagaaaaaag atttagggat taatttaatt attcaaaact  22140
tgattgaagt gccgagtgaa tggctccaaa catagtctac atttttcaaa tcattcccta  22200
taaatttgaa ttaattattt atttttatac ttgaataaag caataacaaa gaaataaatg  22260
aatatttttg ctaaaatgga gcaataaaaa gactgatatt gacagaagaa atatgactga  22320
cttctgaaaa tacacacaca tgagccgtgg ttctctctac atatttagat aaattacaga  22380
aagttgtcat aactgatggg gaatcctgca gacttcacta ggcatagtcc acactgccct  22440
ggagttgtct caggggagct gcctcctcca gtggttagag cacaggccca ggtaatagga  22500
ctcatttttt tagatgtgta attttagaca cactgcacaa ctgctgtgtt ctctgtgcaa  22560
attatctcct gtaaaatgta acattgaaac ctgccttaaa tatattgtgt aaatatgtaa  22620
aaataaaatc agattgtgag agctaaatgc taatcaaggc gcaatcacgt aatatacaat  22680
tatattttcc tgaatgatgg aattaatacc aatctccccc aggacacttc atctgcacgg  22740
agcccggcct ctcctcagat gtcccacccc agagcttgct atatagtcgg ggacatccaa  22800
atagggccct ccctctgctg atgaaaacca gcccagctga ccctgcagct ctgggagagg  22860
agcccagcac tgggattccg aggtgtttcc attcggtgat cagcactgaa cacagaggac  22920
tcaccatgga gttttggctg agctgggttt tccttgttgc tattttaaaa ggtgattcat  22980
ggagaactag agatattgag tgtgagtgaa cacgagtgag agaaacagtg gatatgtgtg  23040
gcagtttcta accaatgtct ctgtgtttgc aggtgtccag tgtgaggtgc agctggtgga  23100
gtctggagga ggcttgatcc agcctggggg gtccctgaga ctctcctgtg cagcctctgg  23160
gttcaccgtc agtagcaact acatgagctg ggtccgccag gctccaggga aggggctgga  23220
gtgggtctca gttatttata gcggtggtag cacatactac gcagactccg tgaagggccg  23280
attcaccatc tccagagaca attccaagaa cacgctgtat cttcaaatga acagcctgag  23340
agccgaggac acggccgtgt attactgtgc gagagacaca gtgaggggaa gtcattgtgc  23400
gcccagacac aaacctccct gcaggaacgc tgggggggaaa tcagcggcag ggggcgctca  23460
```

-continued

```
ggagccactg atcagagtca gccccggagg caggtgcaga tggaggctga tttcctgtca  23520
ggatgtggga ctttgtcttc ttctgacggt tccccaggga acctctctaa gtttagcatt  23580
ctgtgcctat gaacgtcttc tctaagtatt tgaaagagat tattttaata tgaagagcag  23640
ttctcactcg ccctcgacga gcatgtgcac atttcattaa acccactgtg tatgcagccc  23700
ctcccaagtg ctggcaggcc actgtacatg tgggcagccc actccaaggg aagaatcaag  23760
ggagaagaaa tacaaacccc agaaccatgt caatgtataa aaccccaagt caagggccgg  23820
acagagcact tagatctctc aagtcgccca cttagccctc ttccaagtgt actttacttc  23880
ctttagttcc cactttaaaa ctttaataaa catttactcc tgctctaaaa cttgcttggg  23940
tctctcactc ttctgtatgc cccttggcca aattctttcc tccaaggagg cgagaatcaa  24000
gttgctgcag acctgtatgg attcgctcct gctaacagat agctggatgg gtggacagat  24060
gcatgaatta gtggatggac gtttggatgt gtgggtgggt gggtggattg tgggatggct  24120
ggatgaatgc atggctggat gggtggacag atgcatgaat tagtggatgg atgtttggat  24180
gtgtgagtgg gtgggtggat tgtgggatgg ctggatgaat gcatggctgg atgggtggac  24240
agatgcatga attcgtggat ggacgtttgg atgtgtgggt gggtgggtgg attgtgggat  24300
ggctggatga atgcatggct ggatgggtgg acagatgcat gaattcgtgg atggacgttt  24360
ggatgtgtgg gtgggtgggt ggattgtggg atggctggat gaatgcatgg ctggatgggt  24420
ggacagatgc atgaattcgt ggatggacgt ttggatgtgt gggtgggtgg gtggattgtg  24480
ggatggctgg atgaatgcat ggctgggtgg gtggatggat gcatggataa gtggtggacg  24540
gatggacggg tgagtggatg ggtggatgtg tgtgtggatg ggtggatagg aaagccctct  24600
aattgattac agggctcagt gtgtgcttca acatcatgat ggcatcatca cattggtccc  24660
tgtatgaagc agtgggggag gagagtgtac caggggagca ggaatgactc ttctccagaa  24720
tcgacctctc ccaccctgca gcctgggctg tgcaggccac attggagaag gtgcggtcga  24780
ctactcctaa atgttgttgt gtccaatggc tttttgacgt tgatgtagga atgagcctac  24840
atctccacca tagatggaac tgtttgggtc cccaaagcag aaagcctctt ctgttgcagg  24900
tgctgaagtt tccatcttct tctgcttata cggaagctca cgcatccctt ggatggcagg  24960
cgtcaggttc ctgtgcgcac tgagttcccc ccttacatgc tttggacaga agtgtgagac  25020
acacaagatt gctgcaggaa gtccacctgt ggggatgctg cgacttctcc agcaagaaca  25080
cgagtctgct cattgaccat caccacacat aacaaattaa gtgtcccttt tttgataaca  25140
cgtcattgtt tcacagagta ttcttttaaa gtgtataagt tgactgcagt tattattttt  25200
tacttctgtt actaatttac tcataattag gcacaattta cacttaagaa atttcttaat  25260
agttttttcc tccttaaggt gaactacagt cagataacat acttatcaat tgtctctagc  25320
tcttgtcaga aaagcatata gatgtgtgtg tgcgtgtgtc ttggcctttc caatgatgaa  25380
ttaagatgtg cattgagaag gcattcactt tatttgacgt taaggaagta ccaagaagac  25440
gctctccaca gaccctggga aagccagcag ctgcaccccg aggctgtgcc aggcagggaa  25500
caaggaggca gcaccacctg ctgggcaggg aaaatgtcct cccagtccct gccgcttctc  25560
tgcagaggca caaagagctg ccccttctcc tgggccttct cctgggctga tgagattgct  25620
ccccgatatg ccaaatcagg gttgtgcatc tgaggctctg tctagactct cagctccttc  25680
ctactcctgc aaagtgaaga aaacaatgcc aaggggtcct ggaggcgtct ctacccctgg  25740
agagttttga ctctcttcaa tagtctccac taccctgccc tcactccatg tcctccgttt  25800
```

-continued

```
ctccctaaag cggtgcccag tctgattgca ctgtggcagg gataacgagg ggccaggaca  25860
tcaggggaga gaagtttcta cctgagtcac agcagcggct gccctgcaga ctcctgaaga  25920
cacaagacac atttccatcc cagagaccca gcgaaatgca acctcaggct agagacagcc  25980
agttattttt tcttgttctg tcctggagag gccactgaga aagtcgagcc ccttgttgag  26040
gaaaacatga gatctctgtg tgtcgtcctc tgcctgatgg ctgtacctcc atgtgagtgt  26100
ctcagagatt tcagaacggg ggctgtgggc tgtggtgtcc gcttgtgact catctctttg  26160
cttcttgtcc ctgagtgtcc tgcatcagat gcagctactg gagtcatgcc cagggctggt  26220
gaggtcctca cagacctctg ggcctggacc cagcagccct ctgggaaggc gctggggcac  26280
ctcagctcca ggggcagcac acacttcagc ccagcctttc tgggccaact ctccatctgt  26340
agagacacat ccaaggccca gttatccctg cagctgagct ccgtgatggc caagggcagg  26400
gccgcacatt cccgtgggag acagaatggg gacctcagcg tgagcccaga cacaaacctc  26460
cctgcaggga agcacaagac caccaggcgg cgctccagac cacacagcgg ccccagaagc  26520
aggttttagg gggcggggca gacgtgtccg cgttgagtca ggtcactggt tttactttcc  26580
ctgaacaaac ggcctctgcc aaggactcac tgcacctctc accttcacag ttgttttttt  26640
ttttttttta atcaccctgt agggttttgc tagctaattt agatattgag gagtgcttca  26700
tacttccttg ggcctctgct tgcagaaaca tagcaattgt aaggaggcac gtgggaaagc  26760
cccggctcgg tgacccgggg gatgctgctg tagccctggc aagagggcgt cgggccgcag  26820
taacaaaggt gcagacggct ctcagcctgc gcccgcggag tacaacacat aagggctgta  26880
acctaacgaa aaaagaatcg cagtgcaact gtcctgcatt tgagtttgtg atcagttttg  26940
ccctttgtct ttaacaggtt ctaacataaa attttgaatg ctggttcaag ccctgtgggt  27000
aaaatgcact tacccacatt ccttaaacaa atagaacact gaggtggaaa tgttttgaaa  27060
aagtagtttt cagacatttg gaaacaagca tcacaggatc ataacccctg agaaaagaaa  27120
aacaaatgaa cgaatcctgc tattgcctga aagcagctgc caggacacac ggaaaggctt  27180
agtgagctga gcggacagag agcagagttc aaggcagcag cagcccgagg ggaggagcac  27240
cggggagcag gctgctgtgc agccaggatg ggccggggtg gggcgggggg agaacagctg  27300
gagacttgcc gcagggaggg ggatccctca ggtttggggc tgagaactga cttatgcctg  27360
acttatgcct gcatgaaaag aaactactcg atatcagggg gaaatcacca gaaacctgtg  27420
gacccaaaac tacacagagc ctacacaagg aaagcattgt ttgtgttctc ccagccaggg  27480
tggaaagacc ttgagatatg taaagcttca agcaatcttc cgaagtaatc tcgtgagtag  27540
tggtgccaca ttaattcagg actaaagact gctctgaact gaacctaaga aatgcttcaa  27600
gtgtagcctg gagcccgggt gcagtggctc acacctgtaa tcccagcact gtgggaggcc  27660
gaggcaggcg gatcacttga ggtcaggact ttgagaccag cctggccaac atggcaaaac  27720
ctgtctctac taaaaacaca aaaattagct gggcatggtg gcagatgcct gtaatcacct  27780
cccacctgga cccttccttg atacatcaga attacaacta gagatgagat tggggtgggg  27840
acacagagcc agaccgtatc acataggaac ctaaaaggat aataaagtag gaaaacttcc  27900
cacatcagta accctttatc cgatagtaat cccaatctgc aaagtaaaac tgtgtgattt  27960
tactaagata acggaatctt ctctacagaa ggactttcca gtgcaaaagc tccccaccct  28020
caccatgaaa tgcacgtgac catttccaat ttgtgtaaag tcctcagtta gtactgagac  28080
ttcggaaggt tagaaatccc tttgctcatg ctgcatggtc cggatgagat gtaagaatca  28140
ttagctaata gacatgcaac agcttttgtg cgaaagatgt tatgagacat ttaaggtatt  28200
```

-continued

```
tgcttgtgct tactaagcat tcattgtatc attggagcac atgtgctttt ataccctgga  28260
gaaattccag taattgaatt gctgggttga atgggatttt gatttggatt aaatttaaac  28320
tatagatttt atttagggaa aactggcatc ttaattatgt tattgggggg cccttgctcc  28380
cagagctccc aagatggtgg caggccgctt ccaaaatgac cgcaggccac ttccaagatg  28440
gtggcaagcc tcatgttctc tgacctgggg ttcttggcct cacggattcc aaggaatgga  28500
agcttgggcc atgcagtgag tgttatagct ctattagaag ccgtgggtca cggaagagaa  28560
ccgtggaacc cagtgactag tgttcagctc gattaggacg aacccaggca cttagccgtg  28620
caggaacaat ggcgagcatt tggcccgatc gagagtggca atgggcgcct cgccggatca  28680
ggagcacagc ggataccctg atggatccgg agggatggaa gccagcggtg ggtctcccac  28740
gggggcaaac agcagtggtg gacggtgagc gaaagcgaag ctcgagccgt aacaaacatg  28800
gaccagaaga gtgcagttgc aagatttagt agagtgaaga cagagctccc atacaaaggg  28860
aggggaccca aagagggtag ctgttaccgg ctcgaatgcc tgggtttata tcccgatcat  28920
tgtccctccc gctgtgctct caggtgatag atgattggct atttctttac ctcctgcttt  28980
tgcctaatta gcattttagt gaactctctt tactatctga ttggtcgggt gtgagctgag  29040
ttgcaagccc cgtgtttaaa ggtggaagtg gtcaccttcc cagctgggct tagggattct  29100
tagtcggcct aggaaatcca gctagtcctg tctctcaatt acactgagtt ttccaatcca  29160
tgcatccaat atgtggtgta tctcttcata tgttcatagc ctctgagcaa tgttttacaa  29220
ttttctgtgt aaagaactcc acatcgtttt atgtttcttc taaggtatat cctgattgct  29280
ttttatgtct tcacaagttt ttccctttca aaattaattt tccaattgtt tggtgctaat  29340
atgctcaaat gtccttgatt ttcttagttt gaacagtccg ttttcgtttt ggggatttat  29400
ttttttttca gattctttaa gattttctat gtctataacc atataatctc tgaacagaga  29460
cagttttgct tttccctttc aacttgaggt aggttttctg ggtagttcag gacgcgcagg  29520
cactgggtgg gtggtgttag cagctgcacg atgccttgga gaggacactc tcgggggact  29580
gtggccgctg ctcagctgtg actgttctta tagcaccagc agctgcggcc accattctta  29640
tccaatttcc aaagccacac cacaggccct ctcaagaacg aggcgtggag gctatgccct  29700
ctcctggaca catcatcatt cccaagcccc acgatgtggg ccccatggga cgcacacctt  29760
tgtctgtcca gacctcagcc ccacctcctc atcctgcacc agaactcttc agagcccagt  29820
gcatgaaatg ggctaccaag gaaatgaggg taggttcctg agaggaaact ggccctgcat  29880
ttgggagcta agagtctgct aattcgcctg gcagccctgt gcagccctcc gtggctacag  29940
tccaccccgt gcccatcagt gcctccttcc tgtgcaagcc tggacctcgc cctgggctca  30000
ggatgggctg tagaccgaga atgcaggcgg gaaagtcgtt gtctatcggg gccatagtca  30060
ggttctacag tgagtcaggg aaagacctgt ggaggtgtgg atgaggacaa tgggtccacc  30120
atcaacagga ggacacgggt tcgacccctt gcagaggcac agtcccacat cactgggagg  30180
cagccacact cactgcctcg ccctctcctc acacagtgca gtttccacgt tcacagcccc  30240
agccagtcac caggaatgcc ctgggggcgg cctttcccca gtgcaccccg agccctccct  30300
tggctgtgcg gtgagctcca tgcccaggag atatccaccc atagtcctcc ggaaagcagc  30360
tgacctgcca tgccctggaa ccacaaatcc ccacagatca gccagcctgc agtgggcctt  30420
ggatgtggtg aggagtggtg gcaccccccgt tcccacccca cagatgcaac gcctgtgggt  30480
gacgcatgtg agtactgagg agtagagggt agaactgtag gccccgagaa ccacagaaac  30540
```

-continued

```
tcgggtgtta cactctgggg ccatgtaagg agaaagtgtc actggacaga aacaggcccc  30600
tcctagacac tgtgtgcgcc atagtcacct gtcattagct ctcactcttg cagattcatg  30660
attgaggtgg ttaaaaaaaa aaaagctcct actcacccat ccaaccccat cctggggtgt  30720
ttccaccacc cttggggttt gggatgagct gcccttgccc actgtgctct gtggacctcc  30780
ctttagaagc tcacagctcc ctgcactcgg ctccatcctg ccccaccaca cagaagcaaa  30840
acccctctcc tttccactgc aggcttttcc tggaccagaa tgctgacctg ctgcccttca  30900
ctcccgaagt ggtgggactg cctggggtgg tgtgggtgtt gagccttctt actctaggga  30960
cctggcacct ggccccaggg gcacagggat ggtgcatctg cctagggatg cctcctcatg  31020
ccagggggtg ggggttagta ccatcggccc tcaggatttg ttgcatgaat gagtgaatgg  31080
gtgaataaat gaaggggatc tgatctatga ataagggtat atggactttg gttgatgtag  31140
gacgccaaat gctggaattt cggagtcatc acacccaggg gccctgcctc tgagctcctc  31200
tttgcatcca atctgctgaa gaacatggct ctagggaaac ccagttgtag acctgagggc  31260
cccggctctt caatgagcca tctccgtccc ggggccttat atcagcaagt gacgcacaca  31320
ggcaaatgcc agggtgtggt ttcctgttta aatgtagcct cccccgctgc agagctgcag  31380
agcctgctga attctggctg accagggcag tcacccgagc tccagacaat gtctgtctcc  31440
ttcctcatct tcctgcccgt gctgggcctc ccatggggtc agtgtcaggg agatgccgta  31500
ttcacagcag cattcacaga ctgaggggtg tttcactttg ctgtttcctt ttgtctccag  31560
gtgtcctgtc acaggtacag ctgcagcagt caggtccagg actggtgaag ccctcgcaga  31620
ccctctcact cacctgtgcc atctccgggg acagtgtctc tagcaacagt gctgcttgga  31680
actggatcag gcagtcccca tcgagaggcc ttgagtggct gggaaggaca tactacaggt  31740
ccaagtggta taatgattat gcagtatctg tgaaaagtcg aataaccatc aacccagaca  31800
catccaagaa ccagttctcc ctgcagctga accctgtgac tcccgaggac acggctgtgt  31860
attactgtgc aagagacaca gtgaggggaa gtcagtgtga gcccagacac aaacctccct  31920
gcagggatgc tcaggacccc agaaggcacc cagcactacc agcgcagggc ccagaccagg  31980
agcaggtgtg gagttaagca aaaatggaac ttcttgctgt gtcttaaact gttgttgttt  32040
tttttttttt tttggctcag caacagagat catagaaaac ccttttttcat atttttgaaa  32100
tctgttctta gtctaatgga gattctctga tatgtgacaa tgtttttctc ttgctgtttt  32160
tggaattctt tgtctttgac ttttgacaac ttgacttttg acagtgtgcc tcaaagaagt  32220
tctattttgg gttctgtgaa cctcctggat ctgggaagtt ttcagctatg atttcattaa  32280
acgtgttttc tacaccattt ccctactctt ttggaatacc cataatgcaa atatttgttc  32340
acttaattgt gtcccataaa tgctggggat tttcttcatt ccttttttact cttttttttct  32400
ttttattcat ctgcctgaat tatttcaaaa gatctgtctt caacttcaga aactcttttg  32460
cttggcctag tctaatcttg aaggtctcaa ttgtactttt aatttcattc attgaattct  32520
tcaactctgg aatttctgtt ggttcttttt tatgatactt atctctttgt tgaattcctc  32580
attcaaatga taaattgttt tcctgatttc actgaatttt ctatctgtac actattgtat  32640
ctccctgagt ttcttagaga ttatcctttt gaattatttt tctgacattc tgtatatttc  32700
cttatgattg gggtctgcta ctggagaatg actgttgtct ttttcaggtg ccgtgtttcc  32760
tggccttttc atgttttatg tgttcctacg ttgatttcta cacatctggc ggaccagtca  32820
tcccttgcaa tttaatggag taggttttgc aggaaaagac ttcctagtac agacgggtct  32880
cagggtgtca gtgtggcggg gcgtgctggc tttagttcta ggttgacgca gtagcgtagt  32940
```

-continued

```
ctccatgtcg tttcttcagc tgccgtccac attggtgacg tttgcgagtg tctcagtggc  33000
ctgggctgag aggtttgtgg cagtggaagt gcaacgttgc tagaggtgga ctcaccaggc  33060
tgtttctgag gtcgaggcac atgcatgcac atggtggatt gaccaacttg gtgccaggct  33120
cactagggtt ggggacatgg ggctgtttct caggcccagg atgcaaacac aagtctcttt  33180
ggctggcctg ggggtgtggc ttctgagggc aatccacagg gctgtttctc aggttcagga  33240
cacaagtgca tggccgctca actggcctgg gcatgtgtct cccagggcca ccccatgggc  33300
tctctctcag acccaggaca tggccacatg gcttcctcag ctggcctggg tgtgtgtctg  33360
cttggggcct gcaggggcac agggttattt ctcaggccgg ggtcatgggc gcacagctgc  33420
ttgctggctt ataggagtgc ctgccagggg tggcccatga tgctgtttct caggcccgcg  33480
cgactgaata cataaacagg acacagcatt ttgctgcata aagcaaacac agcgttactt  33540
tttttttct aaatgacatt ttttattaga tattgtcttt attgacattt caaatgttat  33600
cccctttcct ggtttaccct ctgaaatccc ctatctcctc cccctccccc tgctcaccaa  33660
tccacccact cccacttcca ggccctggca atcccctata tttgggcata gagccttcac  33720
aggaccaagg tactctcctt gcattgatga ccaactagtc cattctctgc tacaaatgca  33780
gctagatcta tgagtcccac catgttttct tttgttggtg gtttcatgcc agggagctct  33840
tggagtactg attggttcat attgttgttc tccctatggg gttacaaaac ccttcaactt  33900
cttgggtcct ttctctggct gcctcattgg ggaccttgtg cgaagtccaa tggatgactg  33960
tgagcatcca cttctgtatt tgccaggcac tggcagagcc tctcagaaga cagctatatc  34020
aagatcctgg cagcaagctc ttgttggtat ccacaaaagt gtctggtggt tgtctatggg  34080
atggatcccc aaaggggcag tctctggatg gtcattcctt cagtctctgt tccacacttt  34140
gtctctttaa ctccttccat gactatttta ttcctccctc taagaaggac cgaagtattc  34200
atactttggt cttccttctt gaaattcatg tgttttgtga attgtatctt tgatattccg  34260
aacttctggg ctaatatcca cttatcagtg agtgaatatc atgtgtgttc ttatgtgatt  34320
gagttacctc actcaggatg atatcctcca gaaccatcca tttgtctaag aatttaatga  34380
attcattgtt tttaatagct gaggagtact ccattgtgta aatgtaccac attttctgta  34440
cccattgttc tcttgaggga catctgggtt ctttaaagct tctggacatt aaatataagg  34500
ctgctatgga aatagtggag aatgtgtcct tattacatgt tggagcatct tctgggtata  34560
tgcccaggag tgctattgct ggatcctctg atagtactat gtccaatttt ctgaggaact  34620
gccaaactgg tttacagagt ggttgtgcca gcttgcaatt ccaccagcaa tggagaaatg  34680
ttccccttcc tccacatcct caccaacatc tgctgtcacc tcaatttgtt cttagtgatt  34740
cagacaggtg tgaggtggaa tatcagggtt gtttggcatt tccctgatga ctagtgatat  34800
tgaaaaaaat tttaagtgtt tctcagccat tcagtattct tcagttgaga attcactgtt  34860
tagctctgta ctcaggtttt tttaataggg ttatttggtt ttctggagtc taacgtcttg  34920
aattctttct atatattgga tattagccct ctgtcatatt taggattggt aaagatcttt  34980
cccaatatgt tggctgcctt tttgtgtcct ttgccttaca gaaccttttt aattttatga  35040
ggtcccattt gctaattctt cattttacag caaaagccat tggtgttctg ttcaaaaatc  35100
tttcccccctg aaccctatct tcgaggatct tccccacttt ctcctctata agtttcagtg  35160
tctctattat tgtgctgagg tccttgatcc acttgaactt gagcattgtt caaggagata  35220
agaatggatc aattcgaatt cttctacatg ataacagcca gttgagccag caccatttgt  35280
```

-continued

```
tgaaaattct cttttttgca ctggatagtt ttagcacttt tgtcaaagat caagtgacta  35340
tggctcttca actatggctc attccattga tcaacttgtc tgtcactgta caagcaccat  35400
gcaattttta ttgcaattgc ttagtattac accttgaggt caaggatggt cattccacca  35460
gaggttcttc tatggttgag aagagttttt gctatcctag gtttttgtta ttccagatga  35520
atttgcaaat ggccctttct aactcagtga agaattgagg tggaattttg atgggaattt  35580
tattgaatct gtagattgca ttcaacaaga tagccattta taatacatta atcctgccag  35640
tccatgagca tgggagatct ttccatcttc cgagatcttc ttcgatttct ttcttcagag  35700
acttgaagtt tttatcatac agatctttca cttccttagt tagagtcaca ccaaggtatt  35760
ttatattatt tgtgactact gtgaaggttg ttgtttccct gatttcttcc tcagcctgtt  35820
catcctttgt gtagagaaag gccactgatt tatttgagtt aatattgtat ccagctaatt  35880
cactgaagtt gtttatcagg tttaggagtt ctcttgtgga atttttggaa tcacatgtgt  35940
atactattat atcatctgca attagtgata ttttgacttc ttctttccca aattgtatcc  36000
ctttgatctc cttttgttgt ctaattgccc acactaggac tcgggcagcc ttagtgccta  36060
gtccctgatt ttagtgtgat ttgttcaagt ttctctccac ttagtcggat gttggctact  36120
gatttgctgt atattgcttt tattatgttt aggtatgggc cttgaattcc tgatctttcc  36180
aatactttta tcatgaatgg gtgttgaatt ttgtcaaatg ctttctcaac acctacaaag  36240
atgatcatgt agattttgtc tttcagtttg attatatagt gtattatgtt gatggatttc  36300
catatattaa accatccctg catccctggg atgaagccta cttggtcatg atagacgatt  36360
gttttgatgt gttcttggat tcagttagtg agaaatatat tgagtatttt tacatcgata  36420
ttcataaggg aaattggtct gaagttctct ttctttgttg ggtctttatg tggtttagtt  36480
atcagagtca tcgtagcttc atagaacaaa ttgagtagag taccttctgt ctctattttg  36540
tggtatagtt tgaggagatt tggaaatatg tcttcttggg acgtctgaga gaattctgca  36600
ctaaacccat ctgatcctgg gcttctttgg ggggggggga ctattaatga ctgcttctat  36660
ttctttaggg gaaatgggac tgtttagatt gttaatatga tcctgaatag aaatctgatc  36720
tgatctagaa aattgtccat tttattcagg ttttccagtt ttgttgagta ttgccttttg  36780
tggtagggtc tgatgatgtt ttggatttcc ttaggttctg ttgttatgtc ttcttttcca  36840
tttctcattt tgttaattag gatactgtcc ctgtgtcctc tagttactct ggctaagcgt  36900
ttatctatct tattgatttt ctcaaagaac cagctcctgg tttggttgat tctttgtata  36960
gttctttttg tttccacttg attgatttct gccctaagtt tgattgtttc ctgctgtcta  37020
ctcctcttgg gtgaatttgc ttccttttgt tctagagctt ttaggtgtgc tgtcaagctg  37080
atagggtatg ctctctctag tttctttttg gcggcactca tagctaggag ttttcctctt  37140
agcagtgctt tcattacgtc ctgtaagttt gggtatgttg tggcttcatt tgcattaaat  37200
tctaataagt ctttaatctc tttccttctt tcttccttga ccgagttatc attgactaga  37260
gtgttcatca gcttccacat caatgttggc ttttaattat ttatgttttt attgaggatc  37320
agcctttgtc ggtggtgatc ttctaggatg cacgggaaat tttcaatatt tttgtatcta  37380
ttgaggcctg ttttgtgacc aattatacgg tcaattttgg agaaagtacc gtgaggtact  37440
gagaagatgg tatatctttt tgttttagga taaaatgttc tgtagatatc tgttaaatcc  37500
atttgtttca taacttctgt tagtttcact gtgtctctgc ttagtttctg attccagaat  37560
ctgtccaatg ataagagtag ggtattaaat tctcccacta ctattgtgtg aggtacaatg  37620
tgtggtttga gctttaaaag agtttcctta atgaatgtgg atggccttgc atttggagca  37680
```

-continued

```
tagttattca gaattgagag ttcctcttgg aagattttac ctttgatgag tataaaatgc  37740
ccctccttgt ctttttgat acctttgggt tagaagtgga ttttattcga tattagaatg  37800
gctaatccat cttgtttctt tgagatgttt gcttggaaaa ttattttcct gccctttact  37860
cggtggtagt gtctgtctta gtccctgagg tgggtttcct gtatacagca aaatgttggg  37920
tcctggttat gtagccagtc tgttagtctg tctttttatc aggtaattga gtccattgat  37980
attaagagct attaaggaaa agtaattggt gcttcctgtt atttttgttg ttagacttgg  38040
gattctgttc ttgtggctat cttcttttag gtttgttgaa ggattacttt cttgcttttt  38100
ttagggtgta atttccctct ttgtgttgga gttttctctt tattatcctt tgaagggctg  38160
gattcatgga aagatgttgg gtgaatttgg ttttgtcatg gaattctttg gtttctccat  38220
ctataattga gagttttgct gggtatagta gcctaagctg gcatttgtgc tctcttagtg  38280
tctataacat ctgtccagga tcttctggct ttcataatct ctggtgagaa gtctggtgta  38340
attctgatag gcctgccttt atatgttact tgaccttttt cccttactgc tttaaatatt  38400
ctatcttcat ttagtgcatt ttttttctga ttttttatgt gtcaggagga atttcttttc  38460
tgctccagtc tattcggatt ctgtaggcta cttctatgtt catgggcatc tccttcttta  38520
ggttacggac gttttcttct ataattttgt tgaagatatt tactggccct ttaagttgaa  38580
aatctccatt ctcatctata cctattatct ttaggtttgg tcttctcatt gtgtcctgga  38640
tttcctggat gttttgagtt aggatctttt ttgcattttg catttttttt tattgttgtg  38700
cccatgtttt ctacggaatc ttatgcacct gagactctct cttctacctc ttgtattcta  38760
ttggctgatg cttccaccta tgtttctcga tttctttcct aggatttcta tccccagagt  38820
tgtctccctt tgtgatttct ttattgtttc tacttccatt tttagatttt gaatggttct  38880
gttcgattcc atcgcctgtt gggttgtgtt tttctgtatt tctttgaggg atttttgtgc  38940
ttcatcttta aggtcttcta cctgtttagg agtgttttcc tataattctt tgagggattt  39000
ttgtgttttc tctttaaggg cttctagcaa tttagcagtg ttctcctgta tttctttaag  39060
tgagttatta atgcccttct taaaatcctc taccaacatc attagatatg attttaaatc  39120
cgaatcttgc ttttcaggtg tgttggggta tccaggactc actgtggggg gagtactggg  39180
ttctgatgat gaaaactggt cttggttttt attagtaaga ttcctacttt tgccttccac  39240
catctgataa tatctgttgt tagatattct agctgtctct ggctggagct tgttcctcct  39300
gtgattctgt cagcctctgt cagcactcct gggagtacaa ctcttttctg agtcccaatg  39360
ttcagagcat tctctgcagg caagctctcc tctggcaggt aaggtgccca gagctcttga  39420
gctcagctcc acctcctgac tgcagatgaa gacccaaagg gaccctgtcc aataagctct  39480
gttgcttctg ccacccacat gctctcctgt gcgaactggt ctctgagaga cccgggatac  39540
aagatggtac tctcacctga atcccagggt caaagccctc cctggaggct gactctcctc  39600
ttgtgggaag gtgcacagag gtctggagct cagctctgcc tcctggctga agatgaaggc  39660
ccgaagggac cctgtccaag aagctttgtt gcttctggga cccacatgct ctcctacatg  39720
gactggtctc tgagagacca gggattcaag atggtgctct cacctgagtc ccagggtcag  39780
agccctctct ggaggccaac tctcctcagt gatcctaaga tcctgggtat gctagggtgc  39840
ctatggcatg gagagtcctc tgaggaatgt gggactgtct gctgagtttc cacccaaggt  39900
ggtgctgggc tggctccagt cagaatgaac ccagactctg gttgggcagg tttccagtcc  39960
tgttggccca agcccctctg ggttgtttta gaacagatgt tgctttccac tcaccagtga  40020
```

-continued

```
tcccaagatc ctgggcgtgc tagggtgcct gctatgtgga gagtccactg gggaccttag  40080
gagcatacat caagttcaca cccatggtgg caaggagctg gtgcctacca gaacaaaccc  40140
cgggcacttt tactgaccct ttaagttgaa aatcttcatt ctcatctata cctattatcc  40200
ttaggtttgg tcttctcatt gtgtcctgga tttcctggat gttttgactt aagatctttt  40260
tgcattttgc attttttga ttgttgtgtc catgttctct ctggaatctt ctacacctga  40320
gattctctcc tctgtatctt gtattctgtt ggtgatgctt gcatctattg ctcctgatct  40380
ctttcctagg gtttctatct ccagagtttt ctccctttgt gatttcttta ttatttctac  40440
ttccattttt agatcctaga tgattttgtt aaattccttc acctgtttgg ttgtgtgttc  40500
ctgtaattct ttaagggatt tttgtatttc ctctttaagg gcttctacct gtttagctgt  40560
gttctactgt atttctttaa aggacttatg aatgtccttc ttaaaaacct ctaccagcat  40620
catgagatgt gatcttaaat gtcaatcttc cctttctggt gtgttggggt atccaggact  40680
tgctgtggtt ggagttctgg gttctggtaa acctgcctta gagggtcacc acagagtaat  40740
gatagcacta cttttaaaca ggggaagatg atgaaataat tgctgtggga aaatgcaagg  40800
aaggctccaa cacatgtagg catctatgaa ggtctcaaat cttcaaaatc caaaaccacc  40860
aagaaagaaa gaaagaaaga aagaaagaaa gaaagaaaga aagaaagaaa gaaagaaaga  40920
aagaaagaaa gaaaggaagg aaggaaggaa ggaaggaagg aaggaaggaa ggaaggaagg  40980
aaggaaggaa ggaaggaagg aaggaagatt ctaaaagtag tcacctgcac caggtgcctg  41040
gggagtcact cagcagccct agactgagaa agcttgaaga aagtagaaat agagaaagtg  41100
tacagccagt atcctctagc tactcacatc caaacagggc ctcctgactg ctctgagcct  41160
gtcctaagaa cagcaatgat gccacagaaa tttttagagt gaaccctgaa ggaacttgag  41220
gccgatatga gaaagccagt cccagaggaa aggaaaaccc gtagagagaa aacaggtgag  41280
ttagtgcatt aaaggggctg agcaggcaac gcgccgtcga ccggaggagt ttcttccctg  41340
tgcggagtcc acgggcctcc tgtgagtgtg tgcatgggca caagtgtgtg tgtggctctg  41400
ctgtgtgtct gtacacacat atgttttggg ttttttgtg tctcagacca cagagtctgc  41460
ccctcccacc aaagcccagg cagaaggatg aacccacgcc cctggggccc aggcctcagc  41520
agcctctgcg ggatcattgt tcccagttgt cacttgcctt tgccacagcc ctatttctcc  41580
acaattcctt aaagtcctca acatgcattt aaggcacaaa ggtgaaactg cccagaaaca  41640
tctgactccg ccgtggaacc caggagcaag ctgggttagc taaggagcgg ggccgttggc  41700
agaggctggg gatccaggct gaactttgga ggaggcatgt cccagcatgg gctcctgact  41760
atgtcctcct gggacaaacc caaacccact ctttgaatat gggagggact ttgctggccc  41820
cggccctgac cgcagcactt ggaaactgag gagtggtcgc ctcctccgtg tcacagctgc  41880
ccgttcacca tcatagaagc aactctgtca cctccatggg cccctctgtg gctgctgcct  41940
gggtccaagc tgagcccagc tgcccaggcc cagaaggaaa gcccaggcca ggtgcccagc  42000
acagaggcag tcacataccc cggggagagc cacagcaagc agccaatatt gcccaggaga  42060
ggagtagctg acaaggcaga acgtgagctg ccatcggctc gagaggcttt gctggtcctc  42120
ctggggctct ggacatgacc aggaggagcg agggaagaag tcgcatggtg gtcccatcct  42180
gggtggggcc tgatggcagc tggccacccg tcccagagtg gcagccagat gccagcgcca  42240
ttcccacagt cacatcattg gtcacagaat gcaggacata gagtgtcttc tttccatcac  42300
agtgctgtcc agacccatag cctagggtag acctggaaga ttcaatgtcc acacccgggg  42360
ctggagcgta gccatgagcc acgccccctg cccgtgcatg gaaagccagc ccaagctctg  42420
```

-continued

```
ctccatccct agccaaagtc agtgtccttt ccccttctcc caagtgagct ctagccacct  42480
gcctaccctg ccatctgagg atgacagcct tcattccatt ggaacctggc tctgccacca  42540
gcaggcttgc agtcctgggc agactccgtc acctctctat gcctcagcct ttccatctgc  42600
acaggaggaa gatgatgatg gtggtgatga tgatggcgat ggtttccttt tgcatctgag  42660
gcaaggacta attgagatga tacacatcag gcactgggta tggtgctggt ccttcctgag  42720
cactcaatct atgtgagctg tccttgtgaa atgggtgtca ccacatttcc ccacgcagaa  42780
catcctttgt ctgccatact tgaaacgtct gccccaatac taacagctcc tcatggaaga  42840
tgtgcccacc cacccaccct catactccca aaggtgcccg tgctttatca agccaaagtc  42900
cagccaggaa ctttacagca gcatcccttt ccctctccaa gcaccaagga gcaaggcaaa  42960
gcactacatc ttccatctgg aggcaatgcc accctcttct cccattttca ctgccatccc  43020
taagaggcag tgcttcccca aaaggttcca tagcagcctg cctacagcaa ctctgttcac  43080
acgagtttca gcatccttgc agtggctccc ctgccatgct gtggctcttc attcaccctc  43140
ttctcctgct ccccgtgaca ggcatagatt ctgagtgatc tggatacatt gctttgttta  43200
ataacattac agcttctgtg ctgaaaaaga tacagcagat agagaaggca attgttgaac  43260
acaaaatagt gacagcagag atgacggcaa gttggcattt ttcttttcta gcaataaaac  43320
ttaaagctga ctcaaggaga aatggaaatc ataattggaa cagtaatcct caagaaagca  43380
ttaagattat taaataattg ccctcacaga tgacttcagg ccaagatggc tttatgggtg  43440
aagtttagac tttcacaaaa ctaatcagtt cccataagaa ctgctccagg atttggagga  43500
acatgggaaa gtctattaaa gggatcacaa ttcacagtcc ccagagtaaa acatgggcta  43560
acttgcattt tggcaaagag ccaaatgtta taaatgacat cctagaaggc caaattctgt  43620
ccatctcgtt gaacaaggac ttacaccagg aatttagaac tatttatagc tcatcccacc  43680
actcaggcca atgatgaccc atgatcatct caccagaaat ggaaagactc agatgattaa  43740
tagagtctca atttctctga gacatctaag agcccagccc aagcccagac ccaggagggc  43800
acccaggcct ggacagagaa cactgatatc acaccagccc tccagaggga agcagagact  43860
ccttcaagct ctggaaacac aggcccagac agctgcccaa agttgggcag gcttcactgc  43920
aaacccaaat catgaagcta ggtaacacct ttacagattc tttacattta aaaatcatca  43980
aaacaagagt aaataataaa ctcaaataat attaatctaa tatgtaaagg tcttgtacca  44040
ttattatgca aacaacatac ataagctaat aagaaaaaga acaaatccct taagaaatca  44100
gcaaaaagga tataacacaa tttctaaaag aaaacaaatg gctagcacac ataaggaaaa  44160
cactttgtga acagacattc ttcagaacat tatttataat tataaaatag ttgaaagcaa  44220
gatagtgcct gaagaaatta tggtgcatac attagtggga ctattctgca aacattccca  44280
attatacttg tcacatatct gtgataacgt gacagccagc attcatgggg tgacctcatt  44340
tggtaaaagg gtgcaaagct caacacgcat tgtgagatga ctgtggtgta aaattagtgg  44400
gattattccg caaacattcc caattatact taccgcatat ctgtgataac atgacagcat  44460
tcatggggtg acctcatttg gtaaaagggt gcaaagctca acacgcattg tgagatgact  44520
ggtgtaaata caaagaccaa actgtgaaaa ggagtccatc aattaatcga tgcttacctt  44580
cagttttggg ctaattttta aagtatgcta taagcatatg ctcctgttat aacagaatgg  44640
agggattatg agagatgatg caggtgtgtc ctgggcctcc cctggcccac tgggccctag  44700
agatgccttc ccaggcatcg ctgtcagggc ttccctcaga gggagtcctg tattgacctc  44760
```

-continued

```
accaccaagg tctggagcag gggatcctta gatattggtt ggggttatct caccttaggt  44820
ctgaatatgg ggttgtctta gactgttttg tgctgttaga atagaatacc caagactggg  44880
aaatttatac tgaacggaaa tttatttctc acagttctag aggctgtgaa gtccaagagc  44940
acaggtgcca gagcaagtcc aagagcaagg gaaagtccaa agcaagtcca ggagcatctg  45000
gcgaggacct tcttgctgtg tcatcacatg gcggaaggca agaaagagag caagaggggg  45060
ccgaactcac ccttttataa cagcaccaat cccacccatg aggtggggac cttatgacct  45120
aatcactctt catactgtta caatggcaat gaaatttcaa catgagtttt ggaggagaga  45180
agcattcaaa ccacagcaag ggtgctccta cctcctctct cagggcatct gcagaaagag  45240
ctgcaactgc acgtccttcc tccgtccatc ctccatccct tcccaatgtc cgtgcatatc  45300
ctgtgaccca ggaggtctgg catagggggt gctcctgcct taggtctgag gccctgtctg  45360
aagaggggta ggtgaggagg ccatctgatg gtctgggcca agacagtcac aggacgcatc  45420
atttatcatc aaggaggctg agggttgagt ctccaggtcc agggaactcc ccacaaagtg  45480
ggaaccctgc ccagctccac acagcctctg ctgggggacc ctgctctggt gcagagcctg  45540
gggacaggtc ttgagctcag ccagagtctg cctccctgtc atttaggaac taaaccaagc  45600
ggcaggatgc tggagcccag cccccatctg accttacagg gccaaggctg gggccctggg  45660
ttcccctcaa ggcacagcag gactggagcc ccaggcagtg caggagtggc caaagctggg  45720
gcttcctcca gagcccccaa gcatcatggc accaagaagg gtaggaccct ggcctgagga  45780
attggcacca aagccccaga aactaccctg gacaccatgg agagaggctt ggaggggaag  45840
caccaggcac tgcctcccct tctgatccca cctgaggtgg ctgccaagcc cagagagccg  45900
ctctgatgtc ccccagccct gcagcccagg gatacctgta ctgtgcccct gggggacccc  45960
tggccagtct gtgcaaagaa gtcaccaccc tacactcaga gacagtgggg gtcctcgtcc  46020
cacatcctca gagcatggcc cggctgctgc agggatggtc tccttgtcct cagagcatgg  46080
cccggctgct gcagggatgg tctccttgtc ctcagagcat ggcccagctg ctgcagggat  46140
ggtctcctgg aggcccccca gtgctctatt gtcagggctc cctccacccc cccgcaccaa  46200
gagagagcca gaccccagca aggcttccag tggcttcagg tcacacccct aggctgaccc  46260
cagccccatt aacacctgcc tgagaaagct ccacgcacca gaactgaccg tctgctccaa  46320
ctcttgacct cccgttctca gggcgtctgc tgaaaaggct gcaactgcac atccttcctc  46380
cgtccgttcc cgatgtccgt gtgtctcctg tggccaggaa ggtctttctc gggacctgag  46440
agccgctccc tgaagtgtcc ccattgggaa ggatggggcc tgtgtctcca ggctctggga  46500
ggacagaatc ctgacctcaa cagtggccgg cacggacaca actggcccca tcccggggac  46560
gctgaccagc gctgggcaac ttttcccttc cccgacgact gagccccgag caccctccct  46620
gctcccctac cacctccctt tacaaggctg tggcctctgc acagatgata atggagcttg  46680
gctcattccc ctagagtcgg tagggagtta aggacaaaac tcagtttcct ccacctgaac  46740
tcaagtctgc ctatgtttac ctaatcacac ctggtggaca gtttggacaa acttgcacac  46800
tcagagacac agacacttct agaaatcatt atctccctgc cccggggacc ccactccagc  46860
agaagtctgc taggcactgg cctgggccct cctgctgtcc taggaggctg ctgacctcct  46920
gcctggctcc tgtccccagg tccagagtca gagcagactc cagggacgct gcaggctagg  46980
aagccgcccc ctccaggcca gggtctagtg caggtgccca ggacaagaaa gattgtgaat  47040
gcaggaatga ctgggccaca cccctcccgt gcacgccccc tcctgccctg caccccacag  47100
cccagccccc cgtgctggat gcccccccac agcagaggtg ctgttctgtg atcccctggg  47160
```

-continued

```
aaagacgccc tcaacctcca ccctgtccca cggcccaagg aagacaagac acaggccctc  47220
tcctcacagt ctccccacct ggctcctgct gggaccctca aggtgtgaac agggaggatg  47280
gttgtctggg tggcccctag gagcccagat cttcactcca cagaccccaa cccaagcacc  47340
cccttctgca gggcccagct catccccctc ctcctccctc tgctctcctc tcgtcgcctc  47400
tacgggaaat ccgggactca gcagtaaccc tcaggaagca gggcccaggc gccgtttaat  47460
aggaggcttc ctcacaatga aacttttaga aagccttgac tacaatgatg accttggtgt  47520
ggctgtgaac actgtcagct cccacagctg ctgcagcaaa aaatgtccat agacagggtg  47580
ggggcccggg gtcgtctgct gtcctgctca gcccacagca cgcatggagg atctgaggtg  47640
ccacacctga cgcccaggcc agaacatgcc tccctccagg gtgacctgcc atgtcctgca  47700
ttgctggagg gacaggggca gcctatgagg atctggggcc aggagatgaa tcctattaac  47760
ccagaggaaa actaacagga cccaagcacc ctccccgttg aagctgacct gcccagaggg  47820
gcctgggccc accccacaca ccggggcgga atgtgtacag gccccggtct ctgtgggtgt  47880
tccgctaact ggggctccca gtgctcaccc cacaactaaa gcgagcccca gcctccagag  47940
cccccgaagg agatgccgcc cacaagccca gcccccatcc aggaggcccc agagctcagg  48000
gcgccggggc agattctgaa cagccccgag tcacggtggg tacaactgga acgaccaccg  48060
tgagaaaaac tgtgtccaaa actgtctcct ggcccctgct ggaggccgcg ccagagaggg  48120
gagcagccgc cccgaaccta ggtcctgctc agctcacacg acccccagca cccagagcac  48180
agtggagtcc ccactgaatg gtgaggatgg ggaccagggc tccagggggt catggaaggg  48240
gctggacccc atcctactgc tatggtccca gtgctcctgg ccagaaacga ccctaccacc  48300
gacaagagtc cctcagggaa acgggggtca ctggcacctc ccagcatcaa ccccaggcag  48360
cacaggcata aaccccacat ccagagccga ctccaggagc agagacaccc cagtaccctg  48420
ggggacaccg accctgatga ctccccactg gaatccaccc cagagtccac caggaccaaa  48480
gaccccgccc ctgtctctgt ccctcactca ggacctgctg cggggcgggc catgagacca  48540
gactcgggct tagggaacac cactgtggcc ccaacctcga ccaggccaca ggcccttcct  48600
tcctgccctg cggcagcaca gactttgggg tctgtgcaga gaggaatcac agaggcccca  48660
ggctgaggtg gtgggggtgg aaggccccca ggaggtggcc cacttccctt cctcccagct  48720
ggaacccacc atgaccttct taagataggg gtgtcatccg aggcaggtcc tccatggagc  48780
tcccttcagg ctcctccctg gtcctcacta ggcctcagtc ccggctgtgg gaatgcagcc  48840
accacaggca caccaggcag cccagaccca gccagcctgc agtgcccaag cccacattct  48900
ggagcagagc aggctgtgtc tgggagagtc tgggctcccc accgcccccc cgcacacccc  48960
acccacccct gtccaggccc tatgcaggag ggtcagagcc ccccatgggg tatggactta  49020
gggtctcact cacgcggctc ccctcctggg tgaaggggtc tcatgcccag atccccacag  49080
cagagctggt caaaggtgga ggcagtggcc ccagggccac cctgacctgg accctcaggc  49140
tcctctagcc ctggctgccc tgctgtccct gggaggcctg gactccacca gaccacaggt  49200
ccagggcacc gcccataggt gctgcccaca ctcagttcac aggaagaaga taagctccag  49260
acccccaaga ctgggacctg ccttcctgcc accgcttgta gctccagacc tccgtgcctc  49320
ccccgaccac ttacacacgg gccagggagc tgttccacaa agatcaaccc caaaccggga  49380
ccgcctggca ctcgggccgc tgccacttcc ctctccattt gctcccagca cctctgtgct  49440
ccctccctcc tccctccttc aggggaacag cctgtgcagc ccctccctgc accccacacc  49500
```

-continued

```
ctggggaggc ccaaccctgc ctccagccct ttctccccg ctgctcttcc tgcccatcca   49560
gacaaccctg ggtcccatc cctgcagcct acaccctggt ctccacccag acccctgtct   49620
ctccctccag ataccctcc caggccaacc ctgcacatgc aggccctccc cttttctgct   49680
gccagagcct cagtttctac cctctgtgcc taccccctgc ctcctcctgc ccacaactcg   49740
agctcttcct ctcctggggc ccctgagcca tggcactgac cgtgcactcc cacccccaca   49800
ctgcccatgc cctcaccttc ctcctggaca ctctgacccc gctccccctct tggacccagc   49860
cctggtattt ccaggacaaa ggctcaccca agtcttcccc atgcaggccc ttgccctcac   49920
tgcccggtta cacggcagcc tcctgtgcac agaagcaggg agctcagccc ttccacaggc   49980
agaaggcact gaaagaaatc ggcctccagc accctgatgc acgtccgcct gtgtctctca   50040
ctgcccgcac ctgcagggag gctcggcact ccctgtaaag acgagggatc caggcagcaa   50100
catcatggga gaatgcaggg ctcccagaca gcccagccct ctcgcaggcc tctcctggga   50160
agagacctgc agccaccact gaacagccac ggagcccgct ggatagtaac tgagtcagtg   50220
accgacctgg agggcagggg agcagtgaac cggagcccag accataggga cagagaccag   50280
ccgctgacat cccgagcccc tcactggcgg ccccagaaca ccgcgtggaa acagaacaga   50340
cccacattcc cacctggaac agggcagaca ctgctgagcc cccagcacca gccctgagaa   50400
acaccaggca acggcatcag agggggctcc tgagaaagaa aggaggggag gtctccttca   50460
ccagcaagta cttcccttga ccaaaaacag ggtccacgca actcccccag gacaaaggag   50520
gagccccctg tacagcactg ggctcagagt cctctccaac acaccctgag tttcagacaa   50580
aaaccccctg gaaatcatag tatcagcagg agaactagcc agagacagca agaggggact   50640
cagtgactcc cgcggggaca ggaggatttt gtgggggctc gtgtcactgt gaggatattg   50700
tagtagtacc agctgctatg cccacagtga cacagcccca ttcccaaagc cctgctgtaa   50760
acgcttccac ttctggagct gaggggctgg ggggagcgtc tgggaagtag ggcctagggg   50820
tggccatcaa tgcccaaaac gcaccagact cccccccaga catcacccca ctggccagtg   50880
agcagagtaa acagaaaatg agaagcagct gggaagcttg cacaggcccc aaggaaagag   50940
ctttggcggg tgtgcaagag gggatgcggg cagagcctga gcagggcctt ttgctgtttc   51000
tgctttcctg tgcagatagt tccataaact ggtgttcaag atcgatggct gggagtgagc   51060
ccaggaggac agtgtgggaa gggcacaggg aaggagaagc agccgctatc ctacactgtc   51120
atctttcaag agtttgccct gtgcccacaa tgctgcatca tgggatgctt aacagctgat   51180
gtagacacag ctaaagagag aatcagtgaa atggatttgc agcacagatc tgaataaatt   51240
ctccagaatg tggagccaca cagaagcaag cacaaggaaa gtgcctgatg caagggcaaa   51300
gtacagtgtg taccttcagg ctgggcacag acactctgaa aagccttggc aggaactccc   51360
tgcaacaaag cagagccctg caggcaatgc cagctccaga gccctccctg agagcctcat   51420
gggcaaagat gtgcagaaca tatgtttgtc atagccccaa actgagaatg aagcaaacag   51480
ccatctgaag gaaaacaggc aaataaacga tggcaggttc atgaaatgca aacccagaca   51540
gccagaagga caacagtgag ggttacaggt gactctgtgg ttgagttcat gacaatgctg   51600
agtaattgga gtaacaaagg aaagtccaaa aaatactttc aatgtgattt cttctaaata   51660
aaatttacag ccggcaaaat gaactatctt cttaagggat aaactttcca ctaggaaaac   51720
tataaggaaa atcaagaaaa ggatgatcac ataaacacag tggtcgttac ttctactggg   51780
gaaggaagag ggtatgaact gagacacaca gggttggcaa gtctcctaac aagaagagaa   51840
caaatacatt acagtacctt gaaaacagca gttaaaattc taaattgcaa gaagaggaaa   51900
```

-continued

```
atgcacacag ctgtgtttag aaaattctca gtccagcact gttcataata gcaaagacat  51960
taacccaggt tggataaata aacgatgaca caggcaattg cacaatgata cagacataca  52020
ttcagtatat gagacattga tgatgtatcc ccaaagaaat gactttaaag agaaaaggcc  52080
tgatatgtgg tggcactcac ctccctgggc atccccggac aggctgcagg cacactgtgt  52140
ggcagggcag gctggtacct gctggcagct cctggggcct gatgtggagc aggcacagag  52200
ccgtatcccc ccgaggacat atacccccaa ggacggcaca gttggtacat tccggagaca  52260
agcaactcag ccacactccc aggccagagc ccgagaggga cgcccatgca cagggaggca  52320
gagcccagct cctccacagc cagcagcacc tgtgcagggg ccgccatctg gcaggcacag  52380
agcatgggct gggaggaggg gcagggacac caggcagggt tggcaccaac tgaaaattac  52440
agaagtctca tacatctacc tcagccttgc ctgacctggg cctcacctga cctggacctc  52500
acctggcctg gacctcacct ggcctagacc tcacctctgg gcttcacctg agctcggcct  52560
cacctgactt ggaccttgcc tgtcctgagc tcacatgatc tgggcctcac ctgacctggg  52620
tttcacctga cctgggcttc acctgacctg ggcctcatct gacctgggcc tcactggcct  52680
ggacctcacc tggcctgggc ttcacctggc ctcaggcctc atctgcacct gctccaggtc  52740
ttgctggaac ctcagtagca ctgaggctgc aggggctcat ccagggttgc agaatgactc  52800
tagaacctcc cacatctcag ctttctgggt ggaggcacct ggtggcccag ggaatataaa  52860
aagcctgaat gatgcctgcg tgatttgggg gcaatttata aacccaaaag gacatggcca  52920
tgcagcgggt agggacaata cagacagata tcagcctgaa atggagcctc agggcacagg  52980
tgggcacgga cactgtccac ctaagccagg ggcagacccg agtgtccccg cagtagacct  53040
gagagcgctg ggcccacagc ctcccctcgg tgccctgcta cctcctcagg tcagccctgg  53100
acatcccggg tttccccagg cctggcggta ggtttggggt gaggtctgtg tcactgtggt  53160
attacgattt ttggagtggt tattataccc acagtgtcac agagtccatc aaaaacccat  53220
ccctgggaac ctgctgccac agccctccct gtggggcacc gccgcgtgcc atgttaggat  53280
tttgactgag gacacagcac catgggtatg gtggctaccg cagcagtgca gcctgtgacc  53340
caaacacaca gggcagcagg cacaacagac aagcccacaa gtgaccaccc tgagctcctg  53400
cctgccagcc ctggagacca tgaaacagat ggccaggatt atcccatagg tcagccagac  53460
ctcagtccaa caggtctgca tcgctgctgc cctccaatac cagtccggat ggggacaggg  53520
ccggcccaca ttaccatttg ctgccatccg gccaacagtc ccagaagccc ctccctcaag  53580
gctgggccac atgtgtggac cctgagagcc ccccatgtct gagtaggggc accaggaagg  53640
tggggctggc cctgtgcact gtcactgccc ctgtggtccc tggcctgcct ggccctgaca  53700
cctgggcctc tcctgggtca tttccaagac agaagacatt cccaggacag ctggagctgg  53760
gagtccatca tcctgcctgg ccatcctgag tcctgcgcct ttccaaacct cacccgggaa  53820
gccaacagag gaatcacctc ccacaggcag agacaaagac cttccagaaa tctctgtctc  53880
tctccccagt gggcaccctc ttccagggca gtcctcagtg atatcacagt gggaacccac  53940
atctggatcg ggactgcccc cagaacacaa gatggcccac agggacagcc ccacagccca  54000
gcccttccca gacccctaaa aggcgtccca ccccctgcat ctgccccagg gctcaaactc  54060
caggaggact gactcctgca caccctcctg ccagacatca cctcagcccc tcctggaagg  54120
gacaggagcg cgcaagggtg agtcagaccc tcctgccctc gatggcaggc ggagaagatt  54180
cagaaaggtc tgagatcccc aggacgcagc accactgtca atgggggccc cagacgcctg  54240
```

-continued

```
gaccagggcc tgcgtgggaa aggcctctgg gcacactcag gggctttttg tgaagggtcc  54300
tcctactgtg tgactacagt aactaccaca gtgatgaacc cagcagcaaa aactgaccgg  54360
actcccaagg tttatgcaca cttctccgct cagagctctc caggatcaga agagccgggc  54420
ccaagggttt ctgcccagac cctcggcctc tagggacatc ttggccatga cagcccatgg  54480
gctggtgccc cacacatcgt ctgccttcaa acaagggctt cagagggctc tgaggtgacc  54540
tcactgatga ccacaggtgc cctggcccct tccccgccag ctgcaccaga ccccgtcctg  54600
acagatgccc cgattccaac agccaattcc tggggccagg aatcgctgta gacaccagcc  54660
tccttccaac acctcttgcc aattgcctgg attcccatcc cggttggaat caagaggaca  54720
gcatccccca ggctcccaac aggcaggact cccacaccct cctctgagag gccgctgtgt  54780
tccgtagggc caggctgcag acagtccccc tcacctgcca ctagacaaat gcctgctgta  54840
gatgtcccca cctggaaaag accactcatg gagcccccag ccccaggtac agccatagag  54900
agagtctctg aggcccctaa gaagtagcca tgcccagttc tgccgggacc ctcggccagg  54960
ctgacaggag tggacgctgg agctgggccc acactgggcc acataggagc tcaccagtga  55020
gggcaggaga gcacatgccg gggagcaccc agcctcctgc tgaccagagg cccgtcccag  55080
agcccaggag gctgcagagg cctctccagg gggacactgt gcatgtctgg tccctgagca  55140
gccccccatg tccccagtcc tgggggcccc tggcacagct gtctggaccc tctctattcc  55200
ctgggaagct cctcctgaca gccccgcctc cagttccagg tgtggttatt gtcagggggt  55260
gtcagactgt ggtggataca gctatggtta ccacagtggt gctgcccata gcagcaacca  55320
ggccaagtag acaggcccct gctgtgcagc cccaggcctc cagctcacct gcttctcctg  55380
gggctctcaa ggctgctgtt ttctgcactc tcccctctgt ggggagggtt ccctcagtgg  55440
gagatctgtt ctcaacatcc cagggcctca ttcctgcaag gaaggccaat ggatgggcaa  55500
cctcacatgc cgcggctaag atagggtggg cagcctggcg gggacaggac atcctgctgg  55560
ggtatctgtc actgtgccta gtggggcact ggctcccaaa caacgcagtc ctcgccaaaa  55620
tccccacggc ctcccccgct aggggctggc ctgatctcct gcagtcctag gaggctgctg  55680
acctccagaa tggctccgtc cccagttcca gggcgagagc agatcccagg ccggctgcag  55740
actgggaggc cacccccctcc ttcccagggt tcactgcagg tgaccagggc aggaaatggc  55800
ctgaacacag ggataaccgg gccatccccc aacagagtcc accccctcct gctctgtacc  55860
ccgcaccccc aaggccagcc catgacatcc gacaacccca caccagagtc actgcccggt  55920
gctgccctag ggaggacccc tcagccccca ccctgtctag aggactgggg aggacaggac  55980
acgccctctc cttatggttc ccccacctgg ctctggctgg gacccttggg gtgtggacag  56040
aaaggacgct tgcctgattg gcccccagga gcccagaact tctctccagg gaccccagcc  56100
cgagcacccc cttacccagg acccagccct gcccctcctc ccatctgctc tcctctcatc  56160
accccatggg aatccagaat ccccaggaag ccatcaggaa gggctgaggg aggaagtggg  56220
gccactgcac caccaggcag gaggctccgt ctttgtgaac ccagggaggt gccagcctcc  56280
tagagggtat ggtccaccct gcctatggct cccacagtgg caggctgcag ggaaggacca  56340
gggacggtgt gggggagggc tcagggcccc gcgggtgctc catcttggat gagcccatct  56400
ctctcaccca cggactcacc cacctcctct ccaccctggc cacacgtcgt ccacaccatc  56460
ctaagtccca cctacaccag agccggcaca gccagtgcag acagaggctg gggtgcaggg  56520
gggccgccag ggcagctttg gggagggaag gatggaggaa ggggagttca gtgaagaggc  56580
ccccctcccc tgggtccagg atcctcctct gggacccccg gatcccatcc cctccaggct  56640
```

-continued

```
ctgggaggag aagcaggatg ggagaatctg tgcgggaccc tctcacagtg gaatacctcc  56700
acagcggctc aggcaagacc caaaagcccc tcagtgagcc ctccactgca gtcctgggcc  56760
tgggtagcag cccctcccac agaggatgaa cccagcaccc cgaggatgtc ctgccagggg  56820
gagctcagag ccatgaagga gcaggatatg ggacccccga tacaggcaca gacctcagct  56880
ccattcagga ctgccacgtc ctgccctggg aggaacccct ttctctagtc cctgcaggcc  56940
aggaggcagc tgactcctga cttggacgcc tattccagac accagacaga ggggcaggcc  57000
ccccagaacc agggatgagg acgccccgtc aaggccagaa aagaccaagt tgtgctgagc  57060
ccagcaaggg aaggtcccca aacaaaccag gaagtttctg aaggtgtctg tgtcacagtg  57120
gagtatagca gctcgtccca cagtgacact cgccaggcca gaaaccccat cccaagtcag  57180
cggaatgcag agagagcagg gaggacatgt ttaggatctg aggccgcacc tgacacccag  57240
gccagcagac gtctcctgtc catggcaccc tgccatgtcc tgcatttctg gaagaacaag  57300
ggcaggctga agggggtcca ggaccaggag atgggtcccc tctacccaga gaaggagcca  57360
ggcaggacac aagccccctc cccattgagg ctgacctgcc cagagggtcc tgggcccacc  57420
ccacacaccg gggcggaatg tgtgcaggcc tcggtctctg tgggtgttcc gctagctggg  57480
gctcacagtg ctcaccccac acctaaaacg agccacagcc tcagagcccc tgaaggagac  57540
cccgcccaca agcccagccc ccacccagga ggccccagag cacagggcgc cccgtcggat  57600
tctgaacagc cccgagtcac agtgggtata actggaacta ccactgtgag aaaagcttcg  57660
tccaaaacgg tctcctggcc acagtcggag gccccgccag agaggggagc agccacccca  57720
aacccatgtt ctgccggctc ccatgacccc gtgcacctgg agccccacag tgtccccact  57780
ggatgggagg acaagggccg ggggctccgg cgggtcgggg caggggcttg atggcttcct  57840
tctgccgtgg ctccagtgcc cctggctgga gttgaccctt ctgacaagtg tcctcagaga  57900
gtcagggatc agtggcacct ccctaacatc aaccccacgc agcgcaggca caaaccccac  57960
atccagggcc aactccagga acagagacac cccaataccc tgggggaccc caaccctgat  58020
gactcccgtc ccatctctgt ccctcacttg gggcctgctg cggggcgagc acctgggagc  58080
aaactcagga ttaggggaca ccactgtggg cctgacctcg agcaggccac agacccttcc  58140
ctcctgccct ggtgcagcac agactttggg gtctgggcag ggaggaactt ctggcaggtc  58200
accaagcaca gagcccccag gctgaggtgg ccccaggggg aaccccagca ggtggcccac  58260
tacccttcct cccagctgga ccccatgtct tccccaagat aggggtgcca tccaaggcag  58320
gtcctccatg gagccccctt caggctcctc tccagacccc actgggcctc agtccccact  58380
ctaggaatgc agccaccacg ggcacaccag gcagcccagg cccagccacc ctgcagtgcc  58440
caagcccaca ccctggagga gagcagggtg cgtctgggag gggctgggct ccccaccccc  58500
acccccacct gcacacccca cccacccttg cccgggcccc ctgcaggagg gtcagagccc  58560
ccatgggata tggacttagg gtctcactca cgcacctccc ctcctgggag aaggggtctc  58620
atgcccagat ccccccagca gcgctggtca caggtagagg cagtggcccc agggccaccc  58680
tgacctggcc cctcaggctc ctctagccct ggctgccctg ctgtccctgg gaggcctggg  58740
ctccaccaga ccacaggtct agggcaccgc ccacactggg gccgcccaca cacagctcac  58800
aggaagaaga taagctccag acccccaggc ccgggacctg ccttgctgct acgacttcct  58860
gccccagacc tcgttgccct cccccgtcca cttacacaca ggccaggaag ctgttcccac  58920
acagaccaac cccagacggg gaccacctgg cactcaggtc actgccattt ccttctccat  58980
```

-continued

```
tcacttccaa tgcctctgtg cttcctccct cctccttcct tcgggggagc accctgtgca  59040
gctcctccct gcagtccaca ccctggggag acccgaccct gcagcccaca ccctggggag  59100
acctgaccct cctccagccc tttctccccc gctgctcttg ccacccacca agacagccct  59160
ggggtcctgt ccctacagcc cccacccagt tctctaccta gacccgtctt cctccctcta  59220
aacacctctc ccaggccaac cctacacctg caggccctcc cctccactgc caaagaccct  59280
cagtttctcc tgcctgtgcc cacccccgtg ctcctcctgc ccacagctcg agctcttcct  59340
ctcctagggc ccctgaggga tggcattgac cgtgccctcg cacccacaca ctgcccatgc  59400
cctcacattc ctcctggcca ctccagcccc actcccctct caggcctggc tctggtattt  59460
ctgggacaaa gccttaccca agtctttccc atgcaggcct gggcccttac cctcactgcc  59520
cggttacagg gcagcctcct gtgcacagaa gcagggagct cagcccttcc acaggcagaa  59580
ggcactgaaa gaaatcggcc tccagcgcct tgacacacgt ctgcctgtgt ctctcactgc  59640
ccgcacctgc agggaggctc ggcactccct ctaaagacga gggatccagg cagcagcatc  59700
acaggagaat gcagggctac cagacatccc agtcctctca caggcctctc ctgggaagag  59760
acctgaagac gcccagtcaa cggagtctaa caccaaacct ccctggaggc cgatgggtag  59820
taacggagtc attgccagac ctggaggcag gggagcagtg agcccgagcc cacaccatag  59880
ggccagagga cagccactga catcccaagc cactcactgg tggtcccaca acaccccatg  59940
gaaagaggac agacccacag tcccacctgg accagggcag agactgctga gacccagcac  60000
cagaaccaac caagaaacac caggcaacag catcagaggg ggctctggca gaacagagga  60060
ggggaggtct ccttcaccag caggcgcttc ccttgaccga agacaggatc catgcaactc  60120
ccccaggaca aaggaggagc cccttgttca gcactgggct cagagtcctc tccaagacac  60180
ccagagtttc agacaaaaac cccctggaat gcacagtctc agcaggagag ccagccagag  60240
ccagcaagat ggggctcagt gacacccgca gggacaggag gattttgtgg gggctcgtgt  60300
cactgtgagg atattgtact aatggtgtat gctataccca cagtgacaca gccccattcc  60360
caaagcccta ctgcaaacgc attccacttc tggggctgag gggctggggg agcgtctggg  60420
aaatagggct caggggtgtc catcaatgcc caaaacgcac cagactcccc tccatacatc  60480
acacccacca gccagcgagc agagtaaaca gaaaatgaga agcaagctgg ggaagcttgc  60540
acaggcccca aggaaagagc tttggcgggt gtgtaagagg ggatgcgggc agagcctgag  60600
cagggccttt tgctgtttct gctttcctgt gcagagagtt ccataaactg gtgttcgaga  60660
tcaatggctg ggagtgagcc caggaggaca gcgtgggaag agcacaggga aggaggacca  60720
gccgctatcc tacactgtca tctttcgaaa gtttgccttg tgcccacact gctgcatcat  60780
gggatgctta acagctgatg tagacacagc taaagagaga atcagtgaga tggatttgca  60840
gcacagatct gaataaattc tccagaatgt ggagcagcac agaagcaagc acacagaaag  60900
tgcctgatgc aaggacaaag ttcagtgggc accttcaggc attgctgctg ggcacagaca  60960
ctctgaaaag ccctggcagg aactccctgt gacaaagcag aaccctcagg caatgccagc  61020
cccagagccc tccctgagag cctcatgggc aaagatgtgc acaacaggtg tttctcatag  61080
ccccaaactg agagcaaagc aaacgtccat ctgaaggaga acaggcaaat aaacgatggc  61140
aggttcatga aatgcaaacc cagacagcca caagcacaaa agtacagggt tataagcgac  61200
tctggttgag ttcatgacaa tgctgagtaa ttggagtaac aaagtaaact ccaaaaaata  61260
ctttcaatgt gatttcttct aaataaaatt tacaccctgc aaaatgaact gtcttcttaa  61320
gggatacatt tcccagttag aaaaccataa agaaaaccaa gaaaaggatg atcacataaa  61380
```

-continued

```
cacagtggtg gttacttctg ctggggaagg aagagggtat gaactgagat acacagggtg  61440
ggcaagtctc ctaacaagaa cagaacgaat acattacagt accttgaaaa cagcagttaa  61500
acttctaaat tgcaagaaga ggaaaatgca cacagttgtg tttagaaaat tctcagtcca  61560
gcactgttca taatagcaaa gacattaacc caggtcggat aaataagcga tgacacaggc  61620
aattgcacaa tgatacagac atatatttag tatatgagac atcgatgatg tatccccaaa  61680
taaacgactt taaagagata aagggctgat gtgtggtggc attcacctcc ctgggatccc  61740
cggacaggtt gcaggctcac tgtgcagcag ggcaggcggg tacctgctgg cagttcctgg  61800
ggcctgatgt ggagcaagcg cagggccata tatcccggag gacggcacag tcagtgaatt  61860
ccagagagaa gcaactcagc cacactcccc aggcagagcc cgagagggac gcccacgcac  61920
agggaggcag agcccagcac ctccgcagcc agcaccacct gtgcacgggc caccaccttg  61980
caggcacaga gtgggtgctg agaggagggg cagggacacc aggcagggtg agcacccaga  62040
gaaaactgca gacgcctcac acatccacct cagcctcccc tgacctggac ctcactggcc  62100
tgggcctcac ttaacctggg cttcacctga ccttggcctc acctgacttg gacctcgcct  62160
gtcccaagct ttacctgacc tggcctcaa ctcacctgaa cgtctcctga cctgggttta  62220
acctgtcctg gaactcacct ggccttggct tcccctgacc tggacctcat ctggcctggg  62280
cttcacctgg cctgggcctc acctgacctg gacctcatct ggcctggacc tcacctggcc  62340
tggacttcac ctggcctggg cttcacctga cctggacctc acctggcctc aggcctcacc  62400
tgcacctgct ccaggtcttg ctggagcctg agtagcactg agggtgcaga agctcatcca  62460
gggttgggga atgactctag aagtctccca catctgacct ttctgggtgg aggcagctgg  62520
tggccctggg aatataaaaa tctccagaat gatgactctg tgatttgtgg gcaacttatg  62580
aacccgaaag gacatggcca tggggtgggt agggacatag ggacagatgc cagcctgagg  62640
tggagcctca ggacacaggt gggcacggac actatccaca taagcgaggg atagacccga  62700
gtgtccccac agcagacctg agagcgctgg gcccacagcc tcccctcaga gccctgctgc  62760
ctcctccggt cagccctgga catcccaggt ttccccaggc ctggcggtag gtttagaatg  62820
aggtctgtgt cactgtggta ttacgatatt ttgactggtt attataacca cagtgtcaca  62880
gagtccatca aaaacccatg cctggaagct tcccgccaca gccctcccca tggggccctg  62940
ctgcctcctc aggtcagccc cggacatcct gggtttcccc aggctgggcg gtaggtttgg  63000
ggtgaggtct gtgtcactgt ggtattacta tggttcgggg agttattata accacagtgt  63060
cacagagtcc atcaaaaacc catccctggg agcctcccgc cacagccctc cctgcagggg  63120
accggtacgt gccatgttag gattttgatc gaggagacag caccatgggt atggtggcta  63180
ccacagcagt gcagcctgtg acccaaaccc gcagggcagc aggcacgatg gacaggcccg  63240
tgactgacca cgctgggctc cagcctgcca gccctggaga tcatgaaaca gatggccaag  63300
gtcaccctac aggtcatcca gatctggctc cgaggggtct gcatcgctgc tgccctccca  63360
acgccagtcc aaatgggaca gggacggcct cacagcacca tctgctgcca tcaggccagc  63420
gatcccagaa gcccctccct caaggctggc cacatgtgtg gacactgaga gccctcatat  63480
ctgagtaggg gcaccaggag ggaggggctg gccctgtgca ctgtccctgc tcctgtggtc  63540
tctggcctgc ctggccctga cacctgagcc tctcctgggt catttccaag acagaagaca  63600
ttcctgggga cagccggagc tgggcgtcgc tcatcctgcc cggccgtcct gagtcctgct  63660
catttccaga cctcaccggg gaagccaaca gaggactcgc ctcccacatt cagagacaaa  63720
```

-continued

```
gaaccttcca gaaatccctg cctctctccc cagtggacac cctcttccag gacagtcctc  63780
agtggcatca cagcggcctg agatccccag gacgcagcac cgctgtcaat aggggcccca  63840
aatgcctgga ccagggcctg cgtgggaaag gcctctggcc acactcgggc tttttgtgaa  63900
gggccctcct gctgtgtgac tacagtaact accatagtga tgaacccagt ggcaaaaact  63960
ggctggaaac ccaggggctg tgtgcacgcc tcagcttgga gctctccagg agcacaagag  64020
ccgggcccaa ggatttgtgc ccagaccctc agcctctagg gacacctggg ccatctcagc  64080
ctgggctggt gccctgcaca ccatcttcct ccaaataggg gcttcagagg gctctgaggt  64140
gacctcactc atgaccacag gtgacctggc ccttccctgc cagctatacc agaccctgtc  64200
ttgacagatg ccccgattcc aacagccaat tcctgggacc ctgaatagct gtagacacca  64260
gcctcattcc agtacctcct gccaattgcc tggattccca tcctggctgg aatcaagaag  64320
gcagcatccg ccaggctccc aacaggcagg actcccgcac accctcctct gagaggccgc  64380
tgtgttccgc agggccaggc cctggacagt tcccctcacc tgccactaga gaaacacctg  64440
ccattgtcgt ccccacctgg aaaagaccac tcgtggagcc cccagcccca ggtacagctg  64500
tagagacagt cctcgaggcc cctaagaagg agccatgccc agttctgccg ggaccctcgg  64560
ccaggccgac aggagtggac gctggagctg ggcccacact gggccacata ggagctcacc  64620
agtgagggca ggagagcaca tgccggggag cacccagcct cctgctgacc agaggcctgc  64680
cccagagccc aggaggctgc agaggcctct ccagggagac actgtgcatg tctggtacct  64740
aagcagcccc ccacgtcccc agtcctgggg gcccctggct cagctgtctg ggccctccct  64800
gctccctggg aagctcctcc tgacagcccc gcctccagtt ccaggtgtgg ttattgtcag  64860
gcgatgtcag actgtggtgg atatagtggc tacgattacc acagtggtgc cgcccatagc  64920
agcaaccagg ccaagtagac aggcccctgc tgcgcagccc caggcatcca cttcacctgc  64980
ttctcctggg gctctcaagg ctgctgtctg tcctctggcc ctctgtgggg agggttccct  65040
cagtgggagg tctgtgctcc agggcaggga tgattgagat agaaatcaaa ggctggcagg  65100
gaaaggcagc ttcccgccct gagaggtgca ggcagcacca cggagccacg gagtcacaga  65160
gccacggagc ccccattgtg ggcatttgag agtgctgtgc ccccggcagg cccagccctg  65220
atggggaagc ctgtcccatc ccacagcccg ggtcccacgg gcagcgggca cagaagctgc  65280
caggttgtcc tctatgatcc tcatccctcc agcagcatcc cctccacagt ggggaaactg  65340
aggcttggag caccacccgg ccccctggaa atgaggctgt gagcccagac agtgggcccca  65400
gagcactgtg agtaccccgg cagtacctgg ctgcagggat cagccagaga tgccaaaccc  65460
tgagtgacca gcctacagga ggatccggcc ccacccaggc cactcgatta atgctcaacc  65520
ccctgccctg gagacctctt ccagtaccac cagcagctca gcttctcagg gcctcatccc  65580
tgcaaggaag gtcaagggct gggcctgcca gaaacacagc accctcccta gccctggcta  65640
agacagggtg ggcagacggc tgtggacggg acatattgct ggggcatttc tcactgtcac  65700
ttctgggtgg tagctctgac aaaaacgcag accctgccaa aatccccact gcctcccgct  65760
aggggctggc ctggaatcct gctgtcctag gaggctgctg acctccagga tggctccgtc  65820
cccagttcca gggcgagagc agatcccagg caggctgtag gctgggaggc cacccctgcc  65880
cttgccgggg ttgaatgcag gtgcccaagg caggaaatgg catgagcaca gggatgaccg  65940
ggacatgccc caccagagtg cgccccttcc tgctctgcac cctgcacccc ccaggccagc  66000
ccacgacgtc caacaactgg gcctgggtgg cagccccacc cagacaggac agacccagca  66060
ccctgaggag gtcctgccag ggggagctaa gagccatgaa ggagcaagat atggggcccc  66120
```

-continued

```
cgatacaggc acagatgtca gctccatcca ggaccaccca gcccacaccc tgagaggaac  66180
gtctgtctcc agcctctgca ggtcgggagg cagctgaccc ctgacttgga cccctattcc  66240
agacaccaga cagaggcgca ggccccccag aaccagggtt gagggacgcc ccgtcaaagc  66300
cagacaaaac caaggggtgt tgagcccagc aagggaaggc ccccaaacag accaggaggt  66360
ttctgaaggt gtctgtgtca cagtggggta tagcagcagc tggtaccaca gtgacactca  66420
cccagccaga aaccccattc caagtcagcg gaagcagaga gagcagggag gacacgttta  66480
ggatctgaga ctgcacctga cacccaggcc agcagacgtc tcccctccag ggcaccccac  66540
cctgtcctgc atttctgcaa gatcaggggc ggcctgaggg ggggtctagg gtgaggagat  66600
gggtcccctg tacaccaagg aggagttagg caggtcccga gcactctccc cattgaggct  66660
gacctgccca gagagtcctg ggcccacccc acacaccggg gcggaatgtg tgcaggcctc  66720
ggtctctgtg ggtgttccgc tagctggggc tcacagtgct caccccacac ctaaaatgag  66780
ccacagcctc cggagccccc gcaggagacc ccgcccacaa gcccagcccc cacccaggag  66840
gccccagagc tcagggcgcc ccgtcggatt ccgaacagcc ccgagtcaca gcgggtataa  66900
ccggaaccac cactgtcaga atagctacgt caaaaactgt ccagtggcca ctgccggagg  66960
ccccgccaga gagggcagca gccactctga tcccatgtcc tgccggctcc catgaccccc  67020
agcacgcgga gccccacagt gtccccactg gatgggagga caagagctgg ggattccggc  67080
gggtcggggc aggggcttga tcgcatcctt ctgccgtggc tccagtgccc ctggctggag  67140
ttgacccttc tgacaagtgt cctcagagag acaggcatca ccggcgcctc ccaacatcaa  67200
ccccaggcag cacaggcaca aaccccacat ccagagccaa ctccaggagc agagacaccc  67260
caataccctg ggggaccccg accctgatga cttcccactg gaattcgccg tagagtccac  67320
caggaccaaa gaccctgcct ctgcctctgt ccctcactca ggacctgctg ccgggcgagg  67380
ccttgggagc agacttgggc ttaggggaca ccagtgtgac cccgaccttg accaggacgc  67440
agacctttcc ttcctttcct ggggcagcac agactttggg gtctgggcca ggaggaactt  67500
ctggcaggtc gccaagcaca gaggccacag gctgaggtgg ccctggaaag acctccagga  67560
ggtggccact cccctcctc ccagctggac cccatgtcct ccccaagata agggtgccat  67620
ccaaggcagg tgctccttgg agccccattc agactcctcc ctggacccca ctgggcctca  67680
gtcccagctc tggggatgaa gccaccacaa gcacaccagg cagcccaggc ccagccaccc  67740
tgcagtgccc aagcacacac tctggagcag agcagggtgc ctctgggagg ggctgagctc  67800
cccaccccac ccccacctgc acaccccacc cacccctgcc cagcggctct gcaggagggt  67860
cagagcccca catggggtat ggacttaggg tctcactcac gtggctccca tcatgagtga  67920
aggggcctca agcccaggtt cccacagcag cgcctgtcgc aagtggaggc agaggcccga  67980
gggccaccct gacctggtcc ctgaggttcc tgcagcccag gctgccctgc tgtccctggg  68040
aggcctgggc tccaccagac cacaggtcca gggcaccggg tgcaggagcc acccacacac  68100
agctcacagg aagaagataa gctccagacc cccagggcca gaacctgcct tcctgctact  68160
gcttcctgcc ccagacctgg gcgccctccc ccgtccactt acacacaggc caggaagctg  68220
ttcccacaca gaacaacccc aaaccaggac cgcctggcac tcaggtggct gccatttcct  68280
tctccatttg ctcccagcgc ctctgtcctc cctggttcct ccttcggggg aacagcctgt  68340
gcagccagtc cctgcagccc acaccctggg gagacccaac cctgcctggg gcccttccaa  68400
ccctgctgct cttactgccc acccagaaaa ctctggggtc ctgtccctgc agtccctacc  68460
```

-continued

```
ctggtctcca cccagacccc tgtgtatcac tccagacacc cctcccaggc aaaccctgca  68520
cctgcaggcc ctgtcctctt ctgtcgctag agcctcagtt tctccccct gtgcccacac  68580
cctacctcct cctgcccaca actctaactc ttcttctcct ggagccccctg agccatggca  68640
ttgaccctgc cctcccacca cccacagccc atgccctcac cttcctcctg gccactccga  68700
ccccgccccc tctcaggcca agccctggta tttccaggac aaaggctcac ccaagtcttt  68760
cccaggcagg cctgggctct tgccctcact tcccggttac acgggagcct cctgtgcaca  68820
gaagcaggga gctcagccct tccacaggca gaaggcactg aaagaaatcg gcctccagca  68880
ccttgacaca cgtccgcccg tgtctctcac tgcccgcacc tgcagggagg ctccgcactc  68940
cctctaaaga caagggatcc aggcagcagc atcacgggag aatgcagggc tcccagacat  69000
cccagtcctc tcacaggcct ctcctgggaa gagacctgca gccaccacca aacagccaca  69060
gaggctgctg gatagtaact gagtcaatga ccgacctgga gggcagggga gcagtgagcc  69120
ggagcccata ccatagggac agagaccagc cgctgacatc ccgagctcct caatggtggc  69180
cccataacac acctaggaaa cataacacac ccacagcccc acctggaaca gggcagagac  69240
tgctgagccc ccagcaccag ccccaagaaa caccaggcaa cagtatcaga gggggctccc  69300
gagaaagaga ggaggggaga tctccttcac catcaaatgc ttcccttgac caaaaacagg  69360
gtccacgcaa ctcccccagg acaaaggagg agccccctat acagcactgg gctcagagtc  69420
ctctctgaga caccctgagt ttcagacaac aacccgctgg aatgcacagt ctcagcagga  69480
gaacagacca aagccagcaa aagggacctc ggtgacacca gtagggacag gaggattttg  69540
tgggggctcg tgtcactgtg aggatattgt agtggtggta gctgctactc ccacagtgac  69600
acagacccat tcccaaagcc ctactgcaaa cacacccact cctggggctg aggggctggg  69660
ggagcatctg ggaagtaggg tccaggggtg tctatcaatg tccaaaatgc accagactcc  69720
ccgccaaaca ccaccccacc agccagcgag cagggtaaac agaaaatgag aggctctggg  69780
aagcttgcac aggccccaag gaaagagctt tggcaggtgt gcaagagggg atgcaggcag  69840
agcctgagca gggccttttg ctgtttctgc tttcctgtgc agagagttcc ataaactggt  69900
gttcaagatc agtggctggg aatgagccca ggagggcagt ctgtgggaag agcacaggga  69960
aggaggacca gccgctatcc tacactgtca tctttcaaaa gtttgccttg tgaccacact  70020
attgcatcat gggatgctta agagctgatg tagacacagc taaagagaga atcagtgaga  70080
tgaatttgca gcatagatct gaataaactc tccagaatgt ggagcagtac agaagcaaac  70140
acacagaaag tgcctgatgc aaggacaaag ttcagtgggc accttcaggc attgctgctg  70200
ggcacagaca ctctgaaaag ccctggcagg atctccctgc gacaaagcag aaccctcagg  70260
caatgccagc cccagagccc tccctgagag cgtcatgggg aaagatgtgc agaacagctg  70320
attatcatag actcaaactg agaacagagc aaacgtccat ctgaagaaca gtcaaataag  70380
caatggtagg ttcatgcaat gcaaacccag acagccaggg gacaacagta gagggctaca  70440
ggcggctttg cggttgagtt catgacaatg ctgagtaatt ggagtaacag aggaaagccc  70500
aaaaaatact tttaatgtga tttcttctaa ataaaattta caccaggcaa aatgaactgt  70560
cttcttaagg gataaacttt cccctggaaa aactacaagg aaaattaaga aaacgatgat  70620
cacataaaca cagttgtggt tacttctact ggggaaggaa gagggtatga gctgagacac  70680
acagagtcgg caagtctcca agcaagcaca gaacgaatac attacagtac cttgaataca  70740
gcagttaaac ttctaaatcg caagaagagg aaaatgcaca cagctgtgtt tagaaaattc  70800
tcagtccagc actattcata atagcaaaga cattaaccca ggttggataa ataaatgatg  70860
```

-continued

acacaggcaa ttgcacaatg atacagacat acatttagta catgagacat cgatgatgta 70920
tccccaaaga aatgacttta aagagaaaag gcctgatgtg tggtggcact cacctccctg 70980
ggatccccgg acaggttgca ggcacactgt gtggcagggc aggctggtac atgctggcag 71040
ctcctggggc ctgatgtgga gcaagcgcag ggctgtatac ccccaaggat ggcacagtca 71100
gtgaattcca aagagaagca gctcagccac actgcccagg cagagcccga gagggacgcc 71160
cacgcacagg gaggcagagc ccagctcctc cacagccacc accacctgtg cacgggccac 71220
caccttgcag gcacagagtg ggtgctgaga ggaggggcag ggacaccagg cagggtgagc 71280
acccagagaa aactgcagaa gcctcacaca tccacctcag cctcccctga cctggacctc 71340
acctggtctg gacctcacct ggcctgggcc tcacctgacc tggacctcac ctggcctggg 71400
cttcacctga cctggacctc acctggcctc cggcctcacc tgcacctgct ccaggtcttg 71460
ctggaacctg agtagcactg aggctgcaga agctcatcca gggttgggga atgactctgg 71520
aactctccca catctgacct ttctgggtgg aggcatctgg tggccctggg aatataaaaa 71580
gccccagaat ggtgcctgcg tgatttgggg gcaatttatg aacccgaaag gacatggcca 71640
tggggtgggt agggacatag ggacagatgc cagcctgagg tggagcctca ggacacagtt 71700
ggacgcggac actatccaca taagcgaggg acagacccga gtgttcctgc agtagacctg 71760
agagcgctgg gcccacagcc tcccctcggt gccctgctgc ctcctcaggt cagccctgga 71820
catcccgggt ttccccaggc cagatggtag gtttgaagtg aggtctgtgt cactgtggta 71880
ttatgattac gtttggggga gttatcgtta tacccacagc atcacacggt ccatcagaaa 71940
cccatgccac agccctcccc gcaggggacc gccgcgtgcc atgttacgat tttgatcgag 72000
gacacagcgc catgggtatg gtggctacca cagcagtgca gcccatgacc caaacacaca 72060
gggcagcagg cacaatggac aggcctgtga gtgaccatgc tgggctccag cccgccagcc 72120
ccggagacca tgaaacagat ggccaaggtc accccacagt tcagccagac atggctccgt 72180
ggggtctgca tcgctgctgc cctctaacac cagcccagat ggggacaagg ccaaccccac 72240
attaccatct cctgctgtcc acccagtggt cccagaagcc cctccctcat ggctgagcca 72300
catgtgtgaa ccctgagagc accccatgtc agagtagggg cagcagaagg gcggggctgg 72360
ccctgtgcac tgtccctgca cccatggtcc ctcgcctgcc tggccctgac acctgagcct 72420
cttctgagtc atttctaaga tagaagacat tcccggggac agccggagct gggcgtcgct 72480
catcctgccc ggccgtcctg agtcctgctt gtttccagac ctcaccaggg aagccaacag 72540
aggactcacc tcacacagtc agagacaaag aaccttccag aaatccctgt ctcactcccc 72600
agtgggcacc ttcttccagg acattcctcg gtcgcatcac agcaggcacc cacatctgga 72660
tcaggacggc ccccagaaca caagatggcc catggggaca gccccacaac ccaggccttc 72720
ccagacccct aaaaggcgtc ccaccccctg cacctgcccc agggctaaaa atccaggagg 72780
cttgactccc gcataccctc cagccagaca tcacctcagc cccctcctgg aggggacagg 72840
agcccgggag ggtgagtcag acccacctgc cctcgatggc aggcggggaa gattcagaaa 72900
ggcctgagat ccccaggacg cagcaccact gtcaatgggg gccccagacg cctggaccag 72960
ggcctgcgtg ggaaaggccg ctgggcacac tcaggggctt tttgtgaagg cccctcctac 73020
tgtgtgacta cggtgactac cacagtgatg aaactagcag caaaaactgg ccggacaccc 73080
agggaccatg cacacttctc agcttggagc tctccaggac cagaagagtc aggtctgagg 73140
gtttgtagcc agaccctcgg cctctaggga caccctggcc atcacagcgg atgggctggt 73200

-continued

```
gccccacatg ccatctgctc caaacagggg cttcagaggg ctctgaggtg acttcactca  73260
tgaccacagg tgccctggcc ccttccccgc cagctacacc gaaccctgtc ccaacagctg  73320
ccccagttcc aacagccaat tcctggggcc cagaattgct gtagacacca gcctcgttcc  73380
agcacctcct gccaattgcc tggattcaca tcctggctgg aatcaagagg gcagcatccg  73440
ccaggctccc aacaggcagg actcccgcac accctcctct gagaggccgc tgtgttccgc  73500
agggccaggc cctggacagt tcccctcacc tgccactaga gaaacacctg ccattgtcgt  73560
ccccacctgg aaaagaccac tcgtggagcc cccagcccca ggtacagctg tagagagact  73620
ccccgaggga tctaagaagg agccatgcgc agttctgccg ggaccctcgg ccaggccgac  73680
aggagtggac actggagctg ggcccacact gggccacata ggagctcacc agtgagggca  73740
ggagagcaca tgccggggag cacccagcct cctgctgacc agaggcctgc cccagagccc  73800
aggaggctgc agaggcctct ccagggggac actgtgcatg tctggtccct gagcagcccc  73860
ccacgtcccc agtcctgggg gcccctagca cagctgtctg gaccctccct gttccctggg  73920
aagctcctcc tgacagcccc gcctccagtt ccaggtgtgg ttattgtcag ggggtgtcag  73980
actgtggtgg atacagctat ggttaccaca gtggtgctgc ccatagcagc aaccaggcca  74040
agtagacagg cccctgctgt gcagccccag gcctccagct cacctgcttc tcctggggct  74100
ctcaaggtca ctgttgtctg tactctgccc tctgtgggga gggttctctc agtgggaggt  74160
ctgttctcaa catcccaggg cctcatgtct gcacggaagg ccaatggatg ggcaacctca  74220
catgccgcgg ctaagatagg gtgggcagcc tggcggggga cagtacatac tgctggggtg  74280
tctgtcactg tgcctagtgg ggcactggct cccaaacaac gcagtcctca ccaaaatccc  74340
cacagcctcc cctgctaggg gctggcctga tctcctgcag tcctaggagg ctgctgacct  74400
ccagaatgtc tccgtcccca gttccagggc gagagcagat cccaggccgg ctgcagactg  74460
ggaggccacc ccctccttcc cagggttcac tggaggtgac caaggtagga aatggcctta  74520
acacagggat gactgcgcca tcccccaaca gagtcagccc cctcctgctc tgtaccccgc  74580
accccccagg ccagtccacg aaaaccaggg ccccacatca gagtcactgc ctggcccggc  74640
cctggggcgg accccctcagc ccccaccctg tctagaggac ttggggggac aggacacagg  74700
ccctctcctt atggttcccc cacctgcctc cggccgggac ccttggggtg tggacagaaa  74760
ggacacctgc ctaattggcc cccaggaaca cagaacttct ctccagggac cccagcccga  74820
gcacccccctt acccaggacc cagccctgcc cctcctcccc tctgctctcc tctcatcacc  74880
ccatgggaat ccggtatccc caggaagcca tcaggaaggg ctgaaggagg aagcggggcc  74940
gtgcaccacc gggcaggagg ctccgtcttc gtgaacccag ggaagtgcca gcctcctaga  75000
gggtatggtc caccctgcct ggggctccca ccgtggcagg ctgcggggaa ggaccaggga  75060
cggtgtgggg gagggctcag ggccctgcgg gtgctcctcc atcttcggtg agcctccccc  75120
ttcacccacc gtcccgccca cctcctctcc accctggctg cacgtcttcc acaccatcct  75180
gagtcctacc tacaccagag ccagcaaagc cagtgcagac aaaggctggg gtgcaggggg  75240
gctgccaggg cagcttcggg gagggaagga tggagggagg ggaggtcagt gaagaggccc  75300
ccttcccctg ggtccaggat cctcctctgg gacccccggc tcccatcccc tcctggctct  75360
gggaggagaa gcaggatggg agaatctgtg cgggaccctc tcacagtgga atatccccac  75420
agcggctcag gccagaccca aaagcccctc agtgagccct ccactgcagt cctgggcctg  75480
ggtagcagcc cctcccacag aggacagacc cagcaccccg aagaagtcct gccaggggga  75540
gctcagagcc atgaaagagc aggatatggg gtccccgata caggcacaga cctcagctcc  75600
```

-continued

atccaggccc accgggaccc accatgggag gaacacctgt ctccgggttg tgaggtggct 75660
ggcctctgtc tcggacccca ctccagacac cagacagagg ggcaggcccc ccaaaaccag 75720
ggttgaggga tgatccgtca aggcagacaa gaccaagggg cactgacccc agcaagggaa 75780
ggctcccaaa cagacgagga ggtttctgaa gctgtctgta tcacagtggg gtatagcagt 75840
ggctggtacc acagtgacac tcgccaggcc agaaaccccg tcccaagtca gcggaagcag 75900
agagagcagg gaggacacgt ttaggatctg aggccgcacc tgacacccag ggcagcagac 75960
gtctcccctc cagggcaccc tccaccgtcc tgcgtttctt caagaatagg ggcggcctga 76020
gggggtccag ggccaggcga taggtcccct ctaccccaag gaggagccag gcaggacccg 76080
agcaccgtcc ccattgaggc tgacctgccc agacgggcct gggcccaccc cacacaccgg 76140
ggcggaatgt gtgcaggccc cagtctctgt gggtgttccg ctagctgggg cccccagtgc 76200
tcaccccaca cctaaagcga gccccagcct ccagagcccc ctaagcattc cccgcccagc 76260
agcccagccc ctgcccccac ccaggaggcc ccagagctca gggcgcctgg tcggattctg 76320
aacagccccg agtcacagtg ggtataactg gaacgaccac cgtgagaaaa actgtgtcca 76380
aaactgactc ctggcagcag tcggaggccc cgccagagag gggagcagcc gccctgaacc 76440
catgtcctgc cggttcccat gacccccagc acccagagcc ccacggtgtc cccgttggat 76500
aatgaggaca agggctgggg gctccggtgg tttgcggcag ggacttgatc acatccttct 76560
gctgtggccc cattgcctct ggctggagtt gacccttctg acaagtgtcc tcagaaagac 76620
agggatcacc ggcacctccc aatatcaacc ccaggcagca cagacacaaa ccccacatcc 76680
agagccaact ccaggagcag agacacccca acactctggg ggaccccaac cgtgataact 76740
ccccactgga atccgcccca gagtctacca ggaccaaagg ccctgccctg tctctgtccc 76800
tcactcaggg cctcctgcag ggcgagcgct tgggagcaga ctcggtctta ggggacacca 76860
ctgtgggccc caactttgat gaggccactg acccttcctt cctttcctgg ggcagcacag 76920
actttggggt ctgggcaggg aagaactact ggctggtggc caatcacaga gcccccaggc 76980
cgaggtggcc ccaagaaggc cctcaggagg tggccactcc acttcctccc agctggaccc 77040
caggtcctcc ccaagatagg ggtgccatcc aaggcaggtc ctccatggag ccccccttcag 77100
actcctcccg ggaccccact ggacctcagt ccctgctctg ggaatgcagc caccacaagc 77160
acaccaggaa gcccaggccc agccaccctg cagtgggcaa gcccacactc tggagcagag 77220
cagggtgcgt ctgggagggg ctaacctccc caccccccac cccccatctg cacacagcca 77280
cctaccactg cccagaccct ctgcaggagg gccaagccac catggggtat ggacttaggg 77340
tctcactcac gtgcctcccc tcctgggaga aggggcctca tgccgagatc cctgcagcac 77400
tagacacagc tggaggcagt ggccccaggg ccaccctgac ctggcatcta aggctgctcc 77460
agcccagaca gcactgccgt tcctgggaag cctgggctcc accagaccac aggtccaggg 77520
cacagcccac aggagccacc cacacacagc tcacaggaag aagataagct ccagacccca 77580
gggcgggacc tgccttcctg ccaccactta cacacaggcc agggagctgt tcccacacag 77640
atcaacccca aaccgggact gcctggcact agggtcactg ccatttccct ctccattccc 77700
tcccagtgcc tctgtgctcc ctccttctgg ggaacaccct gtgcagcccc tccctgcagc 77760
ccacacgctg gggagacccc accctgcctc gggccttttc tacctgctgc acttgccgcc 77820
cacccaaaca accctgggta cgtgaccctg cagtcctcac cctgatctgc aaccagaccc 77880
ctgtccctcc ctctaaacac ccctcccagg ccaactctgc acctgcaggc cctccgctct 77940

-continued

```
tctgccacaa gagcctcagg ttttcctacc tgtgcccacc ccctaacccc tcctgcccac  78000
aacttgagtt cttcctctcc tggagccctt gagccatggc actgacccta cactcccacc  78060
cacacactgc ccatgccatc accttcctcc tggacactct gaccacgctc ccctccctct  78120
cagacccggc cctggtattt ccaggacaaa ggctcaccca agtcttcccc atgcaggccc  78180
ttgccctcac tgcctggtta cacgggagcc tcctgtgcgc agaagcaggg agctcagctc  78240
ttccacaggc agaaggcact gaaagaaatc ggcctccagt gccttgacac acgtccgcct  78300
gtgtctctca ctgcctgcac ctgcagggag gctccgcact ccctctaaag atgagggatc  78360
caggcagcaa catcacggga gaatgcaggg ctcccagaca gcccagccct ctcgcaggcc  78420
tctcctggga agagacctgc agccaccact gaacagccac ggaggtcgct ggatagtaac  78480
cgagtcagtg accgacctgg agggcagggg agcagtgaac cggagcccat accataggga  78540
cagacaccag ccgctaacat cccgagcccc tcactggcgg ccccagaaca ccccgtggaa  78600
acagaacaga cccacagtcc cacctggaac agggcagaca ctgctgagcc cccagcacca  78660
gccccaagaa acactaggca acagcatcag agggggctcc tgagaaagag aggaggggag  78720
gtctccttca ccatcaaatg cttcccttga ccaaaaacag ggtccacgca actcccccag  78780
gacaaaggag gagcccccctg tacagcactg ggctcagagt cctctctgag acaggctcag  78840
tttcagacaa caacccgctg gaatgcacag tctcagcagg agagccaggc cagagccagc  78900
aagaggagac tcggtgacac cagtctcctg tagggacagg aggattttgt gggggttcgt  78960
gtcactgtga gcatattgtg gtggtgactg ctattcccac agtgacacaa ccccattcct  79020
aaagccctac tgcaaacgca cccactcctg gggctgaggg gctgggggag catctgggaa  79080
gtatggccta ggggtgtcca tcaatgccca aaatgcacca gactctcccc aagacatcac  79140
cccaccagcc agtgagcaga gtaaacagaa aatgagaagc agctgggaag cttgcacagg  79200
ccccaaggaa agagctttgg caggtgtgca agaggggatg tgggcagagc ctgagcaggg  79260
ccttttgctg tttctgcttt cctgtgcaga gagttccata aactggtatt caggatcaat  79320
ggctgggagt gagcccagga ggacagtgtg ggaagagcac agggaaggag gaccagccgc  79380
tatcctacac tgtcatcttt tgaaagtttg ccctgtgccc acaatgctgc atcatgggat  79440
gcttaacagc tgatgtagac acagctaaag agagaatcag tgaaatgcat ttgcagcaca  79500
gatctgaata aatcctccag aatgtggagc agcacagaag caagcacaca gaaagtgcct  79560
gatgccaagg caaagttcag tgggcacctt caggcattgc tgctgggcac agacactctg  79620
aaaagcactg gcaggaactg cctgtgacaa agcagaaccc tcaggcaatg ccagccctag  79680
agcccttcct gagaacctca tgggcaaaga tgtgcagaac agctgtttgt catagcccca  79740
aactatgggg ctggacaaag caaacgtcca tctgaaggac aacagacaaa taaacgatgg  79800
caggttcatg aaatgcaaac taggacagcc agaggacaac agtagagagc tacaggcggc  79860
tttgcggttg agttcatgac aatgctgagt aattggagta acagaggaaa gcccaaaaaa  79920
tacttttaat gtgatttctt ctaaataaaa tttacacccg gcaaaatgaa ctatcttctt  79980
aagggataaa ctttcccctg gaaaaactat aaggaaaatc aagaaaacga tgatcacata  80040
aacacagtgg tggttacttc tactggggaa ggaagagggt atgagctgag acacacagag  80100
tcggcaagtc tcctaacaag aacagaacaa atacattaca gtaccttgaa aacagcagtt  80160
aaacttctaa atcgcaagaa gaggaaaatg cacacacctg tgtttagaaa attctcagtc  80220
cagcactgtt cataatagca aagacattaa cccaggttgg ataaataagc gatgacacag  80280
gcaattgcac aatgatacag acatacattc agtatatgag acatcgatga tgtatcccca  80340
```

-continued

```
aagaaatgac tttaaagaga aaaggcctga tgtgtggtgg caatcacctc cctgggcatc  80400
cccggacagg ctgcaggctc actgtgtggc agggcaggca ggcacctgct ggcagctcct  80460
ggggcctgat gtggagcagg cacagagctg tatatcccca aggaaggtac agtcagtgca  80520
ttccagagag aagcaactca gccacactcc ctggccagaa cccaagatgc acacccatgc  80580
acagggaggc agagcccagc acctccgcag ccaccaccac ctgcgcacgg gccaccacct  80640
tgcaggcaca gagtgggtgc tgagaggagg ggcagggaca ccaggcaggg tgagcaccca  80700
gagaaaactg cagaagcctc acacatccac ctcagcctcc cctgacctgg acctcacctg  80760
gcctgggcct cacctgacct ggacctcacc tggcctgggc ttcacctggc ctgggcttca  80820
cctgacctgg acctcacctg gcctcgggcc tcacctggcc tgggcttcac ctggcctggg  80880
cttcacctga cctggacctc acctggcctg ggcctcacct gacctggacc tcacctggcc  80940
tgggcttcac ctggcctggg cttcacctgg cctgggcttc acctgacctg gacctcacct  81000
ggcctgggct tcacctgacc tggacctcac ctggcctcag gcctcacctg cacctgctcc  81060
aggtcttgct ggagcctgag tagcactgag gctgtaggga ctcatccagg gttggggaat  81120
gactctgcaa ctctcccaca tctgaccttt ctgggtggag gcacctggtg gcccagggaa  81180
tataaaaagc cccagaatga tgcctgtgtg atttgggggc aatttatgaa cccgaaagga  81240
catggccatg gggtgggtag ggacagtagg gacagatgtc agcctgaggt gaagcctcag  81300
gacacaggtg ggcatggaca gtgtccacct aagcgaggga cagacccgag tgtccctgca  81360
gtagacctga gagcgctggg cccacagcct cccctcgggg ccctgctgcc tcctcaggtc  81420
agccctggac atcccgggtt tccccaggcc tggcggtagg tttgaagtga ggtctgtgtc  81480
actgtggtat tactatgata gtagtggtta ttactaccac agtgtcacag agtccatcaa  81540
aaactcatgc ctgggagcct cccaccacag ccctccctgc gggggaccgc tgcatgccgt  81600
gttaggattt tgatcgagga cacggcgcca tgggtatggt ggctaccaca gcagtgcagc  81660
ccatgaccca aacacacggg gcagcagaaa caatggacag gcccacaagt gaccatgatg  81720
ggctccagcc caccagcccc agagaccatg aaacagatgg ccaaggtcac cctacaggtc  81780
atccagatct ggctccaagg ggtctgcatc gctgctgccc tcccaacgcc aaaccagatg  81840
gagacagggc cggccccata gcaccatctg ctgccgtcca cccagcagtc ccggaagccc  81900
ctccctgaac gctgggccac gtgtgtgaac cctgcgagcc ccccatgtca gagtaggggc  81960
agcaggaggg cggggctggc cctgtgcact gtcactgccc ctgtggtccc tggcctgcct  82020
ggccctgaca cctgagcctc tcctgggtca tttccaagac attcccaggg acagccggag  82080
ctgggagtcg ctcatcctgc ctggctgtcc tgagtcctgc tcatttccag acctcaccag  82140
ggaagccaac agaggactca cctcacacag tcagagacaa cgaaccttcc agaaatccct  82200
gtttctctcc ccagtgagag aaaccctctt ccagggtttc tcttctctcc caccctcttc  82260
caggacagtc ctcagcagca tcacagcggg aacgcacatc tggatcagga cggcccccag  82320
aacacgcgat ggcccatggg gacagcccag cccttcccag acccctaaaa ggtatcccca  82380
ccttgcacct gccccagggc tcaaactcca ggaggcctga ctcctgcaca ccctcctgcc  82440
agatatcacc tcagccccct cctggagggg acaggagccc gggagggtga gtcagaccca  82500
cctgccctca atggcaggcg gggaagattc agaaaggcct gagatcccca ggacgcagca  82560
ccactgtcaa tgggggcccc agacgcctgg accagggcct gtgtgggaaa ggcctctggc  82620
cacactcagg ggctttttgt gaagggccct cctgctgtgt gactacggtg gtaactccca  82680
```

-continued

```
cagtgatgaa accagcagca aaaactgact ggactcgcag ggtttatgca cacttctcgg  82740
ctcggagctc tccaggagca caagagccag gcccgagggt ttctgcccag accctcggcc  82800
tctagggaca cccgggccat cttagccgat gggctggtgc cctgcacacc gtgtgctgcc  82860
aaacaggggc ttcagagggc tctgaggtga cttcactcat gaccacaggt gccctggtcc  82920
cttcactgcc agctgcacca gaccctgttc cgagagatgc cccagttcca aaagccaatt  82980
cctggggccg ggaattactg tagacaccag cctcattcca gtacctcctg ccaattgcct  83040
ggattcccat cctggctgga atcaagaggg cagcatccgc caggctccca acaggcagga  83100
ctcccacaca ccctcctctg agaggccgct gtgttccgca gggccaggcc gcagacagtt  83160
cccctcacct gcccatgtag aaacacctgc cattgtcgtc cccacctgga aaagaccact  83220
tgtggagccc ccagccccag gtacagctgt agagagagtc ctcgaggccc ctaagaagga  83280
gccatgccca gttctgccgg gaccctcggc caggccgaca ggagtggacg ctggagctgg  83340
gcccacactg ggccacatag gagctcacca gtgagggcag gagagcacat gccggggagc  83400
acccagcctc ctgctgacca gagacccgtc ccagagccca ggaggctgca gaggcctctc  83460
caggggggaca cagtgcatgt ctggtccctg agcagccccc aggctctcta gcactggggg  83520
cccctagcac agctgtctgg accctccctg ttccctggga agctcctcct gacagccccg  83580
cctccagttc caggtgtggt tattgtcagg gggtgccagg ccgtggtaga gatggctaca  83640
attaccacag tggtgccgcc catagcagca accaggccaa gtagacagac ccctgccacg  83700
cagccccagg cctccagctc acctgcttct cctggggctc tcaaggctgc tgtctgccct  83760
ctggccctct gtggggaggg ttccctcagt gggaggtctg tgctccaggg cagggatgac  83820
tgagatagaa atcaaaggct ggcagggaaa ggcagcttcc cgccctgaga ggtgcaggca  83880
gcaccacaga gccatggagt cacagagcca cggagccccc agtgtgggcg tgtgagggtg  83940
ctgggctccc ggcaggccca gccctgatgg ggaagcctgc cccgtcccac agcccaggtc  84000
cccaggggca gcaggcacag aagctgccaa gctgtgctct acgatcctca tccctccagc  84060
agcatccact ccacagtggg gaaactgagc cttggagaac cacccagccc cctggaaaca  84120
aggcggggag cccagacagt gggcccagag cactgtgtgt atcctggcac taggtgcagg  84180
gaccacccgg agatccccat cactgagtgg ccagcctgca gaaggaccca accccaacca  84240
ggccgcttga ttaagctcca tccccctgtc ctgggaacct cttcccagcg ccaccaacag  84300
ctcggcttcc caggccctca tccctccaag gaaggccaaa ggctgggcct gccaggggca  84360
cagtaccctc ccttgccctg gctaagacag ggtgggcaga cggctgcaga taggacatat  84420
tgctggggca tcttgctctg tgactactgg gtactggctc tcaacgcaga ccctaccaaa  84480
atccccactg cctcccctgc taggggctgg cctggtctcc tcctgctgtc ctaggaggct  84540
gctgacctcc aggatggctt ctgtccccag ttctagggcc agagcagatc ccaggcaggc  84600
tgtaggctgg gaggccaccc ctgtccttgc cgaggttcag tgcaggcacc caggacagga  84660
aatggcctga acacagggat gactgtgcca tgccctacct aagtccgccc ctttctactc  84720
tgcaaccccc actccccagg tcagcccatg acgaccaaca acccaacacc agagtcactg  84780
cctggccctg ccctggggag gacccctcag cccccaccct gtctagagga cttgggggga  84840
caggacacag gccctctcct tatggttccc ccacctggct cctgccggga cccttggggt  84900
gtggacagaa aggacgcctg cctaattggc ccccaggaac acagaacttc tctccaggga  84960
ccccagcccg agcacccccт tacccaggac ccagccctgc ccctcctccc ctctgctctc  85020
ctctcatcac tccatgggaa tccagaatcc ccaggaagcc atcaggaagg gctgaaggag  85080
```

-continued

```
gaagcggggc cgctgcacca ccgggcagga ggctccgtct tcgtgaaccc agggaagtgc  85140
cagcctccta gagggtatgg tccaccctgc ctggggctcc caccgtggca ggctgcgggg  85200
aaggaccagg gacggtgtgg gggagggctc agggccctgc aggtgctcca tcttggatga  85260
gcccatccct ctcacccacc gacccgccca cctcctctcc accctggcca cacgtcgtcc  85320
acaccatcct gagtcccacc tacaccagag ccagcagagc cagtgcagac agaggctggg  85380
gtgcaggggg gccgccaggg cagctttggg gagggaggaa tggaggaagg ggaggtcagt  85440
gaagaggccc ccctcccctg ggtctaggat ccacctttgg gacccccgga tcccatcccc  85500
tccaggctct gggaggagaa gcaggatggg agattctgtg caggaccctc tcacagtgga  85560
atacctccac agcggctcag gccagataca aaagcccctc agtgagccct ccactgcagt  85620
gctgggcctg ggggcagccc ctcccacaga ggacagaccc agcaccccga agaagtcctg  85680
ccagggggag ctcagagcca tgaaggagca agatatgggg accccaatac tggcacagac  85740
ctcagctcca tccaggccca ccaggaccca ccatgggtgg aacacctgtc tccggcccct  85800
gctggctgtg aggcagctgg cctctgtctc ggacccccat tccagacacc agacagaggg  85860
acaggccccc cagaaccagt gttgagggac accccctgtcc agggcagcca agtccaagag  85920
gcgcgctgag cccagcaagg gaaggccccc aaacaaacca ggaggtttct gaagctgtct  85980
gtgtcacagt cgggtatagc agcggctacc acaatgacac tgggcaggac agaaacccca  86040
tcccaagtca gccgaaggca gagagagcag gcaggacaca tttaggatct gaggccacac  86100
ctgacactca agccaacaga tgtctcccct ccagggcgcc ctgccctgtt cagtgttcct  86160
gagaaaacag gggcagcctg aggggatcca gggccaggag atgggtcccc tctaccccga  86220
ggaggagcca ggcgggaatc ccagcccccct ccccattgag gccatcctgc ccagaggggc  86280
ccggacccac cccacacacc caggcagaat gtgtgcaggc ctcaggctct gtgggtgccg  86340
ctagctgggg ctgccagtcc tcaccccaca cctaaggtga gccacagccg ccagagcctc  86400
cacaggagac cccacccagc agcccagccc ctacccagga ggccccagag ctcagggcgc  86460
ctgggtggat tctgaacagc cccgagtcac ggtgggtata gtgggagcta ctaccactgt  86520
gagaaaagct atgtccaaaa ctgtctcccg gccactgctg gaggcccagc cagagaaggg  86580
accagccgcc cgaacatacg accttcccag ccctcatgac ccccagcact tggagctcca  86640
cagtgtcccc attggatggt gaggatgggg gccggggcca tctgcacctc ccaacatcac  86700
ccccaggcag cacaggcaca aaccccaaat ccagagccga caccaggaac acagacaccc  86760
caataccctg gggggaccctg gccctggtga cttcccactg ggatccaccc ccgtgtccac  86820
ctggatcaaa gaccccaccg ctgtctctgt ccctcactca gggcctgctg aggggcgggt  86880
gctttggagc agactcaggt ttaggggcca ccattgtggg gcccaacctc gaccaggaca  86940
cagatttttc tttcctgccc tggggcaaca cagactttgg ggtctgggca gggaggacct  87000
tctggaaagt caccaagcac agagccctga ctgaggtggt ctcaggaaga cccccaggag  87060
ggggcttgtg cccccttcctc tcatgtggac cccatgcccc ccaagatagg ggcatcatgc  87120
agggcaggtc ctccatgcag ccaccactag gcaactccct ggcgccggtc cccactgcgc  87180
ctccatcccg gctctgggga tgcagccacc atggccacac caggcagccc gggtccagca  87240
accctgcagt gcccaagccc ttggcaggat tcccagaggc tggagcccac ccctcctcat  87300
ccccccacac ctgcacacac acacctaccc cctgcccagt cccccctccag gagggttgga  87360
gccacccata gggtgggcgc tccaggtctc actcactcgc ttcccttcct gggcaaagga  87420
```

-continued

```
gcctcgtgcc ccggtccccc ctgacggcgc tgggcacagg tgtgggtact gggccccagg  87480
gctcctccag ccccagctgc cctgctctcc ctgggaggcc tgggcaccac cagaccacca  87540
gtccagggca cagccccagg gagccgccca ctgccagctc acaggaagaa gataagcttc  87600
agaccctcag ggccgggagc tgccttcctg ccaccccttc ctgccccaga cctccatgcc  87660
ctcccccaac cacttacaca caagccaggg agctgtttcc acacagttca accccaaacc  87720
aggacggcct ggcactcggg tcactgccat ttctgtctgc attcgctccc agcgcccctg  87780
tgttccctcc ctcctccctc cttcctttct tcctgcattg ggttcatgcc gcagagtgcc  87840
aggtgcaggt cagccctgag cttggggtca cctcctcact gaaggcagcc tcagggtgcc  87900
caggggcagg cagggtgggg gtgaggcttc cagctccaac cgctccacta gccgagacta  87960
aggaagtgag aggcagccag aaatccagac cattccatag caaatggatt tcattaaagt  88020
taccagactt cagtgtaagt aacatgagcc ccatgcacaa caatccctta tgaaggggaa  88080
gtcagtgtcg cctcggattt cttgaaaaac acaaaaactt atcaatgcct gtaaaagtct  88140
gttggaaaga aaatatgatt caagaatgtt atgcccaaca aagctggcat attttctacc  88200
cggacacact cagggaatgt ggtcccttga gtgcttctct cactgcgtaa atcctacgtg  88260
gtgtttaagc atattcataa atgtgtatgt ctatttttat gtgtaagatg gttcattttt  88320
attttattta ttcaatatgt acaataaaga atattgacaa ataggctgga catggtggct  88380
cccacctgta atcccagccc tttgggaggc cgaggcgggc agatcacctg aggtctggag  88440
ttcgagacca gcctggccaa catgatgaaa acccatctct actaaaaata caaagattag  88500
ccaggcatgg tggtgcatgc ctgtaatccc agccactcag gaggctgaga caggagaaat  88560
gcgtgaaccc ggaaggcgga ggttgcagtg agccgagatc acaccactgc actccagcct  88620
ggcgacagag caagattcca tctcaaaaaa aaaaaaagac aaagaaattt gtttttttga  88680
ataaagacaa atttcatcac acgaagataa agatgcaaag ctccagacag gaaggcacgg  88740
acagcacagt gaagcccgga gcgggcgctg gggggccagg ggcatggcgg gggtgccagc  88800
gtctctcggt gcctaccatg gccactccag cctgtgttct cacgaggatg gctgtgcaat  88860
gctaggagcg tgttcgaagc tctagggcaa ccactggaag tgaggctgag gagcagagcc  88920
cagaggcccg tggagctgat gaaaagaaag ctggagaaag tgtttgctgc ctcccaacat  88980
ggtaagaaaa gatagaaaga gagagcacac ggcaaaggga gcttgctgag ggactcttta  89040
caatggcttg cacagagctc agggggtctg ggaggctagg gccctgcgca gggcagtcac  89100
cccagcctgc tgaccaaggt ttgctgcagg cagctctggg ggtggttgag gcgcggtccc  89160
tggagccacc cctcaaggga acgaggcagc agagtgggcc aaggcccagg tcggctgcaa  89220
ggctgcccag gacttggggt ccttacatca gcagccactg atgcagctgg cccagagaga  89280
ggcgccgagc aggttgcctc caggggacaa accaggtcgg agagggtgag gcagtggatg  89340
gagccacaac aaccccgggc acgggtgaca cgcacgttca tgcacatctg acccttcctc  89400
cctcaccaaa caggtccccc tgccttcccc atggttgcga aaaagcaaaa tgtagacgtt  89460
ttttcttttt taattcatgt tttaattgac aaatgaagcc gtatatattt attgtgtaca  89520
acatgatgct ttaaaatatg tatacatcgt ggaacagcaa cgttgagcta atttaacacg  89580
cattacttca catacttgtc atcttttgtg gcgagaatgc ttaaaatcca ctctcttagt  89640
attttttaag aatgcaatac attgttgtca actgtggtca ccgtcatgca tagccaagct  89700
cccgacctca ccctcctgcc agctcaggct gtgcatcctt tcaccagcat cccccacccc  89760
ggcccctggc cctggtaact accactctat actctacgta tgagttcagc tttttaagat  89820
```

-continued

```
tccacagatg aatgagatca tacagtattt gctttctatg cctggcttat tttagttaac  89880
acactgtcct ccagatccat ccgttgttgc aaatgacagg gtttcattct ttttaaagtc  89940
taaagagtat tccattgtgt caatggacct catttgcttt atccatgcat caactatgga  90000
catttaggtt gattccattt cttagctgtt gtggatggtg ctgcagtaaa catggggctg  90060
cagatgtctc ttcaacatac tgacatcatg tcctttggat aaatacccag tagtgggatc  90120
gctggatcac aatgtacagt ttgtttttta atggaaactt tcattttttg gtgaaattag  90180
gaaaacagat aaaacccaca gaatccaaaa tatatgtgaa gatgccaaaa acagttgaca  90240
ttgggcagag gtcacatgga aggaagtgaa tacatgacgg ggtgtgaggg cccagaggca  90300
gctgaaatac gctttctaaa cacaaggacc tcttctgaga gggcagaagt tttatcctgc  90360
acatgcaatg accagcacag ctaaaataca ctttctaaac atgaggacct cttctgagag  90420
ggcagcttta tcctgcaaat gcaatgacca gcacaggacc cagaataaag agagttgcca  90480
gcggacgcct ggtgtccatg tgtccaggtg agttcgagat gcggacggcg ctggccagcc  90540
agtcacaccc taagtcaatc tgctgcatgc atttgtcctt gccacagcag aaaacgagaa  90600
agcctttggg ctgcaaagct tcacaggctc ctcttctccc gactccatgg aaacagctac  90660
aaagagcagg cccagtagag cttaattcat gaaaatgagt aataaacttg aactggaaca  90720
gtatcgactt tttagaaacg gcagcaaagt gtataaaaaa tattcaccag aacaatattt  90780
ccaaacgatg agatgagaat ttcagccaag taatcctcca tggatagaaa ataatgaagg  90840
gattggattt atgaaggaaa atcatggagc tcaaatacaa gagaagagaa tcaaaaatga  90900
acaggaggag ataaaatatg gtttggccaa agttacaaaa taaatttttt aaaaaccctt  90960
catcatggca agtagaaaga gcgagaggaa aaacagatcc cgtggaagac acaaatagga  91020
catggggaga aaaatgaatg agatgaaaca gagcagaaat aaaattttac ggaactaaag  91080
acaagtgatc tgaacctgcc tggggcctgg gggacctcgc caccctgaag ggaaagaaca  91140
tgcctggctg gctttgccac ctgctcattg cagagcccca cagcttgcaa caaacatagg  91200
cggtagccag ggagtggtta cagcaggcct tgagcaagac ccagtgttgt gctgacttca  91260
ggtctgaccc agcactgtca tagtggtggt gtccatagtg gtagtggggg tgcttgtgtc  91320
actccacccc catctccagg aggctcagaa cagacagaga gagactccat ttgtttggga  91380
gaaagtaagg gatgagaaca agagtctctg cctggtaatc cagagaatta ttctagatct  91440
tggccaagat tatcaaagca gtacctctat gagtcttttg ggcttggagt cccccctaaag  91500
cagatatagc taagatcaca acacccaagt ccttttgaat atgtgggaag acttcccaag  91560
gacaggagca aacaaacaag cccagactgc aaaaaaacaa gcccagactg caataaacac  91620
ctcactcttc aatgcccagg cactgaagaa catctcctag cagcaacacc atccaggaaa  91680
acatggcctc aaccagtgaa ctaaataagg caccagggac cagtctcgga gaaatagagg  91740
tatgttatct ttcagagaat tcaaagtagc tttgttgagg aaactcaaag aaattcaaga  91800
taacacagtg aaggaattca gaatcctatc cgataaattt aacagagatt gaagcaatta  91860
aaaagaatta agcagaaatt atggagctga aaaatgcaat tggcatactg aaaaatgcat  91920
cagagtattt tcatagcctc ttatatcaag tagaagaaag aattagtgag cttgaaaaca  91980
ggctatttgg aaaagcacga taaaaggaga caaaagagaa aagaataaat aacaatgaag  92040
catatctaca ggatctagaa aatagcctca aaaggccaaa tctaagaatt attagcctta  92100
aagaggaggt agagaaagag ggatggagag tttattcaaa gggataataa cagaaaactt  92160
```

-continued

```
cccaaaccta gagaaagata tcaatatcca aatgcaagaa ggatgtagta caccaaggag  92220
atttaatgca aagaagacta cctcaaggca ttcaatactc aaactcccat atgacaagga  92280
ctttaaaaag atcctaaaag cagcaaaaga aaagaaatga ataaaatact atggagctcc  92340
aatatgtctg gcagcagact tttcagtgaa gactttatat gccaggagag agtgtcataa  92400
tggatttaaa gtgctgaagg aaaaaacttt taccctcgaa cagtatagct ggtgaaatta  92460
tccttcaaac atgaaggaga aataatttgt ttccagacaa atgttgaggg atttcatgaa  92520
caccagacct gtcttttaag aaatgctaaa gggagtactt caatcagaaa gaaacacgtt  92580
agtgaacaat aagaaatcat ctgaaggcac aaaactcacc ggtaatagta agtacacaga  92640
aaaacacaga atattataac actgtaactg tggtgtgtaa actccttttg tttgtttgtt  92700
tgtttgtttg tttgtttttg tttttagacg gagttttgct ccagcccagg ctggagtgca  92760
atggcacaat ctcagctcac tgcaacttcc acctcccggg ttcaagcaat tctcctgcct  92820
cagcctccca agtagctggg attacaggca tgtgctacca tgtccagcta attttgtatt  92880
ttagtagaga cggtgtttca ccatgttggt caggctagcc ttatcttgag tagaaaaact  92940
aaatgatgaa gcaatgaaaa ataataacta caacttttca agacatagta caataagata  93000
taaatcataa caaaaagtta aaaggtggag ggatgaagtt aaggcaaaga gtctttatta  93060
gttttctttt tacttgtctg tttatgcaaa cagtgttaag ttgtcatcag tttaaaataa  93120
tgggtcataa gatactattt gcaagcctca tggtaacgtc aaaccaaaag caatacaaca  93180
gatacacaaa aaacaaaaag caagaagcta aattacgtca tcagagaaaa tcaccttcac  93240
taaaaggaag acggagaaaa gaatgaagag agagaagacc aaaagcaaat agcaatatgg  93300
caggagtaag tccttactta tcaataatac cattgaatgt aaatggacta aactctccaa  93360
tcaaaagaca tagagtggct gaatcaatta aagaaaaaac aagacccatt gatctgttgt  93420
ccacaagaaa cacactttat ctataaagac acacatagac tgaaaacaaa gggatggaaa  93480
aagatactcc acgccaatgg aaaccaaaga aagagcagga gtagctacac ttatatcagg  93540
caaaatagat ttcaagacaa aaactataag aagagacaag gtcactaatg ataaacaggt  93600
caattcagca agaggatata acaattgtaa atatatatgc acccaatgct ggagcaccca  93660
gatatataaa gcaagtattt actagagcta aagagagaaa tagactccaa tgcaataata  93720
gctggagatt tcaacatccc actttcaaca ttgaacagat cctccagata gaaaatcaac  93780
aaagaaatat tggacttaat ctgcactatc gaccaaatgg atctaacaga tatttacaga  93840
acatttcatc caacagctgc agaacacaca ttcttttcct cagcacatag atcattctca  93900
aggatagacc atatgttggg tcacaaaaca agttttaaaa tattcaaata cattgaaata  93960
atatcaagca tcttctgtga ccacaatgga ctaaaactag aaatcaataa caagaggaat  94020
tttggaaact atataaatat atggaaatta atgaatgctg agtgggtcaa tgaagcaatt  94080
aagaaggaaa ctgaaatttt tcttggaacg aatgatcatg gaaacagaaa ataccaaaac  94140
ctatgggata cagcaaaagc agtactaaga gggaagttta cagctacaaa tgcttacatt  94200
aaaaaagaag aaaaacttca ataaaaaaac ctaacaatgc atcttaaaga actagaaaag  94260
caagaggaaa tcaaatccaa aattagtaga agaaaacagt aaaggtcaga gcagaaataa  94320
gtaaaattga aatgaagaaa acaatacaaa agatcaataa aacaacaggt tgttttcttg  94380
aaaagttaaa caaaattgac aaacctttag ccagactaag aaaaaaagac agaagatcca  94440
aataaataaa atcagagatg aaaaaggtga cattacaact tacaccacag aaattcaaag  94500
gatcattagt ggctactata agcaactata tgccaataaa ttggaaaatc tagaagaaat  94560
```

-continued

```
gcagaaattc ctagacacat acaacctccc aagattaaac caagaagaaa ttcaaaacct  94620
gaacagactg ataacaagta atgagatcaa agccgtaata aaaagcctcc cagtaaagag  94680
aagcccagga cccgacggct tcactgctga attctaccaa acatttaaag tagaactaat  94740
accaatccta ctcaaactat tccaaaaaat agaggtggaa ggaatacttc aaaactcatt  94800
atacgaggcc agtattaacc tgacaccaaa actagacaaa gacacatgaa aaaaagaaaa  94860
ctacaggcca atatgtctga tgaatattga cacaaaaatc ctcaacaaaa tactagcaaa  94920
ccaaattcaa ctacacatta gaaagttcac tcatcatgac caagtggaat ttatctaact  94980
tgggatgcaa agatggttca acatatgcaa atcaatcaat gtgatacatc atatcaacag  95040
aatgaacaac aaaaaccatt tgatcattta attgatactg aaaaagcatt tgataaaatt  95100
caacattcct tcataataaa aattctcttc tatactaggt acaaaagaaa cttacctcaa  95160
cataataaag ccatatatga cagtcccaca gtatgatact aaatgaggaa aaactgagag  95220
cctttcctct acgatctgga acatgacaaa gatgcccact ttcatcactg ttattcaaca  95280
tagtactgga agtcctagct ggagcgatca gacaagagaa agatataaaa gacatccaaa  95340
ttggaaagga ataagtcaaa ttatcctcat ttgcatatgg tatgatcttc tatttagagc  95400
taactaaaga ctccaccaaa aaaagttatt agaactgacg aacaaattca gtaaagctgc  95460
aggatacaaa atcaacatac aaaaatcagt agcatttcta tatgccaaca atgaccaatg  95520
tgaaaaagaa attaaaaagt aaccctattt acaataacca caaataaaca cctaggaatt  95580
aaccaaagag gtaaaagatt tctgtaatga aaactataaa aaactgatga aagaaattga  95640
agagtacacc aaaaaatgga aagcaattgc atgttcatgg attagaagaa tcagtgttgt  95700
tataatgtcc atactatcca aagcaatcta cagattcaat gcaatcctta tcaaaatacc  95760
aatgacatca ttcacagaaa tagaaaaaaa aaatcctaaa atttacgtgg aaccacaaag  95820
acccagaata gccaaagctc tcctaagcaa aaagaacgaa actgtaggaa tgacattgcc  95880
tgtcttcaaa ttctactaca gagctataga tagtaaccaa aacagcgtgg tactagcata  95940
aaaacagaca cagagacaaa cagaacaaaa tttaaaaacc cagaaataaa tccacacacc  96000
tacagcaaat tcatttttga caaagttgcc aagaacatac tctggggaat agataatgat  96060
atctcttcaa taaataatgt ggggaaaact ggatatccat atacataaca gtgaaactag  96120
acccctctct ctctcactat atacaaaaat caaatcaaaa ttgtttaagg acttaaatct  96180
aagacctcat actatgaaac cactgcaaga caaccttggc ggaaactctc caagacatca  96240
gtccaggcaa agatttcttg agtaatatcc cacaagcaca gacaaccaaa gcaaaaatgg  96300
acaaatggga tcacatcaag ttaaaaagct tctgcacagt aagggaaaca accaacaaaa  96360
tgaagagaca acccacagaa tgggagaaaa tatttgaaaa atacccatct ggcaagggat  96420
taaaaaccag aatatatgca gaatatataa ggagctcaaa cagtgctata gaaaaaaaaa  96480
tctaataatc tgatttaaaa atgggaaaaa tgttagaata gacatttctt aaaataagac  96540
atacagatgg caaaccgaca tggaacggtg ctcaacatca tggattatca cagaaacaca  96600
atcaatcaaa actaaaacta aaatgtgcta tcatctcacc ccagttaaaa tggctgatat  96660
ccagaagaca ggcaataaca aatgctggca aggatgtggg gaaaagggag cccccataca  96720
ctgttgctgg gattgtaaat tagtacaacc actgtggaga gcagcatgaa agttcctcaa  96780
aaaactgaaa gaaagctacc ataggatcca gcaatcccac tgctgtgtat atactacaaa  96840
agaaaggaag tcagtatatg aagaggtatc tgcactccca tgtttgttgc agccctgttc  96900
```

-continued

```
acaacagcca agatttggaa gcaacctaag tgtccatcag cagttgaatg tataaagaaa  96960
atgtggtgca tatacacaat ggagtattat tcaataataa aaaggaatga gattgagtca  97020
tttgcaacaa catggatgga actggagatc attatgtgaa gtgaaataag ccaggcacag  97080
aaagacaaac attacaatgt tcttacttat taatgagatc taaaaatcaa aacaattgca  97140
cccatgttca taaagagtaa aaggatggtt accagatgct gagaacggtg gtggggggat  97200
agggaaaggt ggcagtggtt aacgggtaca aaaaaataga aagaatgaat aagacttact  97260
acttgatagc acagcaaggt ggctatagtc agtaatttag ttgtatattt ttaataatga  97320
aaggtgtata attggattgt ttctaacaca aaggataatg cttaagagga tggatacccc  97380
attttccatg atgtgattat ttcacattgc acgcctagat caaaacatcc aatgtacccc  97440
ataaatatat acatcttcta tgtacccata aaaattctgt aaaataaaat atataaaaag  97500
aggtgacaga tatggaagac aggcaaagaa gagacgacat ccacataatc cgagtaccta  97560
agaaagaatg gagtccagtg catctcagga gccaccattc taagccaatt ttctctggtt  97620
ctctcagtca ccctaccaat acgtgggcaa tcttgtttta tttcaggata gagtttttga  97680
aattatagat ttaagtatgc tttctgttct attacttttg gtaattaatt ttagaaagaa  97740
ctaatttggg cacaaatttg aaaaaattct aaatccaaaa aaaaaaagaa aaaaacacac  97800
acacaatcat ctataagggg gatgatgacc agtcctagat ttctcaccag ccacattcaa  97860
gatcagtaaa tggtaggaca aaacctgtag ggtccttaag ggggaaagaa gtagtggata  97920
gtccagagtc tatatacagc caactgttct tgaagaaaaa aggctgctga aaaggagttc  97980
caaacattct ataatccata atctcatgat gaaactacta gaggaagacc accagccatc  98040
aaaaggtgct tggagaaccc agggccaaga accaaaagta aatattaagt gtccttaact  98100
gcgagactaa gatagaaatg actgtggggg accatgtggc ctcaacagag gtgaaatggt  98160
gtctgcctga caaagtggac attttacaat gatcaaaaca cagaatatga gatagagagc  98220
acttctgaat tactgcctca ctccaaataa ctctcagcca aaggacttca gtaaaaccaa  98280
attgggcata ttagacagta caaacaaatt ctaagaaaat aatattactg attacaatca  98340
catgatgcta gagatggagg ggaaaaggaa gaggaaacca ggtaatttca tactcgtata  98400
tagtaaagaa ctaaagtaca ttgtccaaag aagaacaaag aatattttgg aaagttataa  98460
aggtagccac tacacataga agatagcaaa gaacaagaaa acttaagatg gaaaactttt  98520
tggaagcata aaaatagaaa atataaacta ctaagataag attgaagcca aacagatcta  98580
tgaaaacaac aaacatcaat ggccttaact tgcctattaa aaggaagaga ctttcaaatt  98640
ggaccacaag ataaaaccca actctatata gcatatgagt attacacaca aaatgggaaa  98700
agctgaaaaa acttgggcaa aattcacccc aagcaaattc cactgtttcc tttgggacaa  98760
aatgccaagc tccatgccag ggaagatgat tctcctcaga ccttctcctc actctcccag  98820
tcctcttagg gaaggaattg ggtgttagag gagggagact ctgtcgatta tcagctgaag  98880
cagtggtgtg ctcctgcgtt gcttctgacc tgggaaatga agcagcaaga ctctttctgc  98940
tgtgtctttg cccagaaggg ccatcccccc agagcagagt acccaggccg gcaggagcag  99000
tggtggaagc gtggaaacca cgtctcctac agcagagacc atcagaagcg gagcctcggg  99060
tataaggaa acaacgcgtt ctccctaacc tgggagtgac agacagcgtc attcctcaca  99120
gtgataccct gtgttctagc catctggccc atgacagagc cagcccagag ccagcccaga  99180
gccagcccct gaccatcctg gagcctggcc agctcgccaa gctgcaccat aggcctggaa  99240
ggcgtggaga cctgcggcag tgccctgtcc tcccgtgagg cctgccatcc ctgccagggg  99300
```

```
tcgcctctgg cttctccttc tccaggaccg cacggtccag aggctcagtg cctggagtag  99360
gtgttgcctc cctgcttcta ggcccagacc ctcccttgtt cctgaccccg ggcctttccc  99420
tctggcttgg acatccaggg ccctgtctca gctggggagc tgctcctgct caaggactgt  99480
cttccgcggg atcgaaaggc cgcgtcctga acaatgcgtg ggccacgtga gcggagcagg  99540
ctctaaaggc cgcgtcctaa acagtgcgtg ggccacgtga gcggagcagg ctctaaaggc  99600
cgcgtcctaa acagtgcgtg ggccacgtga gcggagcagg ctctaaaggc cgcgtcctaa  99660
acagtgcgtg ggccacgtga gcggagcagg ctctaaaggc cgcgtcctaa acagtgcgtg  99720
ggccacgtga gcggagcagg ctctaaaggc cgcgtcctaa acagtgcgtg ggccacgtga  99780
gcggagcagg ctctaaaggc cgcgtcctaa acagtgcgtg ggccacgtga gcggagcagg  99840
ctctaaaggc cgcgtcctaa acagtgcgtg ggccacgtga gcggagcagg ctctaaaggc  99900
cgcgtcctaa acagtgcgtg ggccacgtga gcggagcagg ctctaaaggc cgcgtcctaa  99960
acagtgcgtg ggccacggga gcggagcaga ctctaaaggc cgcgtcctaa acagtgtgtg 100020
ggccacgtga gcgaagcgcc ctctccactg ccctcggggc cgcagctccc agctcagctc 100080
ccagccctgc tcagggcagc caggccagga ggtaccatcc aggctaagtg accctcaggg 100140
gggacaggtg ccccaggaga tgccagctgt tgggagaggc tgggggacca actcgacctg 100200
gcctgtgggc cctgccctgg ccacccattg taggatccag ccgccacgcc tgtgacactc 100260
gtgtgctttc cctggtgtgt gcttgtggca ggtgggggca gagggtcctc aggccagaga 100320
gccactcccc cagcgccaga ccaccctctt cctcactccc ccacctcacc ccctcacagg 100380
tgcctcccag gccatcaggg cccaaccacc cctaaacaaa tgggttctcg gcccctcgtg 100440
gctggaggtg ggttctctca ccattcccag cctaagactc catccccatg ctggcagctg 100500
ttcaaccatg tctagagaga tccactgtcc cagacagcac ctcagggtcc cccgtcctgc 100560
ctggaaccct gtaggaaact ccacaaaccg ccgccattct gtccacaccc ctacaggagc 100620
cccaaccctc tccccacatc caggcttccc tcccagaccc ctcatccctg cccgcacggt 100680
gcctgagggg gccttcttgg gcagcgccta agcaagcccc cagcaccctt cggcccccttc 100740
aaggcacaca ggccccccttt ccacccagcc tcaggaaacc acctgtgtcc tccaacgaca 100800
ggtcccagcc tcccagcctt tgccttgcct gttcctctcc ctggaactct gccccgacac 100860
agaccctccc cagcaagccc gcaggggcac ctcccctgcc cccagacacc ctgtgcccgt 100920
cagttcatcc ccagcagagg ccctcaccag gcacaccccc atgctcacac ctggccccag 100980
gcctcagcct ccctgagggc cccacccagc ccgcgtctgg ccagtggtgc gtgcaaagcc 101040
cctcacccag actcggcgga aggcagccag tgcaggcctg gggaggggct ctccttagac 101100
caccttgcac cttccctggc acccaccatg ggaagagctg agactcactg aggaccagct 101160
gaggctcaga gaagggaccc agcactggtg gacacgcagg gagcccacgc cagggcgccg 101220
tggtgagtga ggcccagtgc cacccactga ggcctcccgt tcagtgggac gacggtgaac 101280
aggtggaacc aaccaggcaa cccccgccgg gccccacaga cgggatcaga gcaggaaagg 101340
cttcctgccc ctgcaggcca gcgaggagcc ctggcggggg ccgtggccct ccaggcgagg 101400
aggctcccct ggccaccgcc acccgggcct ctctgctgct gggaaaacaa gtcagaaagc 101460
aagtggatga gaggtggcgt gacagaccca gcttcagatc tgctctaatt tacaaaagaa 101520
aaggaaaaac acacttggca gccttcagca ctctaatgat tcttaacagc agcaaattat 101580
tggcacaaga ctccagagtg actggcaggg ttgagggctg gggtctccca cgtgttttgg 101640
```

-continued

```
ggctaacagc ggaagggaga gcactggcaa aggtgctggg ggcccctgga cccgacccgc 101700
cctggagacc gcagccacat cagcccccag ccccacaggc cccctaccag ccgcagggtt 101760
ttggctgagc tgagaaccac tgtgctaact ggggacacag tgattggcag ctctacaaaa 101820
accatgctcc cccgggaccc cgggctgtgg gtttctgtag cccctggctc agggctgact 101880
caccgtggct gaatacttcc agcactgggg ccagggcacc ctggtcaccg tctcctcagg 101940
tgagtctgct gtctggggat agcggggagc caggtgtact gggccaggca agggctttgg 102000
cttcagactt ggggacaggt gctcagcaaa ggaggtcggc aggagggcgg agggtgtgtt 102060
tttgtatggg agaagcagga gggcagaggc tgtgctactg gtacttcgat ctctggggcc 102120
gtggcaccct ggtcactgtc tcctcaggtg agtcccactg cagccccctc ccagtcttct 102180
ctgtccaggc accaggccag gtatctgggg tctgcagccg gcctgggtct ggcctgaggc 102240
cacaccagct gccatccctg gggtctccgc catgggctgc atgccagagc cctgctgtca 102300
cttagccctg gggccagctg gagcccccaa ggacaggcag ggaccccgct gggcttcagc 102360
cccgtcaggg accctccaca ggtagcaagc aggccgaggg cagggacggg aaggagaagt 102420
tgtgggcaga gcctgggctg gggctgggcg ctggctgttc atgtgccggg gaccaggcct 102480
gcgctttagt gtggctacaa gtgcttggag cactggggcc agggcagccc ggccaccgtc 102540
tccctgggaa cgtcacccct ccctgcctgg gtctcagccc gggggtctgt gtggctgggg 102600
acagggacgc cggctgcctc tgctctgtgc ttgggccatg tgacccattc gagtgtcctg 102660
cacgggcaca ggtttgtgtc tgggcaggaa cagggactgt gtccctgtgt gatgcttttg 102720
atatctgggg ccaagggaca atggtcaccg tctcttcagg taagatggct ttccttctgc 102780
ctcctttctc tgggcccagc gtcctctgtc ctggagctgg gagataatgt ccgggggctc 102840
cttggtctgc gctgggccat gtggggccct ccggggctcc ttctccggct gtttgggacc 102900
acgttcagca gaaggccttt ctttgggaac tgggactctg ctgctggggc aaagggtggg 102960
cagagtcatg cttgtgctgg ggacaaaatg accttgggac acggggctgg ctgccacggc 103020
cggcccggga cagtcggaga gtcaggtttt tgtgcacccc ttaatggggc ctcccacaat 103080
gtgactactt tgactactgg ggccagggaa ccctggtcac cgtctcctca ggtgagtcct 103140
cacaacctct ctcctgcttt aactctgaag ggttttgctg catttttggg gggaaataag 103200
ggtgctgggt ctcctgccaa gagagccccg gagcagcctg gggggctcag gaggatgccc 103260
tgaggcaaca gcggccacac agacgagggg caagggctcc agatgctcct tcctcctgag 103320
cccagcagca cgggtctctc tgtggccagg gccaccctag gcctctgggg tccaatgccc 103380
aacaaccccc gggccctccc cgggctcagt ctgagagggt cccagggacg tagcggggcg 103440
ccagttcttg cctggggtcc tggcattgtt gtcacaatgt gacaactggt tcgacccctg 103500
gggccaggga accctggtca ccgtctcctc aggtgagtcc tcaccacccc ctctctgagt 103560
ccacttaggg agactcagct tgccagggtc tcagggtcag agtcttggag gcattttgga 103620
ggtcaggaaa gaaagccggg gagagggacc cttcgaatgg gaacccagcc tgtcctcccc 103680
aagtccggcc acagatgtcg gcagctgggg ggctccttcg gctggtctgg ggtgacctct 103740
ctccgcttca cctggagcat tctcaggggc tgtcgtgatg attgcgtggt gggactctgt 103800
cccgctccaa ggcacccgct ctctgggacg ggtgcccccc ggggtttttg gactcctggg 103860
ggtgacttag cagccgtctg cttgcagttg gacttcccag gccgacagtg gtctggcttc 103920
tgaggggtca ggccagaatg tggggtacgt gggaggccag cagagggttc catgagaagg 103980
gcaggacagg gccacggaca gtcagcttcc atgtgacgcc cggagacaga aggtctctgg 104040
```

-continued

gtggctgggt ttttgtgggg tgaggatgga cattctgcca ttgtgattac tactactact 104100

acggtatgga cgtctggggc caagggacca cggtcaccgt cggtcaccgt ctcctcaggt 104160

aagaatggcc actctagggc ctttgttttc tgctactgcc tgtggggttt cctgagcatt 104220

gcaggttggt cctcggggca tgttccgagg ggacctgggc ggactggcca ggaggggacg 104280

ggcactgggg tgccttgagg atctgggagc ctctgtggat tttccgatgc ctttggaaaa 104340

tgggactcag gttgggtgcg tctgatggag taactgagcc tgggggcttg gggagccaca 104400

tttggacgag atgcctgaac aaaccagggg tcttagtgat ggctgaggaa tgtgtctcag 104460

gagcggtgtc tgtaggactg caagatcgct gcacagcagc gaatcgtgaa atattttctt 104520

tagaattatg aggtgcgctg tgtgtcaacc tgcatcttaa attctttatt ggctggaaag 104580

agaactgtcg gagtgggtga atccagccag gagggacgcg tagccccggt cttgatgaga 104640

gcagggttgg gggcaggggt agcccagaaa cggtggctgc cgtcctgaca ggggcttagg 104700

gaggctccag gacctcagtg ccttgaagct ggtttccatg agaaaaggat tgtttatctt 104760

aggaggcatg cttactgtta aaagacagga tatgtttgaa gtggcttctg agaaaaatgg 104820

ttaagaaaat tatgacttaa aaatgtgaga gattttcaag tatattaatt tttttaactg 104880

tccaagtatt tgaaattctt atcatttgat taacacccat gagtgatatg tgtctggaat 104940

tgaggccaaa gcaagctcag ctaagaaata ctagcacagt gctgtcggcc ccgatgcggg 105000

actgcgtttt gaccatcata aatcaagttt atttttttaa ttaattggcg cgcgccctct 105060

gtgacagcat ttatacagta tccgatgcat agggacaaag agtggagtgg ggcactttct 105120

ttagatttgt gaggaatgtt ccgcactaga ttgtttaaaa cttcatttgt tggaaggaga 105180

gctgtcttag tgattgagtc aagggagaaa ggcatctagc ctcggtctca aaagggtagt 105240

tgctgtctag agaggtctgg tggagcctgc aaaagtccag ctttcaaagg aacacagaag 105300

tatgtgtatg gaatattaga agatgttgct tttactctta agttggttcc taggaaaaat 105360

agttaaatac tgtgacttta aaatgtgaga gggttttcaa gtactcattt ttttaaatgt 105420

ccaaaattct tgtcaatcag tttgaggtct tgtttgtgta gaactgatat tacttaaagt 105480

ttaaccgagg aatgggagtg aggctctctc ataacctatt cagaactgac ttttaacaat 105540

aataaattaa gtttcaaata tttttaaatg aattgagcaa tgttgagttg gagtcaagat 105600

ggccgatcag aaccagaaca cctgcagcag ctggcaggaa gcaggtcatg tggcaaggct 105660

atttggggaa gggaaaataa aaccactagg taaacttgta gctgtggttt gaagaagtgg 105720

ttttgaaaca ctctgtccag ccccaccaaa ccgaaagtcc aggctgagca aaacaccacc 105780

tgggtaattt gcatttctaa aataagttga ggattcagcc gaaactggag aggtcctctt 105840

ttaacttatt gagttcaacc ttttaatttt agcttgagta gttctagttt ccccaaactt 105900

aagtttatcg acttctaaaa tgtatttaga attcattttc aaaattaggt tatgtaagaa 105960

attgaaggac tttagtgtct ttaatttcta atatatttag aaaacttctt aaaattactc 106020

tattattctt ccctctgatt attggtctcc attcaattct tttccaatac ccgaagcatt 106080

tacagtgact ttgttcatga tcttttttag ttgtttgttt tgccttacta ttaagacttt 106140

gacattctgg tcaaaacggc ttcacaaatc tttttcaaga ccactttctg agtattcatt 106200

ttaggagaaa gacttttttt ttaaatgaat gcaattatct agacttattt cagttgaaca 106260

tgctggttgg tggttgagag gacactcagt cagtcagtga cgtgaagggc ttctaagcca 106320

gtccacatgc tctgtgtgaa ctccctctgg ccctgcttat tgttgaatgg gccaaaggtc 106380

-continued

```
tgagaccagg ctgctgctgg gtaggcctgg actttgggtc tcccacccag acctgggaat 106440
gtatggttgt ggcttctgcc acccatccac ctggctgctc atggaccagc cagcctcggt 106500
ggctttgaag gaacaattcc acacaaagac tctggacctc tccgaaacca ggcaccgcaa 106560
atggtaagcc agaggcagcc acagctgtgg ctgctgctct taaagcttgt aaactgtttc 106620
tgcttaagag ggactgagtc ttcagtcatt gctttagggg gagaaagaga catttgtgtg 106680
tcttttgagt accgttgtct gggtcactca catttaactt tccttgaaaa actagtaaaa 106740
gaaaaatgtt gcctgttaac caataatcat agagctcatg gtactttgag gaaatcttag 106800
aaagcgtgta tacaattgtc tggaattatt tcagttaagt gtattagttg aggtactgat 106860
gctgtctcta cttcagttat acatgtgggt ttgaattttg aatctattct ggctcttctt 106920
aagcagaaaa tttagataaa atggatacct cagtggtttt taatggtggg tttaatatag 106980
aaggaattta aattggaagc taatttagaa tcagtaagga gggacccagg ctaagaaggc 107040
aatcctggga ttctggaaga aaagatgttt ttagttttta tagaaaacac tactacattc 107100
ttgatctaca actcaatgtg gtttaatgaa tttgaagttg ccagtaaatg tacttcctgg 107160
ttgttaaaga atggtatcaa aggacagtgc ttagatccga ggtgagtgtg agaggacagg 107220
ggctggggta tggatacgca gaaggaaggc cacagctgta cagaattgag aaagaataga 107280
gacctgcagt tgaggccagc aggtcggctg gactaactct ccagccacag taatgaccca 107340
gacagagaaa gccagactca taaagcttgc tgagcaaaat taagggaaca aggttgagag 107400
ccctagtaag cgaggctcta aaaagcacag ctgagctgag atgggtgggc ttctctgagt 107460
gcttctaaaa tgcgctaaac tgaggtgatt actctgaggt aagcaaagct gggcttgagc 107520
caaaatgaag tagactgtaa tgaactggaa tgagctgggc cgctaagcta aactaggctg 107580
gcttaaccga gatgagccaa actggaatga acttcattaa tctaggttga atagagctaa 107640
actctactgc ctacactgga ctgttctgag ctgagatgag ctggggtgag ctcagctatg 107700
ctacgctgtg ttggggtgag ctgatctgaa atgagatact ctggagtagc tgagatgggg 107760
tgagatgggg tgagctgagc tgggctgagc tagactgagc tgagctaggg tgagctgagc 107820
tgggtgagct gagctaagct ggggtgagct gagctgagct tggctgagct agggtgagct 107880
gggctgagct ggggtgagct gagctgagct ggggtaagct gggatgagct ggggtgagct 107940
gagctgagct ggagtgagct gagctgggct gagctggggt gagctgggct gagctgggct 108000
gagctgggct gagctggggt gagctgagct ggggtgagct gagctgagct ggggtgagct 108060
gagctgagct ggggtgagct ggggtgagct gagctggggt gagctgagct gagctggggt 108120
gagctgagct ggggtgagct gagctgagct ggggtgagct gagctgagct gagctgagct 108180
gagctggggt gagctgagct gagctgagct ggggtgagct ggggtgagct gagctgagct 108240
ggagtgagct gagctgggct gagctggggt gagctgggct gagctggggt gagctgagct 108300
gagctgagct gagctggggt gagctgagct gagctggggt gagctgagct ggggtgagct 108360
gggctgagct gagctgagct gagctgagct gagctgagct gagctgagct gagctgagct 108420
gagctgagct gagctgagct gagctgagct ggggtgagct gagctgagct gggctgagct 108480
ggggtgagct gggctgagct gggctgagct gggctgagct ggggtgagct gagctggggt 108540
gagctgagct gagctgggct gagctgagct gagctggggt gagctgagct gagctggggt 108600
gagctgagct gagctgagct ggggtgagct gagctgggct gagcagggct gagctggggt 108660
gagctgagct gagctggggt gagctgggct gagctgggct gagctgagct gagctgggct 108720
gagctgggct gagctgggct gagctgggct gagctgggct gagctggggt gagctgagct 108780
```

-continued

```
gagctggggt gagctggggt gagctgagct ggggtgagct gagctggggt gagctgagct 108840
gagctggggt gagctgagct ggggtgagct gagctgagct ggggtgagct gagctgagct 108900
ggggtgagct gagctagggt gaactgggct gggtgagctg gagtgagctg agctgaggtg 108960
aactggggtg agccgggatg ttttgagttg agctggggta agatgagctg aactggggta 109020
aactgggatg agctgtggtg agcggagctg gattgaactg agctgtgtga gctgagctgg 109080
ggtcagctga gcaagagtga gtagagctgg ctggccagaa ccagaatcaa ttaggctaag 109140
tgagccagat tgtgctggga tcagctgtac tcagatgagc tgggatgagg taggctggga 109200
tgagctgggc tagctgacat ggattatgtg aggctgagct agcatgggct ggcctagctg 109260
atgagctaag cttgaatgag cggggctgag ctggactcag atgtgctaga ctgagctgta 109320
ctggatgatc tggtgtaggg tgatctggac tcaactgggc tggctgatgg gatgcgccag 109380
gttgaactag gctcagataa gttaggctga gtagggcctg gttgagatgg ttcgggatga 109440
gctgggaaaa gatggactcg gaccatgaac tgggctgagc tgggttggga gaccatgaat 109500
tgagctgaac tgagtgcagc tgggataaac tgggttgagc taagaataga ctacctgaat 109560
tgtgccaaac tcggctggga tcaattggaa attatcagga tttagatgag ccggactaaa 109620
ctatgctgag ctggactggt tggatgtgtt gaactggcct gctgctgggc tggcatagct 109680
gagttgaact taaatgagga aggctgagca aggctagcct gcttgcatag agctgaactt 109740
tagcctagcc tgagctggac cagcctgagc tgagtaggtc taaactgagt taaaaatcaa 109800
cagggataat ttaacagcta atttaacaag cctgaggtct gagattgaat gagcagagct 109860
gggatgaact gaatgagttt caccaggcct ggaccagtta ggctaggacc tcgttctata 109920
gaggcagact gtgtgctaca gtggagtttc aagatgattc catgagtcct ccccgccccc 109980
aacataaccc accttcctcc taccctacac gcctgtctgg tgtgtaaatc ccagctttgt 110040
gtgctgatac agaagcctga gcccctcccc cacctccacc tacctattac tttgggatga 110100
gaatagttct cccagccagt gtctcagagg gaagccaagc aggacaggcc caaggctact 110160
tgagaagcca ggatctaggc ctctccctga gaacgggtgt tcatgcccct agagttggct 110220
gaagggccag atccacctac tctagaggca tctctccctg tctgtgaagg cttccaaagt 110280
cacgttcctg tggctagaag gcagctccat agccctgctg cagtttcgtc ctgtatacca 110340
ggttcaccta ctaccatatc tagccctgcc tgccttaaga gtagcaacaa ggcgcgtcaa 110400
acttacccta cctttatcct ggtggcttct catctccaga ccccagtaac acatagcttt 110460
ctctccacag tgcccaggga ttgtggttgt aagccttgca tatgtacagg taagtcagta 110520
ggcctttcac cctgacccca gatgcaacaa gtggccatgt tagagggtgg cccaggtatt 110580
gacctatttc cacctttctt cttcatcctt agtcccagaa gtatcatctg tcttcatctt 110640
ccccccaaag cccaaggatg tgctcaccat tactctgact cctaaggtca cgtgtgttgt 110700
ggtagacatc agcaaggatg atcccgaggt ccagttcagc tggtttgtag atgatgtgga 110760
ggtgcacaca gctcagacga aaccccggga ggagcagatc aacagcactt tccgttcagt 110820
cagtgaactt cccatcatgc accaggactg gctcaatggc aaggagttca aatgcagggt 110880
caacagtgca gctttccctg cccccatcga gaaaaccatc tccaaaacca aaggtgagag 110940
ctgcagtgtg tgacatagaa gctgcaatag tcagtccata gacagagctt ggcataacag 111000
acccctgcct tgtccatgac ctctgtgcta accaatctct ttacccaccc acaggcagac 111060
cgaaggctcc acaggtgtac accattccac ctcccaagga gcagatggcc aaggataaag 111120
```

-continued

```
tcagtctgac ctgcatgata acaaacttct tccctgaaga cattactgtg gagtggcagt 111180
ggaatgggca gccagcggag aactacaaga acactcagcc catcatggac acagatggct 111240
cttacttcgt ctacagcaag ctcaatgtgc agaagagcaa ctgggaggca ggaaatactt 111300
tcacctgctc tgtgttacat gagggcctgc acaaccacca tactgagaag agcctctccc 111360
actctcctgg taaatgatcc cagtgtcctt ggagccctct ggtcctacag gactctgaca 111420
cctacctcca cccctccctg tgtaaataaa gcacccagca ctgccttggg accctgcaat 111480
aatgtcctgg tgatttctga gatgtagagt ctagctaggt catggaatga ggggtctcca 111540
tggtttgagg cctgagttgt gactaaggaa aaacccatag gcctacactg ccacacccag 111600
cacttttgaa tttgcctgac atgaaaagaa tttacctctc cctggaaagt ggagccttat 111660
ccctaggcag ttcccttacc agaccttcct ctagcttgca ctttgttctg ggcacagaat 111720
gtgtctaacc ccccaaagca aggaagacac aacctctacc tccctcactc tgtccttacc 111780
ccttttcctg gctaagcatc tcactgagtg cgctgaatag atgcatgtgg ccacagtctt 111840
gcagacagac ccttgccatc tctccactca gctttccaga ggctaagtct agcccgtatg 111900
gtgataatgc agggagctct atgctatctc agtgctatca gactcccaag tggaggatga 111960
acatggaccc attaaaacca acctgcgcag caacaccctg ccaataaggc ccgtatgtga 112020
aaatgtgcac acatctacac atgcacaggc acacacacac acacatgcat gggcacacac 112080
acatacagag agagagaatc acagaaactc ccatgagcat cctatacagt actcaaagat 112140
aaaaaggtac caggtctacc cacatgatca tcctcggcat ttacaagtgg gccaactgat 112200
acagataaaa cttttctatg ccaaggacgc caacatatac acaagtccgc tcatgacaaa 112260
tctgtccctg aacctcagac tggcgcccgt gactcataca gtggacactc ctccaaagct 112320
gtatagcttc ctttacttcc ctgtgtgtac tttctctgaa gtacactcat cacacagaag 112380
aggccctgtg attactctgg ccctctgttc ttggtcatca gagaatagac agaagatcag 112440
gcaaactaca cagacacttc ccacaatcat cacaggccct gactctgctc tccagtctca 112500
aaactgaagg ctggagcaca cagaataagc tcctgcacag gccaggccag tatcgggtcc 112560
agtgtgtctg actgagccca gggacaaaat ggcagcactt tggggaactg aggtttctgg 112620
tccaagaagg agagatggag gcccagggag ggtctgctga cccagcccag cccagcccag 112680
ctgcagcttt ctcctgggcc tccatacagc ctcctgccac acagggaatg gccctagccc 112740
caccttattg ggacaaacac tgaccgccct ctctgtccag ggctgcaact ggacgagacc 112800
tgtgctgagg cccaggacgg ggagctggac gggctctgga cgaccatcac catcttcatc 112860
agcctcttcc tgctcagtgt gtgctacagc gctgctgtca cactcttcaa ggtcagccat 112920
actgtcccca cagtgtctac aatgtcctca tactcttccc catactgtcc ctgtggtgac 112980
ctatacccca cactgtccca tgctaatgac cacagtctta catgctatgt aatgctgtct 113040
acccttctgt atgcacagtc tcacaatgtc ccatgcagtc tccacgatgc tccatactgt 113100
ccccattcca acccatgctg ccccttgttc cccgctatgc tgtcccatgc tattgtctgt 113160
attttcatgc tcttttcaca ctgtccctag tgtcacattc tgcccatgtt gtccaccaca 113220
ttgtccccac tctgtacaca gcctcacact gtaccctgct acccgataat gttccctgtt 113280
gtccccaact ctctccctgc accatttgtc aactgtcccc tgaattccca tgttgttccc 113340
acactgttag tgtgtaatgt gctctgtccc aggtgtacct tgttccgtgc tgtctcactt 113400
catcgcccat tctgtccttg tactaacccc actctatcac cacactgtcc ctatgcactg 113460
cccacattgt cctcatactg tcccattttg tatcttcatc ctgtccccat agtgtccaat 113520
```

-continued

gatctacccc acactattcc cacttcatgc ccctacaatt tccctattcc attcctctct 113580

ggtcaccatg ccatccttcc cactcctgca cagctggaga gggactcccg ggatgagtcc 113640

ttgcccagat gagctaccta tctagaggag tcttcaggtg ggaagggaat gcagtcttga 113700

tcttggtctt attcaccctg tctcacaggt aaagtggatc ttctcctcgg tggtggagct 113760

gaagcagaca ctggttcctg aatacaagaa catgattggg caagcaccct aggccacctc 113820

ctgtaatggc atttcccagg ccccgaagga ccctgtccaa tatgccaagc agcacaactg 113880

agatcacact gtctgctcat ctcgctttcc tccgaccccg agactcagct actctcaaat 113940

tttccctctc tgaaggacca tgtggacatt acattgctcc aggccacagc caccaggacc 114000

taaaacacca tcacagcagc accaaagaca ctggatagac ccacaagggc aatagtttcc 114060

tcaacagtat atccaaactg ttgggacaaa cgagcaatca ctgaagaagt gacaagttcc 114120

cacaatgtca gtgtccagct gagaagggac aaaaagtggt accagccctg tccacaccac 114180

cttctaattc acaggaatac gtgatagaag aggcaggttg tagatccgaa agatgagaca 114240

gattttatca actccagaaa gagctgggtc caactgaatt attctagcga ccttggcatt 114300

gtcatgacct gccatgacct tcctccttaa cacttcgata aaccctggga tatggaaaat 114360

gcctgtgttt ctcagggttt gggaaagaac catccatgtt gggattcttg tgtagatcct 114420

ccttctggtc acagatgcaa tacactggat tttcaggcaa aggagcaaat tcacagacaa 114480

ctctggccct acagccctaa gacctagaca ccaccatctc cttggaatta tcaaatttaa 114540

cacccggcac acaacaaaga aggactggga ctttgaggcc tttgtgtagc cctagagggg 114600

gcagaggcca ctgagcaggg attgggtgat cacaaggacc tcctggagag ggacctgagg 114660

agcaggttcc aattgggcca aagaaagaag aacaacaata gagatgaagg atgctggaaa 114720

gagccatggt acagcagtct tgtccttcag acatgactct tacagcccag gactcttaca 114780

gtagctagct ggagcagaag tccaagggat taccatgccc tagggccaca ggctactgga 114840

gggtggagtg agtctactac acaggtccaa tgcctgtttc tccattgctt ctcagccaat 114900

gagaaatcag agtctccacc tccaagaaaa aggaaggtgg aaatgaaagg tgagcacctg 114960

ccttcccgtg actggcagaa agatctccac ggactcaagg ctttgacttc aaacggcgcg 115020

ccaatcttcc agaagccagg ctgggacctc agcaaaaggg aagacataac ccaactccag 115080

gatgccctgt ggctgatcac tcttgtcttg gcggggatga aggttggaga aaggcctcca 115140

cgtttcagag ctaagaccga cgtgacaact tcccagccca ctcacagact ttcctgagca 115200

ataaattgat gcaaaaccac aaattcctac tctcaaaaac aaacattaac aaaggattgg 115260

gggagggggt caggggtagt atggtggcgt tgggcagggt aaactcaggg tacccattgt 115320

ctaatgtctg agacataact tgaacatatg tgtagctgca gccaaagatg aacaagtgat 115380

ggtatttgtg tcctcttcag acccgatacc aggtcattaa gcttgagatc tggacctgat 115440

ttctaaacat ttggcctctg tgagcaccct tggcaaatac tgaacagcaa accctggtcc 115500

tggctgtgaa ccttggtcct gatcactgag ccctatattg gtaactgaac cgtgatcctg 115560

atctctgacc tcagtcatgg tcatgaggcc ctggtcctgg ccactcattc taataactgg 115620

tccctagtcc tgagccctga accttggtcc aggtcactga atcctagtca tgatcactgg 115680

gtttgatcct cattactgag cctagtcttg atcaccgatg actggttttg atcatagcaa 115740

ttaacctgat cactagtccc cgttcctcat cactgggcca tgatactggt cactgggtcc 115800

tgatcctgat cactaaatcc tgtttctaaa caatgtgtag tggaatgtat agtgaagcct 115860

-continued

```
ttgtgtctgg ctctgggtga aatgtctcag cagagccttt gctaggtttg ggttaatcag 115920
ttggggctga gaaatgtttt tgaggctgtt tgaacttcaa aagaagaaat gtctccctgg 115980
acaatctgca catttgcagc tgcgcaaacc ttcatcctaa aacttaactc ctggcaaact 116040
tagaattctt acttttaata atggctagcc atggttgaaa gggactgaga tgtctgtggg 116100
tgggtggaac ctttcccagc tccaagtaac tctgtatact gtttgaataa agtaactgaa 116160
gtgagctagc tggggtcaat cttctttcca aggagaataa agccctccgc tcctccagaa 116220
aatgaaggct tagctccttg gttagcttct ctctctactg cggcacctac aaccaactca 116280
gcagtcctag gttcctgtca ccagatccag tcctgatagc taagtgtcaa tcctcgtcac 116340
taaggcctga tccttagcaa tatgcctggg gtctgataat cagactgaca ttctgataac 116400
tggacccaga ttcttatcac tgggtctttg tcctggtcat gggcatttga ccctagtcta 116460
cagcactgag ttctgggcat ggaccctggg tcccagttct agatactgag ttctggttct 116520
aataactggc tcctgtactg atcgatgggt cctgacctag tcattgggcc ctgatcctca 116580
acattgactt caaaacctga actctagccc catgcctcat tcacattagg aggatcccta 116640
caggggattc ctgcagaaga ttccagaatc cccacaacac tgttcacaca ctgggctgca 116700
actgggacag tgaccccttt gctcatagga cttgcccagg ctcagatgca ctgaatggag 116760
acaaagcaag cccaggccct gggagatgga gcctctggcc tggggtctac agatgtgggg 116820
tcagcatcat agggaggttt gcagggcagg tgtggggcag ggcagaagtg gtcatgcttg 116880
tagatactat ttttctctcc tctggagcct cctttgtcta tcacctgctg tcctgggatc 116940
tctatctggg gtcaacaatg tttgcagtac aggtgtgggg gtagggcagg gatgttcaca 117000
ttagcaactt gtttttctct cttctgaagt ctctgttgtc tatcacctgc tgaaacattc 117060
aaagcagctc tgagctgagg gcagctgagt catcctgagc ctgtctcagc acaggtgccc 117120
caaaccagag ctactgttct gagaatcaca ccacactgga ccaggccagg tgggcctggg 117180
gcctggatga ggggtgggag ccaggggagc cctgccaggg gctgaggagg ccccaacccc 117240
catcacccaa ggccatccac actcgtgcct taatgaggcc atgttctgtc ccaatgagaa 117300
caagtccaat taagattaag tatggtcttc ccaggatcat ccagagtcaa ggggtgtcag 117360
ccagggacaa cccagaccag cctgaggtca gccagcatca cccaaggcca cacagctatt 117420
ctggcagagg actagaatag tcagctcatc gaggccctgg agatgcagaa tggagagttt 117480
atccctgcca gacagggttc ctcagatagg caggtccctc accacacatg acctccctga 117540
atatttccca gagtccagtt ggttctagac tatcacaata gtcttctgta ttcctgataa 117600
gcatgcagaa agctaacagg atgacaagaa attttatgca gaaaacagaa gcatctacag 117660
gatagaacag aggagaatag atactggaag tctgctggag accccagtgg agtctctttg 117720
tagagtcaag ctgtaagatc aaacctgcac tgagcctcaa gattgagtca agtacagagg 117780
caaccttcag gaccctaaag accttacagg caatggacag gatggagtcc aggcagacaa 117840
gtaaacgggc agtcatatgt aacataatga accatgtcaa cagagggtac tgagccaagg 117900
aaggctctgg gacacttgtg gataatctgc cactggatct cttgatgtat ataccaggtg 117960
atcagatgac agtttagtgg cgccatcgcc gttacagtgt taggtgttgt cctcgtcatg 118020
ggttcacgtg agaatgtgac accttttag ttggatgtgt acagtaagct ctcaggcctg 118080
gtgttcctgg tatgatttta atgatccatg tgttcctata tctttaataa gtttataggg 118140
tgacattaag cttggggata agttgtttat caggctgtgc ctttagaagt tgatgtgcag 118200
ggattgttgt ttacaccaag atgcccagtc ttcctccagc ttccaaacgg agtcaaaggc 118260
```

-continued

```
catttgaaaa tgtgaaacct ctcagggcaa ggtacaatct ttttttttt taaagccact 118320
acctcacaca acatggagta atttaaagca gggtacagct tgatcgaaac acacacacac 118380
acacacgcat acacacaatg taagataccg agaaggggat caagggacac agaagtagag 118440
agagaatgag acagttcagg gatgtagaga tgagaggtaa ctagaggaaa ggagaaacac 118500
aaggactgga gggtaaagag ccagggacag aaagatccat gcaagcaaga cagacagaca 118560
caaggaaggg aaaggtggga agagacagac agacaaggtg cagcaatgta gcccacctga 118620
gactcccatg aaagtctggc acccactctc agatgaaagc caagtaccta cagacacgta 118680
cccacagcac ccacacagag cacctgcctg cctaactcaa gcccacctac ccatcgcctc 118740
tcctccaggc ctctgtcctc aggaagcaca ctgagggtaa ctcagtctgg acacttctaa 118800
ctatggctta gtgaacagcc tgagaggctc tggatccaca ggtcactacc acttgctggc 118860
cctgtgctcc atgccatgct tcaggggggg attcactgaa tgcatgaacc atagtctggg 118920
gtcaacatgt actaagggat aggatcctat caggatttgt ccaaataagg tccaaacaaa 118980
gtgaagaagg tgataggcga gaacagctgg cagctgagag aacgctggcc agttcttagg 119040
ccagagctta gggacaattt ccagacctag cctttcatct caactctagg tcatgggtaa 119100
cttcccagat ctctattttg ttcctggtaa ctatgcatgc tggtacaagt ctaagaacct 119160
cggtgagaca cagaaccagt aagatgaaag catccgtgga taaggaagaa aggagaagag 119220
tagaagggac aggaccctgg acacatgaga ttcccacacc caggaactgc tcatccagcc 119280
cgagaaacgg tataccccta gcacacagaa agaaaacagt accacaggtc taaaagagta 119340
gagtcagtgg gaaggggtac tactagggcg cctcctgcct ggtccaggag cagaggctgg 119400
gaaggggcac taaacagggg gaagcatgga gacagggaga tgaaggagcc tttgggactg 119460
catggtggga actagactgt tctctgaatg agcctgtgtg tgtggcagct gcctgagagg 119520
gaagacaccc agaggccagg cagaggaaaa gagtaatcag ggctgagggg actggggtgg 119580
gggtctgagg aagtcaaggt agctatcgcc catttatcag ggccatgaca tgcacttcat 119640
gggcacatat ctaaaaccag acctggccct cacctacact cagacaatgt cccttttgtg 119700
gatttaggga tttcagtact tcatcccatg gcctctcaaa ctggaagatc catctaaaag 119760
gctgatgttg tggtatcagg gcccaggact agagaatggg acactgagtg gcagaggtgc 119820
agaggacaca tacactcact cagatgaaag caatgcacaa gaagacagag ccatgtatga 119880
acactcctca gactcagacc cacagcactc acacccagct ccccacagac acacacagcc 119940
cctgcctgcc tgttccaaaa atcaaaccca tctacccact ccctctcctg caggcctttg 120000
tcctcagagt ggcacactga aggtagctca gcctgaacac ttcccatggg acctggtgaa 120060
cagcaggagc ctctggtcca cactccccac ctcttgttag ccctgtagtc tatgtgatgc 120120
tgttgagaac agggtacatg gcctctgcct ggtacagtct ggggtgcagg cttcaggtga 120180
ggcccaagtg tgaagagtgc agaagacagt gggcagagct gagagactgc tagccagttt 120240
tgttcaaagg actgtgatgg ctgctccagg ctactgaaca ttccaggact gcttcctacc 120300
ctcctcaaag atgctggaac acaaccaatc ctcaacacaa tccaatgtag ttgcctgtag 120360
cagggcatgc ctctgtacag cagggagtca cacagagcca catgagactc tagacctggg 120420
gactgcagag gggaaggcat gtccaagacg gcctcctcct tgttacccta ggttttcagg 120480
cctcaggata accactgaac aacatatgct gagtcctgtt ccccaggatg ctgatggaca 120540
ccaggtcaca gggctagagg ccaggagggc tagagcctgt gggcaggggg gctatattca 120600
```

-continued

```
ttcttcctgt gcttgcccag gagcaggtgc tgggcagggg cacaggacag ggtgaggcag 120660
ggagacaggg gcatgaaggg gcctctggga ccacaaggtg ggaactaggc tgtgcctgac 120720
tgagcctgtg tgtgtgacag ctgattcatg gggaagacac ccagagacca ggcagaggaa 120780
aagagtaatc agggctgagg tgactggggg ttgggaggtc tgaggaggta gaggcagcta 120840
tgtcccattt gtcagggtat ggggacatgt acttcataga cacagatcta agaaccaggc 120900
gtggttccca cctacccccа gacagtgtcc ctcatatggg cttagggatt tcagtacttc 120960
atcccacggc ctcacacctt ggaagatcca cctcaaaggc tgatgttgtg gtgtgggggt 121020
ccaggactgg ggccagggac actggttggc agaggtgccc aggacataga gtgctcagag 121080
tgtagttggg gacatgctga gcactgttcc tctgtgaggg gacaggctga gacagggact 121140
gaagtccatc cataggctca gcacatacca ggctctggat gggaacactg agctctgcca 121200
ccctccaaca tctggcacag cagcctcctg tgccagggaa gctagtcagc agggacagag 121260
ttcctgtccg ggctggatgg agtcttctct gctagcatcc aaaataagtg catcttcagc 121320
aataaggtcc agtcatggtg gacggccagg aacaaaggca gtaaacagcc tggtttgtgt 121380
ttggttatct acagtctctc tcactaaagc atcaagactt cttttaataa atttagaagt 121440
tgttttcttt tgaaacacgg tctctctatg tagtcctggg ggtcctggaa ctccctgtgt 121500
agaagaccag actgtcttca aacttaagga gatcctcctg tctctgcttc ctgaatgctg 121560
ggattaaaag catgtgccac cacacccaac ctaacccttt cttctgagag caacatgcat 121620
acaatttccc ctcttatttc cccagatttt caatcctttt atccacactt aaatctttaa 121680
tgctaaaatc tccctccctc catttccaag ctgcatgtgt tctactattc cctcaaatta 121740
tttttccttg tgtgcaggtt ttagatttga atgcaggaag ccttcactct ggcaaagcct 121800
cccccaaccc agcctttccc atttccacac ctcctaacac gtgatttagc ccacatcccc 121860
tcatgtgtat ggtgtttccc ttcagtctga ggtattaccc ccagtgtccc cttacagctg 121920
cctatggtca caaatacctt tcatctgttt ttgctgtgga aagcgtttat ttccccttga 121980
attttaatag ctttctgggt atactaccct gggttgagag tttagatttt tcagatcttg 122040
gaatatgtct ttctagacat ctagccttaa atgtttctac tgggggctac agaaatggct 122100
tggtggttga caacacatga tgttcttgca gaggagtggg ttttgattcc tagtacccca 122160
tatcagctaa gagctatgga agacacaaat ggaagagggg actctgagat tctgagaaaa 122220
gcctcatggt taagggtaca ctgagatact gagagagaaa gacagagaca ctgagaaaga 122280
cagaagcaca gaccactaaa agagacaggg aaacagagag agacagtgat gagatgcagg 122340
gacagagcaa cccagagaga cagacagaga catagacact gatagagaca caaagaagag 122400
aggggtcgtg gaagttttga gagaaactgg taggaggtga gagagacaca gagccaatac 122460
agacacagaa agacagagac tccagagaga cagagactga gagagacaga gactgggaga 122520
gacaaagata ctgagacagt cagagacacc aatgggtgct tttccagggg atccagattc 122580
aattcccagc acccacatgg cagctctcta ctgtaatccc agttccaggg tgccctgaaa 122640
aatccttcat gcatgtgaag cttagaagct cacacacaaa cacacagaca gacagacaga 122700
cagacagaca gacagacaca cacacacaca cacactcaaa tgaagagtgt ggttctcttt 122760
ctctctctct gatgaaagcc atgcaccaga agacagagcc atgtgtgaac actcctcaga 122820
ctcagaccca cagcactcac acccagctcc ccacagacac acacagccct gcctgcctgc 122880
ctgttccaaa actcaaaccc atctacccac tccctctcct gcaggccttt gtcctcagag 122940
tggcacactg aaggtagctc agcctggaca cttcccatgg gacctggtga acagcaggag 123000
```

-continued

```
cctctggtcc acactcccca cctcttgtta gccctgtagt ctatgtgatg ctgttgagaa 123060
cagggtacat ggcctctgcc tggtacagtc tggggtgcag gcttcagggg aggcccaagt 123120
gtgaagagtt cagaagacag taggcagatc tgagagactg ctaaccaatt ttgttcaaag 123180
gacagtgatg gctgctccag gctactgaac atcccaggtc tgcttcctac cctcctccaa 123240
gctgttggag cacaaccaac catctttgta attgcccagt tgtttgttat tgcctatagc 123300
agggcatgcc tctgcacacc agggagtcac acagagccac atgagactct agacctgggg 123360
actgcagagg gaaaggcatg tccaagaggg cctcctcctt gggacactgg gattccaggt 123420
ctcaggataa ccactgaaca acatctgctg agtcctgttc cccaggatcc tgatggaccc 123480
caggaggtca cagagctaga ggccaggagg gctagagcct ttgggaaggg ggaatgttag 123540
ggtttctccc atcctggtcc aggagctgct cacctgacag tgatacagga cagggtaagg 123600
cagagacagg gggatgaagg aaactttggg agcacatggt gggagtgtag gttgtgcttt 123660
tgcttagcct gtgtatatag cagctgcatc attgggaaga cactcagagg cccgacagag 123720
gaagagtaat caaggctgag gggacagcag tgtctaagga agtggaggca gctatggtcc 123780
atttgtcata gtattgggac atgtacttca tgaacactga tctatggacc aagcctggtt 123840
gtcatctgcc ctcagtcagt gtccctcatg tgggtttagg aatttcagta cttcatccca 123900
caagccagtc acattggaac ataaatgaaa tgctgatgct gtggtgctgg ggcccaggag 123960
tgcggggtta gtatactggg tgacagaggg tgtccagtaa atagattgct tagagtgtag 124020
gtggggacaa gctgtgcagt gttcctccat gaggggaaag actggtacag gttttgacat 124080
ctctttcgta tccataggcc ctgccatact gcccttgtcc atggtccctg tggggtcaca 124140
tacttagtgt caagtaaacc ataccacaaa ctggaagggt ctacactatc cttgtaggtt 124200
ctacactctc catgacttct cccaactcac acagactgtt ccaatacact actctcttca 124260
gtgggcaatc atgccatgaa cagagagtgg agggttatgg ttgccctata ttctgacaca 124320
tccaacagtc ttgtgcattt gactctcatg tgtacaagcg tgctcaggcc tgctgtagtc 124380
ccctcgagac agtgatgcct tccttgagag ccgattctca ctgtcagcat ctcctcagac 124440
caaagcccta tagatccagc ctctttgagg agctaatgta gtcagtcaca gggcttgatg 124500
ttggtggcta tagctgctgt ccccatggct gccagagatg cttgaccacc ataatcccag 124560
acttgagcat aggaataacc tggaatcaac agcatccaga cactgtaggg actggccaga 124620
gatgtgcata gaccctatgt catgtgacca agacctcttt ttctagtatc ttatttcatg 124680
aaagtctaca aaatacgatc ttctattcct tttattcctc tttgcctgct aacatggaac 124740
cttctagaaa gagggtcccc tctctgtcta ctgactgtga agatagatcc tgtaggtgtg 124800
atcacagagt aatgtttcat ttcttggcca gtctcaagcc aggggactca gggagagaga 124860
caggagaagg agagatgggg agagagacag aaagacagaa aaacaaagca agggagagac 124920
agaagcaggc agacctggag actgggtgct taggaaagag ataaatgtgg atacagggag 124980
tgaaagatag ggaattgaag acagaggtgg agataaagac cagaatatgg gagtcagaga 125040
cagacaagag atatagagat caatataggc aaacagagac tgagaaagac agtgatgaga 125100
cagagagaca tggagacaga caaggagaca gacatggaga cagacaagga gacagagata 125160
gaaataggga gagaaaataa tacataatta gtggttgatt aaggaagaga taatgaatgg 125220
caagaagaga cagaggcagg gagagacata tacaggtaga gaaaaagatg aagacagaca 125280
gagagagact gaaagaggga gaaagataca gagagaagag agactatgaa acaggcagag 125340
```

-continued

```
atataaagac agtgagagaa aaacagagag acagagatgg aagagagaca gagagacagg 125400
gagatagaga aatgggaaga caggaggacc aagagaagag acacacggcg aggcaagatg 125460
tagtagagag acctctgatg gaatcggcat aggtggaggc aaacatagat agactctctc 125520
caactgcagt tgacagactg agcagagaga ataccattca gagagaaaca gaggctaagg 125580
ctaggaaagg caagagtagc cagaggagac agagttgagc ctgtgggaca ggaccagacg 125640
ccatcttgga agaggcagtg acaagccagg gaggtgacag gctggtacag tttctatccc 125700
acagtccaca ggctggtgtc acaggcctgt ctcctcgtgg ccacagtcta tccctgcctg 125760
ccaagcctgt ctgtggaggg atgggggggg ggggggctgg gctgaggcag gccaggactt 125820
ttccagtgga gtggccaggc actgggctga gggcatgatc cctgcccacc atcccagtgg 125880
gtctgggtaa tggatggcct tgattatttt ccttcgtgtt tagggtggaa cctgcttaga 125940
ggcagctagg gctctccatg atggcctagc ctgtggtgag ttaatgaacc cctaagggta 126000
gttcttccac atgggctagg gttacaatct gggggttggg ggctcagata tcagtaccag 126060
aaacaaggct tactcccaac atgtcacact cgcacacaca cagctgccga gttactcatt 126120
ctgtgcagag ttggctcaca agggcacatg caaatggatg tttgtttcat acagaaaaac 126180
atgtttctca ctttctgagg ttgtttccag aaatagcatc agtgactccc ccacctgcag 126240
ctgcaggttc accccaacct ggccaggctg accagccttg gggatggggg actcccagca 126300
taggccactg ggactggggg tccatgaccc ctattgatga tgttgaattc agtgtttccc 126360
agttatcacc actgctggaa tctgacccac caagaggaca tgacaggaga tgggcaagga 126420
tgggtggctc aacaccccag ggaagtgaga gaggcaggaa ggctgtaggt gtgctccaga 126480
tcctgggtct acccagaacc atgggaatgg tgggcagtga tcatgccctc agcccagtcc 126540
ctggccactc cactggaaaa gtcttggcct gcctcagccc agaccccctc ccccacccct 126600
tctcagacag acttggcaga cagggagcta gcctgtggcc acatggagac aggcctgtga 126660
ctccaacctg tggactgtgg gatagaaact gtaccagcct gtcacctccc tgcttgtcac 126720
tggctctttc aagatggtgt ctgaccctgg ctccatctct ggccaaccct gcctttccca 126780
gccttagcct ctgcctcttt ctctctctct cagtgtgatt cttgctcagt ctgtccctca 126840
gttactgtct ctccatctct aacaaaacat aagagctgtc tctattaaca ccttgtctct 126900
cctctttctt cttctccttc tccttctcct tctccttcct ctctctctct ctctctctct 126960
ctctctctct ctctctctct ctctctctct ctctctctct ctctcatctc tgcttgtgcc 127020
ccctttctct aggtgcacat ctcctacctc tgtctgtcta tctgtgtctc ttccttctgt 127080
catctcctct ctatcattct ttcagtcctt ctctatgtct cttttctgtt gatgtctgtc 127140
tttgtgtgtc tctctctcca tcccattcct tttatgactc tggctcccct tatctctctg 127200
tctgtatttc tgccccactt ctctgtcttc ctatcttttt gtcttttctc tgtttctgat 127260
ttttctctcc atgtctttct ctccactttt ctctctccct ttctgagtct tcctgcatct 127320
gtctcattgc ttctccatct cgctctctct ttctctgttt tctgtctctg ttcttgtatc 127380
tctgtgtgcc tctccatgtc tctctgctgt ctctttttct ccatacagca atttactaaa 127440
agaacaaaca tcaaggcagg aaagtatata tatttcaaat aaaagttctt caaattgcta 127500
tgtcctatac tccaagaagc atttccaaag tatagattaa tttaaccctt ttaaatgaaa 127560
agatacattt ttaacttcta aagtgtctcc acaaagaaat gaatgttttt aattaagaaa 127620
tgttgtaatt tagtgttggg ctcctgtctt ataatgtaca cttccttata aatctagcca 127680
tgtggcttat atccatttgg tatgctcgga gctttatgta ataaacgtct tcccgatagg 127740
```

-continued

tgcaaggatt ggtgttttgt actgcttact acatacatgc ttttaatcat tccaggacat 127800

accgtccctc tgctgctgct tctcaccgtc tttgcctttc tctcaccctg tccatctttc 127860

tctctcccca tctctctgtt tctgtccctt cctgtttcag tctctctcca atctccctgt 127920

gtttctctct ctctctctct cctgatgtct ctttctctgt gggcttgtct ccccatctgt 127980

cctcttcatt tctgtatttc tccttatctt tctatctctg tccatgactc tgtctctttc 128040

tgcctcgttc atcccctgcc cccctgaagg cacaatgaca cttttatcag ggtttaatag 128100

gaaagtttca gggcaggaaa gttgtaagac tcaagcagct gccccgagga ggccagtggg 128160

ggagattggt aaaaagccat gacatctaat ctgacatgga ggtcaggcac atgtcccaca 128220

agcagccaca tggcgagaag ggggcagtta gagaacaagt aagaaagccc agcatgttgg 128280

ggaggaagcc aaggtgttaa ggaaaacttg ctcagaggga gacagaaaga aggaagctac 128340

aattctgtga attcagaaag gaagctgact tacagcccca catggctata gcccctaagc 128400

ttctggccct tcctcttctg tctcttcctg ttctctgtca cccctgtttc tccctattct 128460

ctgtcacacc tgtctctgtg ctcccattaa tctctctctg tctctacaca tctccacctc 128520

tgcctccttc atctctgtct tttccggaac cctgtctgtc tctgtcaggc ttctccttgt 128580

ctccccctgc agacttgcag tttctccctt tgtcttcctc tgtcttacct ttattatgtc 128640

tccccgtctt tcctaccttc ctgactttct gtctcttacc ctgagtcccc tggcctgaaa 128700

ctggccaaga aggaaaacat cagtctgtga tcactcctac agggtctgtc tccatagcca 128760

gcagagaggg gaccctcttt ctagaaggtt ccctgttcgc aggcaatgaa gaataaaagg 128820

aatagaagat cccgttgcat taaggtttca tgagataaca tactaggaaa agagaccttg 128880

gtctacgtag aagtctggtc agtccctgaa gtgtctagac gcacttgatc cctaggccat 128940

cactatgtct gaggtcatgg tggtcaagca tctctggcag tcacagtgaa agcagctgtg 129000

gtcaccaaca tcaagccctg tgactacaat agctcctcaa agaggctggg tctgtggggt 129060

tttgttttga gggtcagcta gaaatgggag tgagtccaag gaagacccac tgccccсgcc 129120

cccgagagat aggggaatga gcatgcttgc acacgtggac atgaaaggca caagagtgtt 129180

gtatgtgaca gtttgaggtg accacattct gccctctctg tgcctgtcat ggttacaact 129240

gaggacagtg gtggatttgg gcagagtctg tgtgagctgg gagaagctgt ggagagttgc 129300

aagcatggca tgtagatatc agaagccctg gtcttccagc agtcctcatg gtgatggttc 129360

agtaggacac tggatgtgtg gcccatgcta gggtcatggg caaggctggt atgggttgac 129420

tctatggctg gacaaagagc tttaacctcg tcagcttccg caatatggag gaacactgca 129480

cagcttgccc ccacctgcac tctgagcact ctgtacactg gacatgctct actacccagt 129540

gtctcagact ccagtcctgg gccccagccc catagcacaa ccatgtttat aatccctcca 129600

gtgtgagagg ccatgaaatg ttgtggagct cagtctgaag gcaggtggga gacaggcatg 129660

cttttggatc catgtccatg aagtatatgt ccacattcca tgacaaagga gccgaagcca 129720

cctctatttt ctcaaggacc ccctcagtcc tcattactct tcctctgcct ggcctctgga 129780

tgtcttcccc atgaatcagc tgtcacaaac acaggctcag tcagagcaca gtctagttcc 129840

caccttgtgg tcccaaaggc tctttcacgc cagtgtctcc ctgccttacc ctgtcatgca 129900

cctctggcca gccagctgct cctgggcaag gacgagaaga agccaagtag ttcctcttct 129960

cacagactct agtcctgctg gcctctaact ctgtaacctt ctggtgtcca tcaggatcct 130020

ggggccacat cactctgagt gtgtttatca ccggcaatcc tgagggctaa gatttcagat 130080

-continued

```
tctaaaggag gaggcccccg tggacatgcc ttcccctctg cagtccccag gtctagagtc 130140
tcatgtggct ctgtgtgact ccctgatgta cagaggcatg ccctgctaca ggcaattaca 130200
atggattggg tagagggttg gttgtgctcc aacatctttg aggagggtag gaagcagacc 130260
tgggatgttc agtagcctgg agcagccatc actgtccttt gaacaaaact ggccagcact 130320
ctctcagctc tgcccactgt cttctgtact cttcacactt gggcctcacc tgaagcctgc 130380
accccagact gtaccaggca gaggccatgt accctgctct cagatgatgt ttcatacaga 130440
ttacagagct aacaagaggt gtggtgtgtg gaccagaggc tcatgctgtg tagtcaccca 130500
tggtcctgct gaaaagcagg ctggggctaa aaagagaata gagtatgaga cacaccaaga 130560
caaatgctga tcaaagccca atgtttacta aaaatctgtg cttatataaa aggaaagccc 130620
ttctcctgca gatccacttt tgatgtctgt tgccagcctg taagcaattt gtctgacagc 130680
actagtttga caagaaggtg tcaatcactg ctgtctttgg aatctctcag cctctcagca 130740
ggtatcagtg tcttggagaa gaagagcaat ggtgacagaa caatagaatc atctaggtgg 130800
gaaggctcta ccccaggtgg tctcattctc agtggcagca aggtctgagc cagcctgctc 130860
aaggctgggg gaggctacaa tgttattcaa caggtcccat gggaagtgtc caggctgagc 130920
tactcagtgt gccactctga ggacaaaggc ctgcaggaga gggaatgggt agatgggttt 130980
gaggtttgga acaggcaggc aggggctgtg tgtgtctgtg gggagctggg tgtgagtgct 131040
gtgggtctga gtctgagggg tgttcacaca tggctctgtc ttctggtgca tggctttcat 131100
ctgagagaga gaaagagaac cacactcttc attagagtgt gtgtgtgtgt gtgtgtgtgt 131160
gtgtgtgtgt gtgtgtgtgt gtgtgtttgt atgtgagtct gtctgctgtc tgtgtgtaaa 131220
tgtgagcttc tatgcttcac atgcatgaag gatccttcag ggcaccctgg aactgggatt 131280
acagtagaga gctgccatgt gggtgctggg aattgaatct ggatcccctg gaaaagcagc 131340
cagtgctctt aatccttttg gtgtctctgc ctgtctcagt atctctgtct ctctcagtct 131400
ctgtctctct ggagtctctg tctttctgtg tctgtactgc ctctgtgtct cccacacctc 131460
ctaccagttg ctctcaaaac ttccacgtcc cccctcttct tcatgtctct atcagtgtct 131520
gtgtctctgt ctgtctctct gtgtctctct gtccctgcag ctcatgactg tttctctcta 131580
agtgtttccc tgtctctttc agtggtctgt gcttctgtct ttctcagtgt ctctgtcttt 131640
ctacttcaga atctcagagt cccctcttcc atttgtgtcc cttcttgggc tcattcactc 131700
tgcctccagt gtcatcactt gtgagaccag aacctactat gagtccagag gactgtcctt 131760
catggtctgt gaccagctgt gatctgggga acactgggga aggcatgaac agggagggac 131820
ctgcctgtct gtggagccct gcctgtcagc atgaactccc cattctgcac caccagagcc 131880
ctgctgagct gactattcca caccacctcc agaaaagggc attgaatcct gtggaaccga 131940
tggctcttag ctgatacggg gtactaggaa tcaaaaccca ctcctctgca agaacatcat 132000
gtgttgtcaa ccaccaagcc atttctgtag ccccacagta gaaacattta aggctagatg 132060
tctagaaaga catattccaa gatctgaaaa atctaaactc tcaacccagg gtagtatacc 132120
cagaaagcta ttaaatttca ggagaaaata aaaaagcttt ccacagcaaa aacagatgaa 132180
aggtatttgt gaccatagac agctgtaagg ggacactggg ggtaatacct cagactgaag 132240
ggaaacacca tacacatgag gggacgtggg ctaaatcacg tgttaggagg tgtggagatg 132300
ggaaaggctg ggtgggggga ggctttgcca gagtgaaggc ttcctgcact caaatctaaa 132360
acctgcacac aaggaaaaat aatttgaggg aatagtagaa cacatgcagc ttggaaatgg 132420
agggagggag attttagcat taaagtttta agtgtggata aaaggattgg aaatctgggg 132480
```

-continued

```
aaataagagg ggaaattgta tgcatgttgt tctcagaaga aagggttagg ttgggtgtgg 132540
tggcacatgc ttttaatccc agcattcagg aagcagagac aggaggatct ccttaagttt 132600
gaagacagcc tggtcttcta cacagggagt tccaggacac ccaggactac atagagagac 132660
cgtgtttcaa aagaaaacag tttctaaatt tattaaaaga agtcttgatg ctttagtgag 132720
ggagactgta gataaccaaa cacaaaccag gctgtttact gcctttgatc ctggccctcc 132780
accatgactg gaccttattg ctgaagatgc acttattttg gatgcagagc aaagaagact 132840
ccatccagcc tggacaggaa ctctgtccct gctgactagc ttccctggca cgggaggctg 132900
ctgtgccagc tgttggaggg tggcagagct tagtgttccc atccagagcc tggtatgtgc 132960
tgagcctatg aatggacttc agtccctgtc tcagcctgtc ccctcacaga ggaacagtgc 133020
tcagcatgtc cccaactaca ctctgagcac tctatgtcct gggtacctct gccaaccagt 133080
gtccctgacc ccagtcctgg acccccacac cacaacatca gcctttgagg tggatcttcc 133140
aaagtgtgag gccgtgggat gaagtactga aatccctaag cccatatgag ggacactgtt 133200
tgggggtagg tgggaaccac gcctggttct tagatctgtg tctatgaagt acatgtccca 133260
ataccctaac aaatgggaca tagctgcctc tacctcctca gaccccccaa accgcagtcc 133320
cctcagccct gattactctt ttcctctgcc tggtctctgg gtgtcttccc catgaatcag 133380
ctgtcacaca cacacaggct cagtcaggca cagcctagtc cccaccttgt ggtcccaaag 133440
gccccttcat gcccctgtct ccctgcctca ccctgtcctg tgcccctgcc cagcacctgc 133500
tcctgggcaa gcacaggaag aatgaatata gtccccctgc ccacaggctc tagccttcct 133560
ggcctctagc cctgtgacct ggtgtccatc agcatcctgc acaacaggac tcagcatatg 133620
ttgttcagtg gttatcctga ggcctgaaaa cctagggtaa caaggaggag gccctcttgg 133680
acatgccttc ccctctgcag tccccaggtc tagagtctca tgtggctctg tgtgactccc 133740
tgctgtacag aggcatgccc tgctataggc aactacaatg gattgtgttg agggttggtt 133800
gtgtttcagc agcttggagg agggtaggaa gcagacctgg gatgttcagt agcctggagc 133860
agccatcact gtcctttgaa caaaactggc cagcactctc tcagctctgc ccactgtctt 133920
ctgcactctt cacacttggg catcccctga agcctgcacc ccagactgta ccaggcagag 133980
gccatgtacc ctgctctcaa cagcatcaca tagactacag ggctaacaag aggtggggag 134040
tgtggaccag aggctcctgc tgttcaccag gtcccatggg aagtgtccag gctgagctac 134100
cttcagtgtg ccactctgag gacaaaggcc tgcaggagag ggagtgggca gatgggtttg 134160
aggtttggaa caggcaggca ggcaggcagg ggctgtgtgt gtctgtgggg agctgggtgt 134220
gagtactgtg ggtctgagtc tgaggagtgt tcacacatgg ctctgtcttc tggtgcatgg 134280
cttccatctg agggggtgtg tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg 134340
agcttctaag cttcgcatgc atgaatgatc cttcagagca ccctggaact gggattacag 134400
aggtgagctg ccatgtgggt gctgggaatt gaatctggat cccctggaaa tcagccagtg 134460
ctcttaatcc tttttgtgtc tctgcctgtc tcagtatctc tgtctctctc agtctctgtc 134520
tctctggagt ctctgtcttt ctatgtctgt actgcctctg tgtctccctc acctcctacc 134580
agttgctctc aaaacttcca tgtccccccc ttctctgagt ttctatcagt gtctgtgtct 134640
ccgtctgtct ctctgtgtct ctctgtccct gcagcccatg actgtttctc tctaagtgtt 134700
tccctgtctc tttcagtggt ctgtgcttct gtctttctca gtgtctctgt ctttctctct 134760
cagaatctca gtgtcccctc ttccatttgt gtcccttctt gggctcattc actctgcctt 134820
```

-continued

```
cagtgtcatc acttgtgaga ccagaaccta ctatgagtcc agaggactgt ccttcatggt 134880
ctgtgaccag ctgtgatctg gggaacactg gggaaggcat gagcagggag ggacctgcct 134940
gtctgtggag ccctgcctgt ccgcatgaac tccccattct gcaccaccag agccctgctg 135000
agctgactat tccacaccac ctccagaaag gggcattgaa tcacgtggaa cctaagaaca 135060
ccgtgttgtc aaccaccaag ccatttctgt agccccacag tagaaacatt taaggctaga 135120
tgtctagaaa gacatattcc aagatctgaa aaaaatctaa actctcaacc cagggtagta 135180
tacccagaaa gctattaaat ttcaggagaa aataaaaaag ctttccacag caaaaacaga 135240
tgaaaggtat ttgtgaccat agacagctgt aaggggacac tgggggtaat acctcagact 135300
gaagggaaac accatacaca tgaggggacg tgggctaaat cacgtgttag gaggtgtgga 135360
gatgggaaag gctgggtggg gggaggcttt gccagagtga aggcttcctg cactcaaatc 135420
taaaacctgc acacaaggaa aaataatttg agggaatagt agaacacatg cagcttggaa 135480
atggagggag ggagatttta gcattaaagt tttaagtgtg gataaaagga ttggaaatct 135540
ggggaaataa gaggggaaat tgtatgcatg ttgttctcag aagaaagggt taggttgggt 135600
gtggtggcac atgcttttaa tcccagcatt caggaagcag agacaggagg atctccttaa 135660
gtttgaagac agcttggtct tctacacagg gagttccagg acacccagga ctacatagag 135720
agaccgtgtt ttaaaagaaa acagtttcta aatttattaa aagaagtctt gatgctttag 135780
tgagggagac tgtagataac caaacacaaa ccaggctgtt tactgccttt gatcctggcc 135840
ctccaccatg actggacctt attgctgaag atgcacttat tttggatgca gagcagagaa 135900
gactccatcc agcctggaca ggaactctgt ccctgctgac tagcttccct ggcacgggag 135960
gctgctgtgc cagctgttgg agggtggcag agctcagtgt tcccatccag agcctggtat 136020
gtgctgagcc tatggatgga cttcagtccc tgtctcagcc tgtcccctca cagaggaaca 136080
gtgctcagca tgtccccaac tgcactctga gcactctatg tcctgggtac ctctgccaac 136140
cagtgtccct gaccccagtc ctagaccccc acaccacaac atcagccttt gaggtggatc 136200
ttccaaagtg tgaggccgtg ggatgaagta ctgaaatccc taagcccata tgagggacac 136260
tgtctggggg taggtgggaa ccacgcctgg ttcttagatc tgtgtctatg aagtacatgt 136320
ccccataccc tgacaaatgg gacatagctg cctctacctc ctcagacctc cccaaccccc 136380
agtcccctca gccctgatta ctcttttcct ctgcctggtc tctgggtgtc ttccccatga 136440
atcagctgtc acacacacac aggctcagtc aggcacagcc tagttcccac cttgtggtcc 136500
cagaggcccc ttcatgcccc tgtctccctg cctcaccctg tcctgtgccc ctgcccagca 136560
cctgctcctg ggcaagcaca ggaagaatga atatagtccc cctgcccaca ggctctagcc 136620
ctcctggcct ctagccctgt gacctggtgt ccatcagcat cctggggaac aggactcagc 136680
atatgttgtt cagtggttat cctgaggcct gaaaacctag ggtaacaagg aggaggccct 136740
cttggacatg ccttcccctc tgcagtcccc aggtctagag tctcatgtgg ctctgtgtga 136800
ctccctgatg tacagaggca tgccctgcta taggcaacta caatggatta tgttgagggt 136860
tggttgtgtt tcagcagctt tgaggagggt aggaagcagt cctggaatgt tcagtagcct 136920
ggagcagcca tcactgtcct ttgaacaaaa ctggccagca ctctctcagc tctgcccact 136980
gtcttctgca ctcttcacac ttgggcatcc cctgaagcct gcaccccaga ctgtaccagg 137040
cagaggccat gtaccctgct ctcaacagca tcacatagac tacagggcta gcaaagaggt 137100
ggggagtgtg gaccagaggc tcctactgtt caccaggtcc catgggaagt gtccaggctg 137160
agctaccttc agtgtgccac tctgaggaca aaggcctgca ggagagggaa tgggtagatg 137220
```

-continued

ggtttgatgt ttggaacagg caggcagggg ctgtgtgtgt ctgtggggag ctgggtgtga 137280

gtgctatggg tctgagtctg aggggtgttc acacatggct ctggtgcatg gctctcatct 137340

gtgtgtgtgt gtgccacagg ctccatttga gtgctcggtt ggctccattg ctgtacctct 137400

gtctcccttg ttttctatct gtctgtcctc cctgtctgtc tgtctctcct ttcctatgcc 137460

tcctcctcat atccatgtct gcatctcttt ctatcagtct ctatccctgt gacccctggt 137520

ttccatttct gtctttctgc atatctttcc atctttctct ctgtgtgtct gtcctcatct 137580

cttccagtgt ccgtgtttct gtttccctct gttcccatgc ggaggtatgt tctcacaatc 137640

cttaagttcc ctggtcccct gtcccccatt tcttgtcata ttatcccatc agtgtctctg 137700

tgcctctctg tctgtgtctc tgtgttgtct ctgtgtgtgt ctctcagtat ctctctctct 137760

ctctctctct ctctctctct cagtatctgt atttctttta gtaactttgc tatcttttta 137820

agtatctctg tctttcttca tctctgtctc tcttgaggtc tctgtctttc tgcatgtcta 137880

atgtttctgt atctctctca cctcatctct gcctctctca atattcagta gatccatgcc 137940

cctttattct ttgtgcctct gtctctgttt gtctctttct ctgtctctct gtctttctct 138000

ctctcagaat ctgtgtccct catgttattt ctcaaaatgc ctccctaact ctttcaataa 138060

cagtttctgc ctcttctttc tgggcctggc tcaatcttcc ttcttggacc tcagtttcat 138120

tggttgtgag accatacct gctatgagtc cagaggactg tcctccatag tctagaacca 138180

catgctatct aagggatatt ggggcaatac atgtgtagtg agatacctgc ctttctgatg 138240

agccctgtct ggcagggata aattctccat tctgcatctc cagggccttg ctgagctgac 138300

tattctagtc ctctgccaga atagctgtgt ggccttgggt gatgctggct gacctcaggc 138360

tggtctgggt tgtctctggc tgacacccct tgactctgga tgaccctggg aagaccatac 138420

ttaatcttaa ttggacttgt tctcattggg acagaacatg gcctcactaa ggcacgagtg 138480

tggatggcct tgggtgatgg gggttggggc ctcctcagcc cctggcaggg ctcccctggc 138540

tcccacccct catccaggtc ccaggcccac ctggcctggt ccagtgtggt gtgattctca 138600

gaacagtagc tctggtttgg ggcacctgtg ctgagaaagg ctcaggatga ctcagctgcc 138660

ctcagctcag agctgctttg aatgtttcag caggtgatag acaacagaga cttcagaaga 138720

gagaaaaaca agttgctaat gtgaacatcc ctgccctacc cccacacctg tactgcaaac 138780

attgttgacc ccagatagag atcccaggac agcaagtgat agacaaagga ggctccagag 138840

gagagaaaaa tagtatctac aagcatgacc acttctgccc tgccccacac ctgccctgca 138900

aagctcccca ggatgctgac cccacatctg tagaccccag gccagaggct ccatctccca 138960

gggcctgggc ttgctttgtc tccattctgt gcctctgagc ctgggcaagg ccaatgagca 139020

aaggggtcac tgtcccagtt gcagcccagt gtgtgaacag tgttgtgggg attctggaat 139080

cttctgcagg aatcccctgt agggatcctc ctaatgtgaa tgaggcttgg aatagcaaag 139140

ggacgtcttg taaaatacca ctgattcctt gggcctcaga caatggattt gagatgagga 139200

ccaaggtcca gggccagtgt tggtaagcag aatttggggc tagagttcag gcttagaagt 139260

caatgatgag ggccagggcc cagtgactag gtcagggccc attgatcagt acaggaccca 139320

gttgttagag ccggagctca atgatctgga ccaagtcaca aggccaaatg atcaggatca 139380

gtagccagtt accaggaccg agatccaggt ttcacagcca aagccaggtt accccaacca 139440

gagaccattc atcggaatct gggtctgttg atcggagccc aagcacgctg ctgtaaacca 139500

gagctgctct aaagcagaac tcagtgctga gcaccagaga taagtgatga gaccaggatt 139560

-continued

cagtgattaa ggaaacaaaa ccaaaggtca ataggatatt atgtggagag aggggagaga 139620
gagagagaga gaggacagag agagaaagag cggtaggttc aggactaagt ctcagtgagg 139680
agggtcagga gtcagtggtt tgaacccaga cacactgctc aggtccacag ttcaacggtg 139740
agagccaggg gtcagctatc agaaccaggt ccagtaacta caaccaaaaa ccagtggccc 139800
caaccaaaaa ccagttacta aaacccgaat agaatagaaa ctagccaggc agtgatagct 139860
ttaatcccaa tactcaggag tcagaggcag gtggatctct gagttcaagg tcagcctggt 139920
ctacacaatg agttctaaga cagccagggc tacacagaga aaccctgtct ggaaaacaag 139980
caaaagccta gaaaccgtgg actcagtggt cagtggcagt tcttggtgac taagaccatg 140040
gtcaagaggt caagcaggac tcagcggtta gaatcagggc atgggtgatg acagcctgtt 140100
ccagggatca gaaccaggtc taagggcaaa ggccatgact gagtcatcaa acagtgtctc 140160
ttcataagtc ctagccaggc ccaaccaggc ctagggtgtc agatcaggca agactgatgc 140220
ggtatgtgtg aggtggtatg acaatacatc tcagtatctc tgggacccca ccaccatctt 140280
ccctgcctcg gtccactcac aaatctctgg ctctctcact gtctttgtct cattcttgtc 140340
tagctttcta ccgtgtcccc tctccccaca tttgtctctc ccagtatctg tctctctgaa 140400
agtctctgtg tcccctctga ctttctcagt gcttatgttc cctgcccctt gatcatttga 140460
gagggggatg gtaagtagag aattatggaa cagtgagtgt gtgtctctat atgtgtgtgt 140520
gtgtctgtgg ggctggcagt gggtatgtgt gagtatgtgt gtgtctgtgt gagtgtgtgt 140580
ctgtggggtg acagtatgta tgagtgtcag tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg 140640
tgtgtgtgtg tgtgtgtctg tgtgtctgtg tgtctgtgtg tctgtgtgtc tgtgtgtctg 140700
tggggtggca gtgtacatgt gtgagtgtgt gaatcaaaat gtgtgagcat gtgtgtgtgg 140760
aggtggtaat gtatgtatgt atgtctgtgt gtatgagtgt gtgtctatgg gagtggcagt 140820
gtatatgtgt gagtatattg tgtattgtgg gtacgggtgt gtgtctgtgt gagtgtgtgt 140880
ttctatgtgt ctgtggaggt aacagtgtgt atgtgtgagt gtgtgtctat atgagtgtct 140940
gtatgtgtgt gtgtatgaga gagagagaga gagaaagaga gagtgtgtgc agggtgatag 141000
tgtatatatg tgagtttgtg tgtatgtgag tgtgtgtttg tgtgtatgaa tgtgtgtgtt 141060
tatggggtga cagtatgtat gtatgagtgc atgtgtctgt ggggtagcag tgtgtatgtg 141120
tgagtgtgtg tgtgtgtgtg tgtgtgtgtg tggtatgtgt gtgtgtgaga gagagagtgc 141180
agggtgatag tgtatatatg tgagtgtgtg tgtctgtttg tgagagtgtg tgtttgtgtg 141240
tatgagtgtg tgtgtctatg gagtgacact atgtatgcat gagtgcatgt gtctgtggga 141300
tagcagtgta tatgtgggag tgtgtgtgtg tgtgtatgtg cagggtggta gtgtatatat 141360
gtgagagtgt gtgtttgtgt gtatgagtgt gtatgtctat ggggtgacag tatggatgga 141420
tgtatgagtg cctgtggggc agcagtgtgt atatgtgagt gtgtgtgtgt gtgtgtgtgt 141480
gtgtgtgtgt gtgtgtgcag tgtgagagtg tatatatgtg agtgtgtgtg tctgtgtgtg 141540
tgagtgtgtg tgtttgtgtg tatgagtgtg tgtgtctatg ggatgacagt atgtatgtat 141600
gagtgcatgt gtctgtgggg cagcagtgtg tatggtgagt gtgtgtgtga gtgtgtgtgt 141660
ctgtgtgtgt gtgtgtgtgt gtgtgtgtgt gtgtgtgtgt gtgtgtgcca cttccctaat 141720
atgttctctt ccagctatgg cttctgcttc atccttcact caaggccaga cctcactggc 141780
cagtccacag cataatacca gccatgcctc tacccaataa ttgtatgtgt cagggagcca 141840
agaggatgga cagggatctt gttcttgggg tgagaatgtg agaacttttg gggagccctt 141900
ccacacaccc atgcagtagt agacacctct gcaaagctat gcacatcctc acactagcac 141960

-continued

```
actgcacaac catgcactct ctgcagactc actgttcacc atgaacccag ctagtcagat 142020
tcatatgtga aactcatatc agcctctgca cacacataca cacatattac acccatgcac 142080
acacatgtac acatacatac acatgtacac atacatgtgt acacacacat atagagaagg 142140
cattggtggg gaaaacatta ggccatggct acagtacagg gcacaaggat ggtggtacag 142200
aatgaggtca ggctgggtca gcataacaag aacacttgga caaagtgagg gtagtgtgtg 142260
tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg tatgtgtgtg tgtgtgtaca cgttgaaagt 142320
cttcagtaga ctggtatcac tagccctgat atgggcaaca cagcaagcct gggtcacact 142380
caagctgagt atcagggtaa ccagggcctt ctaaccaagg gtagatgcag cctgtgttcc 142440
gtttactgac cagtgagaag ccatgagctg aaccagacca gaagaccctt actgttccca 142500
cccaaccccc acccagttta gtctcagcaa gaccctgtac tgtgggccac agctctcccc 142560
cacaccccac ctgtagcaca aacactattt gcaaacattt ctaaaaatga tgagaacagg 142620
aaccacagag cagagggggg gactggcgtg gaaagcccca ttcacccatg ggactgaaac 142680
tcggggaacc agaaccgtaa ggagatttgc atggtgctgg gggaggttgg ccctggatca 142740
gtgagcccag agagttactg gtttctcact tccatcaggt caacctcctc aacccccaaa 142800
aatggccagg cctaggctat ggatgagttt caatgaccag gccctaagga cgagtcacag 142860
aggacttcct ggtgggctca ggcagcagac ctgcccagat ggattgcaga accaggggga 142920
gccatggcca ggaaggccag acgccttagg ggtgtgctgt ctctgcatcc tttgccctct 142980
ctgctcctca cagtccatct gccatctcac aatccctcct gtcgctctgg ggcccagacc 143040
tggccagtct gggtacctgt ggaatacacc caaagaagca atccccagcc tcaggaccca 143100
caactacttc ccctacagac atgagtgatc tcagcccaca tgtctggggg ccacagaagc 143160
ccctaagacc ctactctgct aataggccct cctcccacca gccaagacaa tacacaggca 143220
aggtgatgtg gatgagtcac cccatgggta cctgtgtctg agatacaccc tgtgggtatc 143280
ctggccagaa tctggtgacc aacccaacct gtgtccctag aggagaactc tgtgcctgca 143340
ctcacctacc cacctaactc caagcttggt atgatgcaga gcccctgtgt agacctaaaa 143400
gtcagccata ggacagggtc aagaatgact cttcctacac ataaagtctt ctactaagac 143460
agtaaggtag acacacaaac atacccggat gcagagacac acaggcatgc agagaaggca 143520
tgtagacaca aacgcatgca taaacgcaca aacatacaga tatatgctga caaatataca 143580
cagcaactta caagtacaca gacacacaaa cagacaaaca tgcacagaca gaaacacaca 143640
gagctcaaaa tcaagtatac acagacaaat ttacacagag acttacagat acacagatat 143700
atgagacaca cccaaacaga cacacacatg ggggcacaga aaaacataca agcagacaca 143760
tgcagactta aagacccaca agacatggag agatacaaaa acacacaaca cagacacaga 143820
gatatagaga cacacagacc cacaaatatg aacagacaca gagacaccca gaaacaaaaa 143880
cacactcagg cattccactc ccaatgggcg tacacatggg catacacagc ccagtcacac 143940
agacaaacat aacacataca gaagtgcagg catacatatc acacaataca cgctggtatt 144000
cacacacagg tgtgctcaca aaccccacac actcacacat aaaagttgac actggcactc 144060
ccactccgag gcacatgctt agccacagcc ggctgacact gcacacccca cacacgttcc 144120
agagactccc acagaactgg aagctcaccc aggcccaccc aggctctcag gccacacaca 144180
tgggacatct cagagacatg tgggatacag ttgctcacag gtttcatgag gactcacagg 144240
cctgtccttg aacattcccc tgagcagggg ctcccttctt aaagcacagg gatcccattc 144300
```

-continued

```
tttacagata agcacccaga cagaggcact accaggccca gaccacacta gacacacaca 144360
gctctgcatt gtcccacact caaacacagc tctgtcgcct gagctcatgc cagtcacaca 144420
gaacacagac atgggctcgt gtgctagaga gacataagca atggtagcca aggtgctcac 144480
atcatgccca tacacacaca cacacacaca cacacacaca cacacacaca cacacacaca 144540
caccctgtga acaggcctgc agtcctgact gaagccctgc tctacccaat ttagtgagtc 144600
ctgcacctga accctcttac cctcacagcc cctgacctct ccctgtgtgc tgctcagcta 144660
tggccccttc ccattcctaa cgtgccaccc taagatgtcg gttccgtgca tcaccgcaca 144720
catgctcttg ggataaggcc ttagaaggct ctgtaccatc tgcagctcat gccactgcct 144780
tccctggtaa ccctctcctg catacaaggg ctgcaagggt caatgatatg aatccatcca 144840
tgctctgacc ccagcttggc ccagggcagc catgatggga ggacaacccc tgaccccagc 144900
ctaagatagt tgttgcacag agcagtccct taacgcagga taactgttgg aggtaggcag 144960
cacttgaccc ctgcccaagc tagatgatgg gagaggatag gtccagccat tgacagctgc 145020
tgtagcaagg caggccctgg tcccaggtta actcaaggct gctgcttagg caacccctga 145080
ctccagctcc agaagtctgc tgggggtgta tcctctggct acaggagctg aacaaatggc 145140
gcgccgcggc cgctcgacca attctcatgt ttgacagctt atcatcgaat ttctgccatt 145200
catccgctta ttatcactta ttcaggcgta gcaaccaggc gtttaagggc accaataact 145260
gccttaaaaa aattacgccc cgccctgcca ctcatcgcag tactgttgta attcattaag 145320
cattctgccg acatggaagc catcacaaac ggcatgatga acctgaatcg ccagcggcat 145380
cagcaccttg tcgccttgcg tataatattt gcccatggtg aaaacggggg cgaagaagtt 145440
gtccatattg gccacgttta aatcaaaact ggtgaaactc acccagggat tggctgagac 145500
gaaaaacata ttctcaataa accctttagg gaaataggcc aggttttcac cgtaacacgc 145560
cacatcttgc gaatatatgt gtagaaactg ccggaaatcg tcgtggtatt cactccagag 145620
cgatgaaaac gtttcagttt gctcatggaa aacggtgtaa caagggtgaa cactatccca 145680
tatcaccagc tcaccgtctt tcattgccat acggaactcc ggatgagcat tcatcaggcg 145740
ggcaagaatg tgaataaagg ccggataaaa cttgtgctta tttttcttta cggtctttaa 145800
aaaggccgta atatccagct gaacggtctg gttataggta cattgagcaa ctgactgaaa 145860
tgcctcaaaa tgttctttac gatgccattg ggatatatca acggtggtat atccagtgat 145920
tttttctcc attttagctt ccttagctcc tgaaaatctc gataactcaa aaaatacgcc 145980
cggtagtgat cttatttcat tatggtgaaa gttggaacct cttacgtgcc gatcaacgtc 146040
tcattttcgc caaaagttgg cccagggctt cccggtatca acagggacac caggatttat 146100
ttattctgcg aagtgatctt ccgtcacagg tatttattcg cgataagctc atggagcggc 146160
gtaaccgtcg cacaggaagg acagagaaag cgcggatctg ggaagtgacg gacagaacgg 146220
tcaggacctg gattggggag gcggttgccg ccgctgctgc tgacggtgtg acgttctctg 146280
ttccggtcac accacatacg ttccgccatt cctatgcgat gcacatgctg tatgccggta 146340
taccgctgaa agttctgcaa agcctgatgg gacataagtc catcagttca acggaagtct 146400
acacgaaggt ttttgcgctg gatgtggctg cccggcaccg ggtgcagttt gcgatgccgg 146460
agtctgatgc ggttgcgatg ctgaaacaat tatcctgaga ataaatgcct tggcctttat 146520
atggaaatgt ggaactgagt ggatatgctg tttttgtctg ttaaacagag aagctggctg 146580
ttatccactg agaagcgaac gaaacagtcg ggaaaatctc ccattatcgt agagatccgc 146640
attattaatc tcaggagcct gtgtagcgtt tataggaagt agtgttctgt catgatgcct 146700
```

gcaagcggta acgaaaacga tttgaatatg ccttcaggaa caatagaaat cttcgtgcgg 146760
tgttacgttg aagtggagcg gattatgtca gcaatggaca gaacaaccta atgaacacag 146820
aaccatgatg tggtctgtcc ttttacagcc agtagtgctc gccgcagttg agcgacaggg 146880
cgaagccctc gagtgagcga ggaagcacca gggaacagca cttatatatt ctgcttacac 146940
acgatgcctg aaaaaacttc ccttggggtt atccacttat ccacggggat atttttataa 147000
ttattttttt tatagttttt agatcttctt ttttagagcg ccttgtaggc ctttatccat 147060
gctggttcta gagaaggtgt tgtgacaaat tgccctttca gtgtgacaaa tcaccctcaa 147120
atgacagtcc tgtctgtgac aaattgccct taaccctgtg acaaattgcc ctcagaagaa 147180
gctgtttttt cacaaagtta tccctgctta ttgactcttt tttatttagt gtgacaatct 147240
aaaaacttgt cacacttcac atggatctgt catggcggaa acagcggtta tcaatcacaa 147300
gaaacgtaaa aatagcccgc gaatcgtcca gtcaaacgac ctcactgagg cggcatatag 147360
tctctcccgg gatcaaaaac gtatgctgta tctgttcgtt gaccagatca gaaaatctga 147420
tggcacccta caggaacatg acggtatctg cgagatccat gttgctaaat atgctgaaat 147480
attcggattg acctctgcgg aagccagtaa ggatatacgg caggcattga agagtttcgc 147540
ggggaaggaa gtggtttttt atcgccctga agaggatgcc ggcgatgaaa aaggctatga 147600
atcttttcct tggtttatca aacgtgcgca cagtccatcc agagggcttt acagtgtaca 147660
tatcaaccca tatctcattc ccttctttat cgggttacag aaccggttta cgcagtttcg 147720
gcttagtgaa acaaaagaaa tcaccaatcc gtatgccatg cgtttatacg aatccctgtg 147780
tcagtatcgt aagccggatg gctcaggcat cgtctctctg aaaatcgact ggatcataga 147840
gcgttaccag ctgcctcaaa gttaccagcg tatgcctgac ttccgccgcc gcttcctgca 147900
ggtctgtgtt aatgagatca acagcagaac tccaatgcgc ctctcataca ttgagaaaaa 147960
gaaaggccgc cagacgactc atatcgtatt ttccttccgc gatatcactt ccatgacgac 148020
aggatagtct gagggttatc tgtcacagat ttgagggtgg ttcgtcacat ttgttctgac 148080
ctactgaggg taatttgtca cagttttgct gtttccttca gcctgcatgg attttctcat 148140
actttttgaa ctgtaatttt taaggaagcc aaatttgagg gcagtttgtc acagttgatt 148200
tccttctctt tcccttcgtc atgtgacctg atatcggggg ttagttcgtc atcattgatg 148260
agggttgatt atcacagttt attactctga attggctatc cgcgtgtgta cctctacctg 148320
gagtttttcc cacggtggat atttcttctt gcgctgagcg taagagctat ctgacagaac 148380
agttcttctt tgcttcctcg ccagttcgct cgctatgctc ggttacacgg ctgcggcgag 148440
cgctagtgat aataagtgac tgaggtatgt gctcttctta tctccttttg tagtgttgct 148500
cttattttaa acaactttgc ggtttttttga tgactttgcg attttgttgt tgctttgcag 148560
taaattgcaa gatttaataa aaaaacgcaa agcaatgatt aaaggatgtt cagaatgaaa 148620
ctcatggaaa cacttaacca gtgcataaac gctggtcatg aaatgacgaa ggctatcgcc 148680
attgcacagt ttaatgatga cagcccggaa gcgaggaaaa taacccggcg ctggagaata 148740
ggtgaagcag cggatttagt tggggtttct tctcaggcta tcagagatgc cgagaaagca 148800
gggcgactac cgcacccgga tatggaaatt cgaggacggg ttgagcaacg tgttggttat 148860
acaattgaac aaattaatca tatgcgtgat gtgtttggta cgcgattgcg acgtgctgaa 148920
gacgtatttc caccggtgat cggggttgct gcccataaag gtggcgttta caaaacctca 148980
gtttctgttc atcttgctca ggatctggct ctgaaggggc tacgtgtttt gctcgtggaa 149040

-continued

ggtaacgacc cccagggaac agcctcaatg tatcacggat gggtaccaga tcttcatatt 149100

catgcagaag acactctcct gcctttctat cttggggaaa aggacgatgt cacttatgca 149160

ataaagccca cttgctggcc ggggcttgac attattcctt cctgtctggc tctgcaccgt 149220

attgaaactg agttaatggg caaatttgat gaaggtaaac tgcccaccga tccacacctg 149280

atgctccgac tggccattga aactgttgct catgactatg atgtcatagt tattgacagc 149340

gcgcctaacc tgggtatcgg cacgattaat gtcgtatgtg ctgctgatgt gctgattgtt 149400

cccacgcctg ctgagttgtt tgactacacc tccgcactgc agtttttcga tatgcttcgt 149460

gatctgctca agaacgttga tcttaaaggg ttcgagcctg atgtacgtat tttgcttacc 149520

aaatacagca atagtaatgg ctctcagtcc ccgtggatgg aggagcaaat tcgggatgcc 149580

tggggaagca tggttctaaa aaatgttgta cgtgaaacgg atgaagttgg taaaggtcag 149640

atccggatga gaactgtttt tgaacaggcc attgatcaac gctcttcaac tggtgcctgg 149700

agaaatgctc tttctatttg ggaacctgtc tgcaatgaaa ttttcgatcg tctgattaaa 149760

ccacgctggg agattagata atgaagcgtg cgcctgttat tccaaaacat acgctcaata 149820

ctcaaccggt tgaagatact tcgttatcga caccagctgc cccgatggtg gattcgttaa 149880

ttgcgcgcgt aggagtaatg gctcgcggta atgccattac tttgcctgta tgtggtcggg 149940

atgtgaagtt tactcttgaa gtgctccggg gtgatagtgt tgagaagacc tctcgggtat 150000

ggtcaggtaa tgaacgtgac caggagctgc ttactgagga cgcactggat gatctcatcc 150060

cttcttttct actgactggt caacagacac cggcgttcgg tcgaagagta tctggtgtca 150120

tagaaattgc cgatgggagt cgccgtcgta aagctgctgc acttaccgaa agtgattatc 150180

gtgttctggt tggcgagctg gatgatgagc agatggctgc attatccaga ttgggtaacg 150240

attatcgccc aacaagtgct tatgaacgtg gtcagcgtta tgcaagccga ttgcagaatg 150300

aatttgctgg aaatatttct gcgctggctg atgcggaaaa tatttcacgt aagattatta 150360

cccgctgtat caacaccgcc aaattgccta aatcagttgt tgctcttttt tctcaccccg 150420

gtgaactatc tgcccggtca ggtgatgcac ttcaaaaagc ctttacagat aaagaggaat 150480

tacttaagca gcaggcatct aaccttcatg agcagaaaaa agctggggtg atatttgaag 150540

ctgaagaagt tatcactctt ttaacttctg tgcttaaaac gtcatctgca tcaagaacta 150600

gtttaagctc acgacatcag tttgctcctg gagcgacagt attgtataag ggcgataaaa 150660

tggtgcttaa cctggacagg tctcgtgttc caactgagtg tatagagaaa attgaggcca 150720

ttcttaagga acttgaaaag ccagcaccct gatgcgacca cgttttagtc tacgtttatc 150780

tgtctttact taatgtcctt tgttacaggc cagaaagcat aactggcctg aatattctct 150840

ctgggcccac tgttccactt gtatcgtcgg tctgataatc agactgggac cacggtccca 150900

ctcgtatcgt cggtctgatt attagtctgg gaccacggtc ccactcgtat cgtcggtctg 150960

attattagtc tgggaccacg gtcccactcg tatcgtcggt ctgataatca gactgggacc 151020

acggtcccac tcgtatcgtc ggtctgatta ttagtctggg accatggtcc cactcgtatc 151080

gtcggtctga ttattagtct gggaccacgg tcccactcgt atcgtcggtc tgattattag 151140

tctggaacca cggtcccact cgtatcgtcg gtctgattat tagtctggga ccacggtccc 151200

actcgtatcg tcggtctgat tattagtctg ggaccacgat cccactcgtg ttgtcggtct 151260

gattatcggt ctgggaccac ggtcccactt gtattgtcga tcagactatc agcgtgagac 151320

tacgattcca tcaatgcctg tcaagggcaa gtattgacat gtcgtcgtaa cctgtagaac 151380

ggagtaacct cggtgtgcgg ttgtatgcct gctgtggatt gctgctgtgt cctgcttatc 151440

```
cacaacattt tgcgcacggt tatgtggaca aaatacctgg ttacccaggc cgtgccggca 151500

cgttaaccgg gctgcatccg atgcaagtgt gtcgctgtcg agcggccgc            151549


<210> SEQ ID NO 2
<211> LENGTH: 162877
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Hybrid immunoglobulin locus
<220> FEATURE:
<221> NAME/KEY: unsure
<222> LOCATION: 1379
<223> OTHER INFORMATION: "n" represents any nucleotide
<220> FEATURE:
<221> NAME/KEY: unsure
<222> LOCATION: 16903-16909
<223> OTHER INFORMATION: "n" represents any nucleotide
<220> FEATURE:
<221> NAME/KEY: unsure
<222> LOCATION: 35206-35211
<223> OTHER INFORMATION: "n" represents any nucleotide

<400> SEQUENCE: 2

atccctagct gaagcttctg atggaattag aacttggcaa aacaatactg agaatgaagt     60

gtatgtggaa cagaggctgc tgatctcgtt cttcaggcta tgaaactgac acatttggaa    120

accacagtac ttagaaccac aaagtgggaa tcaagagaaa aacaatgatc ccacgagaga    180

tctatagatc tatagatcat gagtgggagg aatgagctgg cccttaattt ggttttgctt    240

gtttaaatta tgatatccaa ctatgaaaca ttatcataaa gcaatagtaa agagccttca    300

gtaaagagca ggcatttatc taatcccacc ccaccccccac ccccgtagct ccaatccttc    360

cattcaaaat gtaggtactc tgttctcacc cttcttaaca aagtatgaca ggaaaaactt    420

ccattttagt ggacatcttt attgtttaat agatcatcaa tttctcgatt tctcgactat    480

tcctttgccc tcggacgagt gctggggcgt cggtttccac tatcggcgag tacttctaca    540

cagccatcgg tccagacggc cgcgcttctg cgggcgattt gtgtacgccc gacagtcccg    600

gctccggatc ggacgattgc gtcgcatcga ccctgcgccc aagctgcatc atcgaaattg    660

ccgtcaacca agctctgata gagttggtca agaccaatgc ggagcatata cgcccggagc    720

cgcggcgatc ctgcaagctc cggatgcctc cgctcgaagt agcgcgtctg ctgctccata    780

caagccaacc acggcctcca gaagaagatg ttggcgacct cgtattggga atccccgaac    840

atcgcctcgc tccagtcaat gaccgctgtt atgcggccat tgtccgtcag gacattgttg    900

gagccgaaat ccgcgtgcac gaggtgccgg acttcggggc agtcctcggc ccaaagcatc    960

agctcatcga gagcctgcgc gacggacgca ctgacggtgt cgtccatcac agtttgccag   1020

tgatacacat ggggatcagc aatcgcgcat atgaaatcac gccatgtagt gtattgaccg   1080

attccttgcg gtccgaatgg gccgaacccg ctcgtctggc taagatcggc cgcagcgatc   1140

gcatccatgg cctccgcgac cggctgcaga acagcgggca gttcggtttc aggcaggtct   1200

tgcaacgtga caccctgtgc acggcgggag atgcaatagg tcaggctctc gctgaattcc   1260

ccaatgtcaa gcacttccgg aatcgggagc gcggccgatg caaagtgccg ataaacataa   1320

cgatctttgt agaaaccatc ggcgcagcta tttacccgca ggacatatcc acgccctcnt   1380

acatcgaagc tgaaagcacg agattcttcg ccctccgaga gctgcatcag gtcggagacg   1440

ctgtcgaact tttcgatcag aaacttctcg acagacgtcg cggtgagttc aggcttttttc   1500

atggtggcgg ctggatcggt cggtcgaaag gcccggagat gaggaagagg agaacagcgc   1560
```

-continued

```
ggcagacgtg cgcttttgaa gcgtgcagaa tgccgggcct ccggaggacc ttcgggcgcc   1620
cgccccgccc ctgagcccgc ccctgagccc gcccccggac ccacccccttc ccagcctctg   1680
agcccagaaa gcgaaggagc aaagctgcta ttggccgctg ccccaaaggc ctacccgctt   1740
ccattgctca gcggtgctgt ccatctgcac gagactagtg agacgtgcta cttccatttg   1800
tcacgtcctg cacgacgcga gctgcggggc ggggggggaac ttcctgacta ggggaggagt   1860
agaaggtggc gcgaaggggc caccaaagaa cggagccggt tggcgcctac cggtggatgt   1920
ggaatgtgtg cgaggccaga ggccacttgt gtagcgccaa gtgcccagcg gggctgctaa   1980
agcgcatgct ccagactgcc ttgggaaaag cgcctcccct acccggtaga attcatcgct   2040
cgagcaattg gctagataac ttcgtataat gtatgctata cgaagttatc tagctctaga   2100
gtcgacgatt gaagagtgtg ataagtgccc agaccaagca gaacagaaat cagcatgtaa   2160
agatgatgat ctatggatat gatctaaaac catgtaaata cttcaaataa ttctatttaa   2220
tgcagtttga aataaaacac aaacttattc aaaatacaaa ttacttggta attattttgg   2280
gagctatgag ttcaccaaga aactcaaatt cctatttcta tttcaacccc tgattcctac   2340
tgtcaatggg agggaagtct cagaaccaat cacacatcag acggcaaatc tgtcaaccaa   2400
gagtctttcc actgaaggac ctgggaggtc aggaccctca ggaaagtgct ggggaccctg   2460
tcttgggagt gcccagcaga tctcagaact ctccatgggt cctgctggac actcatgtag   2520
ggtaacgagt ggccaccttt tcagtgttac cagtgagctc tgagtgttcc taacgggacc   2580
aggatgggtc taggtgcctg ctcaatgtca gagacagcaa tggtcccaca aaaaacccag   2640
gtaatcttta ggccaataaa atgtgggttc acagtgagga gtgcatcctg gggttggggt   2700
ttgttctgca gcgggaagag cgctgtgcac agaaagctta gaaatggggc aagagatgct   2760
tttcctcagg caggatttag ggcttggtct ctcagcatcc cacacttgta cagctgatgt   2820
ggcatctgtg ttttctttct catcctagat caggctttga gctgtgaaat accctgcctc   2880
atgcatatgc aaataacctg aggtcttctg agataaatat agatatattg gtgccctgag   2940
agcatcacat aacaaccaca ttcctcctct gaagaagccc ctgggagcac agctcatcac   3000
catggactgg acctggaggt tcctctttgt ggtggcagca gctacaggta aggggcttcc   3060
tagtcctaag gctgaggaag ggatcctggt ttagttaaag aggattttat tcacccctgt   3120
gtcctctcca caggtgtcca gtcccaggtg cagctggtgc agtctggggc tgaggtgaag   3180
aagcctgggt cctcggtgaa ggtctcctgc aaggcttctg gaggcacctt cagcagctat   3240
gctatcagct gggtgcgaca ggcccctgga caagggcttg agtggatggg agggatcatc   3300
cctatctttg gtacagcaaa ctacgcacag aagttccagg gcagagtcac gattaccgcg   3360
gacaaatcca cgagcacagc ctacatggag ctgagcagcc tgagatctga ggacacggcc   3420
gtgtattact gtgcgagaga cacagtgtga aaacccacat cctgagagtg tcagaaaccc   3480
tgagggagaa ggcagctgtg ccgggctgag gagatgacag ggttattag gtttaaggct   3540
gtttacaaaa tgggttatat atttgagaaa aaaagaacag tagaaacaag tacatactct   3600
aattttaaga taaatattcc attcaagagt cgtaatataa gccaaattca cagagtggaa   3660
aaggccacac tctataacgt tgatacaaac attccatgaa ggtgctactg tgaacaagtt   3720
ttcaaattgg atgaatacat gatttggagc aaggttattt gatcatgtgg tgagactaag   3780
aatgctcgac tctggacttg agtgtcattg tccagccatg ttgcacaagt gtgtcctgtc   3840
agggaaggat cagagttcct tgtgctctca gagggaaggg gtcacagagt tcctctctgg   3900
ttcccaggaa aggtaatcgc actaatcttc atgatcttca tgagactatc ctccagtgct   3960
```

-continued

```
gacctgttat agagtttttg tctgaagttc tcactgcaat ccccaatcta catattttca   4020
atcagaagtg tttagaggcc aggacacatc ttcaaggtca cacattgaga aggatgtaga   4080
tatgtcccac taccttctcc tgagatctca gacagaatcc cagatttcaa aaggacacag   4140
aaggacagct ctcaggtgct tttaaaaaat gacccacttc cagggacagg gagcttccct   4200
ataaccatgg tggatgttct gaactacaat aaacattgga tggatccagg attgtttgaa   4260
gtcactgtca ttattacatt cagctgctgt ttcaatgtgt ctgaagtagt aaatgacaat   4320
ttagatgaca atttatatga atcttcaagg gtagaacaat attgaccata ttccaaaatc   4380
tgtccttgat ccatgatcac actcatctcc cagaccaggt ccttcagcac gtctctttac   4440
ctgaaagaag aggactctgg gcttggagag gggagacccc aagaagacaa ctgagttctc   4500
aaagggcaca gccagcatcc tactcccagg gcgagcccaa aagactgggg cctccctcct   4560
cctttttcac ctctccatac aaaggcacca cccacatgca aatcctcact taagcaccca   4620
caggaaacca ccacacattt ccttaaattc aggttccagc tcacatggga aatactttct   4680
gagagtcctg gacctcctgt gcaagaacat gaaacatctg tggttcttcc ttctcctggt   4740
ggcagctccc agatgtgagt atctcaggga tccagacatg gggatatggg aggtgcctct   4800
gatcccaggg ctcactgtgg gtctctctgt tcacaggggt cctgtcccag gtgcagctgc   4860
aggagtcggg cccaggactg gtgaagcctt cggagaccct gtccctcacc tgcactgtct   4920
ctggtggctc catcagtagt tactactgga gctggatccg gcagcccca gggaagggac   4980
tggagtggat tgggtatatc tattacagtg ggagcaccaa ctacaacccc tccctcaaga   5040
gtcgagtcac catatcagta gacaagtcca agaaccagtt ctccctgaag ctgagctctg   5100
tgaccgctgc ggacacggcc gtgtattact gtgcgagaga cacagtgagg ggaggtgagt   5160
gtgagcccag acaaaaacct ccgtgcaggg aggcggaggg gaccggcgca ggtgctgctc   5220
agagccagca gggggcgcgc ggggcccaca gagcaggagg cccggtcagg agcaggtgca   5280
gggagggcgg ggcttcctca tctgctcagt ggtctccctc ctcgccagca cctcagctgt   5340
ccccaggggt cctctttctt tattatctgt ggttctgctt cctcacattc ttgtgccaag   5400
aaagaaatga ggaagacaaa ttttcgtctg tagttgaagt ttcaccaatc tcgagacgat   5460
gcggatgtga tttaagtttc agaggaataa aaaaaaagat ttagggatta atttaattat   5520
tcaaaagttg attgaagtgc cgagtgaatg gctgcaaaca tagtctacat ttttcaaatc   5580
attccctata aatttgaatt aattatttat ttttatactt gaataaagca ataacaaaga   5640
aataaatgaa tatttttgct aaaatggagc aataaaaaga ctgatattga cagaagaaat   5700
atgactgact tctgaaaata cacacacatg agccgtggtt ctctctacat atttagataa   5760
attacagaaa gttgtcataa ctgatgggga atcctgcaga cttcactagg catagtccac   5820
actgccctgg agttgtctca ggggagctgc ctcctccagt ggttagagca caggcccagg   5880
taataggact cattttttta gatgtgtaat tttagacaca ctgcacaact gctgtgttct   5940
ctgcgcaaat tatctcctgt aaaatgcaac attgaaacct gccttaaata tattgtgtaa   6000
atatgtaaaa ataaaatcag attgtgagag ctaaatgcta atcaaggcgc aatcacgtaa   6060
tatacaatta tattttcctg aatgatggaa ttaataccaa tctcccccag gacacttcat   6120
ctgcacggag cccggcctct cctcagatgt cccaccccag agcttgctat atagtcgggg   6180
acatgcaaat agggccctcc ctctgctgat gaaaaccagc ccagctgacc ctgcagctct   6240
gggagaggag cccagcactg ggattccgag gtgtttccat tcggtgatca gcactgaaca   6300
```

-continued

```
cagaggactc accatggagt tttggctgag ctgggttttc cttgttgcta tttcaaaagg   6360
tgattcatgg agaactagag atatcgagtg tgagtgaaca cgagtgagag aaacagtgga   6420
tatgtgtggc agtttctaac caatgtctct gtgtttgcag gtgtccagtg tgaggtgcag   6480
ctggtggaga ctggaggagg cttgatccag cctgggggt ccctgagact ctcctgtgca    6540
gcctctgggt tcaccgtcag tagcaactac atgagctggg tccgccaggc tccagggaag   6600
gggctggagt gggtctcagt tatttatagc ggtggtagca catactacgc agactccgtg   6660
aagggccgat tcaccatctc cagagacaat tccaagaaca cgctgtatct tcaaatgaac   6720
agcctgagag ccgaggacac ggccgtgtat tactgtgcga gagacacagt gaggggaagt   6780
cattgtgcgc ccagacacaa acctccctgc aggaacgctg gggggaaatc agctgcaggg   6840
ggcgctcagg agccactgat cagagtcagc cccggaggca ggtgcagatg gaggctgatt   6900
tcctgtcagg atgtgggact ctgtcttctt ctgacggttc cccagggaac ctctctaagt   6960
ttagcattct gtgcctatga acgtcttctc taagtatttg aaagagatta ttttaatatg   7020
aagagcagtt ctcactcgtc gacctcttct gaaggaccat gaatgcctca accaaccatc   7080
tcccctgcct ccatgaccag aaatgcacca cgtgcccaca cggatattca tccctcatgg   7140
ggataagact ccattgatga ggctgactat tttatcatat aaaattacta aagactgatt   7200
taagggtttc aaaaactaat tgaactctgt tgttctatgt ccaccagaga ttacaaatct   7260
tccaatgatg ccttctttgt tttttgtctg cttgactttg tctcttcaac ttgttctgta   7320
ccccagagaa tctctttcag ctccctcagg tgcattcaat tgttttattt aactgacaat   7380
ttctaaatca gttaaagaca ttacgctaaa gactccatat tcctaggtcc atattccttt   7440
ttccatattc ctaggaaggc attgtgaccc agagtctggg catgaccttg tgagtgttcc   7500
tgaccctcct ccatatgaga tgctggtctg ggtgttcttg ccccttttccc tggggtagag  7560
tcctcctgtt ttccccaggt gctccctccc acagctctag tgttctcaat cagtgtcatc   7620
accttccaga tcttctgccc tgccctgcag actaaggctc tgattccata agcaagatag   7680
gggagctgct cctcaataga tctttggtga ggatctctgt tcccatctca attcctgtag   7740
ggtggaacca gtgttcctag gattctggtt tcagtagctt gtccctgcag agtaaattct   7800
tagttctgta gggggattaa gggagttggg tctgaataca ttttagatgt cgaggatctt   7860
gttctctccc agaaagacac ttcgggaaag taagactttg gtaactgtcc cctttcttgg   7920
ggaaagggat tcaagaggat aggttgcttt tgggcatgtg gtcccttaaa atttcacact   7980
aaaaagcgtt tcccacactc aatttcaagc agcccaatat atatttgtat tttttcttgg   8040
aacagacaat attttatatt ccagactctg ccttaggtaa tttcaaaccc cggctttgtt   8100
actctctaca agaaattgct tctccataag cttcagattt gttgtgtgtt ttgaaatttt   8160
atcagaaata ttaaagaaaa ttggcaaaat tccatcctcc atgtttatct gttattgttg   8220
atgcagttgt aaaaaataag aaaaatatat tcctttttttc tgtacatttc caagcttagt  8280
agcaaatttt tagtaacacc cagaataata aaaaattcaa atattgttta gctgcttaat   8340
aggaaaacaa attatagtaa atttgtttgc tagaatgcta cccagcattt ataataagta   8400
aacatttgat atacccaact acaaggtaaa atatccattt atgctaacta aaataagcca   8460
aacaaatgag aatatatact gttatttcat ttttataaat tctgaaaaat taaaatgaat   8520
ttgcagcaat gtaaagatca gtagttgcca gggaaatggt agaagaaaga aaggaaaagg   8580
agaaagaata cagaaaaaca aaaggaaatg ttaagaattc tcttgtccaa cttgataagg   8640
atgacggtta catcattttt atcaactgta atctttaaat atgtgaaagt ttattatccg   8700
```

-continued

```
taaactaaac gttataaact ttattacaag caaaaattga aagttagaca acaaggagtg   8760
atagaaagag aaaatgtata ttaaatttca gaaatattta agaatgtatc tgcctgaacc   8820
ctagttctca ccatatcttt aggtgaatgc taaaatgcag caaaatcacg catgttctca   8880
ctacagaaag tgggttctac aaaccacact cggcacattt agctttgtcc tggagttggt   8940
gcagggagtt attggggcca gtgatgagga gcacaggcca agataccagc gattacttat   9000
cccaaacatg agctctaaca tacacactta gtccctttc cgtgtgtggt ttacttccac   9060
atctgtacat ggagagacca ctgactgaca aaatataatt tatacaaata tgtaaaatta   9120
aatagggtga tcagttcaag gtgtttatca cagcataatt ttacaataag acagcatatt   9180
tcccaaatac catcattgtc accaaactcc ttcaaggcac agtcatctta tctgggcccc   9240
gtcctctcct caggtgtccc accccagagc ttggtatata gtaggagaca tgcaaataag   9300
gccctccctc tgctgatgaa aatgagccca gccctgaccc tgcagctctg ggagaggagc   9360
cccagccgtg agattcccag gagtttccac ttggtgatca gcactgaaca cagaccacca   9420
accatggagt ttgggcttag ctgggttttc cttgttgcta ttttaaaagg taattcatgg   9480
tgtactagag atactgagtg tgaggggaca tgagtggtag aaacagtgga tatgtgtggc   9540
agtttctgac cttggtgttt ctgtgtttgc aggtgtccaa tgtgaggtgc agctggtgga   9600
gtctgggga ggcttggtac agccagggcg gtccctgaga ctctcctgta cagcttctgg   9660
attcaccttt ggtgattatg ctatgagctg gttccgccag gctccaggga aggggctgga   9720
gtgggtaggt ttcattagaa gcaaagctta tggtgggaca acagaatacg ccgcgtctgt   9780
gaaaggcaga ttcaccatct caagagatga ttccaaaagc atcgcctatc tgcaaatgaa   9840
cagcctgaaa accgaggaca cagccgtgta ttactgtact agagacacag tgaggggagg   9900
tcaatgtgag cccagacaca aacctccctg caggggcgca cagagccacc agggggcgct   9960
agggaccgac tgagtacggg acaggtccca ggagcaggtg cagggggagg tttccttttt  10020
ccttggctgg aaaagtcacc tttatcttcc caggactcga cgatgagact atcctccagt  10080
gctgatgtac tatagagttt tcatctgaag ctgtcactgc tatccccaat gtacatcttt  10140
tcacacagaa atgtttagag gtcaggccat attctcaggg ttacacattg agaaggatgg  10200
agatatattc tactaccttc tcctgagatc tcacacacaa tctcaaattt caaaaggtct  10260
cagaagggca gctctcaggt actatttaaa aataacccac ttcctgggac aggtagcatc  10320
cttctaacca tgatggatgt tctgaactac agtacacatt gcatggatcc gggtttgtct  10380
caattcactg tgattattac actcagcagc tgtttcaata tgtctgaagg ggtaaatgac  10440
aatttaggtg acctgggtgt atggttggtg ttatatgaat ctttaaatgt agaacagtat  10500
taactgtatt ccaaaatctg tctttgatcc atgatcacac ttgtctccca gaccagctcc  10560
ttcagcacat ttcctacctg gaagaagagg actctgggtt tggtgagggg aggccacagg  10620
aagagaactg agttctcaga gggcacagcc agcatacacc tcccagggtg agcccaaaag  10680
actggggcct ccctcatccc tttttaccta tccatacaaa ggcaccaccc acatgcaaat  10740
cctcacttag gcacccacag gaaatgacta cacatttcct taaattcagg gtccagctca  10800
catgggaagt gctttctgag agtcatggac ctcctgcaca agaacatgaa acacctgtgg  10860
ttcttcctcc tcctggtggc agctcccaga tgtgagtgtc tcaggaatgc ggatatgaag  10920
atatgagatg ctgcctctga tcccagggct cactgtgggt ttctctgttc acaggggtcc  10980
tgtcccaggt gcagctacag cagtggggcg caggactgtt gaagccttcg gagaccctgt  11040
```

-continued

```
ccctcacctg cgctgtctat ggtgggtcct tcagtggtta ctactggagc tggatccgcc  11100
agcccccagg gaaggggctg gagtggattg gggaaatcaa tcatagtgga agcaccaact  11160
acaacccgtc cctcaagagt cgagtcacca tatcagtaga caagtccaag aaccagttct  11220
ccctgaagct gagctctgtg accgccgcgg acacggctgt gtattactgt gcgagaggca  11280
cagtgagggg aggtgagtgt gagcccagac aaaaaccccc ctgcaggtag gcagaggggg  11340
cgggcgcagg tactgctcaa gaccagcagg tggcgcgcgg cgcccacaga tcccgaggcc  11400
gggtccggag caggtgcaag gagggcgggg cttcctcaac agctcagtgg tctgtctcct  11460
cgccagcacc tcagatgtcc ccaggactct ctttctttat tatctgtggt tctgcttcct  11520
cacatccttg tggcagggaa gaaaggagga agacaatttt tctgtttact gttgaggttt  11580
caccaattac ctcgacgtct tgttacactt catcaagaat taacctctgc tgtttcctca  11640
aagtgtttaa ttggataatg aatttgtcta taaattgaag agttgaaata catcaaatat  11700
taatttgtaa taatctggca caaattatct aagcaaattc aataactaga tgttttttca  11760
tttattttta tttaaaatca ggatctaagc actgacatgc tttaataaca tctgtgaccc  11820
tctcagcagt tttctcttct gagtatatga tctgctgtgg cagttttctt agcttcaatg  11880
ttacctcttt tggcaatgac taccgtcttt atatttgcca ggaatctggg ataagggagt  11940
gcttctaaga gttccctaac ttgcccattt tggtgggtgt tccagaacat atgagatgct  12000
ctgttgttaa caaagcatcc caaagccatg cactgcccta aaatgtgttt gtttcctagt  12060
ttgacaaatt ggaagttcta ataaatacaa tcacttctgc catctgggct gattttacat  12120
cagatagagg gctgtattcc aaagaaaagc ttacattagt aatagcaatt ctagtcagaa  12180
acctagagtt ttatcattga ggtgcaattc ataacaaata atattaggtc gaggttctca  12240
gtggcagtgt ctaaatctct taggtgtaca gggtcttccc tgttaacatg aagcatttat  12300
aagcacagtc atagtttcca gctatgcttc tccctgtctc attatcacca caaactatgg  12360
cctcacctgg aacttgggtt aatttccaaa taagtaattt tttagtgttt atgcctctag  12420
attattatgt gagaaagtta acattcagta gaaagttaaa aagaacattt gaactgacta  12480
aacaacacag acaatcaaga ataaaattca aagcctagat gtgagaggct ccaggcctgg  12540
ataatgcaat agttcatgta tgcaggcagt ttctttgccc agttctacac tgatacaccc  12600
agaatgtcag cttcatgcca gatttgactc ctattatgta gagacatggc aatacattct  12660
caagggtcac atgaaataat atgaaaattg gtgggaatag gggaggagac aactctgcaa  12720
ttctcatctg aaggaccagg aaagcctgga cagaccatct ccccagcctc cgtgactgca  12780
ccacgtgccc acatggacgc tcatccctga tagggtaaga agactccatt gatggggctg  12840
agcattttat gatagaaatt actagagact gacgtggagg tttcaacaac taatatttat  12900
aaccaaaatt taattacccc cacattgtta ccattttctt cagtgaaaaa ttgcttgcca  12960
tgattaagtt ttaagtagat ttccaatgtt cacaactgag cttccaagag agtcttgaga  13020
acaaaaacaa tgagggcaga gaaatctacc ttttctgcat tcaccactaa actcaagtgg  13080
actcagcact gcctttgatc actgctactt ctctgcagag ttcaggtttc tacttctcac  13140
aattctgaca cacattctac ctctcctcag atgtttggcc tctgcttctt gtaaggtcac  13200
cctctgttct taacttcttc tctgagtcat tttgtgaggt ggtcatgagc cattaaatgg  13260
atattttata ttttcccaac atgaatcaca tgagtggtca tgaattatac ttctgattat  13320
ggcagttgat ttttcttggc atgttcatga ctagtaatat ttgaagccat ttcattcaaa  13380
tcttcggggc ttcgtttttg ttgctatgac attttttctt ctattgagtc tttccactag  13440
```

-continued

tattataaca tgacctagta tccaggctca gttgtcatta ataataacca catatgtcaa 13500

aaatcatgca ttcttttcac agcagacata atttcctctt ttctgcagat gaagacacac 13560

tgctgagcta cccccactta caagaatata tgcacaatta tgatatcttc atttatttga 13620

ctaataagct atatcattct cccttcaaat tctttacccc ccagaagtcc tggacaaatt 13680

tctgcatctg ctcaaacgat aaactcagaa ctacatggtg agtaaaagtc acctggttct 13740

ggatattggg tccatctctt cccctccaat gtcccagagc acctcagcac acccgtccag 13800

gttctatcaa gaaagagtag ctcctgcaca ctgaaggaaa caattgagtt aagagaggac 13860

ctgcagatga tagacaatat tgaaaactgt taatatgaca aaggattact accaagcatg 13920

tgaaataagc tcaacgggtg cggtggttca tgtctgtagt accagcaatt tgggaggcaa 13980

gttgcgcaga tcacctgagg ttaggagctc gacaccagcc tgaccaacat aaagaacacc 14040

ctgtctctac taaaagtaca aaattagccg ggcatggtgg catgcgcctg taatcccagc 14100

tactcgggag gctgaggcag gagcatcact tgaacctggg aagtggaggt tgcggtgagc 14160

tgagatggca ccattgcact ccagcctggg caacaagagg gaaactccat ctcaaaaaaa 14220

aaattacaaa aaattagctg agcgtggtgg tgggcgcctg tatacccagc tgctagggag 14280

actgaggcag gagaatggct tgaacccagg aggtgaaggt tgcagtgagc tgagattgcg 14340

ccattgcact ccatcctggg caacaagagt gaaactccat ctcaaaaaaa aaaaaagaga 14400

cttgcaaagg gcaaatagat catagacaga cagatagata gatagaccta ttagtataca 14460

tacatacata tatatacact aatattcagg aaaatgcaaa ttcataatga gatgtctttt 14520

cacccttcat ctctgctaga aagtttgtta tctgaaaaac aaatacatac atacatactt 14580

attaaaagct ggccaggatg cctagaaagt aaaactcata gaccactggt ggaaatgtaa 14640

attagtgcag ccatcaaggg aaaaaaatag aactaccata tattccagca atccaactgc 14700

taagtatata tctatttaaa tatttaaaag aaaaaactaa tattgaagag atacctgtac 14760

acccatgttt attgcagcac taatcacaat ttctaggata tgaaatcaac atatgtgtcc 14820

atcaacagat gaatggatac ataaaatgtg atatatttac acaatggaat attattcagc 14880

cttaacaatg aaattctgcc gtttgaagca acatggatgg aatgggacac ctctatgttg 14940

agtgaaatga gtcagacaca gaaaaataaa taccgcattt ctcagcgtta cttctagaag 15000

taaatagtag agtagtggtg atgagatgcc aggaatgaga gaaggctgag ataagaagag 15060

gtttgttaac aaacacacaa ttacaggtag acaggaggga tgtgctctag tgttctacag 15120

cacagtaggg tgactacagt taacaatata ttgtacgttt tctgtttaca agaagccaga 15180

agagagaatt ttctatgcta ccaacacaaa taaatgttag tgtctgaact gacgaatttg 15240

ctcattgttc tgattttagt cataccaagt ggcacacatg tattcaaata tcacactgta 15300

ccccataaac ataagcagtt attatgtgcc aaatttgaaa aatcctttaa ttagaaggaa 15360

ttatattggc gtacattaca aatgattcaa cacagagaca ggaataaata ccatttttct 15420

ttgaaatagt taattaacta acaatgtagt tacattcatt tgcaccaaat cgtgtatttg 15480

ataatggtat gcatagacag atttatgcat aggataatat cttttaattt tagactacta 15540

cttaatacta taaatataaa taattttaaa acaactaagt aaaaagaata aagctgagaa 15600

aatgtgtgtg tggtgtgtga tgtgtgagct ttttcttgtg caccactgtg tccttggtgg 15660

atgtgtggtt catgtgtttg tttttattta ctctgtttgg ggttctcttt gcttctagga 15720

tctgtagttc agtttctttc acaaaattgg gaacattctt cgctattatc tttttcaaat 15780

-continued

```
agtttctgtg tatttataat ttctccttct cagatttaaa atatacacat actataattt  15840
tgatattaat gtttagtttc tttcttcact ctcttttcgt ttgcaattta ctttgtgaaa  15900
tttctaatga catactaatc acatggtttt attgaaaagc tgagccagct ctactgaggt  15960
gtgtgccaaa agattgctcg atgtttatac agcattgctt ttgatttctt atgcatttcc  16020
atttgattta ttcttagtat tttcatattt cagttcccta tctatgtcca cgatttcttt  16080
aagagattct tgcgtgtgaa ttatagttac tttacatatc ttgtttaatt agatatttat  16140
aacatctgtt tcatctacaa atctcatgct gatcatttgt ttattacaac tttggtactt  16200
ctcattaatg tatgtaataa ttgttgatag ccacagatac tgggatggac agtggatact  16260
ggccttatta tttcatttta tgcatttctg cctgtatttg accacacttt acctttgcca  16320
ggcctttact gtggaagtat ctgtgaatct tctcagaact atatttgaca ttcacttttg  16380
cagtggacat caaagttgaa gtctgttctt ctgtgtccac cagagacttc agttcctcca  16440
gtgatacctt gtttttcttt cctgcttggc tttgtctctt cacctgttcc ctcctccaga  16500
gaatcatgtt cagctccctc aggtggatta aaatgttatc taactgacaa ttgtgaaatt  16560
ggtggaaagc aatagaataa agggagattt tctgaccttt cttgggttca tattgtgaac  16620
atgagtctgg gtgtgacctt cccaatgttt ctgaacttcc tccagatgag atgttggtct  16680
gtgtgttctt gctcttttcc ctgctgtgga gtcctcttgt ttcccccagt tgttccctcc  16740
cgcagctcca atgttctctt tttgtgttat caccttacag atttgctgac tagaactgca  16800
gattagggct ctgattaaat aagaaggagg ggagatactt ctcaatggaa cttaggtgaa  16860
gacctctttt cccatctcag ttcttaaggg attgccccag tgnnnnnnna ctggttttgg  16920
tggcttgccc ctccaaaaaa tttctttgtt ctccagtggg gatatggaag gtgggtctga  16980
acacttttca gaagggtggg cactttttct ctcctagaca gacacaatgg gacagaacaa  17040
ttttggtgac tgtccccatt ttggggaaaa aggattcaat aggataggaa aactcttcag  17100
tctgtggtcc cttagaaatt caccctacaa cacatttacc acacttgact tcaagaaatc  17160
caatatatat gtgtgttttc atcttgtaat agcctacatt ttacatgcca tactctgcct  17220
cagttcagct cataccccag ctttgttact ctttacaaga acttgcctct ccctagattt  17280
cacatttgct gtttatctta aaacttcaag tatctaaagt attattttta aaaaatggcc  17340
agttgtggtg gctcacacct gtaatcccaa cgctttggga ggctgaggta tgtggatcac  17400
ctgaggtcag gagtttgaga ccaccctggc caacatggta aaacctgtct ctactaaaaa  17460
tacaaaaaaa aaaaaatagc ttggcatggt ggcaggcacc tgtaatccca gctactcggg  17520
aggctgatac tggagaatag cttgaaccca cgaggcagag tttgcaagtc gtaccattgc  17580
actccagcct gggcgacaga gtgagactct gtctcaaaaa aaaaaaattcc aaaattccag  17640
ctcctctgtt tatctatttt tgttgatact gttgttgtaa aacataagta aaatatatta  17700
ttcatctatg tacatttcca agctgtgtag aagaattttt aataagaccc agagtaaaaa  17760
aagaatgcaa atatgtaggg gccagcccta cagggtctgt ggatctttct ccccatgtgc  17820
agagatgaga gatcatagaa ataaaggcac aagacaaaga gatagaagaa aaaacagccg  17880
ggcccagggg accactacca ccaagacaca gactagaagt ggccccaaat gcctggctct  17940
gctgttattt attggataca aggcaaaagg ggaagggtaa ggagtgtgag tcatctgcaa  18000
tgattgataa ggtcatgtgt gtcacgtgtc cgccagacag agggcacttc cctgtttggc  18060
agccgaggcg gagagagaga gaggacagct taggtcatta tttcttccat tctcttctca  18120
gaaagatcaa agactttaat actttcacta attctgctac tgctatctag agggcggagc  18180
```

-continued

```
aagtgtacag agtggaacat gagagtgaaa caggagtgtg accgctgaag cacagcatca  18240
cagagagacg tttaggcctc tggagggctg cgggcaggtt tgactgatgt caggccttcc  18300
acaagaggtg gtggagcaga gtcttctcta actcccccgg ggaaagggag actccctttc  18360
caggtcttct aagtaatggg tgccttccca ggcactggcg ctaccgctag actgaggagc  18420
cctctagtgg ccctgtccgg gcgtgacaga ggctcacact cctgtcttct ggtcacttct  18480
caccgtgtcc cttcagctcc tattgctgta tggcctggtt tttcctaggt tataattgta  18540
gagcaaggat tgttataatg ttggaataaa gagtaatgct acagactgat gattaatgat  18600
attcatatat aaacatatct ataacctatt actagtacaa ctattcttat tttacatatt  18660
ctcttcatta cactggaaca gcttgtgccc tcagtctctt gcctcagcac ctgggtggct  18720
tgccgcccag acaaatattg ttaagcttct taatagaaaa acaaattatg gtaaatgtgt  18780
tcactggaat actacccgtc atttataata aattaatgcc tgatacacag agcaacaagg  18840
taaaatatct aagtatttat gttgagtaaa ataagctaaa caaataagaa tatatactat  18900
gtaatttcat ttttataaat tctgataaat aaaaatgcat ctgaagtaaa ataatgaaga  18960
taagtagttg cctggggaaa tggtagaaga agggaggggg agaggaggag gaatacagca  19020
gaacaaaggg aaaatgttga gaagaattca cttgtccact ttcttgataa tgatagcagt  19080
tacatcattt ttattagttg tacattttaa atatgtgaag tttatcatct ttcaattaag  19140
cctcataaaa tgtcttacaa gcaaacaaat ggaaacttag acaaggaaag agtaatagaa  19200
agatagaaaa aataagttca atgtcagaag tacctgaaaa ttaatgtgcc tggatcctag  19260
ttctctccat attttcagaa gagtgctgga gggcagcaaa accacacatg ctcttattac  19320
ggaaagtggg ttctgataaa aacactagac acatccagct ttgtcctgga gttggtttag  19380
ggggatgtca gagacagtga tgaagagcac agggccagat accggggttc actcatccca  19440
gacatgagct cctagatgca tacagagccc ccccatgtgt gggtttactt ccacttctgt  19500
aaatggagaa aatattgtct cctacagaac atagtttaca tgaatactta aaatgaaata  19560
gggtgattag tgcaaagtgt ttatcacagc acaatttcat aataagacag catattttcc  19620
aaatgcaatc attgccagca aacttctaca gggcaccgtc gtcttatctg ggtacagcct  19680
actcctcaag ggtcccaccc tagagcttgc tatatagtag gagatatgca aatagggccc  19740
tccctctact gatgaaaacc aacccaaccc tgaccctgca gctctcagag aggtgcctta  19800
gccctggatt ccaaggcatt tccacttggt gatcagcact gaacacagag gactcaccat  19860
ggagttgggg ctgtgctggg ttttccttgt tgctatttta gaaggtgatt cacggaaaac  19920
tagagagatt tagtgtgtgt ggatatgagt gagagaaaca gtggatatgt gtggcagttt  19980
ctgaccttgg tgtctctttg tttgcaggtg tccagtgtga ggtgcagctg gtggagtctg  20040
ggggaggctt ggtacagcct ggggggtccc tgagactctc ctgtgcagcc tctggattca  20100
ccttcagtag ctatagcatg aactgggtcc gccaggctcc agggaagggg ctggagtggg  20160
tttcatacat tagtagtagt agtagtacca tatattacgc agactctgtg aagggccgat  20220
tctccatctc cagagacaat gccaagaact cactgtatct gcaaatgaac agcctgagag  20280
acgaggacac ggctgtgtat tactgtgcga gagacacagt gaggggaggt cagtgtgagc  20340
ccagacacaa acctccctgc aggggtccgc aggaccacca gggggcgaca ggacactgag  20400
cacggggctg tctccagggc aggtgcaggt gctgctgagg gctggcttcc tgtcatggcc  20460
tggggcggcc tcattgtcaa gtttccccag ggaacttctc cagatttaca atcctgtact  20520
```

-continued

```
aatatttgat gtctctaaat gcaacctttt ttttcctttt tgtgtctgtt tttttttttt  20580
taaaaacagg aggacacatc ctcacctcca cagaagccac agtgtcactt tgggggcgga  20640
aataatcctt tcgtggtcaa cagggtgaga gttttgagga atcccaggga aacctgggga  20700
atgttttcca attagactca gggcagagac ctccatggga atccctgatt agaacaggct  20760
ttgagttctg atgggagcca aaagagaggc tcacccaggg tcagggttct taaaacctga  20820
tggttttcac agcaatcccc cttcatcttg tgaaactggg cacatctgac tcagactgat  20880
tcagttgacc ctctttctgc taatccattt tccttcccag tagacttgat tctcacagat  20940
ccctttcttc ttctctttcc tgaaaacaga ggatgtgttt tctgtagtcc tcgagccttg  21000
attgaagtgc tgagtaaatg gttgcaaaca taggtctaca tttttcaaat cattcaccat  21060
aaatttgaat tatttattaa ttacactcga ataaagcaat aaagaaactg atgagataat  21120
atttgactga attgcatcaa taaatagatc gatattaaca caaggaatat aactgatttc  21180
caaaaacata cacatgaacc gtggttcact ctgcgtattt agataaatta cagaaagttg  21240
tcataacaga tggggaatcc tgcagacttc actaggcatg ggccatgctg ccctggagtt  21300
gtctcagggg agctgcctcc tccagaggtt agagcacagg cccaggtaat aggactaaat  21360
ttttagatgt gttatcttag acacactgca caactgctgt gttctctatg taaattatct  21420
cctgtaaaat ataacattga agcctgcatt aaatatattg tgtaaatatg taagaataaa  21480
agaaagttat gagagctaag tgttaatcaa ggcacaagca tataagatat aactatattt  21540
tcctgaatga tggaattact accagtctcc cccaggacac ttcatctgcc ctgagcccag  21600
cctctcctca gatgtcccac ccagagcttg ctatatagtg gggacatgc aaatagggcc  21660
ctccctctac tgatgaaaac cagcccagcc ctgaccctgc agctctggga gaggagccca  21720
gcactagaag tcggcggtgt ttccattcgg tgatcagcac tgaacacaga ggactcacca  21780
tggagtttgg gctgagctgg gttttcctcg ttgctctttt aagaggtgat tcatggagaa  21840
atagagagac tgagtgtgag tgaacatgag tgagaaaaac tggatttgtg tggcattttc  21900
tgataacggt gtccttctgt ttgcaggtgt ccagtgtcag gtgcagctgg tggagtctgg  21960
gggaggcgtg gtccagcctg ggaggtccct gagactctcc tgtgcagcgt ctggattcac  22020
cttcagtagc tatggcatgc actgggtccg ccaggctcca ggcaaggggc tggagtgggt  22080
ggcagttata tggtatgatg gaagtaataa atactatgca gactccgtga agggccgatt  22140
caccatctcc agagacaatt ccaagaacac gctgtatctg caaatgaaca gcctgagagc  22200
cgaggacacg gctgtgtatt actgtgcgag agacacagtg aggggaggtc attgtgcgcc  22260
cagacacaaa cctccctgca ggaacgctgg ggggaaatca gctgcagggg gcgctcagga  22320
gccactgatc agagtcagcc ctggaggcag gtgcagatgg aggctgtttc ctgtcaggat  22380
gtgggacttt gtcttcttct gacagttccc cagggaacct cttaaattta gaaaactgtg  22440
cctaacaatg tcttctctat gcatatgagg accttttctc cctggcacaa aatgcagatt  22500
gacgctgaca cggatggtcg acgctgctga cattcctaga taactgcagc tgtagttatg  22560
cctgctaagg tttgggcgca tggggcttgg cttttgtcag ctccctggga tttattttcc  22620
caaacaaaga aacctccagg ttaggggcac cctattcatt cccatcacct ggcatgattt  22680
aaaggataat tgcttagaat taaaatattg atccagattt tttatattcc ccatcgcttt  22740
ttgtttcttc tgggctgtag ccagagatca ttgattggcg ctcaggaata agcagagtta  22800
gtctaaaatg caggcaaata cttaaacaac tgaagagatt agaatttaaa gacaagtgta  22860
tgatatgttt tgaaatacaa tgtttctctt tccagttttg gtttttgtca gcagcaaata  22920
```

-continued

```
atgataagac tgagttgttt gcaaaataaa ctttagtctt aaacttggcc tgattatttg  22980
cataaagtgc agcaagaata ttaataataa ttctgtagga aaagcctgca agcaccagga  23040
gcttcacagt ctaacactat gagcacgtgc atcctcacgc aactcactga atatgtccaa  23100
gtcagcctgt tccgatctta aatgccatcc agtggcatct gccccaggta cactaataca  23160
tgggtcctgc ttctctctgc agccgcctct ctcctcagat ttcaggtttt gtgtattgtt  23220
tgttttctct ctgacatcaa cacagatatg ttgaaggttt tctttttttt atttgtagtt  23280
gttcagcttt gttgttaatg aggtcagaat aagctcatag tttacacatt tttacattcc  23340
catgccgagt agctgctttt ctctatcaaa tccattaact gagagaacaa tcacatttcg  23400
ttacaggtga acagttaaat agtttggcat atatttctgt gctggaatct aatgcagctt  23460
gaaatcaagt catgcctcac tcattgaaaa aaacatggct aaattctcaa agaattgtgc  23520
tgagtgaaag aaactaagga atgaagagta aattttatat gatacatttg tagaaatttt  23580
agaagatgcc actattataa attaacatgg agaagattta agtgtttctg agaatatgct  23640
attgggagta atggggatgt gagttaaatt tcagaggaat aagagaaaga tttagggatt  23700
aattttttca aaccttgatt gaagtgctga gtaaatggtt gcaaacatag gtctacattt  23760
ttcaaatcat tcaccataaa tttgaattat ttattaatta cactcgaata aagcaataaa  23820
gaaactgatg agataatatt tgactgaatt gcatcaataa atagatcgat attaacacaa  23880
ggaatataac tgatttccaa aaacatacac atgaaccgtg gttcactctg cgtatttaga  23940
taaattacag aaagttgtca taacagatgg ggaatcctgc agacttcact aggcatgggc  24000
catgctgccc tggagttgtc tcaggggagc tgcctcctcc agaggttaga gcacaggccc  24060
aggtaatagg actaaatttt tagatgtgtt atcttagaca cactgcacaa ctgctgtgtt  24120
ctctatgtaa attatctcct gtaaaatata acattgaagc ctgcattaaa tatattgtgt  24180
aaatatgtaa gaataaaaga aagttatgag agctaagtgt taatcaaggc acaagcatat  24240
aagatataac tatattttcc tgaatgatgg aattactacc agtctccccc aggacacttc  24300
atctgccctg agcccagcct ctcctcagat gtcccaccca gagcttgcta tatagtgggg  24360
gacatgcaaa tagggccctc cctctactga tgaaaaccag cccagccctg accctgcagc  24420
tctgggagag gagcccagca ctagaagtcg gcggtgtttc cattcggtga tcagcactga  24480
acacagagga ctcaccatgg agtttgggct gagctgggtt ttcctcgttg ctcttttaag  24540
aggtgattca tggagaaata gagagactga gtgtgagtga acatgagtga gaaaaactgg  24600
atttgtgtgg cattttctga taacggtgtc cttctgtttg caggtgtcca gtgtcaggtg  24660
cagctggtgg agtctggggg aggcgtggtc cagcctggga ggtccctgag actctcctgt  24720
gcagcgtctg gattcacctt cagtagctat ggcatgcact gggtccgcca ggctccaggc  24780
aaggggctgg agtgggtggc agttatatgg tatgatggaa gtaataaata ctatgcagac  24840
tccgtgaagg gccgattcac catctccaga gacaattcca agaacacgct gtatctgcaa  24900
atgaacagcc tgagagccga ggacacggct gtgtattact gtgcgagaga cacagtgagg  24960
ggaggtcatt gtgcgcccag acacaaacct ccctgcagga acgctggggg gaaatcagct  25020
gcagggggcg ctcaggagcc actgatcaga gtcagccctg gaggcaggtg cagatggagg  25080
ctgtttcctg tcaggatgtg ggactttgtc ttcttctgac agttccccag ggaacctctt  25140
aaatttagaa aactgtgcct aacaatgtct tctctatgca tatgaggacc ttttctccct  25200
ggcacaaaat gcagattgac gctgacacgg atgaaaattc ctcaaccatg gtcacaagga  25260
```

-continued

```
tcagagtcct gagtaacctc agggcttcct ggtgattctt ctccaatcag acccaggaca  25320
gggacctccg tgagattccc tgactggaac agtctttatg gatcctggtc acagacaata  25380
gagaggctga accagggtca gcgtcatgta gaacgtcaca gatttcacgt ctgatccttc  25440
tcctgacacg aaagtatgca aatcagtatc agcaccgatc tgctcgacga tggaaagata  25500
gataccaaca tgagaaatgt atgacactca agaaaataaa actgtaggaa acttgctttt  25560
ctttatattt gttaggtaat caccacagtg tgtacacatc acaccatgtt cccattacag  25620
agaaaaggtt ctgcgaacct cacgagctgt gacccctgtg tgctgggctt ggttcaggga  25680
gaagtcaggt ccagtggtga gaagcacagg cccagatgcc caggctcact ctgaccaaaa  25740
gtgagcactg gggacattgt aaaacccacc tgtgcttttg ctgataattt ttcatcttta  25800
acatggaaat aatattgata ctatatacca tggtttctct gcgtatgtaa aaataaaaga  25860
tgattggtgc taactttaaa aatatgcagt ttatgtagat ctatggtacc tcaataaaac  25920
tgttttaaaa taaaaattac aaaattataa gatttttagg ttttaaggtt taagtttatc  25980
acaaaacaaa ctgacaatag gaaagcacaa tttcccaatg ctttcaatat cacagatctc  26040
cccgaggaca ttctgacatg ctctgagccc cactatctcc aaaggcctct caccccagag  26100
cttactatat agtaggagat atgcaaatag agccctccgt ctgctgatga aaaccagccc  26160
agccctgacc ctgcagctct gagagaggag cccagccctg ggattttcag gtgttttcat  26220
ttggtgatca ggactgaaca gagagaactc accatggagt ttgggctgag ctggcttttt  26280
cttgtggcta ttttaaaagg taattcatgg agaaatagaa aaattgagtg tgaatggata  26340
agagtgagag aaacagtgga tacgtgtggc agtttctgac cagggtttct ttttgtttgc  26400
aggtgtccag tgtgaggtgc agctgttgga gtctgggggа ggcttggtac agcctggggg  26460
gtccctgaga ctctcctgtg cagcctctgg attcaccttt agcagctatg ccatgagctg  26520
ggtccgccag gctccaggga aggggctgga gtgggtctca gctattagtg gtagtggtgg  26580
tagcacatac tacgcagact ccgtgaaggg ccggttcacc atctccagag acaattccaa  26640
gaacacgctg tatctgcaaa tgaacagcct gagagccgag gacacggccg tatattactg  26700
tgcgaaagac acagtgaggg gaagtcattg tgagcccaga cacaaacctc cctgcaggaa  26760
cgatgggggg gaaatcagcg gcagggggcg ctcaggaccc gctgatcaga gtcatccgca  26820
gaggcaggtg cagatggagg ctgtttcctg tcagggtgtg ggacttcatc ttcttctgac  26880
agtttctcta gtgaacctct ctaacctcag aattctgtgc ttactaatgt catctctacg  26940
tatttttaa aagatcattt taatatgagc acctattctc acacgcacca aatgcagatt  27000
gacgcttaca gagatgctcg accactggga ttcctaaggc caattcagta tttcaaaaga  27060
tggtgtgaga agcacaggct gtcactaaag gagaattctg agccagggca cagccacttt  27120
atacttggct ggggacactg gtaggaatat actctgtgag atcagacagg aacctccttg  27180
caggggcagg gcagggctgc agggggcgct caggacacac agagcacagg cttccgcccc  27240
agagcaggtg aaggaggctg gggaggggtt cctctcaggg cctgggactt cctttaaaaa  27300
atctaaaata agtatttcac aaggactgcc gatgtttata taaatatcct attcaattgt  27360
gagcatttat gaaactcgat gttgtaatga gaaccacttt tacaatggga atttcaaact  27420
tccctagaca tcttaatagt aagcagctgg aggtcaggag gagatccttt cttataaata  27480
agtgcaattt ttggagaaac acactcattc ccaaaatagc acattcacat attaaggtct  27540
agaaatgatt cgagttgccc ctgagacagt caaatgtggg ttctaagtga ggtgcgtgtc  27600
ctgggggagc ttgttctcca gtgggggaag ctctgtcaac acagagttca gggatggata  27660
```

-continued

```
ggggatgcgt ggcctctaac aggattacgg ctttaaccct cagcttctac aattgtgtcg  27720
tccatgtgtc atgtatttgc tctttctcat cctgggtcag gaattgggct attaaatagc  27780
atccttcatg aatatgcaaa taactgaggt gaatatagat atctgtgtgc cctgagagca  27840
tcacccaaaa accacacccc tccttgggag aatcccctag atcacagctc ctcaccatgg  27900
actggacctg gagcatcctt ttcttggtgg cagcagcaac aggtaacgga ctccccagtc  27960
ccagggctga gagagaaacc aggccagtca tgtgagactt cacccactcc tgtgtcctct  28020
ccacaggtgc ccactcccag gtgcagctgg tgcagtctgg agctgaggtg aagaagccta  28080
gagcctcagt gaaggtctcc tgcaaggctt ctggttacac ctttaccagc tactatatca  28140
gctgggtgtg acaggcccct gaacaagggc ttgagtggat gggatggatc aacacttaca  28200
atggtaacac aaactaccca cagaagctcc agggcagagt caccatgacc agagacacat  28260
ccacgagcac agcctacatg gagctgagca gcctgagatc tgacgacatg gccgtgtatt  28320
actgtgcgag agacacagtg tgaaaaccca catcctgagg gtgtcagaaa ccccagggag  28380
gaggcagctg cagtgaattt gaggagatta cagggcttac aatgtttaaa gttgtttaga  28440
aaatgagctg agcaactgag gaatgtaagt aatagaaaca tggatgcact ctatatagga  28500
aatgtttctt tcagctgtca ccctatatgc aaaattcaga gtggtaaaga cagcaatcag  28560
tgaggctgat gcaaagaatc ccatggaggc cttgtgcaga catataggtt ttaaaatcag  28620
atagataaat aatttggaac aagattgctg gtaacgtggc taagactact cgaccacctt  28680
ggtaactagg atggttacat caggtttatc aattgtacac tttaaatatg tgaagtttat  28740
tatcagtaaa ctgaaattta taaaatttat taccagcaaa caaatgaaaa cttgcacaag  28800
aaataagtga cataaagata gaaaaaatat taaatttcag aaacacctaa taatttatct  28860
tcgtgaaccc tagttctcac catattttta ggtgaatgct agaatgcagc aaaattacac  28920
atgctctcaa tacagaaagt gggtttcaca aaccacacta ggcatgctca gctctgtcct  28980
ggagttgggt tagggagtaa tatagggcca gtggatgagg agcacaggcc tagatactgg  29040
ggctcactaa cctcaggtat gagctcttag atacatacaa agcccctcca cgcatgggtt  29100
tacttcccca tctgtaaatt gagaaaccat tgacccctaa aaatatgatt tacacaaata  29160
tgtaaaaatg taagagagtg attagtgcaa agtgtttatc acagcacaat ttcataacaa  29220
gacagcaagt tttccaaaca gcatcattgt cattagattc ctgcagggca tcattacctt  29280
atctgggccc tgccctctgt tcaggcatcc caccccagag cttgctatat agtaggtgac  29340
atgcaaatag ggccctccct ctcctgatga aaaccagccc agtcctgacc ctgcagctct  29400
gggagaggag ccccagcctt gggattccca agtgttttca ttcagtgatc aggactgaac  29460
acagaggact caccatggag tttgggctga gctggatttt ccttgctgct attttaaaag  29520
gtgatttatg gagaactaga gagattaagt gtgagtggac gtgagtgaga gaaacagtgg  29580
atatgtgtgg cagtttctga tcttagtgtc tctgtgtttg caggtgtcca gtgtgaggtg  29640
cagctggtgg agtctggggg aggcttggta aagcctgggg ggtcccttag actctcctgt  29700
gcagcctctg gattcacttt cagtaacgcc tggatgagct gggtccgcca ggctccaggg  29760
aaggggctgg agtgggttgg ccgtattaaa agcaaaactg atggtgggac aacagactac  29820
gctgcacccg tgaaaggcag attcaccatc tcaagagatg attcaaaaaa cacgctgtat  29880
ctgcaaatga acagcctgaa aaccgaggac acagccgtgt attactgtac cacagacaca  29940
gtgaggggag gtcagtgtga gcccggacac aaacctccct gcaggggcgc gcggggccac  30000
```

-continued

```
caggggggcgc tcgtgaccca ctgagggcgg gacaggtccc aggagcaggt gccgggagag  30060
gtttcctttc tcctcagctg gaaaagtcag gtttatcttc gcaggactct ggagtcttct  30120
aggctgtgct cgacagtgca atgatatagt ttagatgttt tcccttccaa atgtcatggt  30180
gaaatgtgat tctcaatgtt ggaggtggga ccgactggga ggttttgggt catggggaaa  30240
gatccttcag gaatggcttg ggaaccaccc catggcactt agtgaattct tgctgtgtta  30300
gctactatga gatctgattg ttaaaaagag tctggcaacc cttcttgcca ctcatgtccc  30360
agctctcacc atgtgacata gcctgttccc cctttgcctt ccatcatgat tgtaaagcag  30420
atcctggtgc catgcttctc acacagcctt cagaactgta agccaaatgt gcctcctttc  30480
tttgtaaatc acttggcctc aggtattaat ttataggaat gcaaaagaga ctaacacacc  30540
gtccaaagca ttacacagat tcaacactat ttttatcaaa tgaccaatat aattgattac  30600
atatttagaa aaaaaatact aaaattccta cagaatcaaa aaagagtctg aatagcaaaa  30660
gcaatcctaa gcaaaaagac cgaagctgga agcaccacat tctctgacct caaattatac  30720
tacatgaata taataagaaa gacagcatgc tactagtaga aaaaaacagc ccagaaagaa  30780
agccaaatat ctaaaaccaa ctgttgtttg acaaaactga caaaaatata cactggagaa  30840
acaaccctct attcaataag tggtgcaggg aaaattaggt ggcttatgtg gaagaataga  30900
acgagacttc catatcaccg tagacacaaa ttaactgaat atggattcag tgtttaaatt  30960
tataaactaa aactataaaa atacttgaat aaaatctaaa aagagtcctc tggacattgg  31020
tctaagcaaa caatatacga ctaagacttc aaaagcaaat gcaataaaaa cagaagtaga  31080
caaacaggat ttagttgaac taaaggtctt ctgcacagca aaagaaataa ccaacatggt  31140
gaccagacaa tctgcaaatg gaaaaaaatat ctggaatcta ttcatcttgc aaagggctaa  31200
tatatagaat ctacaagtaa ctcaaataag tcaactaaaa attacaaata acttcattaa  31260
agaatagaca taaacagaca tttatcaaaa gaatacacag aagtggccaa cacaaataag  31320
aaaatatact cagcatcacc aatcatctga taaatgtaaa ttagaaacaa cgtgatacgg  31380
catcttccac cagtcagaat ggctgttatt acaaataaaa acagcaggtt tttgcagaca  31440
aacataggaa aaataatgat ttatatatgc ttggtgagaa tgtaaattag tacaacctcc  31500
atgaaaaaca acatagaaat ttctcaaaga actaaaatta gaattaccat ttcttccagt  31560
gagctgtccc agtaggcatg ttcctcccaa acttttatat cagagaatgt tgcctgcact  31620
catatgttta tttcaacacc attttcaata gaaaagtcaa ataatctaag tgtcaatcag  31680
tggatgatta gataaaatat gatatatgta aatcatggaa tactatgcag ccagtatggt  31740
atgaattcag tgtgaccagc ccctggacaa gggcttgagt ggatgggatg gatcatcacc  31800
tacactggga acccaacata taccaacggc ttcacaggac ggtttctatt ctccatggac  31860
acctctgtca gcatggcgta tctgcagatc agcagcctaa aggctgagga cacggccgtg  31920
tatgactgta tgagagacac agtgtggaga cccacatccc gagggagtca gaaaccccga  31980
gggaggaggc agctgtgctg agctgaggca gtggtgcagc agtttcttta acttccatat  32040
gatctcattt tgcatcatct tctactttta tattagctaa gaacttgggg tagacaggtg  32100
ctcctaagag atccttaact tgcccatttt gatggttttc cagaagacgt gagaagccac  32160
tttgttagca aagcatccca aatccatgcc ctgttctaga tacatgtgag cccatttcct  32220
ggtctttgct taactgacaa gctctcatca gtgcacctgg gctaatttca catcaggtag  32280
aggaacgcgt tataaaggaa agctaatgtt gtaatggcaa ttcctgctta aaaaccttca  32340
gcttcattgt ttttgtgtaa tccatcagca aattatgtta gttcaaggtt ctcaatggga  32400
```

-continued

```
gtttctaata aatagaaagg ttgtatagag cttcccctaa ttaaaatgaa acaattgtga  32460
actcaacctc ggtattcagc catgtctcca cccttcacac ccttcgccac aaaggaattt  32520
tcacctctcc tggaagctgg gttcattttc aaattagtta ttttttcaa tgtaatatct  32580
caagattatc gtatatgact attttagcag aaagtgaatt atgggaactt gaactaaaca  32640
actgaaaaca aattcacaac taattaaaca agatgccaga atgtgattgg ctccaggctt  32700
tgtaattcag cagttcatgt acccagactg gaaatttaca tgtcttcttg ttaccttcac  32760
agcacagtca actcccatta tgtaagaaat ggtgactgca ttcccaaggg ttatgcatag  32820
atatgaaaat agactgggta aggtgaggag ttgattgttt aaattcccct ctgaagaagc  32880
agcatcaact caacaaacca cctctcttca ctctgtgact agagctatgt cacaggccac  32940
atggacctaa atccttgatg gatataacat gactacataa attgggctga tcatttttat  33000
gctataaaat taatagatga cactgcactc cagcctgcac aaccaagcaa gtcttcatct  33060
gtaaaatcta aaaaagaaaa attagtaggt actgacttcg aaatttttga taataatatt  33120
ttcaccaccc aaatttaatc acacccacat gttacctgca tcttcactga aaagttccca  33180
gtcacgatga gttccttcaa tgctccatgt gttcaaatct ggacatcaag agagtccaga  33240
gaataaaaca caatgacggc agtgaaactg atatatattc agcacctctt aactcaggag  33300
gactccatac accctggcac acagctgctt ttctaaatgg ctcacaatga ctccagctca  33360
ctcacagagc tcagacagaa acctcccttc agggtgggag ctgggtggca gggggcactc  33420
agtacccgca gaggtgaaaa tgagtttcag atggaacttc cctgtcacct caacatggaa  33480
tttattgttc catttcatta cctctctttc cataatggtt catttctttt ggcctgttca  33540
ttactgatat ttttcagagc aatctcactt gaatctttac tcttttgcat tttgtctcct  33600
tgacaatgtt gggaagtttt acctccagca tcataacatg atctagtgat ctgacacatt  33660
gtgcaaacaa tacctacaaa ttcagaacct ctttgttttt ctttccacaa aatataattc  33720
tttctgttct gtgtatgagc atgtcttagc aaccctgtac acacccacat agatgtctac  33780
aagcctatga attgttctct gtaaataaaa atttatctca aattccttca atgttcataa  33840
ttctgagagt gaggaaggtc cttctcaatc tgttcaaaca aaatgcccag agaccatcca  33900
gtaggtaagg agttcacctg gctctggtgt ggggtctgtc tctttccctc tgttgtccca  33960
caggtcagcc cagttgttca cgtcctaaca agaaagccca ggtttgtcct gattttaaaa  34020
cacatcaaac ttctgatgac tctcctgtta cccacatcca tggagataga ttatttatta  34080
tataattcag caaactaatg tcaaatgccc aagttgcaat accgcacatc ctagggtatg  34140
ttcatgcaat tcaatggagg agaaaatctt tcagagacag atggatctga aatgataaat  34200
atgtgggtaa ggactctggg cttgagtatc attgtccagc catgtttcac aagtgtgtcc  34260
tgtcagggaa ggatcagagt tccttgtgct ctcagaggga aggggtcaca gagttcctct  34320
ctggttccca ggaaaggtaa tcgcactaat cttcatgatc ttcatgagac tatcctccag  34380
tgctgacctg ttacggagtt tttgtctgaa gttctcactg caatccccaa tctacatatt  34440
ttcaatcaga agtgtttaga gggcaggaca catcttcaag gtcacacatt gagaaggatg  34500
gagatatgtc ccactacctt ctcctacgat ctcagacaga atcccaaatt tcaaaaggac  34560
acagaaggac agctctcagg tgcttttaaa aaatgaccca cttccaggga cagtgagctt  34620
ccctgtaacc atggtggatg ttctgaacta caataaacat tggatggatc cagtattgtt  34680
tgaagtcact gtcattatta cattcagctg ttgtttcaat gtgtctgaaa gggtaaatga  34740
```

-continued

```
ctatttagat ggcctgggtg tgtggttggt tttatatgaa tctttaaggg ttgaacagta  34800

ttgaccctat tccacaatct gtccttgatc catgatcaca ctcatctctc agacaagctc  34860

cttcagcaca tctctttacc tggaagaaga gcactctggg cttggcgagg ggagccccaa  34920

gaagagaact gagttctcaa agggcacagc cagcattcta ctcccagggt gagcccaaaa  34980

gaccggcgcc tctctcatcc cttttcactg ctccgtacaa aggcaccacc cacatgcaaa  35040

tcctcactta ggcgcccaca ggaagccaca acacatttcc ttaaattcag gtccaactca  35100

taagggaaat gctttctgag agtcatggac ctcctgtgca agaacatgaa gcacctgtgg  35160

tttttcctcc tgctggtggc agctcccaga tgtgagtgtt tcacgnnnnn ngatatgaag  35220

atatgagaaa ctgcctctga tcccagggct caccgagggt ttttctgttc acaggggtcc  35280

tgccccaggt gcagctgcag gagtcgggcc caggactggt gaagccttcg gagaccctgt  35340

ccctcacctg cactgtctct ggtggctcca tcagcagtag taattactac tggggctgga  35400

tccgccagcc cccagggaag gggctggagt ggattgggag tatctatcat agtgggagca  35460

cctactacaa cccgtccctc aagagtcgag tcaccatatc cgtagacaag tccaagaacc  35520

agttctccct gaagctgagc tctgtgaccg ccgcagacac ggccgtgtat tactgtgcga  35580

gacacacagt gaggggaggt gagtgtgagc ccagacaaaa acctccctgc agggaggctg  35640

aggggaccgg cgcaggtgca gctcacggcc agcagggggc gcgcggagct cacggaatac  35700

aaggccgggt caggagcagg tgcagggtga gcggggcttg ctcatcttct caaacatctc  35760

cctcctcgcc agcacctcag ctttccgtag aggtcctctt tctttattgt ctgtggttct  35820

acttcctcac atccttgtgc caggaaagaa aggagtaagg caaattttcc tgttacaatt  35880

gaagtttcac caattactaa aaactttcct gcaagtacct gcacagccca ttataccta   35940

tttatatata tatatattct aatgcttctc accatctctt gatttgtgtc atcaatttaa  36000

ttgtgccctt tttgaaattc atatgctgaa actttaaatc caatggatct atatcggaat  36060

tttaatggta taattaacgt taaatgtggt cataagtgag accctaatgc aatagacctg  36120

ttgtctttat aagaagagga agagacacca gagacctctc acttctcaca tgcacacaga  36180

gaagaggcca cgtggagaca tagtgcacta gaaggtgggc ctctgcaagc caggaagaag  36240

ccgcaccaag aaccaaccct gccagcacct tgatcttcta cattcagact gcagaattgt  36300

aagaaaacca atatttgttg tttaagccac ccactccttt tgtcttctta cgaagaccca  36360

gacaggctaa taccacacaa ctctgttagc tccatctcct ggagggagaa gcagccccct  36420

gaggctgggc acatcgctca gattttcaca tgaattaggc aaaaacagta gctctcatat  36480

aaaaactgtc acgtccctgt tgggacaagg tcttctaaac aacccctggg gctttgtcac  36540

aaatgttgca ttttatcctt tattaggact taactaattg acaatgagta ccagctggat  36600

ggaaactgac cactgaccat cttctgctgt ctccttatta tatcacagaa aaccacagca  36660

acattactct atgtcttcaa ctttctaaat ttgtactgaa tctattgcta aatgaggagc  36720

tacatggggt ctgagttttg ttatcttctc cccagtcttc cccaattacc aagcacagaa  36780

gatactttca gtgaaattta gctgtcaatg cccccaacac cacatcatgt tttaaggtcc  36840

aaggactttc tttggggggc tatttaaaaa cacttttgaa tggaaaatcc taaagcatac  36900

aacagctgaa agaatggccc ctgtgcacgt gaaggctgaa gggatggatg atagggtacg  36960

ttcctccaag gtgttcctgg gcatgtgatg gttggatacc tcatgctcga cctatggatg  37020

tgaactacaa gtatgtaagt acttcaagta attctattta atggagtttg aaataaaact  37080

caaacttatt caaaacacta attacttggt atttattttg agatctatga gtttatcaag  37140
```

-continued

```
aaattcaaat tcctatttct atttaaactc ccgattccta ctctcagtgg gagggaaaac  37200
tcacagccaa tcacacatca caggacaaat ctgtaaacga agagtcattc ctctgaaggt  37260
cctgggtgtt caggactctc aggcaggtgc tgaggaccct gtcttgggag tgcccagcag  37320
atctcagaac cctacatggg gcctgctgga cactcatgtg ggataactag tcgccactta  37380
ttcagagtta ccagtgagct ttgactgttc cgaatgggac cagcatggag tcaaggtgcc  37440
tgctcaatgt cagagacagc gatggtctca gaaacaatcc aggtaatctc taggccaata  37500
aaatgtggat tcacagtgag aagtacatcc tggaggtgga gcttgttctt cagtgggaag  37560
agtgctgtgc acagaaagct tagaaatggg gaagggggtg cgtttcctca ggcaggatta  37620
gggcttcgtc cctcagcgtc ccactcttgt atggctgatg tggcatctgt gttttctttt  37680
tcatactaga taaggctttg agctgtgaaa taccctgcct catgaatatg caaataacct  37740
gagctcttct gaggtaaata taggtatatt ggtgccctga gagcatcact caacaaccac  37800
atctgtcctc tagagaaaac cctgtgagca cagctcctca ccatggactg gacctggagg  37860
atcctcttct tggtggcagc agctacaagt aaggggcttc ctagtctcaa agctgaggaa  37920
cggatcctgg ttcagtcaaa gaggatttta ttctctcctg tgttctctcc acaggtgccc  37980
actcccaggt gcagctggtg cagtctgggg ctgaggtgaa gaagcctggg gcctcagtga  38040
aggtctcctg caaggcttct ggatacacct tcaccagtta tgatatcaac tgggtgcgac  38100
aggccactgg acaagggctt gagtggatgg gatggatgaa ccctaacagt ggtaacacag  38160
gctatgcaca gaagttccag ggcagagtca ccatgaccag gaacacctcc ataagcacag  38220
cctacatgga gctgagcagc ctgagatctg aggacacggc cgtgtattac tgtgcgagag  38280
gcacagtgtg aaaaaccaca tcctcagaga gtcagaaacc ctaggggaga aggcagctgt  38340
gctgggctga ggagatgaca ggggttatca ggtttaaggc ttttttgaaa atgggttata  38400
tatttgagaa aaaaataaca atagaaacaa gtacacactc taattttaag agatatattc  38460
aattcaagaa ttgtagaagc cgaattcaca gtgggaaagg ccacactcaa taaagttgat  38520
aaaaacattc caggaaggtg ctactgctcg accctgtgtt tatctgttat gttgatgctg  38580
taaaacagta agtaaaatat actcctcatc tatgtacatt ttgaagctga gttgcaggtt  38640
ttttggtaag acccagagtc acagagaatt caaatattgt taagctgctt aatagaaaaa  38700
caaattatgg taaatgtgtt cactggaata ctacccatga tttataataa ataaatgcct  38760
gacacacaga acagcagcaa aaccacacat gctcttatta cagaaagtgg cttctgaaaa  38820
ccacaccggg cacgtacagc tttgtcctgg agttggttta gggggatgtc agagccagtg  38880
acgagaagca cagggccaga tggcagcgtt cactcatccc agacatgagc tcctggatgc  38940
atacagagcc cccccatgtg tgggtttact tccacttctg taaaaggaga aaatactgac  39000
tcctacagag cataatttac acattttta aaaaatgtaa tagggtgatc agggcaaagt  39060
gtttatcaca gcacaatttc ataagacagc atattttcca aataccatca ttgtcagcaa  39120
acttctgcag agcaccgtct tcttatatgg gtacagccta ttcctccagc atcccactag  39180
agcttcttat atagtaggag acatgcaaat agggccctcc ctctactgat gaaaaccaac  39240
ccaaccctga ccctgcaggt ctcagagagg agccttagcc ctggactcca aggcctttcc  39300
acttggtgat cagcactgag cacagaggac tcactatgga attggggctg agctgggttt  39360
tccttgttgc tattttagaa ggtgattcat ggaaaactag gaagattgag tgtgtgtgga  39420
tatgagtgtg agaaacagtg gatttgtgtg gcagtttctg accttggtgt ctctttgttt  39480
```

-continued

```
gcaggtgtcc agtgtgaggt gcagctggtg gagtctgggg gaggcttggt ccagcctggg  39540
gggtccctga gactctcctg tgcagcctct ggattcacct ttagtagcta ttggatgagc  39600
tgggtccgcc aggctccagg gaaggggctg gagtgggtgg ccaacataaa gcaagatgga  39660
agtgagaaat actatgtgga ctctgtgaag ggccgattca ccatctccag agacaacgcc  39720
aagaactcac tgtatctgca aatgaacagc ctgagagccg aggacacggc tgtgtattac  39780
tgtgcgagag acacagtgag gggaagtcag tgtgagccca gacacaaacc tccctgcagg  39840
ggtcccttgg gaccaccagg gggcgacagg gcattgagca ctgggctgtc tccagggcag  39900
gtgcaggtgc tgctgagggc tggcttcctg tcgcggtctg gggctgcctc gtcgtcaaat  39960
ttccccagga acttctccag atttacaatt ctgtactgac atttcatgtc tctaaatgca  40020
atactttttt tgtccttttt gtttctttgt ttttttgcaa caggagtaca tatcctcagc  40080
tccacagaag ccagggctcg accatggtca gtgtcatata gaatatgggg accctcacaa  40140
gttttttgtc tgacccttct cctgacacta aattatgcaa attaataaca ctgatctggt  40200
gcttcttttg attctaattt attttatttt tagttgtcgt tctcactttt cctttggatt  40260
ttcctgctcc ctggaaaagg taaatgtggt ctccgtgacc tcaattcaag ggctgaagcc  40320
ctttccctgt agctcagctg gggctcaggc tgtggctact gcagccatgt ggaagaggct  40380
gaagggactt tcttcactct ccttgctcag gaccatccac tgtattgtgt ataggcttct  40440
ctggaaatgc aagtggccat ttgtagtgaa agaaatatgt ttgtctggtt aaaatgggag  40500
gtggatgtag agttaattgg ctgctacata aactgtcctt ctccaccagt gcttttagga  40560
tgagattgtg aaatttgtaa gaatcaaaat ggagtcacat atgttaaaac cctgacaaat  40620
ggattcagga agtgtaggga gaattcttac acacatatcc ctgacaacaa gaactatcat  40680
aaaatagttc ttgcaaaaag accaacatga cctcataatc atgacttctg caaagacttc  40740
tactcagaat ctacttgccc agccttagat taatgccatc tgaattacac tgatcatgtt  40800
actatcactg ctcctcacca cagatgcaac accctcctga gtcctgaaac ctgactccat  40860
cccatagagt agggcacaga tgaggggaat gcaaatctcc accagctcca ccctcctctg  40920
ggttgaaaaa gccgagcaca ggtcccagct cagtgactcc tgtgccccac catggacaca  40980
ctttgctcca cgctcctgct gctgaccatc ccttcatgtg agtgctgtgg tcagggactc  41040
cttcacgggt gaaacatcag ttttcttgtt tgtgggcttc atcttcttat gctttctcca  41100
caggggtctt gtcccagatc accttgaagg agtctggtcc tacgctggtg aaacccacac  41160
agaccctcac gctgacctgc accttctctg ggttctcact cagcactagt ggagtgggtg  41220
tgggctggat ccgtcagccc ccaggaaagg ccctggagtg gctttcactc atttattgga  41280
atgatgataa gcgctacagc ccatctctga agagcaggct caccatcacc aaggacacct  41340
ccaaaaacca ggtggtcctt acaatgacca acatggaccc tgtggacaca gccacatatt  41400
actgtgcaca cagaccacaa agacacagcc cagggcacct cctgtacaaa aacccaggct  41460
gcttctcatt ggtgctccct ccccaccttt gcagaacagg aaagtgcagc tgagatacgt  41520
tttcctgcca gggcctgcat ttcccatccc cattagactc agagccctgt cttcctcctt  41580
cttctttaat aataaatggc atgactcctg ttaatagttc atagaagcag aagctgagtc  41640
ctgtttgtca aacattcagc atgaaatgtt catgttacct gggccagatg catcactggt  41700
atgtggccgc cagctcgacg gtcacacatt gagaatgatg aagatatgtc ccacgagttt  41760
ttcctaaggt ctcagaaaga attccaggac tcaaaaggtc tcagagggca gctcccagtg  41820
ccttaattaa aatggtggct caggcctgta atcccagcat tttgggaggc taaggcaagt  41880
```

-continued

```
ggatcacctg aggtcgggac attgagacta gcttggccaa catggtgaaa ccttatctct  41940
actaaaaata taaaaattag acgggggtgg ttgtgcgtgc ctgtactccc agctactcgg  42000
gaggctgagg caggagaatc acttgaaccc aggaggcgga ggttgcggtg agccgagatc  42060
gggacactgc actctagcct gggcaaagga gcaaaagttc atctaaaaaa tttattttaa  42120
tttaaaaatt ttgaaaaaat ggcccactcc ctagaacaga gagattccct ctaaacatga  42180
tggaggtccc gaactataca ttaagtgaat cctggtgtgt ctgaactcac atgattatta  42240
cgttaagctg ctgttccaat ctacttcctc acctgggaaa agaggagcca gggcatggct  42300
agttgaggcc ccaggaagag aactgagttc tcaaaggaca aagcaagcat cctcatccca  42360
gggcgagcct aaaagactgg ggcctccctc atccctttc acctctttat acaaaggcac  42420
cacctacatg caaatcctca cttaggcacc cacaggaaac caccacacat ttccttaaat  42480
tcagggtcca gctcacatgg gaaatacttt ctgagagtca tggacctcct gcacaagaac  42540
atgaaacacc tgtggttttt cctcctgctg gtggcagctc ccagatgtga gtgtctcaag  42600
gctgcagaca tggggatatg ggaggtgcct ctgatcccag ggctcactgt gggtctctct  42660
gttcacaggg gtcctgtccc aggtgcagct gcaggagtcg ggcccaggac tggtgaagcc  42720
ttcggagacc ctgtccctca cctgcactgt ctctggtggc tccatcagta gttactactg  42780
gagctggatc cggcagcccc cagggaaggg actggagtgg attgggtata tctattacag  42840
tgggagcacc aactacaacc cctccctcaa gagtcgagtc accatgtcag tagacaagtc  42900
caagaaccag ttctccctga agctgagctc tgtgaccgcc gcagacacgg ccgtgtatta  42960
ctgtgcgaga gacacagtga ggggaggtga gtgtgagccc agacacaaac ctccctgcag  43020
ggaggctgag gggaccggcg caggtgcagc tcaaagccag caggggggcgc gcggggccca  43080
cagagcaaga ggccgggtct ggagcaggtg cagggagggc ggggcttcct catcagctca  43140
gtgctctccc tcctcgccag gacctcagct gtccccaggc ctcctctttc tttattatct  43200
gtggttctgc ttcctcacct cgacgtcact gaaggagcat tctgagccag ggcacagtca  43260
cttcctagtg agctacagag gctgagagaa aaatgctctg tgagacccaa tgggaagctc  43320
cctgcagtgc aaggtctggg tggcagggag cgctagggcc tcgcccagca caggctgcag  43380
ccctggagca ggtgcaaggg aggctgggga ggggttcctc ccagggtctg atgtcttcct  43440
tttctcggac aaacatgctt taataagtta aacaagactt tagtaaagac tattgatgtg  43500
tctttgtgtc tttcagtata cagttctatt tgtaggattt atctaaccta acaagtcaat  43560
gagaatcaca tgtaaaagga gaaatttcta ggattttcag atatcttaat aggtaggaga  43620
tggagaaaag ggatggtttt attaattcag tgcttgccaa tcttaacaga gacagtagta  43680
agacatgcag aaagcaaagc ccagaaaagt atgaaggtgt caaagtgcca tttaagtatg  43740
ggttcacttg gaggaccatg ttctgcggga acttgttttc agcagacaat ctattttagc  43800
agagttctgg gcatacaagg ggacacacat cattaaacaa ggattgggac agggacttca  43860
gcgtcccact gttgcatggc ccataaatta tgtgtgttct ctttctcatc ttggatcaag  43920
tctagagcta tgaaatagta tccctcatga atatgcaaat aacctgagat ttactgaagt  43980
aaatacagac ctgtcctgtg ccctgagagc atcacccagc aaccacatct gtcctctaga  44040
gaatcccctg agagctccgt tcctcaccat ggactggacc tggaggatcc tcttcttggt  44100
ggcagcagcc acaggtaaga ggctccctag tcccagtgat gagaaagaga ttgagtccag  44160
tccagggaga tctcatccac ttctgtgttc tctccacagg agcccactcc caggtgcagc  44220
```

-continued

```
tggtgcagtc tggggctgag gtgaagaagc ctggggcctc agtgaaggtc tcctgcaagg  44280
cttctggata caccttcacc ggctactata tgcactgggt gtgacaggcc cctgaacaag  44340
ggcttgagtg gatgggatgg atcaacccta acagtggtgg cacaaactat gcacagaagt  44400
ttcagggcag ggtcaccatg accagggaca cgtccatcag cacagcctac atggagctga  44460
gcaggctgag atctgacgac atggccgtgt attactgtgc gagagacaca gtgtgaaaac  44520
ccacatcctg agggtgtcag aaacccaagg gaggaggcag ctgtgctggg gctgagaaat  44580
gaaagggatt attattttta atgttgttta cagtatgtca ttaataaatt gaaaaaaagt  44640
aacaatagaa gtatatactc taattatatg ggaactttgt tttttcagtt ttttcatttt  44700
ttttttttt tttggtttgt ttgtgacaga gtctcactct gccacccagg ctggagtgta  44760
acggcacaat ctcgacgagc atgtgcacat ttcattaaac ccactgtgta tgcagcccct  44820
cccaagtgct ggcaggccac tgtacatgtg ggcagcccac tccaagggaa gaatcaaggg  44880
agaagaaata caaaccccag aaccatgtca atgtataaaa ccccaagtca agggccggac  44940
agagcactta gatctctcaa gtcgcccact tagccctctt ccaagtgtac tttacttcct  45000
ttagttccca ctttaaaact ttaataaaca tttactcctg ctctaaaact tgcttgggtc  45060
tctcactctt ctgtatgccc cttggccaaa ttctttcctc caaggaggcg agaatcaagt  45120
tgctgcagac ctgtatggat tcgctcctgc taacagatag ctggatgggt ggacagatgc  45180
atgaattagt ggatggacgt ttggatgtgt gggtgggtgg gtggattgtg ggatggctgg  45240
atgaatgcat ggctggatgg gtggacagat gcatgaatta gtggatggat gtttggatgt  45300
gtgagtgggt gggtggattg tgggatggct ggatgaatgc atggctggat gggtggacag  45360
atgcatgaat tcgtggatgg acgtttggat gtgtgggtgg gtgggtggat tgtgggatgg  45420
ctggatgaat gcatggctgg atgggtggac agatgcatga attcgtggat ggacgtttgg  45480
atgtgtgggt gggtgggtgg attgtgggat ggctggatga atgcatggct ggatgggtgg  45540
acagatgcat gaattcgtgg atggacgttt ggatgtgtgg gtgggtgggt ggattgtggg  45600
atggctggat gaatgcatgg ctgggtgggt ggatggatgc atggataagt ggtggacgga  45660
tggacgggtg agtggatggg tggatgtgtg tgtggatggg tggataggaa agccctctaa  45720
ttgattacag ggctcagtgt gtgcttcaac atcatgatgg catcatcaca ttggtccctg  45780
tatgaagcag tgggggagga gagtgtacca ggggagcagg aatgactctt ctccagaatc  45840
gacctctccc accctgcagc ctgggctgtg caggccacat tggagaaggt gcggtcgact  45900
actcctaaat gttgttgtgt ccaatggctt tttgacgttg atgtaggaat gagcctacat  45960
ctccaccata gatggaactg tttgggtccc caaagcagaa agcctcttct gttgcaggtg  46020
ctgaagtttc catcttcttc tgcttatacg gaagctcacg catcccttgg atggcaggcg  46080
tcaggttcct gtgcgcactg agttcccccc ttacatgctt tggacagaag tgtgagacac  46140
acaagattgc tgcaggaagt ccacctgtgg ggatgctgcg acttctccag caagaacacg  46200
agtctgctca ttgaccatca ccacacataa caaattaagt gtccctttttt tgataacacg  46260
tcattgtttc acagagtatt cttttaaagt gtataagttg actgcagtta ttattttttta  46320
cttctgttac taatttactc ataattaggc acaatttaca cttaagaaat ttcttaatag  46380
ttttttcctc cttaaggtga actacagtca gataacatac ttatcaattg tctctagctc  46440
ttgtcagaaa agcatataga tgtgtgtgtg cgtgtgtctt ggcctttcca atgatgaatt  46500
aagatgtgca ttgagaaggc attcacttta tttgacgtta aggaagtacc aagaagacgc  46560
tctccacaga ccctgggaaa gccagcagct gcaccccgag gctgtgccag gcagggaaca  46620
```

-continued

```
aggaggcagc accacctgct gggcagggaa aatgtcctcc cagtccctgc cgcttctctg  46680
cagaggcaca aagagctgcc ccttctcctg ggccttctcc tgggctgatg agattgctcc  46740
ccgatatgcc aaatcagggt tgtgcatctg aggctctgtc tagactctca gctccttcct  46800
actcctgcaa agtgaagaaa acaatgccaa ggggtcctgg aggcgtctct acccctggag  46860
agttttgact ctcttcaata gtctccacta ccctgccctc actccatgtc ctccgtttct  46920
ccctaaagcg gtgcccagtc tgattgcact gtggcaggga taacgagggg ccaggacatc  46980
aggggagaga agtttctacc tgagtcacag cagcggctgc cctgcagact cctgaagaca  47040
caagacacat ttccatccca gagacccagc gaaatgcaac ctcaggctag agacagccag  47100
ttatttttc ttgttctgtc ctggagaggc cactgagaaa gtcgagcccc ttgttgagga  47160
aaacatgaga tctctgtgtg tcgtcctctg cctgatggct gtacctccat gtgagtgtct  47220
cagagatttc agaacggggg ctgtgggctg tggtgtccgc ttgtgactca tctctttgct  47280
tcttgtccct gagtgtcctg catcagatgc agctactgga gtcatgccca gggctggtga  47340
ggtcctcaca gacctctggg cctggaccca gcagccctct gggaaggcgc tggggcacct  47400
cagctccagg ggcagcacac acttcagccc agcctttctg ggccaactct ccatctgtag  47460
agacacatcc aaggcccagt tatccctgca gctgagctcc gtgatggcca agggcagggc  47520
cgcacattcc cgtgggagac agaatgggga cctcagcgtg agcccagaca caaacctccc  47580
tgcagggaag cacaagacca ccaggcggcg ctccagacca cacagcggcc ccagaagcag  47640
gttttagggg gcggggcaga cgtgtccgcg ttgagtcagg tcactggttt tactttccct  47700
gaacaaacgg cctctgccaa ggactcactg cacctctcac cttcacagtt gtttttttt  47760
tttttttaat caccctgtag ggttttgcta gctaatttag atattgagga gtgcttcata  47820
cttccttggg cctctgcttg cagaaacata gcaattgtaa ggaggcacgt gggaaagccc  47880
cggctcggtg acccggggga tgctgctgta gccctggcaa gagggcgtcg ggccgcagta  47940
acaaaggtgc agacggctct cagcctgcgc ccgcggagta caacacataa gggctgtaac  48000
ctaacgaaaa aagaatcgca gtgcaactgt cctgcatttg agtttgtgat cagttttgcc  48060
ctttgtcttt aacaggttct aacataaaat tttgaatgct ggttcaagcc ctgtgggtaa  48120
aatgcactta cccacattcc ttaaacaaat agaacactga ggtggaaatg ttttgaaaaa  48180
gtagttttca gacatttgga aacaagcatc acaggatcat aacccctgag aaaagaaaaa  48240
caaatgaacg aatcctgcta ttgcctgaaa gcagctgcca ggacacacgg aaaggcttag  48300
tgagctgagc ggacagagag cagagttcaa ggcagcagca gcccgagggg aggagcaccg  48360
gggagcaggc tgctgtgcag ccaggatggg ccggggtggg gcggggggag aacagctgga  48420
gacttgccgc agggaggggg atccctcagg tttggggctg agaactgact tatgcctgac  48480
ttatgcctgc atgaaaagaa actactcgat atcaggggga aatcaccaga aacctgtgga  48540
cccaaaacta cacagagcct acacaaggaa agcattgttt gtgttctccc agccagggtg  48600
gaaagacctt gagatatgta aagcttcaag caatcttccg aagtaatctc gtgagtagtg  48660
gtgccacatt aattcaggac taaagactgc tctgaactga acctaagaaa tgcttcaagt  48720
gtagcctgga gcccgggtgc agtggctcac acctgtaatc ccagcactgt gggaggccga  48780
ggcaggcgga tcacttgagg tcaggacttt gagaccagcc tggccaacat ggcaaaacct  48840
gtctctacta aaaacacaaa aattagctgg gcatggtggc agatgcctgt aatcacctcc  48900
cacctggacc cttccttgat acatcagaat tacaactaga gatgagattg gggtggggac  48960
```

-continued

acagagccag accgtatcac ataggaacct aaaaggataa taaagtagga aaacttccca 49020

catcagtaac cctttatccg atagtaatcc caatctgcaa agtaaaactg tgtgatttta 49080

ctaagataac ggaatcttct ctacagaagg actttccagt gcaaaagctc cccaccctca 49140

ccatgaaatg cacgtgacca tttccaattt gtgtaaagtc ctcagttagt actgagactt 49200

cggaaggtta gaaatccctt tgctcatgct gcatggtccg gatgagatgt aagaatcatt 49260

agctaataga catgcaacag cttttgtgcg aaagatgtta tgagacattt aaggtatttg 49320

cttgtgctta ctaagcattc attgtatcat tggagcacat gtgcttttat accctggaga 49380

aattccagta attgaattgc tgggttgaat gggattttga tttggattaa atttaaacta 49440

tagattttat ttagggaaaa ctggcatctt aattatgtta ttggggggcc cttgctccca 49500

gagctcccaa gatggtggca ggccgcttcc aaaatgaccg caggccactt ccaagatggt 49560

ggcaagcctc atgttctctg acctggggtt cttggcctca cggattccaa ggaatggaag 49620

cttgggccat gcagtgagtg ttatagctct attagaagcc gtgggtcacg gaagagaacc 49680

gtggaaccca gtgactagtg ttcagctcga ttaggacgaa cccaggcact tagccgtgca 49740

ggaacaatgg cgagcatttg gcccgatcga gagtggcaat gggcgcctcg ccggatcagg 49800

agcacagcgg ataccctgat ggatccggag ggatggaagc cagcggtggg tctcccacgg 49860

gggcaaacag cagtggtgga cggtgagcga aagcgaagct cgagccgtaa caaacatgga 49920

ccagaagagt gcagttgcaa gatttagtag agtgaagaca gagctcccat acaaagggag 49980

gggacccaaa gagggtagct gttaccggct cgaatgcctg ggtttatatc ccgatcattg 50040

tccctcccgc tgtgctctca ggtgatagat gattggctat ttctttacct cctgcttttg 50100

cctaattagc attttagtga actctcttta ctatctgatt ggtcgggtgt gagctgagtt 50160

gcaagccccg tgtttaaagg tggaagtggt caccttccca gctgggctta gggattctta 50220

gtcggcctag gaaatccagc tagtcctgtc tctcaattac actgagtttt ccaatccatg 50280

catccaatat gtggtgtatc tcttcatatg ttcatagcct ctgagcaatg ttttacaatt 50340

ttctgtgtaa agaactccac atcgttttat gtttcttcta aggtatatcc tgattgcttt 50400

ttatgtcttc acaagttttt ccctttcaaa attaattttc caattgtttg gtgctaatat 50460

gctcaaatgt ccttgatttt cttagtttga acagtccgtt ttcgttttgg ggatttattt 50520

ttttttcaga ttctttaaga ttttctatgt ctataaccat ataatctctg aacagagaca 50580

gttttgcttt tccctttcaa cttgaggtag gttttctggg tagttcagga cgcgcaggca 50640

ctgggtgggt ggtgttagca gctgcacgat gccttggaga ggacactctc gggggactgt 50700

ggccgctgct cagctgtgac tgttcttata gcaccagcag ctgcggccac cattcttatc 50760

caatttccaa agccacacca caggccctct caagaacgag gcgtggaggc tatgccctct 50820

cctggacaca tcatcattcc caagccccac gatgtgggcc ccatgggacg cacacctttg 50880

tctgtccaga cctcagcccc acctcctcat cctgcaccag aactcttcag agcccagtgc 50940

atgaaatggg ctaccaagga aatgagggta ggttcctgag aggaaactgg ccctgcattt 51000

gggagctaag agtctgctaa ttcgcctggc agccctgtgc agccctccgt ggctacagtc 51060

caccccgtgc ccatcagtgc ctccttcctg tgcaagcctg gacctcgccc tgggctcagg 51120

atgggctgta gaccgagaat gcaggcggga aagtcgttgt ctatcggggc catagtcagg 51180

ttctacagtg agtcagggaa agacctgtgg aggtgtggat gaggacaatg ggtccaccat 51240

caacaggagg acacgggttc gaccccttgc agaggcacag tcccacatca ctgggaggca 51300

gccacactca ctgcctcgcc ctctcctcac acagtgcagt ttccacgttc acagccccag 51360

```
ccagtcacca ggaatgccct gggggcggcc tttccccagt gcaccccgag ccctcccttg  51420

gctgtgcggt gagctccatg cccaggagat atccacccat agtcctccgg aaagcagctg  51480

acctgccatg ccctggaacc acaaatcccc acagatcagc cagcctgcag tgggccttgg  51540

atgtggtgag gagtggtggc acccccgttc ccaccccaca gatgcaacgc ctgtgggtga  51600

cgcatgtgag tactgaggag tagagggtag aactgtaggc cccgagaacc acagaaactc  51660

gggtgttaca ctctggggcc atgtaaggag aaagtgtcac tggacagaaa caggcccctc  51720

ctagacactg tgtgcgccat agtcacctgt cattagctct cactcttgca gattcatgat  51780

tgaggtggtt aaaaaaaaaa aagctcctac tcacccatcc aaccccatcc tggggtgttt  51840

ccaccaccct tggggtttgg gatgagctgc ccttgcccac tgtgctctgt ggacctccct  51900

ttagaagctc acagctccct gcactcggct ccatcctgcc ccaccacaca gaagcaaaac  51960

ccctctcctt tccactgcag gcttttcctg gaccagaatg ctgacctgct gcccttcact  52020

cccgaagtgg tgggactgcc tggggtggtg tgggtgttga gccttcttac tctagggacc  52080

tggcacctgg ccccaggggc acagggatgg tgcatctgcc tagggatgcc tcctcatgcc  52140

agggggtggg ggttagtacc atcggccctc aggatttgtt gcatgaatga gtgaatgggt  52200

gaataaatga aggggatctg atctatgaat aagggtatat ggactttggt tgatgtagga  52260

cgccaaatgc tggaatttcg gagtcatcac acccaggggc cctgcctctg agctcctctt  52320

tgcatccaat ctgctgaaga acatggctct agggaaaccc agttgtagac ctgagggccc  52380

cggctcttca atgagccatc tccgtcccgg ggccttatat cagcaagtga cgcacacagg  52440

caaatgccag ggtgtggttt cctgtttaaa tgtagcctcc cccgctgcag agctgcagag  52500

cctgctgaat tctggctgac cagggcagtc acccgagctc cagacaatgt ctgtctcctt  52560

cctcatcttc ctgcccgtgc tggcctcccc atggggtcag tgtcagggag atgccgtatt  52620

cacagcagca ttcacagact gaggggtgtt tcactttgct gtttcctttt gtctccaggt  52680

gtcctgtcac aggtacagct gcagcagtca ggtccaggac tggtgaagcc ctcgcagacc  52740

ctctcactca cctgtgccat ctccggggac agtgtctcta gcaacagtgc tgcttggaac  52800

tggatcaggc agtccccatc gagaggcctt gagtggctgg gaaggacata ctacaggtcc  52860

aagtggtata atgattatgc agtatctgtg aaaagtcgaa taaccatcaa cccagacaca  52920

tccaagaacc agttctccct gcagctgaac cctgtgactc ccgaggacac ggctgtgtat  52980

tactgtgcaa gagacacagt gaggggaagt cagtgtgagc ccagacacaa acctccctgc  53040

agggatgctc aggaccccag aaggcaccca gcactaccag cgcagggccc agaccaggag  53100

caggtgtgga gttaagcaaa aatggaactt cttgctgtgt cttaaactgt tgttgttttt  53160

ttttttttt tggctcagca acagagatca tagaaaaccc tttttcatat ttttgaaatc  53220

tgttcttagt ctaatggaga ttctctgata tgtgacaatg tttttctctt gctgtttttg  53280

gaattctttg tctttgactt ttgacaactt gacttttgac agtgtgcctc aaagaagttc  53340

tattttgggt tctgtgaacc tcctggatct gggaagtttt cagctatgat ttcattaaac  53400

gtgttttcta caccatttcc ctactctttt ggaataccca taatgcaaat atttgttcac  53460

ttaattgtgt cccataaatg ctggggattt tcttcattcc tttttactct ttttttcttt  53520

ttattcatct gcctgaatta tttcaaaaga tctgtcttca acttcagaaa ctcttttgct  53580

tggcctagtc taatcttgaa ggtctcaatt gtacttttaa tttcattcat tgaattcttc  53640

aactctggaa tttctgttgg ttcttttttta tgatacttat ctctttgttg aattcctcat  53700
```

-continued

```
tcaaatgata aattgttttc ctgatttcac tgaattttct atctgtacac tattgtatct  53760
ccctgagttt cttagagatt atccttttga attatttttc tgacattctg tatatttcct  53820
tatgattggg gtctgctact ggagaatgac tgttgtcttt ttcaggtgcc gtgtttcctg  53880
gccttttcat gttttatgtg ttcctacgtt gatttctaca catctggcgg accagtcatc  53940
ccttgcaatt taatggagta ggttttgcag gaaaagactt cctagtacag acgggtctca  54000
gggtgtcagt gtggcggggc gtgctggctt tagttctagg ttgacgcagt agcgtagtct  54060
ccatgtcgtt tcttcagctg ccgtccacat tggtgacgtt tgcgagtgtc tcagtggcct  54120
gggctgagag gtttgtggca gtggaagtgc aacgttgcta gaggtggact caccaggctg  54180
tttctgaggt cgaggcacat gcatgcacat ggtggattga ccaacttggt gccaggctca  54240
ctagggttgg ggacatgggg ctgtttctca ggcccaggat gcaaacacaa gtctctttgg  54300
ctggcctggg ggtgtggctt ctgagggcaa tccacagggc tgtttctcag gttcaggaca  54360
caagtgcatg gccgctcaac tggcctgggc atgtgtctcc cagggccacc ccatgggctc  54420
tctctcagac ccaggacatg gccacatggc ttcctcagct ggcctgggtg tgtgtctgct  54480
tggggcctgc aggggcacag ggttatttct caggccgggg tcatgggcgc acagctgctt  54540
gctggcttat aggagtgcct gccaggggtg gcccatgatg ctgtttctca ggcccgcgcg  54600
actgaataca taaacaggac acagcatttt gctgcataaa gcaaacacag cgttactttt  54660
ttttttctaa atgacatttt ttattagata ttgtctttat tgacatttca aatgttatcc  54720
cctttcctgg tttaccctct gaaatcccct atctcctccc cctccccctg ctcaccaatc  54780
cacccactcc cacttccagg ccctggcaat cccctatatt tgggcataga gccttcacag  54840
gaccaaggta ctctccttgc attgatgacc aactagtcca ttctctgcta caaatgcagc  54900
tagatctatg agtcccacca tgttttcttt tgttggtggt ttcatgccag ggagctcttg  54960
gagtactgat tggttcatat tgttgttctc cctatggggt tacaaaaccc ttcaacttct  55020
tgggtccttt ctctggctgc ctcattgggg accttgtgcg aagtccaatg gatgactgtg  55080
agcatccact tctgtatttg ccaggcactg gcagagcctc tcagaagaca gctatatcaa  55140
gatcctggca gcaagctctt gttggtatcc acaaaagtgt ctggtggttg tctatgggat  55200
ggatccccaa aggggcagtc tctggatggt cattccttca gtctctgttc cacactttgt  55260
ctctttaact ccttccatga ctattttatt cctccctcta agaaggaccg aagtattcat  55320
actttggtct tccttcttga aattcatgtg ttttgtgaat tgtatctttg atattccgaa  55380
cttctgggct aatatccact tatcagtgag tgaatatcat gtgtgttctt atgtgattga  55440
gttacctcac tcaggatgat atcctccaga accatccatt tgtctaagaa tttaatgaat  55500
tcattgtttt taatagctga ggagtactcc attgtgtaaa tgtaccacat tttctgtacc  55560
cattgttctc ttgagggaca tctgggttct ttaaagcttc tggacattaa atataaggct  55620
gctatggaaa tagtggagaa tgtgtcctta ttacatgttg gagcatcttc tgggtatatg  55680
cccaggagtg ctattgctgg atcctctgat agtactatgt ccaattttct gaggaactgc  55740
caaactggtt tacagagtgg ttgtgccagc ttgcaattcc accagcaatg gagaaatgtt  55800
ccccttcctc cacatcctca ccaacatctg ctgtcacctc aatttgttct tagtgattca  55860
gacaggtgtg aggtggaata tcagggttgt ttggcatttc cctgatgact agtgatattg  55920
aaaaaaattt taagtgtttc tcagccattc agtattcttc agttgagaat tcactgttta  55980
gctctgtact caggtttttt taatagggtt atttggtttt ctggagtcta acgtcttgaa  56040
ttctttctat atattggata ttagccctct gtcatattta ggattggtaa agatctttcc  56100
```

-continued

caatatgttg gctgcctttt tgtgtccttt gccttacaga accttttttaa ttttatgagg 56160

tcccatttgc taattcttca ttttacagca aaagccattg gtgttctgtt caaaaatctt 56220

tccccctgaa ccctatcttc gaggatcttc cccactttct cctctataag tttcagtgtc 56280

tctattattg tgctgaggtc cttgatccac ttgaacttga gcattgttca aggagataag 56340

aatggatcaa ttcgaattct tctacatgat aacagccagt tgagccagca ccatttgttg 56400

aaaattctct tttttgcact ggatagtttt agcacttttg tcaaagatca agtgactatg 56460

gctcttcaac tatggctcat tccattgatc aacttgtctg tcactgtaca agcaccatgc 56520

aatttttatt gcaattgctt agtattacac cttgaggtca aggatggtca ttccaccaga 56580

ggttcttcta tggttgagaa gagtttttgc tatcctaggt ttttgttatt ccagatgaat 56640

ttgcaaatgg ccctttctaa ctcagtgaag aattgaggtg gaattttgat gggaatttta 56700

ttgaatctgt agattgcatt caacaagata gccatttata atacattaat cctgccagtc 56760

catgagcatg ggagatcttt ccatcttccg agatcttctt cgatttcttt cttcagagac 56820

ttgaagtttt tatcatacag atctttcact tccttagtta gagtcacacc aaggtatttt 56880

atattatttg tgactactgt gaaggttgtt gtttccctga tttcttcctc agcctgttca 56940

tcctttgtgt agagaaaggc cactgattta tttgagttaa tattgtatcc agctaattca 57000

ctgaagttgt ttatcaggtt taggagttct cttgtggaat ttttggaatc acatgtgtat 57060

actattatat catctgcaat tagtgatatt ttgacttctt ctttcccaaa ttgtatccct 57120

ttgatctcct tttgttgtct aattgcccac actaggactc gggcagcctt agtgcctagt 57180

ccctgatttt agtgtgattt gttcaagttt ctctccactt agtcggatgt tggctactga 57240

tttgctgtat attgctttta ttatgtttag gtatgggcct tgaattcctg atctttccaa 57300

tacttttatc atgaatgggt gttgaatttt gtcaaatgct ttctcaacac ctacaaagat 57360

gatcatgtag attttgtctt tcagtttgat tatatagtgt attatgttga tggatttcca 57420

tatattaaac catccctgca tccctgggat gaagcctact tggtcatgat agacgattgt 57480

tttgatgtgt tcttggattc agttagtgag aaatatattg agtattttta catcgatatt 57540

cataagggaa attggtctga agttctcttt ctttgttggg tctttatgtg gtttagttat 57600

cagagtcatc gtagcttcat agaacaaatt gagtagagta ccttctgtct ctattttgtg 57660

gtatagtttg aggagatttg gaaatatgtc ttcttgggac gtctgagaga attctgcact 57720

aaacccatct gatcctgggc ttctttgggg gggggggact attaatgact gcttctattt 57780

ctttagggga aatgggactg tttagattgt taatatgatc ctgaatagaa atctgatctg 57840

atctagaaaa ttgtccattt tattcaggtt ttccagtttt gttgagtatt gccttttgtg 57900

gtagggtctg atgatgtttt ggatttcctt aggttctgtt gttatgtctt cttttccatt 57960

tctcattttg ttaattagga tactgtccct gtgtcctcta gttactctgg ctaagcgttt 58020

atctatctta ttgattttct caaagaacca gctcctggtt tggttgattc tttgtatagt 58080

tctttttgtt tccacttgat tgatttctgc cctaagtttg attgtttcct gctgtctact 58140

cctcttgggt gaatttgctt ccttttgttc tagagctttt aggtgtgctg tcaagctgat 58200

agggtatgct ctctctagtt tctttttggc ggcactcata gctaggagtt ttcctcttag 58260

cagtgctttc attacgtcct gtaagtttgg gtatgttgtg gcttcatttg cattaaattc 58320

taataagtct ttaatctctt tccttctttc ttccttgacc gagttatcat tgactagagt 58380

gttcatcagc ttccacatca atgttggctt ttaattattt atgtttttat tgaggatcag 58440

```
cctttgtcgg tggtgatctt ctaggatgca cgggaaattt tcaatatttt tgtatctatt  58500
gaggcctgtt ttgtgaccaa ttatacggtc aattttggag aaagtaccgt gaggtactga  58560
gaagatggta tatctttttg ttttaggata aaatgttctg tagatatctg ttaaatccat  58620
ttgtttcata acttctgtta gtttcactgt gtctctgctt agtttctgat tccagaatct  58680
gtccaatgat aagagtaggg tattaaattc tcccactact attgtgtgag gtacaatgtg  58740
tggtttgagc tttaaaagag tttccttaat gaatgtggat ggccttgcat ttggagcata  58800
gttattcaga attgagagtt cctcttggaa gattttacct ttgatgagta taaaatgccc  58860
ctccttgtct tttttgatac ctttgggtta gaagtggatt ttattcgata ttagaatggc  58920
taatccatct tgtttctttg agatgtttgc ttggaaaatt attttcctgc cctttactcg  58980
gtggtagtgt ctgtcttagt ccctgaggtg ggtttcctgt atacagcaaa atgttgggtc  59040
ctggttatgt agccagtctg ttagtctgtc tttttatcag gtaattgagt ccattgatat  59100
taagagctat taaggaaaag taattggtgc ttcctgttat ttttgttgtt agacttggga  59160
ttctgttctt gtggctatct tcttttaggt ttgttgaagg attactttct tgcttttttt  59220
agggtgtaat ttccctcttt gtgttggagt tttctcttta ttatcctttg aagggctgga  59280
ttcatggaaa gatgttgggt gaatttggtt ttgtcatgga attctttggt ttctccatct  59340
ataattgaga gttttgctgg gtatagtagc ctaagctggc atttgtgctc tcttagtgtc  59400
tataacatct gtccaggatc ttctggcttt cataatctct ggtgagaagt ctggtgtaat  59460
tctgataggc ctgcctttat atgttacttg accttttttcc cttactgctt taaatattct  59520
atcttcattt agtgcatttt ttttctgatt ttttatgtgt caggaggaat ttcttttctg  59580
ctccagtcta ttcggattct gtaggctact tctatgttca tgggcatctc cttctttagg  59640
ttacggacgt tttcttctat aattttgttg aagatattta ctggcccttt aagttgaaaa  59700
tctccattct catctatacc tattatcttt aggtttggtc ttctcattgt gtcctggatt  59760
tcctggatgt tttgagttag gatctttttt gcattttgca ttttttttta ttgttgtgcc  59820
catgttttct acggaatctt atgcacctga gactctctct tctacctctt gtattctatt  59880
ggctgatgct tccacctatg tttctcgatt tctttcctag gatttctatc cccagagttg  59940
tctccctttg tgatttcttt attgtttcta cttccatttt tagattttga atggttctgt  60000
tcgattccat cgcctgttgg gttgtgtttt tctgtatttc tttgagggat ttttgtgctt  60060
catctttaag gtcttctacc tgtttaggag tgttttccta taattctttg agggattttt  60120
gtgttttctc tttaagggct tctagcaatt tagcagtgtt ctcctgtatt tctttaagtg  60180
agttattaat gcccttctta aaatcctcta ccaacatcat tagatatgat tttaaatccg  60240
aatcttgctt ttcaggtgtg ttggggtatc caggactcac tgtgggggga gtactgggtt  60300
ctgatgatga aaactggtct tggtttttat tagtaagatt cctacttttg ccttccacca  60360
tctgataata tctgttgtta gatattctag ctgtctctgg ctggagcttg ttcctcctgt  60420
gattctgtca gcctctgtca gcactcctgg gagtacaact cttttctgag tcccaatgtt  60480
cagagcattc tctgcaggca agctctcctc tggcaggtaa ggtgcccaga gctcttgagc  60540
tcagctccac ctcctgactg cagatgaaga cccaaaggga ccctgtccaa taagctctgt  60600
tgcttctgcc acccacatgc tctcctgtgc gaactggtct ctgagagacc cgggatacaa  60660
gatggtactc tcacctgaat cccagggtca aagccctccc tggaggctga ctctcctctt  60720
gtgggaaggt gcacagaggt ctggagctca gctctgcctc ctggctgaag atgaaggccc  60780
gaagggaccc tgtccaagaa gctttgttgc ttctgggacc cacatgctct cctacatgga  60840
```

-continued

```
ctggtctctg agagaccagg gattcaagat ggtgctctca cctgagtccc agggtcagag  60900
ccctctctgg aggccaactc tcctcagtga tcctaagatc ctgggtatgc tagggtgcct  60960
atggcatgga gagtcctctg aggaatgtgg gactgtctgc tgagtttcca cccaaggtgg  61020
tgctgggctg gctccagtca gaatgaaccc agactctggt tgggcaggtt tccagtcctg  61080
ttggcccaag cccctctggg ttgttttaga acagatgttg ctttccactc accagtgatc  61140
ccaagatcct gggcgtgcta gggtgcctgc tatgtggaga gtccactggg gaccttagga  61200
gcatacatca agttcacacc catggtggca aggagctggt gcctaccaga acaaaccccg  61260
ggcactttta ctgacccttt aagttgaaaa tcttcattct catctatacc tattatcctt  61320
aggtttggtc ttctcattgt gtcctggatt tcctggatgt tttgacttaa gatctttttg  61380
cattttgcat ttttttgatt gttgtgtcca tgttctctct ggaatcttct acacctgaga  61440
ttctctcctc tgtatcttgt attctgttgg tgatgcttgc atctattgct cctgatctct  61500
ttcctagggt ttctatctcc agagttttct ccctttgtga tttctttatt atttctactt  61560
ccatttttag atcctagatg attttgttaa attccttcac ctgtttggtt gtgtgttcct  61620
gtaattcttt aagggatttt tgtatttcct ctttaagggc ttctacctgt ttagctgtgt  61680
tctactgtat ttctttaaag gacttatgaa tgtccttctt aaaaacctct accagcatca  61740
tgagatgtga tcttaaatgt caatcttccc tttctggtgt gttggggtat ccaggacttg  61800
ctgtggttgg agttctgggt tctggtaaac ctgccttaga gggtcaccac agagtaatga  61860
tagcactact tttaaacagg ggaagatgat gaaataattg ctgtgggaaa atgcaaggaa  61920
ggctccaaca catgtaggca tctatgaagg tctcaaatct tcaaaatcca aaaccaccaa  61980
gaaagaaaga aagaaagaaa gaaagaaaga aagaaagaaa gaaagaaaga aagaaagaaa  62040
gaaagaaaga aaggaaggaa ggaaggaagg aaggaaggaa ggaaggaagg aaggaaggaa  62100
ggaaggaagg aaggaaggaa ggaagattct aaaagtagtc acctgcacca ggtgcctggg  62160
gagtcactca gcagccctag actgagaaag cttgaagaaa gtagaaatag agaaagtgta  62220
cagccagtat cctctagcta ctcacatcca aacagggcct cctgactgct ctgagcctgt  62280
cctaagaaca gcaatgatgc cacagaaatt tttagagtga accctgaagg aacttgaggc  62340
cgatatgaga aagccagtcc cagaggaaag gaaaacccgt agagagaaaa caggtgagtt  62400
agtgcattaa aggggctgag caggcaacgc gccgtcgacc ggaggagttt cttccctgtg  62460
cggagtccac gggcctcctg tgagtgtgtg catgggcaca agtgtgtgtg tggctctgct  62520
gtgtgtctgt acacacatat gttttgggtt tttttgtgtc tcagaccaca gagtctgccc  62580
ctcccaccaa agcccaggca gaaggatgaa cccacgcccc tggggcccag gcctcagcag  62640
cctctgcggg atcattgttc ccagttgtca cttgcctttg ccacagccct atttctccac  62700
aattccttaa agtcctcaac atgcatttaa ggcacaaagg tgaaactgcc cagaaacatc  62760
tgactccgcc gtggaaccca ggagcaagct gggttagcta aggagcgggg ccgttggcag  62820
aggctgggga tccaggctga actttggagg aggcatgtcc cagcatgggc tcctgactat  62880
gtcctcctgg gacaaaccca aacccactct ttgaatatgg gagggacttt gctggccccg  62940
gccctgaccg cagcacttgg aaactgagga gtggtcgcct cctccgtgtc acagctgccc  63000
gttcaccatc atagaagcaa ctctgtcacc tccatgggcc cctctgtggc tgctgcctgg  63060
gtccaagctg agcccagctg cccaggccca gaaggaaagc ccaggccagg tgcccagcac  63120
agaggcagtc acataccccg gggagagcca cagcaagcag ccaatattgc ccaggagagg  63180
```

-continued

```
agtagctgac aaggcagaac gtgagctgcc atcggctcga gaggctttgc tggtcctcct  63240
ggggctctgg acatgaccag gaggagcgag ggaagaagtc gcatggtggt cccatcctgg  63300
gtggggcctg atggcagctg gccacccgtc ccagagtggc agccagatgc cagcgccatt  63360
cccacagtca catcattggt cacagaatgc aggacataga gtgtcttctt tccatcacag  63420
tgctgtccag acccatagcc tagggtagac ctggaagatt caatgtccac acccggggct  63480
ggagcgtagc catgagccac gccccctgcc cgtgcatgga aagccagccc aagctctgct  63540
ccatccctag ccaaagtcag tgtcctttcc ccttctccca agtgagctct agccacctgc  63600
ctaccctgcc atctgaggat gacagccttc attccattgg aacctggctc tgccaccagc  63660
aggcttgcag tcctgggcag actccgtcac ctctctatgc ctcagccttt ccatctgcac  63720
aggaggaaga tgatgatggt ggtgatgatg atggcgatgg tttccttttg catctgaggc  63780
aaggactaat tgagatgata cacatcaggc actgggtatg gtgctggtcc ttcctgagca  63840
ctcaatctat gtgagctgtc cttgtgaaat gggtgtcacc acatttcccc acgcagaaca  63900
tcctttgtct gccatacttg aaacgtctgc cccaatacta acagctcctc atggaagatg  63960
tgcccaccca cccaccctca tactcccaaa ggtgcccgtg ctttatcaag ccaaagtcca  64020
gccaggaact ttacagcagc atccctttcc ctctccaagc accaaggagc aaggcaaagc  64080
actacatctt ccatctggag gcaatgccac cctcttctcc cattttcact gccatcccta  64140
agaggcagtg cttccccaaa aggttccata gcagcctgcc tacagcaact ctgttcacac  64200
gagtttcagc atccttgcag tggctcccct gccatgctgt ggctcttcat tcaccctctt  64260
ctcctgctcc ccgtgacagg catagattct gagtgatctg gatacattgc tttgtttaat  64320
aacattacag cttctgtgct gaaaaagata cagcagatag agaaggcaat tgttgaacac  64380
aaaatagtga cagcagagat gacggcaagt tggcattttt cttttctagc aataaaactt  64440
aaagctgact caaggagaaa tggaaatcat aattggaaca gtaatcctca agaaagcatt  64500
aagattatta aataattgcc ctcacagatg acttcaggcc aagatggctt tatgggtgaa  64560
gtttagactt tcacaaaact aatcagttcc cataagaact gctccaggat ttggaggaac  64620
atgggaaagt ctattaaagg gatcacaatt cacagtcccc agagtaaaac atgggctaac  64680
ttgcattttg gcaaagagcc aaatgttata aatgacatcc tagaaggcca aattctgtcc  64740
atctcgttga acaaggactt acaccaggaa tttagaacta tttatagctc atcccaccac  64800
tcaggccaat gatgacccat gatcatctca ccagaaatgg aaagactcag atgattaata  64860
gagtctcaat ttctctgaga catctaagag cccagcccaa gcccagaccc aggagggcac  64920
ccaggcctgg acagagaaca ctgatatcac accagccctc cagagggaag cagagactcc  64980
ttcaagctct ggaaacacag gcccagacag ctgcccaaag ttgggcaggc ttcactgcaa  65040
acccaaatca tgaagctagg taacaccttt acagattctt tacatttaaa aatcatcaaa  65100
acaagagtaa ataataaact caaataatat taatctaata tgtaaaggtc ttgtaccatt  65160
attatgcaaa caacatacat aagctaataa gaaaaagaac aaatccctta agaaatcagc  65220
aaaaaggata taacacaatt tctaaaagaa aacaaatggc tagcacacat aaggaaaaca  65280
ctttgtgaac agacattctt cagaacatta tttataatta taaaatagtt gaaagcaaga  65340
tagtgcctga agaaattatg gtgcatacat tagtgggact attctgcaaa cattcccaat  65400
tatacttgtc acatatctgt gataacgtga cagccagcat tcatggggtg acctcatttg  65460
gtaaaagggt gcaaagctca acacgcattg tgagatgact gtggtgtaaa attagtggga  65520
ttattccgca aacattccca attatactta ccgcatatct gtgataacat gacagcattc  65580
```

-continued

```
atggggtgac ctcatttggt aaaagggtgc aaagctcaac acgcattgtg agatgactgg  65640
tgtaaataca aagaccaaac tgtgaaaagg agtccatcaa ttaatcgatg cttaccttca  65700
gttttgggct aatttttaaa gtatgctata agcatatgct cctgttataa cagaatggag  65760
ggattatgag agatgatgca ggtgtgtcct gggcctcccc tggcccactg ggccctagag  65820
atgccttccc aggcatcgct gtcagggctt ccctcagagg gagtcctgta ttgacctcac  65880
caccaaggtc tggagcaggg gatccttaga tattggttgg ggttatctca ccttaggtct  65940
gaatatgggg ttgtcttaga ctgttttgtg ctgttagaat agaataccca agactgggaa  66000
atttatactg aacggaaatt tatttctcac agttctagag gctgtgaagt ccaagagcac  66060
aggtgccaga gcaagtccaa gagcaaggga aagtccaaag caagtccagg agcatctggc  66120
gaggaccttc ttgctgtgtc atcacatggc ggaaggcaag aaagagagca agagggggcc  66180
gaactcaccc ttttataaca gcaccaatcc cacccatgag gtggggacct tatgacctaa  66240
tcactcttca tactgttaca atggcaatga aatttcaaca tgagttttgg aggagagaag  66300
cattcaaacc acagcaaggg tgctcctacc tcctctctca gggcatctgc agaaagagct  66360
gcaactgcac gtccttcctc cgtccatcct ccatcccttc ccaatgtccg tgcatatcct  66420
gtgacccagg aggtctggca tagggggtgc tcctgcctta ggtctgaggc cctgtctgaa  66480
gaggggtagg tgaggaggcc atctgatggt ctgggccaag acagtcacag gacgcatcat  66540
ttatcatcaa ggaggctgag ggttgagtct ccaggtccag ggaactcccc acaaagtggg  66600
aaccctgccc agctccacac agcctctgct gggggaccct gctctggtgc agagcctggg  66660
gacaggtctt gagctcagcc agagtctgcc tccctgtcat ttaggaacta aaccaagcgg  66720
caggatgctg gagcccagcc cccatctgac cttacagggc caaggctggg gccctgggtt  66780
cccctcaagg cacagcagga ctggagcccc aggcagtgca ggagtggcca aagctggggc  66840
ttcctccaga gcccccaagc atcatggcac caagaagggt aggaccctgg cctgaggaat  66900
tggcaccaaa gccccagaaa ctaccctgga caccatggag agaggcttgg aggggaagca  66960
ccaggcactg cctccccttc tgatcccacc tgaggtggct gccaagccca gagagccgct  67020
ctgatgtccc ccagccctgc agcccaggga tacctgtact gtgcccctgg gggaccccctg 67080
gccagtctgt gcaaagaagt caccacccta cactcagaga cagtgggggt cctcgtccca  67140
catcctcaga gcatggcccg gctgctgcag ggatggtctc cttgtcctca gagcatggcc  67200
cggctgctgc agggatggtc tccttgtcct cagagcatgg cccagctgct gcagggatgg  67260
tctcctggag gccccccagt gctctattgt cagggctccc tccacccccc cgcaccaaga  67320
gagagccaga ccccagcaag gcttccagtg gcttcaggtc acacccctag gctgacccca  67380
gccccattaa cacctgcctg agaaagctcc acgcaccaga actgaccgtc tgctccaact  67440
cttgacctcc cgttctcagg gcgtctgctg aaaaggctgc aactgcacat ccttcctccg  67500
tccgttcccg atgtccgtgt gtctcctgtg gccaggaagg tctttctcgg gacctgagag  67560
ccgctccctg aagtgtcccc attgggaagg atggggcctg tgtctccagg ctctgggagg  67620
acagaatcct gacctcaaca gtggccggca cggacacaac tggccccatc ccggggacgc  67680
tgaccagcgc tgggcaactt ttcccttccc cgacgactga gccccgagca ccctccctgc  67740
tcccctacca cctcccttta caaggctgtg gcctctgcac agatgataat ggagcttggc  67800
tcattcccct agagtcggta gggagttaag gacaaaactc agtttcctcc acctgaactc  67860
aagtctgcct atgtttacct aatcacacct ggtggacagt ttggacaaac ttgcacactc  67920
```

-continued

```
agagacacag acacttctag aaatcattat ctccctgccc cggggacccc actccagcag  67980
aagtctgcta ggcactggcc tgggccctcc tgctgtccta ggaggctgct gacctcctgc  68040
ctggctcctg tccccaggtc cagagtcaga gcagactcca gggacgctgc aggctaggaa  68100
gccgccccct ccaggccagg gtctagtgca ggtgcccagg acaagaaaga ttgtgaatgc  68160
aggaatgact gggccacacc cctcccgtgc acgccccctc ctgccctgca ccccacagcc  68220
cagcccccg tgctggatgc ccccccacag cagaggtgct gttctgtgat cccctgggaa  68280
agacgccctc aacctccacc ctgtcccacg gcccaaggaa gacaagacac aggccctctc  68340
ctcacagtct ccccacctgg ctcctgctgg gaccctcaag gtgtgaacag ggaggatggt  68400
tgtctgggtg gcccctagga gcccagatct tcactccaca gaccccaacc caagcacccc  68460
cttctgcagg gcccagctca tccccctcct cctccctctg ctctcctctc gtcgcctcta  68520
cgggaaatcc gggactcagc agtaaccctc aggaagcagg gcccaggcgc cgtttaatag  68580
gaggcttcct cacaatgaaa cttttagaaa gccttgacta caatgatgac cttggtgtgg  68640
ctgtgaacac tgtcagctcc cacagctgct gcagcaaaaa atgtccatag acagggtggg  68700
ggcccggggt cgtctgctgt cctgctcagc ccacagcacg catggaggat ctgaggtgcc  68760
acacctgacg cccaggccag aacatgcctc cctccagggt gacctgccat gtcctgcatt  68820
gctggaggga caggggcagc ctatgaggat ctggggccag gagatgaatc ctattaaccc  68880
agaggaaaac taacaggacc caagcaccct ccccgttgaa gctgacctgc ccagaggggc  68940
ctgggcccac cccacacacc ggggcggaat gtgtacaggc cccggtctct gtgggtgttc  69000
cgctaactgg ggctcccagt gctcacccca caactaaagc gagccccagc ctccagagcc  69060
cccgaaggag atgccgccca caagcccagc ccccatccag gaggccccag agctcagggc  69120
gccggggcag attctgaaca gccccgagtc acggtgggta caactggaac gaccaccgtg  69180
agaaaaactg tgtccaaaac tgtctcctgg cccctgctgg aggccgcgcc agagagggga  69240
gcagccgccc cgaacctagg tcctgctcag ctcacacgac ccccagcacc cagagcacag  69300
tggagtcccc actgaatggt gaggatgggg accagggctc cagggggtca tggaaggggc  69360
tggaccccat cctactgcta tggtcccagt gctcctggcc agaaacgacc ctaccaccga  69420
caagagtccc tcagggaaac gggggtcact ggcacctccc agcatcaacc ccaggcagca  69480
caggcataaa ccccacatcc agagccgact ccaggagcag agacacccca gtaccctggg  69540
ggacaccgac cctgatgact ccccactgga atccacccca gagtccacca ggaccaaaga  69600
ccccgcccct gtctctgtcc ctcactcagg acctgctgcg gggcgggcca tgagaccaga  69660
ctcgggctta gggaacacca ctgtggcccc aacctcgacc aggccacagg cccttccttc  69720
ctgccctgcg gcagcacaga ctttggggtc tgtgcagaga ggaatcacag aggccccagg  69780
ctgaggtggt gggggtggaa ggcccccagg aggtggccca cttcccttcc tcccagctgg  69840
aacccaccat gaccttctta agataggggt gtcatccgag gcaggtcctc catggagctc  69900
ccttcaggct cctccctggt cctcactagg cctcagtccc ggctgtggga atgcagccac  69960
cacaggcaca ccaggcagcc cagacccagc cagcctgcag tgcccaagcc cacattctgg  70020
agcagagcag gctgtgtctg ggagagtctg ggctccccac cgccccccg cacaccccac  70080
ccacccctgt ccaggcccta tgcaggaggg tcagagcccc ccatggggta tggacttagg  70140
gtctcactca cgcggctccc ctcctgggtg aaggggtctc atgcccagat ccccacagca  70200
gagctggtca aaggtggagg cagtggcccc agggccaccc tgacctggac cctcaggctc  70260
ctctagccct ggctgccctg ctgtccctgg gaggcctgga ctccaccaga ccacaggtcc  70320
```

-continued

agggcaccgc ccataggtgc tgcccacact cagttcacag gaagaagata agctccagac 70380
ccccaagact gggacctgcc ttcctgccac cgcttgtagc tccagacctc cgtgcctccc 70440
ccgaccactt acacacgggc cagggagctg ttccacaaag atcaacccca aaccgggacc 70500
gcctggcact cgggccgctg ccacttccct ctccatttgc tcccagcacc tctgtgctcc 70560
ctccctcctc cctccttcag gggaacagcc tgtgcagccc ctccctgcac cccacaccct 70620
ggggaggccc aaccctgcct ccagcccttt ctcccccgct gctcttcctg cccatccaga 70680
caaccctggg gtcccatccc tgcagcctac accctggtct ccacccagac ccctgtctct 70740
ccctccagat accccctccca ggccaaccct gcacatgcag gccctcccct tttctgctgc 70800
cagagcctca gtttctaccc tctgtgccta ccccctgcct cctcctgccc acaactcgag 70860
ctcttcctct cctggggccc ctgagccatg gcactgaccg tgcactccca cccccacact 70920
gcccatgccc tcaccttcct cctggacact ctgaccccgc tcccctcttg gacccagccc 70980
tggtatttcc aggacaaagg ctcacccaag tcttccccat gcaggccctt gccctcactg 71040
cccggttaca cggcagcctc ctgtgcacag aagcagggag ctcagccctt ccacaggcag 71100
aaggcactga aagaaatcgg cctccagcac cctgatgcac gtccgcctgt gtctctcact 71160
gcccgcacct gcagggaggc tcggcactcc ctgtaaagac gagggatcca ggcagcaaca 71220
tcatgggaga atgcagggct cccagacagc ccagccctct cgcaggcctc tcctgggaag 71280
agacctgcag ccaccactga acagccacgg agcccgctgg atagtaactg agtcagtgac 71340
cgacctggag ggcaggggag cagtgaaccg gagcccagac catagggaca gagaccagcc 71400
gctgacatcc cgagcccctc actggcggcc ccagaacacc gcgtggaaac agaacagacc 71460
cacattccca cctggaacag ggcagacact gctgagcccc cagcaccagc cctgagaaac 71520
accaggcaac ggcatcagag ggggctcctg agaaagaaag gaggggaggt ctccttcacc 71580
agcaagtact tcccttgacc aaaaacaggg tccacgcaac tcccccagga caaaggagga 71640
gccccctgta cagcactggg ctcagagtcc tctccaacac accctgagtt tcagacaaaa 71700
accccctgga aatcatagta tcagcaggag aactagccag agacagcaag aggggactca 71760
gtgactcccg cggggacagg aggattttgt gggggctcgt gtcactgtga ggatattgta 71820
gtagtaccag ctgctatgcc cacagtgaca cagccccatt cccaaagccc tgctgtaaac 71880
gcttccactt ctgggggtgt gtaagagggg atgcgggcag agcctgagca gggccttttg 71940
ctgtttctgc tttcctgtgc agagagttcc ataaactggt gttcgagatc aatggctggg 72000
agtgagccca ggaggacagc gtgggaagag cacagggaag gaggaccagc cgctatccta 72060
cactgtcatc tttcgaaagt ttgccttgtg cccacactgc tgcatcatgg gatgcttaac 72120
agctgatgta gacacagcta aagagagaat cagtgagatg gatttgcagc acagatctga 72180
ataaattctc cagaatgtgg agcagcacag aagcaagcac acagaaagtg cctgatgcaa 72240
ggacaaagtt cagtgggcac cttcaggcat tgctgctggg cacagacact ctgaaaagcc 72300
ctggcaggaa ctccctgtga caaagcagaa ccctcaggca atgccagccc cagagccctc 72360
cctgagagcc tcatgggcaa agatgtgcac aacaggtgtt tctcatagcc ccaaactgag 72420
agcaaagcaa acgtccatct gaaggagaac aggcaaataa acgatggcag gttcatgaaa 72480
tgcaaaccca gacagccaca agcacaaaag tacagggtta taagcgactc tggttgagtt 72540
catgacaatg ctgagtaatt ggagtaacaa agtaaactcc aaaaaatact ttcaatgtga 72600
tttcttctaa ataaaattta caccctgcaa aatgaactgt cttcttaagg gatacatttc 72660

-continued

```
ccagttagaa aaccataaag aaaaccaaga aaaggatgat cacataaaca cagtggtggt  72720
tacttctgct ggggaaggaa gagggtatga actgagatac acagggtggg caagtctcct  72780
aacaagaaca gaacgaatac attacagtac cttgaaaaca gcagttaaac ttctaaattg  72840
caagaagagg aaaatgcaca cagttgtgtt tagaaaattc tcagtccagc actgttcata  72900
atagcaaaga cattaaccca ggtcggataa ataagcgatg acacaggcaa ttgcacaatg  72960
atacagacat atatttagta tatgagacat cgatgatgta tccccaaata aacgacttta  73020
aagagataaa gggctgatgt gtggtggcat tcacctccct gggatccccg gacaggttgc  73080
aggctcactg tgcagcaggg caggcgggta cctgctggca gttcctgggg cctgatgtgg  73140
agcaagcgca gggccatata tcccggagga cggcacagtc agtgaattcc agagagaagc  73200
aactcagcca cactccccag gcagagcccg agagggacgc ccacgcacag ggaggcagag  73260
cccagcacct ccgcagccag caccacctgt gcacgggcca ccaccttgca ggcacagagt  73320
gggtgctgag aggaggggca gggacaccag gcagggtgag cacccagaga aaactgcaga  73380
cgcctcacac atccacctca gcctcccctg acctggacct cactggcctg ggcctcactt  73440
aacctgggct tcacctgacc ttggcctcac ctgacttgga cctcgcctgt cccaagcttt  73500
acctgacctg ggcctcaact cacctgaacg tctcctgacc tgggtttaac ctgtcctgga  73560
actcacctgg ccttggcttc ccctgacctg gacctcatct ggcctgggct tcacctggcc  73620
tgggcctcac ctgacctgga cctcatctgg cctggacctc acctggcctg gacttcacct  73680
ggcctgggct tcacctgacc tggacctcac ctggcctcag gcctcacctg cacctgctcc  73740
aggtcttgct ggagcctgag tagcactgag ggtgcagaag ctcatccagg gttggggaat  73800
gactctagaa gtctcccaca tctgaccttt ctgggtggag gcagctggtg gccctgggaa  73860
tataaaaatc tccagaatga tgactctgtg atttgtgggc aacttatgaa cccgaaagga  73920
catggccatg gggtgggtag ggacataggg acagatgcca gcctgaggtg gagcctcagg  73980
acacaggtgg gcacggacac tatccacata agcgagggat agacccgagt gtccccacag  74040
cagacctgag agcgctgggc ccacagcctc ccctcagagc cctgctgcct cctccggtca  74100
gccctggaca tcccaggttt ccccaggcct ggcggtaggt ttagaatgag gtctgtgtca  74160
ctgtggtatt acgatatttt gactggttat tataaccaca gtgtcacaga gtccatcaaa  74220
aacccatgcc tggaagcttc ccgccacagc cctccccatg gggccctgct gcctcctcag  74280
gtcagccccg gacatcctgg gtttccccag gctgggcggt aggtttgggg tgaggtctgt  74340
gtcactgtgg tattactatg gttcggggag ttattataac cacagtgtca cagagtccat  74400
caaaaaccca tccctgggag cctcccgcca cagccctccc tgcaggggac cggtacgtgc  74460
catgttagga ttttgatcga ggagacagca ccatgggtat ggtggctacc acagcagtgc  74520
agcctgtgac ccaaacccgc agggcagcag gcacgatgga caggcccgtg actgaccacg  74580
ctgggctcca gcctgccagc cctggagatc atgaaacaga tggccaaggt caccctacag  74640
gtcatccaga tctggctccg aggggtctgc atcgctgctg ccctcccaac gccagtccaa  74700
atgggacagg gacggcctca cagcaccatc tgctgccatc aggccagcga tcccagaagc  74760
ccctccctca aggctggcca catgtgtgga cactgagagc cctcatatct gagtaggggc  74820
accaggaggg aggggctggc cctgtgcact gtccctgctc ctgtggtctc tggcctgcct  74880
ggccctgaca cctgagcctc tcctgggtca tttccaagac agaagacatt cctggggaca  74940
gccggagctg ggcgtcgctc atcctgcccg gccgtcctga gtcctgctca tttccagacc  75000
tcaccgggga agccaacaga ggactcgcct cccacattca gagacaaaga accttccaga  75060
```

-continued

```
aatccctgcc tctctcccca gtggacaccc tcttccagga cagtcctcag tggcatcaca  75120
gcggcctgag atccccagga cgcagcaccg ctgtcaatag gggccccaaa tgcctggacc  75180
agggcctgcg tgggaaaggc ctctggccac actcgggctt tttgtgaagg gccctcctgc  75240
tgtgtgacta cagtaactac catagtgatg aacccagtgg caaaaactgg ctggaaaccc  75300
aggggctgtg tgcacgcctc agcttggagc tctccaggag cacaagagcc gggcccaagg  75360
atttgtgccc agaccctcag cctctaggga cacctgggcc atctcagcct gggctggtgc  75420
cctgcacacc atcttcctcc aaataggggc ttcagagggc tctgaggtga cctcactcat  75480
gaccacaggt gacctggccc ttccctgcca gctataccag accctgtctt gacagatgcc  75540
ccgattccaa cagccaattc ctgggaccct gaatagctgt agacaccagc ctcattccag  75600
tacctcctgc caattgcctg gattcccatc ctggctggaa tcaagaaggc agcatccgcc  75660
aggctcccaa caggcaggac tcccgcacac cctcctctga gaggccgctg tgttccgcag  75720
ggccaggccc tggacagttc ccctcacctg ccactagaga aacacctgcc attgtcgtcc  75780
ccacctggaa aagaccactc gtggagcccc cagccccagg tacagctgta gagacagtcc  75840
tcgaggcccc taagaaggag ccatgcccag ttctgccggg accctcggcc aggccgacag  75900
gagtggacgc tggagctggg cccacactgg gccacatagg agctcaccag tgagggcagg  75960
agagcacatg ccggggagca cccagcctcc tgctgaccag aggcctgccc cagagcccag  76020
gaggctgcag aggcctctcc agggagacac tgtgcatgtc tggtacctaa gcagcccccc  76080
acgtccccag tcctgggggc ccctggctca gctgtctggg ccctccctgc tccctgggaa  76140
gctcctcctg acagccccgc ctccagttcc aggtgtggtt attgtcaggc gatgtcagac  76200
tgtggtggat atagtggcta cgattaccac agtggtgccg cccatagcag caaccaggcc  76260
aagtagacag gcccctgctg cgcagcccca ggcatccact tcacctgctt ctcctggggc  76320
tctcaaggct gctgtctgtc ctctggccct ctgtggggag ggttccctca gtgggaggtc  76380
tgtgctccag ggcagggatg attgagatag aaatcaaagg ctggcaggga aaggcagctt  76440
cccgccctga gaggtgcagg cagcaccacg gagccacgga gtcacagagc cacggagccc  76500
ccattgtggg catttgagag tgctgtgccc ccggcaggcc cagccctgat ggggaagcct  76560
gtcccatccc acagcccggg tcccacgggc agcgggcaca gaagctgcca ggttgtcctc  76620
tatgatcctc atccctccag cagcatcccc tccacagtgg ggaaactgag gcttggagca  76680
ccacccggcc ccctggaaat gaggctgtga gcccagacag tgggcccaga gcactgtgag  76740
taccccggca gtacctggct gcagggatca gccagagatg ccaaaccctg agtgaccagc  76800
ctacaggagg atccggcccc acccaggcca ctcgattaat gctcaacccc ctgccctgga  76860
gacctcttcc agtaccacca gcagctcagc ttctcagggc ctcatccctg caaggaaggt  76920
caagggctgg gcctgccaga aacacagcac cctccctagc cctggctaag acagggtggg  76980
cagacggctg tggacgggac atattgctgg ggcatttctc actgtcactt ctgggtggta  77040
gctctgacaa aaacgcagac cctgccaaaa tccccactgc ctcccgctag gggctggcct  77100
ggaatcctgc tgtcctagga ggctgctgac ctccaggatg gctccgtccc cagttccagg  77160
gcgagagcag atcccaggca ggctgtaggc tgggaggcca cccctgccct tgccggggtt  77220
gaatgcaggt gcccaaggca ggaaatggca tgagcacagg gatgaccggg acatgcccca  77280
ccagagtgcg ccccttcctg ctctgcaccc tgcacccccc aggccagccc acgacgtcca  77340
acaactgggc ctgggtggca gccccaccca gacaggacag acccagcacc ctgaggaggt  77400
```

-continued

```
cctgccaggg ggagctaaga gccatgaagg agcaagatat ggggcccccg atacaggcac  77460
agatgtcagc tccatccagg accacccagc ccacaccctg agaggaacgt ctgtctccag  77520
cctctgcagg tcgggaggca gctgacccct gacttggacc cctattccag acaccagaca  77580
gaggcgcagg ccccccagaa ccagggttga gggacgcccc gtcaaagcca gacaaaacca  77640
aggggtgttg agcccagcaa gggaaggccc ccaaacagac caggaggttt ctgaaggtgt  77700
ctgtgtcaca gtggggtata gcagcagctg gtaccacagt gacactcacc cagccagaaa  77760
ccccattcca agtcagcgga agcagagaga gcagggagga cacgtttagg atctgagact  77820
gcacctgaca cccaggccag cagacgtctc ccctccaggg caccccaccc tgtcctgcat  77880
ttctgcaaga tcaggggcgg cctgaggggg ggtctagggt gaggagatgg gtcccctgta  77940
caccaaggag gagttaggca ggtcccgagc actctcccca ttgaggctga cctgcccaga  78000
gagtcctggg cccaccccac acaccggggc ggaatgtgtg caggcctcgg tctctgtggg  78060
tgttccgcta gctggggctc acagtgctca ccccacacct aaaatgagcc acagcctccg  78120
gagcccccgc aggagacccc gcccacaagc ccagccccca cccaggaggc cccagagctc  78180
agggcgcccc gtcggattcc gaacagcccc gagtcacagc gggtataacc ggaaccacca  78240
ctgtcagaat agctacgtca aaaactgtcc agtggccact gccggaggcc ccgccagaga  78300
gggcagcagc cactctgatc ccatgtcctg ccggctccca tgacccccag cacgcggagc  78360
cccacagtgt ccccactgga tgggaggaca agagctgggg attccggcgg gtcggggcag  78420
gggcttgatc gcatccttct gccgtggctc cagtgcccct ggctggagtt gacccttctg  78480
acaagtgtcc tcagagagac aggcatcacc ggcgcctccc aacatcaacc ccaggcagca  78540
caggcacaaa ccccacatcc agagccaact ccaggagcag agacacccca ataccctggg  78600
ggaccccgac cctgatgact tcccactgga attcgccgta gagtccacca ggaccaaaga  78660
ccctgcctct gcctctgtcc ctcactcagg acctgctgcc gggcgaggcc ttgggagcag  78720
acttgggctt aggggacacc agtgtgaccc cgaccttgac caggacgcag acctttcctt  78780
cctttcctgg ggcagcacag actttggggt ctgggccagg aggaacttct ggcaggtcgc  78840
caagcacaga ggccacaggc tgaggtggcc ctggaaagac ctccaggagg tggccactcc  78900
ccttcctccc agctggaccc catgtcctcc ccaagataag ggtgccatcc aaggcaggtg  78960
ctccttggag ccccattcag actcctccct ggaccccact gggcctcagt cccagctctg  79020
gggatgaagc caccacaagc acaccaggca gcccaggccc agccaccctg cagtgcccaa  79080
gcacacactc tggagcagag cagggtgcct ctgggagggg ctgagctccc caccccaccc  79140
ccacctgcac accccaccca cccctgccca gcggctctgc aggagggtca gagccccaca  79200
tggggtatgg acttagggtc tcactcacgt ggctcccatc atgagtgaag gggcctcaag  79260
cccaggttcc cacagcagcg cctgtcgcaa gtggaggcag aggcccgagg gccaccctga  79320
cctggtccct gaggttcctg cagcccaggc tgccctgctg tccctgggag gcctgggctc  79380
caccagacca caggtccagg gcaccgggtg caggagccac ccacacacag ctcacaggaa  79440
gaagataagc tccagacccc cagggccaga acctgccttc ctgctactgc ttcctgcccc  79500
agacctgggc gccctccccc gtccacttac acacaggcca ggaagctgtt cccacacaga  79560
acaaccccaa accaggaccg cctggcactc aggtggctgc catttccttc tccatttgct  79620
cccagcgcct ctgtcctccc tggttcctcc ttcgggggaa cagcctgtgc agccagtccc  79680
tgcagcccac accctgggga gacccaaccc tgcctggggc ccttccaacc ctgctgctct  79740
tactgcccac ccagaaaact ctggggtcct gtccctgcag tccctaccct ggtctccacc  79800
```

-continued

cagaccccctg tgtatcactc cagacacccc tcccaggcaa accctgcacc tgcaggccct 79860

gtcctcttct gtcgctagag cctcagtttc tcccccctgt gcccacaccc tacctcctcc 79920

tgcccacaac tctaactctt cttctcctgg agcccctgag ccatggcatt gaccctgccc 79980

tcccaccacc cacagcccat gccctcacct tcctcctggc cactccgacc ccgccccctc 80040

tcaggccaag ccctggtatt tccaggacaa aggctcaccc aagtctttcc caggcaggcc 80100

tgggctcttg ccctcacttc ccggttacac gggagcctcc tgtgcacaga agcagggagc 80160

tcagcccttc cacaggcaga aggcactgaa agaaatcggc ctccagcacc ttgacacacg 80220

tccgcccgtg tctctcactg cccgcacctg cagggaggct ccgcactccc tctaaagaca 80280

agggatccag gcagcagcat cacgggagaa tgcagggctc ccagacatcc cagtcctctc 80340

acaggcctct cctgggaaga gacctgcagc caccaccaaa cagccacaga ggctgctgga 80400

tagtaactga gtcaatgacc gacctggagg gcaggggagc agtgagccgg agcccatacc 80460

atagggacag agaccagccg ctgacatccc gagctcctca atggtggccc cataacacac 80520

ctaggaaaca taacacaccc acagccccac ctggaacagg gcagagactg ctgagccccc 80580

agcaccagcc ccaagaaaca ccaggcaaca gtatcagagg gggctcccga gaaagagagg 80640

aggggagatc tccttcacca tcaaatgctt cccttgacca aaaacagggt ccacgcaact 80700

cccccaggac aaaggaggag ccccctatac agcactgggc tcagagtcct ctctgagaca 80760

ccctgagttt cagacaacaa cccgctggaa tgcacagtct cagcaggaga acagaccaaa 80820

gccagcaaaa gggacctcgg tgacaccagt agggacagga ggattttgtg ggggctcgtg 80880

tcactgtgag gatattgtag tggtggtagc tgctactccc acagtgacac agacccattc 80940

ccaaagccct actgcaaaca cacccactcc tggggctgag gggctggggg agcatctggg 81000

aagtagggtc caggggtgtc tatcaatgtc caaaatgcac cagactcccc gccaaacacc 81060

accccaccag ccagcgagca gggtaaacag aaaatgagag gctctgggaa gcttgcacag 81120

gccccaagga aagagctttg gcaggtgtgc aagaggggat gcaggcagag cctgagcagg 81180

gccttttgct gtttctgctt tcctgtgcag agagttccat aaactggtgt tcaagatcag 81240

tggctgggaa tgagcccagg agggcagtct gtgggaagag cacagggaag gaggaccagc 81300

cgctatccta cactgtcatc tttcaaaagt ttgccttgtg accacactat tgcatcatgg 81360

gatgcttaag agctgatgta gacacagcta aagagagaat cagtgagatg aatttgcagc 81420

atagatctga ataaactctc cagaatgtgg agcagtacag aagcaaacac acagaaagtg 81480

cctgatgcaa ggacaaagtt cagtgggcac cttcaggcat tgctgctggg cacagacact 81540

ctgaaaagcc ctggcaggat ctccctgcga caaagcagaa ccctcaggca atgccagccc 81600

cagagccctc cctgagagcg tcatggggaa agatgtgcag aacagctgat tatcatagac 81660

tcaaactgag aacagagcaa acgtccatct gaagaacagt caaataagca atggtaggtt 81720

catgcaatgc aaacccagac agccagggga caacagtaga gggctacagg cggctttgcg 81780

gttgagttca tgacaatgct gagtaattgg agtaacagag gaaagcccaa aaaatacttt 81840

taatgtgatt tcttctaaat aaaatttaca ccaggcaaaa tgaactgtct tcttaaggga 81900

taaactttcc cctggaaaaa ctacaaggaa aattaagaaa acgatgatca cataaacaca 81960

gttgtggtta cttctactgg ggaaggaaga gggtatgagc tgagacacac agagtcggca 82020

agtctccaag caagcacaga acgaatacat tacagtacct tgaatacagc agttaaactt 82080

ctaaatcgca agaagaggaa aatgcacaca gctgtgttta gaaaattctc agtccagcac 82140

-continued

```
tattcataat agcaaagaca ttaacccagg ttggataaat aaatgatgac acaggcaatt  82200
gcacaatgat acagacatac atttagtaca tgagacatcg atgatgtatc cccaaagaaa  82260
tgactttaaa gagaaaaggc ctgatgtgtg gtggcactca cctccctggg atccccggac  82320
aggttgcagg cacactgtgt ggcagggcag gctggtacat gctggcagct cctggggcct  82380
gatgtggagc aagcgcaggg ctgtataccc ccaaggatgg cacagtcagt gaattccaaa  82440
gagaagcagc tcagccacac tgcccaggca gagcccgaga gggacgccca cgcacaggga  82500
ggcagagccc agctcctcca cagccaccac cacctgtgca cgggccacca ccttgcaggc  82560
acagagtggg tgctgagagg aggggcaggg acaccaggca gggtgagcac ccagagaaaa  82620
ctgcagaagc ctcacacatc cacctcagcc tcccctgacc tggacctcac ctggtctgga  82680
cctcacctgg cctgggcctc acctgacctg gacctcacct ggcctgggct tcacctgacc  82740
tggacctcac ctggcctccg gcctcacctg cacctgctcc aggtcttgct ggaacctgag  82800
tagcactgag gctgcagaag ctcatccagg gttggggaat gactctggaa ctctcccaca  82860
tctgaccttt ctgggtggag gcatctggtg gccctgggaa tataaaaagc cccagaatgg  82920
tgcctgcgtg atttgggggc aatttatgaa cccgaaagga catggccatg gggtgggtag  82980
ggacataggg acagatgcca gcctgaggtg gagcctcagg acacagttgg acgcggacac  83040
tatccacata agcgagggac agacccgagt gttcctgcag tagacctgag agcgctgggc  83100
ccacagcctc ccctcggtgc cctgctgcct cctcaggtca gccctggaca tcccgggttt  83160
ccccaggcca gatggtaggt ttgaagtgag gtctgtgtca ctgtggtatt atgattacgt  83220
ttgggggagt tatcgttata cccacagcat cacacggtcc atcagaaacc catgccacag  83280
ccctccccgc aggggaccgc cgcgtgccat gttacgattt tgatcgagga cacagcgcca  83340
tgggtatggt ggctaccaca gcagtgcagc ccatgaccca aacacacagg gcagcaggca  83400
caatggacag gcctgtgagt gaccatgctg ggctccagcc cgccagcccc ggagaccatg  83460
aaacagatgg ccaaggtcac cccacagttc agccagacat ggctccgtgg ggtctgcatc  83520
gctgctgccc tctaacacca gcccagatgg ggacaaggcc aaccccacat taccatctcc  83580
tgctgtccac ccagtggtcc cagaagcccc tccctcatgg ctgagccaca tgtgtgaacc  83640
ctgagagcac cccatgtcag agtaggggca gcagaagggc ggggctggcc ctgtgcactg  83700
tccctgcacc catggtccct cgcctgcctg gccctgacac ctgagcctct tctgagtcat  83760
ttctaagata gaagacattc ccggggacag ccggagctgg gcgtcgctca tcctgcccgg  83820
ccgtcctgag tcctgcttgt ttccagacct caccagggaa gccaacagag gactcacctc  83880
acacagtcag agacaaagaa ccttccagaa atccctgtct cactccccag tgggcacctt  83940
cttccaggac attcctcggt cgcatcacag caggcaccca catctggatc aggacggccc  84000
ccagaacaca agatggccca tggggacagc cccacaaccc aggccttccc agaccсctaa  84060
aaggcgtccc accccctgca cctgccccag ggctaaaaat ccaggaggct tgactcccgc  84120
ataccctcca gccagacatc acctcagccc cctcctggag gggacaggag cccgggaggg  84180
tgagtcagac ccacctgccc tcgatggcag gcggggaaga ttcagaaagg cctgagatcc  84240
ccaggacgca gcaccactgt caatgggggc cccagacgcc tggaccaggg cctgcgtggg  84300
aaaggccgct gggcacactc aggggctttt tgtgaaggcc cctcctactg tgtgactacg  84360
gtgactacca cagtgatgaa actagcagca aaaactggcc ggacacccag ggaccatgca  84420
cacttctcag cttggagctc tccaggacca gaagagtcag gtctgagggt ttgtagccag  84480
accctcggcc tctagggaca ccctggccat cacagcggat gggctggtgc cccacatgcc  84540
```

-continued

```
atctgctcca aacaggggct tcagagggct ctgaggtgac ttcactcatg accacaggtg  84600
ccctggcccc ttccccgcca gctacaccga accctgtccc aacagctgcc ccagttccaa  84660
cagccaattc ctggggccca gaattgctgt agacaccagc ctcgttccag cacctcctgc  84720
caattgcctg gattcacatc ctggctggaa tcaagagggc agcatccgcc aggctcccaa  84780
caggcaggac tcccgcacac cctcctctga gaggccgctg tgttccgcag ggccaggccc  84840
tggacagttc ccctcacctg ccactagaga aacacctgcc attgtcgtcc ccacctggaa  84900
aagaccactc gtggagcccc cagccccagg tacagctgta gagagactcc ccgagggatc  84960
taagaaggag ccatgcgcag ttctgccggg accctcggcc aggccgacag gagtggacac  85020
tggagctggg cccacactgg gccacatagg agctcaccag tgagggcagg agagcacatg  85080
ccggggagca cccagcctcc tgctgaccag aggcctgccc cagagcccag gaggctgcag  85140
aggcctctcc agggggacac tgtgcatgtc tggtccctga gcagcccccc acgtccccag  85200
tcctggggc ccctagcaca gctgtctgga ccctccctgt tccctgggaa gctcctcctg  85260
acagccccgc ctccagttcc aggtgtggtt attgtcaggg ggtgtcagac tgtggtggat  85320
acagctatgg ttaccacagt ggtgctgccc atagcagcaa ccaggccaag tagacaggcc  85380
cctgctgtgc agccccaggc ctccagctca cctgcttctc ctggggctct caaggtcact  85440
gttgtctgta ctctgccctc tgtggggagg gttctctcag tgggaggtct gttctcaaca  85500
tcccagggcc tcatgtctgc acggaaggcc aatggatggg caacctcaca tgccgcggct  85560
aagatagggt gggcagcctg gcgggggaca gtacatactg ctggggtgtc tgtcactgtg  85620
cctagtgggg cactggctcc caaacaacgc agtcctcacc aaaatcccca cagcctcccc  85680
tgctaggggc tggcctgatc tcctgcagtc ctaggaggct gctgacctcc agaatgtctc  85740
cgtccccagt tccagggcga gagcagatcc caggccggct gcagactggg aggccacccc  85800
ctccttccca gggttcactg gaggtgacca aggtaggaaa tggccttaac acagggatga  85860
ctgcgccatc ccccaacaga gtcagccccc tcctgctctg taccccgcac cccccaggcc  85920
agtccacgaa aaccagggcc ccacatcaga gtcactgcct ggcccggccc tggggcggac  85980
ccctcagccc ccaccctgtc tagaggactt ggggggacag gacacaggcc ctctccttat  86040
ggttccccca cctgcctccg gccgggaccc ttggggtgtg gacagaaagg acacctgcct  86100
aattggcccc caggaacaca gaacttctct ccagggaccc cagcccgagc accccccttac  86160
ccaggaccca gccctgcccc tcctccccctc tgctctcctc tcatcacccc atgggaatcc  86220
ggtatcccca ggaagccatc aggaagggct gaaggaggaa gcggggccgt gcaccaccgg  86280
gcaggaggct ccgtcttcgt gaacccaggg aagtgccagc ctcctagagg gtatggtcca  86340
ccctgcctgg ggctcccacc gtggcaggct gcggggaagg accagggacg gtgtggggga  86400
gggctcaggg ccctgcgggt gctcctccat cttcggtgag cctcccccctt cacccaccgt  86460
cccgcccacc tcctctccac cctggctgca cgtcttccac accatcctga gtcctaccta  86520
caccagagcc agcaaagcca gtgcagacaa aggctggggt gcagggggggc tgccagggca  86580
gcttcgggga gggaaggatg gagggagggg aggtcagtga agaggccccc ttcccctggg  86640
tccaggatcc tcctctggga cccccggctc ccatcccctc ctggctctgg gaggagaagc  86700
aggatgggag aatctgtgcg ggaccctctc acagtggaat atccccacag cggctcaggc  86760
cagacccaaa agcccctcag tgagccctcc actgcagtcc tgggcctggg tagcagcccc  86820
tcccacagag gacagaccca gcaccccgaa gaagtcctgc cagggggagc tcagagccat  86880
```

-continued

```
gaaagagcag gatatggggt ccccgataca ggcacagacc tcagctccat ccaggcccac  86940

cgggacccac catgggagga acacctgtct ccgggttgtg aggtggctgg cctctgtctc  87000

ggaccccact ccagacacca gacagagggg caggcccccc aaaaccaggg ttgagggatg  87060

atccgtcaag gcagacaaga ccaaggggca ctgaccccag caagggaagg ctcccaaaca  87120

gacgaggagg tttctgaagc tgtctgtatc acagtggggt atagcagtgg ctggtaccac  87180

agtgacactc gccaggccag aaaccccgtc ccaagtcagc ggaagcagag agagcaggga  87240

ggacacgttt aggatctgag gccgcacctg acacccaggg cagcagacgt ctcccctcca  87300

gggcaccctc caccgtcctg cgtttcttca agaatagggg cggcctgagg gggtccaggg  87360

ccaggcgata ggtcccctct accccaagga ggagccaggc aggacccgag caccgtcccc  87420

attgaggctg acctgcccag acgggcctgg gcccacccca cacaccgggg cggaatgtgt  87480

gcaggcccca gtctctgtgg gtgttccgct agctggggcc cccagtgctc accccacacc  87540

taaagcgagc cccagcctcc agagcccct aagcattccc cgcccagcag cccagcccct  87600

gcccccaccc aggaggcccc agagctcagg gcgcctggtc ggattctgaa cagccccgag  87660

tcacagtggg tataactgga acgaccaccg tgagaaaaac tgtgtccaaa actgactcct  87720

ggcagcagtc ggaggccccg ccagagaggg gagcagccgc cctgaaccca tgtcctgccg  87780

gttcccatga cccccagcac ccagagcccc acggtgtccc cgttggataa tgaggacaag  87840

ggctgggggc tccggtggtt tgcggcaggg acttgatcac atccttctgc tgtggcccca  87900

ttgcctctgg ctggagttga cccttctgac aagtgtcctc agaaagacag ggatcaccgg  87960

cacctcccaa tatcaacccc aggcagcaca gacacaaacc ccacatccag agccaactcc  88020

aggagcagag acaccccaac actctggggg accccaaccg tgataactcc ccactggaat  88080

ccgccccaga gtctaccagg accaaaggcc ctgccctgtc tctgtccctc actcagggcc  88140

tcctgcaggg cgagcgcttg ggagcagact cggtcttagg ggacaccact gtgggcccca  88200

actttgatga ggccactgac ccttccttcc tttcctgggg cagcacagac tttggggtct  88260

gggcagggaa gaactactgg ctggtggcca atcacagagc ccccaggccg aggtggcccc  88320

aagaaggccc tcaggaggtg gccactccac ttcctcccag ctggacccca ggtcctcccc  88380

aagatagggg tgccatccaa ggcaggtcct ccatggagcc cccttcagac tcctcccggg  88440

accccactgg acctcagtcc ctgctctggg aatgcagcca ccacaagcac accaggaagc  88500

ccaggcccag ccaccctgca gtgggcaagc ccacactctg gagcagagca gggtgcgtct  88560

gggaggggct aacctcccca ccccccaccc cccatctgca cacagccacc taccactgcc  88620

cagaccctct gcaggagggc caagccacca tggggtatgg acttagggtc tcactcacgt  88680

gcctcccctc ctgggagaag gggcctcatg ccgagatccc tgcagcacta gacacagctg  88740

gaggcagtgg ccccagggcc accctgacct ggcatctaag gctgctccag cccagacagc  88800

actgccgttc ctgggaagcc tgggctccac cagaccacag gtccagggca cagcccacag  88860

gagccaccca cacacagctc acaggaagaa gataagctcc agaccccagg gcgggacctg  88920

ccttcctgcc accacttaca cacaggccag ggagctgttc ccacacagat caaccccaaa  88980

ccgggactgc ctggcactag ggtcactgcc atttccctct ccattccctc ccagtgcctc  89040

tgtgctccct ccttctgggg aacaccctgt gcagcccctc cctgcagccc acacgctggg  89100

gagaccccac cctgcctcgg gccttttcta cctgctgcac ttgccgccca cccaaacaac  89160

cctgggtacg tgaccctgca gtcctcaccc tgatctgcaa ccagacccct gtccctccct  89220

ctaaacaccc ctcccaggcc aactctgcac ctgcaggccc tccgctcttc tgccacaaga  89280
```

-continued

```
gcctcaggtt ttcctacctg tgcccacccc ctaacccctc ctgcccacaa cttgagttct  89340
tcctctcctg gagcccttga gccatggcac tgaccctaca ctcccaccca cacactgccc  89400
atgccatcac cttcctcctg gacactctga ccacgctccc ctccctctca gacccggccc  89460
tggtatttcc aggacaaagg ctcacccaag tcttccccat gcaggccctt gccctcactg  89520
cctggttaca cgggagcctc ctgtgcgcag aagcagggag ctcagctctt ccacaggcag  89580
aaggcactga aagaaatcgg cctccagtgc cttgacacac gtccgcctgt gtctctcact  89640
gcctgcacct gcagggaggc tccgcactcc ctctaaagat gagggatcca ggcagcaaca  89700
tcacgggaga atgcagggct cccagacagc ccagccctct cgcaggcctc tcctgggaag  89760
agacctgcag ccaccactga acagccacgg aggtcgctgg atagtaaccg agtcagtgac  89820
cgacctggag ggcaggggag cagtgaaccg gagcccatac catagggaca gacaccagcc  89880
gctaacatcc cgagcccctc actggcggcc ccagaacacc ccgtggaaac agaacagacc  89940
cacagtccca cctggaacag ggcagacact gctgagcccc cagcaccagc cccaagaaac  90000
actaggcaac agcatcagag ggggctcctg agaaagagag gaggggaggt ctccttcacc  90060
atcaaatgct tcccttgacc aaaaacaggg tccacgcaac tcccccagga caaaggagga  90120
gccccctgta cagcactggg ctcagagtcc tctctgagac aggctcagtt tcagacaaca  90180
acccgctgga atgcacagtc tcagcaggag agccaggcca gagccagcaa gaggagactc  90240
ggtgacacca gtctcctgta gggacaggag gattttgtgg gggttcgtgt cactgtgagc  90300
atattgtggt ggtgactgct attcccacag tgacacaacc ccattcctaa agccctactg  90360
caaacgcacc cactcctggg gctgaggggc tgggggagca tctgggaagt atggcctagg  90420
ggtgtccatc aatgcccaaa atgcaccaga ctctccccaa gacatcaccc caccagccag  90480
tgagcagagt aaacagaaaa tgagaagcag ctgggaagct tgcacaggcc ccaaggaaag  90540
agctttggca ggtgtgcaag aggggatgtg ggcagagcct gagcagggcc ttttgctgtt  90600
tctgctttcc tgtgcagaga gttccataaa ctggtattca ggatcaatgg ctgggagtga  90660
gcccaggagg acagtgtggg aagagcacag ggaaggagga ccagccgcta tcctacactg  90720
tcatcttttg aaagtttgcc ctgtgcccac aatgctgcat catgggatgc ttaacagctg  90780
atgtagacac agctaaagag agaatcagtg aaatgcattt gcagcacaga tctgaataaa  90840
tcctccagaa tgtggagcag cacagaagca agcacacaga aagtgcctga tgccaaggca  90900
aagttcagtg ggcaccttca ggcattgctg ctgggcacag acactctgaa aagcactggc  90960
aggaactgcc tgtgacaaag cagaaccctc aggcaatgcc agccctagag cccttcctga  91020
gaacctcatg ggcaaagatg tgcagaacag ctgtttgtca tagccccaaa ctatggggct  91080
ggacaaagca aacgtccatc tgaaggacaa cagacaaata aacgatggca ggttcatgaa  91140
atgcaaacta ggacagccag aggacaacag tagagagcta caggcggctt tgcggttgag  91200
ttcatgacaa tgctgagtaa ttggagtaac agaggaaagc ccaaaaaata cttttaatgt  91260
gatttcttct aaataaaatt tacacccggc aaaatgaact atcttcttaa gggataaact  91320
ttcccctgga aaaactataa ggaaaatcaa gaaaacgatg atcacataaa cacagtggtg  91380
gttacttcta ctggggaagg aagagggtat gagctgagac acacagagtc ggcaagtctc  91440
ctaacaagaa cagaacaaat acattacagt accttgaaaa cagcagttaa acttctaaat  91500
cgcaagaaga ggaaaatgca cacacctgtg tttagaaaat tctcagtcca gcactgttca  91560
taatagcaaa gacattaacc caggttggat aaataagcga tgacacaggc aattgcacaa  91620
```

-continued

```
tgatacagac atacattcag tatatgagac atcgatgatg tatccccaaa gaaatgactt  91680
taaagagaaa aggcctgatg tgtggtggca atcacctccc tgggcatccc cggacaggct  91740
gcaggctcac tgtgtggcag ggcaggcagg cacctgctgg cagctcctgg ggcctgatgt  91800
ggagcaggca cagagctgta tatccccaag gaaggtacag tcagtgcatt ccagagagaa  91860
gcaactcagc cacactccct ggccagaacc caagatgcac acccatgcac agggaggcag  91920
agcccagcac ctccgcagcc accaccacct gcgcacgggc caccaccttg caggcacaga  91980
gtgggtgctg agaggagggg cagggacacc aggcagggtg agcacccaga gaaaactgca  92040
gaagcctcac acatccacct cagcctcccc tgacctggac ctcacctggc ctgggcctca  92100
cctgacctgg acctcacctg gcctgggctt cacctggcct gggcttcacc tgacctggac  92160
ctcacctggc ctcgggcctc acctggcctg ggcttcacct ggcctgggct tcacctgacc  92220
tggacctcac ctggcctggg cctcacctga cctggacctc acctggcctg ggcttcacct  92280
ggcctgggct tcacctggcc tgggcttcac ctgacctgga cctcacctgg cctgggcttc  92340
acctgacctg gacctcacct ggcctcaggc ctcacctgca cctgctccag gtcttgctgg  92400
agcctgagta gcactgaggc tgtagggact catccagggt tggggaatga ctctgcaact  92460
ctcccacatc tgacctttct gggtggaggc acctggtggc ccagggaata taaaaagccc  92520
cagaatgatg cctgtgtgat ttgggggcaa tttatgaacc cgaaaggaca tggccatggg  92580
gtgggtaggg acagtaggga cagatgtcag cctgaggtga agcctcagga cacaggtggg  92640
catggacagt gtccacctaa gcgagggaca gacccgagtg tccctgcagt agacctgaga  92700
gcgctgggcc cacagcctcc cctcggggcc ctgctgcctc ctcaggtcag ccctggacat  92760
cccgggtttc cccaggcctg gcggtaggtt tgaagtgagg tctgtgtcac tgtggtatta  92820
ctatgatagt agtggttatt actaccacag tgtcacagag tccatcaaaa actcatgcct  92880
gggagcctcc caccacagcc ctccctgcgg gggaccgctg catgccgtgt taggattttg  92940
atcgaggaca cggcgccatg ggtatggtgg ctaccacagc agtgcagccc atgacccaaa  93000
cacacggggc agcagaaaca atggacaggc ccacaagtga ccatgatggg ctccagccca  93060
ccagccccag agaccatgaa acagatggcc aaggtcaccc tacaggtcat ccagatctgg  93120
ctccaagggg tctgcatcgc tgctgccctc ccaacgccaa accagatgga gacagggccg  93180
gccccatagc accatctgct gccgtccacc cagcagtccc ggaagcccct ccctgaacgc  93240
tgggccacgt gtgtgaaccc tgcgagcccc ccatgtcaga gtaggggcag caggagggcg  93300
gggctggccc tgtgcactgt cactgcccct gtggtccctg gcctgcctgg ccctgacacc  93360
tgagcctctc ctgggtcatt tccaagacat tcccagggac agccggagct gggagtcgct  93420
catcctgcct ggctgtcctg agtcctgctc atttccagac ctcaccaggg aagccaacag  93480
aggactcacc tcacacagtc agagacaacg aaccttccag aaatccctgt ttctctcccc  93540
agtgagagaa accctcttcc agggtttctc ttctctccca ccctcttcca ggacagtcct  93600
cagcagcatc acagcgggaa cgcacatctg gatcaggacg gcccccagaa cacgcgatgg  93660
cccatgggga cagcccagcc cttcccagac ccctaaaagg tatccccacc ttgcacctgc  93720
cccagggctc aaactccagg aggcctgact cctgcacacc ctcctgccag atatcacctc  93780
agccccctcc tggaggggac aggagcccgg gagggtgagt cagacccacc tgccctcaat  93840
ggcaggcggg gaagattcag aaaggcctga gatccccagg acgcagcacc actgtcaatg  93900
ggggccccag acgcctggac cagggcctgt gtgggaaagg cctctggcca cactcagggg  93960
ctttttgtga agggccctcc tgctgtgtga ctacggtggt aactcccaca gtgatgaaac  94020
```

-continued

```
cagcagcaaa aactgactgg actcgcaggg tttatgcaca cttctcggct cggagctctc  94080
caggagcaca agagccaggc ccgagggttt ctgcccagac cctcggcctc tagggacacc  94140
cgggccatct tagccgatgg gctggtgccc tgcacaccgt gtgctgccaa acaggggctt  94200
cagagggctc tgaggtgact tcactcatga ccacaggtgc cctggtccct tcactgccag  94260
ctgcaccaga ccctgttccg agagatgccc cagttccaaa agccaattcc tggggccggg  94320
aattactgta gacaccagcc tcattccagt acctcctgcc aattgcctgg attcccatcc  94380
tggctggaat caagagggca gcatccgcca ggctcccaac aggcaggact cccacacacc  94440
ctcctctgag aggccgctgt gttccgcagg gccaggccgc agacagttcc cctcacctgc  94500
ccatgtagaa acacctgcca ttgtcgtccc cacctggaaa agaccacttg tggagccccc  94560
agccccaggt acagctgtag agagagtcct cgaggcccct aagaaggagc catgcccagt  94620
tctgccggga ccctcggcca ggccgacagg agtggacgct ggagctgggc ccacactggg  94680
ccacatagga gctcaccagt gagggcagga gagcacatgc cggggagcac ccagcctcct  94740
gctgaccaga gacccgtccc agagcccagg aggctgcaga ggcctctcca gggggacaca  94800
gtgcatgtct ggtccctgag cagcccccag gctctctagc actgggggcc cctagcacag  94860
ctgtctggac cctccctgtt ccctgggaag ctcctcctga cagccccgcc tccagttcca  94920
ggtgtggtta ttgtcagggg gtgccaggcc gtggtagaga tggctacaat taccacagtg  94980
gtgccgccca tagcagcaac caggccaagt agacagaccc ctgccacgca gccccaggcc  95040
tccagctcac ctgcttctcc tggggctctc aaggctgctg tctgccctct ggccctctgt  95100
ggggagggtt ccctcagtgg gaggtctgtg ctccagggca gggatgactg agatagaaat  95160
caaaggctgg cagggaaagg cagcttcccg ccctgagagg tgcaggcagc accacagagc  95220
catggagtca cagagccacg gagcccccag tgtgggcgtg tgagggtgct gggctcccgg  95280
caggcccagc cctgatgggg aagcctgccc cgtcccacag cccaggtccc caggggcagc  95340
aggcacagaa gctgccaagc tgtgctctac gatcctcatc cctccagcag catccactcc  95400
acagtgggga aactgagcct tggagaacca cccagccccc tggaaacaag gcggggagcc  95460
cagacagtgg gcccagagca ctgtgtgtat cctggcacta ggtgcaggga ccacccggag  95520
atccccatca ctgagtggcc agcctgcaga aggacccaac cccaaccagg ccgcttgatt  95580
aagctccatc cccctgtcct gggaacctct tcccagcgcc accaacagct cggcttccca  95640
ggccctcatc cctccaagga aggccaaagg ctgggcctgc caggggcaca gtaccctccc  95700
ttgccctggc taagacaggg tgggcagacg gctgcagata ggacatattg ctggggcatc  95760
ttgctctgtg actactgggt actggctctc aacgcagacc ctaccaaaat ccccactgcc  95820
tcccctgcta ggggctggcc tggtctcctc ctgctgtcct aggaggctgc tgacctccag  95880
gatggcttct gtccccagtt ctagggccag agcagatccc aggcaggctg taggctggga  95940
ggccacccct gtccttgccg aggttcagtg caggcaccca ggacaggaaa tggcctgaac  96000
acagggatga ctgtgccatg ccctacctaa gtccgcccct ttctactctg caaccccac  96060
tccccaggtc agcccatgac gaccaacaac ccaacaccag agtcactgcc tggccctgcc  96120
ctggggagga cccctcagcc cccaccctgt ctagaggact tggggggaca ggacacaggc  96180
cctctcctta tggttccccc acctggctcc tgccgggacc cttggggtgt ggacagaaag  96240
gacgcctgcc taattggccc ccaggaacac agaacttctc tccagggacc ccagcccgag  96300
cacccccttа cccaggaccc agccctgccc ctcctcccct ctgctctcct ctcatcactc  96360
```

-continued

```
catgggaatc cagaatcccc aggaagccat caggaagggc tgaaggagga agcggggccg  96420
ctgcaccacc gggcaggagg ctccgtcttc gtgaacccag ggaagtgcca gcctcctaga  96480
gggtatggtc caccctgcct ggggctccca ccgtggcagg ctgcggggaa ggaccaggga  96540
cggtgtgggg gagggctcag ggccctgcag gtgctccatc ttggatgagc ccatccctct  96600
cacccaccga cccgcccacc tcctctccac cctggccaca cgtcgtccac accatcctga  96660
gtcccaccta caccagagcc agcagagcca gtgcagacag aggctggggt gcagggggc  96720
cgccagggca gctttgggga gggaggaatg gaggaagggg aggtcagtga agaggccccc  96780
ctcccctggg tctaggatcc acctttggga cccccggatc ccatcccctc caggctctgg  96840
gaggagaagc aggatgggag attctgtgca ggaccctctc acagtggaat acctccacag  96900
cggctcaggc cagatacaaa agcccctcag tgagccctcc actgcagtgc tgggcctggg  96960
ggcagcccct cccacagagg acagacccag caccccgaag aagtcctgcc agggggagct  97020
cagagccatg aaggagcaag atatggggac cccaatactg gcacagacct cagctccatc  97080
caggcccacc aggacccacc atgggtggaa cacctgtctc cggcccctgc tggctgtgag  97140
gcagctggcc tctgtctcgg acccccattc cagacaccag acagagggac aggcccccca  97200
gaaccagtgt tgagggacac ccctgtccag ggcagccaag tccaagaggc gcgctgagcc  97260
cagcaaggga aggcccccaa acaaaccagg aggtttctga agctgtctgt gtcacagtcg  97320
ggtatagcag cggctaccac aatgacactg ggcaggacag aaaccccatc ccaagtcagc  97380
cgaaggcaga gagagcaggc aggacacatt taggatctga ggccacacct gacactcaag  97440
ccaacagatg tctcccctcc agggcgccct gccctgttca gtgttcctga gaaaacaggg  97500
gcagcctgag gggatccagg gccaggagat gggtcccctc taccccgagg aggagccagg  97560
cgggaatccc agcccctcc ccattgaggc catcctgccc agaggggccc ggacccaccc  97620
cacacaccca ggcagaatgt gtgcaggcct caggctctgt gggtgccgct agctggggct  97680
gccagtcctc accccacacc taaggtgagc cacagccgcc agagcctcca caggagaccc  97740
cacccagcag cccagcccct acccaggagg ccccagagct cagggcgcct gggtggattc  97800
tgaacagccc cgagtcacgg tgggtatagt gggagctact accactgtga gaaaagctat  97860
gtccaaaact gtctcccggc cactgctgga ggcccagcca gagaagggac cagccgcccg  97920
aacatacgac cttcccagcc ctcatgaccc ccagcacttg gagctccaca gtgtccccat  97980
tggatggtga ggatgggggc cggggccatc tgcacctccc aacatcaccc ccaggcagca  98040
caggcacaaa ccccaaatcc agagccgaca ccaggaacac agacacccca ataccctggg  98100
ggaccctggc cctggtgact tcccactggg atccaccccc gtgtccacct ggatcaaaga  98160
ccccaccgct gtctctgtcc ctcactcagg gcctgctgag gggcgggtgc tttggagcag  98220
actcaggttt aggggccacc attgtggggc ccaacctcga ccaggacaca gatttttctt  98280
tcctgccctg gggcaacaca gactttgggg tctgggcagg gaggaccttc tggaaagtca  98340
ccaagcacag agccctgact gaggtggtct caggaagacc cccaggaggg ggcttgtgcc  98400
ccttcctctc atgtggaccc catgcccccc aagatagggg catcatgcag ggcaggtcct  98460
ccatgcagcc accactaggc aactccctgg cgccggtccc cactgcgcct ccatcccggc  98520
tctggggatg cagccaccat ggccacacca ggcagcccgg gtccagcaac cctgcagtgc  98580
ccaagccctt ggcaggattc ccagaggctg gagcccaccc ctcctcatcc ccccacacct  98640
gcacacacac acctaccccc tgcccagtcc ccctccagga gggttggagc cacccatagg  98700
gtgggcgctc caggtctcac tcactcgctt cccttcctgg gcaaaggagc ctcgtgcccc  98760
```

-continued

```
ggtcccccct gacggcgctg ggcacaggtg tgggtactgg gccccagggc tcctccagcc  98820
ccagctgccc tgctctccct gggaggcctg ggcaccacca gaccaccagt ccagggcaca  98880
gccccaggga gccgcccact gccagctcac aggaagaaga taagcttcag accctcaggg  98940
ccgggagctg ccttcctgcc acccccttcct gccccagacc tccatgccct cccccaacca  99000
cttacacaca agccagggag ctgtttccac acagttcaac cccaaaccag gacggcctgg  99060
cactcgggtc actgccattt ctgtctgcat tcgctcccag cgcccctgtg ttccctccct  99120
cctccctcct tcctttcttc ctgcattggg ttcatgccgc agagtgccag gtgcaggtca  99180
gccctgagct tggggtcacc tcctcactga aggcagcctc agggtgccca ggggcaggca  99240
gggtgggggt gaggcttcca gctccaaccg ctccactagc cgagactaag gaagtgagag  99300
gcagccagaa atccagacca ttccatagca aatggatttc attaaagtta ccagacttca  99360
gtgtaagtaa catgagcccc atgcacaaca atcccttatg aaggggaagt cagtgtcgcc  99420
tcggatttct tgaaaaacac aaaaacttat caatgcctgt aaaagtctgt tggaaagaaa  99480
atatgattca agaatgttat gcccaacaaa gctggcatat tttctacccg gacacactca  99540
gggaatgtgg tcccttgagt gcttctctca ctgcgtaaat cctacgtggt gtttaagcat  99600
attcataaat gtgtatgtct atttttatgt gtaagatggt tcatttttat tttatttatt  99660
caatatgtac aataaagaat attgacaaat aggctggaca tggtggctcc cacctgtaat  99720
cccagccctt tgggaggccg aggcgggcag atcacctgag gtctggagtt cgagaccagc  99780
ctggccaaca tgatgaaaac ccatctctac taaaaataca aagattagcc aggcatggtg  99840
gtgcatgcct gtaatcccag ccactcagga ggctgagaca ggagaaatgc gtgaacccgg  99900
aaggcggagg ttgcagtgag ccgagatcac accactgcac tccagcctgg cgacagagca  99960
agattccatc tcaaaaaaaa aaaaagacaa agaaatttgt ttttttgaat aaagacaaat 100020
ttcatcacac gaagataaag atgcaaagct ccagacagga aggcacggac agcacagtga 100080
agcccggagc gggcgctggg gggccagggg catggcgggg gtgccagcgt ctctcggtgc 100140
ctaccatggc cactccagcc tgtgttctca cgaggatggc tgtgcaatgc taggagcgtg 100200
ttcgaagctc tagggcaacc actggaagtg aggctgagga gcagagccca gaggcccgtg 100260
gagctgatga aaagaaagct ggagaaagtg tttgctgcct cccaacatgg taagaaaaga 100320
tagaaagaga gagcacacgg caaagggagc ttgctgaggg actctttaca atggcttgca 100380
cagagctcag ggggtctggg aggctagggc cctgcgcagg gcagtcaccc cagcctgctg 100440
accaaggttt gctgcaggca gctctggggg tggttgaggc gcggtccctg gagccacccc 100500
tcaagggaac gaggcagcag agtgggccaa ggcccaggtc ggctgcaagg ctgcccagga 100560
cttggggtcc ttacatcagc agccactgat gcagctggcc cagagagagg cgccgagcag 100620
gttgcctcca ggggacaaac caggtcggag agggtgaggc agtggatgga gccacaacaa 100680
ccccgggcac gggtgacacg cacgttcatg cacatctgac ccttcctccc tcaccaaaca 100740
ggtcccccctg ccttccccat ggttgcgaaa aagcaaaatg tagacgtttt ttcttttttta 100800
attcatgttt taattgacaa atgaagccgt atatatttat tgtgtacaac atgatgcttt 100860
aaaatatgta tacatcgtgg aacagcaacg ttgagctaat ttaacacgca ttacttcaca 100920
tacttgtcat cttttgtggc gagaatgctt aaaatccact ctcttagtat tttttaagaa 100980
tgcaatacat tgttgtcaac tgtggtcacc gtcatgcata gccaagctcc cgacctcacc 101040
ctcctgccag ctcaggctgt gcatcctttc accagcatcc cccaccccgg cccctggccc 101100
```

-continued

```
tggtaactac cactctatac tctacgtatg agttcagctt tttaagattc cacagatgaa 101160
tgagatcata cagtatttgc tttctatgcc tggcttattt tagttaacac actgtcctcc 101220
agatccatcc gttgttgcaa atgacagggt ttcattcttt ttaaagtcta aagagtattc 101280
cattgtgtca atggacctca tttgctttat ccatgcatca actatggaca tttaggttga 101340
ttccatttct tagctgttgt ggatggtgct gcagtaaaca tggggctgca gatgtctctt 101400
caacatactg acatcatgtc ctttggataa atacccagta gtgggatcgc tggatcacaa 101460
tgtacagttt gttttttaat ggaaactttc attttttggt gaaattagga aaacagataa 101520
aacccacaga atccaaaata tatgtgaaga tgccaaaaac agttgacatt gggcagaggt 101580
cacatggaag gaagtgaata catgacgggg tgtgagggcc cagaggcagc tgaaatacgc 101640
tttctaaaca caaggacctc ttctgagagg gcagaagttt tatcctgcac atgcaatgac 101700
cagcacagct aaaatacact ttctaaacat gaggacctct tctgagaggg cagctttatc 101760
ctgcaaatgc aatgaccagc acaggaccca gaataaagag agttgccagc ggacgcctgg 101820
tgtccatgtg tccaggtgag ttcgagatgc ggacggcgct ggccagccag tcacacccta 101880
agtcaatctg ctgcatgcat ttgtccttgc cacagcagaa aacgagaaag cctttgggct 101940
gcaaagcttc acaggctcct cttctcccga ctccatggaa acagctacaa agagcaggcc 102000
cagtagagct taattcatga aaatgagtaa taaacttgaa ctggaacagt atcgactttt 102060
tagaaacggc agcaaagtgt ataaaaaata ttcaccagaa caatatttcc aaacgatgag 102120
atgagaattt cagccaagta atcctccatg gatagaaaat aatgaaggga ttggatttat 102180
gaaggaaaat catggagctc aaatacaaga gaagagaatc aaaaatgaac aggaggagat 102240
aaaatatggt ttggccaaag ttacaaaata aattttttaa aaacccttca tcatggcaag 102300
tagaaagagc gagaggaaaa acagatcccg tggaagacac aaataggaca tggggagaaa 102360
aatgaatgag atgaaacaga gcagaaataa aattttacgg aactaaagac aagtgatctg 102420
aacctgcctg gggcctgggg gacctcgcca ccctgaaggg aaagaacatg cctggctggc 102480
tttgccacct gctcattgca gagccccaca gcttgcaaca aacataggcg gtagccaggg 102540
agtggttaca gcaggccttg agcaagaccc agtgttgtgc tgacttcagg tctgacccag 102600
cactgtcata gtggtggtgt ccatagtggt agtgggggtg cttgtgtcac tccaccccca 102660
tctccaggag gctcagaaca gacagagaga gactccattt gtttgggaga aagtaaggga 102720
tgagaacaag agtctctgcc tggtaatcca gagaattatt ctagatcttg gccaagatta 102780
tcaaagcagt acctctatga gtcttttggg cttggagtcc ccctaaagca gatatagcta 102840
agatcacaac acccaagtcc ttttgaatat gtgggaagac ttcccaagga caggagcaaa 102900
caaacaagcc cagactgcaa aaaaacaagc ccagactgca ataaacacct cactcttcaa 102960
tgcccaggca ctgaagaaca tctcctagca gcaacaccat ccaggaaaac atggcctcaa 103020
ccagtgaact aaataaggca ccagggacca gtctcggaga aatagaggta tgttatcttt 103080
cagagaattc aaagtagctt tgttgaggaa actcaaagaa attcaagata acacagtgaa 103140
ggaattcaga atcctatccg ataaatttaa cagagattga agcaattaaa aagaattaag 103200
cagaaattat ggagctgaaa aatgcaattg gcatactgaa aaatgcatca gagtattttc 103260
atagcctctt atatcaagta gaagaaagaa ttagtgagct tgaaaacagg ctatttggaa 103320
aagcacgata aaaggagaca aaagagaaaa gaataaataa caatgaagca tatctacagg 103380
atctagaaaa tagcctcaaa aggccaaatc taagaattat tagccttaaa gaggaggtag 103440
agaaagaggg atggagagtt tattcaaagg gataataaca gaaaacttcc caaacctaga 103500
```

-continued

gaaagatatc aatatccaaa tgcaagaagg atgtagtaca ccaaggagat ttaatgcaaa 103560

gaagactacc tcaaggcatt caatactcaa actcccatat gacaaggact ttaaaaagat 103620

cctaaaagca gcaaaagaaa agaaatgaat aaaatactat ggagctccaa tatgtctggc 103680

agcagacttt tcagtgaaga ctttatatgc caggagagag tgtcataatg gatttaaagt 103740

gctgaaggaa aaaactttta ccctcgaaca gtatagctgg tgaaattatc cttcaaacat 103800

gaaggagaaa taatttgttt ccagacaaat gttgagggat ttcatgaaca ccagacctgt 103860

cttttaagaa atgctaaagg gagtacttca atcagaaaga aacacgttag tgaacaataa 103920

gaaatcatct gaaggcacaa aactcaccgg taatagtaag tacacagaaa aacacagaat 103980

attataacac tgtaactgtg gtgtgtaaac tccttttgtt tgtttgtttg tttgtttgtt 104040

tgtttttgtt tttagacgga gttttgctcc agcccaggct ggagtgcaat ggcacaatct 104100

cagctcactg caacttccac ctcccgggtt caagcaattc tcctgcctca gcctcccaag 104160

tagctgggat tacaggcatg tgctaccatg tccagctaat tttgtatttt agtagagacg 104220

gtgtttcacc atgttggtca ggctagcctt atcttgagta gaaaaactaa atgatgaagc 104280

aatgaaaaat aataactaca acttttcaag acatagtaca ataagatata aatcataaca 104340

aaaagttaaa aggtggaggg atgaagttaa ggcaaagagt ctttattagt tttcttttta 104400

cttgtctgtt tatgcaaaca gtgttaagtt gtcatcagtt taaaataatg ggtcataaga 104460

tactatttgc aagcctcatg gtaacgtcaa accaaaagca atacaacaga tacacaaaaa 104520

acaaaaagca agaagctaaa ttacgtcatc agagaaaatc accttcacta aaaggaagac 104580

ggagaaaaga atgaagagag agaagaccaa aagcaaatag caatatggca ggagtaagtc 104640

cttacttatc aataatacca ttgaatgtaa atggactaaa ctctccaatc aaaagacata 104700

gagtggctga atcaattaaa gaaaaaacaa gacccattga tctgttgtcc acaagaaaca 104760

cactttatct ataaagacac acatagactg aaaacaaagg gatggaaaaa gatactccac 104820

gccaatggaa accaaagaaa gagcaggagt agctacactt atatcaggca aaatagattt 104880

caagacaaaa actataagaa gagacaaggt cactaatgat aaacaggtca attcagcaag 104940

aggatataac aattgtaaat atatatgcac ccaatgctgg agcacccaga tatataaagc 105000

aagtatttac tagagctaaa gagagaaata gactccaatg caataatagc tggagatttc 105060

aacatcccac tttcaacatt gaacagatcc tccagataga aaatcaacaa agaaatattg 105120

gacttaatct gcactatcga ccaaatggat ctaacagata tttacagaac atttcatcca 105180

acagctgcag aacacacatt cttttcctca gcacatagat cattctcaag gatagaccat 105240

atgttgggtc acaaaacaag ttttaaaata ttcaaataca ttgaaataat atcaagcatc 105300

ttctgtgacc acaatggact aaaactagaa atcaataaca agaggaattt tggaaactat 105360

ataaatatat ggaaattaat gaatgctgag tgggtcaatg aagcaattaa gaaggaaact 105420

gaaatttttc ttggaacgaa tgatcatgga aacagaaaat accaaaacct atgggataca 105480

gcaaaagcag tactaagagg gaagtttaca gctacaaatg cttacattaa aaaagaagaa 105540

aaacttcaat aaaaaaacct aacaatgcat cttaaagaac tagaaaagca agaggaaatc 105600

aaatccaaaa ttagtagaag aaaacagtaa aggtcagagc agaaataagt aaaattgaaa 105660

tgaagaaaac aatacaaaag atcaataaaa caacaggttg ttttcttgaa aagttaaaca 105720

aaattgacaa acctttagcc agactaagaa aaaaagacag aagatccaaa taaataaaat 105780

cagagatgaa aaaggtgaca ttacaactta caccacagaa attcaaagga tcattagtgg 105840

-continued

```
ctactataag caactatatg ccaataaatt ggaaaatcta gaagaaatgc agaaattcct 105900
agacacatac aacctcccaa gattaaacca agaagaaatt caaaacctga acagactgat 105960
aacaagtaat gagatcaaag ccgtaataaa aagcctccca gtaaagagaa gcccaggacc 106020
cgacggcttc actgctgaat tctaccaaac atttaaagta gaactaatac caatcctact 106080
caaactattc caaaaaatag aggtggaagg aatacttcaa aactcattat acgaggccag 106140
tattaacctg acaccaaaac tagacaaaga cacatgaaaa aaagaaaact acaggccaat 106200
atgtctgatg aatattgaca caaaaatcct caacaaaata ctagcaaacc aaattcaact 106260
acacattaga aagttcactc atcatgacca agtggaattt atctaacttg ggatgcaaag 106320
atggttcaac atatgcaaat caatcaatgt gatacatcat atcaacagaa tgaacaacaa 106380
aaaccatttg atcatttaat tgatactgaa aaagcatttg ataaaattca acattccttc 106440
ataataaaaa ttctcttcta tactaggtac aaaagaaact tacctcaaca taataaagcc 106500
atatatgaca gtcccacagt atgatactaa atgaggaaaa actgagagcc tttcctctac 106560
gatctggaac atgacaaaga tgcccacttt catcactgtt attcaacata gtactggaag 106620
tcctagctgg agcgatcaga caagagaaag atataaaaga catccaaatt ggaaaggaat 106680
aagtcaaatt atcctcattt gcatatggta tgatcttcta tttagagcta actaaagact 106740
ccaccaaaaa aagttattag aactgacgaa caaattcagt aaagctgcag gatacaaaat 106800
caacatacaa aaatcagtag catttctata tgccaacaat gaccaatgtg aaaaagaaat 106860
taaaaagtaa ccctatttac aataaccaca aataaacacc taggaattaa ccaaagaggt 106920
aaaagatttc tgtaatgaaa actataaaaa actgatgaaa gaaattgaag agtacaccaa 106980
aaaatggaaa gcaattgcat gttcatggat tagaagaatc agtgttgtta taatgtccat 107040
actatccaaa gcaatctaca gattcaatgc aatccttatc aaaataccaa tgacatcatt 107100
cacagaaata gaaaaaaaaa atcctaaaat ttacgtggaa ccacaaagac ccagaatagc 107160
caaagctctc ctaagcaaaa agaacgaaac tgtaggaatg acattgcctg tcttcaaatt 107220
ctactacaga gctatagata gtaaccaaaa cagcgtggta ctagcataaa aacagacaca 107280
gagacaaaca gaacaaaatt taaaaaccca gaaataaatc cacacaccta cagcaaattc 107340
atttttgaca aagttgccaa gaacatactc tggggaatag ataatgatat ctcttcaata 107400
aataatgtgg ggaaaactgg atatccatat acataacagt gaaactagac ccctctctct 107460
ctcactatat acaaaaatca aatcaaaatt gtttaaggac ttaaatctaa gacctcatac 107520
tatgaaacca ctgcaagaca accttggcgg aaactctcca agacatcagt ccaggcaaag 107580
atttcttgag taatatccca caagcacaga caaccaaagc aaaaatggac aaatgggatc 107640
acatcaagtt aaaaagcttc tgcacagtaa gggaaacaac caacaaaatg aagagacaac 107700
ccacagaatg ggagaaaata tttgaaaaat acccatctgg caagggatta aaaaccagaa 107760
tatatgcaga atatataagg agctcaaaca gtgctataga aaaaaaaatc taataatctg 107820
atttaaaaat gggaaaaatg ttagaataga catttcttaa aataagacat acagatggca 107880
aaccgacatg gaacggtgct caacatcatg gattatcaca gaaacacaat caatcaaaac 107940
taaaactaaa atgtgctatc atctcacccc agttaaaatg gctgatatcc agaagacagg 108000
caataacaaa tgctggcaag gatgtgggga aaagggagcc cccatacact gttgctggga 108060
ttgtaaatta gtacaaccac tgtggagagc agcatgaaag ttcctcaaaa aactgaaaga 108120
aagctaccat aggatccagc aatcccactg ctgtgtatat actacaaaag aaaggaagtc 108180
agtatatgaa gaggtatctg cactcccatg tttgttgcag ccctgttcac aacagccaag 108240
```

-continued

atttggaagc aacctaagtg tccatcagca gttgaatgta taaagaaaat gtggtgcata 108300
tacacaatgg agtattattc aataataaaa aggaatgaga ttgagtcatt tgcaacaaca 108360
tggatggaac tggagatcat tatgtgaagt gaaataagcc aggcacagaa agacaaacat 108420
tacaatgttc ttacttatta atgagatcta aaaatcaaaa caattgcacc catgttcata 108480
aagagtaaaa ggatggttac cagatgctga gaacggtggt ggggggatag ggaaaggtgg 108540
cagtggttaa cgggtacaaa aaaatagaaa gaatgaataa gacttactac ttgatagcac 108600
agcaaggtgg ctatagtcag taatttagtt gtatattttt aataatgaaa ggtgtataat 108660
tggattgttt ctaacacaaa ggataatgct taagaggatg gataccccat tttccatgat 108720
gtgattattt cacattgcac gcctagatca aaacatccaa tgtaccccat aaatatatac 108780
atcttctatg tacccataaa aattctgtaa aataaaatat ataaaaagag gtgacagata 108840
tggaagacag gcaaagaaga gacgacatcc acataatccg agtacctaag aaagaatgga 108900
gtccagtgca tctcaggagc caccattcta agccaatttt ctctggttct ctcagtcacc 108960
ctaccaatac gtgggcaatc ttgttttatt tcaggataga gtttttgaaa ttatagattt 109020
aagtatgctt tctgttctat tacttttggt aattaatttt agaaagaact aatttgggca 109080
caaatttgaa aaaattctaa atccaaaaaa aaaaagaaaa aaacacacac acaatcatct 109140
ataaggggga tgatgaccag tcctagattt ctcaccagcc acattcaaga tcagtaaatg 109200
gtaggacaaa acctgtaggg tccttaaggg ggaaagaagt agtggatagt ccagagtcta 109260
tatacagcca actgttcttg aagaaaaaag gctgctgaaa aggagttcca aacattctat 109320
aatccataat ctcatgatga aactactaga ggaagaccac cagccatcaa aaggtgcttg 109380
gagaacccag ggccaagaac caaaagtaaa tattaagtgt ccttaactgc gagactaaga 109440
tagaaatgac tgtgggggac catgtggcct caacagaggt gaaatggtgt ctgcctgaca 109500
aagtggacat tttacaatga tcaaaacaca gaatatgaga tagagagcac ttctgaatta 109560
ctgcctcact ccaaataact ctcagccaaa ggacttcagt aaaaccaaat tgggcatatt 109620
agacagtaca aacaaattct aagaaaataa tattactgat tacaatcaca tgatgctaga 109680
gatggagggg aaaaggaaga ggaaaccagg taatttcata ctcgtatata gtaaagaact 109740
aaagtacatt gtccaaagaa gaacaaagaa tattttggaa agttataaag gtagccacta 109800
cacatagaag atagcaaaga acaagaaaac ttaagatgga aaactttttg gaagcataaa 109860
aatagaaaat ataaactact aagataagat tgaagccaaa cagatctatg aaaacaacaa 109920
acatcaatgg ccttaacttg cctattaaaa ggaagagact ttcaaattgg accacaagat 109980
aaaacccaac tctatatagc atatgagtat tacacacaaa atgggaaaag ctgaaaaaac 110040
ttgggcaaaa ttcaccccaa gcaaattcca ctgtttcctt tgggacaaaa tgccaagctc 110100
catgccaggg aagatgattc tcctcagacc ttctcctcac tctcccagtc ctcttaggga 110160
aggaattggg tgttagagga gggagactct gtcgattatc agctgaagca gtggtgtgct 110220
cctgcgttgc ttctgacctg ggaaatgaag cagcaagact ctttctgctg tgtctttgcc 110280
cagaagggcc atccccccag agcagagtac ccaggccggc aggagcagtg gtggaagcgt 110340
ggaaaccacg tctcctacag cagagaccat cagaagcgga gcctcgggta taagggaaac 110400
aacgcgttct ccctaacctg ggagtgacag acagcgtcat tcctcacagt gataccctgt 110460
gttctagcca tctggcccat gacagagcca gcccagagcc agcccagagc cagcccctga 110520
ccatcctgga gcctggccag ctcgccaagc tgcaccatag gcctggaagg cgtggagacc 110580

-continued

```
tgcggcagtg ccctgtcctc ccgtgaggcc tgccatccct gccaggggtc gcctctggct 110640
tctccttctc caggaccgca cggtccagag gctcagtgcc tggagtaggt gttgcctccc 110700
tgcttctagg cccagaccct cccttgttcc tgaccccggg cctttccctc tggcttggac 110760
atccagggcc ctgtctcagc tggggagctg ctcctgctca aggactgtct tccgcgggat 110820
cgaaaggccg cgtcctgaac aatgcgtggg ccacgtgagc ggagcaggct ctaaaggccg 110880
cgtcctaaac agtgcgtggg ccacgtgagc ggagcaggct ctaaaggccg cgtcctaaac 110940
agtgcgtggg ccacgtgagc ggagcaggct ctaaaggccg cgtcctaaac agtgcgtggg 111000
ccacgtgagc ggagcaggct ctaaaggccg cgtcctaaac agtgcgtggg ccacgtgagc 111060
ggagcaggct ctaaaggccg cgtcctaaac agtgcgtggg ccacgtgagc ggagcaggct 111120
ctaaaggccg cgtcctaaac agtgcgtggg ccacgtgagc ggagcaggct ctaaaggccg 111180
cgtcctaaac agtgcgtggg ccacgtgagc ggagcaggct ctaaaggccg cgtcctaaac 111240
agtgcgtggg ccacgtgagc ggagcaggct ctaaaggccg cgtcctaaac agtgcgtggg 111300
ccacgggagc ggagcagact ctaaaggccg cgtcctaaac agtgtgtggg ccacgtgagc 111360
gaagcgccct ctccactgcc ctcggggccg cagctcccag ctcagctccc agccctgctc 111420
agggcagcca ggccaggagg taccatccag gctaagtgac cctcaggggg gacaggtgcc 111480
ccaggagatg ccagctgttg ggagaggctg ggggaccaac tcgacctggc ctgtgggccc 111540
tgccctggcc acccattgta ggatccagcc gccacgcctg tgacactcgt gtgctttccc 111600
tggtgtgtgc ttgtggcagg tgggggcaga gggtcctcag gccagagagc cactccccca 111660
gcgccagacc accctcttcc tcactccccc acctcacccc ctcacaggtg cctcccaggc 111720
catcagggcc caaccacccc taaacaaatg ggttctcggc ccctcgtggc tggaggtggg 111780
ttctctcacc attcccagcc taagactcca tccccatgct ggcagctgtt caaccatgtc 111840
tagagagatc cactgtccca gacagcacct cagggtcccc cgtcctgcct ggaaccctgt 111900
aggaaactcc acaaaccgcc gccattctgt ccacacccct acaggagccc caaccctctc 111960
cccacatcca ggcttccctc ccagacccct catccctgcc cgcacggtgc ctgagggggc 112020
cttcttgggc agcgcctaag caagccccca gcacccttcg gccccttcaa ggcacacagg 112080
ccccctttcc acccagcctc aggaaaccac ctgtgtcctc caacgacagg tcccagcctc 112140
ccagcctttg ccttgcctgt tcctctccct ggaactctgc cccgacacag accctcccca 112200
gcaagcccgc aggggcacct cccctgcccc cagacaccct gtgcccgtca gttcatcccc 112260
agcagaggcc ctcaccaggc acaccccat gctcacacct ggccccaggc ctcagcctcc 112320
ctgagggccc cacccagccc gcgtctggcc agtggtgcgt gcaaagcccc tcacccagac 112380
tcggcggaag gcagccagtg caggcctggg gaggggctct ccttagacca ccttgcacct 112440
tccctggcac ccaccatggg aagagctgag actcactgag gaccagctga ggctcagaga 112500
agggacccag cactggtgga cacgcaggga gcccacgcca gggcgccgtg gtgagtgagg 112560
cccagtgcca cccactgagg cctcccgttc agtgggacga cggtgaacag gtggaaccaa 112620
ccaggcaacc cccgccgggc cccacagacg ggatcagagc aggaaaggct tcctgcccct 112680
gcaggccagc gaggagccct ggcgggggcc gtggccctcc aggcgaggag gctcccctgg 112740
ccaccgccac ccgggcctct ctgctgctgg gaaaacaagt cagaaagcaa gtggatgaga 112800
ggtggcgtga cagacccagc ttcagatctg ctctaattta caaaagaaaa ggaaaaacac 112860
acttggcagc cttcagcact ctaatgattc ttaacagcag caaattattg gcacaagact 112920
ccagagtgac tggcagggtt gagggctggg gtctcccacg tgttttgggg ctaacagcgg 112980
```

-continued

aagggagagc actggcaaag gtgctggggg cccctggacc cgacccgccc tggagaccgc 113040

agccacatca gcccccagcc ccacaggccc cctaccagcc gcagggtttt ggctgagctg 113100

agaaccactg tgctaactgg ggacacagtg attggcagct ctacaaaaac catgctcccc 113160

cgggaccccg ggctgtgggt ttctgtagcc cctggctcag ggctgactca ccgtggctga 113220

atacttccag cactggggcc agggcaccct ggtcaccgtc tcctcaggtg agtctgctgt 113280

ctggggatag cggggagcca ggtgtactgg gccaggcaag ggctttggct tcagacttgg 113340

ggacaggtgc tcagcaaagg aggtcggcag gagggcggag ggtgtgtttt tgtatgggag 113400

aagcaggagg gcagaggctg tgctactggt acttcgatct ctggggccgt ggcaccctgg 113460

tcactgtctc ctcaggtgag tcccactgca gccccctccc agtcttctct gtccaggcac 113520

caggccaggt atctggggtc tgcagccggc ctgggtctgg cctgaggcca caccagctgc 113580

catccctggg gtctccgcca tgggctgcat gccagagccc tgctgtcact tagccctggg 113640

gccagctgga gcccccaagg acaggcaggg accccgctgg gcttcagccc cgtcagggac 113700

cctccacagg tagcaagcag gccgagggca gggacgggaa ggagaagttg tgggcagagc 113760

ctgggctggg gctgggcgct ggctgttcat gtgccgggga ccaggcctgc gctttagtgt 113820

ggctacaagt gcttggagca ctggggccag ggcagcccgg ccaccgtctc cctgggaacg 113880

tcacccctcc ctgcctgggt ctcagcccgg gggtctgtgt ggctggggac agggacgccg 113940

gctgcctctg ctctgtgctt gggccatgtg acccattcga gtgtcctgca cgggcacagg 114000

tttgtgtctg ggcaggaaca gggactgtgt ccctgtgtga tgcttttgat atctggggcc 114060

aagggacaat ggtcaccgtc tcttcaggta agatggcttt ccttctgcct cctttctctg 114120

ggcccagcgt cctctgtcct ggagctggga gataatgtcc gggggctcct tggtctgcgc 114180

tgggccatgt ggggccctcc ggggctcctt ctccggctgt ttgggaccac gttcagcaga 114240

aggcctttct ttgggaactg ggactctgct gctggggcaa agggtgggca gagtcatgct 114300

tgtgctgggg acaaaatgac cttgggacac ggggctggct gccacggccg gcccgggaca 114360

gtcggagagt caggtttttg tgcacccctt aatggggcct cccacaatgt gactactttg 114420

actactgggg ccagggaacc ctggtcaccg tctcctcagg tgagtcctca caacctctct 114480

cctgctttaa ctctgaaggg ttttgctgca tttttggggg gaaataaggg tgctgggtct 114540

cctgccaaga gagccccgga gcagcctggg gggctcagga ggatgccctg aggcaacagc 114600

ggccacacag acgaggggca agggctccag atgctccttc ctcctgagcc cagcagcacg 114660

ggtctctctg tggccagggc caccctaggc ctctggggtc caatgcccaa caacccccgg 114720

gccctccccg ggctcagtct gagagggtcc cagggacgta gcggggcgcc agttcttgcc 114780

tggggtcctg gcattgttgt cacaatgtga caactggttc gacccctggg gccagggaac 114840

cctggtcacc gtctcctcag gtgagtcctc accacccccct ctctgagtcc acttagggag 114900

actcagcttg ccagggtctc agggtcagag tcttggaggc attttggagg tcaggaaaga 114960

aagccgggga gagggaccct tcgaatggga acccagcctg tcctccccaa gtccggccac 115020

agatgtcggc agctgggggg ctccttcggc tggtctgggg tgacctctct ccgcttcacc 115080

tggagcattc tcaggggctg tcgtgatgat tgcgtggtgg gactctgtcc cgctccaagg 115140

cacccgctct ctgggacggg tgccccccgg ggtttttgga ctcctggggg tgacttagca 115200

gccgtctgct tgcagttgga cttcccaggc cgacagtggt ctggcttctg aggggtcagg 115260

ccagaatgtg gggtacgtgg gaggccagca gagggttcca tgagaagggc aggacagggc 115320

-continued

```
cacggacagt cagcttccat gtgacgcccg gagacagaag gtctctgggt ggctgggttt 115380
ttgtggggtg aggatggaca ttctgccatt gtgattacta ctactactac ggtatggacg 115440
tctggggcca agggaccacg gtcaccgtcg gtcaccgtct cctcaggtaa gaatggccac 115500
tctagggcct ttgttttctg ctactgcctg tggggtttcc tgagcattgc aggttggtcc 115560
tcggggcatg ttccgagggg acctgggcgg actggccagg aggggacggg cactggggtg 115620
ccttgaggat ctgggagcct ctgtggattt tccgatgcct ttggaaaatg ggactcaggt 115680
tgggtgcgtc tgatggagta actgagcctg ggggcttggg gagccacatt tggacgagat 115740
gcctgaacaa accaggggtc ttagtgatgg ctgaggaatg tgtctcagga gcggtgtctg 115800
taggactgca agatcgctgc acagcagcga atcgtgaaat attttcttta gaattatgag 115860
gtgcgctgtg tgtcaacctg catcttaaat tctttattgg ctggaaagag aactgtcgga 115920
gtgggtgaat ccagccagga gggacgcgta gccccggtct tgatgagagc agggttgggg 115980
gcaggggtag cccagaaacg gtggctgccg tcctgacagg ggcttaggga ggctccagga 116040
cctcagtgcc ttgaagctgg tttccatgag aaaaggattg tttatcttag gaggcatgct 116100
tactgttaaa agacaggata tgtttgaagt ggcttctgag aaaaatggtt aagaaaatta 116160
tgacttaaaa atgtgagaga ttttcaagta tattaatttt tttaactgtc caagtatttg 116220
aaattcttat catttgatta acacccatga gtgatatgtg tctggaattg aggccaaagc 116280
aagctcagct aagaaatact agcacagtgc tgtcggcccc gatgcgggac tgcgttttga 116340
ccatcataaa tcaagtttat ttttttaatt aattggcgcg cgccctctgt gacagcattt 116400
atacagtatc cgatgcatag ggacaaagag tggagtgggg cactttcttt agatttgtga 116460
ggaatgttcc gcactagatt gtttaaaact tcatttgttg gaaggagagc tgtcttagtg 116520
attgagtcaa gggagaaagg catctagcct cggtctcaaa agggtagttg ctgtctagag 116580
aggtctggtg gagcctgcaa aagtccagct ttcaaaggaa cacagaagta tgtgtatgga 116640
atattagaag atgttgcttt tactcttaag ttggttccta ggaaaaatag ttaaatactg 116700
tgactttaaa atgtgagagg gttttcaagt actcattttt ttaaatgtcc aaaattcttg 116760
tcaatcagtt tgaggtcttg tttgtgtaga actgatatta cttaaagttt aaccgaggaa 116820
tgggagtgag gctctctcat aacctattca gaactgactt ttaacaataa taaattaagt 116880
ttcaaatatt tttaaatgaa ttgagcaatg ttgagttgga gtcaagatgg ccgatcagaa 116940
ccagaacacc tgcagcagct ggcaggaagc aggtcatgtg gcaaggctat ttggggaagg 117000
gaaaataaaa ccactaggta aacttgtagc tgtggtttga agaagtggtt ttgaaacact 117060
ctgtccagcc ccaccaaacc gaaagtccag gctgagcaaa acaccacctg ggtaatttgc 117120
atttctaaaa taagttgagg attcagccga aactggagag gtcctctttt aacttattga 117180
gttcaacctt ttaattttag cttgagtagt tctagtttcc ccaaacttaa gtttatcgac 117240
ttctaaaatg tatttagaat tcattttcaa aattaggtta tgtaagaaat tgaaggactt 117300
tagtgtcttt aatttctaat atatttagaa aacttcttaa aattactcta ttattcttcc 117360
ctctgattat tggtctccat tcaattcttt tccaataccc gaagcattta cagtgacttt 117420
gttcatgatc ttttttagtt gtttgttttg ccttactatt aagactttga cattctggtc 117480
aaaacggctt cacaaatctt tttcaagacc actttctgag tattcatttt aggagaaaga 117540
ctttttttt aaatgaatgc aattatctag acttatttca gttgaacatg ctggttggtg 117600
gttgagagga cactcagtca gtcagtgacg tgaagggctt ctaagccagt ccacatgctc 117660
tgtgtgaact ccctctggcc ctgcttattg ttgaatgggc caaaggtctg agaccaggct 117720
```

-continued

gctgctgggt aggcctggac tttgggtctc ccacccagac ctgggaatgt atggttgtgg 117780

cttctgccac ccatccacct ggctgctcat ggaccagcca gcctcggtgg ctttgaagga 117840

acaattccac acaaagactc tggacctctc cgaaaccagg caccgcaaat ggtaagccag 117900

aggcagccac agctgtggct gctgctctta aagcttgtaa actgtttctg cttaagaggg 117960

actgagtctt cagtcattgc tttaggggga gaaagagaca tttgtgtgtc ttttgagtac 118020

cgttgtctgg gtcactcaca tttaactttc cttgaaaaac tagtaaaaga aaaatgttgc 118080

ctgttaacca ataatcatag agctcatggt actttgagga aatcttagaa agcgtgtata 118140

caattgtctg gaattatttc agttaagtgt attagttgag gtactgatgc tgtctctact 118200

tcagttatac atgtgggttt gaattttgaa tctattctgg ctcttcttaa gcagaaaatt 118260

tagataaaat ggatacctca gtggttttta atggtgggtt taatatagaa ggaatttaaa 118320

ttggaagcta atttagaatc agtaaggagg gacccaggct aagaaggcaa tcctgggatt 118380

ctggaagaaa agatgttttt agtttttata gaaaacacta ctacattctt gatctacaac 118440

tcaatgtggt ttaatgaatt tgaagttgcc agtaaatgta cttcctggtt gttaaagaat 118500

ggtatcaaag gacagtgctt agatccgagg tgagtgtgag aggacagggg ctggggtatg 118560

gatacgcaga aggaaggcca cagctgtaca gaattgagaa agaatagaga cctgcagttg 118620

aggccagcag gtcggctgga ctaactctcc agccacagta atgacccaga cagagaaagc 118680

cagactcata aagcttgctg agcaaaatta agggaacaag gttgagagcc ctagtaagcg 118740

aggctctaaa aagcacagct gagctgagat gggtgggctt ctctgagtgc ttctaaaatg 118800

cgctaaactg aggtgattac tctgaggtaa gcaaagctgg gcttgagcca aaatgaagta 118860

gactgtaatg aactggaatg agctgggccg ctaagctaaa ctaggctggc ttaaccgaga 118920

tgagccaaac tggaatgaac ttcattaatc taggttgaat agagctaaac tctactgcct 118980

acactggact gttctgagct gagatgagct ggggtgagct cagctatgct acgctgtgtt 119040

ggggtgagct gatctgaaat gagatactct ggagtagctg agatggggtg agatggggtg 119100

agctgagctg ggctgagcta gactgagctg agctagggtg agctgagctg ggtgagctga 119160

gctaagctgg ggtgagctga gctgagcttg gctgagctag ggtgagctgg gctgagctgg 119220

ggtgagctga gctgagctgg ggtaagctgg gatgagctgg ggtgagctga gctgagctgg 119280

agtgagctga gctgggctga gctggggtga gctgggctga gctgggctga gctgggctga 119340

gctggggtga gctgagctgg ggtgagctga gctgagctgg ggtgagctga gctgagctgg 119400

ggtgagctgg ggtgagctga gctggggtga gctgagctga gctggggtga gctgagctgg 119460

ggtgagctga gctgagctgg ggtgagctga gctgagctga gctgagctga gctggggtga 119520

gctgagctga gctgagctgg ggtgagctgg ggtgagctga gctgagctgg agtgagctga 119580

gctgggctga gctggggtga gctgggctga gctggggtga gctgagctga gctgagctga 119640

gctggggtga gctgagctga gctggggtga gctgagctgg ggtgagctgg gctgagctga 119700

gctgagctga gctgagctga gctgagctga gctgagctga gctgagctga gctgagctga 119760

gctgagctga gctgagctgg ggtgagctga gctgagctgg gctgagctgg ggtgagctgg 119820

gctgagctgg gctgagctgg gctgagctgg ggtgagctga gctggggtga gctgagctga 119880

gctgggctga gctgagctga gctggggtga gctgagctga gctggggtga gctgagctga 119940

gctgagctgg ggtgagctga gctgggctga gcagggctga gctggggtga gctgagctga 120000

gctggggtga gctgggctga gctgggctga gctgagctga gctgggctga gctgggctga 120060

-continued

gctgggctga gctgggctga gctgggctga gctggggtga gctgagctga gctggggtga 120120

gctggggtga gctgagctgg ggtgagctga gctggggtga gctgagctga gctggggtga 120180

gctgagctgg ggtgagctga gctgagctgg ggtgagctga gctgagctgg ggtgagctga 120240

gctagggtga actgggctgg gtgagctgga gtgagctgag ctgaggtgaa ctggggtgag 120300

ccgggatgtt ttgagttgag ctggggtaag atgagctgaa ctggggtaaa ctgggatgag 120360

ctgtggtgag cggagctgga ttgaactgag ctgtgtgagc tgagctgggg tcagctgagc 120420

aagagtgagt agagctggct ggccagaacc agaatcaatt aggctaagtg agccagattg 120480

tgctgggatc agctgtactc agatgagctg ggatgaggta ggctgggatg agctgggcta 120540

gctgacatgg attatgtgag gctgagctag catgggctgg cctagctgat gagctaagct 120600

tgaatgagcg gggctgagct ggactcagat gtgctagact gagctgtact ggatgatctg 120660

gtgtagggtg atctggactc aactgggctg gctgatggga tgcgccaggt tgaactaggc 120720

tcagataagt taggctgagt agggcctggt tgagatggtt cgggatgagc tgggaaaaga 120780

tggactcgga ccatgaactg ggctgagctg ggttgggaga ccatgaattg agctgaactg 120840

agtgcagctg ggataaactg ggttgagcta agaatagact acctgaattg tgccaaactc 120900

ggctgggatc aattggaaat tatcaggatt tagatgagcc ggactaaact atgctgagct 120960

ggactggttg gatgtgttga actggcctgc tgctgggctg gcatagctga gttgaactta 121020

aatgaggaag gctgagcaag gctagcctgc ttgcatagag ctgaacttta gcctagcctg 121080

agctggacca gcctgagctg agtaggtcta aactgagtta aaaatcaaca gggataattt 121140

aacagctaat ttaacaagcc tgaggtctga gattgaatga gcagagctgg gatgaactga 121200

atgagtttca ccaggcctgg accagttagg ctaggacctc gttctataga ggcagactgt 121260

gtgctacagt ggagtttcaa gatgattcca tgagtcctcc ccgcccccaa cataacccac 121320

cttcctccta ccctacacgc ctgtctggtg tgtaaatccc agctttgtgt gctgatacag 121380

aagcctgagc ccctccccca cctccaccta cctattactt tgggatgaga atagttctcc 121440

cagccagtgt ctcagaggga agccaagcag gacaggccca aggctacttg agaagccagg 121500

atctaggcct ctccctgaga acgggtgttc atgcccctag agttggctga agggccagat 121560

ccacctactc tagaggcatc tctccctgtc tgtgaaggct tccaaagtca cgttcctgtg 121620

gctagaaggc agctccatag ccctgctgca gtttcgtcct gtataccagg ttcacctact 121680

accatatcta gccctgcctg ccttaagagt agcaacaagg cgcgtcaaac ttaccctacc 121740

tttatcctgg tggcttctca tctccagacc ccagtaacac atagctttct ctccacagtg 121800

cccagggatt gtggttgtaa gccttgcata tgtacaggta agtcagtagg cctttcaccc 121860

tgaccccaga tgcaacaagt ggccatgtta gagggtggcc caggtattga cctatttcca 121920

cctttcttct tcatccttag tcccagaagt atcatctgtc ttcatcttcc ccccaaagcc 121980

caaggatgtg ctcaccatta ctctgactcc taaggtcacg tgtgttgtgg tagacatcag 122040

caaggatgat cccgaggtcc agttcagctg gtttgtagat gatgtggagg tgcacacagc 122100

tcagacgaaa ccccgggagg agcagatcaa cagcactttc cgttcagtca gtgaacttcc 122160

catcatgcac caggactggc tcaatggcaa ggagttcaaa tgcagggtca acagtgcagc 122220

tttccctgcc cccatcgaga aaaccatctc caaaaccaaa ggtgagagct gcagtgtgtg 122280

acatagaagc tgcaatagtc agtccataga cagagcttgg cataacagac ccctgccttg 122340

tccatgacct ctgtgctaac caatctcttt acccacccac aggcagaccg aaggctccac 122400

aggtgtacac cattccacct cccaaggagc agatggccaa ggataaagtc agtctgacct 122460

-continued

```
gcatgataac aaacttcttc cctgaagaca ttactgtgga gtggcagtgg aatgggcagc 122520
cagcggagaa ctacaagaac actcagccca tcatggacac agatggctct tacttcgtct 122580
acagcaagct caatgtgcag aagagcaact gggaggcagg aaatactttc acctgctctg 122640
tgttacatga gggcctgcac aaccaccata ctgagaagag cctctcccac tctcctggta 122700
aatgatccca gtgtccttgg agccctctgg tcctacagga ctctgacacc tacctccacc 122760
cctccctgtg taaataaagc acccagcact gccttgggac cctgcaataa tgtcctggtg 122820
atttctgaga tgtagagtct agctaggtca tggaatgagg ggtctccatg gtttgaggcc 122880
tgagttgtga ctaaggaaaa acccataggc ctacactgcc acacccagca cttttgaatt 122940
tgcctgacat gaaaagaatt tacctctccc tggaaagtgg agccttatcc ctaggcagtt 123000
cccttaccag accttcctct agcttgcact ttgttctggg cacagaatgt gtctaacccc 123060
ccaaagcaag gaagacacaa cctctacctc cctcactctg tccttacccc ttttcctggc 123120
taagcatctc actgagtgcg ctgaatagat gcatgtggcc acagtcttgc agacagaccc 123180
ttgccatctc tccactcagc tttccagagg ctaagtctag cccgtatggt gataatgcag 123240
ggagctctat gctatctcag tgctatcaga ctcccaagtg gaggatgaac atggacccat 123300
taaaaccaac ctgcgcagca acaccctgcc aataaggccc gtatgtgaaa atgtgcacac 123360
atctacacat gcacaggcac acacacacac acatgcatgg gcacacacac atacagagag 123420
agagaatcac agaaactccc atgagcatcc tatacagtac tcaaagataa aaaggtacca 123480
ggtctaccca catgatcatc ctcggcattt acaagtgggc caactgatac agataaaact 123540
tttctatgcc aaggacgcca acatatacac aagtccgctc atgacaaatc tgtccctgaa 123600
cctcagactg gcgcccgtga ctcatacagt ggacactcct ccaaagctgt atagcttcct 123660
ttacttccct gtgtgtactt tctctgaagt acactcatca cacagaagag gccctgtgat 123720
tactctggcc ctctgttctt ggtcatcaga gaatagacag aagatcaggc aaactacaca 123780
gacacttccc acaatcatca caggccctga ctctgctctc cagtctcaaa actgaaggct 123840
ggagcacaca gaataagctc ctgcacaggc caggccagta tcgggtccag tgtgtctgac 123900
tgagcccagg gacaaaatgg cagcactttg gggaactgag gtttctggtc caagaaggag 123960
agatggaggc ccagggaggg tctgctgacc cagcccagcc cagcccagct gcagctttct 124020
cctgggcctc catacagcct cctgccacac agggaatggc cctagcccca ccttattggg 124080
acaaacactg accgccctct ctgtccaggg ctgcaactgg acgagacctg tgctgaggcc 124140
caggacgggg agctggacgg gctctggacg accatcacca tcttcatcag cctcttcctg 124200
ctcagtgtgt gctacagcgc tgctgtcaca ctcttcaagg tcagccatac tgtccccaca 124260
gtgtctacaa tgtcctcata ctcttcccca tactgtccct gtggtgacct ataccccaca 124320
ctgtcccatg ctaatgacca cagtcttaca tgctatgtaa tgctgtctac ccttctgtat 124380
gcacagtctc acaatgtccc atgcagtctc cacgatgctc catactgtcc ccattccaac 124440
ccatgctgcc ccttgttccc cgctatgctg tcccatgcta ttgtctgtat tttcatgctc 124500
ttttcacact gtccctagtg tcacattctg cccatgttgt ccaccacatt gtccccactc 124560
tgtacacagc ctcacactgt accctgctac ccgataatgt tccctgttgt ccccaactct 124620
ctccctgcac catttgtcaa ctgtcccctg aattcccatg ttgttcccac actgttagtg 124680
tgtaatgtgc tctgtcccag gtgtaccttg ttccgtgctg tctcacttca tcgcccattc 124740
tgtccttgta ctaaccccac tctatcacca cactgtccct atgcactgcc cacattgtcc 124800
```

-continued

```
tcatactgtc ccattttgta tcttcatcct gtccccatag tgtccaatga tctaccccac 124860
actattccca cttcatgccc ctacaatttc cctattccat tcctctctgg tcaccatgcc 124920
atccttccca ctcctgcaca gctggagagg gactcccggg atgagtcctt gcccagatga 124980
gctacctatc tagaggagtc ttcaggtggg aagggaatgc agtcttgatc ttggtcttat 125040
tcaccctgtc tcacaggtaa agtggatctt ctcctcggtg gtggagctga agcagacact 125100
ggttcctgaa tacaagaaca tgattgggca agcaccctag gccacctcct gtaatggcat 125160
ttcccaggcc ccgaaggacc ctgtccaata tgccaagcag cacaactgag atcacactgt 125220
ctgctcatct cgctttcctc cgaccccgag actcagctac tctcaaattt tccctctctg 125280
aaggaccatg tggacattac attgctccag gccacagcca ccaggaccta aaacaccatc 125340
acagcagcac caaagacact ggatagaccc acaagggcaa tagtttcctc aacagtatat 125400
ccaaactgtt gggacaaacg agcaatcact gaagaagtga caagttccca caatgtcagt 125460
gtccagctga gaagggacaa aaagtggtac cagccctgtc cacaccacct tctaattcac 125520
aggaatacgt gatagaagag gcaggttgta gatccgaaag atgagacaga ttttatcaac 125580
tccagaaaga gctgggtcca actgaattat tctagcgacc ttggcattgt catgacctgc 125640
catgaccttc ctccttaaca cttcgataaa ccctgggata tggaaaatgc ctgtgtttct 125700
cagggtttgg gaaagaacca tccatgttgg gattcttgtg tagatcctcc ttctggtcac 125760
agatgcaata cactggattt tcaggcaaag gagcaaattc acagacaact ctggccctac 125820
agccctaaga cctagacacc accatctcct tggaattatc aaatttaaca cccggcacac 125880
aacaaagaag gactgggact ttgaggcctt tgtgtagccc tagagggggc agaggccact 125940
gagcagggat tgggtgatca caaggacctc ctggagaggg acctgaggag caggttccaa 126000
ttgggccaaa gaaagaagaa caacaataga gatgaaggat gctggaaaga gccatggtac 126060
agcagtcttg tccttcagac atgactctta cagcccagga ctcttacagt agctagctgg 126120
agcagaagtc caagggatta ccatgcccta gggccacagg ctactggagg gtggagtgag 126180
tctactacac aggtccaatg cctgtttctc cattgcttct cagccaatga gaaatcagag 126240
tctccacctc caagaaaaag gaaggtggaa atgaaaggtg agcacctgcc ttcccgtgac 126300
tggcagaaag atctccacgg actcaaggct ttgacttcaa acggcgcgcc aatcttccag 126360
aagccaggct gggacctcag caaaagggaa gacataaccc aactccagga tgccctgtgg 126420
ctgatcactc ttgtcttggc ggggatgaag gttggagaaa ggcctccacg tttcagagct 126480
aagaccgacg tgacaacttc ccagcccact cacagacttt cctgagcaat aaattgatgc 126540
aaaaccacaa attcctactc tcaaaaacaa acattaacaa aggattgggg gagggggtca 126600
ggggtagtat ggtggcgttg ggcagggtaa actcagggta cccattgtct aatgtctgag 126660
acataacttg aacatatgtg tagctgcagc caaagatgaa caagtgatgg tatttgtgtc 126720
ctcttcagac ccgataccag gtcattaagc ttgagatctg gacctgattt ctaaacattt 126780
ggcctctgtg agcacccttg gcaaatactg aacagcaaac cctggtcctg gctgtgaacc 126840
ttggtcctga tcactgagcc ctatattggt aactgaaccg tgatcctgat ctctgacctc 126900
agtcatggtc atgaggccct ggtcctggcc actcattcta ataactggtc cctagtcctg 126960
agccctgaac cttggtccag gtcactgaat cctagtcatg atcactgggt ttgatcctca 127020
ttactgagcc tagtcttgat caccgatgac tggttttgat catagcaatt aacctgatca 127080
ctagtccccg ttcctcatca ctgggccatg atactggtca ctgggtcctg atcctgatca 127140
ctaaatcctg tttctaaaca atgtgtagtg gaatgtatag tgaagccttt gtgtctggct 127200
```

-continued

ctgggtgaaa tgtctcagca gagcctttgc taggtttggg ttaatcagtt ggggctgaga 127260

aatgtttttg aggctgtttg aacttcaaaa gaagaaatgt ctccctggac aatctgcaca 127320

tttgcagctg cgcaaacctt catcctaaaa cttaactcct ggcaaactta gaattcttac 127380

ttttaataat ggctagccat ggttgaaagg gactgagatg tctgtgggtg ggtggaacct 127440

ttcccagctc caagtaactc tgtatactgt ttgaataaag taactgaagt gagctagctg 127500

gggtcaatct tctttccaag gagaataaag ccctccgctc ctccagaaaa tgaaggctta 127560

gctccttggt tagcttctct ctctactgcg gcacctacaa ccaactcagc agtcctaggt 127620

tcctgtcacc agatccagtc ctgatagcta agtgtcaatc ctcgtcacta aggcctgatc 127680

cttagcaata tgcctggggt ctgataatca gactgacatt ctgataactg gacccagatt 127740

cttatcactg ggtctttgtc ctggtcatgg gcatttgacc ctagtctaca gcactgagtt 127800

ctgggcatgg accctgggtc ccagttctag atactgagtt ctggttctaa taactggctc 127860

ctgtactgat cgatgggtcc tgacctagtc attgggccct gatcctcaac attgacttca 127920

aaacctgaac tctagcccca tgcctcattc acattaggag gatccctaca ggggattcct 127980

gcagaagatt ccagaatccc cacaacactg ttcacacact gggctgcaac tgggacagtg 128040

accccttgc tcataggact tgcccaggct cagatgcact gaatggagac aaagcaagcc 128100

caggccctgg gagatggagc ctctggcctg gggtctacag atgtggggtc agcatcatag 128160

ggaggtttgc agggcaggtg tggggcaggg cagaagtggt catgcttgta gatactattt 128220

ttctctcctc tggagcctcc tttgtctatc acctgctgtc ctgggatctc tatctggggt 128280

caacaatgtt tgcagtacag gtgtgggggt agggcaggga tgttcacatt agcaacttgt 128340

ttttctctct tctgaagtct ctgttgtcta tcacctgctg aaacattcaa agcagctctg 128400

agctgagggc agctgagtca tcctgagcct gtctcagcac aggtgcccca aaccagagct 128460

actgttctga gaatcacacc acactggacc aggccaggtg ggcctggggc ctggatgagg 128520

ggtgggagcc aggggagccc tgccaggggc tgaggaggcc ccaaccccca tcacccaagg 128580

ccatccacac tcgtgcctta atgaggccat gttctgtccc aatgagaaca agtccaatta 128640

agattaagta tggtcttccc aggatcatcc agagtcaagg ggtgtcagcc agggacaacc 128700

cagaccagcc tgaggtcagc cagcatcacc caaggccaca cagctattct ggcagaggac 128760

tagaatagtc agctcatcga ggccctggag atgcagaatg gagagtttat ccctgccaga 128820

cagggttcct cagataggca ggtccctcac cacacatgac ctccctgaat atttcccaga 128880

gtccagttgg ttctagacta tcacaatagt cttctgtatt cctgataagc atgcagaaag 128940

ctaacaggat gacaagaaat tttatgcaga aaacagaagc atctacagga tagaacagag 129000

gagaatagat actggaagtc tgctggagac cccagtggag tctctttgta gagtcaagct 129060

gtaagatcaa acctgcactg agcctcaaga ttgagtcaag tacagaggca accttcagga 129120

ccctaaagac cttacaggca atggacagga tggagtccag gcagacaagt aaacgggcag 129180

tcatatgtaa cataatgaac catgtcaaca gagggtactg agccaaggaa ggctctggga 129240

cacttgtgga taatctgcca ctggatctct tgatgtatat accaggtgat cagatgacag 129300

tttagtggcg ccatcgccgt tacagtgtta ggtgttgtcc tcgtcatggg ttcacgtgag 129360

aatgtgacac ctttttagtt ggatgtgtac agtaagctct caggcctggt gttcctggta 129420

tgattttaat gatccatgtg ttcctatatc tttaataagt ttatagggtg acattaagct 129480

tggggataag ttgtttatca ggctgtgcct ttagaagttg atgtgcaggg attgttgttt 129540

-continued

acaccaagat gcccagtctt cctccagctt ccaaacggag tcaaaggcca tttgaaaatg 129600

tgaaacctct cagggcaagg tacaatcttt ttttttttta aagccactac ctcacacaac 129660

atggagtaat ttaaagcagg gtacagcttg atcgaaacac acacacacac acacgcatac 129720

acacaatgta agataccgag aaggggatca agggacacag aagtagagag agaatgagac 129780

agttcaggga tgtagagatg agaggtaact agaggaaagg agaaacacaa ggactggagg 129840

gtaaagagcc agggacagaa agatccatgc aagcaagaca gacagacaca aggaagggaa 129900

aggtgggaag agacagacag acaaggtgca gcaatgtagc ccacctgaga ctcccatgaa 129960

agtctggcac ccactctcag atgaaagcca agtacctaca gacacgtacc cacagcaccc 130020

acacagagca cctgcctgcc taactcaagc ccacctaccc atcgcctctc ctccaggcct 130080

ctgtcctcag gaagcacact gagggtaact cagtctggac acttctaact atggcttagt 130140

gaacagcctg agaggctctg gatccacagg tcactaccac ttgctggccc tgtgctccat 130200

gccatgcttc aggggggat tcactgaatg catgaaccat agtctggggt caacatgtac 130260

taagggatag gatcctatca ggatttgtcc aaataaggtc caaacaaagt gaagaaggtg 130320

ataggcgaga acagctggca gctgagagaa cgctggccag ttcttaggcc agagcttagg 130380

gacaatttcc agacctagcc tttcatctca actctaggtc atgggtaact tcccagatct 130440

ctattttgtt cctggtaact atgcatgctg gtacaagtct aagaacctcg gtgagacaca 130500

gaaccagtaa gatgaaagca tccgtggata aggaagaaag gagaagagta gaagggacag 130560

gaccctggac acatgagatt cccacaccca ggaactgctc atccagcccg agaaacggta 130620

taccccctagc acacagaaag aaaacagtac cacaggtcta aaagagtaga gtcagtggga 130680

aggggtacta ctagggcgcc tcctgcctgg tccaggagca gaggctggga aggggcacta 130740

aacaggggga agcatggaga cagggagatg aaggagcctt tgggactgca tggtgggaac 130800

tagactgttc tctgaatgag cctgtgtgtg tggcagctgc ctgagaggga agacacccag 130860

aggccaggca gaggaaaaga gtaatcaggg ctgaggggac tggggtgggg gtctgaggaa 130920

gtcaaggtag ctatcgccca tttatcaggg ccatgacatg cacttcatgg gcacatatct 130980

aaaaccagac ctggccctca cctacactca gacaatgtcc cttttgtgga tttagggatt 131040

tcagtacttc atcccatggc ctctcaaact ggaagatcca tctaaaaggc tgatgttgtg 131100

gtatcagggc ccaggactag agaatgggac actgagtggc agaggtgcag aggacacata 131160

cactcactca gatgaaagca atgcacaaga agacagagcc atgtatgaac actcctcaga 131220

ctcagaccca cagcactcac acccagctcc ccacagacac acacagcccc tgcctgcctg 131280

ttccaaaaat caaacccatc tacccactcc ctctcctgca ggcctttgtc ctcagagtgg 131340

cacactgaag gtagctcagc ctgaacactt cccatgggac ctggtgaaca gcaggagcct 131400

ctggtccaca ctccccacct cttgttagcc ctgtagtcta tgtgatgctg ttgagaacag 131460

ggtacatggc ctctgcctgg tacagtctgg ggtgcaggct tcaggtgagg cccaagtgtg 131520

aagagtgcag aagacagtgg gcagagctga gagactgcta gccagttttg ttcaaaggac 131580

tgtgatggct gctccaggct actgaacatt ccaggactgc ttcctaccct cctcaaagat 131640

gctggaacac aaccaatcct caacacaatc caatgtagtt gcctgtagca gggcatgcct 131700

ctgtacagca gggagtcaca cagagccaca tgagactcta gacctgggga ctgcagaggg 131760

gaaggcatgt ccaagacggc ctcctccttg ttaccctagg ttttcaggcc tcaggataac 131820

cactgaacaa catatgctga gtcctgttcc ccaggatgct gatggacacc aggtcacagg 131880

gctagaggcc aggagggcta gagcctgtgg gcagggggc tatattcatt cttcctgtgc 131940

-continued

ttgcccagga gcaggtgctg ggcaggggca caggacaggg tgaggcaggg agacaggggc 132000
atgaaggggc ctctgggacc acaaggtggg aactaggctg tgcctgactg agcctgtgtg 132060
tgtgacagct gattcatggg gaagacaccc agagaccagg cagaggaaaa gagtaatcag 132120
ggctgaggtg actggggtt gggaggtctg aggaggtaga ggcagctatg tcccatttgt 132180
cagggtatgg ggacatgtac ttcatagaca cagatctaag aaccaggcgt ggttcccacc 132240
tacccccaga cagtgtccct catatgggct tagggatttc agtacttcat cccacggcct 132300
cacaccttgg aagatccacc tcaaaggctg atgttgtggt gtgggggtcc aggactgggg 132360
ccagggacac tggttggcag aggtgcccag gacatagagt gctcagagtg tagttgggga 132420
catgctgagc actgttcctc tgtgagggga caggctgaga cagggactga agtccatcca 132480
taggctcagc acataccagg ctctggatgg gaacactgag ctctgccacc ctccaacatc 132540
tggcacagca gcctcctgtg ccagggaagc tagtcagcag ggacagagtt cctgtccggg 132600
ctggatggag tcttctctgc tagcatccaa aataagtgca tcttcagcaa taaggtccag 132660
tcatggtgga cggccaggaa caaaggcagt aaacagcctg gtttgtgttt ggttatctac 132720
agtctctctc actaaagcat caagacttct tttaataaat ttagaagttg ttttcttttg 132780
aaacacggtc tctctatgta gtcctggggg tcctggaact ccctgtgtag aagaccagac 132840
tgtcttcaaa cttaaggaga tcctcctgtc tctgcttcct gaatgctggg attaaaagca 132900
tgtgccacca cacccaacct aaccctttct tctgagagca acatgcatac aatttcccct 132960
cttatttccc cagattttca atccttttat ccacacttaa atctttaatg ctaaaatctc 133020
cctccctcca tttccaagct gcatgtgttc tactattccc tcaaattatt tttccttgtg 133080
tgcaggtttt agatttgaat gcaggaagcc ttcactctgg caaagcctcc cccaacccag 133140
cctttcccat ttccacacct cctaacacgt gatttagccc acatcccctc atgtgtatgg 133200
tgtttccctt cagtctgagg tattaccccc agtgtcccct tacagctgcc tatggtcaca 133260
aatacctttc atctgttttt gctgtggaaa gcgtttattt ccccttgaat tttaatagct 133320
ttctgggtat actaccctgg gttgagagtt tagatttttc agatcttgga atatgtcttt 133380
ctagacatct agccttaaat gtttctactg gggctacag aaatggcttg gtggttgaca 133440
acacatgatg ttcttgcaga ggagtgggtt ttgattccta gtaccccata tcagctaaga 133500
gctatggaag acacaaatgg aagaggggac tctgagattc tgagaaaagc ctcatggtta 133560
agggtacact gagatactga gagagaaaga cagagacact gagaaagaca gaagcacaga 133620
ccactaaaag agacagggaa acagagagag acagtgatga gatgcaggga cagagcaacc 133680
cagagagaca gacagagaca tagacactga tagagacaca aagaagagag gggtcgtgga 133740
agttttgaga gaaactggta ggaggtgaga gagacacaga gccaatacag acacagaaag 133800
acagagactc cagagagaca gagactgaga gagacagaga ctgggagaga caaagatact 133860
gagacagtca gagacaccaa tgggtgcttt tccaggggat ccagattcaa ttcccagcac 133920
ccacatggca gctctctact gtaatcccag ttccagggtg ccctgaaaaa tccttcatgc 133980
atgtgaagct tagaagctca cacacaaaca cacagacaga cagacagaca gacagacaga 134040
cagacacaca cacacacaca cactcaaatg aagagtgtgg ttctctttct ctctctctga 134100
tgaaagccat gcaccagaag acagagccat gtgtgaacac tcctcagact cagacccaca 134160
gcactcacac ccagctcccc acagacacac acagccctgc ctgcctgcct gttccaaaac 134220
tcaaacccat ctacccactc cctctcctgc aggcctttgt cctcagagtg gcacactgaa 134280

-continued

```
ggtagctcag cctggacact tcccatggga cctggtgaac agcaggagcc tctggtccac 134340
actccccacc tcttgttagc cctgtagtct atgtgatgct gttgagaaca gggtacatgg 134400
cctctgcctg gtacagtctg gggtgcaggc ttcaggggag gcccaagtgt gaagagttca 134460
gaagacagta ggcagatctg agagactgct aaccaatttt gttcaaagga cagtgatggc 134520
tgctccaggc tactgaacat cccaggtctg cttcctaccc tcctccaagc tgttggagca 134580
caaccaacca tctttgtaat tgcccagttg tttgttattg cctatagcag ggcatgcctc 134640
tgcacaccag ggagtcacac agagccacat gagactctag acctggggac tgcagaggga 134700
aaggcatgtc caagagggcc tcctccttgg gacactggga ttccaggtct caggataacc 134760
actgaacaac atctgctgag tcctgttccc caggatcctg atggacccca ggaggtcaca 134820
gagctagagg ccaggagggc tagagccttt gggaaggggg aatgttaggg tttctcccat 134880
cctggtccag gagctgctca cctgacagtg atacaggaca gggtaaggca gagacagggg 134940
gatgaaggaa actttgggag cacatggtgg gagtgtaggt tgtgcttttg cttagcctgt 135000
gtatatagca gctgcatcat tgggaagaca ctcagaggcc cgacagagga agagtaatca 135060
aggctgaggg gacagcagtg tctaaggaag tggaggcagc tatggtccat ttgtcatagt 135120
attgggacat gtacttcatg aacactgatc tatggaccaa gcctggttgt catctgccct 135180
cagtcagtgt ccctcatgtg ggtttaggaa tttcagtact tcatcccaca agccagtcac 135240
attggaacat aaatgaaatg ctgatgctgt ggtgctgggg cccaggagtg cggggttagt 135300
atactgggtg acagagggtg tccagtaaat agattgctta gagtgtaggt ggggacaagc 135360
tgtgcagtgt tcctccatga ggggaaagac tggtacaggt tttgacatct ctttcgtatc 135420
cataggccct gccatactgc ccttgtccat ggtccctgtg gggtcacata cttagtgtca 135480
agtaaaccat accacaaact ggaagggtct acactatcct tgtaggttct acactctcca 135540
tgacttctcc caactcacac agactgttcc aatacactac tctcttcagt gggcaatcat 135600
gccatgaaca gagagtggag ggttatggtt gccctatatt ctgacacatc caacagtctt 135660
gtgcatttga ctctcatgtg tacaagcgtg ctcaggcctg ctgtagtccc ctcgagacag 135720
tgatgccttc cttgagagcc gattctcact gtcagcatct cctcagacca aagccctata 135780
gatccagcct ctttgaggag ctaatgtagt cagtcacagg gcttgatgtt ggtggctata 135840
gctgctgtcc ccatggctgc cagagatgct tgaccaccat aatcccagac ttgagcatag 135900
gaataacctg gaatcaacag catccagaca ctgtagggac tggccagaga tgtgcataga 135960
ccctatgtca tgtgaccaag acctcttttt ctagtatctt atttcatgaa agtctacaaa 136020
atacgatctt ctattccttt tattcctctt tgcctgctaa catggaacct tctagaaaga 136080
gggtcccctc tctgtctact gactgtgaag atagatcctg taggtgtgat cacagagtaa 136140
tgtttcattt cttggccagt ctcaagccag gggactcagg gagagagaca ggagaaggag 136200
agatggggag agagacagaa agacagaaaa acaaagcaag ggagagacag aagcaggcag 136260
acctggagac tgggtgctta ggaaagagat aaatgtggat acagggagtg aaagataggg 136320
aattgaagac agaggtggag ataaagacca gaatatggga gtcagagaca gacaagagat 136380
atagagatca atataggcaa acagagactg agaaagacag tgatgagaca gagagacatg 136440
gagacagaca aggagacaga catggagaca gacaaggaga cagagataga aatagggaga 136500
gaaaataata cataattagt ggttgattaa ggaagagata atgaatggca agaagagaca 136560
gaggcaggga gagacatata caggtagaga aaaagatgaa gacagacaga gagagactga 136620
aagagggaga aagatacaga gagaagagag actatgaaac aggcagagat ataaagacag 136680
```

-continued

```
tgagagaaaa acagagagac agagatggaa gagagacaga gagacaggga gatagagaaa 136740
tgggaagaca ggaggaccaa gagaagagac acacggcgag gcaagatgta gtagagagac 136800
ctctgatgga atcggcatag gtggaggcaa acatagatag actctctcca actgcagttg 136860
acagactgag cagagagaat accattcaga gagaaacaga ggctaaggct aggaaaggca 136920
agagtagcca gaggagacag agttgagcct gtgggacagg accagacgcc atcttggaag 136980
aggcagtgac aagccaggga ggtgacaggc tggtacagtt tctatcccac agtccacagg 137040
ctggtgtcac aggcctgtct cctcgtggcc acagtctatc cctgcctgcc aagcctgtct 137100
gtggagggat gggggggggg ggggctgggc tgaggcaggc caggactttt ccagtggagt 137160
ggccaggcac tgggctgagg gcatgatccc tgcccaccat cccagtgggt ctgggtaatg 137220
gatggccttg attattttcc ttcgtgttta gggtggaacc tgcttagagg cagctagggc 137280
tctccatgat ggcctagcct gtggtgagtt aatgaacccc taagggtagt tcttccacat 137340
gggctagggt tacaatctgg gggttggggg ctcagatatc agtaccagaa acaaggctta 137400
ctcccaacat gtcacactcg cacacacaca gctgccgagt tactcattct gtgcagagtt 137460
ggctcacaag ggcacatgca aatggatgtt tgtttcatac agaaaaacat gtttctcact 137520
ttctgaggtt gtttccagaa atagcatcag tgactccccc acctgcagct gcaggttcac 137580
cccaacctgg ccaggctgac cagccttggg gatgggggac tcccagcata ggccactggg 137640
actgggggtc catgacccct attgatgatg ttgaattcag tgtttcccag ttatcaccac 137700
tgctggaatc tgacccacca agaggacatg acaggagatg ggcaaggatg ggtggctcaa 137760
caccccaggg aagtgagaga ggcaggaagg ctgtaggtgt gctccagatc ctgggtctac 137820
ccagaaccat gggaatggtg ggcagtgatc atgccctcag cccagtccct ggccactcca 137880
ctggaaaagt cttggcctgc ctcagcccag accccctccc ccaccccttc tcagacagac 137940
ttggcagaca gggagctagc ctgtggccac atggagacag gcctgtgact ccaacctgtg 138000
gactgtggga tagaaactgt accagcctgt cacctccctg cttgtcactg gctctttcaa 138060
gatggtgtct gaccctggct ccatctctgg ccaaccctgc ctttcccagc cttagcctct 138120
gcctctttct ctctctctca gtgtgattct tgctcagtct gtccctcagt tactgtctct 138180
ccatctctaa caaaacataa gagctgtctc tattaacacc ttgtctctcc tctttcttct 138240
tctccttctc cttctccttc tccttcctct ctctctctct ctctctctct ctctctctct 138300
ctctctctct ctctctctct ctctctctct ctcatctctg cttgtgcccc ctttctctag 138360
gtgcacatct cctacctctg tctgtctatc tgtgtctctt ccttctgtca tctcctctct 138420
atcattcttt cagtccttct ctatgtctct tttctgttga tgtctgtctt tgtgtgtctc 138480
tctctccatc ccattccttt tatgactctg gctcccctta tctctctgtc tgtatttctg 138540
ccccacttct ctgtcttcct atctttttgt cttttctctg tttctgattt ttctctccat 138600
gtctttctct ccacttttct ctctcccttt ctgagtcttc ctgcatctgt ctcattgctt 138660
ctccatctcg ctctctcttt ctctgttttc tgtctctgtt cttgtatctc tgtgtgcctc 138720
tccatgtctc tctgctgtct ctttttctcc atacagcaat ttactaaaag aacaaacatc 138780
aaggcaggaa agtatatata tttcaaataa aagttcttca aattgctatg tcctatactc 138840
caagaagcat ttccaaagta tagattaatt taacccttt aaatgaaaag atacattttt 138900
aacttctaaa gtgtctccac aaagaaatga atgtttttaa ttaagaaatg ttgtaattta 138960
gtgttgggct cctgtcttat aatgtacact tccttataaa tctagccatg tggcttatat 139020
```

-continued

ccatttggta tgctcggagc tttatgtaat aaacgtcttc ccgataggtg caaggattgg 139080
tgttttgtac tgcttactac atacatgctt ttaatcattc caggacatac cgtccctctg 139140
ctgctgcttc tcaccgtctt tgcctttctc tcaccctgtc catctttctc tctccccatc 139200
tctctgtttc tgtcccttcc tgtttcagtc tctctccaat ctccctgtgt ttctctctct 139260
ctctctctcc tgatgtctct ttctctgtgg gcttgtctcc ccatctgtcc tcttcatttc 139320
tgtatttctc cttatctttc tatctctgtc catgactctg tctctttctg cctcgttcat 139380
cccctgcccc cctgaaggca caatgacact tttatcaggg tttaatagga aagtttcagg 139440
gcaggaaagt tgtaagactc aagcagctgc cccgaggagg ccagtggggg agattggtaa 139500
aaagccatga catctaatct gacatggagg tcaggcacat gtcccacaag cagccacatg 139560
gcgagaaggg ggcagttaga gaacaagtaa gaaagcccag catgttgggg aggaagccaa 139620
ggtgttaagg aaaacttgct cagagggaga cagaaagaag gaagctacaa ttctgtgaat 139680
tcagaaagga agctgactta cagccccaca tggctatagc ccctaagctt ctggcccttc 139740
ctcttctgtc tcttcctgtt ctctgtcacc cctgtttctc cctattctct gtcacacctg 139800
tctctgtgct cccattaatc tctctctgtc tctacacatc tccacctctg cctccttcat 139860
ctctgtcttt tccggaaccc tgtctgtctc tgtcaggctt ctccttgtct ccccctgcag 139920
acttgcagtt tctccctttg tcttcctctg tcttaccttt attatgtctc cccgtctttc 139980
ctaccttcct gactttctgt ctcttaccct gagtcccctg gcctgaaact ggccaagaag 140040
gaaaacatca gtctgtgatc actcctacag ggtctgtctc catagccagc agagagggga 140100
ccctctttct agaaggttcc ctgttcgcag gcaatgaaga ataaaaggaa tagaagatcc 140160
cgttgcatta aggtttcatg agataacata ctaggaaaag agaccttggt ctacgtagaa 140220
gtctggtcag tccctgaagt gtctagacgc acttgatccc taggccatca ctatgtctga 140280
ggtcatggtg gtcaagcatc tctggcagtc acagtgaaag cagctgtggt caccaacatc 140340
aagccctgtg actacaatag ctcctcaaag aggctgggtc tgtggggttt tgttttgagg 140400
gtcagctaga aatgggagtg agtccaagga agacccactg cccccgcccc cgagagatag 140460
gggaatgagc atgcttgcac acgtggacat gaaaggcaca agagtgttgt atgtgacagt 140520
ttgaggtgac cacattctgc cctctctgtg cctgtcatgg ttacaactga ggacagtggt 140580
ggatttgggc agagtctgtg tgagctggga gaagctgtgg agagttgcaa gcatggcatg 140640
tagatatcag aagccctggt cttccagcag tcctcatggt gatggttcag taggacactg 140700
gatgtgtggc ccatgctagg gtcatgggca aggctggtat gggttgactc tatggctgga 140760
caaagagctt taacctcgtc agcttccgca atatggagga acactgcaca gcttgccccc 140820
acctgcactc tgagcactct gtacactgga catgctctac tacccagtgt ctcagactcc 140880
agtcctgggc cccagcccca tagcacaacc atgtttataa tccctccagt gtgagaggcc 140940
atgaaatgtt gtggagctca gtctgaaggc aggtgggaga caggcatgct tttggatcca 141000
tgtccatgaa gtatatgtcc acattccatg acaaaggagc cgaagccacc tctattttct 141060
caaggacccc ctcagtcctc attactcttc ctctgcctgg cctctggatg tcttccccat 141120
gaatcagctg tcacaaacac aggctcagtc agagcacagt ctagttccca ccttgtggtc 141180
ccaaaggctc tttcacgcca gtgtctccct gccttaccct gtcatgcacc tctggccagc 141240
141240 is odd; keep
cagctgctcc tgggcaagga cgagaagaag ccaagtagtt cctcttctca cagactctag 141300
tcctgctggc ctctaactct gtaaccttct ggtgtccatc aggatcctgg ggccacatca 141360
ctctgagtgt gtttatcacc ggcaatcctg agggctaaga tttcagattc taaaggagga 141420

-continued

```
ggcccccgtg gacatgcctt cccctctgca gtccccaggt ctagagtctc atgtggctct 141480
gtgtgactcc ctgatgtaca gaggcatgcc ctgctacagg caattacaat ggattgggta 141540
gagggttggt tgtgctccaa catctttgag gagggtagga agcagacctg ggatgttcag 141600
tagcctggag cagccatcac tgtcctttga acaaaactgg ccagcactct ctcagctctg 141660
cccactgtct tctgtactct tcacacttgg gcctcacctg aagcctgcac cccagactgt 141720
accaggcaga ggccatgtac cctgctctca gatgatgttt catacagatt acagagctaa 141780
caagaggtgt ggtgtgtgga ccagaggctc atgctgtgta gtcacccatg gtcctgctga 141840
aaagcaggct ggggctaaaa agagaataga gtatgagaca caccaagaca aatgctgatc 141900
aaagcccaat gtttactaaa aatctgtgct tatataaaag gaaagccctt ctcctgcaga 141960
tccacttttg atgtctgttg ccagcctgta agcaatttgt ctgacagcac tagtttgaca 142020
agaaggtgtc aatcactgct gtctttggaa tctctcagcc tctcagcagg tatcagtgtc 142080
ttggagaaga agagcaatgg tgacagaaca atagaatcat ctaggtggga aggctctacc 142140
ccaggtggtc tcattctcag tggcagcaag gtctgagcca gcctgctcaa ggctgggggga 142200
ggctacaatg ttattcaaca ggtcccatgg gaagtgtcca ggctgagcta ctcagtgtgc 142260
cactctgagg acaaaggcct gcaggagagg gaatgggtag atgggtttga ggtttggaac 142320
aggcaggcag gggctgtgtg tgtctgtggg gagctgggtg tgagtgctgt gggtctgagt 142380
ctgaggggtg ttcacacatg gctctgtctt ctggtgcatg gctttcatct gagagagaga 142440
aagagaacca cactcttcat tagagtgtgt gtgtgtgtgt gtgtgtgtgt gtgtgtgtgt 142500
gtgtgtgtgt gtgtttgtat gtgagtctgt ctgctgtctg tgtgtaaatg tgagcttcta 142560
tgcttcacat gcatgaagga tccttcaggg caccctggaa ctgggattac agtagagagc 142620
tgccatgtgg gtgctgggaa ttgaatctgg atcccctgga aaagcagcca gtgctcttaa 142680
tccttttggt gtctctgcct gtctcagtat ctctgtctct ctcagtctct gtctctctgg 142740
agtctctgtc tttctgtgtc tgtactgcct ctgtgtctcc cacacctcct accagttgct 142800
ctcaaaactt ccacgtcccc cctcttcttc atgtctctat cagtgtctgt gtctctgtct 142860
gtctctctgt gtctctctgt ccctgcagct catgactgtt tctctctaag tgtttccctg 142920
tctctttcag tggtctgtgc ttctgtcttt ctcagtgtct ctgtctttct acttcagaat 142980
ctcagagtcc cctcttccat ttgtgtccct tcttgggctc attcactctg cctccagtgt 143040
catcacttgt gagaccagaa cctactatga gtccagagga ctgtccttca tggtctgtga 143100
ccagctgtga tctggggaac actggggaag gcatgaacag ggagggacct gcctgtctgt 143160
ggagccctgc ctgtcagcat gaactcccca ttctgcacca ccagagccct gctgagctga 143220
ctattccaca ccacctccag aaaagggcat tgaatcctgt ggaaccgatg gctcttagct 143280
gatacggggt actaggaatc aaaacccact cctctgcaag aacatcatgt gttgtcaacc 143340
accaagccat ttctgtagcc ccacagtaga aacatttaag gctagatgtc tagaaagaca 143400
tattccaaga tctgaaaaat ctaaactctc aacccagggt agtataccca gaaagctatt 143460
aaatttcagg agaaaataaa aaagctttcc acagcaaaaa cagatgaaag gtatttgtga 143520
ccatagacag ctgtaagggg acactggggg taatacctca gactgaaggg aaacaccata 143580
cacatgaggg gacgtgggct aaatcacgtg ttaggaggtg tggagatggg aaaggctggg 143640
tggggggagg ctttgccaga gtgaaggctt cctgcactca aatctaaaac ctgcacacaa 143700
ggaaaaataa tttgagggaa tagtagaaca catgcagctt ggaaatggag ggagggagat 143760
```

-continued

```
tttagcatta aagttttaag tgtggataaa aggattggaa atctggggaa ataagagggg 143820
aaattgtatg catgttgttc tcagaagaaa gggttaggtt gggtgtggtg gcacatgctt 143880
ttaatcccag cattcaggaa gcagagacag gaggatctcc ttaagtttga agacagcctg 143940
gtcttctaca cagggagttc caggacaccc aggactacat agagagaccg tgtttcaaaa 144000
gaaaacagtt tctaaattta ttaaaagaag tcttgatgct ttagtgaggg agactgtaga 144060
taaccaaaca caaaccaggc tgtttactgc ctttgatcct ggccctccac catgactgga 144120
ccttattgct gaagatgcac ttattttgga tgcagagcaa agaagactcc atccagcctg 144180
gacaggaact ctgtccctgc tgactagctt ccctggcacg ggaggctgct gtgccagctg 144240
ttggagggtg gcagagctta gtgttcccat ccagagcctg gtatgtgctg agcctatgaa 144300
tggacttcag tccctgtctc agcctgtccc ctcacagagg aacagtgctc agcatgtccc 144360
caactacact ctgagcactc tatgtcctgg gtacctctgc caaccagtgt ccctgacccc 144420
agtcctggac ccccacacca caacatcagc ctttgaggtg gatcttccaa agtgtgaggc 144480
cgtgggatga agtactgaaa tccctaagcc catatgaggg acactgtttg ggggtaggtg 144540
ggaaccacgc ctggttctta gatctgtgtc tatgaagtac atgtcccaat accctaacaa 144600
atgggacata gctgcctcta cctcctcaga ccccccaaac cgcagtcccc tcagccctga 144660
ttactctttt cctctgcctg gtctctgggt gtcttcccca tgaatcagct gtcacacaca 144720
cacaggctca gtcaggcaca gcctagtccc caccttgtgg tcccaaaggc cccttcatgc 144780
ccctgtctcc ctgcctcacc ctgtcctgtg cccctgccca gcacctgctc ctgggcaagc 144840
acaggaagaa tgaatatagt ccccctgccc acaggctcta gccttcctgg cctctagccc 144900
tgtgacctgg tgtccatcag catcctgcac aacaggactc agcatatgtt gttcagtggt 144960
tatcctgagg cctgaaaacc tagggtaaca aggaggaggc cctcttggac atgccttccc 145020
ctctgcagtc cccaggtcta gagtctcatg tggctctgtg tgactccctg ctgtacagag 145080
gcatgccctg ctataggcaa ctacaatgga ttgtgttgag ggttggttgt gtttcagcag 145140
cttggaggag ggtaggaagc agacctggga tgttcagtag cctggagcag ccatcactgt 145200
cctttgaaca aaactggcca gcactctctc agctctgccc actgtcttct gcactcttca 145260
cacttgggca tcccctgaag cctgcacccc agactgtacc aggcagaggc catgtaccct 145320
gctctcaaca gcatcacata gactacaggg ctaacaagag gtggggagtg tggaccagag 145380
gctcctgctg ttcaccaggt cccatgggaa gtgtccaggc tgagctacct tcagtgtgcc 145440
actctgagga caaaggcctg caggagaggg agtgggcaga tgggtttgag gtttggaaca 145500
ggcaggcagg caggcagggg ctgtgtgtgt ctgtggggag ctgggtgtga gtactgtggg 145560
tctgagtctg aggagtgttc acacatggct ctgtcttctg gtgcatggct tccatctgag 145620
ggggtgtgtg tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg tgtgtgtgag cttctaagct 145680
tcgcatgcat gaatgatcct tcagagcacc ctggaactgg gattacagag gtgagctgcc 145740
atgtgggtgc tgggaattga atctggatcc cctggaaatc agccagtgct cttaatcctt 145800
tttgtgtctc tgcctgtctc agtatctctg tctctctcag tctctgtctc tctggagtct 145860
ctgtctttct atgtctgtac tgcctctgtg tctccctcac ctcctaccag ttgctctcaa 145920
aacttccatg tcccccctt ctctgagttt ctatcagtgt ctgtgtctcc gtctgtctct 145980
ctgtgtctct ctgtccctgc agcccatgac tgtttctctc taagtgtttc cctgtctctt 146040
tcagtggtct gtgcttctgt ctttctcagt gtctctgtct ttctctctca gaatctcagt 146100
gtcccctctt ccatttgtgt cccttcttgg gctcattcac tctgccttca gtgtcatcac 146160
```

-continued

```
ttgtgagacc agaacctact atgagtccag aggactgtcc ttcatggtct gtgaccagct 146220
gtgatctggg gaacactggg gaaggcatga gcagggaggg acctgcctgt ctgtggagcc 146280
ctgcctgtcc gcatgaactc cccattctgc accaccagag ccctgctgag ctgactattc 146340
cacaccacct ccagaaaggg gcattgaatc acgtggaacc taagaacacc gtgttgtcaa 146400
ccaccaagcc atttctgtag ccccacagta gaaacattta aggctagatg tctagaaaga 146460
catattccaa gatctgaaaa aaatctaaac tctcaaccca gggtagtata cccagaaagc 146520
tattaaattt caggagaaaa taaaaaagct ttccacagca aaaacagatg aaaggtattt 146580
gtgaccatag acagctgtaa ggggacactg ggggtaatac ctcagactga agggaaacac 146640
catacacatg aggggacgtg ggctaaatca cgtgttagga ggtgtggaga tgggaaaggc 146700
tgggtggggg gaggctttgc cagagtgaag gcttcctgca ctcaaatcta aaacctgcac 146760
acaaggaaaa ataatttgag ggaatagtag aacacatgca gcttggaaat ggagggaggg 146820
agattttagc attaaagttt taagtgtgga taaaaggatt ggaaatctgg ggaaataaga 146880
ggggaaattg tatgcatgtt gttctcagaa gaaagggtta ggttgggtgt ggtggcacat 146940
gcttttaatc ccagcattca ggaagcagag acaggaggat ctccttaagt ttgaagacag 147000
cttggtcttc tacacaggga gttccaggac acccaggact acatagagag accgtgtttt 147060
aaaagaaaac agtttctaaa tttattaaaa gaagtcttga tgctttagtg agggagactg 147120
tagataacca aacacaaacc aggctgttta ctgcctttga tcctggccct ccaccatgac 147180
tggaccttat tgctgaagat gcacttattt tggatgcaga gcagagaaga ctccatccag 147240
cctggacagg aactctgtcc ctgctgacta gcttccctgg cacgggaggc tgctgtgcca 147300
gctgttggag ggtggcagag ctcagtgttc ccatccagag cctggtatgt gctgagccta 147360
tggatggact tcagtccctg tctcagcctg tcccctcaca gaggaacagt gctcagcatg 147420
tccccaactg cactctgagc actctatgtc ctgggtacct ctgccaacca gtgtccctga 147480
ccccagtcct agaccccccac accacaacat cagcctttga ggtggatctt ccaaagtgtg 147540
aggccgtggg atgaagtact gaaatcccta agcccatatg agggacactg tctgggggta 147600
ggtgggaacc acgcctggtt cttagatctg tgtctatgaa gtacatgtcc ccataccctg 147660
acaaatggga catagctgcc tctacctcct cagacctccc caacccccag tcccctcagc 147720
cctgattact cttttcctct gcctggtctc tgggtgtctt ccccatgaat cagctgtcac 147780
acacacacag gctcagtcag gcacagccta gttcccacct tgtggtccca gaggcccctt 147840
catgcccctg tctccctgcc tcaccctgtc ctgtgcccct gcccagcacc tgctcctggg 147900
caagcacagg aagaatgaat atagtccccc tgcccacagg ctctagccct cctggcctct 147960
agccctgtga cctggtgtcc atcagcatcc tggggaacag gactcagcat atgttgttca 148020
gtggttatcc tgaggcctga aaacctaggg taacaaggag gaggccctct tggacatgcc 148080
ttcccctctg cagtccccag gtctagagtc tcatgtggct ctgtgtgact ccctgatgta 148140
cagaggcatg ccctgctata ggcaactaca atggattatg ttgagggttg gttgtgtttc 148200
agcagctttg aggagggtag gaagcagtcc tggaatgttc agtagcctgg agcagccatc 148260
actgtccttt gaacaaaact ggccagcact ctctcagctc tgcccactgt cttctgcact 148320
cttcacactt gggcatcccc tgaagcctgc accccagact gtaccaggca gaggccatgt 148380
accctgctct caacagcatc acatagacta cagggctagc aaagaggtgg ggagtgtgga 148440
ccagaggctc ctactgttca ccaggtccca tgggaagtgt ccaggctgag ctaccttcag 148500
```

-continued

```
tgtgccactc tgaggacaaa ggcctgcagg agagggaatg ggtagatggg tttgatgttt 148560
ggaacaggca ggcaggggct gtgtgtgtct gtggggagct gggtgtgagt gctatgggtc 148620
tgagtctgag gggtgttcac acatggctct ggtgcatggc tctcatctgt gtgtgtgtgt 148680
gccacaggct ccatttgagt gctcggttgg ctccattgct gtacctctgt ctcccttgtt 148740
ttctatctgt ctgtcctccc tgtctgtctg tctctccttt cctatgcctc ctcctcatat 148800
ccatgtctgc atctctttct atcagtctct atccctgtga cccctggttt ccatttctgt 148860
ctttctgcat atctttccat ctttctctct gtgtgtctgt cctcatctct tccagtgtcc 148920
gtgtttctgt ttccctctgt tcccatgcgg aggtatgttc tcacaatcct taagttccct 148980
ggtcccctgt cccccatttc ttgtcatatt atcccatcag tgtctctgtg cctctctgtc 149040
tgtgtctctg tgttgtctct gtgtgtgtct ctcagtatct ctctctctct ctctctctct 149100
ctctctctca gtatctgtat ttcttttagt aactttgcta tctttttaag tatctctgtc 149160
tttcttcatc tctgtctctc ttgaggtctc tgtctttctg catgtctaat gtttctgtat 149220
ctctctcacc tcatctctgc ctctctcaat attcagtaga tccatgcccc tttattcttt 149280
gtgcctctgt ctctgtttgt ctctttctct gtctctctgt ctttctctct ctcagaatct 149340
gtgtccctca tgttatttct caaaatgcct ccctaactct ttcaataaca gtttctgcct 149400
cttctttctg ggcctggctc aatcttcctt cttggacctc agtttcattg gttgtgagac 149460
catacсctgc tatgagtcca gaggactgtc ctccatagtc tagaaccaca tgctatctaa 149520
gggatattgg ggcaatacat gtgtagtgag atacctgcct ttctgatgag ccctgtctgg 149580
cagggataaa ttctccattc tgcatctcca gggccttgct gagctgacta ttctagtcct 149640
ctgccagaat agctgtgtgg ccttgggtga tgctggctga cctcaggctg gtctgggttg 149700
tctctggctg acaccccttg actctggatg accctgggaa gaccatactt aatcttaatt 149760
ggacttgttc tcattgggac agaacatggc ctcactaagg cacgagtgtg gatggccttg 149820
ggtgatgggg gttggggcct cctcagcccc tggcagggct cccctggctc ccacccctca 149880
tccaggtccc aggcccacct ggcctggtcc agtgtggtgt gattctcaga acagtagctc 149940
tggtttgggg cacctgtgct gagaaaggct caggatgact cagctgccct cagctcagag 150000
ctgctttgaa tgtttcagca ggtgatagac aacagagact tcagaagaga gaaaaacaag 150060
ttgctaatgt gaacatccct gccctacccc cacacctgta ctgcaaacat tgttgacccc 150120
agatagagat cccaggacag caagtgatag acaaaggagg ctccagagga gagaaaaata 150180
gtatctacaa gcatgaccac ttctgccctg ccccacacct gccctgcaaa gctccccagg 150240
atgctgaccc cacatctgta gaccccaggc cagaggctcc atctcccagg gcctgggctt 150300
gctttgtctc cattctgtgc ctctgagcct gggcaaggcc aatgagcaaa ggggtcactg 150360
tcccagttgc agcccagtgt gtgaacagtg ttgtggggat tctggaatct tctgcaggaa 150420
tcccctgtag ggatcctcct aatgtgaatg aggcttggaa tagcaaaggg acgtcttgta 150480
aaataccact gattccttgg gcctcagaca atggatttga gatgaggacc aaggtccagg 150540
gccagtgttg gtaagcagaa tttggggcta gagttcaggc ttagaagtca atgatgaggg 150600
ccagggccca gtgactaggt cagggcccat tgatcagtac aggacccagt tgttagagcc 150660
ggagctcaat gatctggacc aagtcacaag gccaaatgat caggatcagt agccagttac 150720
caggaccgag atccaggttt cacagccaaa gccaggttac cccaaccaga gaccattcat 150780
cggaatctgg gtctgttgat cggagcccaa gcacgctgct gtaaaccaga gctgctctaa 150840
agcagaactc agtgctgagc accagagata agtgatgaga ccaggattca gtgattaagg 150900
```

-continued

aaacaaaacc aaaggtcaat aggatattat gtggagagag gggagagaga gagagagaga 150960

ggacagagag agaaagagcg gtaggttcag gactaagtct cagtgaggag ggtcaggagt 151020

cagtggtttg aacccagaca cactgctcag gtccacagtt caacggtgag agccaggggt 151080

cagctatcag aaccaggtcc agtaactaca accaaaaacc agtggcccca accaaaaacc 151140

agttactaaa acccgaatag aatagaaact agccaggcag tgatagcttt aatcccaata 151200

ctcaggagtc agaggcaggt ggatctctga gttcaaggtc agcctggtct acacaatgag 151260

ttctaagaca gccagggcta cacagagaaa ccctgtctgg aaaacaagca aaagcctaga 151320

aaccgtggac tcagtggtca gtggcagttc ttggtgacta agaccatggt caagaggtca 151380

agcaggactc agcggttaga atcagggcat gggtgatgac agcctgttcc agggatcaga 151440

accaggtcta agggcaaagg ccatgactga gtcatcaaac agtgtctctt cataagtcct 151500

agccaggccc aaccaggcct agggtgtcag atcaggcaag actgatgcgg tatgtgtgag 151560

gtggtatgac aatacatctc agtatctctg ggaccccacc accatcttcc ctgcctcggt 151620

ccactcacaa atctctggct ctctcactgt ctttgtctca ttcttgtcta gctttctacc 151680

gtgtcccctc tccccacatt tgtctctccc agtatctgtc tctctgaaag tctctgtgtc 151740

ccctctgact ttctcagtgc ttatgttccc tgccccttga tcatttgaga gggggatggt 151800

aagtagagaa ttatggaaca gtgagtgtgt gtctctatat gtgtgtgtgt gtctgtgggg 151860

ctggcagtgg gtatgtgtga gtatgtgtgt gtctgtgtga gtgtgtgtct gtggggtgac 151920

agtatgtatg agtgtcagtg tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg tgtgtgtgtg 151980

tgtgtctgtg tgtctgtgtg tctgtgtgtc tgtgtgtctg tgtgtctgtg gggtggcagt 152040

gtacatgtgt gagtgtgtga atcaaaatgt gtgagcatgt gtgtgtggag gtggtaatgt 152100

atgtatgtat gtctgtgtgt atgagtgtgt gtctatggga gtggcagtgt atatgtgtga 152160

gtatattgtg tattgtgggt acgggtgtgt gtctgtgtga gtgtgtgttt ctatgtgtct 152220

gtggaggtaa cagtgtgtat gtgtgagtgt gtgtctatat gagtgtctgt atgtgtgtgt 152280

gtatgagaga gagagagaga gaaagagaga gtgtgtgcag ggtgatagtg tatatatgtg 152340

agtttgtgtg tatgtgagtg tgtgtttgtg tgtatgaatg tgtgtgttta tggggtgaca 152400

gtatgtatgt atgagtgcat gtgtctgtgg ggtagcagtg tgtatgtgtg agtgtgtgtg 152460

tgtgtgtgtg tgtgtgtgtg gtatgtgtgt gtgtgagaga gagagtgcag ggtgatagtg 152520

tatatatgtg agtgtgtgtg tctgtttgtg agagtgtgtg tttgtgtgta tgagtgtgtg 152580

tgtctatgga gtgacactat gtatgcatga gtgcatgtgt ctgtgggata gcagtgtata 152640

tgtgggagtg tgtgtgtgtg tgtatgtgca gggtggtagt gtatatatgt gagagtgtgt 152700

gtttgtgtgt atgagtgtgt atgtctatgg ggtgacagta tggatggatg tatgagtgcc 152760

tgtggggcag cagtgtgtat atgtgagtgt gtgtgtgtgt gtgtgtgtgt gtgtgtgtgt 152820

gtgtgcagtg tgagagtgta tatatgtgag tgtgtgtgtc tgtgtgtgtg agtgtgtgtg 152880

tttgtgtgta tgagtgtgtg tgtctatggg atgacagtat gtatgtatga gtgcatgtgt 152940

ctgtggggca gcagtgtgta tggtgagtgt gtgtgtgagt gtgtgtgtct gtgtgtgtgt 153000

gtgtgtgtgt gtgtgtgtgt gtgtgtgtgt gtgtgccact tccctaatat gttctcttcc 153060

agctatggct tctgcttcat ccttcactca aggccagacc tcactggcca gtccacagca 153120

taataccagc catgcctcta cccaataatt gtatgtgtca gggagccaag aggatggaca 153180

gggatcttgt tcttggggtg agaatgtgag aacttttggg gagcccttcc acacacccat 153240

-continued

gcagtagtag acacctctgc aaagctatgc acatcctcac actagcacac tgcacaacca 153300

tgcactctct gcagactcac tgttcaccat gaacccagct agtcagattc atatgtgaaa 153360

ctcatatcag cctctgcaca cacatacaca catattacac ccatgcacac acatgtacac 153420

atacatacac atgtacacat acatgtgtac acacacatat agagaaggca ttggtgggga 153480

aaacattagg ccatggctac agtacagggc acaaggatgg tggtacagaa tgaggtcagg 153540

ctgggtcagc ataacaagaa cacttggaca aagtgagggt agtgtgtgtg tgtgtgtgtg 153600

tgtgtgtgtg tgtgtgtgta tgtgtgtgtg tgtgtacacg ttgaaagtct tcagtagact 153660

ggtatcacta gccctgatat gggcaacaca gcaagcctgg gtcacactca agctgagtat 153720

cagggtaacc agggccttct aaccaagggt agatgcagcc tgtgttccgt ttactgacca 153780

gtgagaagcc atgagctgaa ccagaccaga agacccttac tgttcccacc caaccccac 153840

ccagtttagt ctcagcaaga ccctgtactg tgggccacag ctctccccca caccccacct 153900

gtagcacaaa cactatttgc aaacatttct aaaaatgatg agaacaggaa ccacagagca 153960

gagggggga ctggcgtgga aagccccatt cacccatggg actgaaactc ggggaaccag 154020

aaccgtaagg agatttgcat ggtgctgggg gaggttggcc ctggatcagt gagcccagag 154080

agttactggt ttctcacttc catcaggtca acctcctcaa cccccaaaaa tggccaggcc 154140

taggctatgg atgagtttca atgaccaggc cctaaggacg agtcacagag gacttcctgg 154200

tgggctcagg cagcagacct gcccagatgg attgcagaac cagggggagc catggccagg 154260

aaggccagac gccttagggg tgtgctgtct ctgcatcctt tgccctctct gctcctcaca 154320

gtccatctgc catctcacaa tccctcctgt cgctctgggg cccagacctg gccagtctgg 154380

gtacctgtgg aatacaccca aagaagcaat ccccagcctc aggacccaca actacttccc 154440

ctacagacat gagtgatctc agcccacatg tctgggggcc acagaagccc ctaagaccct 154500

actctgctaa taggccctcc tcccaccagc caagacaata cacaggcaag gtgatgtgga 154560

tgagtcaccc catgggtacc tgtgtctgag atacaccctg tgggtatcct ggccagaatc 154620

tggtgaccaa cccaacctgt gtccctagag gagaactctg tgcctgcact cacctaccca 154680

cctaactcca agcttggtat gatgcagagc ccctgtgtag acctaaaagt cagccatagg 154740

acagggtcaa gaatgactct tcctacacat aaagtcttct actaagacag taaggtagac 154800

acacaaacat acccggatgc agagacacac aggcatgcag agaaggcatg tagacacaaa 154860

cgcatgcata aacgcacaaa catacagata tatgctgaca aatatacaca gcaacttaca 154920

agtacacaga cacacaaaca gacaaacatg cacagacaga aacacacaga gctcaaaatc 154980

aagtatacac agacaaattt acacagagac ttacagatac acagatatat gagacacacc 155040

caaacagaca cacacatggg ggcacagaaa aacatacaag cagacacatg cagacttaaa 155100

gacccacaag acatggagag atacaaaaac acacaacaca gacacagaga tatagagaca 155160

cacagaccca caaatatgaa cagacacaga gacacccaga aacaaaaaca cactcaggca 155220

ttccactccc aatgggcgta cacatgggca tacacagccc agtcacacag acaaacataa 155280

cacatacaga agtgcaggca tacatatcac acaatacacg ctggtattca cacacaggtg 155340

tgctcacaaa ccccacacac tcacacataa aagttgacac tggcactccc actccgaggc 155400

acatgcttag ccacagccgg ctgacactgc acaccccaca cacgttccag agactcccac 155460

agaactggaa gctcacccag gcccacccag gctctcaggc cacacacatg ggacatctca 155520

gagacatgtg ggatacagtt gctcacaggt ttcatgagga ctcacaggcc tgtccttgaa 155580

cattcccctg agcaggggct cccttcttaa agcacaggga tcccattctt tacagataag 155640

-continued

```
cacccagaca gaggcactac caggcccaga ccacactaga cacacacagc tctgcattgt 155700
cccacactca aacacagctc tgtcgcctga gctcatgcca gtcacacaga acacagacat 155760
gggctcgtgt gctagagaga cataagcaat ggtagccaag gtgctcacat catgcccata 155820
cacacacaca cacacacaca cacacacaca cacacacaca cacacacaca ccctgtgaac 155880
aggcctgcag tcctgactga agccctgctc tacccaattt agtgagtcct gcacctgaac 155940
cctcttaccc tcacagcccc tgacctctcc ctgtgtgctg ctcagctatg gccccttccc 156000
attcctaacg tgccacccta agatgtcggt tccgtgcatc accgcacaca tgctcttggg 156060
ataaggcctt agaaggctct gtaccatctg cagctcatgc cactgccttc cctggtaacc 156120
ctctcctgca tacaagggct gcaagggtca atgatatgaa tccatccatg ctctgacccc 156180
agcttggccc agggcagcca tgatgggagg acaacccctg accccagcct aagatagttg 156240
ttgcacagag cagtccctta acgcaggata actgttggag gtaggcagca cttgacccct 156300
gcccaagcta gatgatggga gaggataggt ccagccattg acagctgctg tagcaaggca 156360
ggccctggtc ccaggttaac tcaaggctgc tgcttaggca acccctgact ccagctccag 156420
aagtctgctg ggggtgtatc ctctggctac aggagctgaa caaatggcgc gccgcggccg 156480
ctcgaccaat tctcatgttt gacagcttat catcgaattt ctgccattca tccgcttatt 156540
atcacttatt caggcgtagc aaccaggcgt ttaagggcac caataactgc cttaaaaaaa 156600
ttacgccccg ccctgccact catcgcagta ctgttgtaat tcattaagca ttctgccgac 156660
atggaagcca tcacaaacgg catgatgaac ctgaatcgcc agcggcatca gcaccttgtc 156720
gccttgcgta taatatttgc ccatggtgaa aacgggggcg aagaagttgt ccatattggc 156780
cacgtttaaa tcaaaactgg tgaaactcac ccagggattg gctgagacga aaaacatatt 156840
ctcaataaac cctttaggga aataggccag gttttcaccg taacacgcca catcttgcga 156900
atatatgtgt agaaactgcc ggaaatcgtc gtggtattca ctccagagcg atgaaaacgt 156960
ttcagtttgc tcatggaaaa cggtgtaaca agggtgaaca ctatcccata tcaccagctc 157020
accgtctttc attgccatac ggaactccgg atgagcattc atcaggcggg caagaatgtg 157080
aataaaggcc ggataaaact tgtgcttatt tttctttacg gtctttaaaa aggccgtaat 157140
atccagctga acggtctggt tataggtaca ttgagcaact gactgaaatg cctcaaaatg 157200
ttctttacga tgccattggg atatatcaac ggtggtatat ccagtgattt ttttctccat 157260
tttagcttcc ttagctcctg aaaatctcga taactcaaaa aatacgcccg gtagtgatct 157320
tatttcatta tggtgaaagt tggaacctct tacgtgccga tcaacgtctc attttcgcca 157380
aaagttggcc cagggcttcc cggtatcaac agggacacca ggatttattt attctgcgaa 157440
gtgatcttcc gtcacaggta tttattcgcg ataagctcat ggagcggcgt aaccgtcgca 157500
caggaaggac agagaaagcg cggatctggg aagtgacgga cagaacggtc aggacctgga 157560
ttggggaggc ggttgccgcc gctgctgctg acggtgtgac gttctctgtt ccggtcacac 157620
cacatacgtt ccgccattcc tatgcgatgc acatgctgta tgccggtata ccgctgaaag 157680
ttctgcaaag cctgatggga cataagtcca tcagttcaac ggaagtctac acgaaggttt 157740
ttgcgctgga tgtggctgcc cggcaccggg tgcagtttgc gatgccggag tctgatgcgg 157800
ttgcgatgct gaaacaatta tcctgagaat aaatgccttg gcctttatat ggaaatgtgg 157860
aactgagtgg atatgctgtt tttgtctgtt aaacagagaa gctggctgtt atccactgag 157920
aagcgaacga aacagtcggg aaaatctccc attatcgtag agatccgcat tattaatctc 157980
```

-continued

```
aggagcctgt gtagcgttta taggaagtag tgttctgtca tgatgcctgc aagcggtaac 158040
gaaaacgatt tgaatatgcc ttcaggaaca atagaaatct tcgtgcggtg ttacgttgaa 158100
gtggagcgga ttatgtcagc aatggacaga acaacctaat gaacacagaa ccatgatgtg 158160
gtctgtcctt ttacagccag tagtgctcgc cgcagttgag cgacagggcg aagccctcga 158220
gtgagcgagg aagcaccagg gaacagcact tatatattct gcttacacac gatgcctgaa 158280
aaaacttccc ttggggttat ccacttatcc acggggatat ttttataatt atttttttta 158340
tagtttttag atcttctttt ttagagcgcc ttgtaggcct ttatccatgc tggttctaga 158400
gaaggtgttg tgacaaattg ccctttcagt gtgacaaatc accctcaaat gacagtcctg 158460
tctgtgacaa attgccctta accctgtgac aaattgccct cagaagaagc tgtttttca 158520
caaagttatc cctgcttatt gactcttttt tatttagtgt gacaatctaa aaacttgtca 158580
cacttcacat ggatctgtca tggcggaaac agcggttatc aatcacaaga aacgtaaaaa 158640
tagcccgcga atcgtccagt caaacgacct cactgaggcg gcatatagtc tctcccggga 158700
tcaaaaacgt atgctgtatc tgttcgttga ccagatcaga aaatctgatg gcaccctaca 158760
ggaacatgac ggtatctgcg agatccatgt tgctaaatat gctgaaatat tcggattgac 158820
ctctgcggaa gccagtaagg atatacggca ggcattgaag agtttcgcgg ggaaggaagt 158880
ggttttttat cgccctgaag aggatgccgg cgatgaaaaa ggctatgaat cttttccttg 158940
gtttatcaaa cgtgcgcaca gtccatccag agggctttac agtgtacata tcaacccata 159000
tctcattccc ttctttatcg ggttacagaa ccggtttacg cagtttcggc ttagtgaaac 159060
aaaagaaatc accaatccgt atgccatgcg tttatacgaa tccctgtgtc agtatcgtaa 159120
gccggatggc tcaggcatcg tctctctgaa aatcgactgg atcatagagc gttaccagct 159180
gcctcaaagt taccagcgta tgcctgactt ccgccgccgc ttcctgcagg tctgtgttaa 159240
tgagatcaac agcagaactc caatgcgcct ctcatacatt gagaaaaaga aaggccgcca 159300
gacgactcat atcgtatttt ccttccgcga tatcacttcc atgacgacag gatagtctga 159360
gggttatctg tcacagattt gagggtggtt cgtcacattt gttctgacct actgagggta 159420
atttgtcaca gttttgctgt ttccttcagc ctgcatggat tttctcatac tttttgaact 159480
gtaattttta aggaagccaa atttgagggc agtttgtcac agttgatttc cttctctttc 159540
ccttcgtcat gtgacctgat atcgggggtt agttcgtcat cattgatgag ggttgattat 159600
cacagtttat tactctgaat tggctatccg cgtgtgtacc tctacctgga gtttttccca 159660
cggtggatat ttcttcttgc gctgagcgta agagctatct gacagaacag ttcttctttg 159720
cttcctcgcc agttcgctcg ctatgctcgg ttacacggct gcggcgagcg ctagtgataa 159780
taagtgactg aggtatgtgc tcttcttatc tccttttgta gtgttgctct tattttaaac 159840
aactttgcgg ttttttgatg actttgcgat tttgttgttg ctttgcagta aattgcaaga 159900
tttaataaaa aaacgcaaag caatgattaa aggatgttca gaatgaaact catggaaaca 159960
cttaaccagt gcataaacgc tggtcatgaa atgacgaagg ctatcgccat tgcacagttt 160020
aatgatgaca gcccggaagc gaggaaaata acccggcgct ggagaatagg tgaagcagcg 160080
gatttagttg ggggtttcttc tcaggctatc agagatgccg agaaagcagg gcgactaccg 160140
cacccggata tggaaattcg aggacgggtt gagcaacgtg ttggttatac aattgaacaa 160200
attaatcata tgcgtgatgt gtttggtacg cgattgcgac gtgctgaaga cgtatttcca 160260
ccggtgatcg gggttgctgc ccataaaggt ggcgtttaca aaacctcagt ttctgttcat 160320
cttgctcagg atctggctct gaaggggcta cgtgttttgc tcgtggaagg taacgacccc 160380
```

-continued

```
cagggaacag cctcaatgta tcacggatgg gtaccagatc ttcatattca tgcagaagac 160440
actctcctgc ctttctatct tggggaaaag gacgatgtca cttatgcaat aaagcccact 160500
tgctggccgg ggcttgacat tattccttcc tgtctggctc tgcaccgtat tgaaactgag 160560
ttaatgggca aatttgatga aggtaaactg cccaccgatc cacacctgat gctccgactg 160620
gccattgaaa ctgttgctca tgactatgat gtcatagtta ttgacagcgc gcctaacctg 160680
ggtatcggca cgattaatgt cgtatgtgct gctgatgtgc tgattgttcc cacgcctgct 160740
gagttgtttg actacacctc cgcactgcag tttttcgata tgcttcgtga tctgctcaag 160800
aacgttgatc ttaaagggtt cgagcctgat gtacgtattt tgcttaccaa atacagcaat 160860
agtaatggct ctcagtcccc gtggatggag gagcaaattc gggatgcctg gggaagcatg 160920
gttctaaaaa atgttgtacg tgaaacggat gaagttggta aaggtcagat ccggatgaga 160980
actgtttttg aacaggccat tgatcaacgc tcttcaactg gtgcctggag aaatgctctt 161040
tctatttggg aacctgtctg caatgaaatt ttcgatcgtc tgattaaacc acgctgggag 161100
attagataat gaagcgtgcg cctgttattc caaaacatac gctcaatact caaccggttg 161160
aagatacttc gttatcgaca ccagctgccc cgatggtgga ttcgttaatt gcgcgcgtag 161220
gagtaatggc tcgcggtaat gccattactt tgcctgtatg tggtcgggat gtgaagttta 161280
ctcttgaagt gctccggggt gatagtgttg agaagacctc tcgggtatgg tcaggtaatg 161340
aacgtgacca ggagctgctt actgaggacg cactggatga tctcatccct tcttttctac 161400
tgactggtca acagacaccg gcgttcggtc gaagagtatc tggtgtcata gaaattgccg 161460
atgggagtcg ccgtcgtaaa gctgctgcac ttaccgaaag tgattatcgt gttctggttg 161520
gcgagctgga tgatgagcag atggctgcat tatccagatt gggtaacgat tatcgcccaa 161580
caagtgctta tgaacgtggt cagcgttatg caagccgatt gcagaatgaa tttgctggaa 161640
atatttctgc gctggctgat gcggaaaata tttcacgtaa gattattacc cgctgtatca 161700
acaccgccaa attgcctaaa tcagttgttg ctcttttttc tcaccccggt gaactatctg 161760
cccggtcagg tgatgcactt caaaaagcct ttacagataa agaggaatta cttaagcagc 161820
aggcatctaa ccttcatgag cagaaaaaag ctggggtgat atttgaagct gaagaagtta 161880
tcactctttt aacttctgtg cttaaaacgt catctgcatc aagaactagt ttaagctcac 161940
gacatcagtt tgctcctgga gcgacagtat tgtataaggg cgataaaatg gtgcttaacc 162000
tggacaggtc tcgtgttcca actgagtgta tagagaaaat tgaggccatt cttaaggaac 162060
ttgaaaagcc agcaccctga tgcgaccacg ttttagtcta cgtttatctg tctttactta 162120
atgtcctttg ttacaggcca gaaagcataa ctggcctgaa tattctctct gggcccactg 162180
ttccacttgt atcgtcggtc tgataatcag actgggacca cggtcccact cgtatcgtcg 162240
gtctgattat tagtctggga ccacggtccc actcgtatcg tcggtctgat tattagtctg 162300
ggaccacggt cccactcgta tcgtcggtct gataatcaga ctgggaccac ggtcccactc 162360
gtatcgtcgg tctgattatt agtctgggac catggtccca ctcgtatcgt cggtctgatt 162420
attagtctgg gaccacggtc ccactcgtat cgtcggtctg attattagtc tggaaccacg 162480
gtcccactcg tatcgtcggt ctgattatta gtctgggacc acggtcccac tcgtatcgtc 162540
ggtctgatta ttagtctggg accacgatcc cactcgtgtt gtcggtctga ttatcggtct 162600
gggaccacgg tcccacttgt attgtcgatc agactatcag cgtgagacta cgattccatc 162660
aatgcctgtc aagggcaagt attgacatgt cgtcgtaacc tgtagaacgg agtaacctcg 162720
```

```
gtgtgcggtt gtatgcctgc tgtggattgc tgctgtgtcc tgcttatcca caacattttg 162780

cgcacggtta tgtggacaaa atacctggtt acccaggccg tgccggcacg ttaaccgggc 162840

tgcatccgat gcaagtgtgt cgctgtcgag cggccgc                          162877


<210> SEQ ID NO 3
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 3

Val His Leu Thr Pro Val Glu Lys Ser Ala Val Thr Ala Leu Cys
1               5                   10                  15


<210> SEQ ID NO 4
<211> LENGTH: 14
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 4

Val Leu Ser Pro Ala Asp Lys Thr Asn Val Lys Ala Ala Cys
1               5                   10


<210> SEQ ID NO 5
<211> LENGTH: 6
<212> TYPE: PRT
<213> ORGANISM: Mus musculus

<400> SEQUENCE: 5

Glu Glu Gly Phe Glu Asn
1               5


<210> SEQ ID NO 6
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Mus musculus

<400> SEQUENCE: 6

gaggaaggct ttgagaacta gtcgagaagt tcctatt                              37


<210> SEQ ID NO 7
<211> LENGTH: 11
<212> TYPE: PRT
<213> ORGANISM: Mus musculus

<400> SEQUENCE: 7

Glu Glu Gly Phe Glu Asn Leu Trp Ala Thr Ala
1               5                   10


<210> SEQ ID NO 8
<211> LENGTH: 12
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Lox site insertion

<400> SEQUENCE: 8

Ile Thr Ser Tyr Cys Ile His Tyr Thr Leu Leu Cys
1               5                   10


<210> SEQ ID NO 9
<211> LENGTH: 60
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

```
<223> OTHER INFORMATION: Lox site insertion

<400> SEQUENCE: 9

ggataacttc gtatagcata cattatacga agttatgctg atgctgcacc aactgtatcc     60


<210> SEQ ID NO 10
<211> LENGTH: 8
<212> TYPE: PRT
<213> ORGANISM: Mus musculus

<400> SEQUENCE: 10

Ala Asp Ala Ala Pro Thr Val Ser
1               5


<210> SEQ ID NO 11
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Mus musculus

<400> SEQUENCE: 11

gggctgatgc tgcaccaact gtatcc                                          26
```

We claim:

**1**. A method for the production of a VH heavy chain-only antibody in a transgenic non-human mammal comprising the steps of

a) expressing a transgene comprising a heterologous VH heavy chain locus in said mammal, wherein said locus comprises human VH gene segments and is incorporated into the genome of said mammal, wherein the VH heavy chain locus does not comprise all subclasses of human VH gene segments, and further wherein said heavy chain locus comprises three or more human VH3 gene segments, or three or more human VH3 and one or more human VH4 gene segments, one or more D gene segments, one or more J gene segments and a constant heavy chain region which does not encode a CH1 domain, and

b) isolating VH heavy chain-only antibody,

wherein said VH3 gene segments comprise at least one of VH3-66 or VH3-9, said mammal is a rat or mouse, and the endogenous heavy chain locus and one or both of the endogenous light chain loci of said rat or mouse has been silenced.

**2**. The method according to claim **1**, wherein the D and J gene segments are human.

**3**. A method for the production of a VH heavy chain-only antibody in a transgenic non-human mammal comprising the steps of

a) expressing a transgene comprising a heterologous VH heavy chain locus in said mammal, wherein said locus comprises human VH gene segments and is incorporated into the genome of said mammal, wherein the VH heavy chain locus does not comprise all subclasses of human VH gene segments, and further wherein said heavy chain locus comprises 8 VH3 gene segments, all of the human D gene segments, and all human of the J gene segments and a constant heavy chain region which does not encode a CH1 domain, and

b) isolating VH heavy chain-only antibody,

wherein said VH3 gene segments comprise at least one of VH3-66 or VH3-9, said mammal is a rat or mouse.

**4**. The method of claim **3**, wherein the VH3 gene segments comprise VH3-48, VH3-30, VH3-33, VH3-23, VH3-64, VH3-74, VH3-66, and VH3-53.

**5**. The method of claim **1**, wherein the heavy chain locus comprises all of the human VH3 segments.

**6**. The method of claim **1**, wherein the heavy chain locus comprises all of the human VH4 segments.

**7**. The method of claim **1**, wherein the constant heavy chain region of the heterologous heavy chain locus is of human origin.

**8**. A method of production and selection of heavy chain-only antibodies according to claim **7** further comprising the steps of:

c) injecting an antigen into the transgenic mammal;

d) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest

e) producing a hybridoma from the cell or tissue of step (b) and optionally cloning the heavy chain only antibody mRNA from said hybridoma for subsequent production in a heterologous expression system including a mammalian, plant, insect, microbial, or fungal system; and

f) isolating VH heavy chain-only antibody.

**9**. The method of claim **7** further comprising the steps of:

c) injecting an antigen into the transgenic mammal;

d) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest;

e) cloning the VH locus from mRNA derived from the isolated cell or tissue;

f) displaying the encoded protein using a phage or yeast library

g) identifying antigen-specific VH domain(s)

h) expressing the VH domain(s) alone or as a fusion protein in bacterial or yeast expression systems; and

i) isolating VH heavy chain-only antibody.

**10**. The method of claim **3**, wherein the constant heavy chain region of the heterologous heavy chain locus is of human origin.

**11**. A method of production and selection of heavy chain-only antibodies according to claim **10** further comprising the steps of:

c) injecting an antigen into the transgenic mammal;

d) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest

e) producing a hybridoma from the cell or tissue of step (b) and optionally cloning the heavy chain only antibody mRNA from said hybridoma for subsequent production in a heterologous expression system including a mammalian, plant, insect, microbial, or fungal, system; and

f) isolating VH heavy chain-only antibody.

**12**. The method of claim **10** further comprising the steps of:

c) injecting an antigen into the transgenic mammal;

d) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest;

e) cloning the VH locus from mRNA derived from the isolated cell or tissue;

f) displaying the encoded protein using a phage or yeast library

g) identifying antigen-specific VH domain(s)

h) expressing the VH domain(s) alone or as a fusion protein in bacterial or yeast expression systems; and

i) isolating VH heavy chain-only antibody.

**13**. A method for the production of a VH heavy chain-only antibody in a transgenic non-human mammal comprising the steps of

a) expressing a transgene comprising a heterologous VH heavy chain locus in said mammal, wherein said locus comprises human VH gene segments and is incorporated into the genome of said mammal, wherein the VH heavy chain locus does not comprise all subclasses of human VH gene segments, and further wherein said heavy chain locus comprises one or more human VH3 gene segments, one or more human VH4 gene segments, or both VH3 and VH4 gene segments, one or more D gene segments, one or more J gene segments and a constant heavy chain region which does not encode a CH1 domain, and

b) isolating VH heavy chain-only antibody,

wherein said VH3 gene segments comprise at least one of VH3-66 or VH3-9, said mammal is a rat or mouse, and the endogenous IgM heavy chain constant region of said rat or mouse cannot be expressed.

**14**. The method of claim **13**, wherein the heavy chain locus comprises all of the human VH3 segments.

**15**. The method of claim **13**, wherein the heavy chain locus comprises all of the human VH4 segments.

**16**. The method of claim **13**, wherein the constant heavy chain region of the heterologous heavy chain locus is of human origin.

**17**. A method of production and selection of heavy chain-only antibodies according to claim **16** further comprising the steps of:

c) injecting an antigen into the transgenic mammal;

d) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest

e) producing a hybridoma from the cell or tissue of step (b) and optionally cloning the heavy chain only antibody mRNA from said hybridoma for subsequent production in a heterologous expression system including a mammalian, plant, insect, microbial, or fungal system; and

f) isolating VH heavy chain-only antibody.

**18**. The method of claim **16** further comprising the steps of:

c) injecting an antigen into the transgenic mammal;

d) isolating a cell or tissue expressing an antigen-specific heavy chain-only antibody of interest;

e) cloning the VH locus from mRNA derived from the isolated cell or tissue;

f) displaying the encoded protein using a phage or yeast library

g) identifying antigen-specific VH domain(s)

h) expressing the VH domain(s) alone or as a fusion protein in bacterial or yeast expression systems; and

i) isolating VH heavy chain-only antibody.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION



| | |
|---|---|
| PATENT NO. | : 10,993,420 B2 |
| APPLICATION NO. | : 14/211243 |
| DATED | : May 4, 2021 |
| INVENTOR(S) | : Grosveld et al. |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 382 days.

Signed and Sealed this
Sixth Day of December, 2022

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*

# EXHIBIT 5

frontiers in Immunology

ORIGINAL RESEARCH
published: 07 January 2019
doi: 10.3389/fimmu.2018.03037

# Multispecific Antibody Development Platform Based on Human Heavy Chain Antibodies

Starlynn C. Clarke[1], Biao Ma[1], Nathan D. Trinklein[1], Ute Schellenberger[1], Michael J. Osborn[1], Laure-Hélène Ouisse[2], Andrew Boudreau[1], Laura M. Davison[1], Katherine E. Harris[1], Harshad S. Ugamraj[1], Aarti Balasubramani[1], Kevin H. Dang[1], Brett Jorgensen[1], Heather Anne N. Ogana[1], Duy T. Pham[1], Payal P. Pratap[1], Preethi Sankaran[1], Ignacio Anegon[2], Wim C. van Schooten[1], Marianne Brüggemann[1], Roland Buelow[1] and Shelley Force Aldred[1]*

[1] Teneobio, Inc., Menlo Park, CA, United States, [2] Centre de Recherche en Transplantation et Immunologie, Inserm UMR 1064, Université de Nantes, Nantes, France

OPEN ACCESS

**Edited by:**
*Harry W. Schroeder, University of Alabama at Birmingham, United States*

**Reviewed by:**
*Gregory C. Ippolito, University of Texas at Austin, United States*
*Martin Bachmann, University of Bern, Switzerland*

***Correspondence:**
*Shelley Force Aldred*
*saldred@teneobio.com*

**Specialty section:**
*This article was submitted to B Cell Biology, a section of the journal Frontiers in Immunology*

**Received:** *31 August 2018*
**Accepted:** *07 December 2018*
**Published:** *07 January 2019*

**Citation:**
*Clarke SC, Ma B, Trinklein ND, Schellenberger U, Osborn MJ, Ouisse L-H, Boudreau A, Davison LM, Harris KE, Ugamraj HS, Balasubramani A, Dang KH, Jorgensen B, Ogana HAN, Pham DT, Pratap PP, Sankaran P, Anegon I, van Schooten WC, Brüggemann M, Buelow R and Force Aldred S (2019) Multispecific Antibody Development Platform Based on Human Heavy Chain Antibodies. Front. Immunol. 9:3037. doi: 10.3389/fimmu.2018.03037*

Heavy chain-only antibodies (HCAbs) do not associate with light chains and their $V_H$ regions are functional as single domains, forming the smallest active antibody fragment. These $V_H$ regions are ideal building blocks for a variety of antibody-based biologics because they tolerate fusion to other molecules and may also be attached in series to construct multispecific antibodies without the need for protein engineering to ensure proper heavy and light chain pairing. Production of human HCAbs has been impeded by the fact that natural human $V_H$ regions require light chain association and display poor biophysical characteristics when expressed in the absence of light chains. Here, we present an innovative platform for the rapid development of diverse sets of human HCAbs that have been selected *in vivo*. Our unique approach combines antibody repertoire analysis with immunization of transgenic rats, called UniRats, that produce chimeric HCAbs with fully human $V_H$ domains in response to an antigen challenge. UniRats express HCAbs from large transgenic loci representing the entire productive human heavy chain V(D)J repertoire, mount robust immune responses to a wide array of antigens, exhibit diverse V gene usage and generate large panels of stable, high affinity, antigen-specific molecules.

**Keywords: heavy chain antibodies, VH domains, domain antibodies, antibody discovery platform, next-generation sequencing, repertoire sequencing, transgenic rats, B cell development**

## INTRODUCTION

Heavy chain only antibodies (HCAbs) occur naturally in camelids ($V_HH$) and cartilaginous fish ($V_{NAR}$), where they form a functional paratope using only the heavy chain variable domain without light chain pairing (1–4). Since the initial discovery of $V_HH$s in 1993, extensive research has demonstrated that HCAbs have both therapeutic and developability characteristics equivalent to conventional antibodies (5–8). Furthermore, HCAbs are smaller than standard Ig molecules since they lack light chains, which may facilitate targeting of epitopes not readily accessible to classic antibodies, including narrow protein clefts and enzyme active sites (1, 9, 10). In addition, the $V_H$ regions of HCAbs form stable polypeptides in the absence of an Fc and can therefore be expressed

as single domain proteins. As the smallest functional antibody fragment, these proteins may be ideal for certain applications that benefit from improved tissue penetrance, central nervous system accessibility and amenability to alternative routes of administration. $V_H$ domains from HCAbs are also attractive building blocks for multispecific biologics, facilitating easy combination of different antigen-specific variable regions within a single molecule (10–14).

The utility of HCAbs has spurred the development of multiple antibody discovery platforms based on $V_H$H or $V_{NAR}$ sequences (15–19). However, despite some promising clinical results with camelid-derived HCAbs, there remain significant drawbacks to developing these molecules as drugs. Of principle concern is the potential immunogenicity of non-human sequences, which requires humanization of framework regions prior to clinical development. This process prolongs the drug discovery pipeline and can potentially impact important biophysical characteristics including stability and antigen affinity (20, 21). In addition, practical considerations regarding the care and immunization of large animals, such as llamas, limit accessibility to *in vivo* matured molecules and reduce the number of individuals that can be immunized with a given antigen. Antibody repertoire sequencing has revealed that individuals in the same immunization cohort produce widely variable antibody repertoires, therefore, including multiple animals in every immunization campaign ensures maximum sequence diversity and improves selection of optimal therapeutic candidates (22).

Several groups have initiated efforts to produce fully human HCAbs *in vitro*, however, many of these attempts have been stymied by the difficulty of preventing aggregation due to exposure of hydrophobic heavy chain residues normally shielded by light chain binding (23–26). Encouragingly, a few groups have reported success in engineering transgenic mice to produce human HCAbs, but limited information has been publicly available regarding whether conventional human ($V_HDJ_H$) sequences can be efficiently expressed as HCAbs in transgenic rodents to generate diverse and high affinity molecules (17, 27).

We have created an antibody discovery platform that addresses these challenges through antibody repertoire sequencing in transgenic rats, called UniRats, that produce heavy chain only antibodies with fully human variable domains, termed UniAbs™. UniRats express UniAbs due to genomic insertion of large transgenic loci accommodating the full repertoire of functional human $V_H$, D, and $J_H$ genes, while endogenous rat Ig expression has been silenced by targeted disruption of the IgH, Igκ and Igλ loci with inserted zinc-finger-nuclease constructs (22, 28–30). Our discovery approach combines next-generation sequencing (NGS) of the antibody repertoires produced by immunized UniRats with high-throughput gene assembly and expression, meaning that hundreds of unique antibodies are analyzed for each antigen and large sets of diverse, target-specific candidates are rapidly identified (22).

In this report we describe construction of UniRat strains that produce distinct human HCAb repertoires following immunization with a wide range of antigens. We find that B cell development within these animals is extensive and near normal numbers of B cells are observed in the bone marrow and peripheral lymphoid organs, despite a lack of IgM production. We demonstrate that UniAbs are stable proteins similar to light chain-containing antibodies in terms of target affinity, yield, stability, and aggregation propensity. Bioinformatics analysis of a large set of UniAbs revealed that hydrophilic residues are present at a higher frequency in UniAb complementarity determining regions (CDRs) compared to antibodies utilizing light chains, possibly as an adaptation to the absence of $V_L$ domains. Furthermore, we crystalized a UniAb $V_H$ and found that while its structure is similar to conventional human heavy-chain domains, an engineered framework mutation and mutations occurring during *in vivo* maturation reduce the surface hydrophobicity of this molecule compared to typical human $V_H$s. By combining genetic engineering with natural differentiation by the immune system, we show that diverse $V_HDJ_H$ repertoires of high affinity fully human HCAbs can be rapidly generated, expressed, and characterized, potentially serving as building blocks to accelerate multispecific human antibody development.

# RESULTS

## Construction of UniRat Strains

Given the large size of the full human $V_H$ repertoire, two separate UniRat strains were generated, (termed HC27 and HC31), expressing different parts of a complete functional human V gene repertoire together with the full suite of human D and $J_H$ genes (**Figures 1A,B**). These strains were created through DNA microinjection of overlapping BACs (bacterial artificial chromosomes) into fertilized rat oocytes. In addition, the animals were bred to homozygosity to acquire a triple Ig knockout background, where the native rat IgH, Igκ, and Igλ loci were inactivated (22, 28–30). Large IgH loci on BACs carrying human $V_H$, D and $J_H$ segments in germline configuration linked to rat Cγ genes were compiled as detailed previously (29, 31), except that a new assembly of rat $C_H$ genes lacking $C_H1$ domains was used. Each chimeric IgH locus contained multiple BACs with short 5′ and/or 3′ overlaps (**Figures 1A,B**), which promoted seamless tandem integration. This resulted in genomic co-integration and reconstitution of operational IgH loci, which, after DNA rearrangements, allowed production of UniAbs comprised of two covalently linked heavy chains. Germline sequences were used for all human $V_H$, D and $J_H$ genes with one exception; the J4 gene sequence encodes the mutation W101R [Kabat numbering scheme (32)]. This mutation has been shown to reduce antibody hydrophobicity and thus it was included to compare biophysical characteristics of UniAbs bearing the arginine variant compared to the wild type tryptophan (33).

After successful genomic co-integration, founders were identified through qPCR analysis and bred to homozygosity. Analysis of serum Ig from two separate UniRats confirmed production of a single antibody species running at approximately 80 kDa under non-reducing and 40 kDa under reducing conditions on a protein gel, consistent with the expected molecular weight of UniAbs (**Figures 1C,D**).

Following creation of the UniRat strains, B cell development was analyzed by flow cytometry. Four wild type rats and four UniRats (strain HC27) were immunized for 21-days




**FIGURE 1 |** Construction and validation of UniRat transgenic animals. Bacterial artificial chromosomes (BACs) were used for microinjection into fertilized oocytes from triple Ig KO rats, resulting in the creation of two UniRat strains expressing different sets of human V genes, HC27 **(A)** and HC31 **(B)**. UniAbs lack $C_H1$ domains and light chains, resulting in a molecular weight of approximately 80 kDa. Heavy chain $V_H$s from UniRats may also be converted to single domain antibodies (UniDabs$^{TM}$) **(C)**. SDS-PAGE analysis of UniRat IgG purified from the serum of two different animals confirmed that the predominant species runs at ∼80 kDa under non-reducing conditions and 40 kDa after reduction of cysteine bonds, consistent with the expected molecular weight of UniAbs **(D)**. Native antibodies are not expressed by UniRats as their endogenous Ig loci have been silenced.

with β-galactosidase. Subsequently, spleens, lymph nodes and bone marrow were isolated from these animals and the cells were dissociated and analyzed by flow cytometry. IgM$^+$ and IgD$^+$ B cells are not produced by UniRats, however extensive B cell development occurs as evidenced by the production of Ig and comparable levels of B cells in secondary lymphoid organs, (**Figure 2**, **Supplemental Figure 1**, **Table 1**), in agreement with previous work showing that IgM is not required for pre-B cell signaling (17). UniRats express high levels of IgG2a$^+$ B cells, while IgG1$^+$ and IgG2b$^+$ B cells are produced at comparable levels to wild type rats (**Figures 2C,D**, **Supplemental Figures 1D,E**).

## High-throughput UniAb Discovery Enabled by Antibody Repertoire Sequencing

The functional human $V_H$ repertoire consists of approximately 44 genes from seven $V_H$ families, all of which are present in either the HC27 or HC31 UniRat strain (34). To analyze V gene usage in these animals, 134 UniRats (55 HC31 and 79 HC27) were each immunized with one of 20 different antigens and NGS was used to profile all expressed Ig transcripts in RNA isolated from lymph node B cells. The HC27 and HC31 strains contain 22 and 23 different V genes, respectively, and 50–70% of these $V_H$s were detected at frequencies above the limit of detection (0.35%) (**Figure 3A**). Animals of both strains showed bias toward select V genes from either the IgHV3 or IgHV4 families and used these $V_H$s with increased frequency. Consistent with our results, natural human antibody repertoires also show unequal V gene usage, and in particular a preference for IgHV3 has been noted (35, 36).

Validated UniRat strains were tested for functionality by undertaking immunization and sequence-based discovery campaigns with a panel of 10 recombinant protein antigens, similar to the approach outlined in Harris et al. (22) (**Table 2**). Briefly, after immunization with recombinant proteins and standard adjuvants, antigen-specific serum titers were measured by ELISA and found to be positive for all campaigns. Subsequently, lymphocytes from draining lymph nodes were collected and RNA from these cells was isolated. Generally, between 6 and 12 individuals representing the two UniRat strains




**FIGURE 2 |** UniRats exhibit normal B cell development. Flow cytometry analysis of B cells isolated from the spleens of wild type rats ($n = 4$, Sprague Dawley background) and UniRats ($n = 4$, strain HC27), demonstrating robust production of lymphocytes and extensive B cell development. Gating of lymphocytes by forward and side scatter **(A)**, IgM and IgD are not expressed by UniRats due to a lack of Cμ and Cδ sequences **(B)**. UniRats express higher levels of IgG2a$^+$ B cells compared to wild type animals **(C)**, but slightly lower levels of IgG1$^+$ and IgG2b$^+$ B cells **(D)** (gated on T cell receptor (TCR) negative, viable lymphocytes). Representative dot plots are shown.

**TABLE 1 |** UniRats contain high levels of lymphocytes within their primary and secondary lymphatic organs.

| | Spleen | | | | Bone marrow | | | | Lymph node | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T cells | B cells | IgG2a$^+$ B cells | IgG1/2b$^+$ B cells | T cells | B cells | IgG2a$^+$ B cells | IgG1/2b$^+$ B cells | T cells | B cells | IgG2a$^+$ B cells | IgG1/2b$^+$ B cells |
| **WT ($n = 4$)** | 67.4 (36) | 56.6 (20.7) | 8.5 (6.4) | 5.2 (1.7) | 25.8 (0.5) | 10.8 (2.7) | 0.4 (0.1) | 0.2 (0.04) | 7 (3.3) | 3.5 (2) | 0.3 (0.2) | 0.2 (0.1) |
| **HC27 ($n = 4$)** | 127 (46.4) | 166 (49.2) | 112 (41.2) | 4.3 (2.8) | 1.4 (0.6) | 11 (4.7) | 2.5 (1.7) | 0.3 (0.1) | 12.1 (4.2) | 8.6 (6.2) | 4.7 (3.3) | 0.2 (0.1) |

*Lymphocytes were isolated from the spleens, bone marrow, and lymph nodes of wild type rats and UniRats that had been immunized with β-galactosidase. The cells were then gated on viable cells, followed by staining for TCR, CD45R, IgG2a, and IgG1/2b expression. Average values in millions are reported for four animals, with standard deviation indicated in parenthesis. UniRats contained comparable or slightly elevated numbers of total T and B cells as compared to wild type rats, apart from the bone marrow where fewer T cells were observed. A larger number of the UniRat B cells express IgG2a as compared with wild type rats. Representative flow plots of lymphocytes isolated from spleens, bone marrow, and lymph nodes of HC27 and wild type rats are shown in* ***Supplemental Figure 1****.*

were included in each immunization campaign to expand the overall antibody repertoire diversity. Following NGS-enabled sequencing of total Ig RNA, quantitative analysis of the heavy-chain repertoire supported identification of the most prevalent $V_H$ sequences and guided high-throughput gene assembly of several hundred UniAb candidates for each immunized antigen. In total, 2,600 candidate UniAbs were expressed by transfection of gene-assembled cDNA constructs into HEK293 cells, and each supernatant containing secreted antibody was assayed to determine antigen specificity by ELISA.

This sequence-directed gene assembly approach ensured that each assayed $V_H$ was unique, resulting in a primary screening set for each antigen composed of multiple members from approximately 100 distinct clonotype sequence families (113 on average), as defined by CDR3 similarity of at least 80% (**Table 2**). The percent of candidates showing antigen-specific binding by ELISA varied by target, ranging from 11 to 42% of assayed UniAbs, representing an average of 25 unique clonotype sequence families per antigen (**Table 2**). In addition, primary screen leads were routinely found to have single digit nM equilibrium dissociation constants ($K_D$), as is commonly observed for discovery approaches based on conventional antibodies (**Table 3**, **Supplemental Figure 2**).

Natural human antibodies are expressed as $V_H$-$V_L$ heterodimers, thus binding to light chain proteins is a potential liability for human $V_H$s that are produced as HCAbs. A tendency to bind light chain may also be correlated with poor colloidal stability, as it indicates possible exposure of hydrophobic residues in the former light-chain binding interface (33). Therefore, we investigated whether UniAbs associate with recombinant human




**FIGURE 3 |** Characterization of UniRat V gene usage, light chain association, and somatic hypermutation. V gene usage was determined by next-generation sequencing (NGS) of total Ig RNA from 55 HC31 UniRats and 79 HC27 UniRats immunized with one of 20 different antigens. Each column reflects usage frequency for a single V gene averaged from UniRats of either the HC27 or HC31 strains **(A)**. Approximately 50–70% of the V genes encoded by the UniRat recombinant Ig loci were detectable at more than 0.35%, the limit of detection. A total of 2,426 UniAbs from nine immunization campaigns (**Table 2**) were assessed by ELISA for association with recombinant human lambda light chain protein. 122 UniAbs bound to lambda protein, of which 89% contained the wild type tryptophan at position 101 in framework 4. In contrast, 84% of sequences that did not bind lambda light chain contained the introduced framework 4 mutation W101R, suggesting a strong relationship between this mutation and lambda association **(B)**. UniAbs from the immunizations listed in **Table 2** were categorized as either antigen-specific or lambda-binding and the members of each group were then binned according to somatic hypermutation (SHM) in their heavy chain variable regions (x-axis). The number of UniAbs in each bin was converted to a percent (y-axis) and graphed, revealing that antigen-specific UniAbs generally display higher levels of SHM compared to UniAbs that associate with lambda light chain **(C)**.

lambda light chain by ELISA. The frequency of lambda binders isolated from each immunization campaign was found to vary from 0.8 to 9%, with 5% of all UniAbs showing this behavior (**Table 2**). After analyzing UniAbs that associate with lambda light chain for sequence commonalities, we found that nearly 90% of these UniAbs displayed a tryptophan at position 101, whereas the majority (84%) of non-lambda reactive sequences exhibited the arginine variant engineered into the $J_H4$ gene at this residue (**Figure 3B**). While it is possible that another feature of the $J_H4$ sequence contributed to reduced association with lambda, no association between either $J_H3$ or $J_H5$ usage and reduced lambda binding was observed despite the high degree of sequence similarity among IgHJ4*01, IgHJ3*01, and IgHJ5*01 (34). Interestingly, we note that additional mutations within a $V_H$ region can impact the tendency for lambda association, as a tryptophan vs. arginine at position 101 was not entirely predictive of lambda association. For example, an in-depth sequence analysis of 11 UniAbs from one CDR3 sequence family in which some members bound to lambda while others did not, revealed that mutations within the CDR3 loop abrogated lambda association, even when a tryptophan was present at position 101 (**Supplemental Figure 3**). However, analysis of the complete UniAb data set did not identify any specific mutations correlated with light chain binding in general, apart from W101R, suggesting that other mutations affecting lambda association may be unique to each clonotype.

Analysis of somatic hypermutation (SHM) revealed that UniAbs that associate with lambda protein have fewer mutations from germline compared to UniAbs which do not bind lambda, with approximately 25% being completely germline (**Figure 3C**). In contrast, <5% of antigen-specific, non-lambda reactive UniAbs had germline sequences, with the majority bearing two or more mutations, consistent with analysis of antibodies composed of two heavy and two light chains (H2L2) produced after immunizations with comparable protocols (22) (**Figure 3C**).

## UniAbs Are Thermostable

To investigate the inherent aggregation propensity of UniRat-derived heavy chain only antibodies, a subset of 124 UniAb sequences were purified and analyzed. The test set was composed of approximately 30% antigen specific UniAbs and 70% randomly selected, non-antigen binding molecules from the

**TABLE 2 |** UniRats efficiently produce antigen-specific UniAbs in response to antigen challenge.

| Antigen | Antigen-specific/Total UniAbs screened | Antigen specific (%) | Total unique clonotype families screened | Antigen-specific CDR3 sequence families | Lambda binding sequences (%) |
|---|---|---|---|---|---|
| Human BCMA | 54/309 | 17 | 171 | 28 | 4.9 |
| Human and cynomolgus CD38 | 42/173 | 24 | 96 | 37 | 1.2 |
| Human PSMA | 41/265 | 15 | 97 | 15 | 0.8 |
| Human and cynomolgus PD-1 | 39/252 | 15 | 85 | 20 | 2.4 |
| Human and cynomolgus BCMA | 120/334 | 36 | 111 | 28 | 9 |
| Mouse CD38 | 91/218 | 42 | 89 | 37 | 7.8 |
| Human and cynomolgus CD22 | 55/277 | 20 | 123 | 22 | 2.5 |
| Human PD-L1 | 61/329 | 19 | 189 | 37 | 5.8 |
| HIV-1 gp120 envelope protein | 27/174 | 16 | 100 | 14 | Not tested |
| Human PSCA | 30/269 | 11 | 70 | 10 | 8.9 |

*Ten different immunization campaigns using both human and animal proteins were carried out. On average 260 unique UniAbs representing 113 different clonotype sequence families were analyzed for each campaign. Candidates were screened for antigen specificity as well as binding to recombinant human lambda light chain by ELISA. On average, 21.5% of all candidate UniAbs were antigen positive, while only 5% of UniAbs showed association with lambda light chain.*

above listed immunization campaigns (**Table 2**). A comparison set of 86 light chain-containing antibodies was constructed from immunizations targeting human CD3, human kappa light chain and human serum albumin that had been derived from transgenic rats expressing human antibodies containing fixed light chains [animals described in Harris et al. (22)]. All antibodies were expressed, purified and evaluated for protein expression, then percent aggregation was determined by size exclusion chromatography (SEC-HPLC). On average, UniAbs expressed at 1 mg/mL, slightly higher than the comparison set of H2L2 antibodies (0.8 mg/mL) and exhibited a similar aggregation propensity prior to temperature stress (**Figure 4** and data not shown). Following temperature stress (1 week at 37°C), UniAbs had somewhat reduced colloidal stability compared to H2L2 antibodies. However, the majority of antibodies, 69% of UniAbs and 85% of H2L2 antibodies, displayed <5% aggregate (**Figure 4**). To further investigate thermostability, a subset of six different UniAbs targeting human BCMA were analyzed by differential scanning calorimetry (DSC). The $T_m$ values of the $V_H$ domains ranged from 59.1° to 66.8°C, within the range expected for conventional H2L2 $V_H$ domains (**Supplemental Table 1**) (37, 38).

**TABLE 3 |** UniRats produce high-affinity UniAbs in response to antigen challenge.

| Antigen | $K_D$ of highest affinity lead (nM) |
|---|---|
| Mouse CD38 | 0.2 |
| Human BCMA | 0.3 |
| Cynomolgus CD38 | 1.0 |
| Human CD38 | 2.6 |
| Human PD-L1 | 3.6 |
| Human PSMA | 7.1 |
| Cynomolgus BCMA | 8.3 |

*Affinities to recombinant protein antigens were determined using biolayer interferometry (Octet) for UniAbs from several immunization campaigns. Single digit nanomolar affinities were observed for UniAbs targeting a variety of antigens. Sensorgrams are included in **Supplemental Figure 2**.*

## Analysis of Amino Acid Usage in UniAb CDRs

We hypothesized that the absence of light chains could impose unique *in vivo* selection pressure on UniAbs, possibly leading to changes in amino acid usage compared to light chain containing antibodies. To investigate this question, we analyzed large collections of both UniAbs and H2L2 antibodies categorized by V gene to control for variation in amino acid frequency between germline V gene sequences. To maximize the size of our UniAb test set we focused our analysis on two frequently used V-genes, IgHV3-23 and IgHV4-39, and collated all sequences that had been expressed from 30 separate immunization campaigns, totaling 4,275 and 3,296 IgHV3-23 and IgHV4-39 UniAbs, respectively. We applied a similar strategy to build a comparison set of H2L2 fixed-light chain antibodies, totaling 2,617 IgHV3-23 and 1,598 IgHV4-39 heavy-chain sequences compiled from 32 distinct immunizations. We reasoned that fixed light chain H2L2 antibodies were an ideal comparison set because they were derived from animals of similar genetic backgrounds using comparable immunization and NGS protocols and selection algorithms (22). To facilitate identification of broad trends, we assigned all amino acids to one of four categories: hydrophobic, charged, polar uncharged, and special cases and then determined the frequency of each category within the CDR1, 2, and 3 loops of each UniAb and H2L2 antibody set (**Table 4** and **Supplemental Table 2**). Next, we quantified the percent change in each category between the H2L2 and UniAb groups by subtracting each H2L2 frequency from the corresponding UniAb frequency and converting the decimal value to a percent (**Table 4**). Interestingly, we found that charged and polar uncharged residues were present with increased frequency in the CDR3 regions of both the IgHV3-23 and IgHV4-39 UniAb test sets, while hydrophobic amino acid usage was decreased compared to the H2L2 antibodies. A




**FIGURE 4 |** UniAbs are thermostable. To compare UniAbs to H2L2 antibodies, 124 unique UniAb sequences (a subset of the larger collection listed in **Table 2**) were expressed and purified side-by-side with 86 different H2L2 antibodies from three immunization campaigns that used a similar discovery workflow but were derived from transgenic rats expressing human heavy chains containing a $C_H1$ domain as well as a fixed human light chain[22]. Compared to H2L2 antibodies, UniAbs exhibit similar aggregation propensities before and slightly increased aggregation after temperature stress (1 week at 37°C) as measured by size exclusion chromatography (SEC).

Mann-Whitney statistical test confirmed that these differences were significant. Similar, although less striking, trends in amino acid usage were also observed within the CDR1 and CDR2 loops.

## Crystal Structure of a UniAb $V_H$

To provide further insight into UniAb $V_H$ architecture, we crystallized a complex of a UniAb $V_H$ (IgHV3-23) bound to its antigen, the extracellular domain of human BCMA. Purified complexes were isolated by SEC and crystals were generated using sitting drop vapor diffusion in a PEG ion solution. Diffraction data was collected at the Australian synchrotron and molecular replacement and refinement was used to solve the structure to a resolution of 2.6 Å (**Supplemental Table 3**). A crystal structure of a single domain antibody [Protein Data Bank (PDB) 3ZHK] and a structure of BCMA (PDB 4ZFO chain F) were used as molecular replacement models for the UniAb $V_H$ and BCMA chains, respectively.

Subsequently, we queried the PDB for similar human $V_H$s for comparison with our UniAb $V_H$ structure. We identified a human IgHV3-23 germline antibody (PDB 5I1D) that shared 87% sequence identity with our UniAb $V_H$ across its framework 1–4 region. An overlay with our structure produced a RMSD of 1.5 Å, indicating that the UniAb $V_H$ adopts a similar conformation to the conventional $V_H$ (**Figure 5A**). Strikingly, a comparison of the light chain binding surface of the H2L2 $V_H$ with the equivalent region of the UniAb $V_H$ revealed reduced hydrophobicity due to several hydrophilic amino acid substitutions within the CDR2 and CDR3 regions as well as the W101R framework 4 mutation (W109R in this $V_H$) (**Figure 5B**). A Kyte-Doolittle hydrophobicity plot highlights the role of these mutations in reducing the hydrophobicity of the UniAb $V_H$ compared to the conventional $V_H$ domain (**Figure 5C**). These results were recapitulated with comparison to a second human $V_H$ structure (PDB 6AZM) (data not shown).

Next, we identified structures of three llama $V_H$Hs with similarity to our UniAb sequence (PDB 5NBD, 4KRP, and 4GRW). Overlays of each structure with our UniAb $V_H$ produced RMSD values of 3.61, 3.06, and 1.64 Å, respectively. Interestingly, the surface hydrophobicity of the UniAb $V_H$ was similar to that of the llama $V_H$Hs despite the UniAb lacking the hallmark framework 2 mutations known to increase the hydrophilicity of camelid $V_H$Hs (**Figure 5D**) (1, 15, 39, 40). Taken together, these data suggest that antigen-specific UniAbs fold identically to classic human H2L2 $V_H$ domains but may exhibit a hydrophobicity profile more closely aligned to naturally evolved HCAbs rather than that of conventional human $V_H$ domains.

## DISCUSSION

It is well-established that conventional human antibody repertoires can be expressed in engineered rodents, and furthermore that HCAbs are spontaneously produced if both $C_H1$ domains and light chains are absent (17, 22, 41). We built on these results in the creation of UniRats, animals which lack all endogenous Ig expression and efficiently produce chimeric human/rat IgH molecules containing human $V_H$, D, and $J_H$ sequences on rat constant regions deleted for $C_H1$. Although IgM and IgD are not synthesized due to the absence of Cμ and Cδ sequences, IgG2a is abundant and near normal numbers of B cells are observed within the bone marrow, spleen and lymph nodes. This implies that Cγ2a is sufficient for conventional differentiation events leading to extensive B cell development and likely culminating in expansion of plasmablasts. A further indication that the UniRat immune response is functioning as expected is that antigen-specific UniAbs show comparable somatic hypermutation rates to light chain containing antibodies derived using similar immunization strategies (22). Robust B cell development in UniRats is likely facilitated by the use of the chimeric human/rat IgH locus, which ensures a vigorous immune response by preserving interactions between the Ig molecules and the rat B cell signaling machinery (29, 31).

With the exception of Heavy Chain Disease, natural human antibodies are requisite heterodimers, composed of both heavy and light chains (42). Thus, it was initially unclear whether $V_H$s from light chain-containing antibodies could be readily adapted to HCAb format. Indeed, attempts by several groups resulted in HCAbs with poor colloidal stability due to exposure of hydrophobic residues previously shielded by light chain binding (43, 44). However, our study of 124 purified UniAbs exhibiting robust expression and consistent colloidal and thermostability shows that HCAbs selected during *in vivo* maturation in a light chain-free animal represent a different class of molecule. Furthermore, in our analysis of over 2,000 UniAbs from 10 different immunization campaigns we report that on average only 5% associate with lambda light chain. Additional analyses reveal that a major contribution to the production of stable UniAbs

**TABLE 4 |** Amino acid usage varies between UniAbs and H2L2 antibodies.

| | V3-23 | | V4-39 | |
|---|---|---|---|---|
| **CDR_category** | **% Difference: UniRat vs. H2L2** | ***p*-value** | **% Difference: UniRat vs. H2L2** | ***p*-value** |
| CDR1: hydrophobic | −0.2 | | −0.7 | |
| CDR1: special cases | −0.3 | | 0.0 | |
| CDR1: charged | −1.1 | | −0.4 | |
| CDR1: polar uncharged | +1.6 | | +1.1 | |
| CDR2: hydrophobic | −1.5 | | −1.9 | |
| CDR2: special cases | −0.6 | | −0.3 | |
| CDR2: charged | +0.4 | | +2.4 | 1.0E−24 |
| CDR2: polar uncharged | +1.7 | | −0.2 | |
| CDR3: hydrophobic | −8.7 | 1.3E−223 | −7.4 | 1.4E−101 |
| CDR3: special cases | +0.1 | | −1.9 | |
| CDR3: charged | +5.0 | 2.7E−87 | +3.4 | 1.6E−29 |
| CDR3: polar uncharged | +3.6 | 1.4E−44 | +5.8 | 1.2E−65 |

| **Categories** | **Amino Acids** |
|---|---|
| Hydrophobic | A, V, I, L, M, F, Y, W |
| Special cases | C, G, P |
| Charged | R, H, K, D, E |
| Polar uncharged | S, T, N, Q |

*Amino acids were categorized into one of four classes as indicated. The frequency of each category in the CDR1, CDR2, and CDR3 was determined for a large set of UniAbs and fixed-light chain H2L2 antibodies that use either IGHV3-23 or IGHV4-39. The differences in frequencies for each category were then compared between UniAbs and H2L2 antibodies, revealing that UniAbs contain more charged and polar uncharged amino acids and fewer hydrophobic residues. These trends were particularly notable in the CDR3 region. Differences of more than 2% are highlighted in the table below and were found to be statistically significant using a Mann-Whitney test. Usage frequencies and standard deviations are included in* ***Supplemental Table 2****.*

comes from a single framework mutation, W101R, which plays a pivotal role in reducing the tendency of UniAbs to associate with light chains. By incorporating the W101R mutation into only the J4 gene, we were able to directly compare between UniAbs containing the W or the R variant, revealing that approximately 9 out of 10 UniAbs that associate with lambda light chain exhibit the wild type W variant at this position. Given these findings, we are currently developing new UniRat strains containing the W101R mutation in all six J genes. An intriguing question is whether the W101R mutation also prevents heavy chain association with the rat surrogate light chain, as endogenous $V_{preB}$ and $\lambda_5$ genes have not been silenced. Assuming a pre-B cell receptor configuration shapes the antibody response, a diminished or biased heavy-chain repertoire could be expected if this interaction were abrogated. This may indeed be the case, as we observe that certain $V_H$ genes, such as V3–23 are more frequently expressed. However, this result can also be explained by the possibility that $V_H$ selection influences later stages of B cell development or that not all human $V_H$ sequences are equally suitable for expression as HCAbs. Furthermore, natural human antibody repertoires have been shown to exhibit biased V gene usage for reasons that are not fully understood (35, 36).

We note that the W101R mutation alone is neither necessary nor sufficient for abolishing light chain association. This finding concurs with work by other groups showing that mutations at several locations within a human $V_{H,}$ including at position 101, can result in stable human HCAbs that do not interact with light chains (33, 44). Although our analysis did not identify additional specific mutations apart from W101R that are generally predictive of light chain binding, we did uncover a statistically significant increase in the frequency of charged amino acids in the CDR2 and CDR3 loops of UniAbs as compared with H2L2 antibodies. It is possible that this is the result of selection within the UniRat favoring UniAbs with increased hydrophilicity, potentially to compensate for the absence of a light chain. While an intriguing result, this analysis focused on only two V genes, in future experiments we will extend this study to other V genes to further refine our understanding of amino acid usage in UniAbs.

The insights we obtained regarding the role of the W101R mutation as well as our observation of an increased frequency of hydrophilic residues in the CDR2 and CDR3 loops in UniAbs were further supported by crystallization of a UniAb $V_H$ recognizing human BCMA. Analysis of this structure revealed that the W101R mutation (R109 in this $V_H$) together with several hydrophilic amino acid substitutions within the CDR2 and CDR3 loops greatly reduced the surface hydrophobicity of the former light chain interface, while preserving the 3-dimensional fold of the $V_H$. Interestingly, we observed that the surface hydrophobicity of the former light chain interface was similar to that of the corresponding region of several llama $V_HH$ sequences, though the UniAb $V_H$ did not contain the hallmark camelid framework 2 mutations. Although these results represent a limited data set, they agree with our prediction that natural selection within the UniRat produces HCAbs that are well-adapted to function without light chains. In future




**FIGURE 5 |** A UniAb $V_H$ adopts a structure characteristic of conventional human $V_H$ domains but displays reduced surface hydrophobicity. An anti-BCMA UniAb $V_H$ was crystallized in complex with its antigen and the structure was solved. An overlay of the UniAb $V_H$ (white) compared to a conventional human heavy chain of the same V gene (blue, PDB 5I1D) reveals highly similar 3-dimensional structures **(A)**. Mutations within the CDR2 and CDR3 as well as the framework mutation W101R (R109 in this $V_H$) contribute to reduced hydrophobicity of the former light chain interacting surface in the UniAb $V_H$ structure as compared to the conventional $V_H$ **(B)**. An alignment of residues 97–111 is shown in the inset of **(B)**, highlighting the region with the greatest difference in hydrophobicity between the two molecules **(B)**. A Kyte-Doolittle plot of hydrophobicity illustrates the difference in sequence hydrophobicity proximal to the CDR2, CDR3, and framework 4 regions between the UniAb $V_H$ and IGHV3-23 domain **(C)**. The surface hydrophobicity of the anti-BCMA UniAb $V_H$ is similar to naturally occurring single domain antibodies derived from llamas (nanobody structures sourced from the PDB: 5NBD, 4GRW, and 4KRP) **(D)**.

studies we will complete structures of additional UniAb variable domains to build a more comprehensive understanding of surface hydrophobicity and the sequence-structure relationship within these molecules.

In summary, we describe here the first construction of a genetically engineered rat expressing human $V_HDJ_H$ genes in the absence of a $C_H1$ domain, light chain, or endogenous antibodies. These animals mount robust immune responses and produce diverse repertoires of stable, high-affinity human HCAbs in response to antigen challenge. Successful production of UniAbs is likely influenced by several important features of the UniRat strains including the complete absence of light chain expression *in vivo*, introduced, and evolution-induced sequence mutations, and the use of a chimeric human/rat IgH locus. During high-throughput gene assembly human Fc sequences are easily substituted for the rat constant regions, so that screening and development proceeds with fully human sequences. Alternatively, the UniAb $V_H$ regions may be expressed and used as single domain antibodies, facilitating even greater flexibility for development of novel antibody-based therapeutics. These molecules exhibit the favorable developability traits historically associated with conventional H2L2 antibodies, while providing the components for simple construction of fully human multispecific antibodies. Future studies will examine the utility of UniAbs for expediating the development of multispecific antibody-derived biologics.

## MATERIALS AND METHODS

### Development of UniRat Transgenic Animals

Previously identified, characterized and modified BACs and YACs accommodate human heavy chain variable region genes and rat constant region genes (29, 31). To enable heavy-chain antibody expression, a rat constant region BAC was reassembled by replacement of Cμ and adjacent 3' regions with Cγ2α as the first C gene followed by Cγ1 and Cγ2b; all with $C_H1$ exons removed. Locus functionality was retained by including 5' and 3' control regions with the downstream hs elements (3'αE)

following Cε and Cα in the natural configuration. Heavy-chain-only expression was enforced by silencing of the endogenous heavy and light chain (kappa and lambda) loci. Full methods are detailed in **Supplemental Methods File 1**.

## B Cell Flow Cytometry

Spleens were harvested from wild type rats or UniRats and cell suspensions prepared. Red blood cells were removed by standard erythrocyte lysis. Cells were then stained with Pacific Orange conjugated mouse anti-IgM (Jackson ImmunoResearch), Alexa-647 conjugated mouse anti-rat IgD (MARD-4), FITC conjugated mouse anti-rat IgG1, anti-rat IgG2a, or anti-rat IgG2b (BD Biosciences), PE-conjugated mouse anti-rat CD45R (clone His24, BD Bioscience), and PerCP conjugated mouse anti-rat TCR (clone R7.3, BD Biosciences) monoclonal antibodies for 30 min at 4°C. Stained cells were run on a FACS Verse Cytometer (BD Bioscience) and the data were analyzed with FlowJo Software (Tree Star).

## Purification and Gel Electrophoresis of UniRat Ig

Protein A agarose was used to purify rat IgG (Innova Biosciences, Cambridge, UK, product numbers: 851-0024). Rat serum was incubated with resin in a buffer containing 0.1 M sodium phosphate pH 8 (protein A) with gentle shaking. The mixture was washed thoroughly with PBS (pH 7.4), followed by elution with 0.1 M sodium citrate (pH 2.5) and neutralized with 1 M Tris-HCL (pH 9). Gel electrophoresis was conducted using 4–15% SDS-PAGE and stained with Coomassie brilliant blue. The HyperPAGE prestained protein marker (BIO-33066; Bioline) was used as the molecular weight standard.

## Immunizations, Next-Generation Sequencing, Clonotype Analysis, and Cloning

Methods essentially as described in Harris et al. (22). In brief, UniRat or OmniFlic (Ligand Pharmaceuticals, San Diego, CA) animals were immunized using standard adjuvants along with recombinant protein antigens. Plasma samples were collected post-immunization to assess serum titers against the antigen by ELISA. After approximately 7 weeks of immunization, draining lymph nodes were harvested and total RNA was isolated. Ig heavy chain sequences were amplified using first strand cDNA synthesis and 5′ RACE by PCR, following methods similar to those previously described (45, 46) and then purified by gel extraction. Next-generation sequencing (NGS) was completed using the MiSeq platform (Illumina) with 2 × 300 paired-end reads. To enable multiplexing of samples, indexing labels were added by primer extension (47). Approximately 100,000 paired reads covered each sample, and those that showed alignment of <20 nucleotides to a human Ig locus were discarded. Merged forward and reverse reads of $V_H$ regions were translated into open reading frames and framework and CDR regions identified by IGBLAST (https://www.ncbi.nlm.nih.gov/igblast/). Clonotypes [defined by CDR3 protein sequences with at least 80% sequence similarity (48, 49)] were determined for samples using agglomerative clustering. CDR3 clonotypes were ranked by the percent of total reads in a sample defined by that clonotype. Those with the greatest abundance were prioritized for high-throughput cloning into an expression vector containing a $C_H1$-deleted human IgG1 Fc region and validated by Sanger sequencing. Plasmids were transformed into *E. coli* grown in LB culture media and then purified to enable transient transfection of HEK293 cells in 96-well format. Following several days of expression, supernatants containing antibody were harvested and clarified by centrifugation.

## High Throughput ELISA

Methods essentially as described (22, 45). Briefly, recombinant proteins corresponding to the antigen(s) for each immunization campaign were coated overnight at 4°C in 96-well plates using BupH Carbonate-Bicarbonate buffer. Plates were then washed with TBST (20 mM Tris, 150 mM NaCl, 0.05% Tween-20, pH 7.6) and blocked with blocking buffer (TBST with 1% dry milk powder). HEK293 supernatants containing antibodies were diluted 1:100 in blocking buffer and added to antigen-coated plates. Detection of bound antibodies was accomplished using an HRP-labeled anti-human Ig secondary antibody together with chemiluminescent substrate. Luminescence was quantified (SpectraMax i3X, Molecular devices) and the signal for each well was normalized by dividing by the average background luminescence of antigen-coated wells that had been incubated with supernatant from untransfected HEK293 cells. A minimum of 30-fold over background was required to assign a well as ELISA-positive.

## IGHV Gene Usage Analysis

Ig heavy chain variable gene usage was calculated as previously described (22). In summary, UniAb amino acid sequences were aligned to the germline reference sequences sourced from IMGT. The percentage of UniAbs in a given sample that used each IGHV-gene was determined and calculated the averaged across multiple samples (55 HC31 animals, 79 HC27 animals). The limit of detection was defined by the frequency below which matches to IGHV-genes not present in the UniRat genomes were reported.

## Somatic Hypermutation Analysis

SHM was determined as detailed in Harris et al. (22). Briefly, we aligned each IGHV amino acid sequence with the germline reference sequence sourced from IMGT and calculated the total number of mismatches. UniAbs were then categorized as lambda binding positive or antigen binding positive by ELISA and binned based on the total number of mismatches from germline (0, 1, 2, etc.), then the number in each bin was converted to a percent value. GraphPad Prism V7 software was used to generate graphs.

## UniAb Purification and SEC-UHPLC

Soluble UniAb was expressed in CHO cells using protein free media supplemented with L-Glutamine (Invitrogen). Cell harvest was clarified by centrifugation and 0.2 µm PES filtration. During the first purification, step the clarified supernatant was loaded on a MabSelect SuRe (GE#17543801) resin, washed with PBS,

followed by elution with 50 mM Acetic Acid, 10% Glycerol, 10% Sucrose, pH 3.6. The elution pool was immediately neutralized to approximately pH 6.5 with 2 M Tris, pH 9. After the first capture step, the protein pool was concentrated and loaded on to a Superdex 200i 10X300GL column (GE#28990944) to remove any high molecular weight species. Fractions were collected, and the most homogenous fractions were pooled. UniAb protein pools were analyzed for aggregation and purity by SEC-UHPLC. A ThermoFisher UltiMate$^{TM}$ 3,000 UHPLC system was used with a TSK-Gel UP-SW3000 (Tosoh#23449) column in line. The mobile phase was 100 mM Citrate, 500 mM NaCl, 200 mM Arginine, pH 6.2 run at a flow rate of 0.25 ml/min and the method was run in 100% A isocratic mode. Fifty µg of protein was injected and 280 nm UV absorbance monitored over the 10 min run. The UV trace was analyzed and integrated by area under the curve to determine percent aggregation, monomer and degradants.

## UniAb Affinity Measurements by Biolayer Interferometry (Octet)

All measurements were carried out on an Octet Qk384 instrument (Pall). In a typical experiment, sensors were loaded with 5–10 µg/mL UniAb using the AHC sensor (Pall). Antigens were either expressed in-house (ECD with His-tag) or commercially available. Kinetic parameters $k_{on}$ and $k_{off}$ were measured in the presence of increasing concentrations of each antigen, spanning a 0.1 to 10 x Kd range. Association and dissociation curves obtained in the sensorgrams were fitted to a 1:1 binding model using the instrument's data analysis software package v9.0.

## Differential Scanning Calorimetry (DSC)

Purified antibodies at a concentration of 1 mg/mL in buffer (20 mM citrate, 100 mM NaCl, pH 6.2) were submitted to the Nano DSC system (TA instrument) for analysis. A temperature ramp of 1°C/min was performed with monitoring from 25 to 100°C. Thermograms of the blank buffer were subtracted from each antibody prior to analysis and the Tm values were calculated after deconvolution using the Nano DSC software.

## Bioinformatics Analysis of Amino Acid Usage

Each amino acid was assigned to one of the following four classes: polar uncharged—S, T, N, Q, charged—R, H, K, D, E, hydrophobic—A, V, I, L, M, F, Y, W, special cases—C, G, P. For a given antibody, we counted the total number of residues assigned to a given class within each of the three CDRs and then divided this sum by the total length of each individual CDR to obtain a frequency metric in the interval [0, 1]. Thus, for each antibody, we computed a total of 12 frequencies (3 CDR regions x 4 amino acid classes). In total 4,275 and 3,296 UniAbs, using the V-genes IgHV3-23 and IgHV4-39, respectively, were analyzed and compared against 2,617 IgHV3-23 and 1,598 IgHV4-39 H2L2 antibodies. The UniAb sequences were sourced from 30 separate immunization campaigns, while the H2L2 antibodies were derived from 32 distinct immunizations of transgenic rats expressing human antibodies with fixed light chains. Within a V-gene group, we compared the set of calculated frequencies for all four amino acid classes, for each distinct CDR (12 comparisons in total). We ran a series of two-sided Mann–Whitney–Wilcoxon (aka Mann-Whitney U) statistical tests utilizing the open-source software SciPy statistical package (version 1.1.0; http://scipy.org). Specifically, we ran the function "scipy.stats.stats.mannwhitneyu" from the SciPy package, with the "alternative" argument to the function set to "two-sided". We executed each test under the null hypothesis assertion that there is no difference between amino acid class frequencies for UniAb antibodies vs. H2L2 antibodies within each CDR. The frequencies in each category were compared between UniAb and H2L2 antibodies by subtracting each H2L2 frequency from the corresponding UniAb frequency and converting the decimal to a percent. Jones E, Oliphant E, Peterson P, et al. SciPy: Open Source Scientific Tools for Python, 2001-, http://www.scipy.org/ [Online; accessed 2018-07-31].

## Crystallography

Complexes of a UniAb $V_H$ ($V_H$3-23) with its antigen, the extracellular domain of human BCMA, were formed by mixing BCMA:UniAb $V_H$ at a 1:2 molar ratio for 20 min at 4°C, followed by isolation with size exclusion chromatography using 20 mM PBS, 250 mM NaCl running buffer. Crystallization was carried out in a sitting drop vapor diffusion method. Crystals appeared in a condition containing 0.2 M sodium malonate pH 4.0 and 20% PEG 3350. Crystals were soaked in mother liquor containing 25% ethylene glycol before flash freezing in liquid nitrogen for synchrotron data collection. Diffraction data was collected on the MX2 beamline at the Australian Synchrotron. XDS package (50) was used for initial indexing of the reflections. Aimless module from CCP4i was used for subsequent scaling and merging of the intensities. Molecular replacement was performed using the Phaser (51) module of CPP4i suite with search models Protein Data Bank (PDB) entries 3ZHK (chain A) and 4ZFO (chain F) for the $V_H$ and BCMA, respectively. A molecular replacement solution could be found with two molecules of UniAb $V_H$-BCMA complex in the asymmetric unit. Structure was then manually inspected and corrected using Coot (52), and several cycles of refinement were performed using REFMAC (53) until the R factors converged. The complete data collection and refinement statistics are given in **Supplemental Table 3**.

## Structure Comparison and Analysis

Sequence alignments were generated using ClustalX (54). Structure figures were created using PyMOL (The PyMOL Molecular Graphics System, Version 2.0, Schrödinger, LLC.). Structures were superimposed/structurally aligned using the "super" command implemented within PyMOL. For visualization of the general hydrophobicity characteristics, proteins were colored according to the normalized consensus hydrophobicity scale (55) as implemented by the color_h script within PyMOL.

## Kyte-Doolittle Plot

Framework 1–4 amino acid sequences were entered into the ProtScale tool of ExPasy (56) with the Kyte & Doolittle (57)

hydrophobicity scale option selected. The window size was set to 9 and a linear weight variation model was used. The results were obtained in minimal numerical format to allow for visualization of plots using GraphPad Prism V7 software.

## ETHICS STATEMENT

This study was carried out in a research facility registered with the California Department of Public Health and, as such, the animal care and use program is required to adhere to the NIH Guide for the Care and Use of Laboratory Animals. We certify that all work was performed using Institutional Animal Care and Use Committee (IACUC) protocols that have been reviewed and approved by our IACUC committee.

## AUTHOR CONTRIBUTIONS

BM, MO, MB, and RB created the UniRat strains; flow cytometry was conducted by L-HO. NGS and molecular biology was managed by KH. ELISAs were conducted by AaB, SC, KD, HO, DP, and PS. antibody purification, affinity and stability analysis were completed by LD, BJ, PP, and HU. AnB and NT performed bioinformatics. Experiment conception, design, and data analysis was conducted by NT, US, SC, IA, WvS, RB, and SF. Figures were generated by SC, L-HO, MB, and NT. The manuscript was written by SC and SF, all authors read and approved the submitted version.

## ACKNOWLEDGMENTS

The authors wish to acknowledge the contributions of Syngene International and HarkerBIO for valuable assistance with UniAb crystallization and structure analysis.

## SUPPLEMENTARY MATERIAL

The Supplementary Material for this article can be found online at: https://www.frontiersin.org/articles/10.3389/fimmu.2018.03037/full#supplementary-material

## REFERENCES

1. Könning D, Zielonka S, Grzeschik J, Empting M, Valldorf B, Krah S, et al. Camelid and shark single domain antibodies: structural features and therapeutic potential. *Curr Opin Struct Biol.* (2017) 45:10–6. doi: 10.1016/j.sbi.2016.10.019
2. Flajnik MF, Deschacht N, Muyldermans S. A case of convergence: why did a simple alternative to canonical antibodies arise in sharks and camels? *PLoS Biol.* (2011) 9:e1001120. doi: 10.1371/journal.pbio.1001120
3. Greenberg AS, Avila D, Hughes M, Hughes A, McKinney EC, Flajnik MF. A new antigen receptor gene family that undergoes rearrangement and extensive somatic diversification in sharks. *Nature* (1995) 374:168–73. doi: 10.1038/374168a0
4. Hamers-Casterman C, Atarhouch T, Muyldermans S, Robinson G, Hamers C, Songa EB, et al. Naturally occurring antibodies devoid of light chains. *Nature* (1993) 363:446–8. doi: 10.1038/363446a0
5. Enever C, Batuwangala T, Plummer C, Sepp A. Next generation immunotherapeutics—honing the magic bullet. *Curr Opin Biotechnol.* (2009) 20:405–11. doi: 10.1016/j.copbio.2009.07.002
6. Detalle L, Stohr T, Palomo C, Piedra PA, Gilbert BE, Mas V, et al. Generation and Characterization of ALX-0171, a Potent Novel Therapeutic Nanobody for the Treatment of Respiratory Syncytial Virus Infection. *Antimicrob Agents Chemother.* (2016) 60:6–13. doi: 10.1128/AAC.01802-15
7. Wesolowski J, Alzogaray V, Reyelt J, Unger M, Juarez K, Urrutia M, et al. Single domain antibodies: promising experimental and therapeutic tools in infection and immunity. *Med Microbiol Immunol.* (2009) 198:157–74. doi: 10.1007/s00430-009-0116-7
8. Yu Y, Li J, Zhu X, Tang X, Bao Y, Sun X, et al. Humanized CD7 nanobody-based immunotoxins exhibit promising anti-T-cell acute lymphoblastic leukemia potential. *Int J Nanomedicine* (2017) 12:1969–83. doi: 10.2147/IJN.S127575
9. Lauwereys M. Potent enzyme inhibitors derived from dromedary heavy-chain antibodies. *EMBO J* (1998) 17:3512–20. doi: 10.1093/emboj/17.13.3512
10. Holliger P, Hudson PJ. Engineered antibody fragments and the rise of single domains. *Nat Biotechnol.* (2005) 23:1126–36. doi: 10.1038/nbt1142
11. Els Conrath K, Lauwereys M, Wyns L, Muyldermans S. Camel single-domain antibodies as modular building units in bispecific and bivalent antibody constructs. *J Biol Chem.* (2001) 276:7346–50. doi: 10.1074/jbc.M007734200
12. de Marco A. Biotechnological applications of recombinant single-domain antibody fragments. *Microb Cell Factories* (2011) 10:44. doi: 10.1186/1475-2859-10-44
13. Shi SY, Lu Y-W, Liu Z, Stevens J, Murawsky CM, Wilson V, et al. A biparatopic agonistic antibody that mimics fibroblast growth factor 21 ligand activity. *J Biol Chem.* (2018) 293:5909–19. doi: 10.1074/jbc.RA118.001752
14. Laventie B-J, Rademaker HJ, Saleh M, de Boer E, Janssens R, Bourcier T, et al. Heavy chain-only antibodies and tetravalent bispecific antibody neutralizing Staphylococcus aureus leukotoxins. *Proc Natl Acad Sci USA.* (2011) 108:16404–9. doi: 10.1073/pnas.1102265108
15. Vincke C, Loris R, Saerens D, Martinez-Rodriguez S, Muyldermans S, Conrath K. General strategy to humanize a camelid single-domain antibody and identification of a universal humanized nanobody scaffold. *J Biol Chem.* (2009) 284:3273–84. doi: 10.1074/jbc.M806889200
16. McMahon C, Baier AS, Pascolutti R, Wegrecki M, Zheng S, Ong JX, et al. Yeast surface display platform for rapid discovery of conformationally selective nanobodies. *Nat Struct Mol Biol.* (2018) 25:289–96. doi: 10.1038/s41594-018-0028-6
17. Janssens R, Dekker S, Hendriks RW, Panayotou G, Remoortere AV, San JK, et al. Generation of heavy-chain-only antibodies in mice. *Proc Natl Acad Sci USA.* (2006) 103:15130–5. doi: 10.1073/pnas.0601108103
18. Fu X, Gao X, He S, Huang D, Zhang P, Wang X, et al. Design and selection of a camelid single-chain antibody yeast two-hybrid library produced de novo for the cap protein of porcine circovirus type 2 (PCV2). *PLoS ONE* (2013) 8:e56222. doi: 10.1371/journal.pone.0056222
19. Kovaleva M, Ferguson L, Steven J, Porter A, Barelle C. Shark variable new antigen receptor biologics – a novel technology platform for therapeutic drug development. *Expert Opin Biol Ther.* (2014) 14:1527–39. doi: 10.1517/14712598.2014.937701
20. Chames P, Van Regenmortel M, Weiss E, Baty D. Therapeutic antibodies: successes, limitations and hopes for the future. *Br J Pharmacol.* (2009) 157:220–33. doi: 10.1111/j.1476-5381.2009.00190.x
21. Lu Z-J. Frontier of therapeutic antibody discovery: the challenges and how to face them. *World J Biol Chem.* (2012) 3:187. doi: 10.4331/wjbc.v3.i12.187
22. Harris KE, Aldred SF, Davison LM, Ogana HAN, Boudreau A, Brüggemann M, et al. Sequence-based discovery demonstrates that fixed light chain human transgenic rats produce a diverse repertoire of antigen-specific antibodies. *Front Immunol.* (2018) 9:889 doi: 10.3389/fimmu.2018.00889
23. Walker A, Chung C-W, Neu M, Burman M, Batuwangala T, Jones G, et al. Novel interaction mechanism of a domain antibody-based inhibitor of human

vascular endothelial growth factor with greater potency than ranibizumab and bevacizumab and improved capacity over aflibercept. *J Biol Chem*. (2016) 291:5500–11. doi: 10.1074/jbc.M115.691162
24. Ewert S, Huber T, Honegger A, Plückthun A. Biophysical properties of human antibody variable domains. *J Mol Biol*. (2003) 325:531–53. doi: 10.1016/S0022-2836(02)01237-8
25. Davies J, Riechmann L. Single antibody domains as small recognition units: design and *in vitro* antigen selection of camelized, human VH domains with improved protein stability. *Protein Eng Des Sel*. (1996) 9:531–7. doi: 10.1093/protein/9.6.531
26. Rouet R, Dudgeon K, Christie M, Langley D, Christ D. Fully human V $_H$ single domains that rival the stability and cleft recognition of camelid antibodies. *J Biol Chem*. (2015) 290:11905–17. doi: 10.1074/jbc.M114.614842
27. Lou K-J. Crescendo's TKO. *Sci-Bus Exch*. (2010) 3:1227–27. doi: 10.1038/scibx.2010.1227
28. Geurts AM, Cost GJ, Freyvert Y, Zeitler B, Miller JC, Choi VM, et al. Knockout rats via embryo microinjection of zinc-finger nucleases. *Science* (2009) 325:433. doi: 10.1126/science.1172447
29. Osborn MJ, Ma B, Avis S, Binnie A, Dilley J, Yang X, et al. High-affinity IgG antibodies develop naturally in Ig-knockout rats carrying germline human IgH/Ig /Ig loci bearing the rat CH region. *J Immunol*. (2013) 190:1481–90. doi: 10.4049/jimmunol.1203041
30. Ménoret S, Iscache A-L, Tesson L, Rémy S, Usal C, Osborn MJ, et al. Characterization of immunoglobulin heavy chain knockout rats. *Eur J Immunol*. (2010) 40:2932–41. doi: 10.1002/eji.201040939
31. Ma B, Osborn MJ, Avis S, Ouisse L-H, Ménoret S, Anegon I, et al. Human antibody expression in transgenic rats: comparison of chimeric IgH loci with human VH, D and JH but bearing different rat C-gene regions. *J Immunol Methods* (2013) 400–401:78–86. doi: 10.1016/j.jim.2013.10.007
32. Kabat E, Wu T, Bilofsky H, Reid-Miller M, Perry H. *Sequences of Proteins of Immunological Interest.* Bethesda: US Department of Health and Human Services and the National Institute Health Bethesda (1987).
33. Barthelemy PA, Raab H, Appleton BA, Bond CJ, Wu P, Wiesmann C, et al. Comprehensive analysis of the factors contributing to the stability and solubility of autonomous human V $_H$ domains. *J Biol Chem*. (2008) 283:3639–54. doi: 10.1074/jbc.M708536200
34. Giudicelli V, Chaume D, Lefranc M-P. IMGT/GENE-DB: a comprehensive database for human and mouse immunoglobulin and T cell receptor genes. *Nucleic Acids Res*. (2005) 33:D256–1. doi: 10.1093/nar/gki010
35. van Dijk-Hard I, Lundkvist I. Long-term kinetics of adult human antibody repertoires. *Immunology* (2002) 107:136–44. doi: 10.1046/j.1365-2567.2002.01466.x
36. Brezinschek H-P, Foster SJ, Brezinschek RI, Dörner T, Domiati-Saad R, Lipsky PE. Analysis of the human VH gene repertoire. Differential effects of selection and somatic hypermutation on human peripheral CD5(+)/IgM+ and CD5(-)/IgM+ B cells. *J Clin Invest.* (1997) 99:2488–501.
37. Henry KA, Kim DY, Kandalaft H, Lowden MJ, Yang Q, Schrag JD, et al. Stability-diversity tradeoffs impose fundamental constraints on selection of synthetic human VH/VL single-domain antibodies from *in vitro* display libraries. *Front Immunol.* (2017) 8:1759. doi: 10.3389/fimmu.2017.01759/full
38. Brader ML, Estey T, Bai S, Alston RW, Lucas KK, Lantz S, et al. Examination of Thermal unfolding and aggregation profiles of a series of developable therapeutic monoclonal antibodies. *Mol Pharm*. (2015) 12:1005–17. doi: 10.1021/mp400666b
39. Conrath K, Vincke C, Stijlemans B, Schymkowitz J, Decanniere K, Wyns L, et al. Antigen binding and solubility effects upon the veneering of a camel VHH in framework-2 to Mimic a VH. *J Mol Biol*. (2005) 350:112–25. doi: 10.1016/j.jmb.2005.04.050
40. Rouet R, Lowe D, Christ D. Stability engineering of the human antibody repertoire. *FEBS Lett*. (2014) 588:269–77. doi: 10.1016/j.febslet.2013.11.029
41. Zou X, Osborn MJ, Bolland DJ, Smith JA, Corcos D, Hamon M, et al. Heavy chain-only antibodies are spontaneously produced in light chain-deficient mice. *J Exp Med.* (2007) 204:3271–83. doi: 10.1084/jem.20071155
42. Bianchi G, Anderson KC, Harris NL, Sohani AR. The heavy chain diseases: clinical and pathologic features. *Oncol Williston Park N* (2014) 28:45–53.
43. Davies J, Riechmann L. "Camelising" human antibody fragments: NMR studies on VH domains. *FEBS Lett.* (1994) 339:285–90.
44. Nilvebrant J, Tessier P, Sidhu S. Engineered autonomous human variable domains. *Curr Pharm Des*. (2017) 22:6527–37. doi: 10.2174/1381612822666160921143011
45. Scherer EM, Smith RA, Gallego DF, Carter JJ, Wipf GC, Hoyos M, et al. A single human papillomavirus vaccine dose improves b cell memory in previously infected subjects. *EBioMedicine* (2016) 10:55–64. doi: 10.1016/j.ebiom.2016.06.042
46. Matz M, Shagin D, Bogdanova E, Britanova O, Lukyanov S, Diatchenko L, Chenchik A. Amplification of cDNA ends based on template-switching effect and step-out PCR. *Nucleic Acids Res*. (1999) 27:1558–60. doi: 10.1093/nar/27.6.1558
47. Son MS, Taylor RK. Preparing DNA libraries for multiplexed paired-end deep sequencing for Illumina GA sequencers. *Curr Protoc Microbiol.* (2011) Chapter 1:Unit 1E.4. doi: 10.1002/9780471729259.mc01e04s20
48. Jung D, Giallourakis C, Mostoslavsky R, Alt FW. Mechanism and control of V(D)J recombination at the immunoglobulin heavy chain locus. *Annu Rev Immunol.* (2006) 24:541–70. doi: 10.1146/annurev.immunol.23.021704.115830
49. Bürckert J-P, Dubois ARSX, Faison WJ, Farinelle S, Charpentier E, Sinner R, et al. Functionally convergent b cell receptor sequences in transgenic rats expressing a human B cell repertoire in response to tetanus toxoid and measles antigens. *Front Immunol*. (2017) 8:1834. doi: 10.3389/fimmu.2017.01834
50. Kabsch W. XDS. *Acta Crystallogr D Biol Crystallogr* (2010) 66:125–32. doi: 10.1107/S0907444909047337
51. McCoy AJ, Grosse-Kunstleve RW, Adams PD, Winn MD, Storoni LC, Read RJ. Phaser crystallographic software. *J Appl Crystallogr*. (2007) 40:658–74. doi: 10.1107/S0021889807021206
52. Emsley P, Cowtan K. Coot: model-building tools for molecular graphics. *Acta Crystallogr D Biol Crystallogr*. (2004) 60:2126–32. doi: 10.1107/S0907444904019158
53. Murshudov GN, Skubák P, Lebedev AA, Pannu NS, Steiner RA, Nicholls RA, et al. REFMAC5 for the refinement of macromolecular crystal structures. *Acta Crystallogr D Biol Crystallogr*. (2011) 67:355–67. doi: 10.1107/S0907444911001314
54. Larkin MA, Blackshields G, Brown NP, Chenna R, McGettigan PA, McWilliam H, et al. Clustal W and clustal X version 2.0. *Bioinforma Oxf Engl.* (2007) 23:2947–8. doi: 10.1093/bioinformatics/btm404
55. Eisenberg D, Schwarz E, Komaromy M, Wall R. Analysis of membrane and surface protein sequences with the hydrophobic moment plot. *J Mol Biol*. (1984) 179:125–42. doi: 10.1016/0022-2836(84)90309-7
56. Gasteiger E, Gattiker A, Hoogland C, Ivanyi I, Appel RD, Bairoch A. ExPASy: the proteomics server for in-depth protein knowledge and analysis. *Nucleic Acids Res*. (2003) 31:3784–8. doi: 10.1093/nar/gkg563
57. Kyte J, Doolittle RF. A simple method for displaying the hydropathic character of a protein. *J Mol Biol*. (1982) 157:105–32. doi: 10.1016/0022-2836(82)90515-0

**Conflict of Interest Statement:** All authors are employees of Teneobio Inc with equity interests or paid consultants of Teneobio Inc. Teneobio owns and has filed patents pertaining to the generation of UniAbs and fixed-light chain antibodies.

*Copyright © 2019 Clarke, Ma, Trinklein, Schellenberger, Osborn, Ouisse, Boudreau, Davison, Harris, Ugamraj, Balasubramani, Dang, Jorgensen, Ogana, Pham, Pratap, Sankaran, Anegon, van Schooten, Brüggemann, Buelow and Force Aldred. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) and the copyright owner(s) are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

# EXHIBIT 6

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
01 March 2018 (01.03.2018)

WIPO | PCT

(10) International Publication Number
WO 2018/039180 A1

(51) International Patent Classification:
*A01K 67/027* (2006.01) *C12N 15/90* (2006.01)
*C07K 16/00* (2006.01)

(21) International Application Number: PCT/US2017/047928

(22) International Filing Date: 22 August 2017 (22.08.2017)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
62/379,075 24 August 2016 (24.08.2016) US

(71) Applicant: TENEOBIO, INC. [US/US]; 1490 O'Brien Drive, Suite D, Menlo Park, California 94025 (US).

(72) Inventors: VANSCHOOTEN, Wim. TRINKLEIN, Nathan. FORCE-ALDRED, Shelley. BRUGGEMANN, Marianne. OSBORN, Michael.

(74) Agent: DREGER, Ginger et al.; Arnold & Porter Kaye Scholer LLP, Three Embarcadero Center, 10th Floor, San Francisco, California 94111 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Declarations under Rule 4.17:**

— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*
— *as to the applicant's entitlement to claim the priority of the earlier application (Rule 4.17(iii))*

**Published:**

— *with international search report (Art. 21(3))*
— *with sequence listing part of description (Rule 5.2(a))*

# (54) Title: TRANSGENIC NON-HUMAN ANIMALS PRODUCING MODIFIED HEAVY CHAIN-ONLY ANTIBODIES

**Diagram of the human trasgene used in UniRat that expresses heavy chain antibodies**




FIG. 1

**(57) Abstract:** Human or chimeric heavy chain-only antibodies are provided, in the native amino acid residue at the first position of the fourth framework region (FR4) of said HCAb is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

WO 2018/039180 A1

# TRANSGENIC NON-HUMAN ANIMALS PRODUCING MODIFIED HEAVY CHAIN-ONLY ANTIBODIES

## SEQUENCE LISTING

The instant application contains a Sequence Listing which has been submitted electronically in ASCII format and is hereby incorporated by reference in its entirety. Said ASCII copy, created on August 11, 2017, is named TNO-0001-WO_SL.txt and is 26,401 bytes in size.

## FIELD OF THE INVENTION

The present invention concerns transgenic non-human animals producing modified heavy chain-only antibodies (HCAbs). In particular, the invention concerns transgenic non-human animals, such as transgenic rats or mice, producing modified human or chimeric HCAbs with reduced propensity to aggregate, antibodies so prepared and methods of making and using the same.

## BACKGROUND OF THE INVENTION

### Heavy Chain-Only Antibodies

The basic four-chain antibody unit is a heterotetrameric glycoprotein composed of two identical light (L) chains and two identical heavy (H) chains. In the case of IgGs, the 4-chain unit is generally about 150,000 daltons. Each L chain is linked to a H chain by one covalent disulfide bond, while the two H chains are linked to each other by one or more disulfide bonds depending on the H chain isotype. Each H and L chain also has regularly spaced intrachain disulfide bridges. Each H chain has at the N-terminus, a variable domain ($V_H$) followed by three constant domains ($C_H$) for each of the α and γ chains and four $C_H$ domains for μ and ε isotypes. Each L chain has at the N-terminus, a variable domain ($V_L$) followed by a constant domain ($C_L$) at its other end. The $V_L$ is aligned with the $V_H$ and the $C_L$ is aligned with the first constant domain of the heavy chain ($C_H1$). Particular amino acid residues are believed to form an interface between the light chain and heavy chain variable domains. The pairing of a $V_H$ and $V_L$ together forms a single antigen-binding site. An IgM antibody consists of 5 of the basic heterotetramer unit along with an additional polypeptide called J chain, and therefore contain 10 antigen binding sites, while secreted IgA antibodies can polymerize to form polyvalent assemblages comprising 2-5 of the basic 4-chain units along with J chain. For the structure and properties of the different classes of antibodies, see, e.g., Basic and Clinical Immunology, 8th edition, Daniel P. Stites, Abba I. Terr and Tristram G. Parslow (eds.), Appleton & Lange, Norwalk, CT, 1994, page 71 and Chapter 6. In such antibodies, interaction of the $V_H$ and $V_L$ domains forms an antigen binding region, although binding is facilitated by the $C_{H1}$ domain and parts of the $C_L$ domain.

The L chain from any vertebrate species can be assigned to one of two distinct types, called kappa (κ) and lambda (λ), based on the amino acid sequences of their constant domains. Depending on the amino acid sequence of the constant domain of their heavy chains ($C_H$), immunoglobulins can be assigned to different classes or isotypes. There are five classes of immunoglobulins: IgA, IgD, IgE, IgG, and IgM, having heavy chains designated α, δ, ε, γ,

and μ, respectively. The γ and α classes are further divided into subclasses on the basis of relatively minor differences in $C_H$ sequence and function, e.g., humans express the following subclasses: IgG1, IgG2, IgG3, IgG4, IgA1, and IgA2.

In a conventional IgG antibody, the association of the heavy chain and light chain is due in part to a hydrophobic interaction between the light chain constant region and the CH1 constant domain of the heavy chain. There are additional residues in the heavy chain framework 2 (FR2) and framework 4 (FR4) regions that also contribute to this hydrophobic interaction between the heavy and light chains.

It is known, however, that sera of camelids (sub-order Tylopoda which includes camels, dromedaries and llamas) contain a major type of antibodies composed solely of paired H-chains (heavy-chain only antibodies or HCAbs). The HCAbs of *Camelidae* (*Camelus dromedarius, Camelus bactrianus, Lama glama, Lama guanaco, Lama alpaca* and *Lama vicugna*) have a unique structure consisting of a single variable domain (VHH), a hinge region and two constant domains (CH2 and CH3), which are highly homologous to the CH2 and CH3 domains of classical antibodies. These HCAbs lack the first domain of the constant region (CH1) which is present in the genome, but is spliced out during mRNA processing. The absence of the CH1 domain explains the absence of the light chain in the HCAbs, since this domain is the anchoring place for the constant domain of the light chain. Such HCAbs naturally evolved to confer antigen-binding specificity and high affinity by three CDRs from conventional antibodies or fragments thereof (Muyldermans, 2001; *J Biotechnol* 74:277–302; Revets et al., 2005; *Expert Opin Biol Ther* 5:111–124).

Cartilaginous fish have also evolved a distinctive type of immunoglobulin, designated as IgNAR, which lacks the light polypeptide chains and is composed entirely by heavy chains.

The ability of heavy chain-only antibodies devoid of light chain to bind antigen was established in the 1960s (Jaton et al. (1968) *Biochemistry*, 7, 4185-4195). Heavy chain immunoglobulin physically separated from light chain retained 80% of antigen-binding activity relative to the tetrameric antibody.

Sitia et al. (1990) *Cell*, 60, 781-790 demonstrated that removal of the CH1 domain from a rearranged mouse μ gene results in the production of a heavy chain-only antibody, devoid of light chain, in mammalian cell culture. The antibodies produced retained VH binding specificity and effector functions.

The discovery of camelid heavy chain antibodies stimulated interest in developing human single domain antibodies in artificial systems such as phage display. Early human domain antibodies identified this way were prone to aggregation and had solubility problems likely due to the exposed hydrophobic patches in the framework regions that are normally buried in the interface with the light chain constant region. Subsequent studies that elucidated the crystal structure of human VH domain antibodies identified surface exposed residues of human domain antibodies. Barthelemy et al. (2008) *J. Biol. Chem.*, 283, 3639-3654 report a comprehensive analysis of the factors contributing to the stability and solubility of autonomous human VH domains.

The cloned and isolated VHH domain is a stable polypeptide having the full antigen-binding capacity of the original HCAb. Nanobodies are the smallest available intact antigen binding fragments (about 12-15 kDa) possessing the full antigen-binding capacity of the original heavy chain of the heavy-chain antibodies that have evolved, which are fully functional in the absence of light chains. These VHH domains form the basis of a new

generation of therapeutic antibodies, named nanobodies, which are suitable for intravenous oral or topical administration, can be readily manufactured in mono- or multi-valent forms exhibiting high potency and binding affinity to one or more targets.

Single domain VHH antibodies, including methods for their preparation, are described, for example, in WO2004062551.

Mice in which the λ (lambda) light (L) chain locus and/or the λ and κ (kappa) L chain loci have been functionally silenced and antibodies produced by such mice are described in U.S. Patent Nos. 7,541,513 and 8,367,888. Recombinant production of heavy-chain-only antibodies in mice and rats has been reported, for example, in WO2006008548; U.S. Application Publication No. 20100122358; Nguyen et al., 2003, *Immunology*; 109(1), 93-101; Brüggemann *et al*., *Crit. Rev. Immunol.*; 2006, 26(5):377-90; and Zou *et al.,* 2007, *J Exp Med*; 204(13): 3271–3283. The production of knockout rats via embryo microinjections of zinc-finger nucleases is described in Geurts et al., 2009, *Science*, 325(5939):433. The characterization of immunoglobulin heavy chain knockout rats is reported by Ménoret et al., 2010, *European Journal of Immunology,* 40:2932-2941. Soluble heavy chain-only antibodies and transgenic rodents comprising a heterologous heavy chain locus producing such antibodies are described in U. S. Patent Nos. 8,883,150. CAR-T structures comprising single-domain antibodies as binding (targeting) domain are described, for example, in Iri-Sofla et al., 2011, *Experimental Cell Research* 317:2630-2641 and Jamnani et al., 2014, *Biochim Biophys Acta*, 1840:378-386.

Despite recent advances, there is a need for improved methods for the production of heavy chain-only antibodies, which have less propensity for aggregation and retain high affinity for their intended target.

## SUMMARY OF THE INVENTION

The present invention is based, at least in part, on the finding that heavy chain-only antibodies (HCAbs) with less propensity for aggregation can be prepared by replacement of the native amino acid residue at the first position of the fourth framework region (FR4) of a HCAb by another amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position. Such hydrophobic patches are normally buried in the interface with the antibody light chain constant region but become surface exposed in HCAbs and are, at least partially, for the unwanted aggregation and light chain association of HCAbs.

In one aspect, the invention concerns an isolated human or chimeric heavy chain-only antibody (HCAb) comprising a heavy chain variable (VH) domain, comprising complementarity determining regions (CDRs) and framework regions (FRs), having binding affinity to a target antigen in the absence of an antibody light chain, wherein in said VH domain the native amino acid residue at the first position of the fourth framework region (FR4) of said HCAb is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

In one embodiment, the HCAb is a human antibody.

In another embodiment, in the HCAb the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

In yet another embodiment, in the HCAb the native amino acid residue at the first position of FR4 is substituted by a positively charged amino acid residue, such as, for example, lysine (K), arginine (R) or histidine (H), preferably arginine (R).

In a particular embodiment, the HCAb comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

In all embodiments, the HCAbs may comprise one or more further mutations in one or more framework regions.

In all embodiments, the HCAbs may have reduced propensity for aggregation relative to a corresponding antibody comprising the native amino acid residue at the first amino acid residue in FR4.

In all embodiments, the HCAbs may have a binding affinity of about 1pM to about 1µM to its target antigen.

In another aspect, the invention concerns an isolated human or chimeric heavy chain-only antibody (HCAb) having binding affinity to a target antigen in the absence of an antibody light chain, comprising a heavy chain variable (VH) domain comprising complementarity determining regions (CDRs) and framework regions (FRs), wherein said HCAb comprises a tryptophane (T) to arginine (R) substitution at the first amino acid position in the fourth FR region (FR4) of the native humanVH amino acid sequence.

In one embodiment, the HCAb further comprises a heavy chain constant (CH) domain, lacking a CH1 region, and can be an IgG antibody, such as an IgG1 antibody.

In another embodiment, the HCAb comprises one or more further mutations in one or more FR regions.

In yet another embodiment, the HCAb has reduced propensity for aggregation relative to a corresponding antibody comprising the native amino acid residue at the first amino acid residue in FR4.

In another aspect, the invention concerns a chimeric antigen receptor (CAR) comprising a heavy chain-only antibody as herein described. In one embodiment, the CAR comprises a single human VH domain.

In a further aspect, the invention concerns an isolated autonomous human antibody heavy chain variable (VH) domain comprising complementary determining regions (CDRs) and framework regions (FR), having binding affinity to a target antigen comprising a substitution of a different amino acid residue, that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position, for the native amino acid residue at the first amino acid residue in the fourth framework (FR4) region.

In one embodiment, in the isolated autonomous human VH domain the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

In another embodiment, the native amino acid residue at the first position of FR4 is substituted by a positively charged amino acid residue, such as a lysine (K), arginine (R) or histidine (H), residue, preferably an arginine (R) residue.

In a further embodiment, the isolated autonomous human VH domain comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

In a still further embodiment, the isolated autonomous human VH domain comprises one or more further mutations in one or more framework regions.

In a further aspect, the invention concerns a multi-valent binding protein containing multiple antigen binding domains that include at least one human VH domain comprising complementarity determining regions (CDRs) and framework regions (FRs), having binding affinity to a target antigen, wherein in said VH domain the native amino acid residue at the first position of the fourth framework region (FR4) of said multi-valent binding protein is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

In one embodiment, in the multi-valent binding protein the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

In another embodiment, in the multi-valent binding protein the native amino acid residue at the first position of FR4 is substituted by a positively charged amino acid residue, such as a lysine (K), arginine (R) or histidine (H) residue, preferably an arginine (R) residue.

In a further embodiment, thr multi-valent binding protein comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

In all embodiments, the multi-valent binding protein may comprise one or more further mutations in one or more framework regions.

In a further embodiment, the invention concerns a recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments, which when recombined with each other in the genome of a non-human animal, and following affinitymaturation, encode a heavy chain variable (VH) region comprising complementarity determining regions (CDRs) and framework (FR) regions, wherein at least one of said human J segments comprises a codon encoding a non-native amino acid residue at the first position of the fourth framework region (FR4) that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

In one embodiment, the recombinant heavy chain-only Ig locus further comprises a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality.

In various embodiments, the recombinant heavy chain-only Ig locuscomprises two to 40 D gene segments, and/or two to 20 J gene segments.

In another embodiment, more than one of the human J segments comprise a codon encoding a non-native amino acid residue at the first position of the fourth framework region (FR4) that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

In yet another embodiment, in the recombinant heavy chain-only Ig locus of all of the human J segments comprise a codon encoding a non-native amino acid residue at the first position of the fourth framework region (FR4) that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

In a further embodiment, in the encoded heavy VH region the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue, such as a lysine (K), arginine (R) or histidine (H), preferably an arginine (R) residue.

In a still further embodiment, the encoded VH region comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

In yet another embodiment, the recombinant heavy chain-only Ig locus comprises a J4 gene segment in which the codon for W is replaced by R.

In all embodiments, the recombinant heavy chain-only Ig locus encodes a VH region which comprises one or more further mutations in one or more framework regions.

In a further embodiment, the recombinant heavy chain-only Ig locus encodes a human or humanized heavy chain-only antibody comprising a VH region as hereinabove described.

In another aspect, the invention concerns a transgenic non-human animal comprising a recombinant heavy chain-only Ig locus as hereinabove described.

In various embodiment, the transgenic non-human animal is a non-human mammal, as non-human vertebrate, a rodent, a mouse, or a rat, such as a UniRat™.

In a further aspect, the invention concerns a transgenic non-human animal that does not express any functional immunoglobulin light chain genes and comprises a heterologous heavy chain-only Ig locus comprising one or more V gene segments, one or more D gene segments, and one or more J gene segments, which when recombined with each other and following affinity maturation encode a VH domain comprising complementarity determining regions (CDRs) and framework regions (FRs), in which the native amino acid residue at the first position of the fourth framework region (FR4) of said VH domain is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position, and one or more constant effector region gene segments, each of which encodes an antibody constant effector region including CH1 functionality, wherein the gene segments are arranged such that a V, a D and a J gene segment and a constant region gene segment recombine to produce a rearranged affinity matured heavy chain-only gene locus encoding a heavy chain-only antibody (HCAb).

In one embodiment, in the VH domain of said transgenic non-human animal the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue, or a positively charged amino acid residues, such as lysine (K), arginine (R) or histidine (H) residue, preferably an arginine (R) residue.

In another embodiment, in the transgenic non-human animal the VH domain comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

In yet another embodiment, in the transgenic non-human animal the heterologous heavy chain-only locus comprises a J4 segment in which a codon for W is replaced by a codon for R.

In all embodiments, the encoded heavy chain-only antibody comprises one or more further mutations in one or more framework regions.

In a further embodiment, the transgenic non-human animal is a mammal, a vertebrate, a rodent, a mouse or a rat, such as a UniRat™.

In all aspects, in certain embodiments, the heavy chain-only antibodies herein do not contain mutations in other framework regions, including the FR1, FR2, and FR3 regions.

In all aspect, in certain embodiments, the heavy chain-only antibodies herein do not contain additional framework mutations typically present in camelides, such as camel, llama, dromedary, alpaca or guanaco.

In all aspects, in certain embodiments, the heavy chain-only antibodies herein may comprise one or more further mutations in one or more framework regions, including the FR1, FR2, FR3 and/or FR4 regions, such as, for example, in the FR2 region or in the FR2 and FR4 regions.

In all aspects and embodiments, the target antigens to which the HCAbs of the present invention has binding affinity include, without limitation, cell surface receptors and tumor antigens, such as, for example, EGFR, ErbB2 (HER2), ErbB3 (HER3), ErbB4 (HER4), CTLA-4/CD152, RANKL, TNF-α, CD20, IL-12/IL-23, IL1-β, IL-17A, IL-17F, CD38, NGF, IGF-1, IL-12, CD20, CD30, CD39, CD73, CD40, PD-1, PDL-1, PD-L2, BCMA, BTLA, thymic stromal lymphopoietin (TSP), Follicle Stimulating Hormone Receptor (FSHR), Prostate Specific Membrane Antigen (PSMA), Prostate Stem Cell Antigen (PSCA), CD137, OX-40, and IL-33.

In all aspects and embodiments, HCAb binding domains may be part of a multi-specific binding protein that bind to multiple different epitopes of the same target antigen or multiple different epitopes on more than one target antigen. Multi-specific, such as bispecific HCAbs are specifically included, including, for example, bispecific HCAb structures having the following binding affinities: epithelial cell adhesion molecule (EpCam) × CD3; CD19 × CD3; EpCam × CD3; TNF-α x IL-17; IL-1α × IL-1β; CD30 × CD16A; human epidermal growth factor receptor 2 (HER2) × HER3; IL-4 × IL-13; angiopoietin 2 (Ang-2) × vascular endothelial growth factor a (VEGF-A); Factor IXa × Factor X; epidermal growth factor receptor (EGFR) × HER3; IL-17A × IL-17F; HER2 × HER3; carcinoembryonic antigen × CD3; CD20 × CD3; CD123 × CD3; BCMA ×CD3, PSMA × PSCA × CD3, PSMA × CD3, PSCA × CD3, CD19 × CD22 × CD3, CD22 × CD3, CD38 × PD1, CD38 × PD-L1, CD38 × CD73, CD38 × CD39, PD1 × CD39 × CD73, and PD1 × CD73.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram of the human transgene with a J4 gene segment (SEQ ID NO: 40) expressing a R at position 101 in UniRat™ (SEQ ID NO: 41) that express heavy chain-only antibodies, as described in the examples.

FIG. 2 is a diagram of the human transgene with all J segments (SEQ ID NOS 42-47, respectively, in order of appearance) expressing Rs at position 101 in UniRat™ that express heavy chain-only antibodies, as described in the examples.

FIG. 3 shows the J gene usage in UniRat™ and OmniFlic™, where the latter is a transgenic rat with the same human V gene cluster as UniRat™ but expresses a fixed kappa light chains.

FIG. 4 illustrates that a W→R mutation at the first amino acid residue of the fourth framework region (FR4) in heavy chain-only human antibodies inhibits association with lambda light chain.

FIG. 5 Free lambda protein association with heavy chain antibodies in the same CDR3 family. The figure shows a multiple sequence alignment of 11 VH sequences from heavy chain antibodies in the same CDR3 family (SEQ ID NOS 48-58, respectively, in order of appearance). All of these sequences contain a W at position 101.

FIG. 6 illustrates two structures of a chimeric antigen receptor using a human VH extracellular binding domain, comparing an scFv CAR-T structure (panel A) and a CAR-T structure (panel B) using a human heavy chain-only antibody of the present invention.

FIG. 7 shows various multi-specific HCAb constructs comprising human VH binding domains.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The practice of the present invention will employ, unless otherwise indicated, conventional techniques of molecular biology (including recombinant techniques), microbiology, cell biology, biochemistry, and immunology, which are within the skill of the art. Such techniques are explained fully in the literature, such as, “Molecular Cloning: A Laboratory Manual”, second edition (Sambrook et al., 1989); “Oligonucleotide Synthesis” (M. J. Gait, ed., 1984); “Animal Cell Culture” (R. I. Freshney, ed., 1987); “Methods in Enzymology” (Academic Press, Inc.); “Current Protocols in Molecular Biology” (F. M. Ausubel et al., eds., 1987, and periodic updates); “PCR: The Polymerase Chain Reaction”, (Mullis et al., ed., 1994); “A Practical Guide to Molecular Cloning” (Perbal Bernard V., 1988); “Phage Display: A Laboratory Manual” (Barbas et al., 2001).

All references cited herein, including patent applications and publications, are incorporated by reference in their entirety.

### I. Definitions

As used herein, a "transgenic non-human animal" as defined herein is a non-human animal capable of producing a human or humanized heavy chain-only antibody in which the amino acid residue at the first position of the fourth framework region (FR4) is replaced by another residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with such residue. In one embodiment, the native amino acid residue is replaced by a charged amino acid residue, such as a positively charged amino acid residue. The transgenic non-human animal preferably is a mammal, including, without limitation, rats, mice, bovines, monkeys, pigs, sheep, goat, rabbits, dogs, cats, guinea pigs, hamsters and the like. Preferably, the transgenic non-human animal is a rodent, preferably a rat or a mouse, most preferably a UniRat™. The choice of transgenic animal is only limited by the ability to produce a human or chimeric heavy chain-only human or chimeric antibody with the FR4 mutation described herein.

As used herein, a "genetic modification" is one or more alterations in the non-human animal's gene sequences. A non-limiting example is insertion of a transgene into the genome of the transgenic animal.

As used herein, the term "transgene" refers to exogenous DNA containing a promoter, reporter gene, poly adenylation signal and other elements to enhance expression (insulators, introns). This exogenous DNA integrates into the genome of a one-cell embryo from which a transgenic animal develops and the transgene remains in the genome of the mature animal. The integrated transgene DNA can occur at single or multiple places in the genome of the egg or mouse and also single to multiple (several hundred) tandem copies of the transgene can integrate at each genomic location.

“Conventional antibodies” are usually heterotetrameric glycoproteins of about 150,000 daltons, composed of two identical light (L) chains and two identical heavy (H) chains. Each light chain is linked to a heavy chain by

one covalent disulfide bond, while the number of disulfide linkages varies among the heavy chains of different immunoglobulin isotypes. Each heavy and light chain also has regularly spaced intrachain disulfide bridges. Each heavy chain has at one end a variable domain ($V_H$) followed by a number of constant domains. Each light chain has a variable domain at one end ($V_L$) and a constant domain at its other end; the constant domain of the light chain is aligned with the first constant domain of the heavy chain, and the light-chain variable domain is aligned with the variable domain of the heavy chain. Particular amino acid residues are believed to form an interface between the light- and heavy-chain variable domains.

Antibody residues herein are numbered according to the Kabat numbering system (*e.g.*, Kabat *et al.*, Sequences of Immunological Interest. 5th Ed. Public Health Service, National Institutes of Health, Bethesda, Md. (1991)). According to this numbering, the first amino acid residue of the FR4 region is at amino acid position 101.

The term "variable" refers to the fact that certain portions of the variable domains differ extensively in sequence among antibodies and are used in the binding and specificity of each particular antibody for its particular antigen. However, the variability is not evenly distributed throughout the variable domains of antibodies. It is concentrated in three segments called complementarity-determining regions (CDRs) or hypervariable regions both in the light-chain and the heavy-chain variable domains. The more highly conserved portions of variable domains are called the framework (FR). The variable domains of native heavy and light chains each comprise four FR regions, largely adopting a β-sheet configuration, connected by three CDRs, which form loops connecting, and in some cases forming part of, the β-sheet structure. The CDRs in each chain are held together in close proximity by the FR regions and, with the CDRs from the other chain, contribute to the formation of the antigen-binding site of antibodies (see Kabat et al., NIH Publ. No. 91-3242, Vol. 1, pages 647-669 (1991)). The constant domains are not involved directly in binding an antibody to an antigen, but exhibit various effector functions, such as participation of the antibody in antibody-dependent cellular toxicity.

The term "monoclonal antibody" as used herein refers to an antibody obtained from a population of substantially homogeneous antibodies, i.e., the individual antibodies comprising the population are identical except for possible naturally occurring mutations that may be present in minor amounts. Monoclonal antibodies are highly specific, being directed against a single antigenic site. Furthermore, in contrast to conventional (polyclonal) antibody preparations which typically include different antibodies directed against different determinants (epitopes), each monoclonal antibody is directed against a single determinant on the antigen.

The terms “heavy chain-only antibody,” “heavy chain antibody” and “HCAb” are used interchangeably, and refer, in the broadest sense, to antibodies lacking the light chain of a conventional antibody. Since the homodimeric HCAbs lack a light chain and thus a VL domain, the antigen is recognized by one single domain, i.e., the variable domain of the heavy chain of a heavy chain antibody (VH or VHH when referring to the heavy chain variable domain of camelids). The term specifically includes, without limitation, homodimeric antibodies comprising the VHH antigen-binding domain and the CH2 and CH3 constant domains or a camelid antibody, in the absence of the CH1 domain; functional (antigen-binding) variants of such antibodies, soluble VH variants, Ig-NAR comprising a homodimer of one variable domain (V-NAR) and five C-like constant domains (C-NAR) and functional fragments thereof; and soluble single domain antibodies (sdAbs) or nanobodies. The heavy chain-only

antibodies of the present invention comprise at least one heavy chain variable (VH) domain in which the amino acid residue at the first position of FR4 (amino acid residue 101 according to Kabat numbering) is replaced by another residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with such residue. In one embodiment, the native amino acid residue is replaced by a charged amino acid residue, such as a positively charged amino acid residue. The heavy chain-only antibodies of the present invention preferably are human or chimeric antibodies, preferably comprising a Trp (W) to Arg (R) mutation at amino acid position 101 (W101R mutation). In one embodiment, the heavy chain-only antibodies herein are used as a binding (targeting) domain of a chimeric antigen receptor (CAR).

The term "soluble single domain antibody (sdAb)" is used to refer, in the broadest sense, to polypeptides comprising the heavy chain variable domain of a heavy-chain antibody or of a conventional IgG, in the absence of constant domains. The basic sdAb structure is usually comprised of four framework regions (FR1-FR4) interrupted by three complementary determining regions (CDR1-CDR3). Thus, a sdAb may be represented by the following structure: FR1-CDR1-FR2-CDR2-FR3-CDR3-FR4. For further review, see, e.g. Holt et al, "Domain antibodies:proteins for therapy" Trends in Biotechnology (2003):Vol. 21, No. 11:484-490.

Antibodies of the invention include multi-specific antibodies. Multi-specific antibodies have more than one binding specificity. The term "multi-specific" specifically includes "bispecific" and "trispecific," as well as higher-order independent specific binding affinities, such as higher-order polyepitopic specificity, as well as tetravalent antibodies and antibody fragments. The terms "multi-specific antibody," multi-specific single chain-only antibody" and "multi-specific HCAb" are used herein in the broadest sense and cover all antibodies with more than one binding specificity.

The term "valent" as used herein refers to a specified number of binding sites in an antibody molecule.

A "multi-valent" antibody has two or more binding sites. Thus, the terms "bivalent", "trivalent", and "tetravalent" refers to the presence of two binding sites, three binding sites, and four binding sites, respectively. A bispecific antibody according to the invention is at least bivalent and may be trivalent, tetravalent, or otherwise multi-valent. Multi-specific single chain-only antibodies of the present invention, e.g., bispecific antibodies, include multi-valent single chain-only antibodies.

The term "chimeric antigen receptor" or "CAR" is used herein in the broadest sense to refer to an engineered receptor, which grafts a desired binding specificity (e.g. the antigen-binding region of a monoclonal antibody or other ligand) to membrane-spanning and intracellular-signaling domains. Typically, the receptor is used to graft the specificity of a monoclonal antibody onto a T cell to create *J Natl Cancer Inst,* 2015; 108(7):dvj439; and Jackson et al., *Nature Reviews Clinical Oncology*, 2016; 13:370–383. A representative CAR-T construct comprising a human VH extracellular binding domain is shown in FIG. 6.

By "recombinant immunoglobulin (Ig) locus" is meant an Ig locus that lacks a portion of the endogenous Ig locus and/or comprises at least one fragment that is not endogenous to the Ig locus in the subject mammal. Such a fragment may be human or non-human, and may include any Ig gene segment or portion thereof, or may constitute the entire Ig locus. A recombinant Ig locus is preferably a functional locus capable of undergoing gene rearrangement and producing a repertoire of immunoglobulins in the transgenic animal. Recombinant Ig loci include

recombinant Ig light chain loci and recombinant Ig heavy chain loci. Once incorporated into the genome of a host, an artificial Ig locus may be referred to as a recombinant Ig locus.

By "transgenic antibody" is meant an antibody encoded by a recombinant Ig locus and produced by or otherwise derived from a transgenic non-human mammal comprising the recombinant Ig locus in accordance with the invention. A transgenic antibody derived from a subject transgenic mammal includes a transgenic antibody produced using an isolated cell or nucleic acid obtained from the subject transgenic animal, or using a cell or nucleic acid derived from an isolated cell or nucleic acid obtained from the subject transgenic animal. In a preferred embodiment, a transgenic antibody comprises an amino acid sequence encoded by an integrated donor polynucleotide or portion thereof.

The term "Ig gene segment" as used herein refers to segments of DNA encoding various portions of an Ig molecule, which are present in the germline of non-human animals and humans, and which are brought together in B cells to form rearranged Ig genes. Thus, "Ig gene segments" as used herein can refer to V gene segments, D gene segments. J gene segments and C region genes, as well as portions thereof.

The term "human Ig gene segment" as used herein includes both naturally occurring sequences of a human Ig gene segment, degenerate forms of naturally occurring sequences of a human Ig gene segment, as well as synthetic sequences that encode a polypeptide sequence substantially identical to the polypeptide encoded by a naturally occurring sequence of a human Ig gene segment. By "substantially" is meant that the degree of amino acid sequence identity is at least about 85%-95%. Preferably, the degree of amino acid sequence identity is greater than 90%, more preferably greater than 95%.

The term “heavy chain-only locus” as defined herein refers to a locus encoding a VH domain in which the first amino acid residue of the antibody FR4 region is positively charged, comprising one or more V gene segments, one or more D gene segment and one or more J gene segments, optionally linked to one or more heavy chain effector region gene segments, each of which encodes an antibody constant effector region lacking CH1 domain functionality. Preferably, the heavy chain-only locus comprises from about five to about twenty V gene fragments, about two to about 40 D gene fragments, and about two to about twenty J gene fragments, where the V/D/J fragments are preferably of human origin. The terms “D gene segment” and “J gene segment” also include within their scope derivatives, homologues and fragments thereof as long as the resultant segment can recombine with the remaining components of a heavy chain antibody locus as herein described to generate a heavy chain-only antibody. D and J gene segments may be derived from naturally-occurring sources or they may be synthesized using methods familiar to those skilled in the art and described herein. In one embodiment, in the J4 gene segment a codon for W (TGG) is replaced by a codon for R (CGG) to encode an R instead of W at the first amino acid position of FR4 (position 101 of the heavy chain-only antibody following Kabat numbering). D and J gene segments may incorporate codons for defined additional amino acid residues or defined amino acid substitutions or deletions to increase CDR3 diversity. The term “V gene segment” encompasses naturally occurring V gene segments derived from a non-human animal, such as a non-human mammal, e.g. rodent engineered to introduce a positively charged amino acid residue at the first residue of the FR4 region. The “V gene segment” must be capable of recombining

with a D gene segment, a J gene segment and a heavy chain constant region, which excludes a CH1 exon, to generate a heavy chain-only antibody herein when the nucleic acid is expressed.

By "human idiotype" is meant a polypeptide sequence epitope present on a human antibody in the immunoglobulin heavy and/or light chain variable region. The term "human idiotype" as used herein includes both naturally occurring sequences of a human antibody, as well as synthetic sequences substantially identical to the polypeptide found in naturally occurring human antibodies. By "substantially" is meant that the degree of amino acid sequence identity is at least about 85%-95%. Preferably, the degree of amino acid sequence identity is greater than 90%, more preferably greater than 95%.

By a "chimeric antibody" or a "chimeric immunoglobulin" is meant an immunoglobulin molecule comprising amino acid sequences from at least two different Ig loci, e.g., a transgenic antibody comprising a portion encoded by a human Ig locus and a portion encoded by a rat Ig locus. Chimeric antibodies include transgenic antibodies with non-human Fc-regions or artificial Fc-regions, and human idiotypes. Such immunoglobulins can be isolated from animals of the invention that have been engineered to produce such chimeric antibodies.

"Binding affinity" refers to the strength of the sum total of noncovalent interactions between a single binding site of a molecule (*e.g.*, an antibody) and its binding partner (*e.g.*, an antigen). Unless indicated otherwise, as used herein, "binding affinity" refers to intrinsic binding affinity which reflects a 1:1 interaction between members of a binding pair (*e.g.*, antibody and antigen). The affinity of a molecule X for its partner Y can generally be represented by the dissociation constant (Kd). The Kd of the HCAbs of the present invention is typically between about 1 pm and about 1 μm For example, the Kd can be about 200 nM, 150 nM, 100 nM, 60 nM, 50 nM, 40 nM, 30 nM, 20 nM, 10 nM, 8 nM, 6 nM, 4 nM, 2 nM, 1 nM, or stronger. Affinity can be measured by common methods known in the art. Low-affinity antibodies generally bind antigen slowly and tend to dissociate readily, whereas high-affinity antibodies generally bind antigen faster and tend to remain.

As used herein, the "Kd" or "Kd value" refers to a dissociation constant measured by using surface plasmon resonance assays, for example, using a BIAcore™-2000 or a BIAcore™-3000 (BIAcore, Inc., Piscataway, N.J.) at 25 °C. with immobilized antigen CM5 chips at .about.10 response units (RU). For further details see, *e.g.*, Chen *et al.*, *J. Mol. Biol.* 293:865-881 (1999).

An "epitope" is the site on the surface of an antigen molecule to which a single antibody molecule binds. Generally an antigen has several or many different epitopes and reacts with many different antibodies. The term specifically includes linear epitopes and conformational epitopes.

"Polyepitopic specificity" refers to the ability to specifically bind to two or more different epitopes on the same or different target(s).

An antibody binds "essentially the same epitope" as a reference antibody, when the two antibodies recognize identical or sterically overlapping epitopes. The most widely used and rapid methods for determining whether two epitopes bind to identical or sterically overlapping epitopes are competition assays, which can be configured in all number of different formats, using either labeled antigen or labeled antibody. Usually, the antigen is immobilized on a 96-well plate, and the ability of unlabeled antibodies to block the binding of labeled antibodies is measured using radioactive or enzyme labels.

"Epitope mapping" is the process of identifying the binding sites, or epitopes, of antibodies on their target antigens. Antibody epitopes may be linear epitopes or conformational epitopes. Linear epitopes are formed by a continuous sequence of amino acids in a protein. Conformational epitopes are formed of amino acids that are discontinuous in the protein sequence, but which are brought together upon folding of the protein into its three-dimensional structure.

"Tumor", as used herein, refers to all neoplastic cell growth and proliferation, whether malignant or benign, and all pre-cancerous and cancerous cells and tissues. The term "tumor" includes both solid tumors and hematologic cancers.

The terms "cancer" and "cancerous" refer to or describe the physiological condition in mammals that is typically characterized by unregulated cell growth. Examples of cancer include but are not limited to, carcinoma, lymphoma, blastoma, sarcoma, and leukemia. More particular examples of cancers include breast cancer, gastric cancer, squamous cell cancer, glioblastoma, cervical cancer, ovarian cancer, liver cancer, bladder cancer, hepatoma, colon cancer, colorectal cancer, endometrial carcinoma, salivary gland carcinoma, kidney cancer, renal cancer, prostate cancer, vulval cancer, thyroid cancer, hepatic carcinoma, head and neck cancer, rectal cancer, colorectal cancer, lung cancer including small-cell lung cancer, non-small cell lung cancer, adenocarcinoma of the lung and squamous carcinoma of the lung, squamous cell cancer (e.g. epithelial squamous cell cancer), prostate cancer, cancer of the peritoneum, hepatocellular cancer, gastric or stomach cancer including gastrointestinal cancer, pancreatic cancer, glioblastoma, retinoblastoma, astrocytoma, thecomas, arrhenoblastomas, hepatoma, hematologic malignancies including non-Hodgkins lymphoma (NHL), multiple myeloma and acute hematologic malignancies, endometrial or uterine carcinoma, endometriosis, fibrosarcomas, choriocarcinoma, salivary gland carcinoma, vulval cancer, thyroid cancer, esophageal carcinomas, hepatic carcinoma, anal carcinoma, penile carcinoma, nasopharyngeal carcinoma, laryngeal carcinomas, Kaposi's sarcoma, melanoma, skin carcinomas, Schwannoma, oligodendroglioma, neuroblastomas, rhabdomyosarcoma, osteogenic sarcoma, leiomyosarcomas, urinary tract carcinomas, thyroid carcinomas, Wilm's tumor, as well as B-cell lymphoma (including low grade/follicular non-Hodgkin's lymphoma (NHL); small lymphocytic (SL) NHL; intermediate grade/follicular NHL; intermediate grade diffuse NHL; high grade immunoblastic NHL; high grade lymphoblastic NHL; high grade small non-cleaved cell NHL; bulky disease NHL; mantle cell lymphoma; AIDS-related lymphoma; and Waldenstrom's Macroglobulinemia); chronic lymphocytic leukemia (CLL); acute lymphoblastic leukemia (ALL); Hairy cell leukemia; chronic myeloblastic leukemia; and post-transplant lymphoproliferative disorder (PTLD), as well as abnormal vascular proliferation associated with phakomatoses, and Meigs' syndrome.

## II. Detailed Description

The HCAbs of the invention are human or chimeric having the native amino acid residue at the first position of the FR4 region (amino acid position 101 according to the Kabat numbering system), substituted by another amino acid residue, which is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position. Such hydrophobic patches are normally buried in the interface with the antibody light chain constant region but become surface exposed in HCAbs and are, at least

partially, for the unwanted aggregation and light chain association of HCAbs. The substituted amino acid residue preferably is charged, and more preferably is positively charged. The resultant HCAbs preferably have high antigen-binding affinity and solubility under physiological conditions in the absence of aggregation.

Specifically included are heavy-chain only antibodies lacking the camelid VHH framework and mutations, and their functional VH regions. Such heavy-chain only antibodies can, for example, be produced in transgenic rats or mice which comprise fully human heavy chain-only gene loci as described, e.g. in WO2006/008548, but other transgenic mammals, such as rabbit, guinea pig, rat can also be used, rats and mice being preferred.. Heavy chain only antibodies, including their VHH or VH functional fragments, can also be produced by recombinant DNA technology, by expression of the encoding nucleic acid in a suitable eukaryotic or prokaryotic host, including E. coli or yeast.

Domains of heavy-chain only antibodies combine advantages of antibodies and small molecule drugs: can be mono- or multi-valent; have low toxicity; and are cost-effective to manufacture. Due to their small size, these domains are easy to administer, including oral or topical administration, are characterized by high stability, including gastrointestinal stability; and their half-life can be tailored to the desired use or indication. In addition, VH and VHH domains of HCAbs can be manufactured in a cost effective manner.

In one embodiment, domains of HCAbs are nanobodies, as hereinabove defined.

In one embodiment, the HCAb binding domains are part of a multi-specific binding protein that bind to multiple different epitopes of the same target antigen or multiple different epitopes on more than one target antigen. In one embodiment, the antibody is a bispecific antibody. Various multi-specific structures comprising human VH binding domains are illustrated in FIG. 7. The multi-specific, or bi-specific, HCAbs of the present invention may, for example, bind to two or more sites on the same soluble target, or two or more sites on the same cell surface (receptor) target, such as tumor antigen, or one or more soluble targets and one or more cell surface receptor targets. In certain embodiments, the bispecific HCAb structures herein have the following binding affinities: epithelial cell adhesion molecule (EpCam) × CD3; CD19 × CD3; EpCam × CD3; TNF-α x IL-17; IL-1α × IL-1β; CD30 × CD16A; human epidermal growth factor receptor 2 (HER2) × HER3; IL-4 × IL-13; angiopoietin 2 (Ang-2) × vascular endothelial growth factor a (VEGF-A); Factor IXa × Factor X; epidermal growth factor receptor (EGFR) × HER3; IL-17A × IL-17F; HER2 × HER3; carcinoembryonic antigen × CD3; CD20 × CD3; CD123 × CD3; BCMA ×CD3, PSMA × PSCA × CD3, PSMA × CD3, PSCA × CD3, CD19 × CD22 × CD3, CD22 × CD3, CD38 × PD1, CD38 × PD-L1, CD38 × CD73, CD38 × CD39, PD1 × CD39 × CD73, and PD1 × CD73.

In a preferred embodiment, the HCAbs herein are produced by transgenic animals, including transgenic mice and rats, preferably rats, in which the endogenous immunoglobulin genes are knocked out or disabled. In a preferred embodiment, the HCAbs herein are produced in UniRat™. UniRat™ have their endogenous immunoglobulin genes silenced and use a human immunoglobulin heavy-chain translocus to express a diverse, naturally optimized repertoire of fully human HCAbs. While endogenous immunoglobulin loci in rats can be knocked out or silenced using a variety technologies, in UniRat™ the zinc-finger (endo)nuclease (ZNF) technology was used to inactivate the endogenous rat heavy chain J-locus, light chain Cκ locus and light chain Cλ locus. ZNF constructs for microinjection into oocytes can produce IgH and IgL knock out (KO) lines. For details see, e.g.

Geurts et al., 2009, *Science* 325:433 Characterization of Ig heavy chain knockout rats has been reported by Menoret et al., 2010, *Eur. J. Immunol.* 40:2932-2941. Advantages of the ZNF technology are that non-homologous end joining to silence a gene or locus via deletions up to several kb can also provide a target site for homologous integration (Cui et al., 2011, *Nat Biotechnol* 29:64-67. UniRat™ HCAbs bind epitopes that cannot be attacked with conventional antibodies. Their high specificity, affinity, and small size make them ideal for mono- and poly-specific applications.

In the heavy chain-only antibodies of the present invention the native amino acid residue at the first position of the fourth framework region (FR4) is replaced by a different amino acid residue, that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position. In one embodiment, the substituted amino acid residue is charged. In another embodiment, the substituted amino acid residue is positively charged, such as lysine (Lys, K), arginine (Arg, R) or histidine (His, H), preferably arginine (R). As shown in the alignment of FIG. 5 VH sequences from heavy chain antibodies in the same CDR3 family all contain a Trp (W) at position 101, thus in a preferred embodiment the heavy chain-only antibodies derived from the transgenic animals of the present invention contain a Trp to Arg mutation at position 101.

The human or chimeric heavy chain-only antibodies of the present invention can be generated against any desired target antigen and have great potential for a variety of clinical applications. Target antigens for therapeutic applications include, without limitation, EGFR, ErbB2 (HER2), ErbB3 (HER3), ErbB4 (HER4), CTLA-4/CD152, RANKL, TNF-α, CD20, IL-12/IL-23, IL1-β, IL-17A, IL-17F, CD38, NGF, IGF-1, IL-12, CD20, CD30, CD39, CD73, CD40, PD-1, PDL-1, PD-L2, BCMA, BTLA, thymic stromal lymphopoietin (TSP), Follicle Stimulating Hormone Receptor (FSHR), Prostate Specific Membrane Antigen (PSMA), Prostate Stem Cell Antigen (PSCA), CD137, OX-40, and IL-33. Therapeutic indications include, without limitation, treatment of solid tumors, hematologic tumors, inflammatory diseases, such as rheumatoid arthritis, psoriasis, Crohn's disease, ulcerative colitis, metabolic disorders, cardiovascular diseases, respiratory, dermatologic, central nervous system, hematologic, eye/ear, liver diseases.

Target tumors include, for example, breast cancer, gastric cancer, squamous cell cancer, glioblastoma, cervical cancer, ovarian cancer, liver cancer, bladder cancer, hepatoma, colon cancer, colorectal cancer, endometrial carcinoma, salivary gland carcinoma, kidney cancer, renal cancer, prostate cancer, vulval cancer, thyroid cancer, hepatic carcinoma, head and neck cancer, rectal cancer, colorectal cancer, lung cancer including small-cell lung cancer, non-small cell lung cancer, adenocarcinoma of the lung and squamous carcinoma of the lung, squamous cell cancer (e.g. epithelial squamous cell cancer), prostate cancer, cancer of the peritoneum, hepatocellular cancer, gastric or stomach cancer including gastrointestinal cancer, pancreatic cancer, glioblastoma, retinoblastoma, astrocytoma, thecomas, arrhenoblastomas, hepatoma, hematologic malignancies including non-Hodgkins lymphoma (NHL), multiple myeloma (MM) and acute hematologic malignancies, endometrial or uterine carcinoma, endometriosis, fibrosarcomas, choriocarcinoma, salivary gland carcinoma, vulval cancer, thyroid cancer, esophageal carcinomas, hepatic carcinoma, anal carcinoma, penile carcinoma, nasopharyngeal carcinoma, laryngeal carcinomas, Kaposi's sarcoma, melanoma, skin carcinomas, Schwannoma, oligodendroglioma, neuroblastomas, rhabdomyosarcoma, osteogenic sarcoma, leiomyosarcomas, urinary tract carcinomas, thyroid carcinomas, Wilm's

tumor, as well as B-cell lymphoma (including low grade/follicular non-Hodgkin's lymphoma (NHL); small lymphocytic (SL) NHL; intermediate grade/follicular NHL; intermediate grade diffuse NHL; high grade immunoblastic NHL; high grade lymphoblastic NHL; high grade small non-cleaved cell NHL; bulky disease NHL; mantle cell lymphoma; AIDS-related lymphoma; and Waldenstrom's Macroglobulinemia); chronic lymphocytic leukemia (CLL); acute lymphoblastic leukemia (ALL); Hairy cell leukemia; chronic myeloblastic leukemia; and post-transplant lymphoproliferative disorder (PTLD), as well as abnormal vascular proliferation associated with phakomatoses, and Meigs' syndrome.

Further details of the invention are illustrated by the following non-limiting Examples, which use the following abbreviations:

| | |
|---|---|
| BAC | Bacterial artificial chromosome |
| YAC | Yeast artificial chromosome |
| ZFN | Zinc-finger nuclease |
| H | Heavy chain |
| C | Constant region |
| V | Variable region |
| D | Diversity segment |
| J | Joining segment |

## EXAMPLES

### **Example 1: Generation of genetically engineered rats expressing heavy chain-only antibodies (HCAbs)**

Previously identified, characterized and, in part, modified BACs and YACs accommodate human heavy chain variable region genes and rat constant region genes (Osborn et al., 2013, *J. Immunol.* 190:1481-1490; Ma et al., 2013, *J. Immunol. Methods* 400-401:78-86). To enable heavy-chain antibody expression, a rat constant region BAC was modified by removal of Cμ and deletion of $C_H1$ exons in all Cγs. Heavy-chain-only expression was then enforced by silencing of the endogenous heavy and light chain (kappa and lambda) loci.

Construction of modified human IgH loci on YACs and BACs.

A 'human – rat' IgH locus was constructed and assembled in several parts. This involved the modification and joining of rat C region genes downstream of human $J_H$s and subsequently, the upstream addition of the human $V_H6$ –D-segment region. Two BACs with separate clusters of human $V_H$ genes [BAC6 and BAC3] were then co-injected with the BAC termed Georg, encoding the assembled and modified region comprising human $V_H6$ – all Ds – all $J_H$s - rat Cγ2a/1/2b ($\Delta C_H1$).

For the introduction of modifications at precise locations in the DNA sequence and for simultaneously joining multiple large DNA regions, technologies were developed to assemble sequences with overlapping ends in *S. cerevisiae* as circular YAC (cYAC) and, subsequently, to convert such cYACs into BACs. Advantages of YACs

include their capacity to retain large DNA inserts, the ease of homologous alterations in the yeast host and the maintenance of sequence stability especially in the highly repetitive regions (e.g. switch regions, enhancers). On the other hand BACs, propagated in *E. coli*, offer the advantages of easy preparation and large yield. In addition, detailed restriction mapping and sequence analysis can be better achieved from BACs than YACs. Two self-replicating *S. cerevisiae*/*E. Coli* shuttle vectors, pBelo-CEN-URA and pCAU were constructed. Briefly, *S. cerevisiae* CEN4 was cut out as an AvrII fragment from pYAC-RC (Marchuk and Collins, 1988; *Nucleic Acids Res.* 16(15):7743) and ligated to SpeI–linearised pAP599 (Ma *et al*. *Mol Microbiol.* 2007; 66(1):14-25). The resulting plasmid contains CEN4 cloned downstream of URA3. From this, an ApaLI–BamHI URA3 - CEN4 fragment was cut out, and ligated to ApaLI and BamHI digested pBACBelo11 (New England Biolabs) to yield pBelo-CEN-URA. The *S. cerevisiae* autonomously replicating sequence ARS209 was synthesized and cloned into a unique SexAI site in pBelo-CEN-URA to yield pCAU.

To facilitate the modifications of human $J_H4$, rat Cμ and Cγ1 regions, a ~ 37 kb SacII-fragment spanning from ~ 2.2 kb upstream of the human $J_Hs$ to ~ 5.5 kb downstream of the rat Cγ1 coding region was cut out from the BAC construct Annabel (Osborn *et al*., 2013; *J. Immunol.* 190:1481-1490) and cloned into a unique SacII site in pBelo-CEN-URA [pBelo + SacII, 37 kb]. In addition, to modify the rat Cγ2b region, a ~ 19 kb SacII – SwaI fragment from Annabel spanning from ~ 6.9 kb upstream of the γ2b switch region to ~ 2.0 kb downstream of the Cγ2b coding region was cloned into SacII and HpaI – double digested pBelo-CEN-URA [pBelo + SacII – SwaI, 19 kb]. Both plasmids were used as templates for amplifying various human and rat genomic regions and to establish the required restriction fragments.

The DNA region spanning from ~ 3.1 kb upstream of the human $J_Hs$ and including rat Cμ with some 3' region was modified and assembled in pCAU as a 16.7 kb SnaBI – FspI fragment. The modified region includes all authentic human $J_Hs$ except a T → C point mutation being introduced into $J_H4$ (resulting into a W → R amino acid change) followed by the rat intergenic region from the $J_Hs$ until μCH1, which was deleted along with the rest of Cμ coding region and replaced precisely by rat Cγ2a sequence lacking $C_H1$ (starting from the intron immediately upstream of Hinge to the 3' end of the membrane exons). This construct was derived by the assembly of the following 5 overlapping fragments in yeast as cYAC and then converted into a BAC: an amplified ~ 4.3 kb fragment using primers HC27 – 1 and – 2 covering the region upstream of human $J_H$ to mutated $J_H4$ (the point mutation introduced via the latter primer indicated by G), an amplified ~3.4 kb fragment using primers HC27 – 3 and – 4 spanning from mutated $J_H4$ (indicated by C) to upstream of the μ switch region, a ~5.2 kb AflII – fragment encompassing the μ switch region and the flanking sequences cut out from pBelo + SacII 37 kb, an amplified rat Cγ2a lacking $C_H1$ fused to sequences flanking rat Cμ using long primers HC27 – 5 and – 6, and amplification of the pCAU vector using primers HC27 – 7 and – 8. This resulted in pCAU + HuJ - Rat Cγ2a(-CH1). All modified regions were checked by sequencing to confirm the accuracy.

Rat Cγ1 lacking $C_H1$ and Cγ2b lacking $C_H1$ were individually generated via PCR. A ~1.7 kb fragment located immediately upstream of the Cγ1 coding region with a 3' tail matching the 5' end of the intron between $C_H1$ and hinge was amplified using primers HC27 – 9 and – 10. Cγ1 was amplified as a ~ 3.9 kb fragment from the

intron between $C_H1$ and hinge to the 3' end of the coding region using primers HC27 – 11 and – 12. Subsequently, the ~ 1.7 kb and ~ 3.9 kb fragments were both gel purified and joined via overlapping PCR using primers HC27 – 9 and – 12 to yield a ~ 5.6 kb fragment. Similarly, for Cγ2b without $C_H1$, a ~ 0.3 kb fragment upstream of the Cγ2b coding region was amplified using primers HC27 – 13 and – 14, and a ~ 5.4 kb fragment - spanning the area from the intron between $C_H1$ and hinge to the 3' end of the coding region - was amplified using primers HC27 – 15 and – 16, and subsequently, these two fragments were joined via overlapping PCR using primers HC27 – 13 and – 16 to yield a ~ 5.7 kb fragment. pCAU + Rat Cγ1, 2b(-CH1s) was constructed to contain the following: 100 bp homology region matching the 3' end of rat Cμ, followed by Cγ1 and Cγ2b in the genomic configuration except the $C_H1$s of both were deleted. Six overlapping fragments were used to construct pCAU + Rat Cγ1, 2b(-CH1s): a ~ 10.2 kb SpeI – NarI fragment spanning from the 3' Cμ homology region followed by the γ1 switch region cut out from pBelo + SacII, 37 kb, the ~5.6 kb PCR fragment containing Cγ1 without $C_H1$ as described above, an amplified ~ 7.4 kb fragment covering the intergenic region between Cγ1 and Cγ2b using primers HC27 – 17 and – 18, a ~ 11.3 kb XhoI fragment encompassing the rat Cγ2b switch region cut out from pBelo + SacII – SwaI 19 kb, the ~ 5.7 kb PCR fragment containing Cγ2b without $C_H1$, and the amplified pCAU vector using primers HC27 – 19 and – 20. The rat genomic region in pCAU + Rat Cγ1, 2b(-CH1s) can be cut out as a single ~ 40 kb FspI fragment.

Finally, the BAC (Georg) encoding the human $V_H6$ -Ds - $J_H$s-rat C regions with all the modifications was assembled using the following four overlapping fragments: a purified ~ 78.2 kb FspAI – MluI fragment encompassing the human $V_H6$ –Ds region cut out from BAC10 (CTD-3216M13, Invitrogen), the 16.7 kb SnaBI – FspI fragment cut out from pCAU + HuJ - Rat Cγ2a(-CH1) as described above, the ~ 40 kb FspI fragment cut out from pCAU + Rat Cγ1, 2b(-CH1s), and a purified ~ 77.2 kb SwaI – SacII fragment cut out from construct Annabel which includes the intergenic region between Cγ2b and $C_\varepsilon$ followed by $C_\varepsilon$, $C_\alpha$, the 3' enhancer region, the pBelo-CEN-URA vector, and the 5' region upstream of human $V_H6$. This final construct was checked extensively via restriction mapping and partial sequencing. The (human $V_H6$ -Ds - $J_H$s-rat C) region can be cut out and purified as a ~ 201 kb NotI fragment.

BAC6 contains the human genomic region from VH4-39 to VH3-23, while BAC3 contains a downstream region from VH3-11 to VH6-1 (the most D proximal VH gene). To provide an overlap between BAC6 and BAC3, a 10.6 kb fragment located at the 5' end of the human $V_H$ loci in BAC3 was integrated downstream of VH3-23 in BAC6 as described previously (Osborn et al. 2013, supra). The human $V_H$ genes in BAC6 were cut out as a ~182-kb AsiSI -AscI fragment. BAC3 was unmodified and the human $V_H$ genes in this BAC were cut out as a ~ 173 kb NotI – fragment.

Oligonucleotides:

HC27 – 1: GTATTACACACAAAATGGGAAAAGCTG (SEQ ID NO: 1)

HC27 – 2: CCGGTAGTCAAAGTAGTCACATTGTGGGAGGC (SEQ ID NO: 2)

HC27 – 3:

CCTTAATGGGGCCTCCCACAATGTGACTACTTTGACTACCGGGGCCAGGGAACCCTGGTCACCG (SEQ ID NO: 3)

HC27 – 4: GAATCCTAGGATTGCCTTCTTAGCCTG (SEQ ID NO: 4)

HC27 – 5: CCATAGACCAAACTTACCTACTATCTAGTCCTGCCAACCTTAAGAGCAGCAACATGGAGACAGCAGAGTGTAGAGAGATCTCCTGACTGGCAGGAGGCAAGAAGATGGATTCTTACTCGTCCATTTCTCTTTTATCCCTCTCTGGTCCTAGAGAACAACCAGGGGATGAGGGGCTC (SEQ ID NO: 5)

HC27 – 6: GCACAAGTGGACAAAGTCTTTGGCCAGTCTAGAAAGAAGCCCGTCTCAGAGATCAAAGCTGGAGGGCAACACAGGAAAGATGTGGGAATAAGTTTACTAGTCATACAGGCAGGAACCCCAGGCCCAGAGGTAGTGTCCCTGTGGGAGGGTCTCTTGCTCTCTGATGTCCTTCCATGCTGAGAGTTAGGGCCCTTGTCCAATCATGTTC (SEQ ID NO: 6)

HC27 – 7: GAATTTTGCCCAAGTTTTTTCAGCTTTTCCCATTTTGTGTGTAATACGTACACACCGCAGGGTAATAACTG (SEQ ID NO: 7)

HC27 – 8: GACGGGCTTCTTTCTAGACTGGCCAAAGACTTTGTCCACTTGTGCGCAGTTATCTATGCTGTCTCACCATAGAG (SEQ ID NO: 8)

HC27 – 9: GGAGGTCTAGGCTGGAGCTGATCCAG (SEQ ID NO: 9)

HC27 – 10: CCTCGTCCCCTGGTTGTTCTCTCAAGAAAAAGTATGCGTGATCATTTTGTC (SEQ ID NO: 10)

HC27 – 11: AGAGAACAACCAGGGGACGAGG (SEQ ID NO: 11)

HC27 – 12: GTCCACATAGTCCTCCAGAGAGAGAAG (SEQ ID NO: 12)

HC27 – 13: GACCCAAGTCCAGTTCCCAACAACCAC (SEQ ID NO: 13)

HC27 – 14: CCTCGTCCCCTGGTTGTCCTCTCAAGAGAGGAGGGAGTGTGAGCTTTTCC (SEQ ID NO: 14)

HC27 – 15: AGAGGACAACCAGGGGACGAGGGGCTC (SEQ ID NO: 16)

HC27 – 16: GCATGGGGAAGGGGCATTGTATGTAGG (SEQ ID NO: 17)

HC27 – 17: CAGATCACACTGTCTGCTCACTTCAC (SEQ ID NO: 18)

HC27 – 18: AAGGCAGCAGGATGGAAGCTGATGTCG (SEQ ID NO: 19)

HC27 – 19: GCTGGAGGGCAACACAGGAAAGATGTGGGAATAAGTTTACTAGTCATACAGGCAGGAACCCCAGGCCCAGAGGTAGTGTCCCTGTGGGAGGGTCTCTTGCGCACACACCGCAGGGTAATAACTG (SEQ ID NO: 20)

HC27 – 20: GATTTAAATGTCAATTGGTGAGTCTTCTGGGGCTTCCTACATACAATGCCCCTTCCCCATGCGCAGTTATCTATGCTGTCTCACCATAGAG (SEQ ID NO: 21)

Construction of Georg II

A 'human – rat' IgH locus was constructed and assembled in several parts. This involved the modification and joining of rat C region genes downstream of mutated human $J_{H1}$ – $J_{H6}$ each containing a point mutation encoding W → R and subsequently, the upstream addition of the human $V_H$6-1 –D-segment region. This BAC is named as Georg II.

Firstly, the mutated human $J_{H1}$ – $J_{H6}$ is synthesized in a 2.3 kb ScaI fragment (Thermo Fisher Scientific, see below).

Secondly, the mutated human $J_{H1}$ – $J_{H6}$ is joined with ~ 3.1 kb DNA region upstream of human $J_H$s and ~ 11.4 kb region spanning from rat sequence immediately downstream of $J_{Hs}$ to rat Cμ whose coding region has been replaced by rat Cγ2a coding region but lacking $C_H$1 in a BAC termed pCAU + HuJ(W-R)-Rat Cγ2a(-CH1). The entire modified region in this BAC can be cut out as a 16.7 kb SnaBI – FspI fragment. This BAC was derived by the assembly of the following 4 overlapping fragments in yeast as cYAC and then converted into a BAC: an amplified ~ 2.7 kb fragment using primers HC32 – 1 and – 2 covering the region upstream of human $J_{Hs}$, the 2.3 kb mutated human $J_{H1}$ – $J_{H6}$ . ScaI fragment, an amplified ~2.1 kb fragment using primers HC32 – 3 and – 4 covering rat region immediately downstream of $J_{Hs}$, and a ~ 18.4 kb MluI – HpaI fragment cut out from pCAU + HuJ - Rat Cγ2a(-CH1) (containing rat Cμ locus with coding region replaced by rat Cγ2a coding region lacking $C_H$1 and pCAU vector, described in 'HC27 construction method'). All modified regions were checked by sequencing to confirm the accuracy.

Finally, Georg II encoding the human $V_H$6-1 -Ds – mutated $J_H$s – modified rat C regions was assembled using the following 4 overlapping fragments: a purified ~ 78.2 kb FspAI – MluI fragment encompassing the human $V_H$6-1 –Ds region cut out from BAC10 (CTD-3216M13, Invitrogen), the 16.7 kb SnaBI – FspI fragment cut out from pCAU + HuJ(W-R)-Rat Cγ2a(-CH1) as described above, the ~ 40 kb FspI fragment cut out from pCAU + Rat Cγ1, 2b(-CH1s) (described in 'HC27 construction method'), and a purified ~ 77.2 kb SwaI – SacII fragment cut out from construct Annabel which includes the intergenic region between Cγ2b and $C_\varepsilon$ followed by $C_\varepsilon$, $C_\alpha$, the 3' enhancer region, the pBelo-CEN-URA vector, and the 5' region upstream of human $V_H$6-1. This final construct was checked extensively via restriction mapping and partial sequencing. The (human $V_H$6-1 -Ds – mutated $J_H$s- modified rat C) region can be cut out and purified as a ~ 201 kb NotI fragment.

Microinjection to generate HC32 and HC33 transgenic rats

BAC6 contains the human genomic region from VH4-39 to VH3-23, while BAC3 contains a downstream region from VH3-11 to VH6-1 (the most D proximal VH gene). To provide an overlap between BAC6 and BAC3, a 10.6 kb fragment located at the 5' end of the human $V_H$ loci in BAC3 was integrated downstream of VH3-23 in BAC6 as described previously (Osborn et al. 2013, *J. Immunol.* 190:1481-1490). The human $V_H$ genes in BAC6 were cut out as a ~182-kb AsiSI -AscI fragment. BAC3 was unmodified and the human $V_H$ genes in this BAC were cut out as a ~ 173 kb NotI – fragment. Both fragments were purified and co-injected with the ~ 201 kb NotI fragment from Georg II into rat embryos to construct HC32.

BAC9 contains the human genomic region from VH3-74 to VH3-53. BAC(14+5) contains a downstream region from VH3-53 to VH3-13 and a 6.1 kb region immediately upstream of VH6-1 was added to its 3' to provide

an overlap to Georg II. The human $V_H$ region in BAC9 was cut out as a ~185 kb NotI fragment, and that from BAC(14+5) was cut out as a ~ 209 kb BsiwI fragment. Both fragments were purified and co-injected with the ~ 201 kb NotI fragment from Georg II into rat embryos to construct HC33.

*DNA purification*

Linear YACs, circular YACs and BAC fragments after digests, were purified by electro-elution using Elutrap™ (Schleicher and Schuell) (Gu et al., *J. Biochem. Biophys Methods.*,1992, 24:45-50) from strips cut from 0.8% agarose gels run conventionally or from pulsed-field-gel electrophoresis (PFGE). The DNA concentration was usually several ng/µl in a volume of ~100µl. For fragments up to ~200 kb the DNA was precipitated and re-dissolved in micro-injection buffer (10 mM Tris-HCl pH 7.5, 100 mM EDTA pH 8 and 100 mM NaCl but without Spermine/Spermidine) to the desired concentration.

The purification of circular YACs from yeast was carried out using Nucleobond AX silica-based anion-exchange resin (Macherey-Nagel, Germany). Briefly, spheroplasts were made using zymolyase or lyticase and pelleted (Davies et al., 1996, Human antibody repertoires in transgenic mice: manipulation of transfer of YACs. In *Antibody Engineering: A Practical Approach.* J. McCafferty, H.R. Hoogenboom, and D. J. Chiswell eds. IRL, Oxford, U.K., p. 59-76). The cells then underwent alkaline lysis, binding to AX100 column and elution as described in the Nucleobond method for a low-copy plasmid. Contaminating yeast chromosomal DNA was hydrolyzed using Plasmid –Safe™ ATP-Dependent DNase (Epicentre Biotechnologies) followed by a final cleanup step using SureClean (Bioline). An aliquot of DH10 electrocompetent cells (Invitrogen) was then transformed with the circular YAC to obtain BAC colonies. For the separation of the insert DNA for microinjection, 150-200 kb, from BAC vector DNA, ~10 kb, a filtration step with Sepharose 4B-CL was used (Yang et al., 1997, *Nat. Biotechnol.* 1997, 15;859-865).

*Gel analyses*

Purified YAC and BAC DNA was analyzed by restriction digest and separation on conventional 0.7% agarose gels (Sambrook and Russell, 2001). Larger fragments, 50-200 kb, were separated by PFGE (Biorad Chef Mapper™) at $8^0$C, using 0.8% PFC Agarose in 0.5% TBE, at 2-20 sec switch time for 16 h, 6V/cm, 10mA. Purification allowed a direct comparison of the resulting fragments with the predicted size obtained from the sequence analysis. Alterations were analyzed by PCR and sequencing.

*Microinjection*

Outbred SD/Hsd strain animals were housed in standard microisolator cages under approved animal care protocols in animal facility that is accredited by the Association for the Assessment and Accreditation for Laboratory Animal Care (AAALAC). The rats were maintained on a 14-10 h light/dark cycle with *ad libitum* access to food and water. Four to five week old SD/Hsd female rats were injected with 20-25 IU PMSG (Sigma-Aldrich) followed 48 hours later with 20-25 IU hCG (Sigma-Aldrich) before breeding to outbred SD/Hsd males. Fertilized 1-cell stage embryos were collected for subsequent microinjection. Manipulated embryos were transferred to pseudopregnant SD/Hsd female rats to be carried to parturition.

Purified DNA encoding recombinant immunoglobulin loci was resuspended in microinjection buffer with 10 mM Spermine and 10 mM Spemidine. The DNA was injected into fertilized oocytes at various concentrations from 0.5 to 3 ng/µl.

Plasmid DNA or mRNA encoding ZFNs specific for rat immunoglobulin genes were injected into fertilized oocytes at various concentrations from 0.5 to 10 ng/ul.

*Zinc-finger Nucleases (ZFNs)*

ZFNs specific for rat immunoglobulin genes were generated.

The ZFN specific for rat Ckappa had the following binding site:
ATGAGCAGCACCCTCtcgttgACCAAGGCTGACTATGAA (SEQ ID NO: 22)

ZFNs specific for rat J-locus sequences had the following binding sites:

CAGGTGTGCCCATCCagctgaGTTAAGGTGGAG (SEQ ID NO: 23)

and

CAGGACCAGGACACCTGCAgcagcTGGCAGGAAGCAGGT (SEQ ID NO: 24)

ZFNs specific for rat Cγ-locus sequences had the following binding sites:

AACAGCCATTTGcagaccAAAGGGAAGGAAAGA (SEQ ID NO: 25)

and

TTCTACCCTGGTGTTATGacagtgGTCTGGAAGGCAGATGGT (SEQ ID NO: 26)

*Rats with transloci.*

Transgenic rats carrying artificial heavy chain immunoglobulin loci in unrearranged configuration were generated. RT-PCR and serum analysis (ELISA) of transgenic rats revealed productive rearrangement of transgenic immunoglobulin loci and expression of heavy chain only antibodies of various isotypes in serum. Immunization of transgenic rats resulted in production of high affinity antigen-specific heavy chain only antibodies.

*Novel Zinc-finger-nuclease knock-out technology.*

For further optimization of heavy chain-only antibody generation in transgenic rats, knockout rats with inactivated endogenous rat immunoglobulin loci were generated.

For the inactivation of rat heavy immunoglobulin heavy chain expression and rat λ light chain expression, ZFNs were microinjected into single cell rat embryos. Subsequently, embryos were transferred to pseudopregnant female rats and carried to parturition. Animals with mutated heavy chain and light chain loci were identified by PCR. Analysis of such animals demonstrated inactivation of rat immunoglobulin heavy and light chain expression in mutant animals.

**Example 2: Generation of antigen-specific heavy chain-only antibodies (HCAbs) in rats**

For the generation of antigen-specific heavy chain-only antibodies in rats, genetically engineered rats expressing heavy chain only antibodies, such as those described in Example 1, are immunized in various ways.

*Immunization with inactivated virus*

Influenza viruses with various different hemagglutinin and neuraminidase genes is provided by the Immunology and Pathogenesis Branch, Influenza Division, CDC, Atlanta, GA. Virus stock is propagated in the allantois cavities of 10-day-old embryonated chicken eggs and purified through a 10%-50% sucrose gradient by means of ultracentrifugation. Viruses are resuspended in phosphate-buffered saline and inactivated by treatment with 0.05% formalin at 4°C for 2 weeks. Inactivated virus and alumn solution (Pierce) are mixed in a 3:1 ratio and incubated at room temperature for 1 h before immunization. Genetically engineered rats expressing heavy chain-only antibodies are immunized with whole inactive.

*Immunization with proteins or peptides*

Typically immunogens (proteins or peptides like human immunoglobulin kappa light chain, human IgM or IgG heavy chain, human serum albumin, protein-peptide conjugates) are diluted to 0.05-0.15 ml with sterile saline and combined with adjuvant to a final volume of 0.1-0.3ml. Many appropriate adjuvants are available (i.e. heat inactivated Bordetella pertussis, aluminium hydroxide gel, Quil A or saponin, bacterial lipopolysaccharide or anti-CD40) but none have the activity of Complete Freund's Adjuvant (CFA) and Incomplete Freund's Adjuvant (IFA). The concentration of soluble immunogens such as proteins and peptides may vary between 5 µg and 5mg in the final preparation. The first immunization (priming) with immunogen in CFA is administered intraperitoneally and/or subcutaneously and/or intramuscularly. If intact cells are used as immunogens they are best injected intraperitoneally and/or intravenously. Cells are diluted in saline and 1 to 20 million cells are administered per injection. Cells that survive in the rat will yield best immunization results. After the first immunization with immunogens in CFA a second immunization in IFA (booster) is usually delivered 4 weeks later. This sequence leads to the development of B cells producing high affinity antibodies. If the immunogen is weak booster immunizations are administered every 2 weeks until a strong humoral response is achieved. The immunogen concentrations can be lower in booster immunizations and intravenous routes can be used. Serum is collected from rats every 2 weeks to determine the humoral response.

Immunization with the Lipid II pentapeptides, Penicillin Binding Proteins, beta-lactamases, Sortases, and other membrane proteins of prokaryotes is conducted as outlined above.

*Immunization with Lipids, Glycolipids, and Carbohydrate Polymers*

Immunization with poly-N-acetyl-β-(1-6)-glucosamine (PNAG) and other Carbohydrate polymers

Purified dPNAG, PNAG or other carbohydrate polymers are conjugated to Diptheria Toxin, albumin or other carrier protein by reductive amination. Aldehyde groups are first introduced onto the surface of the carrier protein by treatment with glutaraldehyde. Activated carrier proteins are subsequently reacted with dPNAG (or other carbohydrate polymers) through its free amino groups in the presence of the reducing agent sodium NaCNBH3. Animals are immunized with PNAG and dPNAG-DT conjugates subcutaneously or footpads at day 0 and boosted at subsequent weeks with 0.15-100-µg doses of conjugated PNAG or dPNAG in Complete Freunds Adjuvant or other

Adjuvants. Boost immunizations are preferably in Incomplete Freunds. Blood is withdrawn weekly specific antibody titers are determined by ELISA. B cells are recovered from draining lymph nodes or spleen and hybridomas generated using standard methods. Alternatively, yeast cells are used to select for antigen-binding antibodies or fragments.

Immunization with Lipid II

Purified Lipid II with a C55 or shorter lipid tail are mixed with Titermax, liposomes, Ribi adjuvant or other adjuvants. In addition, proteins, such as KLH or ovalbumin, and immunostimulatory compounds, such as lipid A or Complete Freunds Adjuvant, are added to the mix. The primary immunization is performed with 0.1-1mg of Lipid II in the footpad or subcutaneously at day 0 and boosted at subsequent weeks with 0.15-100-µg doses of conjugated PNAG or dPNAG in Complete Freunds Adjuvant or other Adjuvants. Boost immunizations are preferably in Incomplete Freunds. Blood is withdrawn weekly specific antibody titers are determined by ELISA. B cells are recovered from draining lymph nodes or spleen and hybridomas generated using standard methods. Alternatively, yeast cells are used to select for antigen-binding antibodies or fragments.

Immunization with Lipid A

Core-lipid A is prepared according to the method of Bogard *et al.*, 1987, *Infection and Immunity*, 55:4, 899-908. Acinetobacter baumannii ATCC 19606 or other Gram-negative bacteria are cultured in Luria broth, collected by centrifugation, suspended in freeze-drying medium to a cell density of 109 CFU/mL and placed into pre-weight ampoule or glass vial to fill no more than 1/3 of the volume. Sterile cotton or glass wool is inserted into the neck of the ampoule or a bung is inserted into the vial. Sample is frozen slowly in an ultra low freezer and then the vacuum is applied overnight for primary drying. Secondary drying is performed by increasing the temperature to 20°C for several hours. Lyophilized samples is stored at 4°C. 10 mg of the lyophilized cells is suspended in 400 µL of isobutyric acid and 1M ammonium hydroxide (5:3, v/v) and incubated in a screw-cap test tube with stir bar at 100°C for 2 hours. Samples is cooled in ice water and centrifuged at 2000 x g for 15 minutes. The supernatant is transferred to a new tube, diluted with equal part water and lyophilized. The sample is washed twice with 400 µL of methanol and centrifuged at 2000 x g for 15 minutes and the bottom organic layers plus their interfaces are saved and dried under a stream of nitrogen.. Five milligrams of Lipid A is then suspended in 5 ml of 0.5% (wt/vol) triethylamide. (Sigma, St. Louis, Mo.) after which 5 mg of acid-treated bacteria is added. The mixture was stirred slowly for 30 min at room temperature and dried in vacuo with a Speed Vac centrifuge.

Lipid A-coated cells are used to immunize animals intraperitoneally or footpad. A dose of 50 µl of core LPS-coated cell suspension per injection was used in a 1:1 mixture with Freund's incomplete adjuvant (Difco) (De Kievit & Lam, Journal of Bacteriology, Dec. 1994, p. 7129-7139). Animals are immunized on days 0, 4, 9, 14, and 28. Hybridoma cell lines are screened for the production of anti-LPS antibodies by enzyme-linked immunosorbent assay (ELISA) and LPS purified from different sources (Avanti Polar Lipids, Alabaster, Ala). Supernatants are also tested on heat-killed or life gram-negative bacteria such as *Klebsiella* ., *E. coli*, *Pseudomonas aeruginosa*, *Acitenobacter Baumani*i, and *Salmonella*. Broadly reactive antibodies are selected and competition assays with Polymyxin B are performed.

*Minimum Inhibitory Concentration(MIC) of HCAbs*

A variety of laboratory methods can be used to measure the *in vitro* susceptibility of bacteria to antimicrobial agents. Either broth or agar dilution methods may be used to measure quantitatively the in vitro activity of an antimicrobial agent against a given bacterial isolate. To perform the tests, a series of tubes or plates is prepared with a broth or agar medium to which various concentrations of the antimicrobial agents are added. The tubes or plates are then inoculated with a standardized suspension of the test organism. After overnight incubation at 35 ± 2 °C, the tests are examined and the minimal inhibitory concentration (MIC) is determined. The final result is significantly influenced by methodology, which must be carefully controlled if reproducible results (intralaboratory and interlaboratory) are to be achieved. The MIC obtained using a dilution test tells the concentration of antimicrobial agent required to inhibit the infecting organism. The MIC, however, does not represent an absolute value. The "true" MIC is somewhere between the lowest test concentration that inhibits the organism's growth (that is, the MIC reading) and the next lower test concentration. If, for example, twofold dilutions were used and the MIC is 16 µg/mL, the "true" MIC would be between 16 and 8 µg/mL. Even under the best of controlled conditions, a dilution test may not yield the same end point each time it is performed. Generally, the acceptable reproducibility of the test is within one twofold dilution of the actual end point.

In vitro activity of the antibodies or fragments thereof and comparator antibiotics (Vancomycin, Polymyxins, Cephalosporins, or other beta-lactams ) will be tested by Broth Microdilution MIC assay according to the standard CLSI methodology (Clinical and Laboratory Standards Institute. 2003. Methods for dilution antimicrobial susceptibility tests for bacteria that grow aerobically. Approved standard M7-A7).

Activity of antibodies or fragments thereof are tested against *Staphylococcus aureus* ATCC 29213, Gram-positive and Gram-negative bacteria. MIC is determined as follows:

1. Bacterial inoculum preparation. Pick single colony of each strain from the fresh plate (less than 1 week old) and transfer to 5 ml of cation adjusted Muller – Hinton Broth (CAMHB). Incubate in a 37°C shaker overnight.

2. The next morning, do a 1:100 dilution of the overnight cultures (50 ul into 5 ml). Incubate 2-4 hours in a 37°C shaker.

3. After 2-4 hrs (absorbance aprox. 0.3 – 0.5 at 600 nm) centrifuge bacteria (5000 rpm, 5 min), resuspend in PBS, adjust cultures to MacFarland 0.5 and transfer 50 ul of adjusted culture into 9950 ul CAMHB, mix by vortexing.

4. After 2-4 hrs (absorbance aprox. 0.3 – 0.5 at 600 nm) centrifuge bacteria (5000 rpm, 5 min), resuspend in PBS, adjust cultures to MacFarland 0.5 and transfer 50 ul of adjusted culture into 9950 ul of 1.1x CAMHB (cation adjusted Muller – Hinton Broth), mix by vortexing.

5. Mother plate preparation [one mother plate for 10 daughter plates, one daughter plate per strain]: (prepare while bacteria are growing, step 5): Add 200 ul of compound stocks to first wells of the deep well plate and 100 ul DMSO to all other wells. Do 2-fold serial dilutions of compounds in wells 2-11 (transfer 100 ul from 1 to 2, mix 4 times by pipetting, transfer 100 ul from 2 to 3, mix etc., discard 100 ul from well 11). Well 12 is control with DMSO only.

Add 900 ul of sterilized distilled water to each well, mix by pipetting.

6. MIC plate preparation: Transfer 10ul from each well of mother plate to corresponding wells of daughter plates. Add 90 ul of bacterial inoculum to each well, mix by pipetting.

7. Incubate 24 hours at 37°C and score for growth. Growth is considered either a turbid well, an obvious pellet, or >3 pinpoints of bacteria present in the well. The lowest concentration of compound to show no growth is scored as the MIC.

Vancomycin MICs for Staphylococcus aureus vary between 0.1ug/ml and 10 ug/ml using the standard broth microdilution MIC assay. MICs of intact HCAbs for Staph. aureus vary between 0.025ug/ml and 25ug/ml. If variable region fragments or nanobodies are used the MIC for Staph. aureus varies between 0.008ug/ml and 8ug/ml.

(Vancomycin MIC of Staph. Aureus: 0.25-4 ug/ml, Vancomycin MIC of MRSA: 1-138 ug/ml, Mol. Weight Vancomycin is 1450 dalton, Mol. Weight of HCAb is 80,000 daltons, HCAb is ~50X heavier than Vancomycin, Affinity of Vancomycin for Lipid II is 50nM, Affinity of HCAb will be between 0.5 to 10 nM. HCAbs will have MIC between 0.025 and 25 ug/ml).

(*J. Clin. Microbiol.* 2006, 44(11):3883. DOI: A. Bruckner Guiqing Wang, Janet F. Hindler, Kevin W. Ward and David. Increased Vancomycin MICs for Staphylococcus aureus Clinical Isolates from a University Hospital during a 5-Year Period)

*MIC of HCAbs in the Presence of Immunoglobulins, Complement and Phagocytic Cells*

Opsonization phagocytic assays (OPA) are performed as described by U.S. Patent No. 8,410,249. OPAs measure the kill of bacteria in the presence of antibody, complement, and phagocytic cells. Complement and cells of humans are commonly used. HCAbs or fragments are tested at concentrations between 0.01ug/ml and 10µg/ml. Killing of bacteria is measured by determining colony forming units before and after incubation with all the components. Opsonization is also visualized under the microscope. Either human polymorphonuclear leukocytes (PMNs) or differentiated HL60 promyelocytic leukemia (HL60) cells are used as effector cells. Complement in human serum or baby rabbit serum is used as a source for complement. In brief, HCAbs or other specimens are serially diluted in twofold steps in a 96-well microtiter plate with Hanks balanced salt solution and are then incubated with bacteria (~2,000 CFU per well) and complement for 30 min at 37°C on an orbital shaker. The optimal shaking speed is determined for each bacterial strain to minimize nonspecific killing or overgrowth. Freshly isolated human PMNs or differentiated HL60 cells (effector cells) are added at a 400:1 ratio to the bacterium (target)-complement-serum mixture and the mixture is incubated at 37°C for 45 min.. OPA titer is the serum dilution that causes a 50% reduction of the CFU (killing) compared to the CFU from the control wells containing all reagents except HCAbs or fragments thereof. HCAbs kill bacteria between 10ng/ml and 10µg/ml.

*Immunization with cells*

Method of immunization with cells are well known in the art. For example, for the expression of anti-CD3e antibodies, human Jurkat cells are grown in tissue culture. Expression of the desired human antibody is analyzed by incubation of Jurkat cells with monoclonal antibody OKT3. Subsequently, unbound OKT3 is removed by washing of the cells, and bound OKT3 is detected with anti-mouse IgG conjugated with fluoresceine and flow cytometric analysis.

Rat T cell hybridoma cells are transfected by electroporation with an eukaryotic expression plasmid encoding human CD3  as described (Transy et al., 1989, *Eur J Immunol* 19(5):947-50). Transfectants expressing human CD3 are enriched by FACS and propagated in tissue culture.

Genetically engineered rats expressing heavy chain only (HCO) antibodies, are immunized by injection of 30x10(6) Jurkat cells intraperitoneally. Four and eight weeks after the primary immunization rats are immunized with rat T cells expressing human CD3. Animals expressing anti-human CD3e heavy chain only antibodies are used for the isolation of monoclonal heavy chain only anti-CD3e antibodies

*DNA-based immunization protocols*

Gene vaccines, or the use of antigen-encoding DNAs to immunize, represent an alternative approach to the development of strong antibody responses in rats.

The route of DNA inoculation is in general the skin, muscle and any other route that supports transfection and expression of the antigen. Purified plasmid DNAs that have been designed to express antigens such an influenza virus hemagglutinin glycoprotein or other human or viral antigens are used. Routes of DNA inoculation include the following: intravenous (tail vein), intraperitoneal; intramuscular (both quadriceps), intranasal, intradermal (such as foot pad), and subcutaneous (such as scruff of the neck). In general, 10-100 µg of DNA is administered in 100 µl of saline per inoculation site or DNA is administered with appropriate vehicles such as gold particles or certain formulations (http://www.incellart.com/index.php?page=genetic-immunization&menu=3.3) that facilitate uptake and transfection of cells. The immunization scheme is similar to the protocol described above; primary immunization followed by booster immunizations.

*Purification of heavy chain only antibodies*

For the purification of antibodies, blood is collected from immunized rats and serum or plasma is obtained by centrifugation, which separates the coagulated cell pellet from the liquid top phase containing serum antibodies. Antibodies from serum of plasma are purified by standard procedures. Such procedures include precipitation, ion exchange chromatography, and/or affinity chromatography. For the purification of IgG protein A or poteen G can be used (Brüggemann *et al*., JI, 142, 3145, 1989).

**Example 3: Isolation of antibody expressing B cells from rats**.

*Isolation of B cells from spleen, lymph nodes or peripheral blood*

A single-cell suspension is prepared from the spleen or lymph nodes of an immunized rat. Cells can be used without further enrichment, after removal of erythrocytes or after the isolation of B cells, memory B cells, antigen-specific B cells or plasma cells. Enrichment can lead to better results and as a minimum removal of erythrocytes is recommended. Memory B cells are isolated by depletion of unwanted cells and subsequent positive selection. Unwanted cells, for example, T cells, NK cells, monocytes, dendritic cells, granulocytes, platelets, and erythroid cells are depleted using a cocktail of antibodies against CD2, CD14, CD16, CD23, CD36, CD43, and CD235a (Glycophorin A). Positive selection with antibodies specific for IgG or CD19 results in highly enriched B cells (between 50%-95%). Antigen-specific B cells are obtained by exposing cells to antigen(s) tagged with fluorescent markers and/or magnetic beads. Subsequently, cells tagged with fluorochrome and/or magnetic beads

are separated using (flow cytometry or a fluorescence activated cell sorter [FACS]) a FACS sorter and/or magnets. As plasma cells may express little surface Ig, intracellular staining may be applied.

*Isolation of B cells by fluorescence activated cell sorting*

FACS-based methods are used to separate cells by their individual properties. It is important that cells are in a single–cell suspension. Single cell suspensions prepared from peripheral blood, spleen or other immune organs of immunized rats are mixed with fluorochrome-tagged antibodies specific for B cell markers such as CD19, CD138, CD27 or IgG. Alternatively, cells are incubated with fluorochrome-tagged antigens. The cell concentration is between 1-20 million cells/ml in an appropriate buffer such as PBS. For example, memory B cells can be isolated by selecting cells positive for CD27 and negative for CD45R. Plasma cells can be isolated by selecting for cells positive for CD138 and negative for CD45R. Cells are loaded onto the FACS machine and gated cells are deposited into 96 well plates or tubes containing media. If necessary positive controls for each fluorochrome are used in the experiment, which allows background subtraction to calculate the compensation.

*Isolation of B cells from bone marrow*

Bone marrow plasma cells (BMPCs) are isolated from immunized animals as described (Reddy et al., 2010, *Nature Biotechnology* 28, 965–969). Muscle and fat tissue are removed from the harvested tibias and femurs. The ends of both tibias and femurs are clipped with surgical scissors and bone marrow is flushed out with a 26-gauge insulin syringe (Becton Dickinson, BD). Bone marrow is collected in sterile-filtered buffer no. 1 (PBS, 0.1% BSA, 2 mM EDTA). Bone marrow cells are collected by filtration through a cell strainer (BD) with mechanical disruption and washed with 20 ml PBS and collected in a 50ml tube (Falcon, BD). Bone marrow cells are centrifuged at 335g for 10 min at 4°C. Supernatant is decanted and the cell pellet is resuspended in 3 ml of red cell lysis buffer (eBioscience) and shaken gently at 25°C for 5 min. Cell suspension is diluted with 20 ml of PBS and centrifuged at 335g for 10 min at 4°C. Supernatant is decanted and cell pellet resuspended in 1 ml of buffer no.1

Bone marrow cell suspensions are incubated with biotinylated anti-CD45R and anti-CD49b antibodies. The cell suspension is then rotated at 4°C for 20 min. This is followed by centrifugation at 930g for 6 min at 4°C, removal of supernatant and re-suspension of the cell pellet in 1.5 ml of buffer no. 1. Streptavidin conjugated M28 magnetic beads (Invitrogen) are washed and resuspended according to the manufacturer's protocol. Magnetic beads (50 ul) are added to each cell suspension and the mixture is rotated at 4°C for 20 min. The cell suspensions are then placed on Dynabead magnets (Invitrogen) and supernatant (negative fraction, cells unconjugated to beads) are collected and cells bound to beads are discarded.

Prewashed streptavidin M280 magnetic beads are incubated for 30 min at 4°C with biotinylated anti-CD138 with 0.75 ug antibody per 25ul of magnetic beads mixture. Beads are then washed according to the manufacturer's protocol and resuspended in buffer no. 1. The negative cell fraction (depleted of CD45R+ and CD49b+ cells) collected as above is incubated with 50 ul of CD138-conjugated magnetic beads and the suspension is rotated at 4°C for 30 min. Beads with CD138+ bound cells are isolated by the magnet, washed 3 times with buffer no.1, and the negative (CD138-) cells unbound to beads are discarded. The positive CD138+ bead-bound cells are collected and stored at 4°C until further processed.

Alternatively, the method described in Ouisse et al., BMC Biotechnology, 2017, 17:3, 1-17 can be used.

**Example 4: Generation of hybridomas**

Isolated B cells are immortalized by fusion with myeloma cells such as X63 or YB2/0 cells as described (Köhler and Milstein, Nature, 256, 495, 1975) . Hybridoma cells are cultured in selective media and antibody producing hybridoma cells are generated by limiting dilution or single cell sorting.

**Example 5: Isolation of cDNAs encoding heavy chain only antibodies**

*Generation of cDNA sequences from isolated cells*

Isolated cells are centrifuged at 930g at 4°C for 5 min. Cells are lysed with TRI reagent and total RNA is isolated according to the manufacturer's protocol in the Ribopure RNA isolation kit (Ambion). mRNA is isolated from total RNA with oligo dT resin and the Poly(A) purist kit (Ambion) according to the manufacturer's protocol. mRNA concentration is measured with an ND-1000 spectrophotometer (Nanodrop).

The isolated mRNA is used for first-strand cDNA synthesis by reverse transcription with the Maloney murine leukemia virus reverse transcriptase (MMLV-RT, Ambion). cDNA synthesis is performed by RT-PCR priming using 50ng of mRNA template and oligo dT- primers according to the manufacturer's protocol of Retroscript (Ambion). After cDNA construction, PCR amplification is performed to amplify heavy chain only antibodies. A list of primers is shown in Table 1:

Table 1: Discloses SEQ ID NOS 27-39, respectively, in order of appearance

| Human VH Gene | Oligo Sequence | VH Gene Matches |
|---|---|---|
| VH1 | ATGGACTGGACCTGGAGGATCC | 1-02, 1-03, 1-08, 7-04.1 |
| VH1-24 | ATGGACTGCACCTGGAGGATCC | 1-24 |
| VH2 | TCCACGCTCCTGCTGCTGAC | 2-05 |
| VH2-26 | GCTACACACTCCTGCTGCTGACC | 2-26 |
| VH3 | ATGGAGTTTGGGCTGAGCTGG | 3-11, 3-23, 3-30, 3-33 |
| VH3-07 | ATGGAATTGGGGCTGAGCTG | 3-07 |
| VH3-09 | ATGGAGTTGGGACTGAGCTGGA | 3-09 |
| VH3-35 | ATGGAATTTGGCCTGAGCTGG | 3-35 |
| VH3-38 | ATGCAGTTTGTGCTGAGCTGG | 3-38 |
| VH4 | TGAAACACCTGTGGTTCTTCC | 4-04, 4-28, 4-31, 4-34 |
| VH4-39 | TGAAGCACCTGTGGTTCTTCC | 4-39 |
| VH6 | TCATCTTCCTGCCCGTGCTGG | 6-01 |
| Rat IgM CH2 | GCTTTCAGTGATGGTCAGTGTGCTTATGAC | |

A 50μl PCR reaction consists of 0.2 mM forward and reverse primer mixes, 5 ul of Thermopol buffer (NEB), 2 ul of unpurified cDNA, 1 ul of Taq DNA polymerase (NEB) and 39 ul of double-distilled $H_2O$. The PCR thermocycle program is 92°C for 3 min; 4 cycles (92°C for 1 min, 50°C for 1 min, 72oC for 1 min); 4 cycles (92°C

for 1 min, 55°C for 1 min, 72°C for 1 min), 20 cycles (92°C for 1 min, 63°C for 1 min, 72°C for 1 min); 72°C for 7 min, 4°C storage. PCR gene products are gel purified and DNA sequenced.

**Example 6: Cloning and expression of recombinant heavy chain-only antibodies**

PCR products are subcloned into a plasmid vector. For expression in eukaryotic cells cDNA encoding heavy chain only antibody are cloned into an expression vector as described (Tiller et al., 2008; 329(1-2):112-124).

Alternatively, the genes encoding heavy chain only antibodies are cloned into a minicircle producing plasmid as described (Kay et al., 2010; *Nature Biotechnology* 28.12 (2010): 1287-1289).

Alternatively, genes encoding heavy chain only antibodies are synthesized from overlapping oligonucleotides using a modified thermodynamically balanced inside-out nucleation PCR (Gao at al., 2003; *Nucleic Acids Research.*; 31(22):e143) and cloned into an eukaryotic expression vector.

Alternatively, genes encoding heavy chain-only antibodies are synthesized and cloned into a plasmid.

For the assembly of multiple expression cassettes encoding various heavy chain only antibodies in an artificial chromosome, multiple expression cassettes are ligated with each other and subsequently cloned into a BAC vector, which is propagated in bacteria. For transfection ElectroMAX™ DH10B™ cells from Invitrogen are used (http://tools.invitrogen.com/content/sfs/manuals/18290015.pdf) . Alternatively, ligated expression cassettes are further ligated with yeast artificial chromosome arms, which are propagated in yeast cells (Davies et al., 1996, *supra*).

*Plasmid purification*

GenElute™ plasmid miniprep kits from Sigma-Aldrich are used for plasmid isolation from ~5ml (or larger) overnight bacterial culture (http://www.sigmaaldrich.com/life-science/molecular-biology/dna-and-rna-purification/plasmid-miniprep-kit.html). This involves harvesting bacterial cells by centrifugation followed by alkaline lysis. DNA is then column-bound, washed and eluted and ready for digests or sequencing.

*BAC purification*

NucleoBond® BAC100 from Clontech is a kit designed for BAC purification (http://www.clontech.com/products/detail.asp?tabno=2&product_id=186802). For this bacteria are harvested from 200 ml culture and lysed by using a modified alkaline/SDS procedure. The bacterial lysate is cleared by filtration and loaded onto the equilibrated column, where plasmid DNA binds to the anion exchange resin. After subsequent washing steps, the purified plasmid DNA is eluted in a high-salt buffer and precipitated with isopropanol. The plasmid DNA is reconstituted in TE buffer for further use.

*YAC purification*

Linear YACs, circular YACs and BAC fragments after digests, are purified by electro-elution using Elutrap™ (Schleicher and Schuell)(Gu et al., 1992, *supra*) from strips cut from 0.8% agarose gels run conventionally or from pulsed-field-gel electrophoresis (PFGE). The purified DNA is precipitated and re-dissolved in buffer to the desired concentration.

The purification of circular YACs from yeast is carried out using Nucleobond AX silica-based anion-exchange resin (Macherey-Nagel, Germany). Briefly, spheroplasts are made using zymolyase or lyticase and

pelleted (Davies et al., 1996, *supra*). The cells then undergo alkaline lysis, binding to AX100 column and elution as described in the Nucleobond method for a low-copy plasmid. Contaminating yeast chromosomal DNA is hydolyzed using Plasmid –Safe™ ATP-Dependent DNase (Epicentre Biotechnologies) followed by a final cleanup step using SureClean (Bioline). An aliquot of DH10 electrocompetent cells (Invitrogen) is then transformed with the circular YAC to obtain BAC colonies (see above). For the separation of the insert DNA, 150-200 kb, from BAC vector DNA, ~10 kb, a filtration step with Sepharose 4B-CL is used (Yang et al., *supra*).

*Transfection of cells with plasmid or BAC DNA*

For the expression of recombinant heavy chain only antibodies, eukaryotic cells are transfected as described (Andreason and Evans, 1989, *Anal. Biochem.* 180(2):269-75; Baker and Cotten, 1997, *Nucleic Acid Res*., 25(10):1950-6; http://www.millipore.com/cellbiology/cb3/mammaliancell). Cells expressing heavy chain only antibodies are isolated using various selection methods. Limiting dilution or cell sorting is used for the isolation of single cells. Clones are analyzed for heavy chain only antibody expression.

**Example 7: J gene usage in UniRat™ and OmniFlic™**

FIGs. 1 shows the human transgene used in UniRat™ to express heavy chain-only antibodies, as described in the previous Examples. OmniFlic™ uses the same human V gene cluster as UniRat but expresses a fixed κ light chain.

FIG. 2 shows the human transgene used in UniRat™ to express heavy chain-only antibodies with all J genes expressing an Arginine at position 101, as described in the previous Examples.

The expressed antibody repertoire of UniRat™ and OmniFlic™ was determined by next-generation sequencing of the full VH region from mRNA isolated from lymph-node derived B cells from immunized animals. Full VH sequences from expressed antibodies were aligned to the human IGHV and IGHJ germline sequences. The frequency of J gene usage was calculated from at least 6 independent UniRat™ and OmniFlic™ animals. FIG. 3 shows that UniRat™ uses IGHJ4 containing the W101R mutation at a higher frequency than OmniFlic™ that has the wild type IGHJ4 sequence. OmniFlic™ also uses IGHJ6 at a much higher frequency than UniRat.™

**Example 8: W101 mutation inhibits λ association**

Lambda association to a large collection of 1058 heavy chain antibodies was measured by standard ELISA. Of the 1058 total heavy chain antibodies, 859 contained an R at position 101, and 199 contained a W at position 101. FIG. 4 shows that only 2.7% of the R101 heavy chain antibodies showed a significant association with free lambda protein, determined as an ELISA signal of 10-fold or greater over background signal. In contrast, 31.2% of the W101 heavy chain antibodies showed a significant association with free lambda protein using the same criteria. These results indicate that the W101R mutation is highly protective against lambda association, and that W101 heavy chain antibodies have a much higher likelihood of associating with lambda than R101.

**Example 9: Free λ protein association with heavy chain-only antibodies in the same CDR3 family**

FIG. 5 shows a multiple sequence alignment of 11 VH sequences from heavy chain antibodies in the same CDR3 family. All of these sequences contain a W at position 101. The top 7 sequences in the alignment were all positive for lambda association measured by ELISA. The bottom 4 sequences in the alignment were all negative for lambda association also measured by ELISA. This family of VH sequences shows additional mutations at positions a and b that discriminate between the lambda positive and negative sequences. A Ser or Glu at either position a or b eliminates lambda association. However, Ser or Glu at these positions in other CDR3 families did not have the same association with lambda binding. Results from this family suggest that there are compensatory mutations in W101 VH sequences that prevent lambda association, but that these compensatory mutations are specific to a CDR3 family.

**<u>Example 10</u>: <u>D-J junction diversity is different between UniRat™ and OmniFlic™ when IGHJ6 is used.</u>**

As shown in Example 6, IGHJ6 is used 3 times more frequently in OmniFlic™ compared to UniRat™. Furthermore, as shown in FIG. 3, when IGHJ6 is used in UniRat™, the stretch of 5 Tyr residues seen in the germline IGHJ6 sequence is shortened to 1 Tyr most frequently. In contrast, a stretch of 4 Tyr residues is the most common length in OmniFlic™ when IGHJ6 is used. This suggests that there is selective pressure to shorten the stretch of 5 Tyr residues present in the germline IGHJ6 sequence in heavy chain antibodies containing W101 when IGHJ6 is used.

**<u>Example 11</u>: <u>Chimeric antigen receptor using a human VH extracellular binding domain</u>**

Expressing a chimeric antigen receptor on a primary T cell requires expressing a single chimeric protein that contains an extracellular antigen binding domain and an intracellular signaling domain. Single chain Fv fragments are typically used as the antigen binding domain. An example of an scFv chimeric antigen receptor is shown in panel A of FIG. 6. Alternatively, a single human VH binding domain is used as the extracellular binding domain (panel B or FIG. 6). Using a single human VH has the advantage of being a smaller and less complex protein to express and is less immunogenic.

While preferred embodiments of the present invention have been shown and described herein, it will be obvious to those skilled in the art that such embodiments are provided by way of example only. Numerous variations, changes, and substitutions will now occur to those skilled in the art without departing from the invention. It should be understood that various alternatives to the embodiments of the invention described herein may be employed in practicing the invention. It is intended that the following claims define the scope of the invention and that methods and structures within the scope of these claims and their equivalents be covered thereby.

CLAIMS:

1. An isolated human or chimeric heavy chain-only antibody (HCAb) comprising a heavy chain variable (VH) domain, comprising complementarity determining regions (CDRs) and framework regions (FRs), having binding affinity to a target antigen in the absence of an antibody light chain, wherein in said VH domain the native amino acid residue at the first position of the fourth framework region (FR4) of said HCAb is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

2. The heavy chain-only antibody of claim 1, which is a human antibody.

3. The heavy chain-only antibody of claim 1, wherein the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

4. The heavy chain-only antibody of claim 1, wherein the native amino acid residue at the first position of FR4 is substituted by a positively charged amino acid residue.

5. The heavy chain-only antibody of claim 4, wherein the positively charged amino acid residue is selected from the group consisting of lysine (K), arginine (R) and histidine (H).

6. The heavy chain-only antibody of claim 5, wherein the positively charged amino acid residue is arginine (R).

7. The heavy chain-only antibody of claim 6, comprising a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

8. The heavy chain-only antibody of any one of claims 1 to 7, comprising one or more further mutations in one or more framework regions.

9. The heavy chain-only antibody of any one of claims 1 to 8, having reduced propensity for aggregation relative to a corresponding antibody comprising the native amino acid residue at the first amino acid residue in FR4.

10. The heavy chain-only antibody of any one of claims 1 to 9 which has a binding affinity of about 1pM to about 1μM to its target antigen.

11. An isolated human or chimeric heavy chain-only antibody (HCAb) having binding affinity to a target antigen in the absence of an antibody light chain, comprising a heavy chain variable (VH) domain comprising complementarity determining regions (CDRs) and framework regions (FRs), wherein said HCAb comprises a tryptophane (T) to arginine (R) substitution at the first amino acid position in the fourth FR region (FR4) of the native humanVH amino acid sequence.

12. The heavy chain-only antibody of claim 11 further comprising a heavy chain constant (CH) domain, lacking a CH1 region.

13. The heavy chain-only antibody of claim 12, which is an IgG1 antibody.

14. The heavy chain-only antibody of any one of claims 11 to 13, comprising one or more further mutations in one or more FR regions.

15. The heavy chain-only antibody of any one of claims 11 to 14, having reduced propensity for aggregation relative to a corresponding antibody comprising the native amino acid residue at the first amino acid residue in FR4.

16. A chimeric antigen receptor (CAR) comprising a heavy chain-only antibody of any one of claims 1 to 15.

17. The chimeric antigen receptor of claim 16, comprising a single human VH domain.

18. An isolated autonomous human antibody heavy chain variable (VH) domain comprising complementary determining regions (CDRs) and framework regions (FR), having binding affinity to a target antigen comprising a substitution of a different amino acid residue, that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position, for the native amino acid residue at the first amino acid residue in the fourth framework (FR4) region.

19. The isolated autonomous human VH domain of claim 18, wherein the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

20. The isolated autonomous human VH domain of claim 18, wherein the native amino acid residue at the first position of FR4 is substituted by a positively charged amino acid residue.

21. The isolated autonomous human VH domain of claim 20, wherein the positively charged amino acid residue is selected from the group consisting of lysine (K), arginine (R) and histidine (H).

22. The isolated autonomous human VH domain of claim 21, wherein the positively charged amino acid residue is arginine (R).

23. The isolated autonomous human VH domain of claim 22, comprising a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

24. The isolated autonomous human VH domain of any one of claims 18 to 23, comprising one or more further mutations in one or more framework regions.

25. A multi-valent binding protein containing multiple antigen binding domains that include at least one human VH domain comprising complementarity determining regions (CDRs) and framework regions (FRs), having binding affinity to a target antigen, wherein in said VH domain the native amino acid residue at the first position of the fourth framework region (FR4) of said multi-valent binding protein is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

26. The multi-valent binding protein of claim 25, wherein the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

27. The multi-valent binding protein of claim 26, wherein the native amino acid residue at the first position of FR4 is substituted by a positively charged amino acid residue.

28. The multi-valent binding protein of claim 27, wherein the positively charged amino acid residue is selected from the group consisting of lysine (K), arginine (R) and histidine (H).

29. The multi-valent binding protein of claim 28, wherein the positively charged amino acid residue is arginine (R).

30. The multi-valent binding protein of claim 29, comprising a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

31. The multi-valent binding protein of any one of claims25 to 30, comprising one or more further mutations in one or more framework regions.

32. A recombinant heavy chain-only immunoglobulin (Ig) locus comprising one or more human V gene segments, one or more human D gene segments, and one or more human J gene segments, which when recombined with each other in the genome of a non-human animal, and following affinitymaturation, encode a heavy chain variable (VH) region comprising complementarity determining regions (CDRs) and framework (FR) regions, wherein at least one of said human J segments comprises a codon encoding a non-native amino acid residue at the first position of the fourth framework region (FR4) that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

33. The recombinant heavy chain-only Ig locus of claim 32, further comprising a constant (C) region gene segment, encoding an immunoglobulin constant effector region lacking CH1 functionality.

34. The recombinant heavy chain-only Ig locus of claim 32 or 33, comprising two to 40 D gene segments, and two to 20 J gene segments.

35. The recombinant heavy chain-only Ig locus of claim 34, wherein more than one of said human J segments comprise a codon encoding a non-native amino acid residue at the first position of the fourth framework region (FR4) that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

36. The recombinant heavy chain-only Ig locus of claim 35, wherein all of said human J segments comprise a codon encoding a non-native amino acid residue at the first position of the fourth framework region (FR4) that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position.

37. The recombinant heavy chain-only Ig locus of claim 36, wherein in the encoded heavy VH region the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

38. The recombinant heavy chain-only Ig locus of claim 37, wherein in the encoded VH region the positively charged amino acid residue is selected from the group consisting of lysine (K), arginine (R) and histidine (H).

39. The recombinant heavy chain-only Ig locus of claim 38, wherein in the encoded VH region the positively charged amino acid residue is arginine (R).

40. The recombinant heavy chain-only Ig locus of claim 39, wherein the encoded VH region comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

41. The recombinant heavy chain-only Ig locus of claim 40 comprising a J4 gene segment in which the codon for W is replaced by R.

42. The recombinant heavy chain-only Ig locus of any one of claims 32 to 41, wherein the encoded VH region comprises one or more further mutations in one or more framework regions.

43. The recombinant heavy chain-only Ig locus of any one of claims 32 to 42, encoding a human or humanized heavy chain-only antibody comprising said VH region.

44. A transgenic non-human animal comprising a recombinant heavy chain-only Ig locus of any one of claims 32 to 43.

45. The transgenic non-human animal of claim 44, which is a non-human mammal.

46. The transgenic non-human animal of claim 45, which is a rodent.

47. The transgenic non-human animal of claim 46, which is a rat or a mouse.

48. The transgenic non-human animal of claim 47, which is a rat.

49. The transgenic non-human animal of claim 48, which is a UniRat™.

50. A transgenic non-human animal that does not express any functional immunoglobulin light chain genes and comprises a heterologous heavy chain-only Ig locus comprising one or more V gene segments, one or more D gene segments, and one or more J gene segments, which when recombined with each other and following affinity maturation encode a VH domain comprising complementarity determining regions (CDRs) and framework regions (FRs), in which the native amino acid residue at the first position of the fourth framework region (FR4) of said VH domain is substituted by a different amino acid residue that is capable of disrupting a surface-exposed hydrophobic patch comprising or associated with the native amino acid residue at that position, and one or more constant effector region gene segments, each of which encodes an antibody constant effector region including CH1 functionality, wherein the gene segments are arranged such that a V, a D and a J gene segment and a constant region gene segment recombine to produce a rearranged affinity matured heavy chain-only gene locus encoding a heavy chain-only antibody (HCAb).

51. The transgenic non-human animal of claim 50, wherein in said VH domain the native amino acid residue at the first position of FR4 is substituted by a polar amino acid residue.

52. The transgenic non-human animal of claim 51, wherein in said VH domain the positively charged amino acid residue is selected from the group consisting of lysine (K), arginine (R) and histidine (H).

53. The transgenic non-human animal of claim 52, wherein in said VH domain the positively charged amino acid residue is arginine (R).

54. The transgenic non-human animal of claim 53, wherein said VH domain comprises a tryptophan (W) to arginine (R) substitution at the first amino acid residue in the fourth framework (FR4) region.

55. The transgenic non-human animal of claim 54 wherein said heterologous heavy chain-only locus comprises a J4 segment in which a codon for W is replaced by a codon for R.

56. The heterologous heavy chain-only locus of any one of claims 50 to 55, wherein the encoded heavy chain-only antibody comprises one or more further mutations in one or more framework regions.

57. The transgenic non-human animal of any one of claims 50 to 56, which is a mammal.

58. The transgenic non-human animal of claim 57, which is a rodent.

59. The transgenic non-human animal of claim 58, which is a rat or a mouse.

60. The transgenic non-human animal of claim 59, which is a rat.

61. The transgenic non-human animal of claim 60, which is a UniRat™.

Diagram of the human trasgene used in UniRat that expresses heavy chain antibodies




FIG. 1


Georg 2 (W → R)
Δ CH1
Δ CH1
Δ CH1
JH1-6
C
TGG
W>R
IgHV6-1
D1-1 ---- D7-27
JH1-6
Eμ
Cγ2a
Cγ1
Cγ2b
Cε
Cα
3' enhancer
URA
Georg 201 kb
sμ
sγ1
sγ2b
R
gctgaatacttccagcaccggggccagggcaccctggtcaccgtctcctca g JH1
c tactggtacttcgatctccggggccgtggcaccctggtcactgtctcctca g JH2
t gatgcttttgatatccggggccaagggacaatggtcaccgtctcttca g JH3
ac tactttgactaccggggccagggaaccctggtcaccgtctcctca g JH4
ac aactggttcgaccccggggccagggaaccctggtcaccgtctcctca g JH5
at tactactactactactacatggacgtccggggcaaagggaccacggtcaccgtctcctca g JH6

FIG. 2

**J gene usage in UniRat and OmniFlic, a transgenic rat with the same human V gene cluster as UniRat but expresses a fixed kappa light chain**




| | IGHJ1 | IGHJ2 | IGHJ3 | IGHJ4 | IGHJ5 | IGHJ6 |
|---|---|---|---|---|---|---|
| Flic | 1% | 2% | 15% | 60% | 7% | 14% |
| UniRat | 2% | 0% | 23% | 67% | 2% | 5% |

- UniRat uses IGHJ4 more than OmniFlic
- OmniFlic uses IGHJ5 and 6 more (some of best binders are IGHJ6)

FIG. 3


W101R mutation inhibits lambda association
100.0%
80.0%
60.0%
40.0%
20.0%
0.0%
R
W
2.7% R lambda pos
31.2% R lambda pos
>1000
101-1000
11-100
0-10
Lambda ELISA fold/background

FIG. 4


Free lambda protein association with heavy chain antibodies in the same CDR3 family
Lambda
POS
NEG
302757-1166/1-120
304784-1073/1-120
304803-564/1-120
304807-489/1-120
304728-237/1-120
304752-161/1-120
304786-10/1-120
304769-2/1-120
304719-2/1-120
304723-1/1-120
304724-1/1-120
10
20
30
40
Conservation

FIG. 5



FIG. 5 (Cont.)


Chimeric antigen receptor using a human VH extracellular binding domain
A) scFv CAR-T construct
Extracellular domain
scFv antigen binding domain
Intracellular domain
T-cell receptor signaling domain
B) human VH CAR-T construct
Extracellular domain
human VH antigen binding domain
Intracellular domain
T-cell receptor signaling domain

FIG. 6

Multi-specific constructs using human VH binding domains



Human HCAb plus VH:VL

Human multi-specific HCAb formats

Human multi-specific VH domain "strings"

FIG. 7

# INTERNATIONAL SEARCH REPORT

International application No
PCT/US2017/047928

A. CLASSIFICATION OF SUBJECT MATTER
INV. A01K67/027 C07K16/00 C12N15/90
ADD.

According to International Patent Classification (IPC) or to both national classification and IPC

B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)
A01K C12N C07K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

EPO-Internal, WPI Data, CHEM ABS Data, BIOSIS

C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X<br><br><br>Y | WO 03/035694 A2 (VLAAMS INTERUNIV INST BIOTECH [BE]; MUYLDERMANS SERGE [BE]) 1 May 2003 (2003-05-01) page 2 - page 3; examples 1,5<br>----- | 1-15, 18-24<br><br>16,17, 25-61 |

-/--

[X] Further documents are listed in the continuation of Box C.

[X] See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier application or patent but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 27 October 2017 | 09/11/2017 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040,<br>Fax: (+31-70) 340-3016 | Renggli-Zulliger, N |

3

## INTERNATIONAL SEARCH REPORT

International application No
PCT/US2017/047928

C(Continuation). DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | DESMYTER ALINE ET AL: "Antigen specificity and high affinity binding provided by one single loop of a camel single-domain antibody", JOURNAL OF BIOLOGICAL CHEMISTRY, AMERICAN SOCIETY FOR BIOCHEMISTRY AND MOLECULAR BIOLOGY, vol. 276, no. 28, 13 July 2001 (2001-07-13), pages 26285-26290, XP002190005, ISSN: 0021-9258, DOI: 10.1074/JBC.M102107200 | 1-7, 9-13,15, 18-24 |
| Y | abstract; figure 1 | 16,17, 25-61 |
| X | WO 2008/074839 A2 (ABLYNX NV [BE]; ADAMS HENDRIK [NL]; SAUNDERS MICHAEL JOHN SCOTT [BE];) 26 June 2008 (2008-06-26) | 1-15, 18-24 |
| Y | abstract; tables A-3 | 16,17, 25-61 |
| Y | JANSSENS RICK ET AL: "Generation of heavy-chain-only antibodies in mice", PROCEEDINGS NATIONAL ACADEMY OF SCIENCES PNAS, NATIONAL ACADEMY OF SCIENCES, US, vol. 103, no. 41, 10 October 2006 (2006-10-10), pages 15130-15135, XP002494537, ISSN: 0027-8424, DOI: 10.1073/PNAS.0601108103 the whole document | 16,17, 25-61 |
| Y | WO 2010/109165 A2 (UNIV ERASMUS MEDICAL CT [NL]; KINGDON CRAIG R [GB]; JANSSENS RICHARD W) 30 September 2010 (2010-09-30) the whole document | 16,17, 25-61 |
| A | Benny K. C. Lo ET AL: "The Kabat Database and a Bioinformatics Example" In: "Antibody Engineering", 5 December 2003 (2003-12-05), Humana Press, New Jersey, XP055418398, ISBN: 978-1-59259-666-9 vol. 248, pages 11-26, DOI: 10.1385/1-59259-666-5:11, table 1 | 1-61 |

-/--

3

**INTERNATIONAL SEARCH REPORT**

International application No
PCT/US2017/047928

C(Continuation). DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| L | -& E A Kabat ET AL: "Sequences and proteins of immunological interest , Fifth Edition", , vol. 1 1 January 1991 (1991-01-01), page 310, XP055418434, Bethesda, MD : U.S. Dept. of Health and Human Services, Public Health Service, National Institutes of Health, 1991. Retrieved from the Internet: URL:https://books.google.co.uk/books?id=3jMvZYW2ZtwC&lpg=PA1137-IA1&pg=PP1#v=onepage&q&f=false [retrieved on 2017-10-24] Sequences numbering according of KABAT position 1 of FR4 of Heavy chain; page 310 ----- | 1-61 |

3

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International application No
PCT/US2017/047928

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| WO 03035694 A2 | 01-05-2003 | CA 2464372 A1 | 01-05-2003 |
| | | EP 1438338 A2 | 21-07-2004 |
| | | EP 1693384 A2 | 23-08-2006 |
| | | JP 2005289809 A | 20-10-2005 |
| | | JP 2005520494 A | 14-07-2005 |
| | | US 2005054001 A1 | 10-03-2005 |
| | | US 2007031424 A1 | 08-02-2007 |
| | | US 2010047241 A1 | 25-02-2010 |
| | | US 2011251373 A1 | 13-10-2011 |
| | | US 2012172578 A1 | 05-07-2012 |
| | | US 2016052999 A1 | 25-02-2016 |
| | | WO 03035694 A2 | 01-05-2003 |
| WO 2008074839 A2 | 26-06-2008 | AU 2007336242 A1 | 26-06-2008 |
| | | CA 2673331 A1 | 26-06-2008 |
| | | EP 2115004 A2 | 11-11-2009 |
| | | EP 2557090 A2 | 13-02-2013 |
| | | US 2010062004 A1 | 11-03-2010 |
| | | WO 2008074839 A2 | 26-06-2008 |
| WO 2010109165 A2 | 30-09-2010 | AU 2010227291 A1 | 27-10-2011 |
| | | CA 2756171 A1 | 30-09-2010 |
| | | CN 102482342 A | 30-05-2012 |
| | | CY 1117203 T1 | 05-04-2017 |
| | | DK 2411408 T3 | 11-01-2016 |
| | | EP 2411408 A2 | 01-02-2012 |
| | | ES 2563321 T3 | 14-03-2016 |
| | | HR P20160158 T1 | 11-03-2016 |
| | | HU E026473 T2 | 28-06-2016 |
| | | JP 5836927 B2 | 24-12-2015 |
| | | JP 2012521211 A | 13-09-2012 |
| | | KR 20120068757 A | 27-06-2012 |
| | | PT 2411408 E | 03-03-2016 |
| | | RU 2011142759 A | 27-04-2013 |
| | | SG 174510 A1 | 28-10-2011 |
| | | SI 2411408 T1 | 31-03-2016 |
| | | SM T201600044 B | 25-02-2016 |
| | | TW 201040264 A | 16-11-2010 |
| | | US 2012151610 A1 | 14-06-2012 |
| | | US 2013323235 A1 | 05-12-2013 |
| | | WO 2010109165 A2 | 30-09-2010 |
| | | ZA 201106983 B | 23-12-2014 |

# EXHIBIT 7

# Press Releases

## Amgen Successfully Completes Acquisition Of Teneobio, Inc.

THOUSAND OAKS, Calif., Oct. 19, 2021 /PRNewswire/ -- Amgen (NASDAQ: AMGN) today announced that it has successfully completed its previously announced acquisition of Teneobio, Inc. (Teneobio). Effective as of Oct. 19, 2021, Amgen has acquired all outstanding equity of Teneobio in exchange for a $900 million upfront cash payment, as well as future contingent milestone payments, to former Teneobio equity holders potentially worth up to an additional $1.6 billion in cash.

"Amgen is pioneering the application of T cell engagers and a broad array of bi- and multispecific biologics to treat a range of human diseases across our therapeutic areas of focus," said David M. Reese, M.D., executive vice president of Research and Development at Amgen. "Teneobio's expertise and technologies will further expand our repertoire of multispecific architectures and advance our overarching mission to develop transformative innovation to bring to market best-in-class products to serve our patients."

The acquisition includes Teneobio's proprietary bispecific and multispecific antibody technologies, which complement Amgen's existing antibody capabilities and BiTE® platform and will enable significant acceleration and efficiency in the discovery and development of new molecules that have the potential to treat a wide range of important diseases across Amgen's core therapeutic areas. The acquisition will also add TNB-585, a Phase 1 bispecific T cell engager for the treatment of metastatic castrate-resistant prostate cancer (mCRPC), and several preclinical oncology pipeline assets with the potential for near-term Investigational New Drug (IND) filings. TNB-585 complements Amgen's existing prostate cancer portfolio, which includes acapatamab (formerly AMG 160) and AMG 509, both in Phase 1. Each of these three investigational therapies uses a different approach to treat a highly prevalent disease for which new treatment options are very much needed.

Prior to the consummation of the acquisition, Teneobio distributed to its equity holders all equity held by Teneobio in (i) TeneoTwo, Inc., which develops TNB-486, a bispecific antibody targeting CD19 on tumor cells and CD3 on T-cells, (ii) TeneoFour, Inc., which develops anti-CD38 heavy chain antibodies that block the enzyme functions of CD38, and (iii) TeneoTen, Inc., which develops bispecific antibodies directed against the hepatitis B surface antigen (HBsAg) and CD3.

**About Amgen**

Amgen is committed to unlocking the potential of biology for patients suffering from serious illnesses by discovering, developing, manufacturing and delivering innovative human therapeutics. This approach begins by using tools like advanced human genetics to unravel the complexities of disease and understand the fundamentals of human biology.

Amgen focuses on areas of high unmet medical need and leverages its expertise to strive for solutions that improve health outcomes and dramatically improve people's lives. A biotechnology pioneer since 1980, Amgen has grown to be one of the world's leading independent biotechnology companies, has reached millions of patients around the world and is developing a pipeline of medicines with breakaway potential.

For more information, visit www.amgen.com and follow us on www.twitter.com/amgen.

**Forward-Looking Statements**

This news release contains forward-looking statements that are based on the current expectations and beliefs of Amgen. All statements, other than statements of historical fact, are statements that could be deemed forward-looking statements, including any statements on the outcome, benefits and synergies of collaborations, or potential collaborations, with any other company (including BeiGene, Ltd., Kyowa-Kirin Co., Ltd., or any collaboration to manufacture therapeutic antibodies against COVID-19), the performance of Otezla® (apremilast) (including anticipated Otezla sales growth and the timing of non-GAAP EPS accretion), the Five Prime Therapeutics, Inc. acquisition, or the Teneobio, Inc. acquisition, as well as estimates of revenues, operating margins, capital expenditures, cash, other financial metrics, expected legal, arbitration, political, regulatory or clinical results or practices, customer and prescriber patterns or practices, reimbursement activities and outcomes, effects of pandemics or other widespread health problems such as the ongoing COVID-19 pandemic on our business, outcomes, progress, or effects relating to studies of Otezla as a potential treatment for COVID-19, and other such estimates and results. Forward-looking statements involve significant risks and uncertainties, including those discussed below and more fully described in the Securities and Exchange Commission reports filed by Amgen, including our most recent annual report on Form 10-K and any subsequent periodic reports on Form 10-Q and current reports on Form 8-K. Unless otherwise noted, Amgen is providing this information as of the date of this news release and does not undertake any obligation to update any forward-looking statements contained in this document as a result of new information, future events or otherwise.

No forward-looking statement can be guaranteed and actual results may differ materially from those we project. Discovery or identification of new product candidates or development of new indications for existing products cannot be guaranteed and movement from concept to product is uncertain; consequently, there can be no guarantee that any particular product candidate or development of a new indication for an existing product will be successful and become a commercial product. Further, preclinical results do not guarantee safe and effective performance of product candidates in humans. The complexity of the human body cannot be perfectly, or sometimes, even adequately modeled by computer or cell culture systems or animal models. The length of time that it takes for us to complete clinical trials and obtain regulatory approval for product marketing has in the past varied and we expect similar variability in the future. Even when clinical trials are successful, regulatory authorities may question the sufficiency for approval of the

trial endpoints we have selected. We develop product candidates internally and through licensing collaborations, partnerships and joint ventures. Product candidates that are derived from relationships may be subject to disputes between the parties or may prove to be not as effective or as safe as we may have believed at the time of entering into such relationship. Also, we or others could identify safety, side effects or manufacturing problems with our products, including our devices, after they are on the market.

Our results may be affected by our ability to successfully market both new and existing products domestically and internationally, clinical and regulatory developments involving current and future products, sales growth of recently launched products, competition from other products including biosimilars, difficulties or delays in manufacturing our products and global economic conditions. In addition, sales of our products are affected by pricing pressure, political and public scrutiny and reimbursement policies imposed by third-party payers, including governments, private insurance plans and managed care providers and may be affected by regulatory, clinical and guideline developments and domestic and international trends toward managed care and healthcare cost containment. Furthermore, our research, testing, pricing, marketing and other operations are subject to extensive regulation by domestic and foreign government regulatory authorities. Our business may be impacted by government investigations, litigation and product liability claims. In addition, our business may be impacted by the adoption of new tax legislation or exposure to additional tax liabilities. If we fail to meet the compliance obligations in the corporate integrity agreement between us and the U.S. government, we could become subject to significant sanctions. Further, while we routinely obtain patents for our products and technology, the protection offered by our patents and patent applications may be challenged, invalidated or circumvented by our competitors, or we may fail to prevail in present and future intellectual property litigation. We perform a substantial amount of our commercial manufacturing activities at a few key facilities, including in Puerto Rico, and also depend on third parties for a portion of our manufacturing activities, and limits on supply may constrain sales of certain of our current products and product candidate development. An outbreak of disease or similar public health threat, such as COVID-19, and the public and governmental effort to mitigate against the spread of such disease, could have a significant adverse effect on the supply of materials for our manufacturing activities, the distribution of our products, the commercialization of our product candidates, and our clinical trial operations, and any such events may have a material adverse effect on our product development, product sales, business and results of operations. We rely on collaborations with third parties for the development of some of our product candidates and for the commercialization and sales of some of our commercial products. In addition, we compete with other companies with respect to many of our marketed products as well as for the discovery and development of new products. Further, some raw materials, medical devices and component parts for our products are supplied by sole third-party suppliers. Certain of our distributors, customers and payers have substantial purchasing leverage in their dealings with us. The discovery of significant problems with a product similar to one of our products that implicate an entire class of products could have a material adverse effect on sales of the affected products and on our business and results of operations. Our efforts to collaborate with or acquire other companies, products or technology, and to integrate the operations of companies or to support the products or technology we have acquired, may not be successful. A breakdown, cyberattack or information security breach could compromise the confidentiality, integrity and availability of our systems and our data. Our stock price is volatile and may be affected by a number of events. Global economic conditions may magnify certain risks that affect our business. Our business performance could affect or limit the ability of our Board of

Directors to declare a dividend or our ability to pay a dividend or repurchase our common stock. We may not be able to access the capital and credit markets on terms that are favorable to us, or at all.

The scientific information discussed in this news release related to our product candidates is preliminary and investigative. Such product candidates are not approved by the U.S. Food and Drug Administration, and no conclusions can or should be drawn regarding the safety or effectiveness of the product candidates.

CONTACT: Amgen, Thousand Oaks
Trish Rowland, 805-447-5631 (Media)
Megan Fox, 805-447-1423 (Media)
Arvind Sood, 805-447-1060 (Investors)

AMGEN®

View original content to download multimedia:https://www.prnewswire.com/news-releases/amgen-successfully-completes-acquisition-of-teneobio-inc-301403433.html

SOURCE Amgen

# EXHIBIT 8















© 1996-2024 Amgen Inc. All Rights Reserved.

AMGEN

# EXHIBIT 9

[redacted]

## DESCRIPTION

(*under Section 2:334f paragraph 2 sub d Dutch Civil Code*)

Description drawn up by the management board of Harbour Antibodies B.V., a private limited liability company (*besloten vennootschap met beperkte aansprakelijkheid*) under Dutch law, with its official seat in Rotterdam, the Netherlands, hereinafter: **Demerging Company**, at which demerger Harbour Antibodies H2L2 B.V. hereinafter: **Acquiring Company 1** and Harbour Antibodies HCAb B.V., hereinafter: **Acquiring Company 2** will be incorporated.

### I. Acquiring Company 1

Detailed overview of the assets and liabilities that transfer to the Acquiring Company 1:

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]

[redacted]

The value of the assets and liabilities that transfer to the Acquiring Company 1 amounts to:

[redacted]

As valuation methods of the assets and liabilities are used:

[redacted]

### II. Acquiring Company 2

Detailed overview of the assets and liabilities that transfer to the Acquiring Company 2:

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
  - [redacted]

[redacted]

The value of the assets and liabilities that transfer to the Acquiring Company 2 amounts to:

[redacted]

As valuation methods of the assets and liabilities are used:

[redacted]

**III. Demerging Company**

Detailed overview of the assets and liabilities that remain with the Demerging Company:

[redacted]

[redacted]

The value of the assets and liabilities that remain with the Demerging Company amounts to:

[redacted]

As valuation methods are used:

[redacted]

This description of the assets and liabilities transfer to the Acquiring Company 1 and the Acquiring Company 2 and that remain with the Demerging Company refers to the situation as per January 1st, 2013.

[*Signature page follows*]

[*Signature page to description demerger Harbour Antibodies B.V.*]

| | |
|---|---|
| **Het bestuur van/The Management board of:** | **Harbour Antibodies B.V.** |
| Mr R. Kamen<br>Title: Non-Executive Board Member<br>Place:<br>Date: | Mr F.G. Grosveld<br>Title: Non-Executive Board Member<br>Place:<br>Date: |
| Mr C.J.M. Scholtes<br>Title: Non-Executive Board Member<br>Place:<br>Date: | Mr P. Barrett<br>Title: Non-Executive Board Member<br>Place:<br>Date: |
| Ms B.J. Bormann<br>Title: Executive Board Member<br>Place:<br>Date: | |

[*Signature page to description demerger Harbour Antibodies B.V.*]

**Het bestuur van/The Management board of:** **Harbour Antibodies B.V.**

Mr R. Kamen
Title: Non-Executive Board Member
Place:
Date:

Mr F.G. Grosveld
Title: Non-Executive Board Member
Place:
Date:

Mr C.J.M. Scholtes
Title: Non-Executive Board Member
Place:
Date:

Mr P. Barrett
Title: Non-Executive Board Member
Place:
Date:

Ms B.J. Bormann
Title: Executive Board Member
Place:
Date:

[*Signature page to description demerger Harbour Antibodies B.V.*]

**Het bestuur van/The Management board of:** **Harbour Antibodies B.V.**

Mr R. Kamen
Title: Non-Executive Board Member
Place:
Date:

Mr F.G. Grosveld
Title: Non-Executive Board Member
Place:
Date:

Mr C.J.M. Scholtes
Title: Non-Executive Board Member
Place:
Date:

Peter Barrett

Mr P. Barrett
Title: Non-Executive Board Member
Place: CAMBRIDGE, MA
Date: 06/27/2013

Ms B.J. Bormann
Title: Executive Board Member
Place:
Date:

[ [illegible] *Harbour* [illegible] V.]

Het bestuur van/The Management board of: Harbour Antibodies B.V.

Mr R. Kamen
Title: Non-Executive Board Member
Place:
Date:

Mr F.G. Grosveld
Title: Non Executive Board Member
Place:
Date:

Mr C.J.M. Scholtes
Title: Non Executive Board Member
Place:
Date:

Mr P. Barrett
Title: Non Executive Board Member
Place:
Date:

Ms D.J. Bormann
Title: Executive Board Member
Place:
Date:

DWS - # 13763294