

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM and DR. ROGER KINGDON CRAIG, | ) ) ) ) ) ) | C.A. No. 21-1807 (MN) |
| Plaintiffs, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| TENEOBIO, INC. and AMGEN INC., | ) ) | |
| Defendants. | ) | |

## VERDICT FORM

We, the jury in the above-entitled action, unanimously find as follows:



## INSTRUCTIONS

In answering the following questions and filling out this Verdict Form, you are to follow the jury instructions that I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the jury instructions. Please refer to the jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Harbour" refers to Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and Dr. Roger Kingdon Craig collectively.

2. "Teneobio" refers to both Teneobio, Inc. and Amgen Inc.

3. The '970 Patent refers to United Stated Patent Number 10,906,970.

## INFRINGEMENT QUESTIONS

QUESTION 1: Did Harbour prove by a preponderance of the evidence that Teneobio infringed claim 2 of the '970 Patent?

YES: ✓          NO:

*If you answered YES to Question 1, answer Questions 2-6. If you answered NO to Question 1, skip Questions 2 and 3 and answer Questions 4-6.*

QUESTION 2: Did you find the "cloning said recombined $V_H$ heavy chain locus" element to be met literally or under the doctrine of equivalents (DOE)?

LITERALLY:          DOE: ✓

QUESTION 3: Did Harbour prove by a preponderance of the evidence that Teneobio's infringement of claim 2 of the '970 Patent was willful?

YES: ✓          NO:

## INVALIDITY QUESTIONS

QUESTION 4:  Did Teneobio prove by clear and convincing evidence that claim 2 of the '970 Patent is invalid as obvious?

YES:          NO: ✓

QUESTION 5:  Did Teneobio prove by clear and convincing evidence that claim 2 of the '970 Patent is invalid for lack of enablement?

YES:          NO: ✓

QUESTION 6: Did Teneobio prove by clear and convincing evidence that claim 2 of the '970 Patent is invalid for lack of written description?

YES:_____     NO:__✓_____

## DAMAGES QUESTIONS

*If you answered YES to Question 1 and you answered NO to Questions 4, 5 and 6, answer Question 7. If you answered NO to Question 1 or you answered YES to any one of Questions 4, 5 or 6, skip Question 7 and go to page 5 and sign the Verdict Form.*

QUESTION 7: What sum of money do you find Harbour has proven by a preponderance of the evidence would fairly and reasonably compensate Harbour for Teneobio's infringement?

Amount (in U.S. dollars): $20,203,704.⁰⁰— US dollars

4

UNANIMOUS VERDICT

You have reached the end of the Verdict Form. All jurors should sign and the Foreperson should date the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

Dated: June 12th 2026