## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM and DR. ROGER KINGDON CRAIG, <br><br> Plaintiffs, <br><br> v. <br><br> TENEOBIO, INC. and AMGEN INC., <br><br> Defendants. <br> TENEOBIO, INC. and AMGEN INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, DR. ROGER KINGDON CRAIG, and HBM HOLDINGS LTD. <br><br> Counterclaim-Defendants. | C.A. No. 21-1807 (MN) <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF LODGING OF DEMONSTRATIVES

PLEASE TAKE NOTICE that Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and Dr. Roger Kingdon Craig (collectively, "Plaintiffs") hereby lodge with the Court the following list of demonstratives published to the jury during trial. Plaintiffs represent that this is an accurate and complete set of demonstratives published at trial to the best of their knowledge and understand Defendants Teneobio, Inc. and Amgen Inc. are presently unaware of any errors or discrepancies between the compilation of demonstratives being submitted to the Court and those that were published at trial.

| No. | Description | Ex. No. |
|---|---|---|
| PDX1 | Plaintiffs' Opening Presentation | Exhibit 1 |
| PDX2 | Plaintiffs' Direct Examination of Professor Frank Grosveld | Exhibit 2 |
| PDX3 | Plaintiffs' Direct Examination of Professor Marjorie Oettinger | Exhibit 3 |
| PDX4 | Plaintiffs' Direct Examination of Dr. Kenneth Serwin | Exhibit 4 |
| PDX5 | Plaintiffs' Rebuttal Examination of Professor Marjorie Oettinger | Exhibit 5 |
| PDX10 | Plaintiffs' Closing Presentation | Exhibit 6 |
| PDX100 | Plaintiffs' Demonstrative Used During Cross Examination of Dr. Stephen Meek | Exhibit 7 |
| **Physical Demonstratives Used at Trial** | | |
| | Ribbon Copy of U.S. Patent No. 10,906,970 | Exhibit 8 |
| | Plaintiffs' Antibody Models and Metal Board Stand | Exhibit 9 |
| | Professor Grosveld's Knight in the Order of the Dutch Lion Medal | Exhibit 10 |
| | Plaintiffs' Timeline Board Used During Direct Examination of Professor Frank Grosveld, and Cross Examination of Dr. Roland Buelow | Exhibit 11 |
| | Plaintiffs' Magnetic Board Used During Direct Examination of Professor Marjorie Oettinger | Exhibit 12 |

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Tamir Packin
Kyle G. Petrie
Jordan N. Malz
Michael E. Furrow
Karl Mullen
Jun Tong
Brian D. Matty
Pascale S. Boonstra
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Adam D. Steinmetz
Rebecca Lindhorst
Thomas Romanchek
T. Tyler Golian
DESMARAIS LLP
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
(202) 451-4900

Maria Tartakovsky
DESMARAIS LLP
101 California Street
Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900

By:  */s/ David E. Moore*
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Malisa C. Dang (#7187)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com
      mdang@potteranderson.com

*Attorneys for Plaintiffs/Counterclaim
Defendants Harbour Antibodies BV, Harbour
Antibodies HCAb BV, and Erasmus University
Medical Center Rotterdam*

3

OF COUNSEL:

Kathleen M. Williams, PhD, J.D.
NUTTER MCCLENNAN & FISH LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2294

Amir Naini
NAINI P.C.
2632 Wilshire Blvd., Suite 268
Santa Monica, CA 90403

Dated: June 24, 2026
12992896 / 24513.00001

ASHBY & GEDDES

By:  */s/ Andrew Colin Mayo*
      Andrew Colin Mayo (#5207)
      500 Delaware Avenue, 8th Floor
      P.O. Box 1150
      Wilmington, DE  19801
      Tel:  (302) 654-1888
      amayo@ashbygeddes.com


*Attorneys for Plaintiff Dr. Roger Kingdon Craig*

4