# EXHIBIT 1

# Harbour's Opening

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## Harbour Antibodies BV, et al.

## v.

## Teneobio, Inc. and Amgen Inc.

1:21-cv-1807-MN

PDX1.1

# Harbour's Roots

    

**2001**          **2003**          **2004**          **2006**          **2016**

 

PDX1.2

# Harbour's Growth



PDX1.3

# Harbour's Proven Technology

**Harbour BioMed Announces IND Clearance for HBM9027 in the U.S.**

January 24, 2024

**Harbour BioMed Announces Positive Phase II Results for HBM4003 and Tislelizumab Combination in MSS mCRC**

October 23, 2025

Harbour BioMed (the "Company", HKEX: 02142) announced that the Company has been *granted the clearance of Investigational New Drug (IND)* from the Food And Drug Administration (FDA) of the United States to *initiate the first-in-human (FIH) clinical trial in the U.S. for bispecific antibody HBM9027*. … HBM9027 is generated from Harbour BioMed's proprietary fully human HBICE® platform.

Harbour BioMed … today announced *positive Phase II clinical data for porustobart (HBM4003),* a next-generation, *fully heavy-chain-only anti-CTLA-4 antibody* …

PDX1.4

# Harbour's Early Work



**7/22/04**
Prof. Grosveld Files Patent Application



**1/26/06**
Prof. Grosveld's Global Patent Application Publishes



**10/10/06**
Prof. Grosveld's PNAS Article Publishes



**12/4/07**
Prof. Grosveld Presents His HCAb Research And Data At San Diego Conference

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|

PDX1.5

# Harbour's Early Work



**7/22/04**
Prof. Grosveld Files Patent Application



**1/26/06**
Prof. Grosveld's Global Patent Application Publishes



**10/10/06**
Prof. Grosveld's PNAS Article Publishes



**12/4/07**
Prof. Grosveld Presents His HCAb Research And Data At San Diego Conference

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|

**12/4/07**
Dr. Buelow Attends Conference

PDX1.6

# Harbour's Early Work



**7/22/04**
Prof. Grosveld Files Patent Application



**1/26/06**
Prof. Grosveld's Global Patent Application Publishes



**10/10/06**
Prof. Grosveld's PNAS Article Publishes



**12/4/07**
Prof. Grosveld Presents His HCAb Research And Data At San Diego Conference

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|

**8/9/09**
Dr. Buelow Starts HCO Antibody, Inc. First Time Working On Heavy Chain Only Antibodies

UniRat

**12/4/07**
Dr. Buelow Attends Conference

PDX1.7



# Harbour's Patent



**Grosveld et al.    US 10,906,970**

**Date of Patent:          *Feb. 2, 2021**

Inventors: **Franklin Gerardus Grosveld**, Rotterdam (NL); **Richard Willhelm Janssens**, Rotterdam (NL); **Dubravka Drabek**, Rotterdam (NL); **Roger Kingdon Craig**, Sandbach (GB)

**Foreign Application Priority Data**

Jul. 22, 2004    (GB) ..................................... 0416392.9

PDX1.9

# Dr. Margie Oettinger: Technical Expert



**Dr. Oettinger, Ph.D.**
Professor of Genetics

 **Massachusetts Institute of Technology**

 **Harvard University**

 **Massachusetts General Hospital**

PDX1.10

# Dr. Kenneth Serwin: Damages Expert



**Dr. Serwin, Ph.D.**
Senior Managing Director



 **B.A., Economics, University of California, Berkeley**

 **M.Sc., Politics of the World Economy, London School of Economics**

 **Ph.D., Economics, University of California, Los Angeles**

PDX1.11

# What Will Teneobio And Amgen Say?

PDX1.12

# EXHIBIT 2



# Professor Frank Grosveld, PhD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Harbour Antibodies BV, et al.

v.

Teneobio, Inc. and Amgen Inc.

1:21-cv-1807-MN

PDX2.1

# Harbour's Patent



**Grosveld** et al.    **US 10,906,970**

**Date of Patent:**    ***Feb. 2, 2021**

Inventors: **Franklin Gerardus Grosveld**, Rotterdam (NL); **Richard Willhelm Janssens**, Rotterdam (NL); **Dubravka Drabek**, Rotterdam (NL); **Roger Kingdon Craig**, Sandbach (GB)

**Foreign Application Priority Data**

Jul. 22, 2004    (GB) .................................... 0416392.9

PDX2.2

## Selected Awards and Accolades



**1991**: Jeantet Prize Medicine



**2013**: Knight in the Order of the Dutch Lion



**Patents**

33 patents related to transposition, protein production, **antibody technology**, xenotransplantation, nucleic acid analysis, gene expression, chromatin structure analysis

PDX2.3

# Harbour's Roots









**2001**       **2003**       **2004**       **2006**       **2016**





PDX2.4

# Harbour's Growth



PDX2.5

# Design New Transgene



PDX2.6

# How the Invention Works



**1  IMMUNIZE**

**2  NATURAL IMPROVEMENT**

**3  PRODUCE THE BEST**

PDX2.7

# 2006 Patent Publication



Inventors/Applicants *(for US only)*: **GROSVELD, Franklin,** Gerardus [NL/NL]; Erasmus University Medical Centre Rotterdam, Deptment of Cell Biology and Genetics, P.O. Box 1738, NL-3000 DR Rotterdam (NL). JANSSENS, Richard, Wilhelm [NL/NL]; Eras-

(30) **Priority Data:**
0416392.9                22 July 2004 (22.07.2004)

(10) **International Publication Number**
**WO 2006/008548 A2**

(43) **International Publication Date**
**26 January 2006** (26.01.2006)

PDX2.8

# 2006 PNAS Publication



PTX-1187.0001

## Generation of heavy-chain-only antibodies in mice

Rick Janssens*, Sylvia Dekker*, Rudi W. Hendriks†, George Panayotou‡, Alexandra van Remoortere§, John Kong-a San*, Frank Grosveld*¶, and Dubravka Drabek*

rearrange productively and rescue B cell development efficiently without LC rearrangement. Heavy-chain-only antibodies (HCAb) are expressed at high levels, provided that the CH1 domain is deleted from the constant regions. HCAb production does not require an IgM stage for effective pre-B cell signaling. Antigen-specific heavy-chain-only IgM or IgGs are produced upon immunization. The IgG is dimeric, whereas IgM is multimeric. The chimeric HCAb loci are subject to allelic exclusion, but several copies of the transgenic locus can be rearranged and expressed successfully on the same allele in the same cell. Such cells are not subject to negative selection. The mice produce a full antibody repertoire and provide a previously undescribed avenue to produce specific human HCAb in the future.

immunoglobulin rearrangement | transgenic

Conventional antibodies contain two heavy and light chains (LC) coded for by heavy and LC loci. B cell development and antibody production starts in the bone marrow (BM) by heavy chain (HC) VDJ recombination and expression of IgM associated with a surrogate LC on the cell surface. In a second round of recombination, one of the LC rearrangies in pre-B cells. If successful, the B cells undergo selection, affinity maturation, and switching to different HC constant regions to result in B cells, which express tetrameric antibodies of different isotypes (IgA, IgG, and IgE). Normally absence of HC or LC expression leads to arrest of B cell development. However, some species produce HC-only antibodies (HCAb) as part of their normal B cell development and repertoire. The best-known HCAb (i.e., no LC) are IgG2 and IgG3 in camelids (1). They undergo antigen-mediated selection and affinity maturation, and their variable domains are subject to somatic hypermutation (2, 3). HCAb are thought to recognize unusual epitopes, such as clefts on the antigen surface (4). The first domain of the constant region, CH1, is spliced out because of the loss of a consensus splice signal (5, 6). CH1 exon loss also has been described in other mammals, albeit associated with disease, e.g., in mouse myelomas (7) and human HC disease (HCD) (8–10).

Camelid HCAbs contain a complete VDJ region. Its size, stability, specificity, and solubility have generated considerable biotechnological interest. The antigen-binding site, a single-variable domain (VHH), resembles VH of conventional Abs. However, differences in FR2 and CDR3 prevent VHH to pair with a variable LC, whereas hydrophilic amino acids provide solubility (11). HCAb of the IgM class have not been found in camelids, suggesting that the IgM+ stage of HCAb formation is very transient and/or circumvented.

Murine NSO myeloma cells can express a rearranged camelid VHH-γ2a gene (12) and, recently, the same gene was expressed in transgenic mice (13). Here, we describe transgenic mice containing various nonrearranged chimeric HCAb loci and show they rearrange properly, result in allelic exclusion, efficiently rescue B cell development, and undergo class switch recombination and affinity maturation. They generate functional HCAbs after antigenic challenge, providing a previously undescribed way of producing human



**Fig. 1.** The transgenic loci. Two llama VHH exons are linked to the human HC diversity (D) and joining (J) regions, followed by the Cμ, Cδ, Cγ2, and Cγ3 human genes and human HC Ig 3′ LCR. The different constant region exons are shown in different colors (see Middle Right inset). CH1 (red) was deleted from Cγ2 and Cγ3 genes in constructs MGΔ and GΔ and also from Cμ in construct MΔGΔ. LoxP sites (in red) enable removal of Cμ and Cδ genes by cre recombination. The Frt site (in green) enables the generation of a single copy from a multicopy array by Flp recombination.

HCAb when the llama VHH regions are replaced with soluble human VH.

## Results

**The CH1 Splice Mutation Is Insufficient for Exon Skipping in the Human HC Locus.** It is not known whether the generation of HCAb (IgG2 and 3) in camelids needs an IgM+ stage. Hence, we made two hybrid chimeric loci, one locus (MGS) with human Cμ, Cδ, Cγ2, and Cγ3 constant regions and one with only Cγ2 and Cγ3 (GS; Fig. 7, which is published as supporting information on the PNAS web site) in a μMT background (14). μMT animals do not produce surface IgM and have a block in B cell development at the pre-B cell stage. The Cγ regions first were mutagenized to contain the camelid CH1 splice mutation (5). GS was generated because of later reports showing that μMT mice produce some IgG, IgA, and IgE in the absence of membrane IgM (15–17), suggesting some B cells develop without IgM surface expression. Instead of mutating human VH domains to improve solubility (18, 19), two llama VHHs were introduced. Camelid VHH contain characteristic amino acids at positions 42, 49, 50, and 52 (20, 21). VHH1 contained these four, but VHH2 had a Q instead of an E at 49. The locus contained all of the human HC D and J regions and the locus control region (LCR) (Fig. 7). Surprisingly, the splice mutation gave incorrect CH1 exon skipping in mice and no chimeric Ig expression (Fig. 7).

Author contributions: R.J., F.G., and D.D. designed research; R.J., S.D., R.W.H., A.v.R., and D.D. performed research; G.P. and J.K.-a.S. contributed new reagents/analytic tools; R.J., S.D., R.W.H., G.P., F.G., and D.D. analyzed data; and F.G. and D.D. wrote the paper.

The authors declare no conflict of interest.

This paper was submitted directly (Track II) to the PNAS office.

Freely available online through the PNAS open access option.

Abbreviations: BM, bone marrow; HC, heavy chain; HCAb, HC-only antibody; LC, light chain; sdAb, single-domain antibody.

¶To whom correspondence should be addressed. E-mail: f.grosveld@erasmusmc.nl.

© 2006 by The National Academy of Sciences of the USA

**October 10, 2006**

IMMUNOLOGY

15130 Generation of heavy-chain-only antibodies in mice
Rick Janssens, Sylvia Dekker, Rudi W. Hendriks, George Panayotou, Alexandra van Remoortere, John Kong-a San, Frank Grosveld, and Dubravka Drabek

PDX2.9

## 2007 San Diego Conference



PDX2.10

# Harbour's Proven Technology

**Harbour BioMed Announces IND Clearance for HBM9027 in the U.S.**

January 24, 2024

Harbour BioMed (the "Company", HKEX: 02142) announced that the Company has been **granted the clearance of Investigational New Drug (IND)** from the Food And Drug Administration (FDA) of the United States to **initiate the first-in-human (FIH) clinical trial in the U.S. for bispecific antibody HBM9027**. … HBM9027 is generated from Harbour BioMed's proprietary fully human HBICE® platform.

