# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

# Harbour Antibodies BV, et al.

## v.

# Teneobio, Inc. and Amgen Inc.

21:-cv-1807-MN

# Harbour's Closing Presentation



PDX10.1

# Defendants' Excuses



PDX10.2

# Dr. Ploegh Couldn't Remember How Many Excuses He Had



**Dr. Ploegh**
Defendants' Expert

Q. And on the invalidity front, you testified that there are three reasons claim 2 of the '970 patent is not enabled and three reasons why claim 2 of the '970 patent isn't adequately described right?

A. I believe that's correct.

Q. That's six invalidity theories, correct?

A. I think so.

Q. If we add those together, you're providing this jury with eight total reasons for why you think defendants get out of this case, right?

A. I added them up and --

Q. Two non-infringement, right, and six invalidity, that's eight different theories, is that right, sir?

A. Did I say six? ⬅

**Trial Tr. 901:11-24**

PDX10.3

# Bedrock Facts

1. Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.

2. Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed, and used it anyway in the UniRat platform.

3. Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.4

# Conventional Antibody (H2L2) versus Heavy Chain Only Antibodies (HCAb)



**Conventional Antibody**



**HCAb**

PDX10.5

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 7 of 183 PageID #: 37681

# HCAbs Produced From Camelids Or Phage Display



**HCAb**

# Design New Transgene



# How The Invention Works



PDX10.8

# How Immune Systems Produce HCAbs



PDX10.9

# Harbour Was The First To Harness The Power Of The Rodent's Immune System To Produce HCAbs



PDX10.10

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 12 of 183 PageID #: 37686



**Prof. Grosveld**
Inventor



**Dr. Oettinger**
Harbour's Expert



Q.  Professor Grosveld, is that rearrangement we were saying the normal immune system, is that what we're talking about?

A.  That's what we're talking about, yes.

**Trial Tr. at 272 :2-5**

---

Q.  Now, particularly for this invention and the production of antigen-specific heavy chain-only antibodies, what is the significance of this VDJ recombination process?

A.  Yeah. So the part that's really cool about it is that the B-cell does this whole thing to give you this huge array of different binding specificity, the ability to recognize different antigens because you got all these different ones and so the cell can do that for you.

**Trial Tr. at 296:19-297:1**

PDX10.11

# Affinity Maturation Via Somatic Mutation



PDX10.12

# Bedrock Fact 1: Prof. Grosveld Was First



**Prof. Grosveld**
Inventor



**Dr. Oettinger**
Harbour's Expert

Q. Who was the <u>first</u> to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response?

A. We were.

**Trial Tr. at 184:20-23**

---

Q. So before Professor Grosveld's invention, <u>had anyone else ever harnessed the power of the rodents immune system</u> to go through VDJ re-congregation, affinity maturation to produce a heavy chain-only antibody?

A. <u>Not to produce a heavy chain-only antibody, no</u>.

**Trial Tr. 305:4-8**                     * * *

Q. Before Professor Grosveld, had anyone else showed the rodent's own immune system could do the work of producing a heavy chain-only antibody?

A. No.

**Trial Tr. at 307:19-22**

PDX10.13

# Bedrock Fact 1: Prof. Grosveld Was First



**Dr. Buelow**
Founder and CEO



**Dr. Muyldermans**
Defendants' Expert



**Dr. Ploegh**
Defendants' Expert

Q. At that time, you did agree that Professor Grosveld was the first to produce heavy chain-only antibodies in mice in a transgenic rodent, right?

A. In my deposition, yes.

Q. Now you're saying you disagree?

A. Correct.

**Trial Tr. at 664:22-665:2**

---

Q. So now you agree with me that Professor Grosveld was the first to actually produce heavy chain-only antibodies with a transgenic rodent showed normal B-cell development including VDJ recombination, correct?

A. I agree, yes.

**Trial Tr. at 853:8-12**

---

Q. Sir, you agree with me that Professor Grosveld was the first to produce heavy chain-only antibodies where the transgenic mice showed essentially normal B-cell development including VDJ recombination, right, sir?

A. Yes.

**Trial Tr. at 917:7-11**

PDX10.14

# Bedrock Facts

1. Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.

2. Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed, and used it anyway in the UniRat platform.

3. Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.15

# The '970 Patent is Presumed Valid Because
# It Was Reviewed And Issued By The United States Patent Office





**Joint Exhibit JTX-3**

PDX10.16

**Defendants' Opening**

## Dr. Brüggemann Invented a Method for Making HCAbs from Transgenic Mice

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
17 June 2004 (17.06.2004)    PCT

(10) International Publication Number
WO 2004/049794 A2

(30)  **Priority Data:**
0228210.1    3 December 2002 (03.12.2002)    GB

The present invention relates to single chain antibodies. In particular, the invention includes a transgenic mouse capable of expressing single chain antibodies and single chain antibodies produced by such a transgenic mouse.

The single chain antibody of the transgenic mouse may thus be a heavy chain antibody. The single chain antibody may in a further embodiment comprise a heavy chain domain linked to a light chain domain.

DTX-0130.0001-0002; DTX-0130.0006

DDX.1-49

PDX10.17

# The Patent Office Considered Bruggemann



**Defendant Exhibit DTX-130**

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
17 June 2004 (17.06.2004)

PCT

(10) International Publication Number
**WO 2004/049794 A2**

(12) **United States Patent**
Grosveld et al.

(10) Patent No.:    **US 10,906,970 B2**
(45) Date of Patent:    *Feb. 2, 2021

## References Cited

| WO | 03000737 | A2 | 1/2003 | |
|----|----------|----|--------|----|
| WO | 03002609 | A2 | 1/2003 | |
| WO | 03035694 | A2 | 5/2003 | |
| WO | 2004003019 | A2 | 1/2004 | |
| WO | 2004049794 | A2 | 6/2004 | |
| WO | WO-2004049794 A2 * | | 6/2004 | ......... A01K 67/0275 |
| WO | 2004058820 | A2 | 7/2004 | |
| WO | 2004076677 | A2 | 9/2004 | |
| WO | 2005005638 | | 1/2005 | |
| WO | 2005070966 | | 8/2005 | |

**Joint Exhibit JTX-3**

PDX10.18

# Dr. Muyldermans Agrees The Patent Examiner Reviewed Bruggemann



**Dr. Muyldermans**
Defendants' Expert

Q. During your direct examination with your counsel, you didn't show any of that back and forth with the Patent Office to the jury, right?

A. No.

---

Q. The Patent Office had a number of references in front of it before it gave Professor Grosveld his patent, right?

A. Correct.

Q. And you know that one of those references was the Bruggemann reference, right?

A. Correct.

**Trial Tr. at 844:21-24; 845:5-11**

PDX10.19

# Bruggemann '794 Was Considered During Prosecution Of The '970 Patent

| | Application Number | 15/953,622 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Filing Date | 04/16/2018 |
| | First Named Inventor | Franklin Gerardus Grosveld |
| | Art Unit | 1643 |
| | Client Number | 363905 |
| Page 1 of 17 | Matter Number | 00028(CARP0017-103-TR1) |

### FOREIGN PATENT DOCUMENTS

| Initials | Cite No. | Document Number | Publication Date | Country | T |
|---|---|---|---|---|---|
| | 55 | 2004049794A2 | 06/17/2004 | WO | |

**Bruggemann '794**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MS/

| Examiner Signature | /MICHAEL SZPERKA/ | Date Considered | 06/20/2018 |
|---|---|---|---|



**Joint Exhibit**
**JTX-7K**

at JTX-0007.3300, JTX-0007.3301, JTX-0007.3316

PDX10.20

# The Patent Examiner Explicitly Allowed '970 Patent Claims Over Bruggeman '794 In View Of Prof. Grosveld's Declaration



3.   The rejection of claims 15 and 16 under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Bruggemann (WO 2004/049794) in view of Janeway et al. and in view of Kucherlapati et al. (US 6,150,584) has been withdrawn in view of the declaration by inventor Grosveld received as part of the August 6, 2020 response.

Specifically, the Grosveld declaration asserts that at the time of the instant invention, artisans would not have enjoyed a reasonable expectation of success in making the invention as set forth in the obviousness rejection of record due to unpredictability in the art. While such a declaration is not from a disinterested party with no financial stake in the outcome, the examiner is unable to rebut the veracity of said declaration and as such the rejection has been withdrawn.

4.   Claims 15 and 16 are allowed.

Joint Exhibit
**JTX-7J**

at JTX-0007.3900, JTX-0007.3902

PDX10.21

# Dr. Muyldermans Agrees The Patent Examiner Reviewed Bruggemann



**Dr. Muyldermans**
Defendants' Expert

Q. Now, you know that after the back and forth with the patent examiner, the examiner withdrew its objections of Professor Grosveld's patents over the Bruggemann reference, right?

A. Yes.

Q. You understand that the patent examiner said there will be no reasonable expectation of success of combining Bruggemann and ending up at Professor Grosveld's patent, right?

A. I know, yes.

**Trial Tr. at 846:7-16**

PDX10.22

# Dr. Muyldermans Agrees The Patent Examiner Reviewed Bruggemann



**Dr. Muyldermans**
Defendants' Expert

Q. I understand you don't agree with it, but when you were forming your opinions in the case, you hadn't seen that before, true?

A. I hadn't seen that before, no.

**Trial Tr. at 848:6-9**

PDX10.23

# Dr. Bruggemann Did Not Use The Normal Immune Response – VDJ Recombination



**Prof. Grosveld**
Inventor



"Doctor Bruggemann took -- she was different on a number of points. One, she used already rearranged heavy chain-only antibodies to express it in mice, so she completely skipped the important and important first part of the whole procedure, which is the rearrangement of the gene to start making the --"

\*\*\*

Q.  So did Dr. Bruggemann use the normal immune response to make the antibodies?

A.  No, she did not.

**Trial Tr. at 271:21-272:1, 272:6-8**

PDX10.24

# Bruggemann Did Not Use The Normal Immune Response



**Dr. Muyldermans**
Defendants' Expert

Q. And the reason that's important is because the parts of ==Bruggemann that you were showing the jury, that was an already pre-rearranged== camelid locus in the ==mouse==, right?

A. ==Yes==.

**Trial Tr. at 850:15-18**

PDX10.25

# But Unlike In Bruggemann, Prof. Grosveld's Invention Has The Mouse Do The Work



**Dr. Ploegh**
Defendants' Expert

Q. And rather than inserting a prerearranged loci like Professor Bruggemann did, Professor Grosveld's working examples he showed that the transgenic mice in their immune system do the work by undergoing essentially normal B-cell maturation to result in the production of heavy chain-only antibodies, right?

A. That's correct.

**Trial Tr. at 916:25 – 917:6**

PDX10.26

# Dr. Buelow Tried To Backtrack

Q. And of course you are ==aware of Dr. Bruggemann's research==, right?

A. ==Yes.==

**Trial Tr. at 666:4-6**



**Dr. Buelow**
Founder and CEO

| **Deposition Testimony** | **Trial Testimony** |
|---|---|
| Q. And I have it on the screen if that's easier for you. Were you asked the following question and did you give the following answer:<br><br>Question: From a scientific perspective, ==you agree that those earlier patents== -- the '877, '179, and ==‘970 -- are on more solid ground, right?==<br><br>Answer: I do not -- ==I'm not aware of prior art that would say these patents should not have been issued.==“<br><br>That was your answer at your deposition, right?<br><br>A. At the deposition that was my answer, correct. | Q. And I realize you're not a patent attorney, but from a scientific perspective, ==you agree that you were not aware of prior art== that would say Harbour's patent in this trial should not have been issued, right?<br><br>A. ==No, I don't.== |
| **Trial Tr. at 666:21-667:5** | **Trial Tr. at 666:7-11** |

PDX10.27

# Mr. King Tried To Backtrack



**Mr. King**



Q. And back then, when you learned about Harbour's technology, you didn't try to copy it back then, right?

A. We did not. We knew about the Bruggemann paper and we didn't try.

**Trial Tr. at 580:11-14**

| Deposition Testimony | Trial Testimony |
|---|---|
| Q. So you gave your deposition back then and you were under oath, right, you took an oath, and you were asked the following question and gave the following answer: <br><br> "Question: And it thought Harbour's heavy chain-only mouse was unique, right? <br> "Answer: Yes." <br><br> Right? <br><br> A. Yes. <br><br> **Trial Tr. at 582:11-18** | Q. And Amgen thought that Harbour's heavy chain-only mouse was unique at the time, right? <br><br> A. We didn't actually know that. We reached out to both companies, Crescendo and Harbour. <br><br> **Trial Tr. at 581:19-22** |

PDX10.28

# But, Internally, Amgen Said Harbour Was Transformational

Strategic view of current platforms



**Mr. King's Testimony**

Q. And then out here under transformational innovations, you list the Harbour heavy chain-only antibody rat, right -- I mean mouse?

A. I agree, we didn't have it.

Q. And you thought it was transformational at the time, right?

A. That's the slide.

Defendants Exhibit
**DTX-665**

**Trial Tr. at 586:10-16**

PDX10.29

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 31 of 183 PageID #: 37705



**2.12      INVALIDITY – SECONDARY CONSIDERATIONS OF NONOBVIOUSNESS**

In determining whether Teneobio has proven by clear and convincing evidence that the claimed invention is obvious, you must take into account any objective indicia (sometimes called "secondary considerations") that you find have been shown by Harbour by a preponderance of the evidence.  No consideration alone is dispositive, and you must consider the obviousness or nonobviousness of the invention as a whole.

