IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM and DR. ROGER KINGDON CRAIG,

Plaintiffs,

v.

TENEOBIO, INC. and AMGEN INC.,

Defendants.

TENEOBIO, INC. and AMGEN INC.,

Counterclaim-Plaintiffs,

v.

HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, DR. ROGER KINGDON CRAIG, and HBM HOLDINGS LTD.,

Counterclaim-Defendants.

C.A. No. 21-1807 (MN)

**NOTICE OF LODGING OF TRIAL DEMONSTRATIVES**

PLEASE TAKE NOTICE that Defendants Teneobio, Inc. and Amgen Inc. hereby lodge copies of their demonstratives used during the June 8–12, 2026 trial in this matter:

| Exhibit | DDX # | Description |
|---|---|---|
| A | DDX-1 | Defendants' Opening Presentation |
| B | DDX-2 | Marjorie Oettinger Cross Examination Presentation |
| C | DDX-4 | Roland Buelow Direct Examination Presentation |
| D | DDX-5 | Serge Muyldermans Direct Examination Presentation |
| E | DDX-6 | Stephen Meek Direct Examination Presentation |
| F | DDX-7 | Hidde Ploegh Direct Examination Presentation |

| Exhibit | DDX # | Description |
|---|---|---|
| G | DDX-8 | Defendants' Closing Presentation |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Nicholas Groombridge
Eric Alan Stone
Peter Sandel
Rebecca Fett
Naz E. Wehrli
Stephen A. Maniscalco
Eliza P. O'Connor
Chih-Wei Wu
Jessica Zhao
Jennifer Rea Deneault
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
(332) 269-0030

Philip S. May
Chris Keller
Megan F. Raymond
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
801 17th Street NW, Suite 1050
Washington, DC 20006
(202) 505-5830

Joseph E. Lasher
J. Drew Diamond
Gwen Hochman Stewart
Wendy A. Whiteford
Steven Tang
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
(805) 447-1000

June 25, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 25, 2026, upon the following in the manner indicated:

David E. Moore, Esquire *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Malisa C. Dang, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and HBM Holdings Ltd.*

John M. Desmarais, Esquire *VIA ELECTRONIC MAIL*
Tamir Packin, Esquire
Michael E. Furrow, Ph.D.
Kyle G. Petrie, Esquire
Karl Mullen, Esquire
Jun Tong, Esquire
Jordan N. Malz, Esquire
Brian D. Matty, Esquire
Pascale S. Boonstra, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
*Attorneys for Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and HBM Holdings Ltd.*

Maria Tartakovsky, Esquire *VIA ELECTRONIC MAIL*
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA 94111
*Attorneys for Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and HBM Holdings Ltd.*

Rebecca A. Lindhorst, Esquire *VIA ELECTRONIC MAIL*
Thomas Romanchek, Esquire
Adam D. Steinmetz, Esquire
T. Tyler Golian, Esquire
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
*Attorneys for Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and HBM Holdings Ltd.*

Andrew C. Mayo, Esquire *VIA ELECTRONIC MAIL*
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Plaintiff Dr. Roger Kingdon Craig*

Kathleen M. Williams, Esquire *VIA ELECTRONIC MAIL*
NUTTER MCCLENNEN & FISH LLP
155 Seaport Boulevard
Boston, MA 02210
*Attorneys for Plaintiff Dr. Roger Kingdon Craig*

Amir Naini, Esquire *VIA ELECTRONIC MAIL*
NAINI P.C.
2632 Wilshire Blvd., Suite 268
Santa Monica, CA 90403
*Attorney for Plaintiff Dr. Roger Kingdon Craig*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)