# EXHIBIT A



# Harbour Antibodies BV, et al. v. Teneobio, Inc., et al.

# Opening Presentation

**June 8, 2026**

Case No. 1:21-cv-01807

DDX.1-1



Began as a start-up in 2009

Goal was to develop
new cancer treatments

Developed new tools to do so,
including transgenic rats





Leading biotechnology company with a mission to serve patients

Makes dozens of medicines for many diseases

Purchased Teneobio in 2021

DDX.1-3

# Harbour's Business Model—Licensing Its Technology to Other Companies

 2011    2013    2014

 2014    2014    2014

 2014    2015 AbTco   2015

 2016 Ablynx   2019 abbvie

DDX.1-5

# But the Harbour Mice Failed

# No One Could Make the Harbour Mice Work

**From:** Eric Huang <Eric.Huang@modernatx.com>
**Date:** Thursday, February 5, 2015 2:16 AM
**To:** Heather Schwoebel <heather@harbourantibodies.com>
**Subject:** Re: Moderna

Heather

We tried the protocol as you've suggested. We didn't see anything.

Is there a positive control that we can use?

Eric

DTX-0862.0001

# No One Could Make the Harbour Mice Work

From:        Mark Lappe [mark@inhibrx.com]
on behalf of  Mark Lappe <mark@inhibrx.com> [mark@inhibrx.com]
Sent:        3/2/2016 7:57:15 PM
To:          Heather Schwoebel [heather@harbourantibodies.com]; Riet van Zeijl [riet@harbourantibodies.com]
CC:          Brendan Eckelman [brendan@inhibrx.com]
Subject:     Re: invoice 2016-D006

Hi Heather and Riet,

We currently have no active Hcab or H2L2 program ongoing, other than the custom breeding project. To date we have been unable to generate significant and specific titers to any of immunogens. Once we have completed our custom breed project and can initiate new immunizations we will keep you updates as to our progress.

Sincerely,

Mark

DTX-0987.0001

DDX.1-8

# No One Could Make the Harbour Mice Work

| | |
|---|---|
| **From:** | Strohl, William [CNTUS] [WStrohl@its.jnj.com] |
| **on behalf of** | Strohl, William [CNTUS] <WStrohl@its.jnj.com> [WStrohl@its.jnj.com] |
| **Sent:** | 5/19/2009 6:25:12 PM |
| **To:** | Frank Grosveld (E-mail) [f.grosveld@erasmusmc.nl]; Roger Craig (E-mail) [Roger@jubileehousefarm.demon.co.uk] |
| **CC:** | Nakada, Marian [CNTUS] [Mnakada@its.jnj.com]; Feng, Yiqing [CNTUS] [YFeng8@its.jnj.com] |
| **Subject:** | Due Diligence studies |
| **Attachments:** | Harbour due diligence - 5-19-09.doc |

Dear Roger and Frank,

We have completed our internal due diligence efforts on the Harbour Antibodies. As you know, we were not able to express the human mono- and bi-specific constructs sent to us, even after multiple efforts. The enclosed report contains the analysis of the two HAb proteins sent to us. The Llama HAb appeared as we would have expected. The human anti-CR1 HAb, on the other hand, appears to have an additional peptide chain in it, the size of which is consistent with a light chain. We did not analyze this further, so confirmation of the identity still remains unclear.

DTX-0458.0001

# Amgen Evaluated the Harbour Mice

**From:** "Zambrano, Martha" <marthaz@amgen.com>
**Date:** Mon, 11 Jul 2011 09:52:28 -0700
**To:** Roger Craig <Roger@jubileehousefarm.demon.co.uk>
**Conversation:** Harbour Antibodies
**Subject:** RE: Harbour Antibodies

Dear Roger,

* * *

Please note that the goal for us is to evaluate the technology with the potential to acquire the company if things work out for both parties. Therefore, if we could diminish the hurdle for the evaluation, that would be of great benefit. For example, if we do the immunizations at Amgen vs. having to do them in your lab as a first step, would that save us any money?

DTX-0534.0001

DDX.1-10

# The Harbour Mice Didn't Work

From: F.G. Grosveld [f.grosveld@erasmusmc.nl]
Sent: 6/6/2012 3:30:20 PM
To: roger@jubileehousefarm.demon.co.uk
Subject: amgen

Frank and I just finished a call with the Amgen technical team in Burnaby, Canada. Below is a synopsis of what they had to say. Frank may have more to add.

* * *

They have not had much success with the VH18 mice thus far. The serum titers are low and finding HCabs is akin to finding a needle in a haystack. What antibodies they have found all appear to be VH3s, which supports our hypothesis that the presence of nonsoluble VHs may be a problem. However, it could also be that the problem is due to the genetic background of the mice that they have been immunizing. They have crossed these mice to there double KO mice by IVF but have another generation to go before they will have homozygous transgenic mice on a DI background. They should start testing this new strain toward the end of the summer.

DTX-0619.0001

# The Harbour Mice Didn't Work



**Chadwick King**
Amgen Vice-President of
Research and Immunology

From: King, Chadwick
Sent: Tuesday, August 08, 2017 11:51 AM
To: DeGuzman, Michael <mdeguzma@amgen.com>
Subject: RE: Harbour Antibodies

Basically we have failed to develop a platform approach to using heavy-chain only antibodies. The biophysical optimization of these domains has proven quite challenging and we did not solve this yet. . . .

DTX-1323.0003

# Meanwhile, Teneobio Was Creating Candidates for New Cancer Treatments

# The First Step to Success
# Was Making a Knockout Animal

# Why a "Knockout"?

**It isn't enough to insert antibody genes from another species**



**You also want to disable the animal's own antibody genes**

# Teneobio Invented Knockout Rats



**Roland Buelow, Ph.D.**
Inventor of UniRat
Co-Founder of Teneobio



24 July 2009 | $10

# Knockout Rats via Embryo Microinjection of Zinc-Finger Nucleases

Aron M. Geurts,[1,2]* Gregory J. Cost,[3]* Yevgeniy Freyvert,[3] Bryan Zeitler,[3] Jeffrey C. Miller,[3] Vivian M. Choi,[3] Shirin S. Jenkins,[3] Adam Wood,[4] Xiaoxia Cui,[4] Xiangdong Meng,[3] Anna Vincent,[3] Stephen Lam,[3] Mieczyslaw Michalkiewicz,[1,2] Rebecca Schilling,[1,2] Jamie Foeckler,[3] Shawn Kalloway,[3] Hartmut Weiler,[1,2] Séverine Ménoret,[5] Ignacio Anegon,[5] Gregory D. Davis,[4] Lei Zhang,[3] Edward J. Rebar,[3] Philip D. Gregory,[3] Fyodor D. Urnov,[3] Howard J. Jacob,[1,2,6]† **Roland Buelow**[7]†

DTX-0159.0001

# Teneobio Invented Knockout Rats

MOLECULAR GENETICS

20 AUGUST 2010    VOL 329    **SCIENCE**

## One-Two Punch Elevates Rats to the Knockout Ranks

Fans of the rat as a lab animal have watched in frustration as a parade of mice with specific genes deleted became available to researchers over the past 2 decades. While knockout mice have become models for many human diseases and developmental biology, scientists have longed for knockout rats because "the anatomy and physiology of the rat is closer to humans than is the mouse," says Timothy

cil. Time and again, however, knockout tricks that work in mice failed in rats.

Each method has advantages. Compared with other available techniques, "using ZFN technology takes less time and fewer resources," says Roland Buelow, a molecular immunologist at Open Monoclonal Technology in Palo Alto, California, and a co-author of the *Science* paper. Ying explains

DTX-2140.0001

# Teneobio Used Transgenic Animals to Create New Cancer Treatment Candidates





## Sequence-based Antibody Discovery

**Tr̄eneobio**

**We discover 100X more antibodies 3X faster than traditional approaches**

| | Total |
|---|---|
| Total number of discovery projects | 100 |
| Total number of targets | 39 |
| Total number of animals | 1,346 |
| Total number of NGS sequence reads generated | 1,817,332,666 |
| Total number of unique antibodies screened | 39,260 |
| Total number of antigen-specific antibodies | 11,778 |

**100% Success rate**

DTX-1538.0013

# How Teneobio's Cancer Treatments Work



# How Teneobio's Cancer Treatments Work



# How Teneobio's Cancer Treatments Work



# How Teneobio's Cancer Treatments Work

**T cell**

**Cancer cell**





# How Teneobio's Cancer Treatments Work



T cell



Cancer cell

# How Teneobio's Cancer Treatments Work



# Teneobio's Technology Included Many Other Features That Were Vital to Its Success



# Teneobio Developed Promising Candidates for Treating Cancer

 **Multiple Myeloma (TNB-383B)**

 **Lymphoma (TNB-486)**

 **Prostate Cancer (TNB-585)**

# Amgen Bought Teneobio in 2021





**News Release**

## AMGEN TO ACQUIRE PRIVATELY HELD TENEOBIO FOR $900 MILLION IN CASH WITH FUTURE CONTINGENT MILESTONE PAYMENTS

**Acquisition Complements Amgen's Antibody Research Capabilities Across Therapeutic Areas**

**Acquisition Includes a Portfolio of Early-Stage Oncology Assets, Including a Phase 1 Bispecific Antibody for Patients With Advanced Prostate Cancer**

DTX-1773.0001

# UniRat Solved the Problems of the Harbour Mice



**Chadwick King**
Amgen Vice-President of
Research and Immunology

## UNIRAT EXPRESSES FULLY HUMAN HEAVY CHAIN ONLY ANTIBODIES

UniRat® Human Heavy-Chain Antibody Platform

Human (v-D-J)s    Rat CΔC_H1

>20 VHs

Cγ2a
Cγ1
Cγ2b

all Ds
all JHs

Cε

ASSEMBLY    INJECTION    INTEGRATION

Fully-human heavy-chain antibodies

**AMGEN HAS EXPLORED HEAVY CHAIN ONLY ANTIBODIES FOR MANY YEARS. TENEBIO SOLVED THE PROBLEM OF HOW TO MAKE THEM "WELL-BEHAVED"**

*UniRat reference material:*
- *https://teneobio.flywheelsites.com/*
- *doi: 10.3389/fimmu.2018.03037*
- *doi: 10.1038/s41598-021-90096-8*

3

Amgen Proprietary—Internal Use Only    **AMGEN**

DTX-1787.0003



2006 — 2009 — 2011 — 2015 — 2016 — 2017 — 2018 — 2019 — 2020 — 2021 — 2022

HARBOUR

**2006**
Harbour founded















**Teneobio**
**2009**
Teneobio founded

**Teneobio**
**Sept. 2015**
Teneobio began work on TNB-383B

**Teneobio**
**Jan. 2016**
Teneobio began work on TNB-585

**Teneobio**
**Feb. 2017**
Teneobio began work on TNB-486

| 2006 | 2009 | 2011 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |

**HARBOUR**
**2006**
Harbour founded

**2011–2016**
**Amgen tried the Harbour mice**

**HARBOUR**
**2017**
Amgen terminated work with Harbour

**HARBOUR**
**Feb. 2021**
Harbour's '970 Patent issues



# No Infringement of Harbour's Patent

# Harbour's '970 Patent Claim

| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: |
|---|
| **(a)**    immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
| **(i)**    the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cµ gene that does not encode a functional $C_H1$ domain; |
| **(ii)**    a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; |
| **(iii)**    the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cµ constant effector region devoid of a functional $C_H1$ domain; |
| **(b)**    cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and |
| **(c)**    producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

# Harbour's '970 Patent Claim

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

**(i)** the **V$_H$ heavy chain locus** comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain;

**(ii)** a V$_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

**(iii)** the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain;

**(b)** cloning said recombined V$_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

**(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# Harbour's '970 Patent Claim

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

**(i)** the **$V_H$ heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ ge...

**(ii)** a $V_H$ gene segment, a D gene segment an... VDJ coding sequence;

**$V_H$ heavy chain locus** = 

"a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)."

**(b)** cloning said recombined $V_H$ heavy chain locus... transgenic rodent after affinity maturation via...

**(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# Harbour's '970 Patent Claim

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)**  immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

**(i)**  the **V$_H$ heavy chain locus** comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cµ ge

**(ii)**  a V$_H$ gene segment, a D gene segment an... VDJ coding sequence;

**V$_H$ heavy chain locus** = 

"a <mark>minimal micro-locus</mark> encoding a V$_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a C$_H$1 domain)."

