IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM and DR. ROGER KINGDON CRAIG, | ) | C.A. No. 21-1807 (MN) |
| Plaintiffs, | ) | |
| v. | ) | |
| TENEOBIO, INC. and AMGEN INC., | ) | |
| Defendants. | ) | |

**JUDGMENT FOLLOWING JURY VERDICT**

This 25th day of June 2026, the Court having held a jury trial and the jury having rendered a unanimous verdict on June 12, 2026 (*see* D.I. 605), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and Dr. Roger Kingdon Craig (collectively, "Plaintiffs") and against Defendants Teneobio, Inc. and Amgen Inc. (collectively, "Defendants") that Defendants infringed Claim 2 of U.S. Patent No. 10,906,970.

2. Judgment is entered in favor of Plaintiffs and against Defendants that Defendants' infringement of U.S. Patent No. 10,906,970 was willful.

3. Judgment is entered in favor of Plaintiffs and against Defendants that Claim 2 of U.S. Patent No. 10,906,970 is not invalid as obvious, for lack of written description, or for lack of enablement.

4. Judgment is entered in favor of Plaintiffs and against Defendants for damages in the amount of $20,203,704 for Defendants' infringement of Claim 2 of U.S. Patent No. 10,906,970.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions and briefing.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge