## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM and DR. ROGER KINGDON CRAIG, <br><br> Plaintiffs, <br><br> v. <br><br> TENEOBIO, INC. and AMGEN INC., <br><br> Defendants. <br> TENEOBIO, INC. and AMGEN INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, DR. ROGER KINGDON CRAIG, and HBM HOLDINGS LTD. <br><br> Counterclaim-Defendants. | C.A. No. 21-1807 (MN) <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR ENHANCED DAMAGES

Plaintiffs Harbour Antibodies BV, Harbour Antibodies HCAb BV, Erasmus University Medical Center Rotterdam, and Dr. Roger Kingdon Craig ("Plaintiffs"), by and through their undersigned counsel, respectfully moves this Court for an Order enhancing the jury's damages award. The grounds for Plaintiffs' Motion are set forth in their Opening Brief filed contemporaneously herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Tamir Packin
Kyle G. Petrie
Jordan N. Malz
Michael E. Furrow
Karl Mullen
Jun Tong
Brian D. Matty
Pascale S. Boonstra
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Adam D. Steinmetz
Rebecca Lindhorst
Thomas Romanchek
T. Tyler Golian
DESMARAIS LLP
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
(202) 451-4900

Maria Tartakovsky
DESMARAIS LLP
101 California Street
Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Malisa C. Dang (#7187)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    mdang@potteranderson.com

*Attorneys for Plaintiffs/Counterclaim*
*Defendants Harbour Antibodies BV, Harbour*
*Antibodies HCAb BV, and Erasmus University*
*Medical Center Rotterdam*

2

ASHBY & GEDDES

OF COUNSEL:

By:  /s/ Andrew Colin Mayo

Kathleen M. Williams, PhD, J.D.
NUTTER MCCLENNAN & FISH LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2294

Andrew Colin Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
Tel:  (302) 654-1888
amayo@ashbygeddes.com

Amir Naini
NAINI P.C.
2632 Wilshire Blvd., Suite 268
Santa Monica, CA 90403

*Attorneys for Plaintiff Dr. Roger Kingdon Craig*

Dated: July 23, 2026
13067435 / 24513.00001

3