## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HARBOUR ANTIBODIES BV, HARBOUR )
ANTIBODIES HCAB BV, ERASMUS )
UNIVERSITY MEDICAL CENTER )
ROTTERDAM and DR. ROGER KINGDON )
CRAIG, )
           )
          Plaintiffs, )
           )
      v. )   C.A. No. 21-1807 (MN)
           )
TENEOBIO, INC. and AMGEN INC., )   **JURY TRIAL DEMANDED**
           )
          Defendants. )
TENEOBIO, INC. and AMGEN INC., )
           )
          Counterclaim-Plaintiffs, )
           )
      v. )
           )
HARBOUR ANTIBODIES BV, HARBOUR )
ANTIBODIES HCAB BV, ERASMUS )
UNIVERSITY MEDICAL CENTER )
ROTTERDAM, DR. ROGER KINGDON )
CRAIG, and HBM HOLDINGS LTD. )
           )
          Counterclaim-Defendants. )

## [PROPOSED] ORDER

The Court, having considered Plaintiffs' Motion For Enhanced Damages, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Court's Judgment Following Jury Verdict (D.I. 614) is amended so that the jury's $20,203,704 damages award for Claim 2 of the '970 Patent is enhanced by 100% (i.e., $20,203,704).

Dated: _____

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE