**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM and DR. ROGER KINGDON CRAIG, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1807 (MN) |
| TENEOBIO, INC. and AMGEN INC., | ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |
| TENEOBIO, INC. and AMGEN INC., | ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| HARBOUR ANTIBODIES BV, HARBOUR ANTIBODIES HCAB BV, ERASMUS UNIVERSITY MEDICAL CENTER ROTTERDAM, DR. ROGER KINGDON CRAIG, and HBM HOLDINGS LTD. | ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

## CERTIFICATION OF COUNSEL UNDER LOCAL RULE 7.1.1

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, Counsel for Plaintiffs hereby certify a reasonable effort has been made to reach agreement between the parties on this Motion. Defendants oppose the relief requested herein.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ David E. Moore*

John M. Desmarais
Tamir Packin
Kyle G. Petrie
Jordan N. Malz
Michael E. Furrow
Karl Mullen
Jun Tong
Brian D. Matty
Pascale S. Boonstra
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
mdang@potteranderson.com

*Attorneys for Plaintiffs/Counterclaim Defendants Harbour Antibodies BV, Harbour Antibodies HCAb BV, and Erasmus University Medical Center Rotterdam*

Adam D. Steinmetz
Rebecca Lindhorst
Thomas Romanchek
T. Tyler Golian
DESMARAIS LLP
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
(202) 451-4900

Maria Tartakovsky
DESMARAIS LLP
101 California Street
Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900

2

ASHBY & GEDDES

OF COUNSEL:

By:  */s/ Andrew Colin Mayo*

Kathleen M. Williams, PhD, J.D.
NUTTER MCCLENNAN & FISH LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2294

    Andrew Colin Mayo (#5207)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE  19801
    Tel:  (302) 654-1888
    amayo@ashbygeddes.com

Amir Naini
NAINI P.C.
2632 Wilshire Blvd., Suite 268
Santa Monica, CA 90403

*Attorneys for Plaintiff Dr. Roger Kingdon Craig*

Dated: July 23, 2026
13067435 / 24513.00001

3