**Harbour BioMed Announces Positive Phase II Results for HBM4003 and Tislelizumab Combination in MSS mCRC**

October 23, 2025

Harbour BioMed … today announced **positive Phase II clinical data for porustobart (HBM4003),** a next-generation, **fully heavy-chain-only anti-CTLA-4 antibody** …

PDX2.11

# Harbour's Early Work



**7/22/04**
Prof. Grosveld Files Patent Application



**1/26/06**
Prof. Grosveld's Global Patent Application Publishes



**10/10/06**
Prof. Grosveld's PNAS Article Publishes



**12/4/07**
Prof. Grosveld Presents His HCAb Research And Data At San Diego Conference

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|

PDX2.12

# Harbour's Early Work



**7/22/04**
Prof. Grosveld Files Patent Application



**1/26/06**
Prof. Grosveld's Global Patent Application Publishes



**10/10/06**
Prof. Grosveld's PNAS Article Publishes

**12/4/07**
Prof. Grosveld Presents His HCAb Research And Data At San Diego Conference

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|

**12/4/07**
Dr. Buelow Attends Conference

PDX2.13

# EXHIBIT 3

# Prof. Marjorie Oettinger

June 8 to 9, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## Harbour Antibodies BV, et al.

## v.

## Teneobio, Inc. and Amgen Inc.

1:21-cv-1807-MN

PDX3.1

# Education



- **Harvard University** (1979-1983)
  - AB, *Magna Cum Laude*, Biochemistry



- **Massachusetts Institute of Technology** (1987-1991)
  - Doctor of Philosophy (Ph.D.) Biochemistry and Molecular Biology

PDX3.2

# Employment



## **Harvard Medical School**

- Assistant Professor Of Genetics (1991-1996)
- Associate Professor Of Genetics (1996-2003)
- Professor of Genetics (2003-present)



## **Massachusetts General Hospital**

- Assistant Professor Of Genetics (1991-1996)
- Associate Professor Of Genetics (1996-2003)
- Professor of Genetics (2003-present)

PDX3.3

# Research, Publications, Patents





- Spent last **30** years researching the biology of how antibodies are formed, including in transgenic mice

- **48** Research Articles
  - *Nature*
  - *Journal of Immunology*

- **13** Review Articles and Book Chapters
  - Oettinger, M.A., The Mechanism of V(D)(J) Recombination. In: *Molecular Biology of B Cells* (2004)
  - *Trends in Genetics*

- Grant Reviewer for NIH Study Sections
  - *Allergy and Immunology*
  - *Cellular and Molecular Immunology*

- U.S. Patent No. 5,159,066 ("Recombination Activating Gene (RAG-1)")

PDX3.4

# What I Was Asked To Do





**Assignment:**

- Analyze Teneobio and Amgen's use of the UniRat Platform and determine if it **infringed**:

    – Claim 2 of the '970 patent

- Analyze whether Teneobio and Amgen have identified any **acceptable** non-infringing alternatives

PDX3.5

# Summary Of My Opinions





- **Teneobio** and **Amgen**'s use of the UniRat Platform and resulting HCAbs **infringed:**



| '970 Patent: | Claim 2 | ✓ Infringed |
|---|---|---|

- **Teneobio** and **Amgen** did not identify any **acceptable** non-infringing alternatives

PDX3.6

# Technology Background

PDX3.7

# Conventional Antibody (H2L2) Versus Heavy Chain Only Antibodies (HCAb)



PDX3.8

# Affinity Maturation Via Somatic Mutation



PDX3.10

# How Immune Systems Produce HCAbs



PDX3.11

# Bispecific Antibodies



**Conventional Antibody**



**HCAb**

PDX3.12

# Bispecific Antibodies



PDX3.13

# Bispecific Antibodies



PDX3.14

# Harbour's Patented Invention

PDX3.15

# The '970 Patent



'970

US 10,906,970

METHODS OF MAKING HEAVY CHAIN ONLY ANTIBODIES USING TRANSGENIC ANIMALS

Franklin Gerardus Grosveld

Jul. 22, 2004

Joint Exhibit
**JTX-3**

PDX3.16

# Before Harbour's Patented Invention, HCAbs Produced From Camelids Or Phage Display



**HCAb**

PDX3.17

# Problems With Producing HCAbs From Camelids Or Phage Display



'970

Human $V_H$ or camelid $V_{HH}$ produced by phage display technology lacks the advantage of improved characteristics as a result of somatic mutations and the additional diversity provided by D and J region recombination in the CDR3 region of the normal antibody binding site (Xu and Davies, (2000) *Immunity*, 13, 37-45). Camelid $V_{HH}$, whilst showing benefits in solubility relative to human $V_H$, is antigenic in man and must be generated by immunisation of camelids or by phage display technology.



Joint Exhibit **JTX-3** at 5:5-13

PDX3.18

## Harbour Was The First To Harness The Power Of The Rodent's Immune System To Produce HCAbs



PDX3.19

## Harbour Was The First To
## Harness The Power Of The Rodent's Immune System To Produce HCAbs



'970

> Antibodies obtained according to the invention have the advantage over those of the prior art in that they are of substantially any single or known class and preferably of human origin. Antibodies are of high affinity resulting from a combination of VDJ recombination and affinity maturation in vivo. Antibodies and fragments thereof may be may be iso-

> (1999) J. Immunol. Methods, 231, 25-38. Natural selection can also occur in vivo through affinity maturation and the incorporation of favourable mutations in the $V_H$ gene following VDJ rearrangement.

**Joint Exhibit JTX-3** at 10:22-27; 11:18-21

PDX3.20

# Harbour Was The First To Show That The Rodent's Immune System Can Undergo VDJ Recombination And B-Cell Maturation To Produce HCAbs



'970

**EXAMPLE 1**

This analysis showed that both VHs, different human D and all of the human J segments are used, to contribute to a diverse antibody repertoire. It also showed the presence of IgG3 switched B cells and the occurrence of somatic mutations by comparison of each rearranged gene with its germline counterpart i.e. the original VH in the transgenic construct (see FIG. **17**). Therefore, the human heavy chain-only IgG antigen receptor can provide the necessary signals for B cell maturation.

**Joint Exhibit JTX-3**   at 29:50-35:8

PDX3.21

# Teneobio And Amgen Infringed The '970 Patent

PDX3.22

# Patent Infringement

**35 USC §271(a)**

- Except as otherwise provided in this title, **whoever without authority** makes, **uses**, offers to sell, or sells **any patented invention, within the United States** or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.

**35 USC §271(g)**

- **Whoever without authority** imports into the United States or offers to sell, sells, or **uses within the United States a product which is made by a process patented in the United States shall be liable as an infringer**, if the importation, offer to sell, sale, or use of the product occurs during the term of such process patent. In an action for infringement of a process patent, no remedy may be granted for infringement on account of the noncommercial use or retail sale of a product unless there is no adequate remedy under this title for infringement on account of the importation or other use, offer to sell, or sale of that product. A product which is made by a patented process will, for purposes of this title, not be considered to be so made after—
    - **(1)** it is materially changed by subsequent processes; or
    - **(2)** it becomes a trivial and nonessential component of another product.

PDX3.23

## Claim Construction

| Claim Term(s) | The Court's Claim Construction |
|---|---|
| Preamble, i.e., the introductory statement before "comprising" | The preamble is limiting. |
| "heterologous" | "a nucleotide sequence or locus which is not endogenous to the mammal in which it is located." |
| "$V_H$ heavy chain locus" | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)." |
| "$V_H$ binding domain" | "a binding portion of an expression product of a V gene segment when recombined with a D gene segment and a J gene segment." |
| "antigen-specific heavy chain only antibody" / "said soluble antigen-specific heavy chain only antibody" | "heavy chain-only antibody specific to an antigen." |
| "soluble" | "remains in solution and active in physiological media through B-cell maturation to secretion, without requiring a light chain to maintain solubility." |

PDX3.24

## Person of <u>O</u>rdinary <u>S</u>kill In The <u>A</u>rt (POSA)



A POSA, at the time of the invention, would possess:

- M.D. and/or Ph.D. degree and training in molecular biology, immunology or a related field

**AND**

- At least three years of research experience in molecular immunology or a related field

PDX3.25

# UniRat Platform





- Transgenic rodent ("UniRat") platform for producing HCAbs
  - Five strains: HC27, HC28, HC31, HC32, HC33

- Teneobio produced HCAbs using the UniRat Platform by April 2016

- Teneobio was acquired by Amgen in 2021
  - Amgen continued to use the UniRat Platform in the United States until December 2022

PDX3.26

# Teneobio's Paper Describes Its Use Of The UniRat Platform

The "Clarke" Paper



**Multispecific Antibody Development Platform Based on Human Heavy Chain Antibodies**

Starlynn C. Clarke[1], Biao Ma[1], Nathan D. Trinklein[1], Ute Schellenberger[1], Michael J. Osborn[1], Laure-Hélène Ouisse[2], Andrew Boudreau[1], Laura M. Davison[1], Katherine E. Harris[1], Harshad S. Ugamraj[1], Aarti Balasubramani[1], Kevin H. Dang[1], Brett Jorgensen[1], Heather Anne N. Ogana[1], Duy T. Pham[1], Payal P. Pratap[1], Preethi Sankaran[1], Ignacio Anegon[2], Wim C. van Schooten[1], Marianne Brüggemann[1], Roland Buelow[1] and Shelley Force Aldred[1]*

[1] Teneobio, Inc., Menlo Park, CA, United States, [2] Centre de Recherche en Transplantation et Immunologie, Inserm UMR 1064, Université de Nantes, Nantes, France

In summary, we describe here the first construction of a genetically engineered rat expressing human $V_H D J_H$ genes in the absence of a $C_H 1$ domain, light chain, or endogenous antibodies. These animals mount robust immune responses and produce diverse repertoires of stable, high-affinity human HCAbs in response to antigen challenge. Successful production

**Plaintiff Exhibit PTX-78**  at PTX-78.0001, PTX-78.0009

PDX3.27

## Teneobio And Amgen Used The Produced Heavy Chain-Only Antibodies To Develop Bispecific Antibodies



**Dr. Buelow**
Founder and CEO
Teneobio

Q. Every multispecific antibody that was developed by TeneoBio included an arm that was a heavy-chain-only antibody, right?