**Jury Instruction 2.12**



**Dr. Muyldermans**
Defendants' Expert

Q. So when Professor Oettinger comes up tomorrow and testifies that secondary considerations of nonobviousness, the only testimony the jury is going to hear about that is from Professor Oettinger, right?

A. Yes. Yes.

**Trial Tr. at 856:7-11**

PDX10.30

# Secondary Considerations Show The '970 Patent Was Not Obvious

 Unexpected Results

 Long-Felt Need

 Industry Adoption and Commercial Success

PDX10.31

*Annual Review of Immunology*

## Exploiting Nanobodies' Singular Traits

Jessica R. Ingram,[1] Florian I. S[...] and Hidde L. Ploegh[3]

[1]Department of Cancer Immunology and Virology, [...] Massachusetts 02115, USA

[2]Institute of Innate Immunity, University of Bonn, 5[...]

[3]Program in Cellular and Molecular Medicine, Chil[...] Massachusetts 02115, USA; email: hidde.ploegh@chi[...]

Plaintiffs' Trial Exhibit
PTX-0058
Case 1:21-cv-01807-MN

PTX-0058.0001

**Plaintiff Exhibit**
**PTX-58**

An exciting alternative to camelid immunizations is the reconstitution of heavy chain–only antibody loci in mice and steps toward that goal have been taken. Mouse lines encoding llama VHHs combined with human conserved antibody domains (lacking $C_H1$) (91) or containing human $V_H$ domains (92) have been constructed and produce antigen-specific heavy chain–only antibodies. The ectopic integration of the recombinant IgH loci precludes full somatic hypermutation, a drawback that could possibly be solved by homologous integration of camelid V regions into the recipient's IgH locus, as suggested above.



**Dr. Ploegh**
Defendants' Expert

Q. Of all the papers that were available in 2018 related rodents, with when you're referring to exciting research, you chose to cite Professor Grosveld book right?

A. Yes.

**Trial Tr. at 913:25-914:4**

PDX10.32

# Amgen Itself Was Surprised By the Results





**Dr. Murawsky's Testimony**

Q. That's the conclusion of this summary -- of your technology evaluation summary; right?

A. Yeah. I mean, that's what I'm trying to draw -- highlight here. I think we are a little bit -- if I'm honest, a little bit surprised that it actually worked, and so I was trying to indicate that using the six points above which are things that we would do on -- with normal H2L2 antibodies, that, you know, they were within a reasonable degree of what those H2L2 antibodies behaved.

**Plaintiff Exhibit**
**PTX-216**

**Trial Tr. at 428:10-18**

PDX10.33

# HCAbs Produced Using Harbour Mice Are Undergoing Clinical Trials

## Harbour BioMed Announces IND Clearance for HBM9027 in the U.S.

January 24, 2024

Cambridge, MA, Rotterdam, NL, Suzhou, CN

Harbour BioMed (the "Company", HKEX: 02142) announced that the Company has been granted the clearance of Investigational New Drug (IND) from the Food and Drug Administration (FDA) of the United States to initiate the first-in-human (FIH) clinical trial in the U.S. for bispecific antibody HBM9027. This is a phase I study to evaluate the safety, tolerability, pharmacokinetics, and anti-tumor activity of HBM9027 in subjects with advanced solid tumors.

HBM9027 is generated from Harbour BioMed's proprietary fully human HBICE® platform. It is a novel PD-L1xCD40 bispecific antibody, which is designed to activate CD40 relied on PD-L1 crosslinking for a promising safety profile. PD-L1 is overexpressed on a variety of solid malignancies, and with its crosslinking dependent specificity on tumors and

> Harbour BioMed (the "Company", HKEX: 02142) announced that the Company has been *granted the clearance of Investigational New Drug (IND)* from the Food And Drug Administration (FDA) of the United States to initiate the *first-in-human (FIH) clinical trial in the U.S. for bispecific antibody HBM9027*. … HBM9027 is generated from *Harbour BioMed's proprietary fully human HBICE® platform*.

**Plaintiff Exhibit PTX-494** at PTX-494.0001

## Harbour BioMed Announces Positive Phase II Results for HBM4003 and Tislelizumab Combination in MSS mCRC

October 23, 2025

Cambridge, MA, Rotterdam, NL, Shanghai, CN — October 22, 2025

Harbour BioMed (HKEX: 02142), a global biopharmaceutical company focused on the discovery and development of

> Harbour BioMed … today announced *positive Phase II clinical data for porustobart (HBM4003),* a next-generation, *fully heavy-chain-only anti-CTLA-4 antibody* …

> HBM4003, a next-generation anti-CTLA-4 antibody *discovered through our HCAb Harbour Mice® platform*, is a direct clinical application arising from this foundational research."

- TRAEs were reported in 87.5% (21/24) of patients, most commonly (incidence ≥20%) liver function test abnormalities, hematological abnormalities, and pyrexia (mostly Grade 1-2).
- Treatment-related serious adverse events (SAEs) occurred in 37.5% (9/24) of patients.

**Plaintiff Exhibit PTX-497** at PTX-497.0001

PDX10.34

# Leading Companies Are Interested In Harbour's Technology



**Prof. Grosveld**
Inventor

Q. Can you give the jury a few examples of companies that Harbour has recently done deals with?

A. We have done deals with <mark>Pfizer, a large pharmaceutical company, BMS. And AstraZeneca in the UK</mark>.

**Trial Tr. At 209:10-12**

PDX10.35

# Defendants' Opening



PDX10.36

# Why Prof. Grosveld's Patent Covers Rodents



**Prof. Grosveld**
Inventor



Q. Following your method was it <mark>possible to make heavy chain-only antibodies in other rodents?</mark>

A. <mark>Of course.</mark>

Q. <mark>Why did you never produce heavy chain-only antibodies in rats?</mark>

A. Because we were a small company with very little finance, and <mark>to go and do this in rats, we would end up with the same result as we have in mice</mark>, and we simply could not afford it nor did we have the personnel to do so.

*** 

Q. <mark>Why is it easy to move more quickly in mice?</mark>

A. <mark>Because they have a much shorter generation time than rats.</mark>

Q. When you say generation time, you're talking generations like me, my father, my grandfather?

A. Correct. So from fertilization to the mouse being able to produce the next generation is much shorter than it is for rats.

**Trial Tr. at 278:12-20, 279:19-280:1**

PDX10.37

# Rodents Have The Same Immune System



**Prof. Grosveld**
Inventor



Q. To be clear, the title of your article says "Mice". So I want to be very clear about this. Was your invention limited to mice?

A. Nope. It's possible to do it in other rodents.

Q. Why is it not limited to mice?

A. Because the immune system of, for example, rats is the same as in mice.

**Trial Tr. At 201:13-19**

PDX10.38

# Dr. Oettinger Explained That The Signalling Is The Same



**Dr. Oettinger**
Harbour's Expert

Q. Now defendants said this patent should be limited to mice because that's what this example is about. You reviewed this example and do you have a view on whether this example could be used in other species beyond mice?

A. Yes, it could because what was a breakthrough about this was showing that a rodent, in this case a mouse, had all the necessary -- all the necessary signals, all the necessary machinery in its B-cells to go on and produce an HCAb that could respond to immunization, so that example showed that. That was the part that was surprising. And then you know that other rodents have very similar immune systems, that was something to be expected at that point.

**Trial Tr. at 947:25-948:11**

PDX10.39

# Dr. Ploegh Admitted That The Rodent's B-cells Work The Same



**Dr. Ploegh**
Defendants' Expert

Q. I want to confirm one thing. In your testimony to the jury, you did not identify any differences in the necessary signal for B-cell maturation in transgenic rodents, true?

A. I did not identify any differences in signal, no.

**Trial Tr. at 916:20-24**

PDX10.40

# Dr. Oettinger Explained That The '970 Patent Teaches It Can Be Done In Other Rodents



**Dr. Oettinger**
Harbour's Expert

Q. How does the explanation of the methods in example one relate to whether or not these transgenic animals, the other examples of rodents could actually be used in this invention?

A. Yeah, so it's directly related to that, again, because now that you have shown the surprising thing that all of the steps could take place in a mouse, it is easy to then say that it will happen in these other related animals, other rodents.

**Trial Tr. at 949:7-15**

PDX10.41

# Dr. Meek Admitted That Teneobio Used Harbour's Invention In Rats



**Dr. Meek**
Defendants' Expert

Q. And when you were doing your work in this case along the way, you've come to learn that Teneobio was able to get this invention to work in rats, they have the UniRat, right?

A. I have read that, yes.

**Trial Tr. at 808:10-13**

PDX10.42

# A POSA Reading The '970 Patent Would Understand How To Make A Transgenic Rat By Microinjection



**Dr. Meek**
Defendants' Expert

Q. Now, as of reading the patent specification of Harbour's patent, a person of ordinary skill in the art in 2004, with knowledge in the field, would understand that they could use microinjection to generate <mark>transgenic rats as claimed in the patent</mark>, true?

A. <mark>You can make a transgenic rat by microinjection before 2004</mark>.

\* \* \*

Q. And a person of ordinary skill in the art, reading Harbour patents <mark>specification in 2004 with knowledge in the field would understand that they could do that as claimed in the patent, true?</mark>

A. <mark>Yes.</mark>

**Trial Tr. at 802:15-21; 803:1-5**

PDX10.43

# Claim 2 Of The '970 Patent Does Not Require Silencing



**Dr. Ploegh**
Defendants' Expert

Q. And you reviewed claim 2 in forming your opinion in this case, right?

A. I did.

Q. So you know, don't you, that the word silence doesn't appear anywhere in this claim, does it?

A. It appears in the description.

Q. Sir, I read it, you read it, the word silence is not recited in the claim, right?

A. Correct.

**Trial Tr. at 917:21-918:4**

Q. All right. In 2004, scientists knew how to perform endogenous gene silencing, right?

A. Technologies were available for silencing, yes.

**Trial Tr. at 803:24-804:1**



**Dr. Meek**
Defendants' Expert

PDX10.44

# Dr. Buelow Never Thought The Patent Office Made A Mistake

| Dr. Buelow's Deposition Testimony | Dr. Buelow's Trial Testimony |
|---|---|

**Dr. Buelow's Deposition Testimony**

Q. All right. Let's turn to your deposition. Page 373, just the page before. Hold on. 373. Were you asked the following question and did you give the following answer:

Question: For the earlier patents, the '877, '179 and '970 patent, did the Patent Office make a mistake in issuing those patents too?

Answer: We were -- no. I'm -- as far as we know, they are more solid."

Were you asked that question and did you give that answer?

A. You asked the question and I gave that answer, that's correct.

**Dr. Buelow's Trial Testimony**

Q. Let me ask you another question. For the patent in this trial, which is the '970 patent, from a scientific perspective, you do not think the Patent Office made a mistake in issuing that patent, right?

* * *

A. In my deposition I made the statement that I think the Patent Office made a mistake when they granted this patent, correct.

**Trial Tr. at 667:18-668:4**

**Trial Tr. at 667:6-9, 14-16**

PDX10.45

# In His Own Work, He Only Did Work On Rats, But Claimed All Rodents



**Dr. Buelow**
Founder and CEO



Q. And the experiments that you described in your patents, they were only related to rats, right?

A. Correct.

Q. And your claim, you claim that you can do it in all rodents, right?

A. Yes.

Q. You never did it in a porcupine, did you?

A. No.

Q. You never did it in a capybara, did you?

A. No.

Q. You never did it in 2000 other species of rodents, right?

A. I did not.

**Trial Tr. at 699:11-23**

## Knockout Rats via Embryo Microinjection of Zinc-Finger Nucleases

Defendants Exhibit
**DTX-159**

Aron M. Geurts,[1,2]* Gregory J. Cost,[3]* Yevgeniy Freyvert,[3] Bryan Zeitler,[3] Jeffrey C. Miller,[3] Vivian M. Choi,[3] Shirin S. Jenkins,[3] Adam Wood,[4] Xiaoxia Cui,[4] Xiangdong Meng,[3] Anna Vincent,[3] Stephen Lam,[3] Mieczyslaw Michalkiewicz,[1,2] Rebecca Schilling,[1,2] Jamie Foeckler,[3] Shawn Kalloway,[3] Hartmut Weiler,[1,2] Séverine Ménoret,[5] Ignacio Anegon,[5] Gregory D. Davis,[4] Lei Zhang,[3] Edward J. Rebar,[3] Philip D. Gregory,[3] Fyodor D. Urnov,[3] Howard J. Jacob,[1,2,6]† Roland Buelow[7]†

### NEWS OF THE WEEK

Defendants Exhibit
**DTX-2140**

MOLECULAR GENETICS

## One-Two Punch Elevates Rats to the Knockout Ranks

Fans of the rat as a lab animal have watched in frustration as a parade of mice with specific genes deleted became available to researchers over the past 2 decades. While knockout mice have become models for many human diseases and developmental biology, scientists have longed for knockout rats because "the anatomy and physiology of the rat is closer

one copy of the original gene and one copy of the altered genetic material. Selective breeding can deliver mice lacking the target gene. Researchers have used homologous recombination to produce several thousand lines of knockout mice—but they could not apply it to rats because no one could find a way to culture rat ES cells.

genes in fruit flies and zebrafish (*Science*, 24 July 2009, p. 433). The zinc finger nuclease (ZFN) technology relies on artificial proteins that, when injected into an early embryo, recognize and cut specific DNA sequences. The genetic change is passed to offspring.
Meanwhile, Ying's group solved the rat ES cell problem: A new culture medium they



### THE JOURNAL OF IMMUNOLOGY

This information is current as of January 14, 2013.