**(b)**  cloning said recombined V$_H$ heavy chain locus... transgenic rodent after affinity maturation via...

**(c)**  producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

DDX.1-44

# Harbour's '970 Patent Claim

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

| (a) | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
|---|---|
| (i) | the **$V_H$ heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ ge... |

(ii) a $V_H$ gene segment, a D gene segment an... VDJ coding sequence;

**$V_H$ heavy chain locus** = ...ain ...whe... ...ntil...omp... ...cy or cp constant effector region devoid ...

"a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)."

| (b) | cloning said recombined $V_H$ heavy chain locus... transgenic rodent after affinity maturation via... |
| (c) | producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

# Harbour's Patent Is Invalid

# Dr. Muyldermans Discovered HCAbs in Nature



**Serge Muyldermans, Ph.D.**
Professor Emeritus,
*Free University of Brussels*

**Sequence and structure of $V_H$ domain from naturally occurring camel heavy chain immunoglobulins lacking light chains**

S.Muyldermans[1], T.Atarhouch, J.Saldanha[2], J.A.R.G.Barbosa[3] and R.Hamers

We cloned 17 different PCR fragments encoding $V_H$ genes of camel (*Camelus dromedarius*). These clones were derived from the camel heavy chain immunoglobulins lacking the light chain counterpart of normal immunoglobulins. Insight into the camel $V_H$ sequences and structure may help the development of single domain antibodies. The most

First, the dAb is the smallest antigen binding fragment (average mol. wt of 15 kDa), which makes them good candidates in cases where it is required to penetrate dense tissues to reach the antigen where larger proteins cannot reach. Antibody

DTX-0062.0001

# Dr. Brüggemann Pioneered Transgenic HCAb Mice



**Marianne Brüggemann, Ph.D.**
Principal Investigator
*The Babraham Institute*

**1989 |** First to express human antibody genes in mice

**2001 |** Made triple knockout mice

**2002 |** Filed patent on method of making HCAbs in mice

**2009 |** Developed UniRat with Roland Buelow

# Dr. Brüggemann Invented a Method for Making HCAbs from Transgenic Mice

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
17 June 2004 (17.06.2004)

PCT

(10) International Publication Number
WO 2004/049794 A2

(30) Priority Data:
0228210.1        3 December 2002 (03.12.2002)        GB

The present invention relates to single chain antibodies. In particular, the invention includes a transgenic mouse capable of expressing single chain antibodies and single chain antibodies produced by such a transgenic mouse.

The single chain antibody of the transgenic mouse may thus be a heavy chain antibody. The single chain antibody may in a further embodiment comprise a heavy chain domain linked to a light chain domain.

DTX-0130.0001-0002; DTX-0130.0006

DDX.1-49

# Dr. Brüggemann's Invention



**Brüggemann '794**

IgH $\gamma^\Delta$ YAC

**C$_H$1 removed**

**Brüggemann '794**

Figure 11:    depicts a IgH $\gamma^\Delta$ YAC construct which is modified from the IgH YAC construct of Figure 10 by truncation and removal of the C gene.

DTX-0130.0011 at 10:18-19; DTX-0130.0038 at Fig. 11

# Harbour's Invention Was Obvious



# The Patent Bargain



**Applicant**

Tell the public
how to use invention

Exclusive right to invention



# There Are Over 2,000 Types of Rodents



# Harbour Said Making Transgenic Rats Was Too Difficult

**Frank Grosveld, Ph.D.**
Inventor of Harbour Mice,
Co-Founder of Harbour



On 28/12/2012, 00:01, "F.G. Grosveld" <f.grosveld@erasmusmc.nl> wrote:

Doreen, I would like to ask your honest opinion whether it is worth expressing HCAb in rats. Roger seems to think this is a trivial exercise but I can assure you this is not a Sunday afternoon or cheap experiment. In contrast his accusation of unwllingness on our part is pretty cheap (and offensive). In any case reality is that staff at erasmus or harbour have no experience in making transgenic rats and I do remember from my days at the National Institute for Medical Research in Mill Hill, UK, that making transgenic rats is difficult from you have to start from schratch. It would cost a fair amount of manpower and be expensive, hence my question whether you think it is absolutely necessary. In my mind the claim by OMT that you can do it does not agree with not granting out much earlier claim taht one can do it. I thought any evidnce from anywhere supporting our claims should lead to granting it to us. Hope to hear from you soon. Frank

DTX-2044.0001

# Harbour Patented More Than It Invented



# Harbour Patented More Than It Invented



**1994**

Muyldermans discovers HCAbs

**2001**

Brüggemann makes triple knockout mice

**2002**

Brüggemann files patent for HCAb mice

**2004**

Harbour applies for '970 Patent

**2009**

Teneobio invents first way of making HCAb rats

**Feb. 2021**

Harbour's '970 Patent issues

1994 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022

**No Method to Make HCAbs in Rodents Other Than Mice**

**No Method to Make HCAbs in Thousands of Other Rodents**

DDX.1-56

# Harbour's '970 Patent Claim

| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|
| **(a)** | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
| **(i)** | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H 1$ domain; |
| **(ii)** | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; |
| **(iii)** | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H 1$ domain; |
| **(b)** | cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and |
| **(c)** | producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

# Harbour's '970 Patent Claim

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the V$_H$ heavy chain locus comprises a variable region comprising at least one V$_H$ gene segment,

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(iii) the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain;

(b) cloning said recombined V$_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# Harbour's '970 Patent Claim



A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a **transgenic rodent** expressing a heterologous heavy chain locus with an antigen wherein:

immunising a **transgenic rodent** expressing a heterologous heavy chain locus with an antigen wherein:

# Now Harbour Wants Money It Is Not Entitled To

# Harbour Wants Money for the Results of Teneobio's Hard Work

 **Multiple Myeloma (TNB-383B)**

 **Lymphoma (TNB-486)**

 **Prostate Cancer (TNB-585)**

# EXHIBIT B

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

**(i)** the **VH heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and at least one heavy chain constant region comprising at least a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;

**(ii)** a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

**(iii)** the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming **a soluble, heavy chain-only antibody comprising a soluble, antigen-specific VH binding domain** and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

**(b)** **cloning said recombined VH heavy chain locus** from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

**(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

DDX-2.1



# EXHIBIT C



*Harbour Antibodies BV, et al. v. Teneobio, Inc., et al.*

# Roland Buelow Direct Examination

**June 9, 2026**

Case No. 1:21-cv-01807

DDX.4-1

# How Teneobio's Cancer Treatments Work



# How Teneobio's Cancer Treatments Work

**T cell**

**Cancer cell**



# How Teneobio's Cancer Treatments Work



T cell



Cancer cell

# How Teneobio's Cancer Treatments Work



# How Teneobio's Cancer Treatments Work



T cell

# EXHIBIT D



*Harbour Antibodies BV et al. v. Teneobio, Inc. et al.*

# Dr. Serge Muyldermans

**June 10, 2026**

Case No. 1:21-cv-01807

DDX.5-1

# Scientific Credentials



## Academic Appointments

- **Tenured Professor (2003–2019) – Free University of Brussels**

  Postdoc. / Research Fellow (1982–2003)

  – First to discover and characterize HCAbs in camelids

  – Developed technology to identify VHH domains with therapeutic potential

  – Mentored over 100 graduate students on camel HCAbs

## Education

- **Ph.D. in Sciences (1982) – Free University of Brussels**

  – B.S. and M.Sc. in Biochemistry (1977) – Free University of Brussels

# Publications

## Articles

- Co-authored over 270 peer-reviewed articles on HCAbs
- Work in HCAbs cited in over 48,000 other articles

## Books

- Editor of the reference volume "Single Domain Antibodies"
- Author of 17 chapters in other scholarly works

## Patents

- More than 10 issued patents





# Additional Distinctions

## Recognized Authority on HCAbs

- Frequent speaker and presenter at scientific conferences

- Peer reviewer for 30 journals including *Science* and *Nature Biotechnology*

## Biotechnology Innovator

- More than 150 companies worldwide rely on my research

- Co-founder of Ablynx (2002)

  

  - Started with 5 scientists from my lab
  - Used technology pioneered in my lab to develop new medicines
  - Developed medicines including Caplacizumab to treat rare blood disorders
  - Grew to over 650 people and was acquired by Sanofi in 2018

- Co-founder of HINT Biopharmaceutical Co., Ltd. (2023)

DDX.5-4

# My Team and I Were First to Discover That Camels Naturally Make Functional HCAbs

## Naturally occurring antibodies devoid of light chains



C. Hamers-Casterman, T. Atarhouch, **S. Muyldermans,**
G. Robinson*, C. Hamers, E. Bajyana Songa,
N. Bendahman & R. Hamers†



Four-chain camel IgG (IgG₁)

Short-hinge heavy chain camel IgG (IgG₃)

**Camel heavy-chain IgGs lack CH1,** which in one IgG class might be structurally replaced by an extended hinge. Heavy-chain IgGs are a feature of all camelids. These findings **open new perspectives in the engineering of antibodies.**

DTX-0054.0001, .0003

# My Team Was First to Clone HCAbs

Sequence and structure of $V_H$ domain from naturally occurring camel heavy chain immunoglobulins lacking light chains



S.Muyldermans[1], T.Atarhouch, J.Saldanha[2], J.A.R.G.Barbosa[3] and R.Hamers

A substantial proportion of the camel immunoglobulins consists of heavy chain dimers which lack the $C_H1$ domain and are devoid of light chains (Hamers-Casterman *et al.*, 1993). They were indistinguishable from the normal IgGs with respect to their solubility and antigen binding activity. We

DTX-0062.0001, .0001-2

# My Team Was First to Determine the Structure of HCAb Fragments Binding Antigen

## Crystal structure of a camel single-domain $V_H$ antibody fragment in complex with lysozyme



Aline Desmyter[1], Thomas R. Transue[1], Mehdi Arbabi Ghahroudi[1], Minh-Hoa Dao Thi[1], Freddy Poortmans[3], Raymond Hamers[2], ==Serge Muyldermans[1]== and Lode Wyns[1]

**The *Camelidae* is the only taxonomic family known to possess functional heavy-chain antibodies, lacking light chains. We report here the 2.5 Å resolution ==crystal structure of a camel $V_H$ in complex with its antigen, lysozyme.==** Compared to human and mouse $V_H$ domains,

PTX-0436.0001

# My Team Was First to Discover That a "Camelised" Human V$_H$ Domain Could Maintain Antigen Recognition

Single domain antibodies: comparison of camel VH and camelised human VH domains

Lutz Riechmann [a,*], Serge Muyldermans [b,1]

Analysis of the differences in amino acid sequence between the VHs of these camel heavy chain-only antibodies and VH domains from conventional human antibodies helped to design an altered human VH domain. This camelised VH proved, like the camel VH, to be a small, robust and efficient recognition unit formed by a single immunoglobulin (Ig) domain.



Human IgG antibody          Camel heavy chain antibod

DTX-0090.0001, .0007

# Summary of My Opinion



**Harbour's Patent is obvious in light of Brüggemann 2002**

# Asserted Claim of Harbour's Patent

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a $C\gamma$ or $C\mu$ gene that does not encode a functional $C_H1$ domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

JTX-0003 at Claim 2

# Brüggemann 2002 Discloses First Transgenic HCAb Mice

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
**17 June 2004 (17.06.2004)**

PCT

(10) International Publication Number
**WO 2004/049794 A2**

(72) Inventor; and
(75) Inventor/Applicant *(for US only)*: **BRÜGGEMANN, Marianne** [DE/GB]; 2 Station Road, Foxton, Cambridge CB2 6SA (GB).

(30) Priority Data:
0228210.1    **3 December 2002 (03.12.2002)**

The present invention relates to single chain antibodies. In particular, the invention includes a transgenic mouse capable of expressing single chain antibodies and single chain antibodies produced by such a transgenic mouse.

DTX-0130.0001, .0002

# Dr. Brüggemann Pioneered Transgenic HCAb Mice



**1989**

Reported the successful introduction, rearrangement, and expression of human heavy chain genes in transgenic mice

**2002**

**Brüggemann 2002:** disclosed method of producing HCAbs in transgenic mice

**2001**

Developed triple knockout mice

| 1989 | 1990 | 1991 | 2000 | 2001 | 2002 |

DTX-0031; DTX-0130

DDX.5-13

# Immunising, Cloning, and Producing

**2.** A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a C$\gamma$ or C$\mu$ gene that does not encode a functional $C_H1$ domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a C$\gamma$ or C$\mu$ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

---

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

JTX-0003 at Claim 2

# Brüggemann 2002 Discloses Immunising, Cloning, and Producing



Yet further provided is a method for producing a single chain antibody of the invention, comprising the step of immunising the mouse as defined above with an antigen to elicit an immune response, the immune response comprising antigen-specific antibody production.

As well as generation of hybridomas, human genes encoding single chain antibodies may be recovered from the immune B cells of transgenic mice by PCR for further genetic manipulation.

species. Rearranged camel H-genes encoding HCAb ($V_H$H- γ2a) with and without the transmembrane ("TM") bound region were constructed and their expression, processing and assembly in mouse NSO myeloma cells were examined. A camel H chain gene

DTX-0130.0008, .0009, .0024

# Brüggemann 2002 Discloses Immunising, Cloning, and Producing

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

(a) **immunising** a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(b) **cloning** said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) **producing** said soluble, antigen specific heavy chain only antibody from the clone of step (b).