A. That is correct.

**Buelow Dep. Tr. at 65:14-17**



**Plaintiff Exhibit**
**PTX-1131**  at PTX.1131.0013

PDX3.28

## Teneobio And Amgen Used The Produced Heavy Chain-Only Antibodies To Develop Bispecific Antibodies

PDX3.29

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

| | |
|---|---|
| **2 Pre** | A method for the production of soluble, antigen-specific heavy chain only antibodies **comprising**: |
| **2a** | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
| **2a(i)** | the $V_H$ heavy chain locus **comprises** a variable region **comprising** at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region **comprising** a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; |
| **2a(ii)** | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; |
| **2a(iii)** | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody **comprising** a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; |
| **2b** | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and |
| **2c** | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

**"Comprising" means "including but not limited to" or "containing but not limited to."**

PDX3.30

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

UniRat
naturally optimized human antibodies™

| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|---|
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ  gene that does not encode a functional $C_H1$ domain; | |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

PDX3.31

# The UniRat Contains A $V_H$ Heavy Chain Locus

| Claim Term | Court's Construction |
|---|---|
| $V_H$ **Heavy Chain Locus** | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)." |

PDX3.32

**The UniRats Have A Minimal Micro-Locus Encoding A $V_H$ Domain Comprising One Or More V Gene Segments, One Or More D Gene Segments, And One Or More J Gene Segments**

HC27



HC28



Plaintiff Exhibit
PTX-82
at PTX-82.0001, PTX-82.0002

PDX3.33

## The UniRats Have A Minimal Micro-Locus Encoding A $V_H$ Domain Comprising One Or More V Gene Segments, One Or More D Gene Segments, And One Or More J Gene Segments



Plaintiff Exhibit
PTX-82

at PTX-82.0003, PTX-82.0004

PDX3.34

## VDJ Gene Segments Are <u>Operationally Linked To One Or More Heavy Chain Effector Regions</u> <u>(Each Devoid Of A $C_H1$ domain)</u> - Cγ2a, Cγ1, And Cγ2b

**Δ = Devoid Of**

**UniRats**





**Dr. Harris**
VP of Discovery

Q. [W]hen TeneoBio uses UniRats to produce HCAbs in vivo, … what they are producing have been … IgG HCAbs?

A. Those have been the antibodies of interest for TeneoBio.

**Harris Dep. Tr. at 50:21-51:1**

Plaintiff Exhibit
**PTX-82**   at PTX-82.0001

PDX3.35

# VDJ Gene Segments Are <u>Operationally Linked To One Or More Heavy Chain Effector Regions (Each Devoid Of A $C_H1$ domain)</u> - Cγ2a, Cγ1, And Cγ2b

| Claim Term | Court's Construction |
|---|---|
| $V_H$ Heavy Chain Locus | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (**each devoid of a $C_H1$ domain**)." |







 at PTX-1171.0007

PDX3.36

## The Cα And Cε Constant Regions On The UniRat
## Are Not Part Of The "minimal micro-locus encoding a V$_H$ domain"

| Claim Term | Court's Construction |
|---|---|
| V$_H$ Heavy Chain Locus | "a minimal micro-locus encoding a V$_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (**each devoid of a C$_H$1 domain**)." |



**Dr. Buelow**
Founder and CEO
Teneo bio

Q. UniRats do not produce antibodies from C-alpha and C-epsilon, right, sir?

A. Correct.

**Buelow Dep. Tr. at 192:13-15**


at PTX-82.0001

PDX3.37

# The Cα And Cε Constant Regions On The UniRat
# Are Not Part Of The "minimal micro-locus encoding a VH domain"



**Dr. Buelow**
Founder and CEO

Teneobio

UniRats do not express IgM, IgD, IgA or IgE.

**Plaintiff Exhibit**
**PTX-1078** at PTX-1078.0001

From: Roland Buelow <rbuelow@TENEOBIO.COM>
To: Ben Buelow <bbuelow@TENEOBIO.COM>
Subject: RE: IgD in Unirat
Date: Wed, 4 Jan 2017 02:06:24 +0000
Importance: Normal

UniRats do not express IgM, IgD, IgA or IgE.

The heavy chain locus of UniRat has constant region exons encoding rat IgG2a, IgG1 and IgG2b without CH1.

The heavy chain locus of UniRat has constant region exons encoding rat IgGE and IgGA (with CH1 exons). Because these heavy chains have a CH1 they are not expressed on the surface of B-cells without a light chain.

The heavy chain locus of UniRat has constant region exons encoding rat IgGE and IgGA (with CH1 exons). Because these heavy chains have a CH1 they are not expressed on the surface of B-cells without a light chain.

Q. UniRats do not express antibodies from the C-alpha region, right?

A. Correct.

\*\*\*

Q. And it's a true statement, isn't it, that UniRats do not express antibodies from the C-epsilon region?

A That's correct.

**Buelow Dep. Tr. at 195:25-196:2; 196:10-13**

PDX3.38

# The UniRat Comprises 20 To 40 D Gene Segments And A Heavy Chain Constant Region Comprising A Cγ Gene That Does Not Encode A Functional $C_H1$ Domain



Plaintiff Exhibit
PTX-82

at PTX-82.0001 - .0002

PDX3.39

## The UniRat Comprises 20 To 40 D Gene Segments And A Heavy Chain Constant Region Comprising A Cγ Gene That Does Not Encode A Functional $C_H1$ Domain



Plaintiff Exhibit
PTX-82

at PTX-82.0003 - .0004

PDX3.40

## The UniRat's $V_H$ Heavy Chain Locus Comprises 20 To 40 D Gene Segments



**Dr. Buelow**
Founder and CEO

Q. The UniRat strains we have been talking about comprise a variable region comprising at least one V gene segment, from **20 to 40 D gene, segments**[,] at least one J gene segment, and at least one heavy-chain constant region, right?

A. Correct.

**Buelow Dep. Tr. at 124:19-24**

PDX3.41

## The UniRats Comprise A Heavy Chain Constant Region Comprising A Cγ Gene That Does Not Encode A Functional C$_H$1 Domain



**Dr. Buelow**
Founder and CEO

Teneobio

Q. The heavy- chain antibodies that are produced by the UniRat do not have a CH1 domain, right?

A. Like any other heavy-chain antibody, correct.

**Buelow Dep. Tr. at 197:11-15**

PDX3.42

## Data Relating To Teneobio's HC8 Rat Has Nothing To Do With The Accused UniRat Strains

### Materially Different Constant Regions



HC8



Defendants Exhibit
**DTX-2144** at DTX-2144.0006

UniRats

Plaintiff Exhibit
**PTX-82** at PTX-82.0001

PDX3.43

# Data Relating To Teneobio's HC8 Rat Has Nothing To Do With The Accused UniRat Strains

**UniRats are Triple Knockout, HC8 Rats are not**



  at PTX-561.0004

PDX3.44

# Data Relating To Teneobio's HC8 Rat Has Nothing To Do With The Accused UniRat Strains



**From:** Marianne Bruggemann <mbruggemann@ratltd.net>
**To:** Roland Buelow <rbuelow@hcoantibody.com>
**Subject:** Re: immunization experiment
**Date:** Thu, 26 Apr 2012 10:42:44 +0000



In summary, HC8/9 are not good lines for obtaining HCOAs; immunizations show reduced titers, affinities are at best a few hundred nM, extensive selection is needed to obtain binders and therefore it is unlikely that financially viable products can be obtained.



**Plaintiff Exhibit PTX-318** at PTX-318.0001

PDX3.45

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent



| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|---|
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✔ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

PDX3.46

# The UniRat Contains A <u>Heterologous</u> Heavy Chain Locus

| Claim Term | Court's Construction |
| --- | --- |
| Heterologous | "a nucleotide sequence or locus which is not endogenous to the mammal in which it is located" |




**Plaintiff Exhibit PTX-1171** at PTX-1171.0007

PDX3.47

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent



| | |
|---|---|
| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: |
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a $C\gamma$ or $C\mu$ gene that does not encode a functional $C_H1$ domain; ✔ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain; |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

PDX3.48

## UniRats Contain <u>V, D, And J Gene Segments That Are Capable Of Recombining To Form A VDJ Coding Sequence</u>



**Dr. Buelow**
Founder and CEO

Teneo bio

Q. <mark>UniRats contain V, D, and J gene segments that are capable of [recombining] to form a V(D)J coding sequence</mark>, correct?

A. Correct

**Buelow Dep. Tr. at 124:25-125:3**



Plaintiff Exhibit
**PTX-1171**

at PTX-1171.0007



PDX3.49

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent



| | |
|---|---|
| **2 Pre** | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: |
| **2a** | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
| **2a(i)** | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; |
| **2a(ii)** | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; |
| **2a(iii)** | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; |
| **2b** | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and |
| **2c** | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

PDX3.50

# Teneobio And Amgen Use The UniRat Platform To Produce Heavy Chain-Only Antibodies



The "Clarke" Paper

We have created an antibody discovery platform that addresses these challenges through antibody repertoire sequencing in transgenic rats, called UniRats, that produce heavy chain only antibodies with fully human variable domains, termed UniAbs™. UniRats express UniAbs due to genomic insertion



Plaintiff Exhibit
**PTX-78**  at PTX-78.0002

PDX3.51

## Teneobio And Amgen Use The UniRat Platform To Produce <u>Soluble</u> HCAbs

| Claim Term | Court's Construction |
|---|---|
| Soluble | "remains in solution and active in physiological media through B-cell maturation to secretion, without requiring a light chain to maintain solubility" |



No antibodies secreted or in sera if **"insoluble"**

Antibodies secreted and in sera, thus **"soluble"**

PDX3.52

## Teneobio And Amgen Use The UniRat Platform To Produce <u>Soluble</u> HCAbs

**The "Clarke" Paper**



**UniAb Purification and SEC-UHPLC**

Soluble UniAb was expressed in CHO cells using protein free media supplemented with L-Glutamine (Invitrogen). Cell harvest

**Plaintiff Exhibit PTX-78** at PTX-78.0010

PDX3.53

# Teneobio And Amgen Use The UniRat Platform To Produce Soluble, <u>Antigen-Specific</u> HCAbs

| Claim Term | Court's Construction |
|---|---|
| antigen-specific heavy chain only antibody | "heavy chain-only antibody specific to an antigen." |

### The "Clarke" Paper



UniRats express HCAbs from large transgenic loci representing the entire productive human heavy chain V(D)J repertoire, mount robust immune responses to a wide array of antigens, exhibit diverse V gene usage and generate large panels of stable, high affinity, antigen-specific molecules.



Plaintiff Exhibit
**PTX-78**   at PTX-78.0001



**Dr. Buelow**
Founder and CEO

Q.   Do you agree that UniRats efficiently produce antigen-specific UniAbs in response to antigen challenge?

A.   Yes.

…

[Q]  Once the UniRat is immunized, it expresses in the serum, antigen-specific antibodies, right?

A.   Correct.

**Buelow Dep. Tr. at 218:11-14; 117:3-5**

PDX3.54

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

| | | |
|---|---|---|
| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✔ |
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✔ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✔ |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

PDX3.55

# Teneobio And Amgen <u>Immunized UniRats With An Antigen</u>

**The "Clarke" Paper**







**Dr. Harris**
VP of Discovery
Teneobio

Q. And the UniRat strains that TeneoBio -- TeneoBio immunized are HC27, HC28, HC31, HC32, and HC33?

A. Yes, that seems correct to me.

***

Q. And TeneoBio has immunized each of these strains with an antigen, right?

A. Yes.

**Plaintiff Exhibit PTX-78** at PTX-78.0010

**Harris Dep. Tr. at 46:5-9; 46:14-16**

PDX3.56

## Teneobio And Amgen Provided CROs With Instructions For How To Immunize The UniRat With An Antigen



**Dr. Buelow**
Founder and CEO

Q. My understanding is that ==TeneoBio directed other companies in some instances to immunize UniRats with antigens==, correct?

A. Yes.

\*\*\*

Q. Now, in doing the immunizations ==the CROs followed your instructions for how to immunize the RATs==, correct?

A. Yes

**List of Contract Research Organizations ("CROs"):**

- Antibody Solutions
- Genovac (formerly known as Aldevron)
- Inserm
- ImmunoPrecise
- Josman
- IBT

**Buelow Dep. Tr. at 120:5-9; 121:12-121:15**

PDX3.57

# Teneobio And Amgen Provided Instructions For CROs To Follow

**Teneobio Immunization Protocol**



Plaintiffs' Trial Exhibit
PTX-0164
Case 1:21-cv-01807-MN

PTX-0164.0001

**Plaintiff Exhibit**
**PTX-164** at PTX-164.0003

**5.1 Immunization Initiation Steps**

5.1.1. Send an email to Joshua Lowitz at jlowitz@antibody.com to initiate immunization (please also cc Kat kharris@teneobio.com), indicate the following in your email:

5.1.1.1. Name of target (including species) and our internal project number for reference. If alternating human and cyno versions of the target, include this information.

5.1.1.2. Indicate adjuvant/immunization protocol. Typically, the animals are divided equally between two adjuvant groups with a standard 8 week protocol. (Titermax/Ribi and Freund's)

5.1.1.3. Number of rats and type of Unirat (i.e. 2 HC27, 2 HC28, 2HC32, 2 HC33 for a total of 8 Unirats)

5.1.1.4. In most cases, ask for them to hold all serum and LN samples until the project is complete and ship together in 1 shipment via FedEx.