Defendants Exhibit
**DTX-186**

**High-Affinity IgG Antibodies Develop Naturally in Ig-Knockout Rats Carrying Germline Human IgH/Igκ/Igλ Loci Bearing the Rat C$_H$ Region**

Michael J. Osborn, Biao Ma, Suzanne Avis, Ashleigh Binnie, Jeanette Dilley, Xi Yang, Kevin Lindquist, Séverine Ménoret, Anne-Laure Iscache, Laure-Hélène Ouisse, Arvind Rajpal, Ignacio Anegon, Michael S. Neuberger, Roland Buelow and Marianne Brüggemann



PDX10.46

# In Fact, Dr. Buelow Tried To Cover Even More Than Harbour

## Dr. Buelow's Patent Application



**[00169]** The transgenic non-human vertebrates of the invention include, but are not limited to birds (chicken, turkey, qail, duck, pheasant or goose and the like) and mammals (rodents, rabbits, cow, pigs, sheep, goat, horse, donkeys, and the like.

Plaintiffs' Trial Exhibit
**PTX-1192**
Case 1:21-cv-01807-MN

PTX-1192.0001

Plaintiff Exhibit
**PTX-1192**

13:31-34

## '970 Patent



The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a rodent such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as

Joint Exhibit
**JTX-3**

PDX10.47

# Dr. Buelow Doubled Down At Trial



## Dr. Buelow's Patent Application

## Dr. Buelow's Trial Testimony

[00169] The transgenic non-human vertebrates of the invention include, but are not limited to birds (chicken, turkey, qail, duck, pheasant or goose and the like) and mammals (rodents, rabbits, cow, pigs, sheep, goat, horse, donkeys, and the like.

Plaintiffs' Trial Exhibit
**PTX-1192**
Case 1:21-cv-01807-MN

PTX-1192.0001



Plaintiff Exhibit
**PTX-1192**

"It works in mice, in rats, in rabbits, in donkeys, in camels, in horses, in cattle, in cynomolgus monkey and in chickens, not only mammals, even a bird. It's an application that has changed the genetic engineering animals of many many animal mood also."

**Trial Tr. at 704:4-8**

PDX10.48

# Amgen Never Thought The Patent Office Made A Mistake



**Mr. King's Testimony**

Q. And then you write, that the -- ==Amgen believes Harbour's IP position to be strong==, right?

A. ==That's what it says==.

Q. And in fact, you ==signed a license agreement related to Harbour's IP==, right, we talked about that, in 2013, right?

A. ==We did== sign those.

**Trial Tr. at 587:1-7**

**Defendants Exhibit DTX-665**

PDX10.49

# Amgen Knew Harbour Had Patents On Rodents And Took A License

**HARBOUR PENDING HCAb U.S. PATENT APPLICATIONS**

| Title/ PCT No. | Application Serial No./ Our Ref. No. | Earliest U.S. Filing Date*/ Earliest Priority Date | Status/Projected Office Actions | Response Deadline /Expiration | Claimed Subject Matter |
|---|---|---|---|---|---|
| Immunoglobulin 2/ PCT/IB2002/02303 | 12/830,589/ CARP0015-102 | April 24, 2002/ April 24, 2001 | Issued -- U.S. Pat. 8,507,748 | /4/24/2022 | Methods for making VHH antibodies in mice (Cμ not required) using naturally occurring camelid VHH gene segments |
| Immunoglobulin 1/ PCT/IB2002/02424 | 12/833,132/ CARP0015-103 | April 24, 2002/ April 24, 2001 | Issued -- U.S. Pat. 8,502,014 | /4/24/2022 | Methods for making VHH antibodies in mice (with Cμ) using naturally occurring camelid VHH gene segments |
| Immunoglobulin 2/ PCT/IB2002/02303 | 13/953,894 CARP0015-104 | April 24, 2002/ April 24, 2001 | /18 months | | Methods for making VHH antibodies in rodents (Cμ not required) using VHH exons encoding camelid VHH |
| Immunoglobulin 1/ PCT/IB2002/02424 | 13/951,906 CARP0015-105 | April 24, 2002/ April 24, 2001 | /18 months | | Methods for making VHH antibodies in rodents (with Cμ) using VHH exons encoding camelid VHH |
| Binding Molecules/ PCT/GB2005/02892 | 12/645,653/ CARP0017-101 | July 22, 2005/ July 22, 2004 | RCE filed July 10, 2013/ 6 months | | Methods for making soluble VH domains in mice using naturally occurring VH gene segments |
| Binding Molecules/ PCT/GB2005/02892 | 12/645,684/ CARP0017-102 | July 22, 2005/ July 22, 2004 | RCE filed June 14, 2013/ 6 months | | Methods for making soluble HCAbs in mice using naturally occurring VH gene segments |

**HARBOUR PENDING HCAb U.S. PATENT APPLICATIONS (CONT.)**

| | Binding polypeptide complexes -- heavy chain dimers with 4 binding domains |
| | Methods for making soluble HCAbs in rodents (dependent claims recite 20 or more human VH gene segments, all human D gene segments) |
| | Methods for making soluble VH domains in rodents (dependent claims recite 20 or more human VH gene segments, all human D gene segments) |
| | Methods for making HCAbs comprising multiple VH loci on different chromosomes |
| ximum /2014 | Soluble HCAbs and soluble VH domains per se; specific VH loci disclosed |

**HIGHLY CONFIDENTIAL**

Defendants Exhibit
**DTX-381**

PDX10.50

# Amgen Never Had Any Problem With Harbour's Patents



**Mr. King**



Q. And back then, you knew that Harbour had patents directed both towards mice and towards rodents, right?

A. Yes.

Q. And at the time Amgen never said -- wait a second. That agreement was in place for five years, right? Something like that?

A. Yes.

Q. And over the course of those years, Amgen never said hey, Harbour, you can't get a patent on rodents, your patents need to be limited to mice, did you say that?

A. No.

**Trial Tr. at 588:8-18**

PDX10.51

# Bedrock Facts

1. **Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.**

2. Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed, and used it anyway in the UniRat platform.

3. Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.52

# Bedrock Facts

1. Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.

2. <u>Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed</u>, and used it anyway in the UniRat platform.

3. Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.53

# Harbour's Early Work



**7/22/04**
Prof. Grosveld Files Patent Application



**1/26/06**
Prof. Grosveld's Global Patent Application Publishes



**10/10/06**
Prof. Grosveld's PNAS Article Publishes



**12/4/07**
Prof. Grosveld Presents His HCAb Research And Data At San Diego Conference

| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|------|------|

**4/11/08**

**HCAbs**
Dr. Buelow Mentions Heavy Chain Only Antibodies For The First Time

**8/9/09**
Dr. Buelow Starts HCO Antibody, Inc.

First Time Working On Heavy Chain Only Antibodies



**12/4/07**
Dr. Buelow Attends Conference

PDX10.54

# 2006 Patent Publication



**Inventors/Applicants** *(for US only):* **GROSVELD, Franklin,** Gerardus [NL/NL]; Erasmus University Medical Centre Rotterdam, Deptment of Cell Biology and Genetics, P.O. Box 1738, NL-3000 DR Rotterdam (NL). JANSSENS, Richard, Wilhelm [NL/NL]; Eras-

**(30) Priority Data:**
0416392.9          22 July 2004 (22.07.2004)

**(10) International Publication Number**
WO 2006/008548 A2

**(43) International Publication Date**
26 January 2006 (26.01.2006)

Plaintiffs' Trial Exhibit
**PTX-0276**
Case 1:21-cv-01807-MN

PTX-0276.0

PDX10.55

# Harbour's 2006 PNAS Publication



Generation of heavy-chain-only antibodies in mice

Rick Janssens*, Sylvia Dekker*, Rudi W. Hendriks†, George Panayotou‡, Alexandra van Remoortere§, John Kong-a San*, Frank Grosveld*¶, and Dubravka Drabek*

October 10, 2006

**IMMUNOLOGY**

15130  Generation of heavy-chain-only antibodies in mice
 Rick Janssens, Sylvia Dekker, Rudi W. Hendriks,
George Panayotou, Alexandra van Remoortere,
John Kong-a San, Frank Grosveld, and Dubravka Drabek

Plaintiff Exhibit
PTX-1187

PDX10.56

# 2007 San Diego Conference





# Harbour Antibodies BV



## Human VH Domains and VH-Based Constructs Derived from Transgenic Mice

4th Dec 2007 San Diego

8 November 2007



Plaintiffs' Trial Exhibit
**PTX-0919**
Case 1:21-cv-01807-MN

PTX-0919.0001



Plaintiff Exhibit
**PTX-919**

PDX10.57

# 2007 San Diego Conference



Plaintiff Exhibit
**PTX-919**

PDX10.58



## Prof. Grosveld's Testimony



## Dr. Buelow's Testimony

Q. How many times have you spoken to doctor Buelow in your life?

A. Once.

Q. When was that?

A. At that conference on my way back from presenting going back to my seat.

Q. So after you presented these slides, you spoke to him on your way back to your seat?

A. Correct, I did.

Q. And you remember talking to Professor Grosveld only once in your life, and it was at a conference, right?

A. Yes. I'm sure that I met Professor Grosveld, but I'm not exactly sure when that happened.

**Trial Tr. at 203:25-204:8**

**Trial Tr. at 670:12-15**

PDX10.59

# Dr. Buelow – "I Did Not Know If [It] Actually Worked."



## Prof. Grosveld's Testimony

Q. ==What specifically did Dr. Buelow say to you== with respect to using natural immune response of rodents to create heavy chain-only antibodies?

A. ==He told me it would never work.==

Q. ==How do you remember that 20 years later?==

A. ==Because I never forget an insult.==

**Trial Tr. at 204:9-14**



## Dr. Buelow's Testimony

Q. Okay. Let me ask it again just to make sure I have the right words. You were aware of Harbour's heavy chain-only mice were producing human heavy chain-only antibodies before December of 2007 right?

A. ==I had seen Dr. Grosveld's presentation in San Diego, but I did not know if what he presented actually worked.== So he was trying to do this and I was aware of it, yes.

**Trial Tr. at 680:5-11**

PDX10.60

Case 1-21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 62 of 183 PageID #: 37736



**Dr. Buelow**
Founder and CEO

Q. And the reason you doubt you would have said it is because you in fact you very much believed it would actually work based on what you had seen, right?

A. I considered it possible that it could work.

Q. Would you agree with me that you were very much believing?

A. Yes, this is what I just told you, I think it's possible that it could have worked.

**Trial Tr. at 673:8-15**

PDX10.61

# Four Months Later, Dr. Buelow Added Heavy Chain-Only Antibodies To His Own Patent



**Dr. Buelow**
Founder and CEO

**Plaintiff Exhibit PTX-1192**

[00204] Antibodies of the invention include heavy chain-only antibodies.

[00205] In one embodiment, transgenic non-human vertebrates which lack a functional Ig light chain locus, and comprising an artificial heavy chain locus, are immunized with antigen to produce heavy chain-only antibodies that specifically bind to antigen.

[00207] Teachings on heavy chain-only antibodies are found in the art. For example, see PCT publications WO02085944, WO02085945, WO2006008548, and WO2007096779. See also US 5,840,526; US 5,874,541; US 6,005,079; US 6,765,087; US 5,800,988; EP 1589107; WO 9734103; and US 6,015,695.

Q. So in April of 2008, you were actually citing in your own application the description that Professor Grosveld published in January of 2006, right?

A. I certainly did, yes.

**Trial Tr. at 678:8-11**





**Plaintiff Exhibit PTX-276**

PDX10.62

# This Was The First Time Dr. Buelow Mentioned Heavy Chain-Only Antibodies

**[00204]** Antibodies of the invention include heavy chain-only antibodies.

**[00205]** In one embodiment, transgenic non-human vertebrates which lack a functional Ig light chain locus, and comprising an artificial heavy chain locus, are immunized with antigen to produce heavy chain-only antibodies that specifically bind to antigen.

**[00206]** In one embodiment, the invention provides monoclonal antibody producing cells derived from such animals, as well as nucleic acids derived therefrom. Also provided are hybridomas derived therefrom. Also provided are fully human heavy chain-only antibodies, as well as encoding nucleic acids, derived therefrom.

**[00207]** Teachings on heavy chain-only antibodies are found in the art. For example, see PCT publications WO02085944, WO02085945, WO2006008548, and WO2007096779. See also US 5,840,526; US 5,874,541; US 6,005,079; US 6,765,087; US 5,800,988; EP 1589107; WO 9734103; and US 6,015,695.

**Plaintiff Exhibit**
**PTX-1187**

**Plaintiffs' Trial Exhibit**
**PTX-0276**
Case 1:21-cv-01807-MN

**Plaintiff Exhibit**
**PTX-276**

PTX-0276.0001

PDX10.63

**Dr. Buelow**
Founder and CEO

Q. And that's the first document date wise the jury has seen where you mention heavy chain-only antibodies, right?

A. As far as I know.

Q. So I'm going to add that to the timeline, April 11th, 2008. And just so you can read it, HCAb's, Dr. Buelow mentioned heavy chain-only antibodies for the first time.