JTX-0003 at Claim 2

DDX.5-16

# V$_H$ Heavy Chain Locus

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

  (i) the V$_H$ heavy chain locus comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain;

  (ii) a V$_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

  (iii) the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain;

(b) cloning said recombined V$_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

(i) the V$_H$ heavy chain locus comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain;

JTX-0003 at Claim 2

# Brüggemann 2002 Discloses a $V_H$ Heavy Chain Locus



C gene (Cμ and Cδ regions). For this ==a human C gamma (γ) gene== (Flanagan and Rabbitts, 1982, Nature 300: 709-713; Brüggemann *et al.*, 1987, J. Exp. Med. 166: 1351-1361) ==without the CH1 exon==, obtained by restriction digest or PCR, is subcloned into a YAC arm vector (Burke *et al.*, 1987, Science 236: 806-812). To allow homologous integration

DTX-0130.0038, .0023

# Brüggemann 2002 Cites Her Prior Work that Discloses Complete D Gene Segments

## Antibody Repertoires of Four- and Five-Feature Translocus Mice Carrying Human Immunoglobulin Heavy Chain and κ and λ Light Chain Yeast Artificial Chromosomes[1]

Ian C. Nicholson,[2]* Xiangang Zou,* Andrei V. Popov,[3]* Graham P. Cook,‡ Elaine M. Corps,† Sally Humphries,† Christine Ayling,* Beatriz Goyenechea,* Jian Xian,* Michael J. Taussig,† Michael S. Neuberger,‡ and Marianne Brüggemann[4]*



The three different transloci are illustrated in Fig. 1. For the human heavy chain translocus, we used a 240-kb YAC (HuIgH) that contains the core region of the human IgH locus comprising five $V_H$ segments and the complete $D_H$ and $J_H$ loci linked to Cμ-δ in correct germline configuration; the isolation and characterization of

DTX-0095.0001, .0003, .0002

# Brüggemann 2002 Discloses a $V_H$ Heavy Chain Locus

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a C$\gamma$ or C$\mu$ gene that does not encode a functional $C_H$1 domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a C$\gamma$ or C$\mu$ constant effector region devoid of a functional $C_H$1 domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a C$\gamma$ or C$\mu$ gene that does not encode a functional $C_H$1 domain;

JTX-0003 at Claim 2

DDX.5-20

# VDJ Segments Capable of Recombining

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

  (a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

    (i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;

    (ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

    (iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

  (b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

  (c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

JTX-0003 at Claim 2

# Brüggemann 2002 Discloses VDJ Segments Capable of Recombining



# Brüggemann 2002 Discloses VDJ Segments Capable of Recombining

The ==transgenic mouse== may express a repertoire of single chain antibodies. The ==heterologous heavy== and/or light ==chain locus genes== or the repertoire of genes may undergo ==rearrangement and expression in mouse B cells.== Immunoglobulin gene segments can be rearranged in B cells *in vivo* and the ==mouse may thus respond to immunisation by production of a variety of single chain Abs,== for example, of the heterologous species. For example, ==different $V_H$ genes may be rearranged with different D and J segments.==

DTX-0130.0007

# Brüggemann 2002 Discloses VDJ Segments Capable of Recombining

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

JTX-0003 at Claim 2

# Forming a Soluble HCAb Without $C_H1$

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

JTX-0003 at Claim 2

# Brüggemann 2002 Discloses Forming a Soluble HCAb Without $C_H1$



species. Rearranged camel H-genes encoding HCAb ($V_HH$- $\gamma2a$) with and without the transmembrane ("TM") bound region were constructed and their expression, processing and assembly in mouse NSO myeloma cells were examined. A camel H chain gene

inhibited by free HEL (not shown). These results demonstrate that murine NSO cells transfected with the $V_HH$-$\gamma2a$TM or $V_HH$- $\gamma2a$ constructs can express a camel H-chain gene and secrete antigen-specific products as a result of correct splicing, translation and intracellular folding.

DTX-0130.0012; DTX-0130.0014

# Brüggemann 2002 Discloses Forming a Soluble HCAb Without $C_H1$

2. A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain;

(ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

(b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

---

(iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain;

JTX-0003 at Claim 2

DDX.5-27

# All Elements of the Asserted Claim Are Obvious

| Harbour's Patent Claim | Brüggemann 2002 |
|---|---|
| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | ✓ |
| **(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✓ |
| **(i)** the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✓ |
| **(ii)** a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✓ |
| **(iii)** the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | ✓ |
| **(b)** cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | ✓ |
| **(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). | ✓ |

# EXHIBIT E



*Harbour Antibodies BV et al. v. Teneobio, Inc. et al.*

# Dr. Stephen Meek

**June 10, 2026**

Case No. 1:21-cv-01807

DDX.6-1

# Qualifications

## Education

### Ph.D. in Establishment of Rat Embryonic Stem Cells – University of Edinburgh

- M.Sc. in Forensic Science – University of Strathclyde
- B.S. in Biological Sciences – Napier University

## Experience

### Research Fellow – Roslin Institute, University of Edinburgh

- Research Associate – Institute for Stem Cell Research, University of Edinburgh

## Publications

### 28 peer-reviewed publications, including in *Science*, *Nature*, and *Cell*

# Summary of Opinions

In 2004, targeted gene editing was not possible in transgenic rodent species other than mice.

In 2004, it was not possible to stop the function of a specific native gene in transgenic rodent species other than mice.

# DNA Differs Across the 2000+ Rodent Species

# DNA Differs Across the 2000+ Rodent Species



# DNA Differs Across the 2000+ Rodent Species



# Differences in DNA Are Important



# Differences in DNA Are Important









# Types of Gene Editing





# 2004: Targeted Gene Insertion Was Not Available for Transgenic Rodents Other Than Mice

# Benefits of Targeted Gene Insertion



- Highly precise
- Choose safe location
- Predictable
- Stable expression

# One of Two Tools Is Required for Targeted Editing

**Embryonic Stem ("ES") Cell Line**

- Selectable

- Scalable

**Site-Specific Nucleases ("SSNs")**

- DNA scissors

- Increased insertion efficiency

**No ES cells for rodents other than mice in 2004**

**No SSNs for any rodents in 2004**

DDX.6-14

# 2004: Targeted Gene Editing Required ES Cells



**Day 4, blastocyst**

# 2004: Targeted Gene Editing Required ES Cells



**Day 4, blastocyst**

# 2004: Targeted Gene Editing Required ES Cells



**Day 4, blastocyst**

Case 1:21-cv-01807-MN    Document 613-1    Filed 06/25/26    Page 116 of 304 PageID #: 38009

# 2004: Targeted Gene Editing Required ES Cells



Day 4, blastocyst

# 2004: Targeted Gene Editing Required ES Cells



Day 4, blastocyst

# 2004: Targeted Gene Editing Required ES Cells



Day 4, blastocyst

Targeted transgenic animal

# The Mouse ES Cell Line Was Made in 1981

**Establishment in culture of pluripotential cells from mouse embryos**

© 1981 Macmillan Journals Ltd

Pluripotential cells are present in a mouse embryo until at least an early post-implantation stage, as shown by their ability to take part in the formation of chimaeric animals[1] and to form teratocarcinomas[2]. Until now it has not been possible to establish progressively growing cultures of these cells *in vitro*, and cell lines have only been obtained after teratocarcinoma formation *in vivo*. We report here the establishment in tissue culture of

DTX-0014.0001

# First ES Cell Line in Non-Mouse Rodent Was Not Until 2008



December 26, 2008

Mia Buehr,[1,2] Stephen Meek,[1,2] Kate Blair,[3,4] Jian Yang,[3,5] Janice Ure,[1] Jose Silva,[3,4] Renee McLay,[1] John Hall,[3,4] Qi-Long Ying,[1,6] and Austin Smith[3,4,*]

The derivation of rat ES cells opens the door to application of gene targeting and related genome engineering technologies in the model species of choice for many aspects of biomedical research. Physiological interventions, toxicology studies, and

DTX-0157.0001, .0009

# 2004: SSN Technology Not Available in Any Rodents



## Knockout Rats via Embryo Microinjection of Zinc-Finger Nucleases

Aron M. Geurts,[1,2]* Gregory J. Cost,[3]* Yevgeniy Freyvert,[3] Bryan Zeitler,[3] Jeffrey C. Miller,[3] Vivian M. Choi,[3] Shirin S. Jenkins,[3] Adam Wood,[4] Xiaoxia Cui,[4] Xiangdong Meng,[3] Anna Vincent,[3] Stephen Lam,[3] Mieczyslaw Michalkiewicz,[1,2] Rebecca Schilling,[1,2] Jamie Foeckler,[3] Shawn Kalloway,[3] Hartmut Weiler,[1,2] Séverine Ménoret,[5] Ignacio Anegon,[5] Gregory D. Davis,[4] Lei Zhang,[3] Edward J. Rebar,[3] Philip D. Gregory,[3] Fyodor D. Urnov,[3] Howard J. Jacob,[1,2,6]† Roland Buelow[7]†



DTX-0159.0001

# 2004: Transgenic Rodents Other Than Mice Would Have to Be Made by Random Gene Insertion

# 2004: Foreign DNA Integration in Non-Mice Was Random



**Lack of control**

**Potential for adverse effects**

**Uncertain effectiveness**

# Random Integration: Microinjection



Day 1, zygote

# Random Integration: Microinjection



Day 1, zygote

# Random Integration: Microinjection



Day 1, zygote

Zygote injection

Surrogate

# Random Integration: Microinjection



# Random Integration: Microinjection



Day 1, zygote

Zygote injection

Surrogate

Birth

Phenotyping

# Microinjection Had Challenges and Shortfalls

## Transgenesis in rats: technical aspects and models

BÉATRICE CHARREAU, LAURENT TESSON, JEAN-PAUL SOULILLOU, CHRISTINE POURCEL and IGNACIO ANEGON*

INSERM U437, Institut de Transplantation et Recherche en Transplantation, 30, Bv. Jean Monnet, 44035 Nantes, France (Fax: 40087411)

Received 31 January 1995; revised 3 November 1995; accepted 6 November 1995

The production of transgenic rats by DNA-microinjection into fertilized ova has now become an established procedure, although fewer than 20 lines have been described during the last 5 years. Overall, transgenic rats remain more difficult to produce than transgenic mice, but satisfactory yields have been obtained by several laboratories. A review of the methods used to generate transgenic rats shows considerable variation between different laboratories, particularly in choice of strain, superovulation protocols and the use of embryo culture before reimplantation. In some instances, the production of transgenic rats has provided data that are new and relevant,

DTX-0067.0001

# Difficulty of Microinjection Varies by Rodent

## Transgenesis in rats: technical aspects and models

BÉATRICE CHARREAU, LAURENT TESSON, JEAN-PAUL SOULILLOU, CHRISTINE POURCEL and IGNACIO ANEGON*

INSERM U437, Institut de Transplantation et Recherche en Transplantation, 30, Bv. Jean Monnet, 44035 Nantes, France (Fax: 40087411)

Received 31 January 1995; revised 3 November 1995; accepted 6 November 1995

**For example, in rats:**

- Harder to get enough egg cells
- Fewer embryos survive
  - Stickier zygote
  - More flexible embryo membrane

DTX-0067.0001

# 2004: Targeted Gene Disruption Was Not Available for Non-Mice Transgenic Rodents

# Targeted Gene Disruption: Gene Knockout



# Targeted Gene Disruption: Gene Knockout



# Scientists Were Attempting to Do Targeted Gene Knockout in Non-Mouse Rodent Species




**1981**
Mouse ES cell
line established

**1989**
First knockout mouse

**2008**
Rat ES cell
line established

**2009**
First knockout
rat (ZFNs)

| 1981 | 1982 | 1988 | 1989 | 1990 | 1991 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|------|------|------|

DTX-0014; DTX-0157; DTX-0159

# siRNA Knockdown



# 2004: siRNA Knockdown Had Limitations

## Approaches for the sequence-specific knockdown of mRNA

Lisa J Scherer & John J Rossi

NATURE BIOTECHNOLOGY   VOLUME 21   NUMBER 12   DECEMBER 2003

Over the past 25 years there have been thousands of published reports describing applications of antisense nucleic acid derivatives for targeted inhibition of gene function. The major classes of antisense agents currently used by investigators for sequence-specific mRNA knockdowns are antisense oligonucleotides (ODNs), ribozymes, DNAzymes and RNA interference (RNAi). Whatever the method, the problems for effective application are remarkably similar: efficient delivery, enhanced stability, minimization of off-target effects and identification of sensitive sites in the target RNAs. These challenges have been in existence from the first attempts to use antisense research tools, and need to be met before any antisense molecule can become widely accepted as a therapeutic agent.

DTX-0125.0001

# Comparing Knockout and Knockdown

| Knockout | Feature | Knockdown |
|---|---|---|
| YES ✓ | Targets DNA | NO ✗ |
| YES ✓ | Permanent | NO ✗ |
| YES ✓ | Stable | NO ✗ |
| YES ✓ | Eliminates Protein | NO ✗ |

# EXHIBIT F



*Harbour Antibodies BV et al. v. Teneobio, Inc. et al.*

# Dr. Hidde Ploegh

**June 10, 2026**

Case No. 1:21-cv-01807

DDX.7-1

# Qualifications

## Work

- Professor of Biology, MIT
- Professor, Harvard Medical School
- Senior Investigator, Boston Children's Hospital
- Jon van Rood Professor in Chemistry of the Immune System, Leiden University
- Formally mentored over 200 students



## Education

- Ph.D. in Biochemistry, Leiden University (1981)
- Bachelor of Science (1975) and Master of Science in Biology and Chemistry (1977), University of Groningen

## Research interests

- Biochemistry of immune recognition and how pathogens evade immune detection
- Camelid-derived antibody fragments to develop tools for imaging immune responses against tumors and viruses

# Antibodies: Conventional and Heavy Chain-Only



**Conventional Antibody (H2L2)**          **Heavy-Chain-Only Antibody (HCAb)**

# Antibodies: Conventional and Heavy Chain-Only



**Conventional Antibody**

**Heavy-Chain-Only Antibody**

# How Does the B Cell Make an Antibody?
## V, D, and J Building Blocks



**DNA**

$V_H$  $V_H$  $V_H$  $V_H$  $V_H$  D  D  D  D  D  J  J  J  J  C  C



Case 1:21-cv-01807-MN    Document 613-1    Filed 06/25/26    Page 143 of 304 PageID #: 39036

# How Does the B Cell Make an Antibody? V, D, and J Building Blocks





# How Does the B Cell Make an Antibody?
# V, D, and J Building Blocks



# How Does the B Cell Make an Antibody? V, D, and J Building Blocks





# The Immune System Has a Huge Repertoire



# The Immune System Has a Huge Repertoire



OR

# The Immune System Has a Huge Repertoire



# "V<sub>H</sub> Heavy Chain Locus"

| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|
| (a) | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: |
| **(i)** | the **V$_H$ heavy chain locus** comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain; |
| (ii) | a V$_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; |
| (iii) | the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain; |
| (b) | cloning said recombined V$_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and |
| (c) | producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). |

# Definition: "V$_H$ Heavy Chain Locus"

## V$_H$ Heavy Chain Locus:

"a **minimal micro-locus** encoding a V$_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to **one or more heavy chain effector regions (each devoid of a C$_H$1 domain).**"

D.I. 587

# Two of UniRat's Five Constant Regions Have $C_H1$ Domains



- UniRat's transgene includes five heavy chain effector/constant regions including C Epsilon and C Alpha

- Constant regions of C Epsilon and C Alpha include intact $C_H1$ domains

- C Epsilon and C Alpha **are not devoid** of their $C_H1$ domains

PTX-0078.0003

# Harbour: Removal of $C_H1$s "Increase Our Chances"



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q.  Why did you remove the $C_H1$, professor?