5.1.1.5. Request an Antibody Solution Work Order #, record on immunization active sheet.

5.1.1.6. Record immunization information on "Immunizations" tab of order sheet on sharepoint

5.1.2. Send an email to Roland to request animals. Include project number, # animals required for each strain and the CRO to ship animals to. After requesting animals from Roland and adding animal information to the immunization_active workbook, assign adjuvant groups (see active or completed tabs for examples). Send a copy of this information to Josh so that he can divide the animals into the appropriate adjuvant groups. We typically try to make sure there are equal #s of each UniRat type in each adjuvant group. For example, if you are using 8 UniRats, you would assign 1 HC27, 1 HC28, 1 HC32, 1 HC33 to the Titermax/Ribi group and 1 HC27, 1 HC28, 1 HC32, 1 HC33 to the Freund's group. It is important to record which animal gets which adjuvant on the immunization tracking "active tab".

5.1.3. Ship antigen to Antibody Solutions via FedEx. Reference WO# and SF# (provided by Josh) on packing slip for each antigen.

5.1.4. Once animals have shipped to Antibody Solutions, ask Josh for immunization start date, serum test date and planned harvest date. Fill in this information on immunizations_active workbook (active tab) as well as send to Kat in an email for project tracking purposes.

PDX3.58

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

| | | |
|---|---|---|
| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✓ |
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✓ |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✓ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✓ |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

PDX3.59

## After VDJ Recombination In The UniRat, The Recombined $V_H$ Heavy Chain Locus Is Capable Of Forming A Soluble Heavy Chain-Only Antibody



**Project report – CD137 Lead Discovery**

resulted in dose-limiting toxicities with monospecific anti-CD137 antibodies. To accomplish this goal, a CD137 lead discovery campaign was initiated to generate a collection of UniAbs (heavy chain only antibodies) that specifically target human CD137 on T-cells and other innate immune cells. The following set of key criteria was established to identify and rank the CD137 UniAb

Plaintiff Exhibit PTX-1091 at PTX-1091.0003

PDX3.60

# UniAbs Comprise A Soluble, Antigen-Specific $\underline{V_H}$ Binding Domain And A C$\gamma$ Constant Effector Region Devoid Of A Functional $\underline{C_H1}$ Domain






Plaintiff Exhibit
PTX-1171 at PTX-1171.0007

PDX3.61

## The V$_H$ Binding Domains Comprise The Portions Of The Heavy Chain Only Antibodies That Bind To Antigens

| Claim Term | Court's Construction |
|---|---|
| V$_H$ binding domain | "a binding portion of an expression product of a V gene segment when recombined with a D gene segment and a J gene segment." |



**Dr. Trinklein**
Chief Technology Officer

Teneobio

A. … [S]o, what part of the antibody binds to a target? That's typically called the 'paratope.' And that is typically comprised in the CDR1, CDR2 and CDR3, those the three domains that typically act with whatever target of interest you're going for. And so we were isolating Framework 1 through CDR3.

Q. So that is the binding domain?

A. Yes.

**Trinklein Dep. Tr. at 35:5-35:14**

PDX3.62

## The UniRats Comprise V$_H$ Binding Domains Resulting From The Recombination Of A V Gene Segment, A D Gene Segment, And A J Gene Segment

| Claim Term | Court's Construction |
|---|---|
| V$_H$ binding domain | "a binding portion of an expression product of a V gene segment when recombined with a D gene segment and a J gene segment." |



**Dr. Buelow**
Founder and CEO

Teneobio

Q. The heavy-chain-only antibodies that were produced by UniRats, did those have a binding domain?

* * *

A. Yes, heavy-chain-only antibodies do have a binding domain.

* * *

Q. In what portion of the antibody is the binding domain, in your opinion?

A. It's encoded by the V(D)J region  … We have a V gene with a D gene with a J gene.

**Buelow Dep. Tr. at 114:7-23.**

PDX3.63

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

UniRat
naturally optimized human antibodies

| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✓ |
|---|---|---|
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✓ |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cµ gene that does not encode a functional $C_H1$ domain; | ✓ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✓ |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cµ constant effector region devoid of a functional $C_H1$ domain; | ✓ |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

PDX3.64

# Teneobio And Amgen Clone Said Recombined V$_H$ Heavy Chain Locus Into An Expression Vector

**Lead Discovery Report**



Plaintiff Exhibit
**PTX-1091**  at PTX-1091.0009

229 heavy chain variable region sequences were selected for gene assembly and cloned into a proprietary expression vector containing the human IGHG1 constant region with the CH1 domain deleted. These 229 expression vectors were then transiently expressed individually in





Plaintiff Exhibit
**PTX-549**  at PTX-549.0009

PDX3.65

# Teneobio And Amgen Clone Said Recombined V$_H$ Heavy Chain Locus Into An Expression Vector

**Teneobio**

**DOCUMENT:** High Throughput Recombinant Antibody Cloning Protocol

**DOCUMENT NUMBER:** TB.P010

**LAST UPDATED:** 11/30/2021

**Title:** TB.P010_ High Throughput Recombinant Antibody Cloning Protocol

**Author(s):** Aarti Balasubramani

## 1. Purpose

The purpose of this protocol is to describe the steps involved in high throughput recombinant antibody cloning.

## 2. Scope/Principle

The creation of recombinant antibodies following NGS allows us to test their specificity to the target protein. This involves the cloning of the varied VHs produced by the animals into the vector of choice. The clones are then transfected into mammalian cells to obtain the antibodies to be used for testing.



**Plaintiff Exhibit**
**PTX-540**   at PTX-0540.0002

PDX3.66

## Teneobio And Amgen Selected The Sequences Showing
## The Greatest Evidence Of <u>Antigen-Specific Affinity Maturation</u> For Cloning And Expression

**2b** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent <mark>after affinity maturation via somatic mutation</mark>;



lymph node derived B-cells. cDNA samples containing the full VH region of the heavy chain antibodies were generated and sequenced using NGS. Subsequently, data from all animals were analyzed and <mark>the sequences showing <u>the greatest evidence for antigen-specific affinity maturation</u> were selected for expression in HEK 293 cells.</mark> Repertoires from left and right lymph

Approved By: _____ Date: 2/15/2019
Nathan Trinklein, VP Discovery

CONFIDENTIAL                    TB000006530

Plaintiffs' Trial Exhibit
**PTX-1091**
Case 1:21-cv-01807-MN       PTX-1091.0001

**Plaintiff Exhibit**
**PTX-1091**  at PTX-1091.0008

PDX3.67

## Cloning The Binding Portion Of The Recombined V$_H$ Heavy Chain Locus Is <u>Insubstantially Different</u> To Cloning The Entire Recombined V$_H$ Heavy Chain Locus



**Dr. Trinklein**
Chief Technology Officer

Teneobio



**Dr. Buelow**
Founder and CEO

A.   … [S]o, what part of the antibody binds to a target? That's typically called the 'paratope.' And that is typically comprised in the CDR1, CDR2 and CDR3, those the three domains that typically act with whatever target of interest you're going for. And so we were isolating Framework 1 through CDR3.

Q.   So that is the binding domain?

A.   Yes.

Q.   TeneoBio was looking specifically for CDR3 clonotypes, right?

A.   Correct.

Q.   And that's -- because the CDR3 region, that's what's involved in the antigen binding, right?

A.   Correct.

**Trinklein Dep. Tr. at 35:5-35:14, Buelow Dep. Tr. at 177:1-177:7**

PDX3.68

## Cloning The Binding Portion Of The Recombined V$_H$ Heavy Chain Locus Is Insubstantially Different To Cloning The Entire Recombined V$_H$ Heavy Chain Locus



**Dr. Trinklein**
Chief Technology Officer

Teneobio

"[S]ince the Framework 4 did not contribute to binding, and the diversity of that sequence region is a lot less, it made sense to really focus that primer design on the CDR3 region … put that into a vector that contained the Framework 4, a standard fixed non-diverse Framework 4, making the assumption that that was not going to affect the binding characteristics of the region that we did amplify"

**Trinklein Dep. Tr. at 72:18-73:3**

PDX3.69

## Cloning The Binding Portion Of The Recombined V$_H$ Heavy Chain Locus Is <u>Insubstantially Different</u> To Cloning The Entire Recombined V$_H$ Heavy Chain Locus

### The Framework 4 In The Expression Vector Match Those From HCAbs Produced By The UniRat

From: Nathan Trinklein <trinklein@panoplybio.com>
Date: Thursday, 12 March 2015 18:23
To: Roland Buelow <rbuelow@omtinc.net>
Cc: Marianne Bruggemann <mbruggemann@ratltd.net>
Subject: Re: sequences and Js

We do not see any bias between CDR3-FR4 aa sequences and **binding/cross reactivity.** Are you using IMGT to determine J-gene

In our gene assembly pipeline, we use either RGQGTLVTVSS or WGQGTLVTVSS as FR4 to match what we see in the deep sequencing, so the only discrepancy between what we clone and the endogenous sequence is the M/L in a minority of the FR4

In our gene assembly pipeline, we use either RGQGTLVTVSS or WGQGTLVTVSS as FR4 to match what we see in the deep sequencing, so the only discrepancy between what we clone and the endogenous sequence is the M/L in a minority of the FR4 sequences. There is definitely not a stretch of 20 unauthentic aa's.

That being said, when we assemble a large set of clones for a screen, there are some sequences that do not always exactly match our reference. If these are productive sequences we include them in the screen since we do not know for sure if they are bone fide family members of the sequence we were targeting or assembly errors.

Since it's a screen, we want to collect as much binding data from the functional orfs that we assemble.

-----------------------

**Plaintiff Exhibit**
**PTX-168**   at PTX-168.0001

PDX3.70

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

| | | |
|---|---|---|
| **2 Pre** | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✓ |
| **2a** | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✓ |
| **2a(i)** | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a $C\gamma$ or $C\mu$ gene that does not encode a functional $C_H1$ domain; | ✓ |
| **2a(ii)** | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✓ |
| **2a(iii)** | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain; | ✓ |
| **2b** | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | ✓ |
| **2c** | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

PDX3.71

# Teneobio's And Amgen's Use Of The UniRat Platform Comprises
## Producing The Soluble, Antigen-Specific HCAb From The Clone Of The Previous Step

**Lead Discovery Report**

229 heavy chain variable region sequences were selected for gene assembly and cloned into a proprietary expression vector containing the human IGHG1 constant region with the CH1 domain deleted. These 229 expression vectors were then transiently expressed individually in HEK293 cells to produce fully human heavy chain only antibodies (UniAbs).

Plaintiff Exhibit **PTX-1091**  at PTX-1091.0009



Plaintiff Exhibit **PTX-549**  at PTX-549.0009

PDX3.72

## Teneobio's And Amgen's Use Of The UniRat Platform Comprises <u>Producing The Soluble, Antigen-Specific HCAb From The Clone</u> Of The Previous Step



**Dr. Buelow**
Founder and CEO

Q. So after you ranked the CDR3 clonotypes, you used high throughput cloning in an expression vector to clone those antibodies, correct?

A. We used the CDR3 clonotypes that were the most abundant in these animals, and those were expressed and tested.

Q. Right. They were cloned. And then <mark>they were cloned into a vector, and then they were produced</mark>, it looks like, in those HEK cells again, right?

A. <mark>Correct.</mark>

**Buelow Dep. Tr. at 239:5-15**

PDX3.73

## Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

| | | |
|---|---|---|
| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✓ |
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✓ |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✓ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✓ |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | ✓ |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | ✓ |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | ✓ |

PDX3.74

# Teneobio And Amgen Infringed The '970 Patent Under § 271(g) By Using The HCAbs Produced From The UniRat Platform

PDX3.75

## The Cloning And Producing Steps Performed By Teneobio And Amgen Were In The United States



**Dr. Buelow**
Founder and CEO

Teneobio

Q. And so for each instance where TeneoBio was looking for a lead heavy-chain-only antibody, the <mark>cloning and production steps of that method were performed at TeneoBio</mark>, correct?