**Trial Tr. at 676:17-22**

# Dr. Buelow Admitted He Knew About Prof. Grosveld's Work Including The Body Of The Patent



**Dr. Buelow**
Founder and CEO

Q. So just to wrap up here, even before Teneobio existed you knew about Professor Grosveld's research, right?

A. Correct.

Q. Even before Teneobio existed, you knew about his article in the proceedings of National Academy of Science, correct?

A. Right.

Q. Even before Teneobio existed, you knew about his global patent application that describes the invention in this case, right?

A. Yes.

**Trial Tr. at 679:15-25**

PDX10.64

# The Specification Of The 2006 WO Is The Same As The '970 Patent

## 2006 Patent Publication



Plaintiff Exhibit
**PTX-276**



## '970 Patent



Joint Exhibit
**JTX-3**

PDX10.65

# Harbour's 2006 Patent Publication Shares A Specification With The '970 Patent

 **Prof. Grosveld's Testimony**

 **Dr. Buelow's Testimony**

Q. Now, how does the ==specification or the written description of PTX 276 compare to the specification of the '970 patent==, which is at issue in this case?

A. ==It's basically the same==.

Q. And Professor Grosveld told this jury that the patent application, that the ==written description is the same as the '970 patent== that's at issue in this case, ==you're not disputing that, are you==?

A. ==No==.

**Trial Tr. at 200:4-7**

**Trial Tr. at 668:20-24**

PDX10.66

# A Year Later, Dr. Buelow Started A Company To Make Heavy Chain-Only Antibodies



**Dr. Buelow**
Founder and CEO

Q. I have here August 2009, Dr. Buelow starts HCO Antibody Inc. Okay?

A. Yes.

Q. Now HCO antibody Inc., was the first company you set up to actively pursue heavy chain-only antibody, correct?

A. That is correct.

Q. And HCO that's heavy chain-only antibody?

A. Yes.

Q. That was the first time you were actually working, you said thinking but I'm distinguishing between the two, actually working on heavy chain-only antibodies was in 2009, right?

A. This is when we started working on the UniRat.

**Trial Tr. at 678:23-679:10**

PDX10.67

# Bedrock Facts

1. Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.

2. Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed, <u>and used it anyway in the UniRat platform</u>.

3. Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.68

# Dr. Buelow Tried To Change His Testimony

## Dr. Buelow's Deposition Testimony

## Dr. Buelow's Trial Testimony

Q. Can you turn to your deposition, please. Page 230. And it's starting at line 21. You were asked this question, did you give this answer?

Question: You built on the results of Dr. Grosveld, true?

Answer: Dr. Grosveld's published data was certainly information we used in the genetic engineering of the UniRat, yes. Absolutely true."

Right?

A. Correct.

Q. And sir, you agree with me that you used Professor Grosveld's published data in genetically engineering the UniRat right?

A. I did not use his data to genetically engineer an animal, I knew of his published work.

**Trial Tr. at 681:11-20**

**Trial Tr. at 681:6-10**

PDX10.69

# Teneobio Admits That It Built On Prof. Grosveld's Results And Deleted $C_H1$



**Multispecific Antibody Development Platform Based on Human Heavy Chain Antibodies**

[1] Teneobio, Inc., Menlo Park, CA, United States,



## DISCUSSION

It is well-established that conventional human antibody repertoires can be expressed in engineered rodents, and furthermore that HCAbs are spontaneously produced if both $C_H1$ domains and light chains are absent (17, 22, 41). We built on these results in the creation of UniRats, animals which lack all endogenous Ig expression and efficiently produce chimeric human/rat IgH molecules containing human $V_H$, D, and $J_H$ sequences on rat constant regions deleted for $C_H1$. Although

17. Janssens R, Dekker S, Hendriks RW, Panayotou G, Remoortere AV, San JK, et al. Generation of heavy-chain-only antibodies in mice. *Proc Natl Acad Sci USA.* (2006) 103:15130–5. doi: 10.1073/pnas.0601108103

**Plaintiff Exhibit PTX-358**

PDX10.70

# Dr. Buelow Said He Didn't Infringe, But Didn't Show You Any Document



**Dr. Buelow**
Founder and CEO

Q. You did not show the jury a single document from before this lawsuit where you say here is why we don't infringe the '970 patent, right?

A. I don't think so.

---

Q. You did not generate any documents -- hold on, let me make sure I have it in your exact words. You did not generate any documents that you have before this lawsuit that you wrote down that said hey, here is why we don't infringe Harbour's patent, right?

A. We had internal documents where we discussed the patents.

\* \* \*

Q. I meant -- I was trying to exclude anything that you created as part of this litigation, I meant before that?

A. Yeah, before that, we did not, so you asked the wrong question. Sorry I misunderstood.

**Trial Tr. at 682:1-4; 682:9-15, 683:1-4**

PDX10.71

# Amgen Didn't Say it Didn't Infringe



**Mr. King**



Q. Of course. So the jury is here to try to figure out whether or not the UniRat infringes Harbour's patent. Right?

A. Correct.

Q. And you didn't give the jury technical information that would allow them to look at the UniRat and try to compare it to the claims, right?

A. I did not.

**Trial Tr. at 575:8-15**

PDX10.72

# Dr. Margie Oettinger: Technical Expert



**Dr. Oettinger**
Harbour's Expert



**Massachusetts Institute of Technology**



**Harvard University**



**Massachusetts General Hospital**

PDX10.73

# Teneobio's And Amgen's Use Of The UniRat Platform Infringed Claim 2 Of The '970 Patent

| 2 Pre | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✓ |
|---|---|---|
| 2a | **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✓ |
| 2a(i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✓ |
| 2a(ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✓ |
| 2a(iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | ✓ |
| 2b | **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | ✓ |
| 2c | **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b). | ✓ |

PDX10.74

# The UniRat Contains A $V_H$ Heavy Chain Locus

| Claim Term | Court's Construction |
|---|---|
| $V_H$ **Heavy Chain Locus** | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)." |

PDX10.75

# The UniRats Have A Minimal Micro-Locus Encoding A $V_H$ Domain Comprising One Or More V Gene Segments, One Or More D Gene Segments, And One Or More J Gene Segments



Plaintiff Exhibit
**PTX-82**

at PTX-82.0003, PTX-82.0004

PDX10.76

# VDJ Gene Segments Are Operationally Linked To One Or More Heavy Chain Effector Regions (Each Devoid Of A $C_H1$ domain) - Cγ2a, Cγ1, And Cγ2b

| Claim Term | Court's Construction |
|---|---|
| $V_H$ Heavy Chain Locus | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (**each devoid of a $C_H1$ domain**)." |



Human V, D & J segments                    Rat constant regions (ΔCH1)





 **PTX-1171** at PTX-1171.0007

PDX10.77

# Defendants Didn't Highlight The Key Words

**Defendants' Opening**

## Harbour's '970 Patent Claim

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

**(i)** the **$V_H$ heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ ge

**(ii)** a $V_H$ gene segment, a D gene segment an VDJ coding sequence;

**$V_H$ heavy chain locus**

"a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)."

**Not Highlighted**

**(b)** cloning said recombined $V_H$ heavy chain locus transgenic rodent after affinity maturation via

**(c)** producing said soluble antigen-specific heavy chain only antibody from the clone of step (b).

DDX.1-45



**Dr. Oettinger**
Harbour's Expert

Q. What part of the construction of Vh heavy-chain locus did Amgen's lawyer not highlight for the jury during its opening statement?

A. The operationally linked piece.

Q. By not highlighting operationally linked, what part of the construction did Teneobio and Amgen's lawyer not show to the jury?

A. The key part that the two pieces have to be able to be expressed as an HCAb. So that was just left out.

**Trial Tr. at 323:20-324:3**

PDX10.78

# The UniRat Contains A $V_H$ Heavy Chain Locus

| Claim Term | Court's Construction |
|---|---|
| $V_H$ Heavy Chain Locus | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)." |



**Dr. Oettinger**
Harbour's Expert

Q. Now, how would a person of ordinary skill in the art know if the VDJ gene segments are operationally linked to a heavy chain effector region each devoid of a CH1 domain?

A. So operationally linked meaning that the VDJ portion is able to connect with and produce the constant domain, so the fact that you make the antibody shows that it's operationally linked.

**Trial Tr. at 317:14-20**

PDX10.79

# The UniRat Contains A $V_H$ Heavy Chain Locus

| Claim Term | Court's Construction |
|---|---|
| $V_H$ Heavy Chain Locus | "a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)." |



**Dr. Buelow**
Founder and CEO
Teneobio

Q. Okay. Now I think you told the jury that one of the reasons you don't infringe is because you have a CH1, did I get that right?

A. Yes.

* * *

Q. And I think more specifically you told them that there are CH1 in the C alpha and C epsilon regions of the locus, right?

A. This is correct.

Q. And you said that each has to be devoid of a CH1, that's what you saw? The patent, right?

A. Yes.

**Trial Tr. at 683:5-17**

PDX10.80

# The UniRat Contains A V$_H$ Heavy Chain Locus

| Claim Term | Court's Construction |
|---|---|
| **V$_H$ Heavy Chain Locus** | "a minimal micro-locus encoding a V$_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, <mark>operationally linked to one or more heavy chain effector regions (each devoid of a C$_H$1 domain)."</mark> |



**Dr. Buelow**
Founder and CEO

Teneobio

Q. And in that construction, it includes the word operationally linked to one or more of the heavy chain effector regions, right?

A. Yes.

Q. You didn't talk to the jury about those words, operationally linked, right?

A. I did not.

**Trial Tr. at 683:21-684:2**

PDX10.81

# Dr. Buelow Couldn't Get His Story Straight

| Dr. Buelow's Direct Trial Testimony | Dr. Buelow's Cross-Exam Trial Testimony |
|---|---|

Q. Now, you see here, modified C Loci established that the approximately 30 base C alpha downstream region containing the three prime RR, was essential for normal immune development and that multiple C genes provided an advantage. Let's just walk through that. What are the modified C Loci?

A. So the constant region is not as you have seen in the absolute original configuration, but what we found in our work, around C alpha and downstream of it, you do not want to make any changes because if you do, you screw up B-cell development. This is what we are trying to say here.

Q. And I think you told the jury that the C alpha is necessary in those conventional antibodies for normal B-cell development. Did I get that right?

A. No, you did not.

* * *

Q. I wanted to make sure, C alpha per se not necessary, correct?

A. Not necessary.

**Trial Tr. at 642:18-643:3**

**Trial Tr. at 684:19-685:6**

PDX10.82

# Dr. Ploegh's Slide <u>Also</u> Ignores "Operationally Linked"

### Definition: "$V_H$ Heavy Chain Locus"

**$V_H$ Heavy Chain Locus:**

"a **minimal micro-locus** encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to **one or more heavy chain effector regions (each devoid of a $C_H1$ domain)**."

D.I. 587

DDX.7-17



### Dr. Ploegh's Trial Testimony

Q. Now, moving on to the second highlighted portion, you understand the Court's construction requires that the V, D, J, gene segments are operationally linked to one or more heavy chain effector regions each devoid of a CH1 domain, right? You didn't highlight the term <u>operationally linked</u> for the jury, right, sir?

A. I did not.

**Trial Tr. at 904:1-7**

PDX10.83

# There is No Evidence Of "Operationally Linked" $C_H1$



| Deposition Testimony | Trial Testimony |
|---|---|

"Question: Did you see any evidence from the UniRat strains that are at issue for infringement in this case showing that the wild type C alpha and C epsilon constant gene regions are operatively linked to the V gene, D gene and J gene segments?

Answer: I have not."

Q. I'm going to ask very clearly sir, you did not see any evidence in forming your opinions in this case from the UniRat strains that are issued for infringement where the C alpha and C epsilon constant regions are operatively linked to VDJ gene segments, did you?

A. I can only disagree.

**Trial Tr. at 909:15-20**

**Trial Tr. at 908:21-909:1**

PDX10.84

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 86 of 183 PageID #: 37760



**Dr. Ploegh**
Defendants' Expert

Q. What is the smallest minimal micro-locus one could have under this definition, we'll come back to the body of the claim in a minute, but under this definition, what's the smallest?

A. Under the definition, as I read it a single V gene, a single D gene, one J elements and one heavy chain effector.

**Trial Tr. at 873:5-10**

PDX10.85

# "Comprising" Allows For Additional Elements



2.3 "COMPRISING" CLAIMS

When used in a patent claim, the word "comprising" means "including but not limited to" or "containing but not limited to."  When "comprising" is used in a patent claim, if you decide that an accused method includes all of the requirements of that claim, the claim is infringed, even if the accused method contains additional elements.

**Jury Instruction 2.3**



**Dr. Ploegh**
Defendants' Expert

Q. You understand that comprising allows for other unrecited elements to be present in the definition as well, right, sir?

A. I understand that.

**Trial Tr. at 903:17-20**

PDX10.86

# '970 Patent Covers Only Some C$_H$1 Deleted



## Dr. van Schooten's Video Testimony

Q. So when you said you didn't infringe because UniRats have some CH1 domains, at least this claim of the '970 Patent, it covers situations where only some CH1s are deleted, right?