A.  **We removed it to increase our chances and make the antibodies not stick together.**

Grosveld Rough Trial Tr. at 203:10-12

# "Cloning Said Recombined $V_H$ Heavy Chain Locus"

| | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|---|
| (a) | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| (i) | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a $C\gamma$ or $C\mu$ gene that does not encode a functional $C_H1$ domain; | |
| (ii) | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | |
| (iii) | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain; | |
| (b) | **cloning said recombined $V_H$ heavy chain locus** from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| (c) | producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

# Teneobio Does Not Clone a Recombined "V_H Heavy Chain Locus"





**Recombined UniRat Locus**

# Patent: Clone the Recombined "V$_H$ Heavy Chain Locus"



# Harbour's '970 Patent Claim

| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|
| **(a)** immunising a **transgenic rodent expressing** a heterologous heavy chain locus with an antigen wherein: | |
| (i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a $C\gamma$ or $C\mu$ gene that does not encode a functional $C_H1$ domain; | |
| (ii) a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | |
| (iii) the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain; | |
| (b) cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| (c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

# Rodents: What Harbour's Patent Claims



# Mice: What Harbour's Patent Describes



# Summary of Opinions Regarding "Rodent"

## No enablement:

Patents fail to teach how to **make and use** the invention without undue experimentation in **all rodents**

## No written description:

Patents fail to show inventors **possessed** the invention in **all rodents**

# Harbour's Patent Discloses Information About Only Mice



## (57) ABSTRACT

The present invention relates to a method of generation of fully functional heavy chain-only antibodies in transgenic **mice** in response to antigen challenge.

JTX-0003.0002

# Harbour's Patent Figures Disclose Methods Only in Transgenic Mice



**FIG. 6**

Generation of heavy chain only IgG

generate transgenic mice in mice with a defective heavy chain locus (e.g. μMT)

immunize with antigens

generate hybridomas    generate phage display libraries

optional

clone antibodies in expression plasmids    isolate individual clones

FIG. **6**: shows the strategy for the generation of transgenic mice expressing an IgG locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **7**: shows the strategy for the generation of transgenic mice expressing an IgM locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

FIG. **8**: shows the strategy for the generation of transgenic mice expressing an IgA locus and the functional generation of heavy chain-only antibodies and VH domains as a result of antigen challenge.

JTX-0003.0014 (Fig. 6); JTX-0003.0047 at 25:14-25

# The Working Examples in Harbour's Patent Use Only Mice



## Example 1

In preliminary experiments, ==transgenic mice== were prepared to express a heavy chain locus wherein two llama $V_{HH}$ exons were linked to the human heavy chain diversity (D) and joining (J) segments, followed by the $C\mu$, $C\delta$, $C\gamma2$, $C\gamma3$ human constant region genes and human heavy chain immunoglobulin 3' LCR. The human $C\gamma2$ and $C\gamma3$ genes con-

==Transgenic Mice==, Breeding and Genotyping
The final BAC was introduced into ==transgenic mice== by standard microinjection of fertilized eggs or via embryonic stem cell transfection technology.

JTX-0003.0049-50 at 29:50-57, 31:1-4

# The Working Examples in Harbour's Patent Use Only Mice



## Example 2

The starting backbone antibody was an antibody raised against the *E. coli* HSP70 protein. The HSP70 antigen was injected into transgenic mice that contained a heavy chain only antibody locus as described in (see above FIG. **14**).

JTX-0003.0052 at 35:10, 35:25-28

# The Only Mention of "Rodent" in the Written Description



## Mammals

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a **rodent** such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as goats, sheep, cats, dogs or other animals may also be employed.

JTX-0003.0041 at 13:30-36

# Harbour Had No Experience Making Transgenic Rats



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour



On 28/12/2012, 00:01, "F.G. Grosveld" <f.grosveld@erasmusmc.nl> wrote:

Doreen, I would like to ask your honest opinion whether it is worth expressing HCAb in rats. Roger seems to think this is a trivial exercise but I can assure you this is not a Sunday afternoon or cheap experiment. In contrast his accusation of unwllingness on our part is pretty cheap (and offensive). In any case reality is that staff at erasmus or harbour have no experience in making transgenic rats and I do remember from my days at the National Institute for Medical Research in Mill Hill, UK, that making transgenic rats is difficult from you have to start from schratch. It would cost a fair amount of manpower and be expensive, hence my question whether you think it is absolutely necessary. In my mind the claim by OMT that you can do it does not agree with not granting out much earlier claim taht one can do it. I thought any evidnce from anywhere supporting our claims should lead to granting it to us. Hope to hear from you soon. Frank

DTX-2044.0001

# '970 Patent

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a)    immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i)    the **V$_H$ heavy chain locus** comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain;

(ii)    a V$_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii)    the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain;

(b)    cloning said recombined V$_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c)    producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# Summary of Opinions Regarding "$V_H$ Heavy Chain Locus"

## No enablement:

Patents fail to teach how to **make and use** unlimited gene segments from almost any animal without undue experimentation

## No written description:

Patents fail to show inventors **possessed** invention using unlimited gene segments from almost any animal

# Harbour's Patent: Mix and Match Almost Any Animal Gene



Preferably, the $V_H$ heavy chain locus comprises from two to five V (2, 3, 4 or 5) gene segments derived from any vertebrate species.

Preferably, the V gene segments are of human origin, optionally selected or engineered for improved solubility.

Preferably, the $V_H$ heavy chain locus comprises from two to forty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18, 20, 30 or 40) or more D gene segments. The D gene segments may be derived from any vertebrate species but, most preferably, the D gene segments are human D gene segments (normally 25 functional D gene segments).

Preferably, the $V_H$ heavy chain locus comprises from two to twenty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18 or 20) or more J gene segments. The J gene segments may be derived from any vertebrate species but, most preferably, the J gene segments are human J gene segments (normally 6 J gene segments).

The heavy chain constant region of the heterologous heavy chain locus is of human origin or vertebrate origin e.g. of camelid origin. Alternatively the constant region may not

JTX-0003.0039 at 10:51–67;
JTX-0003.0037 at 6:46–48

# Harbour's Patent: Unlimited Sources of Gene Segments



DDX.7-77

# Harbour's Patent: No Guidance on Whether Different Species V, D, and J Gene Segments Will Recombine



# Harbour's Patent: No Guidance on Whether Different Species V, D, and J Gene Segments Will Recombine



# Harbour's Patent: No Guidance on Whether Different Species V, D, and J Gene Segments Will Recombine



# Harbour's Patent: No Guidance on Whether the V, D, and J Gene Segments from Different Species Can Recombine



- No information on whether gene segments from "any vertebrate species" will recombine

- No guidance on order and spacing of gene segments

- No guidance on enhancer sequences



**Undue Experimentation**

# Summary of Opinions Regarding "$V_H$ Heavy Chain Locus"

## No enablement:

Patents fail to teach how to **make and use** unlimited gene segments from almost any animal without undue experimentation

## No written description:

Patents fail to show inventors **possessed** invention using unlimited gene segments from almost any animal

# Person of Ordinary Skill in the Art

A person of ordinary skill in the art of the Asserted Patent would have had a Ph.D. or a master's degree in immunology, molecular biology, or a related field, as well as at least three years of experience in the genetic manipulation of transgenic animals and/or the development of recombinant antibodies.

DDX.7-87

# EXHIBIT G



*Harbour Antibodies BV et al. v. Teneobio, Inc. et al.*

# Teneobio's Closing Presentation

**June 12, 2026**

Case No. 1:21-cv-01807

DDX.8-1

# Muyldermans Discovered HCAbs

**Naturally occurring antibodies devoid of light chains**



C. Hamers-Casterman, T. Atarhouch, **S. Muyldermans,** G. Robinson*, C. Hamers, E. Bajyana Songa, N. Bendahman & R. Hamers†



Four-chain camel IgG (IgG₁)

Short-hinge heavy chain camel IgG (IgG₃)

**Camel heavy-chain IgGs lack CH1,** which in one IgG class might be structurally replaced by an extended hinge. Heavy-chain IgGs are a feature of all camelids. These findings **open new perspectives in the engineering of antibodies.**

DTX-0054.0001, .0003

# Muyldermans Discovered HCAbs



**Serge Muyldermans, Ph.D.**
Teneobio's Expert on HCAbs





DTX-0090.0007

DDX.8-3



DDX.8-4

# No One Could Get the Harbour Mice to Work

**From:** Eric Huang <Eric.Huang@modernatx.com>
**Date:** Thursday, February 5, 2015 2:16 AM
**To:** Heather Schwoebel <heather@harbourantibodies.com>
**Subject:** Re: Moderna

We tried the protocol as you've suggested. We didn't see anything.

Is there a positive control that we can use?

| From: | Mark Lappe [mark@inhibrx.com] |
|---|---|
| on behalf of | Mark Lappe <mark@inhibrx.com> [mark@inhibrx.com] |
| Sent: | 3/2/2016 7:57:15 PM |
| To: | Heather Schwoebel [heather@harbourantibodies.com]; Riet van Zeijl [riet@harbourantibodies.com] |
| CC: | Brendan Eckelman [brendan@inhibrx.com] |
| Subject: | Re: invoice 2016-D006 |

We currently have no active Hcab or H2L2 program ongoing, other than the custom breeding project. To date we have been unable to generate significant and specific titers to any of immunogens. Once we have completed our custom breed project and can initiate new immunizations we will keep you updates as to our progress.

| From: | Strohl, William [CNTUS] [WStrohl@its.jnj.com] |
|---|---|
| on behalf of | Strohl, William [CNTUS] <WStrohl@its.jnj.com> [WStrohl@its.jnj.com] |
| Sent: | 5/19/2009 6:25:12 PM |
| To: | Frank Grosveld (E-mail) [f.grosveld@erasmusmc.nl]; Roger Craig (E-mail) [Roger@jubileehousefarm.demon.co.uk] |
| CC: | Nakada, Marian [CNTUS] [Mnakada@its.jnj.com]; Feng, Yiqing [CNTUS] [YFeng8@its.jnj.com] |
| Subject: | Due Diligence studies |

We have completed our internal due diligence efforts on the Harbour Antibodies. As you know, we were not able to express the human mono- and bi-specific constructs sent to us, even after multiple efforts. The enclosed report contains the analysis of the two HAb proteins sent to us. The Llama HAb appeared as we would have expected. The human anti-CR1 HAb, on the other hand, appears to have an additional peptide chain in it, the size of which is consistent with a light chain. We did not analyze this further, so confirmation of the identity still remains unclear.

DTX-0862.0001; DTX-0987.0001; DTX-0458.0001

# No One Could Get the Harbour Mice to Work

**From:** Eric Huang <Eric.Huang@modernatx.com>
**Date:** Thursday, February 5, 2015 2:16 AM
**To:** Heather Schwoebel <heather@harbourantibodies.com>
**Subject:** Re: Moderna

We tried the protocol as you've suggested. We didn't see anything.

Is there a positive control that we can use?

DTX-0862.0001; DTX-0987.0001; DTX-0458.0001

DDX.8-6

# No One Could Get the Harbour Mice to Work

From: Eric Huang <Eric.Huang@modernatx.com>
Date: Thursday, February 5, 2015 2:16 AM
To: Heather Schwoebel <heather@harbourantibodies.com>
Subject: Re: Moderna

| | |
|---|---|
| **From:** | Mark Lappe [mark@inhibrx.com] |
| on behalf of | Mark Lappe <mark@inhibrx.com> [mark@inhibrx.com] |
| **Sent:** | 3/2/2016 7:57:15 PM |
| **To:** | Heather Schwoebel [heather@harbourantibodies.com]; Riet van Zeijl [riet@harbourantibodies.com] |
| **CC:** | Brendan Eckelman [brendan@inhibrx.com] |
| **Subject:** | Re: invoice 2016-D006 |

We currently have no active Hcab or H2L2 program ongoing, other than the custom breeding project. To date we have been unable to generate significant and specific titers to any of immunogens. Once we have completed our custom breed project and can initiate new immunizations we will keep you updates as to our progress.