A. Correct.

**Buelow Dep. Tr. at 153:15-19**

PDX3.76



# UniRat Immunization CRO Locations

ImmunoPrecise (Canada)

USA CROs:
- Antibody Solutions
- Josman
- IBT

Genovac (Formerly Aldeveron) (Germany)

Inserm (France)

PDX3.77

## Teneobio And Amgen <u>Used</u> The Produced Heavy Chain-Only Antibodies In Assays And Screens In The United States



**Lead Discovery Report**

- Protein binding
- Cell binding
- Kinetic analysis by Octet
- Preliminary epitope binning

**Plaintiff Exhibit**
**PTX-1091** at PTX-1091.0009-.0011



**Dr. Buelow**
Founder and CEO
Teneobio

Q. Okay, look, we have produced 400 to a thousand heavy-chain-only antibodies; which one are we going to select as the lead to include in a therapeutic?

A. Yes, we test them for various different characteristics: Manufacturability, binding affinity, expression levels, biological activity before we narrow down the number of the potential candidates. But based on the characteristics, we find the best one that -- that eventually ends up in the product candidate.

**Buelow Dep. Tr. at 164:2-13**

PDX3.78

# Extent Of Teneobio And Amgen's Use Of The UniRat Platform

PDX3.79

## Extent Of Teneobio's And Amgen's Use Of The UniRat Platform

- **<u>Primary source – Teneobio Database ("TBDB"):</u>**

  – Animal/Sample Tables

  – Cloning Table

  – Expression Table

- **<u>Secondary sources:</u>**

  – Cloning Workbooks

  – Lead Discovery Reports

  – Internal Presentations

  – Emails

PDX3.80

# The Relationship Between The TBDB Tables

Animal/Sample Tables
(Immunized UniRats)

Cloning Table
(Cloned HCAbs)

Expression Table
(Produced HCAbs)

PDX3.81

# Animal And Sample Tables

The Animal and Sample Tables lists the Animal ID and Sample ID for each Project ID

**Teneobio's database:**

**Animal/Sample Tables (Immunized UniRats)**



Plaintiff Exhibit
**PTX-1087**

Plaintiff Exhibit
**PTX-174**

PDX3.82

# Cloning Table

The Cloning Table connects Sample IDs to Clone IDs that are cloned from the "UniRats"

Teneobio's database:

Animal/Sample Tables (Immunized UniRats)

Cloning Table (Cloned HCAbs)



| 1 | Sample ID | Clone ID | NGS sample ID | Sequence read ID |
|---|---|---|---|---|
| 37154 | 102328 | 368047 | 2022-KH-0025 | TENEO20190507P488 |
| 37155 | 102340 | 368048 | 2022-KH-0037 | TENEO20190507P489 |
| 37156 | 102335 | 368049 | 2022-KH-0032 | TENEO20190507P490 |
| 37157 | 102338 | 368052 | 2022-KH-0035 | TENEO20190507P493 |
| 37158 | 102354 | 368056 | 2022-KH-0051 | TENEO20190509P101 |
| 37159 | 102348 | 368058 | 2022-KH-0045 | TENEO20190509P103 |

Plaintiff Exhibit
**PTX-1089**

PDX3.83

# Expression Table

The Expression Table lists out the "UniAbs" produced from the clones in the clone table

**Teneobio's database:**

Animal/Sample Tables
(Immunized UniRats)

Cloning Table
(Cloned HCAbs)

**Expression Table
(Produced HCAbs)**

| | | A | B | C | S | T | Y |
|---|---|---|---|---|---|---|---|
| | 1 | expression_id | antibody_format | clone_id_1 | concentration_mg_per_ml | storage_date | data_file_path |
| | 2 | 325742_20170504 | UniAb | 325742 | 0.005 | 5/8/2017 | OMTT036 |
| | 3 | 325743_20170504 | UniAb | 325743 | 0.006 | 5/8/2017 | OMTT036 |
| | 4 | 325744_20170504 | UniAb | 325744 | 0.003 | 5/8/2017 | OMTT036 |
| | 5 | 325746_20170504 | UniAb | 325746 | 0.006 | 5/8/2017 | OMTT036 |
| | 6 | 325747_20170504 | UniAb | 325747 | 0 | 5/8/2017 | OMTT036 |
| | 7 | 325748_20170504 | UniAb | 325748 | 0.005 | 5/8/2017 | OMTT036 |

**Plaintiff Exhibit
PTX-1088**

PDX3.84

## Teneobio And Amgen Selected The Sequences Showing "The Greatest Evidence Of <u>Antigen-Specific Affinity Maturation</u>" For Cloning And Expression



**Lead Discovery Report**

lymph node derived B-cells. cDNA samples containing the full VH region of the heavy chain antibodies were generated and sequenced using NGS. Subsequently, data from all animals were analyzed and <mark>the sequences showing the greatest evidence for antigen-specific affinity maturation were selected for expression in HEK 293 cells.</mark> Repertoires from left and right lymph

**Animal/Sample Tables (Immunized UniRats)**

**Cloning Table (Cloned HCAbs)**

**Expression Table (Produced HCAbs)**

**Plaintiff Exhibit PTX-1091** at PTX-1091.0008

PDX3.85

# Summary Exhibits

HIGHLY CONFIDENTIAL INFORMATION

| Antigen | Project ID | Date(s) of First Immunization | UniRat Strains Immunized | Pertinent CRO | Date(s) By Which Antigen-Specific HCAbs Were Produced | Confirmed Number of Expressions Performed For This Target Per Project | Total Number of UniRats Immunized For Each Project Resulting In Expressions | Confirmed Number of Expressions Recorded for this Target |
|---|---|---|---|---|---|---|---|---|
| 5T4 | OMTT110 (PART005-1); OMTT123 (PART005-1); OMTT136; OMTT158; OMTT159 | 11/17/2017; 3/23/2018; 7/27/2018; 1/25/2019; 12/21/2018 | 3 x HC27, 3 x HC31; 3 x HC32, 3 x HC33; 2 x HC32, 3 x HC33; 3 x HC27, 3 x HC31; 4 x HC27, 4 x HC31 | Aldevron; Antibody Solutions; Aldevron; Aldevron; Antibody Solutions | 4/2/2018; 6/11/2018; 11/20/2018; 9/3/2019; 4/1/2019 | 428: 309; 302; 197; 248 | 6; 6; 5; 2; 8 | 1484 |
| ALPPL2 (Alkaline Phosphatase Placental-Like 2) | OMTT211 (PART008-2); OMTT213 | 4/16/2020; 5/8/2020; | 2 x HC27, 2 x HC28, 2 x HC32, 2 x HC33; 2 x HC27, 2 x HC28, 2 x HC32, 2 x HC33 | Antibody Solutions; Aldevron | 8/4/2020; Unrecorded | 337; Unrecorded | 8; Unrecorded | 337 |
| ASPH (aspartate β-hydroxylase) | OMTT188; OMTT238; | 11/20/2020; 6/11/2021 | 3 x HC27, 3 x HC28, 3 x HC32, 3 x HC33; 4 x HC27, 4 x HC28, 4 x HC32, 4 x HC33; | Aldevron; Antibody Solutions; | Unrecorded; Unrecorded | Unrecorded; Unrecorded | Unrecorded | Unrecorded |

From July 2016 to December 15, 2022

**Number of Antigen Targets: 48**

**Total Recorded Expressions Listed: 20,221**

**Number of UniRats Resulting In Expressions: 629**



Plaintiff Exhibit
PTX-1071

Plaintiff Exhibit
PTX-1072

PDX3.86



## Teneobio's Founder And CEO Confirmed The Average Number Of Antigen-Specific Antibodies Per Antigen Target



**Dr. Buelow**
Founder
CEO

Q. Do you know how -- on average, about how many **antigen-specific HCAbs** TeneoBio would produce and test for finding a lead candidate for a given target?

[A.] 400 to a thousand.

**Buelow Dep. Tr. at 163:10-14**

PDX3.95

## Teneobio's Founder And CEO Confirmed That Every Time Teneobio Pursued A Target With The UniRat, Generated Antigen-Specific HCAbs



**Dr. Buelow**
Founder and CEO
Teneobio

Q. So every time TeneoBio pursued a target with the UniRat, you were able to generate antigen-specific heavy-chain-only antibodies, right?

A. Correct.

**Buelow Dep. Tr. at 162:22-25**

Teneobio

Breakthrough Multispecific Antibody Therapeutics

We discover 100X more antibodies 3X faster than traditional approaches

| | Total |
|---|---|
| Total number of discovery projects | 100 |
| Total number of targets | 39 |
| Total number of animals | 1,346 |
| Total number of NGS sequence reads generated | 1,817,332,666 |
| Total number of unique antibodies screened | 39,260 |
| Total number of antigen-specific antibodies | 11,778 |

100% Success rate

August 30, 2019    Page 13

**Plaintiff Exhibit PTX-103** at PTX-103.0013

PDX3.96

## Expressions After Issuance Of '970 Patent (Feb. 2, 2021 To Dec. 15, 2022)

| Target Antigen | First Immunization Date | Number of Immunized UniRats Resulting In Expressions | Last Expression Date | Expressions |
|---|---|---|---|---|
| IFNGR1 | March 19, 2021 | 8 | October 1, 2021 | 247 |
| CD7 | June 4, 2021 | 16 | August 29, 2022 | 450 |
| CD70 | October 22, 2021 | 8 | September 29, 2022 | 411 |
| FLT3 | December 23, 2021 | 8 | June 30, 2022 | 315 |
| GUCY2C | April 15, 2021 | 8 | November 19, 2021 | 96 |
| MADCAM 1 | December 17, 2021 | 16 | December 15, 2022 | 211 |

**Number of Antigen Targets: 6          Total Recorded Expressions Listed: 1,730**

**Number of UniRats Resulting in Expressions: 64**

PDX3.97

## Teneobio's And Amgen's Documents Use Of "Antigen-Specific"

**The "Clarke" Paper**



**TABLE 2 |** UniRats efficiently produce antigen-specific UniAbs in response to antigen challenge.

| Antigen | Antigen-specific/Total UniAbs screened | Antigen specific (%) | Total unique clonotype families screened | Antigen-specific CDR3 sequence families | Lambda binding sequences (%) |
|---|---|---|---|---|---|
| Human BCMA | 54/309 | 17 | 171 | 28 | 4.9 |
| Human and cynomolgus CD38 | 42/173 | 24 | 96 | 37 | 1.2 |
| Human PSMA | 41/265 | 15 | 97 | 15 | 0.8 |
| Human and cynomolgus PD-1 | 39/252 | 15 | 85 | 20 | 2.4 |
| Human and cynomolgus BCMA | 120/334 | 36 | 111 | 28 | 9 |
| Mouse CD38 | 91/218 | 42 | 89 | 37 | 7.8 |
| Human and cynomolgus CD22 | 55/277 | 20 | 123 | 22 | 2.5 |
| Human PD-L1 | 61/329 | 19 | 189 | 37 | 5.8 |
| HIV-1 gp120 envelope protein | 27/174 | 16 | 100 | 14 | Not tested |
| Human PSCA | 30/269 | 11 | 70 | 10 | 8.9 |

Ten different immunization campaigns ... were analyzed for each campaign. Ca... candidate UniAbs were antigen positi...    ...nce families ...21.5% of all

**High Throughput ELISA**

with supernatant from untransfected HEK293 cells. **A minimum of 30-fold over background** was required to assign a well as ELISA-positive.