A. I -- I think your interpretation is correct.

**Trial Tr. at 449:16-20**



## Dr. Buelow's Trial Testimony

Q. And you agree that in all of the IgG constant regions of the UniRat, the CH1 coding Exon has been deleted, right?

A. Yes.

Q. And you agree that the UniRat that Teneobio used to produce heavy chain-only antibodies had at least one constant region gene that does not encode a functional CH1 domain, right?

A. Yes, I do.

**Trial Tr. at 686:10-17**

PDX10.87

# Teneobio And Amgen Use The UniRat Platform To Produce Heavy Chain-Only Antibodies Without a $C_H1$

**The "Clarke" Paper**



We have created an antibody discovery platform that addresses these challenges through antibody repertoire sequencing in transgenic rats, called UniRats, that produce heavy chain only antibodies with fully human variable domains, termed UniAbs™. UniRats express UniAbs due to genomic insertion



**Plaintiff Exhibit**
**PTX-78**

at PTX-78.0002



**Dr. Buelow**
Founder and CEO



Q. And you agree with me that the heavy chain-only antibodies produced by the UniRat, they lack the CH1 domain, right?

A. Yes.

**Trial Tr. at 687:22-25**

PDX10.88

# Dr. Trinklein Admitted The Downstream $C_H1s$ Were Never Used



**Dr. Trinklein**
Chief Technology Officer

Teneobio

Q. Right. And that was important for your work, the absence of the CH1 sequence in the antibodies produced from the UniRat actually effected how you would set up and do your sequencing analysis, right?

A. Yes, we designed our sequencing analysis with the assumption that the CH1 was not present.

Q. All the work you did on the UniRat, you did under the assumption that the UniRat antibodies did not include the CH1 domain, true?

A. Correct.

**Trial Tr. at 760:17-22, 761:6-9**

PDX10.89

# The UniRat Comprises 20 To 40 D Gene Segments And A Heavy Chain Constant Region Comprising A Cγ Gene That Does Not Encode A Functional $C_H1$ Domain



Plaintiff Exhibit
**PTX-82**

at PTX-82.0003 - .0004

PDX10.90

# The Cα And Cε Constant Regions On The UniRat Are Not Part Of The "minimal micro-locus encoding a V$_H$ domain"



**Dr. Buelow**
Founder and CEO

UniRats do not express IgM, IgD, IgA or IgE.

From: Roland Buelow <rbuelow@TENEOBIO.COM>
To: Ben Buelow <bbuelow@TENEOBIO.COM>
Subject: RE: IgD in Unirat
Date: Wed, 4 Jan 2017 02:06:24 +0000
Importance: Normal

UniRats do not express IgM, IgD, IgA or IgE.

The heavy chain locus of UniRat has constant region exons encoding rat IgG2a, IgG1 and IgG2b without CH1.

The heavy chain locus of UniRat has constant region exons encoding rat IgGE and IgGA (with CH1 exons). Because these heavy chains have a CH1 they are not expressed on the surface of B-cells without a light chain.

**Plaintiff Exhibit**
**PTX-1078** at PTX-1078.0001

The heavy chain locus of UniRat has constant region exons encoding rat IgGE and IgGA (with CH1 exons). Because these heavy chains have a CH1 they are not expressed on the surface of B-cells without a light chain.

Q. And when it said UniRats do not express antibodies from IgGA, that is saying that they do not express antibodies from the C alpha region of UniRat, correct?

A. That's correct.

Q. And similarly, UniRats do not express antibodies from IgGE, that means that the UniRats do not express antibodies from the C epsilon region, correct?

A. That is correct.

**Trial Tr. at 685:17-24**

PDX10.91

# Teneobio And Amgen Use The UniRat Platform To Produce Soluble, <u>Antigen-Specific</u> HCAbs

| Claim Term | Court's Construction |
|---|---|
| **antigen-specific heavy chain only antibody** | "heavy chain-only antibody specific to an antigen." |

### The "Clarke" Paper



UniRats express HCAbs from large transgenic loci representing the entire productive human heavy chain V(D)J repertoire, mount robust immune responses to a wide array of antigens, exhibit diverse V gene usage and generate large panels of stable, high affinity, antigen-specific molecules.

Plaintiff Exhibit
**PTX-78**

at PTX-78.0001



**Dr. Buelow**
Founder and CEO

**Teneobio**

Q.   Do you agree that UniRats efficiently produce <u>antigen-specific UniAbs</u> in response to antigen challenge?

A.   Yes.

...

[Q]   Once <u>the UniRat is immunized, it expresses in the serum, antigen-specific antibodies</u>, right?

A.   Correct.

**Buelow Dep. Tr. at 218:11-14; 117:3-5**

PDX10.92

# Teneobio Cloned Using The Combined V$_H$ Heavy Chain Region



**Dr. Trinklein**

Chief Technology Officer

Q. Let's talk about cloning. You mentioned during your testimony, cloning was a part of the UniRat antibody discovery process, true?

A. Yes.

---

Q. The region that you were cloning at Teneobio, that region that's framework one through CDR3, that's the binding domain of the antibody that binds to the antigen, true?

A. Predominantly that is the case.

**Trial Tr. at 761:10-13; 763:2-5**

PDX10.93

# Teneobio Cloned Using The Combined V$_H$ Heavy Chain Region



**Dr. Trinklein**
Chief Technology Officer

Q. I believe you said you would clone a region known as framework one through CDR3, is that what you said?

A. Yes.

Q. And that region, that framework one through CDR3 is in the VH heavy chain locus, true?

A. That's correct.

**Trial Tr. at 761:20-25**

PDX10.94

# Teneobio Clones The Entire V$_H$ Domain



**Dr. Trinklein**
Chief Technology Officer

Teneobio

Q. Thank you. You cloned the framework one through CDR3 region that you took out of the rat, right?

A. Yes.

Q. And then you combined that region back with a Framework four to make a full VH region, right?

A. Yes.

Q. And so at the end of the day, the result is a full VH region from framework one all the way to Framework four, is that right?

A. Yes.

**Trial Tr. at 766:19-767:3**

PDX10.95

Case 1:21-cv-01807-MN   Document 610-2   Filed 06/24/26   Page 97 of 183 PageID #: 8577



**Dr. Oettinger**
Harbour's Expert

A. Yeah, so as Dr. Trinklein explained the part of the antibody that binds to a target is comprised of CDR1, CDR2, CDR3, those are the domains that typically react with the antigen of interest. They isolated work one through CDR3 to have those pieces so they were isolating those binding domains. And Dr. Buelow indicated that yes the CDR3 region, that's involved with antigen binding.

Q. Were the circumstances described in cloning in part versus cloning at once, would that be a substantial different in your opinion?

A. No, that's typically how we do cloning, we don't always put in everything at once, sometimes it's easier to do things in two steps, first you put in one piece and then put in another piece.

**Trial Tr. at 349:17-350:5**

PDX10.96

# Teneobio And Amgen Clone Said Recombined V$_H$ Heavy Chain Locus Into An Expression Vector



**DOCUMENT:** High Throughput Recombinant Antibody Cloning Protocol

**DOCUMENT NUMBER:** TB.P010

**LAST UPDATED:** 11/30/2021

**Title:** TB.P010_ High Throughput Recombinant Antibody Cloning Protocol

**Author(s):** Aarti Balasubramani

## 1. Purpose

The purpose of this protocol is to describe the steps involved in high throughput recombinant antibody cloning.

## 2. Scope/Principle

The creation of recombinant antibodies following NGS allows us to test their specificity to the target protein. This involves the cloning of the varied VHs produced by the animals into the vector of choice. The clones are then transfected into mammalian cells to obtain the antibodies to be used for testing.

Plaintiffs' Trial Exhibit
**PTX-0540**
Case 1:21-cv-01807-MN

TB000006519

PTX-0540.0001

**Plaintiff Exhibit**
**PTX-540**  at PTX-0540.0002

PDX10.97

# Dr. Oettinger Testified That It Literally Meets The Claims



**Dr. Oettinger**
Harbour's Expert

Q. Teneobio does not <u>clone the recombined heavy-chain locus</u>, correct?

A. I believe that it does.

---

Q. It is your testimony that what Teneobio is doing is <u>not substantially different</u> from what the claim says, correct?

A. <u>Correct</u>.

Q. Are you saying that <u>Teneobio literally does this?</u>

A. <u>Yes</u>.

**Trial Tr. at 402:8-10; 404:17-22**

PDX10.98

# Teneobio's And Amgen's Use Of The UniRat Platform Comprises Producing The Soluble, Antigen-Specific HCAb From The Clone Of The Previous Step

**Lead Discovery Report**



229 heavy chain variable region sequences were selected for gene assembly and cloned into a proprietary expression vector containing the human IGHG1 constant region with the CH1 domain deleted. These 229 expression vectors were then transiently expressed individually in HEK293 cells to produce fully human heavy chain only antibodies (UniAbs).

**Plaintiff Exhibit PTX-1091**  at PTX-1091.0009



**Plaintiff Exhibit PTX-549**  at PTX-549.0009

PDX10.99

# Teneobio And Amgen Use The UniRat Platform To Produce <u>Soluble</u> HCAbs



**The "Clarke" Paper**

**Plaintiff Exhibit PTX-78** at PTX-78.0010

PDX10.100

# Dr. Muyldermans Agreed



**Dr. Muyldermans**
Defendants' Expert

Q. Under the Court's construction, you understand that ==if a heavy chain-only antibody is membrane bound and is secreted, it's soluble==, right?

A. ==That's what I heard, yes==.

**Trial Tr. at 854:17-20**

PDX10.101

# Bedrock Facts

1. Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.

2. Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed, and used it anyway in the UniRat platform.

3. Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.102

# Teneobio Knew About The '970 Patent



**Dr. Buelow**
Founder and CEO

Q. As the biotech company, ==Teneobio was always monitoring IP in the space related to its technology, right?==

A. ==Yes.==

\* \* \*

Q. And that included ==monitoring patents of Harbour, right?==

A. ==Yes.==

Q. And ==you were aware of the '970 patent no later than July 7th, 2021==, that was the stipulation that I read earlier in the case. You agree with that?

A. ==I agree with that.==

**Trial Tr. at 695:12-25**

PDX10.103

# Dr. Buelow Discussed The '970 Patent With Dr. van Schooten The Next Day



## Dr. Buelow's Testimony

**Event: Accepted:** Grosveld patent discussion

**Start Date:** 2021-07-08 15:30:00 +0000

**End Date:** 2021-07-08 16:00:00 +0000

**Location:** https://zoom.us/j/93952790861

**Class:** X-PERSONAL

**Date Created:** 2021-07-08 03:31:35 +0000

**Date Modified:** 2021-07-08 04:10:39 +0000

**Priority:** 5

**DTSTAMP:** 2021-07-08 03:31:34 +0000

**Attendee:** Roland Buelow <rbuelow@teneobio.com>; Wim van Schooten <wvanschooten@teneobio.com>

**Plaintiff Exhibit**
**PTX-92**

Q. And the subject of that meeting is the Grosveld patent discussion, right?

A. Correct.

Q. And you would have met with Dr. Van Schooten in July of 2021 to discuss the '970 patent, right?

A. Absolutely.

Q. So you knew -- so you agree that you knew about it?

A. Yes.

**Trial Tr. at 696:25-697:8**

PDX10.104

# They Never Took A License



**Dr. Buelow**
Founder and CEO

Teneobio

Q. And <mark>Teneobio never took a license from Harbour, right?</mark>

A. <mark>Correct.</mark>

**Trial Tr. at 697:9-11**

PDX10.105

# And Sold The UniRat Platform To Amgen A Few Weeks Later



**Dr. Buelow**
Founder and CEO

Q. And then Teneobio sold the UniRat platform to Amgen, right?

A. Correct.

Q. And more specifically on that Amgen acquisition was announced on July 27, 2021, right?

A. Correct.

**Trial Tr. at 697:12-17**

PDX10.106

# Amgen Learned About The '970 Patent During Dilligence

 **Dr. Buelow's Trial Testimony**

 **Mr. King's Trial Testimony**

Q. And now during your negotiation between Amgen and Teneobio, you discussed the Harbour IP, right?

A. Yes.

Q. Now you heard me read Amgen's interrogatory response to the jury before. Amgen became aware of the '970 patent in or around July of 2021 in connection with the due diligence for that acquisition, right?

A. I heard you say that.

Q. And you agree with that, as Amgen's corporate --

A. Yes.

**Trial Tr. at 702:1-3**

**Trial Tr. at 576:16-22**

PDX10.107

# And Put Teneobio's Money In Escrow



**Dr. Buelow**
Founder and CEO

Teneobio

Q.  And you agree that ==there is an <u>escrow account</u> which may be released once this case is resolved, right==?

A.  May be released once this case is resolved, <u>==yes==</u>.

**Trial Tr. at 702:4-6**

PDX10.108

# But Amgen Kept Using The UniRat



**Mr. King**



Q. And after the acquisition, very soon after the acquisition, Amgen started immunizing UniRats as well, right?

A. We were excited to do that, yes.

Q. And Amgen has immunized hundreds of UniRats since the acquisition?

A. I don't know the exact number, but probably.

**Trial Tr. at 590:25-591:6**

PDX10.109

# And Then Amgen Moved To Canada And Stopped Infringing



**Mr. King**



Q. So after you bought Teneobio, then you decided to move the UniRat platform to Canada as a post acquisition integration, right?

A. We continued to do work at the legacy Teneobio site, which was called Newark, they had active work there, we continued that work while we set up the process in Canada.