We have completed our internal due diligence efforts on the Harbour Antibodies. As you know, we were not able to express the human mono- and bi-specific constructs sent to us, even after multiple efforts. The enclosed report contains the analysis of the two HAb proteins sent to us. The Llama HAb appeared as we would have expected. The human anti-CR1 HAb, on the other hand, appears to have an additional peptide chain in it, the size of which is consistent with a light chain. We did not analyze this further, so confirmation of the identity still remains unclear.

DTX-0862.0001; DTX-0987.0001; DTX-0458.0001

# No One Could Get the Harbour Mice to Work

From: Eric Huang <Eric.Huang@modernatx.com>
Date: Thursday, February 5, 2015 2:16 AM
To: Heather Schwoebel <heather@harbourantibodies.com>
Subject: Re: Moderna

We tried the protocol as you've suggested. We didn't see anything.

Is there a positive control that we can use?

From:           Mark Lappe [mark@inhibrx.com]
on behalf of    Mark Lappe <mark@inhibrx.com> [mark@inhibrx.com]
Sent:           3/2/2016 7:57:15 PM
To:             Heather Schwoebel [heather@harbourantibodies.com]; Riet van Zeijl [riet@harbourantibodies.com]
CC:             Brendan Eckelman [brendan@inhibrx.com]
Subject:        Re: invoice 2016-0006

We currently have no active Heab or H2L2 program ongoing, other than the custom breeding project. To date we have been unable to generate significant and specific titers to any of immunogens.  Once we have completed our custom breed project and can initiate new immunizations we will keep you updated as to our progress.

| From: | Strohl, William [CNTUS] [WStrohl@its.jnj.com] |
|---|---|
| on behalf of | Strohl, William [CNTUS] <WStrohl@its.jnj.com> [WStrohl@its.jnj.com] |
| Sent: | 5/19/2009 6:25:12 PM |
| To: | Frank Grosveld (E-mail) [f.grosveld@erasmusmc.nl]; Roger Craig (E-mail) [Roger@jubileehousefarm.demon.co.uk] |
| CC: | Nakada, Marian [CNTUS] [Mnakada@its.jnj.com]; Feng, Yiqing [CNTUS] [YFeng8@its.jnj.com] |
| Subject: | Due Diligence studies |

We have completed our internal due diligence efforts on the Harbour Antibodies. As you know, we were not able to express the human mono- and bi-specific constructs sent to us, even after multiple efforts. The enclosed report contains the analysis of the two HAb proteins sent to us. The Llama HAb appeared as we would have expected. The human anti-CR1 HAb, on the other hand, appears to have an additional peptide chain in it, the size of which is consistent with a light chain. We did not analyze this further, so confirmation of the identity still remains unclear.

DTX-0862.0001; DTX-0987.0001; DTX-0458.0001

# No One Could Get the Harbour Mice to Work



**Riet van Zeijl**
Harbour Financial Controller

Q. Has any licensee of the Harbour HCAb technology ever sold a product using the Harbour HCAb technology?

A. Until now, no, they haven't sold any product.

Trial Tr. (Day 3) at 715:5–7 (van Zeijl)

DDX.8-9

# No One Could Get the Harbour Mice to Work



**Jingsong Wang,**
**M.D., Ph.D.**
Harbour's CEO

Q. Nine years later, no company has ever brought a product to market anywhere in the world using Harbour's mice, correct?

A. At this point, that's not reached the market.

Q. So that's yes?

A. Yes.

Trial Tr. (Day 3) at 771:15-20 (Wang)

DDX.8-10

# No One Could Get the Harbour Mice to Work



**Jung Lee, Ph.D.**
Harbour Vice President of
Business Development *(Former)*

Q.  Did you hear – did you hear many successful stories for HCAb mice or were those – was there less success with licensees?

A.  As I mentioned, we heard a lot of success stories in H2L2. HCAb mouse, ==I haven't heard a single licensee being successful while I was there==.

Trial Tr. (Day 2) at 603:15-20 (Lee)

# No One Could Get the Harbour Mice to Work



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. Now you testified just now that you filed your patent application in 2004?

A. That is correct.

Q. So the first evidence of something that was getting permission to be used in human beings that you can show this jury is 20 years later, right?

A. Yes.

Trial Tr. (Day 1) at 211:17-23 (Grosveld)

DDX.8-12

# Amgen Wanted to Evaluate the Harbour Mice

From: "Zambrano, Martha" <marthaz@amgen.com>
Date: Mon, 11 Jul 2011 09:52:28 -0700
To: Roger Craig <Roger@jubileehousefarm.demon.co.uk>
Conversation: Harbour Antibodies
Subject: RE: Harbour Antibodies

Dear Roger,

Please note that the goal for us is to evaluate the technology with the potential to acquire the company if things work out for both parties. Therefore, if we could diminish the hurdle for the evaluation, that would be of great benefit. For example, if we do the immunizations at Amgen vs. having to do them in your lab as a first step, would that save us any money?

DTX-0533.0001

DDX.8-13

# Harbour Wanted to Be Acquired by Amgen



**Geoff Davis, Ph.D.**
Harbour Board of Directors

| | |
|---|---|
| **From:** | Geoff Davis [cgeoffdavis@gmail.com] |
| **Sent:** | 9/2/2011 10:22:07 PM |
| **To:** | Roger Craig [Roger@jubileehousefarm.demon.co.uk] |
| **CC:** | Robert Kamen [Robert.Kamen@gmail.com]; Al Collinson [acollinson@theracos.com] |
| **Subject:** | Re: FW: Harbour/Amgen URGENT |

Yabbadabbadoo!

DTX-0539.0001

# Even Amgen Could Not Get the Harbour Mice to Work



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. Amgen tried to take your V4 mouse and put it up on on their triple knockout; right?

A. Yes.

Q. And they had difficulty doing that, didn't they?

A. That was their problem.

Trial Tr. (Day 1) at 244:4-8 (Grosveld)

DDX.8-15

# Even Amgen Could Not Get the Harbour Mice to Work



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q.  for how long did Amgen evaluate Harbour's mice?

A.  We did five years of research.

Trial Tr. (Day 2) at 549:15-17

# Even Amgen Could Not Get the Harbour Mice to Work



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q. How many times did Amgen test Harbour's HCAb mice during that five-year period?

A. We looked at twenty-five different antigens across a series of 117 experiments, and each experiment has multiple animals, so we used 1,100 animals.

Trial Tr. (Day 2) at 550:-9-13 (King)

DDX.8-17

# Even Amgen Could Not Get the Harbour Mice to Work



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q. Did you observe aggregation or clumping with the antibodies that you were able to get out of the Harbour Mice?

A. That was the primary problem we were having working with these molecules.

Trial Tr. (Day 2) at 554:3-7 (King)

# Teneobio Invented Knockout Rats



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio



## Knockout Rats via Embryo Microinjection of Zinc-Finger Nucleases

Aron M. Geurts,[1,2]* Gregory J. Cost,[3]* Yevgeniy Freyvert,[3] Bryan Zeitler,[3] Jeffrey C. Miller,[3] Vivian M. Choi,[3] Shirin S. Jenkins,[3] Adam Wood,[4] Xiaoxia Cui,[4] Xiangdong Meng,[3] Anna Vincent,[3] Stephen Lam,[3] Mieczyslaw Michalkiewicz,[1,2] Rebecca Schilling,[1,2] Jamie Foeckler,[3] Shawn Kalloway,[3] Hartmut Weiler,[1,2] Séverine Ménoret,[5] Ignacio Anegon,[5] Gregory D. Davis,[4] Lei Zhang,[3] Edward J. Rebar,[3] Philip D. Gregory,[3] Fyodor D. Urnov,[3] Howard J. Jacob,[1,2,6]† Roland Buelow[7]†

DTX-0159.0001

# Teneobio Developed Promising Candidates For Treating Cancer





## Sequence-based Antibody Discovery

**We discover 100X more antibodies 3X faster than traditional approaches**

| | Total |
|---|---|
| Total number of discovery projects | 100 |
| Total number of targets | 39 |
| Total number of animals | 1,346 |
| Total number of NGS sequence reads generated | 1,817,332,666 |
| Total number of unique antibodies screened | 39,260 |
| Total number of antigen-specific antibodies | 11,778 |

**100% Success rate**

DTX-1538.0013

# Teneobio Developed Promising Candidates For Treating Cancer

 **Multiple Myeloma (TNB-383B)**

 **Lymphoma (TNB-486)**

 **Prostate Cancer (TNB-585)**

# Amgen Was Surprised by Teneobio's Success



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q. What happens with Dr. Buelow and the Teneobio team tested IL33 and TSLP in UniRat?

A. It did really well. Three very strong responses against all three proteins.

Q. What was your reaction?

A. I was quite surprised and impressed.

Trial Tr. (Day 2) at 562:9-14 (King)

DDX.8-22

# The Vast Majority of Value Is from Things Other Than Harbour's Patent



**Kenneth Serwin, Ph.D.**
Harbour's Economics Expert

Q. Sir, would you agree that the vast majority of that value comes from things other than the patent?

A. Yes.

Trial Tr. (Day 2) at 503:19-21 (Serwin)

DDX.8-23

# Harbour Knew It Was Behind Teneobio



**Frank Grosveld, Ph.D.**
Inventor of Harbour Mice,
Co-Founder of Harbour

From:      Roger Craig [Roger@jubileehousefarm.demon.co.uk]
Sent:      3/10/2010 2:11:18 PM
To:        Al and Ursula Collinson [aucollinson@charter.net]; F.G. Grosveld [f.grosveld@erasmusmc.nl]; Robert Kamen [kamenr@earthlink.net]; Geoff Davis [cgeoffdavis@gmail.com]
Subject:   Re: Lilley terms sheet

We are behind the competition leader (OMT) on the time frames and my understanding is that their rat system is essentially characterised and ready to go.

DTX-0478.0001

DDX.8-24

# Harbour Wanted to Hurt Teneobio

Van: Roger Craig [Roger@jubileehousefarm.demon.co.uk]

Verzonden: woensdag 26 december 2012 20:36

To: Trujillo, Doreen Y.; ==F.G. Grosveld==; Robert Kamen

Cc: Kees Scholtes

Onderwerp: Re: ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

If out of this we could claim a HCAb comprising human VDJ and rat effector regions, ==this might hurt OMT in the US==. I am trying to run broader claims for vectors comprising vertebrate effector regions in Europe, in order to encompass our "production vector"- enclosed.

DTX-2044.0001

# Harbour Sought a Broader Patent on Rodents



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. And you went on then to pursue another patent and that ended up being the '970 patent in this lawsuit, right?

A. Correct.

Trial Tr. (Day 1) at 248:15-17 (Grosveld)

# No Infringement of Harbour's Patent

# Teneobio Has Not Infringed the '970 Patent Claim

| | |
|---|---|
| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
| **(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| **(i)** the **$V_H$ heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a $C\gamma$ or $C\mu$ gene that does not encode a functional $C_H1$ domain; | |
| **(ii)** a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | |
| **(iii)** the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain; | |
| **(b)** **cloning said recombined $V_H$ heavy chain locus** from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| **(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

# Harbour's Patent Claim: $V_H$ Heavy Chain Locus – "Minimal Micro-Locus "

| | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|---|
| **(a)** | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| **(i)** | the **$V_H$ heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C_H 1 domain | |
| (ii) | a $V_H$ gene segment, a D gene segment and a J gene segment and a J gene coding sequence; | |
| | | |
| (b) | cloning said recombined $V_H$ heavy chain locus from rodent after affinity maturation via somatic mutation | |
| (c) | producing said soluble, antigen specific heavy chain only antibody from the clone or step (b). | |

**$V_H$ heavy chain locus**

"a <mark>minimal micro-locus</mark> encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H 1$ domain)."

# Minimal Micro-Locus Is Much Much Smaller Than Nature



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. A mini micro-locus is much, much smaller than the real immunoglobin locus in humans and mice?

A. The mini micro-locus is the minimum you need to make it work.

Q. You would agree it's much much smaller than the native human or mouse immunoglobin locus?

A. Yes, correct.

Trial Tr. (Day 1) at 256:22-257:3 (Grosveld)

# Harbour's Approach: Go Small



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. He told the jury that a minimal micro-locus was, I wrote this down but we don't have the official transcript, he told the jury it's ==much, much smaller== than the normal human or mouse immunoglobin locus, do you recall that?

A. Yes, I do.

Q. ==Is that your understanding of a minimum micro-locus==?

A. Yes.

Trial Tr. (Day 1) at 379:20-380:1 (Oettinger)

DDX.8-31

# Teneobio's Approach: Go Big



**Roland Buelow, Ph.D.**
Inventor of UniRat
Co-Founder of Teneobio

"We said hey, it's very important to leave the immunoglobin locus in its ==original configuration==, so we actually developed a new technology, we injected bacterial artificial chromosomes, so ==very, very large DNA fragments== that overlap, and when we did the inject three overlapping backs they cointegrate and form one continuous locus so this was a – this had not been done before for immunoglobin locus, but it worked quite well."