Plaintiff Exhibit
**PTX-78**
at PTX-78.0001, PTX-78.0006, PTX-78.0010

PDX3.98

## The UniRat Platform Is A <u>Research Tool</u> That Does Not Require FDA Approval

**1** UniRat used by Teneobio and Amgen as a research tool

**2** UniRat does not require FDA approval



**Dr. Buelow**
Founder and CEO
Teneobio

Q. Would you describe [the use of UniRat] as using more of a research tool to come up with antibodies?

A. Yes it's a research tool -- a research and development tool, yes.

**Buelow Dep. Tr. at 126:7-10**



**Dr. Buelow**
Founder and CEO
Teneobio

Q. TeneoBio never sought FDA approval for its UniRats, correct?

A. There was no need to go for FDA approval, so we did not.

**Buelow Dep. Tr. at 71:20-23**

PDX3.99

# Teneobio And Amgen Did Not Identify Any <u>Acceptable</u> Non-infringing Alternatives

PDX3.100

# Teneobio Identified The Disadvantages Of Using Conventional Antibodies

**The "Clarke" Paper**



and light chains (42). Thus, it was initially unclear whether V$_H$s from light chain-containing antibodies could be readily adapted to HCAb format. Indeed, attempts by several groups resulted in HCAbs with poor colloidal stability due to exposure of hydrophobic residues previously shielded by light chain binding (43, 44). However, our study of 124 purified UniAbs exhibiting robust expression and consistent colloidal and thermostability shows that HCAbs selected during *in vivo* maturation in a light chain-free animal represent a different class of molecule.



**Plaintiff Exhibit**
**PTX-78**   at PTX-78.0001, PTX-78.0007

PDX3.101



# Teneobio's Publication Confirms That There Are Many Disadvantages With Using Camelids

**The "Clarke" Paper**



(15–19). However, despite some promising clinical results with camelid-derived HCAbs, there remain significant drawbacks to developing these molecules as drugs. Of principle concern is the potential immunogenicity of non-human sequences, which requires humanization of framework regions prior to clinical development. This process prolongs the drug discovery pipeline and can potentially impact important biophysical characteristics including stability and antigen affinity (20, 21). In addition,

including stability and antigen affinity (20, 21). In addition, practical considerations regarding the care and immunization of large animals, such as llamas, limit accessibility to *in vivo* matured molecules and reduce the number of individuals that can be immunized with a given antigen. Antibody repertoire sequencing

**Plaintiff Exhibit PTX-78**  at PTX-78.0001 - .0002

PDX3.103

## Dr. Buelow Confirmed There Are Many Disadvantages With Producing HCAbs Using Camelids



Immuniziation of a large animal like a Llama is difficult because it requires large amounts of antigen. In addition, only a small number of Llamas can be immunized. Therefore, the use of various different adjuvants and immunization protocols is prohibitive and not cost effective.

**Plaintiff Exhibit PTX-118** at PTX-118.0003



**Dr. Buelow**
Founder and CEO

Teneobio

Q. [Y]ou agree with me and you state in this document that "generating heavy-chain antibodies using llamas is prohibitive and not cost effective," right?

A. Yeah, it's problematic, so very difficult. And that's kind of cost prohibitive, if you have little money like a start-up company.

**Buelow Dep. Tr. at 322:15-22**

PDX3.104



## Amgen Stopped Using Teneobio's Sequencing Method Once It Acquired The UniRat Platform



**Dr. Murawsky**
Director of Research



"We [Amgen] no longer do what I call sequence-based discovery which was a version of TeneoBio's protocol."

**Murawsky Dep. Tr. at 190:24-191:1**

PDX3.107

## Conclusion





- **Teneobio** and **Amgen**'s use of the UniRat Platform and resulting HCAbs **infringed:**



| '970 Patent: | Claim 2 | ✅ Infringed |
| --- | --- | --- |

- **Teneobio** and **Amgen** did not identify any **acceptable** non-infringing alternatives

PDX3.108

# EXHIBIT 4

# Dr. Kenneth Serwin, Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Harbour Antibodies BV, et al.

v.

Teneobio, Inc. and Amgen Inc.

21:-cv-1807-MN

PDX4.1

# Education & Experience

**EDUCATION**

 **Ph.D., Economics, University of California, Los Angeles** (1997)

 **M.Sc., Politics of the World Economy, London School of Economics** (1985)

 **B.A., Economics, University of California, Berkeley** (1984)

**PROFESSIONAL EXPERIENCE**

 **Senior Managing Director, Ankura Consulting** (2020-present)

 **Managing Director, Berkeley Research Group** (2010-2020)

 **Director, LECG** (2007-2010)

 **Vice President, NERA** (2003-2007)

PDX4.2

# The Law Requires An Infringer To Pay Reasonable Royalty



"Upon finding for the claimant the court shall award the claimant **damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer**, together with interest and costs as fixed by the court."

**35 U.S.C. § 284 - Damages**

PDX4.3

# Summary of Reasonable Royalty Opinion



**'970 Patent**

| **A**<br>Per-Unit<br>Royalty Rate | × | **B**<br>Royalty<br>Base | = | **C**<br>Reasonable<br>Royalty |

**$11,678**<br>per expression

**1,730**<br>expressions

**$20,203,704**

PDX4.4

# A Reasonable Royalty Is Determined By A "Hypothetical Negotiation" For A Patent License



**Right To Use Patent**

**Royalty Payment**

Key Understandings:

- Parties agree *patent is valid* and *infringed*
- Parties have *complete knowledge* of all relevant information
- *Willing* licensor and licensee

PDX4.5

# Framework For Hypothetical Negotiation: *Georgia-Pacific* Factors

## *Georgia-Pacific* Factors

**Licensing-Related**

1. Licenses to Patent-in-Suit
2. Comparable licensed by the infringer
3. Nature and scope of license
4. Established licensing policies
7. Duration of the term of the license
12. Customary industry royalties

**Commercial**

5. Commercial relationship between the parties
6. Derivative or convoyed sales
8. Profitability and commercial success of product made under the patent
11. Extent to which infringer made use of the patented technology
13. Proportion of profit that should be credited to the invention

**Technical**

9. Advantages of patented technology over prior mode
10. Nature and benefits of the patented technology

**Overall**

14. Opinion testimony of experts
15. Hypothetical Negotiation

## Key Considerations:

- **Harbour and Teneobio *competed* in many ways**
- **Harbour's platform licenses were *restricted* to use with the Harbour Mice platform**
- **Teneobio generated *significant economic benefits***

PDX4.6

# Harbour and Teneobio Compete in Many Ways



PDX4.7

# In The Real World,
# Harbour Narrowly Licensed Its Harbour Mice Platform



**Right To Use Harbour Mice Platform**

**Harbour Mice User**

**Royalty Payment**

PDX4.8

# Harbour's Mice Agreements License Harbour Mice

## Harbour/Ablynx Agreement

2.    **Grant of Licenses.**

2.1.    **Research and Commercial Licenses.**  Subject to the terms and conditions of this Agreement, including the payments due as provided in Section 3, Harbour hereby grants to Licensee:

(a) a worldwide, non-exclusive right and license, with the right to sublicense solely as expressly set forth below to use Harbour Technology and Harbour Mice in the Territory during the Term solely for the purpose of generating Antibodies (which includes but is not limited to the right to euthanize the Harbour Mice); and

(b) a worldwide, non-exclusive license, with the right to sublicense solely as expressly set forth below, under the Harbour Patent Rights to make, use, sell, offer for sale, import and export Antibodies and Antibody Products in the Field and the Territory.

"Antibody" means any immunoglobulin molecule originally discovered or originally generated by or on behalf of Licensee through immunization of a Harbour Mouse with one or more Antigens in accordance with the terms of this Agreement, as well as any nucleic acid or nucleotide sequence encoding the same.

**Plaintiff Exhibit**
**PTX-323**

At [0004]

PDX4.9

Case 1:21-cv-01807-MN   Document 610-1   Filed 06/24/26   Page 139 of 187 PageID #: 37626



**Riet van Zeijl**
Harbour's Controller





**BJ Bormann-Kennedy**
Harbour's Former CEO

"[T]here are licenses on the patent ***but limited to Harbour HCAb mice***."

---

"We were ***licensing out the mice*** to these folks."

Van Zeijl Dep. Tr. at 95:6-8; Bormann-Kennedy Tr. at 52:10

PDX4.10

# At The Hypothetical Negotiation, Harbour Would Be Broadly Licensing A Rodent Platform That Competes With Harbour Mice

## Right To Use Competing Platform Without Restrictions



Royalty Payment

PDX4.11

# The Harbour Agreements Are __NOT__ Economically Comparable To The Hypothetical License



PDX4.12

# Teneobio: "Only if you can generate a lot of antibodies will you be successful"

### Sequence-based Antibody Discovery — Teneobio

**We discover 100X more antibodies 3X faster than traditional approaches**

| | Total |
|---|---|
| Total number of discovery projects | 100 |
| Total number of targets | 39 |
| Total number of animals | 1,346 |
| Total number of NGS sequence reads generated | 1,817,332,666 |
| Total number of unique antibodies screened | 39,260 |
| Total number of antigen-specific antibodies | 11,778 |

Antibody discovery and development is a numbers game – Success depends on large numbers

Antibody discovery and development is a numbers game – Success depends on large numbers

CONFIDENTIAL                                    TB000028073

**Plaintiff Exhibit PTX-315** At 5



**Dr. Buelow** — Teneobio

Q. *It's a numbers game, right?* You have to immunize a lot; you have to take a lot of targets, and hopefully you get at the end of the day something that's therapeutically useful, correct? …

A. *It is a numbers game, yes. Only if you can generate a lot of antibodies will you be successful.*

Q. In order to be successful in creating the therapeutics that TeneoBio were pursing, *you have to generate a lot of antibodies to be successful*, right?

A. Correct.

Q. And you agree with me that *that's a numbers game*?

A. Yes, *it's a numbers game*.

R. Buelow Dep. Tr. 158:3-19

PDX4.13

# Date Of Hypothetical Negotiation



# Date Of Hypothetical Negotiation



**Teneobio had generated many HCAb expressions from the UniRat platform over time**

**October 2021:** Hypothetical Negotiation

2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022

PDX4.15

# Revealed Value Of The Patented Method

**By October 2021:**

✓ **The UniRat platform had already generated valuable HCAbs**



✓ **The UniRat platform had already demonstrated substantial commercial value**



✓ **Teneobio needed a license to continue using the patented method with the UniRat platform**



**The value of continued use was revealed by what the UniRat platform had already produced, demonstrated, and achieved by October 2021**

PDX4.16

# Steps To Determining The Reasonable Royalty



**Step 1:** Determine Total Economic Benefit
**$1.484 Billion**

**Step 2:** Apportion Total Economic Benefit (*20%*)
**$297 Million**

**Step 3:** Calculate Reasonable Royalty
**$20 Million**

PDX4.17

# Step 1: Total Economic Benefit = $1.484 Billion

| Transactions | Economic Benefit |
|---|---|
| abbvie | $490,000,000 |
| AMGEN | $847,993,000 |
| AstraZeneca | $95,614,000 |
| *Licensing* | $50,644,600 |
| *TOTAL* | *$1,484,251,000* |

# Step 1: Total Economic Benefit = $1.484 Billion



**Stephen Dance**
Teneobio's former
Chief Financial Officer

**February 2019
AbbVie Agreement**

Plaintiff Exhibit
**PTX-137**

## Abbvie Paid $490 Million

Q.  In 2021, ==*TeneoBio sold its TNB-383B asset to AbbVie*==?

A.   Right.

\* \* \*

Q.  ==*The total amount that AbbVie has paid*== in connection with its acquisition of TeneoOne is approximately ==*$490 million*==?

A.  That's correct.

Dance Dep. Tr. at 192:6-8, 167:10-13

| Transactions | Economic Benefit |
|---|---|
| abbvie | **$490,000,000** |
| AMGEN | $847,993,000 |
| AstraZeneca | $95,614,000 |
| Licensing | $50,644,600 |
| **TOTAL** | **$1,484,251,000** |

PDX4.19

# Step 1: Total Economic Benefit = $1.484 Billion



**Stephen Dance**
Teneobio's former
Chief Financial Officer

**July 2021
Amgen Agreement**



**Plaintiff Exhibit
PTX-45**

## Amgen Paid $900 Million

Q. So in 2021, ==*TeneoBio sold its TNB-585 asset to Amgen*==?

A. Correct.

\* \* \*

Q. To date, how much has Amgen paid under the Amgen merger agreement?

A. ==*It has paid $900 million*==

Dance Dep. Tr. at 192:3-5, 206:18-20

| Total Amount Paid By Amgen ≈ $900M |
|---|
| Economic Benefit Used In Analysis ≈ $848M |

| Transactions | Economic Benefit |
|---|---|
| abbvie | $490,000,000 |
| AMGEN | **$847,993,000** |
| AstraZeneca | $95,614,000 |
| *Licensing* | $50,644,600 |
| **TOTAL** | **$1,484,251,000** |

PDX4.20

# Step 1: Total Economic Benefit = $1.484 Billion



**Stephen Dance**
Teneobio's former
Chief Financial Officer

**July 2022
AstraZeneca Agreement**



**Plaintiff Exhibit
PTX-138**

## AstraZeneca Paid $155 Million

Q. In 2022, **Teneobio sold its TNB-486 asset to AstraZeneca**?

A. That's correct, in principle….

\* \* \*

Q. To date, how much has AstraZeneca paid under the AstraZeneca agreement?

A. They paid the **upfront payment of a hundred million**…

And they have paid the **first two registrational trial milestones totaling $55 million**.