Q. And then eventually everything moved to Canada?

A. Correct.

Q. By I think it's December of 2022, right?

A. Correct.

**Trial Tr. at  579:14-23**

PDX10.110

# Defendants' Lawyers Even Said They Don't Need A License Anymore

| Defendants' Opening Statement | Defendants' Lawyers At Trial |
|---|---|
| "Now you just heard I think a kind of insinuation that Amgen moved things to Canada. Amgen's center for research where it does antibody research is and always has been in Canada. It's one of the leading centers of excellence in the world for that and that's always been in Canada. So if there is some suggestion somehow that Amgen did something wrong, no, let's hear it, but I don't think the evidence is going to tell us anything about that." | Q. Sir, Amgen didn't need a license to use the UniRat, right, it could do it where it does its other research in Vancouver, Canada?<br><br>A. It couldn't use the UniRat to generate HCAb's in the United States like it actually did. |
| **Trial Tr. at 704:4-8** | **Trial Tr. at 506: 4-8** |

PDX10.111

# Bedrock Facts

1.  Professor Grosveld was the first to produce heavy chain-only antibodies in a transgenic rodent using its normal immune response, and the Patent Office granted him the '970 Patent for that invention.

2.  Dr. Buelow knew about Prof. Grosveld's invention before Teneobio even existed, and used it anyway in the UniRat platform.

3.  Despite knowing about the '970 Patent, Teneobio never took a license, and sold the UniRat Platform to Amgen.

PDX10.112

# Damages

PDX10.113

# The Law Requires An Infringer To Pay A Reasonable Royalty



"Upon finding for the claimant the court shall award the claimant **damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer**, together with interest and costs as fixed by the court."

**35 U.S.C. § 284 - Damages**

PDX10.114

# Damages May Not Be Based On Speculation



3. Patent Damages – Generally

"You may not award damages that are speculative damages that are only possible, or damages based on guesswork."

**Jury Instructions**

PDX10.115

# Dr. Kenneth Serwin: Damages Expert



**Dr. Serwin**

Senior Managing Director





**B.A., Economics, University of California, Berkeley**



**M.Sc., Politics of the World Economy, London School of Economics**



**Ph.D., Economics, University of California, Los Angeles**

# Summary Exhibits

HIGHLY CONFIDENTIAL INFORMATION

| Antigen | Project ID | Date(s) of First Immunization | UniRat Strains Immunized | Pertinent CRO | Date(s) By Which Antigen-Specific HCAbs Were Produced | Confirmed Number of Expressions Performed For This Target Per Project | Total Number of UniRats Immunized For Each Project Resulting In Expressions | Confirmed Number of Expressions Recorded for this Target |
|---|---|---|---|---|---|---|---|---|
| 5T4 | OMTT110 (PART005-1); OMTT123 (PART005-1); OMTT136; OMTT158; OMTT159 | 11/17/2017; 3/23/2018; 7/27/2018; 1/25/2019; 12/21/2018 | 3 x HC27, 3 x HC31; 3 x HC32, 3 x HC33; 2 x HC32, 3 x HC33; 3 x HC27, 3 x HC31; 4 x HC27, 4 x HC31 | Aldevron; Antibody Solutions; Aldevron; Aldevron; Antibody Solutions | 4/2/2018; 6/11/2018; 11/20/2018; 9/3/2019; 4/1/2019 | 428: 309; 302; 197; 248 | 6; 6; 5; 2; 8 | 1484 |
| ALPPL2 (Alkaline Phosphatase Placental-Like 2) | OMTT211 (PART008-2); OMTT213 | 4/16/2020; 5/8/2020; | 2 x HC27, 2 x HC28, 2 x HC32, 2 x HC33; 2 x HC27, 2 x HC28, 2 x HC32, 2 x HC33 | Antibody Solutions; Aldevron | 8/4/2020; Unrecorded | 337; Unrecorded | 8; Unrecorded | 337 |
| ASPH (aspartate β-hydroxylase) | OMTT188; OMTT238; | 11/20/2020; 6/11/2021 | 3 x HC27, 3 x HC28, 3 x HC32, 3 x HC33; 4 x HC27, 4 x HC28, 4 x HC32, 4 x HC33; | Aldevron; Antibody Solutions; | Unrecorded; Unrecorded | Unrecorded; Unrecorded | Unrecorded | |



From July 2016 to December 15, 2022

**Number of Antigen Targets: 48**

**Total Recorded Expressions Listed: 20,221**

**Number of UniRats Resulting In Expressions: 629**

Plaintiff Exhibit **PTX-1071**

Plaintiff Exhibit **PTX-1072**

PDX10.117

# Steps To Determining The Reasonable Royalty

**Step 1:** Determine Total Economic Benefit
**$1.484 Billion**

**Step 2:** Apportion Total Economic Benefit (*20%*)
**$297 Million**

**Step 3:** Calculate Reasonable Royalty
**$20 Million**

PDX10.118

# Step 1: Total Economic Benefit = $1.484 Billion

| Transactions | Economic Benefit |
|---|---|
| abbvie | $490,000,000 |
| AMGEN | $847,993,000 |
| AstraZeneca | $95,614,000 |
| *Licensing* | $50,644,600 |
| *TOTAL* | *$1,484,251,000* |

PDX10.119

# Step 2: Apportioned Economic Benefit = $297 Million (20%)



$1.187 Billion

$297 Million [20%]

Patented method

| Apportionment Approach | Contribution of Patented Method |
|---|---|
| First Approach: Abbvie "Build vs. Buy" Apportionment | 15.1% |
| Second Approach: Residual Apportionment | 28.4% |
| *ECONOMICALLY REASONABLE APPORTIONMENT* | *≈ 20%* |

| | |
|---|---|
| Total Economic Benefits From Use Of Method | $1,484,251,000 |
| Apportionment to Method | **20%** |
| *APPORTIONED ECONOMIC BENEFITS ATTRIBUTABLE TO PATENTED METHOD* | *$296,850,000* |

PDX10.120

# Step 2: Apportioned Economic Benefit = $297 Million (20%)

## Second Approach: Residual Apportionment



**Total Economic Benefit:**
**$1,484,300,000**

| T-Cell Engager Value | HCAb Platform Value |
| --- | --- |
| 37.5% → $556,594,000 | 62.5% → $927,657,000 |



**Teneobio/Janssen Agreement**

Plaintiff Exhibit
**PTX-132**

PDX10.121

# Step 2: Apportioned Economic Benefit = $297 Million (20%)

## Second Approach: Residual Apportionment

**Subtract value attributable to Teneobio's investments and contributions**

**Anderson Tax's Valuation of Teneobio (2016)**

| | |
|---|---|
| *Historical development efforts* | |
| Historical development efforts [1] | |
| Period | |
| Required rate of return [2] | 40.0% |

**Plaintiff Exhibit**
**PTX-110**

| | |
|---|---|
| **HCAb Platform Value** | **$927,657,000** |
| **— Value of Teneobio contributions** | **$505,693,000** |
| **Value of patented method** | **$421,946,000** |

$$\text{Residual Apportionment} = \frac{\text{Value of patented method}}{\text{Total Economic Benefit}} = \frac{\$421,946,000}{\$1,484,300,000} = 28.4\% \text{ attributable to patented method}$$

# Step 3: Calculating The $20 Million Reasonable Royalty

## Key Considerations

1. Teneobio's hypothetical royalty payment is similar to a development cost

2. Teneobio generated 18,728 expressions using the patented method over the period associated with the apportioned economic benefits

**Revealed value of patented method** $=$ $\dfrac{\$296{,}850{,}000}{18{,}728 \text{ expressions}}$ $=$ **$15,851** per expression

PDX10.123

# Step 3: Calculating The $20 Million Reasonable Royalty

## Key *Georgia-Pacific* Factors

- Harbour had *restrictive licensing policies* and *no comparable licenses*

- Harbour and Teneobio were *competitors* with *competing platforms*

- Teneobio generated *significant economic benefits* from using the patented method

- *By 2021, substantially resolved uncertainty* over the success of HCAb technology

- Teneobio would *need a license* to the '970 Patent to ensure completion of the Amgen acquisition

| | No return | Risk-Free | **Harbour 2016** | Harbour 2014 | Teneobio 2016 |
|---|---|---|---|---|---|
| **RATE OF RETURN** | 0% | 1.9% | **12%** | 25% | 40% |
| **PER-USE ROYALTY** | $15,851 | $15,068 | **$11,678** | $8,551 | $6,102 |

PDX10.124

# Steps To Determining The Reasonable Royalty

**Step 1:** Determine Total Economic Benefit
## $1.484 Billion

**Step 2:** Apportion Total Economic Benefit (*20%*)
## $297 Million



**Step 3:** Calculate Reasonable Royalty
## $20 Million

PDX10.125

# Dr. Buelow Agreed With The Problem Of Antibody Discovery



**Dr. Buelow**
Founder and CEO

Q.  And I told the jury it's like finding a grain of sand on the entire planet?

A.  Exactly.

Q.  You agree with that, right?

A.  Yes.

Q.  And that's why you used the animals to try to narrow those grains from the entire planet to something you could actually sequence, right?

A.  That's correct.

Q.  That's the whole point of using these animals?

A.  Correct.

**Trial Tr. at 690:11-21**

PDX10.126

# You Cannot Predict The Next Billion Dollar Antibody



**Dr. Buelow**
Founder and CEO

Q. And so when a UniRat is immunized it's going to generate multiple antigen-specific heavy chain-only antibodies in response to immunization, right?

A. Yes, that's correct.

Q. Even so for a given immunization of a UniRat, you don't know whether a particular UniRat is going to produce the next billion dollars heavy chain-only antibody, right?

A. You cannot predict that, no.

**Trial Tr. at 688:5-17**

PDX10.127

# Dr. Ploegh Explained The Combinations Are Like A Slot Machine



**Dr. Ploegh**
Defendants' Expert

DDX.7-9

Case 1:21-cv-01807-MN   Document 610-2   Filed 06/24/26   Page 130 of 183 PageID #: 37804



**Dr. Buelow**
Founder and CEO

Q. And so your sense that Teneobio that you immunize thousands of UniRats, maybe even tens of thousands, right?

A. Thousands, that's correct.

Q. And we talk about the fact that the UniRats that are at issue in this case, the later version are efficient at producing antigen-specific heavy chain-only antibodies in response to an antigen, right?

A. Yes, we did.

**Trial Tr. at 689:24-690:6**

PDX10.129

# But Whether Or Not They Hit The Jackpot, They Don't Get To Pull The Slot For Free



**Dr. Ploegh**
Defendants' Expert

**DDX.7-9**

PDX10.130

# Expressions After Issuance Of '970 Patent (Feb. 2, 2021 To Dec. 15, 2022)

| Target Antigen | First Immunization Date | Number of Immunized UniRats Resulting In Expressions | Last Expression Date | Expressions |
|---|---|---|---|---|
| IFNGR1 | March 19, 2021 | 8 | October 1, 2021 | 247 |
| CD7 | June 4, 2021 | 16 | August 29, 2022 | 450 |
| CD70 | October 22, 2021 | 8 | September 29, 2022 | 411 |
| FLT3 | December 23, 2021 | 8 | June 30, 2022 | 315 |
| GUCY2C | April 15, 2021 | 8 | November 19, 2021 | 96 |
| MADCAM 1 | December 17, 2021 | 16 | December 15, 2022 | 211 |

**Number of Antigen Targets: 6**          **Total Recorded Expressions Listed: 1,730**

**Number of UniRats Resulting in Expressions: 64**

PDX10.131

# Dr. Buelow's Testimony Is Consistent With Dr. Oettinger's Number



**Dr. Buelow**
Founder and CEO

Q. And on average, Teneobio would produce 400 to a 1000 heavy chain-only antibodies to find a lead candidate for a given target, right?

A. This is what I said in my deposition. It's on the high end, yeah -- on average we did 300 per antigen. Sometimes we did more than 300, in my deposition I overestimated slightly.

6 x 300 = **1,800**

**Trial Tr. at 690:22-691:3**

PDX10.132

# Defendants Generated 1,730 HCAb Expressions After The Hypothetical Negotiation



**October 2021:**
**Hypothetical Negotiation**

**1,730**
HCAb
expressions

2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022

PDX10.133

# The Reasonable Royalty For Defendants' Infringement Is $20 Million



**'970 Patent**

**A**
Per-Unit
Royalty Rate

$\times$

**B**
Royalty
Base

$=$

**C**
Reasonable
Royalty

**$11,678**
per expression

**1,730**
expressions

**$20,203,704**

PDX10.134

# Weight Of The Evidence Confirms Harbour's Reasonable Royalty



**Dr. Serwin**
Senior Managing Director



**Non-Comparable**

1. Experienced Ph.D. Economist

2. Detailed Calculation and Analysis

3. Apportioned Only for Patented Method

4. Proven Method Generated Millions

PDX10.135

# Who Are You Going To Believe?

PDX10.136

# Defendants' Excuses



PDX10.137

**Defendants' Opening**



PDX10.138

# Who Are You Going To Believe?

## Defendants' Opening Statement

### The Harbour Mice Didn't Work

From: F.G. Grosveld [f.grosveld@erasmusmc.nl]
Sent: 6/6/2012 3:30:20 PM
To: roger@jubileehousefarm.demon.co.uk
Subject: amgen

Frank and I just finished a call with the Amgen technical team in Burnaby, Canada. Below is a synopsis of what they had to say. Frank may have more to add.