Trial Tr. (Day 3) at 639:7-14 (Buelow)

# The UniRat Locus Is Not a Minimal Micro-Locus

## Multispecific Antibody Development Platform Based on Human Heavy Chain Antibodies

Starlynn C. Clarke[1], Biao Ma[1], Nathan D. Trinklein[1], Ute Schellenberger[1], Michael J. Osborn[1], Laure-Hélène Ouisse[2], Andrew Boudreau[1], Laura M. Davison[1], Katherine E. Harris[1], Harshad S. Ugamraj[1], Aarti Balasubramani[1], Kevin H. Dang[1], Brett Jorgensen[1], Heather Anne N. Ogana[1], Duy T. Pham[1], Payal P. Pratap[1], Preethi Sankaran[1], Ignacio Anegon[2], Wim C. van Schooten[1], Marianne Brüggemann[1], Roland Buelow[1] and Shelley Force Aldred[1]*

[1] Teneobio, Inc., Menlo Park, CA, United States, [2] Centre de Recherche en Transplantation et Immunologie, Inserm UMR 1064, Université de Nantes, Nantes, France

HCAbs that have been selected *in vivo*. Our unique approach combines antibody repertoire analysis with immunization of transgenic rats, called UniRats, that produce chimeric HCAbs with fully human $V_H$ domains in response to an antigen challenge. UniRats express HCAbs from large transgenic loci representing the entire productive human heavy chain V(D)J repertoire, mount robust immune responses to a wide array of antigens, exhibit diverse V gene usage and generate large panels of stable, high affinity, antigen-specific molecules.

PTX-0078.0001

# Harbour's Patent Claim: "Devoid of $C_H1$ Domain"

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

**(i)** the **$V_H$ heavy chain locus** comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encod...

**(ii)** a $V_H$ gene segment, a D gene segment and a J g... coding sequence;

**$V_H$ heavy chain locus** = ...us ...en exp...dy comprising... void of a functi...

"a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a $C_H1$ domain)."

**(b)** cloning said recombined $V_H$ heavy chain locus from ... rodent after affinity maturation via somatic mutation...

**(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# UniRat Has Intact $C_H1$ Domains



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. And in the transgene that Teneobio uses in its rats, the alpha and the epsilon constant regions have in fact $C_H1$ domains, correct?

A. They do.

Q. And we can agree that if you are wrong and they are included within $V_H$ heavy-chain locus, they are not devoid of a $C_H1$, they each have a $C_H1$, correct?

A. They each have a $C_H1$ domain.

Trial Tr. (Day 1) at 389:18-25 (Oettinger)

# UniRat Has Intact $C_H1$ Domains



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. Does the C alpha that you included have a $C_H1$ domain in it?

A. That is correct.

Q. And is that important for the function of the part that, the arm, three prime part of the DNA locus?

A. Yeah, ==we found that it's very important to leave this region untouched==, make as little changes as possible for proper functionality.

Trial Tr. (Day 3) at 642:7-14 (Buelow)

# The UniRat Locus Is Not a Minimal Micro-Locus

## Human antibody expression in transgenic rats: Comparison of chimeric IgH loci with human $V_H$, D and $J_H$ but bearing different rat C-gene regions

 CrossMark

Biao Ma [a,1], Michael J. Osborn [a,1], Suzanne Avis [a], Laure-Hélène Ouisse [b], Séverine Ménoret [b], Ignacio Anegon [b], Roland Buelow [c,2], Marianne Brüggemann [a,*,2]

[a] Recombinant Antibody Technology Ltd., Cambridge, UK
[b] INSERM UMR 1064, Nantes, France
[c] Open Monoclonal Technology, Inc., Palo Alto, CA, USA

chromosomal integration when microinjected into oocytes. **This resulted in high expression of a diverse antibody repertoire with human $V_H$-D-$J_H$ linked to rat $C_H$.** Modified C loci established that the ~30 kb Cα downstream region containing the 3'RR was essential for normal immune development and that multiple C-genes provided an advantage. As observed in other species, a

DTX-2145.0001

# The $V_H$, D, and J Gene Segments Are Operationally Linked To Heavy Chain Effector Regions That Have $C_H1$ Domains

> **$V_H$ Heavy Chain Locus**: a minimal micro-locus encoding a $V_H$ domain comprising one or more V gene segments, one or more D gene segments and one or more J gene segments, operationally linked to one or more heavy chain effector regions (each devoid of a CH1 domain)."



UniRat's $V_H$, D, and J gene segments are operationally linked to "one or more heavy chain effector regions"

Two of those effector regions—**C Epsilon and C Alpha**—have $C_H1$ domains

The **Eµ and 3' enhancers** are required to enable transcription of the genes.

DDX.7-27 (citing PTX-0078.0003)

# Harbour Says Ignore the $C_H1$ Domains



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. And so when you are finding the minimal micro-locus in the larger transgene, it's not like you're starting at the five prime end and stopping when you get to Gamma, you are ==jumping over== the alpha and epsilon to include the three prime enhancer, correct?

A. That's correct.



Trial Tr. (Day 1) at 393:15-20 (Oettinger); PTX-0078.0003

# Harbour's Patent Claim: Cloning Said Recombined V$_H$ Heavy Chain Locus

| | A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | |
|---|---|---|
| (a) | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | |
| (i) | the V$_H$ heavy chain locus comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain; | |
| (ii) | a V$_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | |
| (iii) | the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain; | |
| (b) | **cloning said recombined V$_H$ heavy chain locus** from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | |
| (c) | producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). | |

# Teneobio Does Not Clone Its Recombined Locus

**(iii)** the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H1$ domain;

**(b)** **cloning said recombined $V_H$ heavy chain locus** from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

**Patent:** **Clone Entire Recombined Locus from DNA**



**Teneobio:** **Clone Part of VDJ From mRNA**



V, D, and Part of J
Framework 1 to CDR3

DDX.7-39

# Teneobio Does Not Clone Any Constant Regions of the Locus



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q.  Does it [Teneobio] clone a constant region?

A.  No it does not.

Trial Tr. (Day 1) at 402:11-12 (Oettinger)

# Teneobio Clones V, D, and Part of the J Gene Only



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. When Teneobio clones from the cell, what it clones is the V, the D, and part of the J. Correct?

A. That's correct.

Trial Tr. (Day 1) at 401:18-20 (Oettinger)

# Teneobio's System Would Not Have Worked Had It Cloned Everything



**Nathan Trinklein, Ph.D.**
Chief Technology Officer, Teneobio

Q. If you had chosen to clone everything through the FR4 region that came from the rat, would your system have worked?

A. Not the way that we were using it. And again, it's really because that sequence in the Framework four was not unique enough to be able to pull out that specific sequence that we wanted that came from a single B-cell, so for technical reasons, no it wouldn't have worked.

Trial Tr. (Day 3) at 737:6-13 (Trinklein)

# Teneobio Does Not Infringe Harbour's Patent

QUESTION 1: Did Harbour prove by a preponderance of the evidence that Teneobio literally infringed claim 2 of the '970 Patent?

YES:_____          NO:_____✗_____

# Teneobio Does Not Infringe Harbour's Patent

QUESTION 2: Did you find the "cloning said recombined $V_H$ heavy chain locus" element to be met literally or under the doctrine of equivalents (DOE)?

LITERALLY: _____          DOE: _____

# No Willful Infringement

# Buelow Did Not Learn About HCAbs from Grosveld



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. There has been a suggestion in this case that you first learned about heavy chain antibodies when you heard a presentation by Dr. Grosveld at a conference in San Diego in December 2007. Is that correct?

A. No, this is absolutely not correct. The discovery of camel antibodies happened way earlier and Marianne Brüggemann, a key employee of my team had already published on heavy chain antibodies so ==we were well aware of what was happening in the field with heavy chain-only antibodies==.

Trial Tr. (Day 3) at 660:6-14 (Buelow)

# Teneobio Believes It Does Not Infringe Harbour's Patent



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. Do you believe that at any time Teneobio ever infringed Dr. Grosveld's '970 Patent?

A. Absolutely not.

Trial Tr. (Day 3) at 661:7-10 (Buelow)

DDX.8-49

# Teneobio Believes It Does Not Infringe Harbour's Patent



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. Why do you believe it did not infringe?

A. When you look at the description of the detailed description of Dr. Grosveld's invention and his claim, it is very clear that we did not infringe, because in his detailed description, he over ten times emphasizes the fact that their transgenic locus has to be devoid of any $C_H1$. He also emphasizes the fact that the transgenic locus is a minimal micro-locus. Our locus is huge. As I mentioned, 600 kilobases, it's definitely not a minimal micro-locus. And – third, the claim says it's a heterologous locus. Our locus is not heterologous because a good chunk of it corresponds to endogenous locus, a large part of the sequence is identical to what you find in a normal rat, so it's not heterologous. And lastly, we do not clone a rearranged micro-locus to produce the antibody.

Trial Tr. (Day 3) at 661:11-662:1 (Buelow)

DDX.8-50

# Teneobio Believes It Does Not Infringe Harbour's Patent



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. Why do you believe it did not infringe?

When you look at the description of the detailed description of Dr. Grosveld's invention and his claim, it is very clear that we did not infringe, because in his detailed description, he over ten times emphasizes the fact that their transgenic locus has to be devoid of any $C_H1$.

locus to produce the antibody.

Trial Tr. (Day 3) at 661:11–662:1 (Buelow)

DDX.8-51

# Teneobio Believes It Does Not Infringe Harbour's Patent



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. Why do you believe it did not infringe?

A. When you look at the description of the detailed description of Dr. Grosveld's invention and his claim, it is very clear that we did

**He also emphasizes the fact that the transgenic locus is a minimal micro-locus. Our locus is huge. As I mentioned, 600 kilobasis, it's definitely not a minimal micro-locus.**

is identical to what you find in a normal rat, so it's not heterologous. And lastly, we do not clone a rearranged micro-locus to produce the antibody.

Trial Tr. (Day 3) at 661:11-662:1 (Buelow)

DDX.8-52

# Teneobio Believes It Does Not Infringe Harbour's Patent



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q.   Why do you believe it did not infringe?

**And – third, the claim says it's a heterologous locus. ==Our locus is not heterologous== because a good chunk of it corresponds to endogenous locus, ==a large part of the sequence is identical to what you find in a normal rat==, so it's not heterologous.**

heterologous. And lastly, we do not clone a rearranged micro-locus to produce the antibody.

Trial Tr. (Day 3) at 661:11–662:1 (Buelow)

# Teneobio Believes It Does Not Infringe Harbour's Patent



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q. Why do you believe it did not infringe?

A. When you look at the description of the detailed description of Dr. Grosveld's invention and his claim, it is very clear that we did not infringe, because in his detailed description, he over ten

And lastly, we do not clone a rearranged micro-locus to produce the antibody.

locus is not heterologous because a good chunk of it corresponds to endogenous locus, a large part of the sequence is identical to what you find in a normal rat, so it's not heterologous. And lastly, we do not clone a rearranged micro-locus to produce the antibody.

Trial Tr. (Day 3) at 661:11-662:1 (Buelow)

DDX.8-54

# Amgen Believes It Does Not Infringe Harbour's Patent



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q. You didn't have any concern on whether or not the use of UniRat may infringe Harbour's patents, right?

A. I didn't have a concern.

Trial Tr. (Day 2) at 578:25-579:3 (King)

# Teneobio Does Not Willfully Infringe Harbour's Patent

QUESTION 3: Did Harbour prove by a preponderance of the evidence that Teneobio's infringement of claim 2 of the '970 Patent was willful?

YES: _____        NO:  _____

# Harbour's Patent Claim Is Obvious

# Harbour Knew Dr. Brüggemann Was Ahead of Harbour



**Roger Craig**
Inventor of '970 Patent,
Co-Founder of Harbour



Bruggeman was ahead of us conceptually

Binding Molecules 1 only contains Camelid (VHH) HCAb data, the human locus disclosed in Binding Molecules 1 is a paper example and clearly lacks novelty over Bruggeman.

DTX-2060.0208

DDX.8-58

# Dr. Brüggemann Invented Making HCAbs From Transgenic Mice Before Dr. Grosveld

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
**17 June 2004 (17.06.2004)**

PCT

(10) International Publication Number
**WO 2004/049794 A2**

(72) Inventor; and
(75) Inventor/Applicant *(for US only)*: **BRÜGGEMANN, Marianne** [DE/GB]; 2 Station Road, Foxton, Cambridge CB2 6SA (GB).

(30) **Priority Data:**
0228210.1          **3 December 2002 (03.12.2002)**

The present invention relates to single chain antibodies. In particular, the invention includes a transgenic mouse capable of expressing single chain antibodies and single chain antibodies produced by such a transgenic mouse.

DTX-0130.0001-2

# Harbour's Patent Claim Is Obvious



**Serge Muyldermans, Ph.D.**
Teneobio's Expert on HCAbs

Q. And you told the jury it's your opinion that based on your analysis, the '970 Patent <mark>would have been obvious</mark>, right?

A. Yes.

Trial Tr. (Day 3) at 840:8-11 (Muyldermans)

# Harbour's Patent Claim Is Obvious

| Harbour's Patent Claim | | Brüggemann 2002 |
|---|---|:---:|
| A method for the production of soluble, antigen-specific heavy chain only antibodies comprising: | | ✔ |
| **(a)** | immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein: | ✔ |
| **(i)** | the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional $C_H1$ domain; | ✔ |
| **(ii)** | a $V_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence; | ✔ |
| **(iii)** | the recombined $V_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific $V_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional $C_H1$ domain; | ✔ |
| **(b)** | cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and | ✔ |
| **(c)** | producing said soluble, antigen specific heavy chain only antibody from the clone of step (b). | ✔ |

# Brüggemann 2002: Let the Mouse Do the Work

rearrangement and expression in mouse B cells. Immunoglobulin gene segments can be rearranged in B cells *in vivo* and the ==mouse may thus respond to immunisation by production of a variety of single chain Abs,== for example, of the heterologous species. For example, ==different $V_H$ genes may be rearranged with different D and J segments.==

DTX-0130.0007 at 6:12–15

# Brüggemann 2002 Discloses a $V_H$ Heavy Chain Locus



C gene (Cμ and Cδ regions). For this **a human C gamma (γ) gene** (Flanagan and Rabbitts, 1982, Nature 300: 709-713; Brüggemann *et al.*, 1987, J. Exp. Med. 166: 1351-1361) **without the CH1 exon**, obtained by restriction digest or PCR, is subcloned into a YAC arm vector (Burke *et al.*, 1987, Science 236: 806-812). To allow homologous integration

DTX-0130.0038, .0023

# Brüggemann 2002 Teaches Transgenic Mice with Unrearranged Heavy Chain Locus



**Serge Muyldermans, Ph.D.**
Teneobio's Expert on HCAbs

Q. There is no experiment in Brüggemann ever using an unrearranged locus to produce a heavy chain-only antibody from a transgenic rodent, that's right, isn't it, sir?