Dance Dep. Tr. at 192:9-11, 186:7-10; 186:13-15

| Actual Amount Paid By AstraZeneca ≈ $155M |
|---|
| Economic Benefit Used In Analysis ≈ $96M |

| Transactions | Economic Benefit |
|---|---|
| abbvie | $490,000,000 |
| AMGEN | $847,993,000 |
| AstraZeneca | **$95,614,000** |
| Licensing | $50,644,600 |
| **TOTAL** | **$1,484,251,000** |

PDX4.21

# Step 1: Total Economic Benefit = $1.484 Billion

## Licensees Paid over $50 Million



| Transactions | Economic Benefit |
|---|---|
| abbvie | $490,000,000 |
| AMGEN | $847,993,000 |
| AstraZeneca | $95,614,000 |
| *Licensing* | **$50,644,600** |
| *TOTAL* | *$1,484,251,000* |

PDX4.22

# Steps To Determining The Reasonable Royalty

**Step 1:** Determine Total Economic Benefit
**$1.484 Billion**



**Step 2:** Apportion Total Economic Benefit (*20%*)
**$297 Million**

**Step 3:** Calculate Reasonable Royalty
**$20 Million**

PDX4.23

# Step 2: Apportioned Economic Benefit = $297 Million (20%)



$1.187 Billion

$297 Million [20%]

Patented method

| Apportionment Approach | Contribution of Patented Method |
| --- | --- |
| First Approach: Abbvie "Build vs. Buy" Apportionment | 15.1% |
| Second Approach: Residual Apportionment | 28.4% |
| *ECONOMICALLY REASONABLE APPORTIONMENT* | ≈ 20% |

| | |
| --- | --- |
| Total Economic Benefits From Use Of Method | $1,484,251,000 |
| Apportionment to Method | **20%** |
| *APPORTIONED ECONOMIC BENEFITS ATTRIBUTABLE TO PATENTED METHOD* | *$296,850,000* |

PDX4.24

# Step 2: Apportioned Economic Benefit = $297 Million (20%)



PDX4.25

# Step 2: Apportioned Economic Benefit = $297 Million (20%)

## Second Approach: Residual Apportionment



**Total Economic Benefit:**
**$1,484,300,000**

| T-Cell Engager Value | HCAb Platform Value |
|---|---|
| 37.5% → $556,594,000 | 62.5% → $927,657,000 |



**Teneobio/Jannsen Agreement**

Plaintiff Exhibit
**PTX-132**

PDX4.26

# Step 2: Apportioned Economic Benefit = $297 Million (20%)

## Second Approach: Residual Apportionment

**Subtract value attributable to Teneobio's investments and contributions**

**Anderson Tax's Valuation of Teneobio (2016)**

| Historical development efforts | |
|---|---|
| Historical development efforts [1] | |
| Period | |
| Required rate of return [2] | 40.0% |

**Plaintiff Exhibit**
**PTX-110**

| | |
|---|---|
| **HCAb Platform Value** | **$927,657,000** |
| **—Value of Teneobio contributions** | **$505,693,000** |
| **Value of patented method** | **$421,946,000** |

$$\text{Residual Apportionment} = \frac{\text{Value of patented method}}{\text{Total Economic Benefit}} = \frac{\$421,946,000}{\$1,484,300,000} = \mathit{28.4\%} \text{ attributable to patented method}$$

# Steps To Determining The Reasonable Royalty

Case 1:21-cv-01807-MN   Document 610-1   Filed 06/24/26   Page 157 of 187 PageID #: 37644

**Step 1:** Determine Total Economic Benefit
**$1.484 Billion**

**Step 2:** Apportion Total Economic Benefit (*20%*)
**$297 Million**



**Step 3:** Calculate Reasonable Royalty
**$20 Million**

# Step 3: Calculating The $20 Million Reasonable Royalty



**35 U.S.C. §284 - Damages**

"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, **but in no event less than a reasonable royalty for the use made of the invention** by the infringer, together with interest and costs as fixed by the court."

**Each HCAb expression reflects an instance in which Defendants used the patented method**



PDX4.29

# Step 3: Calculating The $20 Million Reasonable Royalty

## Key Considerations

1. Teneobio's hypothetical royalty payment is similar to a development cost

2. Teneobio generated 18,728 expressions using the patented method over the period associated with the apportioned economic benefits

**Revealed value of patented method** $=$ $\dfrac{\$296{,}850{,}000}{18{,}728 \text{ expressions}}$ $=$ **$15,851** per expression

PDX4.30

# Step 3: Calculating The $20 Million Reasonable Royalty

## Bargaining Range

| | No return | Risk-Free | Harbour 2016 | Harbour 2014 | Teneobio 2016 |
|---|---|---|---|---|---|
| **RATE OF RETURN** | 0% | 1.9% | 12% | 25% | 40% |
| **PER-USE ROYALTY** | $15,851 | $15,068 | $11,678 | $8,551 | $6,102 |

**Apply *Georgia-Pacific* factors to determine reasonable royalty rate within bargaining range**

PDX4.31

# Step 3: Calculating The $20 Million Reasonable Royalty

## Key *Georgia-Pacific* Factors

- Harbour had *restrictive licensing policies* and *no comparable licenses*

- Harbour and Teneobio were *competitors* with *competing platforms*

- Teneobio generated *significant economic benefits* from using the patented method

- *By 2021, substantially resolved uncertainty* over the success of HCAb technology

- Teneobio would *need a license* to the '970 patent to ensure completion of the Amgen acquisition

| | No return | Risk-Free | **Harbour 2016** | Harbour 2014 | Teneobio 2016 |
|---|---|---|---|---|---|
| **RATE OF RETURN** | 0% | 1.9% | **12%** | 25% | 40% |
| **PER-USE ROYALTY** | $15,851 | $15,068 | **$11,678** | $8,551 | $6,102 |

PDX4.32

# Defendants Generated 1,730 HCAb Expressions After The Hypothetical Negotiation



October 2021: Hypothetical Negotiation

1,730 HCAb expressions

2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022

PDX4.33

# The Reasonable Royalty For Defendants' Infringement Is $20 Million



**'970 Patent**

| A Per-Unit Royalty Rate | × | B Royalty Base | = | C Reasonable Royalty |
|---|---|---|---|---|

**$11,678**
per expression

**1,730**
expressions

**$20,203,704**

PDX4.34

# EXHIBIT 5

# Prof. Marjorie Oettinger

June 11, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## Harbour Antibodies BV, et al.

v.

## Teneobio, Inc. and Amgen Inc.

1:21-cv-1807-MN

PDX5.1

# Bruggemann '794 Was Considered During Prosecution Of The '970 Patent

| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 15/953,622 |
|---|---|---|---|---|
| | | | Filing Date | 04/16/2018 |
| | | | First Named Inventor | Franklin Gerardus Grosveld |
| | | | Art Unit | 1643 |
| | | | Client Number | 363905 |
| | | Page 1 of 17 | Matter Number | 00028(CARP0017-103-TR1) |

## FOREIGN PATENT DOCUMENTS

| Initials | Cite No. | Document Number | Publication Date | Country | T |
|---|---|---|---|---|---|
| | 55 | 2004049794A2 | 06/17/2004 | WO | |

**Bruggemann '794**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MS/

| Examiner Signature | /MICHAEL SZPERKA/ | Date Considered | 06/20/2018 |
|---|---|---|---|



Joint Exhibit
**JTX-7K**

at JTX-0007.3300, JTX-0007.3301, JTX-0007.3316

PDX5.2

# The Patent Examiner Explicitly Allowed '970 Patent Claims Over Bruggeman '794 In View Of Prof. Grosveld's Declaration



3.   The rejection of claims 15 and 16 under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Bruggemann (WO 2004/049794) in view of Janeway et al. and in view of Kucherlapati et al. (US 6,150,584) has been withdrawn in view of the declaration by inventor Grosveld received as part of the August 6, 2020 response.

Specifically, the Grosveld declaration asserts that at the time of the instant invention, artisans would not have enjoyed a reasonable expectation of success in making the invention as set forth in the obviousness rejection of record due to unpredictability in the art.   While such a declaration is not from a disinterested party with no financial stake in the outcome, the examiner is unable to rebut the veracity of said declaration and as such the rejection has been withdrawn.

4.   Claims 15 and 16 are allowed.

Joint Exhibit
**JTX-7J**

at JTX-0007.3900, JTX-0007.3902

PDX5.3

## Prof. Grosveld Explained To The Patent Office There Was No Reasonable Expectation Of Success Of Achieving Harbour's Invention



### DECLARATION OF FRANK G. GROSVELD, PH.D.

12. At the priority date of the present application, it was still not known whether HCAbs are produced in the same cells in camelids as H2L2s, or in different cells. It was also not known whether any other special processing steps/factors are required, or how the signaling worked. HCAbs do not ultimately pair with a light chain. Do they, however, pair with a pseudo-light chain during processing like H2L2? None of these facts were known and we only know this is not the case from the experiments described in this patent carried out in the mouse. It is to our knowledge still not known whether this is also the case in camelids.

Joint Exhibit **JTX-7I**

at JTX-0007.3735, JTX-0007.3737

PDX5.4

Prof. Grosveld Explained To The Patent Office There Was
No Reasonable Expectation Of Success Of Achieving Harbour's Invention

14. Further, as of the priority date of the present application, none of the published literature had reported upon the generation of camelid HCAbs in mice using unrearranged VH, D, and J gene segments. Brüggemann, rather, describes the expression, not the generation of camelid HCAbs in mice using already rearranged V-D-J gene segments. Nor did she generate HCAbs against a specific antigen after immunization of the mice with such antigen. The use of already rearranged V-D-J gene segments is significant because it means that HCAb production did not have to be initiated in the cells of the mouse. Accordingly, it did not matter if camelids used different cells to make HCAbs than were used to make H2L2s, or that these cells may not be present in mice. The already rearranged V-D-J gene segments could be expressed in any B cells. Indeed, already rearranged immunoglobulin genes, whether they are HCAb or H2L2, can be expressed easily in many cell types. For example, the typical cell lines used to produce high levels of H2L2s commercially are not even of B cell origin, e.g., CHO (Chinese Hamster Ovary) cells.

Joint Exhibit
JTX-7I

at JTX-0007.3735, JTX-0007.3737-3738

PDX5.5

## Prof. Grosveld Explained To The Patent Office There Was No Reasonable Expectation Of Success Of Achieving Harbour's Invention



15. Contrary to what the Examiner claims, Brüggemann did not disclose that unrearranged HCAb genes, camelid or otherwise, could be processed in mice and lead to successful antibody production capable of binding an immunogen following immunization. We were the first to disclose this, and in the present application family, i.e., stemming from PCT GB2005/002892. We disclose the actual production of HCAbs in mice using **unrearranged** camelid VH, D, and J gene segments and human constant region gene segments against specific antigens after immunization with such antigens. This disclosure confirmed that neither special cells, nor special processes, were needed to initiate/complete the production of HCAbs in mice.