* * *

They have not had much success with the VH18 mice thus far. The serum titers are low and finding HCabs is akin to finding a needle in a haystack. What antibodies they have found all appear to be VH3s, which supports our hypothesis that the presence of nonsoluble VHs may be a problem. However, it could also be that the problem is due to the genetic background of the mice that they have been immunizing. They have crossed these mice to there double KO mice by IVF but have another generation to go before they will have homozygous transgenic mice on a DI background. They should start testing this new strain toward the end of the summer.

DTX-0619.0001

DDX.1-12

## The Rest Of The Evidence

From: F.G. Grosveld [f.grosveld@erasmusmc.nl]
Sent: 6/6/2012 3:30:20 PM
To: roger@jubileehousefarm.demon.co.uk
Subject: amgen

Frank and I just finished a call with the Amgen technical team in

They have done immunizations of the VH4 mice with both tetanus toxoid as well as Type 1 transmembrane proteins. The serum titers looked very good in these immunizations. They have derived hybridomas but have not yet measured affinities. Based on the ELISAs, however, they think the antibodies look enouraging. They should know more soon. Unfortunately, they have not moved forward with crossing these mice to their double knockouts due to technical difficulties. They now are anxious to do this but need more mice from us before they can proceed. Frank has two homozygous 10 week old males available and will ship these early next week. In the meantime, they are anxious to have more VH4 mice from us so that they can immunize with more interesting and challenging antigens. Unfortunately, we do not have any available to ship at this time but will get back to them with projections as to when they can expect to receive them.

Frank also showed westerns of the first two lines of the 8VH3 mice. The HC expression in one of the two lines looks to be very good, although it is still a chimeric mouse. Eight more strains of these mice are coming along. Amgen is very anxious to get their hands on these mice as well.

Defendants' Trial Exhibit
DTX-0619
Case No.1:21-cv-1807 (MN)

HIGHLY CONFIDENTIAL

Harbour_00066327

**Defendants Exhibit**
## DTX-619

PDX10.139

# Who Are You Going To Believe?



| Defendants' Opening Statement | Mr. King's Testimony |
|---|---|

"The Harbour Mice didn't work, we'll hear a lot about this."

\* \* \*

"What is the evidence going to show us about this? Well, it's going to show us that all these people, that they went out and said we would like to do a deal with you, all tried to make the Harbour mouse work and they could not."

Q. What percentage of the Harbour Mice produce heavy chain-only antibodies in response to the target that immunized?

A. These database show about 60 percent of the animals had some sort of response that.

**Trial Tr. at 160:3-4, 12-16**

**Trial Tr. at 552:22 – 553:1**

PDX10.140

# Who Are You Going To Believe?



## Defendants' Opening Statement

## Dr. Murawsky's Testimony

"The Harbour Mice didn't work, we'll hear a lot about this."

* * *

"What is the evidence going to show us about this? Well, it's going to show us that all these people, that they went out and said we would like to do a deal with you, all tried to make the Harbour mouse work and they could not."

Q. That's the conclusion of this summary -- of your technology evaluation summary; right?

A. Yeah. I mean, that's what I'm trying to draw -- highlight here. I think we are a little bit -- if I'm honest, a little bit surprised that it actually worked, and so I was trying to indicate that using the six points above which are things that we would do on -- with normal H2L2 antibodies, that, you know, they were within a reasonable degree of what those H2L2 antibodies behaved.

**Trial Tr. at 160:3-4, 12-16**

**Trial Tr. at 428:10-18**

PDX10.141

# Who Are You Going To Believe?



| **Defendants' Opening Statement** | **Mr. King's Testimony** |
|---|---|
| "They said we will buy Teneobio for $900 million and it will include your bispecific antibody for patients with advanced prostate cancer. And what Dr. King and his team said when they saw the Teneobio technology is this, we have explored heavy chain-only antibodies for many years. That was the five years of failure with Harbour. Teneobio solved the problem of how to make them well behaved." | Q. "We did see exceptionally well behaved HCAb's derived from the Harbour Mouse", that's what you said, right?<br><br>A. Correct. |

Trial Tr. at 169:1-8                                      Trial Tr. at 585:10-12                          PDX10.142

# Who Are You Going To Believe?



| Defendants' Opening Statement | Dr. Buelow's Testimony |
|---|---|
| "And that's why we're really here. Harbour is bitter, Harbour is angry because they got their shot and they failed, and when Teneobio got its shot, it succeeded. And that's what this case is really about." | Q. So let me ask you. You provided those data to Amgen and then the conversation died down and we didn't get anywhere, it was disappointing, you agree with that, right? <br><br> A. Okay. <br><br> Q. Yes? <br><br> A. Yes. |

**Trial Tr. At 157:22-25**

**Trial Tr. at 700:19-24**

PDX10.143

# Who Are You Going To Believe?



| Defendants' Opening Statement | Mr. King's Testimony |
|---|---|
| "And at that point after five years of hard work, Amgen decided we're never going to get anywhere with Harbour and they ended that relationship. And that's part of why we're really here. Harbour had its chance and it flunked." | Q. And at that point in time in 2017, after evaluating both Harbour's platform and Teneobio's platform, Amgen decided to move in a different direction, as opposed to heavy chain-only antibodies, right?<br><br>A. Correct. |
| **Trial Tr. at 162:24 – 163:2** | **Trial Tr. at 590:10-14** |

PDX10.144

# Amgen Published Results From Using The Harbour Mice



**Plaintiff Exhibit**
**PTX-160**

## Experimental procedures

### Immunizations

To generate heavy chain–only antibodies (HCAbs) to human β-Klotho, cohorts of three Harbour 4HVH or 8V3 HCAb mice were immunized. These transgenic animals secrete HCAbs using a restricted set of human VH genes without cognate light chains (7). Animals were immunized with a stable



**Prof. Grosveld**
Inventor

Q. Which versions is Amgen telling the scientific community worked well?

A. It is V4 and 8V3.

Q. How does that relate to what you told the jury just when you testified before?

A. That these mice worked, they worked.

**Trial Tr. at 278:1-6**

PDX10.145

# Amgen Never Published Anything From The UniRats



**Dr. Buelow**
Founder and CEO

Teneobio

Q. You didn't show the jury any patent that Amgen wrote about using the UniRat, did you?

A. I haven't.

Q. And you haven't shown the jury any publication that Amgen wrote using the UniRat, right?

A. Correct.

**Trial Tr. at 701:7-12**

PDX10.146

# Prof. Grosveld And Dr. Buelow Agree That It's Expected To Have Some Failures



## Prof. Grosveld's Testimony

Q. And is there anything wrong with having one version that doesn't work well and a couple of versions that do work well?

A. No, you do experiments to find out what works well, and of course you have some in there that don't work well.



## Dr. Buelow's Testimony

Q. And just because you produced transgenic rats where some of the lines work well and some of the lines don't work as well, that's part of science, right?

A. That's part of science, yes.

**Trial Tr. at 275:23-276:2**

**Trial Tr. at 689:14-17**

PDX10.147

# Defendants' Excuses



PDX10.148

# Amgen's Lawyers Showed Documents Related To Conventional Antibodies



**Defendants Exhibit**
**DTX-2145**



Contents lists available at ScienceDirect

## Journal of Immunological Methods

journal homepage: www.elsevier.com/locate/jim

Human antibody expression in transgenic rats: Comparison of chimeric IgH loci with human V$_H$, D and J$_H$ but bearing different rat C-gene regions

Biao Ma [a,1], Michael J. Osborn [a,1], Suzanne Avis [a], Laure-Hélène Ouisse [b], Séverine Ménoret [b], Ignacio Anegon [b], Roland Buelow [c,2], Marianne Brüggemann [a,*,2]



**Dr. Buelow**
Founder and CEO

Q. Now, you showed the jury an article from the journal of Immunological Methods, right?

A. Yes, we did.

Q. And that was this article, DTX-2145, right?

A. Correct.

* * *

Q. This is a paper about OmniRat which makes conventional antibodies, correct?

A. Correct.

Q. Not heavy chain-only antibodies, right?

A. Right.

**Trial Tr. at 684:3-7, 14-18**

PDX10.149

# Amgen's Lawyers Showed Documents Related To Conventional Antibodies



**Defendants Exhibit**
**DTX-478**

From: Roger Craig [Roger@jubileehousefarm.demon.co.uk]
Sent: 3/10/2010 2:11:18 PM
To: Al and Ursula Collinson [aucollinson@charter.net]; F.G. Grosveld [f.grosveld@erasmusmc.nl]; Robert Kamen [kamenr@earthlink.net]; Geoff Davis [cgeoffdavis@gmail.com]
Subject: Re: Lilley terms sheet

We are behind the competition leader (OMT) on the time frames and my understanding is that their rat system is essentially characterised and ready to go.

One further point which needs to be addressed before we see Novo Nordisk in April is a value if we were to exit the H2L2 platform thro sale to one Pharma or a consortium of Pharmas. This would essentially put us on a comparable track with Larry Greene's company (Always assuming the Pfizer model holds). Buying us would eliminate all future milestones and royalty payments. If Novo Nordisk ask the question what is the answer?



**Prof. Grosveld**
Inventor

Q. What is an H2L2?

A. That's the normal antibody for which we had also made in transgenic mice.

Q. And he calls it an H2L2 because there is two heavy chains and two light chains?

A. Correct.

Q. What does OMT's work on the conventional antibody have to do with the invention that we're here to discuss in the '970 patent?

A. Nothing.

**Trial Tr. at 275:10-17**

PDX10.150

# Amgen's Lawyers Showed Documents Related To Conventional Antibodies



**Dr. Buelow**
Founder and CEO

## Batoclimab Has Nothing To Do With This Case

Q. I'm so Batoclimab. Batoclimab was developed using the OmniRat, correct?

A. Correct.

Q. That's the OmniRat I think as you mentioned used conventional antibodies, correct?

A. Correct.

Q. It has nothing to do with heavy chain-only antibodies right?

A. It has nothing to do with heavy chain-only antibodies.

**Trial Tr. at 692:6-15**

PDX10.151

# Who Are You Going To Believe?

## Yet Amgen's Lawyers Told You Dr. Buelow Invented It.



| Amgen's Lawyers To Prof. Grosveld | Dr. Buelow's Testimony |
|---|---|
| Q. ==Bitoclimab==, your company's lead commercial product, is a product ==that was invented by Dr. Buelow==. | Q. Just to be clear, ==you're not claiming to be the inventor of Batoclimab==, are you? |
| A. I don't know. | A. ==I am not the inventor.== |
| Q. You don't know? | |
| A. I don't know. | |
| Q. ==Come back to that later in the trial.== | |

Trial Tr. at 214:20-25

Trial Tr. at 693:25-694:2

PDX10.152

# Defendants Suggest That Dr. Buelow's UniRats Were Ready First



**Defendants Exhibit**
**DTX-478**

From: Roger Craig [Roger@jubileehousefarm.demon.co.uk]
Sent: 3/10/2010 2:11:18 PM
To: Al and Ursula Collinson [aucollinson@charter.net]; F.G. Grosveld [f.grosveld@erasmusmc.nl]; Robert Kamen [kamenr@earthlink.net]; Geoff Davis [cgeoffdavis@gmail.com]
Subject: Re: Lilley terms sheet

We are behind the competition leader (OMT) on the time frames and my understanding is that their rat system is essentially characterised and ready to go.

One further point which needs to be addressed before we see Novo Nordisk in April is a value if we were to exit the H2L2 platform thro sale to one Pharma or a consortium of Pharmas. This would essentially put us on a comparable track with Larry Greene's company (Always assuming the Pfizer model holds). Buying us would eliminate all future milestones and royalty payments. If Novo Nordisk ask the question what is the answer?



**Prof. Grosveld**
Inventor

Q.   And according to Dr. Craig at least, Dr. Buelow's company is essentially ready to go with their rat, right?

A.   That's what he says.

Q.   And that must have made you feel angry, right?

A.   No.

\* \* \*

Q.   And he made it work faster than you had been able to; right?

A.   No, because we had it before.

**Trial Tr. at 246:22-247:1; 247:9-11**                                              PDX10.153

# Teneobio's Heavy Chain-Only Rats Were Not Ready



**Defendants Exhibit**
**DTX-478**

**From:** Roger Craig [Roger@jubileehousefarm.demon.co.uk]
**Sent:** 3/10/2010 2:11:18 PM
**To:** Al and Ursula Collinson [aucollinson@charter.net]; F.G. Grosveld [f.grosveld@erasmusmc.nl]; Robert Kamen [kamenr@earthlink.net]; Geoff Davis [cgeoffdavis@gmail.com]
**Subject:** Re: Lilley terms sheet

We are behind the competition leader (OMT) on the time frames and my understanding is that their rat system is essentially characterised and ready to go.

One further point which needs to be addressed before we see Novo Nordisk in April is a value if we were to exit the H2L2 platform thro sale to one Pharma or a consortium of Pharmas. This would essentially put us on a comparable track with Larry Greene's company (Always assuming the Pfizer model holds). Buying us would eliminate all future milestones and royalty payments. If Novo Nordisk ask the question what is the answer?

**From:** Marianne Bruggemann <mbruggemann@ratltd.net>
**To:** Roland Buelow <rbuelow@hcoantibody.com>
**Subject:** Re: immunization experiment
**Date:** Thu, 26 Apr 2012 10:42:44 +0000

In summary, HC8/9 are not good lines for obtaining HCOAs; immunizations show reduced titers, affinities are at best a few hundred nM, extensive selection is needed to obtain binders and therefore it is unlikely that financially viable products can be obtained.