A. No, it's not. I disagree. <mark>She teaches how to do it.</mark> She tells us which clone you have to take, what you have to modify, the $C_H1$ deletion, put it in the mouse, that was known, so you could generate heavy chain-only antibodies.

Trial Tr. (Day 3) at 850:23-851:4 (Muyldermans)

# Harbour Agrees Brüggemann 2002 Discloses Producing Antigen-Specific HCAbs



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. This establishes a human heavy chain-only antibody repertoire and after immunization specific single chain antibodies are obtainable, correct?

A. She said that, yes.

Trial Tr. (Day 4) at 977:3-6 (Oettinger)

# Harbour Agrees Brüggemann 2002 Discloses VDJ Segments Capable of Recombining

Case 1:21-cv-01807-MN    Document 613-1    Filed 06/25/26    Page 244 of 304 PageID #: 38137



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. So there is no dispute, Dr. Brüggemann wrote down that you could have a mouse take a foreign gene where the genes are unrearranged, and get an antibody out of that mouse, correct?

A. So she said that's – that you can get an antibody out of that mouse, yes.

Q. Yes, she said it?

A. Yes.

Trial Tr. (Day 4) at 969:8-15 (Oettinger)

# Harbour Applies Different Rules to '970 Patent and Brüggemann 2002



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. When Grosveld says it works in guinea pigs, that's enough, but when Brüggemann says it works in mice, that's not enough, correct?

A. Correct.

Trial Tr. (Day 4) at 965:2-9 (Oettinger)

# Dr. Grosveld Tried to Expand the Scope to All Rodents



6.    Claims 15 and 16 are ==rejected== under pre-AIA 35 U.S.C. 103(a) as being unpatentable ==over Bruggemann== (WO 2004/049794) in view of Janeway et al. and in view of Kucherlapati et al. (US 6,150,584).

==Bruggemann discloses methods of making soluble single chain antibodies using transgenic mice== (see entire document, particularly the abstract and claims). Notably, a human IgH locus containing ==multiple VH, D, and J gene segments== in combination with a ==$C\gamma$ gene that lacks CH1== is disclosed as being used to generate transgenic mice that produce ==soluble heavy chain only antibody== subsequent to vaccination with an antigen of choice (see particularly pages 4, 6, and examples 6 and 7). The working examples disclose the presence of more than 1 VH, 4 D, and more than 1 J gene segments (see particularly Figures 10 and 11). Note that isolation nucleic acids encoding rearranged

JTX-0007.3283

# The Examiner Repeatedly Rejected Harbour's Arguments

Applicant's arguments filed August 27, 2018 have been fully considered but they are not persuasive. Applicant begins by arguing that examples 6 and 7 of Bruggemann et al. discussed in the rejection of record are prophetic in nature and that the impact of CH1 on heavy chain only antibodies is ambiguous. Applicant argues that the term "single chain antibody" is different from the instant recited heavy chain only antibodies as "single chain antibodies" can contain VH and VL sequences as part of a fusion construct. Applicant then argues that the only motivation to modify the construct of Bruggemann to include at least 5 D gene segments is found in the instant specification and thus the examiner has engaged in impermissible hindsight reconstruction to arrive at that which is claimed.

JTX-0007.3547

# Dr. Grosveld Submitted a Declaration to Challenge the Rejections

Inventors: **Franklin Gerardus Grosveld, et al.**

Confirmation No.: **1348**

Serial No.: **15/953,622**

Art Unit: **1643**

Filing Date: **April 16, 2018**

Examiner: **Szperka, Michael Edward**

Title: **Methods of Making Heavy Chain Only Antibodies Using Transgenic Animals**

Customer No.: **78905**

Filed: **Via EFS Web**
Date:

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

**DECLARATION OF FRANK G. GROSVELD, PH.D.**

Dear Sir:

1. I am the first-listed inventor on the above-identified patent application.

2. The invention claimed in the above-identified application is directed to methods for making soluble, antigen-specific, heavy chain-only antibodies. The heavy chain-only antibodies are prepared in transgenic rodents in response to antigen challenge.

JTX-0007.3735

DDX.8-70

# Dr. Grosveld Submitted a Declaration to Challenge the Rejections



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q.  And what this is is a statement that you made under penalty of perjury saying – trying to convince the examiner to issue the '970 Patent despite four times having rejected the claims as obvious over Brüggemann, right?

A.  Yes.

Trial Tr. (Day 1) at 265:19-23 (Grosveld)

DDX.8-71

# Dr. Grosveld's Declaration Implied That Dr. Brüggemann Considered the Harbour Patent Better Than Her Work

17. After the first two patents from this family issued, the exclusive licensee of this family of patents and applications, ==Harbour Antibodies BV, began to receive numerous inquiries== regarding the availability of sublicenses. Notably, this was over 10 years after the priority date of the present application and the publication date of the Brüggemann reference. ==One of those inquiries came from a company associated with Maryanne Brüggemann,== the sole inventor listed on the Brüggemann reference. That company was Crescendo Biologics, LTD ("Crescendo") (see Exhibit A, US Patent Publication 2013/0046079, published February 21, 2013, attached, evidencing the connection between Marianne Brüggemann and Crescendo).

JTX-0007.3738

DDX.8-72

# Harbour Did Not Mention That Licensees Like Amgen Had Terminated Their Licenses Because the Mice Didn't Work



18. Since the first two patents from this family issued, ==several companies, including large pharmaceutical companies, have secured nonexclusive licenses.== As evidence of this, I have attached a page from the Harbour Biomed website (Exhibit B). The exclusive licensee of the patents and applications in this family is a wholly-owned subsidiary of Harbour Biomed. The companies listed on Exhibit B are merely illustrative of the licenses granted, as not all licensees have given permission for the existence of their license to be made public. So far, however, eight sub-licenses have been granted under this family of patents and applications.

JTX-0007.3739

# Without Grosveld's Declaration, The Harbour Patent Would Not Have Issued



3. The rejection of claims 15 and 16 under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Bruggemann (WO 2004/049794) in view of Janeway et al. and in view of Kucherlapati et al. (US 6,150,584) has been withdrawn in view of the declaration by inventor Grosveld received as part of the August 6, 2020 response.

Specifically, the Grosveld declaration asserts that at the time of the instant invention, artisans would not have enjoyed a reasonable expectation of success in making the invention as set forth in the obviousness rejection of record due to unpredictability in the art. While such a declaration is not from a disinterested party with no financial stake in the outcome, the examiner is unable to rebut the veracity of said declaration and as such the rejection has been withdrawn.

JTX-0007.3902

# But the Patent Examiner Did Not See
# The Evidence in This Trial



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. Right. Because unlike in a lawsuit where we can say give us information, let's find out what really happened, the examiner can't do that, right?

A. The examiner can talk to anyone they like.

Q. But the examiner can't go to Harbour and say give me all of your licenses, I would like to look at them?

A. They can't.

Trial Tr. (Day 1) at 270:18-24 (Grosveld)

# Dr. Grosveld Implied That Dr. Brüggemann Considered the '970 Patent Better Than Her Work



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. And ==you specifically said== that a company called Crescendo, which in your words was associated with ==Marianne Brüggemann, had asked you for a license==, right?

A. Yes.

Q. And what ==you were implying there was that your invention must be different and better== than what was in the Brüggemann patent application because otherwise she wouldn't have come and asked you for a license, right?

A. Exactly.

Trial Tr. (Day 1) at 266:15–23 (Grosveld)

DDX.8-76

# Harbour Licensed Crescendo To Avoid Revocation of Dr. Grosveld's Patent



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. And this license, what had really happened was that Dr. Brüggemann's company had brought legal proceedings in the European Patent Office and in the court in England seeking to revoke the European version of the '970 Patent, right?

A. Yes.

Q. And they had said we think that patent is invalid in view of Dr. Brüggemann's 2002 patent application?

A. Yes.

Q. The very same argument the examiner had given four times in a row here, right?

A. Yes.

Trial Tr. (Day 1) at 267:6-17 (Grosveld)

DDX.8-77

# The Patent Office Granted Harbour's Patent Only Because of Dr. Grosveld's Declaration



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. Sir, <mark>the only reason</mark> that the Patent Office gave you the '970 Patent is because of what you said in your declaration, right?

A. That's what the patent officer says, yes.

Trial Tr. (Day 1) at 271:4-7 (Grosveld)

# The Patent Examiner Did Not See the Evidence in This Trial



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q.  The Patent examiner did not have before them all of the evidence that this jury now has; correct?

A.  Correct. They did not.

Trial Tr. (Day 4) at 978:8-10 (Oettinger)

QUESTION 4:  Did Teneobio prove by clear and convincing evidence that claim 2 of the '970 Patent is invalid as obvious?

YES:_____✓_____    NO:_____

# Harbour's Patent Fails To Enable or Describe "Rodent"

# The Patent Bargain



**Applicant**

Tell the public
how to use invention

Exclusive right to invention



# Harbour's Patent Claim: "Transgenic Rodent"



A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

**(a)** immunising a **transgenic rodent** expressing a heterologous heavy chain locus with an antigen wherein:

(i) the $V_H$ heavy chain locus comprises a variable region comprising at least one $V_H$ gene segment, ...

**immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:**

(ii) ... to form a ...

(iii) ... le of forming ... domain and a $C\gamma$ or $C\mu$ constant effector region devoid of a functional $C_H 1$ domain;

**(b)** cloning said recombined $V_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

**(c)** producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# There Are Over 2,000 Types of Rodents



# The Specification Mentions "Rodent" Only Once



## Mammals

The transgenic mammal used in the methods of the invention is not a human. The transgenic mammal is preferably a **rodent** such as a rabbit, guinea pig, rat or mouse. Mice are especially preferred. Alternative mammals such as goats, sheep, cats, dogs or other animals may also be employed.

JTX-0003.0041 at 13:30-36

# The Patent Is About Mice



## (57) ABSTRACT

The present invention relates to a method of generation of fully functional heavy chain-only antibodies in transgenic mice in response to antigen challenge.

JTX-0003.0002

# The Patent Is About Mice



## Example 1

In preliminary experiments, transgenic <mark>mice</mark> were prepared to express a heavy chain locus wherein two llama $V_{HH}$ exons were linked to the human heavy chain diversity (D) and joining (J) segments, followed by the $C\mu$, $C\delta$, $C\gamma2$, $C\gamma3$ human constant region genes and human heavy chain immunoglobulin 3' LCR. The human $C\gamma2$ and $C\gamma3$ genes con-

Transgenic <mark>Mice</mark>, Breeding and Genotyping

The final BAC was introduced into transgenic <mark>mice</mark> by standard microinjection of fertilized eggs or via embryonic stem cell transfection technology.

JTX-0003.0049-50 at 29:50-57, 31:1-4

# The Patent Is About Mice



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q.  Is there a figure of the patent that diagrams performing this method in any rodent other than mice?

A.  There is not.

Q.  And you told us earlier that the examples in the patent were in which rodents?

A.  Mice.

Trial Tr. (Day 4) at 885:8–13 (Ploegh)

# The Patent Is About Mice



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q.  Both of the working examples in the patent are performed in mice, correct?

A.  Correct.

Trial Tr. (Day 4) at 985:14-16 (Oettinger)

# Why a "Knockout"?



It isn't enough to insert antibody genes from another species

You also want to disable the animal's own antibody genes

# The Harbour Mice Did Not Work



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q.  Those are light chains, aren't they?