Joint Exhibit
JTX-7I

at JTX-0007.3735, JTX-0007.3738

# Bruggemann '794 Does Not Disclose The Production of HCAbs from an Immunized Rodent

## Only Example in Bruggemann '794 Is Production Using An Already Rearranged Camelid HCAB



In the examples provided below, we have demonstrated herein the expression of a rearranged camelid single chain antibody in transfected mouse myeloma cells (Example

**Example 1:  A camel heavy-chain antibody secreted and displayed by mouse myeloma cells**

This work is focused on the first step in construction of transgenic mice expressing HCAb, i.e. whether mouse B cells can express heterologous HCAbs derived from Camelidae species. Rearranged camel H-genes encoding HCAb ($V_HH$- $\gamma$2a) with and without the transmembrane ("TM") bound region were constructed and their expression, processing and assembly in mouse NSO myeloma cells were examined. A camel H chain gene

Defense Exhibit
DTX-130

DTX-0130.0012

PDX5.7

# Secondary Considerations Show The '970 Patent Was Not Obvious

 Unexpected Results

 Long-Felt Need

 Industry Adoption and Commercial Success

PDX5.8

# Prof. Grosveld's Invention Was Unexpected



In camelids, the development of B cells producing HCAbs is not well understood. Some observations indicate that the IgM-stage of HCAbs is transient and that the conventional IgM pathway might be circumvented in HCAb ontogeny. Possibly a distinct lymphocyte subpopulation might initiate the immune response of the HCAbs in camelids. However, the genetic requirements of the BCR and activation in such cells are unknown.

Defense Exhibit
DTX-130

DTX-0130.0003

PDX5.9

# Harbour's Invention Met A Long-Felt Need For Effective Production Of HCAbs



'970

Human $V_H$ or camelid $V_{HH}$ produced by phage display technology lacks the advantage of improved characteristics as a result of somatic mutations and the additional diversity provided by D and J region recombination in the CDR3 region of the normal antibody binding site (Xu and Davies, (2000) *Immunity*, 13, 37-45). Camelid $V_{HH}$, whilst showing benefits in solubility relative to human $V_H$, is antigenic in man and must be generated by immunisation of camelids or by phage display technology.

Joint Exhibit
**JTX-3** at 5:5-13

PDX5.10

# Harbour's Invention Met A Long-Felt Need For Effective Production Of HCAbs

**The "Clarke" Paper**



(15–19). However, despite some promising clinical results with camelid-derived HCAbs, there remain significant drawbacks to developing these molecules as drugs. Of principle concern is the potential immunogenicity of non-human sequences, which requires humanization of framework regions prior to clinical development. This process prolongs the drug discovery pipeline and can potentially impact important biophysical characteristics including stability and antigen affinity (20, 21). In addition, practical considerations regarding the care and immunization of large animals, such as llamas, limit accessibility to *in vivo* matured molecules and reduce the number of individuals that can be immunized with a given antigen. Antibody repertoire sequencing

Plaintiff Exhibit **PTX-78** at PTX-78.0002

PDX5.11

# Harbour's Invention Met A Long-Felt Need For Effective Production Of HCAbs



Immuniziation of a large animal like a Llama is difficult because it requires large amounts of antigen. In addition, only a small number of Llamas can be immunized. Therefore, the use of various different adjuvants and immunization protocols is prohibitive and not cost effective.

**Plaintiff Exhibit**
**PTX-118** at PTX-118.0003

PDX5.12

# In 2006, Prof. Grosveld Published His Results In The Proceedings Of The National Academy Of Sciences

**PNAS**



Neuronal modification in motor learning

Plantiffs' Trial Exhibit
PTX-1187
Case 1:21-cv-01807-MN

PTX-1187.0001

## Generation of heavy-chain-only antibodies in mice

Rick Janssens*, Sylvia Dekker*, Rudi W. Hendriks[†], George Panayotou[‡], Alexandra van Remoortere[§], John Kong-a San*, Frank Grosveld*[¶], and Dubravka Drabek*

*Departments of Cell Biology and [†]Immunology, ErasmusMC, P.O. Box 2040, 3000 CA, Rotterdam, The Netherlands; [‡]Biomedical Sciences Research Center, Alexander Fleming, Varkiza 16602, Greece; and [§]Department of Parasitology, Leiden University Medical Center, Albinusdreef 2, 2333 ZA, Leiden, The Netherlands

Edited by Richard A. Flavell, Yale University School of Medicine, New Haven, CT, and approved August 15, 2006 (received for review February 9, 2006)

transgenic mice (13). Here, we describe transgenic mice containing various nonrearranged chimeric HCAb loci and show they rearrange properly, result in allelic exclusion, efficiently rescue B cell development, and undergo class switch recombination and affinity maturation. They generate functional HCAbs after antigenic challenge, providing a previously undescribed way of producing human HCAb when the llama VHH regions are replaced with soluble human VH.

In conclusion, we show that antigen-specific HCAb of potentially any class can be produced in mice. By introducing soluble human VH domains in the locus, this technology allows the production of fully human HCAb of any class or fragments thereof in response to antigen challenge for use as therapeutic agents in man. By using different vertebrate loci, our technology also allows for production of antibodies from any vertebrate for use as reagents, diagnostics, or for the treatment of animals.

Plaintiff Exhibit
PTX-1187

at PTX-1187.0003, PTX-1187.0006

PDX5.13

# Amgen's Use Of Harbour's HCAb Mice To Produce HCAbs Was Published In The Journal of Biological Chemistry





PTX-0160.0001

## A biparatopic agonistic antibody that mimics fibroblast growth factor 21 ligand activity

Received for publication, January 5, 2018, and in revised form, February 12, 2018   Published, Papers in Press, February 26, 2018, DOI 10.1074/jbc.RA118.001752

Sally Yu Shi[‡1], Ya-Wen Lu[‡1], Zhi Liu[§1], Jennitte Stevens[§1], Christopher M. Murawsky[¶], Vicki Wilson[¶], Zhonghua Hu[§], William G. Richards[=], Mark Leo Michaels[§], Jun Zhang[‡], Wei Yan[§], and Yang Li[=2]

From [‡]Amgen Inc., South San Francisco, California 94080, [§]Amgen Inc., Thousand Oaks, California 91320, and [¶]Amgen British Columbia Inc., Burnaby, British Columbia  V5A 1V7, Canada

Edited by Peter Cresswell

To generate heavy chain–only antibodies (HCAbs) to human β-Klotho, cohorts of three Harbour 4HVH or 8V3 HCAb mice were immunized. These transgenic animals secrete HCAbs using a restricted set of human VH genes without cognate light chains (7). Animals were immunized with a stable

Plaintiff Exhibit
PTX-160

at PTX-0160.0002, PTX-0160.0009

PDX5.14

# Amgen Filed For A Patent Based On Use Of Harbour's Mice To Produce HCAb





Plaintiff Exhibit
PTX-221

at PTX-221.0001, PTX-221.0071

PDX5.15

## Leading Companies Are Interested in Harbour's Technology



**Dr. Frank Grosveld**
Inventor

Q. Can you give the jury a few examples of companies that Harbour has recently done deals with?

A. We have done deals with Pfizer, a large pharmaceutical company, BMS. And AstraZeneca in the UK.

**Trial Tr. At 209:10-12**

PDX5.16

# HCAbs Produced Using Harbour Mice Are Undergoing Clinical Trials

## Harbour BioMed Announces IND Clearance for HBM9027 in the U.S.

January 24, 2024

Cambridge, MA, Rotterdam, NL, Suzhou, CN

Harbour BioMed (the "Company", HKEX: 02142) announced that the Company has been granted the clearance of Investigational New Drug (IND) from the Food and Drug Administration (FDA) of the United States to initiate the first-in-human (FIH) clinical trial in the U.S. for bispecific antibody HBM9027. This is a phase I study to evaluate the safety, tolerability, pharmacokinetics, and anti-tumor activity of HBM9027 in subjects with advanced solid tumors.

HBM9027 is generated from Harbour BioMed's proprietary fully human HBICE® platform. It is a novel PD-L1xCD40 bispecific antibody, which is designed to activate CD40 relied on PD-L1 crosslinking for a promising safety profile. PD-L1 is overexpressed on a variety of solid malignancies, and with its crosslinking dependent specificity on tumors and

> Harbour BioMed (the "Company", HKEX: 02142) announced that the Company has been *granted the clearance of Investigational New Drug (IND)* from the Food And Drug Administration (FDA) of the United States to initiate the *first-in-human (FIH) clinical trial in the U.S. for bispecific antibody HBM9027*. ... HBM9027 is generated from *Harbour BioMed's proprietary fully human HBICE® platform*.

**Plaintiff Exhibit PTX-494** at PTX-494.0001

## Harbour BioMed Announces Positive Phase II Results for HBM4003 and Tislelizumab Combination in MSS mCRC

October 23, 2025

Cambridge, MA, Rotterdam, NL, Shanghai, CN — October 22, 2025

Harbour BioMed (HKEX: 02142), a global biopharmaceutical company focused on the discovery and development of

> Harbour BioMed ... today announced *positive Phase II clinical data for porustobart (HBM4003),* a next-generation, *fully heavy-chain-only anti-CTLA-4 antibody* ...

> HBM4003, a next-generation anti-CTLA-4 antibody *discovered through our HCAb Harbour Mice® platform*, is a direct clinical application arising from this foundational research."

- TRAEs were reported in 87.5% (21/24) of patients, most commonly (incidence ≥20%) liver function test abnormalities, hematological abnormalities, and pyrexia (mostly Grade 1-2).
- Treatment-related serious adverse events (SAEs) occurred in 37.5% (9/24) of patients.

**Plaintiff Exhibit PTX-497** at PTX-497.0001

PDX5.17

# Claim 2 Of The '970 Patent Is Enabled And Is Sufficiently Described



'970

EXAMPLE 1

This analysis showed that both VHs, different human D and all of the human J segments are used, to contribute to a diverse antibody repertoire. It also showed the presence of IgG3 switched B cells and the occurrence of somatic mutations by comparison of each rearranged gene with its germline counterpart i.e. the original V_H in the transgenic construct (see FIG. 17). Therefore, the human heavy chain-only IgG antigen receptor can provide the necessary signals for B cell maturation.

Joint Exhibit
JTX-3

at 29:50, 33:59-67

PDX5.19

# The '970 Patent Explicitly Teaches Using Harbour's Invention With A "Rodent"



'970

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a rodent such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as

Joint Exhibit
JTX-3

at 13:31-34

PDX5.20

# Generating Transgenic Rodents Other Than Mice Was Known At The Time Of Harbour's Patents

## Transgenesis in rats: technical aspects and models

BÉATRICE CHARREAU, LAURENT TESSON, JEAN-PAUL SOULILLOU, CHRISTINE POURCEL and IGNACIO ANEGON*

Received 31 January 1995; revised 3 November 1995; accepted 6 November 1995

Despite the small number of transgenic rat lines so far produced compared to those of transgenic mice, the generation of transgenic rats by DNA microinjection is an established alternative and/or complementary technique to mouse transgenesis.

Defendants Exhibit
DTX-67

DTX-0067.0001, DTX-0067.0009

PDX5.21

# The '970 Patent Discloses Methods for Generating Transgenic Rodents



'970

> Preferably transgenic animals are generated using established oocyte injection technology and, where established, ES cell technology or cloning.

> The final BAC was introduced into transgenic mice by standard microinjection of fertilized eggs or via embryonic stem cell transfection technology.

Joint Exhibit
JTX-3
at 13:38-40, 31:2-4

PDX5.22

# The '970 Patent Discloses A Working Example With V$_H$ Heavy Chain Loci



'970

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions and IgG2 and 3 constant regions (without a CH 1 domain) were created.

Transgenic mice containing a heavy chain only antibody locus consisting of two llama VHH domains, human D and J regions, a human IgM and IgG2 and 3 constant regions (all without a CH1 domain, FIG. **12**) were immunized with TNFa to obtain HC-IgM antibodies. One out of three mice showed

Joint Exhibit
**JTX-3**

at 31:60-63, 32:23-27

PDX5.23