**Plaintiff Exhibit**
**PTX-318**

at PTX-318.0001

PDX10.154

# Defendants' Excuses



PDX10.155

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

# Harbour Antibodies BV, et al.

## v.

# Teneobio, Inc. and Amgen Inc.

21:-cv-1807-MN

# Harbour's Rebuttal Presentation



PDX10.157

# Defendants' Excuses



PDX10.158

# Defendants' Undisputed Admission

Amgen announced its completed acquisition of Teneobio on October 19th, 2021, after its acquisition, Teneobio became a wholly owned subsidiary of Amgen. Amgen does not operate Teneobio as an independent business. All of Teneobio's employees are Amgen's employees and the Amgen employees who run the Teneobio business report up to Amgen's management.

**Trial Tr. at 534:3-10**

PDX10.159

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 161 of 183 PageID #: 37835



**Dr. Ploegh**
Defendants' Expert

Q. What is the smallest minimal micro-locus one could have under this definition, we'll come back to the body of the claim in a minute, but under this definition, what's the smallest?

A. Under the definition, as I read it a single V gene, a single D gene, one J elements and one heavy chain effector.

**Trial Tr. at 873:5-10**

PDX10.160

# "Comprising" Allows For Additional Elements



2.3 "COMPRISING" CLAIMS

When used in a patent claim, the word "comprising" means "including but not limited to" or "containing but not limited to."  When "comprising" is used in a patent claim, if you decide that an accused method includes all of the requirements of that claim, the claim is infringed, even if the accused method contains additional elements.

**Jury Instruction 2.3**



**Dr. Ploegh**
Defendants' Expert

Q. You understand that comprising allows for other unrecited elements to be present in the definition as well, right, sir?

A. I understand that.

**Trial Tr. at 903:17-20**

PDX10.161

# The UniRat Contains A $V_H$ Heavy Chain Locus

| Claim Term | Court's Construction |
|---|---|
| $V_H$ **Heavy Chain Locus** | "a minimal micro-locus encoding a $V_H$ domain **comprising** one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)." |



**Dr. Ploegh**
Defendants' Expert

Q. That is the Court's construction of VH heavy chain locus allows for other things to be within the transgene, so long as it meets the requirement for VH heavy chain locus, right?

A. Yes.

**Trial Tr. at 903:17-20**

PDX10.162

# Teneobio Clones The Entire $V_H$ Domain



**Dr. Trinklein**
Chief Technology Officer

Q. Thank you. You cloned the framework one through CDR3 region that you took out of the rat, right?

A. Yes.

Q. And then you combined that region back with a Framework four to make a full VH region, right?

A. Yes.

Q. And so at the end of the day, the result is a full VH region from framework one all the way to Framework four, is that right?

A. Yes.

**Trial Tr. at 766:19-767:3**

PDX10.163

# Weight Of The Evidence Shows Infringement



PDX10.164

# Who Are You Going To Believe?



| **Deposition Testimony** | **Trial Testimony** |
| --- | --- |

"Question: Did you see any evidence from the UniRat strains that are at issue for infringement in this case showing that the wild type C alpha and C epsilon constant gene regions are operatively linked to the V gene, D gene and J gene segments?

Answer: I have not."

Q. I'm going to ask very clearly sir, you did not see any evidence in forming your opinions in this case from the UniRat strains that are issued for infringement where the C alpha and C epsilon constant regions are operatively linked to VDJ gene segments, did you?

A. I can only disagree.

**Trial Tr. at 909:15-20**

**Trial Tr. at 908:21-909:1**

PDX10.165

# Obvious Over Bruggemann?

| | Before Trial | At Trial |
|---|---|---|
| Dr. Oettinger | **Bruggemann Different** | **Bruggemann Different** |
| Mr. King | **Grosveld Unique** | **Grosveld Not Unique** |
| Dr. Buelow | **Not Invalidating Prior Art** | **Bruggemann Did It First** |
| Dr. Ploegh | —— | **Bruggemann Different** |
| Prof. Grosveld | **Bruggemann Different** | **Bruggemann Different** |
| Dr. Muyldermans | **Never Read Patent** | **Obvious** |

PDX10.166

# Weight Of The Evidence Shows Non-Obviousness



# Who Are You Going To Believe?



## "It depends on the -- on your definition of reading."
**Trial Tr. at 841:22**

| Dr. Muyldermans' Deposition Testimony | Dr. Muyldermans' Trial Testimony |
|---|---|
| "Question: And in forming your opinions in this case, you did not read the specification of the '970 patent. Correct?"<br><br>"Answer: Of the '970, that's also from the same group. No the same thing, I did not read the specifications. I only focused on the claims." | Q. Sir, in forming your opinions in this case, you did not read the specification of the '970 patent, correct?<br><br>A. I skimmed read the specifications. |
| **Trial Tr. at 842:19-24** | **Trial Tr. at 841:23-25** |

PDX10.168

# Dr. Buelow Claimed All Rodents Because He Knows The Immune Systems Work The Same



**Dr. Buelow**
Founder and CEO

Q. And the experiments that you described in your patents, they were only related to rats, right?

A. Correct.

Q. And your claim, you claim that you can do it in all rodents, right?

A. Yes.

\*\*\*

Q. You never did it in 2000 other species of rodents, right?

A. I did not.

---

## Knockout Rats via Embryo Microinjection of Zinc-Finger Nucleases

Defendants Exhibit **DTX-159**

Aron M. Geurts,[1,2]* Gregory J. Cost,[3]* Yevgeniy Freyvert,[3] Bryan Zeitler,[3] Jeffrey C. Miller,[3] Vivian M. Choi,[3] Shirin S. Jenkins,[3] Adam Wood,[4] Xiaoxia Cui,[4] Xiangdong Meng,[3] Anna Vincent,[3] Stephen Lam,[3] Mieczyslaw Michalkiewicz,[1,2] Rebecca Schilling,[1,2] Jamie Foeckler,[3] Shawn Kalloway,[3] Hartmut Weiler,[1,2] Séverine Ménoret,[5] Ignacio Anegon,[5] Gregory D. Davis,[4] Lei Zhang,[3] Edward J. Rebar,[3] Philip D. Gregory,[3] Fyodor D. Urnov,[3] Howard J. Jacob,[1,2,6]† Roland Buelow[7]†

---



Defendants Exhibit **DTX-2140**

NEWS OF THE WEEK

MOLECULAR GENETICS

## One-Two Punch Elevates Rats to the Knockout Ranks

Fans of the rat as a lab animal have watched in frustration as a parade of mice with specific genes deleted became available to researchers over the past 2 decades. While knockout mice have become models for many human diseases and developmental biology, scientists have longed for knockout rats because "the anatomy and physiology of the rat is closer one copy of the original gene and one copy of the altered genetic material. Selective breeding can deliver mice lacking the target gene. Researchers have used homologous recombination to produce several thousand lines of knockout mice—but they could not apply it to rats because no one could find a way to culture rat ES cells. genes in fruit flies and zebrafish (*Science*, 24 July 2009, p. 433). The zinc finger nuclease (ZFN) technology relies on artificial proteins that, when injected into an early embryo, recognize and cut specific DNA sequences. The genetic change is passed to offspring. Meanwhile, Ying's group solved the rat ES cell problem: A new culture medium they

---

THE JOURNAL OF IMMUNOLOGY

## High-Affinity IgG Antibodies Develop Naturally in Ig-Knockout Rats Carrying Germline Human IgH/Igκ/Igλ Loci Bearing the Rat C$_H$ Region

This information is current as of January 14, 2013.

Michael J. Osborn, Biao Ma, Suzanne Avis, Ashleigh Binnie, Jeanette Dilley, Xi Yang, Kevin Lindquist, Séverine Ménoret, Anne-Laure Iscache, Laure-Hélène Ouisse, Arvind Rajpal, Ignacio Anegon, Michael S. Neuberger, Roland Buelow and Marianne Brüggemann



Defendants Exhibit **DTX-186**

---

**Trial Tr. at 699:11-16, 699:21-23**

PDX10.169

# Dr. Oettinger Explained That The Signalling is The Same



**Dr. Oettinger**
Harbour's Expert

Q. Now defendants said this patent should be limited to mice because that's what this example is about. You reviewed this example and do you have a view on whether this example could be used in other species beyond mice?

A. Yes, it could because what was a breakthrough about this was showing that a rodent, in this case a mouse, had all the necessary -- all the necessary signals, all the necessary machinery in its B-cells to go on and produce an HCAb that could respond to immunization, so that example showed that. That was the part that was surprising. And then you know that other rodents have very similar immune systems, that was something to be expected at that point.

**Trial Tr. at 947:25-948:11**

PDX10.170

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 172 of 183 PageID #: 37846



**Dr. Ploegh**
Defendants' Expert

Q. I want to confirm one thing. In your testimony to the jury, ==you did not identify any differences in the necessary signal for B-cell maturation in transgenic rodents==, true?

A. ==I did not identify any differences in signal, no.==

**Trial Tr. at 916:20-24**

PDX10.171

# Weight Of The Evidence Shows Sufficiently Described And Enabled



# Who Are You Going To Believe?



**Dr. Ploegh**
Defendants' Expert

Q. And on the invalidity front, you testified that there are three reasons claim 2 of the '970 patent is not enabled and three reasons why claim 2 of the '970 patent isn't adequately described right?

A. I believe that's correct.

Q. That's six invalidity theories, correct?

A. I think so.

Q. If we add those together, you're providing this jury with eight total reasons for why you think defendants get out of this case, right?

A. I added them up and --

Q. Two non-infringement, right, and six invalidity, that's eight different theories, is that right, sir?

A. Did I say six?

Trial Tr. 901:11-24

PDX10.173

# Antibodies Analyzed By ELISA Are Already Antigen-Specific

**2(a)(iii)** … a soluble, heavy chain-only antibody comprising a soluble, <mark>antigen-specific $V_H$ binding domain</mark> and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain



## Dr. Trinklein's Trial Testimony

Q. And looking at the actual numbers here, what do these numbers mean?

A. So that was a way we -- I mean, the <mark>number itself indicated binding strength</mark>. And we had to process that data to some degree. But basically, the higher the number, the stronger the binding.

**Trial Tr. at 744:12-17**



## Dr. Oettinger's Trial Testimony

Q. In your opinion, does Teneobio and Amgen need to perform any <mark>post expression ELISAs</mark> to even determine if something is antigen-specific?

A. No, no they don't. <mark>That's after the method has been practiced and you already know that they're antigen-specific.</mark>

**Trial Tr. at 368:16-21**

PDX10.174

Case 1:21-cv-01807-MN    Document 610-2    Filed 06/24/26    Page 176 of 183 PageID #: 37850



3.3 PATENT DAMAGES – REASONABLE ROYALTY – HYPOTHETICAL NEGOTIATION DATE

The hypothetical negotiation would have taken place at the time when the allegedly infringing activity first began. The hypothetical negotiation date is October 2021.

PDX10.175

# Defendants Can't Get The Same Deal

| Before Technology Was Accepted | After Technology Was Hotly Demanded |
|---|---|















**Right To Use Patent**

**Royalty Payment**

PDX10.176

# Agreements Must Be Comparable



**3.6 PATENT DAMAGES – REASONABLE ROYALTY – COMPARABLE AGREEMENTS**

A party seeking to rely on a license agreement as evidence of the proper amount and form of the reasonable royalty award bears the burden of establishing that it is sufficiently comparable to the hypothetical license.

**Jury Instruction 3.6**



**Dr. Serwin**

Senior Managing Director

Q. Were Harbour's platform agreements economically comparable to the license that Teneobio needs at the hypothetical negotiation?

A. I don't believe so, no.

**Trial Tr. at 471:16-19**

PDX10.177

# Should They Play For Free?



**Dr. Ploegh**
Defendants' Expert

**DDX.7-9**

PDX10.178

# The Law Requires An Infringer To Pay A Reasonable Royalty



"Upon finding for the claimant the court shall award the claimant **damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer**, together with interest and costs as fixed by the court."

**35 U.S.C. § 284 - Damages**

PDX10.179

# Weight Of The Evidence Confirms Harbour's Reasonable Royalty



**Dr. Serwin**
Senior Managing Director



**Non-Comparable**

1. Experienced Ph.D. Economist
2. Detailed Calculation and Analysis
3. Apportioned Only for Patented Method
4. Proven Method Generated Millions

PDX10.180

# Where Does That Leave Us?



**Dr. Buelow**
Founder and CEO

Teneobio

Q. So Teneobio is found not to infringe Harbour's patents in this case, your family stands to gain about 25 percent of up to $70 million, right?

A. Correct.

Q. And it's similarly if Teneobio and Amgen's lawyers are able to prove that Harbour's patent is invalid, and this case goes away, you similarly could receive 25 percent of up to $70 million, right?

A. Correct.

Q. And that math worked out to about $20 million, right?

A. Yes.

**Trial Tr. at 702:13-23**

PDX10.181

# Who Are You Going To Believe?



**Prof. Grosveld**
Inventor



## **Never** Gave Inconsistent Testimony



**Dr. Buelow**
Founder and CEO



## Tried To Change His Prior Sworn Testimony At Least **Seven Times**

PDX10.182