A.  Yes, they are.

Q.  And the one thing that we know about heavy chain-only antibodies is it's not supposed to have light chains, correct?

A.  Agree.



Light chains

Trial Tr. (Day 1) at 222:10-15 (Grosveld); DTX-0459.0003

# The Harbour Mice Did Not Work



**Frank Grosveld, Ph.D.**
Inventor of '970 Patent,
Co-Founder of Harbour

Q. And this relates to the fact that you had a knockout mouse but it wasn't a very good knockout mouse, right?

A. Correct. It was clearly leaky.

Trial Tr. (Day 1) at 231:12-17 (Grosveld)

DDX.8-92

# Harbour: Making Transgenic Rats Is Too Difficult

**Frank Grosveld, Ph.D.**
Inventor of Harbour Mice,
Co-Founder of Harbour



On 28/12/2012, 00:01, "F.G. Grosveld" <f.grosveld@erasmusmc.nl> wrote:

Doreen, I would like to ask your honest opinion whether it is worth expressing HCAb in rats. Roger seems to think this is a trivial exercise but I can assure you this is not a Sunday afternoon or cheap experiment. In contrast his accusation of unwllingness on our part is pretty cheap (and offensive). In any case reality is that staff at erasmus or harbour have no experience in making transgenic rats and I do remember from my days at the National Institute for Medical Research in Mill Hill, UK, that making transgenic rats is difficult from you have to start from schratch. It would cost a fair amount of manpower and be expensive, hence my question whether you think it is absolutely necessary. In my mind the claim by OMT that you can do it does not agree with not granting out much earlier claim taht one can do it. I thought any evidnce from anywhere supporting our claims should lead to granting it to us. Hope to hear from you soon. Frank

DTX-2044.0001

# As of 2004: Knockouts Available for Only Mice



**Stephen Meek, Ph.D.**
Teneobio Expert in Transgenic Animal
Model Technology

Q. Dr. Meek, as of 2004, were there knockout rats?

A. As of 2004, there were <mark>no knockout rats</mark>.

Trial Tr. (Day 3) at 798:12-13 (Meek)

# Knockout Rats Not Available Until Buelow Invented Them

MOLECULAR GENETICS

20 AUGUST 2010   VOL 329   SCIENCE

## One-Two Punch Elevates Rats to the Knockout Ranks

Fans of the rat as a lab animal have watched in frustration as a parade of mice with specific genes deleted became available to researchers over the past 2 decades. While knockout mice have become models for many human diseases and developmental biology, scientists have longed for knockout rats because "the anatomy and physiology of the rat is closer to humans than is the mouse," says Timothy

cil. Time and again, however, knockout tricks that work in mice failed in rats.

Each method has advantages. Compared with other available techniques, "using ZFN technology takes less time and fewer resources," says Roland Buelow, a molecular immunologist at Open Monoclonal Technology in Palo Alto, California, and a co-author of the *Science* paper. Ying explains

DTX-2140.0001

# As of 2004: ES Cell Line Available for Only Mice



December 26, 2008

Mia Buehr,[1,2] Stephen Meek,[1,2] Kate Blair,[3,4] Jian Yang,[3,5] Janice Ure,[1] Jose Silva,[3,4] Renee McLay,[1] John Hall,[3,4] Qi-Long Ying,[1,6] and Austin Smith[3,4,*]

The derivation of rat ES cells opens the door to application of gene targeting and related genome engineering technologies in the model species of choice for many aspects of biomedical research. Physiological interventions, toxicology studies, and

DTX-0157.0001, .0009

# The Patent Does Not Enable "Rodent"



**Marjorie A. Oettinger, Ph.D.**
Harbour's Expert

Q. So if a person of ordinary skill wanted to practice claim 2 of the '970 Patent as of the priority date, in a knockdown or knockout guinea pig, they would have to first create that animal because it didn't exist at the time, correct?

A. That's my understanding yes.

Trial Tr. (Day 4) at 989:11-16 (Oettinger)

DDX.8-97

# The Patent Does Not Enable "Rodent"



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q. Dr. Meek published in *Nature*, Dr. Buelow got published in *Science*, both of those are work in rats. What does the receipt in the scientific community that's important enough to be in *Science* and *Nature* tell you about how hard it would be to do the same work in other rodents?

A. Exceedingly difficult.

Trial Tr. (Day 4) at 893:23-894:3 (Ploegh)

# The Patent Does Not Enable "Rodent"



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q.  In your opinion, is performing that work as of 2004 to perform this method in rodents other than mice and rats something that could be done by a person of ordinary skill without undue experimentation?

A.  Upon reading the patent, that would be <mark>not possible</mark>.

Trial Tr. (Day 4) at 894:10-14 (Ploegh)

# "Rodent": No Enablement and No Written Description



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q.  And what does that lead you to conclude with respect to the term rodent in the patent with respect to written description and enablement?

A.  That the invention is not adequately described, nor is it enabled.

Trial Tr. (Day 4) at 894:10–14 (Ploegh)

# Harbour's Patent Also Fails to Enable or Describe "V$_H$ Heavy Chain Locus"

# Harbour's Patent: "V$_H$ Heavy Chain Locus"

A method for the production of soluble, antigen-specific heavy chain only antibodies comprising:

(a) immunising a transgenic rodent expressing a heterologous heavy chain locus with an antigen wherein:

(i) the **V$_H$ heavy chain locus** comprises a variable region comprising at least one V$_H$ gene segment, from 20 to 40 D gene segments, at least one J gene segment and a heavy chain constant region comprising a Cγ or Cμ gene that does not encode a functional C$_H$1 domain;

(ii) a V$_H$ gene segment, a D gene segment and a J gene segment are capable of recombining to form a VDJ coding sequence;

(iii) the recombined V$_H$ heavy chain locus, when expressed upon antigen challenge, is capable of forming a soluble, heavy chain-only antibody comprising a soluble, antigen-specific V$_H$ binding domain and a Cγ or Cμ constant effector region devoid of a functional C$_H$1 domain;

(b) cloning said recombined V$_H$ heavy chain locus from an antibody-producing cell of said immunised transgenic rodent after affinity maturation via somatic mutation; and

(c) producing said soluble, antigen specific heavy chain only antibody from the clone of step (b).

# Harbour's Patent: Mix and Match Almost Any Animal Gene



Preferably, the $V_H$ heavy chain locus comprises from two to five V (2, 3, 4 or 5) gene segments derived from any vertebrate species.

Preferably, the V gene segments are of human origin, optionally selected or engineered for improved solubility.

Preferably, the $V_H$ heavy chain locus comprises from two to forty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18, 20, 30 or 40) or more D gene segments. The D gene segments may be derived from any vertebrate species but, most preferably, the D gene segments are human D gene segments (normally 25 functional D gene segments).

Preferably, the $V_H$ heavy chain locus comprises from two to twenty (2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 16, 18 or 20) or more J gene segments. The J gene segments may be derived from any vertebrate species but, most preferably, the J gene segments are human J gene segments (normally 6 J gene segments).

The heavy chain constant region of the heterologous heavy chain locus is of human origin or vertebrate origin e.g. of camelid origin. Alternatively the constant region may not

# Harbour's Patent: Mix and Match Almost Any Animal Gene



# Harbour's Patent: No Guidance on Whether Different Species V, D, and J Gene Segments Will Recombine



# "V$_H$ Heavy Chain Locus": No Written Description



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q.  [I]n the transgene does it matter how far apart the V$_H$ gene segments are from each other?

A.  Yes, it is known that the spacing of the V genes and their placement relative to enhancer elements and so forth is important.

Trial Tr. (Day 4) at 899:10–15 (Ploegh)

# "V$_H$ Heavy Chain Locus": No Written Description



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q.  ==Does the patent provide any guidance== on the ordering and spacing of the gene segments from different vertebrate species to make them work together?

A.  ==None whatsoever.==

Trial Tr. (Day 4) at 899:18-21 (Ploegh)

DDX.8-107

# "V$_H$ Heavy Chain Locus": No Enablement and No Written Description



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q. Have you formed an opinion about the breath of the V$_H$ heavy chain locus with respect to the species from which the genes come and how that factors into enablement and written description?

A. There is no information in the patent that would provide guidance as to which V genes, D elements, J segments to use, it could be any species, could be any V, D or J. So ==I would not be able to perform the invention based on the information provided==.

Trial Tr. (Day 4) at 896:10–18 (Ploegh)

# "V<sub>H</sub> Heavy Chain Locus":
# No Enablement and No Written Description



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q. In 2004, if a person of ordinary skill wanted to practice this patent and make a heavy chain-only antibody in a transgenic rodent and they wanted to use the V, D and J sequences from various species, ==what would they have to do to figure out how to do that==?

A. ==An enormous amount of work.==

# "V$_H$ Heavy Chain Locus": No Enablement and No Written Description



**Hidde Ploegh, Ph.D.**
Teneobio's Expert in Immunology

Q. Could a person having ordinary skill in the art, a Ph.D. and three years of experience, do that without undue experimentation?

A. No.

Q. What does that lead you to conclude regarding the written description and enablement of the breath of the term V$_H$ heavy chain locus as used in the claims?

A. Insufficient written description and no enablement.

Trial Tr. (Day 4) at 900:9-16 (Ploegh)

DDX.8-110

# Harbour's Patent Claim Lacks Enablement

QUESTION 5:  Did Teneobio prove by clear and convincing evidence that claim 2 of the '970 Patent is invalid for lack of enablement?

YES:_____✓_____          NO:_____

# Harbour's Patent Claim Lacks Written Description

QUESTION 6:  Did Teneobio prove by clear and convincing evidence that claim 2 of the '970 Patent is invalid for lack of written description?

YES: ✓            NO: _____

# Now Harbour Wants Money It Is Not Entitled to

# No Infringement or Invalid = No Damages



**Kenneth Serwin, Ph.D.**
Harbour's Economics Expert

Q. And so if the ladies and gentlemen of the jury were to find either that there is no infringement or that the patent is invalid, they wouldn't need to consider your opinions, right?

A. That is my understanding, yes.

Trial Tr. (Day 2) at 494:6-10 (Serwin)

DDX.8-114

# Dr. Serwin Focuses on Irrelevant Expressions



PDX4.15

DDX.8-115

# Dr. Serwin Focuses on Irrelevant Expressions



PDX4.15

# No One Uses Per-Expression Royalties



**Roland Buelow, Ph.D.**
Inventor of UniRat,
Co-Founder of Teneobio

Q.  Now, you said you had done some 25 licensing deals yourself while you were at OMT?

A.  Yes, OMT had a very, very small team and I was involved in doing all these 25 licensing deals.

Q.  Any of those licensing deals collect money based upon per expression fees?

A.  No.

Trial Tr. (Day 3) at 645:2-8 (Buelow)

DDX.8-117

# No One Uses Per-Expression Royalties



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q.  What was your reaction to hearing that?

A.  Surprise, <mark>I have never seen that type of agreement before</mark>.

Trial Tr. (Day 2) at 573:9-11 (King)

DDX.8-118

# No One Uses Per-Expression Royalties



**Kenneth Serwin, Ph.D.**
Harbour's Economics Expert

Q. And in fact, you can't point me to any license in the real world ever that has a per expression royalty?

A. That is correct.

Trial Tr. (Day 2) at 528:21-23 (Serwin)

DDX.8-119

# Harbour Has Accused Use of Only 64 Rats



# The Expressions from the 64 Rats Led to Nothing



**Kenneth Serwin, Ph.D.**
Harbour's Economics Expert

Q. Well, sir, the very last one of these, happened on December 15, 2022?

A. It did.

Q. Here we are three-and-a-half years later and you can't point me to anything of value that has come to from those?

A. I don't know anything that has come from them yet.

Trial Tr. (Day 2) at 508:2-8 (Serwin)

DDX.8-121

# The Expressions from the 64 Rats Led to Nothing



**Chadwick King**
Amgen Vice-President of
Research and Immunology

Q. There was some discussion back and forth between Mr. Groombridge and Dr. Serwin about what would have been known in 2021 about what would have become of these 1,730 expressions. It's five years later, what's become of them?

A. He was correct, there is no value.

Trial Tr. (Day 2) at 572:13-19 (King)

# No Dollars Came from the Expressions During the Patent Term



**Kenneth Serwin, Ph.D.**
Harbour's Economics Expert

Q. Sir, let's be clear here, <mark>you can't point us to one single dollar</mark> of what you call economic benefit that flows from an expression that happened <mark>during the term of this patent</mark>, right?

A. I don't have any of those dollars in my analysis, <mark>no.</mark>

Trial Tr. (Day 2) at 500:8-12 (Serwin)

DDX.8-123

# Dr. Serwin's Price: More Than $300,000 Per Animal



**Kenneth Serwin, Ph.D.**
Harbour's Economics Expert

Q. If I do express your proposed royalty on a ==per animal basis, it's over $300,000==, correct?

A. Then that math is ==correct==, yes.

Trial Tr. (Day 2) at 511:14-16 (Serwin)

DDX.8-124

# Harbour's Actual Price: $3,000 Per Animal

## OPTION 1: LIMITED TECHNOLOGY ACCESS

| TECHNOLOGY ACCESS PAYMENTS | |
|---|---|
| Term | 5 years |
| Scope | Up to 30 mice annually |
| Technology Access Fee | $100,000 due within 10 business days of effective date |
| Per-Mouse Fee: | $3,000 per mouse due within 10 business days of receipt of HA mice by Licensee. Minimum of 5 mice per order. Licensee will pay all fees associated with shipping mice from Charles River Laboratories. |
| Annual Fee (payable years 2-5) | $75,000 due upon anniversary of effective date |
| PAYMENTS FOR RESULTING ANTIBODY PRODUCTS | |
| Milestone Payments | Due for each antibody product derived from HA mice |
| IND filing | $250,000 |
| Start of Phase II | $500,000 |
| Start of Phase III | $750,000 |
| First registration | $3,000,000 |
| First $100M sales | $5,000,000 |

DTX-0887.0006

# Harbour's Actual Price: $3,000 Per Animal

## OPTION 1: LIMITED TECHNOLOGY ACCESS

| TECHNOLOGY ACCESS PAYMENTS | |
|---|---|
| Term | 5 years |
| Scope | Up to 30 mice annually |
| Technology Access Fee | $100,000 due within 10 business days of effective date |
| Per-Mouse Fee: | $3,000 per mouse due within 10 business days of receipt of HA mice by Licensee.  Minimum of 5 mice per order.  Licensee will ... Charles River |

**$3,000 per mouse**

| | | |
|---|---|---|
| IND filing | $250,000 | |
| Start of Phase II | $500,000 | |
| Start of Phase III | $750,000 | |
| First registration | $3,000,000 | |
| First $100M sales | $5,000,000 | |

DTX-0887.0006